05-44481-rdd    Doc 7418-31    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4f
H.E.S. Inspection    Pg 1 of 20

# DELPHI
## Purchase Request
Bold areas are required fields

Page ___ of ___
Req. No. 395295

| Supplier | HE Services | SB PO / REL No. | Service ✓ |
|---|---|---|---|
| | Duns No. 144230495 | MBO / BL PO No. 52B0036 | Cap/Const. |
| Address | 562 S. Des Hwy. | PO # / Alt. 12-14 | Other |
| | Fax No. 989-753-7703 | | |
| | Essex, MI 48507 | Date 12-1-03 | APA Rec'd |
| | | Ship to Dock | |
| Contact | Russ Cofrancisco | Rec./Notify T. Bennett | Effective |
| | Phone No. 989-753-9015 | Phone 7-4708   Mail/Plt. | Expires |
| Tax Code | | Deliver To | Fax 5254158 |
| | WO Type Number | | |

| Qty | U/M | Est. Cost | Actual Cost | GC | GL | Dept | Sub Acct. | Corp. | Loc. | Prod. | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 4 | 5 | 5 | 3 | 3 | 4 | 120 hrs. |
| 8702⁰² Des | 1 | | | | | | | | | | - S2 Design III - 229 hrs. |
| 1145⁰² Des | 1 | | | | | | | | | | AutoCAD - 229 hrs. |
| | | | | | | | | | | | Develop Concept for LASCO Comp/Wash |
| | | | | | | | | | | | Fixture & Design Vacuum Box |
| | | | | | | | | | | | Ref HES # 708-723-724 |

Total Est. Cost: $9,847⁰⁰

Where Used / Remarks

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___ Must Provide Justification

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

| Originator | Phone | Haz'd Mat'l Appr. | Acct. Appr. | Approval | Date | Clauses | Buyer | Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Purchasing Manager | Date |
| | | | | | | | Shipper | |
| | | | | | | | FOB | |
| | | | | | | Quote No. | Pay Terms | |
| | | | | | | | Approval | Date |

DAS 2207 07/02

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:  (989)753-9015
Fax:    (989)753-7703

# Invoice

Invoice Number: 185
Invoice Date: Apr 4, 2004
Page: 1

Sold To:
 Delphi Saginaw Steering Systems
 (3SI) SERVICE ORDERS
 3900 HOLLAND AVENUE
 SAGINAW, MI  48601
 US

Ship to:
 Delphi Saginaw Steering Systems
 (3SI) SERVICE ORDERS-BENNETT
 3900 HOLLAND AVENUE
 SAGINAW, MI  48601
 US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46158 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4,560.00 | PR395295 001 SR. DESIGN III | 1.00 | 4,560.00 | 9017080000,La |
| 600.00 | PR395295 002 AUTOCAD DEVELOP CONCEPT FOR LASER LOAD/LASH FIXTURE & DESIGN VOLTMETER BOX REF HES #708-723-724 | 1.00 | 600.00 | 9017080000,Ma |

Check/Credit Memo No:

Total Invoice Amount     5,160.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

05-44481-rdd    Doc 7418-31    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4f
H.E.S. Inspection    Pg 4 of 20

# DELPHI
## Purchase Request
Bold areas are required fields

| Field | Value |
|---|---|
| Page | of |
| Req. No. | 395295 |
| SB PO / REL No. | |
| MBO / BL PO No. | 52B0003L |
| PO# / Alt. | |
| Date | 12-1-03 |
| APA Rec'd | 12/1/03 |
| Ship to Dock | |
| Rec./Notify | T. Bennett |
| Phone | 7-4708 |
| Mail/Plt. | |
| Fax | |
| Deliver To | |
| Service | ✓ |
| Cap/Const. | |
| Other | |
| Supplier | HES Services |
| Duns No. | 144230695 |
| Fax No. | 989-753-7703 |
| Address | 5112 S. Dort Hwy, Flint, MI 48507 |
| Contact | Ross LaFrenière |
| Phone No. | 989-753-9015 |
| Tax Code | |
| WO Type | |

