# Engineering/Testing
# H E Services
## 225 E. Morley Drive
## Saginaw, MI 48601
## USA

Voice:   (989) 753-9015

Fax:    (989) 753-7703

# Invoice

Invoice Number:
195

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-WIELAND
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47260 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 833.00 | PR395222 001 | 1.00 | 833.00 | 9017400000 |
| | SR DESIGNER III | | | |
| 102.00 | PR395222 002 | 1.00 | 102.00 | 9017400000 |
| | AUTOCAD | | | |
| | DESIGN OVERHEAD FIXTURE FOR TAG #114149 | | | |
| | REF HES #740 | | | |

Check/Credit Memo No:

Total Invoice Amount          935.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# PURCHASE ORDER: S2S47504

PAGE 1

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
HE SERVICES CO.
ANCON TOOL DIV
5117 S DORT HWY.
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-4048
S RUDZINSKI  Buyer
512

| ORDER DATE | | |
|---|---|---|
| 03/16/04 | | |
| ALTERATION ISSUE DATE | | |
| ALTERATION EFFECTIVE DATE | | |

SHIP VIA: SEE BELOW

PURCHASING AGENT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 2964 | PR400174 001 | | SR DESIGNER III 78 HRS FOR HES# 749 WHO ORDERED: D.KOEHLER 757-9054 | 787 | 03/31/04 | G  0.00% | 1.0000 | |
| 00002 | 390 | PR400174-002 | | AUTOCAD 78 HRS WHO ORDERED: D KOEHLER 757-9054 | | 03/31/04 | G  0.00% | 1.0000 | |

QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES.  (QO)

ALL INVOICES MUST BE SENT TO: D KOEHLER
AT DELPHI SAGINAW TO INSURE PURCHASE ORDER
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*  (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT

CONTINUE PAGE

BUYER SUZANNE J BEARDSLEY

ORIGINAL

A000896

# Engineering/Testing
# H E Services
## 225 E. Morley Drive
## Saginaw, MI 48601
## USA

Voice: (989) 753-9015

Fax: (989) 753-7703

# Invoice

Invoice Number:
196

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-KOEHLER
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47504 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| | PS10 POWER SUPPLY | | | |
| 2,964.00 | PR400174 001 | 1.00 | 2,964.00 | 7890,Material |
| | SR DESIGNER III | | | |
| 390.00 | PR400174 002 | 1.00 | 390.00 | 7890,Material |
| | AUTOCAD | | | |

Check/Credit Memo No:

Total Invoice Amount          3,354.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

05-44481-rdd  Doc 7418-32  Filed 03/26/07  Entered 03/26/07 15:47:11  Exhibit 4g
H.E.S. Engineering  Pg 6 of 20

# PURCHASE ORDER: S2S47512

PAGE

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips,
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/16/04 | | |

PHONE: 989-757-404
S RUDZINSKI
S12
Buyer

PURCHASING AGENT

This order is not binding until its terms and conditions to which Seller agrees by acceptance of this order.
This order, including its terms and conditions in the front and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

**PAYMENT TERMS:** NET  2ND DAY OF 2ND MONTH

**F.O.B. DESTINATION UNLESS OTHERWISE INDICATED** SHIPPING POINT

**SHIP VIA** SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 7956 | PR376547 001 | | SR. DESIGN II - 234 HOURS - DESIGN PSA FIXTURES REF. HES #817 WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | 1.0000 | |
| 00002 | 1170 | PR376547 002 | | AUTOCAD - 234 HOURS WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218 AT DELPHI SAGINAW TO ENSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) | | | | | |
| | | | | BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |

CONTINUE PAGE

ORIGINAL

JACQUELINE LEWIS

4000896

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice:   (989)753-9015

Fax:   (989)753-7703

# Invoice

Invoice Number:
198

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-FALLON
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47512 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 7,956.00 | PR376547 001 | 1.00 | 7,956.00 | 8170,Material |
|  | SR DESIGN II |  |  |  |
| 1,170.00 | PR376547 002 | 1.00 | 1,170.00 | 8170,Material |
|  | AUTOCAD |  |  |  |
|  | DESIGN PSA FIXTURES REF HES #817 |  |  |  |

Check/Credit Memo No:

Total Invoice Amount          9,126.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# PURCHASE

## ORDER: S2S47553

PAGE

DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

SHIP TO:

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

VENDOR NUMBER 14-423-0695
TO: THE SERVICES CO
ANCON TOOL DIV
5117 S.DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 989-757-4048
S. RUDZINSKI          Buyer
S12

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 03/17/04 | |

ALTERATION EFFECTIVE DATE

PURCHASING AGENT

SHIP VIA
SEE BELOW

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD. DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 11492 | PR376545 001 | | SR. DESIGN II - 338 HOURS - DESIGN AND FIXTURES FOR SVSU PROJECT REF. HES. #764-786-799 WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 G THERMAL CHAMBER | 0.00% | 1.0000 | |
| 00002 | 1690 | PR376545 002 | | AUTOCAD - 338 HOURS WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 G | 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | | |

CONTINUE PAGE

PER JACQUELINE LEWIS          ORIGINAL

A000897

**Engineering/Testing**
**H E Services**
## 225 E. Morley Drive
## Saginaw, MI 48601
## USA

Voice:   (989)753-9015

Fax:     (989)753-7703

# Invoice

Invoice Number:
202

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-FALLON
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47553 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 3,162.00 | PR376545 001 | 1.00 | 3,162.00 | 7690 |
|  | SR. DESIGN II |  |  |  |
| 465.00 | PR376545 002 | 1.00 | 465.00 | 7690 |
|  | DESIGN THERMAL CHAMBER AND FIXTURES FOR |  |  |  |
|  | SVSU PROJECT REF HES #769-786-788-799 |  |  |  |

