# PURCHASE
# ORDER: S2S47554

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment,
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice: Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-4048

| ORDER DATE | | Buyer |
|---|---|---|
| 03/17/04 | S RUDZINSKI | |
| ALTERATION ISSUE DATE | S12 | |
| ALTERATION EFFECTIVE DATE | | |

PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 14-423-0695
TO: HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | QUANTITY ORDERED | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE (OM) MULTIPLE/NET |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | PR376537 001 | 5168 | | SR. DESIGN III - 136 HOURS - DESIGN IGNITION DURABILITY CONTROLS REF. HES #766 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04  G | 0.00% | 1.0000 | |
| 00002 | PR376537 002 | 680 | | AUTOCAD - 136 HOURS WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04  G | 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* | | | | | |
| | | | | CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |

CONTINUE PAGE

ER JACQUELINE LEWIS          ORIGINAL

1000897

# Invoice

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice:  (989)753-9015

Fax:    (989)753-7703

Invoice Number:
206

Invoice Date:
Apr. 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47554 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 5,168.00 | PR376537 001 | 1.00 | 5,168.00 | 9017660000 |
| | SR DESIGN III | | | |
| 680.00 | PR376537 002 | 1.00 | 680.00 | 9017660000 |
| | AUTOCAD | | | |
| | DESIGN IGNITION DURABILITY CONTROLS REF | | | |
| | HES #768 | | | |

Check/Credit Memo No:

Total Invoice Amount     5,848.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3S1) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

## PURCHASE ORDER: S2S47556
PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments, or Insure Parcel Post.

PHONE: 989-757-4048
ORDER DATE: 03/17/04
BUYER: S RUDZINSKI
S12
PURCHASING AGENT

VENDOR NUMBER 14-423-0695
TO:
THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

| PAYMENT TERMS | | | | F.O.B. | | SHIP VIA | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | | SEE BELOW | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | REQ NUMBER | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 8930 | PR376538 001 | | SR. DESIGN III - 235 HOURS - DESIGN FIELDPOINT ENCLOSURE FOR DURABILITY TESTING REF. HES #718-773-782-785 WHO ORDERED: T. BENNETT/7-4708 | 03/31/04 G | | 0.00% | 1.0000 | |
| 00002 | 1175 | PR376538 002 | | AUTOCAD - 235 HOURS WHO ORDERED: T. BENNETT/7-4708 | 03/31/04 | | 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | | |

R JACQUELINE LEWIS    ORIGINAL    A000897    CONTINUE PAGE

# Engineering/Testing
## H E Services
## 225 E. Morley Drive
## Saginaw, MI 48601
## USA

Voice:  (989)753-9015

Fax:  (989)753-7703

# Invoice

Invoice Number:
207

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47556 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,178.00 | PR376538 001 | 1.00 | 1,178.00 | 9017180000 |
| | SR DESIGN III | | | |
| 155.00 | PR376538 002 | 1.00 | 155.00 | 9017180000 |
| | AUTOCAD | | | |
| | DESIGN FIELD POINT ENCLOSURE FOR | | | |
| | DURABILITY TESTING REF HES | | | |
| | #718-773-782-785 | | | |

Check/Credit Memo No:

Total Invoice Amount          1,333.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** S2S47556

PAGE 1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slips must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-4048
S RUDZINSKI        Buyer
S12

PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 03/17/04 | |
| ALTERATION/SERE DATE | |
| ALTERATION EFFECTIVE DATE | SEE BELOW |

VENDOR NUMBER 14-423-0695

TO:
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

The order is not binding until amended. Acceptance should be invoked as acknowledgment copy which should be returned.
On the reverse side hereof will be the terms and conditions to which Seller agrees by acceptance of this order. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS**
NET   2ND DAY OF 2ND MONTH

