# DELPHI

## PURCHASE ORDER: S2S47859

PAGE 1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601

SHIP TO: DELPHI SAGINAW STEERING SYS. (3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI 48601
US

INVOICE TO: DELPHI
SEE INVOICE INSTRUCTIONS OD
00000
US

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TODL DIV
5117 S DORT HWY
FLINT MI 48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 04/02/04 | | 989-757-4048 |
|---|---|---|---|
| ALTERATION ISSUE DATE | | | S. RUDZINSKI S12 Buyer |
| | | | PURCHASING AGENT |

SHIP VIA: SEE BELOW

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT

| SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE/MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2S02681 | | | | | |
| 00001 | 180 | PR399509 001 | | LEAD DESIGNER (KEECH) WHO ORDERED: D. WITUCKI/7-4984 | 04/30/04 | G 0.00% | 42.0000 | | HRS |
| 00002 | 180 | PR399509 002 | | AUTOCAD TIME WHO ORDERED: D. WITUCKI/7-4984 | 04/30/04 | G 0.00% | 5.0000 | | HRS |
| | | | | ALL INVOICES MUST BE SENT TO: D. WITUCKI/757-4984 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR | | | | | |

CONTINUE PAGE 2

ORIGINAL

#54803

1 01/15/2003

4000909 USER STEPHEN PARKS

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 217
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
    Delphi Saginaw Steering Systems
    (3SI) SERVICE ORDERS
    3900 HOLLAND AVENUE
    SAGINAW, MI 48601
    US

Ship to:
    Delphi Saginaw Steering Systems
    (3SI) SERVICE ORDERS-WITUCKI
    3900 HOLLAND AVENUE
    SAGINAW, MI 48601
    US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47859 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 180.00 | PR399509 001 LEAD DESIGNER (KEECH) | 42.00 | 7,560.00 | 9015480200 |
| 180.00 | PR399509 002 | 5.00 | 900.00 | 9015480300 |

Check/Credit Memo No:

Total Invoice Amount    8,460.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

05-44481-rdd    Doc 7418-34    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4i
H.E.S. Engineering    Pg 4 of 20

# PURCHASE ORDER: SMS78320

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | | 248-813-4366 |
|---|---|---|---|
| 03/05/04 | | C NICHOLS | Buyer |
| | ALTERATION EFFECTIVE DATE | AN | PURCHASING AGENT |

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
2328 EAST GENESEE
SAGINAW MI
48601
US

INVOICE TO:
IF INVOICE NEEDS APPROVAL, MAIL DIRECTLY TO ENGINEER OR REQUESTOR. NAME MUST BE ON ENVELOPE. COMPLIANCE IS VITAL
SAGINAW MI
48601
US

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815 US

VENDOR NUMBER 08-154-6298
TO: HE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

| PAYMENT TERMS | SHIP VIA | | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | UPS OR TRAFFIC (616)384-1488 | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SP | | | | | |
| 0001 | 400 | PR153737 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 ASSIST IN CREATION OF DOCUMENTATION FOR PROGRAMS IN SAGINAW PER QUOTE #690-0170 WHO ORDERED: RYAN WENDLING TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | 07/11/04 | H 0.00% | 25.0000 |

LAST PAGE

004355 USER DUANE E YARMUTH                ORIGINAL

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:  (989) 753-9015
Fax:    (989) 753-7703

Invoice Number: 218
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
    Delphi Saginaw Steering Systems
    (3SI) SERVICE ORDERS
    3900 HOLLAND AVENUE
    SAGINAW, MI  48601
    US

Ship to:
    DELPHI CHASSIS DIVISION
    SAGINAW OPERATIONS-WENDLING
    2328 EAST GENESEE
    SAGINAW, MI  48601
    US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78320 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 120.00 | PR153737 001<br>ASSIST IN CREATION OF DOCUMENTATION FOR<br>PROGRAMS IN SAGINAW PER QUOTE #690-0170 | 25.00 | 3,000.00 | 7800 |

Check/Credit Memo No:

Total Invoice Amount     3,000.00

Authorized By: _____

Date: _____

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

# DELPHI

**PURCHASE ORDER:** SMS78357

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2 copies of your invoice with packing slip must accompany each shipment. Item identification numbers must be shown on Packing Slips Invoices. Invoice Attn: Accounts Payable)

