Engineering/Testing
H E Services
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 223

Invoice Date: Apr 14, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 25.00 | PR153738 001 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 | 43.00 | 1,075.00 | 8040 |

Check/Credit Memo No:

Total Invoice Amount    1,075.00

Authorized By: _____

Date: _____

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

# DELPHI

**PURCHASE ORDER:** SMS78357 PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

| | |
|---|---|
| DELPHI CORPORATION<br>ENERGY & CHASSIS SYSTEMS-PURCH<br>5820 DELPHI DRIVE<br>BLDG D<br>TROY MI<br>48098-2815 US | SHIP TO: DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI CHASSIS DIVISION<br>SAGINAW OPERATIONS<br>2328 EAST GENESEE<br>SAGINAW MI<br>48601 US |
| VENDOR NUMBER C0-154-6298<br>TO: HE SERVICES CO<br>ENGINEERING DIV<br>225 E MORLEY DR<br>SAGINAW MI<br>48601-9482 | INVOICE TO: IF INVOICE NEEDS APPROVAL, MAIL<br>DIRECTLY TO ENGINEER OR REQUESTOR<br>FOR NAME MUST BE ON ENVELOPE.<br>COMPLIANCE IS VITAL<br>SAGINAW MI<br>48601 US |

| ORDER DATE | 03/11/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA: UPS OR TRAFFIC (616)384-1488
Buyer: C NICHOLS 248-813-436_
PURCHASING AGENT

| PAYMENT TERMS | NET 2ND DAY OF 2ND MONTH | | F.O.B. SP | | | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | U/M | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
| 00001 | 716 | HR | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY<br>USD DOLLAR (UNITED STATES)<br><br>THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050<br><br>DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER<br>QUOTE #690-0172<br>WHO ORDERED: RYAN WENDLING<br><br>TERMS AND CONDITIONS JANUARY 2001, APPLY<br>OF WHICH SUPPLIER HAS RECEIVED A COPY.<br><br>800 (120)<br>801 (40)<br>802 (32)<br>803 (16)<br>804 (120)<br>805 (16)<br>806 (10)<br>807 (10)<br>808 (140)<br>809 (16)<br>810 (120)<br>811 (8)<br>812 (32)<br>813 (8)<br>814 (8)<br>815 (10)<br>816 (10) | 04/04/04 | H 0.00% | 43.0000 | |

LAST PAGE

A004359 UsER DUANE E YARMUTH   ORIGINAL

Engineering/Testing
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:  (989) 753-9015
Fax:    (989) 753-7703

# Invoice

Invoice Number:
    224
Invoice Date:
    Apr 14, 2004
Page:
    1

Sold To:
    Delphi Saginaw Steering Systems
    (3SI) SERVICE ORDERS
    3900 HOLLAND AVENUE
    SAGINAW, MI  48601
    US

Ship to:
    DELPHI CHASSIS DIVISION
    SAGINAW OPERATIONS-WENDLING
    2328 EAST GENESEE
    SAGINAW, MI  48601
    US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 5.00 | PR153738 001<br>DESIGN ALL GAGES FOR 211/222/231/272<br>ROTOR PER QUOTE #690-0172 | 43.00 | 215.00 | 8050 |

Check/Credit Memo No:

Total Invoice Amount       215.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER  CMS79257

PAGE 1

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815    US

VENDOR NUMBER 08-154-6298

TO: HE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
SAGINAW MI
48601    US

INVOICE TO: IF INVOICE NEEDS APPROVAL MAIL DIRECTLY TO ENGINEER OR REQUESTOR. NAME MUST BE ON ENVELOPE. COMPLIANCE IS VITAL
SAGINAW MI
48601    US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
All copies of your packing slip must accompany each shipment.
Item identification numbers must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 03/11/04
248-813-4366
C NICHOLS    Buyer
PURCHASING AGENT

UPS OR TRAFFIC (616)384-148_

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. SP

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | SHIP V.A. | BASE UNIT PRICE | PRICE / UNIT MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 716 | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES)  THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050  DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING  TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | 04/04/04 H | 0.00% | | 43.0000 | |

