# DELPHII

**DELPHI CORPORATION**
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815

VENDOR NUMBER: 03 154 5808

TO:
HE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
2328 EAST GENESEE
SAGINAW MI
48601
US

COMPLIANCE IS VITAL

SAGINAW MI
48601
US

# PURCHASE

**PAGE**

**ORDER:** SMS78357

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.

| ORDER DATE | 248-813-4366 |
|---|---|
| 03/11/04 | C NICHOLS  Buyer |
| ALTERATION ISSUE DATE | AN |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

**SHIP VIA**  UPS OR TRAFFIC (616)384-1483

HESERVICES

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE QUANT MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | **F.O.B.** SP | **DESTINATION UNLESS OTHERWISE INDICATED** | | | | | |
| 00001 | 716 | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | 0.00% | 43.0000 | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 | | | | | |
| | | | | DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 | AEB03050 | 04/04/04 H PER | | | |
| | | | | WHO ORDERED: RYAN WENDLING | | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

800 (120)     809 (14)
801 (40)      810 (120)
802 (32)      811 (8)
803 (16)      812 (32)
804 (120)     813 (8)
805 (14)      814 (8)
806 (10)      815 (10)
807 (10)      816 (10)
808 (140)

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

LAST PAGE

ORIGINAL

4004359  User DUANE E YARMUTH

**Engineering/Testing**

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989) 753-9015

Fax:     (989) 753-7703

# Invoice

Invoice Number:
230

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
　Delphi Saginaw Steering Systems
　(3SI) SERVICE ORDERS
　3900 HOLLAND AVENUE
　SAGINAW, MI   48601
　US

Ship to:
　DELPHI CHASSIS DIVISION
　SAGINAW OPERATIONS-WENDLING
　2328 EAST GENESEE
　SAGINAW, MI   48601
　US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 2.00 | PR153738 001 | 43.00 | 86.00 | 8110 |
|  | DESIGN ALL GAGES FOR 211/222/231/272 |  |  |  |
|  | ROTOR PER QUOTE #690-0172 |  |  |  |

Check/Credit Memo No:

Total Invoice Amount          86.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER

**DELPHI CORPORATION**
ENERGY & CHASSIS SYSTEMS - PURCH
5820 DELPHI DR
BLDG D
TROY MI
48098-2815                                    US

**VENDOR NUMBER** 08-154-6298
HE SERVICES CO
ENGINEERING DIV
225 E MILL ST
SAGINAW MI
48601-9482

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
SAGINAW MI
48601                                         US
IF INVOICE NEEDS APPROVAL, MAIL
DIRECTLY TO ENGINEER OR REQUES
TOR. NAME MUST BE ON ENVELOPE.
COMPLIANCE IS VITAL

**INVOICE TO:**
                                              US

PAGE

PURCHASING AGENT

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | F.O.B. SP | DESTINATION UNLESS OTHERWISE INDICATED | | SHIP VIA UPS OR TRAFFIC | PRICE MULTIPLE |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE |

| 00001 | 716 | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD  DOLLAR (UNITED STATES) | | 04/04/04 H | 0.00% | 43.0000 |

THIS IS A MATERIAL REQUEST AGAINST M80 AEB03050 ROTOR PER

DESIGN ALL GAGES FOR 211/222/231/272
QUOTE #690-0172
WHO ORDERED: RYAN WENDLING

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

800  (120)
801  (40)
802  (32)
803  (16)
804  (120)
805  (16)
806  (10)
807  (10)
808  (140)
809  (16)
810  (120)
811  (8)
812  (32)
813  (8)
814  (8)
815  (10)
816  (10)

LAST PAGE

A004359   USER DUANE E YARMUTH                    ORIGINAL

Engineering/Testing
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:    (989) 753-9015

Fax:      (989) 753-7703

# Invoice

Invoice Number:
231

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 19.00 | PR153738 001 | 43.00 | 817.00 | 8120 |
|  | DESIGN ALL GAGES FOR 211/222/231/272 |  |  |  |
|  | ROTOR PER QUOTE #690-0172 |  |  |  |

