# Engineering/Testing
# H E Services
# 225 E. Morley Drive
# Saginaw, MI 48601
# USA

**Invoice**

Invoice Number:
237

Invoice Date:
Apr 15, 2004

Page:
1

Voice:  (989) 753-9015

Fax:  (989) 753-7703

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

**Ship to:**
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78147 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 120.00 | PR153734 001 | 43.00 | 5,160.00 | 9017470000 |
| | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO | | | |

Check/Credit Memo No:

Total Invoice Amount          5,160.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# Engineering/Testing

**Invoice**

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989)753-9015

Fax:    (989)753-7703

Invoice Number:
238

Invoice Date:
Apr 15, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI   48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS
2328 EAST GENESEE
SAGINAW, MI   48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78147 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 32.00 | PR153734 001 | 43.00 | 1,376.00 | 9017490000 |
|  | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO |  |  |  |

Check/Credit Memo No:

Total Invoice Amount          1,376.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# Engineering/Testing

**Invoice**

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Invoice Number:
239

Voice:    (989)753-9015

Fax:      (989)753-7703

Invoice Date:
Apr 15, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SMS78147 | Net 30 Days | |
| | | | |
| | | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 30.00 | PR153734 001 | 43.00 | 1,290.00 | 9017500000 |
| | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO | | | |

Check/Credit Memo No:

Total Invoice Amount          1,290.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# Engineering/Testing

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015

Fax: (989)753-7703

# Invoice

Invoice Number:
240

Invoice Date:
Apr 15, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78147 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 16.00 | PR153734 001 | 43.00 | 688.00 | 9017510000 |
| | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO | | | |

Check/Credit Memo No:

Total Invoice Amount                688.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:  (989)753-9015

Fax:  (989)753-7703

Invoice Number:
241

Invoice Date:
Apr 15, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SMS78147 | Net 30 Days | |
| | | | |
| | | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 10.00 | PR153734 001 | 43.00 | 430.00 | 9017520000 |
| | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO | | | |

Check/Credit Memo No:

Total Invoice Amount    430.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# Engineering/Testing

# Invoice

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice:  (989)753-9015

Fax:   (989)753-7703

Invoice Number:
242

Invoice Date:
Apr 15, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78147 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 10.00 | PR153734 001 | 43.00 | 430.00 | 9017540000 |
| | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO | | | |

Check/Credit Memo No:

Total Invoice Amount                430.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# Engineering/Testing
**Invoice**

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989)753-9015

Fax:   (989)753-7703

Invoice Number:
243

Invoice Date:
Apr 15, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78147 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 10.00 | PR153734 001 | 43.00 | 430.00 | 9017560000 |
| | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO | | | |

Check/Credit Memo No:

Total Invoice Amount          430.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

**Engineering/Testing**
**Invoice**

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989) 753-9015

Fax:     (989) 753-7703

Invoice Number:
244

Invoice Date:
Apr 15, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78147 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 8.00 | PR153734 001 | 43.00 | 344.00 | 9017580000 |
|  | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO |  |  |  |

Check/Credit Memo No:

Total Invoice Amount        344.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# Engineering/Testing
## H. E Services
## 225 E. Morley Drive
## Saginaw, MI  48601
## USA

Voice:    (989)753-9015

Fax:      (989)753-7703

# Invoice

Invoice Number:
245

Invoice Date:
Apr 15, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78147 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 32.00 | PR153734 001 | 43.00 | 1,376.00 | 9017600000 |
| | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO | | | |

Check/Credit Memo No:

Total Invoice Amount          1,376.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# Invoice

eering/Testing
Services
25 E. Morley Drive
Saginaw, MI 48601
USA

Voice: (989) 753-9015

Fax: (989) 753-7703

Invoice Number:
246

Invoice Date:
Apr 15, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
DELPHI CHASSIS DIVISION
SAGINAW OPERATIONS-WENDLING
2328 EAST GENESEE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SMS78147 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 40.00 | PR153734 001 | 43.00 | 1,720.00 | 9017610000 |
| | DESIGN GAGES FOR GMT 001 SALTILLO, MEXICO | | | |

Check/Credit Memo No:

Total Invoice Amount         1,720.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

CUSTOMER:   DELPHI SAGINAW STEERING SYSTEMS
DEVELOPMENT LAB DEPT 26
3900 HOLLAND RD
SAGINAW, MI 48601

ATTN.:   STAN KIELAR

INVOICE:   176

HES CONTACT:   AMY PUMPERA

DATE:   15-Apr-04

PO#   S2S28280

| ITEM CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| PR333446-001 | CENTRAL LAB SERVICES | $66,625.09 |
| PR333446-002 | COLUMN GROUP | $1,568.09 |
| PR333446-003 | GEAR GROUP | $4,744.86 |
| PR333446-004 | HOSE & PUMPS GROUP | $11,352.66 |
| PR333446-005 | HALF-SHAFT GROUP | $10,272.11 |
| PR333446-006 | EPS GROUP | $34,900.10 |
| PR333446-007 | Q-STEER | $4,079.83 |
| | TOTAL INVOICE AMOUNT | $133,542.74 |




