**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Mark B. Conlan (MC-2959)

Attorneys for Breen Color Concentrates, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors. | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

-----------------------------------------------------------X

TO:   Clerk of Court and All Parties of Record:

**PLEASE TAKE NOTICE** that the name of the firm representing Breen Color Concentrates, Inc. ("Breen"), a creditor of the Debtors in the above-captioned matter has changed from Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. to **Gibbons P.C.**

**PLEASE TAKE FURTHER NOTICE** that the address for **Gibbons P.C.** has changed to **One Gateway Center, Newark, New Jersey 07102-5310**.

Kindly use the new firm name and address in all pleadings, correspondence, and other documents and direct all future correspondence and service of documents in this matter to the attorney of record at the new firm name and address.

| | |
|---|---|
| Dated: March 26, 2007<br>Newark, New Jersey | Respectfully submitted,<br><br>**GIBBONS P.C.**<br><br>By:   /s/ Mark B. Conlan<br>       Mark B. Conlan, Esq.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>(973) 596-4500<br>Attorneys for Breen Color Concentrates, Inc. |

#1174371 v1
100905-54746

2

#1174371 v1
100905-54746