

**Stephenson & Lawyer, Inc.**
Foam Fabrication for Engineered Applications

# AFFIDAVIT

Re: Response to Ninth Omnibus Objection for Claims Subject to Modification

Claim #8663 filed 6/27/06 under Debtor 05-44567, Delphi Mechatronic Systems Inc

    Asserted Claim Amount: $5,894.00

    Modified Amount per Debtor: $1,326.00

    Modified Claim Amount per Stephenson & Lawyer, Inc. **$5,486.00**

I, Kerry R Wieland, am the Credit Manager of Stephenson & Lawyer Inc and as such am familiar with both asserted & modified claim amounts. Herewith are attached copies of material invoices totaling $1,326.00. In addition to the material invoices, attached is a copy of Debtor's Purchase Order #9571-660808 for $4,160.00 "Die for removing material on light baffle" along with Claimant's Invoice #22603 dated 29th of September, 2006 for same amount as Purchase Order that we hereby declare are due us. Therefore, we find no basis to modify this amount and request that the whole claim amount of **$5,486.00** be allowed.

_Kerry R Wieland_  3/6/07
Signature                                Date

Kerry R Wieland, Credit Manager
Stephenson & Lawyer, Inc.
PO Box 8834
Grand Rapids MI 49518-8834

THOMAS M. KARAS
NOTARY PUBLIC KENT CO., MI
MY COMMISSION EXPIRES Oct 11, 2007

County of Kent
State of Michigan

Subscribed and sworn to before me, this ___6th___ day of March, 2007

_Thomas M. Karas_                    My Commission Expires: ___10-11-2007___
Notary Signature

3831 Patterson Ave., SE • P.O. Box 8834 • Grand Rapids, MI 49518-8834 • Phone: 616-949-8100 • FAX: 616-949-5171

A C C O U N T    S T A T E M E N T

STEPHENSON & LAWYER, INC
3831 PATTERSON AVE SE
GRAND RAPIDS MI 49512

Fax: 616-949-5171
Phone: 616-949-8100

DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE SUITE A
BROWNSVILLE TX   78521

STATEMENT DATE:   03/05/07

| INVOICE NUMBER | INVOICE DATE | DUE DATE | ORIGINAL AMOUNT | DESCRIPTION | OUTSTANDING AMOUNT |
|---|---|---|---|---|---|
| 21926 | 9/02/05 | 10/02/05 | 204.00 | INVOICE | 204.00 |
| 22100 | 9/12/05 | 10/12/05 | 102.00 | INVOICE | 102.00 |
| 22266 | 9/19/05 | 10/19/05 | 204.00 | INVOICE | 204.00 |
| 22463 | 9/26/05 | 10/26/05 | 204.00 | INVOICE | 204.00 |
| 22479 | 9/23/05 | 10/23/05 | 510.00 | INVOICE | 510.00 |
| 22603 | 9/29/05 | 10/29/05 | 4160.00 | INVOICE | 4160.00 |
| 22615 | 9/30/05 | 10/30/05 | 102.00 | INVOICE | 102.00 |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | TOTAL |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 5486.00 | 5486.00 |