**urchase Order**   [X] Delphi Mechatronic Systems    D-U-N-S No. 02-155-3417    **DELPHI** Automotive Systems
[ ] Delphi Automotive Systems    T.I.N. No. 38-3589834

PAGE 1

):  STEPHENSON & LAWYER INC
3831 PATTERSON AVENUE SE
PO BOX 8834
GRAND RAPIDS MI 49518-8834
USA

Purchase Order No. 9571-660808
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
Purchase Order Revision: _____

hip To:  DULCE SUAREZ
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
TX   78521         USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
78521

FOB  DEST  FGT COLL   Ship Via   ROUTING IN   Terms MNS-2
Vendor Number 78850   Tax Exempt ID Number         Date of Order 7/18/05

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| 1 | EA | MRO  * Due Date: 8/15/05 *<br>746-77823<br>DIE FOR REMOVING MATERIAL ON LIGHT BAFFLE | 01 | 4160.00000 | 4160.00 |

PURCHASE ORDER TOTAL                                 4160.00

** AS OF FEB 01, 00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOGISTICS **
INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfer when goods
arrive at buyer's reciving dock."

*[handwritten]* 100 pc prototypes

*[handwritten]* See:
Stephenson & Lawyer Inc
INV # 22603  9/29/05

*[stamp]* ENTERED DALTON/GR
RM 9/22
# 11015

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villasetor
Buyer

By: *[signature]*

P59-552 (12/01)                ORIGINAL

# Stephenson & Lawyer, Inc.
*Foam Fabrication for Engineered Applications*

3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

## CUSTOMER INVOICE

**OFFICE COPY**

| Page No: 1 | INVOICE NO. | INVOICE DATE |
|---|---|---|
| | 22603 | 9/29/05 |

**SOLD TO:**
DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO:**
DE0016S2
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE SUITE A
ATTN: DULCE SUAREZ PROTOTYPES
BROWNSVILLE TX 78521

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/29/05 | 22603 | | HOUSE - IL | GRAND RAPIDS MI | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN.QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850SAMPLE CPT#: 746-77823 SAMPLE | /F3 | 1.5# CHAR ETHER W/BLK FILM TRACKING # 1Z45288403488678 30 | 9571-660808 ORD#: 11015 ITM#: 1 | | 110.00 EA | .00000 EA | .00 |
| 2 | DIE CHARGE | / | DIE CHARGE TO PRODUCE PART # 746-77823 REV. F3 DIE # 939 ORDER # 4575 | 9571-660808 ORD#: 11015 ITM#: 2 | | 1.00 EA | 4160.00000 EA | 4160.00 |

CURRENCY: US DOLLARS

TOTAL: 4160.00

# Stephenson & Lawyer, Inc.
*Foam Fabrication for Engineered Applications*

3831 Patterson Ave, SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

## CUSTOMER INVOICE

JOURNAL COPY

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 21926 | 9/02/05 |

**SOLD TO:** DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO:** DE0016S7
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/02/05 | 21926 | | HOUSE - IL | ORIGIN | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY. SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | /E4 | SLA003850  DELPHBROWNTX | 9571-48537 | | 2400.00 EA | .08500 EA | 204.00 |
| | CPT#: 746-77823 | | TRACKING # 1Z4528840349915259 | ORD#: 8374  ITM#: 6REL: 89 | | | | |

**CURRENCY:** US DOLLARS

**TOTAL:** 204.00

# Stephenson & Lawyer, Inc.
Foam Fabrication for Engineered Applications

3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

## CUSTOMER INVOICE

JOURNAL COPY

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 22100 | 9/12/05 |

**SOLD TO:** DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO:** DE0016S7
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/12/05 | 22100 | | HOUSE - IL | ORIGIN | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | /F3 | SLA003850   DELPHBROWNTX | 9571-48537 | | 1200.00 EA | .08500 EA | 102.00 |
| | CPT#: 746-77823 | | TRACKING # 1Z4528840347859565 | ORD#: 8374 ITM#: 6REL: 90 | | | | |

CURRENCY: US DOLLARS

TOTAL: 102.00

# Stephenson & Lawyer, Inc.
*Foam Fabrication for Engineered Applications*

3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

## CUSTOMER INVOICE

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 22266 | 9/19/05 |

**SOLD TO**
DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO**
DE0016S7
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

JOURNAL COPY

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/19/05 | 22266 | | HOUSE - IL | ORIGIN | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | /F3 | SLA003850 DELPHBROWNTX TRACKING # 1Z45288403495111613 | 9571-48537 ORD#: 8374 ITM#: 6REL: 91 | | 2400.00 EA | .08500 EA | 204.00 |
| | CPT#: 746-77823 | | | | | | | |

| CURRENCY: | TOTAL: |
|---|---|
| US DOLLARS | 204.00 |

# Stephenson & Lawyer, Inc.
*Foam Fabrication for Engineered Applications*

3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

## CUSTOMER INVOICE

**JOURNAL COPY**

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 22463 | 9/26/05 |

**SOLD TO:** DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO:** DE0016S7
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/26/05 | 22463 | | HOUSE - IL | ORIGIN | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | /E4 | SLA003850  DELPHBROWNTX | 9571-48537 | | 2400.00 EA | .08500 EA | 204.00 |
| | CPT#: 746-77823 | | TRACKING # 1Z452884034865560 40 | ORD#: 8374 ITM#: 6 REL: 92 | | | | |

**CURRENCY:** US DOLLARS

**TOTAL:** 204.00

# Stephenson & Lawyer, Inc.
*Foam Fabrication for Engineered Applications*

3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

## CUSTOMER INVOICE

JOURNAL COPY

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 22479 | 9/23/05 |

**SOLD TO:** DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO:** DE0016S7
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | ORIGIN | F.O.B. | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 9/23/05 | 22479 | | HOUSE - IL | | | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | /E4 | SLA003850 DELPHBROWNTX | 9571-485376 | | 6000.00 EA | .08500 EA | 510.00 |
| | CPT#: 746-77823 | | TRACKING # 1Z452884034711351 | ORD#: 8374 ITM#: 6REL: 95 | | | | |

| CURRENCY: | TOTAL: |
|---|---|
| US DOLLARS | 510.00 |

**Stephenson & Lawyer, Inc.**
Foam Fabrication for Engineered Applications
3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

# CUSTOMER INVOICE

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 22615 | 9/30/05 |

**SOLD TO**
DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO**
DE0016S7
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

JOURNAL COPY

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | ORIGIN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 9/30/05 | 22615 | | HOUSE - IL | | | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | /E4 | SLA003850  DELPHBROWNTX | 9571-48537 | | 1200.00 EA | .08500 EA | 102.00 |
| | CPT#: 746-77823 | | TRACKING # 1Z4528840347794027 | ORD#: 8374 ITM#: 6REL.98 | | | | |

CURRENCY: US DOLLARS

TOTAL: 102.00