STINSON MORRISON HECKER LLP
Attorneys for Debtors and Debtors in Possession
1201 Walnut Street
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
Mark A. Shaiken, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                          :
                                               :       Chapter 11
DELPHI CORPORATION, et al.,                    :       Case No.  05-44481
                                               :
                                               :
            Debtors.                           :
-------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

On behalf of ThyssenKrupp Waupaca, Inc. and ThyssenKrupp Stahl Company, the appearance of attorney Greta A. McMorris is withdrawn as counsel of record in this case.  Ms. McMorris is no longer associated with Stinson Morrison Hecker LLP.  The law firm of Stinson Morrison Hecker LLP will continue to represent the ThyssenKrupp Waupaca, Inc. and ThyssenKrupp Stahl Company in this matter.

By:   /s/  Mark A. Shaiken
STINSON MORRISON HECKER LLP

Mark A. Shaiken
1201 Walnut Street, Suite 2700
Kansas City, MO  64106
(816) 842-8600 – Telephone
(816) 691-3495 – Facsimile

ATTORNEYS FOR THYSSENKRUPP WAUPACA, INC. and THYSSENKRUPP STAHL COMPANY