**GIBBONS P.C.**
David N. Crapo (DC-9691)
One Gateway Center
Newark, New Jersey 07102-5310
Phone: (973) 596-4500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Case No. 05-44481 (RDD)<br><br>Chapter 11<br>Jointly Administered<br><br>**NOTICE OF CHANGE OF<br>FIRM NAME AND ADDRESS** |

TO:    Clerk of Court and All Parties of Record:

**PLEASE TAKE NOTICE** that the name of the firm representing **Epcos, Inc.** in the above-captioned matter has changed from Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. to **Gibbons P.C.**

**PLEASE TAKE FURTHER NOTICE** that the address for **Gibbons P.C.** has changed to **One Gateway Center, Newark, New Jersey 07102-5310**.

Kindly use the new firm name and address in all pleadings, correspondence, and other documents and direct all future correspondence and service of documents in this matter to the attorney of record at the new firm name and address.

Respectfully submitted,

/s/ David N. Crapo
David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
Attorneys for Epcos, Inc.

Dated: March 26, 2007
       Newark, New Jersey

#1172523 v1
102530-55166