| Counterparty | Agreement(s) | Cure Amount |
|---|---|---|
| A B & W, Inc. | Purchase Order No. 550000145 | $0.00 |
| All-Rite Industries, Inc. | Purchase Order Nos. 550070318, 550000180, and 550000203 | $93,039.28 |
| Bae Industries, Inc. | Purchase Order No. 550000019 | $0.00 |
| Beaver Mftg. Co., Inc. | Purchase Order Nos. 550061319, 550061318, and 550061317 | $266,493.66 |
| Bunzi Plastic, Inc. | Purchase Order No. 550004907 | $420.00 |
| Carby Corp. | Purchase Order No. 550000030 | $5,340.00 |
| Carius Tool Co., Inc. | Purchase Order Nos. 550055370, 550055372, 550072240, 550072241, 550055368, 550055369, 550004416, and 550024019 | $21,897.07 |
| Carlisle Plastics Co., Inc. | Purchase Order No. 550000034 | $948.20 |
| Charter Mftg. Co., Inc. | Purchase Order No. 550015915 | $0.00 |
| Cleveland Die & Mftg. Co. | Purchase Order Nos. 550070291, 550070294, 550016188, 550005124, 550010182, and 550000161 | $0.00 |
| Cxm, Inc. | Purchase Order Nos. 550049444 and 550049449 | $177,062.67 |
| F&G Multi-slide, Inc. | Purchase Order Nos. 550005716, 550054595, and 550000257 | $0.00 |
| Furon Co. | Purchase Order No. 460006190 | $0.00 |
| Harco Brake Systems, Inc. | Purchase Order Nos. 550005885, 550005034, 550025694, 550003871, 550051902, 550025698, 550003857, 550070913, 550003858, 550003859, 550003862, 550003861, 550003869, 550003866, 550052699, 550024215, 550003860, 550003870, 550003867, 550035923, 550003864, 550003868, 550003865, 550003863, 550057799, 550059102, 550015967, 550006251, 550037280, 550025697, 550053161, 550008776, 550069296, 550075772, 550069295, 550025696, 550071697, 550071698, 550055137, 550026022, 550010114, 550010096, 550052700, 550024217, 550071695, 550070912, 550074624, 550071696, 550071183, 550074543, 550004188, 550003919, 550003974, 550004272, , 550004282, 550005125, 550015328, 550015535, 550016242, 550024361, 550050407, 550051876, 550054609, 550055083, 550064239, 550069115, 550069297, 550076198, and 550005123 | $1,631,015.34 |
| Hellemann Tyton Corp. | Purchase Order No. 50070296 | $0.00 |
| Jada Precision Plastics Co., Inc. | Purchase Order No. 550061043 | $12,864.00 |
| Kando of Cincinnati, Inc. | Purchase Order No. 550063857 | $0.00 |
| Kecy Products, Inc. | Purchase Order No. 550000191 | $24,395.31 |
| Kendale Indust., Inc. | Purchase Order No. 550015999 | $24,357.38 |
| Komotech | Purchase Order Nos. 550055974, 550055975, 550055971, and 550055912 | $0.00 |
| Metal Component Eng. | Purchase Order Nos. 550056282, 550056286, 550056285, 550056275, and 550056284 | $0.00 |
| Metprotech, Inc. | Purchase Order No. 550073484 | $66,463.81 |
| Oem/miller Corp. | Purchase Order Nos. 550004215 and 550000111 | $15,507.00 |
| Outokumpu Copper Valleycast LLC | Purchase Order No. 550000083 | $0.00 |
| Parker Hannifin Corp. | Purchase Order No. 550076147 | $429.53 |
| Pridgeon & Clay, Inc. | Purchase Order No. 550000011 | $70.80 |
| Progressive Stamping Co. De, Inc. | Purchase Order No. 550000207 | $46,169.87 |
| Republic Engineered Produces LLC | Purchase Order No. 550049454 | $25,665.09 |
| Textron Fastening Syst. | Purchase Order No. 550005130 | $2,714.28 |
| Ti Group Automotive Syst. LLC | Purchase Order No. 550010061 | $32,833.45 |

2

| **Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---|
| General Motors Corp. | Purchase Order Nos. 7ND000DR, 7ND000DD, 7ND000F2, 7ND000F3, 7ND000GV, 7ND000GW, 7ND000GX, 7ND000GZ, 7ND000J0, 7ND000J1, 7ND000J2, 7ND000J5, 7ND000J3, 7ND000J4 , 7ND000JF, 7ND000JN , 7ND000JL, 7ND000JM, 7NH0000C, 7NH0000M, 7NH0000N, 7NH00001, 7NH00006, 7ND0009K, and 7NH00007 | $0.00 |
| GM of Canada Ltd. | Purchase Order Nos. 7NC00054, 7NC0005K, 7NC0005L, 7NC0005M, 7NC00063, 7NC00064, 7NC00065, 7NG00000, 7NG00001, 7NG00002, 7NG00005, 7NC0005N, and 7NC00062 | $0.00 |
| Genasys L.C. | Purchase Order No. NMG0000L | |
| Magna Drivetrain | Purchase Order Nos. 5500000463, 5500000464, and 5500000204 | $0.00 |
| Dana Fluid Syst. Prods. | Purchase Order No. P11069-03 | $0.00 |
| Saturn | Purchase Order No. OPKV0002 | $0.00 |
| GM de Mexico | Purchase Order Nos. 7NB0003F, 7NF00000, 7NF00001, 7NF00002, 7NF00003, 7NF00004, and 7NF00005 | $0.00 |
| Harco Brake Systems | Brake Hose Assembly Contract Policy Statements Dated Jan. 1, 2005 | $0.00 |