SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
                                               :
     In re                              :         Chapter 11
                                               :
DELPHI CORPORATION, et al.,       :         Case No. 05–44481 (RDD)
                                             :
                     Debtors.     :         (Jointly Administered)
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER
DISALLOWING AND EXPUNGING CLAIM NUMBER 5506
(G.P. REEVES, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and G.P. Reeves, Inc. ("Reeves") respectfully submit this Joint Stipulation And Agreed Order Disallowing and Expunging Proof Of Claim Number 5506 (G.P. Reeves, Inc.) (the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Reeves filed proof of claim number 5506 on May 10, 2006 (the "Claim"), which asserts an unsecured non-priority claim in the amounts of $2,296.00 stemming from goods sold to Delphi.

WHEREAS the Debtors objected to claim number 5506 pursuant to the Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims, dated January 12, 2007 (the "Seventh Omnibus Claims Objection") (Docket No. 6585)..

WHEREAS on February 9, 2007 Reeves filed a response to the Debtors' Seventh Omnibus Claims Objection (Docket No. 6906) (the "Response").

WHEREAS Reeves acknowledges that the obligations underlying the Claim arose post-petition.

THEREFORE, the Debtors and the Reeves stipulate and agree as follows:

1. The Claim shall be disallowed and expunged in its entirety.

    2.    Reeves shall withdraw its Response to the Third Omnibus Claims Objection.

So Ordered in New York, New York, this 27th day of March, 2007

       /s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Tammy DeVree |
|---|---|
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606-1285<br>(312) 407-0700 | Tammy DeVree<br>G.P. REEVES, INC.<br>12764 Greenly Street<br>Holland, Michigan 49424<br>616-399-8893 |

    - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession