SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

　　　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
　Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  | : |  |
|---|---|---|
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING
CLAIM NUMBERS 1214 AND 3092
(COMMISSIONER OF REVENUE FOR THE COMMONWEALTH OF MASSACHUSETTS)

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and

Commissioner of Revenue for the Commonwealth of Massachusetts ("MDOR") respectfully

submit this Joint Stipulation And Agreed Order Disallowing and Expunging Proofs Of Claim

Numbers 1214 And 3092 (Commissioner of Revenue for the Commonwealth of Massachusetts)

(the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS MDOR filed proof of claim number 1214 on December 19, 2005 and

claim number 3092 on April 28, 2006 (collectively, the "Claims"), which assert unsecured non-

priority claim in the amounts of $456.00 and $723.16, respectively, stemming from unpaid taxes.

WHEREAS the Debtors objected to claim number 3092 pursuant to the Debtors'

Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

3007 To Certain (a) Claims With Insufficient Documentation, And (b) Claims Not Reflected On

Debtors' Books And Records, dated December 8, 2006 (the "Fifth Omnibus Claims Objection")

(Docket No. 6100).

WHEREAS Delphi and the MDOR have agreed to resolve the Claims together.

WHEREAS on January 11, 2007, the MDOR filed its Opposition To Debtor's

Objection To Allowance Of The Proof Of Claim Of Massachusetts Department Of Revenue

(Claim No. 3092) (Docket No. 6614) (the "Response").

WHEREAS the MDOR acknowledges that Delphi has paid all balances due to

2

MDOR.

THEREFORE, the Debtors and the MDOR stipulate and agree as follows:

1.    The Claims shall be disallowed and expunged in their entirety.

2.    MDOR's Response to the Fifth Omnibus Claims Objection is resolved.

So Ordered in New York, New York, this 27<u>th</u> day of March, 2007

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons_____          /s/ David T. Mazzuchelli_____
John Wm. Butler, Jr.                            David T. Mazzuchelli
John K. Lyons                                   Massachusetts Department of Revenue
Ron E. Meisler                                  Litigation Bureau
SKADDEN, ARPS, SLATE, MEAGHER                   100 Cambridge Street, P. O. Box 9565
   & FLOM LLP                                    Boston, MA 02214
333 West Wacker Drive, Suite 2100               (617) 626-4022
Chicago, Illinois  60606-1285
(312) 407-0700                                  Counsel to the Commissioner

              - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession