TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re:                                              :
                                                    :    Chapter 11
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 [RDD]
                                                    :
                        Debtors.                    :    Jointly Administered
                                                    :
-----------------------------------------------------------------x

# JOINT STIPULATION AND AGREED ORDER
# DISALLOWING AND EXPUNGING CLAIM NUMBERS 2299 AND 2300
# (CONSTELLATION NEWENERGY-GAS DIVISION,
# LLC AND CONSTELLATION NEWENERGY, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Constellation NewEnergy - Gas Division, LLC ("CNEG"), and Constellation NewEnergy, Inc. ("CNE" and, together with CNEG, "Constellation") respectfully submit this Joint Stipulation And Agreed Order Disallowing and Expunging Proofs of Claim Numbers 2299 and 2300 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York;  and

**WHEREAS,** CNEG filed Proof of Claim Number 2299 and CNE filed Proof of Claim Number 2300 on March 15, 2006, which assert unsecured non-priority claims in the amounts of $93,001.07 and $793,411.29, respectively, against Delphi (the "Constellation Delphi Claims");  and

**WHEREAS,** CNEG filed Proof of Claim Number 2381 and CNE filed Proof of Claim Number 2382 on March 23, 2006, which assert unsecured non-priority claims in the amounts of $93,001.07 and $793,411.29, respectively, against Delphi Automotive Systems LLC (the "Constellation DAS Claims");  and

**WHEREAS,** the Debtors objected to the Constellation Delphi Claims pursuant to the Debtors' Sixth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims and (B) Equity Claims (the "Objection") (Docket No. 6571);  and

**WHEREAS,** on February 8, 2007 Constellation filed the Response of Constellation NewEnergy, Inc. and Constellation NewEnergy Gas Division, LLC to Debtors' Sixth Omnibus Objection to Claims (the "Response") (Docket No. 6898);  and

**WHEREAS,** after arm's length negotiations, the Debtors and Constellation have agreed to settle and resolve the Objection and the Response upon the terms set forth herein.

**NOW, THEREFORE,** in consideration of the foregoing, the Debtors and

2

Constellation agree and stipulate as follows:

1. The Constellation Delphi Claims (Proofs of Claim Numbers 2299 and 2300) shall be disallowed and expunged in their entirety.

2. Pursuant to Paragraph 5 of the Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging (A) Duplicate and Amended Claims and (B) Equity Claims Identified in Sixth Omnibus Claims Objection, dated February 26, 2007 (Docket No. 7051), the Debtors will not seek to disallow or expunge the Constellation DAS Claims (Proofs of Claim Numbers 2381 and 2382) solely on the basis that the Constellation DAS Claims were filed against the wrong Debtor, provided that the Constellation Delphi Claims or the Constellation DAS Claims were originally filed against the correct Debtor.

3. Except as expressly provided in Paragraph 2, the Constellation DAS Claims shall remain subject to further objection on any grounds whatsoever, including, without limitation, that the Constellation DAS Claims were asserted against the incorrect Debtor, if Constellation did not file the Constellation Delphi Claims or the Constellation DAS Claims against the correct Debtor.

Dated: New York, New York
March 14, 2007

    DELPHI CORPORATION, et al.,
    Debtors and Debtors-in-Possession,
    By their Bankruptcy Conflicts Counsel,
    TOGUT, SEGAL & SEGAL LLP,
    By:

    /s/ Neil Berger
    NEIL BERGER (NB-3599)
    A Member of the Firm

        One Penn Plaza, Suite 3335
        New York, New York 10119
        (212) 594-5000

Dated:  Baltimore, Maryland
        March 14, 2007

        CONSTELLATION NEWENERGY - GAS
        DIVISION, LLC and CONSTELLATION
        NEWENERY, INC.,
        By their Attorneys,
        DLA PIPER US LLP
        By:

        _/s/ Maria Ellena Chavez-Ruark_
        MARIA ELLENA CHAVEZ-RUARK
        (*pro hac vice*)
        The Marbury Building
        6225 Smith Avenue
        Baltimore, MD 21209
        (410) 580-4248

**SO ORDERED**

This <u>27th</u> day of <u>March</u>, 2007
in New York, New York


_____/s/Robert D. Drain_____
   HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE