**DBM Technologies Pre-Petition Setoff Request Summary**

| **DBM Perspective** | Total | **Delphi Perspective** | Total | **Agreed Upon Setoff Amount** | Total |
|---|---|---|---|---|---|
| Delphi A/R | $342,650 | Delphi A/R - Adjusted for Tooling | $342,650 | | |
| Delphi A/P | $269,246 | Delphi A/P - Adjusted for Tooling | $269,246 | | |
| Total Setoff Amount | $269,246 | Total Setoff Amount | $269,246 | Total Setoff Amount | $269,246 |

Confidential - Material Non-Public Information

| Delphi A/R Records | | | DBM A/P Records | | |
|---|---|---|---|---|---|
| Invoice | Invoice Date | Invoice Amount | Voucher Invoice | Invoice Date | Invoice Amount |
| 86756481 | 8/16/2005 | 50,820.00 | 86756481 | 8/16/2005 | 50,820.00 |
| 86859723 | 9/1/2005 | 50,820.00 | 86859723 | 9/1/2005 | 50,820.00 |
| 86859727 | 9/1/2005 | 37,730.00 | 86859727 | 9/1/2005 | 37,730.00 |
| 86866259 | 9/2/2005 | 50,820.00 | 86866259 | 9/2/2005 | 50,820.00 |
| 86866260 | 9/3/2005 | 50,820.00 | 86866260 | 9/3/2005 | 50,820.00 |
| 86879203 | 9/6/2005 | 50,820.00 | 86879203 | 9/6/2005 | 50,820.00 |
| 86889308 | 9/7/2005 | 50,820.00 | 86889308 | 9/7/2005 | 50,820.00 |
| TLG Debit | 10/5/2005 | 262,410.00 | | | |
| Adjust A/P for Tooling | | (262,410.00) | | | |
| | | 342,650.00 | | | 342,650.00 |

Confidential - Material Non-Public Information
Delphi AR

| Delphi A/P Records | | | | | | | DBM A/R Records | |
|---|---|---|---|---|---|---|---|---|
| DUNS # | Process # | Document # | Document Date | Amount | BOL | Contract # | Date | Amount |
| RD 059006671 | '9000031957339 | '5203765854001 | 3/1/2005 | $11,250.00 | T1055 | D0450127171 | 11/6/2003 | 306.36 |
| RD 059006671 | '9000031957336 | '5203765975001 | 7/13/2005 | $5,200.00 | IVS67575 | D0450141484 | 1/7/2004 | 132.30 |
| RD 059006671 | '9000031957335 | '5203765856001 | 8/1/2005 | $23,000.00 | IVS67602 | D0450141488 | 4/18/2004 | 445.50 |
| RD 059006671 | '9000031957334 | '5203765855001 | 8/2/2005 | $24,000.00 | IVS67575 | D0450141484 | 6/29/2004 | 7.46 |
| RD 059006671 | '9000032766918 | '5204277315001 | 8/30/2005 | $21.65 | 80055948 | D0550056962 | 8/13/2004 | 104.77 |
| RD 059006671 | '9000031553360 | '5203543348001 | 9/1/2005 | $779.40 | 80056101 | D0550049529 | 9/10/2004 | 160.70 |
| RD 059006671 | '9000031553361 | '5203543350001 | 9/1/2005 | $3,273.48 | 80056100 | D0550056962 | 1/14/2005 | 995.29 |
| RD 059006671 | '9000031572451 | '5203551510001 | 9/2/2005 | $3,117.60 | 80056164 | D0550056962 | 3/30/2005 | 70.68 |
| RD 059006671 | '9000031572452 | '5203551512001 | 9/2/2005 | $623.52 | 80056165 | D0550049529 | 6/20/2005 | 995.29 |
| RD 059006671 | '9000031572453 | '5203547548001 | 9/2/2005 | $12,094.92 | 80056141 | D0550026406 | 8/22/2005 | 22.00 |
| RD 059006671 | '9000031572454 | '5203549150001 | 9/2/2005 | $10,128.29 | 80056141 | D0550026406 | 8/22/2005 | 1,200.00 |
| RD 059006671 | '9000031600507 | '5203571355001 | 9/6/2005 | $620.84 | 80056127 | D0550024782 | 8/30/2005 | 22.31 |
| RD 059006671 | '9000031600508 | '5203571399001 | 9/6/2005 | $975.38 | 80056199 | D0550024782 | 9/1/2005 | 3,273.48 |
