March 22, 2007

Greetings Honorable Judge Robert Drain,

It's been several months since I last wrote to you PLEADING FOR JUSTICE, so I decided to write again today to renew my plea and REMIND YOU that YOUR COURT is pledged to administer JUSTICE.

Please, please, I beg you to be certain that each owner of a common share of DELPHI stock has EXACTLY the same PERCENTAGE OF OWNERSHIP in the new DELPHI that emerges from this bankruptcy as they had before Delphi declared the bankruptcy.

Today, I read an article on the internet which contained the following paragraph and was reminded that it had been quite sometime since I had tried to REMIND YOU that there are multitudes of shareholders who are hoping and praying that you make sure that they are JUSTLY TREATED. Their interest MUST be the most important issue in this case. They are the owners of this company and they must not be scamed .

*NEW YORK (Reuters) - A U.S. bankruptcy judge ruled on Thursday that Delphi Corp. (DPHIQ.PK) may pay up to $37.4 million in bonuses to executives for the first six months of 2007, despite objections from the auto parts maker's unions.*

<u>I have never in my life belonged to any union, but I do share their view</u>. Since retiring from GM after a wonderful career of 41 years and nine months, I started my own "inventing business". I started out selling my services to others and my one man business never had a losing month from its first month in March 1992, until May , 2005. Then I decided to go another direction which meant starting over and attempt to become a business to supply "electricity" to the automotive vehicle market. So you might say, in a way I am now in competition with Delphi and everyone else who manufacture automotive storage batteries or automotive generators also known as alternators. In 2006 I finally succeeded in earning some money and had a gross income of $7,500. If indeed I should ever be forced to take the route of bankruptcy in order to protect me or my business from those I owe, then I would plead for all of them to be paid and I would work for nothing until everyone of them had been paid in full. The people and the businesses who had in good faith deliver goods or services to me must ALWAYS be **paid first** before any money should be made available for me or for my "executive" bonuses. This is JUSTICE

Thank you,
Regards,

*Robert W. Ward*

Robert W. Ward
3701 Ironwood Way
Anderson, Indiana
　　　　46011

Tel. 765-644-4350
Cell 954-591-2168



RECEIVED
MAR 27 2007
USBC-SDNY
RDD