Pg 1 of 1

United States Bankruptcy Court
For the Southern District Of New York

| Delphi Corporation | } Chapter 11 |
| --- | --- |
|  | } |
|  | } Claim No. 541 |
|  | } |
|  | } Case No. 05-44481 |
|  | } |
| <u>Debtor</u> | } |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim **JOSLYN SUNBANK CO LLC (related document [7417])** in the amount of **$50,069.89** is hereby withdrawn by Liquidity Solutions, Inc D/B/A Revenue Management.

<u>By/s/ Jeffrey Caress</u>
Liquidity Solutions, Inc
d/b/a Revenue Management
201-968-0001

739880