**Hearing Date and Time:  June 20, 2007 10:00 a.m.**
                                            **Fee Committee Objection Deadline:  June 13, 2006 4:00 p.m.**

**COVINGTON & BURLING LLP**
1330 Avenue of the Americas
New York, NY 10019-5400
(212) 841-1000
Aaron R. Marcu (AM-6309)
Susan Power Johnston (SJ-9386)

Foreign Trade and Special Corporate Committee
Counsel to the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING ON FOURTH INTERIM APPLICATION
OF COVINGTON & BURLING LLP,
FOREIGN TRADE AND SPECIAL CORPORATE COMMITTEE LEGAL COUNSEL
TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006</u>**

       **PLEASE TAKE NOTICE** that on June 20, 2007 at 10:00 a.m., Covington &

Burling LLP, as foreign trade and special corporate committee legal counsel to the above-

captioned debtors and debtors-in-possession, will move before the Honorable Robert D. Drain,

United States Bankruptcy Judge for the Southern District of New York, in Courtroom 610 of the

United States Bankruptcy Court, One Bowling Green, New York, New York 10004, for entry of

NY: 540928

an order approving its fourth interim application for allowance of compensation for professional services rendered and reimbursement of expenses incurred from October 1, 2006, through December 31, 2006 (the "**Compensation Period**") totaling $151,395.00, and for reimbursement of its actual and necessary expenses incurred during the Compensation Period totaling $6,032.91.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and delivered to Judge Drain's chambers and the undersigned so as to be received not later than 4:00 p.m. on June 13, 2007. If no objections are received by that time, the order may be entered.

Dated: March 28, 2007

                        **COVINGTON & BURLING LLP**

                        By:   /s/ Susan Power Johnston
                              Aaron R. Marcu (AM-6309)
                              Susan Power Johnston (SJ-9386)

                        1330 Avenue of the Americas
                        New York, NY  10019-5400
                        (212) 841-1000

                        **Foreign Trade and Special Corporate Committee Counsel to the Debtors and Debtors-in-Possession**