# Exhibit D

05-44481-rdd    Doc 7450-5    Filed 03/28/07    Entered 03/28/07 15:39:13    Exhibit D
Pg 1 of 4

**Covington & Burling LLP**                                              Private & Confidential

## Delphi Fee Application
## Timekeeper Summary
### October 1, 2006 - January 31, 2007

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Aaron Marcu | 760.00 | 21.40 | $ 16,264.00 |
| Barbara Hoffman | 550.00 | 40.90 | 22,495.00 |
| Bruce A. Baird | 770.00 | 0.80 | 616.00 |
| Corinne A. Goldstein | 560.00 | 9.50 | 5,320.00 |
| Eve R. Pogoriler | 305.00 | 12.10 | 3,690.50 |
| Gina Renee Merrill | 270.00 | 61.10 | 15,429.00 |
| Jessamy K. Thomison | 365.00 | 51.70 | 18,870.50 |
| Kimberly A. Strosnider | 410.00 | 54.40 | 21,484.00 |
| Lily Chang | 170.00 | 61.60 | 10,472.00 |
| Melanie D. Reed | 360.00 | 10.20 | 3,672.00 |
| Michael J. Naft | 410.00 | 9.30 | 3,813.00 |
| Peter Trooboff | 590.00 | 2.60 | 1,534.00 |
| Samuel D. Brotman | 175.00 | 22.40 | 3,920.00 |
| Susan Power Johnston | 550.00 | 43.30 | 23,815.00 |
| **Grand Total** | | **401.30** | **$ 151,395.00** |

**Covington & Burling LLP**  Private & Confidential

# Delphi Fee Application
## Matter Summary
### October 1, 2006 - January 31, 2007

| Matter | Description | Hours | Amount |
|---|---|---|---|
| 30175.00002 | Special Committee | 168.80 | 69,999.50 |
| 30175.00004 | Delphi File #2006-000802 | 142.90 | 45,079.00 |
| 26186.06101 | General Foreign Trade Controls | 89.60 | 36,316.50 |
| **Grand Total** | | **401.30** | **$ 151,395.00** |

**Covington & Burling LLP**                                                                     Private & Confidential

# Delphi Fee Application
# Monthly Summary
# October 1, 2006 - January 31, 2007

| Summary for 30175.00002 Special Committee | | |
|---|---|---|
| October | $ | 18,833.50 |
| November | | 37,851.50 |
| December | | 4,460.00 |
| Janary | | 8,854.50 |
| Subtotal | $ | 69,999.50 |

| Summary for 30175.00004 Delphi File #2006-000802 | | |
|---|---|---|
| October | $ | 5,168.00 |
| November | | 18,095.00 |
| December | | 13,350.00 |
| Janary | | 8,466.00 |
| Subtotal | $ | 45,079.00 |

| Summary for 26186.6101 General Foreign Trade Controls | | |
|---|---|---|
| October | $ | 8,938.00 |
| November | | 11,467.50 |
| December | | 4,729.00 |
| Janary | | 11,182.00 |
| Subtotal | $ | 36,316.50 |
| Grand Total | $ | 151,395.00 |