# Exhibit E

05-44481-rdd    Doc 7450-6    Filed 03/28/07    Entered 03/28/07 15:39:13    Exhibit E
Pg 1 of 19

**Covington & Burling**  Private & Confidential

# Delphi Fee Application
## Disbursement Summary
### October 1, 2006 - January 31, 2007

| Description | Amount |
|---|---:|
| Air Rail Travel | $ 288.85 |
| Color Printing | 230.00 |
| Computer Research | 192.32 |
| Duplicating | 1,185.90 |
| Federal Express | 1,101.17 |
| Local Meals | 122.85 |
| Local Transportation | 910.91 |
| Lodging | 208.01 |
| Long Distance Calls | 76.32 |
| Metered Mail | 4.20 |
| Outside Printing | 63.18 |
| Overtime Transportation | 10.00 |
| Scanning | 125.50 |
| Staff Client Overtime | 495.29 |
| Supplies | 176.69 |
| Telephone Calls | 55.14 |
| Travel | 102.05 |
| Westlaw Research | 124.53 |
| Word Processing | 560.00 |
| | |
| Grand Total | $ 6,032.91 |

Delphi Automotive Systems Corporation
General Foreign Trade Controls

Invoice No. ******

# COVINGTON & BURLING LLP

1330 AVENUE OF THE AMERICAS   NEW YORK
NEW YORK, NY 10019   WASHINGTON
TEL 212.841.1000   SAN FRANCISCO
FAX 212.841.1010   LONDON
WWW.COV.COM   BRUSSELS

INVOICE NUMBER
********

ACCOUNT NUMBER
026186.06101

DATE
********

---

Delphi Automotive Systems Corporation

Re: General Foreign Trade Controls

## Detailed Client Charges

| Date | Description | Amount |
|---|---|---|
| 09/29/06 | Scanning | 0.10 |
| 10/20/06 | Scanning | 1.40 |
| 11/14/06 | Scanning | 4.50 |
| 11/14/06 | Scanning | 3.50 |
| 11/14/06 | Scanning | 2.20 |
| 11/16/06 | Scanning | 5.20 |
| 11/16/06 | Scanning | 5.10 |
| 11/01/06 | Scanning | 1.70 |
| 11/06/06 | Scanning | 2.70 |
| 12/19/06 | Scanning | 0.20 |
| 01/10/07 | Scanning | 0.30 |
| | **TOTAL FOR COST CODE: 020** | **26.90** |
| 01/11/07 | Duplicating Copies: 12 | 1.20 |
| 11/14/06 | Duplicating Copies: 49 | 4.90 |
| 11/14/06 | Duplicating Copies: 38 | 3.80 |
| 11/14/06 | Duplicating Copies: 369 | 36.90 |
| 11/14/06 | Duplicating Copies: 5 | 0.50 |
| 11/14/06 | Duplicating Copies: 9 | 0.90 |
| 12/20/06 | Duplicating Copies: 3 | 0.30 |
| 11/01/06 | Duplicating Copies: 6 | 0.60 |
| 11/06/06 | Duplicating Copies: 27 | 2.70 |
| 10/20/06 | Duplicating Copies: 20 | 2.00 |
| | **TOTAL FOR COST CODE: 021** | **53.80** |
| 10/17/06 | Local Meals KIMBERLY A. STROSNIDER - Travel to Irvine, CA - Attend meeting at Delphi/make presentation on regulatory issues 10/9-11/06 (MBN) | 20.00 |
| | **TOTAL FOR COST CODE: 101** | **20.00** |
| 10/03/06 | Long Distance Calls Extension: 15816 Number: 919494583173 | 0.18 |

**Delphi Automotive Systems Corporation**
General Foreign Trade Controls

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| 10/06/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 10/18/06 | Long Distance Calls Extension: 15816 Number: | 9.90 |
| 10/20/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 10/20/06 | Long Distance Calls Extension: 15253 Number: | 0.54 |
| 10/20/06 | Long Distance Calls Extension: 15253 Number: | 1.44 |
| 10/20/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 10/26/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 12/20/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 12/01/06 | Long Distance Calls Extension: 15816 Number: | 0.72 |
| 12/11/06 | Long Distance Calls Extension: 15816 Number: | 9.36 |
| 12/13/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 11/07/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 11/16/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 11/16/06 | Long Distance Calls Extension: 15816 Number: | 0.54 |
| 01/08/07 | Long Distance Calls Extension: 15816 Number: | 1.62 |
| 01/09/07 | Long Distance Calls Extension: 15816 Number: | 1.62 |
| 01/11/07 | Long Distance Calls Extension: 15816 Number: | 1.08 |
| 01/03/07 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 01/03/07 | Long Distance Calls Extension: 15816 Number: | 12.42 |
| 01/26/07 | Long Distance Calls Extension: 15534 Number: | 5.04 |
| 01/26/07 | Long Distance Calls Extension: 15534 Number: | 5.04 |
|  | **TOTAL FOR COST CODE: 143** | **51.30** |
| 10/17/06 | Travel KIMBERLY A. STROSNIDER - Travel to Irvine, CA - Attend meeting at Delphi/make presentation on regulatory issues 10/9-11/06 (car rental) (MBN) | 102.05 |
|  | **TOTAL FOR COST CODE: 152** | **102.05** |
| 10/17/06 | Lodging KIMBERLY A. STROSNIDER - Travel to Irvine, CA - Attend meeting at Delphi/make presentation on regulatory issues 10/9-11/06 (MBN) | 208.01 |
|  | **TOTAL FOR COST CODE: 155** | **208.01** |
| 10/17/06 | Air Rail Travel KIMBERLY A. STROSNIDER - Travel to Irvine, CA - Attend meeting at Delphi/make presentation on regulatory issues 10/9-11/06 (MBN) | 288.85 |
|  | **TOTAL FOR COST CODE: 156** | **288.85** |
| 09/18/06 | Conference ID : 94152482 For: Strosnider, Kimberly A. Date: 09/18/20 | 3.02 |
| 11/20/06 | Conference ID : 96585285 For: Strosnider, Kimberly A. Date: 11/20/20 | 10.46 |
|  | **TOTAL FOR COST CODE: 158** | **13.48** |
| 11/14/06 | FEDEX Kimberly A Strosnider Shipped: 11/14/2006 Inv:11/20/2006 # 85345212 Trk: 923337534070 Delphi World Headqua TROY MI US | 14.87 |
| 11/20/06 | FEDEX Kimberly A Strosnider Shipped: 11/20/200 Inv:11/27/2006 # 854689161 Trk: 791167689902 Covington & Burling WASHINGTON DC US | 9.08 |
|  | **TOTAL FOR COST CODE: 720** | **23.95** |

