Kevin T. Grzelak, (P48803)
Price, Heneveld, Cooper,
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

**CERTIFICATION FOR FOURTH INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, UNDER 11 U.S.C. §§330 AND 331
FOR SERVICES RENDERED FROM
OCTOBER 1, 2006, THROUGH JANUARY 31, 2007**

I, Kevin T. Grzelak, as the "Certifying Professional" for Price, Heneveld, Cooper, DeWitt & Litton, LLP ("Price, Heneveld"), intellectual property counsel for Delphi Corporation ("Debtors"), and a Retained Professional, certify as follows:

1.    I have read the Fourth Interim Application For Approval Of Compensation And Reimbursement Of Expenses of Price, Heneveld, Cooper, DeWitt & Litton, LLP, Intellectual  Property Counsel to Debtors, Under 11 U.S.C. §§330 And 331 For Services Rendered From October 1, 2006, Through January 31, 2007 ("the Fourth Interim Price, Heneveld Application").

FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN
DISTRICT OF NEW YORK BANKRUPTCY CASES

2.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Fourth Interim Price, Heneveld Application fall within the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines") and the UST Guidelines, except as specifically noted in this certification and described in Price, Heneveld's fee application (there are no exceptions).

3.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Price, Heneveld, and generally accepted by the applicant's clients.

4.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all

been provided not later than twenty (20) days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all been provided with a copy of the relevant fee application at least ten (10) days before the date set by the Court or any applicable rules for filing fee applications.

### FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES

7.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the Fourth Interim Price, Heneveld Application complies with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.     The Certifying Professional is unable to certify that the trustee, Debtors, or chair of each official committee (as to each respective committee's

3

professionals) has reviewed the fee application and has approved it. (There are no known objections.)

9.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

Respectfully submitted,

Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel/Chapter 11
Professionals

4

Kevin T. Grzelak, (P48803)
Price Heneveld Cooper
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel
  To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481-RDD |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |

**FOURTH INTERIM APPLICATION FOR APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PRICE, HENEVELD,
COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR
SERVICES RENDERED FROM
OCTOBER 1, 2006, THROUGH JANUARY 31, 2007**

Price, Heneveld, Cooper, DeWitt & Litton, LLP (the "Applicant" or

"Price, Heneveld"), Intellectual Property Counsel, Chapter 11 Professionals

to Delphi Corporation and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned case (collectively, the

"Debtors"),  submits its fourth interim application (the "Interim

Application") seeking interim allowance and payment of compensation

and reimbursement of expenses under 11 U.S.C. §§ 330 and 331 for the

period from October 1, 2006, through January 31, 2007 (the "Application

Period"). Price, Heneveld submits this Interim Application for (a)

allowance of compensation for professional services rendered by Price,

Heneveld to the Debtors, and (b) reimbursement of actual and necessary

charges and disbursements incurred by Price, Heneveld in the rendition of

required professional services on behalf of the Debtors. In support of this

Interim Application, Price, Heneveld represents as follows:

## BACKGROUND

### A. The Chapter 11 Filings

1. On October 8, 2005 (the "Petition Date"), the Debtors filed a

voluntary petition in this Court for reorganization relief under Chapter

11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended (the "Bankruptcy Code"). The Debtors continue to operate

their businesses and manage their properties as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The

Debtors have moved this Court for an order authorizing joint

administration of these Chapter 11 cases.

2. On October 17, 2005, the United States Trustee appointed an

official Committee of Unsecured Creditors (the "Committee") in this

case.

2

3.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4.  The statutory predicates for the relief requested herein are sections 327(a), 330, and 331 of the Bankruptcy Code.

## RETENTION OF PRICE, HENEVELD

5.  On December 6, 2005, the Debtors applied to this Court for an order approving the retention of Price, Heneveld as Intellectual Property Counsel to Debtors (the "Retention Application").

6.  On January 3, 2006, this Court entered an order (the "Price, Heneveld Retention Order"), authorizing the Debtors to employ Price, Heneveld as Intellectual Property Counsel under the terms set forth in the Retention Application.

7.  In the Price Retention Application filed December 6, 2005, the Debtors disclosed that Price, Heneveld's fees for professional services is based on hourly rates, which are periodically adjusted, and reimbursement of expenses.

8.  Price, Heneveld has no agreement of any kind, express or implied, to divide with any other person or entity (other than among members of the firm) any portion of the compensation sought or to be received by it in this case.

## FEE PROCEDURES AND MONTHLY FEE STATEMENTS

9.  On October 8, 2005, this Court entered an Order Under 11 U.S.C.

§ 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals (the "Order").   Pursuant to

paragraph 2(a) of the Order, Price, Heneveld is submitting this Interim

Application to the Debtors, to the Creditors' Committee, the Trustee and

the members of any other Committee appointed in this case for the

purpose of reviewing fees and expenses, to the extent not duplicative of

the parties listed above (collectively, the "Notice Parties").

10.  Pursuant to the Order, on or before the last day of each month

following the month for which compensation is sought, Price, Heneveld

submitted a monthly statement to the parties described in the Order.  The

parties had at least fifteen (15) days to review any such statement.   If

there were no objections at the expiration of forty-five (45) days after

service of the Statements, the Debtors are authorized to pay 80% of the

fees requested (with the remaining 20% of the fees requested (the

"Holdback") and 100% of the charges and disbursements requested.  In

accordance with the Order, Price, Heneveld has submitted Monthly Fee

Statements for each of the months covered by the Application Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

11 .  Price, Heneveld has provided legal services in regards to

intellectual property matters for the Debtor.  As a result of its efforts during

the Application Period, Price, Heneveld now seeks interim allowance of $173,586.00 in fees calculated at the hourly billing rates of the firm's personnel who have worked on the intellectual property matters and $8,330.15 in charges and disbursements actually and necessarily incurred by Price Heneveld while providing services to the Debtors during the Application Period. Exhibit A.

12. In accordance with the Order, Price Heneveld has submitted Monthly Fee Statements for the period from October 1, 2006, through January 31, 2007, copies of which are attached in Exhibit D, and now submits this Interim Application covering the Application Period.

13. No party has filed an objection to Price Heneveld's Monthly Fee Statements. Accordingly, with respect to the Monthly Fee Statements covering the Application Period, Price Heneveld will have received $98,864.40 on account of billed fees, $8,330.15 on account of billed charges and disbursements, and will have accrued a Holdback in the amount of $34,717.20. Price Heneveld is requesting $34,717.20 in full settlement of the Holdback accrued through January 31, 2007. Exhibit B.

14. Exhibit C outlines professional hours incurred, by individual, along with the individual's billing rate, and by category of work performed. Also included in Exhibit C are the total hours billed and total compensation. Detailed descriptions of services rendered are included in

the monthly fee statements (which are redacted to preserve client

confidentially) copies of which are attached as Exhibit D.

## NOTICE

15.  Price Heneveld has served copies of the Application on the

Debtors, the Notice Parties and the 2002 Notice List.  The Debtors submit

that no other or further notice need be given.

## CONCLUSION

WHEREFORE, Price Heneveld respectfully requests that the Court

enter an Order, substantially in the form attached hereto as Exhibit E

approving the compensation and reimbursement of fees requested

herein on an interim basis, authorizing and directing the Debtors to pay

such amounts, and for such other and further relief as the Court deems

appropriate.


Dated:    March 28, 2007    Respectfully submitted,


Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt
    & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel,
  Chapter 11 Professionals

6

**Exhibit A**
**Summary of Monthly Fee Statements**

| Period Covered | Invoice Number | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid |
|---|---|---|---|---|---|
| 10/1 - 10/31/06 | 85768 | 45,171.50 | 36,137.20 | 1,446.35 | 1,446.35 |
| 11/1 - 11/30/06 | 86233 | 51,899.00 | 41,519.20 | 4,061.75 | 4,061.75 |
| 12/1 - 12/31/06 | 86558 | 26,510.00 | 21,208.00 | 1,035.23 | 1,035.23 |
| 01/1 - 01/31/07 | 86849 | 50,005.50 | - | 1,786.82 | - |
| **Total** | | 173,586.00 | 98,864.40 | 8,330.15 | 6,543.33 |

**Exhibit B**
**Summary of Legal Services Rendered**

| | Task Code | 11/06 Invoice | 12/06 Invoice | 1/07 Invoice | 2/07 Invoice | Total |
|---|---|---|---|---|---|---|
| **Patent Evaluation** | PH1 | 5.30 | 4.50 | 1.50 | - | 11.3 |
| **Patent Preparation** | PH2 | 125.4 | 149.8 | 64.2 | 129.10 | 468.5 |
| **Patent Prosecution** | PH3 | 52.0 | 42.8 | 24.1 | 53.90 | 172.8 |
| **Fee Application** | PH4 | 2.5 | 6.0 | 0.0 | 2.30 | 10.8 |
| **Total Hours** | | 185.2 | 203.1 | 89.8 | 185.3 | 663.4 |
| **Total Fees Billed** | | 45,171.50 | 51,899.00 | 26,510.00 | 50,005.50 | 173,586.00 |
| **Total Payments Received** | | 36,137.20 | 41,519.20 | 21,208.00 | - | 98,864.40 |
| **Total Fee 20% Holdback** | | 9,034.30 | 10,379.80 | 5,302.00 | 10,001.10 | 34,717.20 |

**Reimbursement Request for Period October 1, 2006 - January 31, 2007**                    $34,717.20

**Exhibit C**
**Summary of Professional Hours**

| Name of Professional Person | Position of Professional Person | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PH1 - Patent Evaluation** | | | | |
| Kevin T. Grzelak | Partner | 290.00 | 11.3 | 3,277.00 |
| **Subtotal** | | 290.00 | 11.3 | 3,277.00 |
| | | | | |
| **PH2 - Patent Preparation** | | | | |
| Gunther J. Evanina | Partner | 295.00 | 139.5 | 41,152.50 |
| Gunther J. Evanina | Partner | 310.00 | 4.0 | 1,240.00 |
| Kevin T. Grzelak | Partner | 290.00 | 208.2 | 60,378.00 |
| Kevin T. Grzelak | Partner | 305.00 | 35.8 | 10,919.00 |
| Jeffrey S. Kapteyn | Associate | 230.00 | 22.3 | 5,129.00 |
| Brian R. Cheslek | Associate | 160.00 | 35.1 | 5,616.00 |
| Jeffrey W. Johnson | Associate | 145.00 | 23.6 | 3,422.00 |
| **Subtotal** | | 1,735.00 | 468.5 | 127,856.50 |
| | | | | |
| **PH3 - Patent Prosecution** | | | | |
| Kevin T. Grzelak | Partner | 290.00 | 60.7 | 17,603.00 |
| Kevin T. Grzelak | Partner | 305.00 | 9.40 | 2,867.00 |
| Harold W. Reick | Partner | 370.00 | 9.10 | 3,367.00 |
| Harold W. Reick | Partner | 390.00 | 2.0 | 780.00 |
| Jeffrey S. Kapteyn | Associate | 245.00 | 2.0 | 490.00 |
| Marcus P. Dolce | Associate | 225.00 | 7.6 | 1,710.00 |
| Scott P. Ryan | Associate | 160.00 | 38.6 | 6,176.00 |
| Jeffrey W. Johnson | Associate | 145.00 | 43.4 | 6,293.00 |
| **Subtotal** | | 2,130.00 | 172.8 | 39,286.00 |
| **PH4 - Fee Application** | | | | |
| Kevin T. Grzelak | Partner | 290.00 | 8.5 | 2,465.00 |
| Kevin T. Grzelak | Partner | 305.00 | 2.3 | 701.50 |
| **Subtotal** | | 305.00 | 2.3 | 3,166.50 |
| | | | | |
| **Total Fees Incurred** | | | | 173,586.00 |

