LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　)
　　　　　　　　　　　 ) ss.:
COUNTY OF NEW YORK ）

　　　　Leslie Salcedo, being duly sworn, deposes and says:

　　　　1.　　I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

　　　　2.　　On March 27, 2007, I caused true and correct copies of the Sixth Supplemental Affidavit of Robert J. Rosenberg Regarding the Retention of Latham & Watkins

LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties

identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
28th day of March, 2007

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1261272.1

**Exhibit A**

**VIA OVERNIGHT MAIL**

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

Stephen H Gross
Hodgson Russ LLP
152 West 57th St
35th Fl
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Maritza Ramos
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

David D. Cleary
Mohsin N. Khambati
Jason J. DeJonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Thomas F Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
400 Madison Avenue, 40th Floor
New York, NY 10017

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

NY\1261272.1

| | |
|---|---|
| Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>     Bonnie Steingart<br>     Vivek Melwani<br>     Jennifer L. Rodburg<br>     Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |

NY\1261272.1

**Via First Class Mail**

| | |
|---|---|
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202<br>Attn: Beth Klimczak<br>         General Counsel |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL  33130 | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite  2300<br>Chicago, IL  60606 |

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
aee@hurwitzfine.com
aenglund@orrick.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amcmullen@bccb.com
amiller@intermet.com
amina.maddox@dol.lps.state.nj.us
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
arosenberg@paulweiss.com
jbrass@paulweiss.com
asherman@sillscummis.com
aswiech@akebono-usa.com
athau@cm-p.com
austin.bankruptcy@publicans.com
ayala.hassell@eds.com
bankruptcy@goodwin.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bharwood@sheehan.com
bkessinger@akebono-usa.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com

cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
timothy.mehok@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
agelman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
dbaty@honigman.com
DBR@tbfesq.com
dconnolly@alston.com
dwender@alston.com

dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddeutsch@chadbourne.com
ddragich@foley.com
ddraper@terra-law.com
derrien@coollaw.com
dfreedman@ermanteicher.com
dgheiman@jonesday.com
diconzam@gtlaw.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
driggio@candklaw.com
drosenzweig@fulbright.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egeekie@schiffhardin.com
eglas@mccarter.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com
elazarou@reedsmith.com
elizabeth.flaagan@hro.com
Elliott@cmplaw.com
emarcks@ssd.com
emccolm@paulweiss.com
emeyers@mrrlaw.net
ephillips@thurman-phillips.com
ewaters@sheppardmullin.com

