Oscar B. Fears, III (GA 257020)
Counsel for the Georgia Department of Revenue
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 656-3303
Facsimile: (404) 657-3239

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| DELPHI CORPORATION, et al., | * | Case No. 05-44481 (RDD) |
| | * | |
| | * | (Jointly Administered) |
| Debtors. | * | |
| | * | |

**WITHDRAWAL OF GEORGIA DEPARTMENT OF REVENUE'S
RESPONSE TO DEBTORS' SEVENTH OMNIBUS OBJECTION
(SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R.
BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED
ON DEBTORS' BOOKS AND RECORDS, AND (C) UNTIMELY CLAIMS**

COMES NOW, the Georgia Department of Revenue, by and through counsel,

Thurbert E. Baker, Attorney General for the State of Georgia, and withdraws its

Response to Debtors' Seventh Omnibus Objection.

This __29th__ day of March, 2007.

                        Respectfully submitted,

                        THURBERT E. BAKER    033887
                        Attorney General

                        R.O. LERER    446962
                        Deputy Attorney General

                        W. WRIGHT BANKS, JR.    036156
                        Senior Assistant Attorney General

2

    /s/ Oscar B. Fears, III
OSCAR B. FEARS, III    257020
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a copy of the foregoing WITHDRAWAL OF GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTS CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, AND (C) UNTIMELY CLAIMS upon:

> John Wm. Butler, Jr., Esq.
> John K. Lyons, Esq.
> Ron E. Meisler, Esq.
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606
>
> Kayalyn A. Marafioti, Esq.
> Thomas J. Matz, Esq.
> Skadden, Arps, Slate, Meagher & Flom, LLP
> Four Times Square
> New York, New York 10036

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This  29th   day of March, 2007.

/s/ Oscar B. Fears, III
OSCAR B. FEARS, III
Assistant Attorney General