# UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |
|---|---|
| In Re: | Case No. 05-44481-rdd |
| DELPHI CORP., |  |
|  | Chapter 11 |
| Debtor. |  |

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On March 29, 2007, true and correct copy of the *(Full Transfer) Transfer of claim #10724 (clm. amt.: $1,384,396.89) from Stahl Specialty Company EFT to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,* was caused to be served on the parties listed on the attached Service List via first class mail.

**Dreier LLP**

By: _/s/Jean L. Guerrier____
**Jean L. Guerrier**

**Sworn to before me this
29th day of March, 2007.**

_/s/ Lori Rudolph_
**Notary Public**

**Lori Rudolph - Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires January 26, 2007**

{00239728.DOC;}

**Service List**

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner

**Kurtzman Carson Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036

**Stahl Specialty Company EFT**
PO Box 874750
Kansas City, MO 64187-4750

{00239728.DOC;}