**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**
(Manhattan)

|  |  |
|---|---|
| In Re: ) | Case No. 05-44481-rdd |
| ) |  |
| DELPHI CORP., ) |  |
| ) | Chapter 11 |
| Debtor. ) |  |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On March 29, 2007, true and correct copy of the *(Full Transfer) Transfer of claim #16490 (clm. amt.: $6,678,072.11) from ThyssenKrupp Waupaca Inc. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,* was caused to be served on the parties listed on the attached Service List via first class mail.

**Dreier LLP**

By: _/s/Jean L. Guerrier_____
**Jean L. Guerrier**

**Sworn to before me this**
**29th day of March, 2007.**

*/s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2007**

{00239724.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner

**Kurtzman Carson Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036

**ThyssenKrupp Waupaca Inc.**
PO Box 249
Waupaca, WI 54981

{00239724.DOC;}