## UNITED STATES BANKRUPTCY COURT
### Southern District of New York
#### (Manhattan)

|  |  |  |
|---|---|---|
|  | ) |  |
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On March 29, 2007, true and correct copy of the *(Full Transfer) Transfer of claim #16491 (clm. amt.: $1,384,396.89) ThyssenKrupp Stahl Co. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,* was caused to be served on the parties listed on the attached Service List via first class mail.

**Dreier LLP**

By: _/s/Jean L. Guerrier____
**Jean L. Guerrier**

**Sworn to before me this**
**29th day of March, 2007.**

*/s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2007**

**<u>Service List</u>**

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098


**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner


**Kurtzman Carson
Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036


**ThyssenKrupp Stahl Co.**
111 E. Pacific
Kingsville, MO 64061