Bonnie Steingart (BS-8004)
Debra M. Torres (DT-9093)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Facsimile: 212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
In re:                                              :   Chapter 11
                                                    :
  Delphi Corporation, et al.,                       :   Case No. 05-44481 (RDD)
                                                    :   (Jointly Administered)
                      Debtors.                      :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**COVER SHEET TO THIRD INTERIM FEE APPLICATION OF FRIED,
FRANK, HARRIS, SHRIVER & JACOBSON LLP, COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AND POSTED DURING
THE PERIOD FROM
OCTOBER 1, 2006 THROUGH JANUARY 31, 2007**

NAME OF APPLICANT:            Fried, Frank, Harris, Shriver
                               & Jacobson LLP

ROLE IN THE CASE:             Attorneys for the Official Committee of
                               Equity Security Holders.

DATE OF RETENTION:            May 8, 2006

COMPENSATION PERIOD:          October 1, 2006 through
                               January 31, 2007

TOTAL BILLED HOURS:           4,787.80

COMPENSATION SOUGHT:          $2,701,363.00

EXPENSE REIMBURSEMENT SOUGHT:           $133,271.20

BLENDED RATE:                           $564.22

BLENDED RATE
(EXCLUDING PARAPROFESSIONALS):          $601.09

PRIOR APPLICATIONS:

    First Interim Fee Application:      Fees Requested:     $598,265.00
                                        Fees Awarded:       $587,565.00
                                        Expenses Requested: $5,451.63
                                        Expenses Awarded:   $5,451.63

    Second Interim Fee Application:     Fees Requested:     $2,673,791.00
                                        Fees Awarded:       $2,633,791.00
                                        Expenses Requested: $162,011.61
                                        Expenses Awarded:   $162,011.61

AGGREGATE AMOUNTS PAID TO DATE:         $4,877,099.81


581039

**HOURS BILLED**

| Name of Professional Individual | Year First Admitted to Practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Partners | | | | |
| Jean Hanson | 1977 | $780 | 86.60 | $67,548.00 |
| Jack Jacobson | 1983 | $780 | 8.90 | $6,942.00 |
| Dixie Johnson | 1987 | $795 | 6.40 | $5,088.00 |
| Jonathan Lewis | 1995 | $690 | 8.20 | $5,658.00 |
| Vivek Melwani | 1996 | $670 | 434.80 | $291,316.00 |
| Brad Eric Scheler | 1978 | $995 | 360.80 | $358,996.00 |
| Bonnie K. Steingart | 1980 | $780 | 627.20 | $489,216.00 |
| Debra Torres | 1984 | $750 | 371.30 | $278,475.00 |
| Counsel | | | | |
| Alan Resnick | 1973 | $850 | 20.20 | $17,170.00 |
| Special Counsel | | | | |
| John Brewer | 1994 | $595 | 131.80 | $78,421.00 |
| Associates | | | | |
| Kimberly Cain | 2005 | $370 | 8.70 | $3,219.00 |
| Katie Dang | Not Yet Admitted | $315 | 10.20 | $3,213.00 |
| Adrian Feldman | 2004 | $445 | 60.00 | $26,700.00 |
| Darcy M. Goddard | 2001 | $525 | 113.40 | $59,535.00 |
| Uri Horowitz | 2006 | $370 | 32.30 | $11,951.00 |
| Brian J. Howard | 2000 | $540 | 11.90 | $6,426.00 |
| Joanna Kazakova | Not Yet Admitted | $315 | 10.10 | $3,181.50 |
| Christina McGill | 2004 | $445 | 24.40 | $10,858.00 |
| Thomas Porcella | 2005 | $420 | 77.00 | $32,340.00 |
| Jennifer Rodburg | 2001 | $525 | 290.50 | $152,512.50 |
| Peter Siroka | Not Yet Admitted | $315 | 6.10 | $1,921.50 |
| Richard Slivinski | 2002 | $500 | 568.30 | $284,150.00 |
| Marissa Soto | Not Yet Admitted | $315 | 514.00 | $161,910.00 |
| Jason R. Wolf | 2002 | $470 | 539.30 | $253,471.00 |
| Discovery Attorneys | | | | |
| Victoria Donohue | 2003 | $170 | 26.80 | $4,556.00 |
| Paraprofessionals | | | | |
| Jeffrey Anderson | N/A | $220 | 7.00 | $1,540.00 |
| Jacqueline Bevilaqua | N/A | $170 | 11.50 | $1,955.00 |
| Vincent Bianco | N/A | $170 | 23.30 | $3,961.00 |
| Michael Birnbaum | N/A | $180 | 28.20 | $5,076.00 |
| Jeffrey Eigen | N/A | $185 | 8.00 | $1,480.00 |
| Laura Guido | N/A | $185 | 123.00 | $22,755.00 |
| Brenda Leach | N/A | $220 | 14.00 | $3,080.00 |
| Adam Rottner | N/A | $220 | 6.50 | $1,430.00 |
| Elissa Shane | N/A | $210 | 18.60 | $3,906.00 |
| Omar Solivan | N/A | $175 | 116.90 | $20,457.50 |

| Name of Professional Individual | Year First Admitted to Practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Seth Duppstadt | N/A | $220 | 5.40 | $1,188.00 |
| Steven Lomperis | N/A | $225 | 12.80 | $2,880.00 |
| Craig Osbern | N/A | $220 | 10.40 | $2,288.00 |
| Monika Swiatkowska | N/A | $210 | 10.20 | $2,142.00 |
| Other Professionals[1] | Various | $170-$620 | 42.80 | $12,450.00 |
| **TOTAL** | | | **4,787.8** | **$2,701,363.00** |

---

[1] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

4