# **Exhibit C**

**EXHIBIT C**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Jean Hanson | Joined firm in 1976 and became a Partner in 1983. Member of the NY Bar since 1977. | $780 | 86.6 | $67,548.00 |
| Jack Jacobson | Joined firm in 1982 and became a Partner in 1989. Member of the NY Bar since 1983. | $780 | 8.9 | $6,942.00 |
| Dixie L. Johnson | Joined firm in 1986 and became a Partner in 1993. Member of the D.C. Bar since 1987. | $795 | 6.4 | $5,088.00 |
| Jonathan F. Lewis | Joined firm in 1996 and became a Partner in 2002. Member of the NY Bar since 1995. | $690 | 8.2 | $5,658.00 |
| Vivek Melwani | Joined firm in 1995 and became a Partner in 2003. Member of the NY Bar since 1996. | $670 | 434.8 | $291,316.00 |
| Brad E. Scheler | Joined firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 | 360.8 | $358,996.00 |
| Bonnie K. Steingart | Joined firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 | 627.2 | $489,216.00 |
| Debra Torres | Joined firm in 1981 and became a partner in 1988. Member of the NY Bar since 1984. | $750 | 371.3 | $278,475.00 |
| Alan Resnick | Counsel. Joined firm in 1989. Member of the NY Bar since 1973. | $850 | 20.2 | $17,170.00 |
| John Brewer | Special Counsel. Joined firm in 1993. Member of the NY Bar since 1994. | $595 | 131.8 | $78,421.00 |
| Kimberly Cain | Associate. Joined firm as an Associate in 2005. Member of VA Bar since | $370 | 8.7 | $3,219.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| | 2005. Member of the DC Bar since 2006. | | | |
| Katie Dang | Associate. Joined firm as an Associate in 2006. Not yet admitted to the Bar. | $315 | 10.2 | $3,213.00 |
| Adrian Feldman | Associate. Joined firm as an Associate in 2003. Member of the NY Bar since 2004. | $445 | 60 | $26,700.00 |
| Darcy M. Goddard | Associate. Joined firm as an Associate in 2004. Member of NY Bar since 2005. Member of the CO Bar since 2001. | $525 | 113.4 | $59,535.00 |
| Uri Horowitz | Associate. Joined firm as an Associate in 2005. Member of the NY Bar since 2006. | $370 | 32.3 | $11,951.00 |
| Brian J. Howard | Associate. Joined firm in 1999 as an Associate. Member of the NY Bar since 2000. | $540 | 11.9 | $6,426.00 |
| Joanna Kazakova | Associate. Joined firm as an Associate in 2006. Not yet admitted to the Bar. | $315 | 10.1 | $3,181.50 |
| Christina McGill | Associate. Joined firm as an Associate in 2004. Member of the NY Bar since 2004. | $445 | 24.4 | $10,858.00 |
| Thomas Porcella | Associate. Joined firm as an Associate in 2004. Member of the NY Bar since 2005. | $420 | 77.0 | $32,340.00 |
| Jennifer Rodburg | Associate. Joined firm as an Associate in 2000. Member of the NY Bar since 2000. Member of the NJ Bar since 2002. | $525 | 290.5 | $152,512.50 |
| Peter Siroka | Associate. Joined firm as an Associate in 2006. Not yet admitted to the | $315 | 6.1 | $1,921.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| | Bar. | | | |
| Richard Slivinski | Associate. Joined firm as an Associate in 2002. Member of the NY and NJ Bars since 2002. | $500 | 568.3 | $284,150.00 |
| Marissa Soto | Associate. Joined firm as an Associate in 2006. Not yet admitted to the Bar. | $315 | 514 | $161,910.00 |
| Jason R. Wolf | Associate. Joined firm as an Associate in 2003. Member of the NY Bar since 2003. Member of the NJ Bar since 2002. | $470 | 539.3 | $253,471.00 |
| Victoria Donohue | Discovery attorney. Member of the NY Bar since 2003. | $170 | 26.8 | $4,556.00 |
| Jeffrey Anderson | Paralegal since 1993. Joined firm in 1997. | $220 | 7.0 | $1,540.00 |
| Jacqueline Bevilaqua | Paralegal since 2006. Joined firm in 2006. | $170 | 11.5 | $1,955.00 |
| Vincent Bianco | Paralegal since 2005. Joined firm in 2005. | $170 | 23.3 | $3,961.00 |
| Michael Birnbaum | Paralegal since 2002. Joined firm in 2004. | $180 | 28.2 | $5,076.00 |
| Jeffrey Eigen | Paralegal since 1999. Joined firm in 2005. | $185 | 8 | $1,480.00 |
| Laura Guido | Paralegal since 2001. Joined firm in 2004. | $185 | 123.0 | $22,755.00 |
| Brenda Leach | Paralegal since 1984. Joined firm in 2005. | $220 | 14 | $3,080.00 |
| Adam Rottner | Paralegal since 2001. Joined firm in 2006. | $220 | 6.5 | $1,430.00 |
| Elissa Shane | Paralegal since 2003. Joined firm in 2006. | $210 | 18.6 | $3,906.00 |
| Omar Solivan | Paralegal Clerk since 1993. Joined firm in 1993. | $175 | 116.9 | $20,457.50 |
| Seth Duppstadt | Administrative Professional. Joined firm in 2006. | $220 | 5.4 | $1,188.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Steven Lomperis | Administrative Professional. Joined firm in 1998. | $225 | 12.8 | $2,880.00 |
| Craig Osbern | Administrative Professional. Joined firm in 1995. | $220 | 10.4 | $2,288.00 |
| Monika Swiatkowska | Administrative Professional. Joined firm in 2004. | $210 | 10.2 | $2,142.00 |
| Other Professionals[1] | Various | $170-$620 | 42.8 | $12,450.00 |
| **TOTAL** | | | **4,787.80** | **$2,701,363.00** |

Blended Rate (including paraprofessionals)  $564.22
Blended Rate (excluding paraprofessionals)  $601.09

---

[1] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

4