# **Exhibit D**

**EXHIBIT D**

**STATEMENT OF EXPENSES INCURRED AND POSTED BY
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP,
COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,
FOR THE PERIOD FROM
OCTOBER 1, 2006 THROUGH JANUARY 31, 2007**

| NATURE OF DISBURSEMENTS | AMOUNT |
|---|---|
| Duplicating | $29,777.17 |
| Meals | $6,148.30 |
| Local Transportation | $18,830.54 |
| Court Reporting | $6,387.81 |
| Data Research Services | $29,629.70 |
| Outside Messenger Service | $295.20 |
| Overnight Delivery | $7,677.58 |
| Postage | $208.31 |
| Secretarial Services | $3,755.47 |
| Overtime | $2,654.30 |
| Temp – Duplicating | $162.76 |
| Temp – Paralegal | $11,877.06 |
| Telephone/Telecopier | $15,867.00 |
| **TOTAL** | **$133,271.20** |

580572