# **<u>Exhibit E</u>**

## EXHIBIT E

**SERVICES RENDERED BY PARTNER(S), COUNSEL(S), ASSOCIATE(S) AND PARAPROFESSIONAL(S) BY PROJECT CATEGORY FOR THE PERIOD OF OCTOBER 1, 2006 THROUGH JANUARY 31, 2007**

00002  GENERAL

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| MELWANI, V. | 87.10 | $58,357.00 |
| SCHELER, B. | 54.70 | $54,426.50 |
| STEINGART, B. | 90.60 | $70,668.00 |
| TORRES, D. | 35.20 | $26,400.00 |
| **Total Partners** | **267.60** | **$209,851.50** |
| **Associates** | | |
| GODDARD, D. | 6.80 | $3,570.00 |
| HOROWITZ, U. | 31.00 | $11,470.00 |
| MCGILL, C. | 11.00 | $4,895.00 |
| PORCELLA, T. | 18.00 | $7,560.00 |
| RODBURG, J. | 53.70 | $28,192.50 |
| SLIVINSKI, R. | 92.10 | $46,050.00 |
| SOTO, M. | 97.40 | $30,681.00 |
| WOLF, J. | 56.90 | $26,743.00 |
| **Total Associates** | **366.90** | **$159,161.50** |
| **Paraprofessionals** | | |
| BIRNBAUM, M. | 8.40 | $1,512.00 |
| GUIDO, L. | 29.70 | $5,494.50 |
| OSBERN, C. | 10.40 | $2,288.00 |
| **Total Paraprofessionals** | **48.50** | **$9,294.50** |
| **Total Other**[1] | **32.40** | **$18,015.00** |
| **CUMULATIVE TOTALS** | **715.40** | **$396,322.50** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00005  MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| HANSON, J. | 7.70 | $6,006.00 |
| MELWANI, V. | 111.40 | $74,638.00 |
| SCHELER, B. | 142.40 | $141,688.00 |
| STEINGART, B. | 77.10 | $60,138.00 |
| TORRES, D. | 22.80 | $17,100.00 |
| **Total Partners** | **361.40** | **$299,570.00** |
| **Counsel** | | |
| RESNICK, A. | 6.60 | $5,610.00 |
| **Total Counsel** | **6.60** | **$5,610.00** |
| **Associates** | | |
| RODBURG, J. | 35.60 | $18,690.00 |
| SLIVINSKI, R. | 66.20 | $33,100.00 |
| SOTO, M. | 49.80 | $15,687.00 |
| WOLF, J. | 36.80 | $17,296.00 |
| **Total Associates** | **188.40** | **$84,773.00** |
| **Total Other**[1] | **8.00** | **$3,769.00** |
| **CUMULATIVE TOTALS** | **564.40** | **$393,722.00** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00006  HEARINGS

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| MELWANI, V. | 5.00 | $3,350.00 |
| SCHELER, B. | 11.00 | $10,945.00 |
| STEINGART, B. | 26.60 | $20,748.00 |
| **Total Partners** | **42.60** | **$35,043.00** |
| **Associates** | | |
| GODDARD, D. | 13.60 | $7,140.00 |
| SLIVINSKI, R. | 14.10 | $7,050.00 |
| SOTO, M. | 20.20 | $6,363.00 |
| WOLF, J. | 5.10 | $2,397.00 |
| **Total Associates** | **53.00** | **$22,950.00** |
| **Total Other**[1] | **1.50** | **$1,125.00** |
| **CUMULATIVE TOTALS** | **97.10** | **$59,118.00** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00007  MISC LITIGATION

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| HANSON, J. | 36.00 | $28,080.00 |
| MELWANI, V. | 77.00 | $51,590.00 |
| SCHELER, B. | 39.90 | $39,700.50 |
| STEINGART, B. | 294.20 | $229,476.00 |
| TORRES, D. | 216.80 | $162,600.00 |
| **Total Partners** | **663.90** | **$511,446.50** |

| Counsel | | |
|---|---|---|
| RESNICK, A. | 7.10 | $6,035.00 |
| **Total Counsel** | **7.10** | **$6,035.00** |

| Special Counsel | | |
|---|---|---|
| BREWER, J. | 101.40 | $60,333.00 |
| **Total Special Counsel** | **101.40** | **$60,333.00** |

| Associates | | |
|---|---|---|
| DANG, K. | 10.20 | $3,213.00 |
| FELDMAN, A. | 60.00 | $26,700.00 |
| GODDARD, D. | 48.80 | $25,620.00 |
| HOWARD, B. | 11.90 | $6,426.00 |
| MCGILL, C. | 10.70 | $4,761.50 |
| PORCELLA, T. | 35.80 | $15,036.00 |
| RODBURG, J. | 91.00 | $47,775.00 |
| SLIVINSKI, R. | 288.10 | $144,050.00 |
| SOTO, M. | 201.90 | $63,598.50 |
| WOLF, J. | 261.80 | $123,046.00 |
| **Total Associates** | **1020.20** | **$460,226.00** |

| Paraprofessionals | | |
|---|---|---|
| ANDERSON, J. | 7.00 | $1,540.00 |
| BEVILAQUA, J. | 11.50 | $1,955.00 |
| BIANCO, V. | 23.30 | $3,961.00 |
| BIRNBAUM, M. | 8.60 | $1,548.00 |
| EIGEN, J. | 8.00 | $1,480.00 |
| GUIDO, L. | 36.40 | $6,734.00 |
| ROTTNER, A. | 6.50 | $1,430.00 |
| SHANE, E. | 18.60 | $3,906.00 |
| SOLIVAN, O. | 116.90 | $20,457.50 |
| **Total Paraprofessionals** | **236.80** | **$43,011.50** |
| **Total Other**[1] | **14.80** | **$5,764.00** |
| **CUMULATIVE TOTALS** | **2,044.20** | **$1,086,816.00** |

