UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

SECOND INTERIM FEE APPLICATION OF
LEGAL COST CONTROL, INC. AS FEE AND EXPENSE ANALYST TO THE
DELPHI FEE AND EXPENSE REVIEW COMMITTEE, FOR ALLOWANCE OF
INTERIM COMPENSATION FOR SERVICES RENDERED FOR THE FOURTH FEE
APPLICATION PERIOD,
<u>OCTOBER 1, 2006 THROUGH AND INCLUDING JANUARY 31, 2007</u>

<u>SUMMARY SHEET</u>

Name of Applicant:                       Legal Cost Control, Inc.

Authorized to Provide
Professional Services to:                Delphi Fee Committee

                                         Date of Retention:  June 1, 2006

Period for which compensation
Is sought:                               October 1, 2006 through January 31, 2007

Total Amount of Compensation sought
As actual, reasonable and necessary,
During these cases:                      $480,804.16

Total amount of Expenses sought as
Actual, reasonable and necessary,
During these cases                       $0.00

This is an:                              Interim Application.

The total time expended for the preparation of this application is approximately 10 hours
and the corresponding compensation requested is $0.00.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————

In re                                                  Chapter 11

DELPHI CORP, et al.,                                   Case No. 05-44481 (RDD)

                                                       Jointly Administered

                        Debtors

———————————————————————————————

SECOND INTERIM FEE APPLICATION OF
LEGAL COST CONTROL, INC. AS FEE AND EXPENSE ANALYST TO THE
DELPHI FEE COMMITTEE, FOR ALLOWANCE OF INTERIM COMPENSATION
FOR SERVICES RENDERED FOR THE FOURTH FEE APPLICATION PERIOD,
OCTOBER 1, 2006 THROUGH AND INCLUDING JANUARY 31, 2007

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

           Legal Cost Control, Inc. ("LCC"), Fee and Expense Analyst to the Delphi Fee
Committee ("Fee Committee") respectfully represents:

    1.      LCC submits this Second Interim Application (the "Second Application")
            for (i) allowance of compensation in the amount of $480,804.16 for
            services rendered by it as Fee and Expense Analyst to the Fee Committee
            during the period October 1, 2006 through January 31, 2007 (the "Fourth
            Application Period") and for (ii) allowance of actual and necessary out-of-
            pocket expenses in the amount of $0.00 incurred by LCC in rendering
            such services to the Fee Committee.

    2.      This Second Application is being made pursuant to Sections 328(a), 330
            and 331 of the Bankruptcy Code; the Retention Order (as hereinafter
            defined), the Interim Compensation Order (as hereinafter defined), and
            Local Rule 2016-1 of the United States Bankruptcy Court for the Southern
            District of New York.

## I.    BACKGROUND

3.    On November 4, 2005, this Court entered the revised Interim Compensation Order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for monthly compensation and reimbursement of expenses for professionals.

4.    On November 4, 2005 this Court entered the Fee Committee Order authorizing the creation of a Fee Committee to (a) establish procedures for the development and submission of budgets by Court-approved professionals, and (b) review the fees and expenses incurred by Court-approved professionals.

5.    On June 1. 2006 the Fee Committee engaged LCC as Fee and Expense Analyst;

6.    On August 17, 2006 the Court approved the appointment of LCC as Fee and Expense Analyst to the Fee Committee;

7.    Professional services for which compensation is sought were rendered pursuant to Chapter 11 of the Bankruptcy Code.

## II.    THE LCC ENGAGEMENT

8.    On June 1. 2006 the Fee Committee engaged LCC as Fee and Expense Analyst;

9.    On August 17, 2006, this Court entered the Retention Order, authorizing the Fee Committee to employ LCC as the Fee and Expense Analyst. Specifically, LCC was retained to provide the following professional services:  (a) Provide the Fee Committee with computer-generated analyses of the monthly statements and fee applications submitted by the Professionals in the case; (b) Report to the Fee Committee on the compliance or non-compliance of those monthly statements and fee applications with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustees Guidelines, and the Local Rules and General Orders of the United States Bankruptcy Court for the Southern District of New York; (c) Provided the Fee Committee with narrative reports to support and explain the issues associated with LCC's computer-generated analyses; (d) Provide the Fee Committee and Professionals with web-based access to LCC's analyses; (e) Meet on various occasions with the Fee Committee ; (f) Provide general consulting services to the Fee Committee consistent with LCC's engagement by the Fee Committee; (g) Provide general support to the

Professionals, to assist the Professionals in the submission of their statements and fee applications to the Fee Committee, consistent with LCC's engagement by the Fee Committee; and (g) Generally support the efforts of the Fee Committee to complete the tasks of the Fee Committee;

10.     Pursuant to the Engagement Agreement, the Fee Committee agreed to pay LCC the following fees in consideration for services rendered:

Eight-tenths of one percent (0.80%) of fees and expenses submitted by retained professionals in the Delphi cases.

### III.     SERVICES PROVIDED BY LCC

11.     For and during the Fourth Application Period, LCC rendered the following services on behalf of the Fee Committee: (a) Provided the Fee Committee with computer-generated analyses of the monthly statements and fee applications submitted by the Professionals in the case; (b) Provided the Fee Committee and Professionals with web-based access to LCC's analyses; (c) Provided the Fee Committee with narrative reports to support and explain the issues associated with LCC's computer-generated analyses; (d) Met on various occasions with the Professionals in conjunction with the Fee Committee and/or Professional Staff of the Fee Committee; (e) Provided general consulting services to the Fee Committee consistent with LCC's engagement by the Fee Committee; (f) Provided general support to the Professionals, to assist the Professionals in the submission of their statements and fee applications to the Fee Committee, consistent with LCC's engagement by the Fee Committee; and (g) Generally supported the efforts of the Fee Committee to complete the tasks of the Fee Committee;

12.     With regard to the services provided, LCC has never billed its clients based upon the number of hours expended by its professionals and paraprofessionals. Accordingly, LCC does not have hourly billing rates for its personnel nor do its personnel normally maintain detailed hourly time records for the work performed on behalf of its clients. Moreover, pursuant to its Engagement Agreement and the Retention Order, LCC is not required to maintain detailed time records as LCC has been retained on a fixed fee basis (as set forth below).

## IV.   LCC'S SECOND APPLICATION FOR COMPENSATION FOR FEES EARNED DURING THE FOURTH APPLICATION PERIOD

13.   Pursuant to the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, date August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated January 17, 2002 (the "Interim Fee Order"), (iii) Order Supplementing Administrative Order Dated November 4, 2005 Establishing Procedures for Interim Compensation; and (iv) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991, LCC files this Second Fee Application requesting fees of $480,804.16 and $0.00 for actual and necessary expenses, for a total payment of $480,804.16.

14.   LCC's fees for the Billing Period have been calculated as follows:

- For the period October 2006, LCC's Fee was $213,952.10. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period October 1, 2006 Through And Including October 31, 2006, attached hereto as Exhibit "A;"
- For November 2006, LCC's Fee was $140,657.23.  See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period November 1, 2006 Through And Including November 30, 2006, attached hereto as Exhibit "B;"
- For the period December 2006, LCC's Fee was $68,636.71. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period December 1, 2006 Through And Including December 31, 2006, attached hereto as Exhibit "C;"
- For the period January 2007, LCC's Fee was $57,558.12. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period January 1, 2007 Through And Including January 31, 2007, attached hereto as Exhibit "D;"
- LCC's Total Second Interim Application Fee for services rendered during the Fourth Fee Application Period is therefore $480,804.16.

**V.    LCC'S SECOND APPLICATION FOR
REIMBURSEMENT OF ACTUAL AND
NECESSARY OUT-OF-POCKET
EXPENSES INCURRED DURING THE
FOURTH APPLICATION PERIOD**

15.    LCC's fee is based upon a Fixed Fee.  That Fixed Fee includes all actual,
necessary and reasonable out-of-pocket expenses incurred by LCC during
the Fourth Application Period.  Accordingly, LCC does not seek
compensation or reimbursement of any out-of-pocket expenses that were
incurred by LCC during the Fourth Application Period.

