## Hayes Brake / Delphi Action Item List

| # | Date Opened | Category | O/C | Original Due Date | Revised Due Date | Date Closed | Priority | Action Item | Update | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| 289 | 30-Jun-04 | Motorcycle | C | | | | | ADAMS Training | 6/30/04 - Agreement specifically calls out ADAMS training. Hayes is working to get updated software prior to taking advantage of Rich K's group. | Kowalczyk |
| 290 | 30-Jun-04 | Motorcycle | C | | | 3-Feb-05 | | Training for a new reliability engineering position at Hayes | 2/3/05 - Closed, covered under manufacturing item #56.
10/21/04 - Can Delphi send a reliability engineer to visit HB and make suggestions for improvement.
10/7/04 - Russ to work on making someone available for training in Dayton.
9/15/04 - Looking at late October date (week of 10/18 or 10/25). OK with Hayes? | Hegwood |
| 291 | 30-Jun-04 | Motorcycle | C | | | 3-Feb-05 | | Develop a component test strategy to improve confidence in product reliability | 2/3/05 - Closed, covered under manufacturing item #56.
10/21/04 - Need a HB contact name for this topic.
10/7/04 - Provide examples of validation plans to compare/contrast. Develop a future test plan.
6/30/04 - Test design - Can we help them develop a component test strategy to improve confidence in product reliability. They like our MEOST concept | Elliott / Ha Dao |
| 292 | 26-Jul-04 | Motorcycle | C | | | 18-Nov-04 | | Evaluate noise propensity on new Hayes rotor designs | 10/25/04 - Sent Shih-Wei's analysis results to Korey.
10/21/04 - Shih-Wei expects to have results by 10/22.
9/16/04 - Requested timing information from Shih-Wei.
9/9/04 - Greg returning to school. Shih-Wei to take | Kung |
| 293 | 5-Aug-04 | Manufacturing | C | | | | | Performance Indicators | 10/7/04 - Forwarded to Russ.
9/15/04 - Asked Julie Hatton for the templates.
8/5/04 - Can Delphi share examples of the key performance indicators that are posted on the walls in various tech centers. Also examples of engineering measurements. | Elliott |
| 294 | 5-Aug-04 | Manufacturing | C | | | 7-Oct-04 | | Cartridge master cylinder optimization | 10/7/04 - HB is working out issues through the ME group. Will re-open if required.
8/5/04 - Hayes MBMR project is still having issues getting tooling that works (drawing errors to the tool source). - Russ to set up call to discuss progress with ME's and whether follow-up is required. | Dudan |
| 295 | 5-Aug-04 | Motorcycle | C | | | 18-Nov-04 | | Phenolic compatibility discussion (fluid, thermal, vibration, etc) | 11/11/04 - Sent conference call notes and caliper dimensions.
10/27/04 - Held teleconference with HT and Mike Lee.
10/21/04 - plan on Wed PM (10/27)
10/20/04 - Who are the Hayes contacts for this topic?
10/7/04 - Need to suggest a time to get things kicked | Elliott / Chang |
| 296 | 10-Sep-04 | Opportunities | C | | | 18-Nov-04 | | Rear wheel unlocker | 9/14/04 - Sent information slides on RPC.
9/10/04 - Polaris interested in RWAL-type system for ATV | Dudan / Elliott |
| 297 | 26-Sep-04 | ABS | C | | | | | Develop plan to test DOT5 in vehicle | 5/19/04 - DOT5 activity on hold.
3/25/04 - FL Done with Level 3 except hi-co. May want to try while Bryan is in desert.
2/11/04 - Mid march tryout of DOT5 is more realistic based on vehicle test plan.
12/18/03 - February - try out DOT5 on vehicle.
10/21/03 - DOT5 will be evaluated on vehicle (FL) as a part of Fulmer's development plan. | Fulmer |

