## DELPHI CORPORATION
Proposed 1st 2007 6-month **Corporate EBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $124.1 | 100% | $124.1 |
| 110% | $211.5 | 105% | $208.1 |
| 120% | $265.5 | 110% | $262.8 |
| 130% | $310.5 | 115% | $308.2 |
| 140% | $350.6 | 120% | $348.5 |
| 150% | $387.4 | 125% | $385.5 |
| 160% | $421.8 | 130% | $420.0 |
| 170% | $454.3 | 135% | $452.6 |
| 180% | $485.3 | 140% | $483.6 |
| 190% | $515.0 | 145% | $513.4 |
| 200% | $545.1 | 150% | $545.1 |



|  | Target | Maximum |
|---|---|---|
| EBITDAR | $124.1 | $545.1 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 1st 2007 6-month **Powertrain OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $124.70 | 100% | $124.70 |
| 110% | $142.85 | 105% | $142.10 |
| 120% | $154.00 | 110% | $153.45 |
| 130% | $163.35 | 115% | $162.85 |
| 140% | $171.65 | 120% | $171.20 |
| 150% | $179.30 | 125% | $178.90 |
| 160% | $186.40 | 130% | $186.05 |
| 170% | $193.15 | 135% | $192.80 |
| 180% | $199.55 | 140% | $199.20 |
| 190% | $205.75 | 145% | $205.40 |
| 200% | $211.95 | 150% | $211.95 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $124.7 | $212.0 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 1st 2007 6-month **Steering OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $40.40 | 100% | $40.40 |
| 110% | $49.40 | 105% | $49.05 |
| 120% | $54.95 | 110% | $54.65 |
| 130% | $59.55 | 115% | $59.35 |
| 140% | $63.70 | 120% | $63.45 |
| 150% | $67.45 | 125% | $67.25 |
| 160% | $71.00 | 130% | $70.80 |
| 170% | $74.35 | 135% | $74.15 |
| 180% | $77.55 | 140% | $77.35 |
| 190% | $80.60 | 145% | $80.40 |
| 200% | $83.65 | 150% | $83.65 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $40.4 | $83.6 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 1st 2007 6-month **Thermal OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $50.30 | 100% | $50.30 |
| 110% | $58.10 | 105% | $57.80 |
| 120% | $62.90 | 110% | $62.65 |
| 130% | $66.90 | 115% | $66.70 |
| 140% | $70.45 | 120% | $70.30 |
| 150% | $73.75 | 125% | $73.55 |
| 160% | $76.80 | 130% | $76.65 |
| 170% | $79.70 | 135% | $79.55 |
| 180% | $82.45 | 140% | $82.30 |
| 190% | $85.10 | 145% | $84.95 |
| 200% | $87.75 | 150% | $87.75 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $50.3 | $87.7 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION

Proposed 1st 2007 6-month **Electronics & Safety OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $281.30 | 100% | $281.30 |
| 110% | $298.75 | 105% | $298.10 |
| 120% | $309.55 | 110% | $309.00 |
| 130% | $318.50 | 115% | $318.05 |
| 140% | $326.55 | 120% | $326.10 |
| 150% | $333.90 | 125% | $333.50 |
| 160% | $340.75 | 130% | $340.40 |
| 170% | $347.25 | 135% | $346.90 |
| 180% | $353.40 | 140% | $353.10 |
| 190% | $359.35 | 145% | $359.00 |
| 200% | $365.35 | 150% | $365.35 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $281.3 | $365.4 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 1st 2007 6-month **Electrical / Electronic Architecture OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $108.10 | 100% | $108.10 |
| 110% | $126.00 | 105% | $125.30 |
| 120% | $137.00 | 110% | $136.45 |
| 130% | $146.20 | 115% | $145.75 |
| 140% | $154.40 | 120% | $153.95 |
| 150% | $161.95 | 125% | $161.55 |
| 160% | $168.95 | 130% | $168.60 |
| 170% | $175.60 | 135% | $175.25 |
| 180% | $181.95 | 140% | $181.60 |
| 190% | $188.00 | 145% | $187.65 |
| 200% | $194.14 | 150% | $194.14 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $108.1 | $194.1 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

## DELPHI CORPORATION
### Proposed 1st 2007 6-month **Product Service Solutions OIBITDAR** AIP Payout Curve

| **Non-DSB** | | **DSB** | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $5.60 | 100% | $5.60 |
| 110% | $10.95 | 105% | $10.75 |
| 120% | $14.20 | 110% | $14.05 |
| 130% | $16.95 | 115% | $16.80 |
| 140% | $19.40 | 120% | $19.25 |
| 150% | $21.65 | 125% | $21.50 |
| 160% | $23.70 | 130% | $23.60 |
| 170% | $25.70 | 135% | $25.60 |
| 180% | $27.60 | 140% | $27.50 |
| 190% | $29.40 | 145% | $29.30 |
| 200% | $31.19 | 150% | $31.19 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $5.6 | $31.2 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 1st 2007 6-month **Automotive Holdings Group OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | ($140.40) | 100% | ($140.40) |
| 110% | ($124.30) | 105% | ($124.95) |
| 120% | ($114.40) | 110% | ($114.90) |
| 130% | ($106.10) | 115% | ($106.55) |
| 140% | ($98.75) | 120% | ($99.15) |
| 150% | ($91.95) | 125% | ($92.35) |
| 160% | ($85.65) | 130% | ($86.00) |
| 170% | ($79.65) | 135% | ($80.00) |
| 180% | ($74.00) | 140% | ($74.30) |
| 190% | ($68.50) | 145% | ($68.80) |
| 200% | ($63.00) | 150% | ($63.00) |



| | Target | Maximum | |
|---|---|---|---|
| OIBITDAR | ($140.4) | ($63.0) | |
| Performance % | 100% | 200% | |
| Payout % | 100% | 200% / 150% DSB | |