**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**COVER SHEET FOR FOURTH FEE AND EXPENSE APPLICATION OF STEVEN HALL & PARTNERS, LLC AS COMPENSATION AND EMPLOYMENT AGREEMENT ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | |
|---|---|
| **Name of Applicant:** | Steven Hall & Partners, LLC |
| **Role in Case:** | Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors |
| **Date of Retention:** | January 10, 2006 (*nunc pro tunc* to November 7, 2005) |
| **Period Covered:** | October 1, 2006 through January 31, 2007 |
| **Current Application** | |
| **Fees Requested:** | $272,442.50 |
| **Expenses Requested:** | $0 |
| **Total Fees and Expenses Requested:** | $272,442.50 |
| **Blended Hourly Rate:** | $524.84 |

**This is a(n):**   X   interim __ final application.

## SECTION I: FEE SUMMARY

|  | To Date | Current Period |
|---|---|---|
| Total Fees Requested: | $1,043,615.00 | $272,442.50 |
| Total Disbursements Requested: | $0.00 | $0.00 |
| Total Fees Previously Allowed: | $974,126.50 | $217,954.00 |
| Total Disbursements Previously Allowed: | $0.00 | $0.00 |
| Total Previously Received by Applicant: | $962,208.50 | $206,036.00 |

## SECTION II: PROFESSIONAL SUMMARY

| Name of Professional | Hourly Rate | Hours Billed | Final Totals |
|---|---|---|---|
| **SENIOR MANAGING DIRECTOR** | | | |
| Pearl Meyer | $950.00 | 119.80 | $113,810.00 |
| **MANAGING DIRECTORS** | | | |
| Joseph Sorrentino | $600.00 / $625.00[1] | 178.20 | $107,250.00 |
| **CONSULTANTS** | | | |
| Michael Sherry | $375.00 | 25.40 | $ 9,525.00 |
| **ASSOCIATES** | | | |
| Ross Adler | $225.00 / $275.00[2] | 147.20 | $ 33,845.00 |
| **ANALYSTS** | | | |
| Jeffrey Hanhan | $200.00 | 26.00 | $ 5,200.00 |
| **INTERNS** | | | |
| Christopher Masterson | $125.00 | 22.50 | $ 2,812.50 |
| **TOTAL HOURS AND FEES** | | 519.10 | $272,442.50 |

---

[1] Billing rate increased to $625 per hour effective January 2, 2007.

[2] Promoted to Associate on January 2, 2007. Billing rate increased to $275 per hour effective January 2, 2007

NY\1128823.2                                                                                   03-29-2007

### SECTION III: COMPENSATION BY PROJECT CATEGORY

|  | Hours Billed | Blended Hourly Rate | Final Totals |
|---|---|---|---|
| Compensation and Employment Agreement Advisory Services | 513.30 | $ 520.03 | $266,932.50 |
| Fee Applications | 5.80 | $ 950.00 | $ 5,510.00 |
| **TOTAL HOURS AND FEES** | **519.10** | **$ 524.84** | **$272,442.50** |

### SECTION IV: EXPENSE SUMMARY

| Expenses | Amount |
|---|---|
| No Expenses Requested[1] | $0.00 |
| **TOTAL** | **$0.00** |

---

[1] Steven Hall did not charge for any expenses during the compensation period.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et al.</u>, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**FOURTH FEE AND EXPENSE APPLICATION OF STEVEN
HALL & PARTNERS, LLC AS COMPENSATION AND
EMPLOYMENT AGREEMENT ADVISOR FOR THE
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

Pursuant to sections 330 and 503(b)(1)(A) of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines" collectively with the Local Guidelines, the "Guidelines"), Steven Hall & Partners, LLC ("Steven Hall"), as Compensation and Employment Agreement Advisors to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Delphi Corporation and its debtor affiliates (collectively, the "Debtors"), respectfully submits this fourth application (the "Application") for allowance of compensation totaling $272,442.50, incurred during the period from October 1, 2006 through January 31, 2007 (the "Compensation Period").

