# EXHIBIT B

| PROFESSIONAL | POSITION, PRACTICE GROUP, YEAR OF EMPLOY, YEAR OF OBTAINING LICENSE | HOURLY BILLING RATE | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Frederick D. Hyman | Partner, Bankruptcy ("BR"), 2001, 1992 | $675 | 2.4 | $1,620.00 |
| Paul J. N. Roy | Partner, Information Technology ("IT"), 1985, 1985 | $650 | 337.5 | $219,375.00 |
| Paul J. N. Roy | Partner, IT, 1985, 1985 | $580 | 7.3 | $4,234.00 |
| Steven R. Gilford | Partner, Litigation ("LT"), 1987, 1978 | $625 | 2.3 | $1,437.50 |
| Brad L. Peterson | Partner, Information Technology ("IT"), 1995, 1998 | $590 (as of 10/01/06) | 321.7 | $189,803.00 |
| Brad L. Peterson | Partner, Information Technology ("IT"), 1995, 1998 | $540 | 41.5 | $22,410.00 |
| Jeffrey W. Sarles | Partner, LT, 1994, 1994 | $525 | 2.1 | $1,102.50 |
| Britton B. Guerrina | Partner, LT, 1999, 2002 | $420 | 5.2 | $2,184.00 |
| Craig E. Reimer | Counsel, BR, 1992, 1992 | $595 | 17.3 | $10,293.50 |
| Paul A. Chandler | Counsel, IT, 1995, 1995 | $510 (as of 10/01/006) | 782.4 | $399,024.00 |
| Paul A. Chandler | Counsel, IT, 1995, 1995 | $475 | 0.4 | $190.00 |
| Gregory A. Manter | Associate, IT, 2004, 2003 | $345 (as of 10/01/06) | 401.6 | $138,552.00 |
| Gregory A. Manter | Associate, IT, 2004, 2003 | $300 | 0.5 | $150.00 |
| Jeannie Lee | Associate, IT, 2006, 2002 | $345 | 155.5 | $53,647.50 |

1

| PROFESSIONAL | POSITION, PRACTICE GROUP, YEAR OF EMPLOY, YEAR OF OBTAINING LICENSE | HOURLY BILLING RATE | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Michael J. Goldstein | Associate Corporate and Securities ("CS"), 2006, 2006 | $245 | 495.0 | $121,275.00 |
| Lindsay A. Blohm | Associate, CS, 2006, 2006 | $245 | 329.3 | $80,678.50 |
| Andrew A. Connor | Paralegal, BR, 1998 | $235 | 108.8 | $25,568.00 |
| | | Totals: | 3,010.8 | $1,271,544.50 |
| | | Less Voluntary 5% Discount: | | $44,792.11 |
| | | Less Voluntary 10% Discount: | | $37,570.20 |
| | | Compensation Sought: | | $1,189,182.19 |