**EXHIBIT C**

| **Disbursement** | **Amount** |
|---|---|
| Airfare | $9,672.89 |
| Automated Research – Outside | $72.64 |
| Business Meals | $1,327.73 |
| Cab Fare | $1,561.44 |
| Car Rental | $5,533.01 |
| Document Binding | $27.50 |
| Document Delivery | $602.53 |
| Document Reproduction (color) | $1,825.00 |
| Document Reproduction (in-house) | $503.70 |
| Gasoline | $19.92 |
| Hotel Accommodations | $14,741.67 |
| Long Distance and Outside Telephone | $109.35 |
| Mileage | $197.58 |
| Parking | $395.00 |
| Postage | $1.26 |
| **Total:** | **$36,591.22** |