EXHIBIT D

CONTEMPORANEOUS DAILY TIME ENTRIES RECORDED
DURING THE APPLICATION PERIOD AND RELATED DAILY EXPENSE
DETAIL WITH TRAVEL EXPENSE RECEIPTS FOLLOW

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation                                                                                        Page 2
Finance and Accounting Outsourcing                                                       Peterson, Brad L.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 07/05/06 | **Peterson, Brad L.**<br>Review RFP. | 0.30 |
| 07/10/06 | **Peterson, Brad L.**<br>Review RFP materials (0.7). Draft message to S. Corcoran regarding RFP material (0.5). | 1.20 |
| 07/14/06 | **Peterson, Brad L.**<br>Discuss background on Delphi, including progress of ITO effort, with P. Chandler, P. Roy and K. Herrmann. | 0.80 |
| 07/16/06 | **Peterson, Brad L.**<br>Review RFP materials. Prepare for meeting on July 16th with S. Corcoran and J. Enzor. | 1.50 |
| 07/17/06 | **Peterson, Brad L.**<br>Meet with S. Corcoran and J. Enzor in J. Enzor's office to discuss status and plans for F&A transaction. | 2.00 |
| 07/21/06 | **Peterson, Brad L.**<br>Meet with Praful Mittal and Vinay Couto to discuss F&A transaction. | 1.30 |
| 07/25/06 | **Peterson, Brad L.**<br>Meet with Paul Roy to discuss plans for initial draft on F&A form. Review materials provided by P. Mittal. | 0.50 |
| 07/26/06 | **Peterson, Brad L.**<br>Review and revise draft letter to suppliers regarding due diligence. | 2.00 |
| 07/27/06 | **Peterson, Brad L.**<br>Review and revise Booz Allen's revised draft of letter to suppliers regarding due diligence. | 1.00 |
| 07/31/06 | **Peterson, Brad L.**<br>Draft F&A outsourcing agreement. Call with Praful Mittal regarding process and next steps. | 1.50 |

**Total Hours**                                                                                        **12.10**

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation                                                                    Page 3
Finance and Accounting Outsourcing                                      Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 07/17/06 | **Travel - Other** | 413.17 |
| | VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672060030 DATE: 18-Jul-06 Delphi Trip From 16 Jul 2006 To 17 Jul 2006 | |

**Total Other Charges**

**$413.17**

## Hilton
### Detroit/Troy

5500 Crooks Road • Troy, MI 48098
Phone (248) 879-2100 • Fax (248) 879-6054
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address | |
|---|---|

PETERSON, BRAD L
164 LAKE ST

GLENCOE, IL 60022-2110
US

TRAVELSAVERS

| | |
|---|---|
| Room | 366/K1D |
| Arrival Date | 07/16/06  7:41PM |
| Departure Date | 07/17/06 12:59PM I |
| Adult/Child | 1/0 |
| Room Rate | 199.00 |

RATE PLAN        L-T1

HH# 885907013 SILVER
AL:  UA  #00014332596
CAR:

*Folio*

CONFIRMATION NUMBER : 3244984109

07/17/06      PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 07/16/06 | GUEST ROOM | NYB | 444180 | $199.00 | | |
| 07/16/06 | STATE TAX | NYB | 444180 | $11.94 | | − 25.87 |
| 07/16/06 | OCCUPANCY TAX | NYB | 444180 | $13.93 | | |
| 07/17/06 | EXT-#366   7049884418 0005  12:24 | LINTR | 444235 | $10.30 | | |
| 07/17/06 | VS *6375 | NYB | 444236 | | $235.17 | |
| | BALANCE | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 07/16/06 | 07/17/06 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $224.87 | $0.00 | $224.87 |
| TELEPHONE | $0.00 | $10.30 | $10.30 |
| DAILY TOTAL | $224.87 | $10.30 | $235.17 |

*You have earned approximately 2288 HHonors points and approximately 199 miles with UNITED for this stay. For reservations and to check your point balance, visit hiltonfamily.com.*

*Thank you for choosing Hilton! Please visit us at hilton.com to view our best available Net Direct rates, plan a special vacation getaway or select a convenient location for your next business trip.*

TheHiltonFamily

Hilton

CONRAD

DOUBLETREE

EMBASSY SUITES
HOTELS

Hampton

Hilton
Garden Inn

Hilton
Grand Vacations Club

HOMEWOOD
SUITES

U S A
Official Sponsor

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| VS *6375 | | 07/16/06 | 140705  A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| PETERSON, BRAD L | | 012448 | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation                                                                    Page 2
Finance and Accounting Outsourcing                                        Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/07/06 | **Peterson, Brad L.**<br>Draft Agreement. | 0.50 |
| 08/08/06 | **Peterson, Brad L.**<br>Review Booz Allen draft of tasks for inbound due diligence and respond to Booz Allen with comments. | 0.30 |
| 08/09/06 | **Peterson, Brad L.**<br>Draft Master Services Agreement. | 1.00 |
| 08/11/06 | **Peterson, Brad L.**<br>Review Booz Allen's proposed negotiation calenda (0.50). Call with Booz Allen to discuss negotiation calendar (1.00). | 1.50 |
| 08/13/06 | **Peterson, Brad L.**<br>Draft proposal for negotiation process and send same to Booz Allen for incorporation in their overall plan. | 1.10 |
| 08/14/06 | **Peterson, Brad L.**<br>Review task list and schedule drafted by Booz Allen and provide comments (1.00). Call with J. Enzor and, from Booz Allen, Praful Mittal, Vinay Couto, Chris Cambell and Iyer Sadasivam to plan development and negotiation of contracts documents (1.00). | 2.00 |
| 08/18/06 | **Peterson, Brad L.**<br>Call with J. Enzor to discuss status of project and questions on due diligence approach. | 0.30 |
| 08/23/06 | **Peterson, Brad L.**<br>Call with Booz Allen regarding plans for negotiation stage. | 1.00 |
| 08/25/06 | **Peterson, Brad L.**<br>Weekly call with J. Enzor to discuss status and plan next steps. | 0.90 |

**Total Hours**                                                                                    **8.60**

Mayer, Brown, Rowe & Maw LLP

06089214                                                                        Page 2
Delphi Corporation                                                     Peterson, Brad L.
Finance and Accounting Outsourcing

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 09/07/06 | **Peterson, Brad L.**<br>Revise draft of Master Agreement. | 2.00 |
| 09/08/06 | **Manter, Gregory A.**<br>Discussion with B. Peterson re: deal schedule and contract format. | 0.50 |
| 09/08/06 | **Peterson, Brad L.**<br>Draft Master Agreement and send to J. Enzor (1.0). Call with consultant regarding negotiation plans (0.5). Confer with P. Chandler regarding review performed on IT agreement by Delphi subject matter experts (0.5). Call with J. Enzor regarding Master Agreement, status and plans (1.0). Send Master Agreement draft to consultant with explanatory note (0.3) | 3.30 |
| 09/13/06 | **Peterson, Brad L.**<br>Call with consultant regarding next steps (0.4). | 0.40 |
| 09/20/06 | **Peterson, Brad L.**<br>Meeting with Delphi project team to discuss draft MSA (4.3). Follow up meeting with P. Mital (0.4) Review MSA for business issues and develop list of questions for meeting in preparation (2.4). Revise MSA based on such meeting (2.0). | 9.10 |
| 09/21/06 | **Peterson, Brad L.**<br>Further revisions to Master Services Agreement. | 0.50 |
| 09/26/06 | **Peterson, Brad L.**<br>Review and revise draft MSA. Send same to Delphi for review. | 2.00 |
| 09/27/06 | **Chandler, Paul A.**<br>Call with B. Peterson and consultant regarding negotiation schedule and Delphi concerns for sourcing. | 0.40 |
| 09/27/06 | **Peterson, Brad L.**<br>Call with consultant to develop pricing model for F&A transaction (1.2). Review email messages commenting on revised draft (0.3). | 1.50 |
| 09/28/06 | **Peterson, Brad L.**<br>Call with Jim Enzor and consultant regarding timeline for project and pricing approach. | 2.00 |

**Total Hours**                                                                21.70

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 3
Peterson, Brad L.

### OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 09/20/06 | **Travel - Other**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672060040<br>DATE: 25-Sep-06  Re:  Project Team meeting for review of MSA.<br>Mileage to and from airport. | | 19.58 |
| 09/20/06 | **Travel - Other**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672060040<br>DATE: 25-Sep-06  Re: Project team meeting for review of MSA | | 134.79 |
| 09/20/06 | **Travel - Other**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672060040<br>DATE: 25-Sep-06  Re:  Project Team meeting for review of MSA. | | 26.00 |
| 09/20/06 | **Business Meals - Travel**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672060040<br>DATE: 25-Sep-06  Re:  Project Team meeting for review of MSA. | | 12.21 |

**Total Other Charges**                                                                 **$192.58**



Littl> Caesar Mi
.s. Mi. 4816l
(.34)247-6266
Date:          Sep20'06 08:04PM
Card Type:     Visa/M.C.
Acct #:        XXXXXXXXXx6375
Exp Date:      07/09
Auth Code:     007505
Check:         4407
Server:        104 any b
VSCA: Auth Driver
BRAD PETERSON

Subtotal:
Tip:

Total:

Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

HMSHOST
STARBUCKS E09
Chicago 773.686.6180

8075 Agnies

CHK 4969 SEP20'06 9:23PM GST 1

1 VNTI LATTE V           3.99

SUBTOTAL                 3.99
TAX                      0.41
AMOUNT PAID              4.40
XXXXXXXXXXXXXXXX7        XX7XX
MSTRCARD  A15*           4.40

---

McDonald's Corporation
Thank you for eating at McDonald's

DETROIT METRO AIRPORT
DETROIT , MI 48242

THANK YOU

MCDONALDS DETROIT ME
39 KSH03  S#1
STORE# 22006

Order #339   TO GO

1 CHEESEBURGER           1.45
1 BOTTLED WATER          1.75

SUB TOTAL                3.20
TAKE OUT TAX             0.19
                         3.39

Sep 20'06(Wed)11:38
MERC# N0285546260001

CARD ISSUER  ACCOUNT #
MSTR SALE    **********0437
TRANSACTION AMOUNT       3.39
AUTH CODE 004913 SEQ# 5570

---

Brad Peterson  THANK YOU
O'Hare International Airport

Parking Facility - Lots A, B & C

P.O.Box 66179, Chicago, Il. 60666-

Tel: (773) 686-7532

# SALES VOUCHER/RECE

DAILY TICKET - B Lot
TRANSACTION NUMBER            15010
ENTRY TIME/DATE           08:20  09-
PAYMENT TIME/DATE         21:41  09-
PAY MACHINE
LICENSE:
OPERATOR                      IL F0
FEE                           $2

MASTERCARD              5528*********
Expiry Date                      1
Pay m/c Transaction Ref:
Authorization Code            3F0005
SPS Terminal                     90
SPS Time                  CHG001
SPS Reference             092006

## TOTAL                    $26.

Includes All Applicable Taxes

---

mileage
001••••••••••  19·58 +
              19·58 **

Car rental
001••••••••••  134·79 +
              134·79 **

Parking
001••••••••••  26·00 +
              26·00 **

Meals
              ·39 +
              ·40 +
              ·42 +
003••••••••••  1·21 **



*Brad Peterson*

```
B
MI        DETROIT METROPOLITAN A/P
V      RENTAL RECORD:           611858026
LI     BRAD PETERSON
S,     COMPLETED BY:                 6944
       RENTED: DETROIT METROPOLITAN A/P
       RENTAL:  09/20/06    11:54
       RETURN:  09/20/06    19:27
R      MILES IN: 11892  OUT: 11811
R      MILES DRIVEN:    81
T      PLAN IN/OUT: 0506J /0506J
a      CLS: C
t
e        1 DAYS      79.50    79.50
h      VEH UPGS 1ODY/ 5.00HR   10.00
i      DISCOUNT 15%            13.43
t      SUBTOTAL               76.07
       CONCESSION FEE RECOVERY  11.93
       FUEL & SVC MI @  .388    31.43
       TX  8.000% ON  120.13     9.61
       VLC RECOVERY              0.70
       NET DUE                 129.74
       PAID BY: MC
       CREDIT CARD #: XXXXXXXXXXX0437
```

