Mayer, Brown, Rowe & Maw LLP

06020525                                                                                    Page 2
Delphi Corporation                                                                   Roy, Paul J. N.
IT Outsourcing Services Contract

### DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 11/08/06 | **Chandler, Paul A.**<br>Revising Exhibit 5 for escrow agreement and distribution to M. Eisenberg (EDS counsel). | 0.60 |
| 11/13/06 | **Chandler, Paul A.**<br>Reviewing Companion Agreement terms for and user hardware and distributing comments to M. Loeb (0.7). | 0.70 |
| | **Total Hours** | **1.30** |

Mayer, Brown, Rowe & Maw LLP

06089756                                                                    Page 2
Delphi Corporation                                                Roy, Paul J. N.
Telecom Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/18/06 | **Roy, Paul J. N.**<br>Review of AT&T's list of issues for discussion on Monday.  Correspondence with Delphi and TPI re same. | 0.50 |
| 11/20/06 | **Roy, Paul J. N.**<br>Review of AT&T issues in preparation for call (0.30).  Call with Delphi and TPI team to discuss issues and proposed responses in advance of call with AT&T (1.50).  Call with AT&T to discuss issues (1.20).  Follow-up call with Delphi and TPI team to review discussion with AT&T (0.30). | 3.30 |
| 11/30/06 | **Roy, Paul J. N.**<br>Review of AT&T's comments to MSA. | 2.20 |

**Total Hours**     **6.00**

Mayer, Brown, Rowe & Maw LLP

06089741                                                                                                    Page 2
Delphi Corporation                                                                                   Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/01/06 | **Blohm, Lindsay A.**<br>Phone call with Michael Goldstein and Jeannie Lee to talk about schedule status chart sent by TPI (0.5); Phone call with Paul Roy, Michael Goldstein, Bill Shoemaker and Randy Tucker about the schedule status chart and negotiation timeline (1.5.) Worked on schedule 2.1 corrections made by Paul Roy (2.0) | 4.00 |
| 11/01/06 | **Chandler, Paul A.**<br>Call with L. Guevel and I. Seipke re: Sch. 12A and 12B (0.5); call with M. Loeb re: CSC (0.3); revising IBM MSA and distribution to Delphi (5.6); conferring with M. Goldstein on schedules for ADM deal (0.6); reviewing and annotating issues list for CSC (2.5). | 9.50 |
| 11/01/06 | **Goldstein, Michael J.**<br>Reviewed MSA Schedules and Schedule preparation timeline (.8). Conferred with Lindsay Blohm and Jeannie Lee re: MSA Schedules (.6). Conferred with Paul Chandler re: MSA schedules (.7). Conference call with Bill Shoemaker and Randy Tucker re: MSA Schedules (1). Conference with Paul Roy and Lindsay Blohm re: MSA schedules (.2). Prepared MSA Schedule template and distributed internally and to TPI (1.2). Reviewed and commented on MSA Schedule 2.6 (ADM Services) (3.5). | 8.00 |
| 11/01/06 | **Lee, Jeannie**<br>Convert exhibits into schedules for P. Roy. | 4.50 |
| 11/01/06 | **Roy, Paul J. N.**<br>Review and comment on Schedule 2.6 (2.30).   Review and comment on Schedule 2.1 (1.00). | 3.30 |
| 11/02/06 | **Blohm, Lindsay A.**<br>Conference Call with Bill Shoemaker and Randy Tucker, explaining about the accelerated SAP schedules (1.3); Worked on converting and substantively checking schedules 2.1, 2.6.1A, 2.6.1, 2.6A, 2.6B and sent them to Paul Roy for comments (6.7). | 8.00 |
| 11/02/06 | **Chandler, Paul A.**<br>Call with M. Loeb, I. Seipke and L. Guevel to discuss CSC issues (3.8); follow-up call with M. Loeb (0.8) and I. Seipke (1.1); drafting revisions to CSC MSA (5.3). | 11.00 |
| 11/02/06 | **Goldstein, Michael J.**<br>Reviewed and e-mailed Randy Tucker re: MSA Schedule preparation timeline (.5). Conference call with Bill Shoemaker and Randy Tucker re: MSA Schedules (.4). Conferred with Paul Roy, Lindsay Blohm, and Jeannie Lee re: MSA Schedules (1.5). Conferred with Bill Shoemaker re: MSA Schedules (.3). Reviewed and commented on Schedule 2.6 (ADM Services) (5.8). | 8.50 |
| 11/02/06 | **Lee, Jeannie**<br>Convert exhibits to schedules for P. Roy. | 1.60 |

Mayer, Brown, Rowe & Maw LLP

06089741                                                                                            Page 3
Delphi Corporation                                                                          Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

**11/02/06** — **Roy, Paul J. N.**
Review and comment on Schedule 3-B. — **2.50**

**11/03/06** — **Blohm, Lindsay A.**
Converted and substantively edited Schedule 2.2 - Cross Functional - Equipment and Software Services (2.0). Converted and substantively edited Schedule 2.6.2 - Engineering Services (0.5). — **2.50**

**11/03/06** — **Chandler, Paul A.**
Calls with I. Seipke to discuss comments to IBM and CSC markups (1.5); reviewing and incorporating M. Loeb comments to CSC and IBM agreements (2.5); conferring with P. Roy on revisions to CSC agreement (0.7); conferring with M. Goldstein on edits to CSC agreement and revisions to Schedules 1 and 3 (0.9); reviewing and revising CSC and IBM agreements (2.2); call with R. Maha to discuss negotiation approach (0.4). — **8.20**

**11/03/06** — **Goldstein, Michael J.**
Reviewed and revised draft of CSC MSA (3.7). Conferred with Paul Chandler re: revisions to draft of CSC MSA (.5). Prepared MSA Schedules for distribution to TPI (3.8). Updated CSC MSA open issue list to reflect CSC's comments and Delphi's new proposals (4.0). — **12.00**

**11/03/06** — **Lee, Jeannie**
Review and mark up Schedule 3 (1.2); Convert exhibits into schedules (7.3). — **8.50**

**11/03/06** — **Roy, Paul J. N.**
Review of Schedule 3 and comments to J. Lee re same (1.40). Conversion of Schedule tracker to Word and update of tracker with current status (0.50). Edits to Schedule 2.1 and transmittal of same to M. Goldstein for formatting (1.60). Correspondence with M. Goldstein and L. Blohm re relationship between SRD Exhibit 01 and Schedule 1 to MSA. Edits to Schedules 2.6.1, 2.6.1-A, 2.6-A and 2.6-B and transmittal of same to M. Goldstein (3.00). Conferred with TPI re project schedule for discussions with service providers regarding agreement schedules (0.50). Conferred with P. Chandler re issues in CSC MSA (1.30). — **8.30**

**11/04/06** — **Chandler, Paul A.**
Reviewing updated issues list sent by R. Maha and revising and distributing combined issues list to CSC and Delphi (3.5); reviewing IBM IP and limitation of liability markups (1.0). — **4.50**

**11/04/06** — **Goldstein, Michael J.**
Revised Schedule 4-H draft for distribution to TPI. — **0.30**

**11/04/06** — **Roy, Paul J. N.**
Preparation of form of Schedule 4-H and transmittal to M. Goldstein for formatting and transmittal to TPI (1.00). Review revised draft of CSC MSA and comments to P. Chandler re selected issues (1.50). — **2.50**

**11/05/06** — **Chandler, Paul A.**
Drafting revisions to IBM IP markups (2.5); reviewing P. Roy comments to CSC — **2.80**

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 4
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | draft (0.3). | |
| 11/05/06 | **Roy, Paul J. N.**<br>Review revised draft of CSC MSA and comments to P. Chandler re selected issues. | 3.50 |
| 11/06/06 | **Blohm, Lindsay A.**<br>Call with Michael Goldstein and Jeannie Lee about the schedule status chart to divide responsibilities. (0.3) Worked on Schedule 2.6.2 to send to Paul Roy. (0.5) Started converting and substantively editing schedules 3.1 and 4-J (1.2). | 2.00 |
| 11/06/06 | **Chandler, Paul A.**<br>Reviewing and revising IBM Section 14 (IP) and distribution to Delphi (2.2); call with M. Loeb to discuss SAP scope award issues (0.5); calls with I. Seipke and T. Twomey regarding IP and audit issues (1.2); reviewing IBM markup of Sections 17-18 of MSA (1.2); conferring with P. Roy on schedule and MSA issues (0.7); revising CSC open issues list (1.5); conferring with M. Goldstein on review of Section 11.3 (0.2); revising IBM open issues list (1.1); reviewing CSC open issues (0.9). | 9.50 |
| 11/06/06 | **Goldstein, Michael J.**<br>Conferred with Paul Chandler re: MSA negotiations (.4). Conferred with Lindsay Blohm, Jeannie Lee, and Paul Roy re: MSA Schedules (1.2). | 1.60 |
| 11/06/06 | **Lee, Jeannie**<br>Convert exhibits into schedules (8.2); Review and markup Sch. 5 (compare provisions against MSA) (0.8). | 9.00 |
| 11/06/06 | **Roy, Paul J. N.**<br>Review and comment on Schedule 2.2 (1.60). Review of IBM's revised draft of MSA Section 14 and comments to P. Chandler re same (3.30). Call with M. Loeb re alternatives for accelerating project schedule with ADM service provider bidders (0.50). | 5.40 |
| 11/07/06 | **Blohm, Lindsay A.**<br>Responding to Paul Roy's comments re: Schedule 2.2 for Delphi ADM deal (4.2); Follow up with Paul Chandler (0.3); Incorporated Paul Roy's changes to 2.2, prepared Schedule 2.2 and sent Schedule 2.2 to TPI (2.0); Edited Schedules 3.1, 4-J and 4-K to send to Paul Roy (1.3). | 7.80 |
| 11/07/06 | **Chandler, Paul A.**<br>Call with Delphi team to discuss IBM and CSC issues (3.8); call with P. Roy to discuss CSC proposed revisions (0.8); confer with J. Lee on Exhibit 5 (0.2); conferring with L. Blohm on Schedule 2.2 (0.3); reviewing IBM liability cap proposal (1.4); drafting liability issues summary for IBM and distribution to M. Loeb (1.2); reviewing IBM issues list (0.5). | 8.20 |
| 11/07/06 | **Goldstein, Michael J.**<br>Reviewed and responded to IBM's proposed procurement provisions (3.2). Prepared MSA schedules (2.4) | 5.60 |

Mayer, Brown, Rowe & Maw LLP

06089741                                                                                    Page 5
Delphi Corporation                                                                  Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/07/06 | **Lee, Jeannie**<br>Compare Definitions schedules and exhibits 1 (Definitions) and convert into chart (2.3); Review and markup Schedule 5 (Personnel) for P. Roy (2.7). | 5.00 |
| 11/07/06 | **Roy, Paul J. N.**<br>Call with P. Chander re issues in CSC MSA. | 0.50 |
| 11/08/06 | **Blohm, Lindsay A.**<br>Updating status chart for all documents (1.0). Call with Randy and Greg from TPI and Michael Goldstein with TPI comments on Schedules 2.1, 2.2, and part of 2.6 (0.6). Updated 2.1 and 2.2 per call with TPI and sent to Randy and Greg. (2.4). | 4.00 |
| 11/08/06 | **Chandler, Paul A.**<br>Negotiating MSA issues with IBM (8.0); drafting issues summary list (0.3); reviewing revised CSC issues list (1.2). | 9.50 |
| 11/08/06 | **Goldstein, Michael J.**<br>Conference call with Delphi and IBM re: MSA open issues (7.5). Call with Margie Loeb to discuss conference call with IBM (.3). Conference call with TPI to discuss MSA schedules (.5). Conferred with Lindsay Blohm re: MSA schedules (.1). | 8.40 |
| 11/08/06 | **Lee, Jeannie**<br>Convert Exhibit 6 and attachments into schedules (0.8) and markup Schedule 6 1.8). | 2.00 |
| 11/09/06 | **Chandler, Paul A.**<br>Negotiations with CSC regarding MSA (9.5); follow-up calls with M. Loeb and I. Seipke (1.2); drafting revisions to CSC issues list (1.9). | 12.60 |
| 11/09/06 | **Goldstein, Michael J.**<br>Conference call with Delphi and CSC re: MSA open issues (2.3). Updated IBM MSA open issue based on 10/8/06 conference call (1.6). | 3.90 |
| 11/09/06 | **Lee, Jeannie**<br>Markup Schedule 6 and attachments. | 4.50 |
| 11/10/06 | **Blohm, Lindsay A.**<br>Call with Randy and Greg from TPI and Michael Goldstein, re: Schedule 2.6. | 1.00 |
| 11/10/06 | **Chandler, Paul A.**<br>Calls with Delphi and EDS teams to discuss open MSA issues (2.0); conferring with M. Goldstein on revisions to IBM MSA (0.4); revising IBM open issues list and distribution to IBM (2.5); calls with I. Seipke to discuss response to CSC proposal for Section 10.2 and outstanding issues (1.2); call with S. Delligatti (IBM counsel) regarding open issues (0.6). | 6.70 |
| 11/10/06 | **Goldstein, Michael J.**<br>Conference call with TPI to discuss Schedule 2.6 (1.0). Conference call with Delphi and EDS to discuss MSA open issues (1.5). Reviewed and revised | 8.00 |

