Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

| <u>Date</u> | <u>Timekeeper Name</u> | DESCRIPTION OF LEGAL SERVICES | <u>Hours</u> |
|---|---|---|---|
| 12/01/06 | **Blohm, Lindsay A.** Preparing documents for distribution to service providers (0.6); conference calls with TPI on various schedules (2.9). With Michael Goldstein and Paul Chandler, updating 2.1, 2.2, 2.6, 2.6.1, 2.6.1-A, 2.6.2, 2.6-B, 2.6-A, 3, 3.1, 3-B (5.5); incorporating changes from Paul Chandler and sending out documents to TPI (2.8). | | 11.80 |
| 12/01/06 | **Chandler, Paul A.** Call with TPI to review Schedules (2.3); call with CSC team to negotiate MSA issues (1.4); revising schedules and distribution to TPI (5.5); preparing for call with CSC (0.6). | | 9.80 |
| 12/01/06 | **Goldstein, Michael J.** Conference calls with TPI to discuss MSA schedule status and proposed revisions to Schedules 2.2, 2.6, 2.6-B and 2.6.2 (3.3). Reviewed and revised Schedules 2.6, 2.6.1-A, and 2.6.2 (3.1). Conferred with Paul Chandler regarding proposed edits to Schedules 2.6 and 2.6.2 (.8). Conferred with Paul Chandler and Lindsay Blohm regarding strategy for reviewing MSA schedules (.6). Prepared Schedules 2.1, 2.2, 2.6, 2.6.1-A.3, 2.6.2, 3.0, 4-K and 5 for initial distribution to the service providers (2.7). | | 10.50 |
| 12/01/06 | **Roy, Paul J. N.** Review of ADM Pricing schedule and call with TPI re same. | | |
| 12/02/06 | **Chandler, Paul A.** Reviewing and revising Schedules 4 and 4H, and Schedules 2.6A (3.2); sending proposed language to CSC (R. Maha) (0.3); reviewing and revising Schedules 2.6A, 2.6.1, 2.6.1.A, and 2.6.1.-A5 and distribution to TPI and Delphi (2.7). | | 6.20 |
| 12/02/06 | **Roy, Paul J. N.** Call with P. Chandler to discuss pricing schedules. | | |
| 12/03/06 | **Chandler, Paul A.** Marking final revisions to Schedule 4 and distribution to TPI and Delphi (0.4). | | 0.30 |
| 12/03/06 | **Roy, Paul J. N.** Review of Schedule 4 redraft and comments to P. Chandler re same. | | 0.40 |
| 12/04/06 | **Blohm, Lindsay A.** Studied and uploaded schedules circulated between TPI/Delphi (1.1); conference call with TPI, discussed Schedules 2.6.1, 2.6.1-A, 2.6.1-A.5, 3-B, 2.6-B, 2.6-A, 4, 3.1, 2.6.2 (3.5); updating 2.6B to send to TPI (0.9). | | 0.50 |
| 12/04/06 | **Chandler, Paul A.** Reviewing Schedule 2.6.1A-5 and sending comments to B. Shoemaker (0.3); reviewing EDS open issues list (0.2); reviewing CSC proposed Benchmarking provisions (0.8); conferring with M. Goldstein on ADM SOWs (0.6); call with TPI regarding Turn #1 schedules (3.6); revising schedules and distribution to TPI (3.0); preparing for Delphi internal prep call (0.7). | | 5.50<br><br>9.20 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 3
Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|---|---|---|---|
| 12/04/06 | **Goldstein, Michael J.** | Reviewed proposed revisions to Schedules 2.6-A, 2.6.1, 2.6.1-A, 2.6.1-A.5, 3-B, 4 and 4-H (2.2). Conferred with Paul Chandler regarding proposed revisions to Schedules 2.6-A, 2.6.1, 2.6.1-A, 2.6.1-A.5, 3-B, 4 and 4-H (.7). Conferred with Paul Chandler regarding changes to the EDS ITO statements of work required for addition of the ADM scope (.4). Conference call with TPI to discuss proposed revisions to Schedules 2.6-A, 2.6.1, 2.6.1-A, 2.6.2, 3.1, 3-B and 4 (3.8). Revised Schedules 2.6.1, 2.6.1-A, and 4 and prepared them for initial distribution to the service providers (2.1). | 9.20 |
| 12/04/06 | **Roy, Paul J. N.** | Conferred with P. Chandler re CSC issues in Savings clause. | 0.20 |
| 12/05/06 | **Blohm, Lindsay A.** | Working on Schedule 2.6-A and 3-B for circulation along with redlines to TPI/Delphi and service providers(3.8); talked with Paul Chandler and Randy Tucker about the status of Turn #2 documents (0.5). | 4.30 |
| 12/05/06 | **Chandler, Paul A.** | Call with M. Parell regarding Schedule 2.6.1 (0.6); call with TPI on miscellaneous Schedules (0.4); reviewing schedules (1.9); call with I. Seipke, M. Loeb and L. Guevel regarding CSC benchmarking language (1.7); conferring with L. Blohm on schedules (0.5); call with R. Tucker on Turn #2 document preparation (0.4); compilation and review of ITO materials for use in creating ADM schedules (1.9). | 7.30 |
| 12/05/06 | **Goldstein, Michael J.** | Compared the deleted "Key Technology Provider" section of Schedule 2.6.1 with the related provisions of Schedule 2.6 to determine whether anything was lost with the deletion (1.0). Removed the remaining markup from Schedule 2.6.1-A and e-mailed a clean version to TPI for distribution to the service providers (.2). Added Schedules sent to the service providers to the document repository (.3). Generated an initial table of defined terms used in the Schedules that need to be defined in Schedule 1 of the MSA (3.2). | 4.70 |
| 12/06/06 | **Chandler, Paul A.** | Call with J. Routzong regarding definitions (0.2); calls with CSC and Delphi teams regarding open issues (2.0); preparing for call with CSC (1.5); revising and distributing final comments to Section 11.11 (Benchmarking) (0.5); office meeting with M. Goldstein to review/revise defined term lists (1.5); updating issues list for CSC and distribution to Delphi (0.9); follow up call with I. Seipke regarding open issues (0.6); reviewing EDS amendment (0.3). | 7.50 |
| 12/06/06 | **Goldstein, Michael J.** | Generated an initial table of defined terms used in the Schedules that need to be defined in Schedule 1 of the MSA (8.1). | 8.10 |
| 12/07/06 | **Blohm, Lindsay A.** | Worked on Turn #2 documents to send to TPI (6.5). Edited and sent Schedule | 9.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 4
Roy, Paul J. N.

| <u>Date</u> | <u>Timekeeper Name</u> | DESCRIPTION OF LEGAL SERVICES | <u>Hours</u> |
|------|------|------|------|
| | | 6, 6-A, and 6-B (3.0). | |
| 12/07/06 | **Chandler, Paul A.** Reviewing revised definition list (0.4); reviewing 13.4(h) issues and call to B. Feldman (CSC lawyer) to discuss (0.7); reviewing markup of Schedule 6 (0.7); reviewing CSC benchmarking language (0.8); call with Delphi and CSC teams to negotiate MSA issues (3.5); follow-up call with I. Seipke on CSC issues (0.4); reviewing markup to Schedule 6-A (0.5); drafting status email to M. Loeb and I. Seipke (0.3). | 7.30 |
| 12/07/06 | **Goldstein, Michael J.** Generated an initial table of defined terms used in the Schedules that need to be defined in Schedule 1 of the MSA (3.1). | 3.10 |
| 12/08/06 | **Blohm, Lindsay A.** Converted exhibits 6-C, 6-D, 12 and 13 into Schedule templates (2.60). Edited and created templates for Schedule 24-A and 23 (3.40). Revised 6-B, 23 and 24-A (2.90). Circulated drafts of TPI Schedules 6, 6-A, 6-B, 6-C, 6-D, 12, 13, 23, 24-A (0.90). | 9.80 |
| 12/08/06 | **Chandler, Paul A.** Drafting comments to CSC benchmarking language (0.5); conferring with L. Blohm and M. Goldstein on schedules and revisions (0.8); conferring with J. Lee on revisions to escrow agreement for EDS (0.3); reviewing comments to Schedule 2.2 procurement language (0.4); reviewing and revising escrow agreement and distribution to M. Eisenburg (2.0); reviewing and revising Turn #2 schedules (6, 6-B, 13, 23, 24, 25, 26) (3.8). | 7.80 |
| 12/08/06 | **Goldstein, Michael J.** Reviewed the draft procurement provisions to be added to Schedule 2.2 (1.9). Prepared drafts of Exhibits 1 (Form of Companion Agreement), 3 (Form of Non-Disclosure Agreement) and 5 (Form of Source Code Escrow Agreement) to the CSC MSA and distributed Exhibit 3 and 5 drafts for internal review (2.0). Prepared drafts of Schedules 25, 26 and 27 (2.6). Prepared and reviewed draft of Schedule 14 from SRD Attachment 14 (1.7). Conferred with Lindsay Blohm regarding the strategy for preparing the Turn 2 Schedules (.6) | 8.80 |
| 12/08/06 | **Lee, Jeannie** Revise Exhibit 5. | 2.50 |
| 12/08/06 | **Roy, Paul J. N.** Conferred with P. Chandler re issues in Schedules. | 0.30 |
| 12/09/06 | **Chandler, Paul A.** Reviewing EDS MSA, revising draft amendment No. 1, and distribution of draft to Delphi (4.8). | 4.80 |
| 12/09/06 | **Goldstein, Michael J.** Distributed draft of Exhibit 1 (Form of Companion Agreement) for internal review (.2). Prepared and reviewed draft of Schedule 14 from SRD Attachment 14 | 2.30 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 5
Roy, Paul J. N.

