Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/02/07 | **Blohm, Lindsay A.**<br>Spoke with Paul Chandler regarding comments on CSC Schedules 2.6-B and 3, and EDS Schedules 2.6-B, 3.1. (.8) Annotated the above referenced Schedules based on conversations with Paul Chandler and sent documents to Paul Chandler for his review. (2.0) Read over Paul Chandler's comments to CSC Schedule 3 and EDS Schedule 3.1 and sent them to TPI/Delphi team (.4 ). | 3.20 |
| 01/02/07 | **Chandler, Paul A.**<br>Conferring with M. Goldstein on Schedule 4 for EDS and status of outstanding matters (0.7); drafting revisions and comments to Schedules 3.1 for EDS and 4 for CSC and distribution to Delphi and TPI (3.5); reviewing L. Blohm comments to Schedules 2.6-B, 3.1 and 4 (3.2). | 7.40 |
| 01/02/07 | **Goldstein, Michael J.**<br>Added statement of work negotiation notes and updated drafts to document repository (.3). Sent e-mail to Bill Shoemaker regarding MBR&M comments to negotiated statement of work documents (.1). Conferred with Paul Chandler regarding pricing and strategy for coordinating with TPI (.6). Generated updated draft of EDS Pricing Schedule (2.9). Reviewed CSC's proposed revisions to Section 6.6 of the MSA (.5). Reviewed CSC Pricing Schedule (.5). | 4.90 |
| 01/02/07 | **Roy, Paul J. N.**<br>Comments to P. Chandler on consolidation of infrastructure and ADM Schedule 4's for EDS. | 0.30 |
| 01/03/07 | **Chandler, Paul A.**<br>Conferring with P. Roy on work types for ADM services (0.5); reviewing Schedule 4 and 2.6-B for CSC (1.8); reviewing CSC revisions to Section 6.6 of the MSA (managed contracts) (0.6); reviewing and revising EDS schedule 4 to incorporate ADM provisions (5.3); drafting comments to CSC Section 6.6 and distribution to Delphi (2.1). | 10.30 |
| 01/03/07 | **Goldstein, Michael J.**<br>Reviewed CSC's proposed revisions to Section 6.6 of the MSA (2.7). | 2.70 |
| 01/04/07 | **Blohm, Lindsay A.**<br>Creating document status worksheet to be used at conference call with TPI covering all schedules (2.0). Status conference call with TPI, going over owners and status of all Schedules (3.5). Drafted Schedules 6, 6-A and 21 based on conference call and sent to TPI. (2.0) | 7.50 |
| 01/04/07 | **Chandler, Paul A.**<br>Call with R. Tucker regarding status of schedules for EDS and CSC (0.3); calls with B. Shoemaker regarding schedules (0.4); summarizing open issues and distribution to Delphi (0.6); reviewing schedule status and responding to T. McCabe (0.6); call with M. Loeb regarding negotiation schedules (0.6); call with TPI regarding schedule status (3.6); reviewing EDS turn 2 documents (1.2); office meeting with P. Roy on pricing issues (0.5); reviewing CSC open issues (1.8); drafting comments to CSC mark-up of 5.3, 9.17(g) and 11.11 and | 12.60 |

Mayer, Brown, Rowe & Maw LLP

O6089741
Delphi Corporation
ADM Outsourcing Project

Page 3
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | distribution to Delphi (2.2); reviewing template for Schedule 2.1 (0.8). | |
| 01/04/07 | **Goldstein, Michael J.** Conference call with TPI to discuss strategy for preparing, revising and negotiating Schedules (3.5). Reviewed CSC markup of the Turn 2 Schedules (.7). Reviewed TPI revisions to MBR&M comments on negotiated statement of work documents (.5). Consulted with Paul Chandler and Lindsay Blohm regarding strategy for preparing and reviewing MSA Schedules (.6). Reviewed and responded to e-mail correspondence (.7). | 6.00 |
| 01/04/07 | **Roy, Paul J. N.** Review of draft of consolidated pricing schedule for EDS (1.70). Conferred with P. Chandler about approaches for accelerating project schedule, and pricing issues generally (0.70). | 2.40 |
| 01/05/07 | **Blohm, Lindsay A.** Commented on TPI version of 3-B and discussed Paul Chandler's comments (2.0); updated the document to reflect the discussion. (1.5). | 3.50 |
| 01/05/07 | **Chandler, Paul A.** Call with I. Seipke regarding prep. call (0.6); conferring with P. Roy on Schedule 4 (1.2); call with Delphi to discuss CSC issues (2.1); reviewing Schedule 3-B and giving comments to L. Blohm (1.0); conferring with L. Blohm and M. Goldstein on review of schedules (1.0); reviewing CSC open issues and Schedule 2.6-B for EDS (2.2); revising Schedule 4 for EDS and distribution to TPI (1.5). | 9.60 |
| 01/05/07 | **Goldstein, Michael J.** Reviewed CSC markup of the Turn 2 Schedules (1.7). | 1.70 |
| 01/05/07 | **Roy, Paul J. N.** Conferred with P. Chandler regarding meeting schedule (0.50). Review and comment on EDS's redraft of Schedule 2.6-B in relation to pricing and conferred with P. Chandler re same alternatives for more clearly distinguishing pricing alternatives (3.20). Conferred with P. Chandler open issues in CSC MSA (1.00) | 4.70 |
| 01/06/07 | **Blohm, Lindsay A.** Finalizing Schedule 3-B based on Bill Shoemaker's comments to send to Service Providers. | 0.80 |
| 01/06/07 | **Chandler, Paul A.** Reviewing and revising Schedule 2.6-B and calls with P. Roy and B. Shoemaker to discuss (1.7); reviewing and drafting comments to CSC team 2 documents (1.2); reviewing EDS MSA open issues list (2.0); reviewing CSC Section 9.17(g) and sending revisions to CSC (1.2); drafting revisions to issues list for CSC and MSA. | 7.10 |
| 01/06/07 | **Goldstein, Michael J.** Conferred with Paul Chandler regarding CSC turn 2 Schedule markups (.4). Prepared statement of work documents for meetings with EDS and CSC (.9). | 1.30 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 4
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 01/06/07 | **Roy, Paul J. N.**<br>Review of CSC's redraft of Schedule 2.6B and conferred with P. Chandler re same. | 1.00 |
| 01/07/07 | **Chandler, Paul A.**<br>Call with L. Tremonti, B. Shoemaker and P. Roy regarding 2.6-B (1.5); revising schedule 2.6-B (1.3); conferring with P. Roy on EDS indemnity issues (0.6); reviewing CSC materials, revising schedule 2.6-B, drafting amendment for Section 17.2(I) for EDS and distribution to Delphi (3.0). | 6.40 |
| 01/07/07 | **Roy, Paul J. N.**<br>Call with P. Chandler, L. Trimonti, and B. Shoemaker to discuss pricing approaches in preparation for upcoming meetings with EDS and CSC (1.00). Review of revised drafts of Schedule 2.6B and call with P. Chandler re same and implications of pricing structure on benchmarking provision (1.50). | 2.50 |
| 01/08/07 | **Blohm, Lindsay A.**<br>Negotiations with CSC and EDS regarding Schedules 3-A and 3-B. (8.0) Schedule 6 for CSC and 6-A and 6-B for CSC and EDS - made comments on Randy Tucker's version and sent to Michael for his comments. (0.8 ). Conference Call with Randy Tucker, Paul Roy, and Bill Shoemaker regarding pricing and productivity for tomorrow's meeting. also discussed 2.6-B and distinctions between types of work. (0.8 ) | 9.60 |
| 01/08/07 | **Chandler, Paul A.**<br>Call with I. Seipke regarding CSC issues (0.7); reviewing documents for CSC negotiations (2.0). | 2.70 |
| 01/08/07 | **Chandler, Paul A.**<br>Meetings with CSC (4.5); drafting revisions to documents (2.5). | 7.00 |
| 01/08/07 | **Goldstein, Michael J.**<br>Reviewed and responded to e-mail correspondence (.7). Reviewed CSC turn 2 schedule markups and distributed comments to the Delphi team (3.1). Reviewed EDS and CSC Schedule 6 documents (.7). Prepared status report of all CSC Schedules and distributed to TPI along with the current version of each schedule (2.6). Prepared status report of all EDS Schedules and distributed to TPI along with the current version of each schedule (1.9). | 9.00 |
| 01/08/07 | **Roy, Paul J. N.**<br>Review of pricing materials in preparation for meetings with EDS and CSC (1.80). Call with Bill Shoemaker, Randy Tucker, and Lindsay Blohm to discuss baseline alternative and methodology to distinguish Type 1 sustainment effort from Type 1 discretionary work (1.00). Call with P. Chandler to discuss questions for his preparation for meeting with CSC (0.30). | 3.10 |
| 01/09/07 | **Blohm, Lindsay A.**<br>Reviewing pricing and productivity with CSC and EDS. (7.3 ) Reviewing CSC documents to establish negotiation position for CSC on SOWs, SLAs and | 11.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 5
Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | pricing. (3.7) Adding proposed language from internal discussion to negotiation document for CSC Schedule 3 and deleting comments and accepting changes to closed items. (0.5) | |
| 01/09/07 | **Chandler, Paul A.**<br>Meetings with CSC (4.0); reviewing EDS materials (1.0); meetings EDS (3.4); reviewing and revising documents (1.5). | 9.90 |
| 01/09/07 | **Goldstein, Michael J.**<br>Reviewed EDS and CSC Schedule 6 documents (.6). Reviewed drafts of Schedules 3-E, 5-E, and 24-B. (1.5). Drafted Exhibit 6 (Form of Work Order) (4.3). Reviewed CSC's proposed revisions to MSA Section 7.8 (.3). Conferred with Paul Chandler regarding strategy for reviewing MSA schedules and revising the EDS MSA amendment (1.3). Reviewed and responded to e-mail correspondence (.5). | 8.50 |
| 01/09/07 | **Roy, Paul J. N.**<br>Meeting with Delphi and TPI teams in advance of discussions with EDS and CSC re productivity and pricing and baselining alternative (0.80). Meeting with EDS productivity and pricing issues (2.50). Meeting with CSC re pricing and productivity issues (2.00). Follow up meeting with Delphi and TPI team (1.50) | 6.80 |
| 01/10/07 | **Blohm, Lindsay A.**<br>Negotiations with CSC - 2.1, 2.2, 2.6, 2.6.1, 2.6.2, 2.6-B, 3.1. | 10.60 |
| 01/10/07 | **Chandler, Paul A.**<br>Negotiations with CSC on Schedules (11.0). | 11.00 |
| 01/10/07 | **Goldstein, Michael J.**<br>Reviewed drafts of Schedules 3-F, 8, 5-C, 5-D, 16, 19, 19-A and 19-B (3.9). Reviewed draft of CSC Schedule 1 (1.5). Reviewed Implemented revisions to EDS MSA amendment (1.6). Conferred with Paul Chandler regarding strategy for reviewing the MSA schedules (.4). Reviewed and responded to e-mail correspondence (.8). | 8.20 |
| 01/11/07 | **Blohm, Lindsay A.**<br>Negotiations with EDS - 2.1, 2.2, 2.6, 2.6.1, 2.6.2, 2.6-B, 2.6-A, 3.1, 3-A. | 8.50 |
| 01/11/07 | **Chandler, Paul A.**<br>Negotiations with EDS on Schedules (6.0); meetings with M. Loeb and I. Seipke to discuss open issues (1.0); conferring with M. Goldstein and L. Blohm on revisions to documents (0.4). | 7.40 |
| 01/11/07 | **Goldstein, Michael J.**<br>Reviewed CSC Schedule 1, including all new definitions from statement of work, service level, and pricing schedules (5.3). Reviewed draft of Exhibit 4 (Form of Invoice) (.2). Reviewed and responded to e-mail correspondence (1.0). | 6.50 |
| 01/12/07 | **Blohm, Lindsay A.**<br>Drafting 2.6-B for CSC and EDS (3.0) Creating issues list and status of | 4.80 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 6
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | documents for CSC and EDS(1.8). | |
| 01/12/07 | **Chandler, Paul A.**<br>Drafting revisions to CSC Section 5.3, 6.6, 11.11, 18.3, and 20.7, CSC MSA and CSC open issues list and distribution to Delphi (5.5); revising EDS Amendment and distribution to Delphi (2.8). | 8.30 |
| 01/12/07 | **Goldstein, Michael J.**<br>Reviewed CSC markup of Schedule 2.2 procurement provisions (1.0). Reviewed CSC and EDS Schedule 2.6-B drafts (1.0). Conferred with Paul Chandler regarding strategy for reviewing MSA schedules (.2). | 2.20 |
| 01/13/07 | **Blohm, Lindsay A.**<br>Working on markups of 2.6-B for EDS and CSC, based on Paul Chandler's comments. (0.8 ) Worked on Workforce Turbulence and Retention Service Level calculations in 3-B for EDS. (1.8 ) Worked on Baseline with Floor and exclusion language for 3.1 for CSC. (1.5). Talking with Paul Chandler about his comments on 3-B and 3.1 and forward to TPI and Delphi for review.  (0.5 )  Reviewing and commenting on Schedule 1 with Michael Goldstein's comments, sent to Paul Chandler and Michael Goldstein.  (2.0) | 6.60 |
| 01/13/07 | **Chandler, Paul A.**<br>Reviewing and revising Schedule 2.6-B for CSC and EDS, and 3.1 for CSC (2.5); conferring with P. Roy and L. Blohm on revisions (1.0). | 3.50 |
| 01/13/07 | **Roy, Paul J. N.**<br>Review of revised Schedules 2.6B for both CSC and EDS and conferred with P. Chandler re same. | 1.00 |
| 01/14/07 | **Chandler, Paul A.**<br>Reviewing Exhibit 6 (work order); schedule 1 and various emails regarding schedules (2.0). | 2.00 |
| 01/14/07 | **Goldstein, Michael J.**<br>Reviewed proposed changes to Schedule 3-B key measurement metrics (2.5). | 2.50 |
| 01/15/07 | **Blohm, Lindsay A.**<br>Call with TPI and Delphi to discuss negotiation position for CSC on 1/16. | 2.00 |
| 01/15/07 | **Chandler, Paul A.**<br>Call with TPI and Delphi to discuss negotiation positions for EDS and CSC (2.0); revising  Schedule 1 for CSC and distribution to Delphi (2.8); reviewing Schedules (0.5). | 5.30 |
| 01/15/07 | **Chandler, Paul A.**<br>Reviewing CSC documents (2.0). | 2.00 |
| 01/15/07 | **Goldstein, Michael J.**<br>Meeting with TPI to discuss changes to ADM schedules (1.9).  Conferred with Paul Chandler and Lindsay Blohm regarding strategy for negotiating ADM schedules (.2).  Reviewed Exhibit 6 (Form of Purchase Order) and distributed | 6.30 |

