**ˈnwa** E-Ticket.            **ˈnwa** E-Ticket. 

| Depart<br>Detroit, MI | Arrive<br>Chicago-OHare, IL | Date<br>18JAN07 | Fare Code<br>QA0V8R |
| --- | --- | --- | --- |

E-Ticket Nbr:        E0127809172151
Issued Date:        18JAN07
Name/Place of Issue:  LAWYERS TRAVEL CHICAGO
                      IL

## CHANDLER/PAULA

**Total Fare This Ticket: USD 244.80**

| FARE | 208.38 | Form of Payment: | MASTERCARD |
| --- | --- | --- | --- |
| US TAX | 15.62 | Card Nbr. | XXXXXXXXXXX8491 |
| DOM SEGMENT FEE | 6.80 | E-Ticket Nbr: | E0127809172151 |
| OTHER TAX | 14.00 | Confirmation Nbr: | 4RSFSU |
| TOTAL  USD | 244.80 | | |

Endorsements-Restrictions:

### PASSENGER RECEIPT

*Transportation subject to terms of carriage printed inside ticket jacket*

Page 1 of 1

**ˈnwa** E-Ticket.            **ˈnwa** E-Ticket. 

| Name: | CHANDLER/PAULA | Conf #:4RSFSU |
| --- | --- | --- |
| Date: | 18JAN07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxx222 | |
| E-Ticket Nbr: | 0127809172151 | |
| Flight: | NW 1179 | |

Name: CHANDLER/PAULA     Conf #:4RSFSU
Date:  18JAN07     Request:
Frequent Flyer Nbr: NWxxxxxxxx222
E-Ticket Nbr:  0127809172151
Flight: NW 1179

**Gate:** A9
**Board:** 2:48 PM                    **Seat:** 16-D

Depart: Detroit, MI              3:18 PM
Arrive: Chicago-OHare, IL        3:37 PM

**Gate:** A9
**Board:** 2:48 PM                    **Seat:** 16-D

Depart: Detroit, MI              3:18 PM
Arrive: Chicago-OHare, IL        3:37 PM

### BOARDING PASS

06 3426 8585
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT    01169

NOT TRANSFERABLE

MISCELLANEOUS CHARGES ORDER

A·R·C XXX   PASSENGER RECEIPT

AIRLINES REPORTING CRP

LAWYERS TRAVEL                    CHICAGO

CHANDLER/PAUL A          CLUXPP/AA

AIRLINES REPORTING CORP

TRAVEL RELATED SERVICE FEE

FP CAXXXXXXXXXX8491* 0109 /   018669

202033    0254429  AL7

MISCELLANEOUS
CHARGES ORDER

AT4594915
TLU S18JAN07
7° 00117
WN27XST

NOT VALID FOR TRAVEL

USD   47.25
0.00
USD   47.25

39061676135        090 0139387232 1        8901 AA14594915

---

06 3426 8585
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT    01169

PASSENGER RECEIPT

A·R·C XXX

NORTHWEST AIRLINES   XXXXX

LAWYERS TRAVEL           CHICAGO

CHANDLER/PAUL A       CLUXPP/AA  QA0V8R

** NOT VALID FOR**  THIS IS YOUR RECEIPT

*TRANSPORTATION*

FP EFCCCAXXXXXXXXXXXXX8491/0109 EX0127809172042/2 /O
R 15JAN07ORD /FCCHI NW DTT104.19QA0V8R NW CHI104.19
QA0V8R 208.38 END ZPORDDTW XT5.00AY9.00XFORD4.5DTW4
.5
XT    14.00
USD   208.38
XT    15.62
ZP     6.80
USD   244.90

202033    0254429  AL7

CHANDLER/PAUL A
DTW
ORD NW1179 Q 18JANQA0V8R

NOT VALID FOR TRAVEL
0 012 7809172151 3
AA14594915

AT4594915
TL S18JAN07
1° 00117
18JAN18JAN
WN27XST

39061676113        0 012 7809172151 3



# THE LAWYERS' TRAVEL SERVICE

```
                        71 SOUTH WACKER
                          8TH FLOOR
                      CHICAGO, IL  60606-4637
                      312-291-7290   FAX 312-291-7249

SALES PERSON: LZ        ITINERARY/INVOICE NO. 0254074        DATE: 08 JAN 07
CUSTOMER NBR: 202033                        CLWXPP          PAGE: 01

        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606


FOR: CHANDLER/PAUL A         REF: 01169


            GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
            INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
            20/25 USD SURCHARGE FOR A PAPER TICKET
            TO AVOID ADDITONAL COST AN E-TICKET IS
            STRONGLY RECOMMENDED
14 JAN 07  -  SUNDAY
    AIR    NORTHWEST AIRLINES    FLT:1252    ECONOMY
           LV CHICAGO OHARE               720P            EQP: DC9 50
           DEPART: TERMINAL 2                             01HR 12MIN
           AR DETROIT METRO              932P             NON-STOP
           ARRIVE: E.M. MCNAMARA TERMINAL                 REF: 4RSFSU
           CHANDLER/PAUL A    SEAT-12F    NW-100104421222
    CAR    DETROIT METRO          NATIONAL CAR RENTAL    INTER CAR AUTO A/C
           PICK UP-2132
           RETURN-18JAN
           RATE PLAN  4 DAYS  0 HRS          USD    MI/KM    EX MI/KM
           DAILY RATE                       54.95   UNL
           XTRA DAY-                        54.95   UNL
           XTRA HOUR-                       27.48   UNL
           MANDATORY CHARGES                48.25
           APPROX RENTAL COST              268.95   UNL
           CONFIRMATION NUMBER       83699504YAISLE        RATE-GUARANTEED
           CD-5702498                ID-673566320
    HOTEL  DETROIT METRO               OUT-18JAN
           MARRIOTT HOTELS             4 NIGHTS ID-066832055
           MARRIOTT AT RENAISSANCE CENTER  1 ROOM    CORPORATE RATE, QUALITY RO
           RENAISSANCE CENTER             REVIVE COLLECTION BEDDING
           DETROIT MI 48243               RATE-259.00USD PER NIGHT
           PHONE 313-568-8000             CANCEL BY 06P DAY OF ARRIVAL
           FAX 313-568-8146
           GUARANTEED LATE ARRIVAL
           CONFIRMATION 89321250
           ROSE KING NOSMOKING ROOM
```

CONTINUED ON PAGE 2

# THE LAWYERS' TRAVEL SERVICE

21 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700 FAX 312-701-7749

SALES PERSON: L7                ITINERARY/INVOICE NO. 9254924          DATE: 08 JAN 07
CUSTOMER NBR: 202033                              CL9XPP               PAGE: 02

TO: MR PAUL CHANDLER
    MAYER BROWN ROWE AND MAW
    21 SOUTH WACKER
    CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169

18 JAN 07  -  THURSDAY
    AIR    NORTHWEST AIRLINES    FLT:1119    ECONOMY
           LV DETROIT METRO                  700P        EQP: DC-9 STRETCH
           DEPART: E.M. MCNAMARA TERMINAL                01HR 21MIN
           AR CHICAGO OHARE                  721P        NON-STOP
           ARRIVE: TERMINAL 2                            REF: 4RSFSU
           CHANDLER/PAUL A               NW-100104421222
    ON NW 1119 AIRPORT CHECK IN FOR SEATS**
    NW 119 AIRPORT CHECK IN FOR SEATS***
MCO        XD8139054313
                                    BILLED TO MASTERCARD                     47.25*

AIR TICKET    NW7807264566        CHANDLER PAUL A
ELEC TKT                          BILLED TO MASTERCARD                      244.80*
                                                                    ----------------
                                  TOTAL BASE                               255.63
                                  TOTAL TAX                                 36.42
                                  NET CC BILLING                           292.05*
                                                                    ----------------
                                  TOTAL AMOUNT DUE                           0.00

