Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 2
Peterson, Brad L.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/02/07 | **Lee, Jeannie**<br>Review and mark up Statements of Work (Schedule 2.2-D and E) for G. Manter. | 5.00 |
| 01/02/07 | **Manter, Gregory A.**<br>Revised Accenture MSA(1.3); updated issues list(0.7); revised Genpact MSA further(2.2); updated issues list(0.8); drafted service levels definitions(1.5). | 6.50 |
| 01/02/07 | **Peterson, Brad L.**<br>Assessing status and planning next steps, including follow up with J. Lee and G. Manter on progress (1.0).  Review email messages from other deal participants (0.5). | 1.50 |
| 01/03/07 | **Lee, Jeannie**<br>Conference call with Delphi, B. Peterson and G. Manter re: status of vendor negotiations, scheduling and SOW/SLA documents(0.8); Revise and markup SOW Schedules for G. Manter(7.7). | 8.50 |
| 01/03/07 | **Manter, Gregory A.**<br>Call with Delphi and BAH re: schedules; revised SLA document; distributed Group A SOWs and SLAs (4.00); discussion with B. Peterson re: BAH calendar and reviewed and distributed remaining SOW (.80); revised SLAs (1.50) | 6.30 |
| 01/03/07 | **Peterson, Brad L.**<br>Call with Booz Allen and Delphi team members to discuss status and plan next steps (1.4).  Follow up meeting with G. Manter to plan same (0.5).  Review and revise project plan as drafted by Booz Allen (0.7).   Review comments on SOWs and SLAs as prepared by J. Lee and G. Manter (0.5). | 3.10 |
| 01/04/07 | **Lee, Jeannie**<br>Review SOW materials in preparation for conference call(1.6); Conference call with Delphi, BAH and G. Manter to review and revise SOW Schedules(7.4). | 9.00 |
| 01/04/07 | **Manter, Gregory A.**<br>Call with D. Fidler and team re: SOWs (contract administration) (2.50); call with D. Fidler and team re: SOWs (4.80). | 7.30 |
| 01/04/07 | **Peterson, Brad L.**<br>Review SOW markups prepared by G. Manter (0.5).  Participate in SOW/SLA review call and internal follow-up discussions (1.3).  Draft and send messages to subject matter experts on Genpact open issues. (1.0). | 2.80 |
| 01/05/07 | **Lee, Jeannie**<br>Conference call with Delphi, G. Manter re: comments to SOW Schedules. | 7.50 |
| 01/05/07 | **Manter, Gregory A.**<br>Call with Delphi re: finalizing SOWs(4.1); arrange for distribution of SOWs to service providers(0.4) . | 4.50 |
| 01/05/07 | **Peterson, Brad L.**<br>Participate in SOW and SLA calls. | 0.50 |

Mayer, Brown, Rowe & Maw LLP

06089214                                                                                       Page 3
Delphi Corporation                                                                    Peterson, Brad L.
Finance and Accounting Outsourcing

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/07/07 | **Manter, Gregory A.** <br> Updated Genpact issues list and arranged for distribution to Genpact(2.0); arrange for distribution Schedule 3-B and arrange for distribution to D. Fidler(2.0). | 4.00 |
| 01/07/07 | **Peterson, Brad L.** <br> Work on planning for negotiations. | 0.50 |
| 01/08/07 | **Lee, Jeannie** <br> Conference call with Delphi , G. Manter to review and finalize remainder of SOW Schedules and SLA documents(5.3); meet with G. Manter re: review of SLA documents(2.7). | 8.00 |
| 01/08/07 | **Manter, Gregory A.** <br> Calls with D. Fidler and team regarding SOW revisions(5.0) updated Genpact issues list(1.4); marked up Schedule 3 based on  proposed revisions from Genpact(2.6); drafted  Accenture issues list(0.8); reformatted SOWs(0.7). | 10.50 |
| 01/08/07 | **Peterson, Brad L.** <br> Call with B. Lendzion regarding open issues (0.4).  Review G. Manter's open issues list and new documents from Genpact (2.0).  Call with B. Lendzion, G. Manter and Booz Allen to plan week's negotiation and discuss open issues on Accenture pricing methodology comments (2.0).  Separate call to discuss same issues on Genpact pricing methodology (1.2).  Draft and send messages to SMEs (0.6). | 6.20 |
| 01/09/07 | **Manter, Gregory A.** <br> Call with Delphi re: meetings with Genpact (1.30); call with Delphi re: pricing schedule (1.50); finalized schedule 3-B(5.7); discussed SOW strategy and status with B. Peterson and J. Lee (1.8). | 10.30 |
| 01/09/07 | **Peterson, Brad L.** <br> Call with Delphi team on  SLAs methodology (1.5).  Call with Delphi team on pricing (2.3).  Prepare for Genpact meetings (1.5).  Review and forward Accenture's proposal on bankruptcy provisions (0.4).  Meet with G. Manter to plan for SOW/SLA negotiations (0.5).  Review draft SOWs and SLA and provide comments to G. Manter and J. Lee (1.8). | 8.00 |
| 01/10/07 | **Lee, Jeannie** <br> SOW discussions with Genpact and Delphi (10.0).  Review SOW documents (General Accounting, Travel and Expenses, etc.) for preparation for discussions with Genpact (2.0). | 12.00 |
| 01/10/07 | **Manter, Gregory A.** <br> Negotiations with Genpact re: SOWs and SLAs. | 10.00 |
| 01/10/07 | **Peterson, Brad L.** <br> Attend meetings with Genpact (9.2).  Follow-up meeting with Delphi teams to review progress (1.1). | 10.30 |

