Hearing Date and Time: June 21, 2007 at 10:00 a.m.<br>
Objection Deadline: June 14, 2007 at 4:00 p.m.

Paul J. N. Roy, Esq.
Craig E. Reimer, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax 312.701.7711
(Special Outsourcing Counsel to the
Debtors and Debtors-in-Possession)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, INC., et al., | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Paul J.N. Roy, an attorney, hereby certifies that on March 30, 2007, he caused to be served, via email, a true and correct copy of the **NOTICE OF THIRD APPLICATION OF MAYER, BROWN, ROWE & MAW LLP, SPECIAL OUTSOURCING COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 1, 2006 THROUGH JANUARY 31, 2007** upon those parties that constitute the "Master Service List" and the "2002 List" as provided on the database at www.delphidocket.com, except for (i) Miami-Dade County Tax Collector, Metro-Dade Paralegal Unit, 140 West Flagler Street, Suite 1403, Miami, FL 33130; (ii) Professional Technologies Services, John V. Gorman, P.O. Box #304, Frankenmuth, MI 48734, (iii) Gregory J. Jordan, Dykema Gossett PLLC, 10 Wacker Drive, Suite 2300, Chicago, IL 60606; (iv) Internal Revenue Service, Attn: Insolvency Department, 477 Michigan Ave, Mail Stop 15, Detroit, MI 48226; (v) IUE-CWA, Conference Board Chairman, 2360 W. Dorothy Lane, Suite 201, Dayton, OH 45439; and (vi) Tyco Electronics Corporation, MaryAnn Brereton, Assistant General Counsel, 60 Columbia Road, Morristown, NJ 07960, which parties were served via First Class, U.S. Mail, postage prepaid; and via overnight delivery, a copy of the **THIRD APPLICATION OF MAYER, BROWN, ROWE & MAW LLP, SPECIAL OUTSOURCING COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 1, 2006 THROUGH JANUARY 31, 2007** upon those parties that

constitute the "Notice Parties", pursuant to the Interim Compensation Order. Registered members of the Court's CMECF system that are participants in these proceedings received electronic notice of this filing.


Dated:      Chicago, Illinois
            March 30, 2007                /s/ Paul J. N. Roy, Esq.
                                          Paul J. N. Roy, Esq.