**EXHIBIT "1"**

**TOGUT, SEGAL & SEGAL LLP**
Conflicts Counsel for Delphi Corporation, *et al.*
Debtors and Debtors in Possession

<u>Fee Summary for the Period October 1, 2006 through January 31, 2007</u>

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| Albert Togut[1] | 1975 | 2006<br>2007 | $795<br>$795 | 59.2<br>36.8 | $47,064.00<br>$29,256.00 |
| Frank A. Oswald[1] | 1986 | 2006<br>2007 | $675<br>$705 | 5.0<br>0.1 | $3,375.00<br>$70.50 |
| Neil Berger[1] | 1986 | 2006<br>2007 | $670<br>$700 | 202.1<br>109.9 | $135,407.00<br>$76,930.00 |
| Scott E. Ratner[1] | 1987 | 2006 | $665 | 0.1 | $66.50 |
| Howard P. Magaliff[2] | 1985 | 2006<br>2007 | $585<br>$620 | 2.0<br>12.7 | $1,170.00<br>$7,874.00 |
| Sean McGrath[3] | 1992 | 2006<br>2007 | $540<br>$590 | 53.4<br>7.8 | $28,836.00<br>$4,602.00 |
| Andrew Winchell[3] | CA-1996<br>NY-Awaiting Admission | 2006<br>2007 | $455<br>$515 | 241.9<br>106.3 | $110,064.50<br>$54,744.50 |
| Anthony Vassallo[3] | 1994 | 2006 | $480 | 8.9 | $4,272.00 |
| Daniel F. X. Geoghan[2] | 1999 | 2006<br>2007 | $340<br>$405 | 9.2<br>1.0 | $3,128.00<br>$405.00 |
| Tally Wiener[3] | 2002 | 2006<br>2007 | $310<br>$380 | 74.5<br>46.2 | $23,095.00<br>$17,556.00 |
| Jayme Goldstein[3] | 2003 | 2006<br>2007 | $280<br>$350 | 37.1<br>14.9 | $10,388.00<br>$5,215.00 |
| Jonathan Hook[3] | 2004 | 2007 | $300 | 0.1 | $30.00 |
| James Lee[3] | 2006 | 2006<br>2007 | $195<br>$275 | 6.8<br>0.2 | $1,326.00<br>$55.00 |
| Marianne Mortimer[3] | 2006 | 2006<br>2007 | $195<br>$275 | 29.7<br>16.1 | $5,791.50<br>$4,427.50 |
| Swati Bose[4] | N/A | 2006 | $125 | 4.6 | $575.00 |
| Lacey Zoller[4] | N/A | 2007 | $125 | 3.5 | $437.50 |
| Michael D. Hamersky[4] | N/A | 2007 | $125 | 0.6 | $75.00 |
| Michael Herz[4] | N/A | 2007 | $125 | 1.1 | $137.50 |
| Dawn Person[5] | N/A | 2006<br>2007 | $205<br>$225 | 35.9<br>4.8 | $7,359.50<br>$1,080.00 |
| Denise Cahir[5] | N/A | 2006<br>2007 | $140<br>$160 | 13.9<br>9.4 | $1,946.00<br>$1,504.00 |
| Krista Ackerman[5] | N/A | 2007 | $160 | 0.2 | $32.00 |
| Ashleigh Brogan[5] | N/A | 2006<br>2007 | $115<br>$135 | 20.1<br>22.3 | $2,311.50<br>$3,010.50 |
| Courtney Milianes[5] | N/A | 2006 | $115 | 2.4 | $276.00 |
| Madeline Saint-Cyr[5] | N/A | 2006 | $115 | <u>0.4</u> | <u>$46.00</u> |
| **TOTAL:** | | | | **<u>1201.2</u>** | **<u>$593,939.50</u>** |

---

1  Partner
2  Of Counsel
3  Associate
4  Law Clerk
5  Paralegal