**EXHIBIT "2"**

**TOGUT, SEGAL & SEGAL LLP**

**Conflicts Counsel for Delphi Corporation, *et al.*
Debtors and Debtors in Possession**

**Expense Summary for the Period October 1, 2006 through January 31, 2007**

| **Expense** | **Amount** |
|---|---|
| Court Fees | $   250.00 |
| Fax | 7.17 |
| Long-Distance Telephone | 31.66 |
| Messenger | 34.28 |
| Online Research | 1,176.79 |
| Overnight Courier | 1,957.77 |
| Photocopies | 1,575.60 |
| Postage | 54.04 |
| Travel-ground | 703.39 |
| **TOTAL:** | **$5,790.70** |