UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
In re                                               :          Chapter 11
                                                    :
    DELPHI CORPORATION, et al.,         :          Case No. 05-44481 (RDD)
                                                    :
                      Debtors.        :          (Jointly Administered)
:
-------------------------------------------------------------X

## FOR ELECTRONIC FILING PURPOSES ONLY

      Due to volume, the time records are <u>not</u> included with the electronically filed copy of the Fourth Application of Togut, Segal & Segal LLP for an Allowance of Interim Compensation for Services Rendered as Conflicts Counsel for the Debtors for the Period October 1, 2006 through January 31, 2007 and for Reimbursement of Expenses (the "Application"), in accordance with General Order #M-242 dated January 1, 1998.

      Copies of the time records referenced in the Application may be obtained by contacting Neil Berger, Esq., Togut, Segal & Segal, LLP, One Penn Plaza, New York, New York 10119, (212) 594-5000.