|  |  |  |
|---|---|---|
| **Name of Applicant:** | **HEARING DATE:** | **6/26/07** |
| TOGUT, SEGAL & SEGAL LLP | **AT:** | **10:00 A.M.** |
| Conflicts Counsel for | | |
| Debtors and Debtors in Possession    1st Interim Fees Sought: | $ | 789,874.00 |
| One Penn Plaza, Suite 3335    1st Interim Expenses Sought: | $ | 14,531.15 |
| New York, New York 10119    1st Interim Aggregate Fees | | |
| (212) 594-5000    and Expenses Sought: | $ | 804,405.15 |
| Albert Togut (AT-9759)    1st Interim Fees Awarded: | $ | 781,058.00 |
| Neil Berger (NB-3599) | | |
| 2nd Interim Fees Sought: | $ | 1,045,443.50 |
| 2nd Interim Expenses Sought: | $ | 13,940.08 |
| 2nd Interim Aggregate Fees | | |
| and Expenses Sought: | $ | 1,059,383.58 |
| 2nd Interim Fees Awarded: | $ | 1,036,627.50 |
| 3rd Interim Fees Sought: | $ | 776,175.50 |
| 3rd Interim Expenses Sought: | $ | 4,879.63 |
| 3rd Interim Aggregate Fees | | |
| and Expenses Sought: | $ | 781,055.13 |
| 3rd Interim Fees Awarded: | $ | 767,359.50 |
| 4th Interim Fees Sought: | $ | 593,308.00 |
| 4th Interim Expenses Sought: | $ | 5,790.70 |
| 4th Interim Aggregate Fees | | |
| and Expenses Sought: | $ | 599,098.70 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
In re                                                           :    Chapter 11
                                                                :
    DELPHI CORPORATION, et al.,              :    Case No. 05-44481 (RDD)
                                                                :
                              Debtors.              :    (Jointly Administered)
                                                                :
----------------------------------------------------------------X

**Schedule of Fees for the Period October 1, 2006 through January 31, 2007**

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2006 | $795 | 59.2 | $47,064.00 |
| | | 2007 | $795 | 36.8 | $29,256.00 |
| Frank A. Oswald | 1986 | 2006 | $675 | 5.0 | $3,375.00 |
| | | 2007 | $705 | 0.1 | $70.50 |
| Neil Berger | 1986 | 2006 | $670 | 202.1 | $135,407.00 |
| | | 2007 | $700 | 109.9 | $76,930.00 |
| Scott E. Ratner | 1987 | 2006 | $665 | 0.1 | $66.50 |
| **OF COUNSEL** | | | | | |
| Howard P. Magaliff | 1985 | 2006 | $585 | 2.0 | $1,170.00 |
| | | 2007 | $620 | 12.7 | $7,874.00 |

| **ASSOCIATES** | | | | | |
|---|---|---|---|---|---|
| Sean McGrath | 1992 | 2006 | $540 | 53.4 | $28,836.00 |
| | | 2007 | $590 | 7.8 | $4,602.00 |
| Andrew Winchell | CA-1996 NY-Awaiting Admission | 2006 | $455 | 241.9 | $110,064.50 |
| | | 2007 | $515 | 106.3 | $54,744.50 |
| Anthony Vassallo | 1994 | 2006 | $480 | 8.9 | $4,272.00 |
| Daniel F. X. Geoghan | 1999 | 2006 | $340 | 9.2 | $3,128.00 |
| | | 2007 | $405 | 1.0 | $405.00 |
| Tally Wiener | 2002 | 2006 | $310 | 74.5 | $23,095.00 |
| | | 2007 | $380 | 46.2 | $17,556.00 |
| Jayme Goldstein | 2003 | 2006 | $280 | 37.1 | $10,388.00 |
| | | 2007 | $350 | 14.9 | $5,215.00 |
| Jonathan Hook | 2004 | 2007 | $300 | 0.1 | $30.00 |
| James Lee | 2006 | 2006 | $195 | 6.8 | $1,326.00 |
| | | 2007 | $275 | 0.2 | $55.00 |
| Marianne Mortimer | 2006 | 2006 | $195 | 29.7 | $5,791.50 |
| | | 2007 | $275 | 16.1 | $4,427.50 |
| **LAW CLERKS** | | | | | |
| Swati Bose | N/A | 2006 | $125 | 4.6 | $575.00 |
| Lacey Zoller | N/A | 2007 | $125 | 3.5 | $437.50 |
| Michael D. Hamersky | N/A | 2007 | $125 | 0.6 | $75.00 |
| Michael Herz | N/A | 2007 | $125 | 1.1 | $137.50 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2006 | $205 | 35.9 | $7,359.50 |
| | | 2007 | $225 | 4.8 | $1,080.00 |
| Denise Cahir | N/A | 2006 | $140 | 13.9 | $1,946.00 |
| | | 2007 | $160 | 9.4 | $1,504.00 |
| Krista Ackerman | N/A | 2007 | $160 | 0.2 | $32.00 |
| Ashleigh Brogan | N/A | 2006 | $115 | 20.1 | $2,311.50 |
| | | 2007 | $135 | 22.3 | $3,010.50 |
| Courtney Milianes | N/A | 2006 | $115 | 2.4 | $276.00 |
| Madeline Saint-Cyr | N/A | 2006 | $115 | 0.4 | $46.00 |
| **TOTAL** | | | | **1201.2** | **$593,939.50** |

1    The rates charged herein are the same rates charged in all other cases on which this firm is engaged.
2    The difference in the total hours reflected in this cover sheet and the amount sought in the attached Application reflects a voluntary reduction.