**Hearing Date and Time: June 26, 2007 at 10:00 a.m.**
**Objection Deadline: June 19, 2007 at 4:00 p.m.**

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

**NOTICE OF FILING OF FOURTH INTERIM APPLICATION OF
O'MELVENY & MYERS LLP FOR ORDER AUTHORIZING AND APPROVING
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on March 30, 2007, O'Melveny & Myers LLP filed the

Fourth Interim Application of O'Melveny & Myers LLP for Order Authorizing and Approving

Compensation and Reimbursement of Expenses (the "Application") for the period from October

1, 2006 through January 31, 2007 ("the Fourth Interim Period"), together with its exhibits.

PLEASE TAKE FURTHER NOTICE that O'Melveny & Myers LLP is requesting compensation from the debtors and debtors-in-possession (the "Debtors") in the above-captioned case in the amount of $151,934.25 for services rendered, and reimbursement of actual and necessary expenses in the amount of $288,188.20 for the Fourth Interim Period.  The aggregate amount of fees and expenses requested for approval pursuant to the Fourth Interim Application is $440,122.45.

PLEASE TAKE FURTHER NOTICE that on **June 26, 2007 at 10:00 a.m. (Prevailing Eastern Time)** a hearing to consider the relief requested in the Application will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fourth Interim Application must: (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e), as supplemented, (the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy

Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: David Sherbin and John D. Sheehan), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vi) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), (viii) Valerie Venable, GE Plastics America, 9930 Kincey Avenue, Huntersville, NC 28078, (ix) Legal Cost Control, Inc., 255 Kings Highway East, Haddonfield, NJ 08033 (Att'n: John J. Marquess), and (x) special labor counsel to the Debtors, O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006 (Att'n: Tom Jerman), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on June 19, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order, as supplemented, will be considered by the Bankruptcy Court at the Hearing. If no responses or objections to the Application are timely

filed and served in accordance with the procedures set forth herein and in the Case Management

Order, the Bankruptcy Court may enter an order granting the Application without further notice.

DATED: Washington, D.C.
March 30, 2007

                ROBERT A. SIEGEL (RS 0922)
                TOM A. JERMAN (TJ 1129)
                O'MELVENY & MYERS LLP

                By    /s/ Tom A. Jerman
                      Tom A. Jerman
                      Attorney for Delphi Corporation,
                      et al., Debtors and Debtors-in-
                      Possession