**Proposed Hearing Date and Time: June 26, 2007 at 10:00 a.m.**
**Proposed Objection Deadline: June 19, 2007 at 4:00 p.m.**

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------ x
                                :
    In re                       :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                :
                    Debtors.    :    (Jointly Administered)
                                :
------------------------------ x

**COVER SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330**

**O'MELVENY & MYERS LLP's FOURTH INTERIM APPLICATION FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| NAME OF APPLICANT: | O'Melveny & Myers LLP |
|---|---|
| TIME PERIOD: | October 1, 2006 through January 31, 2007 (4 months) |
| ROLE IN THE CASE: | Special Labor Counsel to Debtors |

| DATE OF FINAL RETENTION ORDER: | November 4, 2005 |
|---|---|
| **CURRENT APPLICATION:** | |
| Fees Incurred: | $ 151,934.25 |
| Expenses Incurred: | $ 288,188.20 |
| **PRIOR APPLICATIONS:** | |
| Fees Previously Requested: | $ 5,399,272.75 |
| Fees Previously Awarded: | $ 5,304,272.74 |
| Expenses Previously Requested: | $ 1,516,632.41 |
| Expenses Previously Awarded: | $ 1,516,632.41 |
| **INTERIM OR FINAL APPLICATION:** | Interim |

## SCHEDULE OF HOURS AND COMPENSATION

| NAME OF PROFESSIONAL PARTNERS | YEAR ADMITTED | DEPARTMENT | HOURLY RATES | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 795.00 | 12.10 | $ 9,619.50 |
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 875.00 | 6.30 | $ 5,512.50 |
| Robert Siegel | 1975 | Adversarial/Labor | $ 735.00 | 1.00 | $ 735.00 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 725.00 | 65.10 | $ 47,197.50 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 795.00 | 7.90 | $ 6,280.50 |
| Barry H. Goldstein | 1990 | Adversarial | $ 660.00 | 5.40 | $ 3,564.00 |
| Barry H. Goldstein | 1990 | Adversarial | $ 740.00 | 2.00 | $ 1,480.00 |
| **Total Partners** | | | | 99.80 | $ 74,389.00 |

**Blended Hourly Rate = $ 745.38**

---

[1]    As disclosed in its Engagement Letter, the hourly rates of all O'Melveny professionals and legal assistants change from time to time based on, among other variables, changes in attorney seniority or status and changes in our rates generally. These adjustments, where applicable, are noted accordingly.

[2]    Although all professionals record time in increments of one-tenth of an hour, due to O'Melveny's voluntary write-off of one-half of travel time, the total hours billed for certain professionals are expressed in one-hundredths of an hour.

| NAME OF PROFESSIONAL COUNSEL & ASSOCIATES | YEAR ADMITTED | DEPARTMENT | BILLING RATES | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 495.00 | 19.70 | $ 9,751.50 |
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 550.00 | 0.30 | $ 165.00 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 495.00 | 61.65 | $ 30,516.75 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 550.00 | 0.60 | $ 330.00 |
| Melissa Janiak-Oliver | 2006 | Adversarial/Labor | $ 310.00 | 60.30 | $ 18,693.00 |
| Stacy Hauf | 2006 | Adversarial/Labor | $ 280.00 | 45.90 | $ 12,852.00 |
| Stacy Hauf | 2006 | Adversarial/Labor | $ 360.00 | 1.30 | $ 468.00 |
| **Total Counsel & Associates** | | | | 189.75 | $ 72,776.25 |

**Blended Hourly Rate = $ 383.54**

| NAME OF PARAPROFESSIONAL | DEPARTMENT | BILLING RATES | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Ayanna Kellar | Adversarial | $ 190.00 | 1.00 | $ 190.00 |
| Michelle Woo | Adversarial | $ 160.00 | 28.40 | $ 4,544.00 |
| Michael Montalto | Court Services | $ 35.00 | 1.00 | $ 35.00 |
| **Total Paraprofessionals** | | | 30.40 | $ 4,769.00 |

**Blended Hourly Rate = $156.88**