Exhibit "E"

## Summary Chart

*In re: Delphi Corporation, et al.*

**CASE NO. 05-44481 (CHAPTER 11)**

**Name of Applicant:** O'Melveny & Myers LLP

**Role:** Special Labor Counsel to Debtors

| Current Application: | Fees Requested: | $ 151,934.25 |
|---|---|---|
| | Expenses Requested: | $ 288,188.20 |

**RETAINER PAID: $300,000.00**

### A. Summary of Timekeepers

| Timekeeper | Year Admitted | Dept. | Rate Hours[1] | Hours[2] | Amount |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 795.00 | 12.10 | $ 9,619.50 |
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 875.00 | 6.30 | $ 5,512.50 |
| Robert Siegel | 1975 | Adversarial/Labor | $ 735.00 | 1.00 | $ 735.00 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 725.00 | 65.10 | $ 47,197.50 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 795.00 | 7.90 | $ 6,280.50 |
| Barry H. Goldstein | 1990 | Adversarial | $ 660.00 | 5.40 | $ 3,564.00 |
| Barry H. Goldstein | 1990 | Adversarial | $ 740.00 | 2.00 | $ 1,480.00 |
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 495.00 | 19.70 | $ 9,751.50 |
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 550.00 | 0.30 | $ 165.00 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 495.00 | 61.65 | $ 30,516.75 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 550.00 | 0.60 | $ 330.00 |
| Melissa Janiak-Oliver | 2006 | Adversarial/Labor | $ 310.00 | 60.30 | $ 18,693.00 |
| Stacy Hauf | 2006 | Adversarial | $ 280.00 | 45.90 | $ 12,852.00 |
| Stacy Hauf | 2006 | Adversarial | $ 360.00 | 1.30 | $ 468.00 |
| | | | | | |
| **Attorney Total** | | | | 289.55 | $ 147,165.25 |
| **Attorney Blended Rate** | | | | | $ 508.26 |
| | | | | | |
| **Paraprofessionals** | | | | | |
| Ayanna Kellar | | Adversarial | $ 190.00 | 1.00 | $ 190.00 |
| Michelle Woo | | Adversarial | $ 160.00 | 28.40 | $ 4,544.00 |
| Michael Montalto | | Court Services | $ 35.00 | 1.00 | $ 35.00 |

---

[1] As disclosed in its Engagement Letter, the hourly rates of all O'Melveny professionals and legal assistants change from time to time based on, among other variables, changes in attorney seniority or status and changes in our rates generally. These adjustments, where applicable, are noted accordingly.

[2] Although all professionals record time in increments of one-tenth of an hour, due to O'Melveny's voluntary write-off of one-half of travel time, the total hours billed for certain professionals are expressed in one-hundredths of an hour.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **Paraprofessional Total** |  |  |  | 30.40 | $ 4,769.00 |
| **Paraprofessional Blended Rate** |  |  |  |  | $ 156.88 |
| **Attorney and Paraprofessional Total** |  |  |  | 319.95 | $ 151,934.25 |
| **Blended Hourly Rate of Attorneys and Paraprofessionals** |  |  |  |  | $ 474.87 |