Exhibit "F"

**Expenses By Type**

| Cost Code | Billed Amount | Category |
|---|---|---|
| E101E | $ 887.70 | Copying (Equitrac - Internal) |
| E105A | $ 0.78 | Telephone (Accounts Payable) |
| E106W | $ 4,692.97 | Online Research (Westlaw) |
| E106L | $ 848.09 | Online Research (Lexis-Nexis) |
| E106M | $ 57.52 | Online Research (Miscellaneous) |
| E107 | $ 182.32 | Delivery Services/Messengers |
| E109TX | $ 181.92 | Local Travel (Taxi) |
| E110 | $ 937.59 | Expense Report Other - Include Out of Town |
| E110T | $ 413.45 | Out of Town Travel (Direct Bill Firm-Airfare)[1] |
| E112A | $ 50.00 | Court Fees/Filing Fees |
| E119H | $ 279,899.96 | Experts (Hold) |
| E124B1 | $ 3.00 | Other (Internal Bindery) |
| E130S | $ 32.90 | Scanning Services |
| | | |
| Total Fourth Interim Period Expenses | $ 288,188.20 | |

---

[1]     Total expenses sought in the Fourth Interim Period, as listed in the chart above, reflect a total voluntary write-off of $1,482.70 in direct bill air-fare charges inadvertently billed to the Debtors in the October 2006 invoice.