EXHIBIT "G"

# Attorney Biographies[1]

## Jeffrey Kohn

Jeff Kohn is a partner in O'Melveny & Myers LLP's New York office.  Jeff focuses on the litigation and arbitration of a broad range of employment and labor disputes, including sexual harassment, employment discrimination, executive contract disputes, and trade secret litigation.  He has handled National Labor Relations Board and collective bargaining matters for a broad range of clients.  Jeff also has broad experience in executive compensation and has handled labor and employment law matters for many of the firm's foreign clients.

Jeff represents numerous clients in a variety of industries including the airline industry; theme park and entertainment industry; financial and professional services; construction; manufacturing; technology; and in the telecommunications industry.

**Illustrative Professional Experience**

- Served as lead counsel in the defense of over 400 race discrimination claims brought to binding mediation/arbitration against a major U.S. corporation
- Obtained summary judgment for a major airline in a multi-plaintiff, multi-district litigation in which plaintiffs alleged failure to hire claims under the Airline Deregulation Act
- Successfully represented a major airline in a 300-person class action brought under the Fair Labor Standards Act
- Successfully obtained summary judgment, affirmed on appeal by the Second Circuit, in a precedent-setting decision under the Age Discrimination in Employment Act
- Served as the chief negotiator for one of the largest regional theme parks in the U.S., employing over 4,000 people
- Successfully defended a financial services company in a major employment discrimination federal jury trial that lead to a precedent-setting decision striking punitive damages as a remedy under the New York Human Rights Law
- Successfully defended a well-known film star and major motion picture company in a $375 million sexual harassment lawsuit brought by an actress terminated during the filming of a major motion picture
- Successfully represented a major airline in a very significant pension dispute with one of its unions that saved the airline $30 million in past contributions and $6 million/year in future pension contributions
- Successfully handled many class action and multi-plaintiff lawsuits and injunction actions against clients

**Education**
**George Washington University,** J.D., 1984: Order of the Coif; Managing Editor, *The George Washington Law Review*
**Cornell University,** B.S., 1981: with honors

**Professional Activities**
**Admitted,** New York; New Jersey
**Admitted to Practice,** U.S. Court of Appeals, Second and Third Circuits; U.S. District Court, Eastern, Northern, and Southern Districts of New York and District of New Jersey; U.S. Supreme Court
**Co-Chair,** American Bar Association, Employment and Labor Relations Law Committee (over 2,000 members)
**Board of Directors,** New York Lawyers for the Public Interest
**Speaker,** Many speaking engagements, including:  American Bar Association events; Matthew Bender Conference; Wall Street Executive Conference; NYU Law School; NYU Annual Conference on Labor; and NYU Center for Labor and Employment Law

---

[1] Biographies are provided for only those primary attorneys employed by O'Melveny who billed more than $10,000 in fees to the Debtors during the Fourth Interim Period.

**Adjunct Professor,** New York Law School
**Community Legal Services,** Serves as General Counsel to many non-profit organizations, including New York Lawyers for the Public Interest and Safe Horizon
**Former Editor-in-Chief,** ABA, Employment and Labor Relations Law Committee, quarterly newsletter, 1997-2001
**Media Resource,** CNBC-TV (commentator on employment discrimination law); Bloomberg Television (commentator on disputes on airline industry)
**Contributing Writer,** Many publications, including *Matthew Bender's NLRA Law and Practice*

## Tom Jerman

Tom Jerman, head of the labor and employment law practice at O'Melveny & Myers' Washington, D.C. office, has extensive experience representing employers in all aspects of labor relations and employment law, including union organizing campaigns and representation proceedings, collective bargaining negotiations, wrongful discharge litigation, individual and class action employment discrimination claims, sexual harassment litigation, wage and hour cases, arbitrations, and advice regarding personnel policies, employee discipline and discharge, and labor relations. Tom has litigated matters throughout the United States, including district courts in D.C., Maryland, Virginia, New York, New Jersey, Pennsylvania, Florida, North Carolina, South Carolina, Georgia, Alabama, Kentucky, Texas, Colorado, Ohio, Kansas, California, Arizona, Illinois, Missouri and Minnesota, and appellate courts in the D.C., Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits.

Tom's representations include the defense of employment class actions or other multiple plaintiff cases, and the representation of air carriers under the Railway Labor Act. Tom has successfully defended numerous certified or putative class actions under Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Labor-Management Relations Act, and ERISA.

Tom has represented seven airlines and air carriers. His airline experience includes: representation proceedings and carrier interference cases before the National Mediation Board; federal court litigation with unions, individuals and class action claims under the Railway Labor Act; system board of adjustment cases; collective bargaining negotiations; and advice regarding mergers, acquisitions and ESOP transactions.

**Education**
**University of Utah,** J.D., 1981: Order of the Coif; Executive Editor, *Utah Law Review*
**University of Utah,** B.S., 1978: *magna cum laude*

**Professional Activities**
**Admitted,** Washington, D.C.; California (inactive)
**Admitted to Practice,** U.S. District Court, District of Columbia; U.S. District Court, Central, Northern, Southern and Eastern Districts of California; U.S. District Court Arizona; U.S. District Court ,Maryland; U.S. Court of Appeals, District of Columbia, Second, Fourth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; U.S. Supreme Court
**Member,** ABA, Section of Labor and Employment Law, Section of Litigation; Fellow, American College of Labor and Employment Lawyers
**Management Co-Chair,** ABA Labor Section of Labor and Employment Law, Railway and Airline Labor Law Committee
**Fellow,** American College of Labor & Employment Lawyers
**Senior Editor,** *The Railway Labor Act* (BNA 1995)
**Speaker,** ALI-ABA Conferences on Railway and Airline Labor Law

**Jessica Kastin**

Jessica Kastin is an associate in O'Melveny & Myers' New York office and a member of the Adversarial Department as part of its Labor and Employment practice. She is experienced in representing employers in a wide variety of labor and employment matters including defending against claims of discrimination and harassment, litigating restrictive covenant and breach of contract disputes and arbitrating employee and union grievances. In addition, Jessica regularly counsels clients on a broad range of employment issues such as terminations and hiring, reductions in force, implementation of employment policies, employee benefits, labor relations and other related issues arising in the context of corporate mergers and acquisitions and the bankruptcy of unionized employers. She also has extensive experience handling issues arising under the National Labor Relations Act, including union elections and representation proceedings, unfair labor practice charges and collective bargaining.

**Education**
**George Washington University,** J.D., 2001: *with honors*; Laurence E. Seibel Memorial Award for Excellence in Labor and Employment Law; Managing Editor, *George Washington University International Law Review*;
**Cornell University,** B.S., 1998: Industrial and Labor Relations

**Professional Activities**
**Admitted,** New York
**Member,** The Association of the Bar of the City of New York

**Melissa Oliver-Janiak**

Melissa Oliver-Janiak is an associate in O'Melveny & Myers' New York office and a member of the firm's Adversarial Department.  Melissa's practice focuses on labor and employment matters.

**Education**
**Harvard University**, J.D., 2005
**Stanford University**, A.B., 2000

**Professional Activities**
**Admitted,** New York

**Stacy Hauf**

Stacy Hauf is an associate in the Adversarial Department of O'Melveny & Myers LLP's Washington, D.C. office.

**Education**
**Duke University**, J.D., 2005.
**The College of William and Mary,** B.A., 2000.

**Professional Activities**
**Admitted,** New York