O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE OF FOURTH INTERIM APPLICATION OF O'MELVENY & MYERS LLP FOR ORDER AUTHORIZING AND APPROVING <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation and Reimbursement Of Expenses Of Professionals, filed on November 4, 2005, as supplemented ("Interim Compensation Order"), copies of O'Melveny & Myers LLP's Fourth Interim Application For Order Authorizing And Approving Compensation and Reimbursement Of Expenses was served, on this the 30th day of March 2007, by overnight delivery, on:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: David Sherbin<br>Attn: John D. Sheehan | Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Donald Bernstein<br>Attn: Brian Resnick |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Attn: John Wm. Butler, Jr. | Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue 885 Third Avenue<br>New York, New York 10017<br>Attn: Kenneth S. Ziman |
| Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Alicia M. Leonhard | Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022-4802<br>Attn: Robert J. Rosenberg<br>Attn: Mark A. Broude |
| GE Plastics America<br>9930 Kincey Avenue<br>Huntersville, NC 28078<br>Attn: Valerie Venable | Legal Cost Control, Inc.<br>255 Kings Highway East<br>Haddonfield, NJ 08033<br>Attn: John J. Marquess |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn: Bonnie Steingart | |

　　　　I further certify that, pursuant to the Interim Compensation Order, notice of the filing of said Application has been provided, via electronic mail, to both the "Master Service List" and the "2002 List," as provided on the database at www.delphidocket.com, as of the date hereof.

DATED:　　　New York, New York
　　　　　　　March 30, 2007

　　　　　　　　　　　　　　　　　JESSICA KASTIN (JK 2288)
　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP


　　　　　　　　　　　　　　　By　　/s/ Jessica Kastin　　　　.
　　　　　　　　　　　　　　　　　Jessica Kastin (JK 2288)
　　　　　　　　　　　　　　　　　Attorney for Delphi Corporation,
　　　　　　　　　　　　　　　　　et al., Debtors and Debtors-in-
　　　　　　　　　　　　　　　　　Possession