# EXHIBIT C

# EXHIBIT C

## Summary of Hours Billed by Attorneys and Paraprofessionals
## for the Period October 1, 2006 through January 31, 2007

| Name | Position | Year Admitted to Bar | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 72.90 | $24,166.35 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 86.30 | $28,479.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $330.00 | 35.30 | $11,649.00 |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 385.30 | $96,325.00 |
| Daniel P. Malone | Shareholder | 1978 | $320.00 | 8.70 | $2,784.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 10.00 | $3,040.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 59.40 | $15,147.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $250.00 | 316.90 | $79,225.00 |
| D. Stewart Green | Shareholder | 1977 | $250.00 | 1.00 | $250.00 |
| Robert T. Wilson | Shareholder | 1999 | $236.00 | 27.90 | $6,584.40 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 193.40 | $45,255.60 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 18.30 | $4,172.40 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 7.60 | $1,793.60 |
| Susan L. Johnson | Sr. Attorney | 1984 | $224.00 | 19.30 | $4,323.20 |
| Paula Hall | Associate | 2000 | $220.00 | 30.30 | $6,666.00 |
| Paula Hall | Associate | 2000 | $200.00 | 136.50 | $27,300.00 |
| John R. Stevenson | Associate | 2002 | $208.00 | 2.40 | $499.20 |
| John R. Stevenson | Associate | 2002 | $192.00 | 52.80 | $10,137.60 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 63.00 | $12,600.00 |
| Thomas A. Kabel | Associate | 1999 | $188.00 | 6.70 | $1,259.60 |
| Charlotte A. Garry | Associate | 1998 | $188.00 | 72.00 | $13,536.00 |
| Matthew H. Letzmann | | 2003 | $161.50 | 115.80 | $18,701.70 |
| Lori A. Burke | | 2002 | $160.00 | 4.80 | $768.00 |
| Timothy J. Lowe | Associate | 2005 | $148.75 | 15.80 | $2,350.28 |
| Michael T. Brennan | Associate | 2006 | $140.25 | 4.20 | $589.06 |

## **EXHIBIT C (continued)**

**Summary of Hours Billed by Attorneys and Paraprofessionals
for the Period October 1, 2006 through January 31, 2007**

| **Paraprofessionals** | | | | | |
|---|---|---|---|---|---|
| Laura E. Clark | Paralegal | | $119.00 | 34.70 | $4,129.30 |
| Leonor Hendricksen | Paralegal | | $104.00 | 3.80 | $395.20 |
| Michelle A. Pheban | Paralegal | | $104.00 | 7.50 | $780.00 |
| Leonor Hendricksen | Paralegal | | $100.00 | 34.70 | $3,470.00 |
| Denise Gau | Paralegal | | $97.43 | 5.40 | $526.13 |
| Alexis Richards | Paralegal | | $96.00 | .30 | $28.80 |
| Kimberly Schoening | Paralegal | | $85.00 | 2.50 | $212.50 |
| **Grand Total** | | | | **1,835.50** | **$427,143.92** |