# EXHIBIT D

# EXHIBIT D

**Summary of Hours Billed by Attorneys and Paraprofessionals for the Period October 1, 2006 through January 31, 2007**

| Matter Description | Hours | Amount |
|---|---|---|
| Asset Disposition | 1.00 | $224.00 |
| Business Operations | 1,138.00 | $275,991.40 |
| Case Administration | 2.40 | $600.00 |
| Employee Benefits/Pensions/Labor | 178.40 | $38,275.00 |
| Fee/Employment Applications | 5.50 | $1,519.00 |
| Fee/Employment Objections | .20 | 50.00 |
| Litigation | 510.00 | $110,484.52 |
| **Total:** | **1,835.50** | **$427,143.92** |

000115900\0015\841765-1