# EXHIBIT E

# EXHIBIT E

## Summary of Disbursements
## for the Period October 1, 2006 through January 31, 2007

| Disbursement | Amount |
|---|---|
| Telephone Charges | $222.91 |
| Express Delivery Charges | $39.17 |
| Federal Express | $168.12 |
| Copies | $811.00 |
| Telecopy Charges | $.80 |
| Long Distance Telecopy Charges | $2.25 |
| Conference Calls | $2.95 |
| Digital Reproduction | $804.90 |
| Special Postal Charge | $54.41 |
| Delivery – Car Messenger | $37.50 |
| Travel Expenses | $611.61 |
| Professional Services – Vendor: Sotiroff & Abramczck | $357.50 |
| Persuasive Design Group | $8.48 |
| CD Duplication | $5.00 |
| Blow Backs | $246.00 |
| Document Copy Charges | $2,755.32 |
| Meeting Expenses | $203.79 |
| UCC Fees | $15.00 |
| Motion Fee | $41.20 |
| Filing Fees | $4.08 |
| | |
| **Total:** | **$6,391.99** |

000115900\0015\841761-1