# EXHIBIT F
## (Part 1 of 4)

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**butzel.com**

November 17, 2006

To:  David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

**Summary of Total Billable Hours by Category**
**for the Period October 1, 2006 through October 31, 2006**

| Matter Description | Hours | Amount |
|---|---|---|
| Asset Disposition | 1.00 | 224.00 |
| Business Operations | 386.60 | 92,522.20 |
| Employee Benefits/Pensions | 56.00 | 10,528.00 |
| Fee/Employment Applications | .80 | 200.00 |
| Litigation | 150.00 | 30,254.64 |
| Totals: | 594.40 | $ 133,728.84 |

## Summary of Disbursements
### for the Period October 1, 2006 through October 31, 2006

| Disbursement | Amount |
|---|---|
| Travel Expenses | $405.25 |
| Document Copy Charges | $2,755.32 |
| Copies | $80.60 |
| Digital Reproduction | $276.00 |
| Totals: | $3,517.17 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period October 1, 2006 through October 31, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 171.70 | $42,925.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 139.60 | $34,900.00 |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 15.70 | $5,204.55 |
| D. Stewart Green | Shareholder | 1977 | $250.00 | 1.00 | $250.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 2.80 | $638.40 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 55.30 | $12,940.20 |
| Susan L. Johnson | Sr. Attorney | 1984 | $224.00 | 7.50 | $1,680.00 |
| Paula A. Hall | Associate | 2000 | $200.00 | 39.30 | $7,860.00 |
| John R. Stevenson | Associate | 2002 | $192.00 | 26.10 | $5,011.20 |
| Charlotte A. Garry | Associate | 1998 | $188.00 | 72.00 | $13,536.00 |
| Lori A. Burke | Associate | 2002 | $160.00 | 4.80 | $768.00 |
| Timothy J. Lowe | Associate | 2005 | $148.75 | 3.50 | $520.63 |
| Michael T. Brennan | Associate | 2006 | $140.25 | 4.20 | $589.06 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | 21.40 | $3,456.10 |
| **Paralegals** | | | | | |
| Laura E. Clark | Paralegal | | $119.00 | 26.30 | $3,129.70 |
| Leonor Hendricksen | Paralegal | | $100.00 | 3.20 | $320.00 |
| Grand Total: | | | | 594.40 | $133,728.84 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  U.S. AEROTEAM, INC.                    000115900-0035


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/23/06 | TBR | Review and reply to J. Papelian e-mail regarding status. | 03 | .20 |


TOTAL BILLABLE HOURS        0.20

TOTAL FEES                          50.00

-----------


TOTAL FEES                          50.00

Matter Total                        50.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  INTERMET CORPORATION                    000115900-0068

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/06 | TBR | Telephone conference with M. Everett regarding October 3 meeting. | 03 | .20 |
| 10/03/06 | TBR | Meeting with Customers regarding business plan. | 03 | 3.50 |
| 10/11/06 | TBR | Telephone conference with P. Dahmani regarding preference action. | 03 | .20 |

TOTAL BILLABLE HOURS     3.90

TOTAL FEES                    975.00

- - - - - - - - - -

TOTAL FEES                    975.00

Matter Total            975.00
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  EMPLOYMENT SECONDMENT                    000115900-0078


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/04/06 | C_G | Attention to Allie Request for Reconsideration. | 06 | 1.00 |
| 10/04/06 | C_G | Attention to Caldwell position statement. | 06 | 1.00 |
| 10/04/06 | C_G | Attention to request for follow-up information and phone interviews in Stesiak matter. | 06 | 1.00 |
| 10/04/06 | C_G | Finalized Smith position statement for filing. | 06 | 3.00 |
| 10/04/06 | C_G | Started drafting Fuller position statement. | 06 | 2.00 |
| 10/05/06 | C_G | Attention to Caldwell charge/position statement. | 06 | 1.00 |
| 10/05/06 | C_G | Attention to scheduling an on-site for the Allie Request for Reconsideration. | 06 | 2.00 |
| 10/05/06 | C_G | Attention to getting follow-up information for the Stesiak Charge. | 06 | 2.00 |
| 10/05/06 | C_G | Continued drafting Fuller position statement. | 06 | 3.00 |
| 10/09/06 | C_G | Attention to Stesiak Charge. | 10 | 1.00 |
| 10/09/06 | C_G | Finalized Fuller position statement. | 10 | 1.00 |
| 10/09/06 | C_G | Attention to Allie Request for Reconsideration and scheduling on-site. | 10 | 1.00 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| 10/09/06 | C_G | Started investigation for Bostic Charge. | 10 | 1.00 |
|----------|-----|------------------------------------------|----|------|
| 10/09/06 | C_G | Started investigation for Plummer Charge. | 10 | 1.00 |
| 10/09/06 | C_G | Started investigation of Straughter Charge. | 10 | 1.00 |
| 10/09/06 | C_G | Started investigation of Trevino Charge. | 10 | 1.00 |
| 10/09/06 | C_G | Started investigation of Wilson Charge. | 10 | 1.00 |
| 10/10/06 | C_G | Analyzed and compiled statistics for Investigator Robison on the Stesiak charge. | 10 | 3.00 |
| 10/10/06 | C_G | Continued investigation on Bostic Charge. | 10 | 1.00 |
| 10/10/06 | C_G | Continued investigation on Plummer Charge. | 10 | 1.00 |
| 10/10/06 | C_G | Continued investigation on Staughter Charge. | 10 | 1.00 |
| 10/10/06 | C_G | Continued investigation on Trevino Charge. | 10 | 1.00 |
| 10/10/06 | C_G | Continued investigation on Wilson Charge. | 10 | 1.00 |
| 10/16/06 | C_G | Attention to Straughter investigation. | 06 | 1.00 |
| 10/16/06 | C_G | Attention to Bostic investigation. | 06 | 2.00 |
| 10/16/06 | C_G | Attention to Stesiak Charge including preparing Braunegg and Crump for interviews by Ohio Civil Rights Commission and phone interviews with Rick Robison on the Ohio Civil Rights Commission. | 06 | 5.00 |
| 10/17/06 | C_G | Attention to letter with follow-up statistics requested by Robison. | 06 | 2.00 |
| 10/17/06 | C_G | Attention to Bostic Investigation. | 06 | 2.00 |
| 10/17/06 | C_G | Attention to Plummer Charge and Investigation. | 06 | 1.00 |
| 10/17/06 | C_G | Attention to Straughter Charge and investigation. | 06 | 1.00 |
| 10/17/06 | C_G | Attention to Trevino Charge and investigation. | 06 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/17/06 | C_G | Attention to Wilson Charge and investigation. | 06 | 1.00 |
| 10/23/06 | C_G | Attention to Bostic investigation. | 06 | 1.00 |
| 10/23/06 | C_G | Drafted Trevino position statement. | 06 | 7.00 |
| 10/24/06 | C_G | Finalized Trevino Charge for Jeff Peterson's review. | 06 | 1.00 |
| 10/24/06 | C_G | Attention to Plummer Investigation. | 06 | 1.00 |
| 10/24/06 | C_G | Attention to Straughter investigation. | 06 | 1.00 |
| 10/24/06 | C_G | Drafted Wilson position statement. | 06 | 5.00 |
| 10/31/06 | C_G | Finished Wilson Position Statement. | 06 | 4.00 |
| 10/31/06 | C_G | Started and finished Plummer Position Statement. | 06 | 4.00 |

TOTAL BILLABLE HOURS     72.00

TOTAL FEES        13536.00

- - - - - - - - - -

TOTAL FEES        13536.00

Matter Total       13536.00

=================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BROCKWAY PRESSED METALS, INC.          000115900-0080


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/16/06 | MEW | Consideration of LaSalle settlement. | 03 | .40 |
| 10/23/06 | MEW | Review LaSalle agreement and discuss resolution with A. Perry. | 03 | .30 |

TOTAL BILLABLE HOURS          0.70

TOTAL FEES                          175.00

- - - - - - - - - -


TOTAL FEES                          175.00

Matter Total                        175.00
===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PLASCO                                    000115900-0097


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/05/06 | TBR | Telephone conference with C. Archambault regarding Directed Buy Agreements. | 03 | .40 |
| 10/10/06 | TBR | Telephone conference with C. Archambault regarding vendor agreements. | 03 | .20 |
| 10/31/06 | TBR | Review Accommodation Agreement and draft waiver of payment letter. | 03 | .60 |
| 10/31/06 | TBR | E-mail to Delphi Team regarding waiver letter. | 03 | .20 |
| 10/31/06 | TBR | Review and reply to Dan Wollschlager e-mail regarding letter. | 03 | .20 |

                    TOTAL BILLABLE HOURS        1.60

                         TOTAL FEES                400.00

                                               - - - - - - - - - -


                         TOTAL FEES                400.00

                         Matter Total             400.00
                                               ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  ENNIS MANUFACTURING                     000115900-0098

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/30/06 | P H | Attention to status of case. | 03 | .80 |

TOTAL BILLABLE HOURS        0.80

TOTAL FEES           160.00

- - - - - - - - - -

TOTAL FEES           160.00
_____

Matter Total           160.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  POST BANKRUPTCY GENERAL              000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/17/06 | TBR | Review June through August fee statements and e-mail to parties regarding same. | 07 | .80 |


TOTAL BILLABLE HOURS        0.80

TOTAL FEES                          200.00

- - - - - - - - - -


TOTAL FEES                          200.00

Matter Total                        200.00
============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MRC INDUSTRIAL GROUP, INC.              000115900-0102

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/03/06 | MEW | Review status, prepare for and participate in status call with Customer Group. | 03 | 1.20 |
| 10/03/06 | MEW | Review agreement, forward amended trust agreement to A. Bowman. | 03 | .40 |

TOTAL BILLABLE HOURS       1.60

TOTAL FEES                     400.00

- - - - - - - - - -

TOTAL FEES                     400.00

Matter Total                400.00

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

November 12, 2006

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MPC                                          000115900-0107

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/03/06 | TBR | Telephone conference with G. Eynon regarding lien claims. | 03 | .20 |
| 10/03/06 | TBR | Conference call with National City attorneys, Customers regarding status of lien claims. | 03 | 1.00 |
| 10/03/06 | TBR | Meeting with S. Green regarding lien priority issues. | 03 | 1.00 |
| 10/03/06 | DSG | Meeting with Tom Radom regarding mortgage priority; issues versus construction lien. | 03 | 1.00 |
| 10/12/06 | TBR | E-mail to Customer Group regarding Delta Concrete. | 03 | .20 |
| 10/16/06 | TBR | Review Eynon e-mail regarding taxes. | 03 | .40 |
| 10/18/06 | TBR | Review Union complaint and e-mail to Customers regarding same. | 03 | .50 |
| 10/25/06 | TBR | Conference with J. Stevenson regarding lien research. | 03 | .20 |
| 10/25/06 | JRS | Confer with T. Radom re construction lien. | 03 | .60 |
| 10/25/06 | JRS | Legal research and analysis re construction lien. | 03 | 2.50 |
| 10/26/06 | TBR | Conference call with Customers regarding lien litigation. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/26/06 | TBR | Conference with J. Stevenson regarding lien research. | 03 | .30 |
| 10/26/06 | JRS | Confer with T. Radom re construction lien. | 03 | .20 |
| 10/26/06 | JRS | Legal research and analysis re construction lien. | 03 | 2.60 |
| 10/26/06 | JRS | Conference call re Manufacturer's Products Company. | 03 | .30 |
| 10/27/06 | JRS | Legal research and analysis re construction lien. | 03 | .60 |
| 10/27/06 | JRS | Confer with T. Radom re construction lien. | 03 | .10 |

                    TOTAL BILLABLE HOURS       12.20

                        TOTAL FEES                2649.80

DISBURSEMENTS:

          Copies                                    3.90
                                              ----------
                                                    3.90


                    TOTAL FEES                      2649.80

                    TOTAL DISBURSEMENTS                3.90
                                              ------------
                    Matter Total                   2653.70
                                              =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384885)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI CORPORATION VS. SEGWAY, INC.    000115900-0112


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/25/06 | D D | Work on file, including development of theories of liability of Segway for complaint. | 10 | 1.00 |
| 10/26/06 | D D | Continue work on development of theories of liability for complaint against Segway. | 10 | 1.00 |
| 10/26/06 | D D | Receipt and review of e-mail from Jim Derian with information regarding financial status and management of Segway. | 10 | .30 |
| 10/26/06 | D D | Prepare e-mail to Jim Derian regarding financial status and management of Segway. | 10 | .20 |
| 10/27/06 | D D | Telephone conferences with Jim Derian regarding complaint. | 10 | .30 |

TOTAL BILLABLE HOURS        2.80

TOTAL FEES                       638.40

----------

TOTAL FEES                       638.40

Matter Total                    638.40
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 33-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI PRODUCT & SERVICE SOLUTIONS        000115900-0113


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/09/06 | LB | Research state and federal laws and regulations applicable to record keeping with respect to consumer rebate and promotional programs. | 10 | 3.80 |
| 10/09/06 | LB | Draft e-mail to Mr. Derian discussing the research results. | 10 | 1.00 |


TOTAL BILLABLE HOURS        4.80

TOTAL FEES                        768.00

- - - - - - - - - -


TOTAL FEES                        768.00

Matter Total                    768.00
===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  NEFF-PERKINS COMPANY                    000115900-0114


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/10/06 | TBR | Telephone conference with A. Bowman regarding bank build. | 03 | .40 |
| 10/12/06 | TBR | Telephone conference and e-mails with A. Bowman regarding bank build. | 03 | .50 |
| 10/12/06 | TBR | Telephone conference with D. Neumann regarding bank build. | 03 | .40 |
| 10/12/06 | TBR | E-mail with D. Neumann regarding bank build. | 03 | .20 |

TOTAL BILLABLE HOURS       1.50

TOTAL FEES                       375.00

- - - - - - - - - -


TOTAL FEES                       375.00

Matter Total                     375.00

==============

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                              000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/06 | TBR | Telephone conference with BBK, Delphi Team regarding Linear Mold. | 03 | .50 |
| 10/02/06 | TBR | Voicemail to Linear Mold regarding lien issue. | 03 | .20 |
| 10/02/06 | TBR | E-mails with M. Hammer regarding Visteon resourcing notices. | 03 | .40 |
| 10/02/06 | TBR | E-mail and telephone conference with A. Perry regarding funding. | 03 | .40 |
| 10/02/06 | TBR | Review and revise resourcing notice regarding Middlefield. | 03 | .40 |
| 10/02/06 | TBR | Telephone conference with C. Justice regarding Middlefield. | 03 | .20 |
| 10/02/06 | TBR | E-mails with J. Sgroi regarding Valeo letter. | 03 | .60 |
| 10/02/06 | TBR | E-mail to J. Hutchinson, T. Wearsch regarding Linear. | 03 | .20 |
| 10/02/06 | TBR | E-mail to parties regarding sale facilities. | 03 | .20 |
| 10/02/06 | TBR | Review BBK e-mails regarding employee retention issues, Mexico. | 03 | .40 |
| 10/02/06 | TBR | E-mail to D. Mesler regarding Hermosillo. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | | Description | | |
|---|---|---|---|---|
| 10/02/06 | TBR | E-mails and telephone conferences with M. Everett, A. Perry regarding Hermosillo. | 03 | .60 |
| 10/02/06 | TBR | E-mail to Delphi Team regarding equipment lists. | 03 | .20 |
| 10/03/06 | TBR | E-mails and telephone conferences with C. Justice regarding Middlefield equipment, resourcing. | 03 | 1.00 |
| 10/03/06 | TBR | Telephone conferences with Delphi Team regarding Mexican employee issues. | 03 | .70 |
| 10/04/06 | TBR | Review and revise draft Sales Procedures Motion. | 03 | .50 |
| 10/04/06 | TBR | E-mail to T. Wearsch regarding Sales Procedures Motion. | 03 | .20 |
| 10/04/06 | TBR | Review and reply to Seewer e-mail regarding Sales Procedures Motion. | 03 | .20 |
| 10/04/06 | TBR | Prepare amended designated equipment lists. | 03 | 2.20 |
| 10/04/06 | TBR | E-mails and telephone conferences with Delphi Team regarding equipment lists. | 03 | .70 |
| 10/04/06 | TBR | E-mail to CEP, Wachovia regarding equipment lists. | 03 | .20 |
| 10/05/06 | TBR | Letter to CEP, Wachovia regarding equipment purchase option. | 03 | .80 |
| 10/05/06 | TBR | Telephone conference with M. Everett regarding retention plan, employee issues. | 03 | .30 |
| 10/05/06 | TBR | Review Everett, BBK e-mails regarding employee issues. | 03 | .40 |
| 10/05/06 | TBR | Telephone conference with Delphi Team regarding Hermosillo. | 03 | 1.00 |
| 10/05/06 | TBR | Telephone conferences with D. Mesler regarding Hermosillo. | 03 | .80 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/05/06 | L H | Obtained copies of pleadings. | 03 | .20 |
| 10/05/06 | L H | Office conference with Thomas Radom. | 03 | .20 |
| 10/05/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio (Canton) and the Eastern District of Ohio (Akron). | 03 | .30 |
| 10/06/06 | TBR | Conference call with Delphi Team regarding Mexican issues. | 03 | .60 |
| 10/06/06 | TBR | Telephone conference with M. Everett regarding Mexican issues. | 03 | .20 |
| 10/06/06 | TBR | Telephone conferences with D. Mesler regarding Hermosillo. | 03 | .50 |
| 10/06/06 | TBR | Telephone conference with J. Hutchinson regarding Hermosillo. | 03 | .40 |
| 10/09/06 | TBR | E-mails with T. Wearsch regarding October 10 status conference. | 03 | .40 |
| 10/09/06 | TBR | E-mail to J. Hutchinson regarding Hermosillo. | 03 | .20 |
| 10/09/06 | TBR | Review BBK e-mails regarding production issues. | 03 | .30 |
| 10/09/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .40 |
| 10/09/06 | TBR | Review draft October 10 Agenda for status call. | 03 | .50 |
| 10/09/06 | TBR | E-mails with Customer Group regarding production, equipment issues. | 03 | .30 |
| 10/09/06 | TBR | Telephone conference with J. Hutchinson regarding Hermosillo. | 03 | .40 |
| 10/10/06 | TBR | E-mails with T. Wearsch regarding status conference. | 03 | .40 |
| 10/10/06 | TBR | Attend status conference with court. | 03 | 1.50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/10/06 | TBR | E-mails with Customer Group regarding equipment lists, Committee proposal. | 03 | .50 |
| 10/10/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .30 |
| 10/10/06 | TBR | Telephone conference with J. Hutchinson regarding Hermosillo. | 03 | .30 |
| 10/10/06 | TBR | Telephone conference with A. Perry regarding A/P. | 03 | .20 |
| 10/10/06 | TBR | Telephone conference with C. Archambault regarding Vandalia. | 03 | .20 |
| 10/11/06 | TBR | Review Freedlander letter regarding DIP proposal. | 03 | .60 |
| 10/11/06 | TBR | Customer call regarding DIP proposal. | 03 | .70 |
| 10/11/06 | TBR | Telephone conference with Delphi Team regarding Mexico. | 03 | 1.00 |
| 10/11/06 | TBR | Review draft Asset Purchase Agreement. | 03 | .60 |
| 10/11/06 | TBR | Telephone conference with C. Justice regarding Middlefield equipment. | 03 | .30 |
| 10/11/06 | TBR | Review Justice e-mail regarding Middlefield equipment. | 03 | .20 |
| 10/11/06 | TBR | Review Bambery e-mail regarding Customer refund. | 03 | .30 |
| 10/12/06 | TBR | E-mails and telephone conferences with Delphi Team regarding equipment option, Hermosillo, status of DIP. | 03 | 2.40 |
| 10/12/06 | TBR | Conference call with Customers, Committee for Committee proposal on DIP Order. | 03 | 1.00 |
| 10/12/06 | TBR | Telephone conference with M. Hammer regarding Committee proposal. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/12/06 | TBR | E-mails to CEP, Committee, Customer Professionals regarding Professionals meeting. | 03 | .40 |
| 10/13/06 | TBR | Telephone conferences with Delphi Team regarding Vandalia equipment. | 03 | .50 |
| 10/13/06 | TBR | E-mails with Delphi Team regarding Glass. | 03 | .50 |
| 10/13/06 | TBR | E-mail to J. Hutchinson regarding Glass. | 03 | .20 |
| 10/13/06 | TBR | Review e-mails regarding BBK. | 03 | .50 |
| 10/13/06 | TBR | Telephone conference with A. Perry regarding A/P. | 03 | .20 |
| 10/13/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .30 |
| 10/16/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .30 |
| 10/16/06 | TBR | Conference call with Customers, Committee regarding DIP. | 03 | .80 |
| 10/16/06 | TBR | E-mail to professionals regarding October 19 meeting. | 03 | .20 |
| 10/16/06 | TBR | Telephone conference with J. Hutchinson, T. Wearsch regarding Glass fees. | 03 | .30 |
| 10/16/06 | TBR | Review and reply to BBK e-mails regarding Bishopville. | 03 | .70 |
| 10/16/06 | TBR | Review sale procedures motion and e-mail to Freedlander, Seewer regarding same. | 03 | .70 |
| 10/16/06 | TBR | Telephone conference with M. Freedlander regarding Middlefield. | 03 | .40 |
| 10/17/06 | TBR | Telephone conference with C. Justice regarding Middlefield equipment. | 03 | .20 |
| 10/17/06 | TBR | Reviewed revised Middlefield equipment list and values. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | | Description | | |
|---|---|---|---|---|
| 10/17/06 | TBR | E-mail to CEP, Wachovia, Committee regarding Middlefield equipment option. | 03 | .50 |
| 10/17/06 | TBR | Review and reply to Isenberg e-mail regarding Middlefield equipment. | 03 | .40 |
| 10/17/06 | TBR | Telephone conference with J. Hutchinson regarding Glass. | 03 | .30 |
| 10/18/06 | TBR | Review and respond to P. Oakes e-mail regarding Chihuahua. | 03 | .30 |
| 10/18/06 | TBR | Telephone conference and e-mail with M. Everett regarding Chihuahua. | 03 | .40 |
| 10/18/06 | TBR | Review and reply to Hutchinson, Seewer e-mails regarding BBK Trust. | 03 | .60 |
| 10/18/06 | TBR | Telephone conference with S. Seewer regarding BBK Trust. | 03 | .20 |
| 10/18/06 | TBR | Telephone conferences and e-mails with CEP, Committee, Customers regarding October 20 meeting. | 03 | .50 |
| 10/18/06 | TBR | E-mails with BBK, Delphi Team regarding Bishopville. | 03 | .50 |
| 10/18/06 | TBR | Draft Asset Purchase Agreement regarding Hermosillo. | 03 | 3.00 |
| 10/18/06 | TBR | E-mail Hermosillo Asset Purchase Agreement to A. Olivas and D. Mesler for comment. | 03 | .30 |
| 10/18/06 | TBR | Telephone conference with D. Mesler regarding Asset Purchase Agreement. | 03 | .20 |
| 10/19/06 | TBR | Status conference call with Court regarding DIP Order. | 03 | .70 |
| 10/19/06 | TBR | E-mails and telephone conferences with Customers, CEP and Committee regarding Committee settlement proposals, October 24 hearing. | 03 | 2.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | | Description | | |
|---|---|---|---|---|
| 10/19/06 | TBR | E-mail to Delphi Team regarding resourcing notice. | 03 | .20 |
| 10/20/06 | TBR | Review Wachovia e-mails regarding Bishopville. | 03 | .30 |
| 10/20/06 | TBR | Review Glass, Baker September fee statements. | 03 | .50 |
| 10/20/06 | TBR | Review amended DIP Order, Customer Agreement. | 03 | 1.00 |
| 10/20/06 | TBR | Review Visteon resourcing notices. | 03 | .20 |
| 10/20/06 | TBR | Worked on Delphi resourcing notice. | 03 | .40 |
| 10/20/06 | TBR | Telephone conferences and e-mails with Delphi Team regarding resourcing notice, equipment option. | 03 | .70 |
| 10/22/06 | TBR | Review and reply to M. Hammer e-mails regarding findings of fact on DIP Order, settlement with Committee. | 03 | .80 |
| 10/22/06 | TBR | Review equipment appraisals and e-mail to Delphi Team regarding same, equipment options. | 03 | 1.70 |
| 10/23/06 | TBR | E-mail to CEP, Bank regarding Middlefield equipment. | 03 | .30 |
| 10/23/06 | TBR | Telephone conferences and e-mails with Customers, CEP, Bank regarding DIP Order. | 03 | 2.00 |
| 10/23/06 | TBR | Status conference call with Court regarding DIP Order. | 03 | .60 |
| 10/23/06 | TBR | Review revised drafts of DIP Order, Customer Agreement. | 03 | 1.30 |
| 10/23/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo, Chihuahua. | 03 | .50 |
| 10/23/06 | TBR | E-mail to A. Olivas regarding Hermosillo. | 03 | .20 |
| 10/23/06 | TBR | Telephone conferences and e-mails with Delphi Team regarding equipment purchase options. | 03 | 1.30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