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8702 | Des | 1 | | | | | | | | | 120 hrs |
| 1145 | Des | 1 | | | | | | | | | - S.R. Design III - 229 hrs. |
| | | | | | | | | | | | AutoCAD - 229 hrs |
| | | | | | | | | | | | Develop Concept for Laser Comp/Wash |
| | | | | | | | | | | | Fixture & Design Vacuum Box |
| | | | | | | | | | | | Ref HES # 708-723-724 |

Total Est. Cost: $9,847.00

Where Used / Remarks: 45 hrs /hr B

Clauses

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___ Must Provide Justification

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Buyer ___ Date ___
Purchasing Manager ___ Date ___
Shipper
FOB
Pay Terms
Acct. Appr. ___ Date ___ Approval ___ Date ___

Originator ___ Phone ___ Haz'd Mat'l Appr. ___ Approval ___ Date ___

DAS 2207 07/02

# Engineering/Testing
## H E Services
## 225 E. Morley Drive
## Saginaw, MI 48601
## USA

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 190

Invoice Date: Apr 14, 2004

Page: 1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46158 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,710.00 | PR395295 001 SR DESIGN III | 1.00 | 1,710.00 | 9017230000, La |
| 225.00 | PR395295 002 AUTOCAD | 1.00 | 225.00 | 9017230000, La |

Check/Credit Memo No:

Total Invoice Amount  1,935.00

**Remit Payment to:**
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI
## Purchase Request
Bold areas are required fields

Page ___ of ___
Req. No. 395295

| Service | ✓ |
|---|---|
| Cap/Const. | |
| Other | |

SB PO / REL No. ___
MBO / BL PO No. 52B0003L
PO# / Alt. ___

Date 12-1-03   APA Rec'd
Ship to Dock
Rec./Notify T. BENNETT
Phone 7-4708   Mail/Plt.
Fax
Deliver To

12-hr

Supplier: HE SERVICES
Address: 512 S. DORT HWY.
FLINT, MI 48503
Duns No. 144230695
Fax No. 989-753-7703

Contact: ROSS LAFRENIERE
Phone No. 989-753-9015
Number ___

Tax Code ___   WO Type ___

525-6158

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8702 | Des | 1 | | | | | | | | | 120 hrs. |
| 1145 | Des | 1 | | | | | | | | | - S.L. DESIGN III - 229 HRS. |
| | | | | | | | | | | | AUTOCAD - 229 HRS. |
| | | | | | | | | | | | DEVELOP CONCEPT FOR LASER COMP/LASH |
| | | | | | | | | | | | FIXTURE & DESIGN VACUUM BOX |
| | | | | | | | | | | | REF HES # 708-723-724 |

Total Est. Cost: $9,847.00

Where Used / Remarks ___

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___ Must Provide Justification

Invoice / Packing Slip ___
Service Approved / Completed ___
APA Rec'd Services ___

Originator ___   Phone ___

Clauses

Quote No. ___

Haz'd Mat'l Appr.   Acct. Appr.   Date   Approval

Buyer ___   Date ___
Purchasing Manager ___   Date ___

Shipper ___
FOB ___
Pay Terms ___
Approval ___   Date ___

DAS 2207 07/02

# Engineering/Testing
# H E Services
## 225 E. Morley Drive
## Saginaw, MI 48601
## USA

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 191

Invoice Date: Apr 14, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46158 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 2,432.00 | PR395295 001 SR. DESIGN III | 1.00 | 2,432.00 | 9017240000,La |
| 320.00 | PR395295 002 AUTOCAD DEVELOP CONCEPT FOR LASER LOAD/LASH FIXTURE & DESIGN VOLTMETER BOX REF HES #708-723-724 | 1.00 | 320.00 | 9017240000,La |