Check/Credit Memo No:

Total Invoice Amount         3,627.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

05-44481-rdd Doc 7418-32 Filed 03/26/07 Entered 03/26/07 15:47:11 Exhibit 4g
H.E.S. Engineering Pg 12 of 20

# PURCHASE ORDER: S2S47553

PAGE 1

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER-DATE | ALTERATION ISSUE DATE |
|---|---|
| 03/17/04 | |

ALTERATION EFFECTIVE DATE

PHONE: 989-757-4048
S RUDZINSKI Buyer
S12

PURCHASING AGENT

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

SHIP VIA
SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | REFERENCE S2B00034 | | | | | |
| 00001 | 11492 | PR376545 001 | SR: DESIGN II - 338 HOURS - DESIGN THERMAL CHAMBER AND FIXTURES FOR SVSU PROJECT REF. HES. #764-786-788-799 WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | | 1.0000 |
| 00002 | 1690 | PR376545 002 | AUTOCAD - 338 HOURS WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | | 1.0000 |
| | | | ALL INVOICES MUST REFERENCE THE PO FALLON/7-0218 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NO. ... AND SPECIFIC ITEM ... (SR) RIGHT TO AUDIT BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | | |

CONTINUE PAGE

ORIGINAL

BUYER JACQUELINE LEWIS

1000897

# Engineering/Testing

# Invoice

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice:   (989) 753-9015

Fax:     (989) 753-7703

Invoice Number:
203

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-FALLON
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47553 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 6,154.00 | PR376545 001 | 1.00 | 6,154.00 | 7860 |
| | SR DESIGN II | | | |
| 905.00 | PR376545 002 | 1.00 | 905.00 | 7860 |
| | AUTOCAD | | | |
| | DESIGN THERMAL CHAMBER AND FIXTURES FOR | | | |
| | SVSU PROJECT REF HES #769-786-788-799 | | | |

Check/Credit Memo No:

Total Invoice Amount          7,059.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

H.E.S. Engineering    Pg 14 of 20

05-44481-rdd Doc 7418-32 Filed 03/26/07 Entered 03/26/07 15:47:11 Exhibit 4g H.E.S. Engineering Pg 15 of 20

# PURCHASE ORDER: S2S47553

PAGE 1

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

TO:
VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 03/17/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 989-757-4048
S RUDZINSKI    Buyer
S12

PURCHASING AGENT

SHIP VIA: SEE BELOW

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 11492 | PR376545 001 | | SR. DESIGN II - 338 HOURS - DESIGN AND FIXTURES FOR SVSU PROJECT REF. HES. #764-786-799 WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | | 1.0000 |
| 00002 | 1690 | PR376545 002 | | AUTOCAD - 338 HOURS WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218 | | | | | |

IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES.

BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-

CONTINUE PAGE

JACQUELINE LEWIS    ORIGINAL

1000897

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015

Fax: (989) 753-7703

Invoice Number:
204

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47553 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 340.00 | PR376545 001 | 1.00 | 340.00 | 7880 |
| | SR DESIGN II | | | |
| 50.00 | PR376545 002 | 1.00 | 50.00 | 7880 |
| | AUTOCAD | | | |
| | DESIGN THERMAL CHAMBER AND FIXTURES FOR | | | |
| | SVSU PROJECT REF HES #769-786-788-799 | | | |

Check/Credit Memo No:

Total Invoice Amount                390.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

DELPHI

# PURCHASE

PAGE 1

## ORDER: S2547553

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

TO: VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips &
Invoices.
Invoice At/rc Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 03/17/04 | |

| ALTERATION EFFECTIVE DATE |
|---|

PURCHASING AGENT

PHONE: 989-757-4048
S RUDZINSKI Buyer
S12

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE PER/ MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 11492 | PR376545 001 | | SR. DESIGN II - 338 HOURS - DESIGN AND FIXTURES FOR SVSU PROJECT REF. HES. #764-786-788-799 WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | | 1.0000 |
| 00002 | 1690 | PR376545 002 | | AUTOCAD - 338 HOURS WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) | | | | | |
| | | | | *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | | |

BUYER JACQUELINE LEWIS          ORIGINAL          CONTINUE PAGE

A000897

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice:    (989)753-9015

Fax:    (989)753-7703

# Invoice

Invoice Number:
205

Invoice Date:
Apr. 14, 2004

Page:
1

Sold To:
    Delphi Saginaw Steering Systems
    (3SI) SERVICE ORDERS
    3900 HOLLAND AVENUE
    SAGINAW, MI  48601
    US

Ship to:
    Delphi Saginaw Steering Systems
    (3SI) SERVICE ORDERS-FALLON
    3900 HOLLAND AVENUE
    SAGINAW, MI  48601
    US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47553 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,836.00 | PR376545 001 | 1.00 | 1,836.00 | 7990 |
|  | SR DESIGN II |  |  |  |
| 270.00 | PR376545 002 | 1.00 | 270.00 | 7990 |
|  | AUTOCAD |  |  |  |

Check/Credit Memo No:

Total Invoice Amount        2,106.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____