**SHIP VIA**

**F.O.B.**   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2800034 | | | | | |
| 00001 | 8930 | PR376538 001 | | SR. DESIGN III - 235 HOURS - DESIGN FIELDPOINT ENCLOSURE FOR DURABILITY TESTING REF. HES #718-773-782-785 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 G | 0.00% | | 1.0000 |
| 00002 | 1,175 | PR376538 002 | | AUTOCAD - 235 HOURS WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 G | 0.00% | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | | |

R JACQUELINE LEWIS

A000897        ORIGINAL        CONTINUE PAGE

# Engineering Testing

# Invoice

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Invoice Number:
208

Invoice Date:
Apr 14, 2004

Page:
1

Voice:   (989) 753-9015

Fax:     (989) 753-7703

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47556 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 912.00 | PR376538 001 | 1.00 | 912.00 | 7730 |
| | SR DESIGN III | | | |
| 120.00 | PR376538 002 | 1.00 | 120.00 | 7730 |
| | AUTOCAD | | | |
| | DESIGN FIELD POINT ENCLOSURE FOR | | | |
| | DURABILITY TESTING REF HES | | | |
| | #718-773-782-785 | | | |

Check/Credit Memo No:

Total Invoice Amount    1,032.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S47556

PAGE

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

TO:
VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 989-757-4048
Buyer: S. RUDZINSKI
S12

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/17/04 | | |

PURCHASING AGENT

SHIP VIA: SEE BELOW

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 8930 | PR376538 001 | | SR. DESIGN III - 235 HOURS - DESIGN FIELDPOINT ENCLOSURE FOR DURABILITY TESTING REF. HES-#7-4708:773-782-785 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 G | 0.00% | 1.0000 | |
| 00002 | 1175 | PR376538 002 | AUTOCAD - 235 HOURS WHO ORDERED: T. BENNETT/7-4708 | | | 03/31/04 G | 0.00% | 1.0000 | |

ALL INVOICES MUST REFER TO THE BENNETT/757-4708
AT DELPHI. FAILURE TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND ASSOCIATED ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL CORRESPONDENCE. (ZH)
* RIGHT TO AUDIT *
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS DELPHI THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

CONTINUE PAGE

A000897    R JACQUELINE LEWIS                ORIGINAL

# Invoice

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015

Fax: (989) 753-7703

Invoice Number:
209

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47556 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4,066.00 | PR376538 001 | 1.00 | 4,066.00 | 7820 |
| | SR DESIGN III | | | |
| 535.00 | PR376538 002 | 1.00 | 535.00 | 7820 |
| | AUTOCAD | | | |
| | DESIGN FIELD POINT ENCLOSURE FOR | | | |
| | DURABILITY TESTING REF HES | | | |
| | #718-773-782-785 | | | |

Check/Credit Memo No:

Total Invoice Amount       4,601.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

**DELPHI**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

# PURCHASE
## ORDER: S2547556

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
[2] copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 989-757-404E |
|---|---|
| 03/17/04 | S RUDZINSKI Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

VENDOR NUMBER 14-423-0695
TO: HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA SEE BELOW |
|---|---|---|

| PAYMENT TERMS | SHIPPING POINT |
|---|---|
| NET 2ND DAY OF 2ND MONTH | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQD NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 8930 | PR376538 001 | | SR. DESIGN III - 235 HOURS - DESIGN FIELDPOINT ENCLOSURE FOR DURABILITY TESTING REF. HES #718-773-782-785 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 G | 0.00% | 1.0000 | |
| 00002 | 1175 | PR376538 002 | | AUTOCAD - 235 HOURS WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 G | 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: T/A BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PROMPT PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS DELPHI THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | | |

A000897 R JACQUELINE LEWIS          ORIGINAL                    CONTINUE PAGE

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice:   (989) 753-9015

Fax:   (989) 753-7703

Invoice Number:
210

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47556 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 2,774.00 | PR376538 001 | 1.00 | 2,774.00 | 7850 |
| | SR DESIGN III | | | |
| 365.00 | PR376538 002 | 1.00 | 365.00 | 7850 |
| | AUTOCAD | | | |
| | DESIGN FIELD POINT ENCLOSURE FOR | | | |
| | DURABILITY TESTING REF HES | | | |
| | #718-773-782-785 | | | |