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
2328 EAST GENESEE
SAGINAW MI
48601
US

INVOICE TO:
IF INVOICE NEEDS APPROVAL, MAIL DIRECTLY TO ENGINEER OR REQUESTOR. NAME MUST BE ON ENVELOPE.
US

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815

VENDOR NUMBER 08-154-6298
HE SERVICES JO
ENGINEERING DIV
225 E MORLEY JR
SAGINAW MI
48601-9482

ALTERATION ISSUE DATE: 03/11/04
ALTERATION EFFECTIVE DATE:

Buyer: C NICHOLS
PURCHASING AGENT: AN
UPS OR TRAFFIC (616)384-14??

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B.: SP

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN-NAME | DESCRIPTION | AFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 716 | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. 800 (120) 801 (40) 802 (32) 803 (16) 804 (120) 805 (16) 806 (10) 807 (10) 808 (140) 809 (16) 810 (120) 811 (8) 812 (32) 813 (8) 814 (8) 815 (16) 816 (10) | | 04/04/04 H | 0.00% | 43.0000 | |

LAST PAGE

ORIGINAL

1004359 User DUANE E YARMUTH

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice: (989) 753-9015
Fax:   (989) 753-7703

Invoice Number: 219
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
  Delphi Saginaw Steering Systems
  (3SI) SERVICE ORDERS
  3900 HOLLAND AVENUE
  SAGINAW, MI  48601
  US

Ship to:
  DELPHI CHASSIS DIVISION
  SAGINAW OPERATIONS
  2328 EAST GENESEE
  SAGINAW, MI  48601
  US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS48357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 60.00 | PR153738 001  DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 | 43.00 | 2,580.00 | 8000 |

Check/Credit Memo No:

Total Invoice Amount     2,580.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

05-44481-rdd    Doc 7418-34    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4i
H.E.S. Engineering    Pg 10 of 20

# DELPHI

**PURCHASE ORDER:** SMS78357

PAGE

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
2328 EAST GENESEE
SAGINAW MI
48601 US

INVOICE TO:
* INVOICE NEEDS APPROVAL. MAIL DIRECTLY TO ENGINEER OR REQUES-
TOR. NAME MUST BE ON ENVELOPE.
COMPLIANCE IS VITAL
SAGINAW MI
48601 US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
2 copies of your packing slip must accompany each shipment. Part Identification numbers must be shown on Packing Slips.

PURCHASING AGENT: 248-813-4366

ORDER DATE: 09/11/0?

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815 US

VENDOR NUMBER 00-154-0298
TO: HE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 716 | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | 04/04/04 H | 0.00% | 43.0000 | |

800 (120)
801 (40)
802 (32)
803 (16)
804 (120)
805 (16)
806 (10)
807 (10)
808 (140)
809 (16)
810 (120)
811 (8)
812 (32)
813 (8)
814 (8)
815 (10)
816 (10)

LAST PAGE

1004359 USER DUANE E YARMUTH ORIGINAL

Engineering/Testing
H E Services
225 E. Morley Drive
Saginaw, MI  48601
USA

Voice:   (989) 753-9015
Fax:     (989) 753-7703

# Invoice

Invoice Number:  
   220

Invoice Date:  
Apr 14, 2004

Page:  
1

**Sold To:**  
Delphi Saginaw Steering Systems  
(3SI) SERVICE ORDERS  
3900 HOLLAND AVENUE  
SAGINAW, MI  48601  
US

**Ship to:**  
DELPHI CHASSIS DIVISION  
SAGINAW OPERATIONS-WENDLING  
2828 EAST GENESEE  
SAGINAW, MI  48601  
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 15.00 | PR153738 001<br>DESIGN ALL GAGES FOR 211/222/231/272<br>ROTOR PER QUOTE #690-0172 | 43.00 | 645.00 | 8010 |

Check/Credit Memo No:

Total Invoice Amount        645.00

Remit Payment to:  
H. E. SERVICES  
c/o COMERICA  
DEPARTMENT #274201  
P.O. BOX 67000  
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# PURCHASE ORDER: SMS78357

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment.