800 (120)   809 (16)
801 (40)    810 (120)
802 (32)    811 (8)
803 (16)    812 (32)
804 (120)   813 (8)
805 (16)    814 (8)
806 (10)    815 (16)
807 (10)    816 (40)
808 (40)

LAST PAGE

A004359  USER DUANE E YARMUTH    ORIGINAL

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 225
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 3.00 | PR153738 001<br>DESIGN ALL GAGES FOR 211/222/231/272<br>ROTOR PER QUOTE #690-0172 | 43.00 | 129.00 | 8060 |

Check/Credit Memo No:

Total Invoice Amount       129.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** SMS78357

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoices Attn: Accounts Payable

**DELPHI CORPORATION**
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815                              US

VENDOR NUMBER 03-154-6038
TO: THE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
2328 EAST GENESEE
SAGINAW MI
48601                                  US

**INVOICE TO:**
IF INVOICE NEEDS APPROVAL, MAIL DIRECTLY TO ENGINEER OR REQUESTOR. NAME MUST BE ON ENVELOPE.
COMPLIANCE IS VITAL
SAGINAW MI
48601                                  US

| ORDER DATE | 248-813-4366 |
|---|---|
| 03/11/04 | C NICHOLS  Buyer |
| ALTERATION ISSUE DATE | AN |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA: UPS OR TRAFFIC (616)384-1488

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. SP | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 716 | PR153738 001 | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. 800 (120) 801 (40) 802 (32) 803 (16) 804 (120) 805 (16) 806 (10) 807 (10) 808 (140) 809 (16) 810 (120) 811 (8) 812 (32) 813 (8) 814 (8) 815 (16) 816 (10) | | 04/04/04 H | 0.00% | 43.0000 | |

LAST PAGE

A004359  USER DUANE E YARMUTH     ORIGINAL

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 226
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 3.00 | PR153738 001<br>DESIGN ALL GAGES FOR 211/222/231/272<br>ROTOR PER QUOTE #690-0172 | 43.00 | 129.00 | 8070 |

Check/Credit Memo No:

Total Invoice Amount         129.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** SMS78357

PAGE 1

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
2328 EAST GENESEE
SAGINAW MI
US

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815

VENDOR NUMBER: 02-154-8298

TO:
HE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601

INVOICE TO:
COMPLIANCE IS VITAL

ORDER DATE: 03/11/04

248-813-4366
C. NICHOLS

UPS OR TRAFFIC (616)384-1488

| PAYMENT TERMS | F.O.B. | SHIP VIA | TAX CODE/% |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP | UPS OR TRAFFIC | 0.00% |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| 00001 | 716 HRS | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. 800 (120) 801 (40) 802 (32) 803 (16) 804 (120) 805 (16) 806 (10) 807 (P) 808 (140) 809 (16) 810 (120) 811 (8) 812 (32) 813 (8) 814 (8) 815 (16) 816 (6) | | 04/04/04 H | 43.0000 | |

LAST PAGE

BUYER DUANE F YARMITH
ORIGINAL

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice:  (989) 753-9015
Fax:    (989) 753-7703

Invoice Number: 227
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 35.00 | PR153738 001<br>DESIGN ALL GAGES FOR 211/222/231/272<br>ROTOR PER QUOTE #690-0172 | 43.00 | 1,505.00 | 8080 |

Check/Credit Memo No:

Total Invoice Amount    1,505.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: SMS78357

**DELPHI CORPORATION**
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815 US

VENDOR NUMBER 08-154-6228

TO: H E SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

**SHIP TO:** DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
3320 EAST GENESEE
SAGINAW MI
48601 US

**INVOICE TO:** IF INVOICE NEEDS APPROVAL, MAIL
DIRECTLY TO ENGINEER OR REQUES-
TOR. NAME MUST BE ON ENVELOPE.
COMPLIANCE IS VITAL
SAGINAW MI
48601 US

This Number Must
Packages and Bills of Lading.
2 copies of your packing slip must accompany each shipment.
One Pre-Bill Carton
Items must be shown on Packing Slips and
Invoices.
Invoice Accounts Payable
If Express Shipments or Invoice Parcel...