Check/Credit Memo No:

Total Invoice Amount        817.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE** PAGE 1
**ORDER:** SMS78357

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG 5
TROY MI
48098

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
3900 EAST GENESEE
SAGINAW MI
48601

INVOICE TO:
DIRECTLY TO ENGINEER UR REQUES
TOR. NAME MUST BE ON ENVELOPE.
COMPLIANCE IS VITAL
SAGINAW MI

VENDOR NUMBER 08-154-6298
HE SERVICES CO
ENGINEERING DIV
SAGINAW MI
48601-9482

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

UPS UK TRAFFIC (616)38?-14??

ALTERATION EFFECTIVE DATE

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO AE803050 | | | | | |
| 00001 | 716 | PR153738-001 | | DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING | | 04/04/04 H | 0.00% | 43.0000 | |
| | | | | TERMS AND CONDITIONS JANUARY 2001. APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

800 (120)    809 (14)
801 (40)     810 (120)
802 (32)     811 (8)
803 (16)     812 (32)
804 (120)    813 (8)
805 (14)     814 (8)
806 (9)      815 (16)
807 (9)      816 (10)
808 (140)

4004359 User DUANE E YARMUTH     ORIGINAL     LAST PAGE

# Engineering/Testing
# H E Services
# 225 E. Morley Drive
# Saginaw, MI 48601
# USA

Voice:   (989)753-9015

Fax:    (989)753-7703

# Invoice

Invoice Number:
232

Invoice Date:
Apr 14, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

**Ship to:**
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 5.00 | PR153738 001<br>DESIGN ALL GAGES FOR 211/222/231/272<br>ROTOR PER QUOTE #690-0172 | 43.00 | 215.00 | 8130 |

Check/Credit Memo No:

Total Invoice Amount       215.00

**Remit Payment to:**
**H. E. SERVICES**
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE**
**ORDER:** SMS78357

| | |
|---|---|
| | PAGE |

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG D
TROY MI
48098-2815

VENDOR NUMBER 09-54-2298
HE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
2328 EAST GENESEE
SAGINAW MI
48601                          US

INVOICE TO:
IF INVOICE NEEDS APPROVAL, MAIL
DIRECTLY TO ENGINEER OR REQUES.
FOR NAME MUST BE ON ENVELOPE.
COMPLIANCE IS VITAL.
SAGINAW MI
48601                          US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Invoices/Attn: Accounts Payable

| ORDER DATE | | 248-813-4366 |
|---|---|---|
| 03/11/04 | | C NICHOLS Buyer |
| ALTERATION ISSUE DATE | | AN |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |

| PAYMENT TERMS | | SHIP VIA | | |
|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | UPS OR TRAFFIC (616)384-1408 | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. SP | RFQ NUMBER | DESTINATION UNLESS OTHERWISE INDICATED DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/PER MULTIPLE/U/M |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST M80 AEB03050 | | | | | | |
| 00001 | 716 | PR153738 001 | | DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING | | | 04/04/04 H PER | 0.00% | 43.0000 | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

800 (120)
801 (40)
802 (32)
803 (16)
804 (120)
805 (4)
806 (10)
807 (10)
808 (140)

809 (4)
810 (120)
811 (8)
812 (32)
813 (8)
814 (8)
815 (10)
816 (10)

A004359 User DUANE E YARMUTH                    ORIGINAL                    LAST PAGE

# Engineering/Testing
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015

Fax: (989) 753-7703

# Invoice

Invoice Number:
233

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 2.00 | PR153738 001 | 43.00 | 86.00 | 8140 |
| | DESIGN ALL GAGES FOR 211/222/231/272 | | | |
| | ROTOR PER QUOTE #690-0172 | | | |

Check/Credit Memo No:

Total Invoice Amount 86.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

DELPHI

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 [illegible]
BLDG [illegible]
TROY MI
48098-2815

VENDOR NUMBER 08-154-6298
HE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
[illegible] EAST GENESEE
SAGINAW MI
48601
US