## MONTHLY BILLING FOR SERVICES AT OFF-SITE TEST FACILITY FOR MARCH 2004

| Employee | | ST | OT | DT | Central 1505 | Column 1506 | Gear 1507 | Pumps 1508 | Half-Shafts 1509 | EPS 1510 | Quad Steer 1511 | Column Testing 1512 | EPS 1514 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G. Turk | Lead Sup. | 192.0 | | | $ 7,077.12 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ 7,077.12 |
| W. Nordbeck | Tech I | 200.0 | | | $ 3,906.00 | $ - | | | | | | | | $ 3,906.00 |
| H. Pike | Tech I | 189.0 | | | $ 4,692.87 | $ - | | $ - | | | | | | $ 4,692.87 |
| C. Bond | Tech II | 200.0 | | | $ 3,906.00 | | | | | | | | | $ 3,906.00 |
| J. Boldue | Tech I | 210.0 | 35.0 | | | | | | | $ 4,989.95 | | | | $ 4,989.95 |
| D. Jolly | Tech I | | | | $ 1,933.47 | $ - | $ - | $ - | | | | | | $ 1,933.47 |
| L. Belcyga | Tech III | | | | $ 4,064.00 | $ 672.00 | $ - | | | $ 186.23 | $ - | | | $ 4,922.23 |
| D. Dunlap | Tech III | 166.0 | | | | | $ 4,672.90 | | | | | | | $ 4,672.90 |
| K. O'Brien | Tech III | 199.0 | | | $ - | $ - | | $ 5,601.85 | | | | | | $ 5,601.85 |
| K. Schnella | Tech II | 200.0 | | | $ - | $ - | | $ 5,630.00 | $ - | | | | | $ 5,630.00 |
| B. Gromaski | Tech I | 192.0 | 13.0 | | $ - | $ - | | | | | $ 4,079.83 | | | $ 4,079.83 |
| T. Matzke | Tech I | 192.0 | 3.5 | | $ - | $ - | $ - | | $ - | $ 3,838.63 | | | | $ 3,838.63 |
| A22 | Tech II | | | | $ 4,102.92 | $ 613.08 | $ - | | $ - | $ - | | | | $ 4,716.00 |
| Reguggesberg | Tech III | 200.0 | | | $ 5,336.55 | $ 211.05 | $ - | | $ 30.15 | $ 90.45 | $ - | | | $ 5,668.20 |
| Derop | Tech I | 200.0 | | | $ 3,906.00 | $ - | $ - | | $ 3,906.00 | $ - | | | | $ 3,906.00 |
| C. Kisser | Tech I | 183.0 | 13.5 | | $ 3,916.76 | | $ - | | | | | | | $ 3,916.76 |
| B. Ballard | Tech I | 192.0 | | | $ 3,749.76 | | | | | | | | | $ 3,749.76 |
| D. Keyes | Tech I | 200.0 | 4.0 | | $ 4,007.56 | | | | | | | | | $ 4,007.56 |
| R. York | Tech I | 191.0 | 20.0 | | $ 4,238.03 | | | | | | | | | $ 4,238.03 |
| Cube | | 132.0 | 4.0 | | $ 2,679.52 | | | | | | | | | $ 2,679.52 |
| **SUB-TOTAL-LABOR** | | | | | $ 53,610.56 | $ 1,496.13 | $ 4,672.90 | $ 11,231.85 | $ 3,936.15 | $ 9,105.26 | $ 4,079.83 | $ - | $ - | $ 88,132.67 |
| Shuttle Moving | | | | | $ 850.00 | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 850.00 |
| Floor Space | | | | | $ 816.00 | $ - | $ - | $ - | $ 6,264.00 | $ 18,809.00 | $ - | | | $ 25,889.00 |
| Utilities | | | | | $ 10,897.91 | $ - | $ - | $ - | $ - | $ 2,240.26 | $ - | | | $ 13,138.17 |
| Depart. Supplies | | | | | $ 499.07 | $ 71.96 | $ 71.96 | $ 71.96 | $ 71.96 | $ 4,745.58 | $ - | | | $ 5,532.49 |
| Cecil Memo's | | | | | | | | | | | | | | |
| Engineering Work | | | | | | | | | | | | | | |
| **SUB-TOTAL** | | | | | $ 66,625.09 | $ 1,568.09 | $ 4,744.86 | $ 11,352.66 | $ 10,272.11 | $ 34,900.10 | $ 4,079.83 | $ - | $ - | $ 133,542.73 |
| **GRAND TOTAL** | $ 133,542.73 | | | | $ 133,542.73 | | | | | | | | $ - | $ 133,542.73 |