| RD 059006671 | '9000031600509 | '5203573248001 | 9/6/2005 | $1,870.56 | 80056260 | D0550056962 | 9/1/2005 | 779.40 |
| RD 059006671 | '9000031600510 | '5203573249001 | 9/6/2005 | $467.64 | 80056261 | D0550049529 | 9/1/2005 | 620.84 |
| RD 059006671 | '9000031615029 | '5203579811001 | 9/7/2005 | $1,998.72 | 80056277 | D0550015455 | 9/1/2005 | 12,094.92 |
| RD 059006671 | '9000031615030 | '5203579811002 | 9/7/2005 | $620.84 | 80056277 | D0550024782 | 9/1/2005 | 10,128.29 |
| RD 059006671 | '9000031615031 | '5203582253001 | 9/7/2005 | $779.40 | 80056340 | D0550049529 | 9/1/2005 | (337.27) |
| RD 059006671 | '9000031615032 | '5203582282001 | 9/7/2005 | $3,429.36 | 80056339 | D0550056962 | 9/1/2005 | (69.72) |
| RD 059006671 | '9000031629088 | '5203579052001 | 9/7/2005 | $207.55 | 80056217 | D0550026406 | 9/2/2005 | 3,117.60 |
| RD 059006671 | '9000031629086 | '5203589805001 | 9/8/2005 | $3,429.36 | 80056400 | D0550056962 | 9/2/2005 | 623.52 |
| RD 059006671 | '9000031629087 | '5203589806001 | 9/8/2005 | $779.40 | 80056401 | D0550049529 | 9/2/2005 | 975.38 |
| RD 059006671 | '9000032880191 | '5204322803001 | 9/8/2005 | $21.65 | 80056433 | D0550056962 | 9/2/2005 | 207.55 |
| RD 059006671 | '9000031647714 | '5203596736001 | 9/9/2005 | $975.38 | 80056408 | D0550024782 | 9/6/2005 | 1,870.56 |
| RD 059006671 | '9000031647715 | '5203598771001 | 9/9/2005 | $3,429.36 | 80056451 | D0550056962 | 9/6/2005 | 467.64 |
| RD 059006671 | '9000031647716 | '5203598772001 | 9/9/2005 | $779.40 | 80056452 | D0550049529 | 9/6/2005 | 2,619.55 |
| RD 059006671 | '9000031647717 | '5203592856001 | 9/9/2005 | $1,979.64 | 80056351 | D0550026406 | 9/6/2005 | 899.39 |
| RD 059006671 | '9000031668782 | '5203611966001 | 9/12/2005 | $1,870.56 | 80056563 | D0550056962 | 9/7/2005 | 3,429.36 |
| RD 059006671 | '9000031668783 | '5203611985001 | 9/12/2005 | $779.40 | 80056525 | D0550049529 | 9/7/2005 | 779.40 |
| RD 059006671 | '9000031677202 | 'ESD5203617958001 | 9/13/2005 | ($666.24) | 80054809 | D0550015455 | 9/7/2005 | 1,979.64 |
| RD 059006671 | '9000031677203 | 'ESD5203617959001 | 9/13/2005 | ($1,998.72) | 80056277 | D0550015455 | 9/8/2005 | 3,429.36 |
| RD 059006671 | '9000031681668 | '5203619404001 | 9/13/2005 | $3,429.36 | 80056620 | D0550056962 | 9/8/2005 | 779.40 |
| RD 059006671 | '9000031681669 | '5203619405001 | 9/13/2005 | $935.28 | 80056621 | D0550049529 | 9/8/2005 | 975.38 |
| RD 059006671 | '9000031681670 | '5203617043001 | 9/13/2005 | $899.39 | 80056294 | D0550026406 | 9/8/2005 | 22.31 |
| RD 059006671 | '9000032216882 | '5203915470001 | 9/13/2005 | $1,250.00 | T1039 | D0450128001 | 9/9/2005 | 3,429.36 |
| RD 059006671 | '9000031695454 | '5203626738001 | 9/14/2005 | $3,429.36 | 80056691 | D0550056962 | 9/9/2005 | 779.40 |
| RD 059006671 | '9000031695455 | '5203626741001 | 9/14/2005 | $779.40 | 80056692 | D0550049529 | 9/12/2005 | 779.40 |
| RD 059006671 | '9000031695456 | '5203622199001 | 9/14/2005 | $2,509.14 | 80056586 | D0550026406 | 9/12/2005 | 1,870.56 |
| RD 059006671 | '9000031695457 | '5203622320001 | 9/14/2005 | $5,930.34 | 80056639 | D0550026406 | 9/12/2005 | 2,509.14 |