# COVINGTON & BURLING LLP

1330 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

NEW YORK
WASHINGTON
SAN FRANCISCO
LONDON
BRUSSELS

INVOICE NUMBER
\*\*\*\*\*\*\*\*

ACCOUNT NUMBER
030175.00002

DATE
\*\*\*\*\*\*\*\*

Delphi Corporation

Re: Special Committee

## Detailed Client Charges

| Date | Description | Amount |
|---|---|---|
| 10/06/06 | Color Printing | 9.00 |
| 10/06/06 | Color Printing | 3.00 |
| 10/06/06 | Color Printing | 42.00 |
| 10/06/06 | Color Printing | 12.00 |
| 10/06/06 | Color Printing | 12.00 |
| 10/06/06 | Color Printing | 12.00 |
| 10/06/06 | Color Printing | 12.00 |
| 10/09/06 | Color Printing | 12.00 |
| 10/09/06 | Color Printing | 8.00 |
| 10/09/06 | Color Printing | 4.00 |
| 10/09/06 | Color Printing | 8.00 |
| 10/09/06 | Color Printing | 4.00 |
| 10/09/06 | Color Printing | 4.00 |
| 10/09/06 | Color Printing | 4.00 |
| 10/09/06 | Color Printing | 4.00 |
| 10/09/06 | Color Printing | 8.00 |
| 10/09/06 | Color Printing | 4.00 |
| 10/09/06 | Color Printing | 12.00 |
| 10/09/06 | Color Printing | 12.00 |
| 10/09/06 | Color Printing | 12.00 |
| 10/09/06 | Color Printing | 4.00 |
| 10/09/06 | Color Printing | 8.00 |
| 10/11/06 | Color Printing | 4.00 |
| **TOTAL FOR COST CODE: 018** | | **214.00** |
| 10/09/06 | Scanning | 0.40 |
| 10/09/06 | Scanning | 0.40 |
| 10/09/06 | Scanning | 0.20 |

| Date | Activity | Hours |
|---|---|---|
| 10/09/06 | Scanning | 0.20 |
| 10/09/06 | Scanning | 0.20 |
| 10/09/06 | Scanning | 0.30 |
| 10/09/06 | Scanning | 0.10 |
| 10/09/06 | Scanning | 0.10 |
| 10/09/06 | Scanning | 0.10 |
| 10/09/06 | Scanning | 0.30 |
| 10/09/06 | Scanning | 0.10 |
| 10/10/06 | Scanning | 0.30 |
| 10/17/06 | Scanning | 2.60 |
| 10/17/06 | Scanning | 0.30 |
| 10/19/06 | Scanning | 1.00 |
| 10/24/06 | Scanning | 7.30 |
| 10/25/06 | Scanning | 13.40 |
| 11/28/06 | Scanning | 1.20 |
| 11/29/06 | Scanning | 1.90 |
| 11/29/06 | Scanning | 0.50 |
| 11/29/06 | Scanning | 2.20 |
| 11/29/06 | Scanning | 0.30 |
| 11/29/06 | Scanning | 0.30 |
| 11/29/06 | Scanning | 3.20 |
| 11/29/06 | Scanning | 5.90 |
| 11/29/06 | Scanning | 6.90 |
| 11/29/06 | Scanning | 1.90 |
| 11/30/06 | Scanning | 0.80 |
| 11/30/06 | Scanning | 1.50 |
| 11/30/06 | Scanning | 0.10 |
| 11/30/06 | Scanning | 1.20 |
| 11/01/06 | Scanning | 2.10 |
| 11/06/06 | Scanning | 0.70 |
| 11/06/06 | Scanning | 0.20 |
| 11/06/06 | Scanning | 1.40 |
| 11/06/06 | Scanning | 1.40 |
| 11/10/06 | Scanning | 1.10 |
| 11/10/06 | Scanning | 2.90 |
| 11/10/06 | Scanning | 1.70 |
| 11/14/06 | Scanning | 1.70 |
| 11/14/06 | Scanning | 1.70 |
| 11/14/06 | Scanning | 1.70 |
| 11/15/06 | Scanning | 0.30 |
| 11/15/06 | Scanning | 1.20 |
| 11/15/06 | Scanning | 0.10 |
| 11/17/06 | Scanning | 23.70 |
| 09/29/06 | Scanning | 0.10 |