**Exhibit D**

**Copies of invoices submitted for services rendered and billed during the fee application
time period of October 1, 2006 through January 31, 2007**

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2006
Page:  2
Invoice:      85768

CLIENT NUMBER - DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH October 31, 2006 IN CONNECTION
   WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A315

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 10/03/06 | KTG | 1.80 | Evaluate Patent No. 6,928,433 and Delphi smart radio media player. | 522.00 |
| 10/11/06 | KTG | 2.00 | Evaluate patent and Delphi smart radio with media player. | 580.00 |
| 10/12/06 | KTG | 1.50 | Evaluate patent family to Creative Tech., Ltd. Evaluate Delphi smart radio with media player. | 435.00 |

PROFESSIONAL SERVICES                              1,537.00

KTG                    5.30    290.00    1,537.00

MATTER TOTAL                                       1,537.00

(FEES BILLED        870.00  )
(EXPENSES BILLED      0.00  )

MATTER NUMBER - A316

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2006
Page:  3
Invoice:      85768

| Date | | | Description | Amount |
|------|------|------|-------------|--------|
| 10/05/06 | KTG | 1.00 | Review bankruptcy requirements for invoicing and correspondence from bankruptcy counsel and legal cost control. Work on preparation of invoices per bankruptcy requirement. Inter office conference among attorneys re implementing procedures. | 290.00 |
| 10/11/06 | KTG | 0.70 | Review invoicing procedures requirement by Bankruptcy court. Review invoice documents uploaded and legal cost pursuant to bankruptcy. | 203.00 |
| 10/12/06 | KTG | 0.80 | Evaluate invoicing submission to legal cost pursuant to Bankruptcy court procedures. | 232.00 |

PROFESSIONAL SERVICES                                           725.00

KTG                    2.50      290.00        725.00

COSTS ADVANCED

10/18/06    Express mail                              218.37

TOTAL COSTS ADVANCED                                   218.37

MATTER TOTAL                                           943.37

(FEES BILLED          0.00 )
(EXPENSES BILLED    258.06 )

MATTER NUMBER - P425

DP-308307
SN 10/420,376

| | | | | |
|---|---|---|---|---|
| 08/10/06 | KTG | 0.50 | Review Office Action and cited art. Inter office conference among attorneys. | 145.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2006
Page:   4
Invoice:        85768

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 10/16/06 | JWJ | 3.50 | Work on preparation of response. | 507.50 |
| 10/17/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 10/18/06 | JWJ | 1.00 | Work on preparation of response. | 145.00 |
| 10/19/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 10/24/06 | JWJ | 1.90 | Telephone conference with inventor.  Work on preparation of response. | 275.50 |
| 10/25/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 10/25/06 | KTG | 0.70 | Review amendment. Inter office conference among attorneys. | 203.00 |

PROFESSIONAL SERVICES                                      1,348.50

| | | | |
|---|---|---|---|
| KTG | 1.20 | 290.00 | 348.00 |
| JWJ | 6.90 | 145.00 | 1,000.50 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/31/06 | Copies | 4.50 |

TOTAL COSTS ADVANCED                                        4.50

MATTER TOTAL                                            1,353.00

(FEES BILLED      6,813.50  )
(EXPENSES BILLED    235.67  )

MATTER NUMBER – P497

DP-311286
S.N. 10/873,436

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 08/05/06 | KTG | 0.70 | Review Office Action and cited art. | 203.00 |
| 10/05/06 | JWJ | 2.90 | Work on preparation of response. | 420.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2006
Page:   5
Invoice:        85768

| | | | | | |
|---|---|---|---|---|---|
| 10/06/06 JWJ | 0.10 | Work on preparation of response. | | | 14.50 |
| 10/09/06 JWJ | 0.50 | Work on preparation of response. | | | 72.50 |
| 10/10/06 JWJ | 1.40 | Work on preparation of response. | | | 203.00 |
| 10/11/06 JWJ | 2.20 | Work on preparation of response. | | | 319.00 |
| 10/12/06 JWJ | 2.80 | Work on preparation of response. | | | 406.00 |
| 10/12/06 KTG | 0.80 | Review response to Office Action. Inter office conference among attorneys. | | | 232.00 |

```
   PROFESSIONAL SERVICES                                  1,870.50

   KTG                     1.50    290.00       435.00
   JWJ                     9.90    145.00     1,435.50


      COSTS ADVANCED

08/31/06   Copies                                2.20


TOTAL COSTS ADVANCED                              2.20


MATTER TOTAL                                  1,872.70


(FEES BILLED      4,890.00 )
(EXPENSES BILLED    115.32 )


                                   MATTER NUMBER - P499


   DP-311458
   S.N. 10/853,883
```

| | | | |
|---|---|---|---|
| 08/05/06 KTG | 0.70 | Review Office Action and cited art. | 203.00 |
| 09/01/06 JWJ | 2.60 | Work on preparation of response. | 377.00 |
| 09/22/06 JWJ | 2.80 | Work on preparation of response. | 406.00 |
| 09/25/06 JWJ | 0.50 | Work on preparation of response. | 72.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

November 8, 2006
Page:   6
Invoice:        85768

| | | | | | |
|---|---|---|---|---|---|
| 10/02/06 KTG | 0.70 | Review response to Office Action. Inter office conference among attorneys. | | | 203.00 |
| 10/03/06 JWJ | 0.60 | Work on preparation of response. | | | 87.00 |

PROFESSIONAL SERVICES                                        1,348.50

| | | | |
|---|---|---|---|
| KTG | 1.40 | 290.00 | 406.00 |
| JWJ | 6.50 | 145.00 | 942.50 |

COSTS ADVANCED

08/31/06   Copies                                    1.80

TOTAL COSTS ADVANCED                                     1.80

MATTER TOTAL                                          1,350.30

(FEES BILLED      4,890.00 )
(EXPENSES BILLED    192.24 )

MATTER NUMBER - P527

DP-311928
S.N. 11/081,427

| | | | |
|---|---|---|---|
| 10/02/06 KTG | 2.80 | Work on preparation of response. Telephone conference with inventors on October 2. | 812.00 |
| 10/03/06 KTG | 1.20 | Work on preparation of response. Telephone conference with inventors and Examiner on October 3. Prepare for interview. | 348.00 |
| 10/05/06 KTG | 1.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with Examiner on October 5. Telephone conference with inventors on October 5. | 435.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

November 8, 2006
Page:   7
Invoice:        85768

PROFESSIONAL SERVICES                                          1,595.00
    KTG               5.50      290.00     1,595.00

    COSTS ADVANCED
10/31/06    Copies                                    1.50

TOTAL COSTS ADVANCED                                          1.50

MATTER TOTAL                                          1,596.50

(FEES BILLED      10,633.00  )
(EXPENSES BILLED     637.26  )

MATTER NUMBER – P574

    DP-313480
    S.N. 11/138,532

10/09/06 KTG  1.00  Study Office Action and cited art. Preparation          290.00
                    and forwarding report and recommendations to
                    client.
10/11/06 KTG  0.50  Study Office Action. Preparation and forwarding          145.00
                    report and recommendations to client. Work on
                    preparation of response.
10/27/06 KTG  2.50  Work on preparation of response. Telephone               725.00
                    conference with inventor on October 27.
10/30/06 KTG  2.80  Work on preparation of response.                         812.00
10/31/06 KTG  1.00  Work on preparation of response and submit draft         290.00
                    to inventor.

PROFESSIONAL SERVICES                                          2,262.00

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2006
Page:   8
Invoice:        85768

KTG                    7.80     290.00     2,262.00

COSTS ADVANCED

10/31/06   Copies                                        15.60

TOTAL COSTS ADVANCED                                     15.60

MATTER TOTAL                                          2,277.60

(FEES BILLED       4,950.00 )
(EXPENSES BILLED     431.41 )

MATTER NUMBER - P632

DP-314354

| | | | | |
|---|---|---|---|---|
| 05/30/06 KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | 290.00 |
| 06/15/06 JSK | 2.80 | Work on preparation of application. | 644.00 |
| 06/16/06 JSK | 4.70 | Work on preparation of application. | 1,081.00 |
| 06/19/06 JSK | 2.20 | Work on preparation of application. | 506.00 |
| 08/29/06 JSK | 5.40 | Work on preparation of application. | 1,242.00 |
| 10/20/06 JSK | 0.20 | Work on preparation of application. | 46.00 |
| 10/22/06 JSK | 4.10 | Work on preparation of application. | 943.00 |
| 10/23/06 JSK | 0.40 | Work on preparation of application. | 92.00 |
| 10/26/06 JSK | 2.10 | Work on preparation of application. | 483.00 |
| 10/27/06 JSK | 0.40 | Work on preparation of application and submission of draft to inventors. | 92.00 |

PROFESSIONAL SERVICES                                 5,419.00

KTG                      1.00     290.00     290.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| | |
|---|---|
| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

November 8, 2006
Page:   9
Invoice:        85768

JSK            22.30    230.00    5,129.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 10/31/06 | Copies | 10.40 |
| 10/18/06 | Express mail | 11.00 |
| 06/27/06 | Cost of drawings | 120.00 |
| 10/25/06 | Cost of drawings | 60.00 |

TOTAL COSTS ADVANCED                               201.40

MATTER TOTAL                                      5,620.40

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P639

DP-314864

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 04/27/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 05/19/06 | KTG | 0.50 | Work on preparation of application. Review additional disclosure materials and correspondence. | 145.00 |
| 06/01/06 | KTG | 0.50 | Telephone conference with inventor on June 1 re preparation of patent application. | 145.00 |
| 08/24/06 | KTG | 0.70 | Evaluate invention and prior art. Telephone conference with inventor and Funke on August 24 re patentability. | 203.00 |
| 09/05/06 | GJE | 7.30 | Work on preparation of application. | 2,153.50 |
| 09/06/06 | GJE | 3.50 | Work on preparation of application. | 1,032.50 |
| 09/08/06 | GJE | 4.40 | Work on preparation of application. | 1,298.00 |
| 09/12/06 | KTG | 0.50 | Telephone conference with inventor and Funke on September 12 re invention and prior art. Inter office conference among attorneys. NOTE: Costs approved by Jimmy Funke. | 145.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2006
Page:   10
Invoice:       85768