NY\1261272.1

| | | |
|---|---|---|
| fatell@blankrome.com | jhinshaw@boselaw.com | lgretchko@howardandhoward.com |
| ferrell@taftlaw.com | jhlemkin@duanemorris.com | lisa.moore2@nationalcity.com |
| ffm@bostonbusinesslaw.com | jkp@qad.com | lloyd.sarakin@am.sony.com |
| fholden@orrick.com | jkreher@hodgsonruss.com | lmagarik@kjmlabor.com |
| fstevens@foxrothschild.com | jlanden@madisoncap.com | lnewman@fagelhaber.com |
| ftrikkers@rikkerslaw.com | jlapinsky@republicengineered.com | lpeterson@msek.com |
| fusco@millercanfield.com | jlevi@toddlevi.com | lpinto@wcsr.com |
| fyates@sonnenschein.com | jmanheimer@pierceatwood.com | lsarko@kellerrohrback.com |
| gdiconza@dlawpc.com | jmbaumann@steeltechnologies.com | claufenberg@kellerrohrback.com |
| george.cauthen@nelsonmullins.com | jminias@stroock.com | eriley@kellerrohrback.com |
| gerdekomarek@bellsouth.net | jml@ml-legal.com | lschwab@bbslaw.com |
| gettelman@e-hlaw.com | lmc@ml-legal.com | lwalzer@angelogordon.com |
| ggotto@kellerrohrback.com | jmsullivan@mwe.com | madison.cashman@stites.com |
| ggreen@fagelhaber.com | jmurch@foley.com | maofiling@cgsh.com |
| gjarvis@ggelaw.com | joel_gross@aporter.com | maofiling@cgsh.com |
| gkurtz@ny.whitecase.com | john.brannon@tklaw.com | marc.hirschfield@ropesgray.com |
| guzzi@whitecase.com | john.gregg@btlaw.com | margot.erlich@pillsburylaw.com |
| dbaumstein@ny.whitecase.com | john.persiani@dinslaw.com | mark.houle@pillsburylaw.com |
| gogimalik@andrewskurth.com | john.sieger@kattenlaw.com | mark.owens@btlaw.com |
| gpeters@weltman.com | jonathan.greenberg@engelhard.com | marvin.clements@state.tn.us |
| greenj@millercanfield.com | jposta@sternslaw.com | massimiliano_cini@brembo.it |
| greg.bibbes@infineon.com | jspecf@sternslaw.com | mbane@kelleydrye.com |
| gregory.kaden@ropesgray.com | jrhunter@hunterschank.com | mblacker@andrewskurth.com |
| grichards@kirkland.com | jrobertson@mcdonaldhopkins.com | mbusenkell@eckertseamans.com |
| growsb@wnj.com | JRS@Parmenterlaw.com | mcheney@orrick.com |
| gsantella@masudafunai.com | jsalmas@mccarthy.ca | mcruse@wnj.com |
| gschwed@loeb.com | lsalzman@mccarthy.ca | mdallago@morrisoncohen.com |
| gtoering@wnj.com | jshickich@riddellwilliams.com | mdebbeler@graydon.com |
| hannah@blbglaw.com | jsimon@foley.com | metkin@lowenstein.com |
| hborin@schaferandweiner.com | jsmairo@pbnlaw.com | mfarquhar@winstead.com |
| heather@inplaytechnologies.com | jtaylor@binghammchale.com | mgreger@allenmatkins.com |
| herb.reiner@guarantygroup.com | malerding@binghammchale.com | mhall@burr.com |
| heyens@gtlaw.com | wmosby@binghammchale.com | mhamilton@amph.com |
| Hirsh.Robert@arentfox.com | judith.elkin@haynesboone.com | miag@michigan.gov |
| hkolko@msek.com | jvitale@cwsny.com | miag@michigan.gov |
| hleinwand@aol.com | bceccotti@cwsny.com | michael.cook@srz.com |
| holly@regencap.com | jwilson@tylercooper.com | michael.mccrory@btlaw.com |
| housnerp@michigan.gov | jwisler@cblh.com | michaelz@orbotech.com |
| houston_bankruptcy@publicans.com | jzackin@sillscummis.com | miller@taftlaw.com |
| hwangr@michigan.gov | karen.dine@pillsburylaw.com | mkilgore@UP.com |
| hzamboni@underbergkessler.com | kcookson@keglerbrown.com | mkohayer@aol.com |
| ian@gazesllc.com | kcunningham@pierceatwood.com | mlee@contrariancapital.com |
| ilevee@lowenstein.com | ken.higman@hp.com | jstanton@contrariancapital.com |
| ira.herman@tklaw.com | khansen@stroock.com | wraine@contrariancapital.com |
| jaffeh@pepperlaw.com | khopkins@milesstockbridge.com | solax@contrariancapital.com |
| james.bentley@srz.com | kim.robinson@bfkpn.com | mmassad@hunton.com |
| jangelovich@nixlawfirm.com | klaw@bbslaw.com | mmeyers@gsmdlaw.com |
| japplebaum@clarkhill.com | kmayhew@pepehazard.com | mmharner@jonesday.com |
| jay.hurst@oag.state.tx.us | kmiller@skfdelaware.com | mmoody@okmlaw.com |
| jay.selanders@kutakrock.com | Knathan@nathanneuman.com | mnewman@schaferandweiner.com |
| jbernstein@mdmc-law.com | knorthup@kutchinrufo.com | mparker@fulbright.com |
| jcrotty@rieckcrotty.com | knye@quarles.com | mrichards@blankrome.com |
| Jeff.Ott@molex.com | krk4@daimlerchrysler.com | mrichman@foley.com |
| jeffery.gillispie@infineon.com | krosen@lowenstein.com | mrr@previant.com |
| jeisenhofer@gelaw.com | kwalsh@lordbissell.com | mscott@riemerlaw.com |
| jengland@linear.com | lawallf@pepperlaw.com | mseidl@pszyjw.com |
| jforstot@tpw.com | lawtoll@comcast.net | mshaiken@stinsonmoheck.com |
| jgtougas@mayerbrownrowe.com | lberkoff@moritthock.com | msmcelwee@varnumlaw.com |
| jguy@orrick.com | lcurcio@tpw.com | msomerstein@kelleydrye.com |
| jh@previant.com | lekvall@wgllp.com | msternstein@sheppardmullin.com |
| mgr@previant.com | lenard.parkins@haynesboone.com | mtf@afrct.com |
| jharris@quarles.com | kenric.kattner@haynesboone.com | murph@berrymoorman.com |