(1) This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00008 TAX

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| JACOBSON, J. | 2.90 | $2,262.00 |
| **Total Partners** | **2.90** | **$2,262.00** |
| | | |
| **CUMULATIVE TOTALS** | **2.90** | **$2,262.00** |

00009  PENSION ISSUES

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| LEWIS, J. | 5.40 | $3,726.00 |
| **Total Partners** | **5.40** | **$3,726.00** |
| **Associates** | | |
| HOROWITZ, U. | 1.30 | $481.00 |
| **Total Associates** | **1.30** | **$481.00** |
| | | |
| **CUMULATIVE TOTALS** | **6.70** | **$4,207.00** |

000010  COLLECTIVE BARGAINING AGREEMENTS

| Associates | HOURS | TOTAL FEES |
|---|---|---|
| PORCELLA, T. | 1.90 | $798.00 |
| **Total Associates** | **1.90** | **$798.00** |
| | | |
| **CUMULATIVE TOTALS** | **1.90** | **$798.00** |

00011  1113/1114 ISSUES

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| STEINGART, B. | 2.30 | $1,794.00 |
| **Total Partners** | **2.30** | **$1,794.00** |
| **Associates** | | |
| RODBURG, J. | 0.20 | $105.00 |
| **Total Associates** | **0.20** | **$105.00** |
| **CUMULATIVE TOTALS** | **2.50** | **$1,899.00** |

00013  RELATIONSHIP WITH PRIMARY CUSTOMER

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| MELWANI, V. | 7.80 | $5,226.00 |
| STEINGART, B. | 22.80 | $17,784.00 |
| TORRES, D. | 27.10 | $20,325.00 |
| **Total Partners** | **57.70** | **$43,335.00** |
| **Special Counsel** | | |
| BREWER, J. | 26.30 | $15,648.50 |
| **Total Special Counsel** | **26.30** | **$15,648.50** |
| **Associates** | | |
| GODDARD, D. | 37.00 | $19,425.00 |
| PORCELLA, T. | 18.00 | $7,560.00 |
| RODBURG, J. | 17.70 | $9,292.50 |
| SLIVINSKI, R. | 12.20 | $6,100.00 |
| SOTO, M. | 52.00 | $16,380.00 |
| WOLF, J. | 38.20 | $17,954.00 |
| **Total Associates** | **175.10** | **$76,711.50** |
| **Discovery Attorney** | | |
| DONOHUE, V. | 26.80 | $4,556.00 |
| **Total Discovery Attorney** | **26.80** | **$4,556.00** |
| **Total Other**[1] | **10.60** | **$4,840.50** |
| **CUMULATIVE TOTALS** | **296.50** | **$145,091.50** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00014  FEE APPLICATIONS AND RETENTION

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| STEINGART, B. | 6.50 | $5,070.00 |
| **Total Partners** | **6.50** | **$5,070.00** |
| **Associates** | | |
| RODBURG, J. | 5.30 | $2,782.50 |
| SLIVINSKI, R. | 10.20 | $5,100.00 |
| SOTO, M. | 24.00 | $7,560.00 |
| WOLF, J. | 80.20 | $37,694.00 |
| **Total Associates** | **119.70** | **$53,136.50** |
| **Paraprofessionals** | | |
| GUIDO, L. | 38.10 | $7,048.50 |
| **Total Paraprofessionals** | **38.10** | **$7,048.50** |
| **Total Other**[1] | **5.10** | **$2,785.00** |
| **CUMULATIVE TOTALS** | **169.40** | **$68,040.00** |

(1) This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00015  SETTLEMENT AND RESTRUCTURING

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| HANSON, J. | 42.00 | $32,760.00 |
| MELWANI, V. | 143.10 | $95,877.00 |
| SCHELER, B. | 112.80 | $112,236.00 |
| STEINGART, B. | 107.10 | $83,538.00 |
| TORRES, D. | 67.90 | $50,925.00 |
| **Total Partners** | **472.90** | **$375,336.00** |
| **Associates** | | |
| KAZAKOVA, J. | 10.10 | $3,181.50 |
| RODBURG, J. | 87.00 | $45,675.00 |
| SIROKA, P. | 5.60 | $1,764.00 |
| SLIVINSKI, R. | 85.40 | $42,700.00 |
| SOTO, M. | 68.70 | $21,640.50 |
| WOLF, J. | 60.30 | $28,341.00 |
| **Total Associates** | **317.10** | **$143,302.00** |
| **Paraprofessionals** | | |
| BIRNBAUM, M. | 9.00 | $1,620.00 |
| GUIDO, L. | 18.40 | $3,404.00 |
| LEACH, B. | 14.00 | $3,080.00 |
| LOMPERIS, S. | 12.80 | $2,880.00 |
| SWIATKOWSKA, M. | 7.50 | $1,575.00 |
| **Total Paraprofessionals** | **61.70** | **$12,559.00** |
| **Total Other**[1] | **35.10** | **$11,890.00** |
| **CUMULATIVE TOTALS** | **886.80** | **$543,087.00** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.