**VI.    SUMMARY**

16.    As of the date of this Second Application, LCC has received payment of
80% of its fees accrued and 0% of fees accrued through January 31, 2007.
The following chart summarizes all fees included in this Second
Application:

| PERIOD(S) | FEES | EXPENSES | AMOUNTS SOUGHT |
|---|---|---|---|
| Oct. 1 – Oct. 31, 2006 | $213,952.10 | $0.00 | $213,952.10 |
| Nov. 1 – Sept. 30, 2006 | $140,657.23 | $0.00 | $140,657.23 |
| Dec. 1 – Dec. 31, 2006 | $68,636.71 | $0.00 | $68,636.71 |
| Jan.1 – Jan. 31, 2007 | $57,558.12 | $0.00 | $57,558.12 |
| | | | |
| **TOTAL** | **$480,804.16** | **$0.00** | **$480,804.16** |

17.    All services for which LCC requests compensation were performed for
and on behalf of the Fee Committee and were not rendered on behalf of
any other person or entity.

18.    There is currently no agreement or understanding between LCC and any
other person or entity for the sharing of compensation received or to be
received for services rendered in connection with these proceedings.

**WHEREFORE**, Legal Cost Control, Inc. requests the Court to approve the allowance

of LCC's fee in the amount of $480,804.16 for services rendered from October 1, 2006

through January 31, 2007.

**LEGAL COST CONTROL, INC.**

By: _____

John J. Marquess, Esquire (Admitted in New York Pro Hac Vice)
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800

Dated:  March 29, 2007
Haddonfield, NJ

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                              Chapter 11

DELPHI CORP, et al.,                               Case No. 05-44481 (RDD)

                                                   Jointly Administered
                          Debtors

## CERTIFICATION

JOHN J. MARQUESS, being duly sworn, deposes and says:

1.      I am President of Legal Cost Control, Inc.

2.      I have read the foregoing Secondt Application for Allowance of
        Compensation of Legal Cost Control, Inc., Fee and Expense Analyst to the
        Delphi Fee Committee, and know the contents thereof.  The same are true
        to the best of my knowledge, except as to matters therein alleged to be
        upon information and belief, and as to those matters, I believe them to be
        true.  I have personally performed and/or supervised many of the Fee and
        Expense Analyst services rendered by Legal Cost Control, Inc. and I am
        thoroughly familiar with all other work performed on behalf of the Fee
        Committee by the attorneys and paraprofessionals of the corporation.

3.      All of the services for which Legal Cost Control, Inc. seeks compensation
        were performed for and on behalf of the Fee Committee and not on behalf
        of any other person or entity.

4.      In accordance with Bankruptcy Rule 2016(a) and § 504 of the Bankruptcy
        Code, no agreement or understanding exists between the Applicant and

any other person for the sharing of compensation to be received in connection with the within cases.

**I HEREBY CERTIFY** that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

**LEGAL COST CONTROL, INC.**

By: _John J. Marquess_ _____

John J. Marquess, Esquire
President
255 Kings Highway East, First Floor
Haddonfield, NJ 08033
(856) 216-0800
(856) 216-0800 Facsimile
Fee and Expenses Analyst

DATED:  March 29, 2007

LEGAL COST CONTROL, INC.
John J. Marquess, Esquire
255 Kings Highway East, Suite A-3
Haddonfield, NJ 08033
Telephone:  856.216.0800
Facsimile:  856.216.1736

Fee and Expense Analyst

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | )  SS: |
| COUNTY OF CAMDEN | ) |

Jane Woods, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a

party to or interested in the above-captioned cases.  I am employed by Legal Cost

Control, Inc., Fee and Expense Analyst.

On the 29th of March 2007, I caused a copy of the following document:

SECOND INTERIM FEE APPLICATION OF LEGAL COST CONTROL, INC.,
FOR SERVICES RENDERED AND EXPENSES INCURRED FROM
OCTOBER 1, 2006 THROUGH JANUARY 31, 2007,

to be served upon the parties identified on Exhibit 1 attached hereto by securely enclosing a true copy of the aforementioned document in a properly addressed wrapper and causing the same to be delivered into the custody of a Federal Express Representative for next business day delivery.

_Jane Woods_

Jane Woods

Sworn to and subscribed before
me this 29th day of March 2007

_____

Notary Public
My Commission Expires:

MARY ANN CUNNINGHAM
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JAN. 14, 2010

Sworn to and subscribed before me
this 29ᵗʰ day of March 2027.

# EXHIBIT "1"

# OCTOBER 2006

| # | A | B FEES | C EXPENSES | D TOTAL | E RETAINER APPLIED AMOUNT | F DISCOUNT - WRITE OFF AMOUNT | G DISCOUNT/WRITE OFF DESCRIPTION PROVIDED BY FIRM | H LCC FEE | I COMMENTS | J Billed Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LCC'S THIRD MONTHLY STATEMENT - OCTOBER 2006 | | | | | | | | | |
| 2 | Banner and Witcoff, ltd | | | | | | | | | |
| 3 | August 2006 | $8,885.50 | $301.14 | $9,186.64 | | | | $7,349.31 | $7,349.31 | |
| 4 | Totals | $8,885.50 | $301.14 | $9,186.64 | | | | | | $9,186.64 |
| 5 | | | | | | | | | | |
| 6 | Blake, Cassels and Graydon LLP | | | | | | | | | |
| 7 | January 2006 | $290,676.50 | $2,533.60 | $293,210.10 | | | | $234,568.08 **$264,153.24 USD** | | |
| 8 | February 2006 | $74,849.00 | $1,333.61 | $76,182.61 | | | | $60,946.09 **$68,738.07 USD** | | |
| 9 | | | | | | | | | | |
| 10 | March 2006 | $15,629.00 | $374.51 | $16,003.51 | | | | $12,802.81 **$15,263.51 USD** | | |
| 11 | April 2006 | $4,696.00 | $28.53 | $4,724.53 | | | | $3,779.62 **$4,457.31 USD** | | |
| 12 | May 2006 | $133,781.00 | $4,013.73 | $137,794.73 | | | | $110,235.78 **$127,028.17 USD** | | |
| 13 | June 2006 | $39,460.50 | $352.40 | $39,812.90 | | | | $31,850.32 **$37,559.34 USD** | | |
| 14 | July 2006 | $24,057.00 | $886.87 | $24,943.87 | | | | $19,955.10 **$23,531.96 USD** | | |
| 15 | August 2006 | $37,473.00 | $539.76 | $38,012.76 | | | | $30,410.21 **$35,861.10 USD** | | |
| 16 | Totals | $620,622.00 | $10,063.01 | $630,685.01 | | | | **$504,548.01 576692.7 USD** | **576692.7 USD** | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | Cantor Colburn, LLP | | | | | | | | | |
| 19 | July 2006 | $433,999.50 | $48,242.91 | $482,242.41 | | | | $385,793.93 | $385,793.93 The fees, expenses and totals referenced above reflect the | |
| 20 | | | | | | | | | | |
| 21 | Totals | $433,999.50 | $48,242.91 | $482,242.41 | | | | $385,793.93 | | $482,242.41 |
| 22 | | | | | | | | | | |