## Hayes Brake / Delphi Action Item List

| # | Date Opened | Category | O/C | Original Due Date | Revised Due Date | Date Closed | Priority | Action Item | Update | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| 298 | 27-Sep-04 | Opportunities | C | | 3-Mar-05 | 8-Mar-05 | L | Share caliper details for heavy duty off-road application | 3/8 - Pfeifenberger supplied ballpark number yesterday. 3/2/05 - Message to Pfeifenberger about price. 12/8/04 - Elliott to send 3 calipers (2x51, 2x57, 2x60) Con X in March 3-4 calipers that work for delphi - ballpark cost - (500 1000 per year) 10/6/04 - Send layout drawing of the caliper. | J. Elliott |
| 299 | 4-Oct-04 | Opportunities | C | | 17-Mar-05 | 18-Apr-05 | H | Hayes Trailer Sponsorship | 3/17/05 - Steve Pfeifenberger will be shipping the electronics and decals to HB. 3/2/05 - Pfeifenberger has the decals. Working to collect the electronics. 2/3/05 - Pfeifenberger is ok with XM Radio trying to find decals and speakers for the trailer. 1/5/05 - Pfeifenberger is pursuing. 10/21/04 - Monoroo system 2 XM | S. Pfeifenberger |
| 300 | 7-Oct-04 | Technical | C | 31-Dec-04 | 29-Apr-05 | 18-Apr-05 | L | Schedule Brake Training for both Hayes and Harley-Davidson. | 4/7 - Walker and Elliott presented at HB. 3/14 - Booked travel for Apr 6/7 - Elliott to provide schedule and get course materials ready. 3/8 - Asked James if he's still available 3/3 - April 6/7 - 30 people. 3/2/2005 - Week of Apr4 is good for James. 1/7/05 - James Walker willing to assist. Need to set date with HB. | R. Dudan |
| 301 | 7-Oct-04 | ABS | C | | 18-Feb-05 | 18-Feb-05 | M | Demonstrate ABS on an ATV | 2/18/05 - ATV delivered to HB 1/20/05 - Ride at MTS went well with ABS and RPC. Need to try to disable EBS for a better demo. 1/6/04 - ATV will be in Marquette beginning on 1/10 for RPC tuning. 12/8/04 - atv - need to get dates planned with arctic-cat and polaris. Need delivery details for the vehicle 11/18/04 - Does HB have a summary of the rides? | M. Sonnenberg |
| 302 | 7-Oct-04 | ABS | C | | 18-Feb-05 | 18-Feb-05 | M | Demonstrate Snowmobile ABS | 2/18/05 - Snowmobile delivered to HB. 2/3/05 - Expecting all parts at dealer tomorrow. Sonnenberg to rebuild and try out over weekend. Has new software to evaluate. 1/25/05 - Collected sensor data - need new track!!! 1/20/05 - Ride went ok. igh speed ABS isolation issue (speed sensor related) 1/6/05 - Vehicle is built and de-bugged. Going to | M. Sonnenberg |
| 303 | 7-Oct-04 | ABS | C | | | 3-Feb-05 | | ABS Improvements | 2/3/04 - Closed - covered under item #126 1/6/05 - The turf mode tuning isn't the only issue with ABS performance. The engine braking system on the ATP is also causing a lot of wheel slip that can result in stability issues. 11/18/04 - Vehicle returned from Hayes with electrical issues. ABS is functional again. Expect to get data next week. | Elliott / Check |
| 304 | 7-Oct-04 | ABS | C | | | 6-Jan-05 | | ATV Foundation Brake Upgrades | 10/21/04 - Decision by 11/1 10/7/04 - HB foundation brakes on the ATP ? | P. Nelson |
| 305 | 13-Oct-04 | Manufacturing | C | | | 21-Oct-04 | | Delphi opinion of Wineman Technologies | 10/21/04 - Forwarded message from Brian Stainforth and Gene Rousseau (Saginaw Steering Systems.) | Elliott |
| 306 | 13-Oct-04 | Opportunities | C | | | 18-Nov-04 | | Can Delphi share some hub information for potential utility application. | 10/25/04 - Sent spline information to Troy 10/21/04 - Spoke to Steve Baker - reminder. 10/13/04 - Sent e-mail to Sandusky bearing team. 10/13/04 - Can Delphi provide typical hub information to HB | Elliott |