In support of this Application, Steven Hall respectfully represents as follows:

1

NY\1128823.2                                                                                                    03-29-2007

**Background**

1.      On October 8, 2005 (the "Petition Date"), thirty-nine of the above-captioned debtors (the "Debtors") filed with this Court voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, as amended (the "Bankruptcy Code").  On October 14, 2005, three additional Debtors filed voluntary petitions.  The Debtors are continuing in possession of their property and are operating their businesses, as a debtors-in-possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      The Committee was appointed in these cases by the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") on October 17, 2005.

3.      On December 2, 2005, the Official Committee of Unsecured Creditors' filed that certain Application to Retain, Employ and Compensate Steven Hall, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors (the "Retention Application").  On January 10, 2006, this Court entered an order approving the retention of Steven Hall, *nunc pro tunc* to November 7, 2005.

4.      By Order dated November 4, 2005 (the "Administrative Order"), the Court established a procedure for interim compensation and reimbursement of expenses for all professionals in these cases.  In particular, the Administrative Order provides that, absent objection, upon the expiration of twenty days after the service of monthly fee statements, the Debtors are authorized to pay each professional an amount equal to 80 percent of the fees and 100 percent of the expenses requested in their respective monthly fee statements.

5.      Pursuant to the Administrative Order, Steven Hall has served monthly fee statements in these cases for the months of November 2005 through January 2007 (collectively, the "Monthly Statements").  To date, the Debtors have paid Steven Hall $962,208.50 in fees

2

incurred throughout its retention period, of which $206,036 represent fees related to this Compensation Period.

6. By this Application, Steven Hall seeks interim allowance of compensation incurred during the Compensation Period and reflected in Steven Hall's Monthly Statements. Steven Hall also seeks payment of all outstanding holdbacks owing with respect to the Monthly Statements.

7. The supervisory responsibility for Steven Hall's efforts on behalf of the Committee has been undertaken by Pearl Meyer, the Senior Managing Director of Steven Hall.

**Summary of Services Performed During the Compensation Period**

8. As is reflected in the attached Cover Sheet for the Application (the "Cover Sheet"), Steven Hall has rendered 519.10 hours of compensation advisory services in representation of the Committee during the Compensation Period. Based upon the nature of the services rendered, the time required to provide such services, the value of such services to the Committee, and the cost of comparable services in non-bankruptcy cases, Steven Hall believes that the allowed compensation for services rendered to the Committee should be not less than $272,442.50. This total represents 519.10 hours of Steven Hall's professional time, at a blended average hourly rate of $524.84. The hourly rate for each professional who performed services for the Committee during the Compensation Period is set forth in the Cover Sheet.

9. In accordance with the Local Guidelines, a detailed chronological narrative of the time spent, the dates and descriptions of the services rendered, and the identity of the professionals who provided services on behalf of the Committee during the Compensation Period is attached hereto as Exhibit A (the "Billing Detail," which is incorporated herein by reference).[1]

---

[1] Section III of the Cover Sheet contains a summary of Steven Hall's services organized by project category.

3

10. Steven Hall respectfully supplements the Billing Detail with the following summary of services it performed during the Compensation Period.

    a. Advice to the Committee with respect to executive compensation, Key Employee Compensation Plans (KECPs), annual incentives and employment agreements;

    b. Advice to Latham & Watkins, as attorneys for the Committee with respect to executive compensation, KECPs, annual incentives, Change in Control agreements, Change in Control estimated costs and employment agreements;

    c. Research regarding officer compensation, design and cost of KECPs in other comparable bankruptcies;

    d. Research regarding officer compensation, design and cost of compensation programs in other comparable companies;

    e. Preparation for and attendance at meetings with the Committee and Creditors' Sub-Committee; and

    f. Preparation for and attendance at meetings with the Debtors' employees and executive compensation consultant regarding KECP motions.

Steven Hall rendered a total of 513.30 hours and $266,932.50 related to these compensation and employment agreement advisory services.

11. Additionally, with respect to administrative matters during the Compensation Period, Steven Hall rendered a total of 5.80 hours and $5,510.00 in services related to preparing monthly fee statements and the second interim fee application.