Thank you for renting from

# Hertz

```
ADDITIONAL CHARGES
FEES FOR ANY ADDITIONAL AUTHORIZED
OPERATORS NOT INCLUDED.              T$    ****

OPTIONAL SERVICES
FPO      ACCEPTED                    T$   39.58

TAX / FEES
CONCESSION FEE RECOVERY     11.10%   T$    8.44
VLC RECOVERY                         T$     .70
TAX  8.000 % ON EST. TAXABLE TTL $  124.79  $   10.00

TOTAL ESTIMATED CHARGE              $  134.79
```

CC AUTH WOULD BE   $  235.00

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                                                    Page 2
IT Outsourcing Services Contract                                                          Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 10/02/06 | **Roy, Paul J. N.**<br>Correspondence with J. Henderson, HP attorney, regarding open issues in Initial Services Agreement. (0.60). Conferred with Delphi re open issues (0.50). Call with HP to discuss open issues in Initial Services Agreement (1.10). | 2.20 |
| 10/03/06 | **Roy, Paul J. N.**<br>Call with HP and Delphi re Initial Services Agreement (0.2). Revision to Initial Services Agreement and transmittal of same to Delphi and HP (1.50). | 1.70 |
| 10/04/06 | **Roy, Paul J. N.**<br>Review of HP's response to Initial Services Agreement and correspondence with K. Smilie re same. | 0.50 |
| 10/10/06 | **Chandler, Paul A.**<br>Reviewing and responding to questions from I. Seipke regarding HP agency letter (0.2). | 0.20 |
| 10/18/06 | **Chandler, Paul A.**<br>Call with K. Smilie and I. Seipke regarding clean-up items for EDS and HP (0.5). | 0.50 |
| 10/25/06 | **Roy, Paul J. N.**<br>Review of email from J. Piazza and research into decision to include contractors among Delphi Personnel for purposes of the ARD indemnity in Section 17.2 and response to J. Piazza re same (1.40). Review of email from J. Piazza re analysis of non-billable items discovered in inventory (0.30). | 1.70 |
| 10/26/06 | **Roy, Paul J. N.**<br>Review of email from J. Piazza regarding how the provision on Nonchargeable Counting Errors in HP Schedule 4, including J. Piazza's example in comparison to agreement provision, and preparation of decision tree to explain operation of provision. Transmittal of same to J. Pizza. | 1.70 |

**Total Hours**                                                                                8.50

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 3
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/06 | **Long Distance Telephone**<br>(248) 813-6801 at 1621 ( 31 mins) | 2.79 |
| 08/03/06 | **Long Distance Telephone**<br>(936) 697-0550 at 1546 ( 13 mins) | 1.17 |

**Total Other Charges**      **$3.96**

Mayer, Brown, Rowe & Maw LLP

06130381
Delphi Corporation
Managed Network Services

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 09/12/06 | **Roy, Paul J. N.**<br>Call with George McLawhon of TPI to discuss schedule for Network deal and preparation of MSA for network deal. | 0.50 |
| 09/29/06 | **Roy, Paul J. N.**<br>Review of comments by George McLawhon's comments to form MSA (0.80). Call with G. McLawhon to discuss comments (0.70). Revisions to MSA (1.50). | 3.00 |
| 09/30/06 | **Roy, Paul J. N.**<br>Revision of form MSA. | 3.80 |
| 10/02/06 | **Roy, Paul J. N.**<br>Revision of Network MSA and transmittal of same to G. McLawhon of TPI. | 1.00 |
| 10/06/06 | **Roy, Paul J. N.**<br>Comparison of SRD document list provided by TPI against schedule list in MSA, and edits to conform schedule list in MSA (1.20). Revisions to pick up other conforming changes noted from negotiations of similar MSAs for Delphi (0.60) | 1.80 |
| 10/09/06 | **Chandler, Paul A.**<br>Drafting comments on form MSA for network deal. | 2.20 |
| 10/09/06 | **Roy, Paul J. N.**<br>Review of additional edits to correct drafting errors found other MSAs under discussion. | 0.50 |
| 10/12/06 | **Goldstein, Michael J.**<br>Reviewed and revised MSA draft. | 3.20 |
| 10/12/06 | **Roy, Paul J. N.**<br>Review of and incorporation of changes into form MSA to be released to the bidders based on questions from M. Goldstein and comments from I. Seipke, and transmittal of same to G. McLawhon. | 1.50 |

**Total Hours**　　　**17.50**

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 10/01/06 | **Roy, Paul J. N.**<br>Review of M. Loeb's comments to annotation of IBM's markup of ADM MSA and preparation of questions/comments re same. | 3.30 |
| 10/02/06 | **Chandler, Paul A.**<br>Reviewing revised markups to CSA MSA (4.2). | 4.20 |
| 10/02/06 | **Goldstein, Michael J.**<br>Reviewed IBM's markup of ADM MSA in preparation for meeting with Delphi and IBM. | 0.50 |
| 10/02/06 | **Roy, Paul J. N.**<br>Review of comments to IBM MSA by Delphi's Tax, Finance, HR, and Privacy subject matters experts at Delphi and notation of agreement re same. (1.70). Review of notes on issues list from discussion with Delphi and organization of issues list in preparation for meeting with IBM (1.50). Review of IBM MSA agreement provisions to be discussed with IBM (1.50). | 4.70 |
| 10/03/06 | **Chandler, Paul A.**<br>Reviewing comments to CSC markup of MSA and Schedule 1 (7.2); drafting issues list for meeting with CSC (4.5). | 11.70 |
| 10/03/06 | **Goldstein, Michael J.**<br>Meeting with IBM and Delphi to review issues in IBM's markup of ADM MSA. | 8.70 |
| 10/03/06 | **Roy, Paul J. N.**<br>Meeting with IBM and Delphi to review issues in IBM's markup of ADM MSA (8.70). Review and edit to open issues list (1.00). | 9.70 |
| 10/04/06 | **Chandler, Paul A.**<br>Call with Delphi team to discuss EDS revisions (1.0); revewing EDS comments to MSA (1.0); call with EDS to discuss revsions to MSA (1.0) reviewing CSC issues with Delphi team (1.5); reviewing CSC issues with Delphi team (1.5); reviewing CSC agreement markups (5.0). | 11.00 |
| 10/04/06 | **Roy, Paul J. N.**<br>Review of EDS comments to selected MSA sections specific to ADM scope. Conferred with P. Chandler re same (1.0). Completion of open issues list for IBM and transmittal of same (0.5)   Conferred with P. Chandler re selected issues in CSC's markup of the MSA (1.2). | 2.70 |
| 10/05/06 | **Chandler, Paul A.**<br>Reviewng CSC markup and issues list (2.7). | 2.70 |
| 10/05/06 | **Roy, Paul J. N.**<br>Call with IBM re open issues from discussion on Tuesday. | 1.00 |
| 10/06/06 | **Chandler, Paul A.**<br>Negotiations with CSC team on MSA issues (8.6). | 8.60 |
| 10/06/06 | **Roy, Paul J. N.**<br>Revisions of IBM MSA to incorporate comments noted and input received from | 2.20 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Delphi. | |
| 10/07/06 | **Chandler, Paul A.** Reviewing comments regarding EDS MSA markups (export/import) and companion agreement terms. | 0.50 |
| 10/07/06 | **Roy, Paul J. N.** Revisions of IBM MSA to incorporate comments noted and input received from Delphi. | 5.00 |
| 10/08/06 | **Roy, Paul J. N.** Revisions of IBM MSA to incorporate comments noted and input received from Delphi. | 7.00 |
| 10/09/06 | **Blohm, Lindsay A.** Revised CSC mark-up (5.5). Discussed project with Paul Chandler (0.5). | 6.00 |
| 10/09/06 | **Chandler, Paul A.** Conferring with L. Blohm regarding revisions to CSC markup (0.5); drafting revised issues list based on initial meetings with CSC (2.5); revising CSC markup of MSA (5.2). | 8.20 |
| 10/09/06 | **Goldstein, Michael J.** Conferred with Paul Roy re: strategy for revising IBM MSA (.3). Conference call with Isabelle Seipke re: revisions to IBM MSA (.6). Revised and edited IBM MSA in preparation for sending an updated draft to IBM (7.4). | 8.30 |
| 10/09/06 | **Roy, Paul J. N.** Call with I. Seipke to discuss open business issues (0.70). Call with M. Loeb and EDS to discuss structure of ADM relative to existing MSA for infrastructure services (0.30). Revisions of IBM MSA to incorporate comments noted and input received from Delphi (5.70). | 6.70 |
| 10/10/06 | **Blohm, Lindsay A.** Revised CSC mark up. | 2.00 |
| 10/10/06 | **Chandler, Paul A.** Drafting revisions to CSC markup of MSA and reviewing Delphi comments to markup (10.8). | 10.80 |
| 10/10/06 | **Goldstein, Michael J.** Conferred with Paul Roy re: strategy for revising IBM MSA (.5). Revised and edited IBM MSA in preparation for sending an updated draft to IBM (8.8). | 9.30 |
| 10/10/06 | **Roy, Paul J. N.** Correspondence with TPI and Delphi re review of SRD exhibits that will become Schedules to the MSA (0.70). Review and revision to Schedule 1 (Definitions) to IBM MSA (1.1). Confer with P. Chandler to questions on markup of CSC MSA (0.20). Confer with M. Goldstein to respond to questions re redraft of IBM MSA (0.50). Final review of and edit of IBM MSA redraft and transmittal to IBM and Delphi (3.90). | 6.40 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 4
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 10/11/06 | **Blohm, Lindsay A.**<br>Merging different versions of Schedule 1 - Definitions to CSC ADM MSA into one version that contained all updated and annotated definitions for Paul Chandler. (1.00)  Incorporated Delphi comments into draft agreement for sections 16-21, adding notes to CSC in appropriate sections.  (3.00) | 4.00 |
| 10/11/06 | **Chandler, Paul A.**<br>Revising CSC markup of MSA (9.30) and drafting follow up questions for Delphi (2.60). | 11.90 |
| 10/12/06 | **Blohm, Lindsay A.**<br>Reviewing revised agreement. | 0.50 |
| 10/12/06 | **Chandler, Paul A.**<br>Call with I. Seipke to discuss comments to CSC draft (0.7); reviewing Delphi comments to CSC draft (1.1); drafting revisions and annotations to CSC markup of MSA (6.4); distributing issues list to CSC (0.3). | 8.50 |
| 10/12/06 | **Roy, Paul J. N.**<br>Initial review of Schedule 1 for CSC. | 0.50 |
| 10/13/06 | **Chandler, Paul A.**<br>Reviewing responsive markup to CSC MSA and distribution to CSC and Delphi. | 5.00 |
| 10/13/06 | **Goldstein, Michael J.**<br>Conferred with Paul Roy re: strategy for reviewing MSA schedules. | 0.20 |
| 10/13/06 | **Roy, Paul J. N.**<br>Review and comment on revised draft of CSC Schedule 1 (1.00).  Review and comment on revised draft of CSC MSA, and conferred with P. Chandler re same (5.0). | 6.00 |
| 10/16/06 | **Chandler, Paul A.**<br>Reviewing markup of IBM MSA provisions (7.5); conferring with P. Roy on comments to markup (0.3). | 7.80 |
| 10/16/06 | **Goldstein, Michael J.**<br>Reviewed and commented on Exhibit 2.6 (Application Development and Maintenance Services SRD). | 6.90 |
| 10/16/06 | **Roy, Paul J. N.**<br>Review of revised draft of IBM MSA in preparation for call with IBM. | 6.70 |
| 10/17/06 | **Chandler, Paul A.**<br>Call with S. Delligatti (IBM lawyer) to discuss comments to MSA (8.5); drafting open issues list (2.0); reviewing EDS revisions to open MSA provisions (1.6). | 12.10 |
| 10/17/06 | **Goldstein, Michael J.**<br>Conference call with IBM and Delphi lawyers to discuss issues in MSA (7.9). Prepared list of issues remaining unresolved after conference call (3.2). | 11.10 |