Mayer, Brown, Rowe & Maw LLP

06089741                                                                                                    Page 6
Delphi Corporation                                                                                    Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

Schedule 2.6 based on TPI feedback (3.7). Implemented changes to IBM MSA and Schedule 1 (1.6). Met with Paul Chandler to discuss strategy for revising the IBM MSA and the schedules (.2).

| 11/11/06 | **Chandler, Paul A.**<br>Reviewing updated language and comments from IBM and drafting response (0.3); drafting updated CSC issues list (2.6); reviewing IBM and CSC revised language (0.9). | 3.80 |
| 11/11/06 | **Goldstein, Michael J.**<br>Implemented changes to IBM MSA and Schedule 1. | 3.00 |
| 11/11/06 | **Roy, Paul J. N.**<br>Review and edit to Schedule 2.6.2. | 0.50 |
| 11/12/06 | **Blohm, Lindsay A.**<br>Updating schedules to TPI for first turn, which included responding to and implementing Paul Roy's changes, on Schedule 2.6.2, 3.1, 4-J, 4-K, and 5. Sent Schedules to Michael Goldstein for his final review and formatting check. | 3.00 |
| 11/12/06 | **Chandler, Paul A.**<br>Drafting open issues list for IBM and CSC (0.6). | 0.60 |
| 11/12/06 | **Goldstein, Michael J.**<br>Implemented changes to CSC MSA. | 4.80 |
| 11/12/06 | **Roy, Paul J. N.**<br>Review and edit to Schedules 3.1, 4-J, 4-K and 5 and transmittal of same to L. Blohm. | 1.00 |
| 11/13/06 | **Blohm, Lindsay A.**<br>Compiling documents and sending email to Randy, Bill and Greg at TPI for Schedules 2.6.2, 3.1, 4-J, 4-K, and 5. | 0.20 |
| 11/13/06 | **Blohm, Lindsay A.**<br>Reading Paul Roy's comments on Schedules 3 and 3-B to prepare for conference call with TPI. (0.5) Conference call with Randy and Bill from TPI and Michael Goldstein, re: Schedules 3 and 3-B. (0.5). | 1.00 |
| 11/13/06 | **Chandler, Paul A.**<br>Call with I. Seipke regarding IP issues (0.3); conferring with B. Peterson to discuss open issues from Genpact, IBM and CSC negotiations and resolutions in IT and ADM transactions (0.7); meeting with M. Goldstein on revisions to CSC/IBM MSAs (0.7); calls with I. Seipke regarding IBM open issues (2.6); revising IBM language on audit and confidentiality sections (0.6); call with R. Maha regarding IP and required consents (0.5); call with R. Hagan on open issues (0.3); revising IP proposal fro IBM and distributions to IBM (2.0); call with P. Roy regarding CSC issues (0.6). | 8.30 |
| 11/13/06 | **Goldstein, Michael J.**<br>Implemented changes to CSC Schedule 1 (.8). Prepared MSA schedules (.9). | 4.00 |

Mayer, Brown, Rowe & Maw LLP

06089741                                                                    Page 7
Delphi Corporation                                                    Roy, Paul J. N.
ADM Outsourcing Project


## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Met with Paul Chandler re: strategy for revising the IBM and CSC MSAs (.5). Implemented changes to the IBM MSA (.3).   Implemented changes to the CSC MSA and Schedule 1 (1.0).  Conference call with TPI to discuss Schedule 3 documents (.5). | |
| 11/13/06 | **Roy, Paul J. N.** Call with P. Chandler re: issues in MSAs in preparation for discussions with service provider bidders. | 0.50 |
| 11/14/06 | **Chandler, Paul A.** Office meeting with L. Blohm and M. Goldstein on review of schedules (0.4); call with I. Seipke regarding CSC (2.2); revising and distributing IBM draft agreement (1.8); drafting revisions to CSC agreement (1.5). | 5.90 |
| 11/14/06 | **Chandler, Paul A.** Reviewing IBM MSA and issues list (2.0). | 2.00 |
| 11/14/06 | **Goldstein, Michael J.** (Troy, MI) Reviewed IBM MSA in preparation for 10/15/06 meeting (.5). | 0.50 |
| 11/14/06 | **Goldstein, Michael J.** Implemented revisions to CSC MSA (3.0).  Met with Paul Chandler and Lindsay Blohm to discuss preparation of the MSA schedules (.4).  Conference call with Delphi to discuss the MSA negotiations and prepare for meetings with IBM and CSC (1.8).  Reviewed Paul Chandler's revisions to the Intellectual Property provisions of the IBM MSA (.8). | 6.00 |
| 11/15/06 | **Chandler, Paul A.** Meeting with IBM to negotiate MSA issues (10.0); reviewing CSC issues (2.0). | 12.00 |
| 11/15/06 | **Goldstein, Michael J.** (Troy, MI) Meeting with Delphi and IBM to discuss open issues in MSA (7.5). Meeting with Delphi to discuss ARD issues in MSA (.5).  Conference call with Delphi and CSC  to discuss government contract issues in MSA (.7).  Meeting with Delphi to prepare for 11/16/06 CSC MSA meeting (.7).  Revised IBM MSA, Schedule 1, and open issue list based on 11/15/06 meeting with IBM (3.4). | 12.80 |
| 11/16/06 | **Blohm, Lindsay A.** Integrating TPI comments to Schedules 3 and 3-B. | 2.00 |
| 11/16/06 | **Chandler, Paul A.** Negotiating MSA with CSC (7.5); meeting with L. Tremonti and B. Shoemaker regarding technology evolution (1.0). | 8.50 |
| 11/16/06 | **Goldstein, Michael J.** (Michigan) Meeting with Delphi to discuss the New Services concept in the MSA and the schedules (1.0).  Meeting with Delphi and CSC to discuss MSA open issues (7.3). | 8.30 |
| 11/17/06 | **Blohm, Lindsay A.** Conference call with Greg Whitmore and Randy Tucker about Schedules 2.6.2, | 2.20 |

Mayer, Brown, Rowe & Maw LLP

06089741                                                                                      Page 8
Delphi Corporation                                                                     Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

2.6, 2.6B, 3.1, 2.1, and 2.2.  (1.0) Spoke with Michael re: Schedules and related questions, post conference call.  (0.2)  Finished Schedule 3 and sent it out to Greg Whitmore and Randy Tucker.  (1.0)

**11/17/06**    **Chandler, Paul A.**                                                          5.00
Reviewing EDS open issues (0.5); calls with I. Seipke to discuss EDS issues (1.5); call with EDS team to negotiate open issues (1.5); office meeting with L. Blohm regarding schedules to MSA (0.5); conferring with S. Gilford on CSC liability carve out (0.1); drafting revisions to EDS employment claim indemnity language (0.3); conferring with P. Roy on MSA issues for CSC and IBM (0.3); call with M. Loeb regarding employment indemnity (0.3).

**11/17/06**    **Gilford, Steven R.**                                                         0.30
Telephone call with PC re limitation of liability issue.

**11/17/06**    **Goldstein, Michael J.**                                                      6.50
Meeting with Randy Tucker and Greg Whitmore to discuss revisions to MSA schedules (1.1).  Meeting with Lindsay Blohm to discuss revisions to MSA schedules (.1).  Revised CSC open issue list and MSA based on 11-16-06 meeting with CSC (5.3).

**11/19/06**    **Blohm, Lindsay A.**                                                          1.50
Finished and sent Schedule 3-B to Greg Whitmore and Randy Tucker at TPI.

**11/19/06**    **Chandler, Paul A.**                                                          7.60
Revising issue list, MSA and Schedule 1 for CSC and distribution to Delphi (7.6).

**11/20/06**    **Chandler, Paul A.**                                                          7.10
Office meeting with M. Goldstein regarding schedules and document repository (0.2); revising IBM MSA, Schedule 1 and issues list and distribution to CSC (4.5); call with I. Seipke regarding status of open issues (0.4); drafting side letter for EDS agreement (0.2); drafting amendment to EDS MSA (1.8).

**11/20/06**    **Goldstein, Michael J.**                                                      6.60
Reviewed and revised MSA Schedule 2.6 (6.1).  Implemented changes to IBM MSA (.5).

**11/20/06**    **Roy, Paul J. N.**                                                            1.00
Review status of schedules with Lindsay Blohm (0.30).  Review of proposed language relating to Undiscovered Contracts for CSC MSA and conferred with P. Chandler re same and other open issues in CSC Agreement (0.70).

**11/21/06**    **Blohm, Lindsay A.**                                                          6.00
Worked on Schedules 2.1, 2.2, 2.6.1 (5.0), and started working on embedded documents in 2.6.1-A (1.0).

**11/21/06**    **Chandler, Paul A.**                                                          8.00
Drafting amendment to EDS MSA (6.2); call with M. Loeb regarding savings clause for CSC (0.2); conferring with S. Gilford on CSC liability exception language (0.6); reviewing EDS lease terms and responding to M. Loeb

Mayer, Brown, Rowe & Maw LLP

06089741                                                                                    Page 9
Delphi Corporation                                                              Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

questions (0.6); reviewing and responding to I. Seipke comments to CSC HR issues (0.4).

| 11/21/06 | **Gilford, Steven R.**<br>Review materials re limitation of liability claims (1.1); telephone call with PC re same (0.4) | 1.50 |
| 11/21/06 | **Goldstein, Michael J.**<br>Reviewed TPI changes and comments to Schedules 2.6, 2.6-B and 2.6.2. | 6.10 |
| 11/21/06 | **Lee, Jeannie**<br>Convert and markup Schedule 6s for L. Blohm and M. Goldstein. | 2.00 |
| 11/22/06 | **Blohm, Lindsay A.**<br>Finishing Schedules 2.1, 2.2, 2.6.1 (1.3) Edited Michael's comments on 3.1 (1.0); Created attachments for all embedded files in 2.6.1-A, adding covers, intros, and editing any text (2.0). Sent Schedules 2.1, 2.2, 2.6, 2.6.1, 2.6.1-A (and all its attachments), 2.6.2, and 2.6-B to Randy Tucker and Greg Whitmore (0.2). | 4.50 |
| 11/22/06 | **Chandler, Paul A.**<br>Revising and distributing CSC and IBM MSAs (1.5); calls with T. McCabe and L. Guevel regarding status (0.8); revising draft EDS amendment and distribution to Delphi (1.2); brief review of CSC and T. McCabe comments to MSA (0.2). | 3.70 |
| 11/22/06 | **Goldstein, Michael J.**<br>Reviewed TPI changes and comments to Schedules 2.6 and 3.1 (3.4). Conferred with Lindsay Blohm regarding strategy for reviewing the MSA schedules (.4). | 3.80 |
| 11/24/06 | **Goldstein, Michael J.**<br>Reviewed MSA Schedule 4. | 4.30 |
| 11/27/06 | **Blohm, Lindsay A.**<br>Preparing for conference call with TPI team to discuss 2.1, 2.2, 2.6, 2.6.2, and 3.1. (0.5)  Conference call with TPI team going over the negotiation schedule and the Schedules listed above (0.8). | 1.30 |
| 11/27/06 | **Chandler, Paul A.**<br>Responding to I. Seipke emails regarding Term and 11.3 (procurement) (0.3); review personal restrictions in EDS MSA and revising EDS key subcontractor restrictions and drafting email memo to Delphi (1.3); conferring with M. Goldstein on revisions to 11.3 and EDS Amendment (0.2); revising CSC liability exclusion language and distribution to M. Loeb (1.1); drafting comments to CSC issues list and distribution to Delphi (1.3); drafting summary of open issues for T. Twomeg and distribution to I. Seipke (0.2); revising Amendment to EDS MSA (4.5); call with I. Seipke regarding CSC procurement terms (0.3). | 9.20 |
| 11/27/06 | **Goldstein, Michael J.**<br>Reviewed MSA Schedule 4 (1.7).  Reviewed Schedules 2.1, 2.2, 2.6, 2.6-B, | 4.20 |