| <u>Date</u> | <u>Timekeeper Name</u> | DESCRIPTION OF LEGAL SERVICES | <u>Hours</u> |
|---|---|---|---|
| | (2.1). | | |
| 12/10/06 | **Chandler, Paul A.** | Drafting revisions to MSA language and open issues list and distribution to Delphi (1.3); call with R. Tucker regarding review of Schedule markups from EDS and CSC (0.2). | 1.50 |
| 12/10/06 | **Goldstein, Michael J.** | Revised draft of Schedule 14 and distributed for internal review (.7). Prepared comparison of replacement provisions in the EDS MSA amendment to the original MSA provisions (.9). Added EDS and CSC Turn 1 Schedule responses to the document repository (.3). | 1.90 |
| 12/11/06 | **Blohm, Lindsay A.** | Review comments to draft schedules (3.0); conference call with TPI, Michael Goldstein and Paul Chandler (0.5). Edited Schedule 3-B from EDS and sent comments to Paul Chandler (0.9). Read Paul Chandler's comments on CSC's proposed edits (0.6). | 5.00 |
| 12/11/06 | **Chandler, Paul A.** | Call with TPI on status of document review (0.5); call with B. Shoemaker regarding comments to documents (0.4); reviewing schedule markups (and distribution to TPI) (6.5); conferring with M. Goldstein and L. Blohm on review of schedules (0.4). | 7.80 |
| 12/11/06 | **Goldstein, Michael J.** | Conference call with TPI to discuss strategy for drafting Turn 2 Schedules and responding to service provider responses to Turn 1 Schedules (.5). Met with Paul Chandler and Lindsay Blohm to discuss strategy for responding to service provider responses to Turn 1 Schedules (.3). Reviewed service provider markups of Schedule 2 documents (5.0). | 5.80 |
| 12/12/06 | **Blohm, Lindsay A.** | Marked up EDS Schedule 3.1 (0.8). Read Paul's markups on Schedule 3 for both CSC and EDS (1.00). Studied Schedule 4 documents (1.2). | 3.00 |
| 12/12/06 | **Chandler, Paul A.** | Reviewing and commenting on EDS SOWs (2.5); call with I. Seipke regarding MSA issues (1.5); reviewing Schedules 2.6, 2.6.1, 2.6.2., 2.6.1-A, and 2.6.B and distribution to M. Goldstein (3.5); reviewing "smart hands" text from M. Parrell (0.4); conferring with M. Goldstein and L. Blohm on reviewing of schedules (0.8). | 8.70 |
| 12/12/06 | **Goldstein, Michael J.** | Reviewed service provider markups of Schedule 2 documents (6.9). Reviewed new "smart hands" provisions in Schedules 2.6 and 2.6-B (.8) Met with Paul Chandler to discuss the strategy for reviewing service provider responses to the Turn 1 Schedules (.2). | 7.90 |
| 12/12/06 | **Roy, Paul J. N.** | Review and comment on Schedules 4-H and 4 (3.50). Conferred with P. | 3.80 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 6
Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|---|---|---|---|
| | | Chandler about strategy and approach to discussions re Statement of Work and Service Level schedules (0.30). | |
| 12/13/06 | Blohm, Lindsay A. Read through Paul Chandler/ Michael Goldstein/ Bill Shoemaker's comments on Statement's of work to prepare for conference call (1.5). Conference call with TPI regarding the statement of work negotiation position (3.2). Followed up from conference call with Paul Chandler and Michael Goldstein (0.5). Talking to Paul about his comments on EDS Schedule 3-B and CSC Schedule 3 (0.5). Working on CSC Schedule 3.1 and revising EDS 3-B (1.5). | | 7.20 |
| 12/13/06 | Chandler, Paul A. Revising open issues list for CSC and distribution to CSC and Delphi (0.8); conferring with P. Roy on pricing issues for CSC (0.3); call with TPI (0.3); reviewing procurement language from TPI (0.3); call with B. Shoemaker regarding CSC issues (0.3); reviewing comments to Schedule 4 (1.0); call with TPI team regarding Schedule 2.1, 2.2 and 2.6 from EDS and CSC (3.5); call with I. Seipke regarding talk with CSC (0.4); reviewing schedules 4 and 3-B (1.5); conferring with L. Blohm on markup of SLA schedules (1.0); reviewing and revising comments to Schedules 3.1, 3-B and 4 and distribution to Delphi (2.5); reviewing comments to EDS amendment (0.5). | | 12.10 |
| 12/13/06 | Goldstein, Michael J. Distributed attorney comments on CSC Schedule 2 documents for internal review (.2). Reviewed Schedule 2.2 procurement provisions (.6). Reviewed CSC response to Schedule 4-H (.3). Prepared for conference call with TPI (.2). Conference call with TPI to discuss Schedule negotiation positions (3.2). Follow-up call with Bill Shoemaker to discuss Schedule review strategy (.1). Conferred with Paul Chandler and Lindsay Blohm regarding strategy for reviewing Schedules in preparation for the Schedule negotiations (.5). | | 5.10 |
| 12/13/06 | Roy, Paul J. N. Review and annotation of CSC's revision to Schedule 4 (2.00). Conferred with P. Chandler issues in Schedule 4 for CSC, and structure of Amendment incorporating ADM scope in existing CSC MSA (0.70). | | 2.70 |
| 12/14/06 | Blohm, Lindsay A. Read through Schedule 4 documents, marked up by Paul Roy and Paul Chandler. (1.8) . Revised CSC Schedule 3-B(2.00); follow up with P. Chandler re same (0.4). | | 4.20 |
| 12/14/06 | Chandler, Paul A. Call with B. Shoemaker and I. Seipke regarding CSC open issues (0.9); negotiation of open issues with CSC (1.6); reviewing and revising comments to CSC Schedules 3.1 and 30B (2.8); conferring with P. Roy on productivity measurements (0.7). | | 6.00 |
| 12/14/06 | Goldstein, Michael J. Reviewed Schedules in preparation for first round of negotiations with the | | 2.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 7
Roy, Paul J. N.

| <u>Date</u> | <u>Timekeeper Name</u> | DESCRIPTION OF LEGAL SERVICES | <u>Hours</u> |
|---|---|---|---|
| | | service providers (2.5). | |
| 12/14/06 | **Roy, Paul J. N.** | Review of and comment on EDS Amendment (2.30).   Review of pricing structure issues and alternatives for Schedule 4 with Paul Chandler (0.50). | 2.80 |
| 12/15/06 | **Blohm, Lindsay A.** | Conference Call with TPI and Delphi regarding EDS Schedule 2.6, 2.6.1, 2.6.2 and CSC's schedules 2.6.1, 2.6.2 (3.00);  follow up with M. Goldsterin and P. Chandler (0.1). | 3.10 |
| 12/15/06 | **Chandler, Paul A.** | Drafting revisions/comments to Schedules 3.1 and 3-B for CSC (0.8); call with TPI regarding SOWs and SLA schedules (3.2); reviewing CSC open issues (0.9); conferring with M. Goldstein and L. Blohm on schedules (0.5). | 5.40 |
| 12/15/06 | **Goldstein, Michael J.** | Conference call with TPI to prepare for the first round of Schedule negotiations with the service providers (3.0).  Conferred with Paul Chandler regarding strategy for the Schedule negotiations (.2).  Prepared for Schedule negotiations with Service providers (1.6). | 4.80 |
| 12/16/06 | **Chandler, Paul A.** | Reviewing and revising CSC MSA and open issues list (4.5); revising EDS MSA amendment (1.6). | 6.10 |
| 12/17/06 | **Goldstein, Michael J.** | Reviewed CSC statements of work in preparation for 12/18 negotiations with CSC. | 3.00 |
| 12/18/06 | **Blohm, Lindsay A.** | Reviewing schedules for negotiations at the end of the week (4.00).  Conference call with TPI to discuss CSC Schedule 3 (1.00). | 5.00 |
| 12/18/06 | **Chandler, Paul A.** | Drafting comments to EDS Schedules 4 and 4-H (0.8); conferring with P. Roy on Schedule 4 comments (0.5); drafting revisions to EDS amendment and distribution to I. Seipke (1.3); drafting revisions to Benchmarking provisions (11.11) for CSC and distribution to I. Seipke (1.7); call with I. Seipke regarding amendment (0.9); drafting further revisions to EDS amendment (0.8); reviewing pricing schedules (1.2); calls with TPI to prepare for negotiations (1.5); reviewing EDS comments to Companion Agreement and sending comments to I. Seipke (1.5). | 10.20 |
| 12/18/06 | **Goldstein, Michael J.** | Statement of work negotiations with CSC (10.0).  Follow-up meeting with TPI and Delphi (.50).  Conference call with TPI to discuss CSC Schedule 3 and 4 markups (1.5).  Reviewed notes from CSC statement of work negotiations (1.7) | 13.70 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 8
Roy, Paul J. N.

| <u>Date</u> | <u>Timekeeper Name</u> | <u>DESCRIPTION OF LEGAL SERVICES</u> | <u>Hours</u> |
|---|---|---|---|
| 12/18/06 | **Roy, Paul J. N.** | Review of issues in EDS form of amendment with P. Chandler. | 1.20 |
| 12/19/06 | **Blohm, Lindsay A.** | Reviewing schedules for pending negotiations (2.00) . Working on converting Attachment 3-E into a Schedule (0.7). | 2.70 |
| 12/19/06 | **Chandler, Paul A.** | Revising and distributing updated issues list to CSC (0.9); revising and distributing draft amendment to EDS (0.8); reviewing pricing schedules for CSC (2.0); conferring with P. Roy on comments to Schedules for CSC (0.8); reviewing CSC documents (3.0). | 7.50 |
| 12/19/06 | **Goldstein, Michael J.** | Statement of work negotiations with EDS (10.5). Follow-up meeting with TPI and Delphi (.3). | 10.80 |
| 12/19/06 | **Roy, Paul J. N.** | Call with P. Chandler to discuss Termination Fees schedule and alternatives and mechanics for separating out charges for maintenance vs. small enchancements and other routine, but discretionary services. | 1.00 |
| 12/20/06 | **Blohm, Lindsay A.** | At Delphi, negotiating schedules with CSC. | 10.00 |
| 12/20/06 | **Chandler, Paul A.** | Negotiations with CSC team (8.0). | 8.00 |
| 12/20/06 | **Goldstein, Michael J.** | Reviewed and added comments to notes from EDS and CSC statement of work negotiations (5.6). Prepared for 12-21 Schedule 2.6.1 negotiation with EDS (.4) | 6.00 |
| 12/21/06 | **Blohm, Lindsay A.** | Negotiating Schedules with EDS. | 6.50 |
| 12/21/06 | **Chandler, Paul A.** | Negotiations with EDS (3.5); reviewing pricing issues (1.0). | 4.50 |
| 12/21/06 | **Goldstein, Michael J.** | Schedule 2.6-B and 2.6.1 negotiations with EDS (.4). Reviewed changes to EDS Schedules 2.6-B and 2.6.1 (.9). Reviewed CSC's proposed language referencing Schedule 2.6-B from each statement of work document (.3). | 1.60 |
| 12/22/06 | **Chandler, Paul A.** | Call with CSC regarding MSA (0.8); calls with I. Seipke to follow up (1.0); reviewing SOWs schedules for EDS and CSC (2..4); reviewing and distributing revised Schedule 4 and 4.-H for EDS (0.7); conferring with M. Goldstein on comments to schedules (0.7). | 5.60 |
| 12/22/06 | **Goldstein, Michael J.** | Meeting with CSC to discuss MSA open issues (.7). Reviewed and revised CSC statements of work based on 12/18 negotiations (5.8). | 6.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 9
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/22/06 | **Roy, Paul J. N.**<br>Review and comment on revised draft of benchmarking provisions and comments to P. Chandler re same (0.5). Conferred with P. Chandler re next steps in project (0.3). | 0.80 |
| 12/26/06 | **Blohm, Lindsay A.**<br>Annotated CSC documents from Turn #1 negotiations (Schedules 2.6-B, 3.0, and 4.0) to send to Paul Roy, Paul Chandler and Michael Goldstein for comments. | 1.20 |
| 12/26/06 | **Goldstein, Michael J.**<br>Reviewed and revised EDS statements of work based on 12/19 negotiations (3.0). Distributed comments on CSC and EDS statements of work to TPI and Delphi for review (.5). Conferred with Lindsay Blohm via e-mail regarding strategy for reviewing Schedules negotiated on 12-20 and 12-21 (.3). | 3.80 |
| 12/26/06 | **Roy, Paul J. N.**<br>Review and revision of the CSC Schedule 4-H. | 0.70 |
| 12/27/06 | **Blohm, Lindsay A.**<br>Annotated EDS documents from Turn #1 negotiations (2.6-B, 2.6.1, 3.1, 4, and 4-H) to send to Paul Roy, Paul Chandler and Michael Goldstein. | 1.00 |
| 12/27/06 | **Goldstein, Michael J.**<br>Conferred with Paul Roy and Lindsay Blohm via e-mail regarding strategy for reviewing Schedules negotiated on 9/20 and 9/21 (.6). | 0.60 |
| 12/27/06 | **Roy, Paul J. N.**<br>Completed revisions of comments to CSC Schedule 4-H and transmittal of same to CSC and Delphi (1.00). Review of the revised CSC MSA and comments to P. Chandler re same (2.90). Comparison of the version of Schedule 4 used in the EDS ITO MSA against the form of Schedule 4 used in the EDS ADM deal in order to combine the two schedules into one (2.70) | 6.60 |
| 12/28/06 | **Goldstein, Michael J.**<br>Reviewed correspondence from Bill Shoemaker regarding drafts of CSC and EDS Schedules (.1). Corresponded with Paul Roy via e-mail regarding strategy for reviewing and commenting upon CSC and EDS statement of work documents (.4). | 0.50 |
| 12/28/06 | **Roy, Paul J. N.**<br>Analysis to combine the EDS ADM Schedule 4 with the EDS ITO Schedule 4. | 0.90 |
| 12/29/06 | **Goldstein, Michael J.**<br>Conferred with Paul Roy (by phone and e-mail) regarding strategy for reviewing statement of work documents. | 0.30 |