Mayer, Brown, Rowe & Maw LLP

06089741                                                                    Page 7
Delphi Corporation                                                   Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|------|------------------------|-------|
| | draft to Delphi/TPI (.6). Reviewed TPI/Delphi draft of CSC Schedule 1 (1.8). Reviewed TPI/Delphi draft of EDS Schedule 1 (1.3). Reviewed and responded to e-mail correspondence (.5). | |
| 01/16/07 | **Blohm, Lindsay A.**<br>Negotiating with CSC about Statements of Work and Service Levels. | 10.00 |
| 01/16/07 | **Chandler, Paul A.**<br>Meetings with CSC regarding schedules. | 10.50 |
| 01/16/07 | **Goldstein, Michael J.**<br>Reviewed Delphi/TPI draft of EDS Schedule 1 (.6). Reviewed draft of Schedule 9 (.5). Reviewed and responded to e-mail correspondence (.5) | 1.60 |
| 01/17/07 | **Blohm, Lindsay A.**<br>Negotiations with EDS on Statements of Work, Service Levels and Pricing (7.5 ). Revising Schedule 3 (using Additions language from Section 8.1) and 3.1 (revising to apply only to baselines for productivity data) for EDS to include baseline and baseline with floor definitions (0.8 hours). | 8.30 |
| 01/17/07 | **Chandler, Paul A.**<br>Meetings with EDS regarding schedules (9.0); reviewing and revising Schedule 3 and drafting concession points (1.5). | 10.50 |
| 01/17/07 | **Goldstein, Michael J.**<br>Reviewed drafts of Schedules 3-E, 3.1-A, and 9 (1.8). Reviewed and responded to e-mail correspondence (.3). Conferred with Paul Chandler regarding strategy for reviewing ADM schedules (.2). Reviewed TPI revisions to CSC Schedule 1 (.4). Reviewed EDS response to Turn 2 documents (.6). | 3.30 |
| 01/18/07 | **Blohm, Lindsay A.**<br>Reviewing and editing Paul Chandler's comments on EDS markups and adding EDS language on baseline and floors to CSC documents (Schedule 3 and 3.1) and sent to TPI/Delphi. (0.6 ); negotiating with CSC about procurement, Schedule 4, 4-A, and discussing other pricing issues. (4.0) | 4.60 |
| 01/18/07 | **Chandler, Paul A.**<br>Meetings with CSC regarding schedules and pricing (4.5); conferring with L. Blohm on review of documents (1.0). | 5.50 |
| 01/18/07 | **Goldstein, Michael J.**<br>Reviewed TPI/Delphi drafts of Schedules 13-A, 18, 18-A, and 21 (4.5). Reviewed TPI revisions to CSC Schedule 1 (1.3). Reviewed and responded to e-mail correspondence (.5). | 6.30 |
| 01/19/07 | **Blohm, Lindsay A.**<br>Commenting on CSC's markup of Exhibit 5 (Escrow Agreements), using a comparison between EDS's version (1.3) Updating open items status after negotiations for week of 1/15. (1.0) | 3.30 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 8
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 01/19/07 | **Chandler, Paul A.**<br>Reviewing Schedule I markup (0.6); call with I. Seipke regarding CSC issues and documents (2.0); revise documents and distribution to CSC (2.2); review markup of escrow agreement (0.4). | 5.20 |
| 01/19/07 | **Goldstein, Michael J.**<br>Reviewed TPI revisions to EDS and CSC Schedule 1 documents (2.3). Conferred with Greg Whitmore regarding EDS and CSC Schedule 1 documents (.7). Prepared draft of Schedule 1-A (.6). Reviewed and responded to e-mail correspondence (.4). Conferred with Paul Chandler and Lindsay Blohm regarding CSC comments to Exhibit 5 (.3). | 4.30 |
| 01/19/07 | **Roy, Paul J. N.**<br>Review of revised benchmarking provision for CSC agreement. | 0.50 |
| 01/20/07 | **Chandler, Paul A.**<br>Reviewing CSC questions regarding undiscovered contracts (0.5); call with R. Maha to discuss open issues (1.0); revising Exhibit 5 (escrow agreement) and distribution to CSC (0.9); reviewing and revising EDS Schedule 2.6-B (0.5); reviewing miscellaneous Schedules for CSC and EDS (1.5). | 4.40 |
| 01/20/07 | **Goldstein, Michael J.**<br>Reviewed and responded to e-mail correspondence. | 0.10 |
| 01/20/07 | **Roy, Paul J. N.**<br>Conferred with P. Chandler re provision in CSC MSA for handling newly discovered contracts for in-scope work. | 0.30 |
| 01/21/07 | **Chandler, Paul A.**<br>Reviewing Schedules 3.1 and 3.1-A, and CSC updated comments to Schedule 4-H (2.8). | 2.80 |
| 01/21/07 | **Goldstein, Michael J.**<br>Reviewed and responded to e-mail correspondence. | 0.10 |
| 01/22/07 | **Blohm, Lindsay A.**<br>Entering documents from last week's negotiation into document tracker. (2.5 ) | 2.50 |
| 01/22/07 | **Chandler, Paul A.**<br>Call with L. Guevel and I. Seipke regarding CSC open issues (2.50); call with Delphi on CSC exclusion list items (0.60); reviewing documents tracker for CSC and EDS (0.60); reviewing CSC documents (3.50). | 7.20 |
| 01/22/07 | **Goldstein, Michael J.**<br>Reviewed and responded to e-mail correspondence (.5). Reviewed current versions of MSA Schedules and updated document tracker with current status (2.1). Conferred with Paul Chandler regarding strategy for reviewing and negotiating Schedules (.4). | 3.00 |
| 01/23/07 | **Blohm, Lindsay A.**<br>Negotiations with CSC. (9.0) Working on Baseline with Floor language with | 10.00 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 9
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Paul Chandler (1.0). | |
| 01/23/07 | **Chandler, Paul A.** <br> Negotiations with CSC (10.00); reviewing and revising Schedule 3 and 4 language (2.00). | 12.00 |
| 01/23/07 | **Goldstein, Michael J.** <br> Reviewed current versions of MSA Schedules and updated document tracker with current status (4.0). Reviewed and responded to email correspondence (.3). | 4.30 |
| 01/24/07 | **Blohm, Lindsay A.** <br> Negotiations with EDS. | 10.00 |
| 01/24/07 | **Chandler, Paul A.** <br> Negotiations with EDS. | 10.50 |
| 01/24/07 | **Goldstein, Michael J.** <br> Sent, reviewed, and responded to email correspondence regarding negotiations. | 0.10 |
| 01/24/07 | **Roy, Paul J. N.** <br> Call with Delphi team to review of pricing structure to distinguish fixed priced support from discretionary Type 1 work and mechanisms for adjusting pricing to account for changes to fixed price work, and to response to additional questions left in initial draft (1.70). Revisions to EDS pricing schedule to incorporate revisions discussed (5.20). | 6.90 |
| 01/25/07 | **Blohm, Lindsay A.** <br> Talking with Paul Roy about Schedule 4. (1.0) Negotiations with CSC. (3 hours) Negotiations with EDS (3.0). Talking with team about Schedule 1 (1.0). | 8.00 |
| 01/25/07 | **Chandler, Paul A.** <br> Negotiations with CSC and EDS (9.00); reviewing/revising Schedule 1 and distribution to Delphi (2.50). | 11.50 |
| 01/25/07 | **Goldstein, Michael J.** <br> Reviewed CSC markup of Turn 2 Schedules. | 4.00 |
| 01/25/07 | **Roy, Paul J. N.** <br> Call to discuss revisions to pricing schedules with Delphi team (3.50). Revisions to EDS draft Schedule 4 to incorporate changes discussed and transmittal of same to Delphi team (4.70). Incorporation of corresponding changes in the CSC Schedule 4 (1.00) | 9.20 |
| 01/26/07 | **Chandler, Paul A.** <br> Call with I. Seipke regarding EDS subcontract and reviewing e-mail form I. Seipke (0.40); distribution of Schedule 4 to TPI (0.50). | 0.90 |
| 01/26/07 | **Roy, Paul J. N.** <br> Completed revisions to CSC Schedule 4 and transmittal of same to Delphi team (1.00). Incorporation of changes by Delphi team and transmittal of revised draft to P. Chandler for transmittal to Delphi team (1.00). | 2.00 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/28/07 | **Blohm, Lindsay A.**<br>Reviewing and updating Bill Shoemaker's document tracker and emailing the team with changes. | 1.00 |
| 01/28/07 | **Chandler, Paul A.**<br>Revising EDS and CSC Schedule 1 and CSC Schedule 4 (2.50); call with T. McCabe regarding status (0.30); revising and commenting on Exhibit 5 for CSC; Section 18.3 and 20.7 revisions (1.50). | 4.30 |
| 01/28/07 | **Goldstein, Michael J.**<br>Reviewed e-mail correspondence and conferred with Paul Chandler regarding strategy for reviewing Schedules. | 0.20 |
| 01/29/07 | **Blohm, Lindsay A.**<br>Negotiations with CSC. (8.2) Redrafting Schedule 3.1 based on package offered to CSC, and sent to Paul Chandler. (0.6 ) | 8.80 |
| 01/29/07 | **Chandler, Paul A.**<br>Meetings with CSC to negotiate pricing and schedules (9.50); reviewing and revising documents (3.50). | 13.00 |
| 01/29/07 | **Goldstein, Michael J.**<br>Reviewed CSC's comments and proposed revisions to Turn 2 Schedules (3.9). Reviewed CSC and EDS Schedules 3, 3-B and 3.1 (2.5). Reviewed current versions of Schedules and updated document status table and document repository (.9). Reviewed and responded to email correspondence (.4). | 7.70 |
| 01/29/07 | **Roy, Paul J. N.**<br>Review of CSC revisions to Schedule 4. | 0.50 |
| 01/30/07 | **Blohm, Lindsay A.**<br>Draft and revise CSC schedule 3, 3-A, 3-B, 3.1 and 3.1-A updates (6.5 hours) Compared blackline of EDS schedule 3-B and made corresponding changes to CSC and EDS documents to preserve consistency. (.6 hours) Editing Schedule 1 for EDS, entering changes and comparing to CSC Schedule 1 (.8 hours). Reviewing Greg Whitmore's split scope award document tracker. (.2 hours). Reviewed CSC's markup of Schedule 1, entered Paul Chandler's changes, spoke to Greg Whitmore about the changes. (1.5 hours). Started a list with Michael Goldstein about action items before documents can be closed (.5 hours). | 10.10 |
| 01/30/07 | **Chandler, Paul A.**<br>Negotiation with EDS on pricing issues (12.00); drafting revisions to CSC documents (2.50). | 14.50 |
| 01/30/07 | **Goldstein, Michael J.**<br>Reviewed CSC and EDS Schedules 3, 3-B and 3.1 (1.7). Reviewed current versions of Schedules and updated document status table and document repository (3.0). Reviewed and responded to email correspondence (.5). | 5.20 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 11
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/30/07 | **Roy, Paul J. N.**<br>Meetings at Delphi with Delphi team to review EDS's markup of Schedule 4 in preparation for meeting with EDS (2.50).  Meeting with EDS and Delphi team on Schedule 4 and related pricing issues (6.50). | 9.00 |
| 01/31/07 | **Blohm, Lindsay A.**<br>Negotiations with CSC about Schedule 3 documents, Schedule 6, and Schedule 6-B. | 8.00 |
| 01/31/07 | **Chandler, Paul A.**<br>Negotiations with CSC on Schedule issues and pricing. | 12.50 |
| 01/31/07 | **Goldstein, Michael J.**<br>Reviewed and responded to email correspondence. | 0.20 |
| 01/31/07 | **Roy, Paul J. N.**<br>Meeting with Delphi team in preparation for meeting with CSC on pricing and productivity issues (0.50).  Meetings with CSC on pricing and productivity issues 8.00). | 8.50 |