CONTINUED ON PAGE 3



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: LZ          ITINERARY/INVOICE NO. 0254974          DATE: 09 JAN 97
CUSTOMER NBR: 202033                          CI WXPP          PAGE: 01

      TO: MR PAUL CHANDLER
          MAYER BROWN ROWE AND MAW
          71 SOUTH WACKER
          CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169


EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
7AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*





# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-781-7744  FAX 312-781-7747

SALES PERSON: LY          ITINERARY/INVOICE NO. A204489          DATE: 18 JAN 07
CUSTOMER NUM: 64933                              CLRXFP          PAGE: 01

        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND LAW
            71 SOUTH WACKER
            CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169

            GOVNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
            INFORMATION ALERT— MOST AIRLINES HAVE IMPOSED
            20/25 USD SURCHARGE FOR A PAPER TICKET
            TO AVOID ADDITONAL COST AN E-TICKET IS
            STRONGLY RECOMMENDED
            BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
            AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
            MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
            EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
            FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
            FOR A COMPLETE LIST OF CARRY ON
            BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
18 JAN 07  — THURSDAY
    AIR    NORTHWEST AIRLINES   FLT:1179    ECONOMY
           LV DETROIT METRO              318P          EQP: DC9 50
           DEPART: E.M. MCNAMARA TERMINAL               01HR 19MIN
           AR CHICAGO OHARE              332P          NON-STOP
           ARRIVE: TERMINAL 2                          REF: 4RSFSU
           CHANDLER/PAUL A              NW-109104421222

17 JUL 07  — TUESDAY
    OTHER INFORMATION
           HAVE A GREAT TRIP
    ADD        X091PY3872232
                                    BILLED TO MASTERCARD                    47.20*

AIR TICKET     0272071721151     CHANDLER PAUL A
                                 EXCHANGE 0272071720642                     0.00

ELEC TKT

CONTINUED ON PAGE 2

# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
9TH FLOOR
CHICAGO, IL 60606-6432
312-701-2700 FAX 312-701-2749

SALES PERSON: 07          ITINERARY/INVOICE NO. 9234429          DATE: 18 JUN 97
CUSTOMER NBR: 202023                                 CLERP          PAGE: 02

            TO: MR PAUL CHANDLER
                MAYER BROWN ROWE AND MAS
                71 SOUTH WACKER
                CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169

17 JUL 97  —  TUESDAY

                              TOTAL BASE                          42.05
                              TOTAL TAX                            3.00
                              NET CC BILLING                      42.05*

                              TOTAL AMOUNT DUE                     3.00

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL 800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-826-4722
YOUR RESERVATION CENTER VIT CODE NUMBER IS 9H27

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

30/*



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
30TH FLOOR
CHICAGO, IL 60606-4929
312-701-7700   FAX 312-701-7709

SALES PERSON: 12          INDEPENDENCE NO: 04963319          DATE: 12 JAN 07
CUSTOMER NBR: 202033                        CLUXPR          PAGE: 01

        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 50606

FOR: CHANDLER/PAUL A          REF: 01169

            GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
            INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
            20/25 USD SURCHARGE FOR A PAPER TICKET
            TO AVOID ADDITIONAL COST AN E-TICKET IS
            STRONGLY RECOMMENDED
            BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
            AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
            MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
            EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
            FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
            FOR A COMPLETE LIST OF CARRY ON
            BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
15 JAN 07  -  MONDAY
    AIR   NORTHWEST AIRLINES   FLT:1250     ECONOMY
          LV CHICAGO OHARE              600P            EQP: DC9 50
          DEPART: TERMINAL 2                            01HR 21MIN
          AR DETROIT METRO             921P            NON-STOP
          ARRIVE: E.M. MCNAMARA TERMINAL               REF: 4R5K5H
          CHANDLER/PAUL A    SEAT-23D    NW-10019442122
    HOTEL DETROIT METRO
          AC MARRIOTT DET PONTIAC CENTE   3 NIGHTS   OUT-18JAN
          3600 CENTERPOINT PARKWAY        1 ROOM
          PONTIAC MI 48341                RATE-129.00USD PER NIGHT
          FONE 248-253-9800               GUARANTEED LATE ARRIVAL
          CONFIRMATION 82576125
          FAX 248-643-6905 TEL BY 6P.M. LOCAL TIME

CONTINUED ON PAGE 2



# THE LAWYERS' TRAVEL SERVICE

21 SOUTH WACKER
9TH FLOOR
CHICAGO, IL  60606-6677
312-701-7700   FAX  312-701-7707

SALES PERSON: LZ          ITINERARY/INVOICE NO. 9254319          DATE: 15 JAN 07
CUSTOMER NBR: 202033                    CLXZPP                    PAGE: 02

                TO: DR PAUL CHANDLER
                    MAYER BROWN ROWE AND MAW
                    21 SOUTH WACKER
                    CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169


15 JAN 07  —  MONDAY
    CAR     DETROIT METRO              NATIONAL CAR RENTAL      INTER CAR AUTO A/C
            PICK UP-213Z
            RETURN-18JAN
            RATE PLAN  3 DAYS  0 HRS              USD      BEZRM  EX 012ED
            DAILY RATE                           56.99     UNL
            XTRA DAY-                             56.99     UNL
            XTRA HOUR-                           23.20     UNL
            MANDATORY CHARGES                    36.82
            APPROX RENTAL COST                  204.82     UNL
            CONFIRMATION NUMBER       82705057ZAISLE              RATE-GUARANTEED
            CD-5790649B               ID-673566320

18 JAN 07  —  THURSDAY
    AIR     NORTHWEST AIRLINES    FLT:1119    ECONOMY
            LV DETROIT METRO                  200P          EQP: DC-9 STRETCH
            DEPART: E.M. MCNAMARA TERMINAL                  01HR 21MIN
            AR CHICAGO OHARE                 221P           NON-STOP
            ARRIVE: TERMINAL 2                              REF: 4RSF5Q
            CHANDLER/PAUL A              NW-100 LW4421222

17 JUL 07  —  TUESDAY
    OTHER INFORMATION
            HAVE A GREAT TRIP
    MCO            X081397987160
                                    BILLED TO MASTERCARD                  42.25**

AIR TICKET       NW2809172042      CHANDLER PAUL A
ELEC TKT                           BILLED TO MASTERCARD                  364.35**


CONTINUED ON PAGE 3



# THE LAWYERS' TRAVEL SERVICE

21 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-6637
312-741-7700   FAX 312-741-7749

SALES PERSON: L2          ITINERARY/INVOICE NO. 0254319          DATE: 15 JAN 97
CUSTOMER NBR: 202023                                 CLOXPM          PAGE: 43

            TO: MR PAUL CHANDLER
                MAYER BROWN ROWE AND MAW
                21 SOUTH WACKER
                CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169

17 JUL 97  —  TUESDAY

                    TOTAL BASE                          255.63
                    TOTAL TAX                            36.42
                    NET CC BILLING                      292.05*

                    TOTAL AMOUNT DUE                      0.00

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VII CODE NUMBER IS UN27
· · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
SECURITY ADVISORY — DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ASSURE PROPER MILEAGE CREDIT

HU*

++++++++++++++++++++++++
Server:   National Coney Island
++++++++++++++++++++++++
T.Number 47640   1/18/2007 2:59:48 PM
++++++++++++++++++++++++
Table: Subcheck:y

1 National Drink        1.99
**Diet Coke              .00
1 Coney                 2.99
1 Greek Salad Baby      3.49
                     ---------
Sub-Total $            8.47

Tax $                  0.51
                     ---------
Total $                8.98
Cash $                20.00
Change $             -11.02
++++++++++++++++++++++++