Mayer, Brown, Rowe & Maw LLP

06089214                                                                                    Page 4
Delphi Corporation                                                                   Peterson, Brad L.
Finance and Accounting Outsourcing

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/11/07 | **Lee, Jeannie**<br>SOW and SLA discussions between Genpact and Delphi. | 10.50 |
| 01/11/07 | **Manter, Gregory A.**<br>Negotiations with Genpact re: SLAs and SOW. | 10.50 |
| 01/11/07 | **Peterson, Brad L.**<br>Meet with M. Densmore and B. Lendzion to advise them of risks and open issues (1.5).  Meet with Delphi and Genpact teams to negotiate MSA (7.0). Participate in call with Delphi's internal tax SME (Dan Berberich) and Genpact's internal tax counsel (1.5).  Internal wrap-up meeting (0.5).  Review correspondence and send email messages to team members (1.6). | 12.10 |
| 01/12/07 | **Lee, Jeannie**<br>SOW and SLA discussions with Delphi and Genpact (5.5). Review and revise SOW and SLA documents to be forwarded to vendors (1.5). | 7.00 |
| 01/12/07 | **Manter, Gregory A.**<br>Negotiation sessions with Genpact (8.20); followup internal meeting to prepare for Accenture negotiations (1.50); work with B. Peterson on next steps on Genpact (1.00); | 10.70 |
| 01/12/07 | **Peterson, Brad L.**<br>Call with Risk Management teams from Delphi and Genpact (1.0).  Call with Sarbox team from Dephi and Genpact (1.0).  Negotiation sessions with Genpact (6.2).  Follow-up internal meeting to prepare for Accenture negotiations (1.3). Work with G. Manter on next steps on Genpact (1.0).  Follow up on open issues from Accenture and Genpact (2.0). | 12.50 |
| 01/13/07 | **Peterson, Brad L.**<br>Review and respond to email message from Booz Allen (0.2).   Prepare for negotiations with Accenture (0.3). | 0.50 |
| 01/15/07 | **Manter, Gregory A.**<br>Reviewed documents for Accenture meetings(1.4); revised KPI document(1.1). | 2.50 |
| 01/15/07 | **Peterson, Brad L.**<br>Prepare for negotiations with Accenture. | 1.30 |
| 01/16/07 | **Manter, Gregory A.**<br>Negotiations with Accenture re: SOWs and SLAs (9.00); reviewed assumptions provided by Accenture(1.4); discussion with B. Peterson re: pricing and next steps (0.9). | 11.30 |
| 01/16/07 | **Peterson, Brad L.**<br>Meeting with Delphi and Accenture negotiation teams (9.0).  Internal meeting to discuss pricing schedule (2.0).  Send excerpts from EDS and HP pricing schedule to J. Enzor as background information (0.3).  Follow-up work on pricing schedule (0.9) | 12.20 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 5
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/17/07 | **Manter, Gregory A.**<br>Negotiations with Accenture (9.50); distributed Schedule 4.6 to Delphi internally and SOWs and SLAs to Accenture (.50). | 10.00 |
| 01/17/07 | **Peterson, Brad L.**<br>Negotiations with Accenture (9.0). Internal meeting (0.5). Review and send various documents (0.4). | 9.90 |
| 01/18/07 | **Manter, Gregory A.**<br>Meetings with Accenture (9.50); drafted updated assumptions document (5.00). | 14.50 |
| 01/18/07 | **Peterson, Brad L.**<br>Internal meeting (0.5). Negotiations with Accenture (9.0). Revise MSA based on negotiations (1.0). Work with G. Manter on project plan (0.8). | 11.30 |
| 01/19/07 | **Manter, Gregory A.**<br>Prep for 4pm call re: documents (1.50); call with D. Fidler and team re: SOWs (1.30); follow up to phone meeting and distributed updated drafts (1.00) | 3.80 |
| 01/19/07 | **Peterson, Brad L.**<br>Work on project plan. | 1.00 |
| 01/21/07 | **Peterson, Brad L.**<br>Respond to document requests from P. Mittal and D. Fidler. | 0.40 |
| 01/22/07 | **Manter, Gregory A.**<br>Call with Delphi re: tasks due Wednesday and created "long-view" document tracker (4.30); call with D. Fidler re: SOWs/SLAs (2.00); call with D. Fidler's team re: Schedule 2.3 (contract administration) (.80); call with D. Fidler re: assumption documents (1.30) | 8.40 |
| 01/22/07 | **Peterson, Brad L.**<br>Calls with J. Enzor and others to discuss pricing documents, assumptions and next steps (2.2). Review and revise pricing schedule (2.3). | 4.50 |
| 01/23/07 | **Manter, Gregory A.**<br>Prepared schedules for pricing package (.80); call with SOW team re: package schedules (3.00); call with Delphi re: package documents (1.00); prepared schedules for pricing package (.50) | 5.30 |
| 01/23/07 | **Peterson, Brad L.**<br>Drafts for developing pricing package(6.5); several teleconferences regarding same(1.5). | 8.00 |
| 01/24/07 | **Manter, Gregory A.**<br>Call with D. Fidler and team re: KPI and other schedules for pricing package (4.80); drafted cover message to suppliers and created document package (2.00); call re: status of pricing package (.50); prepared the pricing package(2.3); arrange for distribution to L. Graves(0.2). | 9.80 |
| 01/24/07 | **Peterson, Brad L.**<br>Development of revised pricing package, including revised Schedule 4(3.5); calls | 5.00 |