| | | | | |
|---|---|---|---|---|
| 10/23/06 | TBR | Completed resourcing completion notice and equipment option. | 03 | .60 |
| 10/23/06 | TBR | Revise Accommodation Agreement and e-mail to parties regarding same. | 03 | 1.00 |
| 10/23/06 | TBR | Review Customers proposed findings of fact regarding DIP. | 03 | .60 |
| 10/23/06 | TBR | Draft joinder in Customers' finding of fact. | 03 | .20 |
| 10/23/06 | TBR | Telephone conference with J. Bambery regarding Bishopville. | 03 | .20 |
| 10/24/06 | TBR | Attend Court hearing regarding DIP, sales procedures motions. | 03 | 12.00 |
| 10/25/06 | TBR | Telephone conference with J. Bambery regarding equipment option. | 03 | .20 |
| 10/25/06 | TBR | E-mails with T. Wearsch regarding Middlefield equipment purchase. | 03 | .50 |
| 10/25/06 | TBR | E-mails to Delphi Team regarding Middlefield equipment purchase. | 03 | .40 |
| 10/25/06 | TBR | Review revisions to DIP Order and Agreements. | 03 | 2.00 |
| 10/25/06 | TBR | Telephone conferences and e-mails with Customers, CEP, Bank regarding DIP Order. | 03 | 4.50 |
| 10/25/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .40 |
| 10/26/06 | TBR | Telephone conferences with K. Katsma, J. Downs regarding DIP Order. | 03 | 1.00 |
| 10/26/06 | TBR | Conference with J. Stevenson regarding Court hearing. | 03 | .20 |
| 10/26/06 | TBR | Review Court decision regarding retention plan. | 03 | .30 |
| 10/26/06 | JRS | Appear telephonically at hearing on debtor in possession financing order. | 03 | 1.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/26/06 | JRS | Review court's decision on motion for entry of order authorizing CEP Holdings to adopt performance bonus plan. | 03 | .40 |
| 10/26/06 | JRS | Confer with T. Radom re hearing on debtor in possession financing order. | 03 | .10 |
| 10/27/06 | TBR | Review and reply to Hammer e-mail regarding retention plan. | 03 | .40 |
| 10/27/06 | TBR | Telephone conference with M. Hammer regarding retention plan. | 03 | .20 |
| 10/27/06 | TBR | Status conference call with Court regarding retention plan, DIP Order. | 03 | 1.00 |
| 10/27/06 | TBR | Review changes to DIP Order. | 03 | .50 |
| 10/27/06 | TBR | Telephone conference with M. Everett regarding Chihuahua. | 03 | .30 |
| 10/27/06 | TBR | Review Everett e-mail regarding Chihuahua. | 03 | .20 |
| 10/27/06 | TBR | Telephone conference with A. Perry regarding DIP Order. | 03 | .30 |
| 10/30/06 | TBR | Telephone conference with M. Everett, J. Fetter, S. Orsini regarding Chihuahua. | 03 | .50 |
| 10/30/06 | TBR | Prepare for and e-mail summary of DIP Order, retention bonus to Delphi Team. | 03 | 1.50 |
| 10/30/06 | TBR | Review e-mails regarding Customer Agreement, Participation Agreement. | 03 | .40 |
| 10/30/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .20 |
| 10/31/06 | TBR | Continued work on Hermosillo Asset Purchase Agreement. | 03 | 2.00 |
| 10/31/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/31/06 | TBR | E-mails and telephone conferences with Delphi Team regarding Customer, Subordination Agreements. | 03 | .60 |
| 10/31/06 | TBR | E-mail to CEP, Wachovia, Customers regarding signed Agreements. | 03 | .20 |
| 10/31/06 | TBR | Conference call with Delphi Team, Century Mold regarding Chihuahua. | 03 | .50 |
| 10/31/06 | TBR | Telephone conference with T. Wearsch regarding Hermosillo. | 03 | .30 |
| 10/31/06 | TBR | Review M. Pizzorno e-mail regarding Vandalia. | 03 | .20 |
| 10/31/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio, Eastern Division and obtained copies of the pleadings. Case administration. | 03 | 2.50 |

                    TOTAL BILLABLE HOURS          96.30

                              TOTAL FEES              23496.40


DISBURSEMENTS:

        Copies                              129.70
        Travel Expenses                     218.25
                                            - - - - - - - - - -
                                              347.95



                    TOTAL FEES                      23496.40

                    TOTAL DISBURSEMENTS                347.95
                                            _____

                    Matter Total                    23844.35
                                            ================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PIXLEY RICHARDS, INC.                    000115900-0120


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/04/06 | TBR | Review comments to Trade Agreement, setoff letter. | 03 | .50 |
| 10/05/06 | TBR | Review revised setoff letter, Trade Agreement. | 03 | .50 |
| 10/18/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | 03 | .20 |
| 10/20/06 | TBR | Further revisions to Trade Agreements. | 03 | .60 |
| 10/20/06 | TBR | E-mail to B. Smith, A. Andromalos regarding Trade Agreements. | 03 | .20 |
| 10/26/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | 03 | .20 |
| 10/30/06 | TBR | E-mails to Pixley, Bank counsel regarding trade and setoff agreements. | 03 | .50 |

TOTAL BILLABLE HOURS     2.70

TOTAL FEES          675.00

DISBURSEMENTS:

        Copies                              0.90
                                          ----------
                                            0.90

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


                         TOTAL FEES              675.00

                         TOTAL DISBURSEMENTS       0.90
                                            _____

                         Matter Total           675.90
                                            ================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  INNOVATIVE GROUP GLOBAL, INC.          000115900-0122


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/09/06 | MEW | Notice regarding case reassignment to Judge Shapero. | 03 | .10 |
| 10/20/06 | MEW | Review Motion regarding new funding for operations and to expedite hearing thereon, and related pleadings. | 03 | 1.00 |
| 10/23/06 | MEW | Review Refabco financing motion, order regarding Delphi loans. | 03 | 1.20 |
| 10/23/06 | MEW | Continue work regarding Refabco motion to change financing source. | 03 | .80 |
| 10/25/06 | MEW | Review proposed order regarding sale of accounts receivable to Platinum. | 03 | .30 |
| 10/25/06 | MEW | Conferences with Debtor's counsel regarding funding order. | 03 | .30 |
| 10/25/06 | MEW | Draft UCC-1 and have filed. | 03 | .30 |
| 10/26/06 | MEW | Review UCC filing data. | 03 | .20 |
| 10/27/06 | MEW | Review order regarding continued financing. | 03 | .30 |

TOTAL BILLABLE HOURS      4.50

TOTAL FEES              1125.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


DISBURSEMENTS:

      Copies                                              6.80
                                                - - - - - - - - - -
                                                  6.80


                            TOTAL FEES                1125.00

                       TOTAL DISBURSEMENTS              6.80
                                        _____

                            Matter Total               1131.80
                                        ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 500  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   STERLING MANUFACTURING COMPANY          000115900-0123

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/04/06 | TBR | E-mails and telephone conferences with D. Rose, A. Perry regarding payables. | 03 | .70 |
| 10/06/06 | TBR | Telephone conferences with D. Rose, A. Perry regarding A/P. | 03 | .50 |
| 10/06/06 | TBR | Telephone conference with C. Meyer regarding A/P. | 03 | .30 |
| 10/11/06 | TBR | Telephone conference with C. Meyer regarding setoff. | 03 | .20 |
| 10/16/06 | TBR | Telephone conference with D. Rose regarding setoff. | 03 | .20 |
| 10/22/06 | TBR | Review and reply to D. Rose e-mail regarding setoff. | 03 | .20 |

TOTAL BILLABLE HOURS     2.10

TOTAL FEES               525.00

- - - - - - - - - -

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8318268


                              TOTAL FEES              525.00
                                              _____

                              Matter Total           525.00
                                              ================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  I & W INDUSTRIES, INC.                    000115900-0124


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/06 | TBR | E-mail with T. Lindahl regarding service parts. | 03 | .20 |
| 10/02/06 | TBR | Telephone conference with Delphi Team regarding Service parts. | 03 | .40 |
| 10/02/06 | TBR | Revise extension agreements. | 03 | .40 |
| 10/02/06 | TBR | E-mail to parties regarding revised extensions. | 03 | .20 |
| 10/02/06 | TBR | Telephone conferences with S. Grow, T. Lindahl, J. Laino regarding extension issues. | 03 | 1.30 |
| 10/02/06 | TBR | Telephone conferences with Delphi Team regarding extension, bank build issues. | 03 | 1.50 |
| 10/04/06 | TBR | Conference calls with I&W, Bank, Customers regarding extension issues. | 03 | 1.50 |
| 10/04/06 | TBR | Telephone conference with Delphi Team regarding extension issues. | 03 | .60 |
| 10/04/06 | TBR | Review Schneider e-mails regarding inventory. | 03 | .30 |
| 10/04/06 | TBR | Revise Extension Agreements. | 03 | 1.00 |
| 10/04/06 | TBR | Draft Amendment to Intercustomer Agreement. | 03 | .50 |