Check/Credit Memo No:

Total Invoice Amount   2,752.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# PURCHASE ORDER: S2S47333

PAGE 1

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYS. (3SI) SERVICE ORDERS<br>3900 HOLLAND RD<br>SAGINAW MI 48601 US |
| INVOICE TO: | DELPHI<br>SEE INVOICE INSTRUCTIONS 00<br>00000 US |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601 US

VENDOR NUMBER 14-423-0695
THE SERVICES CO
TO: ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

ORDER DATE: 03/09/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 989-757-4048
Buyer: S RUDZINSKI  S12
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips & Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT
SHIP VIA: SEE BELOW

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE / UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| 0001 | 9500 | PR395225 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES)<br><br>REFERENCE S2B00034<br><br>LEAD ENGINEER @ $45.00/HR.<br>AUTOCAD @ $5.00/HR.<br>SR. DESIGNER III @ $38.00/HR.<br>UNIGRAPHICS @ $14.00/HR.<br>FORD 356 DESIGN REF. HES #53819 1-19-04 - 2-8-04<br>WHO ORDERED: R. WOYCIK/7-5803<br><br>ALL INVOICES MUST BE SENT TO: R. WOYCIK/757-5803 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN)<br>*RIGHT TO AUDIT* (ZH)<br>BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR | | 03/31/04 | G 0.00% | | 1.0000 |

CONTINUE PAGE 2

USER JACQUELINE LEWIS   ORIGINAL   SMDL03 01/15/2003

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015
Fax: (989)753-7703

# Invoice

Invoice Number: 187
Invoice Date: Apr 4, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-WOYCIK
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47333 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 9,498.00 | PR395225 001<br>LEAD ENGINEER<br>AUTOCAD<br>SR. DESIGNER III<br>UNIGRAPHICS<br>FORD 356 DESIGN REF HES #53819 1-19-04 - 2-8-04 | 1.00 | 9,498.00 | 9015381800,La |

Total Invoice Amount: 9,498.00

Check/Credit Memo No:

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

05-44481-rdd   Doc 7418-31   Filed 03/26/07   Entered 03/26/07 15:47:11   Exhibit 4f
H.E.S. Inspection   Pg 13 of 20

04/13/2004 12:33 9897537703 HESERVICES PAGE 09

# PURCHASE ORDER: S2S47260

PAGE 1

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601 US

**INVOICE TO:**
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000

All invoices, Packing Slips, notices and shipping slips must accompany each shipment. copies of your packing slip must accompany each shipment. Item identification number must be shown on Packing Slips and invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**ORDER DATE:** 03/05/04
**ALTERATION ISSUE DATE:**
**ALTERATION EFFECTIVE DATE:**

**PHONE:** 989-757-4048
**Buyer:** S RUDZINSKI
**S12**
**PURCHASING AGENT**

**SHIP VIA:** SEE BELOW

---

DELPHI SAGINAW STEERING SYSTEM

**VENDOR NUMBER** 14-423-0695
**TO:** HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.:** DESTINATION UNLESS OTHERWISE INDICATED
**SHIPPING POINT**

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | REFERENCE S2B00034 | | | | | |
| 00001 | 7980 | PR395222-001 | SR DESIGNER III 210 HRS TO DESIGN OVERHEAD FIXTURE FOR TAG# 114149 REF HES# 740 WHO ORDERED: J WIELAND 757-6020 | | 03/31/04 | B 0.00% | 1.0000 | |
| 00002 | 1050 | PR395222-002 | AUTOCAD 210 HRS. WHO ORDERED: J WIELAND 757-6020 | | 03/31/04 | B 0.00% | 1.0000 | |
| | | | QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. (QO) | | | | | |
| | | | ALL INVOICES MUST BE SENT TO: JOE WIELAND AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF | | | | | |

CONTINUE PAGE

BUYER SUZANNE J BEARDSLEY
ORIGINAL

A000889

SMO103 01/16/2003

# Engineering/Testing
# H E Services
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 193

Invoice Date: Apr 14, 2004

Page: 1

Sold To:
  Delphi Saginaw Steering Systems
  (3SI) SERVICE ORDERS
  3900 HOLLAND AVENUE
  SAGINAW, MI 48601
  US

Ship to:
  Delphi Saginaw Steering Systems
  (3SI) SERVICE ORDERS-WIELAND
  3900 HOLLAND AVENUE
  SAGINAW, MI 48601
  US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47260 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 5,652.00 | PR395222 001<br>SR DESIGNER III | 1.00 | 5,652.00 | 9017120000 |
| 744.00 | PR395222 002<br>AUTOCAD<br>DESIGN OVERHEAD FIXTURE FOR TAG #114149<br>REF HES #740 | 1.00 | 744.00 | 9017120000 |

Check/Credit Memo No:

Total Invoice Amount    6,396.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# PURCHASE ORDER: S2S47260

PAGE 1

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD.
SAGINAW MI

**INVOICE TO:**
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000

DELPHI SAGINAW STEERING SYSTEM

All invoices must accompany each shipment. 2 copies of your packing slip must accompany each shipment. Item identification & serial numbers must be shown on Packing Slips and invoices. Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE:** 989-757-4048
**Buyer:** S RUDZINSKI  S12
**PURCHASING AGENT**

**ORDER DATE:** 03/05/04
**ALTERATION ISSUE DATE:**
**ALTERATION EFFECTIVE DATE:**

**SHIP VIA:** SEE BELOW

**VENDOR NUMBER** 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI 48507

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | | REFERENCE S2B00034 | | | | | | | |
| 00001 | 7980 | PR395222-001 | | SR DESIGNER III 210 HRS TO DESIGN OVERHEAD FIXTURE FOR TAG# 114149 REF HES# 740 WHO ORDERED: J WIELAND 757-6020 | | | 03/31/04 | B 0.00% | 1.0000 | | DOL |
| 00002 | 1050 | PR395222-002 | | AUTOCAD 210 HRS WHO ORDERED: J WIELAND 757-6020 | | | 03/31/04 | B 0.00% | 1.0000 | | DOL |

QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. (QO)

ALL INVOICES MUST BE SENT TO: JOE WIELAND AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT* (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF

BUYER SUZANNE J BEARDSLEY         ORIGINAL

A000889

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 194
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-WIELAND
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47260 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,503.00 | PR395222 001 SR DESIGNER III | 1.00 | 1,503.00 | 9017290000 |
| 196.00 | PR395222 002 AUTOCAD DESIGN OVERHEAD FIXTURE FOR TAG #114149 REF HES #740 | 1.00 | 196.00 | 9017290000 |

Check/Credit Memo No:

Total Invoice Amount       1,699.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# PURCHASE ORDER: S2S47260

PAGE 1

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601

**VENDOR NUMBER** 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI 48507

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PHONE: 989-757-4048 | |
|---|---|---|---|---|
| 03/05/04 | | | S RUDZINSKI S12 Buyer | PURCHASING AGENT |

**SHIP VIA:** SEE BELOW

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED — SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 7980 | PR395222-001 | | SR DESIGNER III 210 HRS TO DESIGN OVERHEAD FIXTURE FOR TAG# 114149 REF HES# 740 WHO ORDERED: J WIELAND 757-6020 | | 03/31/04 | B 0.00% | 1.0000 | |
| 00002 | 1050 | PR395222-002 | | AUTOCAD 210 HRS WHO ORDERED: J WIELAND 757-6020 | | 03/31/04 | B 0.00% | 1.0000 | |

QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. (QO)

ALL INVOICES MUST BE SENT TO: JOE WIELAND AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT* (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF

CONTINUE PAGE

BUYER SUZANNE J BEARDSLEY    ORIGINAL

A000889                    SMDL03 01/15/2003