Check/Credit Memo No:

Total Invoice Amount          3,139.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
TO: 5117 S DORT HWY
FLINT MI
48507

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601

US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

# PURCHASE
# ORDER: S2S47557

PAGE  1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | | |
| --- | --- | --- |
| 03/17/04 | | |
| ALTERATION ISSUE DATE | | |
| | | |
| ALTERATION EFFECTIVE DATE | | |

PHONE: 989-757-4048
S RUDZINSKI          Buyer
S12

PURCHASING AGENT

| PAYMENT TERMS | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
| --- | --- | --- | --- | --- |
| NET - 2ND DAY OF 2ND MONTH | | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 10574 | PR376546 001 | | SR. DESIGN II - 311 HOURS - DESIGN SHIFT DURABILITY ALIGNMENT TOOL REF. HES #731 WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G  0.00% | 1.0000 | |
| 00002 | 1555 | PR376546 002 | | AUTOCAD - 311 HOURS WHO ORDERED: P. FALLON/7-0219 | | 03/31/04 | G  0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0213 AT DELPHI SAGINAW TO INSURE PAYMENT FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES.  PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN)   (ZH) *RIGHT TO AUDIT* | | | | | |
| | | | | THIS ORDER AND/OR THE PURCHASER GREES TO THE TERMS OF THIS ... AND/OR ALLOWS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |

BUYER JACQUELINE LEWIS

A000897

ORIGINAL

CONTINUE PAGE

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989) 753-9015

Fax:      (989) 753-7703

# Invoice

Invoice Number:
211

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-FALLON
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47557 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 8,874.00 | PR376546 001 | 1.00 | 8,874.00 | 9017310000 |
|  | SR DESIGN II |  |  |  |
| 1,305.00 | PR376546 002 | 1.00 | 1,305.00 | 9017310000 |
|  | AUTOCAD |  |  |  |
|  | DESIGN SHIFT DURABILITY ALIGNMENT TOOL |  |  |  |
|  | REF #731 |  |  |  |

Check/Credit Memo No:

Total Invoice Amount          10,179.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** S2S47769

PAGE 1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

TO:
VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCCN TOOL DIV
5117 S DORT HWY
FLINT MI
48507

PHONE: 989-757-4048
S RUDZINSKI   Buyer
S12
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or insure Parcel
Post.

ORDER DATE: 03/29/04

ALTERATICH ISSUE DATE

ALTERATION EFFECTIVE DATE

| PAYMENT TERMS | | F.O.B. | SHIP VIA | |
|---|---|---|---|---|
| NET: 2ND DAY OF 2ND MONTH | | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | SEE BELOW | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | MFG NUMBER | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/QUANT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 2700 | PR401091 001 | | LEAD ENGINEER - 60 HOURS - EPS COUPLING DEVELOPMENT REF. HES #821 WHO ORDERED: M. ANSPAUGH/7-9836 | 04/30/04 | | G   0.00% | 1.0000 | |
| 00002 | 300 | PR401091 002 | | AUTOCAD - 60 HOURS WHO ORDERED: M. ANSPAUGH/7-9836 | 04/30/04 | | G   0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: MIKE ANSPAUGH/757-9836 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT-TO-AUDIT*                     (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |

BUYER JACQUELINE LEWIS          ORIGINAL          CONTINUE PAGE

SQ009905

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015

Fax: (989)753-7703

Invoice Number:
216

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-ANSPAUGH
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47769 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 2,530.00 | PR401091 001 | 1.00 | 2,530.00 | 8210 |
| | LEAD ENGINEER | | | |
| 290.00 | PR401091 002 | 1.00 | 290.00 | 8210 |
| | AUTOCAD | | | |
| | EPS COUPLING DEVELOPMENT REF HES #821 | | | |

Check/Credit Memo No:

Total Invoice Amount  2,820.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____