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | |
|---|---|
| 03/11/04 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

| | | Buyer |
|---|---|---|
| 248-813-4366 | | |
| C NICHOLS | | |
| AN | | |

PURCHASING AGENT

SHIP VIA: UPS OR TRAFFIC (616)384-1488

| BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|
| 43.0000 | |

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
2328 EAST GENESEE
SAGINAW MI
48601
US

OUR NAME MUST BE ON ENVELOPE.
COMPLIANCE IS VITAL
SAGINAW MI
48601
US

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815

VENDOR NUMBER 08-134-6298
TO: HE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

| PAYMENT TERMS | | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | SP | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % |
|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | 0.00% |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 | | | |
| 00001 | 716 | PR153738 001 | | DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO-ORDERED: RYAN WENDLING | | 04/04/04 H | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

Handwritten:
800 (120)
801 (40)
802 (32)
803 (16)
804 (120)
805 (16)
806 (10)
807 (10)
808 (140)
809 (16)
810 (120)
811 (8)
812 (32)
813 (8)
814 (8)
815 (10)
816 (10)

LAST PAGE

1004359  User DUANE E YARMUTH      ORIGINAL

Engineering/Testing
H E Services
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 221

Invoice Date: Apr 14, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 16.00 | PR153738 001<br>DESIGN ALL GAGES FOR 211/222/231/272<br>ROTOR PER QUOTE #690-0172 | 43.00 | 688.00 | 8020 |

Check/Credit Memo No:

Total Invoice Amount      688.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# PURCHASE ORDER: SMS78357

PAGE 1

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
SAGINAW MI
48601
US

**INVOICE TO:**
IF INVOICE NEEDS APPROVAL, MAIL DIRECTLY TO ENGINEER OR REQUESTOR. NAME MUST BE ON ENVELOPE. COMPLIANCE IS VITAL
SAGINAW MI
48601
US

**TO:**
DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 
BLDG D
TROY MI
48098-2815
US

VENDOR NUMBER 08-154-6298
HE SERVICES CO
ENGINEERING DIV
225 E MURLGATOR DR
SAGINAW MI
48601-9482

248-913-4366
C NICHOLS
AN Buyer

ORDER DATE: 03/11/0-

UPS OR TRAFFIC (616)384-14

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE |
| 00001 | 716 | PR153738-001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | 04/04/04 H | 0.00% | 43.0000 HR |

THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050

DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER
QUOTE #690-0172
WHO ORDERED: RYAN WENDLING

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

800 (120)   809 (16)
801 (40)    810 (120)
802 (32)    811 (8)
803 (16)    812 (32)
804 (120)   813 (8)
805 (16)    814 (8)
806 (10)    815 (10)
807 (10)    816 (10)
808 (140)

LAST PAGE

ORIGINAL

1004359   USER DUANE E YARMUTH

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 222
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 6.00 | PR153738 001 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 | 43.00 | 258.00 | 8030 |

Check/Credit Memo No:

Total Invoice Amount 258.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER SMS78357

PAGE 1

**DELPHI CORPORATION**
ENERGY & CHASSIS SYSTEMS-PURCH
5820 ...
BLDG ...
TROY MI
48098-2815 US

VENDOR NUMBER 08-154-6298

TO: HE SERVICES
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9...

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
...
SAGINAW MI
48601 US

INVOICE TO:
IF INVOICE NEEDS APPROVAL, MAIL DIRECTLY TO ENGINEER OR REQUESTOR. NAME MUST BE ON ENVELOPE.
...
SAGINAW MI
48601 US

Order Date: 03/11/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PURCHASING AGENT: C NICHOLS
Buyer: AN
248-813-4366

SHIP VIA: UPS OR TRAFFIC (616)384-1488

F.O.B.: SP
DESTINATION UNLESS OTHERWISE INDICATED

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 716 HR | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | 04/04/04 H | 0.00% | 43.0000 | |

800 (120)
801 (40)
802 (32)
803 (16)
804 (120)
805 (16)
806 (10)
807 (10)
808 (140)
809 (16)
810 (120)
811 (8)
812 (32)
813 (8)
814 (8)
815 (16)
816 (10)

LAST PAGE

004359 User DUANE E YARMUTH    ORIGINAL