**ORDER DATE:** 03/11/04
ALTERATION EFFECTIVE DATE

**PURCHASING AGENT:** 248-813-4366
C NICHOLS Buyer
AM

**SHIP VIA:** UPS OR TRAFFIC (616)384-1480

**TAX CODE/%:** 0.00%

**BASE UNIT PRICE:** 43.0000

**PRICE MULTIPLE:**

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

**F.O.B.:** SP

DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED |
|---|---|---|---|---|---|---|
| 00001 | 716 | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. 800 (120) 801 (40) 802 (32) 803 (16) 804 (120) 805 (16) 806 (10) 807 (10) 808 (140) 809 (16) 810 (120) 811 (8) 812 (32) 813 (8) 814 (8) 815 (10) 816 (10) | | 04/04/04 H |

LAST PAGE

USER DIANE F YARMUTH ORIGINAL

A004359

Engineering/Testing  
**H E Services**  
**225 E. Morley Drive**  
**Saginaw, MI 48601**  
**USA**

Voice: (989) 753-9015  
Fax: (989) 753-7703

# Invoice

Invoice Number: 228  
Invoice Date: Apr 14, 2004  
Page: 1

Sold To:  
Delphi Saginaw Steering Systems  
(3SI) SERVICE ORDERS  
3900 HOLLAND AVENUE  
SAGINAW, MI 48601  
US

Ship to:  
DELPHI CHASSIS DIVISION  
SAGINAW OPERATIONS-WENDLING  
2328 EAST GENESEE  
SAGINAW, MI 48601  
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 7.00 | PR153738 001<br>DESIGN ALL GAGES FOR 211/222/231/272<br>ROTOR PER QUOTE #690-0172 | 43.00 | 301.00 | |

Check/Credit Memo No:

Total Invoice Amount    301.00

Remit Payment to:  
**H. E. SERVICES**  
**c/o COMERICA**  
**DEPARTMENT #274201**  
**P.O. BOX 67000**  
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** SMS78357 PAGE 1

**DELPHI CORPORATION**
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815

**SHIP TO:** DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
EAST GENESEE
SAGINAW MI
48601

IF INVOICE NEEDS APPROVAL MAIL DIRECTLY TO ENGINEER OR REQUESTOR. NAME MUST BE ON ENVELOPE. COMPLIANCE IS VITAL.

**VENDOR NUMBER** 03-154-6298
HE SERVICES CO
ENGINEERING DIV
E
SAGINAW MI
48601-9482

**INVOICE TO:** SAGINAW MI

**PURCHASING AGENT:** (phone) 989-919-

**ALTERATION ISSUE DATE:** 04/12
**ALTERATION EFFECTIVE DATE:**

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.** SP
**DESTINATION UNLESS OTHERWISE INDICATED**
**SHIP VIA** UPS OR TRAFFIC (616)384-1488

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN-NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 716 | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. 800 (120) 801 (40) 802 (32) 803 (16) 804 (120) 805 (16) 806 (10) 807 (10) 808 (140) 809 (16) 810 (120) 811 (8) 812 (32) 813 (8) 814 (8) 815 (10) 816 (10) | | 04/04/04 H | 0.00% | 43.0000 | |

LAST PAGE

A004359 BUYER DIANE F YARMUTH ORIGINAL

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:  (989)753-9015
Fax:    (989)753-7703

# Invoice

Invoice Number: 229
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
  Delphi Saginaw Steering Systems
  (3SI) SERVICE ORDERS
  3900 HOLLAND AVENUE
  SAGINAW, MI  48601
  US

Ship to:
  DELPHI CHASSIS DIVISION
  SAGINAW OPERATIONS-WENDLING
  2328 EAST GENESEE
  SAGINAW, MI  48601
  US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 22.00 | PR153738 001<br>DESIGN ALL GAGES FOR 211/222/231/272<br>ROTOR PER QUOTE #690-0172 | 43.00 | 946.00 | 8100 |

Check/Credit Memo No:

Total Invoice Amount        946.00

Authorized By: _____

Date: _____

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**