INVOICE TO:
IF INVOICE NEEDS APPROVAL, MAIL
DIRECTLY TO ENGINEER OR REQUES-
TOR. NAME MUST BE ON ENVELOPE,
COMPLIANCE IS VITAL
SAGINAW MI
48601
US

# PURCHASE ORDER: SMS78357

PAGE 1

248-813-4366
C NICHOLS
AN --

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 03/11/04 | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

UPS OR TRAFFIC (616)384-1468

| PAYMENT TERMS | NET 2ND DAY OF 2ND MONTH | | | F.O.B. SP | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
| 00001 | 716 | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | 0.00% | 43.0000 | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO AEBO3050 | | | | | |
| | | | | DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #600-0172 WHO ORDERED: RYAN WENDLING | | 04/04/04 H PER | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

800 (120)
801 (40)
802 (32)
803 (16)
804 (120)
805 (16)
806 (10)
807 (10)
808 (140)

809 (16)
810 (120)
811 (8)
812 (32)
813 (8)
814 (8)
815 (16)
816 (40)

LAST PAGE

ORIGINAL

A004359 USER DUANE E YARMUTH

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989)753-9015

Fax:   (989)753-7703

# Invoice

Invoice Number:
234

Invoice Date:
Apr 14, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 5.00 | PR153738 001 DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 | 43.00 | 215.00 | 8150 |

Check/Credit Memo No:

Total Invoice Amount          215.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

ΔΕΛΡΗΙ

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
5820 DELPHI DRIVE
BLDG C
TROY MI
48098-2815                              US

VENDOR NUMBER 08-154-6298
HE SERVICES CO
ENGINEERING DIV
225 E MORLEY DR
SAGINAW MI
48601-9482

**PURCHASE ORDER:** SMS78357

PAGE 1

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
SAGINAW MI
48601                              US

INVOICE TO:
IF INVOICE NEEDS APPROVAL, MAIL
DIRECTLY TO ENGINEER OR REQUES
TOR. NAME MUST BE ON ENVELOPE.
COMPLIANCE IS VITAL
SAGINAW MI
48601                              US

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 03/11/04 | |

| ALTERATION EFFECTIVE DATE | |

SHIP VIA
UPS OR TRAFFIC (616)384-1408

| | 248-813-4366 |
|---|---|
| C NICHOLS | Buyer |
| AN | |

PURCHASING AGENT

**PAYMENT TERMS**
NET  2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| 00001 | 716 | PR153738 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | 0.00% | 43.0000 |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO AEB03050 | | 04/04/04 H | | |
| | | | | DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172 WHO ORDERED: RYAN WENDLING | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | |

800 (120)
801 (40)
802 (32)
803 (16)
804 (120)
805 (16)
806 (10)
807 (10)
808 (140)
809 (4)
810 (120)
811 (8)
812 (32)
813 (8)
814 (8)
815 (16)
816 (10)

F.O.B.  SP                    DESTINATION UNLESS OTHERWISE INDICATED

ORIGINAL

LAST PAGE

4004359  User DUANE E YARMUTH

# Engineering/Testing
# H E Services
# 225 E. Morley Drive
# Saginaw, MI 48601
# USA

**Invoice**

Voice:   (989) 753-9015

Fax:   (989) 753-7703

Invoice Number:
235

Invoice Date:
Apr 14, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78357 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4.00 | PR153738 001 | 43.00 | 172.00 | 8160 |
| | DESIGN ALL GAGES FOR 211/222/231/272 | | | |
| | ROTOR PER QUOTE #690-0172 | | | |

Check/Credit Memo No:

Total Invoice Amount          172.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# Engineering/Testing
## H E Services
## 225 E. Morley Drive
## Saginaw, MI 48601
## USA

| | |
|---|---|
| Voice: | (989) 753-9015 |
| Fax: | (989) 753-7703 |

# Invoice

Invoice Number:
236

Invoice Date:
Apr 15, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78147 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 136.00 | PR153734 001 | 43.00 | 5,848.00 | 9017460000 |
| | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO | | | |

Check/Credit Memo No:

**Total Invoice Amount**       5,848.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____