| RD 059006671 | '9000031695458 | '5203622919001 | 9/14/2005 | $937.44 | 80056657 | D0550026406 | 9/12/2005 | 691.84 |
| RD 059006671 | '9000031695459 | '5203625483001 | 9/14/2005 | $691.84 | 80056586 | D0550026406 | 9/13/2005 | 3,429.36 |
| RD 059006671 | '9000031695460 | '5203625573001 | 9/14/2005 | $4,176.86 | 80056639 | D0550026406 | 9/13/2005 | 935.28 |
| RD 059006671 | '9000031695461 | '5203625642001 | 9/14/2005 | $2,668.80 | 80056657 | D0550026406 | 9/13/2005 | 5,930.34 |
| RD 059006671 | '9000031720990 | '5203633793001 | 9/15/2005 | $1,032.19 | 80056703 | D0550070922 | 9/13/2005 | 4,176.86 |
| RD 059006671 | '9000031720991 | '5203633841001 | 9/15/2005 | $620.84 | 80056700 | D0550024782 | 9/14/2005 | 937.44 |
| RD 059006671 | '9000031720992 | '5203635821001 | 9/15/2005 | $1,714.68 | 80056734 | D0550056962 | 9/14/2005 | 2,668.80 |
| RD 059006671 | '9000031720993 | '5203635834001 | 9/15/2005 | $311.76 | 80056735 | D0550049529 | 9/14/2005 | 3,429.36 |
| RD 059006671 | '9000031740322 | '5203643592001 | 9/16/2005 | $3,429.36 | 80056811 | D0550056962 | 9/14/2005 | 779.40 |
| RD 059006671 | '9000031740323 | '5203643604001 | 9/16/2005 | $935.28 | 80056812 | D0550049529 | 9/14/2005 | 620.84 |
| RD 059006671 | '9000031740326 | '5203638758001 | 9/16/2005 | $585.90 | 80056711 | D0550026406 | 9/14/2005 | 1,032.19 |
| RD 059006671 | '9000031740327 | '5203641395001 | 9/16/2005 | $1,255.80 | 80056711 | D0550026406 | 9/14/2005 | 585.90 |
| RD 059006671 | '9000031740324 | '5203648596001 | 9/17/2005 | $3,273.48 | 80056861 | D0550056962 | 9/14/2005 | 1,255.80 |
| RD 059006671 | '9000031740325 | '5203648597001 | 9/17/2005 | $935.28 | 80056862 | D0550049529 | 9/15/2005 | 1,714.68 |
| RD 059006671 | '9000031761701 | '5203653527001 | 9/19/2005 | $1,596.22 | 80056856 | D0550024782 | 9/15/2005 | 311.76 |
| RD 059006671 | '9000031761702 | '5203655711001 | 9/19/2005 | $3,117.60 | 80056894 | D0550056962 | 9/16/2005 | 3,429.36 |
| RD 059006671 | '9000031761703 | '5203655712001 | 9/19/2005 | $623.52 | 80056895 | D0550049529 | 9/16/2005 | 935.28 |
| RD 059006671 | '9000031774782 | '5203663953001 | 9/20/2005 | $3,273.48 | 80056997 | D0550056962 | 9/16/2005 | 1,596.22 |
| RD 059006671 | '9000031774783 | '5203663974001 | 9/20/2005 | $935.28 | 80056998 | D0550049529 | 9/16/2005 | 645.12 |
| RD 059006671 | '9000031774784 | '5203657970001 | 9/20/2005 | $12,349.80 | 80056944 | D0550026406 | 9/17/2005 | 3,273.48 |
| RD 059006671 | '9000031774785 | '5203658064001 | 9/20/2005 | $4,125.66 | 80056946 | D0550026406 | 9/17/2005 | 935.28 |
| RD 059006671 | '9000031774786 | '5203661033001 | 9/20/2005 | $6,689.68 | 80056944 | D0550026406 | 9/19/2005 | 3,117.60 |
| RD 059006671 | '9000031774787 | '5203661098001 | 9/20/2005 | $8,545.05 | 80056946 | D0550026406 | 9/19/2005 | 623.52 |
| RD 059006671 | '9000031769130 | 'ESD5203658902001 | 9/20/2005 | ($337.27) | 80056141 | D0550026406 | 9/19/2005 | 12,349.80 |
| RD 059006671 | '9000031769131 | 'ESD5203661791001 | 9/20/2005 | ($69.72) | 80056141 | D0550026406 | 9/19/2005 | 6,689.68 |