**TOTAL FOR COST CODE: 020** **97.20**

| Date | Description | Amount |
|---|---|---|
| 11/13/06 | Duplicating Copies: 5 | 0.50 |
| 11/13/06 | Duplicating Copies: 11 | 1.10 |
| 11/14/06 | Duplicating Copies: 6 | 0.60 |
| 11/14/06 | Duplicating Copies: 2 | 0.20 |
| 11/15/06 | Duplicating Copies: 102 | 10.20 |
| 11/15/06 | Duplicating Copies: 32 | 3.20 |
| 11/17/06 | Duplicating Copies: 19 | 1.90 |
| 11/22/06 | Duplicating Copies: 126 | 12.60 |
| 11/27/06 | Duplicating Copies: 8 | 0.80 |
| 11/14/06 | Duplicating | 1.70 |
| 11/14/06 | Duplicating | 1.30 |
| 11/14/06 | Duplicating | 1.70 |
| 11/14/06 | Duplicating | 1.70 |
| 11/10/06 | Duplicating Copies: 9 | 0.90 |
| 11/10/06 | Duplicating Copies: 6 | 0.60 |
| 11/10/06 | Duplicating Copies: 7 | 0.70 |
| 11/10/06 | Duplicating Copies: 6 | 0.60 |
| 11/10/06 | Duplicating Copies: 8 | 0.80 |
| 11/10/06 | Duplicating Copies: 1 | 0.10 |
| 11/10/06 | Duplicating Copies: 9 | 0.90 |
| 11/10/06 | Duplicating Copies: 3 | 0.30 |
| 11/10/06 | Duplicating Copies: 8 | 0.80 |
| 11/10/06 | Duplicating Copies: 54 | 5.40 |
| 11/10/06 | Duplicating Copies: 12 | 1.20 |
| 11/29/06 | Duplicating Copies: 159 | 15.90 |
| 11/29/06 | Duplicating Copies: 238 | 23.80 |
| 11/29/06 | Duplicating Copies: 594 | 59.40 |
| 11/29/06 | Duplicating Copies: 945 | 94.50 |
| 11/30/06 | Duplicating Copies: 224 | 22.40 |
| 11/30/06 | Duplicating Copies: 61 | 6.10 |
| 11/30/06 | Duplicating Copies: 105 | 10.50 |
| 11/30/06 | Duplicating Copies: 11 | 1.10 |
| 10/25/06 | Duplicating Copies: 142 | 14.20 |
| 10/25/06 | Duplicating Copies: 4 | 0.40 |
| 10/25/06 | Duplicating Copies: 4 | 0.40 |
| 10/25/06 | Duplicating Copies: 6 | 0.60 |
| 10/25/06 | Duplicating Copies: 2 | 0.20 |
| 10/25/06 | Duplicating Copies: 129 | 12.90 |
| 10/31/06 | Duplicating Copies: 563 | 56.30 |
| 10/31/06 | Duplicating Copies: 83 | 8.30 |
| 10/31/06 | Duplicating Copies: 329 | 32.90 |
| 10/31/06 | Duplicating Copies: 67 | 6.70 |
| 01/23/07 | Duplicating Copies: 8 | 0.80 |

| Date | Description | Amount |
|---|---|---|
| 01/23/07 | Duplicating Copies: 8 | 0.80 |
| 01/30/07 | Duplicating Copies: 404 | 40.40 |
| 09/29/06 | Duplicating Copies: 4 | 0.40 |
| 10/19/06 | Duplicating Copies: 2 | 0.20 |
| 10/19/06 | Duplicating Copies: 136 | 13.60 |
| 10/24/06 | Duplicating Copies: 967 | 96.70 |
| 10/11/06 | Duplicating Copies: 1 | 0.10 |
| 10/05/06 | Duplicating Copies: 14 | 1.40 |
| 10/06/06 | Duplicating Copies: 33 | 3.30 |
| 10/06/06 | Duplicating Copies: 3 | 0.30 |
| 10/09/06 | Duplicating Copies: 9 | 0.90 |
| 10/09/06 | Duplicating Copies: 125 | 12.50 |
| 10/09/06 | Duplicating Copies: 112 | 11.20 |
| 10/09/06 | Duplicating Copies: 1 | 0.10 |
| 10/09/06 | Duplicating Copies: 481 | 48.10 |
| 10/09/06 | Duplicating Copies: 51 | 5.10 |
| 10/09/06 | Duplicating Copies: 24 | 2.40 |
| 10/09/06 | Duplicating Copies: 33 | 3.30 |
| 10/09/06 | Duplicating Copies: 20 | 2.00 |
| 10/09/06 | Duplicating Copies: 23 | 2.30 |
| 10/09/06 | Duplicating Copies: 33 | 3.30 |
| | **TOTAL FOR COST CODE: 021** | **665.60** |
| 09/12/06 | Outside Printing DISCOVERY DOCUMENT SOLUTIONS, INC. 09/12/06, INV NY006258 (COPIES - 1 BINDER 5X) G. MERRILL (mv) | 63.18 |
| | **TOTAL FOR COST CODE: 026** | **63.18** |
| 11/01/06 | Westlaw Research User: NAFT,MICHAEL | 28.03 |
| 11/03/06 | Westlaw Research User: NAFT,MICHAEL | 51.36 |
| 11/10/06 | Westlaw Research User: HOFFMAN,BARBARA | 45.14 |
| 09/30/06 | Computer Research PACER SERVICE CENTER 10/05/06, LOGIN ID CB1298 (BILLING CYCLE 07/01/06 TO 09/30/06) KAREN SCHUBART (ma) | 60.64 |
| 09/30/06 | Computer Research PACER SERVICE CENTER 10/05/06, LOGIN ID CB1851 (BILLING CYCLE 07/01/06 TO 09/30/06) KAREN SCHUBART (ma) | 3.04 |
| 12/31/06 | Computer Research PACER SERVICE CENTER 01/08/07, LOGIN ID# CB0860 (BILLING CYCLE 10/01/06 TO 12/31/06) KAREN SCHUBART (ma) | 3.92 |
| 12/31/06 | Computer Research PACER SERVICE CENTER 01/08/07, LOGIN ID# CB1298 (BILLING CYCLE 10/01/06 TO 12/31/06) KAREN SCHUBART (ma) | 86.08 |
| 12/31/06 | Computer Research PACER SERVICE CENTER 01/08/07, LOGIN ID# CB1851 (BILLING CYCLE 10/01/06 TO 12/31/06) KAREN SCHUBART (ma) | 10.64 |
| 09/30/06 | Computer Research PACER SERVICE CENTER 10/05/06, LOGIN ID# HD0005 (BILLING CYCLE 07/01/06 TO 09/30/06) MICHAEL NICHOLSON (ma) | 24.48 |
| 09/30/06 | Computer Research PACER SERVICE CENTER 10/05/06, LOGIN ID# HD0005 (BILLING CYCLE 07/01/06 TO 09/30/06) MICHAEL NICHOLSON (ma) | 3.52 |
| | **TOTAL FOR COST CODE: 058** | **316.85** |