PROFESSIONAL SERVICES                                    5,412.00

| | | | |
|---|---|---|---|
| GJE | 15.20 | 295.00 | 4,484.00 |
| KTG | 3.20 | 290.00 | 928.00 |
| GDM | 0.00 | 210.00 | 0.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/06 | Copies | 1.50 |
| 08/30/06 | Cost of drawings | 85.00 |

TOTAL COSTS ADVANCED                                        86.50

MATTER TOTAL                                             5,498.50

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER – P651

DP-314164

| | | | | |
|---|---|---|---|---|
| 05/08/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 07/25/06 | BRC | 1.80 | Review invention disclosure report. | 288.00 |
| 07/25/06 | KTG | 0.70 | Review invention disclosure. Inter office conference among attorneys. | 203.00 |
| 07/26/06 | BRC | 1.30 | Telephone conference with Szczublewski on July 26. Work on preparation of email to Szczublewski. Inter office conference among attorneys. Review file. Work on preparation of application. | 208.00 |
| 07/28/06 | BRC | 4.50 | Inter office conference among attorneys re application. Work on preparation of drawings. Work on preparation of application. | 720.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2006
Page:  11
Invoice:       85768

| | | | | |
|---|---|---|---|---|
| 07/31/06 | BRC | 2.50 | Work on preparation of drawings. Work on preparation of claims. | 400.00 |
| 08/09/06 | BRC | 2.30 | Work on preparation of application. | 368.00 |
| 08/25/06 | BRC | 1.20 | Work on preparation of application. | 192.00 |
| 08/31/06 | BRC | 1.30 | Telephone conference with Szczublewski on August 31 re application. Work on preparation of application. | 208.00 |
| 09/08/06 | BRC | 2.30 | Work on preparation of application. | 368.00 |
| 09/13/06 | BRC | 2.80 | Work on preparation of application. | 448.00 |
| 09/21/06 | BRC | 1.10 | Work on preparation of application. | 176.00 |
| 09/22/06 | KTG | 1.50 | Review patent application. Inter office conference among attorneys. | 435.00 |
| 09/29/06 | BRC | 1.10 | Telephone conference with Szczblewski on September 29. Work on preparation of application. | 176.00 |
| 10/02/06 | BRC | 1.10 | Work on preparation of application. | 176.00 |
| 10/04/06 | BRC | 0.80 | Work on preparation of foreign filing claims. | 128.00 |
| 10/09/06 | BRC | 0.50 | Prepare and send finalized application with filing papers to client for filing. | 80.00 |

PROFESSIONAL SERVICES                                          4,864.00

| | | | |
|---|---|---|---|
| KTG | 3.20 | 290.00 | 928.00 |
| BRC | 24.60 | 160.00 | 3,936.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/06 | Copies | 4.20 |
| 09/20/06 | Express mail | 37.95 |
| 08/30/06 | Cost of drawings | 190.00 |

TOTAL COSTS ADVANCED                                          232.15

MATTER TOTAL                                               5,096.15

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX                616-957-8196

DELPHI

November 8, 2006
Page:   12
Invoice:        85768

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P653

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/06 | Copies | 2.20 |
| 10/18/06 | Express mail | 12.77 |
| 10/11/06 | Foreign associate fee | 268.86 |

TOTAL COSTS ADVANCED                            283.83

MATTER TOTAL                                          283.83

(FEES BILLED        4,594.50  )
(EXPENSES BILLED      100.20  )

MATTER NUMBER - P659

DP-315269

| | | | | |
|---|---|---|---|---|
| 08/20/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 10/03/06 | KTG | 3.00 | Work on preparation of application. Telephone conference with inventor on October 3. | 870.00 |
| 10/04/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 10/06/06 | KTG | 3.50 | Work on preparation of application. | 1,015.00 |
| 10/09/06 | KTG | 5.00 | Work on preparation of application. | 1,450.00 |
| 10/10/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 10/11/06 | KTG | 1.00 | Work on preparation of application and submission of draft to client. | 290.00 |

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2006
Page:   13
Invoice:        85768

| Date | | | Description | Amount |
|---|---|---|---|---|
| 10/12/06 | KTG | 1.00 | Finalize patent application. | 290.00 |
| 10/16/06 | KTG | 0.50 | Prepare and send finalized application with filing papers to client for filing. NOTE: Costs approved by J. Funke. | 145.00 |

PROFESSIONAL SERVICES                                5,655.00

KTG                19.50    290.00    5,655.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 10/31/06 | Copies | 6.50 |
| 10/18/06 | Express mail | 16.29 |
| 10/30/06 | Cost of drawings | 190.00 |

TOTAL COSTS ADVANCED                              212.79

MATTER TOTAL                                       5,867.79

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER – P664

DP-315175

| Date | | | Description | Amount |
|---|---|---|---|---|
| 08/20/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 10/04/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 10/05/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 10/11/06 | KTG | 2.50 | Work on preparation of application. Telephone conference with inventor on October 11. | 725.00 |
| 10/12/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 10/16/06 | KTG | 4.00 | Work on preparation of application. | 1,160.00 |

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

November 8, 2006
Page:   14
Invoice:      85768

| | | | |
|---|---|---|---|
| 10/19/06 KTG | 4.00 | Telephone conference with inventor on October 19. Work on preparation of application and submission of draft to client. | 1,160.00 |
| 10/23/06 KTG | 1.20 | Prepare and send finalized application with filing papers to client for filing. NOTE: Costs approved by J. Funke. | 348.00 |

PROFESSIONAL SERVICES                                      5,568.00

KTG                    19.20    290.00    5,568.00

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/06 | Copies | 5.00 |
| 10/18/06 | Express mail | 14.25 |

TOTAL COSTS ADVANCED                                        19.25

MATTER TOTAL                                            5,587.25

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P667

DP-308618

| | | | |
|---|---|---|---|
| 08/02/06 MPD | 0.10 | Work on preparation of response. | 22.50 |
| 08/02/06 KTG | 1.00 | Review Office Action and cited art. Review application. Inter office conference among attorneys re response. | 290.00 |
| 08/03/06 MPD | 0.50 | Work on preparation of response. | 112.50 |
| 08/07/06 MPD | 1.00 | Work on preparation of response. | 225.00 |
| 08/09/06 MPD | 0.10 | Work on preparation of response. | 22.50 |

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2006
Page:   15
Invoice:        85768

| | | | | |
|---|---|---|---|---|
| 08/09/06 MPD | 0.60 | Work on preparation of response. Telephone conference with inventor on August 9. | | 135.00 |
| 08/09/06 KTG | 0.30 | Inter office conference among attorneys re response. | | 87.00 |
| 09/13/06 MPD | 1.00 | Work on preparation of response. | | 225.00 |
| 09/25/06 MPD | 0.20 | Work on preparation of response. | | 45.00 |
| 10/05/06 MPD | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 22.50 |

PROFESSIONAL SERVICES                                      1,187.00

| | | | |
|---|---|---|---|
| KTG | 1.30 | 290.00 | 377.00 |
| MPD | 3.60 | 225.00 | 810.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/06 | Copies | 18.80 |
| 10/31/06 | Postage | 1.11 |

TOTAL COSTS ADVANCED                                         19.91

MATTER TOTAL                                             1,206.91

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P668

DP-311885

| | | | |
|---|---|---|---|
| 09/18/06 KTG | 1.00 | Review Office Action and prior art. | 290.00 |
| 09/25/06 JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 09/27/06 JWJ | 0.10 | Work on preparation of response. | 14.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

November 8, 2006
Page:   16
Invoice:      85768

| | | | | |
|---|---|---|---|---:|
| 10/04/06 | JWJ | 1.80 | Work on preparation of response. | 261.00 |
| 10/05/06 | JWJ | 0.80 | Work on preparation of response. | 116.00 |
| 10/06/06 | JWJ | 0.30 | Work on preparation of response. | 43.50 |
| 10/06/06 | KTG | 2.20 | Review response to Office Action. Inter office conference among attorneys. | 638.00 |

PROFESSIONAL SERVICES                         1,392.00

| | | | |
|---|---:|---:|---:|
| KTG | 3.20 | 290.00 | 928.00 |
| JWJ | 3.20 | 145.00 | 464.00 |

COSTS ADVANCED

10/31/06   Copies                              1.10

TOTAL COSTS ADVANCED                            1.10

MATTER TOTAL                                1,393.10

(FEES BILLED          )
(EXPENSES BILLED      )

MATTER NUMBER - P674

DP-315593

| | | | |
|---|---|---|---|---:|
| 09/05/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 10/20/06 | KTG | 5.00 | Work on preparation of application. | 1,450.00 |
| 10/22/06 | KTG | 1.00 | Work on preparation of application. Telephone conference with drraftsperson on October 22. Correspondence with draftsperson. | 290.00 |
| 10/23/06 | KTG | 2.00 | Work on preparation of application. Correspondence with inventor re drawing figures. | 580.00 |
| 10/25/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2006
Page:  17
Invoice:     85768

| | | | |
|---|---|---|---|
| 10/27/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 10/28/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 10/30/06 KTG | 3.20 | Work on preparation of foreign claims and abstract. Work on preparation of application and submission of draft to client. | 928.00 |

PROFESSIONAL SERVICES                                          4,988.00

KTG                17.20    290.00    4,988.00

COSTS ADVANCED

| | | |
|---|---|---|
| 09/29/06 | Copies | 1.20 |
| 10/18/06 | Express mail | 14.25 |
| 10/30/06 | Cost of drawings | 130.00 |

TOTAL COSTS ADVANCED                                  145.45

MATTER TOTAL                                        5,133.45

(FEES BILLED                )
(EXPENSES BILLED            )

CLIENT TOTAL                                       46,617.85
INVOICE TOTAL                                      46,617.85

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2006
Page:  2
Invoice:        86233

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH November 30, 2006 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A315

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 11/01/06 | KTG | 1.50 | Evaluate patent and file history. | 435.00 |
| 11/10/06 | KTG | 0.50 | Evaluate smart radio and patents. Telephone conference with Kady on November 10. | 145.00 |
| 11/16/06 | KTG | 1.30 | Evaluate Delphi media player and patent to Creative Labs. Correspondence with Kady. | 377.00 |
| 11/27/06 | KTG | 0.50 | Evaluate Delphi media player. | 145.00 |
| 11/30/06 | KTG | 0.70 | Evaluate Delphi radio and patents to Creative Technologies. Telephone conference with Kady on November 30. | 203.00 |

PROFESSIONAL SERVICES                                    1,305.00

 KTG                    4.50    290.00    1,305.00

MATTER TOTAL                                             1,305.00

(FEES BILLED       2,407.00 )
(EXPENSES BILLED       0.00 )

MATTER NUMBER - A316

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI                                          December 12, 2006
                                                Page:   3
                                                Invoice:       86233

| | | | | |
|---|---|---|---|---|
| 11/06/06 | KTG | 0.80 | Review first and second fee applications. Telephone conference with Judge Drain's clerk on November 6 re fee applications filed in Delphi bankruptcy proceedings. Correspondence with Judge Drain's clerk re same. | 232.00 |
| 11/16/06 | KTG | 0.70 | Study correspondence re fee application and hearing. Work on preparation of fee application. | 203.00 |
| 11/29/06 | KTG | 2.80 | Prepare and file third term interim application for approval of compensation and reimbursement of expenses pursuant to bankruptcy procedures. Prepare for hearing on first and second fee applications. | 812.00 |
| 11/30/06 | KTG | 1.70 | Prepare for and attend telephone conference for 13th omnibus hearing to decide first and second fee applications. | 493.00 |