NY\1261272.1

mviscount@foxrothschild.com
mwarner@warnerstevens.com
mwinthrop@winthropcouchot.com
myarnoff@sbclasslaw.com
mzelmanovitz@morganlewis.com
nhp4@cornell.edu
niizeki.tetsuhiro@furukawa.co.jp
office@gazesllc.com
oiglesias@wlross.com
pabutler@ssd.com
patrick.bartels@quadranglegroup.com
pbaisier@seyfarth.com
pbarr@jaffelaw.com
pbilowz@goulstonstorrs.com
pbosswick@ssbb.com
pcostello@bbslaw.com
pgurfein@akingump.com
pjanovsky@zeklaw.com
pjricotta@mintz.com
pmears@btlaw.com
Pretekin@coollaw.com
prubin@herrick.com
raterinkd@michigan.gov
rbeacher@daypitney.com
cchiu@daypitney.com
rcharles@lrlaw.com
rcovino@lordbissell.com
rdaversa@mayerbrown.com
rdremluk@seyfarth.com
resterkin@morganlewis.com
RGMason@wlrk.com
rgoldi@sotablaw.com
rgordon@clarkhill.com
rgriffin@iuoe.org
rheilman@schaferandweiner.com
rhett.campbell@tklaw.com
richard.epling@pillsburylaw.com
richard.kremen@dlapiper.com
rjclark@hancocklaw.com
rjones@bccb.com
rjsidman@vssp.com
rkidd@srcm-law.com
rmcdowell@bodmanllp.com
rmeth@daypitney.com
rnorton@reedsmith.com
rnsteinwurtzel@swidlaw.com
robert.goodrich@stites.com
robert.morris@timken.com
robert.welhoelter@wallerlaw.com
robin.spear@pillsburylaw.com
rparks@mijb.com
rpeterson@jenner.com
rrichards@sonnenschein.com
rrosenbaum@mrrlaw.net
rsmolev@kayescholer.com
rsz@curtinheefner.com
rthibeaux@shergarner.com
rthibeaux@shergarner.com
rtrack@msn.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com

rusadi@cahill.com
rweisberg@carsonfischer.com
rwyron@orrick.com
sabelman@cagewilliams.com
sagolden@hhlaw.com
sandy@nlsg.com
sarah.morrison@doj.ca.gov
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
scargill@lowenstein.com
schnabel@klettrooney.com
dbrown@klettrooney.com
schristianson@buchalter.com
sdabney@kslaw.com
bdimos@kslaw.com
sdeeby@clarkhill.com
sdonato@bsk.com
sean@blbglaw.com
sfreeman@lrlaw.com
sgoldber@quarles.com
sgross@hodgsonruss.com
shandler@sbclasslaw.com
shapiro@steinbergshapiro.com
sharon.petrosino@hp.com
sholmes@hunton.com
sjennik@kjmlabor.com
sjfriedman@jonesday.com
sjohnston@cov.com
skhoos@mintz.com
skrause@zeklaw.com
smcook@lambertleser.com
snirmul@gelaw.com
sokeefe@winthropcouchot.com
sopincar@mcdonaldhopkins.com
sosimmerman@kwgd.com
sriley@mcdonaldhopkins.com
srosen@cb-shea.com
sselbst@mwe.com
sshimshak@paulweiss.com
steven.keyes@aam.com
susanwhatley@nixlawfirm.com
swalsh@chglaw.com
tajamie@ajamie.com
tbrink@lordbissell.com
tch@previant.com
tcohen@sheppardmullin.com
tdonovan@finkgold.com
tgaa@bbslaw.com
tkennedy@kjmlabor.com
tlauria@whitecase.com
featon@miami.whitecase.com
tmaxson@cohenlaw.com
tmcfadden@lordbissell.com
tom@beemanlawoffice.com
tomschank@hunterschank.com
trenda@milesstockbridge.com
tsable@honigman.com
tscobb@vssp.com
tslome@rsmllp.com
twardle@sheppardmullin.com
vdagostino@lowenstein.com
vmastromar@aol.com

wachstein@coollaw.com
wallace@blbglaw.com
wbeard@stites.com
wendy.brewer@btlaw.com
whanlon@seyfarth.com
whawkins@loeb.com
william.barrett@bfkpn.com
wkohn@schiffhardin.com
wmsimkulak@duanemorris.com
wsavino@damonmorey.com
wweintraub@pszyjw.com

NY\1261272.1