| | A | B FEES | C EXPENSES | D TOTAL | E RETAINER APPLIED AMOUNT | F DISCOUNT - WRITE OFF AMOUNT | G DISCOUNT/WRITE OFF DESCRIPTION PROVIDED BY FIRM | H LCC FEE | I COMMENTS | J Billed Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | **Deloitte and Touche LLP** | | | | | | | | | |
| 25 | November 2005 | $2,835,679.10 | $0.00 | $2,835,679.10 | | $567,135.82 | "DISCOUNT - Discount reflects a reduction in fees for this monthly statement consistent with the engagement letter dated August 20, 2005, and the retention affidavit of Brock E. Plumb | $2,268,543.28 | | |
| 26 | | | | | | | | | | |
| 27 | June 2006 | $1,369,710.00 | $0.00 | $1,369,710.00 | | | | $1,095,768.00 | | |
| 28 | Totals | $4,205,389.10 | $0.00 | $4,205,389.10 | | | | **$3,364,311.28** | | $4,205,389.10 |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | **Dickinson Wright PLLC** | | | | | | | | | |
| 32 | March 2006 | $57,411.50 | $1,028.10 | $58,439.60 | | | | $46,751.68 | | |
| 33 | August 2006 | $13,076.50 | $1,655.63 | $14,732.13 | | | | $11,785.70 | | |
| 34 | September 2006 | $22,532.50 | $179.74 | $22,712.24 | | | | $18,169.79 | | |
| 35 | Totals | $93,020.50 | $2,863.47 | $95,883.97 | | | | **$76,707.18** | | $95,883.97 |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | **Jones Lang LaSalle** | | | | | | | | | |
| 40 | January 2006 | $52,827.75 | $0.00 | $52,827.75 | | | | $42,262.20 | | |
| 41 | February 2006 | $54,327.75 | $2,314.64 | $56,642.39 | | | | $45,313.91 | | |
| 42 | March 2006 | $54,327.75 | $1,670.77 | $55,998.52 | | | | $44,798.82 | | |
| 43 | April 2006 | $57,327.75 | $282.42 | $57,610.17 | | | | $46,088.14 | | |
| 44 | May 2006 | $60,615.11 | $295.37 | $60,910.48 | | | | $48,728.38 | | |
| 45 | June 2006 | $51,573.44 | $0.00 | $51,573.44 | | | | $41,258.75 | | |
| | July 2006 | $63,198.44 | $0.00 | $63,198.44 | | | | $50,558.75 | Note that the July and August amounts are identical - the fee applications indicate different months. | |
| 46 | | | | | | | | | | |
| 47 | August 2006 | $63,198.44 | $0.00 | $63,198.44 | | | | $50,558.75 | | |
| 48 | September 2006 | $63,243.26 | $0.00 | $63,243.26 | | | | $50,594.61 | | |
| 49 | Totals | $520,639.69 | $4,563.20 | $525,202.89 | | | | **$420,162.31** | | $525,202.89 |
| 50 | | | | | | | | | | |

| | A | B FEES | C EXPENSES | D TOTAL | E RETAINER APPLIED AMOUNT | F DISCOUNT - WRITE OFF AMOUNT | G DISCOUNT/WRITE OFF DESCRIPTION PROVIDED BY FIRM | H LCC FEE | I COMMENTS | J Billed Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | **Fried, Frank, Harris, Shriver & Jacobson** | | | | | | | | | |
| 52 | June 2006 | $598,265.00 | $5,451.63 | $603,716.63 | | | | $482,973.30 | | |
| 53 | July 2006 | $630,250.00 | $16,722.75 | $646,972.75 | | | | $517,578.20 | | |
| 54 | August 2006 | $469,218.50 | $44,400.51 | $513,619.01 | | | | $410,895.21 | | |
| 55 | October 2006 | $608,781.50 | $35,046.35 | $643,827.85 | | | | $515,062.28 | | |
| 56 | Totals | $2,306,515.00 | $101,621.24 | $2,408,136.24 | | | | $1,926,508.99 | | $2,408,136.24 |
| 57 | | | | | | | | | | |
| 58 | | | | | | | | | | |
| 59 | **FTI Consulting,** August 2005 | $1,942,072.00 | $128,066.35 | $2,070,138.35 | | $141,116.00 | Fee Accommodation | $1,656,110.68 | | |
| 60 | Totals | $1,942,072.00 | $128,066.35 | $2,070,138.35 | | | | $1,656,110.68 | | $2,070,138.35 |
| 61 | | | | | | | | | | |
| 62 | | | | | | | | | | |
| 63 | | | | | | | | | | |
| 64 | **Groom Law Group** | | | | | | | | | |
| 65 | August 2006 | $28,334.50 | $1,255.53 | $29,590.03 | | $2,833.45 | Less 10 Percent | $23,672.02 | | |
| 66 | October 2006 | $20,507.50 | $1,408.89 | $21,916.39 | | $2,050.75 | Less 10 Percent | $17,533.11 | | |
| 67 | Totals | $48,842.00 | $2,664.42 | $51,506.42 | | | | $41,205.14 | | $51,506.42 |
| 68 | | | | | | | | | | |
| 69 | | | | | | | | | | |
| 70 | **Howard and Howard P.C.** | | | | | | | | | |
| 71 | October 2005 | $34,057.00 | $9,106.20 | $43,163.20 | | | | $34,530.56 | | |
| 72 | November 2005 | $17,833.00 | $6,981.70 | $24,814.70 | | | | $19,851.76 | | |
| 73 | December 2005 | $25,847.00 | $2,447.85 | $28,294.85 | | | | $22,635.88 | Line Item Expense credit of $210.00 | |
| 74 | January 2006 | $20,816.00 | $1,775.45 | $22,591.45 | | $390.50 | "prepaid balance" | $18,073.16 | | |
| 75 | February 2006 | $49,977.00 | $1,399.35 | $51,376.35 | | $16.00 | "LESS PREPAID APPLIED" | $41,101.08 | | |
| 76 | March 2006 | $32,981.50 | $1,638.81 | $34,620.31 | | | | $27,696.25 | | |
| 77 | April 2006 | $47,043.00 | $4,748.89 | $51,791.89 | | $16.00 | "LESS PREPAID APPLIED" | $41,433.51 | | |
| 78 | May 2006 | $29,823.00 | $1,196.09 | $31,019.09 | | | | $24,815.27 | | |
| 79 | June 2006 | $15,792.50 | $705.50 | $16,498.00 | | | | $13,198.40 | | |
| 80 | July 2006 | $83,682.00 | $1,860.20 | $85,542.20 | | | | $68,433.76 | | |
| 81 | August 2006 | $58,569.00 | $4,556.75 | $63,125.75 | | | | $50,500.60 | | |
| 82 | Totals | $416,421.00 | $36,416.79 | $452,837.79 | | | | $362,270.23 | | $452,837.79 |
| 83 | | | | | | | | | | |
| 84 | | | | | | | | | | |