## Hayes Brake / Delphi Action Item List

| # | Date Opened | Category | O/C | Original Due Date | Revised Due Date | Date Closed | Priority | Action Item | Update | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| 301 | 9-Nov-04 | Supply Chain | O | | 11-Mar-05 | | H | Cost modeling of the Cyclone master cylinder | 3/17 - 13.80 with $142k in Taiwan - 14.40 delivered to HB (guaranteed). DPH was 13.75 with $1.5M tools. 13.93 out of HB as incremental volume with $700k tools. 3/3 - HB expecting another quote back on 3/8. HB will contact us next week with more information. 3/3 - Steve supplied material price, but it included ... | S. Pfeifenberger |
| 308 | 9-Nov-04 | Supply Chain | C | 17-Mar-05 | | 8-Mar-05 | L | Can Delphi share information on labor rates | 3/8 - Forwarded response from Steve Davey. 3/2/05 - Again asked Pam for details. 2/3/05 - Asked Attenweiler for details on drum brakes. 1/10/05 - Forwarded cost information from Jimmie. 12/8/04 - Are any components coming back into the US from China? - Truck drums? 12/2/04 - Follow up message to Jimmie | P. Attenweiler |
| | 9-Nov-04 | Supply Chain | O | 18-Feb-05 | | | H | Can Delphi share names of domestic brake component suppliers | 2/23/05 - E-mail reminder to D. Lewis 2/15/05 - Topic discussed during exec review. 2/3/05 - Reminder to D. Lewis 11/9/04 - Delphi to recommend 1-2 suppliers for Hayes to evaluate for each of their commodity categories - L. Sears, Gerry Raasch | D. Lewis |
| 310 | 9-Nov-04 | Supply Chain | O | 28-Feb-05 | | | H | Can Delphi offer any support in leveraging common suppliers | 3/1/05 - Need list from D. Lewis' buyers to evaluate. 11/9/04 - Delphi to compare prices where Delphi and Hayes use the same supplier, see if we can leverage lower prices - L. Sears | D. Lewis |
| 311 | 9-Nov-04 | Supply Chain | C | | | 6-Jan-05 | | Evaluate switch - make recommendations field failures due to corroded contacts | 12/1/04 - Hayes EE to contact John for further discussion. 11/23/04 - Forwarded message from John Layman. 11/22/04 - John Layman's analysis: - Very small switch with fine contacts - What is contact coating (we use Rhodium) - Used to light high current brake lamp? If so, initial | Elliott / Layman |
| 312 | 18-Nov-04 | Off-Road | O | | 30-Jun-05 | | M | Build & Demo ABS on a utility vehicle | 4/18 - Gator to be picked up by Sonnenberg on 4/26 3/17 - Need to target HB tech ride in August. 3/3 - need to discuss push-button park brake also - Elliott to get Baumgartner involved. Deere priorities for technology is zero adj, pb park, RPC, ABS 1/6/05 - New vehicle coming in at the end of Jan (Gator, Prabs, etc) costs on different options | J. Elliott |
| 313 | 5-Dec-04 | ABS | C | | 23-Mar-04 | | | Allman - recommended trip to Dow to talk about DOT 4/5 and ABS usage, properties, repackaging (label - not for use with ABS systems) | 2/5/04 - Forwarded Dow test results to Russ & Bill. 1/22/04 - Message to Gary McIntyre looking for test results. 1/12/04 - Dow Corning fluid foaming test to be run on 1/14. 12/17/03 - Got the DOT specification for fluid by validation. Will run prior to filling brake system | Gary McIntyre (Dow) |
| 314 | 5-Dec-04 | ABS | C | | | | | Altitude simulation | 5/19/04 - DOT5 activity on hold. 3/31/04 - Will begin chamber set-up week of 4/5. 2/16/04 - J. Spong working on test fixture. 1/23/04 - MTS called to calibrate chamber. 12/4/03 - Met with George Kuo about hardware requirements. 11/20/03 - Parts received for vacuum box. - Prints in the model shop. | Elliott |
| 315 | 10-Dec-04 | Bicycle | C | 31-Jan-05 | 10-Feb-05 | 10-Feb-05 | M | Bicycle - rear brake noise investigation | 2/10/05 - Held review with HB. Sent analysis presentation. 2/3/05 - Proposed review on Feb 10, 2:00pm CST. 1/12/05 - Conference call to review status and next steps. 12/10/04 - Bicycle delivered to Dayton. | M. Riehle |