## Steven Hall's Charges

12. Steven Hall's hourly rates and fees charged are consistent with the market rate for comparable services by comparable professionals. The hourly rates and fees charged by Steven Hall are the same as those generally charged to, and paid by, Steven Hall's other clients. Indeed, unlike fees paid by most of Steven Hall's clients, due to the "holdback" of fees and the delays inherent in the fee application process, the present value of the fees paid to Steven Hall by the Debtors is less than fees paid monthly by other of Steven Hall's clients. All hours expended by

4

NY\1128823.2                                                                                              03-29-2007

Steven Hall were absolutely necessary. Steven Hall believes that the Billing Detail reflects the actual, fair and reasonable value of the professional expertise provided to the Committee during the Compensation Period.

### Disbursements

13. Steven Hall did not charge for any expenses in connection with service as advisor to the Committee during the Compensation Period. Steven Hall does not build a profit component into its disbursements, and has not charged for Steven Hall's actual out-of-pocket expenses.

### Certification

14. As required by the Guidelines, a certification that the facts set forth in this Application are true and correct, and that this Application complies with the Guidelines, is attached hereto as Exhibit "B."

### Steven Hall is a Disinterested Person and Holds No Adverse Interest

15. All professional services and expenses for which allowance is requested in this Application were performed by Steven Hall on behalf of the Committee and not on behalf of any other entity or person. As set forth in the Affidavit of Pearl Meyer of Steven Hall & Partners Pursuant to Sections 329, 504 and 1103 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, which was previously filed by Steven Hall in these cases: (a) Steven Hall holds neither a claim against, nor an interest in, the Debtors, and no beneficial interest in the Debtors, directly or indirectly, has been acquired or transferred by Steven Hall or for Steven Hall's benefit since the commencement of these cases, (b) Steven Hall represents no interest adverse to the Debtors with respect to matters upon which it is engaged, and (c) Steven Hall is a "disinterested person" under section 101(14) of the Bankruptcy Code.

5

16.    No agreement or understanding exists between Steven Hall and any other person or entity for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

## **Reservation of Rights**

17.    To the extent that charges for services rendered during the Compensation Period are inadvertently excluded from this Application for any reason, Steven Hall hereby reserves the right to request approval and payment of such charges in future fee applications

WHEREFORE, Steven Hall respectfully requests that this Court enter an order: (a) allowing Steven Hall's request for compensation in the sum of $272,442.50 for actual, reasonable and necessary professional services rendered on behalf of the Committee during the Compensation Period, and (b) directing the Debtors to pay to Steven Hall the full amount of such compensation to the extent not already paid.

Dated: New York, New York
       March 29, 2007

STEVEN HALL & PARTNERS, LLC

/s/ Pearl Meyer
Pearl Meyer
645 Fifth Avenue
New York, New York 10022
Tel: (212) 488-5400
Fax: (212) 888-8706
Email: pmeyer @shallpartners.com

Compensation and Employment Agreement
Advisor for the Official Committee of
Unsecured Creditors

7

# EXHIBIT A

## Billing Detail

NY\1128823.2                                                                                                                                          03-29-2007



Summary of Fee Statement for Fourth Fee Application - Delphi Corporation

| Staff Member | Title | October 2006 | November 2006 | December 2006 | January 2007 | Total No. of Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| Pearl Meyer | Senior Managing Director | 50.30 | 55.00 | 11.70 | 2.80 | 119.80 | $950 | $ 113,810.00 |
| Joseph Sorrentino | Managing Director | 43.70 | 66.20 | 55.10 | 13.20 | 178.20 | $600 / $625 (a) | $ 107,250.00 |
| Michael Sherry | Consultant | 15.10 | 10.30 | 0.00 | 0.00 | 25.40 | $375 | $ 9,525.00 |
| Ross Adler | Analyst / Associate (b) | 48.30 | 53.80 | 30.60 | 14.50 | 147.20 | $225 / $275 (b) | $ 33,845.00 |
| Jeffrey Hanhan | Analyst | 14.30 | 11.70 | 0.00 | 0.00 | 26.00 | $200 | $ 5,200.00 |
| Christopher Masterson | Intern | 22.50 | 0.00 | 0.00 | 0.00 | 22.50 | $125 | $ 2,812.50 |
| | Totals: | 194.20 | 197.00 | 97.40 | 30.50 | 519.10 | | $ 272,442.50 |

(a) Billing rate increased to $625 per hour effective January 2, 2007.
(b) Promoted to Associate on January 2, 2007. Billing rate increased to $275 per hour effective January 2, 2007.