06089741
Delphi Corporation
ADM Outsourcing Project

Page 5
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 10/17/06 | **Roy, Paul J. N.**<br>Call with IBM legal and M. Loeb to discuss IBM's comments (8.50). Preparation of open issues list from conversation (1.70). | 10.20 |
| 10/18/06 | **Chandler, Paul A.**<br>Reviewing comments to export revisions and sending changes to EDS (0.4); reviewing CSC markup of MSA (6.5); call with M. Loeb to discuss EDS ADM issues (1.0); call with EDS lawyers and M. Loeb on open issues (1.2). | 9.10 |
| 10/18/06 | **Goldstein, Michael J.**<br>Reviewed and commented on Exhibit 2.6 (Application Development and Maintenance Services SRD) (5.4). Prepared for 10/19/06 conference call with CSC lawyers to discuss issues in MSA (.5). | 5.90 |
| 10/18/06 | **Roy, Paul J. N.**<br>Review of CSC Agreement markup in preparation for discussions with CSC. | 5.50 |
| 10/19/06 | **Chandler, Paul A.**<br>Negotiating open issues on revised MSA with B. Feldman (CSC lawyer) (7.0); annotating EDS issues list and distribution to Delphi team (0.7); drafting patent license and residuals revisions for IBM (0.8). | 8.50 |
| 10/19/06 | **Goldstein, Michael J.**<br>Conference call with CSC lawyers to discuss issues in MSA (5.3). Prepared list of issues identified as unresolved during conference call with CSC lawyers (1.9). Conference call with Marjorie Loeb and Isabelle Seipke re: status of MSA negotiations with IBM, CSC and EDS (.7). | 7.90 |
| 10/19/06 | **Roy, Paul J. N.**<br>Call with CSC to discuss revised MSA (6.00). Call with M. Loeb to discuss strategy for next steps (0.30). Conferred with P. Chandler re strategy for dealing with open issues (1.00) | 7.30 |
| 10/20/06 | **Chandler, Paul A.**<br>Call with IBM to discuss MSA issues (3.0); drafting revisions to issues list for IBM MSA (2.3); call with M. Loeb to discuss CSC negotiation approach (0.6); call with I. Seipke to discuss IBM issues for MSA (1.5); conferring with P. Roy on negotiation issues (0.8); distributing patent license to IBM (0.4); revising and distributing residuals clause language to T. Twomey (0.3); distributing revised IBM issues list to IBM and Delphi (0.3). | 9.20 |
| 10/20/06 | **Goldstein, Michael J.**<br>Conference call with IBM to discuss issues in MSA. | 2.50 |
| 10/20/06 | **Roy, Paul J. N.**<br>Review and comments on form of SOW in SRD document (3.50). Call with P. Chandler and I. Seipke to review strategy for upcoming discussions and open issues for IBM MSA (2.00). | 5.50 |

06089741
Delphi Corporation
ADM Outsourcing Project

Page 6
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 10/21/06 | **Roy, Paul J. N.**<br>Review and comment on form of SOW in SRD as marked up by Michael Goldstein. | 2.50 |
| 10/22/06 | **Chandler, Paul A.**<br>Drafting issues list for CSC based on 10-19-06 call with B. Feldman (4.2); reviewing IBM issues list and markups (2.7). | 6.90 |
| 10/22/06 | **Roy, Paul J. N.**<br>Review and comment on form of SOW in SRD as marked up by Michael Goldstein. | 1.80 |
| 10/23/06 | **Chandler, Paul A.**<br>Call with I. Seipke regarding CSC open issues list (1.4); conferring with P. Roy on IBM issues (1.5); reviewing IBM and CSC agreements in preparation for negotiations (5.0). | 7.90 |
| 10/23/06 | **Goldstein, Michael J.**<br>Conferred with Paul Roy re: schedule revisions (.8). Reviewed and revised ADM Statement of Work (1.2). Reviewed MSA in preparation for 10/24 meeting with IBM and Delphi (1.2). | 3.20 |
| 10/23/06 | **Roy, Paul J. N.**<br>Conferred with P. Chandler re questions on IBM MSA (0.80). Conferred with P. Chandler re questions on CSC MSA (1.20). Comments to M. Goldstein re SOW markup (1.00). | 3.00 |
| 10/24/06 | **Blohm, Lindsay A.**<br>Met with Paul Roy about the Delphi ADM deal (0.5) Review edits and comments to Exhibit 2.6 (SOW) (0.5). | 1.00 |
| 10/24/06 | **Chandler, Paul A.**<br>Negotiating MSA with IBM (11.5); revising open issues list and distributing to Delphi (2.7). | 14.20 |
| 10/24/06 | **Goldstein, Michael J.**<br>Meeting with IBM and Delphi to review issues in IBM's markup of ADM MSA (10). Post-meeting discussion with Delphi (.5). Revised IBM MSA open issue list (2). | 12.50 |
| 10/24/06 | **Roy, Paul J. N.**<br>Review and comment on revised draft SRD SOWs (5.0). Conferred with Lindsay Blohm re review requirements for review of additional SOWs (0.50). Review of CSC response to open issues list (0.50). | 6.00 |
| 10/25/06 | **Blohm, Lindsay A.**<br>Review comments and edits to Exhibit 2.6 (SOW) (3.1); Began review of Exhibit 2.1 (0.9). | 4.00 |
| 10/25/06 | **Chandler, Paul A.**<br>Call with EDS regarding MSA issues for ADM scope (1.0); meetings with Delphi | 9.00 |

Mayer, Brown, Rowe & Maw LLP

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

| | to discuss CSC and EDS issues (2.5); reviewing CSC agreement in preparation for negotiations with CSC (5.5). | |
| 10/25/06 | **Goldstein, Michael J.**<br>Reviewed and revised ADM Statement of Work (4.7). Conferred with Lindsay Blohm re: SRD editing strategy (.3). Implemented revisions to IBM MSA (.5). | 5.50 |
| 10/25/06 | **Roy, Paul J. N.**<br>Call with L. Guevel re work schedule for converting SRD Exhibits to Agreement Schedules and review of Exhibit list (0.50). Review of additional revisions to Schedule 2.6 and transmittal of comments to M. Goldstein and L. Blohm (1.70). Call with P. Chandler, I. Seipke, and L. Guevel re strategy alternatives for meeting with CSC (0.30). Call with P. Chandler to discuss issues raised by CSC in the email list of issues (0.50). | 3.00 |
| 10/26/06 | **Blohm, Lindsay A.**<br>Review Exhibit 2.1. | 2.30 |
| 10/26/06 | **Chandler, Paul A.**<br>Negotiating MSA with CSC (8.5). | 8.50 |
| 10/26/06 | **Goldstein, Michael J.**<br>Meeting with Delphi and CSC to review issues in CSC's markup of ADM MSA. | 8.80 |
| 10/27/06 | **Chandler, Paul A.**<br>Drafting revisions to IBM issues list and distribution to IBM (1.6); reviewing HR and Audit comments from I. Seipke (0.6); distributing residuals clause to IBM (0.3); drafting revisions to CSC MSA and issues list (4.0). | 6.50 |
| 10/27/06 | **Goldstein, Michael J.**<br>Implemented revisions to IBM MSA (6.4). Reviewed Isabelle Seipke and Larry Guevel comments to CSC MSA open issue list (.1). | 6.50 |
| 10/27/06 | **Roy, Paul J. N.**<br>Conferred with P. Chandler re IBM open issues in MSA discussions (0.50). Conferred with P. chandler re CSC open issues in MSA discussions (0.50) | 1.00 |
| 10/28/06 | **Goldstein, Michael J.**<br>Implemented revisions to IBM MSA. | 2.20 |
| 10/28/06 | **Roy, Paul J. N.**<br>Correspondence with Delphi and P. Chandler re project status and schedule. | 0.80 |
| 10/29/06 | **Chandler, Paul A.**<br>Revising and distributing ADM negotiation calendar (0.8); revising CSC issues list and MSA (3.5); distributing riders to CSC for Sections 4.4(a)(5) and 6.6 (0.3). | 4.60 |
| 10/29/06 | **Goldstein, Michael J.**<br>Implemented revisions to IBM MSA. | 1.20 |
| 10/29/06 | **Roy, Paul J. N.**<br>Correspondence with Delphi and conferred with P. Chandler re project status | 1.00 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 8
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | (0.60). Review and comment on schedule and process for next steps in negotiations with CSC and IBM (0.40). | |
| 10/30/06 | **Blohm, Lindsay A.** Working on converting minor exhibits into schedules. Going over list of schedules provided by TPI (1.5 hours) Preparing for conference call with TPI to go over which schedules need to be ready when. (.5 hrs) Conference call with Paul Roy and Michael Goldstein at MBRM and Randy Tucker and Bill Shoemaker at TPI. (2hrs) | 4.00 |
| 10/30/06 | **Chandler, Paul A.** Telephone call with CSC and Delphi team to discuss MSA issues (6.00); revising issues list and distribution to Delphi Team (1.8); telephone call with IBM lawyer (S. Delligatti) re: open issues (0.2); conferring with M. Goldstein on revisions to IBM MSA (0.8); telephone call with I. Seipke re: call with CSC (0.30); drafting revisions to CSC MSA (2.6) | 11.70 |
| 10/30/06 | **Goldstein, Michael J.** Conference call with Delphi and CSC to review issues in CSC's markup of ADM MSA (5.5). Revised CSC MSA open issue list (1.4). Conferred with Paul Chandler re: IBM MSA revisions (.9). Conference call with Bill Shoemaker and Randy Tucker re: strategy for reviewing and revising schedules to MSA (1.1). | 8.90 |
| 10/30/06 | **Lee, Jeannie** Convert minor exhibits into schedules (6.8). Attend status conference call with P. Roy (1.0). | 7.80 |
| 10/30/06 | **Roy, Paul J. N.** Review of Schedule list with TPI to plan process for converting SRD Exhibits to Schedules (2.80). Conferred with P. Chandler about issues in CSC MSA discussions (1.00). Review of revised draft of Schedule 2.1 and comment on same (1.10) | 4.90 |
| 10/31/06 | **Chandler, Paul A.** Telephone call with CSC to negotiate MSA (6.5); revising issues list for CSC and CSC MSA (4.50) ; telephone call with I. Seipke re CSC negotiation (0.2). | 11.20 |
| 10/31/06 | **Goldstein, Michael J.** Conference call with Delphi and CSC to review issues in CSC's markup of ADM MSA (5.8). Revised CSC MSA open issue list (.3). Implemented revisions to IBM MSA (2.2). Conferred with Bill Shoemaker over e-mail re: schedule timing (.1). | 8.40 |
| 10/31/06 | **Lee, Jeannie** Convert exhibits into schedules for P. Roy and L. Blohm. | 6.00 |
| 10/31/06 | **Roy, Paul J. N.** Review and comment to Schedule 2.1. | 0.40 |

Mayer, Brown, Rowe & Maw LLP

06089741                                                                        Page 9
Delphi Corporation                                                          Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | | Hours |
|------|-----------------|---|-------|
| | | **Total Hours** | **481.20** |