Mayer, Brown, Rowe & Maw LLP

06089741                                                                                    Page 10
Delphi Corporation                                                                    Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

2.6.2, and 3.1 in preparation for conference call with TPI (.7). Conference call with TPI to discuss MSA schedules (.6). Call with Randy Tucker to discuss MSA Schedule 4 (.3) Compared procurement SOW to procurement provisions in CSC MSA (.3). Sent e-mail to Paul Roy regarding strategy for reviewing Schedule 4 (.1). Conferred with Paul Chandler regarding MSA and schedule status (.3). Conferred with Lindsay Blohm regarding strategy for reviewing MSA schedules (.2).

**11/27/06**    **Roy, Paul J. N.**                                                          0.50
Review of selected issues in CSC agreement with P. Chandler.

**11/28/06**    **Blohm, Lindsay A.**                                                        3.00
Review of Schedule 4 (Pricing) (2.7) and meeting with Michael, Paul Roy and Paul Chandler to discuss (0.3).

**11/28/06**    **Chandler, Paul A.**                                                        5.30
Revising and distributing to CSC liability cap language (0.3); reviewing draft of Schedule 4 from TPI (1.0); meeting with P. Roy regarding Schedule 4 (1.5); call with I. Seipke regarding negotiating schedule (0.5); conferring with M. Goldstein and L. Blohm on negotiation schedule (0.5); reviewing Schedules 2.1 and 2.2 (1.3); calls with B. Shoemaker regarding pricing issues (0.3).

**11/28/06**    **Goldstein, Michael J.**                                                    4.50
Updated Schedule 1 with new terms required by the Schedules (1.6). Reviewed Schedule 4 (.3). Met with Paul Roy, Paul Chandler, and Lindsay Blohm to discuss Schedule 4 (1.0). Met with Paul Chandler to discuss strategy for reviewing and revising MSA Schedules (.7). Met with Lindsay Blohm to discuss strategy for reviewing and revising MSA Schedules (.5). E-mailed current drafts of MSA Schedules to Isabelle Seipke (.4).

**11/28/06**    **Roy, Paul J. N.**                                                          2.20
Review of Schedule 4 draft from TPI (0.9) and conferred with P. Chandler re same (1.3).

**11/29/06**    **Blohm, Lindsay A.**                                                        5.00
Updating Schedules 2.1, and 2.2 to incorporate Paul Chandler's changes (2.4). Updating Schedule 1 to include Exhibit 1 definitions and parsing through definitions to see what is necessary, duplicative, taken from Infrastructure, etc (1.2). Reading documents sent by TPI (2.1, 2.6, 2.6-B, and 3-B). Accepting any non-controversial changes, adding questions where necessary.

**11/29/06**    **Chandler, Paul A.**                                                        7.10
Reviewing questions from I. Seipke regarding audit costs (Section 9.10 (j) (0.3); conferring with L. Blohm on comments to SOWs (0.5); reviewing draft termination charge schedule (4-H) for CSC and EDS, and drafting proposed amendments to EDS 4-H (1.4); call with I. Seipke regarding CSC open issues (0.5); drafting comments to Schedule 2.6 (1.5); call with G. Whitmore regarding EDS schedules for ADM (0.5); conferring with M. Goldstein on pricing issues (0.5); review and responding to M. Loeb issues list and CSC savings clause

Mayer, Brown, Rowe & Maw LLP

06089741                                                                           Page 11
Delphi Corporation                                                          Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | proposals (0.4); reviewing Schedule 4 and related pricing issues (1.5). | |
| 11/29/06 | **Goldstein, Michael J.**<br>Reviewed MSA Schedules 2.1,2.2, 2.6, 2.6-B, 2.6.2 and 3.1 (4.7).  Reviewed EDS ITO Statements of Work for problems that would arise with the addition of the ADM scope (3.6).  Conferred with Lindsay Blohm regarding the strategy for reviewing and revising the MSA schedules (.3).  Conferred with Paul Chandler regarding the strategy for reviewing and revising the MSA schedules (.4). Conference call with Greg Whitmore and Paul Chandler to discuss the strategy for integrating the ADM statements of work with the EDS ITO statements of work (.3). | 9.30 |
| 11/30/06 | **Blohm, Lindsay A.**<br>Delphi Schedules 2.1 and 3-B, incorporating TPI and Paul Chandler changes, comparing with EDS and HP ITO Schedules. | 3.50 |
| 11/30/06 | **Chandler, Paul A.**<br>Call with L. Guevel, B. Shoemaker and R. Tucker regarding payment schedules (1.0); reviewing CSC LOL proposal and sending comments to Delphi (0.8); call with I. Seipke, M. Loeb and T. McCabe regarding process issues (1.0); call with B. Shoemaker and R. Tucker regarding schedules (1.0); conferring with L. Blohm and M. Goldstein on revisions to Schedules (0.6); reviewing/commenting on Schedules 2.6, 2.6-B, 3.1, 3-B (3.8). | 8.20 |
| 11/30/06 | **Goldstein, Michael J.**<br>Reviewed and revised MSA Schedules 2.6, 2.6-B, 2.6.1, 2.6.1-A, 2.6.2 and 3.1 (8.6).  Conferred with Lindsay Blohm regarding the strategy for reviewing the MSA schedules (.6).  Conferred with Paul Chandler regarding the strategy for reviewing the MSA schedules (.6).  Conference call with TPI to discuss strategy for revising MSA schedules (.8). | 10.60 |
| 11/30/06 | **Roy, Paul J. N.**<br>Review of ADM pricing schedule and call with P. Chander and TPI re same (1.30).  Review and comment on Schedule 4-H - Termination Charges (0.50) | 1.80 |

**Total Hours**                                                              **471.30**

Mayer, Brown, Rowe & Maw LLP

06089741                                                                      Page 12
Delphi Corporation                                                     Roy, Paul J. N.
ADM Outsourcing Project

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 11/06/06 | **Document Reproduction** | 0.10 |
| 11/06/06 | **Document Reproduction** | 1.40 |
| 11/06/06 | **Document Reproduction** | 0.30 |
| 11/09/06 | **Document Reproduction** | 0.20 |
| 11/14/06 | **Travel - Airfare**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060096 DATE: 21-Nov-06<br>Paul Chandler's Travel Reimbursement From 14 Nov 2006 To 14 Nov 2006 | 897.85 |
| 11/14/06 | **Document Reproduction** | 0.20 |
| 11/16/06 | **Travel - Other**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060096 DATE: 21-Nov-06<br>Paul Chandler's Travel Reimbursement From 14 Nov 2006 To 16 Nov 2006 | 714.09 |
| 11/16/06 | **Travel - Other**<br>VENDOR: Goldstein, Michael J. INVOICE#: MBRM000118632060004 DATE: 17-Nov-06  Delphi Trip From 14 Nov 2006 To 16 Nov 2006 | 581.64 |
| 11/16/06 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060096 DATE: 21-Nov-06<br>Paul Chandler's Travel Reimbursement From 14 Nov 2006 To 16 Nov 2006 | 62.07 |
| 11/16/06 | **Business Meals - Travel**<br>VENDOR: Goldstein, Michael J. INVOICE#: MBRM000118632060004 DATE: 17-Nov-06  Delphi Trip From 15 Nov 2006 To 16 Nov 2006 | 83.08 |
| 11/20/06 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1026200604;<br>DATE: 11/20/2006  -  Travel expenses incurred by M.Goldstein on 9/25/06 | 47.25 |
| 11/20/06 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1026200604;<br>DATE: 11/20/2006  -  Travel expenses incurred on trip to Chgo/Det by M.Goldstein on<br>10/2/06 | 118.10 |
| 11/20/06 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1026200604;<br>DATE: 11/20/2006  -  Travel expenses incurred on trip to Det/Chgo by M.Goldstein on<br>10/3/06 | 120.30 |
| 11/20/06 | **Document Reproduction** | 0.20 |
| 11/21/06 | **Document Reproduction** | 1.50 |

**Total Other Charges**                                              **$2,628.28**

```
YELLOW CAB
  CAB# 819
11/14/06 16:36
11/14/06 16:39
TRIP #   6770
DIST   0.52 mi
FARE    $ 3.45
EXTRAS  $ 1.00
TOTAL   $ 4.45
DEPT OF CONSUMER
SERVICE-CALL 311
```

```
COPY
AMERICAN UNITED
(773)248 7600

Med#      5491
Trip#     4137
Date  11/16/2006
Start     09:48PM
End       09:04PM
Dist Mi      3.3
FARE   $  10.85
*CASH PAYMENT*

DEPT OF CONSUMER
SERVICE CALL 311
        (2.00)
```

```
                AVI DELPHI WORLD HQ
                   DELPHI DRIVE
                  TROY, MI 48098

TERMINAL I.D.:              13400001
MERCHANT #:          000000155205047

MC
SALE
BATCH: 000292       INVOICE: 000033
DATE:               TIME:    13:39
RRN: 00006779471?   AUTH NO: 016114

xxxxxxxxxxx8491

TOTAL                       $9.37

PAUL CHANDLER

           CUSTOMER COPY
```

```
             AVI DELPHI WORLD HQ
                DELPHI DRIVE
               TROY, MI 48098

TERMINAL I.D.:              13400002
MERCHANT #:          000000155205047

MC
SALE
BATCH: 000440       INVOICE: 000002
DATE: NOV 15, 06    TIME: 10:33
RRN: 000066236295   AUTH NO: 015604

xxxxxxxxxxx8491

TOTAL                       $5.83

PAUL CHANDLER

           CUSTOMER COPY
```

```
              SHIELD'S

Date: 11/15/2006   Time: 6:50:05 PM

Card Type:      Master Card
Card Number:    XXXXXXXXXXXX8491
Expiration Date: 1/31/2009
Server Name:    Cathy
Check Number:   214427
Tab Number:     141

Card Owner:     CHANDLER/PAUL

       AMOUNT  18.90

   TIP    3.50

 TOTAL   22.40

      Approval: 015879


RETAIN THIS COPY FOR YOUR RECORDS
```

```
               HMSHOST
           QUICK CHECK E02
         Chicago 773.686.6180

8007 Aida
-------------------------------------
 8 1 1 9  NOV14'06  5:46PM
-------------------------------------

  1 COKE BTL 20oz     2.09
  1 PRE RTE TRK PRV   6.99
  1 PRE RTE CHX PEST  6.99
    XXXXXXXXXXXXXXX1   XX/XX
    MSTRCARD  A1 5*   17.78

    SUBTOTAL          16.07
    TAX                1.71
    AMOUNT PAID     17.78
```



# THE LAWYERS' TRAVEL SERVICE

The page is largely faded and illegible. The legible fragments include:

TO: MR PAUL CHANDLER
    BAKER BOTTS LINE AND GAN
    71 SOUTH WACKER
    CHICAGO IL 54696

FOR: CHANDLER/PAUL A         REF: 0110Y

SORRY/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
INFORMATION ALERT— MOST AIRLINES HAVE IMPOSED
A $10 USD SURCHARGE FOR A PAPER TICKET
TO AVOID ADDITIONAL COST AN E-TICKET IS
STRONGLY RECOMMENDED
AS OF 9-25-06 — LIQUIDS PURCHASED IN SECURE AREAS ARE ALLOWED
ON BOARD.  TRAVELERS ARE ALLOWED TO CARRY ON TOILETRIES UP TO
3 OUNCES THAT FIT COMFORTABLY IN ONE QUART SIZED CLEAR PLASTIC BAG
FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.
14 NOV 06    TUESDAY
  AIR   NORTHWEST AIRLINES   FLT1292   FIRST CLASS



# THE LAWYERS' TRAVEL SERVICE

The page content below is too faded and degraded to read reliably.