**Total Hours** 380.60

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 10
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 10/09/06 | **Long Distance Telephone** (248) 813-1141 at 1754 ( 17 mins) | 1.53 |
| 10/12/06 | **Long Distance Telephone** (248) 813-1141 at 1503 ( 17 mins) | 1.53 |
| 10/18/06 | **Long Distance Telephone** (248) 813-6801 at 1201 ( 54 mins) | 4.86 |
| 10/23/06 | **Long Distance Telephone** (248) 813-1141 at 1101 ( 79 mins) | 7.11 |
| 10/31/06 | **Long Distance Telephone** (248) 813-6801 at 1433 ( 22 mins) | 1.98 |
| 11/01/06 | **Long Distance Telephone** (914) 766-4403 at 1622 ( 19 mins) | 1.71 |
| 11/03/06 | **Long Distance Telephone** (302) 521-8931 at 1345 ( 23 mins) | 2.07 |
| 11/29/06 | **Long Distance Telephone** (972) 832-9807 at 1651 ( 16 mins) | 1.44 |
| 12/01/06 | **Document Reproduction** | |
| 12/04/06 | **Document Reproduction** | 0.20 |
| 12/05/06 | **Long Distance Telephone** (214) 675-9147 at 1744 ( 23 mins) | 0.20 2.07 |
| 12/06/06 | **Document Reproduction** | |
| 12/07/06 | **Document Reproduction** | 1.90 |
| 12/08/06 | **Document Reproduction** | 0.30 |
| 12/08/06 | **Document Reproduction** | 0.20 |
| 12/11/06 | **Document Reproduction** | 6.30 |
| 12/12/06 | **Long Distance Telephone** (936) 697-0550 at 1513 ( 12 mins) | 0.20 1.08 |
| 12/14/06 | **Document Reproduction** | |
| 12/14/06 | **Document Reproduction** | 0.20 |
| 12/17/06 | **Document Delivery** VENDOR: Comet Messenger; INVOICE#: 12170600863; DATE: 12/17/2006 - Documents shipped on 12/16/06 to Evanston, IL | 0.20 36.07 |
| 12/19/06 | **Travel - Airfare** | |
| | | 167.55 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                    Page 11
ADM Outsourcing Project                                           Roy, Paul J. N.

### OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070004 DATE: 17-Jan-07 12/19/06 Trip to Detroit (Hotel not included) From 19 Dec 2006 To 19 Dec 2006 | |
| 12/19/06 | **Travel - Other** | 194.30 |
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070004 DATE: 17-Jan-07 Lost original receipt - see credit card statement attached.  Paid $194.30 on 12/22/06. | |
| 12/19/06 | **Travel - Other** | 698.32 |
| | VENDOR: Goldstein, Michael J. INVOICE#: MBRM000118632060006 DATE: 20-Dec-06  Delphi Trip From 17 Dec 2006 To 19 Dec 2006 | |
| 12/19/06 | **Business Meals - Travel** | 72.59 |
| | VENDOR: Goldstein, Michael J. INVOICE#: MBRM000118632060006 DATE: 20-Dec-06  Delphi Trip From 17 Dec 2006 To 19 Dec 2006 | |
| 12/19/06 | **Document Reproduction** | 0.20 |
| 12/19/06 | **Document Reproduction** | 0.10 |
| 12/20/06 | **Travel - Airfare** | 507.85 |
| | VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1127200605; DATE: 12/20/2006  -  Travel expenses incurred on trip to Chgo/Det/Chgo by M.Goldstein on 11/14/06 | |
| 12/20/06 | **Business Meals - Travel** | 51.24 |
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070004 DATE: 17-Jan-07 Dinner with Paul Chandler at Rexy's Bangkok Cuisine.  Lost receipt - see attached credit card statement. | |
| 12/21/06 | **Travel - Airfare** | 314.93 |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060108 DATE: 26-Dec-06 Paul Chandler's Trip Reimbursement (Detroit) From 21 Dec 2006 To 21 Dec 2006 | |
| 12/21/06 | **Travel - Other** | 740.47 |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060108 DATE: 26-Dec-06 Paul Chandler's Trip Reimbursement (Detroit) From 19 Dec 2006 To 21 Dec 2006 | |
| 12/21/06 | **Business Meals - Travel** | 46.27 |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060108 DATE: 26-Dec-06 Paul Chandler's Trip Reimbursement (Detroit) From 19 Dec 2006 To 21 Dec 2006 | |
| 12/26/06 | **Document Reproduction** | 1.40 |

**Total Other Charges**

$2,866.37



08 3426 8585
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT                    11834

PASSENGER RECEIPT

A·R·C XXX    XXXXX              TOUR CODE
NORTHWEST AIRLINES   XXXXX                    AT4594915   BLOHM/LINDSAY
CARTERS TRAVEL                    CHICAGO          IL US19DEC06    ORD
BLOHM/LINDSAY           JBZKYH/AA QABVBR                        OTV NW1572 Q 19DECQABVBR
*NOT VALID FOR**     THIS IS YOUR RECEIPT
*TRANSPORTATION*                              WN27XC9

FP CAXXXXXXXXXXX1406*1109/    614817 /FCCHI NW DTT1
02.33QABVBR 102.33 END ZPORD XT2.50AY4.50XFORD4.5

XT    7.00                                        NOT VALID FOR TRAVEL
USD  102.33   STOCK CONTROL NO TX 880   CK         0 012 7804096269 3
US    7.67                                         AA14594915
ZP    3.30  39061651790      0 012 7804096269 3
USD  120.30

---

08 3426 8585
PASSENGER TICKET AND BAGGAGE CHECK     11834

MISCELLANEOUS CHARGES ORDER
A·R·C XXX   PASSENGER RECEIPT
AIRLINES REPORTING CRP   OF         TOUR CODE
CARTERS TRAVEL                    CHICAGO          TL US19DEC06    MISCELLANEOUS
BLOHM/LINDSAY           JBZKYH/AA                                 CHARGES ORDER
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE                         WN27XC9

FP CAXXXXXXXXXXX1406* 1109/    642895

NOT VALID FOR TRAVEL
USD   47.25   STOCK CONTROL NO TX 880   CK
0.00
USD   47.25  39061651812      890 8138543900 1    8901 AA14594915



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: L0          ITINERARY/INVOICE NO. 0253726          DATE: 19 DEC 06
CUSTOMER NBR: 202007                         JBZAYH          PAGE: 01

```
      TO: MAYER BROWN ROWE AND MAW
          71 SOUTH WACKER
          CHICAGO IL 60606
```

FOR: BLOHM/LINDSAY          REF: 11834

```
          GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
          INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
          20/25 USD SURCHARGE FOR A PAPER TICKET
          TO AVOID ADDITONAL COST AN E-TICKET IS
          STRONGLY RECOMMENDED
          AS OF 9-26-06 - LIQUIDS PURCHASED IN SECURE AREAS ARE ALLOWED
          ON BOARD.  TRAVELERS ARE ALLOWED TO CARRY ON TOILETRIES UP TO
          3 OUNCES THAT FIT COMFORTABLY IN ONE QUART SIZED CLEAR PLASTIC BAG
          FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
          MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.
19 DEC 06  -  TUESDAY
    AIR   NORTHWEST AIRLINES   FLT:1572    ECONOMY
          LV CHICAGO OHARE                611P          EQP: AIRBUS A320
          DEPART: TERMINAL 2                            01HR 19MIN
          AR DETROIT METRO               830P          NON-STOP
          ARRIVE: E.M. MCNAMARA TERMINAL               REF: 7X10MN
    CAR   DETROIT METRO          AVIS RENT A CAR        INTER CAR AUTO A/C
          PICK UP-2123
          RETURN-21DEC/741P
          RATE PLAN  2 DAYS  0 HRS           USD      MI/KM    EX MI/KM
          DAILY RATE                        63.00     UNL
          XTRA DAY-                         63.00     UNL
          XTRA HOUR-                        21.01     UNL
          MANDATORY CHARGES                 26.93
          APPROX RENTAL COST               152.93     UNL
          CONFIRMATION NUMBER      30650549US6            RATE-GUARANTEED
          CD-A477300
```

CONTINUED ON PAGE 2



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700   FAX 312-701-7749

SALES PERSON: LO          ITINERARY/INVOICE NO. 0253726          DATE: 19 DEC 06
CUSTOMER NBR: 202007                        JBZAYH              PAGE: 02