**Total Hours**   **549.90**

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 12
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 11/06/06 | **Long Distance Telephone**<br>(248) 813-6801 at 1416 ( 30 mins) | 2.70 |
| 11/06/06 | **Long Distance Telephone**<br>(248) 813-1141 at 1448 ( 19 mins) | 1.71 |
| 11/09/06 | **Long Distance Telephone**<br>(248) 813-6801 at 1744 ( 29 mins) | 2.61 |
| 11/10/06 | **Long Distance Telephone**<br>(914) 766-4403 at 1511 ( 26 mins) | 2.34 |
| 11/10/06 | **Long Distance Telephone**<br>(248) 813-1141 at 1605 ( 30 mins) | 2.70 |
| 11/13/06 | **Long Distance Telephone**<br>(248) 813-1141 at 1013 ( 13 mins) | 1.17 |
| 11/13/06 | **Long Distance Telephone**<br>(248) 813-1141 at 1547 ( 12 mins) | 1.08 |
| 11/14/06 | **Long Distance Telephone**<br>(248) 813-1141 at 1203 ( 107 mins) | 9.63 |
| 11/21/06 | **Long Distance Telephone**<br>(248) 813-6801 at 1333 ( 13 mins) | 1.17 |
| 11/28/06 | **Long Distance Telephone**<br>(248) 813-1141 at 1500 ( 22 mins) | 1.98 |
| 12/01/06 | **Long Distance Telephone**<br>(248) 813-1141 at 1656 ( 20 mins) | 1.80 |
| 12/20/06 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070006 DATE: 02-Feb-07<br>Hotel Expenses for trip to Detroit on 12/19/06 From 19 Dec 2006 To 20 Dec 2006 | 472.34 |
| 12/21/06 | **Business Meals - Travel**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070006 DATE: 02-Feb-07<br>Hotel Expenses for trip to Detroit on 12/19/06 From 20 Dec 2006 To 21 Dec 2006 | 60.10 |
| 01/02/07 | **Document Reproduction** | 0.50 |
| 01/03/07 | **Document Reproduction** | 0.10 |
| 01/05/07 | **Document Reproduction** | 0.30 |
| 01/07/07 | **Travel - Airfare**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070005 DATE: 18-Jan-07<br>Trip to Detroit on 1/07/07 From 07 Jan 2007 To 07 Jan 2007 | 292.05 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 13
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 01/07/07 | **Document Reproduction** | 90.00 |
| 01/08/07 | **Travel - Airfare** <br> VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070083 DATE: 12-Jan-07 Delphi trip From 08 Jan 2007 To 08 Jan 2007 | 292.05 |
| 01/08/07 | **Travel - Airfare** <br> VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070112 DATE: 17-Jan-07 Paul Chandler's Detroit, Michigan Reimbursement From 08 Jan 2007 To 08 Jan 2007 | 400.05 |
| 01/09/07 | **Travel - Other** <br> VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070083 DATE: 12-Jan-07 Delphi trip From 08 Jan 2007 To 09 Jan 2007 | 561.40 |
| 01/09/07 | **Business Meals - Travel** <br> VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070083 DATE: 12-Jan-07 Delphi trip From 08 Jan 2007 To 09 Jan 2007 | 122.14 |
| 01/09/07 | **Document Reproduction** | 0.30 |
| 01/11/07 | **Travel - Other** <br> VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070112 DATE: 17-Jan-07 Paul Chandler's Detroit, Michigan Reimbursement From 08 Jan 2007 To 11 Jan 2007 | 1,248.31 |
| 01/11/07 | **Travel - Other** <br> VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070005 DATE: 18-Jan-07 Trip to Detroit on 1/07/07 From 07 Jan 2007 To 11 Jan 2007 | 1,731.67 |
| 01/11/07 | **Business Meals - Travel** <br> VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070005 DATE: 18-Jan-07 Trip to Detroit on 1/07/07 From 08 Jan 2007 To 11 Jan 2007 | 221.82 |
| 01/11/07 | **Business Meals - Travel** <br> VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070112 DATE: 17-Jan-07 Paul Chandler's Detroit, Michigan Reimbursement From 08 Jan 2007 To 11 Jan 2007 | 149.06 |
| 01/15/07 | **Travel - Airfare** <br> VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070115 DATE: 23-Jan-07 Paul Chandler - Detroit Trip Reimbursement From 15 Jan 2007 To 15 Jan 2007 | 386.55 |
| 01/15/07 | **Travel - Airfare** <br> VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070008 DATE: 07-Feb-07 Travel to Detroit on 1/15 to 1/18/07 From 15 Jan 2007 To 15 Jan 2007 | 298.05 |
| 01/15/07 | **Travel - Other** <br> VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070008 DATE: 07-Feb-07 Taxi on 1/15 from home to O'Hare. | 41.85 |
| 01/16/07 | **Document Reproduction** | 0.30 |
| 01/17/07 | **Travel - Airfare** | 287.85 |

Mayer, Brown, Rowe & Maw LLP

06089741                                                                    Page 14
Delphi Corporation                                                    Roy, Paul J. N.
ADM Outsourcing Project

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 1226200601; DATE: 1/17/2007  -  Travel expenses incurred on trip to Chgo/Det/Chgo by M.Goldstein on 12/17/06 | |
| 01/17/07 | **Document Reproduction** | 1.30 |
| 01/18/07 | **Travel - Other** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070115 DATE: 23-Jan-07 Paul Chandler - Detroit Trip Reimbursement From 15 Jan 2007 To 18 Jan 2007 | 677.91 |
| 01/18/07 | **Travel - Other** VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070008 DATE: 07-Feb-07 Taxi from O'Hare to home. | 42.45 |
| 01/18/07 | **Travel - Other** VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070008 DATE: 07-Feb-07 Travel to Detroit on 1/15 to 1/18/07 From 15 Jan 2007 To 18 Jan 2007 | 722.14 |
| 01/18/07 | **Business Meals - Travel** VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070008 DATE: 07-Feb-07 Travel to Detroit on 1/15 to 1/18/07 From 16 Jan 2007 To 18 Jan 2007 | 132.36 |
| 01/18/07 | **Business Meals - Travel** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070115 DATE: 23-Jan-07 Paul Chandler - Detroit Trip Reimbursement From 15 Jan 2007 To 18 Jan 2007 | 87.90 |
| 01/19/07 | **Document Reproduction** | 1.70 |
| 01/19/07 | **Document Reproduction** | 0.50 |
| 01/22/07 | **Travel - Airfare** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070118 DATE: 30-Jan-07 Reimbursement For Trip To Delphi From 22 Jan 2007 To 22 Jan 2007 | 629.05 |
| 01/22/07 | **Business Meals - Travel** VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070009 DATE: 14-Feb-07 Dinner | 7.27 |
| 01/23/07 | **Document Reproduction** | 0.20 |
| 01/24/07 | **Travel - Other** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070118 DATE: 30-Jan-07 Reimbursement For Trip To Delphi From 22 Jan 2007 To 24 Jan 2007 | 657.24 |
| 01/25/07 | **Travel - Airfare** VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070009 DATE: 14-Feb-07 Trip to Detroit on 1/22-1/25/07 From 22 Jan 2007 To 25 Jan 2007 | 412.15 |
| 01/25/07 | **Travel - Airfare** VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070010 DATE: 13-Feb-07 Splitting airfare 50% to BTS Seminar and 50% to Delphi (Matter #06-089741) | 290.90 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 15
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 01/25/07 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070009 DATE: 14-Feb-07<br>Trip to Detroit on 1/22-1/25/07 From 22 Jan 2007 To 25 Jan 2007 | 637.82 |
| 01/25/07 | **Business Meals - Travel**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070009 DATE: 14-Feb-07<br>Trip to Detroit on 1/22-1/25/07 From 23 Jan 2007 To 25 Jan 2007 | 130.22 |
| 01/25/07 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070118 DATE: 30-Jan-07<br>Reimbursement For Trip To Delphi From 22 Jan 2007 To 25 Jan 2007 | 105.67 |
| 01/28/07 | **Travel - Airfare**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070119 DATE: 02-Feb-07<br>Reimbursement For Trip To Detroit From 28 Jan 2007 To 28 Jan 2007 | 292.05 |
| 01/29/07 | **Travel - Airfare**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070087 DATE: 01-Feb-07<br>Delphi ADM meeting From 29 Jan 2007 To 29 Jan 2007 | 393.42 |
| 01/30/07 | **Business Meals - Travel**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070087 DATE: 01-Feb-07 | 143.90 |
| 01/31/07 | **Travel - Other**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070087 DATE: 01-Feb-07<br>Delphi ADM meeting From 29 Jan 2007 To 31 Jan 2007 | 474.13 |