Order Number 47640
Register Number 2
++++++++++++++++++++++++

---

**0085**
Server: KRISTEN D                  Rec: 54
01/16/07 21:33, Swiped   T: 14 Term: 3

ANDIAMO OSTERIA
129 SOUTH MAIN
ROYAL OAK, MI 48067
(248)582-9300
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX8491
Name: PAUL CHANDLER
OO TRANSACTION APPROVED
AUTHORIZATION #: 016121
Reference: 0116010000085
TRANS TYPE: Credit Card SALE

CHECK:                36.04

TIP:                  6.96

TOTAL:               43.00

---

X_____

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

---

OLGA'S KITCHEN
SUNCOAST SMOOTHIES
Birmingham
248-647-2760
----------------

Server: Cathy            DOB: 01/17/2007
07:14 PM                      01/17/2007
Table 11/1                       1/10149

M/C                              4194340
Card #XXXXXXXXXXXX8491
Magnetic card present: CHANDLER PAUL
Approval: 017521

          Amount:        24.44

          + Tip:          3.00

          = Total:       27.44

X_____
Approval: 017521

       See a shadow?
       Doesn't Matter.
       Groundhog Day is
       TRIPLE COUPON DAY

ANDIAMO OSTERIA

```
0085a  Table 14  #Party 1
RISTEN D  SvrCk: 9 20:30 01/16/07
  Separate checks: 1-of-3

  BLACKSTONE MERLOT          8.00
  CALAMARI                   8.00
  SML CAESAR                 4.00
  SM TUNA, rare             14.00

            Sub Total:      34.00
                  Tax:       2.04
            Sub Total:      36.04
1/16 21:32 TOTAL:          36.04
```

```
        TAKE ADVANTAGE OF OUR
     "CUSTOMER LOYALTY PROGRAM"
      ASK YOU SERVER FOR DETAILS
   START EARNING YOUR REWARDS TODAY!
   TO REGISTER YOUR MILLE GRAZIE
         FREQUENT DINER CARD,
   GO TO "WWW.ANDIAMOITALIA.COM"
```

```
            HMSHOST
          STARBUCKS E09
       Chicago 773.686.6180

  8489 Kieshia
  - - - - - - - - - - - - - - - - -
  CHK 1764 JAN15'07  4:47PM  GST 1
  - - - - - - - - - - - - - - - - -

    1 COOKIES               2.19

      SUBTOTAL              2.19
      TAX                   0.22
      AMOUNT PAID           2.41
      XXXXXXXXXXXXXXX1     XX/XX
      MSTRCARD  A1 5*       2.41
```

```
           HMSHOST
        QUICK CHECK E09
       Chicago 773.686.6180

  1129 Ramiro
  - - - - - - - - - - - - - - - - -
  6843 JAN15'07  4:44PM
  - - - - - - - - - - - - - - - - -

    1 COKE BTL 20oz         2.09
    1 ORANGE FRUIT          1.09
      XXXXXXXXXXXXXXX1     XX/XX
      MSTRCARD  A1 5*       3.57

      SUBTOTAL              3.18
      TAX                   0.39
      AMOUNT PAID           3.57
```





AHA: Exhibit 2009
November 12 - 14

RSNA: South Hall, Exhibit 1129
November 26 - December 1

Visit us at:

TOSHIBA
Made for Life
www.medical.toshiba.com

FOR CAB SERVICE CALL
(773) 725-6500
Lost and Found: (773) 725-6200

GLOBE TAXI ASSN. INC.

Receipt Advertising Intel ChicagoDispatcher.com

```
Delphi
CHICAGO CARRIAGE
CAB CO.

CAB #          283
DATE: 01/19/2007
START TIME 19:00
END TIME  19:41
MILES     15.98
FARE $    23.85
EXTRAS $   4.50
TOTAL $   28.35

Dept of Consumer
Services
Call 311
```

| 12/12 | 12/12 | AGNT FEE89081382825643 THE LAWYERS T IL<br>NAME: GOLDSTEIN/MICHA<br>DEPART: 12/12/06 | T0YDSCZG | $47.25 |
|---|---|---|---|---|

| 12/12 | 12/12 | NWA AIR 01278014816794 CHICAGO        IL<br>NAME: GOLDSTEIN/MICHA<br>DEPART: 12/17/06<br>Chicago TO Detroit :Q<br>Detroit TO Chicago :Q | JLL*SCZG | $240.60 |
|---|---|---|---|---|

06 - 08974-1 ＃ 11863

287.85

# Marriott

### DETROIT PONTIAC
### AT CENTERPOINT

(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| | | | |
|---|---|---|---|
| **203** ROOM | CHANDLER/PAUL/A NAME | 104.00 RATE  01/25/07 DEPART  12:00 TIME | 2120 ACCT# |
| NKNG TYPE | | 01/22/07 ARRIVE  22:51 TIME | |
| 11 | | | |

MR#: XXXXX7055

| ROOM CLERK | ADDRESS | | PAYMENT | |
|---|---|---|---|---|
| **DATE** | **REFERENCE** | **CHARGES** | **CREDITS** | **BALANCE DUE** |
| 01/22 | ROOM | 203, 1 | 104.00 | | |
| 01/22 | ROOM TAX | 203, 1 | 6.24 | | |
| 01/22 | LOCAL TX | 203, 1 | 5.20 | | |
| 01/22 | OCC TAX | 203, 1 | 2.08 | | |
| 01/22 | PRKLOUNG | 2030 203 | 21.00 | | |
| 01/23 | ROOM | 203, 1 | 104.00 | | |
| 01/23 | ROOM TAX | 203, 1 | 6.24 | | |
| 01/23 | LOCAL TX | 203, 1 | 5.20 | | |
| 01/23 | OCC TAX | 203, 1 | 2.08 | | |
| 01/24 | ROOM | 203, 1 | 104.00 | | |
| 01/24 | ROOM TAX | 203, 1 | 6.24 | | |
| 01/24 | LOCAL TX | 203, 1 | 5.20 | | |
| 01/24 | OCC TAX | 203, 1 | 2.08 | $373.56 | |
| 01/25 | BK CARD | | | | |

TO BE SETTLED TO:   **MASTERCARD**      CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality. Stay at Marriott between September 15, 2006 and January 31, 2007, and pay with your Visa(R) card to receive your MegaBonus! Register today at MarriottRewards.com or 1-888-MARRIOTT.

Tell the world you love Marriott Rewards by voting us best program and giving us a "10" in the 2007 InsideFlyer Freddie Awards. Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX7055    REVENUE IF APPLICABLE    $333.00
DATE 01/22/07 - 01/25/07
BASE POINTS EARNED: 3330    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott

### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt if you have signed to your month or by approved personal check or an authorized auto-credit card and for all amounts charged to you. The amount shown is the reality volume appended statement and shall in the reference is claim above and the agreed to the amount of later charges either. I had your company with it in the actual number of days you pay on the credit card company fees will make payment directly to such amount it I resolve on receipt. I have completed and company with it in the actual number of days you pay on the credit card company fees will make payment directly to such amount it I resolve on receipt.

signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

6 2955C
Rev 12/04





**30-DAY GUEST PASS**

1.800.FITNESS® | ballyfitness.com

GUEST'S NAME

CLUB WHERE REDEEMED

CLUB PHONE #

EMPLOYEE NAME

Time: 5pm    Date: 1/22/07, 38.00

Received from: Charles

Cab fare from: 71 S. Wacker

To: Ohare

Driver:

Cab #:

Account #: Delphi

---

HMSHOST
QUICK CHECK E09
Chicago 773.686.6180

1098 Wilfredo

68    JAN22'07   6:16PM

1 RTE FRUIT SALAD      3.99
1 COKE BTL 20oz        2.09
1 ORANGE FRUIT         1.09
XXXXXXXXXXXXX1       XX/XX
MSTRCARD  A1 5*        7.96

SUBTOTAL               7.17
TAX                    0.79
AMOUNT PAID           7.96

---

HMSHOST
STARBUCKS E09
Chicago 773.686.6180

8521 April

CHK 6761 JAN22'07  6:51PM  GST 1

1 COOKIES             2.19

SUBTOTAL              2.19
TAX                   0.22
AMOUNT PAID          2.41
XXXXXXXXXXXXXXX1     XX/XX
MSTRCARD  A1 5*       2.41