Mayer, Brown, Rowe & Maw LLP

06089214                                                                    Page 6
Delphi Corporation                                              Peterson, Brad L.
Finance and Accounting Outsourcing

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | re same(1.2); arrange for distribution of package(0.3). | |
| 01/27/07 | **Peterson, Brad L.**<br>Review and modify Schedule 3 and Schedule 6 as proposed by Booz Allen(4.1); arrange for distribution of revised draft of Schedule 3(0.2). | 4.30 |
| 01/29/07 | **Peterson, Brad L.**<br>Call with Delphi and Genpact regarding MSA and Pricing Schedule (1.7). Call with Delphi and Accenture regarding MSA and Pricing Schedule (1.2). Call with Delphi team to follow up on Genpact and Accenture calls (0.7). Call with Booz Allen and Dana Fidler regarding service level schedule (1.5). | 5.10 |
| 01/30/07 | **Peterson, Brad L.**<br>Revise Booz Allen redraft of Schedule 3 (Service Level Methodology)(2.3); arrange for distribution of and distribute revised copy(0.2). | 2.50 |
| 01/31/07 | **Peterson, Brad L.**<br>Exchange e-mail message with Delphi's Service Level team regarding issues in the Service Level Methodology (1.2). Respond to questions from B. Lendzion regarding GA KPIs (0.4). Revise SL methodology based on responses from D. Fidler and P. Mittal(1.7); arrange for distribution of revised draft (0.1). | 3.40 |

**Total Hours**                                              **340.60**

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 7
Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/06 | **Long Distance Telephone** <br>(248) 813-3355 at 1545 ( 42 mins) | 3.78 |
| 12/15/06 | **Long Distance Telephone** <br>(248) 813-3873 at 1518 ( 19 mins) | 1.71 |
| 12/18/06 | **Long Distance Telephone** <br>(248) 813-3801 at 0919 ( 102 mins) | 9.18 |
| 12/19/06 | **Long Distance Telephone** <br>(248) 813-3801 at 1102 ( 138 mins) | 12.42 |
| 12/19/06 | **Long Distance Telephone** <br>(248) 813-3801 at 1347 ( 80 mins) | 7.20 |
| 12/20/06 | **Long Distance Telephone** <br>(248) 813-3873 at 1306 ( 21 mins) | 1.89 |
| 01/09/07 | **Document Reproduction** | 2.60 |
| 01/09/07 | **Document Reproduction** | 0.80 |
| 01/09/07 | **Document Reproduction** | 1.20 |
| 01/09/07 | **Document Reproduction** | 1.40 |
| 01/09/07 | **Document Reproduction** | 1.20 |
| 01/09/07 | **Document Reproduction** | 1.80 |
| 01/09/07 | **Document Reproduction** | 1.00 |
| 01/09/07 | **Document Reproduction** | 3.00 |
| 01/11/07 | **Business Meals - Travel** <br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672070055 DATE: 17-Jan-07 Delphi Meerting From 09 Jan 2007 To 11 Jan 2007 | 82.41 |
| 01/12/07 | **Travel - Other** <br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672070055 DATE: 17-Jan-07 Delphi Meerting From 09 Jan 2007 To 12 Jan 2007 | 1,080.46 |
| 01/12/07 | **Business Meals - Travel** <br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862070057 DATE: 22-Jan-07  Delphi Trip #1 From 09 Jan 2007 To 12 Jan 2007 | 255.51 |
| 01/13/07 | **Travel - Other** <br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862070057 DATE: 22-Jan-07  Delphi Trip #1 From 09 Jan 2007 To 13 Jan 2007 | 1,533.15 |
| 01/18/07 | **Travel - Other** <br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862070058 DATE: 22-Jan- | 698.76 |

Mayer, Brown, Rowe & Maw LLP

06089214                                                                      Page 8
Delphi Corporation                                                  Peterson, Brad L.
Finance and Accounting Outsourcing

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | 07  Delphi Trip #2 From 15 Jan 2007 To 18 Jan 2007 | |
| 01/18/07 | **Travel - Other**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672070058 DATE: 25-Jan-07<br>Delph Trip From 15 Jan 2007 To 18 Jan 2007 | 424.56 |
| 01/18/07 | **Business Meals - Travel**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672070058 DATE: 25-Jan-07<br>Delph Trip From 15 Jan 2007 To 18 Jan 2007 | 96.26 |
| 01/18/07 | **Business Meals - Travel**<br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862070058 DATE: 22-Jan-07  Delphi Trip #2 From 15 Jan 2007 To 18 Jan 2007 | 184.30 |
| 01/22/07 | **Document Reproduction** | 0.40 |
| 01/22/07 | **Document Reproduction** | 0.20 |