**Butzel Long**

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384383)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | | Description | | |
|---|---|---|---|---|
| 10/04/06 | TBR | E-mails to parties regarding Extension Agreements. | 03 | .30 |
| 10/04/06 | TBR | E-mail to Mark IV regarding Intercustomer Agreement. | 03 | .20 |
| 10/05/06 | TBR | Telephone conference with S. Grow regarding extensions. | 03 | .20 |
| 10/06/06 | TBR | Review S. Grow e-mail regarding Extension Agreements. | 03 | .20 |
| 10/06/06 | TBR | E-mail to M. Everett, A. Perry regarding Extension Agreements. | 03 | .20 |
| 10/06/06 | TBR | E-mails with T. Lindahl regarding letter. | 03 | .40 |
| 10/09/06 | TBR | E-mails with Delphi Team regarding signed extensions. | 03 | .40 |
| 10/09/06 | TBR | E-mail to R. Schneider regarding inventory. | 03 | .20 |
| 10/09/06 | TBR | Conference call with Delphi Team regarding equipment purchase. | 03 | 1.00 |
| 10/09/06 | TBR | Review appraisal, company equipment list. | 03 | 1.00 |
| 10/10/06 | TBR | Conference calls with Delphi Team regarding equipment offer. | 03 | 1.00 |
| 10/10/06 | TBR | Review Delphi equipment offer. | 03 | .30 |
| 10/10/06 | TBR | E-mail to S. Grow regarding inventory, equipment offer. | 03 | 1.00 |
| 10/10/06 | TBR | Telephone conference with S. Grow regarding extensions. | 03 | .20 |
| 10/10/06 | TBR | Telephone conference with T. Lindahl regarding extensions. | 03 | .20 |
| 10/10/06 | TBR | Letter to Lindahl regarding resourcing. | 03 | .20 |
| 10/10/06 | TBR | E-mail to Grow, Lindahl regarding extensions. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

| | | | | |
|---|---|---|---|---|
| 10/10/06 | TBR | Review and reply to M. Everett e-mail regarding resourcing letter. | 03 | .20 |
| 10/11/06 | TBR | Review Engler e-mail regarding inventory. | 03 | .20 |
| 10/11/06 | TBR | Review D. Rose e-mail regarding equipment offer. | 03 | .20 |
| 10/11/06 | TBR | Telephone conference with A. Perry regarding equipment offer. | 03 | .20 |
| 10/11/06 | TBR | Review and reply to T. Lindahl e-mail regarding equipment offer. | 03 | .40 |
| 10/11/06 | TBR | Review S. Grow e-mail regarding signed agreements. | 03 | .20 |
| 10/13/06 | TBR | Telephone conferences and e-mails with Delphi Team regarding appraisal. | 03 | .50 |
| 10/13/06 | TBR | Review and reply to T. Lindahl e-mail regarding appraisal. | 03 | .40 |
| 10/16/06 | TBR | Conference call with Delphi Team, BBK regarding strategy. | 03 | .80 |
| 10/16/06 | TBR | E-mail to T. Lindahl regarding appraisal. | 03 | .20 |
| 10/16/06 | TBR | Review and reply to R. Schneider e-mail regarding appraisal. | 03 | .30 |
| 10/16/06 | TBR | Review and reply to J. McInerney e-mail regarding equipment. | 03 | .30 |
| 10/16/06 | TBR | Telephone conference with J. McInerney regarding equipment. | 03 | .20 |
| 10/18/06 | TBR | Telephone conference with S. Grow regarding extension, equipment offer. | 03 | .20 |
| 10/20/06 | TBR | Review R. Schneider e-mail regarding parts list, timeline. | 03 | .20 |
| 10/20/06 | TBR | Telephone conference with A. Perry regarding options. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | | Description | | |
|---|---|---|---|---|
| 10/22/06 | TBR | E-mail to D. Rose regarding October 26 meeting. | 03 | .20 |
| 10/23/06 | TBR | Telephone conference with D. Rose regarding October 24 conference call agenda. | 03 | .40 |
| 10/24/06 | TBR | Telephone conference with S. Grow regarding extension. | 03 | .20 |
| 10/24/06 | TBR | Telephone conference with D. Rose regarding extension. | 03 | .20 |
| 10/25/06 | TBR | Telephone conferences with Delphi Team, BBK regarding preparation for October 26 meeting with I & W. | 03 | .70 |
| 10/25/06 | TBR | Review D. Rose e-mail regarding Delphi options. | 03 | .40 |
| 10/26/06 | TBR | Meeting with Delphi Team, BBK, I & W Team, Plante Moran regarding budget, extension. | 03 | 8.00 |
| 10/26/06 | TBR | Telephone conference with T. Lindahl regarding budget. | 03 | .30 |
| 10/27/06 | TBR | Telephone conferences and e-mails with S. Grow regarding Bank terms on extension. | 03 | .80 |
| 10/27/06 | TBR | Telephone conference with T. Lindahl regarding extension. | 03 | .60 |
| 10/27/06 | TBR | Telephone conferences with A. Perry regarding extension. | 03 | .80 |
| 10/27/06 | TBR | Worked on extension documents. | 03 | .70 |
| 10/29/06 | TBR | Telephone with A. Perry regarding access. | 03 | .40 |
| 10/30/06 | TBR | Telephone conference with S. Grow regarding extensions. | 03 | .40 |
| 10/30/06 | TBR | Telephone conference with S. Grow, T. Lindahl regarding extensions. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/30/06 | TBR | Conference call with Delphi Team regarding extensions. | 03 | .70 |
| 10/30/06 | TBR | E-mails with J. Laino regarding extensions. | 03 | .40 |
| 10/30/06 | TBR | Telephone conference with T. Lindahl regarding equipment budget. | 03 | .50 |
| 10/31/06 | TBR | Conference call with Delphi Team regarding budget, extension. | 03 | 1.00 |
| 10/31/06 | TBR | E-mail to T. Lindahl regarding budget issues. | 03 | .50 |
| 10/31/06 | TBR | Review Schneider e-mails regarding equipment issues. | 03 | .30 |
| 10/31/06 | TBR | Conference call with T. Lindahl, J. Laino regarding budget issues. | 03 | 1.00 |

TOTAL BILLABLE HOURS        38.70

TOTAL FEES                9675.00

DISBURSEMENTS:

    Copies                                    18.80
                                              ----------
                                                  18.80


TOTAL FEES                        9675.00

TOTAL DISBURSEMENTS                  18.80
                                   _____

Matter Total                      9693.80
                                  ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  BING METALS GROUP, INC.                    000115900-0125

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/06 | TBR | Telephone conference with J. Fischer regarding funding. | 03 | .20 |
| 10/02/06 | TBR | E-mails with S. Drucker regarding Amendment to Accommodation Agreement. | 03 | .40 |
| 10/02/06 | TBR | Telephone conferences with Delphi Team regarding funding. | 03 | .60 |
| 10/02/06 | TBR | Telephone conference with A. Masse regarding funding. | 03 | .20 |
| 10/03/06 | TBR | Meeting with M. Everett, K. Szymeyzk regarding funding proposal. | 03 | .70 |
| 10/03/06 | TBR | Conference call with BBK regarding funding proposal. | 03 | .50 |
| 10/04/06 | TBR | E-mails and telephone conferences with M. Everett, A. Perry regarding Accommodation Agreement, funding. | 03 | .60 |
| 10/09/06 | TBR | E-mail to Customers, Bank, Bing regarding signed amendment. | 03 | .20 |
| 10/17/06 | TBR | Meeting with Customers regarding review of additional accommodations. | 03 | 3.00 |
| 10/20/06 | TBR | Telephone conference with M. Everett regarding call with Customers. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

10/22/06  TBR  Review and respond to M. Everett e-mail          03          .40
               regarding equity offer.


                        TOTAL BILLABLE HOURS          7.00

                              TOTAL FEES                  1750.00

                                                      - - - - - - - - - -


                              TOTAL FEES                  1750.00

                              Matter Total               1750.00
                                                      ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TENATRONICS LTD.                         000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/13/06 | TBR | Customer/Receiver conference call regarding various issues. | 03 | .30 |

TOTAL BILLABLE HOURS        0.30

TOTAL FEES                      75.00

- - - - - - - - - -


TOTAL FEES                      75.00
_____

Matter Total                    75.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   AMERICAN RUBBER PRODUCTS                 000115900-0127


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/04/06 | MEW | Review documents regarding title to equipment subject to escrow and forward to Thornhurst at Delphi. | 03 | .40 |


TOTAL BILLABLE HOURS          0.40

TOTAL FEES                              100.00
- - - - - - - - - -


TOTAL FEES                              100.00

Matter Total                           100.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384683)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900                          November 12, 2006
INVOICE NO.:    8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   QC ONICS                                    000115900-0128


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/01/06 | MEW | Email from BBK regarding form of Trust Agreement regarding supplemental funding, if necessary. | 03 | .10 |
| 10/01/06 | MEW | Review Agenda for 10/02 Customer call. | 03 | .10 |
| 10/01/06 | MEW | Attention to Rivercross and Novalink request for comprehensive meeting. | 03 | .10 |
| 10/02/06 | MEW | Prepare for and participate in Customer call. | 03 | .90 |
| 10/02/06 | MEW | Conference with Rivercross counsel and follow-up call with Yazaki counsel. | 03 | .50 |
| 10/02/06 | MEW | Conference with M. Everett regarding matter status. | 03 | .20 |
| 10/02/06 | MEW | Review Bid Procedures pleadings and DIP Financing Order and prepare for hearing in Fort Wayne, Indiana. | 03 | 1.50 |
| 10/02/06 | MEW | Attend court hearing in Fort Wayne on DIP financing and Bid Procedures motions. | 03 | 8.00 |
| 10/02/06 | MEW | Review Trust Agreement and email from and to A. Perry regarding signature. | 03 | .50 |
| 10/02/06 | MEW | Review QC Capacity Report prepared by BBK. | 03 | .20 |
| 10/02/06 | MEW | Brief review of Asaba bid sheet and proposal. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/02/06 | MEW | Email regarding Bosch participation in funding QC. | 03 | .10 |
| 10/02/06 | MEW | Follow up conference with BBK, Delphi and Yazaki counsel. | 03 | .50 |
| 10/03/06 | MEW | Review Doshi bid sheet. | 03 | .30 |
| 10/03/06 | MEW | Prepare for and participate in Customer call. | 03 | 1.20 |
| 10/03/06 | MEW | Email from M. Olson regarding working with Larry Smith. | 03 | .10 |
| 10/03/06 | MEW | Review Final DIP Financing Order, Bid Procedures Order as entered by the court. | 03 | .40 |
| 10/03/06 | MEW | Review Smith email regarding inventory issues. | 03 | .20 |
| 10/03/06 | MEW | Review BBK resource assessment and request. | 03 | .30 |
| 10/03/06 | MEW | Review Woodward Capital engagement agreement, attention to indemnification issue. | 03 | .50 |
| 10/03/06 | MEW | Review cash shortage status, dealing with Larry Smith. | 03 | .30 |
| 10/03/06 | MEW | Review material ordering status, email from BBK regarding status. | 03 | .40 |
| 10/03/06 | MEW | Review and analysis of Yazaki memo regarding Novalink scenarios. | 03 | .60 |
| 10/03/06 | MEW | Review Agenda for 9:00 call. | 03 | .10 |
| 10/03/06 | MEW | Letter to Debtor's counsel regarding Larry Smith lack of cooperation and negative impact on production and bank build process. | 03 | .60 |
| 10/03/06 | MEW | Status report from BBK regarding raw materials procurement issues and production constraints. | 03 | .20 |
| 10/03/06 | P H | Conference with D. Wollschlager and M. E. Wilkins. | 03 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8318268