| RD 059006671 | '9000031789405 | '5203670692001 | 9/21/2005 | $645.12 | 80056864 | D0550070922 | 9/19/2005 | 4,125.66 |
| RD 059006671 | '9000031789406 | '5203672725001 | 9/21/2005 | $3,273.48 | 80057035 | D0550056962 | 9/19/2005 | 8,545.05 |
| RD 059006671 | '9000031789407 | '5203672726001 | 9/21/2005 | $935.28 | 80057036 | D0550049529 | 9/20/2005 | 3,273.48 |
| RD 059006671 | '9000032094417 | '5203842953001 | 9/21/2005 | $11,500.00 | T1052 | D0450145191 | 9/20/2005 | 935.28 |
| RD 059006671 | '9000032094418 | '5203842954001 | 9/21/2005 | $6,400.00 | T1053 | D0450145190 | 9/20/2005 | 415.10 |
| RD 059006671 | '9000034598336 | '5205450420001 | 9/21/2005 | $20,675.00 | T1048 | D0450141477 | 9/21/2005 | 3,273.48 |
| RD 059006671 | '9000034818359 | '5205616877001 | 9/21/2005 | $1,300.00 | T1051 | D0450141484 | 9/21/2005 | 935.28 |
| RD 059006671 | '9000036360107 | '520666414 2001 | 9/21/2005 | $7,725.00 | T1048A | D0450141477 | 9/21/2005 | 333.12 |

Confidential - Material Non-Public Information
Delphi AP

| Delphi A/P Records | | | | | | | DBM A/R Records | |
|---|---|---|---|---|---|---|---|---|
| DUNS # | Process # | Document # | Document Date | Amount | BOL | Contract # | Date | Amount |
| RD 059006671 | '9000031802653 | '5203679239001 | 9/22/2005 | $333.12 | 80057076 | D0550015455 | 9/21/2005 | 968.58 |
| RD 059006671 | '9000031802654 | '5203681690001 | 9/22/2005 | $2,182.32 | 80057140 | D0550056962 | 9/22/2005 | 2,182.32 |
| RD 059006671 | '9000031802655 | '5203681693001 | 9/22/2005 | $623.52 | 80057141 | D0550049529 | 9/22/2005 | 623.52 |
| RD 059006671 | '9000031825519 | '5203687317001 | 9/22/2005 | $968.58 | 80057093 | D0550026406 | 9/22/2005 | 4,232.01 |
| RD 059006671 | '9000031825514 | '5203687786001 | 9/23/2005 | $333.12 | 80057154 | D0550015455 | 9/23/2005 | 333.12 |
| RD 059006671 | '9000031825515 | '5203690279001 | 9/23/2005 | $935.28 | 80057204 | D0550049529 | 9/23/2005 | 2,805.84 |
| RD 059006671 | '9000031825516 | '5203690280001 | 9/23/2005 | $2,805.84 | 80057203 | D0550056962 | 9/23/2005 | 935.28 |
| RD 059006671 | '9000031957338 | '5203765813001 | 9/23/2005 | $1,500.00 | T1055 | D0450127171 | 9/24/2005 | 3,117.60 |
| RD 059006671 | '9000031952767 | 'DMP5203767422001 | 9/23/2005 | ($750.00) | T1055 | D0450127171 | 9/24/2005 | 935.28 |
| RD 059006671 | '9000031952768 | 'DMP5203767423001 | 9/23/2005 | ($750.00) | T1055 | D0450127171 | 9/26/2005 | 2,338.20 |
| RD 059006671 | '9000031825517 | '5203696292001 | 9/24/2005 | $3,117.60 | 80057250 | D0550056962 | 9/26/2005 | 935.28 |
| RD 059006671 | '9000031825518 | '5203696293001 | 9/24/2005 | $935.28 | 80057252 | D0550049529 | 9/26/2005 | 7,201.73 |
| RD 059006671 | '9000031825520 | '5203692239001 | 9/24/2005 | $4,232.01 | 80057147 | D0550026406 | 9/26/2005 | 12,278.37 |
| RD 059006671 | '9000031845731 | '5203703844001 | 9/26/2005 | $935.28 | 80057297 | D0550049529 | 9/27/2005 | 3,273.48 |
| RD 059006671 | '9000031845732 | '5203703845001 | 9/26/2005 | $2,338.20 | 80057296 | D0550056962 | 9/27/2005 | 1,091.16 |
| RD 059006671 | '9000031857027 | '5203712209001 | 9/27/2005 | $1,091.16 | 80057363 | D0550049529 | 9/27/2005 | 5,616.00 |