| Date | Description | For | Amount |
|---|---|---|---|
| 09/12/06 | INTABORO CAR Voucher: 91917 Invoice #: 1078779 From: LGA,    To: M,29 W 70 ST | For: HOFFMAN,BARB | 75.48 |
| 09/12/06 | INTABORO CAR Voucher: 970114 Invoice #: 1078779 From: LGA,    To: QU, 11102 | For: MERRILL,GINA | 71.40 |
| 09/13/06 | INTABORO CAR Voucher: 924894 Invoice #: 1078779 QU, 11102    To: M,1301 6 AVE | For: MERRILL, From: | 46.41 |
| 09/14/06 | INTABORO CAR Voucher: 408430 Invoice #: 1078779 From: M,1330 6 AVE    To: M, E 81 ST | For: WHITING,SARA | 26.52 |
| 09/15/06 | INTABORO CAR Voucher: 921377 Invoice #: 1078779 From: M,1330 6 AVE    To: M,29 W 70 ST | For: OFFMAN,BARBA | 24.48 |
| 09/15/06 | INTABORO CAR Voucher: 191833 Invoice #: 1078779 From: M,1330 6 AVE    To: M,29 W 70 ST | For: HOFFMAN,BARB | 31.62 |
| 09/15/06 | INTABORO CAR Voucher: 203536 Invoice #: 1078779 From: M,1330 6 AVE    To: QU, 11364 | For: CHANG,LILY | 84.15 |
| 09/17/06 | INTABORO CAR Voucher: 914566 Invoice #: 1078779 M,1330 6 AVE    To: QU, 11364 | For: CHANG, From: | 63.75 |
| 09/17/06 | INTABORO CAR Voucher: 204187 Invoice #: 1078779 From: M,1330 6 AVE    To: QU, 11102 | For: MERRILL,GINA | 41.82 |
| 09/17/06 | INTABORO CAR Voucher: 205243 Invoice #: 1078779 From: M,1330 6 AVE    To: M,29 W 70 ST | For: OFFMAN,BARBA | 24.48 |
| 09/19/06 | INTABORO CAR Voucher: 408462 Invoice #: 1079736 From: M,1330 6 AVE    To: QU, 11102 | For: MERRILL,GINA | 45.39 |
| 09/06/06 | INTABORO CAR Voucher: 406795 Invoice #: 1079736 From: M,1330 6 AVE    To: QU, 11102 | For: MERRILL,GINA | 41.82 |
| 09/18/06 | INTABORO CAR Voucher: 26880 Invoice #: 1079736 From: M,1330 6 AVE    To: M,29 W 70 ST | For: HOFFMAN,BARB | 24.48 |
| 09/19/06 | INTABORO CAR Voucher: 408457 Invoice #: 1079736 From: M,1330 6 AVE    To: M,29 W 70 ST | For: HOFFMAN,BARB | 28.05 |
| 09/19/06 | INTABORO CAR Voucher: 970217 Invoice #: 1079736 From: M,1330 6 AVE    To: QU, 11364 | For: CHANG,LILY | 74.46 |
| 09/21/06 | INTABORO CAR Voucher: 408414 Invoice #: 1079736 From: M,1330 6 AVE    To: M,29 W 70 ST | For: HOFFMAN,BARB | 31.62 |
| 09/06/06 | INTABORO CAR Voucher: 406813 Invoice #: 1079814 From: M,1330 6 AVE    To: M,29 W 70 ST | For: HOFFMAN,BARB | 24.48 |
| 10/07/06 | INTABORO CAR Voucher: 902867 Invoice #: 1079894 From: M,1330 6 AVE    To: QU, 11364 | For: CHANG,LILY | 63.75 |
| 06/27/06 | Local Transportation AARON R. MARCU/ REIMB. EXP. 11/06/06 (TAXI) (ma) | | 23.00 |
| | **TOTAL FOR COST CODE: 061** | | **847.16** |
| 11/29/06 | Supplies Employee : Emily Johnson Item #: IMN4114 Item Desc: BLANK CD'S | | 31.20 |
| 11/29/06 | Supplies Employee : Emily Johnson Item #: UNV46811 Item Desc: JEWEL CD CASES | | 51.36 |
| 10/06/06 | Supplies Employee : Lily Chang Item #: TABS11B Item Desc: LETTER SIDE B | | 0.30 |
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11D Item Desc: LETTER SIDE D | | 0.18 |
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11E Item Desc: LETTER SIDE E | | 0.18 |
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11B Item Desc: LETTER SIDE B | | 0.18 |
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11C Item Desc: LETTER SIDE C | | 0.36 |
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11D Item Desc: LETTER SIDE D | | 0.30 |
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11E Item Desc: LETTER SIDE E | | 0.30 |

| Date | Description | Amount |
|---|---|---|
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11A Item Desc: LETTER SIDE A | 0.60 |
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11B Item Desc: LETTER SIDE B | 0.30 |
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11C Item Desc: LETTER SIDE C | 0.30 |
| 10/07/06 | Supplies Employee : Lily Chang Item #: TABS11A Item Desc: LETTER SIDE A | 0.18 |
| 10/09/06 | Supplies Employee : Lily Chang Item #: 1524E Item Desc: LETTER SIZE OPEN REDWELD | 9.24 |
| 10/25/06 | Supplies Employee : Emily Johnson Item #: IMN4114 Item Desc: BLANK CD'S | 19.50 |
| 10/25/06 | Supplies Employee : Emily Johnson Item #: UNV46811 Item Desc: JEWEL CD CASES | 32.10 |
| 09/30/06 | Supplies Employee : Lily Chang Item #: 395 Item Desc: MEDIUM POST ITS | 0.66 |
| 09/30/06 | Supplies Employee : Lily Chang Item #: MMM6549 Item Desc: POST IT 3 X 3 | 1.28 |
| 09/30/06 | Supplies Employee : Lily Chang Item #: TABS11A Item Desc: LETTER SIDE A | 0.72 |
| 09/30/06 | Supplies Employee : Lily Chang Item #: TABS11B Item Desc: LETTER SIDE B | 0.72 |
| 09/30/06 | Supplies Employee : Lily Chang Item #: TABS11C Item Desc: LETTER SIDE C | 0.72 |
| | **TOTAL FOR COST CODE: 090** | **150.68** |
| 10/26/06 | Seamless Web food Services. Inv #: 146429 Order Date: 10/26/2006 By: Johnson Emily Order #: 42782202    By: Johnson Emily Office ID: NYC | 14.98 |
| 11/17/06 | Seamless Web food Services. Inv #: 150921 Order Date: 11/17/2006 By: Johnson Emily Order #: 44222355    By: Johnson Emily Office ID: NYC | 10.37 |
| 11/29/06 | Seamless Web food Services. Inv #: 154232 Order Date: 11/29/2006 By: Johnson Emily Order #: 44839020    By: Johnson Emily Office ID: NYC | 17.73 |
| 09/26/06 | Seamless Web food Services. Inv #: 141523 Order Date: 09/26/2006 By: Naft Michael J Order #: 40971531    By: Naft Michael Office ID: NYC | 20.00 |
| 09/30/06 | Seamless Web food Services. Inv #: 141523 Order Date: 09/30/2006 By: Chang Lily Order #: 41192112    By: Chang Lily Office ID: NYC | 20.00 |
| | **TOTAL FOR COST CODE: 101** | **83.08** |
| 11/30/06 | Staff Client Overtime - 11/30/06 Time sheets processed are for November 1 through November 15, 2006 (mcg) | 30.65 |
| 09/30/06 | Staff Client Overtime - 9/30/06 Time sheets processed are for September 1 through September 15, 2006 (mcg) | 135.99 |
| 10/15/06 | Staff Client Overtime - 10/15/06 time sheets processed are for September 16 through Septembe 30, 2006 (mcg) | 45.33 |
| 11/15/06 | Staff Client Overtime - 11/15/06 time sheets processed are for October 16 through October 31 2006 (mcg) | 283.32 |
| | **TOTAL FOR COST CODE: 103** | **495.29** |
| 06/01/06 | Overtime Transportation CASH, PCM2 11/10/06 (mv | 10.00 |
| | **TOTAL FOR COST CODE: 105** | **10.00** |
| 10/11/06 | Long Distance Calls Extension: 11143 Number: | 0.36 |
| 10/11/06 | Long Distance Calls Extension: 11143 Number: | 3.24 |
| 09/29/06 | Long Distance Calls Extension: 11143 Number: | 0.36 |
| 09/29/06 | Long Distance Calls Extension: 11143 Number: | 0.18 |
| 10/26/06 | Long Distance Calls Extension: 11078 Number: | 0.36 |
| 10/27/06 | Long Distance Calls Extension: 11078 Number: | 0.36 |
| 10/03/06 | Long Distance Calls Extension: 11143 Number: | 0.72 |