PROFESSIONAL SERVICES                                      1,740.00

KTG                        6.00     290.00     1,740.00


    COSTS ADVANCED

11/15/06    Express mail                              105.21

TOTAL COSTS ADVANCED                                       105.21

MATTER TOTAL                                              1,845.21

(FEES BILLED        725.00  )
(EXPENSES BILLED    476.43  )

                                      MATTER NUMBER - P440


    DP-309190
    S.N. 10/624,063


Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2006
Page:   4
Invoice:        86233

| | | | | |
|---|---|---|---|---|
| 09/19/06 | KTG | 0.50 | Study Office Action and art. Inter office conference among attorneys. | 145.00 |
| 09/20/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 11/06/06 | KTG | 0.60 | Inter office conference among attorneys. Work on preparation of response. | 174.00 |
| 11/07/06 | JWJ | 2.70 | Work on preparation of response. | 391.50 |
| 11/08/06 | JWJ | 4.90 | Work on preparation of response. | 710.50 |
| 11/09/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 11/09/06 | KTG | 1.70 | Work on preparation of response. Inter office conference among attorneys. | 493.00 |
| 11/10/06 | JWJ | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 14.50 |

PROFESSIONAL SERVICES                                   1,972.00

| | | | |
|---|---|---|---|
| KTG | 2.80 | 290.00 | 812.00 |
| JWJ | 8.00 | 145.00 | 1,160.00 |

COSTS ADVANCED

09/29/06   Copies                                 3.00

TOTAL COSTS ADVANCED                                 3.00

MATTER TOTAL                                      1,975.00

(FEES BILLED       9,359.50 )
(EXPENSES BILLED     670.55 )

MATTER NUMBER - P443

DP-309714
S.N. 10/601,152

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

December 12, 2006
Page:   5
Invoice:      86233

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 09/07/06 | KTG | 1.00 | Study Office Action and cited art. Preparation and forwarding report and recommendations to client. | 290.00 |
| 10/04/06 | KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. Telephone conference with inventor on October 4. | 145.00 |
| 11/19/06 | KTG | 1.00 | Study Office Action and cited art. Work on preparation of response. | 290.00 |
| 11/20/06 | KTG | 1.50 | Work on preparation of response. Telephone conference with inventor on November 20. | 435.00 |
| 11/21/06 | KTG | 1.50 | Work on preparation of response. | 435.00 |
| 11/22/06 | KTG | 1.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 435.00 |

PROFESSIONAL SERVICES                              2,030.00

KTG                    7.00    290.00    2,030.00

COSTS ADVANCED

10/31/06   Copies                                      3.00

TOTAL COSTS ADVANCED                                    3.00

MATTER TOTAL                                       2,033.00

(FEES BILLED        4,655.00 )
(EXPENSES BILLED      277.25 )

MATTER NUMBER - P517

DP-311207
S.N. 10/995,779

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX                  616-957-8196

DELPHI

December 12, 2006
Page:  6
Invoice:      86233

| | | | | |
|---|---|---|---|---|
| 10/17/06 KTG | 1.20 | Study Office Action and cited art. Telephone conference with inventor on October 17. Preparation and forwarding report and recommendations to client. | | 348.00 |
| 11/08/06 KTG | 1.00 | Work on preparation of response. | | 290.00 |
| 11/09/06 KTG | 2.30 | Work on preparation of response and submit to inventors for review. Telephone conference with inventors on November 9. | | 667.00 |
| 11/10/06 KTG | 0.50 | Work on preparation of response. Telephone conference with inventor on November 10. | | 145.00 |
| 11/20/06 KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 145.00 |

PROFESSIONAL SERVICES                                          1,595.00

KTG                          5.50    290.00    1,595.00

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/06 | Copies | 4.30 |
| 11/20/06 | Additional claims fee | 200.00 |

TOTAL COSTS ADVANCED                                           204.30

MATTER TOTAL                                                  1,799.30

(FEES BILLED         8,117.50  )
(EXPENSES BILLED       463.20  )

MATTER NUMBER - P550

DP-313373
S.N. 11/077,041

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2006
Page:  7
Invoice:      86233

| | | | | |
|---|---|---|---|---|
| 10/19/06 KTG | 1.00 | Study Office Action and cited art. Telephone conference with inventor on October 19. | | 290.00 |
| 10/20/06 KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | | 145.00 |
| 11/07/06 KTG | 1.50 | Work on preparation of response. | | 435.00 |
| 11/08/06 KTG | 3.00 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventor on November 8. | | 870.00 |

PROFESSIONAL SERVICES                                1,740.00

KTG                    6.00     290.00     1,740.00

COSTS ADVANCED

10/31/06    Copies                          12.70

TOTAL COSTS ADVANCED                          12.70

MATTER TOTAL                               1,752.70

(FEES BILLED        4,965.00 )
(EXPENSES BILLED      220.84 )

MATTER NUMBER - P560

DP-313244
S.N. 11/107,083

| | | | |
|---|---|---|---|
| 10/04/06 JWJ | 0.10 | Attention to status of application re necessity of filing Notice of Appeal. | 14.50 |
| 10/11/06 JWJ | 0.40 | Work on preparation of response. | 58.00 |
| 10/12/06 JWJ | 0.10 | Work on preparation of response. | 14.50 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

December 12, 2006
Page:   8
Invoice:      86233

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/13/06 | JWJ | 0.30 | Work on preparation of response. | 43.50 |
| 10/16/06 | JWJ | 0.80 | Work on preparation of response. | 116.00 |
| 10/18/06 | JWJ | 3.60 | Work on preparation of response.   Telephone conference with inventor. | 522.00 |
| 10/19/06 | JWJ | 2.80 | Work on preparation of response. | 406.00 |
| 10/19/06 | KTG | 1.20 | Evaluate application for appeal. Inter office conference among attorneys. Telephone conference with Funke on October 19 re RCE and amendment. | 348.00 |
| 10/20/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 11/06/06 | KTG | 0.60 | Inter office conference among attorneys. Work on preparation of RCE and response. | 174.00 |
| 11/08/06 | KTG | 1.50 | Work on preparation of amendment and RCE. Inter office conference among attorneys. | 435.00 |
| 11/09/06 | JWJ | 0.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 43.50 |

PROFESSIONAL SERVICES

2,189.50

| | | | |
|---|---|---|---|
| KTG | 3.30 | 290.00 | 957.00 |
| JWJ | 8.50 | 145.00 | 1,232.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/06 | Copies | 4.40 |
| 11/30/06 | Postage | 1.35 |
| 11/13/06 | Filing fee | 790.00 |
| 11/13/06 | Extension of time fee | 120.00 |

TOTAL COSTS ADVANCED

915.75

MATTER TOTAL

3,105.25

(FEES BILLED       11,188.50 )
(EXPENSES BILLED      423.01 )

MATTER NUMBER – P637

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2006
Page:  9
Invoice:        86233

DP-315146
S.N. 11/434,546

| Date | | | Description | Amount |
|------|---|---|---|---|
| 11/30/06 KTG | 1.00 | | Preparation and filing of Information Disclosure Statement. Correspondence with Funke. | 290.00 |

PROFESSIONAL SERVICES                                               290.00

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |

MATTER TOTAL                                                       290.00

(FEES BILLED      4,988.00 )
(EXPENSES BILLED    322.02 )

MATTER NUMBER - P644

DP-314952
S.N. 11/527,742

| Date | | | Description | Amount |
|------|---|---|---|---|
| 11/08/06 JWJ | 0.20 | | Work on preparation of Preliminary Amendment. | 29.00 |
| 11/09/06 JWJ | 0.10 | | Correspondence with client re filing of Missing Parts and Preliminary Amendment. | 14.50 |
| 11/09/06 KTG | 0.30 | | Review preliminary amendment. | 87.00 |
| 11/13/06 JWJ | 0.10 | | Correspondence with client re filing of Missing Parts and Preliminary Amendment. | 14.50 |

PROFESSIONAL SERVICES                                               145.00

| | | | |
|---|---|---|---|
| KTG | 0.30 | 290.00 | 87.00 |
| JWJ | 0.40 | 145.00 | 58.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

December 12, 2006
Page:   10
Invoice:        86233

COSTS  ADVANCED

| | | |
|---|---|---:|
| 11/30/06 | Copies | 2.50 |
| 11/30/06 | Postage | 1.11 |
| 11/13/06 | Filing fee | 1,350.00 |
| 11/13/06 | Declaration fee | 130.00 |
| 11/13/06 | Assignment fee | 40.00 |

TOTAL COSTS  ADVANCED                                    1,523.61

MATTER TOTAL                                            1,668.61

(FEES BILLED          5,800.00  )
(EXPENSES BILLED        247.00  )

MATTER NUMBER - P656

DP-314614

| | | | | |
|---|---|---|---|---:|
| 07/11/06 KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | | 290.00 |
| 07/18/06 JWJ | 0.20 | Work on preparation of application. | | 29.00 |
| 07/28/06 JWJ | 0.30 | Work on preparation of application. | | 43.50 |
| 09/05/06 JWJ | 0.20 | Work on preparation of application. | | 29.00 |
| 09/06/06 JWJ | 0.20 | Work on preparation of application. | | 29.00 |
| 10/09/06 JWJ | 0.10 | Work on preparation of application. | | 14.50 |
| 10/24/06 JWJ | 0.20 | Work on preparation of application. | | 29.00 |
| 10/25/06 JWJ | 1.40 | Work on preparation of application. | | 203.00 |
| 11/07/06 KTG | 1.50 | Review invention disclosure. Inter office conference among attorneys re preparation of application. | | 435.00 |
| 11/09/06 JWJ | 3.80 | Work on preparation of application. | | 551.00 |
| 11/10/06 JWJ | 3.10 | Work on preparation of application. | | 449.50 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX               616-957-8196

DELPHI

December 12, 2006
Page:  11
Invoice:      86233

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 11/10/06 | KTG | 1.50 | Review patent application. Inter office conference among attorneys. | 435.00 |
| 11/13/06 | KTG | 1.20 | Work on preparation of application. | 348.00 |
| 11/20/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 11/21/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 11/22/06 | JWJ | 0.60 | Work on preparation of application. Correspondence with client re same. | 87.00 |
| 11/22/06 | KTG | 5.60 | Review patent application. | 1,624.00 |

PROFESSIONAL SERVICES                                        4,698.00

| | | | |
|------|-------|--------|----------|
| KTG | 10.80 | 290.00 | 3,132.00 |
| JWJ | 10.80 | 145.00 | 1,566.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 09/29/06 | Copies | 7.10 |
| 11/15/06 | Express mail | 14.19 |
| 11/25/06 | Cost of drawings | 85.00 |