| # | A | B FEES | C EXPENSES | D TOTAL | E RETAINER APPLIED AMOUNT | F DISCOUNT - WRITE OFF AMOUNT | G DISCOUNT/WRITE OFF DESCRIPTION PROVIDED BY FIRM | H LCC FEE | I COMMENTS | J Billed Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | | | | | | | | | | |
| 86 | Jaeckle, Fleischmann and Mugel, LLP — October 2006 | Flat Fee $59,402.50 | $14,097.96 | $73,500.46 | | | | $58,800.37 | | |
| 87 | Totals | $59,402.50 | $14,097.96 | $73,500.46 | | | | $58,800.37 | | $73,500.46 |
| 88 | | | | | | | | | | |
| 89 | | | | | | | | | | |
| 90 | Jeffries and Company | | | | | | | | | |
| 91 | October 2005 | Flat Fee $1,092.98 | | $1,092.98 | | | | $874.38 | | |
| 92 | November 2005 | Flat Fee $3,694.71 | | $3,694.71 | | | | $2,955.77 | | |
| 93 | December 2005 | Flat Fee $7,193.48 | | $7,193.48 | | | | $5,754.78 | | |
| 94 | January 2006 | Flat Fee $10,696.41 | | $10,696.41 | | | | $8,557.13 | | |
| 95 | February 2006 | Flat Fee $8,217.74 | | $8,217.74 | | | | $6,574.19 | | |
| 96 | March 2006 | Flat Fee $41,522.79 | | $41,522.79 | | | | $33,218.23 | | |
| 97 | April 2006 | Flat Fee $4,805.19 | | $4,805.19 | | | | $3,844.15 | | |
| 98 | May 2006 | Flat Fee $6,900.64 | | $6,900.64 | | | | $5,520.51 | | |
| 99 | June 2006 | Flat Fee $5,235.60 | | $5,235.60 | | | | $4,188.48 | | |
| 100 | July 2006 | Flat Fee $4,963.40 | | $4,963.40 | | | | $3,970.72 | | |
| 101 | August 2006 | Flat Fee $6,237.41 | | $6,237.41 | | | | $4,989.93 | | |
| 102 | September 2006 | Flat Fee $17,896.95 | | $17,896.95 | | | | $14,317.56 | | |
| 103 | Totals | $0.00 | $118,457.30 | $118,457.30 | | | | $94,765.84 | | $118,457.30 |
| 104 | | | | | | | | | | |
| 105 | | | | | | | | | | |
| 106 | KPMG LLP — November 2005 | $245,532.50 | $8,619.00 | $254,151.50 | $79,962.50 | $22,359.76 | Agreed upon Rate Discount (per IES Engagement Letter)/less 50% Travel (633.75) | $203,321.20 | | |
| 107 | December 2005 | $119,274.50 | $3,524.00 | $122,798.50 | | $8,961.60 | Agreed upon Rate Discount (per IES Engagement Letter) | $98,238.80 | | |
| 108 | January 2006 | $335,510.00 | $5,488.00 | $340,998.00 | | $2,485.65 | Agreed upon Rate Discount (per IES | $272,798.40 | KPMG CHARGED A TOTAL OF | |
| 109 | February 2006 | $342,677.50 | $24,614.25 | $367,291.75 | | $9,119.40 | Agreed upon Rate Discount (per IES | $293,833.40 | KPMG CHARGED A TOTAL OF | |
| 110 | March 2006 | $4,393,087.50 | $231,875.44 | $4,624,962.94 | | $678,253.50 | Agreed upon Rate Discount (per IES | $3,699,970.35 | KPMG CHARGED A TOTAL OF | |
| 111 | April 2006 | $1,183,741.50 | $64,652.28 | $1,248,393.78 | | $95,292.10 | Agreed upon Rate Discount (per IES Engagement Letter) | $998,715.02 | KPMG CHARGED A TOTAL OF | |
| 112 | | | | | | | | | $424735.00 FOR | |

| | FEES | EXPENSES | TOTAL | RETAINER APPLIED AMOUNT | DISCOUNT - WRITE OFF AMOUNT | DISCOUNT/WRITE OFF DESCRIPTION PROVIDED BY FIRM | LCC FEE | COMMENTS | Billed Totals |
|---|---|---|---|---|---|---|---|---|---|
| May 2006 | $1,824,252.50 | $111,556.07 | $1,935,808.57 | | $23,346.00 | Agreed Upon Rate Discount (per IES Enagagement Letter) | $1,548,646.86 | KPMG CHARGED A TOTAL OF $20560.00 FOR | |
| June 2006 | $1,131,778.00 | $95,596.40 | $1,227,374.40 | | $1,751.80 | Agreed upon Rate Discount (per IES Enagagement Letter) | $981,899.52 | KPMG CHARGED A TOTAL OF $37685.00 FOR | |
| July 2006 | $560,415.50 | $58,690.21 | $619,105.71 | | $11,454.60 | Agreed upon Rate Discount (per IES | $495,284.57 | KPMG CHARGED A TOTAL OF | |
| August 2006 | $215,568.50 | $24,572.00 | $240,140.50 | | $34,495.00 | Agreed upon Rate Discount (per IES Engagement Letter) and | $192,112.40 | KPMG CHARGED A TOTAL OF $29670.00 FOR | |
| Totals | $10,351,838.00 | $629,187.65 | $10,981,025.65 | | | | $8,784,820.52 | | $10,981,025.65 |
| **Latham and Watkins LLP** | | | | | | | | | |
| August 2006 | $881,913.25 | $66,513.47 | $948,426.72 | | | | $758,741.38 | | |
| Totals | $881,913.25 | $66,513.47 | $948,426.72 | | | | $758,741.38 | | $948,426.72 |
| **Mesirow Financial Consulting, LLC** | | | | | | | | | |
| September 2006 | $480,611.00 | $8,213.00 | $488,824.00 | | | | $391,059.20 | | |
| Totals | $480,611.00 | $8,213.00 | $488,824.00 | | | | $391,059.20 | | $488,824.00 |
| **O Melveny &** | | | | | | | | | |
| August 2006 | $408,118.50 | $138,798.61 | $546,917.11 | | $5,188.51 | Line item expense write-offs | $437,533.69 | | |
| Totals | $408,118.50 | $138,798.61 | $546,917.11 | | | | $437,533.69 | | $546,917.11 |
| **Price, Heneveld, Cooper, DeWitt and Litton, LLP** | | | | | | | | | |
| October 2005 | $17,590.07 | $1,601.07 | $17,590.07 | OK | | | $14,072.06 | there was a duplicate invoice and it was deleted. | |

| | A | B FEES | C EXPENSES | D TOTAL | E RETAINER APPLIED AMOUNT | F DISCOUNT - WRITE OFF AMOUNT | G DISCOUNT/WRITE OFF DESCRIPTION PROVIDED BY FIRM | H LCC FEE | I COMMENTS | J Billed Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 138 | December 2005 | $10,818.00 | $850.66 | $11,668.66 | OK | | | $9,334.93 | | |
| 139 | January 2006 | $38,081.00 | $2,598.36 | $40,679.36 | OK | | | $32,543.49 | | |
| 140 | March 2006 | $27,459.50 | $2,906.79 | $30,366.29 | OK | | | $24,293.03 | | |
| 141 | April 2006 | $33,302.00 | $1,431.61 | $34,733.61 | OK | | | $27,786.89 | | |
| 142 | May2006 | $49,526.00 | $2,250.64 | $51,776.64 | OK | | | $41,421.31 | | |
| 143 | June 2006 | $47,705.50 | $2,862.17 | $50,567.67 | OK | | | $40,454.14 | | |
| 144 | July 2006 | $33,948.00 | $2,438.50 | $36,386.50 | OK | | | $29,109.20 | | |
| 145 | August 2006 | $55,131.00 | $1,968.68 | $57,099.68 | OK | | | $45,679.74 | | |
| 146 | Totals | $313,561.07 | $18,908.48 | $330,868.48 | OK | | | $264,694.78 | | $330,868.48 |
| 147 | | | | | | | | | | |
| 148 | Quinn, Emanuel Urquhart, Oliver and Hedges LLP | | | | | | | | | |
| 149 | October 2005 | $3,124.50 | $271.78 | $3,396.28 | | | | $2,717.02 | Fee Statement and Data file are off by $1. Computational error - Fee statement is 1$ | |
| | November 2005 | $22,591.50 | $906.24 | $23,497.74 | | | | $18,798.19 | Fee Statement and Data file are off by $143. Computational error - HIGHER | |
| 150 | | | | | | | | | | |
| 151 | December 2005 | $51.00 | $72.36 | $123.36 | ok | | | $98.69 | | |
| 152 | July 2006 | $4,461.00 | $592.82 | $5,053.82 | ok | | | $4,043.06 | | |
| 153 | Totals | $30,228.00 | $1,843.20 | $32,071.20 | | | | $25,656.96 | | $32,071.20 |
| 154 | | | | | | | | | | |
| 155 | | | | | | | | | | |
| 156 | Rader Fishman and Grauer LLP | | | | | | | | | |
| 157 | October 2005 | $13,872.00 | $14,483.20 | $23,355.20 | OK | | | $22,684.16 | | |
| 158 | November 2005 | $22,109.00 | $14,884.14 | $36,993.14 | ok | | | $29,594.51 | | |
| | December 2005 | $21,297.00 | $15,045.30 | $36,297.00 | OK | | | $29,037.60 | Invoice for nov had dec dates so the the month of dec was overstated. I have corrected | |
| 159 | | | | | | | | | | |
| 160 | March 2006 | $18,671.75 | $21,530.18 | $40,201.93 | OK | | | $32,161.54 | | $32,161.54 |