| # | Date Opened | Category | O/C | Original Due Date | Revised Due Date | Date Closed | Priority | Action Item | Update | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Hayes Brake / Delphi Action Item List** | | |
| 316 | 18-Dec-04 | Manufacturing | C | | | 29-Mar-04 | | Can Hayes visit PBR or Ambrake for a tour | 3/29/04 - Message back from Tom Hack. His management denied the request for a tour. I left the offer open if anything changes. 3/25/04 - Follow-up message to Tom 3/2/04 - Spoke to Tom Hack (Ambrake Plant Manager) - he is ok with the visit, but needs to clear it with the board. 2/5/04 - Hayes to discuss if they are willing to | J. Elliott |
| 317 | 18-Dec-04 | ABS | C | | | 23-Mar-04 | | Data comparison | 3/18/04 - Data summarized and presented for FL. 3/11/04 - Fulmer to summarize data for meeting on 3/18. 12/18/03 - TRC Updates - definite improvements over last year. Hi-co as good as before, low-co much better, transitions better. Work on plotting early next year. | Fulmer/ Sonnenberg |
| 318 | 18-Dec-04 | ABS | C | | | 7-Apr-04 | | Fluid compatibility with cars and ABS | 3/26/04 - Ford Postal vehicle was processed down the same line as the Ford Ranger - no special processing. 2/23/04 - Found an internet message that indicates DOT5 was eliminated in 1999 on postal vehicles. 2/17/04 - Message to G. Bellemare at Ford to ask about DOT5. 1/16/04 - Spoke to TIE at GM. Not sure if GM postal | Elliott |
| 319 | 18-Dec-04 | ABS | C | | | | | Hydraulic chamber test in Dayton | 5/19/04 - DOT5 activity on hold. 3/25/04 - How much of a performance degradation will occur due to valve issue. 3/18/04 - First round of DOT5 testing complete & presented to HB and H-D. Need to continue to looking at low temp anomaly 3/11/04 - Dot3 baseline complete, Dot5 to be complete by 3/15 | Cukovecki |
| 320 | 22-Dec-04 | Motorcycle | C | | | 26-Mar-04 | | Brake training class follow-up<br>- vehicle technical specification from GM as (example) of a VTS<br>- Investigate the possibility of brake boost for the front brake for FL using a DBC 7.4 style unit.<br>- Please provide a PPAP worksheet and an example project<br>- answer what "PDE" means on page 7-40 of training | 3/26/04 - Information sent to Russ Dudan. 2/5/04 - BSTS is OK - Elliott to work with Joe Sharp to get an example of a Delphi spec. | Elliott |
| 321 | 6-Jan-05 | Manufacturing | O | 3-Mar-05 | | | L | Problem Solving Tools - Delphi Overview | 4/21 - May 19 is date for Delphi visit. Elliott working to get the right person. 3/17 - Gene to provide some dates by 3/18. 2/4/05 - John is open to giving an I&CIM overview to HB. Need to coordinate a date. 2/2/05 - Message to John Waller to discuss how best to support this. 1/6/05 - Provide an overview of Delphi problem | J. Elliott |
| 322 | 6-Jan-05 | Manufacturing | O | 17-Mar-05 | | | M | Chrome defect reduction effort | 4/21 - Delphi still recommends Shainin RedX method. Hopefully can get a Hayes person trained after the Shainin overview in May. 3/1/05 - J. Waller to present examples of different problem solving methods during visit to HB. 1/6/04 - Hayes would like a person to present an example of a red x project before implementing as a process for future use | H. Dao |
| 323 | 6-Jan-05 | Manufacturing | C | 1-Mar-05 | 2-Mar-05 | | L | Signature Analysis | 3/2/05 - Sent Geist e-mail and magazine article to HB. 1/6/05 - Share information on the Quasar system for finding m/c casting defects. | J. Elliott |
| 324 | 6-Jan-05 | Opportunities | C | 4-Apr-05 | 21-Apr-05 | | L | Electric Brake Options | 4/21 - Close - Hayes wants to pursue disc brake options only. 11/18/04 - We did electric drum brakes for the GM EV-1. Packaging space was tight in the 225mm brake, but we'd be willing to look at a small application. What size drum is most logical to evaluate? | E. Baumgartner |