Detail of Work Performed - Delphi Corporation

| Staff Member | Date | Description | No. of Hours |
| --- | --- | --- | --- |
| Pearl Meyer | 10/2/06 | Review and analysis of multiple historical surveys re: emergence plans | 4.20 |
| Pearl Meyer | 10/9/06 | Analysis of Watson Wyatt data review | 2.80 |
| Pearl Meyer | 10/12/06 | Review of historical LTI grants and implications for UCC | 2.90 |
| Pearl Meyer | 10/12/06 | Review of Debtor Change in Control agreements and Change in Control plan | 4.60 |
| Pearl Meyer | 10/13/06 | Conference call with Latham & Watkins re: Debtor CIC agreements | 0.50 |
| Pearl Meyer | 10/13/06 | Analysis of LTI elements subject to Change in Control payment | 3.10 |
| Pearl Meyer | 10/20/06 | Analysis of Change in Control components for DSB | 2.80 |
| Pearl Meyer | 10/24/06 | Conference call with Latham & Watkins re: emergence bonus and equity plan proposals | 0.80 |
| Pearl Meyer | 10/24/06 | Draft of report to UCC re: Debtor market position and impact of Emergence Cash Bonus | 4.10 |
| Pearl Meyer | 10/25/06 | Review of Debtor severance policy and associated costs | 3.70 |
| Pearl Meyer | 10/26/06 | Review of Debtor marketpricing and analysis of Emergence Cash Bonus impact | 6.30 |
| Pearl Meyer | 10/27/06 | Review of Debtor severance policy and associated costs | 4.20 |
| Pearl Meyer | 10/27/06 | Finalize UCC report re: KECP proposal | 2.10 |
| Pearl Meyer | 10/27/06 | Calls and emails with Debtor staff re: data | 2.30 |
| Pearl Meyer | 10/30/06 | Preparation for and attendance at UCC meeting | 5.90 |
| Joseph Sorrentino | 10/5/06 | Review of Watson Wyatt long-term incentive data | 6.70 |
| Joseph Sorrentino | 10/10/06 | Research re: Debtor CIC agreements | 2.90 |
| Joseph Sorrentino | 10/11/06 | Review of Watson Wyatt long-term incentive data for DSB positions | 3.40 |
| Joseph Sorrentino | 10/12/06 | Research re: Emergence Plan proposal and historical long-term incentive values | 5.60 |
| Joseph Sorrentino | 10/13/06 | Conference call with Latham & Watkins re: Debtor CIC agreements | 0.50 |
| Joseph Sorrentino | 10/16/06 | Research re: equity granted upon emergence from bankruptcy | 3.70 |
| Joseph Sorrentino | 10/17/06 | Research re: proof of claims as requested by Latham & Watkins | 1.20 |
| Joseph Sorrentino | 10/18/06 | Research re: market compensation data for DSB | 5.40 |
| Joseph Sorrentino | 10/18/06 | Research re: benefits under Debtor Change in Control agreements | 1.30 |
| Joseph Sorrentino | 10/19/06 | Conference call with Latham & Watkins re: KECP proposals | 0.80 |
| Joseph Sorrentino | 10/19/06 | Research re: equity granted upon emergence from bankruptcy | 4.30 |
| Joseph Sorrentino | 10/23/06 | Review of post-emergence equity awards | 2.70 |
| Joseph Sorrentino | 10/24/06 | Conference call with Latham & Watkins re: emergence bonus and equity plan proposals | 0.80 |
| Joseph Sorrentino | 10/24/06 | Review of market compensation data for DSB positions | 4.40 |
| Michael Sherry | 10/18/06 | Marketpricing of non-DSB positions vs. marketplace | 2.10 |
| Michael Sherry | 10/20/06 | Marketpricing of non-DSB positions vs. marketplace | 3.70 |
| Michael Sherry | 10/23/06 | Marketpricing of non-DSB positions vs. marketplace | 3.60 |
| Michael Sherry | 10/27/06 | Revisions of marketpricing of non-DSB positions vs. marketplace | 5.70 |
| Ross Adler | 10/18/06 | Updated marketpricing exhibits for DSB vs. marketplace | 3.60 |
| Ross Adler | 10/19/06 | Updated marketpricing exhibits for DSB vs. marketplace | 2.30 |
| Ross Adler | 10/23/06 | Research related to debtor's Change in Control provisions | 1.90 |
| Ross Adler | 10/24/06 | Research related to debtor's Change in Control provisions | 3.30 |
| Ross Adler | 10/25/06 | Research related to debtor's Change in Control provisions | 2.20 |
| Ross Adler | 10/26/06 | Development of Exhibits related to proposed Emergence Cash Awards vs. marketplace | 9.70 |
| Ross Adler | 10/27/06 | Development of Exhibits related to proposed Emergence Equity Awards vs. marketplace | 7.30 |
| Ross Adler | 10/28/06 | Analysis of share allocations by Comparator companies | 2.20 |
| Ross Adler | 10/30/06 | Analysis of equity awards granted by bankrupt companies | 2.30 |