06089741
Delphi Corporation
ADM Outsourcing Project

### OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 10/03/06 | **Travel - Airfare**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060067 DATE: 10-Oct-06<br>Delphi re: ADM trip From 02 Oct 2006 To 03 Oct 2006 | 238.40 |
| 10/03/06 | **Travel - Other**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060067 DATE: 10-Oct-06<br>Delphi re: ADM trip From 02 Oct 2006 To 03 Oct 2006 | 396.18 |
| 10/03/06 | **Travel - Other**<br>VENDOR: Goldstein, Michael J. INVOICE#: MBRM000118632060001 DATE: 06-Oct-06  Delphi Trip From 02 Oct 2006 To 03 Oct 2006 | 260.87 |
| 10/03/06 | **Business Meals - Travel**<br>VENDOR: Goldstein, Michael J. INVOICE#: MBRM000118632060001 DATE: 06-Oct-06  Delphi Trip From 02 Oct 2006 To 03 Oct 2006 | 16.27 |
| 10/03/06 | **Business Meals - Travel**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060067 DATE: 10-Oct-06<br>Delphi re: ADM trip From 02 Oct 2006 To 03 Oct 2006 | 41.45 |
| 10/03/06 | **Color Document Reproduction** | 177.00 |
| 10/04/06 | **Document Reproduction** | 0.20 |
| 10/05/06 | **Travel - Airfare**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060084 DATE: 10-Oct-06<br>Paul Chandler's Travel Reimbursement From 05 Oct 2006 To 05 Oct 2006 | 592.85 |
| 10/06/06 | **Travel - Other**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060084 DATE: 10-Oct-06<br>Paul Chandler's Travel Reimbursement From 05 Oct 2006 To 06 Oct 2006 | 427.31 |
| 10/06/06 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060084 DATE: 10-Oct-06<br>dinner on 10/6/06 | 35.00 |
| 10/09/06 | **Document Reproduction** | 6.50 |
| 10/09/06 | **Color Document Reproduction** | 75.00 |
| 10/10/06 | **Document Reproduction** | 0.10 |
| 10/11/06 | **Document Reproduction** | 0.20 |
| 10/13/06 | **Document Reproduction** | 0.20 |
| 10/18/06 | **Document Reproduction** | 0.20 |
| 10/18/06 | **Color Document Reproduction** | 468.00 |
| 10/18/06 | **Color Document Reproduction** | 338.00 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 10/23/06 | **Travel - Airfare**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060091 DATE: 06-Nov-06<br>Paul Chandler's Travel Reimbursement From 23 Oct 2006 To 23 Oct 2006 | 1,185.70 |
| 10/23/06 | **Document Reproduction** | 4.70 |
| 10/23/06 | **Document Reproduction** | 0.20 |
| 10/23/06 | **Color Document Reproduction** | 235.00 |
| 10/23/06 | **Color Document Reproduction** | 532.00 |
| 10/26/06 | **Travel - Other**<br>VENDOR: Goldstein, Michael J. INVOICE#: MBRM000118632060003 DATE: 27-Oct-06  Delphi Trip From 26 Oct 2006 To 26 Oct 2006 | 705.36 |
| 10/26/06 | **Travel - Other**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060091 DATE: 06-Nov-06<br>Paul Chandler's Travel Reimbursement From 23 Oct 2006 To 26 Oct 2006 | 939.73 |
| 10/26/06 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060091 DATE: 06-Nov-06<br>Paul Chandler's Travel Reimbursement From 23 Oct 2006 To 26 Oct 2006 | 70.77 |
| 10/26/06 | **Business Meals - Travel**<br>VENDOR: Goldstein, Michael J. INVOICE#: MBRM000118632060003 DATE: 27-Oct-06  Delphi Trip From 23 Oct 2006 To 26 Oct 2006 | 109.12 |

**Total Other Charges**                    **$6,856.31**

# Marriott.
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 225 ROY/PAUL | 199.00 10/03/06 08:32 3005 |
|---|---|
| ROOM    NAME | RATE    DEPART    TIME   ACCT# |
| NSDB | 10/02/06 01:20 |
| TYPE | ARRIVE    TIME |
| 19  3136 PALM LN | PASSPORT: |
| | BK EXP:01/09 |
| ROOM   NORTHBROOK   IL 600625866 | MR#: XXXXX5253 |
| CLERK   ADDRESS | PAYMENT |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 10/02 | ROOM TR | 225, 1 | 199.00 | | |
| 10/02 | STATETAX | 225, 1 | 11.94 | | A |
| 10/02 | CITY TAX | 225, 1 | 13.93 | | B |
| 10/03 | CCARD-BK | | | 224.87 | |
| | | | | | .00 |

```
------------------- SUMMARY OF TAXES -------------------
    DESCRIPTION                TAXED AMOUNT         TAX
A   STATE TAX 6%                        .00       11.94
B   CITY TAX 7%                         .00       13.93
E   PKG TX 7%                           .00         .00
F   ATTRITION TAX                       .00         .00
H   STATE TAX 6%                        .00         .00

        NET CHARGES          TAX        CREDITS       FOLIO
           199.00          25.87         224.87         .00
```

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Earn more Marriott Rewards points and enjoy greater benefits!
The Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for all of the details.

MARRIOTT REWARDS ACCOUNT # XXXXX5253
DATE 10/02/06 - 10/03/06 REVENUE IF APPLICABLE     $199.00
BASE POINTS EARNED: 1990   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

06 3426 6889
**PASSENGER TICKET AND BAGGAGE CHECK**    #8296
SUBJECT TO CONDITIONS OF CONTRACT

**PASSENGER RECEIPT**

ETKT    A·R·C XXX
UNITED AIRLINES    XXXXXIT052LI    A14594915
LAWYERS TRAVEL    CHICAGO    IL US020CT06
ROY/PAUL    JLEYAJ/AA 0A7NUP    6 0B117
**NOT VALID FOR** THIS IS YOUR RECEIPT 020CT020CT
**TRANSPORTATION**    WN27AL7
S*CVA MAYER BROWN/S*CVA MAYER BROWN
FP VIXXXXXXXXXXXX7632*0109/    765688 /FCCHI UA DTT1
00.28QA/NUP 100.28 END ZPORD XT2.50AY4.50XFORD4.5

| | | | |
|---|---|---|---|
| XT | 7.00 | | |
| USD | 100.28 | | |
| US | 7.62 | | |
| ZP | 3.30 | 38752764816 | 0 016 7787184543 6 |
| USD | 118.10 | | |

202033    0252059    AL0
ROY/PAUL
DTW UA772 Q 020CTQA/NUP
**NOT VALID FOR TRAVEL**
0 016 7787184543 6
AA14594915

---

06 3426 6889
**PASSENGER TICKET AND BAGGAGE CHECK**    #8296
SUBJECT TO CONDITIONS OF CONTRACT

**PASSENGER RECEIPT**

ETKT    A·R·C XXX
AMERICAN AIRLINES    XXXXX    A14594915
LAWYERS TRAVEL    CHICAGO    IL US020CT06
ROY/PAUL    JLEYAJ/AA L26D    6 0B117
**NOT VALID FOR** THIS IS YOUR RECEIPT
**TRANSPORTATION**    WN27X07
FP VIXXXXXXXXXXXX7632*0109/    42579B /FCDTT AA CHI1
02.33L26D 102.33 END ZPDTW XT2.50AY4.50XFDTW4.5

| | | | |
|---|---|---|---|
| XT | 7.00 | | |
| USD | 102.33 | | |
| US | 7.67 | | |
| ZP | 3.30 | 38752764853 | 0 001 7787184545 4 |
| USD | 120.30 | | |

202033    0252061    AL0
ROY/PAUL
DTW AA4458 L 030CTL26D
**NOT VALID FOR TRAVEL**
0 001 7787184545 4
AA14594915

---

JOSE CUERVO
DETROIT METRO AIRPORT
CHECK:        4104/1
TABLE:        101
SERVER:       4010 Maria
DATE:         OCT03'06 7:27PM
CARD TYPE:    VISA        A0 4*
ACCT #:       XXXXXXXXXXXX7632
EXP DATE:     XX/XX
AUTH CODE:    36375B
              PAUL ROY

SUBTOTAL:     26.79
I agree to comply with the card
holder agreement.

Tip _____ 5.00

Total _____ 31.79

Signature _____

---

**AMERICAN TAXI.**

847-259-1555
**RECEIPT**

DATE _____ 11/3/06

AMOUNT _____ 30.00

FROM _____

TO _____

NAME _____

CAB NUMBER _____

NORTHWEST SUBURBS    (847) 253-4411
WEST & SOUTH SUBURBS    (708) 424-7878
LAKE COUNTY    (847) 566-3131
NORTH SUBURBS    (847) 673-1000
DUPAGE CO. EAST    (630) 920-9480
DUPAGE CO. WEST    (630) 305-0700

## NATIONAL CAR RENTAL

```
RA 813062043        Inv 80012523358
Rental   03-OCT-2006 03:58 AM
DETROIT METRO ARPT
Return   03-OCT-2006 06:44 PM
DETROIT METRO ARPT

PAUL J ROY
Vehicle # 69406963
Model    IMPALA LT
Class Driven FCAR    Class Charged ICAR
License# DNE3314    State/Province  NY
M/Kms Driven 83
M/Kms Out    11682
M/Kms In     11765

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit    Price    Amount
T & M        1 Days     61.00    61.00*
UNLIM M/KM   0 M/Kms             0.00*
REFUELING    4 Gals     6.25    25.00*
ARPT COST RECOVERY FEE           9.65*
WAYNE COUNTY STADIUM TX          1.91*
VEH LIC FEE RECOVERY             0.85*
SALES TAX @6.000%                5.90

Total Charges           USD 104.31

Paid By    Visa 7632           -104.31

Amount Due              USD 0.00

* Taxable Items
  Subject to Audit
Your Emerald Club Number is 761930142
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334
```

**Yellow Services, Inc.**
**2230 South Michigan**
**Chicago, Illinois 60616**
www.yellowcabchicago.com

37 00                    10/2
$              Time        Date

71 S. Wacker
Received from:

Cab fare from:
O'Hare
To:

Driver:

Cab #:

Account #:

*Thank you for*
*riding with us!*



**312-829-4222**

---

```
         HMSHOST
   CORNER BAKERY KIOSK
   Chicago 773.686.6180


1640 Teresita

4720 OCT02'06 10:07PM


1 COKE BTL 20oz       2.09
  CASH               20.00

  SUBTOTAL            2.09
  TAX                 0.27
  AMOUNT PAID         2.36
  CHANGE DUE         17.64
```

```
   REGGIO'S C22 - DBE
 O'HARE AIRPORT CHICAGO
     773-686-0155


7538 Tamika

6628 OCT02'06  6:11PM


1 COKE BTL 20oz       2.09
1 HOT DOG             3.39
1 CHIPS               1.09
  CASH                8.00

  SUBTOTAL            6.57
  TAX                 0.73
  AMOUTN PAID         7.30
  CHANGE DUE          0.70
```



**DETROIT TROY**

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| | | | | |
|---|---|---|---|---|
| **220** GOLDSTEIN/MICHAEL | 199.00 | 10/03/06 08:26 | 2940 | |
| ROOM      NAME | RATE | DEPART      TIME | ACCT# | |
| NSDB | | 10/02/06 01:19 | | |
| TYPE | | ARRIVE      TIME | | |
| 9 | | PASSPORT: | | |
| | | AX EXP:08/08 | | MR#: |
| ROOM CLERK   ADDRESS | | PAYMENT | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 10/02 | ROOM TR | 220, 1 | 199.00 | | |
| 10/02 | STATETAX | 220, 1 | 11.94 | | A |
| 10/02 | CITY TAX | 220, 1 | 13.93 | | B |
| 10/03 | CCARD-AX | | | 224.87 | |
| | | | | | .00 |

```
------------------- SUMMARY OF TAXES -------------------
    DESCRIPTION              TAXED AMOUNT              TAX
A   STATE TAX 6%                      .00            11.94
B   CITY TAX 7%                       .00            13.93
E   PKG TX 7%                         .00              .00
F   ATTRITION TAX                     .00              .00
H   STATE TAX 6%                      .00              .00

       NET CHARGES         TAX        CREDITS       FOLIO
         199.00          25.87         224.87         .00
------------------- EXP. REPORT SUMMARY -------------------
10/02  ROOM&TAX           224.87
```

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK]



**DETROIT TROY**

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law plus the reasonable cost of collection, including attorney fees