# THE LAWYERS' TRAVEL SERVICE

**nwa** E-Ticket.           **nwa** E-Ticket. 

| Depart | Arrive | Date | Fare Code | | E-Ticket Nbr: | E0127795128653 |
|---|---|---|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 14NOV06 | B2PBF | | Issued Date: | 13NOV06 |
| Detroit, MI | Chicago OHare, IL | 16NOV06 | B2PBF | | Name/Place of Issue: | LAWYERS TRAVEL CHICA( C IL |

**CHANDLER/PAULA**                                    **Total Fare This Ticket: USD 850.60**

| FARE | 772.10 | Form of Payment: MASTERCARD | Endorsements/Restrictions: |
|---|---|---|---|
| US TAX | 57.90 | Card Nbr:   XXXXXXXXXXXXX8491 | |
| DOM SEGMENT FEE | 6.60 | E-Ticket Nbr:   E0127795128653 | |
| OTHER TAX | 14.00 | Confirmation Nbr: OM64L8 | |
| TOTAL  USD | 850.60 | | *Transportation subject to terms of carriage* |

**PASSENGER RECEIPT**    *printed inside ticket jacket*

Page 1 of 1



|  |  |  |  | F4941C | F4941C | ON64L8 |
|---|---|---|---|---|---|---|
|  |  |  |  | ON64L8 | NW1572 | 14NOV06 |
|  |  |  |  | | ETKT | ETKT |
|  |  |  |  | | DEPARTURE TIME 0600P |
|  |  |  |  | | | ORD |
|  |  | 19-E | E15 | | 19-E | DTW |

| FIRST CLASS SEAT | WORLD BUSINESS CLASS SEAT | ECONOMY CLASS SEAT | DEPARTURE GATE | SEAT NUMBER | DESTINATION |

NWXXXXXXXXX222

NW1572 P 14NOV06  DETROIT          ORD/OR1/1252

| FLIGHT/DATE | DESTINATION | POINT OF ISSUE | SPECIAL SERVICE |

**Boarding Pass**                              **nwa**

| PASSENGER'S NAME |       PASSENGER'S NAME |

**CHANDLER/PAULA**                    **CHANDLER/PAULA**
**PREMIUM**          ETKT    ETKT    ETKT  0127795128653 CPN 1
All Customers: Please provide contact information NWXXXXXXXXX222
on the reverse of this boarding pass.

06 3426 5152
PASSENGER TICKET AND BAGGAGE CHECK    01169
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE ETKT                         PASSENGER RECEIPT

202033    0253042    AL7
XXXXXXXXX

A·R·C XXX

NORTHWEST AIRLINES        XXXXX    TOUR CODE    AT14594915
LEXTERS TRAVEL                  CHICAGO        IL US13NOV06
CHANDLER/PAUL A        RSCBFT/AA MULTI            6° 0B17
XO **NOT VALID FOR**  THIS IS YOUR RECEIPT
XO **TRANSPORTATION*                          WN27AL7

CHANDLER/PAUL A
ORD
ODTW NW1252 P 14NOV02PBF
ORD NW1249 P 16NOV02PBF

FP CAXXXXXXXXXXX8491*0109/  013127 /FCCHI NW DTT3
86.05B2PBF NW CHI386.05B2PBF 772.10 END ZPORDDTW XT
5.00AY9.00XFORD4.5DTW4.5

XT  14.00
USD  772.10
ZP    57.90
ZP     6.60    38905997793    0 012 7795128653 3
USD  850.60

NOT VALID FOR TRAVEL
0 012 7795128653 3
AA14594915

06 3426 5152
MISCELLANEOUS CHARGES ORDER
A·R·C XXX PASSENGER RECEIPT
AIRLINES REPORTING CRP or        CHICAGO    TL US13NOV06
LEXTERS TRAVEL                RSCBFT/AA            7° 0B17
CHANDLER/PAUL A
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE                    WN27AL7

202033    0253042    AL7
XXXXXXXXX

MISCELLANEOUS
CHARGES ORDER

FP CAXXXXXXXXXXX8491* 0109 /  013377

NOT VALID FOR TRAVEL

USD  47.25
0.00
38905997815    890 8136829203 3
USD  47.25

8901 AA14594915

**Marriott**
DETROIT TROY

Marriott.com/DTTTT

GUEST FOLIO

| 507 | CHANDLER/PAUL/A | 209.00 | 11/16/06 | 12:00 | 3013 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

NSDB
TYPE                                11/14/06 21:51
                                    ARRIVE      TIME

41                          PASSPORT:

ROOM
CLERK    ADDRESS                 PAYMENT                    MR#: XXXXX7055

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 11/14 GIFTSHOP | 90821209 | 3.00 | | |
| 11/14 TELECOM | TELECOM | 9.95 | | |
| 11/14 TAX | TELECOM | .60 | H | |
| 11/14 ROOM TR | 507, 1 | 229.00 | | |
| 11/14 STATETAX | 507, 1 | 13.74 | A | |
| 11/14 CITY TAX | 507, 1 | 16.03 | B | |
| 11/15 GIFTSHOP | 9121 507 | 1.69 | | |
| 11/15 GIFTSHOP | 9128 507 | 2.00 | | |
| 11/15 TELECOM | TELECOM | 9.95 | | |
| 11/15 TAX | TELECOM | .60 | H | |
| 11/15 ROOM TR | 507, 1 | 209.00 | | |
| 11/15 STATETAX | 507, 1 | 12.54 | A | |
| 11/15 CITY TAX | 507, 1 | 14.63 | B | |
| 11/16 BK CARD | | | $522.73 | |

TO BE SETTLED TO:   MASTERCARD   CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

----------------- SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 26.28 |
| B | CITY TAX 7% | .00 | 30.66 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | 1.20 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 464.59 | 58.14 | .00 | 522.73 |

----------------- EXP. REPORT SUMMARY ------------------

| 11/14 GIFTSHOP | 3.00 |
| TELECOM | 9.95 |
| TAX | .60 |
| ROOM&TAX | 258.77 |
| | |
| 11/15 GIFTSHOP | 3.69 |
| TELECOM | 9.95 |
| TAX | .60 |
| ROOM&TAX | 236.17 |



**Marriott**
DETROIT TROY

Marriott.com/DTTTT

This property is your only receipt. You are not required to pay the amount by approved personal check or to authorize us to charge your credit card if all amounts shown due to the extent you have used the credit card. If you have not used the credit card, you have not charged to the credit card number or credit card company as a result of this transaction, you will remain personally liable.

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228-9290

**Marriott**
DETROIT TROY

Marriott.com/DTTTT

GUEST FOLIO

| 507 | CHANDLER/PAUL/A | 209.00 | 11/16/06 | 12:00 | 3013 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

NSDB          11/14/06  21:51
                ARRIVE    TIME

41            PASSPORT:

ROOM
CLERK    ADDRESS          PAYMENT          MR#: XXXXX7055

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Earn more Marriott Rewards points and enjoy greater benefits!
The Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for all of the details.

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 11/14/06 - 11/16/06 REVENUE IF APPLICABLE      464.59
BASE POINTS EARNED: 4646    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott**
DETROIT TROY

Marriott.com/DTTTT

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (300) 228 9290

N A T I O N A L
C A R   R E N T A L

RA 813261676                    Inv 80012727807
Rental   14-NOV-2006 08:57 PM
DETROIT METRO ARPT
Return   16-NOV-2006 05:48 PM
DETROIT METRO ARPT

PAUL CHANDLER
Vehicle # 79207220
Model    IMPALA LT
Class Driven FCAR      Class Charged ICAR
License# EB05FB        State/Province OH
M/Kms Driven  96
M/Kms Out    1277
M/Kms In     1373

MAYER BROWN & PLATT
Contract ID 5702498

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 2 Days | 46 00 | 112 00* |
| UNLIM M/KM | 0 M/Kms | | 0 00* |
| REFUELING | 6 Gals | 6 75 | 17 50* |
| ARPT COST RECOVERY 11% | | | 18 60* |
| WAYNE COUNTY STADIUM Tx | | | 1 12* |
| VEH LIC FEE RECOVERY | | | 1 70* |
| SALES TAX 86 000 % | | | 10 28 |

Total Charges                    (AD 161.60

Paid By    MC    8491              161 60

Amount Due                        (AD 0 00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 674945970
Emerald Club rental credits will be
posted within 24 hours
To have your expired driving your
expired Emerald Club vehicle
Customer Service Number 1 800 328 4561



*National Car Rental*

**Rental Agreement #:** 561576

**Invoice #:** 2792

**Contract #:**

**Renter Name:** JOEL CHANDLER

**Renter Address:** N. Lake Shore Drive

Apt. 10 A

Chicago, IL 60651

US

## Rental Location

**Pickup Date:** 14 NOV 2006

**Pickup Location:** DETROIT METRO ARPT

DETROIT METRO ARPT

BLDG 601, LUCAS DRIVE

DETROIT, MI 48242

US

**Return Date:** 16 NOV 2006

**Return Location:** DETROIT METRO ARPT

DETROIT METRO ARPT

BLDG 601, LUCAS DRIVE

DETROIT, MI 48242

US

## Vehicle Info

**Model:** IMPALA

**License Number:**

**State/Province:** OH

**Vehicle Class Driven:** Full Size 2 4 Door Car Auto A C

**Vehicle Class Charged:** Intermediate 2 4 Door Car Auto A C

**Miles/Kms Driven:** 96.0

**Miles/Kms Out:** 1277.0

**Miles/Kms In:** 1373.0

## Charges

| TIME & DISTANCE | 2 | DAY | @ | 56.00 | 112.00 |
|---|---|---|---|---|---|
| UNLIMITED DISTANCE TIME & DISTANCE 0.00 | | | DISTANCE @ | 0.00 | 0.00 |
| FUEL CHARGE | | | | | 37.50 |
| WAYNE COUNTY STADIUM TAX 1 PCT | | | | | 2.32 |
| ARPT COST RECOVERY FEE 11.11 PCT | | | | | 16.80 |
| VEH LICENSE FEE RECOVERY .85 DAY | | | | | 1.70 |
| SALES TAX (6.00%) | | | | | 10.28 |
| Total Charges  (USD) | | | | | 181.60 |

## Payment

Master Card  2491  16 NOV 2006

**Rental Credits** : 1 credits have been rewarded for this reservation.

*Subject to audit.*

Thank you for renting with National Car Rental.  We appreciate your business.