TO: MAYER BROWN ROWE AND MAW
    71 SOUTH WACKER
    CHICAGO IL 60606

FOR: BLOHM/LINDSAY          REF: 11834

19 DEC 06  -  TUESDAY
    HOTEL DETROIT METRO                    OUT-21DEC
           MARRIOTT HOTELS                 2 NIGHTS
           MARRIOTT DETROIT-TROY           1 ROOM      CORPORATE RATE, DELUXE ROO
           200 W BIG BEAVER ROAD            REVIVE LUXURIOUS BEDDING, HIG
           TROY MI 48084                   RATE-209.00USD PER NIGHT
           FONE 248-680-9797               CANCEL BY 06P DAY OF ARRIVAL
           FAX  248-680-9774
           GUARANTEED LATE ARRIVAL
           CONFIRMATION 80988844

21 DEC 06  -  THURSDAY
    AIR   NORTHWEST AIRLINES   FLT:655    ECONOMY
          LV DETROIT METRO                741P             EQP: DC9 50
          DEPART: E.M. MCNAMARA TERMINAL                  01HR 44MIN
          AR ST LOUIS INTL                825P            NON-STOP
          ARRIVE: MAIN TERMINAL                           REF: 7X1OMN
          BLOHM/LINDSAY       SEAT-22B

25 DEC 06  -  MONDAY
    AIR   UNITED AIRLINES      FLT:5668   ECONOMY
          OPERATED BY /UNITED EXPRESS/GO JET
          LV ST LOUIS INTL                343P            EQP: CANADAIR REGIONAL
          DEPART: MAIN TERMINAL                           01HR 29MIN
          AR CHICAGO OHARE                512P            NON-STOP
          ARRIVE: TERMINAL 2                              REF: ZTE61E

23 JUN 07  -  SATURDAY
    OTHER INFORMATION
          HAVE A GREAT TRIP
MCO        XD8138543900

                    BILLED TO MASTERCARD                        47.25*

CONTINUED ON PAGE 3



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: L0          ITINERARY/INVOICE NO. 0253726          DATE: 19 DEC 06
CUSTOMER NBR: 202007                          JBZAYH          PAGE: 03

TO: MAYER BROWN ROWE AND MAW
    71 SOUTH WACKER
    CHICAGO IL 60606

---

FOR: BLOHM/LINDSAY          REF: 11834

AIR TICKET     NW7804096269     BLOHM LINDSAY
ELEC TKT                        BILLED TO MASTERCARD                    120.30*
                                                                ----------------
                                TOTAL BASE                             149.58
                                TOTAL TAX                               17.97
                                NET CC BILLING                         167.55*
                                                                ----------------
                                TOTAL AMOUNT DUE                         0.00

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
..........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*

Printable

| Date | Description | Amount |
|------|-------------|--------|
| 12-20-2006 | CHECK WITHDRAWAL | -800.00 |
| 12-22-2006 | WITHDRAWAL - CHECK CARD 12/21 AVIS RENT-A-CAR DETROIT MI | -194.30 |

Citibank Unbilled Activity                                                           Page 1 of 2

 

Privacy | citi.com | Careers | Use Credit Wisely | citicards.com | Español



**Account Online**

Citi® Platinum Select® / AAdvantage®
World MasterCard®
aa1406-1406

Sign out

Secure

| View My Account ▼ | Make a Payment ▼ | Manage My Account ▼ | Help/Contact Us ▼ |

Unbilled Activity

Friday, January 12, 2007

BLOHM, LINDSAY A
XXXX-XXXX-XXXX-1406

The following transactions have been posted to your account since your last statement. This list may not include your most recent transactions. Get a printable version of this information.

Download Unbilled Activity
Download account information directly into your software.

   First time users: Download Instructions

**Current Balance**
Next Statement Date

**Payments/Adjustments and Credits**

Click on titles below to sort transactions

Sort by:

| Sale Date | Post Date | Description | Amount |
|---|---|---|---|
| 12/26/06 | 12/25 | CREDIT FINANCE CHARGES | |

1 transaction.

**Transactions**

Click on titles below to sort transactions

Sort by:

| Sale Date | Post Date | Description | Amount |
|---|---|---|---|
| 12/19/06 | 12/20 | | |
| 12/19/06 | 12/20 | AGNT FEE8908138543900117HE LAWYERS T IL | $47.25 |
| 12/20/06 | 12/20 | | |
| 12/19/06 | 12/20 | NWA AIR 01278040902693 CHICAGO IL | $120.30 |
| 12/20/06 | 12/20 | REXYSBANGCOCKCUISINE ROYALOAK MI | $51.24 |
| 12/20/06 | 12/20 | | |
| 12/22/06 | 12/22 | | |
| 12/22/06 | 12/22 | MARRIOTT 337W8 TROY TROY MI | $532.44 |
| 12/23/06 | 12/23 | | |
| 12/23/06 | 12/23 | | |
| 12/24/06 | 12/24 | | |
| 12/23/06 | 12/23 | | |
| 12/26/06 | 12/26 | | |
| 12/27/06 | 12/27 | | |
| 12/27/06 | 12/27 | | |
| 12/27/06 | 12/27 | | |
| 12/28/06 | 12/28 | | |
| 12/19/06 | 12/20 | UNITED 0167804090270 CHICAGO IL | $25.70 |
| 12/28/06 | 12/28 | | |
| 12/29/06 | 12/29 | | |
| 12/29/06 | 12/29 | | |
| 12/29/06 | 12/29 | | |
| 12/29/06 | 12/29 | | |
| 12/30/06 | 12/30 | | |
| 12/30/06 | 12/30 | | |
| 12/31/06 | 12/31 | | |
| 12/31/06 | 12/31 | | |

Consolidate holiday bills into one monthly payment

A Balance Transfer makes it easy.

More info »

Citibank Unbilled Activity

| | |
|---|---|
| 12/31/06 | 12/31 |
| 12/31/06 | 12/31 |
| 01/01/07 | 01/01 |
| 01/01/07 | 01/01 |
| 01/02/07 | 01/02 |
| 01/03/07 | 01/03 |
| 01/05/07 | 01/05 |
| 01/05/07 | 01/05 |
| 01/05/07 | 01/05 |
| 01/06/07 | 01/06 |
| 01/06/07 | 01/06 |
| 01/07/07 | 01/07 |
| 01/08/07 | 01/08 |
| 01/08/07 | 01/08 |
| 01/09/07 | 01/09 |
| 01/10/07 | 01/10 |

AGNT FEE89081390542793 THE LAWYERS T IL          $47.25
SOUTHWES5262764379831 8004359792 TX          $244.80

AVI DELPHI WORLD H Q51 TROY MI          $6.97
KATANA NU ASIAN STEAKH ROYAL OAK MI          $112.06

43 transactions.

**Cash Advances and Checks**

Click on titles below to sort transactions

Sort by:

| Sale Date | Post Date | Description | Amount |
|---|---|---|---|

No activity.

citi
Citi.com

A member of citigroup
Privacy
Terms and Conditions
Copyright © 2006 Citigroup

THANK YOU

O'Hare International Airport

Parking Facility - Lots A, B & C

P.O.Box 66179, Chicago, Il. 60666-0179

Tel: (773) 686-7532

# SALES VOUCHER/RECEIPT
DAILY TICKET - A Lot Level 2 - 6

| | |
|---|---|
| TRANSACTION NUMBER | 601058183 |
| ENTRY TIME/DATE | 16:24  12-17-06 |
| PAYMENT TIME/DATE | 21:44  12-19-06 |
| PAY MACHINE | CE36 |
| LICENSE: | IL 8236442 |
| OPERATOR | 354 |
| FEE | $66.00 |
| AMERICAN EXPRESS | 3717*******1004 |
| Expiry Date | 08/08 |
| Pay m/c Transaction Ref: | 3600025143 |
| Authorization Code | 567320 |
| SPS Terminal | CHGO019901 |
| SPS Time | 1219062147 |
| SPS Reference | 8268 |

## TOTAL                    $66.00
Includes All Applicable Taxes



WELCOME TO BURGER KING
TROY, MICHIGAN
#1891   366-425-4745
(248) 689-4436

STORE # 191
DRW #26   12/17/06   21:57
 1  MD COKE          1.35
 1  MC WHOPCHZ       3.45
        SUB-TOTAL    4.80
SALE #215295
YOUR ORDER # IS 355
        TAX          0.29
TO GO   TOTAL        5.09
CASH TENDERED       10.00
        CHANGE       4.91

THANK YOU
PLEASE STOP IN AGAIN
SUN DEC 17, 2006   21:51:58

**NATIONAL
CAR RENTAL**

RA 813395189          Inv 80012862081
Rental  17-DEC-2006 09:18 PM
DETROIT METRO ARPT
Return  19-DEC-2006 07:48 PM
DETROIT METRO ARPT

MICHAEL GOLDSTEIN
Vehicle # 75097862
Model    OPT/MAGENTIS
Class Driven ICAR    Class Charged ICAR
License# ABL7625    State/Province  MI
M/Kms Driven  96
M/Kms Out    380
M/Kms In     476

MAYER BROWN & PLATT
Contract ID 5702498

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 2 Days | 56.00 | 112.00* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| FSO | 1 Rental | 39.56 | 39.56* |
| ARPT COST RECOVERY FEE | | | 17.03* |
| WAYNE COUNTY STADIUM TX | | | 3.37* |
| VEH LIC FEE RECOVERY | | | 1.70* |
| SALES TAX 86.000 % | | | 10.42 |

Total Charges          USD 184.08

Paid By    AMEX 1004         -184.08

Amount Due             USD 0.00

* Taxable Items
Subject to Audit
Customer service Number 1-800-468-3334



**HELEN'S CAFE**

**MUSASHI**

*Paper
PDF
2008*

**ORDER #  1177**

| | | |
|---|---|---|
| 1 YAKITORI DON | 9.99 | T1 |
| 1 BOTTLE WATER | 1.99 | T1 |
| SUBTOTAL | $ | 11.98 |
| TAX 1 | $ | 0.72 |
| TOTAL | $ | 12.70 |
| CASH | $ | 20.00 |
| CHANGE | $ | 7.30 |

8549  REG 01  SHIFT1/2 DEC.19,06 21:02

THANK YOU!