**Total Other Charges**                    **$12,525.96**

# Marriott.
## HOTELS & RESORTS

GUEST FOLIO

| | | | | |
|---|---|---|---|---|
| **705** BLOHM/LINDSAY | **209.00** | DUPLICATE | **16:33** | ACCT# |
| ROOM    NAME | RATE | DEPART | TIME | **8898** |
| **NSDB** | | **12/19/06** | | |
| TYPE | | ARRIVE | TIME | |

ROOM
CLERK

BKXXXXXXXXXXXX1406
PAYMENT

ADDRESS

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 12/19 | ROOM TR    705, 1 | 209.00 | | |
| 12/19 | STATETAX   705, 1 | 12.54 | | |
| 12/19 | CITY TAX   705, 1 | 14.63 | | |
| 12/20 | RM SERV   7161 705 | 28.30 | | |
| 12/20 | ROOM TR    705, 1 | 209.00 | | |
| 12/20 | STATETAX   705, 1 | 12.54 | | |
| 12/20 | CITY TAX   705, 1 | 14.63 | | |
| 12/21 | RM SERV   7227 705 | 31.80 | | |
| 12/21 | CCARD-BK | | 532.44 | |
| | BKXXXXXXXXXXXX1406 | | | |
| | | | | .00 |

# Marriott.
## HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 15 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5 % per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# TROY MARRIOTT HOTEL

## 200 W. BIG BEAVER ROAD
## TROY, MICHIGAN 48084-9856
## (248) 680-9797
## FAX (248) 680-9774

DATE: 1/30/07 PAGES INCLUDING COVER: 2

TO: Ms Blohm Lindsay

FAX NUMBER: 312- 706 -8409

COMMENTS: Guest folio.

## Nelson, Aurora

| | |
|---|---|
| **From:** | Blohm, Lindsay |
| **Sent:** | Friday, January 12, 2007 2:59 PM |
| **To:** | Nelson, Aurora |
| **Subject:** | Expenses |

Hi Aurora,

Here are my expenses from my last two trips to Detroit:

**12/19 trip to Detroit:**
1. $194.30 for the Avis Rental car (lost receipt, included debit card statement and circled this charge)

2. $532.44 for the Marriott. I have this receipt, but left it at home. I'll get it to you next week and you can let me know if you have any questions about any of the charges (room service only).

3. $51.24 dinner with Paul Chandler at Rexy's Bangkok Cuisine on 12/20
(lost this receipt. Included my credit card statement and circled this charge)

4. $120.30 for the Northwest ticket 12/19
$47.25 Agent Fee

**1/7 trip to Detroit:**
5. $47.25 for the agent fee
6. $244.80 for the ticket on Southwest
(included my credit card bill and circled this charges, as well as the travel itinerary)

7. $~~1450.34~~ (included receipt)   $1,452.45
Marriott Troy 1/7-1/11

See Exp. Report Summary.
Telecom = high speed internet.
The room service is all added together, so on 1/9 I had breakfast and dinner.

8. $35 cab to MDW on 1/7 from 71 S. Wacker (included print out receipt)

9. $31 cab from MDW on 1/11 to 55 W. Delaware (my house, included print out receipt)

10. $6.97 Lunch at Delphi on 1/9/07

11. $112.06/2 = $61.03 for dinner on 1/10 (included credit card receipt for total, but ate with another person, so split bill in half, also included on credit card statement, called Katana)

12. $4.65 Dinner at Checkers on 1/11 (included receipt)

13. $362.39 Avis rental car from 1/7-1/11.

**Cab/parking receipts for working late:**

14. 12/1/06 $10 (cab, receipt included)
15. 12/7/06 $31 (parking, receipt included)
16. 1/4/07 $8 (cab, receipt included)

Lindsay Blohm

Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive

1

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT



**GUEST FOLIO**

| 605 BLOHM/LINDSAY | 279.00 | 01/11/07 | 12:00 | 3007 |
| ROOM   NAME | RATE | DEPART | TIME | ACCT# |
| NSDB | | 01/07/07 | 00:01 | |
| TYPE | | ARRIVE | TIME | |
| 25 | PASSPORT: | | | |

ROOM CLERK    ADDRESS                        PAYMENT                    MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 01/07 | TELECOM    TELECOM | 9.95 | | |
| 01/07 | TAX        TELECOM | .60 | H | |
| 01/07 | ROOM TR    605, 1 | 279.00 | | |
| 01/07 | STATETAX   605, 1 | 16.74 | A | |
| 01/07 | CITY TAX   605, 1 | 19.53 | B | |
| ~~01/08~~ | ~~RM SERV     7508 605~~ | ~~32.44~~ | | |
| 01/08 | GIFTSHOP   6033 605 | 2.11 | | |
| 01/08 | TELECOM    TELECOM | 9.95 | | |
| 01/08 | TAX        TELECOM | .60 | H | |
| 01/08 | ROOM TR    605, 1 | 279.00 | | |
| 01/08 | STATETAX   605, 1 | 16.74 | A | |
| 01/08 | CITY TAX   605, 1 | 19.53 | B | |
| ~~01/09~~ | ~~RM SERV     7598 605~~ | ~~33.53~~ | | |
| ~~01/09~~ | ~~RM SERV     8006 605~~ | ~~52.78~~ | | |
| 01/09 | TELECOM    TELECOM | 9.95 | | |
| 01/09 | TAX        TELECOM | .60 | H | |
| 01/09 | ROOM TR    605, 1 | 279.00 | | |
| 01/09 | STATETAX   605, 1 | 16.74 | A | |
| 01/09 | CITY TAX   605, 1 | 19.53 | B | |
| ~~01/10~~ | ~~RM SERV     8105 605~~ | ~~20.30~~ | | |
| 01/10 | TELECOM    TELECOM | 9.95 | | |
| 01/10 | TAX        TELECOM | .60 | H | |
| 01/10 | ROOM TR    605, 1 | 279.00 | | |
| 01/10 | STATETAX   605, 1 | 16.74 | A | |
| 01/10 | CITY TAX   605, 1 | 19.53 | B | |
| 01/11 | BK CARD | | $1452.45 | |

TO BE SETTLED TO:    MASTERCARD          CURRENT BALANCE   .00

**THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.**

------------------ SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 66.96 |
| B | CITY TAX 7% | .00 | 78.12 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | 2.40 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 1304.97 | 147.48 | .00 | 1452.45 |

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay all cash or by approved personal check or to surcharge your credit card for all amounts charged to you...

6-2605C
Rev. 12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| | | | | |
|---|---|---|---|---|
| **605** ROOM | **BLOHM/LINDSAY** NAME | **279.00** RATE | **01/11/07** DEPART **12:00** TIME | **3007** ACCT# |
| **NSDB** TYPE | | | **01/07/07** ARRIVE **00:01** TIME | |
| **25** | | PASSPORT: | | |
| ROOM CLERK | ADDRESS | PAYMENT | | MR#: |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| | ------------------ EXP. REPORT SUMMARY ------------------ | | | |
| 01/07 | TELECOM | 9.95 | | |
| | TAX | .60 | | |
| | ROOM&TAX | 315.27 | | |
| 01/08 | RM SERV | 32.44 | | |
| | GIFTSHOP | 2.11 | | |
| | TELECOM | 9.95 | | |
| | TAX | .60 | | |
| | ROOM&TAX | 315.27 | | |
| 01/09 | RM SERV | 86.32 | | |
| | TELECOM | 9.95 | | |
| | TAX | .60 | | |
| | ROOM&TAX | 315.27 | | |
| 01/10 | RM SERV | 28.30 | | |
| | TELECOM | 9.95 | | |
| | TAX | .60 | | |
| | ROOM&TAX | 315.27 | | |

**WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM**



**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. This have agreed to pay all charges by approved personal check or to authorize us to charge your credit card for all amounts charged to us. This amount shown in the credits shows my credit card entry in the reference column above will be charged to the credit card company net amount above. If the credit card company will not in the total balances. If for any reason the credit card company does not pay payment and my account, you will owe us such amount. If your account is not settled, in the event payment is not made within 25 days after checking, you will owe us interest from the checkout date at my original amount at rates as set in the amount FINANCIAL RATE of the maximum allowed by law as the reservation cost of collection including attorney fees.

Signature X

6-2455C
Rev 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

**⑨**

YELLOW CAB

CHECKER TAXI

CAB# 5866

01/11/07  20:40

01/11/07  21:02

TRIP #       2374

DIST    12.58 mi

Rate 1   $ 25.85

EXTRAS    $ 1.00

TOTAL    $ 26.85

DEPT OF CONSUMER

SERVICE CALL 311

+4.15=31

**⑧**

+4.15 =

DEPT OF CONSUMER
Services
Call 311

**⑩**

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:              13400002

MERCHANT #:         000000155285047

MC
SALE
BATCH: 000470
DATE: JAN 09, 07          INVOICE: 000014
RRN: 000045592276           TIME: 18:29
                          AUTH NO: 500228
*************1406

TOTAL              $6.97

LINDSAY A BLOHM

CUSTOMER COPY

**⑪**



1/2 = $61.03

!!! S. Main Street
Royal Oak

Server: Paul         DOB: 01/10/2007
10:08 PM                  01/10/2007
Table 4/1                   2/20012

MC                          2097173
Card #XXXXXXXXXXX1406
Magnetic card present: BLOHM
LINDSAY A
Approval: 126695

        Amount:        94.06

      + Tip:        13.00

    = Total:

Approval: 126695

**⑫**

Checkers
9247 Middlebelt Rd.
Romulus, MI
(734)946-5838

**DS224**

Host: JAMES C                01/11/2007
DS224                          6:34 PM
Area: Driver's Side             20225

#Combo
Champ w/Cz#                      4.39
  NO Onions
Fries - SM#
DIET - SM#

Sub Total                        4.39
Tax                              0.26

Drive-Thru Total                 4.65

Master #XXXXXXXXXXX1406          4.65
  Auth:414687

Thanks for Choosing Checkers
William Bluege
General Manager
734-946-5838

DRIVER SIDE

--- Check Closed ---



**AVIS.**   We try harder®

**TRANSACTION RECORD**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 774047702 | 1938720 | F |

BLOHM,LINDSAY
AWD = A477300
CV - CMXXXXXXXXXXXX1406

```
OUT DTW 07JAN07/2309 MI = 16108
IN  DTW 11JAN07/1839 MI = 16224
    116 MIe    .40 =
        HRe  21.01 =
      4 DYe  63.00 =        252.00
#$.80/DAY FEE       =          3.20
**11.11% FEE        =         33.23
GAS SVC OPTION      =         47.12
TAXABLE SUBTOT      =        335.55
TAX 8.000%          =         26.84

TOTAL CHARGES       =        362.39
**CONCESSION RECOVERY FEE
TX INCL 2% STADIUM TAX
#VEHICLE LICENSE FEE
```

Thank you for renting from Avis.
We value your business. Have a safe trip.

Citibank Unbilled Activity



Privacy | citi.com | Careers | Use Credit Wisely | citicards.com | Español

**Account Online**

Citi® Platinum Select® / AAdvantage®
World MasterCard®
aa1406-1406

Sign out

🔒 Secure

| View My Account ▾ | Make a Payment ▾ | Manage My Account ▾ | Help/Contact Us ▾ |

**Unbilled Activity**                                                     Friday, January 12, 2007

BLOHM,LINDSAY A
XXXX-XXXX-XXXX-1406

The following transactions have been posted to your account since your last statement. This list may not include your most recent transactions. Get a printable version of this information.

Download Unbilled Activity
Download account information directly into your software.

Download to **Quicken**    Download to **Money**    First time users: Download Instructions

Consolidate holiday bills into one monthly payment.

A Balance Transfer makes it easy.