---

454503129990
THE BONE YARD II
31006 ORCHARD LAKE RD
FARMINGTON HILLS, MI 48
2488517000

**Sale**

ID: 00003G61
01/23/07                    21.54:41
Batch #: 000143

MASTERCARD
XXXXXXXXXXXXX8491
Appr Code: 023332   Inv#: 000043
Amount:            $ 30.95
Tax:               $ 0.00
Tip:

Total:            36.95

Tip Table provided for
your convenience:
 15% =     4.64
 20% =     6.19
 25% =     7.73

Customer Copy
THANK YOU

```
     Marriott at Centerpoint
           Parkway Lounge
           Pontiac, Michigan

2003 MARIA

CHK 2030 JAN23'07  9:54PM


  1 LOUIS JADOT PINO       9.00
  1 TRIMBACH               9.00

     Total Due .... 18.00


GRATUITY _____  3.00

TOTAL _____  21.00

ROOM # _____ 203

PRINT NAME   PAUL CHANDLER

SIGNATURE _____
     NOT A CREDIT CARD VOUCHER
     PLEASE PAY YOUR SERVER
```

```
          OLGA'S KITCHEN
       6655 Orchard Lake Rd.
           248-855-3630
           -------------

Server: Lauren         DOB: 01/24/2007
08:05 PM                    01/24/2007
Paul/1                      4/40019

M/C                         4194434
Card #XXXXXXXXXXXX8491
Magnetic card present: CHANDLER PAUL
Approval: 024498


         Amount:         12.48

        + Tip:           3.00

       = Total:         15.48
```

```
          AVI DELPHI WORLD HQ
             DELPHI DRIVE
            TROV, MI 48098

TERMINAL I.D.:            13400002

MERCHANT #:      000000155205047

MC
SALE
BATCH: 000408           INVOICE: 000039
DATE: JAN 24, 07           TIME: 11:16
RRN: 000065089369        AUTH NO: 024099

************8491


TOTAL              $7.58

PAUL CHANDLER


       CUSTOMER COPY
```

```
          AVI DELPHI WORLD HQ
             DELPHI DRIVE
            TROV, MI 48098

TERMINAL I.D.:            13400002

MERCHANT #:      000000155205047

MC
SALE
BATCH: 000408           INVOICE: 000002
DATE: JAN 24, 07           TIME: 06:30
RRN: 000064793239        AUTH NO: 024726

************8491


TOTAL              $3.45

PAUL CHANDLER


       CUSTOMER COPY
```

```
         Hungry Howie's
       Detroit Metro Airport
        Tel # 734.229.0616
Date:        Jan25'07 07:03PM
Card Type:   Visa/M.C.
Acct #:      XXXXXXXXXXXXX8491
Exp Date:    01/09
Auth Code:   025076
Check:       7673
Server:      329 Keosha
       PAUL CHANDLER

Subtotal:          3.70
```

```
          AVI DELPHI WORLD HQ
             DELPHI DRIVE
            TROV, MI 48098

TERMINAL I.D.:            13400002

MERCHANT #:      000000155205047

MC
SALE
BATCH: 000401           INVOICE: 000021
DATE: JAN 25, 07           TIME: 18:51
RRN: 000066194994        AUTH NO: 025171

************8491


TOTAL              $7.14

PAUL CHANDLER


       CUSTOMER COPY
```

06089714

TRIP TO DELPHI  1/22/07 - 1/25/07

1/22/07 (Monday)
TAXI TO O'HARE          $38.00
FOOD                    $2.41
FOOD                    $7.96

1/23/07 (Tuesday)
LUNCH                   $21.00
DINNER                  $36.95

1/24/07 (Wednesday)
LUNCH                   ($7.58) + ($3.45)
DINNER                  $15.48

1/25/07 (Thursday)
FOOD                    ($3.70) + ($7.14)
HOTEL                   $373.56
RENTAL CAR              $245.68
AIRFARE                 $581.80    (Detroit → D.C.)
TAXI TO HOME





DATE 11 25

RECEIVED FROM Lindsay Blohm    AMOUNT $ 20    (1)

FROM National Airport

DESTINATION Four Seasons Georgetown

CAB #

DRIVER'S NAME w/ Paul Chandler.    DRIVER I.D. #

## Mid-Atlantic Dairy Association,

*an affiliate of National Dairy Council™*    (2)

welcomes the

## American Academy of Family Physicians

to Washington, D.C.

for the 2006 Scientific Assembly

### Passenger Taxi Receipt

Date: 11 26    Time: 7:45am

To: 1909 K St. (MBRM DC)

From: Four Seasons Georgetown.

Amount: $15

Operator's Name: Cabul Jeannie

I.D. #: Lee, Jeannie Haw,

Vehicle tag #: Lei Shen & Michael

Goldstein

**HAVE YOU HAD YOUR 3-A-DAY TODAY?**    3·A·Day    For stronger bones

③

## TAXICAB RECEIPT

Time: 6:40pm
Date: 1/26
Origin of trip: Four Seasons Georgetown
Destination: Georgetown Club Dinner
Fare: $15                     Sign: Cab to dinner

Jeannie Lee, Jeannie Haw, Lei Shen

④

## TAXICAB RECEIPT

Time: 9:15pm
Date: 1/26
Origin of trip: Georgetown Club
Destination: Four Seasons Georgetown
Fare: $12                     Sign:

Cab home after dinner

**YELLOW CAB** COMPANY OF D.C., INC.
1636 BLADENSBURG ROAD N.E. WASHINGTON, D.C. 20002

GENERAL OFFICE: 546-7800
TAXICAB SERVICE: 544-1212

⑤

DRIVER
TIME 5:15am          DATE 1/29
FROM 1750 P. St.          Trip to airport
TO National Airport     for return flight
FARE $ 25                CAB #
ID #                              THANK YOU!

**Nelson, Aurora**

| | |
|---|---|
| **From:** | Blohm, Lindsay |
| **Sent:** | Friday, February 02, 2007 9:19 AM |
| **To:** | Nelson, Aurora |
| **Subject:** | Expenses for BTS Conference |

Hi Aurora,
   Here are my expenses for the BTS Conference:

Cabs:
1. Cab from DCA Washington National Airport to Four Seasons Hotel on 1/25 ($20)

2. Cab from Four Seasons Hotel to MBRM DC office for BTS Conference on 1/26 ($15)

3. Cab from Four Seasons Hotel to Georgetown Club for BTS Conference Dinner at the Georgetown Club on 1/26 ($15)

4. Cab from Georgetown Club to the Four Seasons Hotel after dinner on 1/26 ($12)

5. Cab from 1750 P St. (my location after checking out of the hotel) to the Airport on 1/29 ($25)

They should be charged to be my 420 number.  There are also flights associated with this trip, but they are mixed in with the Detroit flights.  We can discuss those separately.  Thanks!