**Total Other Charges**                                              **$4,405.19**





HMSHOST
STARBUCKS H02
Chicago 773.686.6180

1089 Emilia

CHK 699  JAN09'07  :54PM  GST 2

1 VNTI LATTE V          3.99
1 WATER VASA 25oz       2.49
1 WHOLE APPLE           1.09

SUBTOTAL               7.57
TAX                    0.78
AMOUNT PAID            8.35
XXXXXXXXXXXXXXX7
MSTRCARD  A1 5*        8.35



The
**REDHEAD**
**PIANO BAR**

Enjoy Chicago's Premier Night Spot

Live Music Seven Nights a Week

16 W. Ontario St.
**312-640-1000**

Private Parties Available    Proper Attire Required
Receipt Advertising Inc. ChicagoDispatcher.com

Need a cab?
Dial
3-12
**CHECKER**
(312) 243-2537
845 W. Washington Blvd.
Chicago, Ill 60607



312-829-4222

*Thank you for
riding with us!*

# Marriott
## HOTELS & RESORTS

**GUEST FOLIO**

309 PETERSON/BRAD/L          279.00 01/12/07 06:48  2592
                                                     ACCT#
N/C                                  01/09/07 22:14

| 41 | 190 S EUCLID | PASSPORT: | |
|---|---|---|---|
| ROOM CLERK | SOLILICIT CORRECT | BKXXXXXXXXXXXX0437 | |
| | CHICAGO    IL 60603 | | MR#: XXXXX1637 |

| DATE | REFERENCE | | CHARGES | CREDITS | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 01/09 | TELECOM | TELECOM | 9.95 | | | |
| 01/09 | TAX | TELECOM | .60 | | H | |
| 01/09 | ROOM TR | 309, 1 | 279.00 | | | |
| 01/09 | STATETAX | 309, 1 | 16.74 | | A | |
| 01/09 | CITY TAX | 309, 1 | 19.53 | | B | |
| 01/10 | RM SERV | 8147 309 | 48.16 | | | |
| 01/10 | TELECOM | TELECOM | 9.95 | | | |
| 01/10 | TAX | TELECOM | .60 | | H | |
| 01/10 | ROOM TR | 309, 1 | 279.00 | | | |
| 01/10 | STATETAX | 309, 1 | 16.74 | | A | |
| 01/10 | CITY TAX | 309, 1 | 19.53 | | B | |
| 01/11 | RM SERV | 8210 309 | 25.90 | | | |
| 01/11 | TELECOM | TELECOM | 9.95 | | | |
| 01/11 | TAX | TELECOM | .60 | | H | |
| 01/11 | ROOM TR | 309, 1 | 279.00 | | | |
| 01/11 | STATETAX | 309, 1 | 16.74 | | A | |
| 01/11 | CITY TAX | 309, 1 | 19.53 | | B | |
| 01/12 | CCARD-BK | | | 1051.52 | | |
| | | | | | | .00 |

```
----------------- SUMMARY OF TAXES -----------------
   DESCRIPTION              TAXED AMOUNT            TAX
A  STATE TAX 6%                      .00          50.22
B  CITY TAX 7%                       .00          58.59
E  PKG TX 7%                         .00            .00
F  ATTRITION TAX                     .00            .00
H  STATE TAX 6%                      .00           1.80

      NET CHARGES         TAX       CREDITS       FOLIO
        940.91          110.61      1051.52         .00
----------------- EXP. REPORT SUMMARY -----------------
01/09  TELECOM             9.95
       TAX                  .60
       ROOM&TAX          315.27

01/10  RM SERV            48.16
       TELECOM             9.95
       TAX                  .60
       ROOM&TAX          315.27

01/11  RM SERV            25.90
       TELECOM             9.95
       TAX                  .60
```

## Marriott
### HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

6-2955
Rev.9/03

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

# Marriott.
## HOTELS & RESORTS

**GUEST FOLIO**

109 PETERSON/BRAD/L          279.00 01/12/07 06:48   2592
                                                     ACCT#
NSDB                                01/09/07 22:14

41   190 S EUCLID              PASSPORT:
ROOM SOLILICIT CORRECT         BKXXXXXXXXXXXXX0437
CLERK CHICAGO    IL 60603                      MR#: XXXXX1637

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|

------------------ EXP. REPORT SUMMARY ------------------
01/11 ROOM&TAX               315.27

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Earn more Marriott Rewards points and enjoy greater benefits!
The Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for all of the details.

MARRIOTT REWARDS ACCOUNT # XXXXX1637
DATE 01/09/07 - 01/12/07 REVENUE IF APPLICABLE   $940.91
BASE POINTS EARNED: 9409   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.
## HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955
Rev 9/03

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

HOTELS & RESORTS

GUEST FOLIO

1706 MANTER/GREGORY          279.00  01/12/07  06:48   2591
                                                        ACCT#
CNK#
                                      01/09/07  22:10
34
                             PASSPORT:
                             AXXXXXXXXXXXXX1006
ROOM
CLERK    ADDRESS                                        MR#:

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 01/09 | RM SERV | 80901706 | 16.85 | | |
| 01/09 | TELECOM | TELECOM | 9.95 | | |
| 01/09 | TAX | TELECOM | .60 | H | |
| 01/09 | ROOM TR | 1706, 1 | 279.00 | A | |
| 01/09 | STATETAX | 1706, 1 | 16.74 | B | |
| 01/09 | CITY TAX | 1706, 1 | 19.53 | | |
| 01/10 | SHULAS | 14611706 | 47.23 | | |
| 01/10 | RM SERV | 81541706 | 30.78 | | |
| 01/10 | TELECOM | TELECOM | 9.95 | | |
| 01/10 | TAX | TELECOM | .60 | H | |
| 01/10 | ROOM TR | 1706, 1 | 279.00 | A | |
| 01/10 | STATETAX | 1706, 1 | 16.74 | B | |
| 01/10 | CITY TAX | 1706, 1 | 19.53 | | |
| 01/11 | SHULAS | 15451706 | 46.23 | | |
| 01/11 | RM SERV | 82031706 | 37.78 | | |
| 01/11 | TELECOM | TELECOM | 9.95 | H | |
| 01/11 | TAX | TELECOM | .60 | | |
| 01/11 | ROOM TR | 1706, 1 | 279.00 | A | |
| 01/11 | STATETAX | 1706, 1 | 16.74 | B | |
| 01/11 | CITY TAX | 1706, 1 | 19.53 | | |
| 01/12 | SHULAS | 16161706 | 46.23 | | |
| 01/12 | CCARD-AX | | | 1202.56 | |

---------------------- SUMMARY OF TAXES ----------------------
                                                         .00
    DESCRIPTION              TAXED AMOUNT         TAX
A  STATE TAX 6%                       .00       50.22
B  CITY TAX 7%                        .00       58.59
E  PKG TX 7%                          .00         .00
F  ATTRITION TAX                      .00         .00
H  STATE TAX 6%                       .00        1.80

      NET CHARGES          TAX        CREDITS          FOLIO
        1091.95          110.61       1202.56            .00
---------------------- EXP. REPORT SUMMARY ----------------------
01/09  RM SERV                16.85
       TELECOM                 9.95
       TAX                      .60
       ROOM&TAX               315.27

01/10  SHULAS                 47.23
       RM SERV                30.78
       TELECOM                 9.95

**Marriott.**
HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955
Rev.9/03          Signature X

FOR RESERVATIONS AT ANY MARRIOTT HOTEL CALL

HOTELS & RESORTS

GUEST FOLIO

1006 MANTER/GREGORY          279.00  01/12/07  06:48   2591
                                                        ACCT#
CNKW                                 01/08/07  22:18

34                           PASSPORT:
                             AXXXXXXXXXXXX1006
ROOM CLERK   ADDRESS                                     MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| | ------------------ EXP. REPORT SUMMARY ------------------- | | | |
| 01/10 | TAX | .60 | | |
| | ROOM&TAX | 315.27 | | |
| 01/11 | SHULAS | 46.23 | | |
| | RM SERV | 37.78 | | |
| | TELECOM | 9.95 | | |
| | TAX | .60 | | |
| | ROOM&TAX | 315.27 | | |
| 01/12 | SHULAS | 46.23 | | |

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM



Marriott.
HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955
Rev 9/03        Signature X _____

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800)...

*Delphi*

## AMERICAN + UNITED
### TAXI
## (773) 248-7600
2353 W. Belmont Ave.
Chicago, IL 60618

$ **20**   Date *1/9*   Time _____

Received from _____

Cab fare from *home*

To *office for flight*

Driver _____

Cab no. _____



**Museum Contemporary Art**

220 East Chicago Ave.
www.mcachicago.org
312.280.2660

Receipt Advertising Info: ChicagoDispatcher.com

*Delphi → Car rental to home*

AMERICAN UNITED
(773) 248-7600

Med#           2502
Trip#          5
Date    01/13/2007
Start       11:39AM
End         11:39AM
Dist Mi        3.4
FARE    $    10.35
Tip     $     2.95

TOTAL   $    13.30
*CARD ACCEPTED*

Auth#     515400
          01-13-2007
          11:40AM
Amex - xxxxx1006

DEPT OF CONSUMER
SERVICE CALL 311
Customer Copy

---

Date: 1/9/07     Time: 5:11:33 PM
Card Type:       American Express
Card Owner:      MANTER/GREGORY ADAM

Server Name:     ROSA
Check Number:    853892

AMOUNT   23.49

TIP     _____

TOTAL   _____

Approval: 529583

RETAIN THIS COPY FOR YOUR RECORDS

---

*Delphi*

HMSHOST
STARBUCKS H02
Chicago 773.686.6180

1089 Emilia
--------------------------------
CHK 690  JAN09'07  4:39PM  GST 2
--------------------------------

1 GRND CARML MACCH      3.99
1 GUM                   2.29

  SUBTOTAL              6.28
  TAX                   0.64
  AMOUNT PAID       6.92
  XXXXXXXXXXXXXXXX    XX/XX
  AMEX     A3 37*      6.92

*Delphi*

DETROIT METROPOLITAN A/P
RENTAL RECORD:              163986966
GREGORY MANTER
COMPLETED BY:                    7899
RENTED: DETROIT METROPOLITAN A/P
RENTAL:  01/09/07    21:29
RETURN:  01/12/07    18:55
MILES IN: 11096  OUT: 10995
MILES DRIVEN:  101
PLAN IN/OUT: 0506J /0506J
CLS: C

| | | |
|---|---|---|
| 3 DAYS          79.50 | 238.50 |
| DISCOUNT 15% | 35.78 |
| SUBTOTAL | 202.72 |
| CONCESSION FEE RECOVERY | 22.50 |
| FUEL PURCHASE OPTION | 36.78 |
| TX 8.000% ON   263.20 | 21.06 |
| VLC RECOVERY | 1.20 |
| NET DUE | 284.26 |