| Date | Atty | Description | | |
|---|---|---|---|---|
| 10/03/06 | P H | Correspondence to D. Wollschlager. | 03 | .20 |
| 10/03/06 | P H | Attention to correspondence re: material shortages. | 03 | .20 |
| 10/03/06 | P H | Draft Woodward Capital indemnification agreement. | 03 | .90 |
| 10/04/06 | MEW | Prepare for and participate in Customer call. | 03 | 1.00 |
| 10/04/06 | MEW | Review emails and memo regarding sale process update. | 03 | .30 |
| 10/04/06 | MEW | Note from A. Perry regarding use of supplier "Comfort Letter." | 03 | .10 |
| 10/04/06 | MEW | Review note regarding additional Reynose warehouse space. | 03 | .10 |
| 10/04/06 | MEW | Review customer call minutes and action plan. | 03 | .20 |
| 10/04/06 | MEW | Review Novalink issues. | 03 | .20 |
| 10/04/06 | P H | Conference call with Customer Group. | 03 | 1.00 |
| 10/04/06 | P H | Review Access and Accommodation Agreements. | 03 | .80 |
| 10/04/06 | P H | Conference with M. E. Wilkins re: Access Agreement. | 03 | .40 |
| 10/04/06 | P H | Correspondence from A. Perry. | 03 | .20 |
| 10/05/06 | MEW | Prepare for and participate in Customer call. | 03 | 1.10 |
| 10/05/06 | MEW | Review memos regarding issues with Larry Smith cooperation. | 03 | .60 |
| 10/05/06 | MEW | Review Mexican law issues and discuss with John Stevenson. | 03 | .80 |
| 10/05/06 | MEW | Review and analysis of proposed supplier comfort letter. | 03 | .30 |
| 10/05/06 | MEW | Review correspondence regarding Bid Procedures Order. | 03 | .10 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 10/05/06 | MEW | Note from A. Perry regarding comfort letter. | 03 | .10 |
| 10/05/06 | MEW | Review call minutes, next steps. | 03 | .30 |
| 10/05/06 | MEW | Review note to Mexican counsel regarding legal rights of shelter company. | 03 | .20 |
| 10/05/06 | MEW | Work with Delphi Powertrain representatives regarding production and bank build issues. | 03 | .90 |
| 10/05/06 | P H | Conference call with Customer Group. | 03 | .80 |
| 10/05/06 | P H | Draft amendment to Intercustomer Agreement. | 03 | .70 |
| 10/05/06 | P H | Correspondence to D. Wollschlager. | 03 | .70 |
| 10/05/06 | P H | Attention to NovaLink/Mexico issues. | 03 | .70 |
| 10/05/06 | JRS | Confer with M. Wilkins re QC Onics, NovaLink. | 03 | .30 |
| 10/05/06 | JRS | Factual research and analysis re QC Onics, NovaLink. | 03 | 2.60 |
| 10/05/06 | JRS | Confer with P. Hall re QC Onics, NovaLink. | 03 | .20 |
| 10/06/06 | MEW | Review Agenda, prepare for and participate in Customer call. | 03 | .90 |
| 10/06/06 | MEW | Review additional warehouse space issue. | 03 | .20 |
| 10/06/06 | MEW | Review Amphenol performance data. | 03 | .10 |
| 10/06/06 | MEW | Communications with A. Perry regarding form of comfort letter. | 03 | .30 |
| 10/06/06 | MEW | Review amendment to Intercustomer Agreement regarding Woodward Capital. | 03 | .10 |
| 10/06/06 | MEW | Consideration of memo from Novalink counsel regarding agenda for Novalink call on 10/09. | 03 | 1.40 |
| 10/06/06 | MEW | Review and analysis of memo from Mexican counsel regarding labor issues, customer rights and risks. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/06/06 | MEW | Assessment of strategy for negotiations with Novalink and as to maximizing customer position absent agreement with Novalink. | 03 | 2.50 |
| 10/06/06 | MEW | Review shelter agreement between Novalink and QC Onics. | 03 | .40 |
| 10/06/06 | P H | Conference with M. E. Wilkins. | 03 | .70 |
| 10/06/06 | P H | Correspondence from D. Wollschlager re: Intercustomer Agreement. | 03 | .70 |
| 10/06/06 | P H | Revisions to Intercustomer Agreement and correspondence to Customer Group. | 03 | .70 |
| 10/06/06 | P H | Revisions to indemnification agreement and correspondence to D. Reamer. | 03 | .70 |
| 10/06/06 | JRS | Legal research and analysis re QC Onics, NovaLink. | 03 | 2.60 |
| 10/06/06 | JRS | Telephone calls with P. Iturralde re QC Onics, NovaLink. | 03 | .30 |
| 10/06/06 | JRS | Factual research and analysis re QC Onics, NovaLink. | 03 | 1.50 |
| 10/07/06 | MEW | Note from BBK regarding possible additions to Novalink call agenda. | 03 | .10 |
| 10/07/06 | MEW | Review status of Bosch participating in support of QC. | 03 | .10 |
| 10/08/06 | MEW | Review and analysis of Yazaki strategy document. | 03 | .30 |
| 10/09/06 | MEW | Review agenda, prepare for and participate in pre-call for Novalink meeting. | 03 | 1.00 |
| 10/09/06 | MEW | Prepare for and participate in call with Novalink counsel and representatives. | 03 | 1.00 |
| 10/09/06 | MEW | Follow-up work with BBK, Delphi and M. Everett following Novalink call and review issues raised on call. | 03 | 1.50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

| Date | Initials | Description | | |
|------|------|-------------|------|------|
| 10/09/06 | MEW | Conference with M. Everett regarding status and strategy going forward. | 03 | .40 |
| 10/09/06 | MEW | Review Delphi information request and draft letter to Novalink with template for information needed attached. | 03 | .40 |
| 10/09/06 | MEW | Conference with J. Stevenson regarding Mexican production issues. | 03 | .20 |
| 10/09/06 | MEW | Review and analysis of risks to production from asserted rights of Mexican employees and outline strategy for addressing. | 03 | 2.50 |
| 10/09/06 | MEW | Work with BBK on strategy for Novalink. | 03 | .50 |
| 10/09/06 | MEW | Review Yazaki proposed changes to Woodward Capital Indemnification Agreement. | 03 | .10 |
| 10/09/06 | MEW | Review call minutes, next steps. | 03 | .20 |
| 10/09/06 | MEW | Review agenda for 10/10 call, along with Woodward Capital letter, Novalink minutes and actions. | 03 | .30 |
| 10/09/06 | JRS | Conference call re QC Onics, Rivercross, Delphi. | 03 | .60 |
| 10/09/06 | JRS | Confer with M. Wilkins re Rivercross, QC Onics, Delphi. | 03 | .10 |
| 10/10/06 | MEW | Prepare for and participate in Customer call and review BBK Strategic Alternatives Document. | 03 | 1.40 |
| 10/10/06 | MEW | Review Delphi comments to Strategic Alternatives document. | 03 | .20 |
| 10/10/06 | MEW | Note from BBK regarding 10/11 Strategic Alternatives meeting. | 03 | .10 |
| 10/10/06 | MEW | Review and strategize regarding negotiations with Novalink, how to best position Delphi for production after 11/17/06. | 03 | 3.50 |

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/10/06 | MEW | Review minutes of Customer call, agenda for 10/11 call. | 03 | .20 |
| 10/10/06 | P H | Attention to and revisions to Intercustomer Agreement. | 03 | .50 |
| 10/10/06 | P H | Correspondence to M. Everett and D. Reamer re: Intercustomer Agreement. | 03 | .20 |
| 10/10/06 | P H | Correspondence to and from D. Wollschlager. | 03 | .40 |
| 10/10/06 | P H | Telephone call to M. Everett. | 03 | .20 |
| 10/10/06 | JRS | Telephone call with P. Iturralde re Rivercross, QC Onics. | 03 | .10 |
| 10/11/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.00 |
| 10/11/06 | MEW | Review and analysis of revised strategic alternatives and assessment of impact on Delphi. | 03 | 2.50 |
| 10/11/06 | MEW | Conference with M. Everett regarding strategy going forward. | 03 | .40 |
| 10/11/06 | MEW | Conference with A. Perry regarding strategy going forward. | 03 | .30 |
| 10/11/06 | MEW | Review Access Agreement - costs to exercise, and discuss with P. Hall. | 03 | 1.10 |
| 10/11/06 | MEW | Prepare for Delphi internal call regarding proposed strategic alternatives. | 03 | 1.40 |
| 10/11/06 | MEW | Prepare for and participate in Customer strategy call. | 03 | 1.40 |
| 10/11/06 | MEW | Conference with P. Hall regarding vendor letter. | 03 | .20 |
| 10/11/06 | MEW | Conference with D. Wollschlager regarding status. | 03 | .20 |
| 10/11/06 | MEW | Review manufacturing action plan from BBK. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | Initials | Description | | |
|---|---|---|---|---|
| 10/11/06 | MEW | Review status of prospective purchasers. | 03 | .20 |
| 10/11/06 | MEW | Review borrowing base certificate regarding bank collateralization. | 03 | .50 |
| 10/11/06 | MEW | Review comfort letter, Yazaki format. | 03 | .20 |
| 10/11/06 | MEW | Review minutes from 10/11 call, agenda for 10/12, Actual to Budget performance through 10/06, minutes of strategic alternatives call. | 03 | .50 |
| 10/11/06 | P H | Telephone call to W. Steury re: retention of WCA. | 03 | .70 |
| 10/11/06 | P H | Correspondence to D. Wollschlager. | 03 | .70 |
| 10/11/06 | P H | Multiple conference calls with Customer Group. | 03 | .80 |
| 10/11/06 | P H | Correspondence from D. Reamer. | 03 | .80 |
| 10/11/06 | P H | Attention to execution of amended Intercustomer Agreement. | 03 | .70 |
| 10/11/06 | P H | Correspondence to T. Yoder re: Customer Agreement. | 03 | .70 |
| 10/11/06 | P H | Attention to Customer Agreements. | 03 | .70 |
| 10/11/06 | JRS | Confer with M. Wilkins re Rivercross, QC Onics. | 03 | .20 |
| 10/11/06 | JRS | Conference call re Rivercross, QC Onics. | 03 | 1.20 |
| 10/12/06 | MEW | Review minutes from 10/12 call and agenda for 10/13 call. | 03 | .30 |
| 10/12/06 | MEW | Prepare for and participate in Customer call. | 03 | 1.00 |
| 10/12/06 | MEW | Review current BBK strategic alternatives. | 03 | .30 |
| 10/12/06 | MEW | Review aspects of production and bank build risks from Mexican law. | 03 | .40 |
| 10/12/06 | MEW | Prepare for call with Novalink counsel. | 03 | 1.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/12/06 | MEW | Review and analysis of correspondence from Novalink counsel. | 03 | .40 |
| 10/12/06 | MEW | Prepare call with Novalink counsel. | 03 | .40 |
| 10/12/06 | MEW | Continue review of Novalink letter and prepare for Strategic Alternatives Group call. | 03 | .60 |
| 10/12/06 | MEW | Participate in strategic alternatives group call and outline follow-up items. | 03 | 1.20 |
| 10/12/06 | MEW | Conference with M. Everett and review her summary of current status, negotiations with Novalink. | 03 | .40 |
| 10/12/06 | MEW | Review updated action plan. | 03 | .10 |
| 10/12/06 | P H | Conference with Customer Group. | 03 | .70 |
| 10/12/06 | P H | Telephone conference with W. Steury re: indemnification agreement. | 03 | .80 |
| 10/12/06 | P H | Draft revisions to comfort letter. | 03 | .80 |
| 10/12/06 | P H | Additional conferences with Customer Group. | 03 | .80 |
| 10/12/06 | P H | Revisions to supplier comfort letter. | 03 | .80 |
| 10/13/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.00 |
| 10/13/06 | MEW | Conferences with Jared Naflis regarding manpower issues. | 03 | .30 |
| 10/13/06 | MEW | Telephone to Sam Israel regarding manpower issues at Reynosa. | 03 | .40 |
| 10/13/06 | MEW | Review BBK draft liquidation analysis. | 03 | .30 |
| 10/13/06 | MEW | Correspondence regarding Supplier Comfort letter. | 03 | .40 |
| 10/13/06 | MEW | Conference with Delphi Powertrain regarding manpower shortage, matter status. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2354883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 10/13/06 | MEW | Email to Yazaki counsel regarding Israel discussion. | 03 | .20 |
| 10/13/06 | MEW | Note from T. Monahan regarding funding needs. | 03 | .10 |
| 10/13/06 | MEW | Review comfort letter and discuss with A. Perry. | 03 | .60 |
| 10/13/06 | MEW | Prepare for and conference with Sam Israel regarding customers - Novalink Agreement. | 03 | .70 |
| 10/13/06 | MEW | Prepare for and participate in Customer call regarding Novalink, National City. | 03 | .60 |
| 10/13/06 | MEW | Outline open items, consideration of strategy going forward. | 03 | 1.40 |
| 10/13/06 | MEW | Review comfort letter issues, working. | 03 | .30 |
| 10/13/06 | P H | Correspondence to W. Steury. | 03 | .80 |
| 10/13/06 | P H | Conference with M. E. Wilkins. | 03 | .80 |
| 10/13/06 | P H | Attention to A. Perry revisions to letter. | 03 | .80 |
| 10/13/06 | P H | Multiple conference calls with Customer Group. | 03 | .90 |
| 10/13/06 | P H | Revisions to comfort letter and correspondence to L. Gavin and B. MacDonald. | 03 | .90 |
| 10/13/06 | JRS | Factual research and analysis re QC Onics, Rivercross. | 03 | 1.60 |
| 10/13/06 | JRS | Confer with M. Wilkins re QC Onics, Rivercross. | 03 | .20 |
| 10/13/06 | JRS | Telephone call with P. Iturralde re QC Onics, Rivercross. | 03 | .20 |
| 10/16/06 | MEW | Prepare for and participate in Customer call. | 03 | .90 |
| 10/16/06 | MEW | Review comfort letter and note to Ian Salt regarding applicability, suggested changes. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