| RD 059006671 | '9000031857028 | '5203712213001 | 9/27/2005 | $3,273.48 | 80057362 | D0550056962 | 9/27/2005 | 4,452.34 |
| RD 059006671 | '9000031857029 | '5203706591001 | 9/27/2005 | $7,201.73 | 80057324 | D0550026406 | 9/27/2005 | 583.74 |
| RD 059006671 | '9000031857030 | '5203709560001 | 9/27/2005 | $12,278.37 | 80057324 | D0550026406 | 9/28/2005 | 3,117.60 |
| RD 059006671 | '9000031871493 | '5203721095001 | 9/28/2005 | $1,091.16 | 80057439 | D0550049529 | 9/28/2005 | 1,091.16 |
| RD 059006671 | '9000031871494 | '5203721101001 | 9/28/2005 | $3,117.60 | 80057438 | D0550056962 | 9/28/2005 | 1,998.72 |
| RD 059006671 | '9000031871495 | '5203714740001 | 9/28/2005 | $5,616.00 | 80057379 | D0550026406 | 9/29/2005 | 620.84 |
| RD 059006671 | '9000031871496 | '5203718104001 | 9/28/2005 | $4,452.34 | 80057379 | D0550026406 | 9/29/2005 | 3,273.48 |
| RD 059006671 | '9000031957337 | '5203765812001 | 9/28/2005 | $9,750.00 | T1055 | D0450127171 | 9/29/2005 | 1,091.16 |
| RD 059006671 | '9000031952754 | 'DMP5203767407001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 9/30/2005 | 3,273.48 |
| RD 059006671 | '9000031952755 | 'DMP5203767408001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 9/30/2005 | 1,091.16 |
| RD 059006671 | '9000031952756 | 'DMP5203767409001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 9/30/2005 | 1,003.50 |
| RD 059006671 | '9000031952757 | 'DMP5203767410001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 9/30/2005 | 2,193.41 |
| RD 059006671 | '9000031952758 | 'DMP5203767411001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/3/2005 | 2,805.84 |
| RD 059006671 | '9000031952759 | 'DMP5203767412001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/3/2005 | 935.28 |
| RD 059006671 | '9000031952760 | 'DMP5203767413001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/3/2005 | 21,838.84 |
| RD 059006671 | '9000031952761 | 'DMP5203767414001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/4/2005 | 3,117.60 |
| RD 059006671 | '9000031952762 | 'DMP5203767415001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/4/2005 | 1,091.16 |
| RD 059006671 | '9000031952763 | 'DMP5203767417001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/4/2005 | 1,596.22 |
| RD 059006671 | '9000031952764 | 'DMP5203767418001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/4/2005 | 5,758.93 |
| RD 059006671 | '9000031952765 | 'DMP5203767420001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/5/2005 | 3,273.48 |
| RD 059006671 | '9000031952766 | 'DMP5203767421001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/5/2005 | 1,091.16 |
| RD 059006671 | '9000031887143 | '5203727590001 | 9/29/2005 | $1,998.72 | 80057440 | D0550015455 | 10/5/2005 | 22.31 |
| RD 059006671 | '9000031887144 | '5203730120001 | 9/29/2005 | $3,273.48 | 80057509 | D0550056962 | 10/6/2005 | 55.28 |
| RD 059006671 | '9000031887145 | '5203730121001 | 9/29/2005 | $1,091.16 | 80057510 | D0550049529 | 10/6/2005 | 1,091.16 |
| RD 059006671 | '9000036360106 | '5206664141001 | 9/29/2005 | $5,040.00 | IVS67167A | D0450153704 | 10/6/2005 | 3,117.60 |