| Date | Description | Amount |
|---|---|---|
| 10/03/06 | Long Distance Calls Extension: 11121 Number: | 0.18 |
| 10/05/06 | Long Distance Calls Extension: 11143 Number: | 0.18 |
| 10/06/06 | Long Distance Calls Extension: 11259 Number: | 0.18 |
| 10/06/06 | Long Distance Calls Extension: 11143 Number: | 0.18 |
| 10/09/06 | Long Distance Calls Extension: 11143 Number: | 0.36 |
| 11/06/06 | Long Distance Calls Extension: 11078 Number: | 0.90 |
| 11/30/06 | Long Distance Calls Extension: 11071 Number: | 0.18 |
| 11/30/06 | Long Distance Calls Extension: 11071 Number: | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **7.92** |
| 08/31/06 | Conference ID : 93570958 For: Marcu, Aaron Date: 08/31/20 | 9.82 |
| 09/03/06 | Conference ID : 93630099 For: Marcu, Aaron Date: 09/03/20 | 15.36 |
| 09/03/06 | Conference ID : 93630115 For: Marcu, Aaron Date: 09/03/20 | 8.28 |
| 11/16/06 | Conference ID : 94319973 For: Marcu, Aaron Date: 09/21/20 | 8.20 |
| | **TOTAL FOR COST CODE: 158** | **41.66** |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 17.50 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 70.00 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 17.50 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 70.00 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 35.00 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 26.25 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 17.50 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 9/16/06 - 9/30/06  (MBN) | 17.50 |
| 10/31/06 | Word Processing - Regular Fees 10/16/06 - 10/15/06  (MBN) | 35.00 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06  (MBN) | 17.50 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06  (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06  (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06  (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06  (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06 (MBN) | 43.75 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06 (MBN) | 17.50 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06 (MBN) | 8.75 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06 (MBN) | 43.75 |
| | **TOTAL FOR COST CODE: 163** | **516.25** |
| 12/06/06 | Metered Mail | 4.20 |
| | **TOTAL FOR COST CODE: 714** | **4.20** |

| Date | Description | Amount |
|---|---|---|
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536578 Delphi Corporation TROY MI US | 11.86 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536589 GE Plastics, America HUNTERSVILLE NC US | 11.86 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536590 US Bankruptcy Ct, So NEW YORK CITY NY US | 9.06 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536604 Fried, Frank, Harris NEW YORK CITY NY US | 8.61 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536615 Simpson Thacher & Ba NEW YORK CITY NY US | 8.61 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536626 Davis Polk & Wardwel NEW YORK CITY NY US | 8.61 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536637 Skadden, Arps, Slate CHICAGO IL US | 14.63 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536648 Latham & Watkins LLP NEW YORK CITY NY US | 9.06 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536659 United States Truste NEW YORK CITY NY US | 9.06 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536660 Skadden, Arps, Slate NEW YORK CITY NY US | 9.06 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536670 Delphi Corporation TROY MI US | 13.42 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536681 Delphi Corporation TROY MI US | 11.86 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536692 United States Truste NEW YORK CITY NY US | 8.61 |
| 11/30/06 | FEDEX Jessamy K. Thomison Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536707 Legal Cost Control, HADDONFIELD NJ US | 8.61 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536729 Fried, Frank, Harris NEW YORK CITY NY US | 8.61 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536730 Davis Polk & Wardwel NEW YORK CITY NY US | 8.61 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536740 Simpson Thacher & Ba NEW YORK CITY NY US | 8.61 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536751 Latham & Watkins NEW YORK CITY NY US | 8.61 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536762 Skadden Arps CHICAGO IL US | 13.07 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536773 Office of the US Tru NEW YORK CITY NY US | 8.61 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536784 Delphi Corporation TROY MI US | 11.86 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536795 Delphi Corporation TROY MI US | 11.86 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536800 GE Plastics, America HUNTERSVILLE NC US | 11.86 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536810 Delphi Corporation TROY MI US | 11.86 |
| 11/30/06 | FEDEX Susan Powe Johnston Shipped: 11/30/2006 Inv:12/04/2006 # 85579106 Trk: 711042536821 Office of the us Tru NEW YORK CITY NY US | 8.61 |