TOTAL COSTS ADVANCED                                          106.29

MATTER TOTAL                                                  4,804.29

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P660

DP-315388

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 08/12/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 09/05/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 09/06/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196

DELPHI

December 12, 2006
Page:   12
Invoice:      86233

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/09/06 | JWJ | 3.50 | Work on preparation of application. | 507.50 |
| 10/10/06 | JWJ | 1.50 | Work on preparation of application. | 217.50 |
| 10/11/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 10/24/06 | JWJ | 2.60 | Work on preparation of application. | 377.00 |
| 10/26/06 | JWJ | 2.30 | Work on preparation of application. | 333.50 |
| 10/27/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 10/27/06 | KTG | 1.50 | Work on preparation of application. Inter office conference among attorneys. | 435.00 |
| 11/01/06 | JWJ | 0.60 | Work on preparation of application. | 87.00 |
| 11/07/06 | KTG | 2.00 | Review claims. Work on preparation of application. Inter office conference among attorneys. | 580.00 |
| 11/08/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 11/09/06 | JWJ | 1.20 | Work on preparation of application. | 174.00 |
| 11/09/06 | KTG | 4.70 | Review patent application. Inter office conference among attorneys re foreign claims. | 1,363.00 |
| 11/13/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 11/29/06 | KTG | 0.50 | Review application. Inter office conference among attorneys. | 145.00 |

PROFESSIONAL SERVICES                           4,669.00

| | | | | |
|---|---|---|---|---|
| KTG | | 9.70 | 290.00 | 2,813.00 |
| JWJ | | 12.80 | 145.00 | 1,856.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/29/06 | Copies | 10.40 |
| 11/15/06 | Express mail | 11.00 |
| 11/30/06 | Cost of drawings | 115.00 |

TOTAL COSTS ADVANCED                       136.40

MATTER TOTAL                             4,805.40

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

December 12, 2006
Page: 13
Invoice:        86233

(FEES BILLED              )

(EXPENSES BILLED          )

MATTER NUMBER - P661

DP-315106

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/01/06 | KTG | 1.20 | Review invention disclosure. Inter office conference among attorneys re patent application. | 348.00 |
| 08/10/06 | GJE | 1.50 | Work on preparation of application. | 442.50 |
| 08/11/06 | GJE | 4.00 | Work on preparation of application. | 1,180.00 |
| 08/14/06 | GJE | 5.10 | Work on preparation of application. | 1,504.50 |
| 08/16/06 | GJE | 1.00 | Work on preparation of application. | 295.00 |
| 08/17/06 | GJE | 3.80 | Work on preparation of application. | 1,121.00 |

PROFESSIONAL SERVICES                              4,891.00

| | | | | |
|---|---|---|---|---|
| GJE | 15.40 | 295.00 | 4,543.00 | |
| KTG | 1.20 | 290.00 | 348.00 | |

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/06 | Copies | 2.50 |
| 09/20/06 | Express mail | 26.46 |
| 10/10/06 | Cost of drawings | 85.00 |
| 11/14/06 | Foreign associate fee | 268.93 |

TOTAL COSTS ADVANCED                              382.89

MATTER TOTAL                                    5,273.89

(FEES BILLED              )

(EXPENSES BILLED          )

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2006
Page:   14
Invoice:        86233

MATTER NUMBER - P665

DP-315114

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 08/20/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 11/10/06 | KTG | 2.50 | Review invention disclosure. Telephone conference with inventor on November 10. Work on preparation of drawings. Inter office conference among attorneys. | 725.00 |
| 11/10/06 | BRC | 2.30 | Work on preparation of application. | 368.00 |
| 11/13/06 | BRC | 1.50 | Work on preparation of claims. | 240.00 |
| 11/14/06 | BRC | 2.30 | Review file. Work on preparation of claims. | 368.00 |
| 11/14/06 | KTG | 0.50 | Evaluate invention. Work on preparation of application. | 145.00 |
| 11/16/06 | KTG | 1.00 | Evaluate prior art and correspondence from inventors. Inter office conference among attorneys. | 290.00 |
| 11/16/06 | BRC | 1.70 | Review potential prior art information. | 272.00 |
| 11/22/06 | BRC | 1.20 | Review inventor information. Review potential prior art. Inter office conference among attorneys. Telephone conference with inventor on November 22. | 192.00 |
| 11/22/06 | KTG | 0.50 | Telephone conference with inventor on November 22 re invention and prior art. | 145.00 |
| 11/28/06 | BRC | 0.50 | Legal research re potentially invalidating refererces. Inter office conference among attorneys re same. | 80.00 |
| 11/29/06 | BRC | 1.00 | Review potential prior art. Inter office conference among attorneys re same. Telephone conference with Delphi in-house counsel on November 29. | 160.00 |
| 11/29/06 | KTG | 1.20 | Evaluate prior art and invention. Telephone conference with Funke on November 29 re patentability and decision to abandon preparation of patent application. | 348.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                616-957-8196

DELPHI

December 12, 2006
Page:   15
Invoice:        86233

| PROFESSIONAL SERVICES | | | | 3,623.00 |
|---|---|---|---|---|
| KTG | 6.70 | 290.00 | 1,943.00 | |
| BRC | 10.50 | 160.00 | 1,680.00 | |

MATTER TOTAL                                          3,623.00

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P666

DP-315409

| 08/20/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
|---|---|---|---|
| 11/10/06 KTG | 1.00 | Work on preparation of application. | 290.00 |
| 11/12/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 11/19/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 11/20/06 KTG | 0.50 | Work on preparation of application. Telephone conference with inventor on November 20. | 145.00 |
| 11/21/06 KTG | 3.50 | Work on preparation of application. | 1,015.00 |
| 11/22/06 KTG | 4.00 | Work on preparation of application. | 1,160.00 |
| 11/24/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 11/27/06 KTG | 3.00 | Work on preparation of foreign claims. Work on preparation of application and submission of draft to client. | 870.00 |
| 11/29/06 KTG | 0.70 | Review patent application. Correspondence with inventors. Work on preparation of drawings. NOTE: Costs due to multiple embodiments and combinaiton of ROIs approved by Jimmy Funke. | 203.00 |

| PROFESSIONAL SERVICES | | | | 5,713.00 |
|---|---|---|---|---|
| KTG | 19.70 | 290.00 | 5,713.00 | |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2006
Page:  16
Invoice:      86233

COSTS ADVANCED

11/25/06   Cost of drawings                         340.00

TOTAL COSTS ADVANCED                                       340.00

MATTER TOTAL                                             6,053.00

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – P675

DP-315504

| | | | |
|---|---|---|---|
| 09/05/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 10/20/06 KTG | 1.00 | Work on preparation of application. | 290.00 |
| 10/23/06 KTG | 1.00 | Work on preparation of application. Correspondence with inventor re drawing figures. Telephone conference with inventor on October 23. | 290.00 |
| 11/02/06 KTG | 3.00 | Work on preparation of application. | 870.00 |
| 11/05/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 11/06/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 11/07/06 KTG | 2.50 | Work on preparation of application. | 725.00 |
| 11/08/06 KTG | 4.00 | Work on preparation of application and submission of draft to client. Work on preparation of claims for foreign application. | 1,160.00 |
| 11/10/06 KTG | 1.20 | Work on preparation of application. Review edits from inventors. Telephone conference with inventor on November 10. Complete and send finalized application with filing papers to client for filing. | 348.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

December 12, 2006
Page:  17
Invoice:      86233

| PROFESSIONAL SERVICES | | | | 4,988.00 |
|---|---|---|---|---|
| KTG | 17.20 | 290.00 | 4,988.00 | |

COSTS ADVANCED

| 09/29/06 | Copies | 7.40 |
|---|---|---|
| 11/25/06 | Cost of drawings | 170.00 |

| TOTAL COSTS ADVANCED | 177.40 |
|---|---|

| MATTER TOTAL | 5,165.40 |
|---|---|

(FEES BILLED          )
(EXPENSES BILLED      )

MATTER NUMBER – P681

DP-315674

| 10/05/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
|---|---|---|---|
| 10/10/06 GJE | 8.00 | Work on preparation of application. | 2,360.00 |
| 10/11/06 GJE | 7.20 | Work on preparation of application. | 2,124.00 |
| 11/07/06 KTG | 0.30 | Review patent application. Inter office conference among attorneys. | 87.00 |

| PROFESSIONAL SERVICES | | | | 4,861.00 |
|---|---|---|---|---|
| GJE | 15.20 | 295.00 | 4,484.00 | |
| KTG | 1.30 | 290.00 | 377.00 | |

COSTS ADVANCED

| 10/31/06 | Copies | 1.20 |
|---|---|---|

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

December 12, 2006
Page:  18
Invoice:      86233

| | | |
|---|---|---|
| 11/30/06 | Cost of drawings | 65.00 |

TOTAL COSTS ADVANCED                                          66.20

MATTER TOTAL                                              4,927.20

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – P683

DP-315612

| | | | |
|---|---|---|---|
| 10/04/06 GJE | 5.50 | Work on preparation of application. | 1,622.50 |
| 10/09/06 GJE | 8.00 | Work on preparation of application. | 2,360.00 |
| 10/10/06 KTG | 1.20 | Review invention disclosure. Inter office conference among attorneys. | 348.00 |
| 10/18/06 GJE | 1.70 | Work on preparation of application. | 501.50 |
| 11/07/06 KTG | 0.40 | Review patent application. Inter office conference among attorneys. | 116.00 |
| 11/10/06 GJE | 1.70 | Work on preparation of application. | 501.50 |

PROFESSIONAL SERVICES                                     5,449.50

| | | | |
|---|---|---|---|
| GJE | 16.90 | 295.00 | 4,985.50 |
| KTG | 1.60 | 290.00 | 464.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/06 | Cost of drawings | 85.00 |

TOTAL COSTS ADVANCED                                          85.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX                 616-957-8196

DELPHI

December 12, 2006
Page:  19
Invoice:        86233

MATTER TOTAL                                                            5,534.50

(FEES BILLED                    )
(EXPENSES BILLED              )

CLIENT TOTAL                                                          55,960.75
INVOICE TOTAL                                                        55,960.75

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 12, 2007
Page:  2
Invoice:      86849

CLIENT NUMBER – DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH January 31, 2007 IN CONNECTION
   WITH THE FOLLOWING MATTERS –

MATTER NUMBER – A316

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 01/15/07 | KTG | 0.50 | Study correspondence re fee applications and hearings pursuant to bankruptcy procedures. Review docket re entry of proof of claim. | 152.50 |
| 01/22/07 | KTG | 0.60 | Review fee committee report for third fee application relating to bankruptcy procedures. | 183.00 |
| 01/25/07 | KTG | 1.20 | Review third fee application fee committee report pursuant to Bankruptcy procedures. Prepare for and conduct telephone conference with the fee committee re response to fee committee recommendations. | 366.00 |

| PROFESSIONAL SERVICES | | | | 701.50 |
|---|---|---|---|---|
| KTG | 2.30 | 305.00 | 701.50 | |

COSTS ADVANCED

| 01/17/07 | Express mail | 106.33 |
|---|---|---|

TOTAL COSTS ADVANCED                     106.33

MATTER TOTAL                             807.83

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 12, 2007
Page:  3
Invoice:      86849