|  | A | B FEES | C EXPENSES | D TOTAL | E RETAINER APPLIED AMOUNT | F DISCOUNT - WRITE OFF AMOUNT | G DISCOUNT/WRITE OFF DESCRIPTION PROVIDED BY FIRM | H LCC FEE | I COMMENTS | J Billed Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | April 2006 | $22,734.00 | $15,839.02 | $38,573.02 | OK | $102.00 "Credit" | | $30,858.42 | this invoice looks out of balance but is not. There was $102 credit applied. | |
| 161 | May 2006 | $18,848.50 | $25,723.43 | $44,571.93 | OK | | | $35,657.54 | | |
| 162 | June 2006 | $37,605.50 | $11,676.62 | $49,282.12 | OK | $2,545.85 | 10%DISCOUNT"Credit" ($1268.35) | $39,425.70 | this invoice looks out of balance but is not. There was $1268.35 credit. applied. | |
| 163 | | | | | | | | | | |
| 164 | Totals | $155,137.75 | $119,181.89 | $274,274.34 | | | | $219,419.47 | | $274,274.34 |
| 165 | | | | | | | | | | |
| 166 | | | | | | | | | | |
| 167 | **Steven Hall and Partners** | | | | | | | | | |
| 168 | February 2006 | $309,616.16 | $0.00 | $309,616.16 | ok | | | $247,692.93 | | |
| 169 | March 2006 | $173,305.00 | $0.00 | $173,305.00 | ok | | | $138,644.00 | | |
| 170 | May 2006 | $24,660.00 | $0.00 | $24,660.00 | ok | | | $19,728.00 | | |
| 171 | June 2006 | $83,773.75 | $0.00 | $83,773.75 | ok | | | $67,019.00 | | |
| 172 | July 2006 | $52,510.00 | $0.00 | $52,510.00 | ok | | | $42,008.00 | | |
| 173 | August 2006 | $41,260.00 | $0.00 | $41,260.00 | ok | | | $33,008.00 | | |
| 174 | Totals | $685,124.91 | $0.00 | $685,124.91 | | | | $548,099.93 | | $685,124.91 |
| 175 | | | | | | | | | | |
| 176 | **Togut Segal & Segal LLP** | | | | | | | | | |
| 177 | January 2006 | $246,331.00 | $3,619.03 | $249,950.03 | ok | | $238.50 Line Item Credit | $199,960.02 | | |
| 178 | February 2006 | $280,596.50 | $3,625.90 | $284,222.40 | ok | | | $227,377.92 | | |
| 179 | March 2006 | $328,794.50 | $5,166.53 | $333,961.03 | ok | | | $267,168.82 | | |
| 180 | April 2006 | $217,441.50 | $3,644.70 | $221,086.20 | ok | | | $176,868.96 | | |
| 181 | May 2006 | $220,126.50 | $1,502.95 | $221,629.45 | ok | | | $177,303.56 | | |
| 182 | June 2006 | $256,264.00 | $2,024.59 | $258,288.59 | ok | | | $206,630.87 | | |
| 183 | July 2006 | $182,678.50 | $2,175.02 | $184,853.52 | ok | | | $147,882.82 | | |
| 184 | August 2006 | $208,623.50 | $1,383.96 | $210,007.46 | ok | | | $168,005.97 | | |
| 185 | Totals | $1,940,856.00 | $23,142.68 | $1,963,998.68 | | | | $1,571,198.94 | | $1,963,998.68 |
| 186 | | | | | | | | | | |
| 187 | | | | | | | | | | |
| 188 | | | | | | | | | | |
| 189 | | | | | | | | | | |

| | A | B FEES | C EXPENSES | D TOTAL | E RETAINER APPLIED AMOUNT | F DISCOUNT - WRITE OFF AMOUNT | G DISCOUNT/WRITE OFF DESCRIPTION PROVIDED BY FIRM | H LCC FEE | I COMMENTS | J Billed Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 90 | | | | | | | | | | |
| 191 | | | | | | | | | Totals | $26,744,012.66 |
| 192 | | | | | | | | | Amount Due LCC | $213,952.10 |

# EXHIBIT "2"

# NOVEMBER 2006

# LCC'S FOURTH MONTHLY STATEMENT - NOVEMBER 06

| Client | FEES | EXPENSES | TOTAL | DISCOUNT - WRITE OFF AMOUNT | DISCOUNT - WRITE OFF DISCRIPTION | LCC FEE | BILLED TOTALS |
|---|---|---|---|---|---|---|---|
| **Blake, Cassels and Graydon LLP** | | | | | | | |
| September 2006 | $25,603.00 | $343.55 | $25,946.55 | | | | |
| **TOTALS** | **$25,603.00** | **$343.55** | **$25,946.55** | | | $207.57 | $25,946.55 |
| | | | | | | | |
| **Butzel, Long** | | | | | | | |
| October 2006 | $133,728.84 | $3,008.12 | $136,736.96 | Line item credits totaled $784.20 | | $1,093.90 | $136,736.96 |
| **TOTALS** | **$133,728.84** | **$3,008.12** | **$136,736.96** | | | | |
| | | | | | | | |
| **Deloitte and Touche LLP** | | | | | | | |
| August 2006 | $212,609.50 | $0.00 | $212,609.50 | $42,521.90 per engagement letter | | | |
| September 2006 | $23,596.00 | $0.00 | $23,596.00 | | | | |
| **TOTALS** | **$236,205.50** | **$0.00** | **$236,205.50** | | | $1,889.64 | $236,205.50 |
| | | | | | | | |
| **Dickinson Wright PLLC** | | | | | | | |
| May 2006 | $66,733.00 | $5,428.47 | $72,161.47 | | | | |
| **TOTALS** | **$66,733.00** | **$5,428.47** | **$72,161.47** | | | $577.29 | $72,161.47 |
| | | | | | | | |
| **Ernst & Young LLP** | | | | | | | |
| April 2006 | $175,478.00 | $56,180.00 | $231,658.00 | | | | |
| August 2006 | $318,312.00 | $14,480.00 | $332,792.00 | | | | |
| **TOTALS** | **$493,790.00** | **$70,660.00** | **$564,450.00** | | | $4,515.60 | $564,450.00 |
| | | | | | | | |
| **FTI Consulting, Inc.** | | | | | | | |
| September 2006 | $2,384,810.06 | $155,574.67 | $2,540,384.73 | $213,969.00 | Fee Accomodation | | |
| **TOTALS** | **$2,384,810.06** | **$155,574.67** | **$2,540,384.73** | | | $20,323.08 | $2,540,384.73 |
| | | | | | | | |
| **Groom Law Group** | | | | | | | |

**Howard and Howard Attorneys, P.C.**

| Period | | | | |
|---|---|---|---|---|
| December 2005 | $74,244.50 | $4,214.65 | $78,459.15 | $1,592.75 10% Discount (2 invoices) |
| January 2006 | $37,228.00 | $273.85 | $37,501.85 | $3,764.30 10% Discount |
| July 2006 | $47,718.90 | $1,340.59 | $49,059.49 | $5,302.10 10% Discount |
| TOTALS | $159,191.40 | $5,829.09 | $165,020.49 | $1,320.16 | $165,020.49 |

**KPMG LLP**

| Period | | | | |
|---|---|---|---|---|
| Sep-06 | $48,311.50 | $3,255.68 | $51,567.18 | |
| October 2006 | $40,157.50 | $3,978.89 | $44,136.39 | |
| TOTALS | $88,469.00 | $7,234.57 | $95,703.57 | $765.63 | $95,703.57 |

**Latham and Watkins LLP**

| Period | | | | |
|---|---|---|---|---|
| September 2006 | $18,651.00 | $0.00 | $18,651.00 | LCC reviewed fees of $18,651.00 and expenses of $3,325.00. LCC did not review or charge for review of the "flat fee" charges. | $149.21 | $18,651.00 |
| TOTALS | $18,651.00 | $0.00 | $18,651.00 | | $149.21 | $18,651.00 |