## Hayes Brake / Delphi Action Item List

| # | Date Opened | Category | O/C | Original Due Date | Revised Due Date | Date Closed | Priority | Action Item | Update | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| 325 | 6-Jan-05 | Opportunities | O | | | | | Electric Park Brake | 2/3/05 - Select meeting time with Ernst Baumgartner. 1/6/05 - self adjusting park brake, p/b park brake - how can HB do a fast track on an e-park that fits their vehicles. | J. Elliott |
| 326 | 21-Jan-05 | Motorcycle | C | 17-Mar-05 | 21-Mar-05 | | M | 2006 Carpe Diem Rear - Noise prevention study | 3/17 - HB to communicate with H-D that we've looked at noise from a theoretical standpoint and dont see any issues. Vehicle and dyno testing to date support the analysis. 3/14/05 - Per Mike and Shih-Wei, not sure if any complex eigenvalue work would be worthwile. Refer to e-mail. | M. Riehle |
| 327 | 21-Jan-05 | Motorcycle | C | 31-Jan-05 | 4-Feb-05 | 17-Mar-05 | M | 2006 Carpe Diem Rear Fade | 3/17 - HD ran vehicle, HB ran dyno data - AI to share data. 2/8/05 - Sent the results of thermal analysis - any follow-up required? 1/21/05 - Received list of 4 cases to use for thermal performance evaluation. Mike Lee to complete by 2/4 1/6/05 - HB to give list of desired iterations | K. Mike Lee |
| 328 | 1-Feb-05 | Manufacturing | C | | | 3-Feb-05 | H | Countdown timers | 2/3/05 - Forwarded info from Jeff Geist to Andre and Gunther. 2/1/05 - Share information on the countdown timers that HB saw in Dayton (Needmore Rd.) | J. Geist |
| 329 | 3-Feb-05 | Powersports | C | 4-Mar-05 | 8-Mar-05 | | L | Determine if Delphi dynos are capable of running at snowmobile speeds for MTB. | 3/2 - Delphi dyno max capability is 2500 RPM on "C" Dyno. Bill Myers recommends Link or Greening test labs to see if they can run faster. 2/3 - normal touring runs at 3000-3500 RPM, max speed (120mph) runs at 6000 RPM | J. Elliott |
| 330 | 2-Mar-05 | Motorcycle | O | 1-Apr-05 | | | M | Predict fuel economy impact of front brake drag on the FL. | 3/21 - Message to Steve Butler to find out H-D sensitivity to mileage and to see if we can predict city impact. 3/17 - What is running time on the bench test, Can Butler estimate city mileage - what is H-D's sensitivity to fuel econ? 3/3 - Use bench test data to predict fuel economy. 3/2 - Forwarded email from Russ to Mike Lee and Steve Butler. | J. Elliott |
| 331 | 3-Mar-05 | Supply Chain | O | 11-Mar-05 | | | H | Open discussion with Fruedenberg to leverage square seal prices. | 3/3 - Moldex quality is the biggest issue. Get a contact name to work with by next week. | D. Lewis |
| 332 | 3-Mar-05 | Supply Chain | O | 11-Mar-05 | | | H | Provide qualified supplier list for bearings | 3/3 - Needed for John Thomas' product development. | D. Lewis |
| 333 | 3-Mar-05 | Technical | O | 4-Apr-05 | | | M | Assess product audit testing to reduce the amount of testing being performed | 3/3 - Need a Delphi reliability engineer to help out. If HB tests a part for x years with no failures, how long should they continue? Does audit need to be on the process control plan. | J. Hegwood |
| 334 | 3-Mar-05 | Off-Road | O | 17-Mar-05 | | | M | Set up discussion about integrating park-brake features on the Deere Gator | 4/21 - Need brake system information on the Deere. Ernst to develop proposal for Aug tech ride. 3/3 - Need to find out what is available for demo, what's realistic for production? (Ryan & John Thomas for discussion on HB side) | E. Baumgartner |
| 335 | 3-Mar-05 | Off-Road | C | 24-Mar-05 | 21-Apr-05 | | M | Ship Gator to Delphi | 4/21 - To be shipped on 4/26 3/17 - Call Ryan to find out if it's available to ship. 3/3 - Elliott to find out if there are any shipments to/from Milwaukee coming up | J. Elliott |

## Hayes Brake / Delphi Action Item List

| # | Date Opened | Category | O/C | Original Due Date | Revised Due Date | Date Closed | Priority | Action Item | Update | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| 336 | 3-Mar-05 | Powersports | O | 17-Mar-05 | | | M | Re-tune sled to get more aggressive braking during ABS. | 4/6 - Polaris demo went very well - follow up? **3/14 - Checkout complete. Much better. Ready for demo to Polaris week of 3/21.** 3/7 - Check sent new cal packages to Sonnenberg. Mark to update sled on 3/10. 3/3 - Elliott to contact Mike Check about possible changes, have Sonnenberg re-flash? 3/3 - Lee mentioned that he'd like more decel. Wasn't obvious until he was following another rider and was being "out-braked" going into turns. | M. Sonnenberg |
| 337 | 3-Mar-05 | Powersports | O | 11-Mar-05 | 1-Apr-05 | | L | Share thermal data on dual disk | 3/3 - John showed some data that indicates some drag on the inboard pad set and disk. Will follow up by sending data. | J. Thomas |
| 338 | 21-Apr-05 | Powersports | O | | | | L | Provide information on cast iron rotor material for dual disk | | J. Elliott |
| 339 | 21-Apr-05 | Opportunities | O | | | | M | Provide assistance on tandem master cylinders design and mfg for an ABS program. | | J. Elliott |
| 340 | | | | | | | | | | |
| 341 | | | | | | | | | | |
| 342 | | | | | | | | | | |
| 343 | | | | | | | | | | |
| 344 | | | | | | | | | | |
| 345 | | | | | | | | | | |
| 346 | | | | | | | | | | |