Detail of Work Performed - Delphi Corporation

| Staff Member | Date | Description | No. of Hours |
| --- | --- | --- | --- |
| Ross Adler | 10/30/06 | Preparation for and attendance at UCC meeting | 5.90 |
| Ross Adler | 10/31/06 | Analysis of share allocations by Comparator companies | 7.60 |
| Jeffrey Hanhan | 10/19/06 | Analysis of Delphi emergence grant comparisons | 1.70 |
| Jeffrey Hanhan | 10/23/06 | Analysis of Delphi emergence grant comparisons | 4.80 |
| Jeffrey Hanhan | 10/31/06 | Analysis of equity awards granted by Comparator companies | 7.80 |
| Christopher Masterson | 10/18/06 | Research re: Emergence plans in bankrupt companies | 8.60 |
| Christopher Masterson | 10/19/06 | Research re: Emergence plans in bankrupt companies | 4.70 |
| Christopher Masterson | 10/20/06 | Research re: Emergence plans in bankrupt companies | 4.90 |
| Christopher Masterson | 10/23/06 | Research re: Emergence plans in bankrupt companies | 4.30 |
| Pearl Meyer | 11/1/06 | Study of Watson Wyatt (WW) Change in Control (CIC) report | 3.90 |
| Pearl Meyer | 11/2/06 | Review of Debtor Compensation Committee minutes and further analysis of WW CIC report | 5.40 |
| Pearl Meyer | 11/2/06 | Analysis of Debtor emergence equity award presentations | 2.70 |
| Pearl Meyer | 11/3/06 | Communication with Latham & Watkins (L&W) re: Debtor CIC and emergence equity awards / presentations | 6.50 |
| Pearl Meyer | 11/6/06 | Review of Debtor senior executive compensation 1999 to present | 1.80 |
| Pearl Meyer | 11/7/06 | Review of Debtor senior executive compensation 1999 to present | 4.20 |
| Pearl Meyer | 11/8/06 | Analysis of Debtor historic long-term incentive targets and programs | 2.30 |
| Pearl Meyer | 11/9/06 | Review of L&W first draft CIC analysis of Debtor liability | 4.70 |
| Pearl Meyer | 11/13/06 | Review of bankruptcy public filings 10/05 to present | 2.10 |
| Pearl Meyer | 11/14/06 | Discussion with Debtor re: PAP historical information and pre-petition CIC agreements | 0.90 |
| Pearl Meyer | 11/15/06 | Analysis of potential CIC payments to non-DSB members | 3.30 |
| Pearl Meyer | 11/15/06 | Review of pre-petition CIC agreements | 2.70 |
| Pearl Meyer | 11/17/06 | Initial analysis and draft report on Debtor KECP program for new cash and equity awards | 4.60 |
| Pearl Meyer | 11/20/06 | Finalize analysis and report on Debtor KECP | 2.90 |
| Pearl Meyer | 11/21/06 | Analysis of Debtor's outstanding equity grants including vesting | 2.40 |
| Pearl Meyer | 11/28/06 | Review of invoice and fee statement for October 2006 | 1.20 |
| Pearl Meyer | 11/28/06 | Preparation of third interim fee application | 2.30 |
| Pearl Meyer | 11/30/06 | Review of CIC analyses and exhibits | 1.10 |
| Joseph Sorrentino | 11/3/06 | Review of CIC provisions in Debtor compensation programs | 6.80 |
| Joseph Sorrentino | 11/8/06 | Review of Debtor's long-term incentive grant history | 3.40 |
| Joseph Sorrentino | 11/9/06 | Analysis of potential CIC payments due to DSB | 4.60 |
| Joseph Sorrentino | 11/10/06 | Analysis of potential CIC payments due to DSB | 3.90 |
| Joseph Sorrentino | 11/13/06 | Analysis of proposed emergence cash and equity awards | 5.30 |
| Joseph Sorrentino | 11/14/06 | Analysis of proposed emergence cash and equity awards | 4.20 |
| Joseph Sorrentino | 11/15/06 | Review of potential CIC payments for non-DSB employees | 6.70 |
| Joseph Sorrentino | 11/20/06 | Review of proposed KECP awards vs. market data | 3.60 |
| Joseph Sorrentino | 11/20/06 | Analysis of outstanding equity awards granted by Debtor | 2.50 |
| Joseph Sorrentino | 11/21/06 | Development of exhibits related to KECP memo | 6.70 |
| Joseph Sorrentino | 11/22/06 | Analysis of potential CIC payments due to DSB | 5.10 |
| Joseph Sorrentino | 11/27/06 | Review of CIC liability analysis | 4.30 |
| Joseph Sorrentino | 11/28/06 | Review of Debtor's outstanding stock options and equity awards | 1.50 |
| Joseph Sorrentino | 11/29/06 | Attendance at Omnibus hearing re: interim fee applications | 1.80 |
| Joseph Sorrentino | 11/30/06 | Review of CIC data sent by Debtor's compensation consultant | 5.80 |