Signature X _____

6-2955C
Rev 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

```
    O'HARE VENTURE - ZOOT CAFE
    O'HARE INTERNATIONAL AIRPORT
          773-686-2743

380 Marina
-------------------------------------
3507  OCT02'06  6:10PM
-------------------------------------

  1 COMBO                      5.99
  1 BTL JUICE 16oz             2.29
    CASH                      20.00

    SUBTOTAL                   8.28
    TAX                        0.85
    AMOUNT PAID               9.13
    CHANGE DUE                10.87
```

```
           THANK  YOU

      O'Hare International Airport

      Parking Facility - Lots A, B & C

    P.O.Box 66179, Chicago, Il. 60666-0179

          Tel:  (773) 686-7532
```

# SALES VOUCHER/RECEIPT

```
       DAILY TICKET - A Lot Level 2 - 6
TRANSACTION NUMBER
ENTRY TIME/DATE                  601018760
                          17:40  10-02-06
PAYMENT TIME/DATE         21:37  10-03-06
PAY MACHINE                           CE36
LICENSE:                        IL 8236442
OPERATOR                               180
FEE                                 $36.00

AMERICAN EXPRESS            3717*******1004
Expiry Date                          08/08
Pay m/c Transaction Ref:
Authorization Code              3600010226
SPS Terminal                        562202
SPS Time                       CHG0019901
SPS Reference                   1003062151
                                      3335
```

# TOTAL          $36.00
Includes All Applicable Taxes

```
                    AVI
                 FOOD SERVICES

REG 10-03-06 12:33        373
C01                    1

SNACKS  T            $5.49
1/2PT MILK  T        $1.25
TA1                  $6.74
TAX                  $0.40
ST                   $7.14
CASH                 $8.00
CG                   $0.86
```

*Delphi*

YELLOW CAB  CO
CAB # 4879
10/05/06 TR 0992
START  END MILES
16:06 16:53 17.5
FARE :  $  35.25
EXTRA:  $  2.00
TOTAL:  $  37.25
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU

40.00

*Delphi*

YELLOW  CAB
CAB # 6494
10/06/06 TR 5429
START  END MILES
19:39 20:38 15.6
FARE :  $  34.65
EXTRA:  $  1.00
TOTAL:  $  35.65
DEPT OF CONSUMER
SERVICE 311
HAVE A NICE DAY

40.00



# Marriott.
### DETROIT TROY

200 West Big Beaver Road
Troy, Michigan  48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 1509 | CHANDLER/PAUL/A | 209.00 | 10/06/06 12:00 | 3997 |
| ROOM | NAME | RATE | DEPART        TIME | ACCT# |
| CDDB | | | 10/05/06 22:15 | |
| TYPE | | | ARRIVE        TIME | |
| 41 | | PASSPORT: | | |

| ROOM CLERK | ADDRESS | PAYMENT | | MR#: XXXXX2811 |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 10/05 GIFTSHOP | 41771509 | 3.17 | | |
| 10/05 ROOM TR | 1509, 1 | 209.00 | | |
| 10/05 STATETAX | 1509, 1 | 12.54 | A | |
| 10/05 CITY TAX | 1509, 1 | 14.63 | B | 236.17 |
| 10/06 BK CARD | | $239.34 | | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| A | STATE TAX 6% | .00 | 12.54 |
| B | CITY TAX 7% | .00 | 14.63 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 212.17 | 27.17 | .00 | 239.34 |

------------------ EXP. REPORT SUMMARY ------------------
10/05 GIFTSHOP          3.17
      ROOM&TAX        236.17

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

MARRIOTT REWARDS ACCOUNT # XXXXX2811
DATE 10/05/06 - 10/06/06 REVENUE IF APPLICABLE    $212.17
BASE POINTS EARNED: 2122    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.
### DETROIT TROY

200 West Big Beaver Road
Troy, Michigan  48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column represents any credit card entry in the retention column above will be charged to the credit card number set forth above. The credit card company will bill on the usual manner. If for any reason the credit card company does not make payment on this account, you will owe such an amount. If you are direct billed, in the event payment is not made within 25 days after check out, you will owe us interest from the check out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev 12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

N A T I O N A L
C A R   R E N T A L

RA 813075383            Inv 8U012539435
Rental   05-OCT-2006 09:30 PM
DETROIT METRO ARPT
Return   06-OCT-2006 06:04 PM
DETROIT METRO ARPT

PAUL CHANDLER
Vehicle # 6F140986
Model    MALIBU MAXX
Class Driven FCAR    Class Charged ICAR
License#· X22HQA    State/Province FL
M/Kms Driven  81
M/Kms Out    22565
M/Kms In     22646

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit    Price    Amount
T & M         1 Days    56.00     56.00*
UNLIM M/KM    0 M/Kms              0.00*
FSO           1 Rental  35.68     35.68*
ARPT COST RECOVERY FEE            10.28*
WAYNE COUNTY STADIUM TX            2.04*
VEH LIC FEE RECOVERY               0.85*
SALES TAX 06.000 %                 6.29

Total Charges              USD 111.14

Paid By   MC   8491             -111.14

Amount Due                 USD 0.00

* Taxable Items
Subject to Audit
Customer service Number 1-800-468-3334



 **National.**

| RA # 813075383 | RES # 835933357 | |
| PAUL CHANDLER | CONTRACT ID 5702498 | EC # |
| CHICAGO, IL 60657 | EXT REF # | FT # |

| NATIONAL RENTAL LOCATION | RENTAL DATE | RETURN LOCATION | RETURN DATE |
| DETROIT METRO ARPT (734)941 7000 | 05-OCT-2006 | DETROIT METRO ARPT (734)941 7000 | 06-OCT-2006 |
| BLDG 338, LUCAS DRIVE | RENTAL TIME | BLDG 338, LUCAS DRIVE | RETURN TIME |
| DETROIT, MI 48242 | 09:25 PM | DETROIT, MI 48242 | 09:31 PM |

**RATE RULES AND QUALIFICATIONS   INITIAL X_____**
CONTRACT FLAT RATE
Monthly Charge up to 31 Days

**VEHICLE INFORMATION**

| RESERVED | Intermediate 2/4 Door Car Auto A/C |
| DRIVEN | Intermediate 2/4 Door Car Auto A/C |
| CHARGED | Intermediate 2/4 Door Car Auto A/C |
| MAKE | |
| MODEL | |
| COLOR | |
| ODOMETER | 0 |
| PLATE | |
| REG AREA | |
| VEHICLE # | |
| BAY | |
| STALL | |

| CHARGES | UNIT | PRICE/UNIT | CURRENT CHARGE |
|---|---|---|---|
| RENTER'S RESPONSIBILITY | | | |
| * TIME & DISTANCE | MONTH | 1344.00 X | 0.00 |
| * TIME & DISTANCE | WEEK | 336.00 X | 0.00 |
| * TIME & DISTANCE | Day | 56.00 X 1 | 56.00 |
| * TIME & DISTANCE | Hour | 23.00 X | 0.00 |
| * UNLIMITED MILES/KM-TIME & DISTANCE | M/KM | 0.00 X | 0.00 |
| * FUEL SERVICE OPTION | Rental | 35.68 X 1 | 35.68 |
| * ARPT COST RECOVERY FEE 11.11 PCT @ 11.11% | | | 10.28 |
| * WAYNE COUNTY STADIUM TAX 2 PCT @ 2.00% | | | 2.04 |
| * VEH LICENSE FEE RECOVERY .85/DAY | Day | | 0.85 |
| SALES TAX 6.00% | | | 6.29 |

**ESTIMATED CHARGES**               111.14   INITIAL X_____

(All Charges Are Estimate Only - Subject to change if vehicle not returned to the location on date
and time specified, or if fuel tank is not full at return and fuel service option was not purchased).
**PAYMENTS**
MASTERCARD 8491 Auth #

I DECLINE OPTIONAL LOSS DAMAGE WAIVER. X _____

I DECLINE PERSONAL ACCIDENT INSURANCE (PAI) WITH PERSONAL EFFECTS COVERAGE (PEC). X _____

I DECLINE OPTIONAL THIRD PARTY BODILY INJURY AND PROPERTY DAMAGE INSURANCE (SLI). X _____

I CHOOSE OPTIONAL FUEL PURCHASE AT START OF RENTAL, AT 2.23 PER GALLON (NO REFUND FOR UNUSED FUEL). THE TOTAL FUEL CHARGE
REFLECTED HERE IS AN ESTIMATE BASED ON THE AVERAGE TANK SIZE FOR THE CAR CLASS CHARGED. I UNDERSTAND MY TOTAL FUEL CHARGE
MAY CHANGE BASED ON THE ACTUAL CAR I DRIVE. X _____

NATIONAL IS ONLY LIABLE UP TO A MAXIMUM OF $20,000 BECAUSE OF BODILY INJURY TO OR DEATH OF ONE PERSON ON ANY ONE ACCIDENT
AND $40,000 BECAUSE OF BODILY INJURY TO OR DEATH OF TWO OR MORE PERSONS IN ANY ONE ACCIDENT AND ONLY IF THE RENTED VEHICLE
IS BEING OPERATED BY ME, MY IMMEDIATE FAMILY MEMBER OR ANY AUTHORIZED OR ADDITIONAL AUTHORIZED DRIVERS. HIGHER LIMITS MAY
BE PROVIDED PURSUANT TO A SEPARATE COMMERCIAL AGREEMENT. I ALSO UNDERSTAND THAT I MAY BE LIABLE TO NATIONAL UP TO THE
AMOUNTS INDICATED ABOVE PURSUANT TO MICHIGAN LAW AND ALSO AS PROVIDED FOR IN PARAGRAPH 9 OF THE TERMS AND CONDITIONS
OF RENTAL AGREEMENT AND TO AN INJURED PERSON FOR AMOUNTS AWARDED IN EXCESS OF THE MAXIMUM AMOUNTS INDICATED ABOVE.

**PLEASE READ IMPORTANT INFORMATION REGARDING AUTHORIZED DRIVERS WITHIN THE AGREEMENT (SEE RENTAL
AGREEMENT JACKET).**

YOU AGREE TO ALL PROVISIONS CONTAINED WITHIN THIS AGREEMENT,
INCLUDING THOSE CONTAINED WITHIN NATIONAL'S RENTAL AGREEMENT
JACKET AND ALL APPLICABLE OPTIONAL PRODUCT BROCHURES, AND
YOU ACKNOWLEDGE RECEIPT OF EACH OF THEM. YOU UNDERSTAND
THAT IF YOU DO NOT COMPLY WITH THE TERMS OF ANY APPLICABLE
CORPORATE, GOVERNMENT, OR TOUR ACCOUNT AGREEMENT AND THE
TERMS OF THIS RENTAL AGREEMENT, ALL LIABILITY AND
UNINSURED/UNDERINSURED MOTORIST BENEFITS, IF ANY, ARE
WITHDRAWN AND WILL NOT BE PROVIDED.