*Please do not reply directly to this email. If you have a question or comment regarding your rental*



**Marriott.**
DETROIT TROY

700 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

GUEST FOLIO

1222 GOLDSTEIN/MICHAEL/J    229.00  11/16/06  07:43  2948
ROOM  NAME                  RATE   DEPART    TIME   ACCT#

CNKW                               11/14/06  21:50
TYPE                               ARRIVE    TIME

34                          PASSPORT:

ROOM
CLERK   ADDRESS            PAYMENT                   MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 11/14 | GIFTSHOP  90831222 | 3.00 *water/newspaper* | | |
| 11/14 | RM SERV   48421222 | 20.35 | | |
| 11/14 | TELECOM   TELECOM  | 9.95 | | |
| 11/14 | TAX       TELECOM  | .60 | | H |
| 11/14 | ROOM TR   1222, 1  | 229.00 | | |
| 11/14 | STATETAX  1222, 1  | 13.74 | | A |
| 11/14 | CITY TAX  1222, 1  | 16.03 | | B |
| 11/15 | TELECOM   TELECOM  | 9.95 | | |
| 11/15 | TAX       TELECOM  | .60 | | H |
| 11/15 | ROOM TR   1222, 1  | 229.00 | | |
| 11/15 | STATETAX  1222, 1  | 13.74 | | A |
| 11/15 | CITY TAX  1222, 1  | 16.03 | | B |
| 11/16 | RM SERV   49441222 | 14.93 | | |
| 11/16 | CCARD-AX           | | 576.92 | |
| | | | | .00 |

```
---------------- SUMMARY OF TAXES ----------------
    DESCRIPTION          TAXED AMOUNT          TAX
A   STATE TAX 6%                  .00        27.48
B   CITY TAX 7%                   .00        32.06
E   PKG TX 7%                     .00          .00
F   ATTRITION TAX                 .00          .00
H   STATE TAX 6%                  .00         1.20

    NET CHARGES         TAX       CREDITS      FOLIO
      516.18          60.74        576.92        .00
---------------- EXP. REPORT SUMMARY ----------------
11/14  GIFTSHOP                  3.00
       RM SERV                  20.35
       TELECOM                   9.95
       TAX                        .60
       ROOM&TAX                258.77

11/15  TELECOM                   9.95
       TAX                        .60
       ROOM&TAX                258.77

11/16  RM SERV                  14.93
```

**WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!**



**Marriott.**
DETROIT TROY

700 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown will be the usual manner, if for any reason the credit card company does not make payment on this account, you will owe us such amount. If you, credit card company will bill in the usual manner, if for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290



**Taxi Receipt**

$ 353  Date 11/16/06 Time

Received from

Cab fare from

To

Driver

Cab no.

Visit us at:

**AHA: Exhibit 2009**
November 12 – 14

**RSNA: South Hall, Exhibit 1129**
November 26 – December 1

*Made for Life*

**TOSHIBA**
www.medical.toshiba.com

Server:

National Coney Island

```
ttttttttttttttttttttttttttttttttttt*t
T.Number 60859   11/16/2006  7:08:15 PM
ttttttttttttttttttttttttttttttt*****t
Table: Subcheck:0
```

| | |
|---|---|
| 1 Coney | 2.99 |
| 2 Greek Salad Baby | 6.98 |
| 1 Chili Ch Fries | 3.49 |
| 1 Labatt Blue | 3.99 |
| 1 ""Tip"" | 5.00 |
| 1 Hani | 6.99 |

| | | |
|---|---|---|
| Sub-Total | $ | 29.44 |
| Tax | $ | 1.47 |
| Total | $ | 30.91 |
| Visa/Mc | $ | 30.91 |
| Change | $ | 0.00 |

```
ttttttttttttttttttttttttttttttttt*t**
```

# Order Number 60859
Register Number 2

| 10/02 | 10/02 | UNITED  01677871845425 CHICAGO      IL          8RB17Y57 | $118.10 |
| | | NAME: GOLDSTEIN/MICHAEL | |
| | | DEPART: 10/02/06 | |
| | | Chicago TO Detroit ;Q | |

*06 – 08 9 74 -1 # 11863*

| 10/02 | 10/02 | AMERICAN0017787184543 CHICAGO      IL          Q96B5Q8K | $120.30 |
| | | NAME: GOLDSTEIN/MICHAEL | |
| | | DEPART: 10/03/06 | |
| | | Detroit TO Chicago ;L | |

*06 – 08 974 -1 # 11863*

| 09/25 | 09/27 | AGNT FEE89081327551075 THE LAWYERS T IL | 75S6JMYG | $47.25 |
|-------|-------|------------------------------------------|----------|--------|
|       |       | NAME: GOLDSTEIN/MICHA                     |          |        |
|       |       | DEPART: 09/25/06                          |          |        |
|       |       | XAA TO XAO :Y                             |          |        |

06- 08974-1 # 11863

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation                                                                          Page 2
Finance and Accounting Outsourcing                                            Peterson, Brad L.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/01/06 | **Manter, Gregory A.**<br>Reviewed SOWs and other schedules provided by P. Mittal at BAH (4.30); Call with L. Graves and call with J. Enzor (.50). | 4.80 |
| 11/01/06 | **Peterson, Brad L.**<br>Meet with G. Manter to plan for negotiations (0.3). Revise G. Manter's annotation of Genpact MSA markup (0.6). | 0.90 |
| 11/02/06 | **Manter, Gregory A.**<br>Reviewed Accenture markup and created a redline comparison against prior draft. | 1.00 |
| 11/02/06 | **Peterson, Brad L.**<br>Review and revise G. Manter's version of Accenture draft. | 1.00 |
| 11/03/06 | **Manter, Gregory A.**<br>Reviewed Accenture agreement and ancillary schedules (3.40); prep work for Monday calls and Genpact negotiations (3.90). | 7.30 |
| 11/03/06 | **Peterson, Brad L.**<br>Preparation for Genpact negotiations, including reviewing, revising and distributing G. Manter's draft of annotated markup. | 3.00 |
| 11/06/06 | **Manter, Gregory A.**<br>Prep for internal Genpact agreement call (0.50); internal Genpact call with Delphi (5.50); Reviewed SOWs (1.50). | 7.50 |
| 11/06/06 | **Peterson, Brad L.**<br>Call with Delphi internal team to prepare for Genpact negotiations (2.8). Call with Delphi and Accenture teams to discuss Accenture's markup (2.0). Prepare for Genpact negotiations (1.1). | 5.90 |
| 11/07/06 | **Manter, Gregory A.**<br>Reviewed Genpact MSA for negotiations. | 4.00 |
| 11/07/06 | **Peterson, Brad L.**<br>Review Genpact markup while travelling to Delphi .(1.5). | 1.50 |
| 11/08/06 | **Manter, Gregory A.**<br>Negotiations with Genpact. | 10.30 |
| 11/08/06 | **Peterson, Brad L.**<br>Negotiations with Genpact (9.0). Meeting with Delphi team to prepare for same (1.0). Further review of Agreement (0.4). | 10.40 |
| 11/09/06 | **Chandler, Paul A.**<br>Reviewing Genpact bankruptcy memo and drafting comments for B. Peterson (0.3). | 0.30 |
| 11/09/06 | **Manter, Gregory A.**<br>Negotiations with Genpact. | 10.00 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation                                                          Page 3
Finance and Accounting Outsourcing                             Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/09/06 | **Peterson, Brad L.**<br>Meeting with Delphi and Genpact to negotiate MSA. (9.5)  Prepare for negotiations on November 10, including review of additional provisions delivered by Genpact. (1.1) | 10.60 |
| 11/10/06 | **Manter, Gregory A.**<br>Negotiations with Genpact | 10.00 |
| 11/10/06 | **Peterson, Brad L.**<br>Negotiations with Genpact. (9.8). | 9.80 |
| 11/13/06 | **Peterson, Brad L.**<br>Meet with P. Chandler to discuss open issues from Genpact negotiations and resolutions in IT and ADM transactions. (0.7).   Discuss next steps with G. Manter (0.3).  Follow up with C. Campbell (0.3). | 1.30 |
| 11/14/06 | **Manter, Gregory A.**<br>Call with Delphi and B. Peterson re: timeline and next steps (1.50); call with Accenture re: transition; reviewed updated schedules provided by C. Campbell (2.50); call re: pricing schedule and discussion with B. Peterson re: same (2.50) | 6.50 |
| 11/14/06 | **Peterson, Brad L.**<br>Review pricing materials provided by Booz Allen (0.8).  Call with Delphi team regarding timing and schedule (1.5).  Call with Delphi team regarding pricing (2.0).  Work with G. Manter to plan activities prior to Accenture negotiations (0.4).  Follow up on open issues in Genpact MSA (0.4).  Attention to planning for Accenture's delay (0.3). | 5.40 |
| 11/15/06 | **Manter, Gregory A.**<br>Drafted pricing terms and reviewed Accenture draft (3.80); provided comments to Accenture markup of the MSA (1.50) | 5.30 |
| 11/15/06 | **Peterson, Brad L.**<br>Begin review of Accenture's markup of MSA (1.1).  Draft message to David Dowd requesting his assistance with respect to Section 9.14 (Government Contracting Clauses) (0.4). | 1.50 |
| 11/16/06 | **Manter, Gregory A.**<br>Drafted pricing term sheet. | 1.80 |
| 11/17/06 | **Peterson, Brad L.**<br>Call with M. Williams and D. Bayles to discuss Sarbanes-Oxley issues (0.7).  Call with Delphi internal team to discuss tax issues on both MSAs and key business issues on Accenture MSA markup (2.5).  Review Accenture markup (1.5). | 4.70 |
| 11/18/06 | **Peterson, Brad L.**<br>Review and annotate Accenture MSA to prepare for Nov. 20 negotiations. | 1.50 |
| 11/19/06 | **Peterson, Brad L.**<br>Review and annotate Accenture MSA to prepare for negotiations with Accenture | 5.20 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | (5.2). | |
| 11/20/06 | **Manter, Gregory A.** Reviewed annotated draft of the Accenture MSA (3.00); Negotiation meeting (7.50); Follow up meeting with Delphi (.50); Meet with B. Peterson to discuss next steps and plan November 21 negotiations (.60). | 11.60 |
| 11/20/06 | **Peterson, Brad L.** Additional work on annotated MSA (0.3).  Negotiation session with Accenture and Delphi (9.3).  Follow-up meeting with Delphi (0.5).  Meet with G. Manter to discuss next steps and plan Nov 21 negotiations (0.6).  Update to P. Roy (0.3).  Draft inserts to Accenture draft and send to Accenture for review (0.8).  Prepare for 11-21 negotiations with Accenture (0.5). | 12.30 |
| 11/21/06 | **Manter, Gregory A.** Negotiation meeting with Accenture (9.20); meeting with C. Campbell to draft pricing schedule (2.6). | 11.80 |
| 11/21/06 | **Peterson, Brad L.** Negotiation meeting with Accenture (9.2).  Review and revise G. Manter's draft of Pricing Schedule (0.8).  Meeting with C. Campbell and G. Manter to draft pricing schedule (2.8).  Re-review and transmit same (0.3). | 13.10 |
| 11/22/06 | **Manter, Gregory A.** Negotiation meeting with Accenture (9.50); began issues list for Genpact MSA, annotated schedules tracker with status (4.00) | 13.50 |
| 11/22/06 | **Peterson, Brad L.** Negotiations with Accenture (9.0).  Work on pricing schedule, task list, issues list and similar projects (4.0). | 13.00 |
| 11/26/06 | **Manter, Gregory A.** Created Delphi-Genpact MSA issues list. | 1.50 |
| 11/26/06 | **Peterson, Brad L.** Draft pricing schedule. | 1.50 |
| 11/27/06 | **Manter, Gregory A.** Finalized Genpact issues list and reviewed Genpact proposed schedule revisions (2.50); updated schedule tracker to summarize Genpact's response (1.30); Call with B. Peterson re: Genpact response and next steps and reviewed SOW response (1.30). | 5.10 |
| 11/27/06 | **Peterson, Brad L.** Draft and send pricing term sheet (1.8).  Draft status message to S. Corcoran (0.3).  Review G. Manter's status report and next steps with G. Manter (0.8).  Call with counsel to Accenture (0.3). | 3.20 |
| 11/28/06 | **Manter, Gregory A.** Reviewed schedules submitted by Genpact; began markup of SOW | 2.50 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation                                                         Page 5
Finance and Accounting Outsourcing                          Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/29/06 | **Manter, Gregory A.** Reviewed schedules and marked up sample SOW (2.50); call with P. Mittal re: schedules (.80); Call with Accenture and discussion with Brad Peterson re: tasks (4.30); completed sample SOW markup and distributed to P. Mittal (1.00). | 8.60 |
| 11/29/06 | **Peterson, Brad L.** Call with Accenture to negotiate open points (4.0). Review G. Manter's markup of SOW and discuss with G. Manter (0.8). | 4.80 |
| 11/30/06 | **Manter, Gregory A.** Call with P. Mittal re: SOWs and SLAs (0.80); reviewed schedules (0.50); Call with Accenture re: MSA (4.20); Prepared SOW/SLA guidelines, example SLAs and distributed to P. Mittal (0.80). | 6.30 |
| 11/30/06 | **Peterson, Brad L.** Call with Accenture to negotiate MSA terms (4.0). Various communications with J. Enzor (0.7). | 4.70 |