# Marriott
### DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 818 | GOLDSTEIN/MICHAEL/J | 189.00 | 12/19/06 | 07:41 | 9032 |
|-----|---------------------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

NSDB
TYPE

54

12/17/06  22:05
ARRIVE      TIME

PASSPORT:

| ROOM CLERK | ADDRESS | PAYMENT | | MR#: XXXXX8307 |
|------------|---------|---------|--|----------------|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 12/17 | TELECOM  TELECOM | 9.95 | | |
| 12/17 | TAX      TELECOM | .60 | | H |
| 12/17 | ROOM TR  818, 1 | 189.00 | | |
| 12/17 | STATETAX 818, 1 | 11.34 | | A |
| 12/17 | CITY TAX 818, 1 | 13.23 | | B |
| 12/18 | RM SERV  6985 818 | 15.00 | | |
| 12/18 | RM SERV  7013 818 | 24.80 | | |
| 12/18 | TELECOM  TELECOM | 9.95 | | |
| 12/18 | TAX      TELECOM | .60 | | H |
| 12/18 | ROOM TR  818, 1 | 189.00 | | A |
| 12/18 | STATETAX 818, 1 | 11.34 | | A |
| 12/18 | CITY TAX 818, 1 | 13.23 | | B |
| 12/19 | RM SERV  7069 818 | 15.00 | | |
| 12/19 | CCARD-AX | | 503.04 | |
| | | | | .00 |

------------------ SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|--|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 22.68 |
| B | CITY TAX 7% | .00 | 26.46 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | 1.20 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 452.70 | 50.34 | 503.04 | .00 |

---------------- EXP. REPORT SUMMARY ----------------

| 12/17 | TELECOM | 9.95 |
|-------|---------|------|
| | TAX | .60 |
| | ROOM&TAX | 213.57 |
| 12/18 | RM SERV | 39.80 |
| | TELECOM | 9.95 |
| | TAX | .60 |
| | ROOM&TAX | 213.57 |
| 12/19 | RM SERV | 15.00 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
MGOLDST@COMCAST.NET



# Marriott
### DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1½% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature 'X'

6-2955C
Rev. 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

| 11/10 | 11/10 | AGNT FEE89081368291775 THE LAWYERS T IL | P8N693ZG | $47.25 |
|-------|-------|------------------------------------------|----------|--------|
|       |       | NAME: GOLDSTEIN/MICHA |  |  |
|       |       | DEPART: 11/10/06 |  |  |
|       |       | XAA TO XAO :Y |  |  |

| 11/10 | 11/10 | NWA AIR 01277951286275 CHICAGO     IL | QJX193ZG | $460.60 |
|-------|-------|---------------------------------------|----------|---------|
|       |       | NAME: GOLDSTEIN/MICHA |  |  |
|       |       | DEPART: 11/14/06 |  |  |
|       |       | Chicago TO Detroit :F |  |  |
|       |       | Detroit TO Chicago :F |  |  |

*06-08 974-1  #  11863*    *507.85*

```
          CHECKER TAXI

  CAB #              184
  DATE: 12/19/2006
  START TIME 16:07
  END TIME   16:53
  MILES      17.78
  FARE $     35.45
  EXTRAS $   10.00
  TOTAL $    45.45


  Dept of Consumer
      Services
      Call 311
```

```
        Paradies Metro-Ventures, Inc
            Detroit Metro Airport
             Detroit, Michigan

  CRACKER JACKS        77807828000
                       1.99 N

  TOTAL                      $1.99
  CASH                      $50.00
  CHANGE                    $48.01



  ----------------------------------
  CUSTOMER

  ITEMS 1                   J. EBONY
  12/21/2006  03:20PM   0141 01 15254 2358

        Thank You for Shopping at
           The Paradies Shops
          Detroit Metro Airport
```

```
         A GRAB & GO
     DETROIT METRO AIRPORT
       DETROIT, MICHIGAN

  5741 Charrise
  -------------------------------
  5019 DEC21'06  3:27PM
  -------------------------------

    1 20 OZ COKE         1.99
    Cash                 3.00

    Subtotal             1.99
    Tax                  0.12
    Amt Paid             2.11
    Change Due           0.89
```

```
            HMSHOST
         STARBUCKS E09
      Chicago 773.686.6180

  8489 Kieshia
  ---------------------------------
  CHK 5493 DEC19'06  5:40PM  GST 1
  ---------------------------------

    1 COOKIES            2.19

    SUBTOTAL             2.19
    TAX                  0.22
    AMOUNT PAID          2.41
    CASH                 3.00
    CHANGE DUE           0.59
```

```
V   V EEEEE H   H IIIII  CCC  L    EEEEE
V   V E     H   H   I   C   C L    E
V   V E     H   H   I   C     L    E
V   V EEE   HHHHH   I   C     L    EEE
V   V E     H   H   I   C     L    E
 V V  E     H   H   I   C   C L    E
  V   EEEEE H   H IIIII  CCC  LLLLL EEEEE

OOO  N   N     H   H OOO  L    OOOO
O   O ON  N     H   H HO  OL    O   O
O   O ONN  N    H   H HO  OL    O   O
O   O ONN N    HHHHH HO  OL    O   O
O   O ON  NN    H   H HO  OL    O   O
O   O ON   N    H   H HO  OL    O   O
 OOO  N   N     H   H OOO  LLLLL OOOO
```

VEHICLE ON HOLD STATUS

VEH  #: 7T535332
PLATE #: GNK2596 PA
M/KM  : 5038

ST/RC  : P:PM

N A T I O N A L
C A R   R E N T A L

RA 813404654           Inv 80012868535
Rental   19-DEC-2006 09:00 PM
DETROIT METRO ARPT
Return   21-DEC-2006 02:41 PM
DETROIT METRO ARPT

PAUL CHANDLER
Vehicle # 6S613249
Model    HHR LS
Class Driven FXAR    Class Charged ICAR
License# X91JLV     State/Province FL
M/Kms Driven   107
M/Kms Out     19412
M/Kms In      19519

MAYER BROWN & PLATT
Contract ID 5702498
Charges     No Unit   Price    Amount
T & M        2 Days   56.00    112.00*
UNLIM M/KM   0 M/Kms            0.00*
REFUELING    4 Gals    6.25     25.00*
ARPT COST RECOVERY FEE          15.41*
WAYNE COUNTY STADIUM TX          3.04*
VEH LIC FEE RECOVERY             1.70*
SALES TAX @6.000 %               9.43

Total Charges            USD 166.58

Paid By    MC   8491        -166.58

Amount Due               USD -0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 673566320
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334

HMSHOST
QUICK CHECK E09
Chicago 773.686.6180

1129 Ramiro
----------------------------------------
6 4 2 1  DEC19'06  5:31PM
----------------------------------------

1 RTE FRUIT SALAD        3.99
1 COKE BTL 20oz          2.09
XXXXXXXXXXXXXXX1        XX/XX
MSTRCARD  A1 5*          6.76

SUBTOTAL                 6.08
TAX                      0.68
AMOUNT PAID          6 . 7 6



///U NIT ED    ///UNITED

ETKT    PASSENGER RECEIPT    7804096312
""""    DUPLICATE    7804096312
""""    052LI    A14594915    CHANDLER/PAUL A
OWN2    21DEC06    DTWORDUA 577 Q21DEC
0

CHANDLER/PAUL A    ZMZ1CU/UA QA/NUP
""""NOT VALID FOR ""    THIS IS YOUR RECEIPT
""""TRANSPORTATION""    *5T
S/ BROWN
CAX00000000000X8491
PDTW XT2.50AY4.50XFDTW4.5

USD100.28
US7.52
XT10.30
USD118.10

******************    NOT VALID FOR TRAVEL
0 016 7804096312 6    0 016 7804096312 6

---

 nwa E-Ticket.         nwa E-Ticket.

| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Chicago–OHare, IL | Detroit, MI | 19DEC06 | QA0V8R |
| Detroit, MI | Chicago–OHare, IL | 21DEC06 | QA0V8R |

E-Ticket Nbr:    E0127801481728
Issued Date:    14DEC06
Name/Place of Issue:    LAWYERS TRAVEL CHICAGO IL

**CHANDLER/PAULA**    **Total Fare This Ticket: USD 240.60**

| | | |
|---|---|---|
| US TAX | 15.34 | Card Nbr:    XXXXXXXXXXXX8491 |
| DOM SEGMENT FEE | 6.60 | E-Ticket Nbr:    E0127801481728 |
| OTHER TAX | 14.00 | Confirmation Nbr: 2S764l |
| TOTAL  USD | 240.60 | |

*Transportation subject to terms of carriage printed inside ticket jacket*

## PASSENGER RECEIPT

Page 1 of 1







# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: 9D          ITINERARY/INVOICE NO. 0253682          DATE: 14 DEC 06
CUSTOMER NBR: 202033                        EETQDQ          PAGE: 01

          TO: MR PAUL CHANDLER
              MAYER BROWN ROWE AND MAW
              71 SOUTH WACKER
              CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169

          GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
          INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
          20/25 USD SURCHARGE FOR A PAPER TICKET
          TO AVOID ADDITONAL COST AN E-TICKET IS
          STRONGLY RECOMMENDED
19 DEC 06  -  TUESDAY
    AIR    NORTHWEST AIRLINES   FLT:1572    ECONOMY
           LV CHICAGO OHARE                 611P              EQP: AIRBUS A320
           DEPART: TERMINAL 2                                 01HR 19MIN
           AR DETROIT METRO                 830P              NON-STOP
           ARRIVE: E.M. MCNAMARA TERMINAL                     REF: 2S764I
           CHANDLER/PAUL A            NW-100104421222
           SEAT SELECTION AT AIRPORT
    CAR    DETROIT METRO            NATIONAL CAR RENTAL      INTER CAR AUTO A/C
           PICK UP-20DEC
           RETURN-21DEC
           RATE PLAN  2 DAYS  0 HRS          USD      MI/KM   EX MI/KM
           DAILY RATE                        56.00    UNL
           XTRA DAY-                          56.00    UNL
           XTRA HOUR-                         23.00    UNL
           MANDATORY CHARGES                  24.55
           APPROX RENTAL COST                136.55    UNL
           CONFIRMATION NUMBER      836770019AISLE          RATE-GUARANTEED
           CD-5702498               ID-673566320