More info »

**Current Balance**
Next Statement Date                                               01/18/07

**Payments/Adjustments and Credits**                       Click on titles below to sort transactions

Sort by:

| Sale Date ▾ | Post Date ▾ | Description ▾ | Amount ▾ |
|---|---|---|---|
| 12/26/06 | 12/25 | CREDIT FINANCE CHARGES |  |

1 transaction.

**Transactions**                                              Click on titles below to sort transactions

Sort by:

| Sale Date ▾ | Post Date ▾ | Description ▾ | Amount ▾ |
|---|---|---|---|
| 12/19/06 | 12/20 |  |  |
| 12/19/06 | 12/20 | AGNT FEE8908138543900 1 THE LAWYERS T IL | $47.25 |
| 12/20/06 | 12/20 |  |  |
| 12/19/06 | 12/20 | NWA AIR 01278040902693 CHICAGO IL | $120.30 |
| 12/20/06 | 12/20 | REXYSBANGCOCKCUISINE ROYALOAK MI | $51.24 |
| 12/20/06 | 12/20 |  |  |
| 12/22/06 | 12/22 |  |  |
| 12/22/06 | 12/22 | MARRIOTT 337W8 TROY TROY MI | $532.44 |
| 12/23/06 | 12/23 |  |  |
| 12/23/06 | 12/23 |  |  |
| 12/24/06 | 12/24 |  |  |
| 12/23/06 | 12/23 |  |  |
| 12/26/06 | 12/26 |  |  |
| 12/27/06 | 12/27 |  |  |
| 12/27/06 | 12/27 |  |  |
| 12/28/06 | 12/28 |  |  |
| 12/19/06 | 12/20 | UNITED 01678040902706 CHICAGO IL | $25.70 |
| 12/28/06 | 12/28 |  |  |
| 12/29/06 | 12/29 |  |  |
| 12/29/06 | 12/29 |  |  |
| 12/29/06 | 12/29 |  |  |
| 12/30/06 | 12/30 |  |  |
| 12/30/06 | 12/30 |  |  |
| 12/31/06 | 12/31 |  |  |
| 12/31/06 | 12/31 |  |  |

Citibank Unbilled Activity



| 12/31/06 | 12/31 | | |
| 12/31/06 | 12/31 | | |
| 01/01/07 | 01/01 | | |
| 01/01/07 | 01/01 | | |
| 01/02/07 | 01/02 | | |
| 01/03/07 | 01/03 | | |
| 01/05/07 | 01/05 | | |
| 01/05/07 | 01/05 | AGNT FEE89081390542793 THE LAWYERS T IL | $47.25 |
| 01/05/07 | 01/05 | SOUTHWES5262764379831 8004359792 TX | $244.80 |
| 01/06/07 | 01/06 | | |
| 01/06/07 | 01/06 | | |
| 01/07/07 | 01/07 | | |
| 01/08/07 | 01/08 | | |
| 01/08/07 | 01/08 | | |
| 01/09/07 | 01/09 | AVI DELPHI WORLD H Q51 TROY MI | $6.97 |
| 01/10/07 | 01/10 | KATANA NU ASIAN STEAKH ROYAL OAK MI | $112.06 |

43 transactions.

## Cash Advances and Checks

Click on titles below to sort transactions

Sort by:

| Sale Date | Post Date | Description | Amount |
|---|---|---|---|

No activity.

citi
Citi.com

A member of citigroup
Privacy
Terms and Conditions
Copyright © 2006 Citigroup

01/17/07  16:06:34   SWA 1-800-435-9792->13127817749        Ticketless Travel        PAGE 001

# SOUTHWEST AIRLINES•
# TICKETLESS TRAVEL<sup>SM</sup>

**Nontransferrable. Positive Identification Required**
**BRING A COPY OF THIS ITINERARY TO THE AIRPORT FOR FLIGHT CHECKIN**
Receipt and Itinerary as of 01/17/2007 03:01PM

Confirmation Number:   5SMKUM          ARC no: 14594915 Received:
Confirmation Date: 01/05/2007

Passenger(s):                                        Account Number:
  BLOHM/LINDSAY 526-2764379831-0

Itinerary:

| | Flt# | Date | Depart | Arrive |
|---|---|---|---|---|
| CHICAGO-MIDWAY/DETROIT METRO MI | 714 Y | 07JAN07 | 09:00PM | 10:55PM |
| DETROIT METRO MI/CHICAGO-MIDWAY | 2097 Y | 11JAN07 | 08:25PM | 08:30PM |

**********

Cost:                          Total for 1 Passenger(s)   AIR:      208.38
                                                           TAX:       22.42
                                                           PFC:        9.00
                                                  SECURITY FEE:        5.00
                                                                  ---------
                                                    TOTAL FARE:    $244.80

**********

Payment Summary:
  Prior payment(s):
  05JAN2007 MASTERCARD xxxxxxxxxxxx1406                            244.80

                                          Total Payments:         $244.80
                                          **********

Fare Rule(s):
  VALID ONLY ON SOUTHWEST AIRLINES
  All travel involving funds from this confirm no. must be completed by
  01/05/08.
Fare Calculation:
  ADT- 1 MDWWNDTW YL 112.00   DTWWNMDW YL 112.00    $224.00 ZP6.80 XFMDW4.50
       DTW4.50 AYMDW2.50 DTW2.50   $244.80
                          CONDITIONS OF CONTRACT

**SOUTHWEST AIRLINES CO. NOTICE OF INCORPORATED TERMS** – Air transportation operated by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference. Incorporated terms include but are not limited to: (1) Limits on liability for loss, damage to, or delayed delivery of passenger baggage, including fragile, perishable, and certain other irreplaceable and/or high-value goods or contents, as specified in Article 75 of the Contract of Carriage. Baggage liability for covered items (except disability assistive devices) is limited to $2,800 per fare-paying Customer unless excess valuation coverage is purchased. (2) Claims restrictions, including timeperiods in which Customers must file a claim or bring an action against Southwest. (3) Our rights to change terms of the Contract. (4) Rules on reservations, checkin times, refusal to carry, and smoking. (5) Our rights and limits of liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (6) Overbooking: If we deny you boarding due to an oversale and you have obtained your boarding pass and are present and available for boarding in the departure gate area at least ten minutes before scheduled departure, with few exceptions, we compensate you. You may inspect Southwest's Contract of Carriage and Customer Service Commitment at any Southwest ticket counter or online at southwest.com, or obtain a copy by sending a request to: Southwest Airlines, V.P. Customer Relations, PO Box 36647, Dallas, TX 75235-1647. Note: When traveling on any flight operated by another carrier, that operating carrier's contract of carriage applies.

**Checkin Rules:** Flights operated by Southwest Airlines: Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to schedule departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**REFUND AND EXCHANGES:** Any change to this itinerary may result in a fare increase. Unless otherwise noted if you do not travel on this itinerary, you may qualify for a refund or exchange. To apply for a refund, please call 1-800-I-FLY-SWA. Written requests should include a copy of this document and be addressed to: Southwest Airlines Refund Department 6RF, PO Box 36649, Dallas, TX 75235-1649

**Nelson, Aurora**

| | |
|---|---|
| **From:** | Witten, Steve |
| **Sent:** | Monday, January 08, 2007 11:19 AM |
| **To:** | Nelson, Aurora |

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: L0          ITINERARY          DATE: 08 JAN 07
CUSTOMER NBR: 202007              DICXPS     PAGE: 01

TO: MAYER BROWN ROWE AND MAW
    71 SOUTH WACKER
    CHICAGO IL 60606


FOR: BLOHM/LINDSAY          REF: 11834


GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
20/25 USD SURCHARGE FOR A PAPER TICKET
TO AVOID ADDITONAL COST AN E-TICKET IS
STRONGLY RECOMMENDED
AS OF 9-26-06 - LIQUIDS PURCHASED IN SECURE AREAS ARE ALLOWED
ON BOARD.  TRAVELERS ARE ALLOWED TO CARRY ON TOILETRIES UP TO
3 OUNCES THAT FIT COMFORTABLY IN ONE QUART SIZED CLEAR PLASTIC BAG
FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.
**11 JAN 07  -  THURSDAY**
  AIR   SOUTHWEST AIRLINES   FLT:2097   ECONOMY
     LV DETROIT METRO          825P          EQP: BOEING 737 300
     DEPART: L.C. SMITH TERMINAL              01HR 05MIN
     AR CHICAGO MIDWAY          830P          NON-STOP
                        REF: 5SMKUM
     SEAT ASSIGNMENT UNDER AIRPORT CONTROL AT THIS TIME.****

**10 JUL 07  -  TUESDAY**
  OTHER INFORMATION
     HAVE A GREAT TRIP

CONTINUED ON PAGE 2

1

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: L0         ITINERARY         DATE: 08 JAN 07
CUSTOMER NBR: 202007              DICXPS      PAGE: 02

TO: MAYER BROWN ROWE AND MAW
    71 SOUTH WACKER
    CHICAGO IL 60606

FOR: BLOHM/LINDSAY         REF: 11834

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
..........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

2



**A WOODWARD AVENUE TRADITION SINCE 1964**

ATHENS CONEY ISLAND
Date: 1/9/2007    Time: 8:52:50 PM

Card Type:        Master Card
Card Number:    XXXXXXXXXXXX8491
Expiration Date: 1/31/2009
Server Name:      Carry
    Check Number:    439003
    Tab Number:      10

Card Owner:      CHANDLER/PAUL

AMOUNT 10.60

TIP      2.40

TOTAL    13.00

Approval: 009093

RETAIN THIS COPY FOR YOUR RECORDS

111 S. Main Street
Royal Oak

Server: Paul        DOB: 01/10/2007
10:08 PM                01/10/2007
Table 4/1               2/30012

MMC                         2097172
Card #XXXXXXXXXXXX8491
Magnetic card present: CHANDLER
PAUL
Approval: 010132

            Amount:       47.03

            + Tip:        6.00

            = Total:      53.03

Approval: 010132

PIFFERS INV INC
CAB # 6506
01/08/07 TR 4767
START  END MILES
10:27 10:46 17.7
FARE :  $  34.25
EXTRA:  $   1.00
TOTAL:  $  35.25
DEPT OF CONSUMER
SERVICE CALL 311
    THANK YOU

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:          13400002

MERCHANT #:      000000155705047

MC
SALE
BATCH: 000470    INVOICE: 000020
DATE: JAN 09, 07    TIME: 10145
RRN: 000045614352   AUTH NO: 009786

xxxxxxxxxxxx8491

TOTAL          $9.02

PAUL CHANDLER

CUSTOMER COPY

GLOBE TAXI
(705) 725 6500

Medt            4155
Trip#           2033
Date  01/11/2007
Start      11:18PM
End        11:30PM
Dist in       1514
FARE $       30.85
Extras $       9.50

TOTAL  $    38.60
CASH PAYMENT

DEPT OF CONSUMER
SERVICE CALL 311

Delphi

NATIONAL
CAR RENTAL

RA 813463224                 Inv 80012932477
Rental  08-JAN-2007 02:58 PM
DETROIT METRO ARPT
Return  11-JAN-2007 08:07 PM
DETROIT METRO ARPT

PAUL CHANDLER
Vehicle # 71166967
Model    GRAND PRIX
Class Driven FCAR    Class Charged ICAR
License# AFH1701    State/Province  MI
M/Kms Driven  176
M/Kms Out    4780
M/Kms In     4956

MAYER BROWN & PLATT
Contract ID 5702498

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 4 Days | 56.00 | 224.00* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| FSO | 1 Rental | 39.61 | 39.61* |
| ARPT COST RECOVERY FEE | | | 29.66* |
| WAYNE COUNTY STADIUM TX | | | 5.86* |
| VEH LIC FEE RECOVERY | | | 3.40* |
| SALES TAX 06.000 % | | | 18.15 |