Lindsay Blohm

Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606
312-701-7375 phone
312-706-8409 direct fax

*\* Roundtrip Airfare:   581.80 ÷ 2 = 290.90*
*Agent Fee:   47.25*

*Please Note:*
*\* Splitting airfare 50% BTS Seminar / 50% Delphi*
*(# 42011834)   (# 04-089741)*

1

# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700  FAX 312-701-7749

I+2

| SALES PERSON: 9D | ITINERARY/INVOICE NO. 0254680 | DATE: 25 JAN 07 |
|---|---|---|
| CUSTOMER NBR: 202033 | KQFMTN | PAGE: 01 |

```
     TO: LINDSAY BLOHM
         MAYER BROWN ROWE AND MAW
         71 SOUTH WACKER
         CHICAGO IL 60606
```

FOR: BLOHM/LINDSAY          REF: 11834

```
          GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
          INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
          20/25 USD SURCHARGE FOR A PAPER TICKET
          TO AVOID ADDITIONAL COST AN E-TICKET IS
          STRONGLY RECOMMENDED
          BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
          AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
          MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
          EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
          FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
          FOR A COMPLETE LIST OF CARRY ON
          BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
25 JAN 07  -  THURSDAY
    AIR    NORTHWEST AIRLINES    FLT:226    ECONOMY
           LV DETROIT METRO               733P          EQP: AIRBUS A319
           DEPART: E.M. MCNAMARA TERMINAL               01HR 24MIN
           AR WASHINGTON REAGAN           857P          NON-STOP
           ARRIVE: TERMINAL A                           REF: 35WNYG
           BLOHM/LINDSAY      SEAT-8E     NW-10005499311

29 JAN 07  -  MONDAY
    AIR    NORTHWEST AIRLINES    FLT:821    ECONOMY
           LV WASHINGTON REAGAN           630A          EQP: AIRBUS A319
           DEPART: TERMINAL A                           01HR 39MIN
           AR DETROIT METRO               809A          NON-STOP
           ARRIVE: E.M. MCNAMARA TERMINAL               REF: 35WNYG
           BLOHM/LINDSAY      SEAT-7A     NW-10005499311
```

CONTINUED ON PAGE 2



# THE LAWYERS' TRAVEL SERVICE

```
                        71 SOUTH WACKER
                          8TH FLOOR
                     CHICAGO, IL  60606-4637
                   312-701-7700  FAX 312-701-7749
```

SALES PERSON: 9D       ITINERARY/INVOICE NO. 0254680         DATE: 25 JAN 07
CUSTOMER NBR: 202033                        KQFMTN           PAGE: 02

```
     TO: LINDSAY BLOHM
         MAYER BROWN ROWE AND MAW
         71 SOUTH WACKER
         CHICAGO IL 60606
```

FOR: BLOHM/LINDSAY              REF: 11834


29 JAN 07  -  MONDAY
     CAR   DETROIT METRO           NATIONAL CAR RENTAL     INTER CAR AUTO A/C
           PICK UP-0809
           RETURN-01FEB
           RATE PLAN  3 DAYS  0 HRS           USD      MI/KM   EX MI/KM
           DAILY RATE                        54.95     UNL
           XTRA DAY-                          54.95     UNL
           XTRA HOUR-                         27.48     UNL
           MANDATORY CHARGES                  36.19
           APPROX RENTAL COST                201.04     UNL
           CONFIRMATION NUMBER        837182804COUNT         RATE-GUARANTEED
           CD-5702498
     HOTEL DETROIT METRO                     OUT-02FEB
           MARRIOTT HOTELS                    4 NIGHTS
           MARRIOTT PONTIAC AUBURN HILLS      1 ROOM      CORPORATE RATE, DELUXE ROO
           3600 CENTERPOINT PARKWAY           PARKING
           PONTIAC MI 48341                   RATE-189.00USD PER NIGHT
           FONE 248-253-9800                  CANCEL BY 06P DAY OF ARRIVAL
           FAX  248-253-9682
           GUARANTEED LATE ARRIVAL
           CONFIRMATION 87013306
           RQ NONSMOKE ROOM

01 FEB 07  -  THURSDAY
     AIR   NORTHWEST AIRLINES   FLT:1119   ECONOMY
           LV DETROIT METRO                   700P         EQP: DC-9 STRETCH
           DEPART: E.M. MCNAMARA TERMINAL                  01HR 21MIN
           AR CHICAGO OHARE                   721P         NON-STOP
           ARRIVE: TERMINAL 2                              REF: 35WNYG
           BLOHM/LINDSAY                   NW-10005499311
           SEAT SELECTION AT AIRPORT
```

CONTINUED ON PAGE 3



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: 9D        ITINERARY/INVOICE NO. 0254680        DATE: 25 JAN 07
CUSTOMER NBR: 202033                      KGFMTN                PAGE: 03

        TO: LINDSAY BLOHM
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606

FOR: BLOHM/LINDSAY            REF: 11834

27 JUL 07  -  FRIDAY
    OTHER INFORMATION
        HAVE A GREAT TRIP
MCO            XD8139786692
                                BILLED TO MASTERCARD                47.25*

AIR TICKET    NW7811377888      BLOHM LINDSAY
ELEC TKT                        BILLED TO MASTERCARD               581.80*
                                                            ----------------
                                TOTAL BASE                         569.11
                                TOTAL TAX                           59.94
                                NET CC BILLING                     629.05*
                                                            ----------------
                                TOTAL AMOUNT DUE                     0.00

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
.......................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IF DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*

**Nelson, Aurora**

| | |
|---|---|
| **From:** | Blohm, Lindsay |
| **Sent:** | Friday, February 02, 2007 10:21 AM |
| **To:** | Nelson, Aurora |
| **Subject:** | Detroit 1/22-1/25 |

Hi Aurora,
  Here are my expenses from the 1/22-1/25 trip to Detroit. I included the flights but am not sure what we are doing about them.

1. Taxi to ORD: $42   -  1/22

2. Dinner 1/22 $7.27 ✓

3. Lunch 1/25 $7.78 ✓

4. National Rental Car $243.26 ✓

5. Pontiac Marriott $475 (see email, plus paper copy)

6. Flights $777.05 (but I'm not sure this is right because I canceled the American flight.  Hopefully we can get all of the correct information from Travel.)
Lindsay Blohm

Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606
312-701-7375 phone
312-706-8409 direct fax

\* Roundtrip Airfare:   729.80 ÷ 2 = 364.90

Agent Fee:   47.25

Please Note:

\* Split airfare 50% BTS Seminar / 50% Delphi
(# 420 11834)   (# 06-089741)

1

**Nelson, Aurora**

| | |
|---|---|
| **From:** | Lindsay Blohm [lblohm@gmail.com] |
| **Sent:** | Thursday, February 08, 2007 10:14 AM |
| **To:** | Nelson, Aurora |
| **Subject:** | Fwd: Stay at Centerpoint Marriott for BLOHM/LINDFAY/MRS for charges incurred between 01/22 and 01/25 |

```
Hi Aurora,
Is this what you are looking for?

---------- Forwarded message ----------
From: Centerpoint Marriott <changeme@now.com>
Date: Thu, 25 Jan 2007 07:41:42 -0500
Subject: Stay at Centerpoint Marriott for BLOHM/LINDFAY/MRS for
charges incurred between 01/22 and 01/25
To: no name provided <blohml@georgetown.edu>