PAID BY: AMX
CREDIT CARD #: XXXXXXXXXX1006

```
=============================
     HOW WAS YOUR EXPERIENCE?
     WE'D LIKE YOUR FEEDBACK.

 1) Call 1-800-278-1595, or
    Visit WWW.HERTZSURVEY.COM

 2) Enter Access Code: 01530

 3) Take Brief 4 Question Survey
=============================
```

Thank you for renting from
**Hertz**

---

**Hertz**        #01RN  RR 165637824
                              CC
**GREGORY MANTER**
VEHICLE  01594 /7447717
CLS YL            07HL4S    LIC: OHDTT7174
CDP:  00099

RES  D5261286311/ICAM    /L
PREPARED BY:  5837/MIDAP13
COMPLETED BY: 9308/ILCHI33
RENTED: 01/12/07  19:40 @ DETROIT METROPOLITAN A/P
RETURN: 01/13/07  11:04 @ HLE-CHICAGO (WEST BELMONT)

| | | |
|---|---|---|
| PLAN IN: | ICAM | RATE CLASS:    L |
| PLAN OUT: | ICAM | |
| MILEAGE IN | 7946 | TR-X MILES |
| MILEAGE OUT | 7677 | MILES ALLOWED |
| MILES DRIVEN | 269 | MILES CHARGED |

| | | | |
|---|---|---|---|
| DAYS | 1 @ $ 153.99 / DAY | $ | 153.99 |
| SUBTOTAL | | T$ | 153.99 |
| CONCESSION FEE RECOVERY | 11.10% | T$ | 18.20 |
| ADDITIONAL CHARGES* | | T$ | 10.00 |
| LDW     DECLINED | | | |
| LIS     DECLINED | | | |
| PAI, PEC  DECLINED | | | |
| FPO     ACCEPTED | | T$ | 38.18 |
| VLC RECOVERY | | T$ | .40 |
| TAX   8.000 % ON TAXABLE TTL OF $  220.77 | | $ | 17.66 |
| CHARGED ON  AMX    XXXXXXXXXX1006 | | $ | 238.43 |
| RENT FP AMX   XXXXXXXXXXX1006 | | | |

* ADDITIONAL CHARGES
  AAO TOTAL        $  10.00

*Delphi ⇒ Drove*
*home due*
*to cancelled*
*flight*

```
     HOW WAS YOUR EXPERIENCE?
     WE'D LIKE YOUR FEEDBACK.

 1) Call 1-800-278-1595, or
    Visit WWW.HERTZSURVEY.COM

 2) Enter Access Code: 01530

 3) Take Brief 4 Question Survey
```

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

**Marriott.**
DETROIT PONTIAC
AT CENTERPOINT

(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 217 | PETERSON/BRAD | 104.00 | 01/18/07 | 07:09 | 1249 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NKNG | | | 01/15/07 | 20:15 | |
| TYPE | | | ARRIVE | TIME | |

| 11 | 190 S EUCLID | | | MR#: XXXXX1637 |
|---|---|---|---|---|
| | SOLILICIT CORRECT | | | |
| ROOM | CHICAGO        IL 60603 | PAYMENT | | |
| CLERK | ADDRESS | | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 01/15 | RM SERV    3196 217 | 28.44 | | |
| 01/15 | ROOM        217, 1 | 104.00 | | |
| 01/15 | ROOM TAX    217, 1 | 6.24 | | |
| 01/15 | LOCAL TX    217, 1 | 5.20 | | |
| 01/15 | OCC TAX     217, 1 | 2.08 | | |
| 01/16 | PRKGRILL   1024 217 | 27.33 | | |
| 01/16 | RM SERV    3249 217 | 23.56 | | |
| 01/16 | ROOM        217, 1 | 104.00 | | |
| 01/16 | ROOM TAX    217, 1 | 6.24 | | |
| 01/16 | LOCAL TX    217, 1 | 5.20 | | |
| 01/16 | OCC TAX     217, 1 | 2.08 | | |
| 01/17 | ROOM        217, 1 | 104.00 | | |
| 01/17 | ROOM TAX    217, 1 | 6.24 | | |
| 01/17 | LOCAL TX    217, 1 | 5.20 | | |
| 01/17 | OCC TAX     217, 1 | 2.08 | | |
| 01/18 | CCARD-BK | | 431.89 | |

PAYMENT RECEIVED BY: MASTERCARD

.00

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Tell the world you love Marriott Rewards
by voting us best program and giving us
a "10" in the 2007 InsideFlyer Freddie Awards.
Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX1637              $391.33
DATE 01/15/07 - 01/18/07  REVENUE IF APPLICABLE
BASE POINTS EARNED: 3913    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott.**
DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

*handwritten:*
Room     tax      1/15 F 28.44
1/15  104.00   13.52   1/16 F 27.33
1/16  104.00   13.52   1/16 F 23.56
1/17  104.00   13.52