| Date | Init. | Description | | Hours |
|------|-------|-------------|---|-------|
| 10/16/06 | MEW | Analysis of Nova Link update letter and client options regarding Mexican production. | 03 | .70 |
| 10/16/06 | MEW | Prepare for and participate in strategic alternatives group call. | 03 | 1.20 |
| 10/16/06 | MEW | Work on Nova Link letter and term sheet. | 03 | 2.00 |
| 10/16/06 | MEW | Review Customer exposure summary. | 03 | .30 |
| 10/16/06 | MEW | Review agenda and strategy for customer call. | 03 | .20 |
| 10/16/06 | P H | Conference with Customer Group. | 03 | 1.20 |
| 10/16/06 | P H | Attention to comfort letter. | 03 | 1.20 |
| 10/16/06 | JRS | Telephone call with P. Iturralde re Delphi, QC Onics. | 03 | .20 |
| 10/16/06 | JRS | Confer with M. Wilkins re Delphi, QC Onics. | 03 | .20 |
| 10/16/06 | JRS | Draft legal memorandum re QC Onics, Delphi. | 03 | .40 |
| 10/16/06 | JRS | Factual research and analysis re Delphi, QC Onics. | 03 | .30 |
| 10/16/06 | JRS | Conference call re QC Onics, Nova/Link. | 03 | .90 |
| 10/17/06 | MEW | Prepare for and participate in Customer call. | 03 | .60 |
| 10/17/06 | MEW | Review Agenda for strategic alternatives group call. | 03 | .10 |
| 10/17/06 | MEW | Communication regarding possible exit if no purchasers materialize. | 03 | .20 |
| 10/17/06 | MEW | Analysis and suggestion revisions regarding Supplier Comfort Letter. | 03 | 1.40 |
| 10/17/06 | MEW | Work on Nova Link term sheet. | 03 | .90 |
| 10/17/06 | MEW | Review default provisions in Accommodation Agreement (with respect to sale status). | 03 | .30 |
| 10/17/06 | MEW | Consideration of short-staffing issues. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/17/06 | MEW | Draft, review and revise letter to Nova Link regarding negotiation of resolution. | 03 | 2.00 |
| 10/17/06 | MEW | Draft, review and revise term sheet for Nova Link. | 03 | 1.70 |
| 10/17/06 | MEW | Work on supplier comfort letter. | 03 | .40 |
| 10/17/06 | MEW | Consideration of response to Asaba request for Accommodation. | 03 | .30 |
| 10/17/06 | P H | Conference call with Customer Group. | 03 | .80 |
| 10/17/06 | P H | Revisions to comfort letter. | 03 | .70 |
| 10/17/06 | P H | Attention to Novalink correspondence. | 03 | .70 |
| 10/17/06 | P H | Correspondence to A. Perry. | 03 | .70 |
| 10/17/06 | JRS | Conference call re QC Onics, Nova/Link. | 03 | 1.00 |
| 10/18/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .90 |
| 10/18/06 | MEW | Prepare for and participate in Strategic Alternatives group call. | 03 | 1.00 |
| 10/18/06 | MEW | Prepare for and participate in call with National City counsel regarding note acquisition. | 03 | .30 |
| 10/18/06 | MEW | Work on Nova Link term sheet. | 03 | 1.40 |
| 10/18/06 | MEW | Review status report on prospective purchasers. | 03 | .30 |
| 10/18/06 | MEW | Draft, review, revise and send letter to Nova Link regarding customer position and information request. | 03 | 2.50 |
| 10/18/06 | MEW | Review and analysis of Mexican counsel's suggestion regarding protection of tooling ownership in Mexico. | 03 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8318268

| | | | | |
|---|---|---|---|---|
| 10/18/06 | JRS | Telephone call with P. Iturralde re Delphi, QC Onics. | 03 | .20 |
| 10/18/06 | JRS | Confer with M. Wilkins re Delphi, QC Onics. | 03 | .30 |
| 10/18/06 | JRS | Legal and factual research and analysis re Delphi, QC Onics, Nova/Link. | 03 | 1.70 |
| 10/19/06 | MEW | Prepare for and participate in Customer call. | 03 | .80 |
| 10/19/06 | MEW | Review and revise Nova Link Term Sheet. | 03 | .70 |
| 10/19/06 | MEW | Review and analysis of risks and benefits of purchasing National City loan. | 03 | 1.70 |
| 10/19/06 | MEW | Review BBK, Yazaki comments to term sheet and review term sheet. | 03 | .60 |
| 10/19/06 | MEW | Prepare for call with strategic alternatives term regarding Nova Link production issues, National City. | 03 | 1.00 |
| 10/19/06 | MEW | Review bank position, rights on default and assess benefits to purchasing position. | 03 | 1.20 |
| 10/19/06 | MEW | Review minutes from 10/18 call, liquidation analysis. | 03 | .30 |
| 10/19/06 | MEW | Note from National City counsel regarding balance due, possible sale of claim. | 03 | .10 |
| 10/19/06 | MEW | Email to M. Everett and L. Gavin regarding tooling ownership notification, Delphi exit timing. | 03 | .30 |
| 10/19/06 | MEW | Conference with M. Everett regarding possibility of building parts bank at alternative suppliers. | 03 | .20 |
| 10/19/06 | MEW | Status email regarding operational issues. | 03 | .10 |
| 10/19/06 | MEW | Review draft liquidation analysis. | 03 | .20 |
| 10/19/06 | P H | Conference call with Customer Group. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | Atty | Description | | |
|---|---|---|---|---|
| 10/19/06 | P H | Correspondence to W. Steury re: indemnification agreement. | 03 | .70 |
| 10/20/06 | MEW | Prepare for and participate in Customer call. | 03 | .80 |
| 10/20/06 | MEW | Prepare for strategy call with M. Everett and L. Gavin. | 03 | .50 |
| 10/20/06 | MEW | Prepare for and participate in call to discuss, formulate strategy for Nova Link settlement meeting. | 03 | 2.00 |
| 10/20/06 | MEW | Review current cash flow summary. | 03 | .20 |
| 10/20/06 | MEW | Letter from Nova Link counsel with additional information regarding Nova Link cash needs. | 03 | .30 |
| 10/20/06 | MEW | Work on draft Nova Link term sheet. | 03 | 1.20 |
| 10/20/06 | MEW | Correspondence from Delphi regarding term sheet. | 03 | .10 |
| 10/20/06 | MEW | Correspondence with Yazaki counsel regarding Nova Link negotiations. | 03 | .40 |
| 10/20/06 | MEW | Conference with Sam Israel regarding his misunderstanding of his client's position. | 03 | .30 |
| 10/20/06 | MEW | Communication to Customer Group regarding Israel discussion. | 03 | .40 |
| 10/20/06 | P H | Multiple conference calls (Customer Group/Delphi). | 03 | 1.40 |
| 10/20/06 | JRS | Conference call with representatives of Delphi re Nova/Link. | 03 | .50 |
| 10/23/06 | MEW | Prepare and participate in Customer call. | 03 | .80 |
| 10/23/06 | MEW | Analysis of key issues in settlement with Nova Link. | 03 | 1.10 |
| 10/23/06 | MEW | Correspondence regarding analysis of strategy of acquiring bank's position. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| 10/23/06 | MEW | Review Customer ability to assist and support QC in material ordering process. | 03 | .20 |
|---|---|---|---|---|
| 10/23/06 | P H | Attention to indemnification agreement. | 03 | .80 |
| 10/23/06 | P H | Conference call with Customer Group. | 03 | .80 |
| 10/23/06 | P H | Telephone conference with W. Steury re: indemnification agreement. | 03 | .80 |
| 10/24/06 | MEW | Prepare for and participate in Customer call. | 03 | .80 |
| 10/24/06 | MEW | Conference with T. Yoder, Yazaki counsel, regarding various open issues. | 03 | .30 |
| 10/24/06 | MEW | Conference with J. Stevenson regarding actions to safeguard tolling in Reynosa. | 03 | .20 |
| 10/24/06 | MEW | Review Asaba requested accommodations, fixed asset list and asset purchase agreement. | 03 | 1.00 |
| 10/24/06 | MEW | Review and analysis of strategy relating to purchase of bank position, Customer action plans. | 03 | .40 |
| 10/24/06 | P H | Conference call with Customer Group. | 03 | .70 |
| 10/24/06 | P H | Telephone conference with D. Wollschlager re: indemnification agreement. | 03 | .70 |
| 10/24/06 | P H | Correspondence to W. Steury. | 03 | .70 |
| 10/24/06 | P H | Revisions to letter. | 03 | .60 |
| 10/24/06 | JRS | Confer with M. Wilkins re Delphi, Nova/Link. | 03 | .10 |
| 10/25/06 | MEW | Review agenda and prepare for and participate in Customer Group call. | 03 | 1.00 |
| 10/25/06 | MEW | Consideration of strategies with respect to dealing with National City, Nova Link, Committee, QC. | 03 | 1.50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/25/06 | MEW | Conference with T. Yoder regarding DIP Financing facility continuation and strategy going forward. | 03 | .30 |
| 10/25/06 | MEW | Conference with M. Everett regarding strategy going forward. | 03 | .10 |
| 10/25/06 | MEW | Email to M. Everett, L. Gavin regarding Nova Link, QC issues. | 03 | .30 |
| 10/25/06 | MEW | Conference with L. Gavin regarding strategy going forward. | 03 | .20 |
| 10/25/06 | MEW | Conference with W. Handler regarding form of order on new financing. | 03 | .20 |
| 10/25/06 | MEW | Review options and provisions of agreement with Nova Link. | 03 | 1.00 |
| 10/25/06 | MEW | Review strategic options regarding National City and Nova Link. | 03 | 1.50 |
| 10/25/06 | MEW | Prepare for and participate in Strategic Alternatives call. | 03 | 1.00 |
| 10/25/06 | MEW | Prepare for and conference with bank counsel regarding note purchase. | 03 | .30 |
| 10/25/06 | MEW | Review funding note from Delphi treasury and discuss with A. Perry - Treasury. | 03 | .50 |
| 10/25/06 | MEW | Update email to Delphi team. | 03 | .10 |
| 10/25/06 | MEW | Review 10/24 minutes agenda for 3:00 Customer call. | 03 | .10 |
| 10/25/06 | MEW | Review Nova Link response to Customer Group proposals. | 03 | .20 |
| 10/25/06 | MEW | Correspondence from BBK regarding Nova Link response. | 03 | .10 |
| 10/25/06 | MEW | Review draft Affidavit regarding tooling ownership. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/25/06 | MEW | Review and analysis of Nova Link alleged "costs" that they are asking Customers to cover. | 03 | .30 |
| 10/25/06 | MEW | Review proposed letter requested by QC to be sent to non-participating customers. | 03 | .20 |
| 10/25/06 | MEW | Review minutes of 10/25 call, agenda for 10/26 Customer call. | 03 | .10 |
| 10/25/06 | MEW | Status email to D. Wollschlager. | 03 | .10 |
| 10/25/06 | MEW | Draft Accommodation Agreement for resolution of issues with Nova Link. | 03 | 1.00 |
| 10/25/06 | MEW | Prepare for and conference with Debtor counsel regarding DIP extension, sale status. | 03 | .40 |
| 10/26/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .40 |
| 10/26/06 | MEW | Review and analysis of current proposal and counter to Nova Link, how to document. | 03 | .80 |
| 10/26/06 | MEW | Call regarding Nova Link negotiations and term sheet. | 03 | .40 |
| 10/26/06 | MEW | Review and revise term sheet and discuss with D. Wollschlager. | 03 | .60 |
| 10/26/06 | MEW | Review and revise Accommodation (settlement) Agreement with Nova Link. | 03 | 1.00 |
| 10/26/06 | MEW | Status call with T. Monahan. | 03 | .30 |
| 10/26/06 | MEW | Email from and to S. Hostetler regarding purchaser of bank position. | 03 | .20 |
| 10/26/06 | MEW | Review BBK revised budget through mid-January, sales projections, liquidation analysis. | 03 | .50 |
| 10/26/06 | MEW | Review other Customer's status report, BBK. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | | Description | | |
|---|---|---|---|---|
| 10/26/06 | MEW | Correspondence from National City counsel regarding position sale. | 03 | .10 |
| 10/26/06 | MEW | Communications to and from S. Hostetler regarding Note purchase. | 03 | .20 |
| 10/26/06 | MEW | Communications to and from T. Yoder regarding status. | 03 | .10 |
| 10/27/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .60 |
| 10/27/06 | MEW | Conference with R. Chapman regarding tooling issues, Nova Link agreement. | 03 | .30 |
| 10/27/06 | MEW | Conference with L. Gavin regarding tooling issues. | 03 | .20 |
| 10/27/06 | MEW | Review correspondence regarding supplemental funding request. | 03 | .10 |
| 10/27/06 | MEW | Correspondence from National City counsel regarding requested discount for purchase of position, regarding National City estimate of collateral coverage and review proposed Agreement for Assignment of National City liens and claims. | 03 | .60 |
| 10/27/06 | MEW | Brief review of Doshi Asset Purchase Agreement. | 03 | .40 |
| 10/27/06 | MEW | Review BBK open issues memorandum, attached supporting and related documents. | 03 | .30 |
| 10/29/06 | MEW | Review agenda for 10/30 status call. | 03 | .10 |
| 10/30/06 | MEW | Prepare for and participate in Customer call. | 03 | .80 |
| 10/30/06 | MEW | Correspondence from and to S. Israel regarding agreement with Nova Link. | 03 | .20 |
| 10/30/06 | MEW | Conference with D. Wollschlager regarding National City position. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