| RD 059006671 | '9000031887146 | '5203727291001 | 9/29/2005 | $415.10 | 80057028 | D0550026406 | 10/7/2005 | 3,273.48 |
| RD 059006671 | '9000031887147 | '5203727338001 | 9/29/2005 | $583.74 | 80057388 | D0550026406 | 10/7/2005 | 1,091.16 |
| RD 059006671 | '9000031909243 | '5203736619001 | 9/30/2005 | $620.84 | 80057507 | D0550024782 | | |
| RD 059006671 | '9000031909244 | '5203738980001 | 9/30/2005 | $1,091.16 | 80057543 | D0550049529 | | |
| RD 059006671 | '9000031909245 | '5203739029001 | 9/30/2005 | $3,273.48 | 80057542 | D0550056962 | | |
| RD 059006671 | '0005016191083 | 'ADMCR111300131 | 10/1/2005 | ($680.00) | 111300131 | D0550015455 | | |
| RD 059006671 | '9000036081869 | '5206459157001 | 10/1/2005 | $115,810.00 | T1015 | D0450122690 | | |
| RD 059006671 | '9000036081870 | '5206459159001 | 10/1/2005 | $7,100.00 | T1038 | D0450122425 | | |
| RD 059006671 | '9000031928935 | '5203751288001 | 10/3/2005 | $935.28 | 80057658 | D0550049529 | | |
| RD 059006671 | '9000031928936 | '5203751292001 | 10/3/2005 | $2,805.84 | 80057657 | D0550056962 | | |
| RD 059006671 | '9000032921568 | '5204351438001 | 10/3/2005 | $23,660.00 | IVS67167 | D0450153704 | | |
| RD 059006671 | '9000031942034 | '5203757612001 | 10/4/2005 | $2,193.41 | 80057587 | D0550070922 | | |
| RD 059006671 | '9000031942035 | '5203759875001 | 10/4/2005 | $3,117.60 | 80057714 | D0550056962 | | |
| RD 059006671 | '9000031942036 | '5203759877001 | 10/4/2005 | $1,091.16 | 80057715 | D0550049529 | | |
| RD 059006671 | '9000031942037 | '5203753860001 | 10/4/2005 | $1,003.50 | 80057580 | D0550049529 | | |
| RD 059006671 | '9000031942038 | '5203757077001 | 10/4/2005 | $21,838.84 | 80057662 | D0550026406 | | |
| RD 059006671 | '9000031957331 | '5203766073001 | 10/5/2005 | $1,596.22 | 80057719 | D0550024782 | | |
| RD 059006671 | '9000031957332 | '5203768701001 | 10/5/2005 | $3,273.48 | 80057792 | D0550056962 | | |
| RD 059006671 | '9000031957333 | '5203768703001 | 10/5/2005 | $1,091.16 | 80057793 | D0550049529 | | |
| RD 059006671 | '9000032153790 | '5203886008001 | 10/5/2005 | $55.28 | 80057806 | D0550070486 | | |
| RD 059006671 | '9000031973515 | '5203776742001 | 10/6/2005 | $1,091.16 | 80057850 | D0550049529 | | |
| RD 059006671 | '9000031973516 | '5203776756001 | 10/6/2005 | $3,117.60 | 80057851 | D0550056962 | | |
| RD 059006671 | '9000031973517 | '5203771372001 | 10/6/2005 | $5,758.93 | 80057733 | D0550026406 | | |
| RD 059006671 | '9000031988669 | '5203784872001 | 10/7/2005 | $3,273.48 | 80057915 | D0550056962 | | |
| RD 059006671 | '9000031988670 | '5203784884001 | 10/7/2005 | $1,091.16 | 80057916 | D0550049529 | | |
| RD 059006671 | '9000033631566 | 'DSR5204810127001 | 10/7/2005 | ($0.01) | 80040845 | D0550053087 | | |
| | | POD Adj | | $6,308.94 [1] | | | | |
| | | Adjustment for Tooling | | ($262,410.00) | | | | |
| | | | | $269,246.00 | | | | 269,246.00 |

[1] An adjustment of approximately $6,000 will be made to Delphi's accounts payable records for supplier proofs of delivery.

Confidential - Material Non-Public Information
Delphi AP