| Date | Description | Amount |
|---|---|---|
| 11/27/06 | FEDEX Jessamy K. Thomison Shipped: 11/27/2006 Inv:12/04/2006 # 85579106 Trk: 711042535983 US Bankruptcy Ct, So NEW YORK CITY NY US | 8.61 |
| 11/27/06 | FEDEX Jessamy K. Thomison Shipped: 11/27/2006 Inv:12/04/2006 # 85579106 Trk: 711042535994 Simpson Thacher & Ba NEW YORK CITY NY US | 8.61 |
| 11/27/06 | FEDEX Jessamy K. Thomison Shipped: 11/27/2006 Inv:12/04/2006 # 85579106 Trk: 711042536008 Skadden, Arps, Slate NEW YORK CITY NY US | 8.61 |
| 11/27/06 | FEDEX Jessamy K. Thomison Shipped: 11/27/2006 Inv:12/04/2006 # 85579106 Trk: 711042536019 Latham & Watkins LLP NEW YORK CITY NY US | 8.61 |
| 11/27/06 | FEDEX Jessamy K. Thomison Shipped: 11/27/2006 Inv:12/04/2006 # 85579106 Trk: 711042536020 Skadden, Arps, Slate CHICAGO IL US | 13.07 |
| 11/27/06 | FEDEX Jessamy K. Thomison Shipped: 11/27/2006 Inv:12/04/2006 # 85579106 Trk: 711042536030 Delphi Corporation TROY MI US | 11.86 |
| 11/27/06 | FEDEX Jessamy K. Thomison Shipped: 11/27/2006 Inv:12/04/2006 # 85579106 Trk: 711042536041 Office of the United NEW YORK CITY NY US | 8.61 |
| 11/27/06 | FEDEX Jessamy K. Thomison Shipped: 11/27/2006 Inv:12/04/2006 # 85579106 Trk: 711042536052 Fried, Frank, Harris NEW YORK CITY NY US | 8.61 |
| 11/27/06 | FEDEX Jessamy K. Thomison Shipped: 11/27/2006 Inv:12/04/2006 # 85579106 Trk: 711042536063 Davis Polk & Wardwel NEW YORK CITY NY US | 8.61 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540342 Delphi TROY MI US | 12.06 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540283 Simpson Thacher & Ba NEW YORK CITY NY US | 8.57 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540294 Davis Polk & Wardwel NEW YORK CITY NY US | 8.57 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540309 Fried Frank Harris S NEW YORK CITY NY US | 8.57 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540206 US Trustee NEW YORK CITY NY US | 8.57 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540217 Delphi TROY MI US | 12.06 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540228 GE Plastics, America HUNTERSVILLE NC US | 12.06 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540239 Delphi TROY MI US | 12.06 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540240 Latham & Watkins LLP NEW YORK CITY NY US | 8.57 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540250 Skadden Arps CHICAGO IL US | 13.56 |
| 01/03/07 | FEDEX Susan Powe Johnston Shipped: 01/03/2007 Inv:01/08/2007 # 86212860 Trk: 711042540261 US Trustee NEW YORK CITY NY US | 8.57 |
| 09/29/06 | FEDEX Lily Chang Shipped: 09/29/2006 Inv:10/09/2006 # 84568500 Trk: 711042527702 US Securities & Exch WASHINGTON DC US | 13.27 |
| 09/21/06 | FEDEX Lily Chang Shipped: 09/21/2006 Inv:09/25/2006 # 84309832 Trk: 711042526717 US Securities & Exch WASHINGTON DC US | 13.27 |
| 09/21/06 | FEDEX Lily Chang Shipped: 09/21/2006 Inv:09/25/2006 # 84309832 Trk: 711042526728 and Privacy Act Oper ALEXANDRIA VA US | 13.27 |
| 09/21/06 | FEDEX Lily Chang Shipped: 09/21/2006 Inv:09/25/2006 # 84309832 Trk: 711042526614 and Privacy Act Oper ALEXANDRIA VA US | 13.27 |
| 09/21/06 | FEDEX Lily Chang Shipped: 09/21/2006 Inv:09/25/2006 # 84309832 Trk: 711042526625 US Securities & Exch WASHINGTON DC US | 13.27 |

| Date | Description | Amount |
|---|---|---|
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 711042527139 Delphi Corporation TROY MI US | 12.33 |
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 711042527140 Delphi Corporation TROY MI US | 12.33 |
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 711042527150 Latham & Watkins NEW YORK CITY NY US | 8.95 |
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 711042527161 Skadden Arps CHICAGO IL US | 13.60 |
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 711042527172 Office of the US Tru NEW YORK CITY NY US | 8.95 |
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 711042527183 GE Plastics HUNTERSVILLE NC US | 22.33 |
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 711042527194 Simpson Thacher NEW YORK CITY NY US | 8.95 |
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 711042527209 Davis Polk NEW YORK CITY NY US | 8.95 |
| 09/28/06 | FEDEX Lily Chang Shipped: 09/28/2006 Inv:10/02/2006 # 84439897 Trk: 711042527595 US Securities & Exch WASHINGTON DC US | 13.27 |
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 858124882010 DELPHI CORP TROY MI US | 9.84 |
| 09/26/06 | FEDEX Susan Powe Johnston Shipped: 09/26/2006 Inv:10/02/2006 # 84439897 Trk: 858124882238 OFFICE OF THE U S TR NEW YORK CITY NY US | 6.66 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042534943 Simpson Thacher & Ba NEW YORK CITY NY US | 8.61 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042534965 Davis Polk & Wardwel NEW YORK CITY NY US | 8.61 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042534976 Latham & Watkins NEW YORK CITY NY US | 8.61 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042534987 Skadden Arps CHICAGO IL US | 13.07 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042534998 US Trustee NEW YORK CITY NY US | 8.61 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042535001 Delphi Corporation TROY MI US | 11.86 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042535012 GE Plastics, America HUNTERSVILLE NC US | 11.86 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042535023 Delphi Corporation TROY MI US | 11.86 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042535034 Delphi Corporation TROY MI US | 11.86 |
| 11/15/06 | FEDEX Susan Powe Johnston Shipped: 11/15/2006 Inv:11/20/2006 # 85345256 Trk: 711042535045 US Trustee NEW YORK CITY NY US | 8.61 |
| 09/26/06 | FEDEX Lily Chang Shipped: 09/26/2006 Inv:10/16/2006 # 84699377 Trk: 711042527220 US Securities & Exch WASHINGTON DC US | 13.27 |
| 10/09/06 | FEDEX Lily Chang Shipped: 10/09/2006 Inv:10/16/2006 # 84699377 Trk: 711042529040 and Privacy Act Oper ALEXANDRIA VA US | 13.22 |
| 10/09/06 | FEDEX Lily Chang Shipped: 10/09/2006 Inv:10/16/2006 # 84699377 Trk: 711042529050 US Securities & Exch WASHINGTON DC US | 13.22 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531944 UNITED STATES TRUSTE NEW YORK CITY NY US | 9.38 |