(FEES BILLED        2,465.00 )
(EXPENSES BILLED      876.75 )

MATTER NUMBER – P425

DP-308307
SN 10/420,376

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 12/27/06 | SPR | 0.60 | Inter office conference among attorneys. Work on preparation of response. | 96.00 |
| 12/27/06 | KTG | 1.00 | Study Office Action and cited art. Inter office conference among attorneys. | 290.00 |
| 12/29/06 | SPR | 2.60 | Study Office Action and references. Work on preparation of response. Correspondence with client. | 416.00 |
| 01/02/07 | SPR | 0.00 | Inter office conference among attorneys. Work on preparation of response. | 0.00 |
| 01/04/07 | SPR | 0.40 | Telephone conference with inventor on January 4. Work on preparation of response. | 64.00 |
| 01/16/07 | SPR | 1.20 | Work on preparation of response. Telephone conference with inventor on January 16. | 192.00 |
| 01/17/07 | SPR | 1.40 | Work on preparation of response. | 224.00 |
| 01/18/07 | SPR | 1.80 | Work on preparation of response. Inter office conference among attorneys. Telephone conference with inventor on January 18. | 288.00 |
| 01/19/07 | SPR | 0.70 | Work on preparation of response. | 112.00 |
| 01/24/07 | SPR | 1.90 | Inter office conference among attorneys. Work on preparation of response. | 304.00 |
| 01/25/07 | SPR | 0.50 | Inter office conference among attorneys. Work on preparation of response. NOTE: Costs approved by Jimmy Funke. | 80.00 |
| 01/25/07 | KTG | 0.80 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 244.00 |

PROFESSIONAL SERVICES                                    2,310.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 12, 2007
Page:   4
Invoice:        86849

| | | | | |
|---|---|---|---|---|
| KTG | 0.80 | 305.00 | 244.00 | |
| KTG | 1.00 | 290.00 | 290.00 | |
| SPR | 11.10 | 160.00 | 1,776.00 | |

### COSTS ADVANCED

| | | | |
|---|---|---|---|
| 12/31/06 | Copies | | 4.70 |
| 01/31/07 | Postage | | 1.11 |

TOTAL COSTS ADVANCED                                5.81

MATTER TOTAL                                    2,315.81

(FEES BILLED        8,162.00  )
(EXPENSES BILLED      240.17  )

MATTER NUMBER - P515

DP-312067
S.N. 10/970,596

| | | | | |
|---|---|---|---|---|
| 12/18/06 | KTG | 0.60 | Study Office Action and cited art. Inter office conference among attorneys. | 174.00 |
| 01/02/07 | HWR | 1.60 | Work on preparation of response.  Telephone conference with client on January 2. | 624.00 |
| 01/03/07 | HWR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 78.00 |
| 01/10/07 | HWR | 0.20 | Telephone conference with Funke on January 10. | 78.00 |

PROFESSIONAL SERVICES                            954.00

| | | | |
|---|---|---|---|
| HWR | 2.00 | 390.00 | 780.00 |
| KTG | 0.60 | 290.00 | 174.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

February 12, 2007
Page:  5
Invoice:      86849

COSTS ADVANCED

| | | |
|---|---|---:|
| 01/31/07 | Copies | 3.40 |

TOTAL COSTS ADVANCED                                          3.40

MATTER TOTAL                                               957.40

(FEES BILLED        6,432.00  )
(EXPENSES BILLED       84.30  )

MATTER NUMBER - P537

DP-312787
S.N. 11/040,726

| | | | | |
|---|---|---|---|---:|
| 01/10/07 | SPR | 3.60 | Inter office conference among attorneys. Work on preparation of response. | 576.00 |
| 01/10/07 | KTG | 0.70 | Review Office Action, cited art, application and correspondence. Inter office conference among attorneys. | 213.50 |
| 01/12/07 | SPR | 1.40 | Work on preparation of response. | 224.00 |
| 01/15/07 | SPR | 1.10 | Work on preparation of response. | 176.00 |
| 01/16/07 | SPR | 0.50 | Work on preparation of response. Inter office conference among attorneys. | 80.00 |
| 01/17/07 | KTG | 0.80 | Work on preparation of response. Inter office conference among attorneys. | 244.00 |
| 01/18/07 | KTG | 0.50 | Inter office conference among attorneys re response. | 152.50 |
| 01/18/07 | SPR | 0.00 | Work on preparation of response. Inter office conference among attorneys. | 0.00 |
| 01/19/07 | SPR | 0.00 | Work on preparation of response. | 0.00 |
| 01/22/07 | SPR | 0.00 | Inter office conference among attorneys. | 0.00 |

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 12, 2007
Page:   6
Invoice:      86849

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 01/23/07 | SPR | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 80.00 |
| 01/23/07 | KTG | 0.80 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 244.00 |

PROFESSIONAL SERVICES                                      1,990.00

| | | | | |
|---|---|---|---|---|
| KTG | 2.80 | 305.00 | 854.00 | |
| SPR | 7.10 | 160.00 | 1,136.00 | |

### COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/07 | Copies | 3.90 |
| 01/31/07 | Postage | 1.11 |
| 01/23/07 | Additional claims fee | 100.00 |

TOTAL COSTS ADVANCED                                        105.01

MATTER TOTAL                                              2,095.01

(FEES BILLED      5,702.00  )
(EXPENSES BILLED    203.74  )

MATTER NUMBER – P583

DP-313711
S.N. 11/191,822

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 01/31/07 | KTG | 1.20 | Preparation and filing of preliminary amendment and supplemental Information Disclosure Statement. Correspondence with client re same. | 366.00 |

PROFESSIONAL SERVICES                                       366.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 12, 2007
Page:  7
Invoice:      86849

KTG                 1.20    305.00      366.00

COSTS ADVANCED

01/31/07   Postage                              1.11

TOTAL COSTS ADVANCED                            1.11

MATTER TOTAL                                  367.11

(FEES BILLED      4,537.50 )
(EXPENSES BILLED    253.20 )

MATTER NUMBER – P657

DP-315340

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 08/12/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 11/20/06 | KTG | 0.50 | Review invention disclosure. Correspondence with inventor. | 145.00 |
| 01/01/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 01/02/07 | KTG | 2.50 | Work on preparation of application. | 762.50 |
| 01/04/07 | KTG | 2.50 | Work on preparation of application. | 762.50 |
| 01/09/07 | KTG | 2.50 | Work on preparation of application. Telephone conference with inventor on January 9. | 762.50 |
| 01/10/07 | KTG | 2.50 | Work on preparation of application. | 762.50 |
| 01/11/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 01/15/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 01/18/07 | KTG | 1.50 | Work on preparation of application. Inter office conference among attorneys. Work on preparation of application and submission of draft to client. | 457.50 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 12, 2007
Page:  8
Invoice:        86849

01/30/07 KTG  0.50   Work on preparation of application.                    152.50
                     Correspondence with inventor review and
                     comments.
                     NOTE: Costs due to complexity approved by Jimmy
                     Funke.


   PROFESSIONAL SERVICES                                               5,772.50

   KTG                  17.50    305.00    5,337.50
   KTG                   1.50    290.00      435.00
   JWJ                   0.00    145.00        0.00


       COSTS ADVANCED

   09/29/06   Copies                                         4.70
   01/17/07   Express mail                                   7.91
   01/18/07   Cost of drawings                              75.00

TOTAL COSTS ADVANCED                                                     87.61

MATTER TOTAL                                                         5,860.11


(FEES BILLED                )
(EXPENSES BILLED            )

                                              MATTER NUMBER - P662


   DP-315249

01/11/07 KTG  0.70   Correspondence with foreign associate requesting       213.50
                     foreign filing license. Telephone conference
                     with Funke on January 11 re obtaining foreign
                     filing license.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX               616-957-8196

DELPHI

February 12, 2007
Page:  9
Invoice:      86849

01/17/07 KTG  0.80  Obtain foreign filing license from Singapore          244.00
                    foreign associate. Prepare and send finalized
                    application with filing papers to client for
                    filing.

   PROFESSIONAL SERVICES                                                   457.50

   KTG                         1.50    305.00       457.50

      COSTS ADVANCED
01/31/07    Copies                                    5.70
01/18/07    Cost of drawings                        240.00
01/23/07    Foreign associate fee                   276.17

TOTAL COSTS ADVANCED                                                       521.87

MATTER TOTAL                                                               979.37

(FEES BILLED        5,945.00  )
(EXPENSES BILLED       13.70  )

                                                 MATTER NUMBER - P669

   DP-311321

11/20/06 KTG  0.70  Study Office Action and art. Inter office             203.00
                    conference among attorneys.
01/30/07 GJE  4.00  Work on preparation of amendment.                    1,240.00

   PROFESSIONAL SERVICES                                                  1,443.00

   GJE                         4.00    310.00     1,240.00
   KTG                         0.70    290.00       203.00

        **Payment due upon receipt. We reserve the right to charge a service
        charge in the amount of 1 1/2% per month on accounts over 30 days past due.**

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 12, 2007
Page:  10
Invoice:      86849

MATTER TOTAL                                        1,443.00

(FEES BILLED        1,766.50 )
(EXPENSES BILLED      457.70 )

MATTER NUMBER - P678

DP-315513

| Date | | | Description | Amount |
|------|------|------|-------------|--------|
| 10/03/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 11/28/06 | KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys re preparation of application. | 290.00 |
| 12/01/06 | GJE | 8.00 | Work on preparation of application. | 2,360.00 |
| 12/07/06 | GJE | 3.70 | Work on preparation of application. | 1,091.50 |
| 12/18/06 | GJE | 3.50 | Work on preparation of application. | 1,032.50 |
| 01/08/07 | KTG | 1.50 | Evaluate record of inventor. Telephone conference with inventor on January 8. | 457.50 |

PROFESSIONAL SERVICES                              5,521.50

| | | | |
|------|-------|--------|----------|
| KTG | 1.50 | 305.00 | 457.50 |
| GJE | 15.20 | 295.00 | 4,484.00 |
| KTG | 2.00 | 290.00 | 580.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/06 | Copies | 2.60 |
| 12/20/06 | Express mail | 13.70 |
| 01/31/07 | Cost of drawings | 80.00 |

TOTAL COSTS ADVANCED                                  96.30

**Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.**

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 12, 2007
Page:  11
Invoice:      86849

MATTER TOTAL                                          5,617.80

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – P679

DP-315675

| | | | | |
|---|---|---|---|---|
| 10/05/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 01/11/07 | KTG | 2.50 | Work on preparation of application. | 762.50 |
| 01/15/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 01/19/07 | KTG | 3.00 | Work on preparation of application. | 915.00 |
| 01/22/07 | KTG | 3.50 | Work on preparation of application. | 1,067.50 |
| 01/23/07 | KTG | 1.00 | Work on preparation of application. | 305.00 |
| 01/24/07 | KTG | 1.50 | Work on preparation of application and submission of draft to client. | 457.50 |
| 01/30/07 | KTG | 1.80 | Telephone conference with inventor on January 30 re comments to draft. Work on preparation of foreign claims and abstract. Work on preparation of Information Disclosure Statement. Prepare and send finalized application with filing papers to client for filing. | 549.00 |