**Mesirow Financial Consulting, LLC**

| Period | | | | |
|---|---|---|---|---|
| September 2006 | $742,937.50 | $34,151.21 | $777,088.71 | LCC reviewed $34,151.21 in expenses. The firm provided line item expense credits of $737.98. | $6,216.71 | $777,088.71 |
| TOTALS | $742,937.50 | $34,151.21 | $777,088.71 | | $6,216.71 | $777,088.71 |

| TOTALS | $447,796.00 | $2,627.00 | $450,423.00 | | $3,603.38 | $450,423.00 |

| | | | | Notes | | |
|---|---|---|---|---|---|---|
| **O Melveny & Myers LLP** | | | | | | |
| September 2006 | $109,155.25 | $64,069.56 | $173,224.81 | | | |
| TOTALS | $109,155.25 | $64,069.56 | $173,224.81 | | $1,385.80 | $173,224.81 |
| **Price, Heneveld, Cooper, DeWitt and Litton, LLP** | | | | | | |
| September 2006 | $44,371.00 | $2,917.72 | $47,288.72 | | | |
| TOTALS | $44,371.00 | $2,917.72 | $47,288.72 | | $378.31 | $47,288.72 |
| **Shearman and Sterling LLP** | | | | | | |
| October 2006 | $62,414.50 | $2,942.14 | $65,356.64 | | | |
| TOTALS | $62,414.50 | $2,942.14 | $65,356.64 | | $522.85 | $65,356.64 |
| **Skadden Arps Slate Meagher & Flom LLP** | | | | | | |
| June 2006 | $3,313,102.00 | $413,102.70 | $3,726,204.70 | Line item credits totalled $22,752.70 | | |
| August 2006 | $2,525,670.00 | $181,570.00 | $2,707,240.00 | Line item credits of $4,993.99. | | |
| September 2006 | $2,082,051.00 | $132,681.58 | $2,214,732.58 | Line item expense credits of $4,719.58 | | |
| October 2006 | $2,619,466.00 | $108,300.97 | $2,727,766.97 | Line item expense credits of $378.97 | | |
| TOTALS | $10,587,614.95 | $841,955.49 | $11,429,570.44 | | $91,436.56 | $11,429,570.44 |
| **Steven Hall and Partners** | | | | | | |
| August 2006 | $33,885.00 | $0.00 | $33,885.00 | | | |
| September 2006 | $52,162.50 | $0.00 | $52,162.50 | | | |
| TOTALS | $86,047.50 | $0.00 | $86,047.50 | | $688.38 | $86,047.50 |

| Firm / Period | | | | TOTAL | TOTAL FEES | TOTAL LCC FEE |
|---|---|---|---|---|---|---|
| **Thompson Hine and Flory, LLP** | | | | | | |
| September 2006 | $7,456.50 | $3,899.20 | $11,355.70 | | | |
| **TOTALS** | $7,456.50 | $3,899.20 | $11,355.70 | $90.85 | | $11,355.70 |
| **Togut, Segal & Segal LLP** | | | | | | |
| October 2005 | $115,321.50 | $167.24 | $115,488.74 | | | |
| November 2005 | $216,932.00 | $6,762.09 | $223,694.09 | | | |
| December 2005 | $206,957.50 | $3,982.79 | $210,940.29 | | | |
| September 2005 | $134,211.50 | $881.56 | $135,093.06 | | | |
| September 2006 | | | | | | |
| **TOTALS** | $674,744.50 | $11,793.68 | $686,538.18 | | $5,492.31 | $686,538.18 |
| **TOTAL** | | | | | | $140,657.23 |
| **TOTAL FEES** | | | | | | $17,582,163.97 |
| **TOTAL LCC FEE** | | | | | | $140,657.23 |

# EXHIBIT "3"

# DECEMBER 2006

## LCC'S FIFTH MONTHLY STATEMENT - DECEMBER 06

| | FEES | EXPENSES | TOTAL | DISCOUNT-WRITE OFF AMOUNT | DISCOUNT - WRITE OFF DISCRIPTION | LCC FEE | BILLED TOTALS |
|---|---|---|---|---|---|---|---|
| **Blake, Cassels and Graydon LLP** | | | | | | | |
| October 2006 | 89668.5 (CAD) | 506.44(CAD) | | | Note: column D for Blake represents the conversion from "CAD" to "USD" | | |
| | $82,729.30 | | $82,729.30 | | | $661.83 | $82,729.30 |
| Sub-Total for Firm - CDN | 89668.5(CAD) | 506.44(CAD) | $82,729.30 | | | | |
| **Buck Consultants** | | | | | | | |
| June | $93,189.00 | $0.00 | $93,189.00 | | | | |
| July | $12,528.00 | $0.00 | $12,528.00 | | | | |
| August 2006 | $15,680.00 | $0.00 | $15,680.00 | | | | |
| September 2006 | $3,616.00 | $0.00 | $3,616.00 | | | | |
| October 2006 | $4,936.00 | $0.00 | $4,936.00 | | | | |
| Sub-Total for Firm | $129,949.00 | $0.00 | $129,949.00 | | | $1,039.59 | $129,949.00 |
| **Butzel, Long** | | | | | | | |
| September 2006 | $119,419.70 | $849.39 | $120,269.09 | | | | |
| Sub-Total for Firm | $119,419.70 | $849.39 | $120,269.09 | | | $962.15 | $120,269.09 |
| **Cadwalader, Wickersham, and Taft, LLP** | | | | | | | |
| August 2006 | $11,120.00 | $462.91 | $11,582.91 | | | | |
| September 2006 | $1,995.00 | $9.15 | $2,004.15 | | | | |
| Sub-Total for Firm | $13,115.00 | $472.06 | $13,587.06 | | | $108.70 | $13,587.06 |
| **Cantor Colburn, LLP** | | | | | | | |
| September 2006 | $292,547.00 | $48,641.14 | $341,188.14 | | | | |
| Sub-Total for Firm | $292,547.00 | $48,641.14 | $341,188.14 | | | $2,729.51 | $341,188.14 |
| **Covington and Burling LLP** | | | | | | | |
| August 2006 | $38,719.50 | $1,211.87 | $39,931.37 | | | | |

| Firm / Month | Date | Fees | Expenses | Total | Notes | | Sub-Total |
|---|---|---|---|---|---|---|---|
| September 2006 | | $171,765.00 | | $9,121.57 | $180,886.57 | one of the data files for Sept is short by $2,551.60. LCC only bills for the amount reviewed. | |
| October 2006 | Oct-06 | $62,387.50 | $3,857.32 | $66,244.82 | | $2,296.50 | |
| Sub-Total for Firm | | $272,872.00 | $14,190.76 | $287,062.76 | | | $287,062.76 |
| **Dickinson Wright PLLC** | | | | | | | |
| November 2006 | | $16,268.00 | $993.24 | $17,261.24 | | $138.09 | |
| Sub-Total for Firm | | $16,268.00 | $993.24 | $17,261.24 | | | $17,261.24 |
| **Ernst & Young LLP** | | | | | | | |
| June 2006 | | $370,459.00 | $45,962.00 | $416,421.00 | | | |
| September 2006 | | $460,809.20 | $15,705.00 | $476,514.20 | | $7,143.48 | |
| Sub-Total for Firm | | $831,268.20 | $61,667.00 | $892,935.20 | | | $892,935.20 |
| **Elliot, Frank, Harris, Shriver & Jacobson** | | | | | | | |
| | Oct-06 | $573,284.50 | $26,875.78 | $600,160.28 | | $4,801.28 | |
| Sub-Total for Firm | | $573,284.50 | $26,875.78 | $600,160.28 | | | $600,160.28 |
| **FTI Consulting, Inc.** | | | | | | | |
| October 2006 | | $2,214,727.00 | $192,715.84 | $2,407,442.84 | $172,921.00 Fee Accommodation | $19,259.54 | |
| Sub-Total for Firm | | $2,214,727.00 | $192,715.84 | $2,407,442.84 | | | $2,407,442.84 |
| **Groom Law Group** | | | | | | | |
| September 2006 | | $16,470.50 | $925.83 | $17,396.33 | fee statement = $20,507.50 fees - $1,408.89 expenses. The data file totals the amounts in column b,c,&d. LCC only bills on the amount received and reviewed | | |
| | Oct-06 | $23,246.00 | $132.51 | $23,378.51 | | | |