Detail of Work Performed - Delphi Corporation

| Staff Member | Date | Description | No. of Hours |
|---|---|---|---|
| Michael Sherry | 11/3/06 | Review and create Exhibits for KECP memo | 1.60 |
| Michael Sherry | 11/8/06 | Analyze and create CIC exhibits | 1.40 |
| Michael Sherry | 11/9/06 | Analyze and create CIC exhibits | 0.80 |
| Michael Sherry | 11/14/06 | Analyze and create CIC exhibits | 2.70 |
| Michael Sherry | 11/15/06 | Analyze and create CIC exhibits | 2.10 |
| Michael Sherry | 11/16/06 | Analyze and create CIC exhibits | 1.70 |
| Ross Adler | 11/2/06 | Marketpricing of DSB and non-DSB positions | 4.40 |
| Ross Adler | 11/2/06 | Analysis of emergence equity share allocation | 3.90 |
| Ross Adler | 11/3/06 | DSB marketpricing including proposed emergence equity awards | 8.20 |
| Ross Adler | 11/6/06 | DSB marketpricing - emergence equity KECP component | 3.40 |
| Ross Adler | 11/6/06 | Review of L&W documents re: potential CIC liability | 2.10 |
| Ross Adler | 11/6/06 | Review UCC meeting notes | 0.90 |
| Ross Adler | 11/7/06 | Analyze emergency equity share allocation | 3.50 |
| Ross Adler | 11/8/06 | Conference call with Debtor staff re: KECP | 0.50 |
| Ross Adler | 11/8/06 | Analyze emergency equity share allocation | 6.40 |
| Ross Adler | 11/8/06 | Analyze historical DSB LTI awards | 1.30 |
| Ross Adler | 11/9/06 | Analyze historical DSB LTI awards | 5.30 |
| Ross Adler | 11/10/06 | Analyze historical DSB LTI awards | 3.30 |
| Ross Adler | 11/13/06 | Analyze historical DSB LTI awards | 2.40 |
| Ross Adler | 11/14/06 | Analyze non-DSB LTI marketplace | 1.30 |
| Ross Adler | 11/15/06 | Analyze non-DSB LTI marketplace | 1.40 |
| Ross Adler | 11/16/06 | Analyze non-DSB historical LTI marketplace | 3.50 |
| Ross Adler | 11/27/06 | Review DSB CIC data | 0.30 |
| Ross Adler | 11/30/06 | Review WW June CIC calculations | 1.70 |
| Jeffrey Hanhan | 11/1/06 | Analze proposed emergence equity awards compared to full-value share allocations of competitors | 0.50 |
| Jeffrey Hanhan | 11/1/06 | Review discovery documents for CIC and severance related items | 4.70 |
| Jeffrey Hanhan | 11/3/06 | Analze proposed emergence equity awards compared to full-value share allocations of competitors | 5.80 |
| Jeffrey Hanhan | 11/6/06 | Review discovery documents for exit interviews information | 0.70 |
| Pearl Meyer | 12/1/06 | Analysis of Watson Wyatt CIC report and costs | 2.40 |
| Pearl Meyer | 12/4/06 | Conference call with Latham & Watkins re: Emergence Bonus Plan and first half AIP | 1.10 |
| Pearl Meyer | 12/13/06 | Review of invoice and fee statement for November 2006 | 1.20 |
| Pearl Meyer | 12/18/06 | Review and revise CIC cost analysis | 2.40 |
| Pearl Meyer | 12/20/06 | Finalize CIC cost/liability estimates | 2.70 |
| Pearl Meyer | 12/21/06 | Review analysis of CIC plan documents and update | 1.90 |
| Joseph Sorrentino | 12/1/06 | Review of CIC data sent by Debtor's compensation consultant | 3.40 |
| Joseph Sorrentino | 12/4/06 | Conference call with Latham & Watkins re: Emergence Bonus Plan and first half AIP | 1.10 |
| Joseph Sorrentino | 12/6/06 | Review of CIC agreements at the request of Latham & Watkins | 4.70 |
| Joseph Sorrentino | 12/7/06 | Revise CIC calculations | 4.40 |
| Joseph Sorrentino | 12/8/06 | CIC analysis | 3.20 |
| Joseph Sorrentino | 12/11/06 | Review of Watson Wyatt CIC calculations | 6.30 |
| Joseph Sorrentino | 12/12/06 | Revise preliminary CIC liability analysis | 5.60 |
| Joseph Sorrentino | 12/13/06 | Review of Watson Wyatt CIC calculations | 4.70 |