RENTER : _____



06 3426 6889
PASSENGER TICKET AND BAGGAGE CHECK    Ø1169
SUBJECT TO CONDITIONS OF CONTRACT

PASSENGER RECEIPT

202033    Ø251988    A9D
X XOADXXG XXS

A·R·C XXX

NORTHWEST AIRLINES    X XXXX    TOUR CODE    AT4594915
LXUYERS TRAVEL    CHICAGO    IL US285EPB6    5º 99117
CHANDLER/PAUL A    FHXWXV/AA MULTI
**NOT VALID FOR**    THIS IS YOUR RECEIPT
*TRANSPORTATION*                          WN27A9D

CHANDLER/PAUL A
ORD
ORD

SDTW NW1252 P Ø5OCTØ2PBF
ORD NW1249 Q Ø6OCTQAØY8R

FP CAXXXXXXXXXXX8491*Ø1Ø9/    Ø28620 /FCCHI NW DTT3
86.Ø5B2PBF NW CHI1Ø2.33QAØV8R 488.38    END ZPORODT
W XT5.ØØAY9.ØØXFORD4.5DTW4.5

XT    14.ØØ
USD    488.38
US    36.62
ZP     6.6Ø
TOTAL
USD    545.6Ø

38752762425    Ø Ø12 77Ø4792734 4

NOT VALID FOR TRAVEL
Ø Ø12 77Ø4792734 4
AA14594915

---

06 3426 6889
PASSENGER TICKET AND BAGGAGE CHECK    Ø1169
NOT TRANSFERABLE

MISCELLANEOUS CHARGES ORDER

202033    Ø251988    A9D
X XOADXXG XXS

A·R·C XXX PASSENGER RECEIPT

AIRLINES REPORTING CRP    TOUR CODE    AT4594915
LXUYERS TRAVEL    CHICAGO    ILUS285EPB6    7º 99117
CHANDLER/PAUL A    FHXWXV/AA
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE                WN27A9D

MISCELLANEOUS
CHARGES ORDER

FP CAXXXXXXXXXXX8491* Ø1Ø9 /    Ø28933

NOT VALID FOR TRAVEL

USD    47.25
         Ø.ØØ

38752762451    89Ø Ø133ØØØ939 4

USD    47.25

89Ø1 AA14594915

 **nwa** E-Ticket.           **nwa** E-Ticket.

| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 05OCT06 | B2PBF |
| Detroit, MI | Chicago-OHare, IL | 06OCT06 | QA0V8R |

| | |
|---|---|
| E-Ticket Nbr: | E0127784792734 |
| Issued Date: | 28SEP06 |
| Name/Place of Issue: | LAWYERS TRAVEL CHICAGC IL |

## CHANDLER/PAULA                    Total Fare This Ticket: USD 545.60

| FARE | 488.38 |
|---|---|
| US TAX | 36.62 |
| DOM SEGMENT FEE | 6.60 |
| OTHER TAX | 14.00 |
| TOTAL  USD | 545.60 |

| Form of Payment: | MASTERCARD |
|---|---|
| Card Nbr: | XXXXXXXXXXX8491 |
| E-Ticket Nbr: | E0127784792734 |
| Confirmation Nbr: | MJ9BID |

Endorsements/Restrictions:

*Transportation subject to terms of carriage printed inside ticket jacket*

Page 1 of 1

### PASSENGER RECEIPT

---

 **nwa** E-Ticket.           **nwa** E-Ticket.

| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 05OCT06 | B2PBF |
| Detroit, MI | Chicago-OHare, IL | 06OCT06 | QA0V8R |

| | |
|---|---|
| E-Ticket Nbr: | E0127784792734 |
| Issued Date: | 28SEP06 |
| Name/Place of Issue: | LAWYERS TRAVEL CHICAGC IL |

## CHANDLER/PAULA                    Total Fare This Ticket: USD 545.60

| FARE | 488.38 |
|---|---|
| US TAX | 36.62 |
| DOM SEGMENT FEE | 6.60 |
| OTHER TAX | 14.00 |
| TOTAL  USD | 545.60 |

| Form of Payment: | MASTERCARD |
|---|---|
| Card Nbr: | XXXXXXXXXXX8491 |
| E-Ticket Nbr: | E0127784792734 |
| Confirmation Nbr: | MJ9BID |

Endorsements/Restrictions:

*Transportation subject to terms of carriage printed inside ticket jacket*

Page 1 of 1

### PASSENGER RECEIPT

**nwa** E-Ticket.    **nwa** E-Ticket. 

| | | |
|---|---|---|
| Name | CHANDLER/PAULA | Conf MJ9BID |
| Date | 06OCT06    Request: | |
| Frequent Flyer Nbr: | NWxxxxxxxx222 | |
| E-Ticket Nbr | 0127784792734 | |
| Flight | NW 1249 | |

Name: CHANDLER/PAULA        Conf MJ9BID
Date: 06OCT06    Request:
Frequent Flyer Nbr: NWxxxxxxxx222
E-Ticket Nbr: 0127784792734
Flight: NW 1249



## Gate: A25              Seat: 21-A
## Gate: A25              Seat: 21-A

Depart: Detroit, MI                    7:04 PM
Arrive: Chicago-OHare, IL              7:20 PM

Depart: Detroit, MI                    7:04 PM
Arrive: Chicago-OHare, IL              7:20 PM

## BOARDING PASS

DTWPRX25





|  |  |  |
|---|---|---|
| | F4941C | F4941C | MJ9BID |
| | MJ9BID | | |
| | | NW1132   05OCT06 | |
| | | ETKT      ETKT | |
| | | DEPARTURE TIME 0607P | |
| | | ORD | |

| 01-B | E15 | 01-B | DTW |
|---|---|---|---|

FIRST CLASS SEAT    WORLD BUSINESS CLASS SEAT    ECONOMY CLASS SEAT    DEPARTURE GATE    SEAT NUMBER    DESTINATION

NWXXXXXXXXX222

NW1132 P 05OCT06  DETROIT        ORD/OR1/1132

ORIGIN/DATE    DESTINATION                    POINT OF ISSUE    SPECIAL SERVICE

## Boarding Pass



**nwa** NSC

PASSENGER'S NAME
CHANDLER/PAULA
PREMIUM            ETKT      ETKT    ETKT
NWXXXXXXXXX222

PASSENGER'S NAME
CHANDLER/PAULA
0127784792734 CPN 1

All Customers: Please provide contact information
on the reverse of this boarding pass.





**MASSAGE CHEZ VOUS**
## Professional massage therapists
### direct to your door.
● Home ● Office ● Hotel
CALL FOR AN APPOINTMENT; WE CAN BE THERE WITHIN THE HOUR!
● Sports
● Shiatsu
● Swedish
● Deep Tissue
**(773)525-1998**
VISA    www.MassageChezVous.com    MasterCard
Receipt Advertising Info: ChicagoDispatcher.com

GLOBE TAXI ABBN. INC.

FOR CAB SERVICE CALL
(773) 725-6500
Lost and Found: (773) 725-6200
$ 36    Date 12/23/06 Time 5pm
Received from Chadler
Cab fare from 7/ S. Woeber
To O'hare
Driver _____
Cab no. _____

---

O'HARE VENTURE - HOT DOG T2
O'HARE INTERNATIONAL AIRPORT
773-686-2744

5714 MELECIO
--------------------------------
**1 4 1 0** OCT25'06  5:16PM
--------------------------------

1 VIENNA DOG          3.39
  NO SPECL
1 COKE BTL 20oz       2.09
  CASH               10.00

  SUBTOTAL            5.48
  TAX                 0.62
  AMOUNT PAID     6 . 1 0
  CHANGE DUE          3.90

---

454503129990
THE BONE YARD II
31006 ORCHARD LAKE RD
FARMINGTON HILLS, MI 48
2488517000

**Sale**
ID: 00003G61
10/24/06                    20:12:35
Batch # 000053

MASTERCARD
XXXXXXXXXXX8491
Appr Code: 024534    Invu: 06

Amount:                   $ 33
Tax:                   $ 0.00
Tip:                      0.06
- - - - - - - - - - - - - - - - - -
Total:                   39.28

Tip Table provided for
your convenience
  15% =      4.9
  20% =      6.65
  25% =      8.32

Customer Copy
THANK YOU

Server:

National Coney Island

```
*********************************
T.Number 66131    10/26/2006  6:44:41 PM
*********************************
Table: Subcheck:0
```

```
    1 Coney Combo        6.49
    **Coke              .00
                    ============
    Sub-Total $          6.49
                    ============
    Tax        $         0.39
                    ============
    Total      $         6.88
    Cash       $        20.00
    Change     $       -13.12
```

+3.00 TIP
$9.88

```
*********************************
```

### Order Number 66131
Register Number 1



GLOBE TAXI ASSN, INC.

FOR CAB SERVICE CALL
(773) 725-6500

Lost and Found: (773) 725-6200
$ 30    Date 10/26/06 Time 8:30pm
Received from  O'hay
Cab fare from  CHANDLER
To  3186 N. Laboratory
Driver
Cab no.

MASSAGE CHEZ VO

**Professional massage therapist**
direct to your door.

● Home  ● Office  ● Hotel

CALL FOR AN APPOINTMENT, WE CAN BE THERE WITHIN THE

● Sports
  ◆ Shiatsu
    ◆ Swedish
      ◆ Deep Tissue

(773)525-1998
www.MassageChezVous.com
VISA
Receipt Advertising Info: ChicagoDispatcher.com

Kerby*s Koney Island-TRO

www.kerbys.com
CROOKS @ BIG BEAVER
248-649-4944

```
1  1 KONEY SALD POP         $6.85
```

```
Subtotal:                    $6.85
Sales Tax:                    $0.41
Total:                        $7.26
GrandTotal:                   $7.26
```
Thanks, Please PAY @ THE REGISTER

```
Server Name:     TRINA
Cashier Name:    TRINA
Table Number:    35
  Wednesday, October 25, 2006   11:45 AM

Order Started:   11:45 AM
```

35

Copy of Receipt

```
NATIONAL
CAR RENTAL

RA 813159512         Inv 80012628806
Rental  23-OCT-2006 08:52 PM
DETROIT METRO ARPT
Return  26-OCT-2006 05:48 PM
DETROIT METRO ARPT

PAUL CHANDLER
Vehicle # 69437672
Model    IMPALA LT
Class Driven FCAR    Class Charged ICAR
License# OEL468      State/Province LA
M/Kms Driven  138
M/Kms Out    9954
M/Kms In    10092

MAYER BROWN & PLATT
Contract ID 5702498
Charges     No Unit  Price   Amount
T & H       3 Days   56.00   168.00*
UNLIM M/KM  0 M/Kms          0.00*
FSO         1 Rental 37.91   37.91*
ARPT COST RECOVERY FEE       23.16*
WAYNE COUNTY STADIUM TX       4.58*
VEH LIC FEE RECOVERY          2.55*
SALES TAX %6.00 %            14.17

Total Charges         USD 250.37

Paid By  MC   8491        -250.37

Amount Due            USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 673566320
Emerald Club rental credits will be
posted within 24 hours
```

National.

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| **202** ROOM | **CHANDLER/PAUL/MR** NAME | **179.00** RATE | **10/26/06** DEPART | **12:00** TIME | **8743** ACCT# |
| **NSDB** TYPE | | | **10/23/06** ARRIVE | **21:33** TIME | |
| **25** | | | **PASSPORT:** | | |

| ROOM CLERK | ADDRESS | PAYMENT | | | **MR#: XXXXX7055** |
|---|---|---|---|---|---|

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 10/23 | GIFTSHOP | 6655 202 | 8.25 | | |
| 10/23 | TELECOM | TELECOM | 9.95 | | |
| 10/23 | TAX | TELECOM | .60 | | H |
| 10/23 | ROOM TR | 202, 1 | 179.00 | | |
| 10/23 | STATETAX | 202, 1 | 10.74 | | A |
| 10/23 | CITY TAX | 202, 1 | 12.53 | | B |
| 10/24 | ROOM TR | 202, 1 | 179.00 | | |
| 10/24 | STATETAX | 202, 1 | 10.74 | | A |
| 10/24 | CITY TAX | 202, 1 | 12.53 | | B |
| 10/25 | ROOM TR | 202, 1 | 179.00 | | |
| 10/25 | STATETAX | 202, 1 | 10.74 | | A |
| 10/25 | CITY TAX | 202, 1 | 12.53 | | B |
| 10/26 | BK CARD | | | $625.61 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| A | STATE TAX 6% | .00 | 32.22 |
| B | CITY TAX 7% | .00 | 37.59 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | .60 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 555.20 | 70.41 | .00 | 625.61 |

------------------ EXP. REPORT SUMMARY ------------------

| | | |
|---|---|---|
| 10/23 | GIFTSHOP | 8.25 |
| | TELECOM | 9.95 |
| | TAX | .60 |
| | ROOM&TAX | 202.27 |
| 10/24 | ROOM&TAX | 202.27 |
| 10/25 | ROOM&TAX | 202.27 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. If the credit card company will bill in the usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

# Marriott.

### DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **202** | CHANDLER/PAUL/MR | | 179.00 | 10/26/06 | 12:00 | 8743 | |
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# | |
| **NSDB** | | | | 10/23/06 | 21:33 | | |
| TYPE | | | | ARRIVE | TIME | | |
| **25** | | | PASSPORT: | | | | |

MR#: XXXXX7055

| ROOM CLERK | ADDRESS | PAYMENT | | |
|---|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|

**It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.**

**Earn more Marriott Rewards points and enjoy greater benefits!
The Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for all of the details.**

**MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 10/23/06 - 10/26/06 REVENUE IF APPLICABLE      $555.20
BASE POINTS EARNED: 5552      ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.**

# Marriott.

### DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. If the credit card company will bill in the usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

**nwa.** 

F4941C        F4941C        2JJ95S
2JJ95S

NW1132  23OCT06
ETKT        ETKT
DEPARTURE TIME 0607P
ORD
DTW

| FIRST CLASS SEAT | WORLD BUSINESS CLASS SEAT | ECONOMY CLASS SEAT 21-E | DEPARTURE GATE E15 | SEAT NUMBER 21-E | DESTINATION |

NWXXXXXXXX222

NW1132 Q 23OCT06  DETROIT          ORD/OR1/1252

| FLIGHT/DATE | DESTINATION | POINT OF ISSUE | SPECIAL SERVICE |

# Boarding Pass

**nwa.** 
N8L
PASSENGER'S NAME

PASSENGER'S NAME

CHANDLER/PAULA                    CHANDLER/PAULA

ETKT        ETKT     ETKT  0127792003267 CPN 1

All Customers: Please provide contact information NWXXXXXXXX222
on the reverse of this boarding pass.