**Total Hours**                                                      **245.00**

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 6
Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 11/09/06 | **Travel - Other**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672060046<br>DATE: 14-Nov-06  Delphi From 07 Nov 2006 To 09 Nov 2006 | | 758.26 |
| 11/10/06 | **Business Meals - Travel**<br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862060053<br>DATE: 14-Nov-06  Detroit trip From 07 Nov 2006 To 10 Nov 2006 | | 154.19 |
| 11/10/06 | **Business Meals - Travel**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672060046<br>DATE: 14-Nov-06  Delphi From 07 Nov 2006 To 10 Nov 2006 | | 36.66 |
| 11/11/06 | **Travel - Other**<br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862060053<br>DATE: 14-Nov-06  Detroit trip From 07 Nov 2006 To 11 Nov 2006 | | 1.229.03 |
| 11/22/06 | **Travel - Other**<br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862060054<br>DATE: 28-Nov-06  Delphi trip From 20 Nov 2006 To 22 Nov 2006 | | 458.84 |
| 11/22/06 | **Travel - Other**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672060049<br>DATE: 11-Dec-06  Delphi Trip From 19 Nov 2006 To 22 Nov 2006 | | 895.73 |
| 11/22/06 | **Business Meals - Travel**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672060049<br>DATE: 11-Dec-06  Delphi Trip From 19 Nov 2006 To 22 Nov 2006 | | 135.24 |
| 11/22/06 | **Business Meals - Travel**<br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862060054<br>DATE: 28-Nov-06  Delphi trip From 20 Nov 2006 To 22 Nov 2006 | | 38.18 |
| 11/28/06 | **Document Reproduction** | 3 | 0.30 |

**Total Other Charges**

**$3,706.43**



**Marriott.**
HOTELS & RESORTS

GUEST FOLIO

306  PETERSON/BRAD L        199.00 11/10/06 07:41    510
                                                      ACCT#
ACGK                               11/07/06 18:03

9                           PASSPORT:

                              PAYMENT            MR#: XXXXX6749A
ROOM
CLERK    ADDRESS

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 11/07 | TELECOM    TELECOM | 9.95 | | |
| 11/07 | TAX        TELECOM | .60 | | H |
| 11/07 | ROOM TR    306, 1 | 199.00 | | A |
| 11/07 | STATETAX   306, 1 | 11.94 | | A |
| 11/07 | CITY TAX   306, 1 | 13.93 | | B |
| 11/08 | RM SERV    4414 306 | 22.58 | | |
| 11/08 | TELECOM    TELECOM | 9.95 | | |
| 11/08 | TAX        TELECOM | .60 | | H |
| 11/08 | ROOM TR    306, 1 | 199.00 | | A |
| 11/08 | STATETAX   306, 1 | 11.94 | | A |
| 11/08 | CITY TAX   306, 1 | 13.93 | | B |
| 11/09 | TELECOM    TELECOM | 9.95 | | |
| 11/09 | TAX        TELECOM | .60 | | H |
| 11/09 | ROOM TR    306, 1 | 199.00 | | A |
| 11/09 | STATETAX   306, 1 | 11.94 | | A |
| 11/09 | CITY TAX   306, 1 | 13.93 | | B |
| 11/10 | CCARD-BK | | 728.84 | |
| | | | | .00 |

```
---------------- SUMMARY OF TAXES ----------------
   DESCRIPTION              TAXED AMOUNT          TAX
A  STATE TAX 6%                   .00           35.82
B  CITY TAX 7%                    .00           41.79
E  PKG TX 7%                      .00             .00
F  ATTRITION TAX                  .00             .00
H  STATE TAX 6%                   .00            1.80

     NET CHARGES          TAX      CREDITS        FOLIO
        649.43          79.41       728.84          .00
---------------- EXP. REPORT SUMMARY ----------------
11/07  TELECOM            9.95
       TAX                 .60
       ROOM&TAX         224.87

11/08  RM SERV           22.58
       TELECOM            9.95
       TAX                 .60
       ROOM&TAX         224.87

11/09  TELECOM            9.95
       TAX                 .60
       ROOM&TAX         224.87
```

**Marriott.**
HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

THANK YOU
O'Hare International Airport
Parking Facility - Lot G
P.O.Box 66179, Chicago, Il. 60666-0179
Tel: (773) 686-7532

SALES VOUCHER/RECEIPT
TRANSIENT TICKET

TRANSACTION NUMBER      9n106340z
ENTRY TIME/DATE         12:39  11-07-06
PAYMENT TIME/DATE       23:04  11-10-06
PAY MACHINE             CESU Booth03
LICENSE                 Il  FG7221
OPERATOR                249
FEE                     $52.00

MASTERCARD              5328*********437
Expiry Date             11/07
Pay m/c Transaction Ref: J9000/0305
Authorization Code      652276
SPS Terminal            Chd019701
SPS Time                1110062304
SPS Reference           6945
TOTAL                   $52.00
Includes All Applicable Taxes

---

O'HARE VENTURE - 12 HOT DOG EXP
O'HARE INTERNATIONAL AIRPORT
773-686-2746

820 AMALIA
8 4 9 4   NOV07'06 1:27PM

1 PIZ UNO SAUS            6.29
1 WATER VASA 25OZ         2.49
XXXXXXXXXXXXXXX7          XX.XX
MSTRCARD A1 5*            9.68

SUBTOTAL                  8.78
TAX                       0.90
AMOUNT PAID               9.68

---

McDonald's Corporation
Thank you for eating at McDonald's
IM LOVIN IT
Try A Fruit and Walnut Salad Today

829 S. KALAMAZOO ST.
PAW PAW, MI 49079

THANK YOU

PAW PAW          TEL# (269)657-2835
44 KS#02  S#1K   Nov.10'06(Fri)21:18
STORE# 7399      MER# KB28471757001

# Order #244     EAT IN

1 QTR CHEESE MEAL             2.85
1 MED LEMONADE                1.30

SUB TOTAL                     4.15
EAT IN TAX                    0.25
                             4.40

CARD ISSUER    ACCOUNT #
MSTR SALE      ***********0437
TRANSACTION AMOUNT            4.40
AUTH CODE 446107 SEQ# 0873

CASH TENDERED                 0.00

CHANGE                        0.00



**GUEST FOLIO**

521 MANTER/GREGORY          199.00 11/10/06 07:44   547
Room                                                    ACCT#
NSDA                            11/07/06 18:02

9                          PASSPORT:

ROOM CLERK   ADDRESS            PAYMENT                    MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 11/07 TELECOM | TELECOM | 9.95 | | |
| 11/07 TAX | TELECOM | .60 | H | |
| 11/07 ROOM TR | 521, 1 | 199.00 | | |
| 11/07 STATETAX | 521, 1 | 11.94 | A | |
| 11/07 CITY TAX | 521, 1 | 13.93 | B | |
| 11/08 SHULAS | 5098 521 | 33.57 | | |
| 11/08 RM SERV | 4425 521 | 32.75 | | |
| 11/08 TELECOM | TELECOM | 9.95 | | |
| 11/08 TAX | TELECOM | .60 | H | |
| 11/08 ROOM TR | 521, 1 | 199.00 | | |
| 11/08 STATETAX | 521, 1 | 11.94 | A | |
| 11/08 CITY TAX | 521, 1 | 13.93 | B | |
| 11/09 SHULAS | 5213 521 | 30.45 | | |
| 11/09 TELECOM | TELECOM | 9.95 | | |
| 11/09 TAX | TELECOM | .60 | H | |
| 11/09 ROOM TR | 521, 1 | 199.00 | | |
| 11/09 STATETAX | 521, 1 | 11.94 | A | |
| 11/09 CITY TAX | 521, 1 | 13.93 | B | |
| 11/10 SHULAS | 5300 521 | 33.57 | | |
| 11/10 CCARD-AX | | | 836.60 | |
| | | | | .00 |

------------------- SUMMARY OF TAXES -------------------

| DESCRIPTION | TAXED AMOUNT | TAX |
|-------------|--------------|-----|
| A STATE TAX 6% | .00 | 35.82 |
| B CITY TAX 7% | .00 | 41.79 |
| E PKG TX 7% | .00 | .00 |
| F ATTRITION TAX | .00 | .00 |
| H STATE TAX 6% | .00 | 1.80 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 757.19 | 79.41 | 836.60 | .00 |

------------------- EXP. REPORT SUMMARY -------------------

| 11/07 TELECOM | 9.95 |
|---------------|------|
| TAX | .60 |
| ROOM&TAX | 224.87 |

| 11/08 SHULAS | 33.57 |
|--------------|-------|
| RM SERV | 32.75 |
| TELECOM | 9.95 |
| TAX | .60 |
| ROOM&TAX | 224.87 |



This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955
Rev 9/03

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



**HOTELS & RESORTS**

GUEST FOLIO

521 MANTER/GREGORY          199.00 11/10/06 07:44   547
ROOM  NAME                  RATE                       ACCT#
NSRR                              11/07/06 18:03

9                           PASSPORT:
ROOM                        PAYMENT
CLERK   ADDRESS                                    MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| ------------------- EXP. REPORT SUMMARY ------------------- |
| 11/09 | SHULAS | 30.45 | | |
| | TELECOM | 9.95 | | |
| | TAX | .60 | | |
| | ROOM&TAX | 224.87 | | |
| 11/10 | SHULAS | 33.57 | | |

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!



**HOTELS & RESORTS**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

6-2955
Rev 9/03

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



## Hertz

#01 RN    RR 120466382
CC

GREGORY MANTER
VEHICLE  01598/1650308
CUS YC              07MTRI   LIC. MI ACD5258

4608 MAYER BROWN & PLATT

RES  D4492078574/0506J    /C
PREPARED BY:  6315/MIDAP13
COMPLETED BY: 4599/ILORD10

RENTED: 11/07/06 17:08 @ DETROIT METRO AP
RETURN: 11/10/06 23:15 @ CHICAGO O'HARE AP

| PLAN IN: | ICAL | RATE CLASS: | C |
|----------|------|-------------|---|
| PLAN OUT: | ICAL | | |
| MILEAGE IN | 2290 | TR-X MILES | |
| MILEAGE OUT | 1890 | MILES ALLOWED | |
| MILES DRIVEN | 400 | MILES CHARGED | |

| | | | |
|---|---|---|---|
| DAYS | 4 @ $ 81.99 / DAY | $ | 327.96 |
| SUBTOTAL 1 | | $ | 327.96 |
| DISCOUNT - R   5% | | $ | 16.40 |
| SUBTOTAL 2 | | T$ | 311.56 |
| CONCESSION FEE RECOVERY | 11.10% | T$ | 34.58 |
| LDW | DECLINED | | |
| LIS | DECLINED | | |
| PAI PEC | DECLINED | T$ | 29.03 |
| FPO | ACCEPTED | T$ | 2.80 |
| VLC RECOVERY | | T$ | 30.23 |
| TAX | 8.000 % ON TAXABLE TTL OF $ 377.97 | $ | 30.23 |
| CHARGED ON  AMX      XXXXXXXXXX1006 | | $ | 408.20 |
| RENT FP AMX   XXXXXXXXXX1006 | | | |

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

---

AMERICAN UNITED
(773) 248-7600

| | |
|---|---|
| Med# | 2510 |
| Trip# | 9136 |
| Date | 11/07/2006 |
| Start | 08:51AM |
| End | 09:32AM |
| Dist Mi | 20.8 |
| FARE    $ | 42.65 |
| Extras  $ | 1.00 |
| Suburb  $ | 9.00 |
| Tip     $ | 8.00 |
| TOTAL   $ | 60.65 |
| *CARD ACCEPTED* | |

Auth#   505586
11/07/2006
09:34AM
Amex - xxxxx1006

DEPT OF CONSUMER
SERVICE CALL 311
Customer Copy

---

BLUE RIBBON
CAB #4249
11/11/06 TR 6417
START  END MILES
08:06 08:19 13.5
FARE :  $ 27.25
EXTRA:  $  1.00
TOTAL:  $ 28.25
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU

$32

---

THANKS FOR SHOPPING
THE CONVENIENCE
STORES OF SPEEDWAY.