CONTINUED ON PAGE 2



# THE LAWYERS' TRAVEL SERVICE

```
                        71 SOUTH WACKER
                           8TH FLOOR
                      CHICAGO, IL  60606-4637
                   312-701-7700  FAX 312-701-7749

SALES PERSON: 9D        ITINERARY/INVOICE NO. 0253682      DATE: 14 DEC 06
CUSTOMER NBR: 202033                       EETQDQ          PAGE: 02

        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606


FOR: CHANDLER/PAUL A        REF: 01169



19 DEC 06  -  TUESDAY
     HOTEL DETROIT METRO                  OUT-21DEC
              MARRIOTT HOTELS             2 NIGHTS ID-066837055
              MARRIOTT DETROIT-TROY       1 ROOM      CORPORATE RATE, DELUXE ROO
              200 W BIG BEAVER ROAD          REVIVE LUXURIOUS BEDDING, HIG
              TROY MI 48084               RATE-209.00USD PER NIGHT
              FONE 248-680-9797           CANCEL BY 06P DAY OF ARRIVAL
              FAX  248-680-9774
              GUARANTEED LATE ARRIVAL
              CONFIRMATION 82114990
              RQ NONSMOKE KING..NN MODEM HOOK UP


21 DEC 06  -  THURSDAY
     AIR   NORTHWEST AIRLINES  FLT:1249  ECONOMY
           LV DETROIT METRO               707P       EQP: DC-9 STRETCH
           DEPART: E.M. MCNAMARA TERMINAL            01HR 21MIN
           AR CHICAGO OHARE               728P       NON-STOP
           ARRIVE: TERMINAL 2                        REF: 2S764I
           CHANDLER/PAUL A                NW-100104421222
           SEAT SELECTION AT AIRPORT
MCO          XD8138282611
                                 BILLED TO MASTERCARD              47.25*


AIR TICKET    NW7801481728      CHANDLER PAUL A
ELEC TKT                        BILLED TO MASTERCARD             240.60*
                                                           ----------------
                                 TOTAL BASE                      251.91
                                 TOTAL TAX                        35.94
                                 NET CC BILLING                  287.85*
                                                           ----------------
                                 TOTAL AMOUNT DUE                  0.00
```

CONTINUED ON PAGE 3



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: 9D          ITINERARY/INVOICE NO. 0253682          DATE: 14 DEC 06
CUSTOMER NBR: 202033                          EETQDQ            PAGE: 03

        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169


EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
.............................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1719 ROOM | CHANDLER/PAUL/A NAME | 209.00 RATE | 12/21/06 DEPART | 10:15 TIME | 9246 | |
| CNSK | | | 12/19/06 ARRIVE | 22:00 TIME | ACCT# | |
| 31 | | PASSPORT: | | | | |
| ROOM CLERK | ADDRESS | | PAYMENT | | MR#: XXXXX7055 | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 12/19 | RM SERV | 71441719 | 25.00 | |
| 12/19 | TELECOM | TELECOM | 9.95 | |
| 12/19 | TAX | TELECOM | .60 | H |
| 12/19 | ROOM TR | 1719, 1 | 209.00 | |
| 12/19 | STATETAX | 1719, 1 | 12.54 | A |
| 12/19 | CITY TAX | 1719, 1 | 14.63 | B |
| 12/20 | GIFTSHOP | 45661719 | 4.00 | |
| 12/20 | TELECOM | TELECOM | 9.95 | |
| 12/20 | TAX | TELECOM | .60 | H |
| 12/20 | ROOM TR | 1719, 1 | 209.00 | |
| 12/20 | STATETAX | 1719, 1 | 12.54 | A |
| 12/20 | CITY TAX | 1719, 1 | 14.63 | B |
| 12/21 | GIFTSHOP | 46381719 | 4.00 | |
| 12/21 | CCARD-BK | | 526.44 | |
| | | | | .00 |

```
------------------ SUMMARY OF TAXES ------------------
        DESCRIPTION            TAXED AMOUNT            TAX
A     STATE TAX 6%                 .00               25.08
B     CITY TAX 7%                  .00               29.26
E     PKG TX 7%                    .00                .00
F     ATTRITION TAX                .00                .00
H     STATE TAX 6%                 .00                1.20

      NET CHARGES        TAX        CREDITS        FOLIO
        470.90          55.54        526.44         .00
```

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 12/19/06 - 12/21/06 REVENUE IF APPLICABLE    $470.90
BASE POINTS EARNED: 4709   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

6-295SC
Rev 12/04

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan  48084
(248) 680 9797
Marriott.com/DTTTT

GUEST FOLIO

| | | | | | |
|---|---|---|---|---|---|
| 1719 | CHANDLER/PAUL/A | 209.00 | 12/21/06 | 12:00 | 9246 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| CNSK | | | 12/19/06 | 22:00 | |
| TYPE | | | ARRIVE | TIME | |
| 25 | | PASSPORT: | | | |

ROOM CLERK   ADDRESS   PAYMENT

MR#: XXXXX7055

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 12/19 RM SERV | 71441719 | 25.00 | | |
| 12/19 TELECOM | TELECOM | 9.95 | | |
| 12/19 TAX | TELECOM | .60 | H | |
| 12/19 ROOM TR | 1719, 1 | 209.00 | | |
| 12/19 STATETAX | 1719, 1 | 12.54 | A | |
| 12/19 CITY TAX | 1719, 1 | 14.63 | B | |
| 12/20 GIFTSHOP | 45661719 | 4.00 | | |
| 12/20 TELECOM | TELECOM | 9.95 | | |
| 12/20 TAX | TELECOM | .60 | H | |
| 12/20 ROOM TR | 1719, 1 | 209.00 | | |
| 12/20 STATETAX | 1719, 1 | 12.54 | A | |
| 12/20 CITY TAX | 1719, 1 | 14.63 | B | |
| 12/21 BK CARD | | | $522.44 | |

TO BE SETTLED TO:   MASTERCARD   CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| A | STATE TAX 6% | .00 | 25.08 |
| B | CITY TAX 7% | .00 | 29.26 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | 1.20 |

| | NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|---|
| | 466.90 | 55.54 | .00 | 522.44 |

------------------ EXP. REPORT SUMMARY ------------------

| | | |
|---|---|---|
| 12/19 RM SERV | | 25.00 |
| TELECOM | | 9.95 |
| TAX | | .60 |
| ROOM&TAX | | 236.17 |
| 12/20 GIFTSHOP | | 4.00 |
| TELECOM | | 9.95 |
| TAX | | .60 |
| ROOM&TAX | | 236.17 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan  48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%); or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 1719 | CHANDLER/PAUL/A | 209.00 | 12/21/06 | 12:00 | 9246 |
|------|-----------------|--------|----------|-------|------|
| **ROOM** | **NAME** | **RATE** | **DEPART** | **TIME** | **ACCT#** |
| CNSK | | | 12/19/06 | 22:00 | |
| **TYPE** | | | **ARRIVE** | **TIME** | |
| 25 | | PASSPORT: | | | |

| **ROOM CLERK** | **ADDRESS** | **PAYMENT** | MR#: XXXXX7055 |
|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|

It's Megabonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Earn more Marriott Rewards points and enjoy greater benefits!
The Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for all of the details.

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 12/19/06 - 12/21/06 REVENUE IF APPLICABLE    $466.90
BASE POINTS EARNED: 4669   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X _____