Total Charges            USD 320.68

Paid By   MC   8491        -320.68

Amount Due              USD  0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 673566320
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334

National Coney Island

**National.**

*********************************
T.Number 45201   1/11/2007   9:13:45 PM
*********************************
Register: 1
*********************************
*********************************
Charge Amount              9.88
                      =========

Signature:

======================================
CHANDLER/PAUL
55286245#######
Exp Date: 0109
Auth. Number:
Reference Number:

HMSHOST
QUICK CHECK E09
Chicago 773.686.6180

1436 James
---------------------------------
3612 JAN08'07 11:01AM
---------------------------------

1 COKE BTL 20oz          2.09
1 RTE BUF CHX SUB        6.99
  XXXXXXXXXXXXXXX1       XX/XX
  MSTRCARD  A1 5*        10.07

SUBTOTAL                 9.08
TAX                      0.99
AMOUNT PAID     1 0 . 0 7

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 919 | CHANDLER/PAUL/A | 279.00 | 01/10/07 | 12:00 | 2648 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NSDB | | | 01/08/07 | 15:41 | |
| TYPE | | | ARRIVE | TIME | |
| 25 | | PASSPORT: | | | |

ROOM CLERK    ADDRESS                    PAYMENT

MR#: XXXXX7055

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 01/08 | RM SERV | 7983 919 | 54.06 | | |
| 01/08 | TELECOM | TELECOM | 9.95 | | |
| 01/08 | TAX | TELECOM | .60 | H | |
| 01/08 | ROOM TR | 919, 1 | 279.00 | A | |
| 01/08 | STATETAX | 919, 1 | 16.74 | A | |
| 01/08 | CITY TAX | 919, 1 | 19.53 | B | |
| 01/09 | TELECOM | TELECOM | 9.95 | | |
| 01/09 | TAX | TELECOM | .60 | H | |
| 01/09 | ROOM TR | 919, 1 | 279.00 | | |
| 01/09 | STATETAX | 919, 1 | 16.74 | A | |
| 01/09 | CITY TAX | 919, 1 | 19.53 | B | |
| 01/10 | BK CARD | | | $705.70 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| A | STATE TAX 6% | .00 | 33.48 |
| B | CITY TAX 7% | .00 | 39.06 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | 1.20 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 631.96 | 73.74 | .00 | 705.70 |

------------------ EXP. REPORT SUMMARY ------------------

| 01/08 | RM SERV | 54.06 |
|---|---|---|
| | TELECOM | 9.95 |
| | TAX | .60 |
| | ROOM&TAX | 315.27 |
| 01/09 | TELECOM | 9.95 |
| | TAX | .60 |
| | ROOM&TAX | 315.27 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 1/2% per month (ANNUAL RATE, 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

6-2955C
Rev 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

# Marriott.
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 919 | CHANDLER/PAUL/A | 279.00 | 01/10/07 | 12:00 | 2648 |
|-----|-----------------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| **NSDB** | | | 01/08/07 | 15:41 | |
| TYPE | | | ARRIVE | TIME | |
| **25** | | **PASSPORT:** | | | |

| ROOM CLERK | ADDRESS | PAYMENT | MR#: XXXXX7055 |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 01/08/07 - 01/10/07 REVENUE IF APPLICABLE    $631.96
BASE POINTS EARNED: 6320    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card and number set forth above. The
credit card company will bill in the usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 1/2%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



*Page No.  1*

## S o m e r s e t  I n n

2601 West Big Beaver Road, Troy, Michigan 48084
Hotel (248) 643-7800   Toll Free Reservations (800) 228-8769
www.somersetinn.com

| | | |
|---|---|---|
| Guest Name: | Paul A Chandler | Room #: **201** |
| | 3180 N Lake Shore | Folio#:  **CKR46WN - 1** |
| | Chicago, IL  60657     USA | Group #: |
| | | Guests:   **1** |
| | | Clerk: |

Arrive: 01/10/07     Time:  07:19 PM     Depart:  01/11/07     Time:  01:56:58     Stat:  **FOL**

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 01/10/07 | ROOM CHARGE | 201 | | $174.00 | |
| 01/10/07 | DMCVB-ASSMT TAX | 201t | DMCVB-ASSMT TAX | $3.48 | |
| 01/10/07 | CONV FACILITY TAX | 201t | CONVENTION FACILITY TAX | $9.22 | |
| 01/10/07 | SALES TAX | 201t | SALES TAX | $10.44 | |

| Folio Balance: | $197.14 |
|---|---|

Guest Signature: _____



# THE LAWYERS' TRAVEL SERVICE

```
                      71 SOUTH WACKER
                         8TH FLOOR
                    CHICAGO, IL  60606-4637
                312-701-7700  FAX 312-701-7749
```

```
SALES PERSON: L7         ITINERARY/INVOICE NO. 0253968        DATE: 04 JAN 07
CUSTOMER NBR: 202033                     IAIDJC              PAGE: 01

        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606
```

FOR: CHANDLER/PAUL A            REF: 01169

```
           GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
           INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
           20/25 USD SURCHARGE FOR A PAPER TICKET
           TO AVOID ADDITONAL COST AN E-TICKET IS
           STRONGLY RECOMMENDED
08 JAN 07  -  MONDAY
    AIR   NORTHWEST AIRLINES   FLT:1244    ECONOMY
          LV CHICAGO OHARE               1206P           EQP: DC9 50
          DEPART: TERMINAL 2                             01HR 20MIN
          AR DETROIT METRO              226P             NON-STOP
          ARRIVE: E.M. MCNAMARA TERMINAL                 REF: NU4LFR
          CHANDLER/PAUL A    SEAT-22D   NW-100104421222
    CAR   DETROIT METRO            NATIONAL CAR RENTAL     INTER CAR AUTO A/C
          PICK UP-1426
          RETURN-11JAN
          RATE PLAN  3 DAYS  0 HRS          USD     MI/KM    EX MI/KM
          DAILY RATE                      56.00     UNL
          XTRA DAY-                        56.00     UNL
          XTRA HOUR-                       23.00     UNL
          MANDATORY CHARGES                36.82
          APPROX RENTAL COST              204.82     UNL
          CONFIRMATION NUMBER      836956540AISLE          RATE-GUARANTEED
          CD-5702498               ID-673566320
   HOTEL  DETROIT METRO                   OUT-10JAN
          MARRIOTT HOTELS                 2 NIGHTS ID-066837055
          MARRIOTT DETROIT-TROY           1 ROOM     CORPORATE RATE, DELUXE ROO
          200 W BIG BEAVER ROAD           REVIVE LUXURIOUS BEDDING, HIG
          TROY MI 48084                   RATE-279.00USD PER NIGHT
          FONE 248-680-9797               CANCEL BY 06P DAY OF ARRIVAL
          FAX  248-680-9774
          GUARANTEED LATE ARRIVAL
          CONFIRMATION 87195684
          RQST KING NOSMOKING ROOM
```

CONTINUED ON PAGE 2

# THE LAWYERS' TRAVEL SERVICE

```
                         71 SOUTH WACKER
                             8TH FLOOR
                      CHICAGO, IL  60606-4637
                   312-701-7700  FAX 312-701-7749
```

```
SALES PERSON: L7        ITINERARY/INVOICE NO. 0253968        DATE: 04 JAN 07
CUSTOMER NBR: 202033                          IAIDJC         PAGE: 02

        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606
```

```
FOR: CHANDLER/PAUL A          REF: 01169
```

```
11 JAN 07  -  THURSDAY
    AIR   NORTHWEST AIRLINES    FLT:1119    FIRST CLASS
          LV DETROIT METRO                  700P           EQP: DC-9 STRETCH
          DEPART: E.M. MCNAMARA TERMINAL                   01HR 21MIN
          AR CHICAGO OHARE                  721P           NON-STOP
          ARRIVE: TERMINAL 2                                REF: NU4LFR
          CHANDLER/PAUL A    SEAT-4B    NW-100104421222
MCO       XD8138825475
                              BILLED TO MASTERCARD                  47.25*

AIR TICKET    NW7804096477    CHANDLER PAUL A
ELEC TKT                      BILLED TO MASTERCARD                 352.80*
                                                          ----------------
                              TOTAL BASE                          356.09
                              TOTAL TAX                            43.96
                              NET CC BILLING                      400.05*
                                                          ----------------
                              TOTAL AMOUNT DUE                       0.00
```

```
EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
..............................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT
```

                         CONTINUED ON PAGE 3

**nwa** E-Ticket. 

| | | |
|---|---|---|
| Name: | CHANDLER/PAULA | Conf #:NU4LFR |
| Date: | 11JAN07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx222 | |
| E-Ticket Nbr: | 0122143015293 | |
| Flight: | NW 237 | First Class |

**Gate: A6**
**Board: 8:46 PM**                            **Seat: 02-B**

Depart: Detroit, MI                                  9:16 PM
Arrive: Chicago-OHare  IL                            9:28 PM

## BOARDING PASS

DTWPRK22

▼**nwa** E-Ticket. 

| | | |
|---|---|---|
| Name: CHANDLER/PAULA | | Conf #:NU4LFR |
| Date: 11JAN07 | | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx222 | |
| E-Ticket Nbr: | 0122143015293 | |
| Flight: NW 237 | | First Class |

**Gate: A6**
**Board: 8:46 PM**                            **Seat: 02-B**

Depart: Detroit, MI                                  9:16 PM
Arrive: Chicago-OHare, IL                            9:28 PM

**nwa** E-Ticket. 

| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Detroit, MI | Chicago-OHare, IL | 11JAN07 | FA0V8R |

▼**nwa** E-Ticket. 

| | |
|---|---|
| E-Ticket Nbr: | E0122143015293 |
| Issued Date: | 11JAN07 |
| Name/Place of Issue: | NORTHWEST RESERVATION:<br>MPLS-ST.PAUL MN |

**CHANDLER/PAULA**                    **Total Fare This Ticket: USD 352.80**

| | | |
|---|---|---|
| FARE | 308.84 | Form of Payment: Check |
| US TAX | 23.16 | Card Nbr: |
| DOM SEGMENT FEE | 6.80 | E-Ticket Nbr:  E0122143015293 |
| OTHER TAX | 14.00 | Confirmation Nbr: NU4LFR |
| TOTAL  USD | 352.80 | |

## PASSENGER RECEIPT

*Transportation subject to terms of carriage printed inside ticket jacket*

Page 1 of 1

 **E-Ticket**   **E-Ticket** 

| Depart | Arrive | Date | Fare Code | E-Ticket Nbr: | E0127804096477 |
|---|---|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 08JAN07 | QA0V8R | Issued Date: | 04JAN07 |
| Detroit, MI | Chicago-OHare, IL | 11JAN07 | FA0V8R | Name/Place of Issue: | LAWYERS TRAVEL CHICAGO IL |

**CHANDLER/PAULA**　　　　　　　　　　　**Total Fare This Ticket: USD 352.80**

| FARE | 308.84 | Form of Payment: MASTERCARD | Endorsements/Restrictions: |
|---|---|---|---|
| US TAX | 23.16 | Card Nbr: XXXXXXXXXXXX8491 | |
| DOM SEGMENT FEE | 6.80 | E-Ticket Nbr: E0127804096477 | |
| OTHER TAX | 14.00 | Confirmation Nbr: NU4LFR | |
| TOTAL USD | 352.80 | | *Transportation subject to terms of carriage printed inside ticket jacket* |

**PASSENGER RECEIPT**　　　　　　　　　　　　Page 1 of 1

 **E-Ticket**  **E-Ticket**

| Name: | CHANDLER/PAULA | Conf #:NU4LFR |
|---|---|---|
| Date: | 08JAN07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx222 | |
| E-Ticket Nbr: | 0127804096477 | |
| Flight: | NW 1244 | |