This is the folio for BLOHM/LINDFAY/MRS, reservation number 1955
Date  Description                       Type     Amount
-------------------------------------------------------------
0122  ::$ : :                           Other      0.00
0122  ROOM                              Other    104.00
0122  ROOM TAX                          Other      6.24
0122  LOCAL TX                          Other      5.20
0122  OCC TAX                           Other      2.08
0123  RM SERV                           Other     15.20
0123  ::$ : :                           Other      0.00
0123  ROOM                              Other    104.00
0123  ROOM TAX                          Other      6.24
0123  LOCAL TX                          Other      5.20
0123  OCC TAX                           Other      2.08
0124  RM SERV                           Other     29.13
0124  RM SERV                           Other     45.98
0124  ::$ : :                           Other      0.00
0124  ROOM                              Other    104.00
0124  ROOM TAX                          Other      6.24
0124  LOCAL TX                          Other      5.20
0124  OCC TAX                           Other      2.08
0125  RM SERV                           Other     32.13
              Total Charges to Date:             475.00
```

# Marriott.
## DETROIT PONTIAC
## AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 534 | BLOHM/LINDFAY/MRS | 104.00 | 01/25/07 | 12:00 | 1955 | |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# | |
| NDDG | | | 01/22/07 | 23:13 | ⑤ | |
| TYPE | | | ARRIVE | TIME | | |
| 11 | | | | | | |

| ROOM CLERK | ADDRESS | | PAYMENT | | MR#: | |
|---|---|---|---|---|---|---|

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 01/22 | ROOM | 534, 1 | 104.00 | | |
| 01/22 | ROOM TAX | 534, 1 | 6.24 | | |
| 01/22 | LOCAL TX | 534, 1 | 5.20 | | |
| 01/22 | OCC TAX | 534, 1 | 2.08 | | |
| 01/23 | RM SERV | 3389 534 | 15.20 | | |
| 01/23 | ROOM | 534, 1 | 104.00 | | |
| 01/23 | ROOM TAX | 534, 1 | 6.24 | | |
| 01/23 | LOCAL TX | 534, 1 | 5.20 | | |
| 01/23 | OCC TAX | 534, 1 | 2.08 | | |
| 01/24 | RM SERV | 3414 534 | 29.13 | | |
| 01/24 | RM SERV | 3434 534 | 45.98 | | |
| 01/24 | ROOM | 534, 1 | 104.00 | | |
| 01/24 | ROOM TAX | 534, 1 | 6.24 | | |
| 01/24 | LOCAL TX | 534, 1 | 5.20 | | |
| 01/24 | OCC TAX | 534, 1 | 2.08 | | |
| 01/25 | BK CARD | | | | |

*$442.87 + 32.13 = $475.00*

TO BE SETTLED TO:    MASTERCARD      CURRENT BALANCE    .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!

*plus #32.13
room Service
on 1/25/07

— See attached folio*

# Marriott.
## DETROIT PONTIAC
## AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount so written to will, in the ordinary course, appear on any credit card entry in the reference column above will be charged to the credit card issuer set forth above. (The credit card company will, in the usual manner) if for any reason the credit card company does not make payment on this amount, you will pay us such amount. If you are in default in the event payment is not made within 30 days after check-out, you will owe us interest on the check-out balance on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), at the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

6-3955C
Rev. 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



# THE LAWYERS' TRAVEL SERVICE

```
                       71 SOUTH WACKER
                          8TH FLOOR
                    CHICAGO, IL  60606-4632
              312-701-7700   FAX 312-201-7747
```

```
SALES PERSON: 9D          ITINERARY/INVOICE NO. 0254493        DATE: 19 JAN 07
CUSTOMER NBR: 202033                        KOFMIN            PAGE: 01

        TO: LINDSAY BLOHM
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606
```

```
FOR: BLOHM/LINDSAY            REF: 11834
```

```
        GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
        INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
        20/25 USD SURCHARGE FOR A PAPER TICKET
        TO AVOID ADDITONAL COST AN E-TICKET IS
        STRONGLY RECOMMENDED
22 JAN 07  -  MONDAY
    AIR    NORTHWEST AIRLINES    FLT:1252    ECONOMY
           LV CHICAGO OHARE                720P              EQP: DC9 50
           DEPART: TERMINAL 2                                01HR 12MIN
           AR DETROIT METRO               932P              NON-STOP
           ARRIVE: E.M. MCNAMARA TERMINAL                   REF: 35WNYG
           BLOHM/LINDSAY      SEAT-7A    NW-10005499311
    CAR    DETROIT METRO              NATIONAL CAR RENTAL    INTER CAR AUTO A/C
           PICK UP-2132
           RETURN-25JAN
           RATE PLAN  3 DAYS  0 HRS         USD    MI/KM    EX MI/KM
           DAILY RATE                      56.00   UNL
           XTRA DAY-                       56.00   UNL
           XTRA HOUR-                      23.00   UNL
           MANDATORY CHARGES              36.82
           APPROX RENTAL COST            204.82   UNL
           CONFIRMATION NUMBER        837122574COUNT        RATE-GUARANTEED
           CD-5702498
    HOTEL  DETROIT METRO
           MC MARRIOTT DET PONTIAC CENTE   3 NIGHTS    OUT-25JAN
           3600 CENTERPOINT PARKWAY        1 ROOM      SINGLE WITH BATH
           PONTIAC MI 48341                RATE-104.00USD PER NIGHT
           FONE 248-253-9800               GUARANTEED LATE ARRIVAL
           CONFIRMATION 84888383
           FAX 248-648-6005 XCL BY 6P.M. LOCAL TIME
```

CONTINUED ON PAGE 2



# THE LAWYERS' TRAVEL SERVICE



71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: 9D          ITINERARY/INVOICE NO. 0254493          DATE: 19 JAN 07
CUSTOMER NBR: 202033                      KOFMTN                 PAGE: 02

```
        TO: LINDSAY BLOHM
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606
```

FOR: BLOHM/LINDSAY          REF: 11834


```
25 JAN 07  -  THURSDAY
     AIR    NORTHWEST AIRLINES    FLT:226     ECONOMY
            LV DETROIT METRO                  733P              EQP: AIRBUS A319
            DEPART: E.M. MCNAMARA TERMINAL                     01HR 24MIN
            AR WASHINGTON REAGAN             857P              NON-STOP
            ARRIVE: TERMINAL A                                 REF: 35WNYG
            BLOHM/LINDSAY       SEAT-8E     NW-10005499311

28 JAN 07  -  SUNDAY
     AIR    AMERICAN AIRLINES    FLT:2045    ECONOMY           FOOD FOR PURCHASE
            LV WASHINGTON REAGAN             755P              EQP: MD-80
            DEPART: TERMINAL B                                 02HR 10MIN
            AR CHICAGO OHARE                905P               NON-STOP
            ARRIVE: TERMINAL 3                                 REF: KOFMTN
            BLOHM/LINDSAY               AA-30B52X8
MCO           XD8139606914
                                     BILLED TO MASTERCARD                    42.25*

AIR TICKET    NW7809172217      BLOHM LINDSAY
ELEC TKT                        BILLED TO MASTERCARD                        729.80*

                                TOTAL BASE                                  706.78
                                TOTAL TAX                                    70.27
                                NET CC BILLING                             729.95*

                                TOTAL AMOUNT DUE                              0.00
```

CONTINUED ON PAGE 3



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

```
SALES PERSON: 9D         ITINERARY/INVOICE NO. 0254493         DATE: 19 JAN 07
CUSTOMER NBR: 202033                         KQFMIN           PAGE: 03