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check out, you will owe us interest from the check out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.



```
HMSHOST
QUICK CHECK E09
Chicago 773.686.6180

1129 Ramiro  Brad Pittman
6 7 8 9  JAN 15 '07  3:39PM

1  WATER VASA 25oz        2.49
1  ODWLLA SMTH 14oz        3.69
   XXXXXXXXXXXXXXX         XX./XX
   MSTRCARD  A1 5*         6.81

   SUBTOTAL                6.18
   TAX                      .33
   AMOUNT PAID            6.51
```



```
AMERICAN TAXI
Dispatch,Inc.
847-259-1655

RECEIPT

DATE  01118/07
AMOUNT  36.00

FROM  O'Hare
TO  Glencoe  Chicago
NAME  Brad Pittman

CAB NUMBER  156

NORTHWEST SUBURBS        (847) 253-4411
WEST & SOUTH SUBURBS     (708) 424-7878
LAKE COUNTY              (847) 566-3131
NORTH SUBURBS            (847) 673-1000
DUPAGE CO. EAST          (630) 920-9480
DUPAGE CO. WEST          (630) 305-0700
```



**AMERICAN TAXI INC.**

847-259-1555

R E C E I P T

| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-0460 |
| DUPAGE CO. WEST | (630) 305-0700 |

DATE
AMOUNT
FROM
TO
NAME
CAB NUMBER

---

open order

Soup

New Store
Date: 11/17/2007  Time: 5:49 PM
Cashier: Jesse Cunningham
Order Number: 167

1
To Go

| Qty | Item | Size | Price |
| --- | --- | --- | --- |
| 1 | Tomato Spinach and Brown Bowl | | $5.95 |
| 1 | -- Multigrain | | $0.00 |

Subtotal:      $5.95
Sales Tax:      $0.36
Order Total:    $6.31

***Amount Paid:  $6.31***
*Payment Breakdown*
-- Credit Visa/MC: $6.31
*End Breakdown****

Change Tend: $0.00

*********************************
Promo Message
Bar Code
*********************************

---

Coffee Beanery #331
Detroit Metro Airport
Tel # 734-229-0616

Date:        Jan18'07 07:28PM
Card Type:   Visa/M.C.
Acct #:      XXXXXXXXXXXXX0437
Exp Date:    11/07
Auth Code:   316221
Check:       3913
Server:      7152 Yousif F
             BRAD L PETERSON

Subtotal:    3.81

Signature

I agree to pay above total
according to my card issuer
agreement.

*Customer Copy*

# Marriott.
## DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 220 | MANTER/GREGORY | | 104.00 | 01/18/07 | 07:07 | 1248 |
|-----|----------------|--|--------|----------|-------|------|
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# |
| NKNG | | | | 01/15/07 | 20:15 | |
| TYPE | | | | ARRIVE | TIME | |
| 54 | | | | | | |

| ROOM CLERK | ADDRESS | PAYMENT | MR#: |
|-----------|---------|---------|------|

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 01/15 | ROOM | 220, 1 | 104.00 | | |
| 01/15 | ROOM TAX | 220, 1 | 6.24 | | |
| 01/15 | LOCAL TX | 220, 1 | 5.20 | | |
| 01/15 | OCC TAX | 220, 1 | 2.08 | | |
| 01/16 | RM SERV | 3252 220 | 41.37 | | |
| 01/16 | ROOM | 220, 1 | 104.00 | | |
| 01/16 | ROOM TAX | 220, 1 | 6.24 | | |
| 01/16 | LOCAL TX | 220, 1 | 5.20 | | |
| 01/16 | OCC TAX | 220, 1 | 2.08 | | |
| 01/17 | PRKGRILL | 1136 220 | 28.33 | | |
| 01/17 | RM SERV | 3300 220 | 26.65 | | |
| 01/17 | ROOM | 220, 1 | 104.00 | | |
| 01/17 | ROOM TAX | 220, 1 | 6.24 | | |
| 01/17 | LOCAL TX | 220, 1 | 5.20 | | |
| 01/17 | OCC TAX | 220, 1 | 2.08 | | |
| 01/18 | PRKGRILL | 1200 220 | 29.33 | | |
| 01/18 | CCARD-AX | | | 478.24 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS

.00

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!



DETROIT METROPOLITAN A/P
RENTAL RECORD:    167111906
GREGORY MANTER
COMPLETED BY:         0269J
RENTED:  DETROIT METROPOLITAN A/P
RENTAL:  01/15/07  19:17
RETURN:  01/18/07  17:57
MILES IN: 17771  OUT: 17638
MILES DRIVEN:  133
PLAN IN/OUT: 0506J /0506J
CLS: C

| | | |
|--|--|--|
| 3 DAYS | 79.50 | 238.50 |
| DISCOUNT 15% | | 35.78 |
| SUBTOTAL | | 202.72 |
| CONCESSION FEE RECOVERY | | 22.50 |
| FUEL PURCHASE OPTION | | 35.38 |
| TX 8.000% ON 261.80 | | 20.95 |
| VLC RECOVERY | | 1.20 |
| NET DUE | | 282.75 |

PAID BY: AMX
CREDIT CARD #: XXXXXXXXXXX1006

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1)  Call 1-800-278-1595, or
    visit WWW.HERTZSURVEY.COM

2)  Enter Access Code: 01530

3)  Take Brief 4 Question Survey

Thank you for renting from **Hertz**

*Delphi*

```
        Coffee Beanery #331
        Detroit Metro Airport
        Tel # 734-229-0616
Date:        Jan18'07 07:27PM
Card Type:   Amex
Acct #:      XXXXXXXXXX1006
Exp Date:    11/09
Auth Code:   575674
Check:       3912
Server:      7152 Yousif F
      GREGORY ADAM MANTER

Subtotal:          (4.44)
```

Signature

I agree to pay above total
according to my card issuer
agreement.