| | | | | |
|---|---|---|---|---|
| 10/30/06 | MEW | Review Nova Link agreement or call with Nova Link counsel and review current revisions of term sheet, agreement. | 03 | 1.00 |
| 10/30/06 | MEW | Review revised budget (post - 11/17). | 03 | .40 |
| 10/30/06 | MEW | Correspondence from National City counsel regarding sale status. | 03 | .10 |
| 10/30/06 | MEW | Correspondence from Nova Link counsel regarding terms of agreement. | 03 | .10 |
| 10/30/06 | MEW | Review draft Motion to Extend Sale Process. | 03 | .20 |
| 10/30/06 | MEW | Review current open items, Kensa Asset Purchase Agreement, offer summary. | 03 | .60 |
| 10/30/06 | MEW | Telephone from A. Perry and review claim information. | 03 | .30 |
| 10/30/06 | MEW | Review correspondence regarding Reynosa staffing. | 03 | .10 |
| 10/30/06 | P H | Conference call with Customer Group. | 03 | .90 |
| 10/31/06 | MEW | Prepare for and call with Nova Link counsel to discuss terms of agreement, documentation, implementation. | 03 | .90 |
| 10/31/06 | MEW | Work on Nova Link agreement. | 03 | 1.20 |
| 10/31/06 | MEW | Review correspondence regarding key personnel shortages (QC). | 03 | .10 |
| 10/31/06 | MEW | Review funding needs and BBK funding request. | 03 | .20 |
| 10/31/06 | MEW | Review 10/30 minutes and revised budget going forward. | 03 | .40 |

TOTAL BILLABLE HOURS        188.40

TOTAL FEES            44160.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


DISBURSEMENTS:

        Copies                                31.80
        Travel Expenses                      187.00
                                         ----------
                                            218.80


                TOTAL FEES              44160.00

                TOTAL DISBURSEMENTS       218.80
                                        _____

                Matter Total            44378.80
                                        ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


      RE:   GENERAL MOTORS ARBITRATION          000115900-0129


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/06 | L C | Continued categorizing images in Summation that were prepared for production pursuant to our initial disclosures (not completed). | 10 | 6.10 |
| 10/03/06 | L C | Continued categorizing images in Summation that were prepared for production pursuant to our initial disclosures (not completed). | 10 | 7.40 |
| 10/03/06 | MTB | Merged data from two separate spreadsheets summarizing the General Motors documents concerning the catalytic converter into one master spreadsheet. | 10 | .10 |
| 10/04/06 | EMK | Telephone call from W. Cosnowski regarding privilege log. | 10 | .40 |
| 10/04/06 | L C | Continued categorizing images in Summation that were prepared for production pursuant to our initial disclosures (not completed). | 10 | 5.60 |
| 10/05/06 | L C | Completed categorizing images in Summation that were prepared for production pursuant to our initial disclosures. | 10 | 1.80 |
| 10/05/06 | MTB | Reviewed and summarized General Motors documents and graphs regarding Catalytic Converters. | 10 | 4.10 |
| 10/09/06 | HCD | Follow up re privilege issues. | 10 | 1.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | Init. | Description | | |
|------|------|-------------|---|---|
| 10/09/06 | HCD | Consider scenarios and research re privilege issue. | 10 | .80 |
| 10/09/06 | HCD | Assess categories for supplemental document production. | 10 | .50 |
| 10/10/06 | EMK | Work on document review. | 10 | .20 |
| 10/10/06 | HCD | Collect and review overview and analysis re privilege issues and research re same. | 10 | 1.10 |
| 10/10/06 | M_L | Review of Michigan and other jurisdictions law on attorney-client privilege, work-product issues in context of large corporation client, "warranty council" documents and communications, e-mail threads, etc. | 10 | 8.50 |
| 10/11/06 | EMK | E-mail from E. Dwyer regarding privilege log. | 10 | .10 |
| 10/11/06 | HCD | Review privilege case law, conference with client re same and re GM counsel e-mail. | 10 | .50 |
| 10/11/06 | HCD | Review spreadsheet re GM production. | 10 | .30 |
| 10/11/06 | M_L | Continued review of Michigan and other jurisdictions law on privilege, work product; began draft memo regarding same. | 10 | 7.70 |
| 10/12/06 | EMK | Work on proof outline and plan for document review. | 10 | 2.00 |
| 10/12/06 | EMK | Review Delphi documents in preparation for meeting with W. Cosnowski. | 10 | 1.40 |
| 10/12/06 | HCD | Work on proofs outline, arbitration plan and to do list. | 10 | 2.30 |
| 10/12/06 | HCD | Review summation database and Manley supplied materials. | 10 | .60 |
| 10/12/06 | HCD | Work on privilege research and memo and prepare for meeting with client. | 10 | .90 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | Init | Description | | |
|---|---|---|---|---|
| 10/12/06 | L C | Continued reviewing the database for additional responses to discovery requests. | 10 | 1.80 |
| 10/12/06 | L C | Prepared a notebook of documents produced by GM arranged by issues (not completed). | 10 | .70 |
| 10/12/06 | M_L | Draft memo on privilege, work product issues, revise on issues with respect to Upjohn "control group" test, review all jurisdictions law for authority that work product doctrine may cover materials not created by or at the direction of an attorney. | 10 | 5.20 |
| 10/12/06 | TJL | Review GM produced documents. | 10 | .20 |
| 10/13/06 | EMK | Prepare for meeting with W. Cosnowski (review documents). | 10 | 1.30 |
| 10/13/06 | EMK | Meeting with W. Cosnowski regarding privilege log and technical issues. | 10 | 2.20 |
| 10/13/06 | HCD | Prepare for meeting with W. Cosnowski re expert and other issues, including review of F. Manley supplied materials and GM document production and assessment of privilege issues. | 10 | 2.40 |
| 10/13/06 | HCD | Attend meeting with W. Cosnowski. | 10 | 1.00 |
| 10/13/06 | HCD | Review additional materials and database and load database files. | 10 | 1.10 |
| 10/15/06 | HCD | Work on memo to client re expert issues. | 10 | .60 |
| 10/15/06 | HCD | Work on to do list. | 10 | .30 |
| 10/15/06 | HCD | Prepare for meeting with W. Cosnowski and F. Manley. | 10 | .50 |
| 10/16/06 | EMK | Work on agenda for meeting with W. Cosnowski and F. Manley. | 10 | .30 |
| 10/16/06 | EMK | Prepare for meeting at Delphi. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/16/06 | HCD | Prepare for client meeting re privilege issues and review associated documents and case law. | 10 | 1.40 |
| 10/16/06 | HCD | Prepare for Manley meeting re technical and factual defenses and review technical deck re same. | 10 | 1.10 |
| 10/16/06 | HCD | Work on proofs outline. | 10 | 1.40 |
| 10/16/06 | HCD | Review documents produced by GM. | 10 | .70 |
| 10/16/06 | L C | Attention to importing the Summation database text received from W. Cosnowski. | 10 | 1.40 |
| 10/16/06 | L C | Indexed pertinent documents produced by G.M. | 10 | .70 |
| 10/16/06 | TJL | Review and analyze GM produced documents. | 10 | 2.10 |
| 10/17/06 | EMK | Prepare for meeting at Delphi with W. Cosnowski and Frank Manley. | 10 | .50 |
| 10/17/06 | EMK | Meeting at Delphi with W. Cosnowski, J. Papelian and F. Manley regarding proof outline, experts and privilege log. | 10 | 3.00 |
| 10/17/06 | HCD | Review documents and discovery responses in preparation for client meeting. | 10 | 1.20 |
| 10/17/06 | HCD | Work on updated to do list. | 10 | .40 |
| 10/17/06 | HCD | Attend status and strategy meeting with W. Cosnowski, Papalian and Manley. | 10 | 4.20 |
| 10/17/06 | HCD | Work on privilege review. | 10 | .40 |
| 10/17/06 | HCD | Review GM responses to supplemental production request. | 10 | .30 |
| 10/17/06 | L C | Performed database searches per HCD requests. | 10 | .20 |
| 10/17/06 | L C | Attention to importing and editing the Summation database text received from W. Cosnowski. | 10 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| | | | | |
|---|---|---|---|---|
| 10/17/06 | TJL | Review GM produced documents regarding GM requirements. | 10 | 1.00 |
| 10/18/06 | EMK | Review documents for privilege log. | 10 | .40 |
| 10/18/06 | EMK | Telephone call from E. Dwyer regarding privilege log. | 10 | .20 |
| 10/18/06 | HCD | Work on privilege log and associated research. | 10 | 1.20 |
| 10/18/06 | HCD | Work on proofs outline. | 10 | .80 |
| 10/18/06 | HCD | Review technical documents and presentations highlighted by Manley during 10/17/06 meeting. | 10 | .70 |
| 10/18/06 | HCD | Work on updated to do list. | 10 | .40 |
| 10/18/06 | HCD | Follow up re potential experts. | 10 | .50 |
| 10/19/06 | HCD | Conference with F. Manley re potential experts, | 10 | .40 |
| 10/19/06 | HCD | Review CV re experts. | 10 | .20 |
| 10/19/06 | HCD | Follow up with GM counsel re document production issues. | 10 | .20 |
| 10/19/06 | HCD | Review GM responses to requests for production. | 10 | .30 |
| 10/20/06 | HCD | Work on privilege log. | 10 | 1.60 |
| 10/20/06 | HCD | Prepare for and participate in conference call re technical issues. | 10 | 1.30 |
| 10/20/06 | HCD | Review GM correspondence re privilege log. | 10 | .20 |
| 10/20/06 | HCD | Review additional client supplied materials. | 10 | .80 |
| 10/23/06 | EMK | E-mail from E. Dwyer regarding privilege log. | 10 | .10 |
| 10/23/06 | EMK | Review privilege log regarding preparation for conference with W. Cosnowski. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 10/23/06 | HCD | Follow up with opposing counsel re document production. | 10 | .40 |
| 10/23/06 | HCD | Follow up research re potential experts. | 10 | .40 |
| 10/23/06 | HCD | Review e-mail from opposing counsel re privilege issues and follow up with client re same. | 10 | .80 |
| 10/23/06 | HCD | Assess effects of delay and expert disclosure. | 10 | .20 |
| 10/24/06 | EMK | Review privileged documents cited by E. Dwyer. | 10 | .40 |
| 10/24/06 | EMK | Conference call with W. Cosnowski and J. Papelian regarding response to E. Dwyer's questions. | 10 | .40 |
| 10/24/06 | HCD | Work on proofs outline. | 10 | .80 |
| 10/24/06 | HCD | Prepare for and participate in conference call with client re response to Dwyer/GM e-mail. | 10 | 1.10 |
| 10/24/06 | HCD | Work on response to Dwyer e-mail and review associated documents. | 10 | 1.60 |
| 10/25/06 | EMK | E-mail from E. Dwyer regarding protective order. | 10 | .10 |
| 10/25/06 | HCD | Work on response to GM letter re privilege issues and research re same. | 10 | .80 |
| 10/25/06 | HCD | Follow up re expert issues and review Manley resume submission. | 10 | .40 |
| 10/25/06 | HCD | Prepare for conference call with engineers. | 10 | .90 |
| 10/26/06 | EMK | Work on privilege log. | 10 | .10 |
| 10/26/06 | EMK | Work on mediator selection (potential). | 10 | .20 |
| 10/26/06 | HCD | Work on response to E. Dwyer e-mail re privilege issues. | 10 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| Date | Initials | Description | | |
|------|----------|-------------|--|--|
| 10/26/06 | HCD | Conference with client re open discovery issues, privilege issues, document production and expert issues. | 10 | .60 |
| 10/26/06 | HCD | Prepare for and participate in conference call with engineering team re potential technical defenses. | 10 | 1.20 |
| 10/26/06 | HCD | Work on letter to opposing counsel re lack of documents and impact on expert designations. | 10 | .20 |
| 10/26/06 | HCD | Review CV and other materials re potential experts. | 10 | .40 |
| 10/26/06 | HCD | Review technical materials provided by Manley. | 10 | .30 |
| 10/26/06 | HCD | Review Warranty Council power point. | 10 | .30 |
| 10/27/06 | EMK | Work on privilege log. | 10 | .70 |
| 10/27/06 | HCD | Work on response to E. Dwyer/GM letter re privilege log and review associated documents. | 10 | 3.30 |
| 10/27/06 | HCD | Research re privilege issues. | 10 | .50 |
| 10/27/06 | HCD | Review draft request for production responses and edit same. | 10 | .30 |
| 10/27/06 | TJL | Review arbitration timeline | 10 | .20 |
| 10/30/06 | EMK | Work on expert selection. | 10 | .10 |
| 10/30/06 | EMK | E-mail exchange with E. Dwyer regarding protective order. | 10 | .10 |
| 10/30/06 | EMK | Further work on privilege log letter to E. Dwyer. | 10 | .40 |
| 10/30/06 | HCD | Work on privilege letter to E. Dwyer and revise and edit same. | 10 | 1.40 |
| 10/30/06 | HCD | Work on responses to 79 supplemental requests for production. | 10 | 1.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