| Date | Description | Amount |
|---|---|---|
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531955 LATHAM & WATKINS NEW YORK CITY NY US | 9.38 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531966 DELPHI CORPORATION TROY MI US | 13.90 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531896 SKADDEN ARPS SLATE M CHICAGO IL US | 15.15 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531900 Skadden Arps Slate M CHICAGO IL US | 15.15 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531808 Delphi Corporation TROY MI US | 12.28 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531819 Delphi TROY MI US | 12.28 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531820 United States Truste NEW YORK CITY NY US | 8.91 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531830 GE Plastics, America HUNTERSVILLE NC US | 12.28 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531841 Davis Polk Wardwell NEW YORK CITY NY US | 8.91 |
| 10/25/06 | FEDEX Susan Powe Johnston Shipped: 10/25/2006 Inv:10/30/2006 # 84958692 Trk: 711042531852 Simpson, Thacher & B NEW YORK CITY NY US | 8.91 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532594 Davis Polk & Wardwel NEW YORK CITY NY US | 8.91 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532609 Simpson Thacher & Ba NEW YORK CITY NY US | 8.91 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532610 Credit Manager HUNTERSVILLE NC US | 12.28 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532620 Delphi TROY MI US | 12.28 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532631 Office of United Sta NEW YORK CITY NY US | 8.91 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532642 Delphi TROY MI US | 12.28 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532653 Latham & Watkins NEW YORK CITY NY US | 8.91 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532664 Skadden Arps CHICAGO IL US | 13.54 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532675 Delphi TROY MI US | 12.28 |
| 10/31/06 | FEDEX Susan Powe Johnston Shipped: 10/31/2006 Inv:11/06/2006 # 85084303 Trk: 711042532686 Office of United sta NEW YORK CITY NY US | 8.91 |
| | **TOTAL FOR COST CODE: 720** | **1,023.03** |

Delphi Corporation
Delphi File #2006-000802

Invoice No. ******

# COVINGTON & BURLING LLP

1330 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

NEW YORK
WASHINGTON
SAN FRANCISCO
LONDON
BRUSSELS

INVOICE NUMBER
********
ACCOUNT NUMBER
030175.00004
DATE
********

Joseph E. Papelian

Re: Delphi File #2006-000802

## Detailed Client Charges

| Date | Description | Amount |
|---|---|---|
| 10/11/06 | Color Printing | 16.00 |
| | **TOTAL FOR COST CODE: 018** | **16.00** |
| 10/11/06 | Scanning | 0.40 |
| 10/11/06 | Scanning | 0.40 |
| 10/12/06 | Scanning | 0.10 |
| 10/13/06 | Scanning | 0.30 |
| 10/17/06 | Scanning | 0.20 |
| | **TOTAL FOR COST CODE: 020** | **1.40** |
| 10/26/06 | Duplicating Copies: 116 | 11.60 |
| 10/30/06 | Duplicating Copies: 585 | 58.50 |
| 10/30/06 | Duplicating Copies: 53 | 5.30 |
| 10/30/06 | Duplicating Copies: 4 | 0.40 |
| 10/30/06 | Duplicating Copies: 2071 | 207.10 |
| 10/30/06 | Duplicating Copies: 768 | 76.80 |
| 10/17/06 | Duplicating Copies: 10 | 1.00 |
| 10/17/06 | Duplicating Copies: 318 | 31.80 |
| 10/17/06 | Duplicating Copies: 168 | 16.80 |
| 10/19/06 | Duplicating Copies: 1 | 0.10 |
| 11/15/06 | Duplicating Copies: 166 | 16.60 |
| 11/15/06 | Duplicating Copies: 345 | 34.50 |
| 11/21/06 | Duplicating Copies: 3 | 0.30 |
| 01/08/07 | Duplicating Copies: 10 | 1.00 |
| 10/11/06 | Duplicating Copies: 4 | 0.40 |
| 10/11/06 | Duplicating Copies: 4 | 0.40 |
| 10/11/06 | Duplicating Copies: 33 | 3.30 |
| 10/12/06 | Duplicating Copies: 6 | 0.60 |
| | **TOTAL FOR COST CODE: 021** | **466.50** |

**Delphi Corporation**
Delphi File #2006-000802

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| 10/11/06 | INTABORO CAR Voucher: 65946 Invoice #: 1080080   For: CHANG,LILY  From: M,1330 6 AVE   To: QU, 11364 | 63.75 |
| | **TOTAL FOR COST CODE: 061** | **63.75** |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB#5 Item Desc: SIDE TAB #5 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB# 6 Item Desc: SIDE TAB #6 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB# 7 Item Desc: SIDE TAB #7 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB# 8 Item Desc: SIDE TAB #8 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 9 Item Desc: SIDE TAB #9 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 32 Item Desc: SIDE TAB # 32 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 33 Item Desc: SIDE TAB # 33 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 13 Item Desc: SIDE TAB # 13 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 14 Item Desc: SIDE TAB # 14 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 24 Item Desc: SIDE TAB # 24 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 11 Item Desc: SIDE TAB # 11 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 12 Item Desc: SIDE TAB # 12 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 13 Item Desc: SIDE TAB # 13 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 14 Item Desc: SIDE TAB # 14 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 15 Item Desc: SIDE TAB # 15 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 16 Item Desc: SIDE TAB # 16 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 17 Item Desc: SIDE TAB # 17 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 18 Item Desc: SIDE TAB # 18 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 19 Item Desc: SIDE TAB # 19 | 1.32 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 20 Item Desc: SIDE TAB # 20 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 21 Item Desc: SIDE TAB # 21 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 22 Item Desc: SIDE TAB # 22 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 23 Item Desc: SIDE TAB # 23 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 24 Item Desc: SIDE TAB # 24 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 25 Item Desc: SIDE TAB # 25 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 26 Item Desc: SIDE TAB # 26 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 27 Item Desc: SIDE TAB # 27 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 28 Item Desc: SIDE TAB # 28 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 29 Item Desc: SIDE TAB # 29 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 30 Item Desc: SIDE TAB # 30 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 31 Item Desc: SIDE TAB # 31 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 32 Item Desc: SIDE TAB # 32 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE #1 Item Desc: SIDE TAB #1 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 10 Item Desc: SIDE TAB #10 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB #2 Item Desc: SIDE TAB #2 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB#3 Item Desc: SIDE TAB #3 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB#4 Item Desc: SIDE TAB #4 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB#5 Item Desc: SIDE TAB #5 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB# 6 Item Desc: SIDE TAB #6 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB# 7 Item Desc: SIDE TAB #7 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB# 8 Item Desc: SIDE TAB #8 | 0.12 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 9 Item Desc: SIDE TAB #9 | 0.12 |