PROFESSIONAL SERVICES                                 4,956.50

| | | | |
|---|---|---|---|
| KTG | 15.30 | 305.00 | 4,666.50 |
| KTG | 1.00 | 290.00 | 290.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/06 | Copies | 13.20 |
| 01/17/07 | Express mail | 13.58 |
| 01/18/07 | Cost of drawings | 330.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 12, 2007
Page:  12
Invoice:      86849

TOTAL COSTS ADVANCED                                          356.78

MATTER TOTAL                                               5,313.28

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P680

DP-315676

| | | | | |
|---|---|---|---|---|
| 10/05/06 KTG | 1.00 | Review invention disclosure. | | 290.00 |
| 11/28/06 KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys re preparation of application. | | 290.00 |
| 11/29/06 GJE | 5.80 | Work on preparation of application. | | 1,711.00 |
| 11/30/06 GJE | 7.80 | Work on preparation of application. | | 2,301.00 |
| 12/20/06 GJE | 1.60 | Work on preparation of application. | | 472.00 |

PROFESSIONAL SERVICES                                       5,064.00

| | | | |
|---|---|---|---|
| GJE | 15.20 | 295.00 | 4,484.00 |
| KTG | 2.00 | 290.00 | 580.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/06 | Copies | 4.70 |
| 01/17/07 | Express mail | 12.70 |
| 01/31/07 | Cost of drawings | 65.00 |

TOTAL COSTS ADVANCED                                           82.40

MATTER TOTAL                                               5,146.40

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

February 12, 2007
Page:  13
Invoice:        86849

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P682

DP-315710

| | | | | |
|---|---|---|---|---|
| 10/05/06 KTG | 1.00 | Review invention disclosure. | | 290.00 |
| 11/28/06 KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys re preparation of application. | | 290.00 |
| 12/06/06 GJE | 6.60 | Work on preparation of application. | | 1,947.00 |
| 12/08/06 GJE | 8.00 | Work on preparation of application. | | 2,360.00 |
| 12/21/06 GJE | 0.60 | Work on preparation of application. | | 177.00 |

PROFESSIONAL SERVICES                                    5,064.00

| | | | |
|---|---|---|---|
| GJE | 15.20 | 295.00 | 4,484.00 |
| KTG | 2.00 | 290.00 | 580.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/06 | Copies | 1.10 |
| 01/31/07 | Cost of drawings | 85.00 |

TOTAL COSTS ADVANCED                                       86.10

MATTER TOTAL                                            5,150.10

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P685

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

February 12, 2007
Page:  14
Invoice:      86849

DP-315830

| | | | | |
|---|---|---|---|---:|
| 10/16/06 KTG | 1.00 | Review invention disclosure. | | 290.00 |
| 11/02/06 GJE | 8.00 | Work on preparation of application. | | 2,360.00 |
| 11/28/06 KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys re preparation of application. | | 290.00 |
| 12/04/06 GJE | 8.00 | Work on preparation of application. | | 2,360.00 |

PROFESSIONAL SERVICES                                      5,300.00

| | | | |
|---|---:|---:|---:|
| GJE | 16.00 | 295.00 | 4,720.00 |
| KTG | 2.00 | 290.00 | 580.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 10/31/06 | Copies | 0.80 |
| 01/31/07 | Cost of drawings | 85.00 |

TOTAL COSTS ADVANCED                                          85.80

MATTER TOTAL                                              5,385.80

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P687

DP-315867

| | | | |
|---|---|---|---:|
| 10/18/06 GJE | 6.30 | Work on preparation of application. | 1,858.50 |
| 10/20/06 GJE | 3.50 | Work on preparation of application. | 1,032.50 |
| 10/23/06 GJE | 5.40 | Work on preparation of application. | 1,593.00 |

**Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 12, 2007
Page:   15
Invoice:        86849

| | | | | | |
|---|---|---|---|---|---|
| 10/25/06 KTG | 1.00 | Review invention disclosure. | | | 290.00 |
| 11/07/06 KTG | 0.30 | Review patent application. Inter office conference among attorneys. | | | 87.00 |

PROFESSIONAL SERVICES                                          4,861.00

| | | | |
|---|---|---|---|
| GJE | 15.20 | 295.00 | 4,484.00 |
| KTG | 1.30 | 290.00 | 377.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/06 | Copies | 2.90 |
| 10/31/06 | Express mail | 26.73 |
| 10/31/06 | Postage | 2.07 |
| 10/06/06 | Cost of drawings | 210.00 |

TOTAL COSTS ADVANCED                                          241.70

MATTER TOTAL                                                5,102.70

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P695

DP-310554
SN 10/975.264

| | | | |
|---|---|---|---|
| 01/10/07 SPR | 0.20 | Inter office conference among attorneys. Work on preparation of response. | 32.00 |
| 01/10/07 KTG | 0.70 | Review Office Action, cited art, application and correspondence. Inter office conference among attorneys. | 213.50 |
| 01/11/07 SPR | 3.50 | Work on preparation of response. | 560.00 |
| 01/12/07 SPR | 1.70 | Work on preparation of response. | 272.00 |
| 01/18/07 SPR | 1.80 | Work on preparation of response. | 288.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX               616-957-8196

DELPHI

February 12, 2007
Page:   16
Invoice:        86849

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|-------:|
| 01/19/07 | SPR | 0.90 | Work on preparation of response. | 144.00 |
| 01/22/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 01/23/07 | SPR | 1.20 | Work on preparation of response. Inter office conference among attorneys. | 192.00 |
| 01/23/07 | KTG | 0.80 | Work on preparation of response. Inter office conference among attorneys. | 244.00 |
| 01/24/07 | SPR | 0.50 | Work on preparation of response. Inter office conference among attorneys. | 80.00 |
| 01/25/07 | SPR | 0.30 | Inter office conference among attorneys re Information Disclosure Statement. Study corresponding European search report. | 48.00 |
| 01/28/07 | SPR | 0.10 | Work on preparation of response. | 16.00 |
| 01/29/07 | KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. NOTE: Costs associated with transferring case to PHCDL approved by Jimmy Funke. | 152.50 |

PROFESSIONAL SERVICES                                                    2,258.00

| | | | |
|------|------|--------|----------|
| KTG | 2.00 | 305.00 | 610.00 |
| SPR | 10.30 | 160.00 | 1,648.00 |

COSTS ADVANCED

01/31/07    Copies                                              2.60

TOTAL COSTS ADVANCED                                              2.60

MATTER TOTAL                                            2,260.60

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P696

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 12, 2007
Page:  17
Invoice:     86849

DP-311701
SN 10/986.240

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 01/10/07 | SPR | 1.10 | Inter office conference among attorneys. Work on preparation of response. | 176.00 |
| 01/10/07 | KTG | 0.70 | Review Office Action, cited art, application and correspondence. Inter office conference among attorneys. | 213.50 |
| 01/11/07 | SPR | 1.80 | Work on preparation of response. Work on preparation of email to inventor. | 288.00 |
| 01/12/07 | SPR | 0.40 | Work on preparation of email to inventor. | 64.00 |
| 01/15/07 | SPR | 4.50 | Work on preparation of response. | 720.00 |
| 01/16/07 | SPR | 0.80 | Work on preparation of response. Telephone conference with inventor on January 16. Inter office conference among attorneys. | 128.00 |
| 01/17/07 | SPR | 1.30 | Work on preparation of response. Inter office conference among attorneys. | 208.00 |
| 01/17/07 | KTG | 1.20 | Work on preparation of response. Inter office conference among attorneys. | 366.00 |
| 01/18/07 | KTG | 0.70 | Study Office Action and references. Work on preparation of response.  Correspondence with client. | 213.50 |
| 01/18/07 | SPR | 0.20 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. NOTE: Costs due to assuming handling of transferred case approved by Jimmy Funke. | 32.00 |

PROFESSIONAL SERVICES                                  2,409.00

| | | | |
|---|---|---|---|
| KTG | 2.60 | 305.00 | 793.00 |
| SPR | 10.10 | 160.00 | 1,616.00 |

COSTS ADVANCED

01/31/07    Copies                                  2.60

Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX           616-957-8196

DELPHI

February 12, 2007
Page:  18
Invoice:      86849

TOTAL COSTS ADVANCED                                              2.60

MATTER TOTAL                                                 2,411.60

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - PP670

DP-315589
S.N. 60/848,290

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 12/18/06 | KTG | 0.30 | Study correspondence and inventorship. Inter office conference among attorneys re correction of inventorship. | 87.00 |
| 01/09/07 | JSK | 1.40 | Work on preparation of petition to correct inventorship listed on filing receipt. | 343.00 |
| 01/10/07 | JSK | 0.40 | Work on preparation of petition to correct filing receipt and inventorship. | 98.00 |
| 01/11/07 | JSK | 0.20 | Preparation and filing of Petition. | 49.00 |

PROFESSIONAL SERVICES                                           577.00

| | | | |
|-----|------|--------|--------|
| KTG | 0.30 | 290.00 | 87.00 |
| JSK | 2.00 | 245.00 | 490.00 |

COSTS ADVANCED

| | | |
|----------|--------|------|
| 01/31/07 | Copies | 1.40 |

TOTAL COSTS ADVANCED                                             1.40

MATTER TOTAL                                                   578.40

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 12, 2007
Page:  19
Invoice:        86849

(FEES BILLED        8,221.00  )
(EXPENSES BILLED      723.20  )

CLIENT TOTAL                                        51,792.32
INVOICE TOTAL                                       51,792.32

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2007
Page:  2
Invoice:        86558

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH December 31, 2006 IN CONNECTION
   WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A315

12/26/06 KTG   1.50   Evaluate Delphi Smart Radio in view of patents.     435.00

PROFESSIONAL SERVICES                                                     435.00
KTG                  1.50     290.00       435.00

MATTER TOTAL                                                              435.00

(FEES BILLED       3,712.00  )
(EXPENSES BILLED       0.00  )

MATTER NUMBER - A316

     COSTS ADVANCED
12/20/06    Express mail                                        253.91
12/05/06    Cost of court conference call                        41.20
TOTAL COSTS ADVANCED                                                      295.11

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2007
Page:  3
Invoice:        86558

MATTER TOTAL                                                295.11

(FEES BILLED        2,465.00 )
(EXPENSES BILLED      581.64 )

MATTER NUMBER – P440

12/20/06 KTG  2.50  Evaluate claims and prior art. Prepare for and      725.00
                   conduct telephone interview with Examiner to
                   gain allowance of the application. Telephone
                   conference with inventor on December 20. Work on
                   preparation of letter to Funke re Examiner's
                   amendment and allowance.