| | | Fees | Expenses | | | Total |
|---|---|---:|---:|---:|---:|---:|
| **Sub-Total for Firm** | | $39,716.50 | $1,058.34 | | $326.20 | $40,774.84 |
| **Jaeckle, Fleischmann and Mugel, LLP** | Oct-06 | | | | | |
| October 2006 | | $49,535.00 | $12,760.03 | $62,295.03 | | |
| November 2006 | | $54,050.00 | $8,015.29 | $62,065.29 | | |
| **Sub-Total for Firm** | | $103,585.00 | $20,775.32 | $124,360.32 | $994.88 | $124,360.32 |
| **Jefferies and Company** | | | | | | |
| October 2006 | | $0.00 | $7,716.57 | $7,716.57 | | |
| November 2006 | | $0.00 | $10,168.90 | $10,168.90 | | |
| December 2006 | | $0.00 | $2,147.34 | $2,147.34 | | |
| **Sub-Total for Firm** | | $0.00 | $20,032.81 | $20,032.81 | $160.26 | $20,032.81 |
| **KPMG LLP** | | | | | | |
| October 2006 | | $70,108.00 | $1,370.68 | $71,478.68 | | |
| **Sub-Total for Firm** | | $70,108.00 | $1,370.68 | $71,478.68 | $571.83 | $71,478.68 |
| **Latham and Watkins LLP** | | | | | | |
| October 2006 | | $719,011.50 | $56,113.93 | $775,125.43 | | |
| **Sub-Total for Firm** | | $719,011.50 | $56,113.93 | $775,125.43 | $6,201.00 | $775,125.43 |
| **Mayer, Brown, Rowe & Maw LLP** | | | | | | |
| September 2006 | | $268,302.50 | $452.59 | $268,755.09 | | |
| **Sub-Total for Firm** | | $268,302.50 | $452.59 | $268,755.09 | $2,150.04 | $268,755.09 |
| **Quinn, Emanuel Urquhart, Oliver and Hedges LLP** | | | | | | |
| August 2006 | | $162.00 | $328.97 | $490.97 | | |
| September 2006 | | $335.50 | $24.63 | $360.13 | | |
| **Sub-Total for Firm** | | $497.50 | $353.60 | $851.10 | $6.81 | $851.10 |

| Firm / Month | Fees | Expenses | Total | LCC Fee | Firm Total |
|---|---|---|---|---|---|
| **Rothschild Inc** | | | | | |
| June 2006 | $0.00 | $52,607.43 | $52,607.43 | | |
| August 2006 | $0.00 | $87,794.72 | $87,794.72 | | |
| September 2006 | $0.00 | $44,818.25 | $44,818.25 | | |
| **Sub-Total for Firm** | **$0.00** | **$185,220.40** | **$185,220.40** | **$1,481.76** | **$185,220.40** |
| **Skadden Arps Slate Meagher & Flom LLP** | | | | | |
| July 2006 | $2,159,966.00 | $150,673.64 | $2,312,963.28 | | |
| **Sub-Total for Firm** | **$2,159,966.00** | **$150,673.64** | **$2,312,963.28** | **$18,503.71** | **$2,312,963.28** |
| **Thompson Hine and Flory, LLP** | | | | | |
| October 2006 | $40,751.50 | $1,297.06 | $42,048.56 | | |
| November 2006 | $35,379.00 | $1,415.50 | $36,794.50 | | |
| **Sub-Total for Firm** | **$76,130.50** | **$2,712.56** | **$78,843.06** | **$630.74** | **$78,843.06** |
| **Warner Stevens, LLP** | | | | | |
| June 2006 | $50,172.50 | $4,822.37 | $54,994.87 | | |
| July 2006 | $29,971.50 | $2,983.72 | $32,955.22 | | |
| August 2006 | $25,142.50 | $2,042.08 | $27,184.58 | | |
| September 2006 | $33,066.00 | $196.31 | $33,262.31 | | |
| **Sub-Total for Firm** | **$138,352.50** | **$10,044.48** | **$148,396.98** | **$1,187.18** | **$148,396.98** |
| **Wilmer, Cutler, Pickering, Hale and Dorr LLP** | | | | | |
| November 2005 | $221,303.00 | $1,785.07 | $223,088.07 | | |
| December 2005 | $62,971.00 | $1,610.80 | $64,581.80 | | |
| February 2006 | $51,699.50 | $1,831.16 | $53,530.66 | | |
| March 2006 | $61,918.50 | $324.31 | $62,242.81 | | |
| April 2006 | $125,367.50 | $1,442.27 | $126,809.77 | | |
| May 2006 | $60,582.50 | $4,606.85 | $65,189.35 | | |
| June 2006 | $31,930.50 | $4,115.82 | $36,046.32 | | |
| July 2006 | $20,248.75 | $510.65 | $20,759.40 | | |
| **Sub-Total for Firm** | **$636,021.25** | **$16,226.93** | **$652,248.18** | **$5,217.99** | **$652,248.18** |
| **TOTAL FEES** | | | | | **$8,579,588.49** |
| **TOTAL LCC FEE** | | | | | **$68,636.71** |

# EXHIBIT "4"

# JANUARY 2007

# LCC'S SIXTH MONTHLY FEES STATEMENT - JANUARY 07

| | EXPENSES | TOTAL | DISCOUNT - WRITE OFF AMOUNT | DISCOUNT - WRITE OFF DISCRIPTION | LCC FEE | BILLED TOTALS |
|---|---|---|---|---|---|---|
| **Banner and Witcoff, Ltd** | | | | | | |
| June 2006 | $14,075.00 | $14,813.83 | | | | |
| July 2006 | $9,969.50 | $10,004.00 | | | | |
| September 2006 | $17,401.00 | $17,549.63 | | | | |
| October 2006 | $13,421.50 | $13,422.49 | | | | |
| November 2006 | $39,909.50 | $39,934.84 | | | | |
| December 2006 | $23,968.00 | $24,397.19 | | | | |
| **Sub-Total for Firm** | $118,744.50 | $120,121.98 | | | $960.98 | $120,121.98 |
| **Blake, Cassels and Graydon LLP** | | | | | | |
| November 2006 | $34,617.00 | $35,709.77 | | | | |
| **Sub-Total for Firm** | $34,617.00 | $35,709.77 | | | $285.68 | $35,709.77 |
| **Bugel, Long** | | | | | | |
| November 2006 | $93,257.97 | $94,690.24 | | | | |
| **Sub-Total for Firm** | $93,257.97 | $94,690.24 | | | $757.52 | $94,690.24 |
| **Covington and Burling LLP** | | | | | | |
| November 2006 | $57,426.00 | $58,802.76 | | | | |
| **Sub-Total for Firm** | $57,426.00 | $58,802.76 | | | $470.42 | $58,802.76 |
| **DLA Piper US LLP** | | | | | | |
| October 2005 | $6,446.50 | $6,676.05 | | | | |
| November 2005 | $8,659.00 | $8,664.40 | | | | |
| December 2005 | $4,572.50 | $4,572.50 | | | | |
| January 2006 | $11,713.00 | $12,016.90 | | | | |
| February 2006 | $14,734.50 | $14,735.70 | | | | |
| March 2006 | $43,548.00 | $44,705.10 | | | | |
| April 2006 | $24,962.00 | $25,113.20 | | | | |
| May 2006 | $68,065.25 | $68,409.95 | | | | |
| June 2006 | $89,228.00 | $90,627.23 | | | | |
| July 2006 | $108,549.50 | $111,950.80 | | | | |
| August 2006 | $18,285.50 | $20,995.64 | | | | |
| September 2006 | $1,973.50 | $2,151.14 | | | | |
| November 2006 | $22,080.50 | $25,804.64 | | | | |