Detail of Work Performed - Delphi Corporation

| Staff Member | Date | Description | No. of Hours |
|---|---|---|---|
| Joseph Sorrentino | 12/13/06 | Conference call with Latham & Watkins re: revised CIC liability analysis | 0.80 |
| Joseph Sorrentino | 12/18/06 | Revise CIC cost summary | 3.80 |
| Joseph Sorrentino | 12/19/06 | Revise CIC cost summary | 2.90 |
| Joseph Sorrentino | 12/20/06 | Review of revised preliminary CIC liability analysis | 5.10 |
| Joseph Sorrentino | 12/21/06 | Conference call with Latham & Watkins re: estimated CIC liability analyses | 1.80 |
| Joseph Sorrentino | 12/27/06 | Analysis of PAP awards for 2004-2006 cycles | 2.60 |
| Joseph Sorrentino | 12/28/06 | CIC liability analysis | 4.70 |
| Ross Adler | 12/1/06 | Analyze Watson Wyatt CIC calculations | 3.20 |
| Ross Adler | 12/13/06 | Analyze Watson Wyatt CIC calculations and update to reflect current executive structure | 7.30 |
| Ross Adler | 12/14/06 | Revise Watson Wyatt CIC calculations to reflect current executive structure | 3.30 |
| Ross Adler | 12/15/06 | Revise Watson Wyatt CIC calculations to reflect current executive structure | 1.30 |
| Ross Adler | 12/18/06 | Revise Watson Wyatt CIC calculations to reflect current executive structure | 4.40 |
| Ross Adler | 12/20/06 | Research Debtor plan documents relating to CIC calculations | 5.60 |
| Ross Adler | 12/21/06 | Review Latham & Watkins CIC memo and exhibits | 1.00 |
| Ross Adler | 12/29/06 | Conference call with Latham & Watkins re: CIC calculations | 0.70 |
| Ross Adler | 12/29/06 | Revise Latham & Watkins document outlining CIC payments | 3.80 |
| Pearl Meyer | 1/2/07 | Final review of CIC memo and exhibits | 1.70 |
| Pearl Meyer | 1/15/07 | Review of invoice and fee statement for December 2006 | 1.10 |
| Joseph Sorrentino | 1/2/07 | Revise CIC memo and exhibits | 4.40 |
| Joseph Sorrentino | 1/3/07 | Analyze CIC calculations based on Latham & Watkins follow-up questions | 3.90 |
| Joseph Sorrentino | 1/5/07 | Analyze CIC estimates based on Latham & Watkins follow-up questions | 2.10 |
| Joseph Sorrentino | 1/29/07 | Revise CIC calculations based on requests from Latham & Watkins | 1.30 |
| Joseph Sorrentino | 1/31/07 | Analyze CIC estimates based on further questions from Latham & Watkins | 1.50 |
| Ross Adler | 1/2/07 | Update Latham & Watkins CIC exhibit with updated CIC amounts broken out by component | 3.70 |
| Ross Adler | 1/4/07 | Revise CIC calculations under Latham & Watkins assumptions | 1.30 |
| Ross Adler | 1/8/07 | Calculate total salary and target bonus for DSB and CIC group for Latham & Watkins information request | 0.50 |
| Ross Adler | 1/10/07 | Revise CIC calculations under Latham & Watkins assumptions | 1.70 |
| Ross Adler | 1/17/07 | Update CIC calculations per Latham & Watkins request | 2.60 |
| Ross Adler | 1/18/07 | Update CIC calculations | 1.60 |