---

**nwa** E-Ticket.

| Depart | Arrive | Date | Fare Code | E-Ticket Nbr: | E0127792003267 |
|--------|--------|------|-----------|---------------|----------------|
| Chicago-OHare, IL | Detroit, MI | 23OCT06 | QA0V8R | Issued Date: | 22OCT06 |
| Detroit, MI | Chicago OHare, IL | 26OCT06 | B2PBF | Name/Place of Issue: | OVATION TRAVEL NEW YOR NY |

---

**CHANDLER/PAULA**                         Total Fare This Ticket: USD 545.60

| FARE | 488.38 | Form of Payment: MASTERCARD | Endorsements/Restrictions: |
|------|--------|------------------------------|-----------------------------|
| US TAX | 36.62 | Card Nbr:    XXXXXXXXXXXX8491 | |
| DOM SEGMENT FEE | 6.60 | E-Ticket Nbr:  E0127792003267 | |
| OTHER TAX | 14.00 | Confirmation Nbr: 2JJ95S | |
| TOTAL  USD | 545.60 | | |

## PASSENGER RECEIPT

Transportation subject to terms of carriage
printed inside ticket jacket

Page 1 of 1

---

**nwa** E-Ticket.                              **nwa** E-Ticket.

| Name: | CHANDLER/PAULA | | Conf #2JJ95S |
|-------|----------------|--|-------------|
| Date: | 23OCT06 | Request: | |
| Frequent Flyer Nbr: | NWxxxxxxxxx222 | | |
| E-Ticket Nbr: | 0127792003267 | | |
| Flight: | NW 1252 | | |

Name: CHANDLER/PAULA          Conf #2JJ95S
Date:  23OCT06    Request:
Frequent Flyer Nbr: NWxxxxxxxxx222
E-Ticket Nbr:  0127792003267
Flight: NW 1252

## Gate: E9                Seat: 22-E      Gate: E9                Seat: 22-E

Depart: Chicago-OHare, IL          7:20 PM    Depart: Chicago-OHare, IL          7:20 PM
Arrive: Detroit, MI                9:36 PM    Arrive: Detroit, MI                9:36 PM

## BOARDING
## PASS

ORDISL01



06 3426 5152
PASSENGER TICKET AND BAGGAGE CHECK    06-08974-1,01169
NOT TRANSFERABLE
MISCELLANEOUS CHARGES ORDER
A·R·C PASSENGER RECEIPT
AIRLINES REPORTING CRP    or    CHICAGO
CARTER'S TRAVEL
CHANDLER/PAUL A
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE
ENDORSEMENTS/RESTRICTIONS

FP CAXXXXXXXXXXX8491* 0109 / 030853

USD    47.25
TAX/FEE/CHARGE    0.00
TOTAL USD    47.25

STOCK CONTROL NO TX 000    CK
38905987046

DOCUMENT NUMBER    CK
890 8136284903 2

322033    0252714 ABS

MISCELLANEOUS
CHARGES ORDER

NOT VALID FOR TRAVEL

8901 AA14594915

06 3426 9606
PASSENGER TICKET AND BAGGAGE CHECK    06-08974-1,01169
SUBJECT TO CONDITIONS OF CONTRACT
PASSENGER RECEIPT
A·R·C
NORTHWEST AIRLINES    or    NEW YORK
OVATION TRAVEL
CHANDLER/PAUL A
**NOT VALID FOR THIS IS YOUR RECEIPT
**TRANSPORTATION*
ENDORSEMENTS/RESTRICTIONS

FP CAXXXXXXXXXXX8491*0109/    022091 /FCCHI NW DTT
02.33QA0V8R NW CHI386.05B2PBF 488.38    END ZPORDDT
.W XT5.00AY9.00XFORD4.5DTW4.5

XT    14.00
FARE    USD    488.38
TAX/FEE/CHARGE    US    36.62
TAX/FEE/CHARGE    ZP    6.60
TOTAL    USD    545.60

STOCK CONTROL NO TX 000    CK
78880289416

DOCUMENT NUMBER    CK
0 012 7792003267 5

322033    0494775    ABS

CHANDLER/PAUL A
ORD NW1252 Q 230CTQA0V8R
ORD NW1249 P 26OCT02PBF

NOT VALID FOR TRAVEL

0 012 7792003267 5
AA33892891



| | | | | |
|---|---|---|---|---|
| | | MCC: 0000  MERCHANT ZIP: | | |
| | | SALES TAX: $   0.00  TAX INCLUDED: | | |
| | | GOLDSTEIN/MICHA | | |
| | 10/23/06 1 | CHICAGO           DETROIT | | |
| | 10/23/06 2 | DETROIT           CHICAGO | | |
| 10-22 | 10-22 | 5543425MR7E5GH2K6 | NATIONAL CAR RENTAL MINNEAPOLIS  MN | 50.00 |
| | | MCC: 3393  MERCHANT ZIP: | |
| | | AUTO RENTAL DATE: 10/01/06 | |
| | | SALES TAX: $    0.00  TAX INCLUDED: | |
| | #002206358 | RTRN CTY MINNEAPOLIS | |
| 10-22 | 10-22 | 5340673MR06400C6Y | STAR OF INDIA CHICAGO  IL | |
| | | MCC: 5812  MERCHANT ZIP: | |
| | | SALES TAX: $    2.72  TAX INCLUDED: Y | |
| 10-23 | 10-23 | 5541734MTGYXX10QW | NWA AIR  0127792034134 NEW YORK  NY | 545.60 |
| | | MCC: 3060  MERCHANT ZIP: | |
| | | SALES TAX: $    0.00  TAX INCLUDED: | |
| | | GOLDSTEIN/MICHA | |
| | 10/23/06 1 | CHICAGO           DETROIT | |
| | 10/23/06 2 | DETROIT           CHICAGO | |
| 10-23 | 10-23 | 5541734MTGYXX6MNF | AGNT FEE 89081360614271 THE LAWYERS T NY | 47.25 |
| | | MCC: 4511  MERCHANT ZIP: | |
| | | SALES TAX: $    0.00  TAX INCLUDED: | |
| | | GOLDSTEIN/MICHA | |
| | 10/23/06 1 | XAA               XAO | |
| 10-24 | 10-24 | 5546078MTDWXX5E6Y | JEWEL-OSCO   3514 CHICAGO  IL | |
| | | MCC: 5411  MERCHANT ZIP: | |
| | | SALES TAX: $    0.00  TAX INCLUDED: | |
| 10-24 | 10-24 | 5545930MT9DWMM6MH | THE LITTLE GYM OF OHIO CHICAGO  IL | |
| | | MCC: 7035  MERCHANT ZIP: | |

06-089741

```
          THANK  YOU

     O'Hare International Airport

    Parking Facility - Lots A, B & C

  P.O.Box 66179, Chicago, Il. 60666-0179

       Tel: (773) 686-7532
```

# SALES VOUCHER/RECEIPT
### A Lot Level 2 - 6
### DAMAGED TICKET

```
TRANSACTION NUMBER                515013160
ENTRY TIME/DATE              16:56  10-23-06
PAYMENT TIME/DATE            20:09  10-26-06
PAY MACHINE                             CE35
LICENSE:                          IL 8236442
OPERATOR                                 226
FEE                                   $88.00

VISA                       4264*******8400
Expiry Date                            09/09
Pay m/c Transaction Ref:        3500006601
Authorization Code                   00581A
SPS Terminal                   CHG0019801
SPS Time                        1026062024
SPS Reference                         3252
```

## TOTAL                    $88.00
Includes All Applicable Taxes

```
O'HARE VENTURE - HOT DOG T2
O'HARE INTERNATIONAL AIRPORT
       773-686-2744

5714 MELECIO    .
-------------------------------
1 4 1 1  OCT23'06  5:17PM
-------------------------------

1 VIENNA DOG           3.39
    NO SPECL
1 WATER VASA 25oz      2.49
    CASH              20.00

    SUBTOTAL           5.88
    TAX                0.60
    AMOUNT PAID      6 . 4 8
    CHANGE DUE        13.52
```

```
REG 10-24-06 12:03
#7501            118

          1

CALZONE T         $6.25
1/2PT MILK  T     $1.25
TAX               $7.50
TAX               $0.45
ST                $7.95
CASH             $10.00
CG                $2.05

AVI
FOOD SERVICES
```



**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

GUEST FOLIO

| | | | | | |
|---|---|---|---|---|---|
| 100 9 ROOM | GOLDSTEIN/MICHAEL/M NAME | 179.00 RATE | 10/26/06 DEPART | 07:36 TIME | 8745 ACCT# |
| NSD B TYPE | | | 10/23/06 ARRIVE | 21:33 TIME | |
| · 41 | 2427 THAYER ST | | PASSPORT: | | |
| ROOM CLERK | EVANSTON   IL 60201 ADDRESS | | AX EXP:08/08 PAYMENT | | MR#: XXXXX8307A |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 10/23 RM SERV | 33061009 | 24.80 | | |
| 10/23 ROOM TR | 1009, 1 | 179.00 | | |
| 10/23 STATETAX | 1009, 1 | 10.74 | A | |
| 10/23 CITY TAX | 1009, 1 | 12.53 | B | |
| 10/24 RM SERV | 33201009 | 14.29 | | |
| 10/24 ROOM TR | 1009, 1 | 179.00 | | |
| 10/24 STATETAX | 1009, 1 | 10.74 | A | |
| 10/24 CITY TAX | 1009, 1 | 12.53 | B | |
| 10/25 RM SERV | 34261009 | 17.00 | | |
| 10/25 RM SERV | 34321009 | 15.31 | | |
| 10/25 RM SERV | 34521009 | 10.00 | | |
| 10/25 TELECOM | TELECOM | 9.95 | | |
| 10/25 TAX | TELECOM | .60 | H | |
| 10/25 ROOM TR | 1009, 1 | 179.00 | | |
| 10/25 STATETAX | 1009, 1 | 10.74 | A | |
| 10/25 CITY TAX | 1009, 1 | 12.53 | B | |
| 10/26 RM SERV | 35121009 | 13.29 | | |
| 10/26 CCARD-AX | | | 712.05 | |
| | | | | .00 |

```
------------------------- SUMMARY OF TAXES -------------------------
   DESCRIPTION                  TAXED AMOUNT
A  STATE TAX 6%                           .00          TAX
B  CITY TAX 7%                            .00         32.22
E  PKG TX 7%                              .00         37.59
F  ATTRITION TAX                          .00          .00
H  STATE TAX 6%                           .00          .00
                                          .00          .60
```

```
      NET CHARGES          TAX        CREDITS        FOLIO
         641.64           70.41        712.05          .00
---------------- EXP. REPORT SUMMARY -------------------
10/23  RM SERV            24.80
       ROOM&TAX          202.27

10/24  RM SERV            14.29
       ROOM&TAX          202.27

10/25  RM SERV            42.31
       TELECOM            9.95
       TAX                 .60
       ROOM&TAX          202.27

10/26  RM SERV            13.29
```

**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. Your have agreed to pay in cash or by approved personal check or to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card account so identified if this credit card company, will not for any such reason, make any of these payments to this account, you will owe us such amount. If you are not billed, in the event payment is not made within 35 days after check-out, you will owe us a minimum of $5 or a reasonable cost of collection and unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection including attorney fees.