SPEEDWAY 7786
PAW                        MI

PUMP#11 CREDIT/SELF
UNLEAD B @ $2.299/G
VOLUME       8.665 GAL

GAS TOTAL            $ 19.92
TOTAL               $ 19.92

AMERICAN EXPRESS
CARD NUM :
XXXXXXXXXXX1006
TERM:  0050007786001
APPR#:  576971
SEQ#:  314040152

11/10/2006 21:13:59

CARDHOLDER AGREES TO
PAY TO ISSUER TOTAL
CHARGES PER THE
AGREEMENT BETWEEN
CARDHOLDER & ISSUER.

VISIT US AT
WWW.SPEEDWAY.COM

---

## THANK YOU

O'Hare International Airport

Parking Facility - Lot G

P.O.Box 66179, Chicago, Il. 60666-0179

Tel:  (773) 686-7532

TRANSIENT TICKET

| | |
|---|---|
| TRANSACTION NUMBER | 901000401 |
| ENTRY TIME/DATE | 23:00  11-10-06 |
| PAYMENT TIME/DATE | 23:04  11-10-06 |
| PAY MACHINE | CE39 Booth15 |
| LICENSE: | IL 52545 |
| OPERATOR | 249 |
| FEE | $2.00 |
| CASH | $5.00 |
| CHANGE | $3.00 |

Includes All Applicable Taxes

```
** STARBUCKS COFFEE COMPANY **

DOWNTOWN ROCHESTE      #02251
ROCHESTER    MI48307
  1 TL GB LATTE           3.15
SUBTOTAL                  3.15
   TAX                    0.19
TOTAL                     3.34
AMEX                      3.34
   CARD#: XXXXXXXXXXX1006
CHANGE DUE                0.00

02251 02C1 698207  001207725M
11/09/06                20:28
     Love What You Do.
  Talk to a store manager
about working at Starbucks or
visit Starbucks.com/careers.
```

```
                         HMSHOST
                    STARBUCKS T1 BAG
                   Chicago 773.686.6180

4524 Marla

CHK 5683 NOV10'06 11:38PM  GST 1

1 WATER VASA 25oz         2.49
1 TALL PEPP MOCHA         3.69

SUBTOTAL                  6.18
TAX                       0.63
AMOUNT PAID              6.81
XXXXXXXXXXXXXXXXX     XX/XX
AMEX            A3 37*     6.81
```

```
O'HARE VENTURE - T2 HOT DOG EXP
  O'HARE INTERNATIONAL AIRPORT
        773-686-2746

820 AMALIA
-----------------------------------
8495 NOV07'06  1:27PM
-----------------------------------

  1 PIZ UNO SAUS          6.29
  1 COKE BTL 20oz         2.09
  XXXXXXXXXXXXXXX        XX/XX
  AMEX       A3 37*       9.30

  SUBTOTAL               8.38
  TAX                    0.92
  AMOUNT PAID            9.30
```

```
       McDonald's Corporation
  Thank you for eating at McDonald's
        IM LOVIN IT
  Try A Fruit and Walnut Salad Today

        829 S. KALAMAZOO ST.
        PAW PAW, MI 49079

            THANK YOU

PAW PAW              TEL# (269)857-2835
43 KS#02   S#1       Nov.10'06(Fri)21:17
STORE# 7399          MER# KB26471757001

Order #243       EAT IN

  1 QTR CHEESE MEAL            2.85
    1 ONLY   KETCHP
             PICKLE
             MUSTRD
  1 MED COKE                   1.30

  SUB TOTAL                    4.15
  EAT IN TAX                   0.25
                             -------
                               4.40

CARD ISSUER     ACCOUNT #
AMEX SALE      ***********1006
TRANSACTION AMOUNT             4.40
AUTH CODE 527527 SEQ# 0872

CASH TENDERED                  0.00

CHANGE                         0.00
```

*Brad Peterson*

```
           DETROIT METROPOLITAN A/P
RENTAL RECORD:  (              I D PETERSON
COMPLETED BY:                  0964
RENTED:  DETROIT METROPOLITAN A/P
RENTAL:  11/19/06    19:00
RETURN:  11/22/06    18:30
MILES IN: 04059  OUT: 03972
MILES DRIVEN:   87  IN/OUT: 0506J /0506J
CLS: C

   3 DAYS        79.50   238.50
VEH UPGS 12DY/   6.00HR   36.00
E040INSVESMI @   .75  ? 83.98? SU    r =9
TX  8.000% ON   287.91   23.03
VLC RECOVERY              2.10
NET DUE                 310.94
PAID BY:  MC
CREDIT CARD #: XXXXXXXXXXXXX0437

     Thank you for renting from
          Hertz

  3 @ $  79.50 / DAY    WITH ALL MILES FREE

VEHICLE UPGRADE  $ 12/ DAY / $  6.00 / HOUR   $    36.00
SUBTOTAL 1                                    $   274.50
DISCOUNT -     R         15 %                 $    41.18
SUBTOTAL 2                                   T$   233.32

ADDITIONAL CHARGES
FEES FOR ANY ADDITIONAL AUTHORIZED
OPERATORS NOT INCLUDED.                      T$    ****

OPTIONAL SERVICES
FPO        ACCEPTED                          T$    41.61

TAX / FEES
CONCESSION FEE RECOVERY           11.10%     T$    25.90
VLC RECOVERY                                 T$     2.10
TAX   8.000 % ON EST. TAXABLE TTL $  302.93  $    24.24

TOTAL ESTIMATED CHARGE                       $   327.17
```

CC AUTH WOULD BE   $  427 00

** STARBUCKS COFFEE COMPANY **   #02285
CROOKS & LONG LAK   M14B098
TROY
1 VT LATTE        3.30
  DECAF            nc
  NONFAT           nc
SUBTOTAL          3.30
  TAX 6.0         0.20
TOTAL             3.50
MASTERCARD        3.50
   CARD#: XXXXXXXXXXXX0437
CHANGE DUE        0.00

02286 0202 702898  0013464666E
11/22/06              17:31
Love what you Do.
Talk to a store manager
about working at Starbucks or
visit Starbucks.com/careers.

---

Paradies Metro-Ventures, Inc
Detroit Metro Airport
Detroit, Michigan
                      63719564000

KS M&M PLAIN          1.29 tt

TOTAL                 $1.29
MASTERCARD            1.29
**** **** **** 0437
PURCHASE
EXPIRY: 11/07 SWIPED
11/22/2006 08:00PM
AUTH: 212725
REFERENCE #:  63270175381Z

ITEMS 1
11/22/2006 07:58PM  0174 02 15347 8089   R. PAMULAR

Thank You for Shopping at
The Paradies Shops
Detroit Metro Airport

---

THANK YOU
O'Hare International Airport

Parking Facility - Lots A, B & C

P.O.Box 66179, Chicago, Il. 60666-

Tel: (773) 686-7532

SALES VOUCHER/RECE
   DAILY TICKET - A Lot Level 2 -
TRANSACTION NUMBER          401
ENTRY TIME/DATE       14:45  11
PAYMENT TIME/DATE     21:45  11
PAY MACHINE
LICENSE:                     IL
OPERATOR
FEE

MASTERCARD            5528*****
Expiry Date
Pay m/c Transaction Ref:     340
Authorization Code          CHG
SPS Terminal
SPS Time                     112
SPS Reference
TOTAL                        $94
   Includes All Applicable Taxe

---

HMSHOST
STARBUCKS B09
Chicago 773.686.6180

7555 Tim John
CHK 1077   NOV19'06 5:09PM   GST 1

1 VNTI LATTE V        3.99

SUBTOTAL              3.99
TAX                   0.41
AMOUNT PAID           4.40
XXXXXXXXXXXXXXXX7
MSTRCARD  A1 5*       XX/XX   4.40

12-08-'06 18:38  FROM-                                      T-180  P001    F-627

**Hilton**
Detroit/Troy

5500 Crooks Road • Troy, MI 48098
Phone (248) 879-2100 • Fax (248) 879-6054
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address | | |
|---|---|---|

PETERSON, BRAD L
164 LAKE ST

GLENCOE, IL 600222110
US

RADIUS TRAVEL W T T

Room         226/K1X
Arrival Date   11/19/06  7:47PM
Departure Date 11/22/06 12:20PM R

Adult/Child   1/0
Room Rate     139.00

RATE PLAN      L-T1

HH# 885907013 SILVER
AL:  UA  #00014332596
CAR:

*Folio*

CONFIRMATION NUMBER : 3262671429

12/08/06     PAGE   1

| DATE | DESCRIPTION | ID | REF. NO. | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11/19/06 | *ROOM SERVICE | LINTR | 499952 | $19.64 | | |
| 11/19/06 | GUEST ROOM | NYB | 500065 | $139.00 | | |
| 11/19/06 | STATE TAX | NYB | 500065 | $8.34 | | |
| 11/19/06 | OCCUPANCY TAX | NYB | 500065 | $9.73 | | |
| 11/20/06 | CHARLEYS CRAB | TJM | 500218 | $90.68 | | |
| 11/20/06 | GUEST ROOM | NYB | 500329 | $139.00 | | |
| 11/20/06 | STATE TAX | NYB | 500329 | $8.34 | | |
| 11/20/06 | OCCUPANCY TAX | NYB | 500329 | $9.73 | | |
| 11/21/06 | *VERDI'S | LINTR | 500412 | $15.73 | | |
| 11/21/06 | GUEST ROOM | AUDIT | 500603 | $139.00 | | |
| 11/21/06 | STATE TAX | AUDIT | 500603 | $8.34 | | |
| 11/21/06 | OCCUPANCY TAX | AUDIT | 500603 | $9.73 | | |
| 11/22/06 | MC *0437 | JNK | 500699 | | $597.26 | |
| | BALANCE | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 11/19/06 | 11/20/06 | 11/21/06 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $157.07 | $157.07 | $157.07 | $471.21 |
| MISCELLANEOUS | $0.00 | $90.68 | $0.00 | $90.68 |
| FOOD & BEVERAGE | $19.64 | $0.00 | $15.73 | $35.37 |
| DAILY TOTAL | $176.71 | $247.75 | $172.80 | $597.26 |

*(handwritten notations)*
11/19, 20, 21   139.00
18.07
11/19          19.64
11/20          90.68
11/21          15.73

| ACCOUNT NO. | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|
| MC *0437 | 11/22/06 | 153693  A |

| CARD MEMBER NAME | AUTHORIZATION | INITIAL |
|---|---|---|
| PETERSON, BRAD L | 431223 | |

| ESTABLISHMENT NO. & LOCATION | PURCHASES & SERVICES |
|---|---|
| *(fine print)* | |
| | TAXES |
| | TIPS & MISC. |
| | TOTAL AMOUNT |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

TheHiltonFamily
Hilton
CONRAD
DoubleTree
Embassy Suites
Hampton
Hilton Garden Inn
Hilton Grand Vacations Club
HOMEWOOD SUITES
USA Official Sponsor