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/02/06 | **Roy, Paul J. N.**<br>Review of AT&T's markup of the MSA. | 1.50 |
| 12/04/06 | **Roy, Paul J. N.**<br>Review of AT&T markup of MSA. | 1.20 |
| 12/05/06 | **Roy, Paul J. N.**<br>Review of AT&T's markup of MSA (1.70). Review of CSC's markup of selected MSA provisions (0.80) Call with Delphi to discuss approach to AT&T and CSC (1.00) | 3.50 |
| 12/06/06 | **Roy, Paul J. N.**<br>Review of AT&T's markup of MSA in preparation for call with TPI and Delphi. | 0.50 |
| 12/07/06 | **Roy, Paul J. N.**<br>Call with I. Seipke, M. Loeb, G. McLawhon, and L. Guevel to review AT&T issues in preparation for call with AT&T on Friday. (2.00). Insertion of additional background comments provided by AT&T and addition of comments on same, as well as comments discussed in call with Delphi and TPI (3.20). Review and annotation of CSC markup in preparation for call with Delphi and TPI (0.80). Call with Delphi and TPI to discuss CSC comments (1.00). | 7.00 |
| 12/08/06 | **Roy, Paul J. N.**<br>Call with AT&T to discuss AT&T's structural concerns about the Agreement (1.80). Follow up call with TPI and Delphi to discuss next steps (0.50). Further review and annotation of additional comments found in AT&T MSA (2.20). | 4.50 |
| 12/10/06 | **Roy, Paul J. N.**<br>Completed review and annotation of CSC markup of telecom-specific provisions of MSA, and transmittal of same to Delphi and TPI telecom team members. | 1.30 |
| 12/11/06 | **Roy, Paul J. N.**<br>Outline of possible contract provisions specific to transport services in preparation for call with AT&T attorney (0.20). Call with Paul Fechelm, attorney for AT&T, to discuss contract structure for dealing with provisions specific to transport services (0.90). Call with TPI and I. Seipke to discuss call with AT&T and review CSC MSA revisions specific to telecom terms (1.70). | 2.80 |
| 12/12/06 | **Roy, Paul J. N.**<br>Call with CSC to review CSC's comments (1.40). Follow-up call with Delphi and TPI team to discuss next steps (0.30); Call with Delphi and TPI to discuss AT&T agreement discussions and timing for review the remainder of AT&T's comments to the MSA (0.30). | 2.00 |
| 12/15/06 | **Roy, Paul J. N.**<br>Review of AT&T's most recent submission to identify additional comments (0.50). Call with Delphi and TPI to assess AT&T's response and next steps (0.50). Incorporation of AT&T's additional and changed comments into original annotated draft and supplement to notes (1.50). | 2.50 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 3
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/17/06 | **Roy, Paul J. N.**<br>Review and supplement to original comments to AT&T's markup to address additional AT&T comments sent on 12/14/06. | 4.00 |
| 12/18/06 | **Roy, Paul J. N.**<br>Annotation of updated AT&T markup of MSA and transmittal of same to Delphi for review call. | 4.50 |
| 12/19/06 | **Roy, Paul J. N.**<br>Call with I. Seipke, G. McLawhon and L. Guevel to review and discuss AT&T's comments to the MSA. | 2.00 |
| 12/20/06 | **Roy, Paul J. N.**<br>Call with I. Seipke and G. McLawhon to continue with review and discussion of AT&T comments to form MSA. | 2.20 |
| | **Total Hours** | **39.50** |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 2
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/01/06 | **Manter, Gregory A.** <br> Drafted Accenture MSA with "package" agreements. | 3.50 |
| 12/02/06 | **Manter, Gregory A.** <br> Drafted Accenture MSA revisions to reflect package requirements. | 3.80 |
| 12/03/06 | **Manter, Gregory A.** <br> Drafted Accenture MSA revisions to reflect package agreement. | 3.80 |
| 12/04/06 | **Manter, Gregory A.** <br> Call with Delphi and drafted Accenture MSA draft (4.80); call with Delphi and discussion with B. Peterson (1.30); drafted Accenture MSA (1.80). | 7.90 |
| 12/04/06 | **Peterson, Brad L.** <br> Meet with G. Manter to discuss issues on Accenture agreement (1.5). Call with Delphi team to discuss Romania trip and next steps (1.5). Call with Delphi pricing team to discuss pricing structure (1.7). Draft Pricing Schedule and distribute to Delphi team (3.0). | 7.70 |
| 12/05/06 | **Manter, Gregory A.** <br> Drafted update to Accenture MSA and distributed to Accenture. | 4.00 |
| 12/05/06 | **Peterson, Brad L.** <br> Call with J. Enzor (0.3). Review draft letters on pricing (0.2). Confer with G. Manter on MSA comparison (0.1). | 0.60 |
| 12/06/06 | **Manter, Gregory A.** <br> Scored MSAs with comparison Matrix. | 5.60 |
| 12/06/06 | **Peterson, Brad L.** <br> Revise pricing schedule based on J. Enzor's comments and my own further review (1.2). Further follow-up (0.1). | 1.30 |
| 12/07/06 | **Manter, Gregory A.** <br> Drafted comparison matrix and updated matrix based upon B. Peterson's comments (7.80); call with Accenture (3.00) | 10.80 |
| 12/07/06 | **Peterson, Brad L.** <br> Negotiations with Accenture (2.50). Prepare for same negotiations, including developing proposals for language, conferring with P. Roy on certain issues and developing a list of issues for possible resolution on call (2.10). Review G. Manter's draft of comparison (2.20). | 6.80 |
| 12/07/06 | **Roy, Paul J. N.** <br> Discussed open issues in Accenture MSA with B. Peterson, including approach to scoring matrix. | 0.70 |
| 12/08/06 | **Manter, Gregory A.** <br> E-mailed L. Graves re: Sarbanes-Oxley and drafted e-mail to Genpact re: bankruptcy. | 0.80 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 3
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|----------------|-------|
| 12/12/06 | **Manter, Gregory A.** Coordinated MSA open issues with SMEs (2.10); responded to B. Lendzion question (0.40) | 2.50 |
| 12/13/06 | **Manter, Gregory A.** Responded to B. Lendzion's e-mail re: comparison drafts (.50); call with B. Lendzion re: pricing (1.50); pricing schedule revisions and completed Accenture MSA revisions (1.80) | 3.80 |
| 12/13/06 | **Peterson, Brad L.** Calls with B. Lendzion regarding pricing schedule and revisions to same (2.1). Meet with G. Manter (0.5). | 2.60 |
| 12/14/06 | **Lee, Jeannie** Meet with G. Manter and B. Peterson re: assistance with Schedules and creation of Schedule Tracker. | 0.30 |
| 12/14/06 | **Manter, Gregory A.** Call with B. Lendzion and discussion with B. Peterson re: schedules and open issues with Accenture (2.30); created schedule tracker for Accenture (1.30) | 3.60 |
| 12/14/06 | **Peterson, Brad L.** Revise and send draft Pricing Schedule based on direction from Brett Lendzion (0.4). Meet with J. Lee and G. Manter to plan next steps (0.5). Calls with M. Densmore and Accenture to discuss status and next steps (0.9). Work on issues lists (2.0). | 3.80 |
| 12/15/06 | **Lee, Jeannie** Meet with G. Manter and B. Peterson re: review of Schedules for purposes of summarizing issues in Accenture and Genpact issues list. | 0.80 |
| 12/15/06 | **Manter, Gregory A.** Internal call with Delphi and meeting with J. Lee to discuss issue identification in schedules. | 2.50 |
| 12/15/06 | **Peterson, Brad L.** Call with Jim Enzor and Booz Allen to discuss next steps; prepare for same (1.0). Call with David Bayles regarding Accenture markup of Sarbanes-Oxley terms (0.3). Respond to message from E. Bennett of Accenture (0.7). | 2.00 |
| 12/17/06 | **Lee, Jeannie** Review and summarize issues in Schedules commented on by Accenture and incorporate same into Accenture issues list for G. Manter. | 7.00 |
| 12/17/06 | **Manter, Gregory A.** Reviewed and revised Accenture issues list. | 1.00 |
| 12/17/06 | **Peterson, Brad L.** Call with G. Manter regarding issues lists and advice on revisions of SOWs and SLAs (0.2). Send various email messages to Vinay Couto of Booz Allen regarding same (0.1). | 0.30 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 4
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/18/06 | **Lee, Jeannie** <br> Review Schedules and incorporate comments into Genpact Issues list for G. Manter and B. Peterson. | 3.00 |
| 12/18/06 | **Manter, Gregory A.** <br> Call with BAH re: SOWs and SLAs. | 0.50 |
| 12/18/06 | **Peterson, Brad L.** <br> Call with Delphi team regarding open issues in Accenture MSA (2.8). Draft and revise Accenture issues list (3.1). Call with Booz Allen consultants regarding schedule for completion (0.5). | 6.40 |
| 12/19/06 | **Manter, Gregory A.** <br> Reviewed and revised Genpact issues list. | 2.80 |
| 12/19/06 | **Peterson, Brad L.** <br> Review and revise Genpact issues list (0.7). Call with G. Manter on Genpact issues (0.3). Calls with Delphi team to discuss issues lists (4.5). Send follow-up messages (0.8). Revise issues lists (1.2). | 7.50 |
| 12/20/06 | **Peterson, Brad L.** <br> Call with Delphi and Accenture EU employment teams to discuss MSA terms on transfer of personnel (1.2). Follow-up with Isabelle Vaugn (0.3). Call with Delphi and Accenture Sarbanes-Oxley teams on audit and internal control provisions (1.3). Follow-up with David Bayles, including call and providing information (0.6). Respond to document requests from Mark Williams (0.2). Revise Accenture's issues list and distribute same (2.5). | 6.10 |
| 12/21/06 | **Peterson, Brad L.** <br> Call with B. Lendzion regarding pricing schedule (.5). Review documents provided by Booz Allen (1.0) Review Genpact's comments on Pricing Schedule and provide comments to B. Lenzion (2.0). Other preparation for calls with Accenture and Genpact (1.0). | 4.50 |
| 12/22/06 | **Manter, Gregory A.** <br> Call with Delphi teams (1.00); Call with Delphi and Accenture (3.00); Call with Genpact and Delphi (3.00); Meeting with B. Peterson to identify next steps (.60). | 7.60 |
| 12/22/06 | **Peterson, Brad L.** <br> Call with Accenture and Delphi teams (3.30). Call with Genpact and Delphi teams (3.70). Meet with G. Manter to identify next steps (0.60). | 7.60 |
| 12/27/06 | **Lee, Jeannie** <br> Review and markup Statement of Work Schedule 2.1 and 2.2-A for G. Manter. | 5.50 |
| 12/27/06 | **Peterson, Brad L.** <br> Planning next steps based on calls with Accenture and Genpact (1.0). Assign review of SOWs to J. Lee (0.5). | 1.50 |
| 12/28/06 | **Lee, Jeannie** <br> Review and revise Statement of Work Schedules 2.1, 2.2-A and 2.2-B for G. | 10.20 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation                                                               Page 5
Finance and Accounting Outsourcing                                    Peterson, Brad L.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|
| | Manter. | | |
| 12/29/06 | **Lee, Jeannie** | | |
| | Revise and mark up Statement of Work Schedules for G. Manter. | | 7.80 |

**Total Hours**                                                    **158.50**

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 6
Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/19/06 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1127200604; DATE: 12/19/2006 - Travel expenses incurred on trip to Chgo/Det by B.Peterson on 11/19/06 | | 134.97 |
| 12/19/06 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1127200604; DATE: 12/19/2006 - Travel expenses incurred on trip to Det/Chgo by B.Peterson on 11/22/06 | | 89.30 |
| 12/19/06 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1127200604; DATE: 12/19/2006 - Travel expenses incurred on trip to Chgo/Det/Chgo by G.Manter on 11/20/06 | | 235.85 |
| 12/20/06 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1127200605; DATE: 12/20/2006 - Travel expenses incurred on trip to Chgo/Det/Chgo by G.Manter on 11/7/06 | | 167.55 |
| 12/20/06 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1127200605; DATE: 12/20/2006 - Travel expenses incurred on trip to Chgo/Det/Chgo by B.Peterson on 11/7/06 | | 167.55 |

**Total Other Charges**

**$795.22**

| | | | | | |
|---|---|---|---|---|---|
| 11/10 | 11/10 | AGNT FEE89081368291926 THE LAWYERS T IL<br>NAME: MANTER/GREGORY<br>DEPART: 11/10/06<br>XAA TO XAO :Y | | LLM593ZG | $47.25 |

| | | | | | |
|---|---|---|---|---|---|
| 11/10 | 11/10 | Chicago TO Baltimore .M | | | |
| | | NWA AIR 0127/351286426 CHICAGO      IL<br>NAME: MANTER/GREGORY<br>DEPART: 11/20/06<br>Chicago TO Detroit :L<br>Detroit TO Chicago :V | | 5TL1932G | $186.00 |

O6·08 921-4 # 11286     235,85

| 11/10 | 11/10 | NWA AIR 01277951286415 CHICAGO    IL | NDZ193ZG | $89.30 |
|---|---|---|---|---|
| | | NAME: PETERSON/BRAD L | | |
| | | DEPART: 11/22/06 | | |
| | | Detroit TO Chicago :L | | |

D6. 089214 #02367

| | | | | |
|---|---|---|---|---|
| 11/10 | 11/10 | AGNT FEE89081368291915 THE LAWYERS T IL | NQX693ZG | $47.25 |
| | | NAME: PETERSON/BRAD L | | |
| | | DEPART: 11/10/06 | | |
| | | XAA TO XAO :Y | | |
| 11/10 | 11/10 | UNITED 0167951286406 CHICAGO    IL | SGRY6Y57 | $87.12 |
| | | NAME: PETERSON/BRAD L | | |
| | | DEPART: 11/19/06 | | |
| | | Chicago TO Detroit :T | | |

D6.08 921-4 # 02367 13497

| 11/10 | 11/10 | NWA AIR 01277925918565 CHICAGO | IL | 2T3XS4ZG | $120.38 |

NAME: PETERSON/BRAD L

| 10/27 | 10/27 | NWA AIR 01277925918566 CHICAGO | IL | 48NN3ZYG | $240.60 |

NAME: PETERSON/BRAD L
DEPART: 11/07/06
Chicago TO Detroit :Q
Detroit TO Chicago :Q