Name: CHANDLER/PAULA   Conf #:NU4LFR
Date: 08JAN07   Request:
Frequent Flyer Nbr: NWxxxxxxxxx222
E-Ticket Nbr: 0127804096477
Flight: NW 1244

**Gate: E9**
**Board:** 11:36 AM　　　　**Seat: 10-D**
Depart: Chicago-OHare, IL　　12:06 PM
Arrive: Detroit, MI　　2:26 PM

**Gate: E9**
**Board:** 11:36 AM　　　　**Seat: 10-D**
Depart: Chicago-OHare, IL　　12:06 PM
Arrive: Detroit, MI　　2:26 PM

**BOARDING PASS**

PASSENGER TICKET AND BAGGAGE CHECK    Ø1169                    2Ø2Ø33    Ø253968 AL7
                                                               X XXXXXXXXX
MISCELLANEOUS CHARGES ORDER
A·R·C XXX    PASSENGER RECEIPT
                              TOUR CODE
IRLINES REPORTING CRP                      AT4594915    NAME OF MISCELLANEOUS
of
XXYERS TRAVEL            CHICAGO           TLOSØ4JANØ7    CHARGES ORDER
                                          7 TO ØØITI7
HANDLER/PAUL A          [XIDJC/AA    FARE BASIS/TICKET DESIGNATOR
IRLINES REPORTING CORP  CARRIER  FLIGHT  CLASS  DATE  TIME  STATUS  NOT VALID BEFORE  NOT VALID AFTER
RAVEL RELATED SERVICE FEE                           VN27KL7
                                                                    NOT VALID FOR TRAVEL
P CAXXXXXXXXXXXX8491* Ø1Ø9 /    ØØ4576

ISD    47.25
       Ø.ØØ           STOCK CONTROL NO TX 889    CK    CPN    DOCUMENT NUMBER    CK    PCE    WT    UNCHG    BAGGAGE ID NUMBER
                      39Ø61660120           89Ø 8138825475 1              89Ø1 AA14594915
ISD    47.25

PASSENGER TICKET AND BAGGAGE CHECK    Ø1169            2Ø2Ø33    Ø253968    AL7
SUBJECT TO CONDITIONS OF CONTRACT                              X XXXXXXXXX
                         PASSENGER RECEIPT
A·R·C XXX    XXXXX                     AT4594918    CHANDLER/PAUL A
NORTHWEST AIRLINES                              TL USØ4JANØ7
XXYERS TRAVEL            CHICAGO           TL Ø7 TO ØØITI7    NV1244 Q Ø8JANQAØVØR
CHANDLER/PAUL A         [XIDJC/AA NULTI              6 TO ØØITI7    NV1119 F 11JANFAØVØR
**NOT VALID FOR**    THIS IS YOUR RECEIPT
**TRANSPORTATION**                              VN27KL7

FF CAXXXXXXXXXXXXX8491*Ø1Ø9/   ØØ4213 /FCCHE NV ØTT1
Ø4.19QAØVØR NV CHI2Ø4.65FAØVØR 3ØØ.84    END ZPORØDT
XT5.ØØAY5.ØØXFORD4.5DTV4.5

XT    14.ØØ
ISD    3ØØ.84           STOCK CONTROL NO TX 889    CK    CPN    DOCUMENT NUMBER    CK
US    23.16                                                    NOT VALID FOR TRAVEL
ZY    6.8Ø    39Ø61660105           Ø Ø12 78Ø4Ø96477 1         Ø Ø12 78Ø4Ø96477 1
ISD    352.8Ø                                                  AA14594915

# Marriott.
### DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 403 | ROY/PAUL | 279.00 | 01/09/07 | 12:00 | 2733 |
|-----|----------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NSDB | | | 01/08/07 | 16:43 | |
| TYPE | | | ARRIVE | TIME | |
| 25 | 3136 PALM LN | | PASSPORT: | | |

| ROOM CLERK | NORTHBROOK | IL 600625866 PAYMENT | MR#: XXXXX5253 |
|------------|-----------|--------------------|---------------|
| | ADDRESS | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 01/08 | RM SERV 7948 403 | 77.78 | | |
| 01/08 | TELECOM TELECOM | 9.95 | | |
| 01/08 | TAX TELECOM | .60 | H | |
| 01/08 | ROOM TR 403, 1 | 279.00 | | |
| 01/08 | STATETAX 403, 1 | 16.74 | A | |
| 01/08 | CITY TAX 403, 1 | 19.53 | B | |
| 01/09 | BK CARD | | $403.60 | |

TO BE SETTLED TO:    VISA        CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

```
----------------- SUMMARY OF TAXES -----------------
  DESCRIPTION                  TAXED AMOUNT              TAX
A STATE TAX 6%                        .00             16.74
B CITY TAX 7%                         .00             19.53
E PKG TX 7%                           .00               .00
F ATTRITION TAX                       .00               .00
H STATE TAX 6%                        .00               .60

     NET CHARGES         TAX         CREDITS          FOLIO
       366.73          36.87            .00          403.60
----------------- EXP. REPORT SUMMARY -----------------
01/08 RM SERV            77.78
      TELECOM             9.95
      TAX                  .60
      ROOM&TAX          315.27
```

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

MARRIOTT REWARDS ACCOUNT # XXXXX5253
DATE 01/08/07 - 01/09/07 REVENUE IF APPLICABLE    $366.73
BASE POINTS EARNED: 3667    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.
### DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

5-2955C
ev 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



N A T I O N A L
CAR RENTAL

RA 813463626          Inv 80012922756
Rental  08-JAN-2007 03:53 PM
DETROIT METRO ARPT
Return  09-JAN-2007 06:25 PM
DETROIT METRO ARPT

PAUL J ROY
Vehicle # 74115930
Model      G6 GT COUPE
Class Driven ICAR    Class Charged ICAR
License# 432YFB    State/Province MO
M/Kms Driven  87
M/Kms Out    11632
M/Kms In     11919

MAYER BROWN & PLATT
Contract ID 5702498
Charges        No Unit    Price    Amount
T & M          2 Days     56.00    112.00*
UNLIM M/KM     0 M/Kms              0.00*
REFUELING      4 Gals     6.25     25.00*
ARPT COST RECOVERY FEE            15.41*
WAYNE COUNTY STADIUM TX            3.04*
VEH LIC FEE RECOVERY               1.70*
SALES TAX 86.000 %                 9.43

Total Charges              USD 166.58

Paid By    Visa 7632         -166.58

Amount Due                 USD  0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 761930142
Emerald Club rental credits will be
posted within 24 hours
Customer service Number 1-800-468-3334

**National.**



AMERICAN TAXI

847-259-1555

R E C E I P T

| | |
|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

DATE  1/9/07
AMOUNT  $30
FROM  O'Hare
TO  North Brook

NAME                    CAB NUMBER

JOSE CUERVO
DETROIT METRO AIRPORT
CHECK:       6177
TABLE:       142/1
SERVER:      5488 Danielle
DATE:        JAN09 '07   7:16PM
CARD TYPE:   VISA      A0 4*
ACCT #:      XXXXXXXXXXXXX7632
EXP DATE:    XX/XX
AUTH CODE:   49740B
PAUL ROY

SUBTOTAL:                 23.92
I agree to comply with the card
holder agreement.

Tip                        4.00

Total                     27.92

Signature  Paul J Roy



Yellow Services, Inc.
2230 South Michigan
Chicago, Illinois 60616
www.yellowcabchicago.com

Time _____ Date 1/9/07

Received from: 71 S. Wacker

Cab fare from: O'Hare

To:

Driver:

Cab #:

Account #:

$39

Thank you for
riding with us!

312-829-4222

**Nelson, Aurora**

| | |
|---|---|
| **From:** | Blohm, Lindsay |
| **Sent:** | Friday, January 19, 2007 10:24 AM |
| **To:** | Nelson, Aurora |
| **Subject:** | Travel Expenses for 1/15-1/18 Trip to Detroit |

Hi Aurora,
  Here are the expenses from my last trip to Detroit:

1. Marriott Pontiac 1/15-1/18:
$433.98

2. Avis Rental Car 1/15-1/18:
$369.58

3. Taxi on 1/15 from 55 W. Delaware to ORD:
$41.85

4.  Dinner at Andiamo 1/16
$28.32

5. Lunch 1/18
$22.62

6. Taxi on 1/18 from ORD to 55 W. Delaware:
$42.45

7. Flight from ORD to DTW (1/15-1/18)
$250.80 (flight) + 47.25 (agent fee) = $298.05

They should all be billed to Delphi ADM Sourcing - 06089741.  Thanks!
Lindsay Blohm

Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606
312-701-7375 phone
312-706-8409 direct fax





## Marriott.
### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 507 | BLOHM/LINZDEY | 104.00 | 01/18/07 | 12:00 | 1209 |
|-----|---------------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

01/15/07  20:44
ARRIVE    TIME

NDDG
TYPE
11

MR#:

ROOM CLERK   ADDRESS                    PAYMENT

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 01/15 | ROOM       507, 1 | 104.00 | | |
| 01/15 | ROOM TAX   507, 1 | 6.24 | | |
| 01/15 | LOCAL TX   507, 1 | 5.20 | | |
| 01/15 | OCC TAX    507, 1 | 2.08 | | |
| 01/16 | RM SERV   3215 507 | 15.20 | | |
| 01/16 | ROOM       507, 1 | 104.00 | | |
| 01/16 | ROOM TAX   507, 1 | 6.24 | | |
| 01/16 | LOCAL TX   507, 1 | 5.20 | | |
| 01/16 | OCC TAX    507, 1 | 2.08 | | |
| 01/17 | RM SERV   3266 507 | 34.67 | | |
| 01/17 | RM SERV   3283 507 | 31.55 | | |
| 01/17 | ROOM       507, 1 | 104.00 | | |
| 01/17 | ROOM TAX   507, 1 | 6.24 | | |
| 01/17 | LOCAL TX   507, 1 | 5.20 | | |
| 01/17 | OCC TAX    507, 1 | 2.08 | | |
| 01/18 | BK CARD | | $433.98 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!

## Marriott.
### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This document is intended only as a receipt of payment or as approved payment advices. I/we agree that I/we are personally liable for all such charges not paid by the company and that in the event of nonpayment by the company I/we will be liable for the full amount. I/we agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. If payment is not made within 30 days after check-out, I/we will have to pay finance charges and additional amount equal to the lesser of 1 1/2% per month (ANNUAL RATE of 18%) or the maximum allowed by law, plus the costs of collection including attorney fees.