        TO: LINDSAY BLOHM
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606
```

FOR: BLOHM/LINDSAY         REF: 11834


EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
..........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*



PASSENGER RECEIPT

NORTHWEST AIRLINES
CARVERS TRAVEL
BLOHM/LINDSAY
**NOT VALID FOR**
*TRANSPORTATION*

THIS IS YOUR RECEIPT







---

 E-Ticket.

 E-Ticket.

| Name: | BLOHM/LINDSAY | Conf #:35WNYG |
|---|---|---|
| Date: | 22JAN07 | Request: |
| Frequent Flyer Nbr: | | |
| E-Ticket Nbr: | 0127809172217 | |
| Flight: | NW 1252 | |

| Name: | BLOHM/LINDSAY | Conf #:35WNYG |
|---|---|---|
| Date: | 22JAN07 | Request: |
| Frequent Flyer Nbr: | | |
| E-Ticket Nbr: | 0127809172217 | |
| Flight: | NW 1252 | |

| **Gate:** E11 | | | **Gate:** E11 | |
|---|---|---|---|---|
| **Board:** 6:50 PM | | **Seat: 07–A** | **Board:** 6:50 PM | **Seat: 07–A** |

Depart: Chicago-OHare. IL     7:20 PM
Arrive: Detroit, MI           9:32 PM

Depart: Chicago-OHare. IL     7:20 PM
Arrive: Detroit, MI           9:32 PM

**BOARDING PASS**

---









| Name: | BLOHM/LINDSAY | Conf #:35WNYG |
|---|---|---|
| Date: | 25JAN07 | Request: |
| Frequent Flyer Nbr: | | |
| E-Ticket Nbr: | 0127811377888 | |
| Flight: | NW 226 | |

| Name: | BLOHM/LINDSAY | Conf #:35WNYG |
|---|---|---|
| Date: | 25JAN07 | Request: |
| Frequent Flyer Nbr: | | |
| E-Ticket Nbr: | 0127811377888 | |
| Flight: | NW 226 | |

| **Gate:** A12 | | | **Gate:** A12 | |
|---|---|---|---|---|
| **Board:** 7:03 PM | | **Seat: 13–F** | **Board:** 7:03 PM | **Seat: 13–F** |

Depart: Detroit, MI                  7:33 PM
Arrive: Washington-National, DC      8:57 PM

Depart: Detroit, MI                  7:33 PM
Arrive: Washington-National, DC      8:57 PM

**BOARDING PASS**

N A T I O N A L
C A R   R E N T A L

(4)

RA 813524430          Inv 80012988015
Rental  22-JAN-2007 10:21 PM
DETROIT METRO ARPT
Return  25-JAN-2007 06:15 PM
DETROIT METRO ARPT

LINDSAY BLOHM
Vehicle # 74162128
Model        G6 SEDAN
Class Driven ICAR      Class Charged ICAR
License# YSZ601        State/Province MI
M/Kms Driven  149
M/Kms Out    7778
M/Kms In     7927

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit    Price    Amount
T & M         3 Days    56.00    168.00*
UNLIM M/KM    0 M/Kms             0.00*
FSO           1 Rental  32.00    32.00*
ARPT COST RECOVERY FEE            22.50*
WAYNE COUNTY STADIUM TX            4.44*
VEH LIC FEE RECOVERY               2.55*
SALES TAX 06.000 %                13.77

Total Charges          USD 243.26

Paid By    MC    1406       -243.26

Amount Due             USD 0.00

* Taxable Items
Subject to Audit
Customer service Number 1-800-468-3334



08 3420 8585
MISCELLANEOUS CHARGES ORDER   11834        202833   0254493 A9D
MISCELLANEOUS CHARGES ORDER
A-R-C        PASSENGER RECEIPT
AIRLINES REPORTING CRP          AT4594915       MISCELLANEOUS
LARMERS TRAVEL       CHICAGO   TL0519JAN07      CHARGES ORDER
BLOHM/LINDSAY        KUFNTW/AA          7° 00117
Airlines REPORTING CORP                  WN27A9D
TRAVEL RELATED SERVICE FEE

FM CAXXXXXXXXXX1406° 1109 /  207152

                                         NOT VALID FOR TRAVEL

USD  47.25
TAXFEECHARGE    0.00
                39061678471       890 8139606914 2       8901 AA14594915
TAXFEECHARGE
USD  47.25

①

CHECKER TAXI
CAB NUMBER 2798
01/22/07 18:7172
START END MILES
17:23 17:59 17.4
FARE $ 9.25
EXTRAS $ 0.00
TOTAL $ 36.25
DEPT OF CONSUMER
SERVICE CALL 311
HAVE A NICE DAY

5.25
$42



HMSHOST
QUIZNOS SUBS T2
CHICAGO 773.686.6180

6057 Jessica

4851 JAN22'07 6:11PM

E A T   I N

JRK LITE                    6.59
  WHEAT BREAD
  NO RED WINE VING
  RED ONION
  CHEDDAR

SUBTOTAL                    6.59
TAX                         0.68
AMOUNT                    7.27
XXXXXXXXXXXXXXX6    XX/XX
MSTRCARD A1 5*           7.27

**Your order number is: 4 8 5 1**

*lunch 1/25*

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

③

TERMINAL I.D.:              13400002

MERCHANT #:        000000155205047

MC
SALE
BATCH: 000401        INVOICE: 000024
DATE: JAN 25, 07        TIME: 10:50
RRN: 000066206148    AUTH NO: 603978

**********1406

TOTAL               $7.78

LINDSAY A BLOHM

CUSTOMER COPY

**Marriott**

DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 531 | CHANDLER/PAUL | 104.00 | 02/01/07 | 12:00 | 2535 |
|-----|---------------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NKNG | XXX | | 01/28/07 | 22:58 | |
| TYPE | | | ARRIVE | TIME | |
| 11 | XX· | | | | |

| ROOM CLERK | CHICAGO     IL 60604 | PAYMENT | MR#: XXXXX7055 |
|------------|----------------------|---------|-----------------|
| | ADDRESS | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 01/28 | ROOM      531, 1 | 104.00 | | |
| 01/28 | ROOM TAX  531, 1 | 6.24 | | |
| 01/28 | LOCAL TX  531, 1 | 5.20 | | |
| 01/28 | OCC TAX   531, 1 | 2.08 | | |
| 01/29 | ROOM      531, 1 | 104.00 | | |
| 01/29 | ROOM TAX  531, 1 | 6.24 | | |
| 01/29 | LOCAL TX  531, 1 | 5.20 | | |
| 01/29 | OCC TAX   531, 1 | 2.08 | | |
| 01/30 | ROOM      531, 1 | 104.00 | | |
| 01/30 | ROOM TAX  531, 1 | 6.24 | | |
| 01/30 | LOCAL TX  531, 1 | 5.20 | | |
| 01/30 | OCC TAX   531, 1 | 2.08 | | |
| 01/31 | ROOM      531, 1 | 104.00 | | |
| 01/31 | ROOM TAX  531, 1 | 6.24 | | |
| 01/31 | LOCAL TX  531, 1 | 5.20 | | |
| 01/31 | OCC TAX   531, 1 | 2.08 | | |
| 02/01 | BK CARD | | $470.08 | |

TO BE SETTLED TO:    MASTERCARD        CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 01/28/07 - 02/01/07 REVENUE IF APPLICABLE    $416.00
BASE POINTS EARNED: 4160    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott**

DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

4-2955C
Rev 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



LEMONGRASS RESTAURAN
3999 CENTERPOINT PKW
PONTIAC, MI. 48341

TERMINAL I.D.:    0010540000000010928700

MERCHANT #:    000109207

MC PACARD    SRV: 1
***************8491
SALE
RECORD #: 020    INV:  000038
DATE: JAN 25, 07    TIME: 20:14

AUTH:    029050

BASE    $17.91

TIP    4.09
MAITRE D TIP

TOTAL    22.00

---

CHECKER TAXI
CAB NUMBER 6347
02/01/07 TR 9561
START   END MILES
19:52 20:22 15.1
FARE :   $  31.45
EXTRA:   $   5.00
TOTAL:   $  36.45
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU

---



ATHENS
CONEY ISLAND

A WOODWARD AVENUE TRADITION
SINCE 1964

ATHENS CONEY ISLAND
Date: 1/30/2007    Time: 9:11:07 PM

Card Type:    Master Card
Card Number:    XXXXXXXXXXXX8491
Expiration Date: 1/31/2009
Server Name:    Ashley
Check Number:    443519
Tab Number:    12

Card Owner:    CHANDLER/PAUL

AMOUNT 10.85
2.00
TIP    12.85

TOTAL

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:    13400202
MERCHANT #:    000000155285047

MC
SALE
BATCH: 000406    INVOICE: 000024
DATE: FEB 01, 07    TIME: 11:07
RRN: 000075000496    AUTH NO: 001700

***********8491

TOTAL    $8.64

PAUL CHANDLER

CUSTOMER COPY

---

National Coney Island