**\*Customer Copy\***

# Delphi

```
        Diego's Mexican Village
        Detroit Metro Airport
        McNamara Terminal
        Detroit, MI
Date:       Jan18'07 07:10PM
Card Type:  Amex
Acct #:     XXXXXXXXXX1006
Exp Date:   XX/XX
Auth Code:  1 *
Check:      299
Table:      32/2
Server:     1040 Toni M

Subtotal:        35.87
Tip:_____

Total:_____    5,00
```

Signature

(46.87)

I agree to pay above total
according to my card issuer
agreement.

**\*\*\* Customer Copy \*\*\***

*Delphi*

```
 O'HARE VENTURE - HOT DOG T2
 O'HARE INTERNATIONAL AIRPORT
        773-686-2744

6952 Tessie
-----------------------------
9984 JAN15'07  2:08PM
-----------------------------

 1 PIZ UNO SAUS          6.29
 1 SODA FTN 21           1.79
   XXXXXXXXXXXXX         XX/XX
   AMEX         A3 37*   8.91

   SUBTOTAL             8.08
   TAX                  0.83
   AMOUNT PAID          8.91
```

*Delph!*

```
        HMSHOST
        STARBUCKS T2
     Chicago 773.686.6180

7951 Pamela
-----------------------------
CHK 2452 JAN15'07  2:40PM  GST 1
-----------------------------

 1 GRND CARML MACCH      3.99

   SUBTOTAL             3.99
   TAX                  0.41
   AMOUNT PAID          4.40
   XXXXXXXXXXXXX        XX/XX
   AMEX         A3 37*   4.40
```



Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/02/07 | **Connor, Andrew A.**<br>Follow up with legal cost, forward September statement (0.2); obtain retention pleadings (0.2); update allocation schedule (0.4). | 0.80 |
| 01/03/07 | **Peterson, Brad L.**<br>Review questions from creditors committee on application for retention (.80) and provide answers (1.0).  Calls with Skadden Arps re: same  (0.5). | 2.30 |
| 01/03/07 | **Reimer, Craig E.**<br>Work on edits and revisions to supplemental application for retention. | 1.00 |
| 01/05/07 | **Connor, Andrew A.**<br>Revise allocation schedule. | 0.30 |
| 01/09/07 | **Connor, Andrew A.**<br>Follow up re status of retention supplement. | 0.30 |
| 01/09/07 | **Reimer, Craig E.**<br>Follow-up with Skadden re: entry of order approving supplemental retention application (.10), e-mails re: same (.20). | 0.30 |
| 01/10/07 | **Connor, Andrew A.**<br>Review, provide comments re December  prebills. | 1.50 |
| 01/18/07 | **Connor, Andrew A.**<br>Revise monthly statements (0.4); review docket re supplemental retention order, follow up (0.1). | 0.50 |
| 01/22/07 | **Reimer, Craig E.**<br>E-mails re: Order approving supplemental retention (.10) and draft fee review committee report (.20). | 0.30 |
| 01/23/07 | **Connor, Andrew A.**<br>Draft fee audit response. | 5.80 |
| 01/23/07 | **Reimer, Craig E.**<br>Work on response to LCC fee committee report. | 0.30 |
| 01/24/07 | **Connor, Andrew A.**<br>Revise audit response. | 1.30 |
| 01/24/07 | **Roy, Paul J. N.**<br>Review of bankruptcy filing document prepared by Craig Reimer. | 1.50 |
| 01/25/07 | **Connor, Andrew A.**<br>Telephone conference with Fee Review Committee (.20),  follow up with C. Reimer re: same (.10). | 0.30 |
| 01/25/07 | **Reimer, Craig E.**<br>Conference call with fee review committee re: resolution of issues with first and second fee applications (.20); work with A. Connor on implementing changes to application procedures (.10), review related materials in advance of call with committee (.30). | 0.60 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                    Page 3
In Re: Delphi Corporation, et al., Debtors - Retention Matter                     Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/29/07 | **Connor, Andrew A.**<br>Process F&A July through November monthly fee statements. | 3.00 |
| 01/29/07 | **Reimer, Craig E.**<br>Draft e-mails re: interim fee application (.20) and recovery of holdback amounts (.30). | 0.50 |
| 01/30/07 | **Connor, Andrew A.**<br>Work on monthly fee statement. | 0.50 |
| 01/31/07 | **Connor, Andrew A.**<br>Work on December monthly fee statement. | 0.80 |

**Total Hours**                                                                       **21.90**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 4
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 10/24/06 | **Long Distance Telephone** (248) 813-2492 at 1200 ( 15 mins) | | 1.35 |
| 01/09/07 | **Document Reproduction** | 40 | 4.00 |
| 01/23/07 | **Document Reproduction** | 12 | 1.20 |
| 01/29/07 | **Document Reproduction** | 9 | 0.90 |
| 01/29/07 | **Document Reproduction** | 360 | 36.00 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.09 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.09 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.69 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 7.84 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.69 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.69 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.69 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.69 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.09 |
| 01/29/07 | **Document Delivery - Office** Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.28 |

**Total Other Charges**

$142.29