| 10/30/06 | HCD | Conference with client re facilitation and follow up re same. | 10 | .40 |
| 10/31/06 | EMK | Work on discovery responses. | 10 | .60 |
| 10/31/06 | HCD | Multiple conferences with client re same. | 10 | 1.20 |
| 10/31/06 | HCD | Work on responses to supplemental requests for production. | 10 | 1.00 |
| 10/31/06 | HCD | Assess arbitration issues and review draft facilitation agreement. | 10 | .60 |
| 10/31/06 | HCD | Work on letter to E. Dwyer re disclosures. | 10 | .10 |

                    TOTAL BILLABLE HOURS      126.40

                         TOTAL FEES                 25840.24

DISBURSEMENTS:

        Copies                              158.40
        Document Copy Charges              2755.32
                                          ----------
                                           2913.72

                    TOTAL FEES                    25840.24

                    TOTAL DISBURSEMENTS             2913.72
                                          ----------
                    Matter Total                  28753.96
                                          =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INTERIOR GROUP SALE                    000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/03/06 | SJ | Participated in FSG Transaction Transition Mtg | 02 | 1.00 |
| 10/10/06 | SJ | Review and comment on  Phase I for Columbus facility prepared by Golder Associates | 03 | 2.00 |
| 10/20/06 | SJ | Review correspondence from D. Bicknell regarding classification of condition as REC or diminimus | 03 | .20 |
| 10/24/06 | SJ | Review and comment on Adrian Phase I report | 03 | 1.10 |
| 10/26/06 | SJ | Review and forward comments on RECs identified by Golder for Columbus property. | 03 | .70 |
| 10/30/06 | SJ | Call with Dan Bicknell re: Columbus RECs and DISM Plant 1. | 03 | .30 |
| 10/30/06 | SJ | Review and respond to communication from Tim Renner regarding Adrian Draft Phase I. | 03 | .20 |
| 10/31/06 | SJ | Conference call with John Ridd re: Columbus RECs | 03 | 1.00 |
| 10/31/06 | SJ | Participated in ICS Update Meeting Conference Call | 03 | 1.00 |


TOTAL BILLABLE HOURS      7.50

TOTAL FEES        1680.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

November 12, 2006

- - - - - - - - - -

TOTAL FEES                    1680.00

Matter Total            1680.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268

November 12, 2006

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  THE AMERICAN TEAM, INC.                    000115900-0132

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/09/06 | TBR | Review Supplier e-mails regarding tooling. | 03 | .50 |
| 10/09/06 | TBR | E-mail to A. Bowman regarding tooling. | 03 | .40 |
| 10/16/06 | TBR | Review and reply to O'Grady e-mail regarding landlord waiver. | 03 | .20 |
| 10/31/06 | TBR | Review revised Trade Agreement. | 03 | .40 |
| 10/31/06 | TBR | E-mail to M. Olson regarding Trade Agreement. | 03 | .20 |

TOTAL BILLABLE HOURS      1.70

TOTAL FEES                      425.00

- - - - - - - - - -

TOTAL FEES                      425.00

Matter Total                 425.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ADMIRAL TOOL & MANUFACTURING COMPANY     000115900-0134


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/10/06 | TBR | E-mails with K. Bourassa regarding Accommodation Agreement. | 03 | .50 |
| 10/10/06 | TBR | E-mail to P. Thompson regarding Accommodation Agreement. | 03 | .20 |
| 10/11/06 | TBR | Telephone conferences with K. Bourassa regarding Accommodation Agreement. | 03 | .60 |
| 10/11/06 | TBR | E-mails and telephone conference with P. Thompson regarding Accommodation Agreement, severance. | 03 | 1.50 |
| 10/11/06 | TBR | Review severance schedule. | 03 | .50 |
| 10/13/06 | TBR | Telephone conference with P. Thompson regarding Accommodation Agreement. | 03 | .40 |
| 10/13/06 | TBR | Revise Accommodation Agreement. | 03 | .70 |
| 10/13/06 | TBR | E-mail to P. Thompson regarding Accommodation Agreement. | 03 | .20 |
| 10/13/06 | TBR | Telephone conferences with K. Bourassa regarding Accommodation Agreement. | 03 | .50 |
| 10/16/06 | TBR | Review Admiral's comments to Accommodation Agreement. | 03 | .40 |
| 10/16/06 | TBR | E-mail to K. Bourassa regarding same. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

| | | | | |
|---|---|---|---|---|
| 10/17/06 | TBR | Telephone conference with K. Bourassa regarding accommodation schedules, proposed overtime and severance. | 03 | .50 |
| 10/17/06 | TBR | Review and reply to P. Thompson e-mail regarding revised Accommodation Agreement. | 03 | .50 |
| 10/18/06 | TBR | Review and reply to call and e-mail regarding Accommodation Agreement. | 03 | .50 |
| 10/18/06 | TBR | Finalize revised Accommodation Agreement. | 03 | .60 |
| 10/18/06 | TBR | Telephone conference with K. Bourassa regarding revised Accommodation Agreement. | 03 | .40 |
| 10/19/06 | TBR | Telephone conference with K. Bourassa regarding Accommodation Agreement, equipment purchase. | 03 | .40 |
| 10/19/06 | TBR | E-mail to Admiral regarding conference call. | 03 | .20 |
| 10/19/06 | TBR | Conference call with Admiral, Delphi Team regarding Accommodation Agreement. | 03 | 1.00 |
| 10/20/06 | TBR | Telephone conferences and e-mails with K. Bourassa, J. Gallo, P. Thompson regarding Accommodation Agreement. | 03 | 1.00 |
| 10/20/06 | TBR | Revised Accommodation Agreement. | 03 | .70 |
| 10/20/06 | TBR | E-mail to Admiral regarding revised Accommodation Agreement. | 03 | .20 |
| 10/23/06 | TBR | Telephone conferences and e-mails with K. Borassa regarding Accommodation Agreement, production, accounts payable, inventory. | 03 | .70 |
| 10/25/06 | TBR | Review and reply to Gallo e-mail regarding threat of shutdown. | 03 | .50 |
| 10/25/06 | TBR | Review Dugan e-mail regarding Gallo. | 03 | .20 |
| 10/25/06 | TBR | Telephone conference with J. Dugan, P. Thompson regarding Gallo, production. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8318268

November 12, 2006

| Date | Init | Description | | |
|---|---|---|---|---|
| 10/25/06 | TBR | E-mail and telephone conference with K. Bourassa regarding Gallo, production. | 03 | .70 |
| 10/27/06 | TBR | Telephone conference and e-mail with K. Bourassa regarding status on accounts payable, tooling. | 03 | .50 |
| 10/27/06 | TBR | Telephone conference and e-mail with P. Thompson regarding proof of claim. | 03 | .50 |
| 10/27/06 | TBR | Telephone conference with A. Perry regarding funding. | 03 | .20 |

TOTAL BILLABLE HOURS        15.50

TOTAL FEES                    3875.00

DISBURSEMENTS:

    Copies                                    6.30
                               ----------
                                  6.30

TOTAL FEES                    3875.00

TOTAL DISBURSEMENTS              6.30

Matter Total                  3881.30
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8318268


                          Invoice Total          137246.01
                                             ===============