**Delphi Corporation**
Delphi File #2006-000802

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| 11/15/06 | Supplies Employee : Lily Chang Item #: AVE-K31110BK Item Desc: BINDER 1" BLACK | 12.14 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: AVE-K31110BK Item Desc: BINDER 1" BLACK | 6.07 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 11 Item Desc: SIDE TAB # 11 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 12 Item Desc: SIDE TAB # 12 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 13 Item Desc: SIDE TAB # 13 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 14 Item Desc: SIDE TAB # 14 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 15 Item Desc: SIDE TAB # 15 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 16 Item Desc: SIDE TAB # 16 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 17 Item Desc: SIDE TAB # 17 | 0.66 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 18 Item Desc: SIDE TAB # 18 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 19 Item Desc: SIDE TAB # 19 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 20 Item Desc: SIDE TAB # 20 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 21 Item Desc: SIDE TAB # 21 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 22 Item Desc: SIDE TAB # 22 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 23 Item Desc: SIDE TAB # 23 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 24 Item Desc: SIDE TAB # 24 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 25 Item Desc: SIDE TAB # 25 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 26 Item Desc: SIDE TAB # 26 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 27 Item Desc: SIDE TAB # 27 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 28 Item Desc: SIDE TAB # 28 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 29 Item Desc: SIDE TAB # 29 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 30 Item Desc: SIDE TAB # 30 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 31 Item Desc: SIDE TAB # 31 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE #1 Item Desc: SIDE TAB #1 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB # 10 Item Desc: SIDE TAB #10 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB #2 Item Desc: SIDE TAB #2 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB#3 Item Desc: SIDE TAB #3 | 0.06 |
| 11/15/06 | Supplies Employee : Lily Chang Item #: SIDE TAB#4 Item Desc: SIDE TAB #4 | 0.06 |
| | **TOTAL FOR COST CODE: 090** | **26.01** |
| 10/11/06 | Seamless Web food Services. Inv #: 144794 Order Date: 10/11/2006 By: Chang Lily Order #: 41848380    By: Chang Lily Office ID: NYC | 19.77 |
| | **TOTAL FOR COST CODE: 101** | **19.77** |
| 11/01/06 | Long Distance Calls Extension: 12628 Number: | 1.98 |
| 11/06/06 | Long Distance Calls Extension: 11143 Number: | 0.72 |
| 11/09/06 | Long Distance Calls Extension: 11143 Number: | 0.90 |
| 11/09/06 | Long Distance Calls Extension: 11143 Number: | 0.18 |
| 11/10/06 | Long Distance Calls Extension: 11078 Number: | 0.18 |
| 11/15/06 | Long Distance Calls Extension: 11143 Number: | 0.72 |
| 11/15/06 | Long Distance Calls Extension: 11143 Number: | 1.26 |
| 12/06/06 | Long Distance Calls Extension: 11143 Number: | 1.62 |
| 12/07/06 | Long Distance Calls Extension: 11143 Number: | 0.36 |
| 12/20/06 | Long Distance Calls Extension: 11143 Number: | 0.36 |
| 10/17/06 | Long Distance Calls Extension: 11143 Number: | 0.90 |

**Delphi Corporation**
Delphi File #2006-000802

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| 10/17/06 | Long Distance Calls Extension: 11143 Number: | 0.18 |
| 10/23/06 | Long Distance Calls Extension: 11143 Number: | 1.26 |
| 10/25/06 | Long Distance Calls Extension: 11143 Number: | 2.34 |
| 10/25/06 | Long Distance Calls Extension: 11143 Number: | 0.18 |
| 10/26/06 | Long Distance Calls Extension: 11143 Number: | 0.18 |
| 10/27/06 | Long Distance Calls Extension: 11143 Number: | 0.90 |
| 10/27/06 | Long Distance Calls Extension: 11143 Number: | 0.36 |
| 10/30/06 | Long Distance Calls Extension: 11143 Number: | 0.90 |
| 10/31/06 | Long Distance Calls Extension: 11078 Number: | 0.36 |
| 10/10/06 | Long Distance Calls Extension: 11259 Number: | 0.18 |
| 10/10/06 | Long Distance Calls Extension: 11259 Number: | 0.90 |
| 10/11/06 | Long Distance Calls Extension: 11259 Number: | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **17.10** |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06 (MBN) | 35.00 |
| 10/31/06 | Word Processing - Regular Fees 10/1/06 - 10/15/06 (MBN) | 8.75 |
| | **TOTAL FOR COST CODE: 163** | **43.75** |
| 10/17/06 | FEDEX Lily   Chang Shipped: 10/17/2006 Inv:10/23/2006 # 84830402 Trk: 711042530775 US Securities & Exch WASHINGTON DC US | 13.22 |
| 10/11/06 | FEDEX Lily   Chang Shipped: 10/11/2006 Inv:10/16/2006 # 84699377 Trk: 711042530216 and Privacy Act Oper ALEXANDRIA VA US | 13.22 |
| 10/11/06 | FEDEX Lily   Chang Shipped: 10/11/2006 Inv:10/16/2006 # 84699377 Trk: 711042530227 US Securities & Exch WASHINGTON DC US | 13.22 |
| 10/12/06 | FEDEX Lily   Chang Shipped: 10/12/2006 Inv:10/16/2006 # 84699377 Trk: 711042530319 Delphi Coporation TROY MI US | 14.53 |
| | **TOTAL FOR COST CODE: 720** | **54.19** |