  PROFESSIONAL SERVICES                                     725.00

  KTG                   2.50    290.00      725.00

MATTER TOTAL                                                725.00

(FEES BILLED       11,331.50 )
(EXPENSES BILLED      673.55 )

MATTER NUMBER – P515

    S.N. 10/970,596

11/01/06 KTG  1.00  Study Office Action and cited art.                  290.00
12/04/06 KTG  0.30  Study Office Action and art. Inter office            87.00
                   conference among attorneys re response.

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

January 9, 2007
Page:  4
Invoice:·     86558

| | | | | |
|---|---|---|---|---|
| 12/11/06 HWR | 0.30 | Study file. | | 111.00 |
| 12/13/06 HWR | 0.30 | Telephone conference with inventor on December 13. | | 111.00 |
| 12/21/06 HWR | 0.90 | Work on preparation of response. | | 333.00 |
| 12/23/06 HWR | 2.00 | Work on preparation of response. | | 740.00 |

PROFESSIONAL SERVICES                                    1,672.00

| | | | |
|---|---|---|---|
| HWR | 3.50 | 370.00 | 1,295.00 |
| KTG | 1.30 | 290.00 | 377.00 |

COSTS ADVANCED

11/30/06   Copies                                     1.10

TOTAL COSTS ADVANCED                                    1.10

MATTER TOTAL                                         1,673.10

(FEES BILLED      4,760.00 )
(EXPENSES BILLED     83.20 )

MATTER NUMBER - P634

DP-314569

| | | | |
|---|---|---|---|
| 12/01/06 KTG | 2.00 | Evaluate proposed edits to application made by new inventors at DuPont. Telephone conference with inventor on December 1. | 580.00 |
| 12/04/06 KTG | 0.70 | Telephone conference with Funke on December 4 re DuPont inventors and edit by DuPont to patent application. Correspondence with Funke. Evaluate joint development agreement. | 203.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX             616-957-8196

DELPHI

January 9, 2007
Page:   5
Invoice:        86558

| | | | | |
|---|---|---|---|---|
| 12/13/06 KTG | 1.50 | Telephone conference with Funke on December 13. Correspondence with inventors re edits to application and joint development agreement. Finalize application. | | 435.00 |

PROFESSIONAL SERVICES                                      1,218.00

KTG                          4.20    290.00    1,218.00

MATTER TOTAL                                               1,218.00

(FEES BILLED        5,655.00 )
(EXPENSES BILLED      285.50 )

MATTER NUMBER - P650

DP-314908

| | | | |
|---|---|---|---|
| 05/08/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 05/30/06 KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 10/24/06 KTG | 1.30 | Review patent application. | 377.00 |
| 11/06/06 KTG | 2.00 | Review draft application. Work on preparation of application. Inter office conference among attorneys. | 580.00 |
| 11/28/06 KTG | 1.50 | Review patent application. Conduct follow-up with inventor re edits. | 435.00 |
| 11/30/06 KTG | 1.20 | Work on preparation of application. Telephone conference with inventors on November 30. | 348.00 |
| 12/04/06 KTG | 1.50 | Work on preparation of application. Telephone conference with inventors on December 4. | 435.00 |
| 12/08/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 12/13/06 KTG | 2.70 | Work on preparation of application. | 783.00 |
| 12/14/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 12/19/06 KTG | 1.50 | Work on preparation of application. | 435.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX             616-957-8196

DELPHI

January 9, 2007
Page:   6
Invoice:        86558

| | | | | |
|---|---|---|---|---|
| 12/20/06 KTG | 1.00 | Work on preparation of application. | | 290.00 |
| 12/21/06 KTG | 3.50 | Work on preparation of application and submission of draft to client. | | 1,015.00 |
| 12/22/06 KTG | 1.80 | Work on preparation of application. Telephone conference with inventor on December 22 re edits. | | 522.00 |
| 12/26/06 KTG | 2.00 | Work on preparation of foreign claims and abstract. Finalize patent application. | | 580.00 |
| 12/27/06 KTG | 0.50 | Prepare and send finalized application with filing papers to client for filing. NOTE: Costs approved by Jimmy Funke due to complexity. | | 145.00 |

PROFESSIONAL SERVICES                                     7,250.00

| | | | |
|---|---|---|---|
| KTG | 25.00 | 290.00 | 7,250.00 |
| JWJ | 0.00 | 145.00 | 0.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/06 | Copies | 9.70 |
| 12/20/06 | Express mail | 26.03 |
| 10/30/06 | Cost of drawings | 95.00 |

TOTAL COSTS ADVANCED                                       130.73

MATTER TOTAL                                              7,380.73

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P662

DP-315249

08/20/06 KTG  1.00  Review invention disclosure.              290.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX                  616-957-8196

DELPHI

January 9, 2007
Page:   7
Invoice:       86558

| Date | | Hours | Description | Amount |
|------|--|-------|-------------|--------|
| 10/03/06 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 11/20/06 | KTG | 0.50 | Review invention disclosure. Correspondence with inventor. | 145.00 |
| 12/02/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 12/04/06 | KTG | 1.00 | Work on preparation of application. Telephone conference with inventor on December 4. | 290.00 |
| 12/05/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 12/07/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 12/11/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 12/12/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 12/14/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 12/15/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 12/17/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 12/18/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 12/19/06 | KTG | 1.00 | Work on preparation of application and submission of draft to client. | 290.00 |
| 12/30/06 | KTG | 1.00 | Work on preparation of application. Work on preparation of foreign claims and abstract. NOTE: Costs approved by Jimmy Funke. | 290.00 |

PROFESSIONAL SERVICES                                    5,945.00

| | | | |
|---|---|---|---|
| KTG | 20.50 | 290.00 | 5,945.00 |
| JWJ | 0.00 | 145.00 | 0.00 |

COSTS ADVANCED

12/20/06    Express mail                                    13.70

TOTAL COSTS ADVANCED                                    13.70

MATTER TOTAL                                            5,958.70

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2007
Page:  8
Invoice:        86558

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P672

DP-315594

| | | | |
|---|---|---|---|
| 09/05/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 11/28/06 KTG | 0.50 | Work on preparation of application. Telephone conference with inventor on November 28. | 145.00 |
| 12/01/06 KTG | 2.50 | Work on preparation of application. | 725.00 |
| 12/02/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 12/04/06 KTG | 1.00 | Work on preparation of application. | 290.00 |
| 12/05/06 KTG | 3.00 | Work on preparation of application. | 870.00 |
| 12/08/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 12/11/06 KTG | 4.50 | Work on preparation of application and submission of draft to client. | 1,305.00 |
| 12/18/06 KTG | 1.00 | Work on preparation of application. Telephone conference with inventor on December 118. Work on preparation of drawings and specification. | 290.00 |
| 12/19/06 KTG | 1.20 | Work on preparation of drawings. and specification. Work on preparation of application and submission of revised draft to client. | 348.00 |
| 12/20/06 KTG | 0.50 | Prepare and send finalized application with filing papers to client for filing. NOTE: Costs approved by Jimmy Funke. | 145.00 |

PROFESSIONAL SERVICES                                5,423.00

KTG                    18.70    290.00    5,423.00

COSTS ADVANCED

| | | |
|---|---|---|
| 09/29/06 | Copies | 14.30 |
| 12/20/06 | Express mail | 13.58 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

January 9, 2007
Page:  9
Invoice:      86558

12/21/06   Cost of drawings                        155.00

TOTAL COSTS ADVANCED                                   182.88

MATTER TOTAL                                         5,605.88

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P689

DP-310378

| Date | Init. | Hrs | Description | Amount |
|---|---|---|---|---|
| 11/13/06 | KTG | 0.80 | Study correspondence from Hales, Office Action, application and prior art. Work on preparation of response. | 232.00 |
| 11/19/06 | MPD | 2.60 | Work on preparation of response. | 585.00 |
| 11/20/06 | MPD | 0.50 | Work on preparation of response. | 112.50 |
| 11/28/06 | MPD | 0.10 | Work on preparation of response. | 22.50 |
| 11/29/06 | KTG | 1.00 | Work on preparation of response. | 290.00 |
| 12/07/06 | MPD | 0.50 | Work on preparation of response. | 112.50 |
| 12/16/06 | MPD | 0.20 | Work on preparation of response. | 45.00 |
| 12/18/06 | MPD | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 22.50 |
| 12/18/06 | KTG | 0.40 | Review response to Office Action. | 116.00 |

PROFESSIONAL SERVICES                               1,538.00

| | | | |
|---|---|---|---|
| KTG | 2.20 | 290.00 | 638.00 |
| MPD | 4.00 | 225.00 | 900.00 |

COSTS ADVANCED

12/31/06   Copies                                        2.20

**INVOICE COPY**

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2007
Page:  10
Invoice:      86558

| | | |
|---|---|---:|
| 12/31/06 | Postage | 1.11 |
| 12/18/06 | Additional claims fee | 400.00 |

TOTAL COSTS ADVANCED                                      403.31

MATTER TOTAL                                           1,941.31

(FEES BILLED          )
(EXPENSES BILLED      )

MATTER NUMBER - P694

DP-310376

| | | | | |
|---|---|---|---|---:|
| 12/04/06 | KTG | 0.80 | Study Office Action and art. Inter office conference among attorneys re response. | 232.00 |
| 12/05/06 | HWR | 1.30 | Work on preparation of response. | 481.00 |
| 12/12/06 | HWR | 0.70 | Work on preparation of response. | 259.00 |
| 12/13/06 | HWR | 1.40 | Work on preparation of response. | 518.00 |
| 12/14/06 | HWR | 1.20 | Work on preparation of response. | 444.00 |
| 12/15/06 | HWR | 0.50 | Work on preparation of response. | 185.00 |
| 12/19/06 | HWR | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 185.00 |

PROFESSIONAL SERVICES                                    2,304.00

| | | | |
|---|---:|---:|---:|
| HWR | 5.60 | 370.00 | 2,072.00 |
| KTG | 0.80 | 290.00 | 232.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 11/30/06 | Copies | 8.40 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2007
Page: 11
Invoice:       86558

TOTAL COSTS ADVANCED                                   8.40

MATTER TOTAL                                       2,312.40

(FEES BILLED           )
(EXPENSES BILLED       )

CLIENT TOTAL                                     27,545.23
INVOICE TOTAL                                    27,545.23

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**Exhibit E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING FOURTH INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR SERVICES RENDERED FROM
OCTOBER 1, 2006, THROUGH JANUARY 31, 2007**

Upon consideration of the fourth interim application of Price, Heneveld, Cooper, DeWitt & Litton, LLP, for approval of compensation and reimbursement of expenses (the "Fourth Interim Price, Heneveld Application") for professional services and expenses incurred during the period commencing October 1, 2006, through January 31, 2007; and a hearing having been held before this Court to consider the Fourth Interim Price, Heneveld Application on June 26, 2007; and notice having been given pursuant to FED.R.BANKR.P. 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Fourth Interim Price, Heneveld Application is granted to the extent set forth in Exhibit B.

Dated:  New York, New York
        June 26, 2007

_____
United States Bankruptcy Judge
Southern District of New York