EXPENSES column values:

| | EXPENSES |
|---|---|
| **Banner and Witcoff, Ltd** | |
| June 2006 | $738.83 |
| July 2006 | $34.50 |
| September 2006 | $148.63 |
| October 2006 | $0.99 |
| November 2006 | $25.34 |
| December 2006 | $429.19 |
| **Sub-Total for Firm** | $1,377.48 |
| **Blake, Cassels and Graydon LLP** | |
| November 2006 | $1,092.77 |
| **Sub-Total for Firm** | $1,092.77 |
| **Bugel, Long** | |
| November 2006 | $1,432.27 |
| **Sub-Total for Firm** | $1,432.27 |
| **Covington and Burling LLP** | |
| November 2006 | $1,376.76 |
| **Sub-Total for Firm** | $1,376.76 |
| **DLA Piper US LLP** | |
| October 2005 | $229.55 |
| November 2005 | $5.40 |
| December 2005 | $0.00 |
| January 2006 | $303.90 |
| February 2006 | $1.20 |
| March 2006 | $1,157.10 |
| April 2006 | $151.20 |
| May 2006 | $344.70 |
| June 2006 | $1,399.23 |
| July 2006 | $3,401.30 |
| August 2006 | $2,710.14 |
| September 2006 | $177.64 |
| November 2006 | $3,724.14 |

| | Fees | Expenses | Total | | Net Total |
|---|---|---|---|---|---|
| Sub-Total for Firm | $422,817.75 | $13,605.50 | $436,423.25 | $3,491.39 | $436,423.25 |
| **Ernst & Young LLP** | | | | | |
| May 2006 | $173,596.60 | $18,575.00 | $192,171.60 | | |
| Sub-Total for Firm | $173,596.60 | $18,575.00 | $192,171.60 | $1,537.37 | $192,171.60 |
| **Fried, Frank, Harris, Shriver & Jacobson** | | | | | |
| November 2006 | $520,832.00 | $13,289.16 | $534,121.16 | | |
| Sub-Total for Firm | $520,832.00 | $13,289.16 | $534,121.16 | $4,272.97 | $534,121.16 |
| **FTI Consulting, Inc.** | | | | | |
| November 2006 | $1,676,423.76 | $141,938.97 | $1,818,362.73 | | |
| Sub-Total for Firm | $1,676,423.76 | $141,938.97 | $1,818,362.73 | $14,546.90 | $1,818,362.73 |
| **Bloom Law Group** | | | | | |
| November 2006 | $29,390.50 | $1,026.47 | $30,416.97 | $2,939.05 10% fee discount / fees billed are $26,451.45 | |
| December 2006 | $5,273.50 | $1,695.09 | $6,968.59 | $527.35 10% fee discount / fees billed are $4746.15 | |
| Sub-Total for Firm | $34,664.00 | $2,721.56 | $37,385.56 | $299.08 | $37,385.56 |
| **Howard and Howard Attorneys, P.C.** | | | | | |
| December 2006 | $29,614.00 | $4,260.09 | $33,874.09 | | |
| Sub-Total for Firm | $29,614.00 | $4,260.09 | $33,874.09 | $270.99 | $33,874.09 |
| **Jones Lang LaSalle** | | | | | |
| November 2006 | $63,243.26 | $0.00 | $63,243.26 | | |
| December 2006 | $69,151.66 | $740.04 | $69,891.70 | | |
| Sub-Total for Firm | $132,394.92 | $740.04 | $133,134.96 | $1,065.08 | $133,134.96 |

| Firm / Month | | | | | |
|---|---|---|---|---|---|
| **KPMG LLP** | | | | | |
| November 2006 | $1,900,366.60 | $142,821.46 | $2,043,188.06 | $689,184.20 Firm billed client $1,211,182.40 in fees due to "Adjusted Discounted Fees" See Exhibit A in fee statement. ("Voluntary Reduction in Fee Preparation" = $56,274.10; "Agreed upon rate discount" = $632,910.10.) | $15,970.54 | $1,996,318.06 |
| **Sub-Total for Firm** | **$1,853,496.60** | **$142,821.46** | **$1,996,318.06** | | **$15,970.54** | **$1,996,318.06** |
| **Latham and Watkins LLP** | | | | | |
| November 2006 | $791,322.00 | $36,856.54 | $828,178.54 | | $6,625.43 | $828,178.54 |
| **Sub-Total for Firm** | **$791,322.00** | **$36,856.54** | **$828,178.54** | | **$6,625.43** | **$828,178.54** |
| **Mesirow Financial Consulting, LLC** | | | | | |
| November 2006 | $288,583.00 | $11,665.00 | $300,248.00 | $4,110.00 Firm billed client $284,473 for fees. This is due to a reduction of $4,110 for Less Travel time @ 1/2 billing rates. | $2,401.98 | $300,248.00 |
| **Sub-Total for Firm** | **$288,583.00** | **$11,665.00** | **$300,248.00** | | **$2,401.98** | **$300,248.00** |
| **Rader Fishman and Grauer LLP** | | | | | |
| July 2006 | $38,000.00 | $25,241.03 | $63,241.03 | | | |
| August 2006 | $40,691.00 | $25,026.02 | $65,717.02 | | | |

| Period | | | | | | |
|---|---|---|---|---|---|---|
| September 2006 | $51,433.00 | | | | | |
| Sub-Total for Firm | $130,124.00 | $26,414.87 | $77,847.87 | $206,805.92 | $1,654.45 | $206,805.92 |
| **Rothschild Inc** | | | | | | |
| July 2006 | | | | $45,287.89 | | |
| Sub-Total for Firm | $0.00 | | | $45,287.89 | $362.30 | $45,287.89 |
| **Shearman and Sterling LLP** | | | | | | |
| September 2006 | $67,575.00 | $3,067.04 | $70,642.04 | $45,287.89 | | |
| December 2006 | $69,487.70 | $3,184.21 | $72,671.91 | $45,287.89 | | |
| Sub-Total for Firm | $96,818.00 | $5,392.85 | $102,210.85 | | $817.69 | $102,210.85 |
| **Thompson Hine and Flory, LLP** | | | | | | |
| October 2005 | $6,747.00 | $918.03 | $7,665.03 | | | |
| November 2005 | $22,413.00 | $2,309.55 | $24,722.55 | | | |
| December 2005 | $21,290.00 | $8,324.70 | $29,614.70 | | | |
| January 2006 | $32,283.00 | $4,529.30 | $36,812.30 | | | |
| February 2006 | $37,440.50 | $3,836.75 | $41,277.25 | | | |
| March 2006 | $23,959.00 | $5,046.11 | $29,005.11 | | | |
| April 2006 | $13,199.00 | $1,908.18 | $15,107.18 | | | |
| May 2006 | $23,227.00 | $2,327.60 | $25,554.60 | | | |
| June 2006 | $22,943.50 | $5,163.45 | $28,106.95 | | | |
| July 2006 | $12,354.75 | $4,515.90 | $16,870.65 | | | |
| August 2006 | $12,456.50 | $1,185.65 | $13,642.15 | | | |
| December 2006 | $27,989.50 | $1,669.14 | $29,658.64 | | | |
| Sub-Total for Firm | $256,302.75 | $41,734.36 | $298,037.11 | | $2,384.30 | $298,037.11 |
| **Wilmer, Cutler, Pickering, Hale and Dorr LLP** | | | | | | |
| **Togut, Segal & Segal LLP** | | | | | | |
| October 2006 | $122,139.50 | $486.19 | $122,625.69 | | | |
| Sub-Total for Firm | $122,139.50 | $486.19 | $122,625.69 | | $981.01 | $122,625.69 |
| January 2006 | $61,478.50 | $1,411.92 | $62,890.42 | | | |
| August 2006 | $6,757.50 | $499.15 | $7,256.65 | | | |
| September 2006 | $17,767.50 | $222.87 | $17,990.37 | | | |
| December 2006 | $20,712.50 | $730.04 | $21,442.54 | | | |
| Sub-Total for Firm | $106,716.00 | $2,863.98 | $109,579.98 | | $876.64 | $109,579.98 |

| | TOTAL FEES | $7,194,765.39 |
| | TOTAL LCC FEE | $57,558.12 |