| Ross Adler | 1/19/07 | Update CIC calculations | 1.30 |
| Ross Adler | 1/30/07 | Follow-up CIC calculation questions from Latham & Watkins | 1.80 |

**Total Hours:** **519.10**

**EXHIBIT B**

**<u>Certification</u>**

9

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, <u>et al.</u>, ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**CERTIFICATION WITH RESPECT TO FOURTH FEE AND
EXPENSE APPLICATION OF STEVEN HALL &
PARTNERS, LLC AS COMPENSATION AND
EMPLOYMENT AGREEMENT ADVISOR FOR THE
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

Pearl Meyer, a Senior Managing Director at Steven Hall & Partners, LLC ("Steven Hall"), the Compensation and Employment Agreement Advisors to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Delphi Corporation and its debtor affiliates (collectively, the "Debtors"), in compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines," and collectively with the Local Guidelines, the "Guidelines"), hereby certifies as follows:

1.  I have reviewed the Fourth Fee and Expense Application of Steven Hall & Partners, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors (the "Application"), for the period commencing October 1, 2006 through January 31, 2007 (the "Compensation Period"), which seeks approval of certain fees incurred by

10

Steven Hall as compensation and employment agreement advisors to the Committee in connection with the above captioned chapter 11 cases.

As required by Section B. 1 of the Local Guidelines, I certify that:

(a)    I have read the Application;

(b)    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines;

(c)    the fees sought are charged in accordance with practices customarily employed by Steven Hall and generally accepted by Steven Hall's clients; and

(d)    in providing a reimbursable service, Steven Hall does not make a profit on that service, whether the service is performed by Steven Hall in-house or through a third party.

2.    As required by Section B. 2 of the Local Guidelines, I certify that, to the best of my knowledge and belief, all of Steven Hall's Monthly Statements were sent to the members of the Committee, the Debtors and the Office of the United States Trustee for the Southern District of New York, among others, not later than 20 days after the end of the month to which each Monthly Statement applied.

3. As required by Section B. 3 of the Local Guidelines, I certify that, to the best of my knowledge and belief, the members of the Committee, the Debtors and the Office of the United States Trustee for the Southern District of New York, among others, will each be provided with a copy of the Application at least ten (10) days in advance of the hearing to consider the Application.

I certify the foregoing to be true and correct.

Dated: March 29, 2007
New York, New York

*Pearl Meyer* (signature)

Pearl Meyer