Signature X

7865C
Rv 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

# Marriott.

## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| **1009** ROOM | GOLDSTEIN/MICHAEL/M NAME | 179.00 RATE | 10/26/06 DEPART | 07:36 TIME | | 8745 ACCT# |
| **NSDB** TYPE | | | 10/23/06 ARRIVE | 21:33 TIME | | |
| **41** ROOM CLERK | 2427 THAYER ST EVANSTON    IL 60201 ADDRESS | | PASSPORT: AX EXP:08/08 PAYMENT | | | MR#: XXXXX8307A |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
MGOLDST@COMCAST.NET

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Earn more Marriott Rewards points and enjoy greater benefits!
The Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for all of the details.

MARRIOTT REWARDS ACCOUNT # XXXXX8307
DATE 10/23/06 - 10/26/06 REVENUE IF APPLICABLE        641.64
BASE POINTS EARNED: 6416    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.

## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or in authorize us to charge your credit card for all amounts charged by you. The amount shown in the credit balance column on my credit card entry in the reference column above will be charged to my credit card number set forth above. If my credit card company will not honor the total amount, or for any reason my credit card company does not make payment on my account, you will owe us such amount. If you are direct billed, in the event payment is not made within 15 days after checkout, you will owe us a delinquent service charge at the date on any unpaid amount at the rate of 1 1/2% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

Mayer, Brown, Rowe & Maw LLP

06089214                                                                                      Page 2
Delphi Corporation                                                                     Peterson, Brad L.
Finance and Accounting Outsourcing

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 10/04/06 | **Manter, Gregory A.** <br> Met with B. Peterson re: deal schedule (.50); call with Delphi (.30). | 0.80 |
| 10/05/06 | **Manter, Gregory A.** <br> Began drafting schedules based upon IT precedent (3.00); call with B. Peterson and Chris Campbell re: pricing/schedule (1.00). | 4.00 |
| 10/05/06 | **Peterson, Brad L.** <br> Call with C. Campbell and G. Manter regarding pricing methodology and negotiation plan. | 1.00 |
| 10/06/06 | **Manter, Gregory A.** <br> Completed draft of schedules summary. | 2.00 |
| 10/09/06 | **Peterson, Brad L.** <br> Calls with C. Campbell regarding pricing methodology and negotiation approach. | 0.50 |
| 10/10/06 | **Manter, Gregory A.** <br> Created schedules from IT deal. | 4.50 |
| 10/10/06 | **Peterson, Brad L.** <br> Work with G. Manter to revise MSA based on new pricing approach, draft cover to suppliers transmitting MSA for revision (1.0); revise G. Manter's drafts of Schedules (1.5); draft correspondence to Chris Campbell. (0.5) . Review and revise G. Manter's draft of Schedule Summary (0.4). | 3.40 |
| 10/11/06 | **Manter, Gregory A.** <br> Created templates of schedules based upon IT precedent. | 4.50 |
| 10/11/06 | **Peterson, Brad L.** <br> Revise Schedule Summary prepared by G. Manter to reflect status and next steps (0.8). Review correspondence (0.3). Call with C. Campbell to discuss status (0.4). Meet with G. Manter to discuss development of Schedule templates (0.4). | 1.90 |
| 10/12/06 | **Manter, Gregory A.** <br> Prepped schedules and distributed set to C. Campbell. | 4.50 |
| 10/12/06 | **Peterson, Brad L.** <br> Work on form Schedules (0.5). Draft weekly update to S. Corcoran (0.2). | 0.70 |
| 10/16/06 | **Manter, Gregory A.** <br> Provided and distributed cross-functional F&A sample. | 0.80 |
| 10/16/06 | **Peterson, Brad L.** <br> Provide answers and examples for Schedules to Chris Campbell at his request. | 1.20 |
| 10/18/06 | **Manter, Gregory A.** <br> Found and sanitized precedent service levels and e-mailed to B. Peterson (1.00); e-mailed IT precedent and Direct Delphi Competitors and Form of Invoice (0.3). | 1.30 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 3
Peterson, Brad L.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 10/18/06 | **Peterson, Brad L.**<br>Work on requests by C. Cambell for examples of Schedule documents. | 0.50 |
| 10/19/06 | **Manter, Gregory A.**<br>Service levels precedent search and review. | 2.00 |
| 10/20/06 | **Manter, Gregory A.**<br>Drafted form of bill of sale (1.3); form of work order (1.4); distributed to Chris Campbell (0.1). | 2.80 |
| 10/23/06 | **Manter, Gregory A.**<br>E-mailed B. Peterson re: C. Carpenter's Schedule 1 draft (0.2); sent e-mail to C. Carpenter re: Schedule 1 (0.3). | 0.50 |
| 10/24/06 | **Manter, Gregory A.**<br>Drafted summary of MSA (2.50); completed summary of MSA (1.80). | 4.30 |
| 10/25/06 | **Manter, Gregory A.**<br>Review of Accenture and Genpact drafts (4.30); reviewed Accenture MSA (1.00). | 5.30 |
| 10/26/06 | **Manter, Gregory A.**<br>Reviewed Genpact draft of MSA; call with Delphi team and B. Peterson to review markups, schedule of meetings and pricing (6.00); drafted examples of issues in Accenture markup that warrant resubmission (1.30); met with B. Peterson re: Accenture response and issues within the draft (1.50). | 8.80 |
| 10/26/06 | **Peterson, Brad L.**<br>Call with Delphi team to discuss Accenture and Genpact responses, pricing model and plans for negotiations (3.0). Review MSA responses (1.0). Draft message for Delphi to send to Genpact (1.3). Draft message for Delphi to send to Accenture based on G. Manter's draft of same (1.1). Draft message to Firm litigators to request changes to dispute resolution procedures to address Genpact's structure (0.8). Draft update to S. Corcoran (0.4). | 7.60 |
| 10/27/06 | **Gilford, Steven R.**<br>Conference with BG re dispute resolution provisions. | 0.50 |
| 10/27/06 | **Guerrina, Britton B.**<br>Review email from B. Peterson and existing dispute resolution provisions in agreement (0.6); discuss same with J. Sarles (0.4); discuss contract operation with G. Manter (0.3); discuss dispute resolution procedures with S. Gilford (0.2). | 1.50 |
| 10/27/06 | **Manter, Gregory A.**<br>Began markup of Genpact MSA (6.0); call with Britt Guerrina re: arbitration provisions for Genpact (0.3). | 6.30 |
| 10/27/06 | **Peterson, Brad L.**<br>Review and respond to email messages from internal team regarding contract. | 0.70 |
| 10/27/06 | **Sarles, Jeffrey W.**<br>Reviewed draft contract and dispute resolution clause. | 0.80 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 4
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|----------------|-------|
| 10/28/06 | **Manter, Gregory A.**<br>Provided comments to Genpact markup of the MSA. | 2.50 |
| 10/30/06 | **Guerrina, Britton B.**<br>Analyze and draft revised dispute resolution clause (1.3); review ICDR arbitration rules (0.4); discuss revisions with J. Sarles (0.3); draft comments explaining revisions (0.5). | 2.50 |
| 10/30/06 | **Guerrina, Britton B.**<br>Revise draft dispute resolution provision per comments from J. Sarles (0.7); draft cover email and send revision to B. Peterson (0.5). | 1.20 |
| 10/30/06 | **Manter, Gregory A.**<br>Completed markup of Genpact MSA. | 5.30 |
| 10/30/06 | **Sarles, Jeffrey W.**<br>Reviewed B. Guerrina's revised arbitration clause and provided suggestions. | 1.30 |
| 10/31/06 | **Manter, Gregory A.**<br>Reviewed Article 19 changes proposed by B. Guerrina and integrated Article 19 changes into Genpact draft. | 1.30 |

**Total Hours**                                86.80

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 5
Peterson, Brad L.

<u>OTHER CHARGES</u>

| <u>Date</u> | <u>Description</u> | <u>Quantity</u> | <u>Amount</u> |
|------|------|------|------|
| 09/22/06 | **Document Delivery**<br>VENDOR: Straightline; INVOICE#: 55101154; DATE: 9/22/2006  -<br>Documents shipped on 09/19/06 to Brad Peterson, Glencoe, IL | | 26.38 |
| 09/26/06 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#:<br>0926200603; DATE: 9/26/2006  -  Travel expenses incurred on trip to<br>Chgo/Det/Chgo by B.Peterson on 9/20/06 | | 285.60 |
| 10/20/06 | **Document Reproduction** | 2 | 0.20 |

**Total Other Charges**      **$312.18**



Diners Club
International®

Page 9 of 13

| 09/15 | 09/15 | AGNT FEE6908132534881G THE LAWYERS T IL | 4YVPJJYG | $45.00 |
|-------|-------|------------------------------------------|----------|--------|
|       |       | NAME: PETERSON/BRAD L |  |  |
|       |       | DEPART: 09/15/06 |  |  |
|       |       | XAA TO XAO :Y |  |  |

| 09/15 | 02/15 | NWA AIR 0127782451896I CHICAGO      IL | CBLJJJYG | $240.60 |
|-------|-------|------------------------------------------|----------|---------|
|       |       | NAME: PETERSON/BRAD L |  |  |
|       |       | DEPART: 09/20/06 |  |  |
|       |       | Chicago TO Detroit :Q     Ob.08921.4 #02367 | 285.60 |
|       |       | Detroit TO Chicago :Q |  |  |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 10/11/06 | **Connor, Andrew A.**<br>Work on monthly billing statement. | 4.10 |
| 10/12/06 | **Connor, Andrew A.**<br>Follow up re fee hearing logistics (0.3); work on fee application (1.0). | 1.30 |
| 10/12/06 | **Reimer, Craig E.**<br>E-mails with P. Roy re: additional supplemental conflict check to be performed and, as necessary, disclosed to the Court. | 0.20 |
| 10/17/06 | **Connor, Andrew A.**<br>Work on monthly statement (1.1); follow up re retention issue (0.4). | 1.50 |
| 10/18/06 | **Connor, Andrew A.**<br>Work on monthly statement. | 0.40 |
| 10/23/06 | **Reimer, Craig E.**<br>Conference with P. Roy re: Supplementary Retention Order with additional outsourcing work (.20), e-mails re: same (.30). | 0.50 |
| 10/24/06 | **Connor, Andrew A.**<br>Follow up with client (1.0), P. Roy (.10), C. Reimer (.10), B. Peterson (.30) re payment, retention issues. | 1.50 |
| 10/26/06 | **Connor, Andrew A.**<br>Follow up re payment. | 0.40 |
| 10/26/06 | **Reimer, Craig E.**<br>Work on supplementing retention application re: business process outsourcing projects. | 0.30 |
| 10/31/06 | **Connor, Andrew A.**<br>Draft motion to expand scope of retention. | 5.40 |

**Total Hours**          **15.60**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                      Page 3
In Re: Delphi Corporation, et al., Debtors - Retention Matter              Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 10/05/06 | **Automated Research - Outside** VENDOR: Pacer Service Center; INVOICE#: 1005200606; DATE: 10/5/2006  -  Computer searches | | 0.16 |
| 10/05/06 | **Automated Research - Outside** VENDOR: Pacer Service Center; INVOICE#: 1005200606; DATE: 10/5/2006  -  Computer searches | | 72.48 |
| 10/31/06 | **Document Reproduction** | 16 | 1.60 |
| | **Total Other Charges** | | **$74.24** |