# Hilton
### Detroit/Troy

5500 Crooks Road • Troy, MI 48098
Phone (248) 879-2100 • Fax (248) 879-6054
Reservations
www.hilton.com or 1 800 HILTONS

**Name & Address**

MANTER, GREGORY
2044 ROSCOE ST #15

CHICAGO, IL 60618
US

RADIUS TRAVEL W T T

| | |
|---|---|
| Room | 230/K1D |
| Arrival Date | 11/20/06  5:47PM |
| Departure Date | 11/22/06 |
| Adult/Child | 1/0 |
| Room Rate | 139.00 |

RATE PLAN        L-T1

HH#
AL:
BONUS AL:              CAR:

CONFIRMATION NUMBER : 3264044891

11/22/06      PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11/20/06 | GUEST ROOM | NYB | 500331 | $139.00 | | |
| 11/20/06 | STATE TAX | NYB | 500331 | $8.34 | | |
| 11/20/06 | OCCUPANCY TAX | NYB | 500331 | $9.73 | | |
| 11/21/06 | *VERDI'S | LINTR | 500411 | $15.73 | | |
| 11/21/06 | GUEST ROOM | AUDIT | 500604 | $139.00 | | |
| 11/21/06 | STATE TAX | AUDIT | 500604 | $8.34 | | |
| 11/21/06 | OCCUPANCY TAX | AUDIT | 500604 | $9.73 | | |
| | WILL BE SETTLED TO AX *1006 | | | | | $329.87 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 11/20/06 | 11/21/06 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $157.07 | $157.07 | $314.14 |
| FOOD & BEVERAGE | $0.00 | $15.73 | $15.73 |
| DAILY TOTAL | $157.07 | $172.80 | $329.87 |

| | | |
|---|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
| | 153695  A | |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

## Zip-Out Check-Out®

**Good Morning !**  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.

- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*



THANK YOU

To O'hare Delphi

NEED CAB 2487600
CAB #3188
AMERICAN UNITED
11/20/06 TR 5485
START        END
04:39       04:56
DIST    13.32 mi
Rate 1  $ 26.45
EXTRAS   $ 1.00
TOTAL    $ 27.45
DEPT CONS SERV
CALL 311  (32.45)

HMSHOST
STARBUCKS E09
Chicago 773.686.6180

4624 Lillian

CHK 7520 NOV20'06  5:28AM  GST 1

1 GRND GNGRBD LATT      4.19

SUBTOTAL               4.19
TAX                    0.43
AMOUNT PAID            4.62
XXXXXXXXXXXXXX        XX/XX
AMEX      A3 37*       4.62

Metro Airport Taxi
**800-745-5191**
Cab #00264 Dvr
9235 Wayne Rd
Romulus, MI 48174

MID:434232135800
American Express   XXXX 1006
2006/11/20  09:13

Fare : $   73.25
Extra: $    2.00
Sub  : $   75.25

Tip : $     7.00

Total: $    82.25

Approved#503140

Thank you for your
patronage. We hope
to serve you again.

WELCOME TO CHICAGO McDONAL
WE'RE GLAD YOU'RE HERE
STORE MANAGER VICTOR IBIDYE
PLEASE COME AGAIN

O'HARE INT'L AIRPORT TERM 2 CONCOURSE F/F
CHICAGO, IL 60666

THANK YOU

CARLLCS INC OHARE 6    TEL# (773)601-900
89  KS#02   **S#1**   Nov.20'06(Mon) 11:14
STORE# 20821        MER# KB17475036 G

# Order #289    TO GO

* BAC EGG CH BISC ML          .79
* SML ORANGE JUICE           1.59

SUB TOTAL                    2.35
TAKE OUT TAX                  .44

                            2.74

CARD ISSUER    ACCOUNT #
AMEX SALE      ***********1006
TRANSACTION AMOUNT          2.74
AUTH CODE 533776 SEQ# 6808

CASH TENDERED                .00

CHANGE                       .00

* * * TO GO * * *
Table # 40 closed to Credit Card -- Amex
NOBANA Sushi&Japanese Cuisine
5365 Crooks Road
Troy, MI 48098
248-265-4400

INVOICE # 17712
DATE\TIME: 11/21/2006 5:28:43 PM
SERVER: EVAN P.
STATION: 01
PARTY SIZE: 1

1  TUNA LOVER*             $8.65

SUBTOTAL                   $8.65
Tax1                       $0.52
**GRAND TOTAL**            **$9.17**

CREDIT CARD SALE   $9.17
  Amex xxxxxxxxxxx1006 XX/XX
  AC: 536567

Bonus points on this sale:  9
Total bonus points available: 0
Opened: 11/21/2006 5:28:23 PM

Thank you for visiting

```
** STARBUCKS COFFEE COMPANY **

CROOKS & LONG LAK         #02285
TROY        MI48098
  1 GR GB LATTE           3.70
    NONFAT                 nc
    ADD WHIP               nc
SUBTOTAL                  3.70
  TAX 6.0                 0.22
TOTAL                     3.92
AMEX                      3.92
    CARD#: XXXXXXXXXX1006
CHANGE DUE                0.00

02285 0202 702887  001346468E
11/22/06              17:31
       Love What You Do.
   Talk to a store manager
about working at Starbucks or
 visit Starbucks.com/careers.
```

```
ROYAL 3 CCC TAXI
CAB ASSOCIATION

CAB #          4609
DATE: 11/22/2006
START TIME 21:37
END TIME   21:59
MILES      13.05
FARE $     26.25
EXTRAS $    1.00
TOTAL $    27.25
           30

Dept of Consumer
    Services
    Call 311
```

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/02/06 | **Reimer, Craig E.**<br>Advise re: impact of special counsel rules and scope of Section 327(e) order approving Mayer Brown's retention on intake of new matters pertaining to Delphi. | 0.30 |
| 11/03/06 | **Connor, Andrew A.**<br>Draft supplemental declaration (2.8); revise retention application (1.7). | 4.50 |
| 11/06/06 | **Connor, Andrew A.**<br>Arrange for updated conflict search (1.0); draft, circulate monthly fee statement (3.5); follow up work on supplemental declaration (2.9); telephone conferences with C. Reimer re same (0.4). | 7.80 |
| 11/07/06 | **Connor, Andrew A.**<br>Work on fee application (0.3); work on declaration (0.3); correct monthly statement (0.2). | 0.80 |
| 11/08/06 | **Connor, Andrew A.**<br>Correct and upload invoices (1.9); work on October monthly statement (1.4); review conflicts search results for incorporation into expand scope of employment motion (1.2). | 4.50 |
| 11/09/06 | **Connor, Andrew A.**<br>Work on fee application. | 1.30 |
| 11/10/06 | **Connor, Andrew A.**<br>Draft response to fee application audit. | 4.00 |
| 11/10/06 | **Reimer, Craig E.**<br>E-mails re: audit report issues and timing concerns re: response thereto; follow-up re: conflict search results on supplemental retention affidavit. | 0.30 |
| 11/13/06 | **Connor, Andrew A.**<br>Draft response to fee application audit. | 5.50 |
| 11/13/06 | **Reimer, Craig E.**<br>Review LLC Audit report and work on Response regarding LCC suggested adjustments (1.0); work on analysis of conflicts check for supplemental retention application (.40). | 1.40 |
| 11/14/06 | **Connor, Andrew A.**<br>Follow up with C. Reimer re fee audit response (0.3); review conflicts search (0.8); incorporate search results data into declaration (0.7); work on fee application (1.0); draft monthly fee statement (0.6). | 3.40 |
| 11/14/06 | **Reimer, Craig E.**<br>E-mails re: omnibus hearing on 11/30 re: fee applicants (.20), work with Skadden on strategy for hearing and order to hand-up (.20); work on response to LLC audit report (.90). | 1.30 |
| 11/15/06 | **Connor, Andrew A.**<br>Work on audit response. | 1.50 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/15/06 | **Reimer, Craig E.** Final edits and revisions to response to LLC Audit Report. | 0.50 |
| 11/16/06 | **Reimer, Craig E.** Work on completion of Declaration re: supplemental retention and updated disclosures. | 0.50 |
| 11/20/06 | **Connor, Andrew A.** Work on fee application. | 2.10 |
| 11/21/06 | **Connor, Andrew A.** Follow up work in connection with retention expansion (0.4); work on fee application (3.1). | 3.50 |
| 11/21/06 | **Reimer, Craig E.** Work on Second Fee Application materials (.30) and expanded retention application (.50); e-mails with Skadden Arps re: same (.20). | 1.00 |
| 11/22/06 | **Connor, Andrew A.** Work on fee application. | 2.50 |
| 11/27/06 | **Connor, Andrew A.** Revise expand scope of employment motion (1.2); follow up re fee audit (0.1). | 1.30 |
| 11/28/06 | **Connor, Andrew A.** Work on fee application. | 3.90 |
| 11/28/06 | **Reimer, Craig E.** Work on strategy for hearing on 11/30 (.30), work on pleadings re: same (.50), work on Second Interim Fee Application (.50), work on expanded application (.30). | 1.60 |
| 11/29/06 | **Connor, Andrew A.** Work on fee application (4.9); follow up re fee hearing logistical issues (0.6); work on fee application supplement (0.7). | 6.20 |
| 11/29/06 | **Reimer, Craig E.** Work on preparation for hearing on 11/30 re: First Interim Fee Application Omnibus hearing (.70) e-mails with Skadden re: same (.30), review LLC Audit Reply (.10), arrange for attendance at hearing (.20). | 1.30 |
| 11/30/06 | **Connor, Andrew A.** Coordinate filing and service of second fee application. | 3.00 |
| 11/30/06 | **Hyman, Frederick D.** Attend Delphi hearing regarding fee applications. | 2.40 |
| 11/30/06 | **Reimer, Craig E.** E-mails re: omnibus hearing on professional fee applications. | 0.20 |

**Total Hours**   **66.60**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 4
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 11/02/06 | **Document Reproduction** | 2 | 0.20 |
| 11/06/06 | **Document Reproduction** | 19 | 1.90 |
| 11/06/06 | **Document Reproduction** | 250 | 25.00 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.20 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.41 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.13 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.41 |
| 11/06/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.41 |
| 11/13/06 | **Document Reproduction** | 54 | 5.40 |
| 11/20/06 | **Document Reproduction** | 98 | 9.80 |
| 11/30/06 | **Document Reproduction** | 1832 | 183.20 |
| 11/30/06 | **Document Binding** | | 27.50 |
| 11/30/06 | **Mailing Charges - Office**<br>Documents delivered to Frankenmuth, MI by Connor, Andrew A. | | 1.26 |
| 11/30/06 | **Document Delivery - Office**<br>Documents delivered to Huntersville, NC by Connor, Andrew A. | | 15.18 |
| 11/30/06 | **Document Delivery - Office** | | 12.26 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 5
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| | Documents delivered to Troy, MI by Connor, Andrew A. | | |
| 11/30/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 16.76 |
| 11/30/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 16.76 |
| 11/30/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 16.76 |
| 11/30/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 16.76 |
| 11/30/06 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 9.70 |
| 11/30/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 12.26 |
| 11/30/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 12.26 |
| 11/30/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 20.32 |

**Total Other Charges**

**$503.24**

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/28/06 | **Chandler, Paul A.**<br>Reviewing HP project template and providing comments to I. Seipke (0.3). | 0.30 |
| 12/07/06 | **Chandler, Paul A.**<br>Call with M. Eisenburg (EDS lawyer) regarding source code escrow agreement (1.0). | 1.00 |
| 12/14/06 | **Roy, Paul J. N.**<br>Question from HP of Schedule 5-A, and response to I. Seipke re same. | 0.50 |
| 12/21/06 | **Roy, Paul J. N.**<br>Review of EDS's revisions to the China Companion Agreement, comparison to requirements of agreement (1.00).  Call with Delphi and EDS to discuss same (0.80). | 1.80 |
| 12/22/06 | **Roy, Paul J. N.**<br>Review of EDS'revised draft of China Companion agreement and preparation of revisions and transmittal of same to Delphi team (1.00).  Call with EDS to discuss companion agreement (1.00). | 2.00 |

**Total Hours**          **5.60**

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 3
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/06 | **Document Reproduction** | 1.90 |

**Total Other Charges**                                          **$1.90**