06-089 21-4 #02367

-140.50

161.55

| 11/10 | 11/10 | NWA AIR 01277925918554 CHICAGO | IL | SR3XS4ZG | $120.30 |
| | | NAME: MANTER/GREGORY | | | |

| 10/27 | 10/27 | NWA AIR 01277925918555 CHICAGO | IL | C7NN3ZYG | $240.60 |
| | | NAME: MANTER/GREGORY | | | |
| | | DEPART: 11/07/06 | | | |
| | | Chicago TO Detroit :Q | 06-08 921-4 # 11286 | | |
| | | Detroit TO Chicago :Q | | | 167.55 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/04/06 | **Connor, Andrew A.**<br>Work on supplemental fee application. | 1.00 |
| 12/05/06 | **Connor, Andrew A.**<br>Revise and circulate August and September fee statements (2.8); work on supplemental fee application (0.7); work on October monthly statement (0.5) | 4.00 |
| 12/05/06 | **Reimer, Craig E.**<br>Work on supplemental declaration and expanded retention application. | 0.80 |
| 12/06/06 | **Connor, Andrew A.**<br>Revise expand scope of retention motion. | 1.50 |
| 12/07/06 | **Connor, Andrew A.**<br>Format and submit invoices, statements to LCC. | 0.50 |
| 12/12/06 | **Connor, Andrew A.**<br>Work on monthly statement. | 1.20 |
| 12/12/06 | **Reimer, Craig E.**<br>E-mails re: inserts to expanded scope of retention motion. | 0.20 |
| 12/13/06 | **Connor, Andrew A.**<br>Follow up in connection with revised monthly statements. | 0.50 |
| 12/14/06 | **Connor, Andrew A.**<br>Follow up with P. Roy re payment (0.3); draft schedule (0.5). | 0.80 |
| 12/15/06 | **Reimer, Craig E.**<br>Work on revisions and edits to Expanded Retention Scope Application. | 1.00 |
| 12/17/06 | **Peterson, Brad L.**<br>Draft inserts to supplementary fee application per Craig Reimer's direction. | 1.00 |
| 12/18/06 | **Connor, Andrew A.**<br>Work on retention expansion motion. | 1.50 |
| 12/18/06 | **Reimer, Craig E.**<br>Work on incorporating edits and revisions to extended retention application. | 0.30 |
| 12/19/06 | **Connor, Andrew A.**<br>Revise declaration (0.6); revise retention application (0.7); work on monthly statement (0.5). | 1.80 |
| 12/19/06 | **Reimer, Craig E.**<br>Work on expanded scope of Retention Application. | 0.50 |
| 12/20/06 | **Connor, Andrew A.**<br>Follow up re supplemental retention issues. | 0.50 |
| 12/20/06 | **Reimer, Craig E.**<br>Work on finalizing edits to expanded scope of retention application (.30); e-mail with P. Roy re: same (.10). | 0.40 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/21/06 | **Connor, Andrew A.**<br>Revise and circulate declaration (1.4); format and submit invoices, monthly statements (0.8); draft November monthly statement (3.8). | 6.00 |
| 12/21/06 | **Reimer, Craig E.**<br>Work on second supplemental declaration inserts and edits. | 0.70 |
| 12/22/06 | **Connor, Andrew A.**<br>Revise declaration (0.4); follow up with C. Reimer re same (0.1); complete and circulate November monthly statement (0.8); format and submit invoices, statements (0.5); update allocation schedule (0.2). | 2.00 |
| 12/22/06 | **Reimer, Craig E.**<br>Revise and edit second declaration no. supplemental disclosures (.30); emails re: same (.20). | 0.50 |
| 12/26/06 | **Connor, Andrew A.**<br>Calculations, advice re payment allocation (0.7); update payment allocation schedule (0.8). | 1.50 |
| 12/27/06 | **Connor, Andrew A.**<br>Advice re allocation of payment (0.1) update allocation schedule (0.3); follow up re status of expanded retention (0.1). | 0.50 |
| 12/27/06 | **Reimer, Craig E.**<br>Work on final revisions to expanded retention application (.10), telephone call with Skadden counsel re: same (.20), review and draft related e-mails (.20). | 0.50 |

**Total Hours**        **29.20**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                                          Page 4
In Re: Delphi Corporation, et al., Debtors - Retention Matter                            Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/05/06 | **Document Reproduction** | 247 | 24.70 |
| 12/05/06 | **Document Reproduction** | 10 | 1.00 |
| 12/05/06 | **Document Reproduction** | 247 | 24.70 |
| 12/05/06 | **Document Reproduction** | 210 | 21.00 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to Huntersville, NC by Connor, Andrew A. | | 9.81 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.05 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.05 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.05 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 7.82 |
| 12/05/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |
| 12/07/06 | **Document Reproduction** | | 0.10 |
| 12/22/06 | **Document Reproduction** | 230 | 23.00 |
| 12/22/06 | **Document Delivery - Office** Documents delivered to Huntersville, NC by Connor, Andrew A. | | 9.81 |
| 12/22/06 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.05 |
| 12/22/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 5
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/22/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |
| 12/22/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |
| 12/22/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |
| 12/22/06 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 7.82 |
| 12/22/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.27 |
| 12/22/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.05 |
| 12/22/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.05 |

**Total Other Charges** $286.76

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/23/07 | **Roy, Paul J. N.** Review of proposed letter of credit application for HP. | 0.50 |
| 01/29/07 | **Roy, Paul J. N.** Review of P. Chandler markup of earlier version of flowdown provisions in HP's subcontract agreement with EDS (1.40). Comparison and review and markup of revised flowdown provisions send by HP and transmittal to I. Seipke (3.00). Conferred with I Seipke re same (0.30). | 4.70 |
| 01/31/07 | **Roy, Paul J. N.** Review of HP's markup of LOC draft and comments to Delphi re same. | 0.50 |

**Total Hours**    **5.70**

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 3
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|-------:|
| 11/17/06 | **Long Distance Telephone**<br>(972) 577-7342 at 1121 ( 151 mins) | 13.59 |
| 01/04/07 | **Document Reproduction** | 0.40 |
| 01/04/07 | **Document Reproduction** | 0.80 |
| | **Total Other Charges** | **$14.79** |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 01/03/07 | **Roy, Paul J. N.**<br>Review of comments from M. Loeb on AT&T's MSA markup (0.6); call with M. Loeb, I. Seipke, L. Guevel, and G. McLawhon to discuss remainder of AT&T comments to draft MSA (2.6). | 3.20 |
| 01/07/07 | **Roy, Paul J. N.**<br>Review of AT&T's proposed terms to be included in the supplement for transport services and annotation of same. | 2.20 |
| 01/12/07 | **Roy, Paul J. N.**<br>Call with Delphi re markup of AT&T's proposed transport-specific terms. | 1.00 |
| 01/13/07 | **Roy, Paul J. N.**<br>Update of AT&T's markup of the MSA to add AT&T's supplementary comments and revise associated annotations in preparation for meeting with AT&T. | 3.00 |
| 01/14/07 | **Roy, Paul J. N.**<br>Update of AT&T's markup of the MSA to add AT&T's supplementary comments and revise associated comments, and incorporation of comments by M. Loeb. | 3.20 |
| 01/15/07 | **Roy, Paul J. N.**<br>Update of annotations to AT&T's markup of the MSA and of AT&T's supplementary terms for transport services. | 2.50 |
| 01/16/07 | **Roy, Paul J. N.**<br>Meeting with AT&T and Delphi at Delphi's offices to discuss AT&T's comments to MSA. | 8.00 |
| 01/17/07 | **Roy, Paul J. N.**<br>Meeting with AT&T and Delphi at Delphi's offices to discuss AT&T's comments to MSA. | 8.00 |
| 01/19/07 | **Roy, Paul J. N.**<br>Review of documents not yet reviewed with AT&T (0.50). Call with AT&T to review the remainder of their comments on the form MSA, and review of AT&T's proposed supplementary terms specific to transport services (3.00). Follow up call with Delphi team to discuss next steps (0.50). | 4.00 |
| 01/23/07 | **Roy, Paul J. N.**<br>Review and comment on issues developed from meeting with AT&T. | 0.50 |
| 01/29/07 | **Roy, Paul J. N.**<br>Review and comment on list of open issues for telecom MSA provisions with CSC and transmittal of same to G. McLawhon. | 1.50 |

|  | **Total Hours** | **37.10** |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 3
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 01/15/07 | **Travel - Airfare**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070084 DATE: 18-Jan-07<br>Delphi Telecom trip From 15 Jan 2007 To 15 Jan 2007 | 297.37 |
| 01/16/07 | **Business Meals - Travel**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070084 DATE: 18-Jan-07<br>Delphi Telecom trip From 15 Jan 2007 To 16 Jan 2007 | 95.86 |
| 01/17/07 | **Travel - Other**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070084 DATE: 18-Jan-07<br>Delphi Telecom trip From 15 Jan 2007 To 17 Jan 2007 | 469.12 |

**Total Other Charges** $862.35

# Marriott

## DETROIT PONTIAC
## AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 713 | ROY/PAUL | 104.00 | 01/17/07 | 07:41 | 1218 |
|-----|----------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NDAG | | | 01/15/07 | 23:57 | |
| TYPE | | | ARRIVE | TIME | |
| 22 | 3136 PALM LN | | | | |

| ROOM CLERK | NORTHBROOK   IL 600625866 PAYMENT | | MR#: XXXXX5253 |
|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 01/15 | PRKLOUNG 2658 713 | 12.00 | | |
| 01/15 | ROOM 713, 1 | 104.00 | | |
| 01/15 | ROOM TAX 713, 1 | 6.24 | | |
| 01/15 | LOCAL TX 713, 1 | 5.20 | | |
| 01/15 | OCC TAX 713, 1 | 2.08 | | |
| 01/16 | ROOM 713, 1 | 104.00 | | |
| 01/16 | ROOM TAX 713, 1 | 6.24 | | |
| 01/16 | LOCAL TX 713, 1 | 5.20 | | |
| 01/16 | OCC TAX 713, 1 | 2.08 | | |
| 01/17 | CCARD-BK | | 247.04 | |

PAYMENT RECEIVED BY: VISA

.00

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Tell the world you love Marriott Rewards
by voting us best program and giving us
a "10" in the 2007 InsideFlyer Freddie Awards.
Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX5253
DATE 01/15/07 - 01/17/07 REVENUE IF APPLICABLE      $220.00
BASE POINTS EARNED: 2200   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott

## DETROIT PONTIAC
## AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The amount shown in the credits column is not payment.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are required to left in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection including attorney fees.

S-2955C
Rev 12/04

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



```
        Papa Vino's Italian Kitchen
            3900 Center Point Pkwy
            Pontiac, Michigan  48341
                (248) 333-3606
Date:        Jan16'07 08:51PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXX7632
Exp Date:    01/09
Auth Code:   35846B
Check:       5622
Table:       53/1
Server:      120 Melinda
             PAUL ROY

Subtotal:              71.86

Gratuity                  12

Total                   83 86
              Signature

*********Customer Copy*********
```

**AMERICAN TAXI** Dispatch, Inc.

847-259-1555

R E C E I P T

DATE 01/17/07

AMOUNT $30.00

| | |
|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 306-0700 |

FROM

TO

NAME                    981    CAB NUMBER

**AMERICAN TAXI**

847-259-1555

R E C E I P T

DATE 1/15/07

AMOUNT $30 00

FROM No Pk Brook

TO O'Hare Airport

| | |
|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 306-0700 |

NAME                           CAB NUMBER