S-2955C
Rev 12/04

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

## AVIS. We try harder®

### TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 774093213 | 8458892 | W |

BLOHM,LINDSAY
WIZ = 1GB85J     AWD = J888808
CV - CMXXXXXXXXXXXX1406

```
  OUT DTW 15JAN07/1910 MI = 26105
* IN  DTW 18JAN07/1309 MI = 26238
        133.MIe    .00 =
           HRe  29.67 =
         3 DYe  88.99 =      266.97
#$.80/DAY FEE          =        2.40
**11.11% FEE           =       33.98
GAS SVC OPTION         =       38.85
TAXABLE SUBTOT         =      342.20
TAX  8.000%            =       27.38

TOTAL CHARGES          =      369.58
**CONCESSION RECOVERY FEE
TX INCL 2% STADIUM TAX
#VEHICLE LICENSE FEE
*
```

*Please check your car for personal effects.*

(2)

**Thank you for renting from Avis.**
**We value your business. Have a safe trip.**

---

```
YELLOW CAB            (1223)      (3)
MAST:XXXXXXXXXXXX1406   FARE:    35.85
ED:1109         0
AUTH# 590575           TIP:___ 6.00
01/15/07 14:42        TOTAL:___41.85
```

---

(4)

0107
Server: KRISTEN D                    Rec: 55
01/16/07 21:34, Swiped   T: 14 Term: 3

ANDIAMO OSTERI
129 SOUTH MAIN
ROYAL OAK, MI 48067
(248)582-9300
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX1406
Name: LINDSAY A BLOHM
00 TRANSACTION APPROVED
AUTHORIZATION #: 097587
Reference: 0116010000107
TRANS TYPE: Credit Card SALE

CHECK:           23.32

TIP:             5.00

TOTAL:          28.32

X_____

PHONE: (     )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
GUEST COPY
SERVER COPY



```
FOX SPORTS BAR                    (5)
    DETROIT METRO AIRPORT
CHECK:       6038
TABLE:       120/1
SERVER:      4254 Vicki
DATE:        JAN16'07  2:11PM
CARD TYPE:   MSTRCARD  ALTER
ACCT #:      XXXXXXXXXXXX1406
EXP DATE:    XX/XX
AUTH CODE:   221088
        LINDSAY A BLOHM

SUBTOTAL:         18.62
I agree to comply with the card
holder agreement.

Tip _____    4.00

Total _____   22.62

Signature _____
```





# BOARDING PASS 1

nwa.com check-in.

| | | |
|---|---|---|
| Name: | **BLOHM/LINDSAY** | Coach Class |
| Frequent flyer Nbr: | NWXXXXXXXXX311 | Confirmation: 2GX8HR |
| E-Ticket Nbr: | 0127809172000 | Request: |

**Seat: 16-A**    Gate: E9 – Gate may change, check monitors    **Seat: 16-A**

| | | | |
|---|---|---|---|
| Date: | 15JAN2007 | | |
| Flight: | NW 1248 | | |
| Depart: | Chicago - O'Hare | 4:00PM | Boarding Time: 3:30PM |
| Arrive: | Detroit, MI | 6:17PM | |

**Complete reservation details and receipts are available on nwa.com Manage My Reservations.**

**Please review current TSA Security Requirements for carry-on restrictions that apply to liquids, gels and aerosols.**

**Checking luggage? Use the airport Self-service Check-in Kiosks and select the "nwa.com Luggage Check" option, or curbside check-in (fees may apply). The recommended arrival time at the airport prior to departure is 75 minutes for domestic departures, and 2 hours for international departures.**

**International travelers are required to insert a passport at an airport kiosk or present it to an agent.**

**Please be on board the aircraft at least 15 minutes prior to departure for domestic flights and at least 30 minutes prior to departure for international flights.**

**Thank you for using nwa.com check-in. We'll see you onboard!**



## Blohm, Lindsay

**From:** Ovation and The Lawyers' Travel Service Itin/Options [autoinfo@ovationtravel.com]
**Sent:** Tuesday, January 16, 2007 4:46 PM
**To:** Blohm, Lindsay
**Subject:** Travel Itinerary 15JAN ORD BLOHM



63878206.HTM (7 KB)

(7) (changed return flight)

```
              **Please do not reply to this e-mail.**
      **It will not go back to your travel counselor.**

BLOHM/LINDSAY           11834                16Jan07  05:44pm
                                             LINDSAY BLOHM
                                             MAYER BROWN ROWE AND MAW
                                             71 SOUTH WACKER
                                             CHICAGO IL 60606

Booking locator: FQEORK
Fare: $122.40

       GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
       INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
       20/25 USD SURCHARGE FOR A PAPER TICKET
       TO AVOID ADDITONAL COST AN E-TICKET IS
       STRONGLY RECOMMENDED
       BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
       AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
       MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
       EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
       FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
       FOR A COMPLETE LIST OF CARRY ON
       BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV

15Jan07    04:00pm   Monday
Air  Northwest Airlines    Flight# 1248   Class:Q Seat:22A
       From: Chicago O'Hare IL, US 15Jan07   04:00pm   Monday
       To: Detroit Metro MI, USA 15Jan07   06:17pm   Monday
       Meal: None Equip: Airbus A320 Jet Status: Confirmed
       Stops: 0

       Depart - TERMINAL 2
       Arrive - E.M. MCNAMARA TERMINAL
       Northwest Airlines locator: 2GX8HR
       NW Frequent Flyer# 10005499311-BLOHM/LINDSAY

15Jan07              Monday
Car    Pick Up City: Detroit Metro MI, USA
       Avis Rent A Car  Type: Inter Car Auto A/c
       Confirmation#: 33221005US6PEXP   Rate: 88.99USD
       Approximate Price: 322.95USD
       Drop Off: 18Jan Thursday

       Rate Info: USD88.99 Ulmtd Day Xtra Day88.99 Ulmtd Xtra Hr29.67
       Ulmtd
       Approximate Price: USD322.95
       Arrival Time: 06:17pm

15Jan07              Monday
Hotel Marriott Det Pontiac   Phone:248-253-9800
       3600 CENTERPOINT PKWY, PONTIAC MI48341
```

```
        Number of Rooms: 1   Room Guaranteed
        Confirmation#: N/A   Rate: USD139.00
        Check Out: 18Jan Thursday  (3 Nights)

        DELPHI RATE XL POL 6P DAY OF ARR

18Jan07   03:18pm   Thursday
Air   Northwest Airlines      Flight# 1179   Class:Q
        From: Detroit Metro MI, USA 18Jan07   03:18pm   Thursday
        To:   Chicago O'Hare IL, US 18Jan07   03:37pm   Thursday
        Meal: None Equip: McDonnell Douglas DC Status: Confirmed
        Stops: 0

        Depart - E.M. MCNAMARA TERMINAL
        Arrive - TERMINAL 2
        Northwest Airlines locator: 2GX8HR
        NW Frequent Flyer# 10005499311-BLOHM/LINDSAY
```

*- Changed this flight.*

```
17Jul07              Tuesday
Other INFORMATION
        HAVE A GREAT TRIP


30Jul07              Monday
Other New York City Area NY, USA
        PNR HOLD-TRAVEL HELPLINE SEE RMKS

-------------------------------------------

Ovation and The Lawyers' Travel Service can proactively notify you of
flight changes, delays and cancellations. To opt in, go to
http://www.ovationtravel.com/alerts

We value your input and welcome you to fill out our online survey:
http://www.ovationtravel.com/survey

The London NYC redefines luxury in midtown Manhattan
with the exclusive debut of acclaimed Chef Gordon Ramsay's
first US restaurant and the innovative design provided by
David Collins, as he masterfully combines glamour with comfort
in our spacious suites.
Follow this link: http://www.ovationtravel.com/hotelofthemonth




EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
..........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY./IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

        Ticket Information

        BLOHM LINDSAY
        Ticket#:   0127809172000      Ticket Base Fare:      213.96
```

2

```
       Invoice#:   0254274          Ticket Tax:              36.84
                                    Total Ticket Amount:    250.80
       Electronic: YES
```

```
----------------------------------------
```

ResFAX(r) Copyright(c) 1992-2007 Cornerstone Information Systems, Inc.,
Bloomington, IN

\*\*\*ResFAX Message ID 4109672\*\*\*
\*\*\*ResFAX Itinerary E-Mail\*\*\*

# Marriott

### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253-9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 408 | CHANDLER/PAUL | | 104.00 | 01/18/07 | 12:00 | 1208 |
|-----|---------------|--|--------|----------|-------|------|
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# |

NKNG
TYPE

01/15/07  22:27
ARRIVE         TIME

11    10230 SOUTH LASELLE

ROOM
CLERK

CHICAGO        IL 60606          PAYMENT
ADDRESS

MR#: XXXXX7055

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 01/15 | ROOM | 408, 1 | 104.00 | | |
| 01/15 | ROOM TAX | 408, 1 | 6.24 | | |
| 01/15 | LOCAL TX | 408, 1 | 5.20 | | |
| 01/15 | OCC TAX | 408, 1 | 2.08 | | |
| 01/16 | FOOD | GIFT SHO | .47 | | |
| 01/16 | SALES TA | GIFT SHO | .03 | | |
| 01/16 | PRKLOUNG | 2722 408 | 2.00 | | |
| 01/16 | ROOM | 408, 1 | 104.00 | | |
| 01/16 | ROOM TAX | 408, 1 | 6.24 | | |
| 01/16 | LOCAL TX | 408, 1 | 5.20 | | |
| 01/16 | OCC TAX | 408, 1 | 2.08 | | |
| 01/17 | ROOM | 408, 1 | 104.00 | | |
| 01/17 | ROOM TAX | 408, 1 | 6.24 | | |
| 01/17 | LOCAL TX | 408, 1 | 5.20 | | |
| 01/17 | OCC TAX | 408, 1 | 2.08 | | |
| 01/18 | BK CARD | | $355.06 | | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE  .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.


GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Tell the world you love Marriott Rewards
by voting us best program and giving us
a "10" in the 2007 InsideFlyer Freddie Awards.
Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 01/15/07 - 01/18/07 REVENUE IF APPLICABLE    $314.47
BASE POINTS EARNED: 3145    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott

### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253-9800
Marriott.com/DTWPO

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290



**National Car Rental**

NATIONAL CAR RENTAL SYSTEM, INC.
6929 N. LAKEWOOD AVE. STE 100
TULSA, OK 74117
CUSTOMER SERVICE (800)468-3334

| | |
|---|---|
| Invoice # | 80012957295 |
| Renter Name | PAUL CHANDLER |
| | 3180 N. Lake Shore Drive Apt. 10-A |
| | chicago                    IL 60657 |

FACSIMILE

| Rental Location | | RA # 83169621 |
|---|---|---|
| DETROIT METRO ARPT | | 15-JAN-2007 09:17 PM |
| BLDG 338, LUCAS DRIVE | | Phone (800)926-6890 |
| DETROIT | MI 48242 | |

MATES BROWN & PLATT
Contract ID       5702498

Return Location
DETROIT METRO ARPT

18-JAN-2007 01:36 PM

| Charges | No | Unit | Price/Unit | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | | | | |
| UNLIMITED MILES/DAY - TIME & DIST | 3 | Days | 56.00 | 168.00 * |
| ROUNDING | | M/Res | | 0.00 |
| RENTAL | 1 | Rental | -34.37 | -34.37 * |
| REFUELING SERVICE CHARGE | 11 | Gallons | 6.25 | 68.75 * |
| ARPT COST RECOVERY FEE 11.111 PCT | | | 204.93 | 22.77 * |
| WAYNE COUNTY STADIUM TAX 2 PCT | | | 263.05 | 5.26 * |
| VEHICLE LICENSE FEE RECOVERY | 3 | Days | 0.85 | 2.55 * |
| SALES TAX 86.000 % | | | 267.33 | 16.04 * |

| Rate Info | |
|---|---|
| Vehicle # | 72183454 |
| Model | ENVOY 4WD |
| Class Driven | SFAR |
| Class Charged | ICAR |
| Licensed | AAU79821 |
| State/Province | MICHIGAN |
| M/Res Driven | 162 |
| M/Res Out | 4486 |
| M/Res In | 4648 |

Messages

We hope you enjoyed your upgrade.

* Taxable Items
Subject to Audit
Your Emerald Club Number is 673956320

| Total Charges | | | | USD 249.00 |
|---|---|---|---|---|
| Payments | | | | |
| Master Card | 8491 | 16-JAN-2007 | 204.82 | |
| AUTH | 035669 | 16-JAN-2007 | | |
| Master Card | 8491 | 18-JAN-2007 | 82.60 | |
| AUTH | 018931 | 18-JAN-2007 | | |
| Master Card | 8491 | 18-JAN-2007 | | |
| CREDIT4 | | | | -249.00 |

| | | Payment | | -249.00 |
|---|---|---|---|---|

Customer Service Number 1-800-468-3334

THIS INVOICE REPLACES INVOICE: 80012956650
Emerald Club rental credits will be posted within 24 hours

Amount Due                                        USD 0.00