```
*******************************************
T.Number 42722   2/1/2007   6:36:12 PM
*******************************************
Register: 2
*******************************************
*******************************************
Charge Amount           9.38
               ==========
```

Signature:

=================================

CHANDLER/PAUL
55286245#######
Exp Date: 0109

Auth. Number:
Reference Number:

---

OLGA'S KITCHEN
6655 Orchard Lake Rd.
248-855-3630
------------------

Server: Lauren    DOB: 01/31/2007
07:42 PM    01/31/2007
/1    4/40034

M/C    5243026
Card #XXXXXXXXXXXX8491
Magnetic card present: CHANDLER PAUL
Approval: 031007

Amount:    13.59

06089741

Trip to Delphi   1-28-07  -  2-1-07
1-28-07
Taxi to O'hare     $38.00    (no receipt)
FOOD


1-29-07
Dinner      $22.00


1-30-07
Dinner      $12.85  ✓


1-31-07
Dinner      $13.59 ✓


2-1-07
Taxi from O'hare         $36.45 ✓
FOOD                     $9.38  (+ $8.64)
Rental Car               $320.92 ✓
Hotel                    $470.88 ✓
Airfare                  $292.05 ✓



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700   FAX 312-701-7749

```
SALES PERSON: DV        ITINERARY/INVOICE NO. 0254759        DATE: 29 JAN 07
CUSTOMER NBR: 322033                          JOAJCV        PAGE: 02
```

```
       TO: MR PAUL ROY
           MAYER BROWN ROWE AND MAW
           71 SOUTH WACKER
           CHICAGO IL 60606
```

FOR: ROY/PAUL              REF: 08296

```
29 JAN 07  -  MONDAY
    HOTEL DETROIT METRO
        MC MARRIOTT PONTIAC              3 NIGHTS    OUT-01FEB
        3600 CENTERPOINT PKWY            1 ROOM
        PONTIAC MI 48341                 RATE-104.00 PER NIGHT
        FONE 248-253-9800                GUARANTEED LATE ARRIVAL
        CONFIRMATION 87932749

01 FEB 07  -  THURSDAY
    AIR    UNITED AIRLINES      FLT:597    FIRST CLASS
           LV DETROIT METRO               642P          EQP: BOEING 737 300
           DEPART: L.C. SMITH TERMINAL                  01HR 23MIN
           AR CHICAGO OHARE               705P          NON-STOP
           ARRIVE: TERMINAL 1                           REF: XG7194
           ROY/PAUL          SEAT-2B    UA-00110101201

01 APR 07  -  SUNDAY
    OTHER NEW YORK CITY
        PNR HOLD-TRAVEL HELPLINE SEE RMKS

31 JUL 07  -  TUESDAY
    OTHER INFORMATION
        HAVE A GREAT TRIP
MCO          XD8J39969380
                              BILLED TO VISA             47.25*

AIR TICKET     UA7811436921    ROY PAUL
ELEC TKT                       BILLED TO VISA           346.17*
```

CONTINUED ON PAGE 3



PASSENGER TICKET AND BAGGAGE CHECK
06 3426 8585
XXXXXXXXXXXXXXXXX 08296
MISCELLANEOUS CHARGES ORDER
ARC XXX PASSENGER RECEIPT
AIRLINES REPORTING CRP
LAWYERS TRAVEL
ROY/PAUL
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE

322033    0254759 ADV
MISCELLANEOUS
CHARGES ORDER

CHICAGO
JOXJCV/AA

AT4594915
TLUS293XAND7

FE VIXXXXXXXXXX7632* 0109 / 554518

USD    47.25
0.00
USD    47.25

39054557570

890 8139969380 1

NOT VALID FOR TRAVEL

8901 AA14594915

---

N A T I O N A L
C A R   R E N T A L

RA 813553482              Inv 80013011391
Rental  29-JAN-2007 10:32 PM
DETROIT METRO ARPT
Return  31-JAN-2007 06:31 PM
DETROIT METRO ARPT

PAUL J ROY
Vehicle # 79206249
Model    IMPALA LT
Class Driven FCAR    Class Charged ICAR
License# ZZB073    State/Province MI
M/Kms Driven  126
M/Kms Out    5202
M/Kms In     5328

MAYER BROWN & PLATT
Contract ID 5702498
Charges        No Unit   Price    Amount
T & M          2 Days    54.95   109.90*
UNLIM M/KM     0 M/Kms            0.00*
REFUELING      6 Gals    6.25     37.50*
ARPT COST RECOVERY FEE            16.57*
WAYNE COUNTY STADIUM TX            3.28*
VEH LIC FEE RECOVERY               1.70*
SALES TAX @6.000 %                10.14

Total Charges              USD 179.09

Paid By   Visa 7632         -179.09

Amount Due                 USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 761930142
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334



National.

---

The Capital Grille
2800 West Big Beaver Road
248-649-5300

Server: Scott W          DOB: 01/30/2007
09:43 PM                      01/30/2007
Table 71/1                      9/90066

Visa                          6291406
Card #XXXXXXXXXXXX7632
Magnetic card present: ROY PAUL
Approval: 53747B

Amount:         121.90

+ Tip:           22.00

= Total:        143.90

X _____
Approval: 53747B

Merchant Copy

**AMERICAN TAXI**

847-259-1555

R E C E I P T

| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

DATE 1/29/07

AMOUNT $30 00

FROM Northbrook

TO O'Hare

NAME                    CAB NUMBER

---

**AMERICAN TAXI**

847-259-1555

R E C E I P T

| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

DATE 1/31/07

AMOUNT $30 00

FROM O'Hare

TO Northbrook

NAME                    CAB NUMBER

## Marriott
### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

420 ROY/PAUL J/MR   ROOM   NAME

104.00 01/30/07 12:00   2653
RATE   DEPART   TIME   ACCT#

01/29/07 23:27
ARRIVE   TIME

NKNG   TYPE

14   3136 PALM LN

ROOM CLERK   NORTHBROOK   IL 600625866   PAYMENT

MR#: XXXXX5253

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 01/29 ROOM | 420, 1 | 104.00 | | |
| 01/29 ROOM TAX | 420, 1 | 6.24 | | |
| 01/29 LOCAL TX | 420, 1 | 5.20 | | |
| 01/29 OCC TAX | 420, 1 | 2.08 | | |
| 01/30 BK CARD | | | | |

$117.52

TO BE SETTLED TO:   VISA     CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Tell the world you love Marriott Rewards
by voting us best program and giving us
a "10" in the 2007 InsideFlyer Freddie Awards.
Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX5253
DATE 01/29/07 - 01/30/07 REVENUE IF APPLICABLE   $104.00
BASE POINTS EARNED: 1040   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

## Marriott
### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit company does not make payment on this account, you will owe us such amount. (The charges are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE (8%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

6-2995C
Rev 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

**Marriott.**

DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

420 ROY/PAUL J/MR
ROOM    NAME

104.00 01/31/07 08:19 2653
RATE    DEPART    TIME    ACCT#
01/30/07 17:38
ARRIVE    TIME

NKNG
TYPE

11  3136 PALM LN

NORTHBROOK    IL 600625866
ROOM CLERK    ADDRESS    PAYMENT

MR#: XXXXX5253

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 01/29 | ROOM | 420, 1 | 104.00 | | |
| 01/29 | ROOM TAX | 420, 1 | 6.24 | | |
| 01/29 | LOCAL TX | 420, 1 | 5.20 | | |
| 01/29 | OCC TAX | 420, 1 | 2.08 | | |
| 01/30 | CCARD-BK | | | 117.52 | |
| | PAYMENT RECEIVED BY: VISA | | | | |
| 01/30 | ROOM | 420, 1 | 104.00 | | |
| 01/30 | ROOM TAX | 420, 1 | 6.24 | | |
| 01/30 | LOCAL TX | 420, 1 | 5.20 | | |
| 01/30 | OCC TAX | 420, 1 | 2.08 | | |
| 01/31 | BK CARD | | | $117.52 | |

TO BE SETTLED TO:    VISA         CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT. PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Tell the world you love Marriott Rewards
by voting us best program and giving us
a "10" in the 2007 InsideFlyer Freddie Awards.
Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX5253
DATE 01/30/07 - 01/31/07 REVENUE IF APPLICABLE    $208.00
BASE POINTS EARNED: 2080    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott.**

DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

61955C
Rev 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**