# EXHIBIT F
## (Part 2 of 4)

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
**butzel.com**

December 20, 2006

To:   David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

## Summary of Total Billable Hours by Category
### for the Period November 1, 2006 through November 30, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 308.70 | 71,225.40 |
| Case Administration | 1.20 | 300.00 |
| Employee Benefits/Pensions | 36.50 | 7,300.00 |
| Fee/Employment Applications | 2.90 | 725.00 |
| Fee/Employment Objections | .20 | 50.00 |
| Litigation | 62.60 | 13,657.57 |
| Totals: | 412.10 | $93,257.97 |

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Naples   *Alliance Offices*   Beijing   Shanghai   *Member Lex Mundi*

000115900\0015\822440-1

## Summary of Disbursements
### for the Period November 1, 2006 through November 30, 2006

| Disbursement | Amount |
|---|---|
| Travel Expenses | $13.36 |
| Meeting Expenses | $203.79 |
| Copies | $386.00 |
| Digital Reproduction | $244.90 |
| Telephone Charges | $169.72 |
| UCC Fees | $15.00 |
| Telecopy Charges | $.60 |
| Special Postal Charges | $3.90 |
| Delivery – Car Messenger | $37.50 |
| Professional Services – Other Counsel<br>Vendor:  Sotiroff & Abramczck | $357.50 |
| Totals: | $1,432.27 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period November 1, 2006 through November 30, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 8.60 | $2,850.90 |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 128.80 | $32,200.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 98.80 | $24,700.00 |
| Robert T. Wilson | Shareholder | 1999 | $236.00 | 19.50 | $4,602.00 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 22.30 | $5,218.20 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 15.50 | $3,534.00 |
| Susan L. Johnson | Sr. Attorney | 1984 | $224.00 | 4.30 | $963.20 |
| Paula A. Hall | Associate | 2000 | $200.00 | 26.80 | $5,360.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 36.50 | $7,300.00 |
| John R. Stevenson | Associate | 2002 | $192.00 | 5.20 | $998.40 |

| Thomas A. Kabel | Associate | 1999 | $188.00 | 5.90 | $1,109.20 |
| Timothy J. Lowe | Associate | 2005 | $148.75 | 7.90 | $1,175.14 |

**Paralegals**

| Laura E. Clark | Paralegal | | $119.00 | 3.20 | $380.80 |
| Leonor Hendricksen | Paralegal | | $100.00 | 23.40 | $2,340.00 |
| Denise Gau | Paralegal | | $97.43 | 5.40 | $526.13 |

Grand Total:                                           412.10        $93,257.97

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  GENERAL                                    000115900-0015

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/29/06 | L H | Reviewed docket in the bankruptcy case for the Southern District of New York for hearing for November 30, 2006. | 03 | .30 |
| 11/29/06 | L H | Office conference with Thomas Radom. | 03 | .10 |
| 11/30/06 | L H | Office conference with Thomas Radom. | 03 | .10 |
| 11/30/06 | L H | Reviewed docket on the bankruptcy case for the Southern District of New York and obtained copy of pleading. | 03 | .40 |

TOTAL BILLABLE HOURS      0.90

TOTAL FEES        90.00

DISBURSEMENTS:

      Copies                                     339.00
                                                ----------
                                                   339.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

|                       |          |
|-----------------------|----------|
| TOTAL FEES            | 90.00    |
| TOTAL DISBURSEMENTS   | 339.00   |
| Matter Total          | 429.00   |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  EMPLOYMENT SECONDMENT                    000115900-0078

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | C_G | Worked on Bostic position statement. | 06 | 4.00 |
| 11/01/06 | C_G | Worked on Straughter position statement. | 06 | 4.00 |
| 11/06/06 | C_G | Attention to Bostic Charge. | 06 | 4.00 |
| 11/06/06 | C_G | Finalized and filed Straughter Charge. | 06 | 4.00 |
| 11/14/06 | C_G | Transition work including following up on all 30 position statements written. | 06 | 8.00 |
| 11/15/06 | C_G | Transition work including following up on all 30 position statements written. | 06 | 8.00 |
| 11/20/06 | C_G | Initiated investigation on the Martinez charge including call to Suzanne Ault, fax of Charge to Suzanne Ault and letter requesting extension to respond to EEOC. | 06 | .80 |
| 11/20/06 | C_G | Initiated investigation of Rice charge including call to Jennifer McKenzie, fax of Charge to Jennifer McKenzie and letter to Ohio Civil Rights Commission requesting an extension to respond. | 06 | .50 |
| 11/20/06 | C_G | Initiated investigation on Cryderman charge including calls to Scott Lewless and Suzanne Ault regarding who should investigate the charge. | 06 | .80 |

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8322344

| | | | | |
|---|---|---|---|---|
| 11/20/06 | C_G | Call to Jennifer Carlo, Investigator on the Straughter Charge. | 06 | .10 |
| 11/21/06 | C_G | Call from Suzanne Ault regarding Martinez investigation. | 06 | .20 |
| 11/21/06 | C_G | Discussed Cryderman Charge with Suzanne Ault; faxed Cryderman Charge to Suzanne Ault. | 06 | .10 |
| 11/21/06 | C_G | Call to Jeff Peterson regarding Martinez investigation. | 06 | .30 |
| 11/28/06 | C_G | Return call from Jeff Peterson regarding new letter from the investigator. | 06 | .20 |
| 11/28/06 | C_G | Call to Jeff Peterson regarding Martinez Charge. | 06 | .10 |
| 11/28/06 | C_G | E-mail from Jennifer McKenzie with her summary for the Rice Charge. | 06 | .20 |
| 11/28/06 | C_G | Return e-mail to Jennifer McKenzie asking for documents to support summary. | 06 | .10 |
| 11/28/06 | C_G | Reviewed Martinez documents from Suzanne Ault. | 06 | .20 |
| 11/28/06 | C_G | Call to Jennifer McKenzie regarding Rice Charge. | 06 | .20 |
| 11/28/06 | C_G | Call to Suzanne Ault regarding Cryderman Charge. | 06 | .10 |
| 11/29/06 | C_G | Phone conversation with Jeff Peterson regarding Martinez Charge; e-mail from Denise LaPlant with letter from new investigator. | 06 | .40 |
| 11/29/06 | C_G | Call to Suzanne Ault regarding Cryderman Charge. | 06 | .10 |
| 11/29/06 | C_G | Reviewed new Charge from Aaron Long and e-mailed Dave Cox. | 06 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


TOTAL BILLABLE HOURS        36.50

TOTAL FEES            7300.00

DISBURSEMENTS:

        Copies                          8.80
        Special Postal Charges          3.90
                                      ----------
                                        12.70


        TOTAL FEES                    7300.00

        TOTAL DISBURSEMENTS             12.70
                                   _____

        Matter Total                  7312.70
                                   ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                       December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PLASCO                                      000115900-0097


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | TBR | Review Archambault e-mail regarding payment waiver. | 03 | .20 |
| 11/09/06 | TBR | Revise waiver of payment letter. | 03 | .20 |
| 11/09/06 | TBR | Telephone conference and e-mail with C. Archambault regarding waiver of payment letter. | 03 | .40 |
| 11/10/06 | TBR | Telephone conference with C. Archambault regarding waiver of payment letter. | 03 | .20 |
| 11/10/06 | TBR | Review A. Perry e-mail regarding waiver of payment letter. | 03 | .20 |
| 11/21/06 | TBR | Telephone conference with A. Hollencamp regarding bank assignments. | 03 | .40 |
| 11/21/06 | TBR | E-mail to A. Hollencamp, T. Martin regarding Bank assignments. | 03 | .40 |
| 11/21/06 | TBR | E-mails with K. Craft regarding Bank assignments. | 03 | .40 |
| 11/30/06 | TBR | Telephone conference with T. Martin regarding refinancing. | 03 | .30 |
| 11/30/06 | TBR | Review Hollencamp fax regarding assignments. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 500  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8322344


TOTAL BILLABLE HOURS          2.90

TOTAL FEES              725.00

- - - - - - - - - -


TOTAL FEES              725.00

Matter Total              725.00
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  POST BANKRUPTCY GENERAL                 000115900-0100

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/20/06 | TBR | Review draft Monthly Fee Statement for October fees. | 07 | .30 |
| 11/21/06 | TBR | Review draft FTS report. | 04 | .50 |
| 11/21/06 | TBR | Telephone conference with A. Perry regarding draft FTS report. | 04 | .30 |
| 11/21/06 | TBR | Telephone conference with J. Weiss regarding Committee response to Butzel fees. | 08 | .20 |
| 11/30/06 | TBR | Prepared Third Interim Fee Application. | 07 | 2.00 |
| 11/30/06 | TBR | Appeared telephonically for 11/30 Omnibus hearing. | 07 | .60 |

TOTAL BILLABLE HOURS        3.90

TOTAL FEES               975.00

- - - - - - - - - -

TOTAL FEES               975.00

Matter Total             975.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MPC                                          000115900-0107

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/14/06 | TBR | Review and respond to J. Peterson e-mail regarding union. | 03 | .50 |

TOTAL BILLABLE HOURS          0.50

TOTAL FEES                              125.00

- - - - - - - - - -

TOTAL FEES                              125.00

Matter Total                            125.00

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 500 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344
```

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   DELPHI CORPORATION VS. SEGWAY, INC.      000115900-0112

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/11/06 | D D | Review and analysis of notes, documents provided by Lyle Shuey, e-mails between Delphi and Segway and work on outline of Complaint. | 10 | 2.30 |
| 11/13/06 | D D | Further review of file and work on Complaint. | 10 | 1.50 |
| 11/14/06 | D D | Continued review of voluminous records and documents in file and notes and work on Complaint. | 10 | 4.60 |
| 11/15/06 | D D | Work on Complaint, including drafting of same. | 10 | 4.80 |
| 11/15/06 | D D | Review of Segway website information and research Segway and DEKA corporate history. | 10 | 1.50 |
| 11/16/06 | D D | Prepare e-mail to Jim Derian regarding draft of Demand for Arbitration. | 10 | .20 |
| 11/16/06 | D D | Review and revise draft of Demand for Arbitration. | 10 | .40 |
| 11/20/06 | D D | E-mails from and to Jim Derian regarding draft of Demand for Arbitration. | 10 | .20 |

```
                    TOTAL BILLABLE HOURS      15.50

                        TOTAL FEES              3534.00
```

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


DISBURSEMENTS:

         Copies                                    2.70
                                              -----------
                                                   2.70


                    TOTAL FEES                  3534.00

                    TOTAL DISBURSEMENTS            2.70
                                              -----------
                    Matter Total               3536.70
                                              =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  NEFF-PERKINS COMPANY                    000115900-0114

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | TBR | Telephone conference with D. Neumann regarding Bank build. | 03 | .20 |
| 11/03/06 | TBR | Telephone conferences and e-mails with D. Neumann regarding Bank build. | 03 | .60 |
| 11/06/06 | TBR | E-mails with A. Bowman regarding Bank build. | 03 | .40 |
| 11/07/06 | TBR | E-mail to D. Neumann regarding Bank build. | 03 | .20 |
| 11/21/06 | TBR | Telephone conference with B. Smith regarding approval status. | 03 | .20 |
| 11/22/06 | TBR | Review and respond to Bowman e-mail regarding charge for tooling removal. | 03 | .50 |
| 11/22/06 | TBR | Telephone conference with A. Bowman regarding tooling charge. | 03 | .20 |

TOTAL BILLABLE HOURS      2.30

TOTAL FEES               575.00

----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

TOTAL FEES              575.00
                  _____

Matter Total          575.00
                  ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


          RE:  CEP PRODUCTS                        000115900-0119


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | TBR | Telephone conference and e-mail with J. Bambery regarding Hermosillo. | 03 | .40 |
| 11/01/06 | TBR | Worked on Hermosillo Asset Purchase Agreement. | 03 | 1.00 |
| 11/01/06 | TBR | E-mails with D. Mesler regarding Hermosillo. | 03 | .40 |
| 11/01/06 | TBR | Review C. Archambault e-mails regarding Vandalia tooling. | 03 | .50 |
| 11/01/06 | TBR | Review Bambery e-mails regarding Mexico employees, Hermosillo. | 03 | .40 |
| 11/01/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio, Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.50 |
| 11/01/06 | TAK | Conference with T. Radom. | 03 | .20 |
| 11/01/06 | TAK | Review of lease agreement to determine issues related to proposed assignment. | 03 | .40 |
| 11/02/06 | TBR | Completed draft of Asset Purchase Agreement regarding Hermosillo. | 03 | 1.50 |
| 11/02/06 | TBR | E-mail with T. Wearsch regarding Hermosillo Asset Purchase Agreement. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/02/06 | TBR | Telephone conference with Delphi Team regarding Hermosillo. | 03 | .50 |
| 11/02/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .40 |
| 11/02/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.50 |
| 11/03/06 | TBR | Telephone conferences with D. Mesler regarding Hermosillo. | 03 | .50 |
| 11/03/06 | TBR | Conference call with Delphi Team regarding Hermosillo. | 03 | .50 |
| 11/03/06 | TBR | Telephone conferences with T. Wearsch regarding Hermosillo. | 03 | .60 |
| 11/03/06 | TBR | Telephone conferences with J. Fetter and M. Everett regarding Century Mold. | 03 | .50 |
| 11/03/06 | TBR | Review and revise Century Mold commitment letter. | 03 | .50 |
| 11/03/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 6.00 |
| 11/04/06 | TBR | Telephone conference with J. Fetter regarding Century Mold. | 03 | .30 |
| 11/06/06 | TBR | Conference call with Carlisle, Delphi Team regarding Hermosillo. | 03 | .50 |
| 11/06/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .20 |
| 11/06/06 | TBR | Telephone conference with T. Wearsch regarding Hermosillo. | 03 | .30 |
| 11/06/06 | TBR | Revise Hermosillo Asset Purchase Agreement. | 03 | .70 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/06/06 | TBR | Telephone conference with J. Fetter regarding Chihuahua. | 03 | .30 |
| 11/07/06 | TBR | Telephone conference court hearing regarding sales procedures. | 03 | 1.00 |
| 11/07/06 | TBR | Revise Hermosillo Asset Purchase Agreement. | 03 | .80 |
| 11/07/06 | TBR | Telephone conferences with D. Mesler regarding Hermosillo Asset Purchase Agreement. | 03 | .60 |
| 11/07/06 | TBR | Telephone conferences and e-mails with J. Wearsch regarding Hermosillo, Chihuahua. | 03 | 1.00 |
| 11/07/06 | TBR | Telephone conference with J. Fetter regarding Chihuahua. | 03 | .30 |
| 11/07/06 | TBR | Review and reply to Bambery e-mail regarding DIP funding. | 03 | .50 |
| 11/08/06 | TBR | Final revisions to Hermosillo Asset Purchase Agreement. | 03 | 1.00 |
| 11/08/06 | TBR | Telephone conferences and e-mails with T. Wearsch regarding Hermosillo Asset Purchase Agreement. | 03 | 1.00 |
| 11/08/06 | TBR | Conference calls with Delphi Team regarding Hermosillo Asset Purchase Agreement. | 03 | 1.00 |
| 11/08/06 | TBR | E-mail to S. Corcoran, K. Craft regarding Hermosillo Asset Purchase Agreement. | 03 | .30 |
| 11/08/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo, Carlisle. | 03 | .20 |
| 11/09/06 | TBR | Review and respond to Corcoran e-mail regarding Hermosillo Asset Purchase Agreement. | 03 | .40 |
| 11/09/06 | TBR | Telephone conferences with S. Corcoran regarding Hermosillo Asset Purchase Agreement. | 03 | .50 |
| 11/09/06 | TBR | Telephone conference with K. Craft regarding Hermosillo Asset Purchase Agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| 11/09/06 | TBR | Telephone conferences with M. Everett regarding Hermosillo Asset Purchase Agreement. | 03 | .50 |
|---|---|---|---|---|
| 11/09/06 | TBR | Review Motion to Approve Hermosillo Sale. | 03 | .20 |
| 11/10/06 | TBR | Telephone conference with A. Perry regarding Hermosillo Asset Purchase Agreement. | 03 | .20 |
| 11/10/06 | TBR | Review and respond to Bowman e-mail regarding cost tooling. | 03 | .40 |
| 11/13/06 | TBR | Review Bambery e-mail regarding DIP issues. | 03 | .20 |
| 11/13/06 | TBR | E-mail to M. Hammer regarding DIP issues. | 03 | .20 |
| 11/13/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio, Eastern Division and obtained copies of the pleadings; case administration. | 03 | 5.00 |
| 11/14/06 | TBR | Telephone conference with A. Perry regarding borrowing base issues. | 03 | .30 |
| 11/14/06 | TBR | Completed revisions to Hermosillo Asset Purchase Agreement. | 03 | .60 |
| 11/14/06 | TBR | E-mail to S. Corcoran, K. Craft regarding revised Hermosillo Asset Purchase Agreement, Confidentiality Agreement. | 03 | .20 |
| 11/14/06 | TBR | Draft Confidentiality Agreement. | 03 | .50 |
| 11/14/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 5.00 |
| 11/15/06 | TBR | Review Pizzorno e-mails regarding DIP. | 03 | .50 |
| 11/15/06 | TBR | Review BBK analysis regarding borrowing base blocks. | 03 | .40 |
| 11/15/06 | TBR | Telephone conference with M. Hammer regarding borrowing base blocks. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| 11/15/06 | TBR | Telephone conference with A. Perry regarding borrowing base blocks. | 03 | .30 |
| 11/15/06 | TBR | Review Chihuahua sale motion. | 03 | .50 |
| 11/15/06 | TBR | E-mail to J. Fetter regarding Chihuahua sale motion. | 03 | .20 |
| 11/15/06 | TBR | Telephone conference with T. Wearsch regarding Hermosillo. | 03 | .50 |
| 11/16/06 | TBR | Conference call with Delphi, BBK, Visteon and Wachovia regarding borrowing base issues. | 03 | .80 |
| 11/16/06 | TBR | Review Bambery e-mail regarding borrowing base issues. | 03 | .20 |
| 11/16/06 | TBR | Meeting with A. Perry, M. Everett regarding borrowing base issues. | 03 | .70 |
| 11/16/06 | TBR | Review and reply to Fetter e-mail regarding chihuahua. | 03 | .20 |
| 11/17/06 | TBR | Telephone conference with T. Wearsch regarding Hermosillo. | 03 | .40 |
| 11/17/06 | TBR | E-mail to S. Corcoran regarding status of Hermosillo approval. | 03 | .20 |
| 11/17/06 | TBR | Review and respond to Bambery e-mail regarding borrowing base issues. | 03 | .40 |
| 11/17/06 | TBR | Review DIP order regarding borrowing base issues. | 03 | .50 |
| 11/20/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .30 |
| 11/20/06 | TBR | Telephone conference with C. Justice regarding Middlefield. | 03 | .20 |
| 11/20/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Southern Division and obtained copies of the pleadings; case administration. | 03 | 3.50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| | | | | |
|---|---|---|---|---|
| 11/21/06 | TBR | Telephone conference and e-mail with T. Wersch regarding Hermosillo closing. | 03 | .60 |
| 11/21/06 | TBR | Review and reply to Bambery e-mail regarding bonus plan. | 03 | .50 |
| 11/21/06 | TBR | Review Downs e-mail regarding borrowing base. | 03 | .20 |
| 11/21/06 | TBR | Conference call with D. Mesler, J. Beaudoen regarding Hermosillo Asset Purchase Agreement. | 03 | .70 |
| 11/21/06 | TBR | Review Beaudoen e-mail regarding Hermosillo Asset Purchase Agreement. | 03 | .20 |
| 11/21/06 | TBR | Telephone conferences with D. Mesler regarding Hermosillo. | 03 | .60 |
| 11/21/06 | TBR | Worked on revisions to Asset Purchase Agreement. | 03 | .50 |
| 11/21/06 | TBR | Review and respond to R. Berry e-mail regarding Hermosillo Asset Purchase Agreement. | 03 | .20 |
| 11/22/06 | TBR | Review draft Employer Separation Agreement regarding Hermosillo. | 03 | .20 |
| 11/22/06 | TBR | E-mail to Delphi Team regarding Employer Separation Agreement. | 03 | .20 |
| 11/22/06 | TBR | Review and reply to CEP, Committee, BBK, Visteon e-mail regarding bonus plan. | 03 | .50 |
| 11/22/06 | TBR | Telephone conference and e-mail with J. Beaudoen regarding Hermosillo. | 03 | .50 |
| 11/22/06 | TBR | Telephone conferences with D. Mesler, J. Malak regarding Hermosillo. | 03 | .80 |
| 11/22/06 | TBR | E-mail to T. Wearsch regarding Hermosillo. | 03 | .20 |
| 11/22/06 | TBR | Completed revisions to Hermosillo Asset Purchase Agreement. | 03 | .50 |
| 11/22/06 | TBR | E-mail to Delphi Team regarding Asset Purchase Agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| | | | | |
|---|---|---|---|---|
| 11/24/06 | TBR | Telephone conference with D. Mesler regarding Hermosillo. | 03 | .40 |
| 11/27/06 | TBR | Emails and meeting with Butzel Team regarding Hermosillo closing documents. | 03 | 1.00 |
| 11/27/06 | TBR | Emails and telephone calls with Delphi Team regarding Hermosillo closing. | 03 | .80 |
| 11/27/06 | TBR | Telephone calls and emails with M. Wilkins regarding 11/28 sale hearing. | 03 | 1.00 |
| 11/27/06 | TBR | Emails to K. Craft, S. Concoran regarding revised Hermosillo APA. | 03 | .40 |
| 11/27/06 | TBR | Review and revise Hermosillo sale order. | 03 | .70 |
| 11/27/06 | TBR | Emails with CEP, UCC, Delphi Team regarding Hermosillo sale order. | 03 | .60 |
| 11/27/06 | TBR | Telephone conferences with T. Wearsch regarding Hermosillo sale order. | 03 | .60 |
| 11/27/06 | TBR | Continued call with CEP, UCC, customers regarding bonus pool issue. | 03 | .50 |
| 11/27/06 | TBR | Telephone conference with M. Hammer regarding bonus pool issue. | 03 | .40 |
| 11/27/06 | TBR | Review DIP Order regarding bonus pool issue. | 03 | .30 |
| 11/27/06 | TBR | Revise Hermosillo APA. | 03 | .30 |
| 11/27/06 | TBR | Email to T. Wearsh regarding revised Hermosillo APA. | 03 | .20 |
| 11/27/06 | MEW | Review motions and proposed orders to sell Chihuahua assets to Century and Hermosillo assets to Delphi. | 03 | 1.40 |
| 11/27/06 | MEW | Review draft Asset Purchase Agreement for Hermosillo assets. | 03 | 1.00 |
| 11/27/06 | MEW | Review Carlisle (landlord) responses to sale motions and discuss with T. Radom. | 03 | .60 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/27/06 | MEW | Prepare for hearing on sale motions and review documents necessary to close transaction. | 03 | 2.20 |
| 11/27/06 | RTW | Aattention to review of Asset Purchase Agreement, lease and ancillary documents. | 03 | 1.00 |
| 11/27/06 | RTW | Contact Thomas Kabel regarding preparation of lease assignment and landlord consent. | 03 | .30 |
| 11/27/06 | RTW | Attention to preparation of Transition Services Agreement. | 03 | 3.50 |
| 11/27/06 | RTW | Further conferences with Mr. Radom and e-mails to Mr. Radom regarding preparation of Transition Services Agreement. | 03 | 1.50 |
| 11/27/06 | RTW | Conference with Thomas Radom regarding preparation of Transition Services Agreements, other ancillary documents for closing of asset purchase. | 03 | .50 |
| 11/28/06 | TBR | Telephone conference with C. Archambault regarding Vandalia Tools. | 03 | .20 |
| 11/28/06 | TBR | Telephone conferences with D. Mesler, S. Chapman regarding Hermosillo closing. | 03 | .50 |
| 11/28/06 | TBR | Telephone conference with M. Hammer regarding objection to CEP Motion regarding bonus pool. | 03 | .30 |
| 11/28/06 | TBR | Review Concoran emails regarding price allocation on Hermosillo. | 03 | .20 |
| 11/28/06 | TBR | Telephone conferences with M. Wilkins regarding sale hearing. | 03 | .80 |
| 11/28/06 | TBR | Review and revise final sale order. | 03 | .50 |
| 11/28/06 | TBR | Telephone conferences with T. Wearsch regarding sale order. | 03 | .50 |
| 11/28/06 | MEW | Travel to Detroit for hearing on sale motions. | 03 | 1.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| | | | | |
|---|---|---|---|---|
| 11/28/06 | MEW | Conference with T. Radom regarding sale and sale hearing. | 03 | .20 |
| 11/28/06 | MEW | Prepare for and participate in hearings on motion to sell Hermosillo assets to Delphi and to sell Chihuahua assets to Century Mold. | 03 | 2.00 |
| 11/28/06 | MEW | Meet with Century and Debtor representatives regarding transition following sale closing. | 03 | 2.00 |
| 11/28/06 | MEW | Travel Akron to Detroit from sale hearing. | 03 | 1.80 |
| 11/28/06 | MEW | Follow-up work regarding sale closing, transition services agreements. | 03 | 1.50 |
| 11/28/06 | MEW | Correspondence from Carlisle counsel regarding guaranty obligations on Hermosillo lease. | 03 | .10 |
| 11/28/06 | RTW | Conference with Thomas Kabel regarding preparation of lease assignment, consent of landlord. | 03 | .50 |
| 11/28/06 | RTW | Attention to preparation of bill of sale. | 03 | 1.60 |
| 11/28/06 | TAK | Review of lease agreement and amendment for lease of property in Hermosillo, Mexico. | 03 | .50 |
| 11/28/06 | TAK | Drafting of assignment of lease. | 03 | .90 |
| 11/29/06 | TBR | Emails to B. WIlson, T. Kabel regarding Hermosillo closing documents. | 03 | .60 |
| 11/29/06 | TBR | Telephone conferences with D. Mesler regarding Hermosillo. | 03 | .60 |
| 11/29/06 | TBR | Telephone conference with J. Bambery regarding bonus pool, borrowing base issues. | 03 | .50 |
| 11/29/06 | MEW | Work on finalizing acquisition of Hermosillo assets and agreements with Century Mold regarding Chihauhau production. | 03 | 2.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Init | Description | | Hours |
|------|------|-------------|---|-------|
| 11/29/06 | MEW | Review sample Transition Services Agreement and revise for Hermosillo operation, forward to client and counsel for CEP. | 03 | 2.00 |
| 11/29/06 | MEW | Review Transition Services Agreement for Century and CEP Ohio and discuss with R. Wilson. | 03 | .50 |
| 11/29/06 | MEW | Review Asset Purchase Agreement and work to finalize Agreement and supporting schedules. | 03 | 1.50 |
| 11/29/06 | RTW | Attention to preparation of Bill of Sale. | 03 | 1.00 |
| 11/29/06 | RTW | Conferences with Thomas Kabel regarding preparation of Assignment of Lease, related documents. | 03 | .50 |
| 11/29/06 | RTW | Conferences with Dana Mesler concerning miscellaneous issues under Transition Service Agreements, Asset Purchase Agreement and ancillary documents. | 03 | .50 |
| 11/29/06 | RTW | Conferences with Thomas Wearsch concerning closing, status of documents. | 03 | .90 |
| 11/29/06 | RTW | Conferences with Beth Wilkens regarding Transition Services Agreement with Century Mold. | 03 | .40 |
| 11/29/06 | RTW | Conferences with Matt Wilkins regarding status of matter, commercial and legal issues. | 03 | .60 |
| 11/29/06 | RTW | Attention to revisions to Asset Purchase Agreement. | 03 | .80 |
| 11/29/06 | TAK | E-mails to and from T. Radom and tenant's attorney and Delphi. | 03 | .40 |
| 11/29/06 | TAK | Further revising of lease assignment. | 03 | .80 |
| 11/29/06 | TAK | Review of proposed lease amendment for Sonora, Mexico lease and revise the same. | 03 | .60 |
| 11/30/06 | TBR | Work on closing documents with Delphi Team, CEP Team regarding Hermosillo. | 03 | 7.40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384813)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| | | | | |
|---|---|---|---|---|
| 11/30/06 | TBR | Telephone conferences with J. Hutchinson regarding Vandalia Tools. | 03 | .50 |
| 11/30/06 | TBR | Telephone conferences with M. Everett regarding Vandalia Tools. | 03 | .20 |
| 11/30/06 | TBR | Review CEP, Committee Response to Customers Objection to Bonus Pool Motion. | 03 | .30 |
| 11/30/06 | TBR | Telephone conference with K. Katsma regarding settlement proposal on bonus pool motion. | 03 | .30 |
| 11/30/06 | MEW | Work on finalization of acquisition of Hermosillo assets. | 03 | 1.50 |
| 11/30/06 | MEW | Work with counsel and client to finalize Transitional Service Agreements with Century, CEPP-Akron and CEPP Mexico. | 03 | 1.50 |
| 11/30/06 | MEW | Review status of Hermosillo lease, drafts of amendments. | 03 | 2.00 |
| 11/30/06 | RTW | Prepare Delphi Officer's Certificate. | 03 | .50 |
| 11/30/06 | RTW | Attention to review of CEPP Officer's Certificate and comment on same. | 03 | .50 |
| 11/30/06 | RTW | Further conference with Beth Wilkens concerning scope of services under Century Mold Transition Services Agreement. | 03 | .40 |
| 11/30/06 | RTW | Conferences with Dana Mesler regarding scope of services under Transition Services Agreements, status of transaction, miscellaneous issues. | 03 | .90 |
| 11/30/06 | RTW | Attention to review of comments on Transition Services Agreement from attorney for Century Mold and conferences with attorney regarding Transition Services Agreement. | 03 | 1.00 |
| 11/30/06 | RTW | Conferences with Thomas Radom regarding Bill of Sale, use of separate Bills of Sale for U.S. and Mexican entities. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8322344

| Date | Init | Description | | |
|---|---|---|---|---|
| 11/30/06 | RTW | Conferences with Thomas Kabel regarding Lease Assignment, Guaranty, related issues and permission of landlord for assignment of lease. | 03 | .40 |
| 11/30/06 | RTW | Further review of Asset Purchase Agreement, changes requested to same by Thomas Wearsch. | 03 | .80 |
| 11/30/06 | RTW | Conferences with Thomas Radom and Matt Wilkins regarding status of matter, outstanding issues. | 03 | .60 |
| 11/30/06 | RTW | Attention to review of revised draft of Century Mold Transition Services Agreement received from Beth Wilkens. | 03 | .30 |
| 11/30/06 | TAK | Further revising of lease assignment and amendment. | 03 | 1.10 |
| 11/30/06 | TAK | E-mail correspondence to and from landlord's attorney, tenant's attorney and Delphi. | 03 | .60 |
| 11/30/06 | TAK | Conference with T. Radom to discuss additional revisions required to be made to lease assignment and lease amendment. | 03 | .40 |
| 11/30/06 | JRS | Confer with T. Radom re hearing on CEP's motion to enforce performance bonus plan order | 03 | .30 |
| 11/30/06 | JRS | Review and analyze pleadings re CEP's motion to enforce performance bonus plan order | 03 | .50 |
| 11/30/06 | JRS | Appear telephonically at hearing on CEP's motion to enforce performance bonus plan order | 03 | 1.00 |

TOTAL BILLABLE HOURS        132.10

TOTAL FEES              28906.80

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344
```

```
DISBURSEMENTS:

        Copies                                  81.70
        Telephone Charges                        0.81
                                              ----------
                                                 82.51


                    TOTAL FEES               28906.80

                    TOTAL DISBURSEMENTS          82.51
                                             _____

                    Matter Total            28989.31
                                             ============
```

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8322344

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  PIXLEY RICHARDS, INC.              000115900-0120

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | TBR | Review and reply to T. Dunn e-mails regarding status of agreements. | 03 | .40 |
| 11/01/06 | TBR | Telephone conference with J. Jonas regarding setoff letter. | 03 | .30 |
| 11/02/06 | TBR | Revise setoff letter and Trade Agreement. | 03 | .50 |
| 11/02/06 | TBR | E-mail final drafts to parties counsel. | 03 | .20 |
| 11/06/06 | TBR | Telephone conference with J. Jonas regarding setoff letter. | 03 | .20 |
| 11/07/06 | TBR | Revise no setoff letter. | 03 | .20 |
| 11/07/06 | TBR | E-mail to J. Jonas, B. Smith regarding no setoff letter. | 03 | .20 |
| 11/08/06 | TBR | Telephone conference with J. Jonas regarding setoff letter. | 03 | .20 |
| 11/08/06 | TBR | E-mail to Pixley, Wachovia regarding Trade Agreement, setoff letter. | 03 | .20 |
| 11/09/06 | TBR | Telephone conferences with T. Dunn regarding Trade Agreements, setoff letter. | 03 | .40 |
| 11/09/06 | TBR | E-mail to J. Novak regarding Agreements. | 03 | .20 |
| 11/09/06 | TBR | E-mail to B. Smith regarding Trade Agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8322344

| Date | | Description | | |
|---|---|---|---|---|
| 11/14/06 | TBR | E-mails with T. Dunn regarding status of Agreements. | 03 | .40 |
| 11/14/06 | TBR | E-mails with B. Smith, J. Jonas regarding status of agreements. | 03 | .40 |
| 11/15/06 | TBR | E-mails with J. Jonas regarding setoff letter. | 03 | .40 |
| 11/15/06 | TBR | Review Dunn e-mail regarding setoff letter, Trade Agreement. | 03 | .20 |
| 11/15/06 | TBR | Telephone conference with J. Ruhm regarding Trade Agreement. | 03 | .30 |
| 11/15/06 | TBR | E-mail to K. Craft regarding Trade Agreement, setoff letter. | 03 | .20 |
| 11/16/06 | TBR | Review K. Craft e-mail regarding agreement approval. | 03 | .20 |
| 11/17/06 | TBR | Review Jonas e-mail regarding Agreement. | 03 | .20 |
| 11/21/06 | TBR | Telephone conference with J. Ruhm regarding approval status. | 03 | .20 |
| 11/22/06 | TBR | Conference call with Delphi Committee regarding approval of Trade Agreement. | 03 | .40 |
| 11/22/06 | TBR | Telephone conference with B. Smith regarding status of approval. | 03 | .20 |

TOTAL BILLABLE HOURS        6.30

TOTAL FEES            1575.00

- - - - - - - - - -

TOTAL FEES            1575.00

Matter Total            1575.00

===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MILLER INDUSTRIAL PRODUCTS              000115900-0121

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/21/06 | MEW | Letter from Miller counsel regarding settlement. | 03 | .10 |
| 11/21/06 | MEW | Correspondence to M. Olson, W. Mazzola regarding Miller agreement. | 03 | .20 |

TOTAL BILLABLE HOURS          0.30

TOTAL FEES                      75.00

DISBURSEMENTS:

Telephone Charges                        6.91
                                    ----------
                                         6.91

TOTAL FEES                      75.00

TOTAL DISBURSEMENTS              6.91

Matter Total                    81.91
                           ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  INNOVATIVE GROUP GLOBAL, INC.          000115900-0122


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/14/06 | MEW | Consideration of and outline possible objection to entry of final Platinum factoring agreement. | 03 | 1.00 |
| 11/15/06 | MEW | Review motion and related documents regarding proposed new factoring agreement and review Crestmark financing order and related documents. | 03 | 2.50 |
| 11/15/06 | MEW | Draft and revise objection to Platinum factoring agreement and have filed. | 03 | 1.50 |
| 11/15/06 | MEW | Telephone to and conference with Debtor's counsel regarding objection to Platinum financing proposal. | 03 | .20 |
| 11/15/06 | MEW | Conference with Debtor's counsel regarding objection to and possible resolution of objection to factoring agreement. | 03 | .20 |
| 11/16/06 | MEW | Brief meeting on Platinum order. | 03 | 1.00 |
| 11/16/06 | MEW | Correspondence from Delphi regarding funding status. | 03 | .10 |
| 11/16/06 | MEW | Review proposed Bridge order from debtor. | 03 | .20 |
| 11/20/06 | MEW | Negotiations (with Refabco counsel) concerning language in Platinum financing order. | 03 | 1.40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384583)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| 11/20/06 | MEW | Review Platinum order and outline issues. | 03 | 1.50 |
| 11/20/06 | MEW | Review draft order proposed by Platinum. | 03 | .50 |
| 11/21/06 | MEW | Review revised Platinum financing order and prior orders. | 03 | .90 |
| 11/21/06 | MEW | Conference with Platinum counsel regarding revised order. | 03 | .10 |
| 11/21/06 | MEW | Conference with Mike Olson regarding Refabco revised order. | 03 | .10 |
| 11/27/06 | MEW | Review Platinum financing order, as entered. | 03 | .10 |

                    TOTAL BILLABLE HOURS      11.30

                        TOTAL FEES                 2825.00

DISBURSEMENTS:

        Copies                                  20.30
        UCC Fees                                15.00
                                               ----------
                                                   35.30


                    TOTAL FEES                     2825.00

                    TOTAL DISBURSEMENTS              35.30

                        Matter Total              2860.30
                                              ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  I & W INDUSTRIES, INC.              000115900-0124


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | TBR | Conference calls with Delphi Team, BBK regarding extension issues. | 03 | 1.00 |
| 11/01/06 | TBR | E-mail to Delphi Team regarding extension issues. | 03 | .40 |
| 11/01/06 | TBR | E-mail to Delphi Team regarding Mark IV. | 03 | .20 |
| 11/02/06 | TBR | Conference calls with Delphi Team, BBK regarding extension issues. | 03 | 1.80 |
| 11/02/06 | TBR | Review D. Rose e-mail regarding KERP, equipment. | 03 | .20 |
| 11/02/06 | TBR | Telephone conference with S. Grow regarding extension issues. | 03 | .50 |
| 11/02/06 | TBR | Telephone conference with T. Weed regarding professional fees. | 03 | .40 |
| 11/02/06 | TBR | Telephone conferences with A. Perry regarding extension issues. | 03 | .60 |
| 11/02/06 | TBR | Worked on extension documents. | 03 | 1.00 |
| 11/03/06 | TBR | Conference calls with Delphi Team regarding extensions, equipment. | 03 | 1.50 |
| 11/03/06 | TBR | Review D. Rose e-mails regarding budget issues. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | | Description | | |
|---|---|---|---|---|
| 11/03/06 | TBR | Telephone conference with D. Rose regarding budget issues. | 03 | .20 |
| 11/03/06 | TBR | Telephone conference with T. Lindahl and J. Laino regarding budget. | 03 | .50 |
| 11/03/06 | TBR | Telephone conference with S. Grow regarding status. | 03 | .30 |
| 11/03/06 | TBR | Conference call with I & W, Bank, Mark IV regarding extension. | 03 | .50 |
| 11/03/06 | TBR | E-mail to I & W, Mark IV, Bank regarding budget, extensions. | 03 | .70 |
| 11/03/06 | TBR | Review Delphi e-mails regarding equipment. | 04 | .40 |
| 11/06/06 | TBR | Worked on extension agreements, BBK escrow. | 03 | 2.50 |
| 11/06/06 | TBR | Conference call with Delphi Team regarding equipment, budget. | 03 | .60 |
| 11/06/06 | TBR | Telephone conference with D. Rose regarding SMI equipment. | 03 | .20 |
| 11/06/06 | TBR | E-mails to parties regarding extension agreements. | 03 | .40 |
| 11/06/06 | TBR | Review Lindahl e-mail regarding budget, equipment. | 03 | .30 |
| 11/06/06 | TBR | Telephone conference with T. Lindahl regarding budget, equipment. | 03 | .30 |
| 11/07/06 | TBR | Conference calls with Delphi Team, BBK regarding extension issues. | 03 | 2.00 |
| 11/07/06 | TBR | Telephone conferences with T. Lindahl, S. Grow regarding extension issues. | 03 | 1.00 |
| 11/08/06 | TBR | Conference call and e-mails with Delphi Team, BBK regarding extension issues. | 03 | 1.50 |
| 11/08/06 | TBR | Telephone conference with T. Lindahl regarding extension issues. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| 11/08/06 | TBR | Conference call with Bank, I & W, Mark IV regarding extension issues. | 03 | .60 |
|---|---|---|---|---|
| 11/08/06 | TBR | Telephone conference with S. Grow regarding extension issues. | 03 | .30 |
| 11/08/06 | TBR | Review revised equipment list. | 03 | .20 |
| 11/09/06 | TBR | Conference call with Delphi Team regarding extensions. | 03 | .60 |
| 11/09/06 | TBR | Telephone conference with T. Lindahl regarding extension issues. | 03 | .50 |
| 11/09/06 | TBR | Telephone conference with S. Grow regarding extension issues. | 03 | .30 |
| 11/10/06 | TBR | Conference calls with Delphi Team regarding extensions, lawsuit. | 03 | 2.00 |
| 11/10/06 | TBR | Conference calls with I & W, Bank, Mark IV regarding extensions. | 03 | 1.30 |
| 11/10/06 | TBR | E-mail to R. Schneider regarding equipment. | 03 | .20 |
| 11/10/06 | TBR | Review Lindahl e-mail regarding equipment. | 03 | .20 |
| 11/10/06 | TBR | Telephone conferences with S. Grow, T. Lindahl regarding lawsuit. | 03 | .60 |
| 11/10/06 | TBR | Revised extension agreements, BBK escrow. | 03 | 1.00 |
| 11/10/06 | TBR | E-mails to parties regarding extension agreements. | 03 | .50 |
| 11/13/06 | TBR | Review and reply to Lindahl e-mail regarding Lessor waiver. | 03 | .40 |
| 11/13/06 | TBR | Review Grow, Laino e-mails regarding extension. | 03 | .20 |
| 11/14/06 | TBR | Telephone conference with T. Lindahl, P. Rhodes regarding lawsuit. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8322344

| 11/14/06 | TBR | Conference call with Delphi Team regarding extensions. | 03 | .50 |
| 11/14/06 | TBR | Final revisions to Extension Agreement. | 03 | .80 |
| 11/14/06 | TBR | E-mail to parties regarding Agreements. | 03 | .20 |
| 11/14/06 | TBR | Telephone conferences with T. Lindahl regarding equipment list. | 03 | .40 |
| 11/15/06 | TBR | Telephone conferences with T. Lindahl regarding extensions, equipment list. | 03 | .60 |
| 11/15/06 | TBR | Telephone conference with A. Perry, T. Coatoam regarding equipment list. | 03 | .40 |
| 11/15/06 | TBR | Revised equipment list. | 03 | .20 |
| 11/15/06 | TBR | Telephone conference with S. Grow regarding extensions. | 03 | .40 |
| 11/15/06 | TBR | Reviewed revised budget. | 03 | .50 |
| 11/15/06 | TBR | E-mail to Delphi Team regarding revised budget. | 03 | .20 |
| 11/16/06 | TBR | Telephone conference with S. Grow regarding extensions. | 03 | .30 |
| 11/16/06 | TBR | E-mails to Delphi, I & W, Mark IV and Bank regarding signed extensions, equipment list. | 03 | .60 |
| 11/16/06 | TBR | Review Lindahl, Laino e-mails regarding signed extensions. | 03 | .40 |
| 11/17/06 | TBR | Telephone conferences and e-mails with T. Lindahl regarding equipment issues. | 03 | 1.00 |
| 11/17/06 | TBR | Telephone conference with A. Perry regarding status, equipment issues. | 03 | .20 |
| 11/20/06 | TBR | Telephone conferences with T. Lindahl regarding equipment list. | 03 | .80 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | | Description | | |
|---|---|---|---|---|
| 11/20/06 | TBR | Telephone conference with S. Grow regarding equipment purchase. | 03 | .20 |
| 11/20/06 | TBR | E-mail to Delphi Team regarding equipment list. | 03 | .20 |
| 11/20/06 | TBR | Review and reply to T. Lindahl e-mail regarding equipment list. | 03 | .40 |
| 11/20/06 | TBR | Review Coatoam e-mail regarding equipment list, tools. | 03 | .20 |
| 11/21/06 | TBR | Telephone conferences with T. Lindsahl regarding equipment. | 03 | 1.00 |
| 11/21/06 | TBR | Telephone conference with J. McInerney regarding equipment. | 03 | .20 |
| 11/21/06 | TBR | Telephone conference with A. Perry regarding equipment. | 03 | .20 |
| 11/21/06 | TBR | Telephone conference with D. Rose regarding severance pool. | 03 | .20 |
| 11/22/06 | TBR | Telephone conferences with T. Lindahl regarding equipment list. | 03 | .70 |
| 11/22/06 | TBR | E-mail to T. Lindahl equipment list. | 03 | .20 |
| 11/22/06 | TBR | Telephone conference with A. Perry regarding status. | 03 | .20 |
| 11/24/06 | TBR | E-mails with D. Rose regarding Severance Fund. | 03 | .20 |
| 11/30/06 | TBR | Telephone conferences with R. Schneider regarding equipment. | 03 | .40 |
| 11/30/06 | TBR | Telephone conferences with T. Lindahl regarding equipment. | 03 | .20 |
| 11/30/06 | TBR | Emails to Mark IV regarding payables. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


             TOTAL BILLABLE HOURS          41.50

                    TOTAL FEES                    10375.00


DISBURSEMENTS:

        Copies                              9.20
        Meeting Expenses                  203.79
        Telephone Charges                  78.76
                                         ----------
                                            291.75


                    TOTAL FEES                    10375.00

             TOTAL DISBURSEMENTS                    291.75
                                         ----------------
                    Matter Total                  10666.75
                                         ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BING METALS GROUP, INC.              000115900-0125


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | TBR | Review e-mails regarding Subordinated Participation Agreement. | 03 | .30 |
| 11/03/06 | TBR | Conference call with GM, Ford regarding Subordinated Participation Agreement. | 03 | .40 |
| 11/07/06 | TBR | Review draft Subordinated Participation Agreement. | 03 | .50 |
| 11/07/06 | TBR | Telephone conference with D. Baty, S. LaPlante regarding Subordinated Participation Agreement. | 03 | .40 |
| 11/10/06 | TBR | Telephone conference and e-mail with M. Everett, A. Perry regarding Accommodation Agreement, funding, Subordinated Participation Agreement. | 03 | .60 |
| 11/10/06 | TBR | Review revised Subordinated Participation Agreement. | 03 | .30 |
| 11/10/06 | TBR | Review BBK e-mail regarding Customer percentages. | 03 | .20 |
| 11/10/06 | TBR | Review Fischer e-mail regarding no participations. | 03 | .20 |
| 11/10/06 | TBR | Review and respond to M. Everett e-mail regarding participations. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | | Description | | |
|------|-----|-------------|----|------|
| 11/15/06 | TBR | Telephone conference with M. Everett regarding November 16 meeting. | 03 | .20 |
| 11/16/06 | TBR | Attend meeting with Bing, Customers, Van Rob. | 03 | 2.00 |
| 11/17/06 | TBR | Review Bakst e-mail regarding Subordinated Participation Agreement. | 03 | .20 |
| 11/20/06 | TBR | Review and respond to J. Fischer e-mail regarding Subordinated Participation Agreement. | 03 | .20 |
| 11/20/06 | TBR | Review final draft of Subordinated Participation Agreement. | 03 | .30 |
| 11/20/06 | TBR | E-mail with M. Everett, A. Perry regarding Subordinated Participation Agreement. | 03 | .20 |
| 11/20/06 | TBR | E-mail and telephone conference with A. Perry regarding Subordinated Participation Agreement. | 03 | .50 |
| 11/21/06 | TBR | Telephone conference with A. Perry regarding Subordinated Participation Agreement. | 03 | .20 |
| 11/21/06 | TBR | E-mail to parties regarding Delphi signature page. | 03 | .20 |
| 11/21/06 | TBR | E-mail to M. Everett, A. Perry regarding Subordinated Participation Agreement. | 03 | .20 |

TOTAL BILLABLE HOURS        7.40

TOTAL FEES            1850.00

DISBURSEMENTS:

Copies                                    3.30
                                    ----------
                                        3.30

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


TOTAL FEES                    1850.00

TOTAL DISBURSEMENTS                3.30
                          _____

Matter Total                  1853.30
                          ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:   TENATRONICS LTD.                    000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/10/06 | TBR | Telephone conference with D. Rose regarding Adronics. | 03 | .20 |

              TOTAL BILLABLE HOURS        0.20

                    TOTAL FEES                    50.00

                                          - - - - - - - - - -


                    TOTAL FEES                    50.00
                                          _____

                    Matter Total                 50.00
                                          ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

December 12, 2006

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  AMERICAN RUBBER PRODUCTS                 000115900-0127

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/06/06 | MEW | Review file and prepare executed document package for Dana Mesler. | 03 | 1.50 |
| 11/21/06 | MEW | Work regarding extension of Transition Services Agreement and consulting agreement. | 03 | .40 |
| 11/21/06 | P H | Attention to Lease and Services Agreement. | 03 | .30 |
| 11/21/06 | P H | Conference with M. E. Wilkins. | 03 | .20 |
| 11/22/06 | MEW | Work on extension of Transition Services Agreement. | 03 | .20 |
| 11/22/06 | P H | Revisions to Consulting and Lease Agreements. | 03 | .40 |
| 11/22/06 | P H | Correspondence to D. Mesler re: same. | 03 | .30 |

TOTAL BILLABLE HOURS        3.30

TOTAL FEES                  765.00

DISBURSEMENTS:

| | |
|---|---|
| Copies | 12.20 |
| Telecopier Charges | 0.40 |
| | ---------- |
| | 12.60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 58-2364883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

|                        |          |
| ---------------------- | -------- |
| TOTAL FEES             | 765.00   |
| TOTAL DISBURSEMENTS    | 12.60    |
| Matter Total           | 777.60   |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  QC ONICS                          000115900-0128


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | MEW | Review Motion to Extend DIP Facility, as revised by Yazaki counsel. | 03 | .30 |
| 11/01/06 | MEW | Review proposed Bank position assignment, proposed revisions. | 03 | .40 |
| 11/01/06 | MEW | Review going forward budget prepared by BBK for extension of DIP financing. | 03 | .20 |
| 11/01/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .70 |
| 11/01/06 | MEW | Review customer sharing percentages, time for reconciliation. | 03 | 1.10 |
| 11/01/06 | MEW | Review issues regarding QC execution of indemnification agreement regarding Woodward Capital. | 03 | .20 |
| 11/01/06 | MEW | Review draft Proofs of Claim, and related issues. | 03 | .50 |
| 11/01/06 | MEW | Review documents and conference call with Delphi regarding claims and credits against QC. | 03 | 1.00 |
| 11/01/06 | MEW | Review revisions to motion to extend DIP facility. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| | | | | |
|---|---|---|---|---|
| 11/01/06 | MEW | Review BBK comments regarding DIP budget going forward and revisions to budget. | 03 | .40 |
| 11/01/06 | MEW | Review proposed revisions to National City agreement. | 03 | .30 |
| 11/01/06 | MEW | Review current version of bank assignment agreement and changes suggested by BBK. | 03 | .30 |
| 11/01/06 | MEW | Correspondence regarding extension of DIP facility. | 03 | .20 |
| 11/01/06 | P H | Revisions to letter to W. Steury re: indemnification agreement. | 03 | .90 |
| 11/01/06 | P H | Conference call with Customer Group. | 03 | .90 |
| 11/01/06 | P H | Revisions to letter to Wes Steury re: customer support. | 03 | .80 |
| 11/02/06 | MEW | Draft, review and revise  Accommodation Agreement with Nova/Link. | 03 | 2.50 |
| 11/02/06 | MEW | Prepare for and participate in Customer call regarding Accommodation Agreement. | 03 | 1.00 |
| 11/02/06 | MEW | Revise and draft Accommodation Agreement to incorporate requested changes and forward to Nova/Link counsel, Customer Group. | 03 | 1.50 |
| 11/02/06 | MEW | Review and work on Motion to Extend DIP facility and sale process. | 03 | .60 |
| 11/02/06 | MEW | Review comments to form of Bank Assignment. | 03 | .30 |
| 11/02/06 | MEW | Review Customer funding request. | 03 | .20 |
| 11/02/06 | MEW | Correspondence regarding extension of DIP order. | 03 | .10 |
| 11/02/06 | MEW | Review proposed dates for extending DIP facility. | 03 | .20 |
| 11/02/06 | MEW | Correspondence regarding Behr resourcing its business. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| | | | | |
|---|---|---|---|---|
| 11/02/06 | MEW | Review BBK comments regarding Nova/Link agreement. | 03 | .20 |
| 11/02/06 | MEW | Review draft of funding note. | 03 | .20 |
| 11/02/06 | MEW | Continue work on Accommodation Agreement with Nova/Link. | 03 | .70 |
| 11/02/06 | MEW | Review agenda for next Customer call. | 03 | .10 |
| 11/02/06 | P H | Telephone call to and from W. Steury re: indemnification agreement. | 03 | .30 |
| 11/02/06 | P H | Correspondence to D. Wollschlager. | 03 | .20 |
| 11/02/06 | P H | Conference with M. E. Wilkins. | 03 | .30 |
| 11/03/06 | MEW | Work on finalizing Accommodation Agreement with Nova/Link. | 03 | 1.50 |
| 11/03/06 | MEW | Correspondence regarding purchase of National City loan. | 03 | .20 |
| 11/03/06 | MEW | Correspondence regarding suggestions for QC to communicate with non-participating customers. | 03 | .20 |
| 11/03/06 | MEW | Review revisions to National City Agreement. | 03 | .40 |
| 11/03/06 | MEW | Review severance proposal. | 03 | .30 |
| 11/03/06 | MEW | Review bank changes to assignment agreement. | 03 | .30 |
| 11/03/06 | MEW | Committee correspondence regarding case status. | 03 | .10 |
| 11/03/06 | MEW | Review second draft of funding note. | 03 | .20 |
| 11/03/06 | MEW | Correspondence to Delphi regarding Delphi-only status call. | 03 | .30 |
| 11/03/06 | MEW | Revise and recirculate Nova/Link Accommodation Agreement. | 03 | .80 |
| 11/03/06 | P H | Conference call with Customer Group. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Initials | Description | | |
|------|------|------|------|------|
| 11/03/06 | JRS | Review and analyze accommodation agreement. | 03 | .60 |
| 11/06/06 | MEW | Prepare for and participate in Customer call. | 03 | .50 |
| 11/06/06 | MEW | Work on outline for QC to use, as they requested, for communicating cash needs to other customers. | 03 | 1.10 |
| 11/06/06 | MEW | Work on agreement with Nova/Link. | 03 | 1.00 |
| 11/06/06 | MEW | Review revisions to National City loan purchase agreement and work on finalizing. | 03 | 1.20 |
| 11/06/06 | MEW | Correspondence from T. Yoder regarding possible Committee objection to extension of sale process and DIP financing. | 03 | .20 |
| 11/06/06 | MEW | Prepare for and lead Delphi team call regarding open items, strategy going forward. | 03 | 1.20 |
| 11/06/06 | MEW | Status correspondence from T. Yoder regarding hearing on sale extension. | 03 | .10 |
| 11/06/06 | MEW | Review and analysis of status in light of developments in court this afternoon. | 03 | .20 |
| 11/06/06 | P H | Conference call with Customer Group. | 03 | .70 |
| 11/06/06 | P H | Conference with M. E. Wilkins. | 03 | .70 |
| 11/06/06 | P H | Draft outline for L. Smith and Customer. | 03 | .60 |
| 11/06/06 | P H | Begin accommodation agreement. | 03 | .60 |
| 11/06/06 | JRS | Confer with M. Wilkins re accommodation agreement. | 03 | .20 |
| 11/06/06 | JRS | Research and draft accommodation agreement. | 03 | .60 |
| 11/06/06 | JRS | Conference call re Nova/Link. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8322344

| | | | | |
|---|---|---|---|---|
| 11/07/06 | MEW | Prepare for and conferences with Customer Group team regarding strategy going forward in light of Court's refusal to extend sale process and possible refusal to extend DIP financing facility. | 03 | 1.50 |
| 11/07/06 | MEW | Correspondence regarding terms of Nova/Link agreement. | 03 | .10 |
| 11/07/06 | MEW | Review QC-Nova/Link invoice with respect to clarification of Customers' obligations under Accommodation Agreement. | 03 | .30 |
| 11/07/06 | MEW | Review proposed letter for QC to send to non-participating customers. | 03 | .20 |
| 11/07/06 | P H | Draft Customer Accommodation Agreement. | 03 | 1.10 |
| 11/07/06 | P H | Conference call with  Delphi group. | 03 | 1.10 |
| 11/08/06 | MEW | Prepare for and participate in Customer status call. | 03 | .90 |
| 11/08/06 | MEW | Work on finalization of Nova/Link Accommodation Agreement and forward to Nova/Link counsel. | 03 | .80 |
| 11/08/06 | MEW | Correspondence from National City regarding defaults by QC, desire to circulate note sale. | 03 | .10 |
| 11/08/06 | MEW | Work on finalization of Nova/Link agreement. | 03 | 1.10 |
| 11/08/06 | MEW | Work on proposed letter for QC to send to non-participating customers for financial accommodations. | 03 | .30 |
| 11/08/06 | MEW | Review proposed severance schedule, staffing schedule and participate in Customer call to discuss. | 03 | .60 |
| 11/08/06 | MEW | Correspondence regarding respective customer funding percentages going forward. | 03 | .10 |
| 11/08/06 | MEW | Revise and circulate proposed other customer letter for use by QC, at their request. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900                    December 12, 2006
INVOICE NO.:   8322344

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/08/06 | MEW | Review additional changes by National City to agreement. | 03 | .20 |
| 11/08/06 | MEW | Review production schedules for Delphi and Yazaki. | 03 | .40 |
| 11/08/06 | MEW | Review and analysis of requested revisions to National City agreement, comments of Yazaki counsel. | 03 | .20 |
| 11/08/06 | P H | Attention to closing issues. | 03 | .90 |
| 11/09/06 | MEW | Correspondence from and to T. Yoder regarding terms and finalization of purchase of National City position. | 03 | .30 |
| 11/09/06 | MEW | Correspondence regarding advance payment to Nova/Link. | 03 | .10 |
| 11/09/06 | MEW | Correspondence regarding payment of $30,000 per week to Nova/Link pursuant to Accommodation Agreement. | 03 | .10 |
| 11/09/06 | MEW | Coordinate execution of Nova/Link Accommodation Agreement. | 03 | .20 |
| 11/09/06 | MEW | Correspondence regarding current revision of National City agreement. | 03 | .10 |
| 11/09/06 | MEW | Review revisions and current version of proposed Letter for QC to send to its other customers requesting financial accommodations. | 03 | .30 |
| 11/09/06 | MEW | Correspondence regarding National City payoff. | 03 | .10 |
| 11/09/06 | MEW | Review revised National City Agreement. | 03 | .30 |
| 11/09/06 | MEW | Correspondence from and to M. Everett regarding National City note purchase. | 03 | .20 |
| 11/09/06 | MEW | Correspondence regarding terms of and closing of National City note purchase. | 03 | .30 |
| 11/09/06 | MEW | Correspondence from National City counsel regarding closing note purchase. | 03 | .10 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| | | | | |
|---|---|---|---|---|
| 11/09/06 | MEW | Correspondence regarding UCC search regarding National City. | 03 | .10 |
| 11/09/06 | MEW | Review revisions to National City Agreement. | 03 | .20 |
| 11/09/06 | DEG | UCC Searches in Indiana and Michigan for P. Hall. | 03 | .30 |
| 11/09/06 | P H | Telephone call to D. Wollschlager re: Novalink. | 03 | .50 |
| 11/09/06 | P H | Review National City assignment documents. | 03 | .40 |
| 11/09/06 | P H | Attention to UCC search. | 03 | .40 |
| 11/09/06 | P H | Telephone call to T. Yoder and Y. Gavin re: note purchase. | 03 | .40 |
| 11/09/06 | P H | Multiple correspondence to and from T. Yoder re: note purchase. | 03 | .40 |
| 11/09/06 | P H | Telephone call to L. Gavin. | 03 | .40 |
| 11/09/06 | P H | Correspondence to A. Perry. | 03 | .40 |
| 11/09/06 | P H | Revisions to Customer Accommodation Agreement. | 03 | .40 |
| 11/09/06 | P H | Conference with M. E. Wilkins. | 03 | .40 |
| 11/10/06 | MEW | Review revised and current Agreement for Assignment of National City loan. | 03 | .40 |
| 11/10/06 | MEW | Correspondence regarding finalization of National City note purchase. | 03 | .10 |
| 11/10/06 | MEW | Correspondence regarding execution of National City note purchase agreement. | 03 | .20 |
| 11/10/06 | MEW | Correspondence regarding discount on note purchase. | 03 | .10 |
| 11/10/06 | MEW | Correspondence regarding complete execution of note purchase agreement. | 03 | .10 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8322344

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/10/06 | MEW | Review note payoff amount and respective customer percentages. | 03 | .10 |
| 11/10/06 | MEW | Review status of execution of Nova/Link agreement. | 03 | .20 |
| 11/10/06 | MEW | Review correspondence from National City regarding post-collection collections by National City transfer to Customers. | 03 | .20 |
| 11/10/06 | MEW | Correspondence regarding finalization of National City loan acquisition, Customer percentage splits. | 03 | .20 |
| 11/10/06 | MEW | Correspondence regarding Asaba proposal to purchase QC assets. | 03 | .20 |
| 11/10/06 | P H | Attention to closing National City deal. | 03 | .80 |
| 11/10/06 | P H | Attention to Novalink agreement. | 03 | .80 |
| 11/10/06 | P H | Correspondence to D. Reamer re: Intercustomer Agreement. | 03 | .70 |
| 11/10/06 | P H | Multiple conferences and correspondence with A. Perry and Customer Group. | 03 | .80 |
| 11/10/06 | P H | Correspondence to S. Hostetler. | 03 | .80 |
| 11/10/06 | P H | Correspondence to and from S. Israel. | 03 | .80 |
| 11/13/06 | MEW | Prepare for and participate in Customer Group status call. | 03 | .40 |
| 11/13/06 | MEW | Conference with Yazaki counsel, T. Yoder, regarding overall status, strategy going forward. | 03 | .20 |
| 11/13/06 | MEW | Correspondence regarding discount of National City payoff. | 03 | .30 |
| 11/13/06 | MEW | Review open items, strategy moving to exit of Reynosa by 12/23/06. | 03 | 1.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4450
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | | Description | | |
|---|---|---|---|---|
| 11/13/06 | MEW | Correspondence from Yazaki regarding executed Nova/Link agreement. | 03 | .10 |
| 11/13/06 | MEW | Review status of extension of DIP Order and new sale motion. | 03 | .20 |
| 11/13/06 | MEW | Review proposed BBK communication with Larry Smith and discuss with T. Monahan. | 03 | .30 |
| 11/13/06 | P H | Conference call with Customer Group. | 03 | .60 |
| 11/13/06 | P H | Attention to Yazaki acceptance of Novalink agreement. | 03 | .60 |
| 11/14/06 | MEW | Conference with Delphi credit and receivable personnel regarding 20-day administrative claim and potential setoff claim. | 03 | .50 |
| 11/14/06 | MEW | Correspondence regarding QC's pursuit of accommodations from other customers. | 03 | .10 |
| 11/15/06 | MEW | Status conference call with Creditor's Committee counsel. | 03 | .70 |
| 11/15/06 | MEW | Conference with D. Wollschlager regarding matter status, severance issues. | 03 | .20 |
| 11/16/06 | MEW | Correspondence regarding National City loan acquisition. | 03 | .10 |
| 11/16/06 | MEW | Work on resolution of Delphi credit and setoff claims. | 03 | 1.20 |
| 11/16/06 | MEW | Review current funding, cash flow statement, budget going forward. | 03 | .60 |
| 11/17/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.00 |
| 11/17/06 | MEW | Correspondence regarding sale status. | 03 | .20 |
| 11/17/06 | MEW | Review equipment list regarding appraisal. | 03 | .30 |
| 11/17/06 | MEW | Correspondence regarding Committee position on extension of financing. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 11/17/06 | MEW | Review proposed severance for QC employees. | 03 | .20 |
| 11/17/06 | MEW | Review proposed revisions to DIP extension order. | 03 | .40 |
| 11/17/06 | MEW | Conferences with T. Yoder regarding excepting certain Customer accommodations from DIP order. | 03 | .40 |
| 11/18/06 | MEW | Correspondence regarding form of DIP extension order. | 03 | .10 |
| 11/18/06 | MEW | Correspondence regarding case status to committee, debtor. | 03 | .10 |
| 11/20/06 | MEW | Prepare for and participate in Customer Group meeting. | 03 | 1.00 |
| 11/20/06 | MEW | Work on severance agreement and related issues. | 03 | .90 |
| 11/20/06 | MEW | Review 20-day administrative claim, set off issues. | 03 | .50 |
| 11/20/06 | MEW | Correspondence regarding severance payments. | 03 | .10 |
| 11/20/06 | MEW | Review revised severance numbers. | 03 | .20 |
| 11/20/06 | MEW | Review Nova/Link absentee numbers regarding compliance with Accommodation Agreement. | 03 | .10 |
| 11/20/06 | MEW | Work on DIP extension order. | 03 | .20 |
| 11/20/06 | P H | Conference call with Customer Group. | 03 | .80 |
| 11/20/06 | P H | Draft severance agreement for employees. | 03 | .80 |
| 11/20/06 | P H | Correspondence to and from D. Wollschlager. | 03 | .70 |
| 11/20/06 | P H | Attention to Novalink Accommodation Agreement. | 03 | .80 |
| 11/20/06 | P H | Correspondence to D. Reamer and W. Steury re: severance letter. | 03 | .70 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 11/20/06 | JRS | Legal research and analysis re employee agreements. | 03 | 1.70 |
| 11/21/06 | MEW | Review proposed DIP extension order and language proposed by T. Yoder and review current DIP order, Accommodation Agreement, and Access Agreement. | 03 | 1.00 |
| 11/21/06 | MEW | Conference with T. Yoder regarding proposed DIP extension order. | 03 | .20 |
| 11/21/06 | MEW | Work regarding severance letters for QC employees. | 03 | .20 |
| 11/21/06 | MEW | Review supplemental funding update from BBK. | 03 | .10 |
| 11/21/06 | MEW | Review correspondence and data regarding customer funding percentages. | 03 | .30 |
| 11/21/06 | MEW | Review open issues, overall path to exit from Reynosa and QC. | 03 | 1.20 |
| 11/21/06 | P H | Telephone call from W. Steury. | 03 | .40 |
| 11/21/06 | P H | Correspondence to and from D. Reamer re: revisions to Severance Agreement. | 03 | .40 |
| 11/21/06 | P H | Revisions to Severance Agreement. | 03 | .40 |
| 11/21/06 | P H | Telephone conference with D. Wollschlager. | 03 | .40 |
| 11/22/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .70 |
| 11/22/06 | MEW | Review status memo prepared by BBK, and customer accommodations note. | 03 | .20 |
| 11/22/06 | MEW | Correspondence regarding Customer "true up", Yazaki obligations to Delphi. | 03 | .20 |
| 11/22/06 | MEW | Review collateral summary, summary of cash flows, summary of customer funding, prepared by BBK. | 03 | .60 |
| 11/22/06 | MEW | Status update from BBK. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8322344

| Date | Atty | Description | | Hours |
|------|------|-------------|---|-------|
| 11/27/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .80 |
| 11/27/06 | MEW | Review wind-down plan prepared by BBK. | 03 | .30 |
| 11/27/06 | MEW | Correspondence regarding status of entry of order extending DIP financing. | 03 | .10 |
| 11/27/06 | MEW | Review revised DIP Financing extension order. | 03 | .40 |
| 11/27/06 | MEW | Work on Order extending DIP financing and other agreements. | 03 | 1.40 |
| 11/27/06 | P H | Correspondence to and from D. Wollschlager re: severance agreement. | 03 | .40 |
| 11/27/06 | P H | Revisions to Severance Agreement. | 03 | .40 |
| 11/29/06 | MEW | Correspondence regarding status from D. Wollschlager. | 03 | .20 |
| 11/30/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.20 |
| 11/30/06 | MEW | Conference with T. Monahan regarding case status. | 03 | .20 |
| 11/30/06 | MEW | Conference with W. Steury regarding sale status, potential wind-down of operations. | 03 | .20 |

                    TOTAL BILLABLE HOURS      85.90

                         TOTAL FEES          19950.40

DISBURSEMENTS:

         Copies                          64.70
         Telecopier Charges               0.20
         Telephone Charges               83.24
                                        ----------
                                         148.14

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8322344

December 12, 2006

TOTAL FEES                          19950.40

TOTAL DISBURSEMENTS                   148.14
                              _____

       Matter Total                 20098.54
                              ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL MOTORS ARBITRATION            000115900-0129


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | EMK | E-mail from GM counsel regarding R. Sarsfield. | 10 | .10 |
| 11/01/06 | EMK | Work on agenda for meeting with client regarding facilitation and rough outline of facilitation statement. | 10 | .50 |
| 11/01/06 | HCD | Prepare for meeting re facilitative mediation by creating agenda, considering key points and outline themes to highlight for Gene Driker. | 10 | 1.40 |
| 11/01/06 | TJL | Review and analyze files for submission to Delphi in electronic format. | 10 | 3.50 |
| 11/02/06 | EMK | Prepare for meeting with W. Cosnowski and J. Papelian. | 10 | .60 |
| 11/02/06 | EMK | Meet with W. Cosnowski and J. Papelian regarding plan for mediation. | 10 | 1.50 |
| 11/02/06 | EMK | Letter from E. Dwyer regarding documents. | 10 | .10 |
| 11/02/06 | EMK | E-mail to J. Papelian and W. Cosnowski regarding new documents. | 10 | .10 |
| 11/02/06 | EMK | Brief review of documents. | 10 | .10 |
| 11/02/06 | EMK | E-mail from and to E. Dwyer regarding R. Sarsfield. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Init. | Description | | |
|------|-------|-------------|---|---|
| 11/02/06 | EMK | E-mail from and letter to W. Cosnowski regarding documents. | 10 | .10 |
| 11/02/06 | EMK | Follow up on mediation summary. | 10 | .10 |
| 11/02/06 | EMK | E-mail from W. Cosnowski regarding R. Sarsfield and e-mail to E. Dwyer. | 10 | .10 |
| 11/02/06 | HCD | Prepare for and attend meeting with clients re mediation status, strategy and contents of statement to Driker. | 10 | 2.20 |
| 11/02/06 | HCD | Work on talking points re statement to Driker. | 10 | .40 |
| 11/02/06 | HCD | Review W. Cosnowski mediation themes. | 10 | .20 |
| 11/02/06 | HCD | Work on memo re engineering support for mediation statement. | 10 | .40 |
| 11/02/06 | HCD | Review final Cosnowski version of memo to engineers and follow up with client re scheduling and other issues. | 10 | .20 |
| 11/02/06 | HCD | Begin review of GM supplemental production of documents. | 10 | .30 |
| 11/02/06 | DEG | Begin indexing documents for L. Clark. | 10 | 2.80 |
| 11/03/06 | EMK | Telephone call from W. Cosnowski regarding status of arbitration schedule pending arbitration. | 10 | .10 |
| 11/03/06 | HCD | Work on Mediation Statement outline. | 10 | .30 |
| 11/03/06 | HCD | Begin review of GM letter re privilege issues and document production. | 10 | .20 |
| 11/03/06 | DEG | Continue indexing documents for L. Clark. | 10 | 2.30 |
| 11/03/06 | TJL | Review GM produced warranty documents. | 10 | 1.00 |
| 11/06/06 | EMK | E-mail from W. Cosnowski regarding mediation. | 10 | .10 |
| 11/06/06 | HCD | Review client e-mail and follow up re adjournment of dates. | 10 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 11/06/06 | L C | Prepared the case notebook. | 10 | 3.20 |
| 11/07/06 | TJL | Review GM produced data spreadsheets. | 10 | 1.00 |
| 11/08/06 | EMK | E-mail exchange with J. Papelian regarding mediation date. | 10 | .10 |
| 11/08/06 | EMK | Second e-mail exchange regarding mediation. | 10 | .10 |
| 11/08/06 | HCD | Review correspondence re mediation and document production issues and follow up re same. | 10 | .30 |
| 11/08/06 | TJL | Analyze GM produced warranty data. | 10 | 1.30 |
| 11/09/06 | EMK | Telephone call from W. Cosnowski regarding mediation schedule and discovery. | 10 | .10 |
| 11/09/06 | EMK | E-mail to E. Dwyer regarding schedule. | 10 | .10 |
| 11/09/06 | HCD | Follow up re scheduling of Mediation and content/timing of statements. | 10 | .20 |
| 11/09/06 | HCD | Review opposing counsel letters and voice mail re document production issues and privilege log and follow up re same. | 10 | .50 |
| 11/10/06 | EMK | E-mail from E. Dwyer regarding schedule. | 10 | .10 |
| 11/10/06 | EMK | Telephone call from W. Cosnowski regarding schedule revisions because of mediation. | 10 | .10 |
| 11/10/06 | TJL | Organize GM produced documents into more specific categories. | 10 | 1.10 |
| 11/12/06 | EMK | Prepare for conference with E. Dwyer regarding schedule adjournment and document production. | 10 | .30 |
| 11/13/06 | EMK | Telephone call to W. Cosnowski. | 10 | .10 |
| 11/13/06 | EMK | Prepare for conference with E. Dwyer regarding schedule. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Initials | Description | | Hours |
|------|----------|-------------|---|------|
| 11/13/06 | EMK | Telephone conference with E. Dwyer regarding schedule. | 10 | .30 |
| 11/13/06 | EMK | E-mail to arbitrator. | 10 | .20 |
| 11/13/06 | EMK | Telephone call to E. Dwyer. | 10 | .10 |
| 11/13/06 | HCD | Prepare for and participate in conference calls with client and opposing counsel re discovery issues and arbitration scheduling. | 10 | 1.20 |
| 11/14/06 | EMK | E-mail from E. Dwyer regarding schedule. | 10 | .10 |
| 11/14/06 | EMK | E-mail to W. Cosnowski. | 10 | .10 |
| 11/15/06 | EMK | Telephone call to W. Cosnowski regarding schedule. | 10 | .10 |
| 11/15/06 | EMK | Telephone call to E. Dwyer and attempt to reach arbitrator. | 10 | .10 |
| 11/15/06 | EMK | Telephone call to W. Cosnowski. | 10 | .10 |
| 11/16/06 | EMK | Telephone call to arbitrator with E. Dwyer to discuss schedule. | 10 | .20 |
| 11/16/06 | EMK | Telephone call to W. Cosnowski regarding schedule. | 10 | .10 |
| 11/20/06 | HCD | Review memo and power point re defense themes and proofs. | 10 | .50 |
| 11/20/06 | HCD | Conference with client re next steps. | 10 | .20 |
| 11/20/06 | HCD | Prepare for and participate in telephone conference with opposing counsel re discovery issues. | 10 | .80 |
| 11/20/06 | HCD | Draft e-mail re discovery issues to client. | 10 | .40 |
| 11/21/06 | HCD | Work on mediation/facilitation statement and review client supplied materials re same. | 10 | 1.30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

| Date | Init | Description | | Amount |
|------|------|-------------|---|--------|
| 11/21/06 | HCD | Review letter from opposing counsel re discovery issues and follow up with client re same. | 10 | .30 |
| 11/27/06 | EMK | Prepare for conference with F. Manley and W. Cosnowski. | 10 | .20 |
| 11/27/06 | EMK | Telephone call to W. Cosnowski and F. Manley regarding technical summaries. | 10 | 1.70 |
| 11/27/06 | HCD | Review additional client supplied documents. | 10 | .60 |
| 11/27/06 | HCD | Conference with client re motion issues and follow up with opposing counsel re same by letter. | 10 | .80 |
| 11/27/06 | HCD | Conference with client re technical issues. | 10 | 1.60 |
| 11/27/06 | HCD | Review Manley documents. | 10 | .80 |
| 11/28/06 | EMK | Work on identification of potential expert (telephone call to candidate). | 10 | .10 |
| 11/28/06 | HCD | Work on facilitation statement. | 10 | .60 |
| 11/28/06 | HCD | Factual research re facilitation statement. | 10 | .80 |
| 11/28/06 | HCD | Work on letter to opposing counsel re open discovery issues and review responses to same. | 10 | .40 |
| 11/28/06 | HCD | Assess scope and timing of supplemental production. | 10 | .50 |
| 11/29/06 | HCD | Work on mediation statement. | 10 | 1.20 |
| 11/29/06 | HCD | Communicate with opposing counsel re motion and discovery timing. | 10 | .50 |
| 11/29/06 | HCD | Review supplemental materials provided by client. | 10 | .60 |
| 11/30/06 | EMK | Work on mediation statement. | 10 | .40 |
| 11/30/06 | HCD | Negotiations with opposing counsel re discovery document and motion issues. | 10 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

11/30/06  HCD  Review additional client supplied materials      10       1.90
               and work on Facilitation Statement.


                    TOTAL BILLABLE HOURS        47.10

                         TOTAL FEES                  10123.57


DISBURSEMENTS:

        Copies                              89.00
        Messenger Services                  37.50
        Professional Service-Other Counsel  357.50
        Travel Expenses                     13.36
                                        ------------
                                            497.36


                    TOTAL FEES                       10123.57

                    TOTAL DISBURSEMENTS                 497.36
                                            _____

                    Matter Total                     10620.93
                                            ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  INTERIOR GROUP SALE                    000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/03/06 | SJ | Participated in status conference call | 03 | 1.00 |
| 11/06/06 | SJ | Reviewed Phase II ESA - Ponte de Sor, Portugal | 03 | .80 |
| 11/08/06 | SJ | Call with Marta regarding Phase II ECA/ESA Ponte de Sor Report | 03 | .70 |
| 11/13/06 | SJ | Review final  Ponte de Sor Phase II Report revisions | 03 | .40 |
| 11/17/06 | SJ | Follow up with dan Bicknell on Project Mounts Phase I/II | 03 | .30 |
| 11/20/06 | SJ | Review Stier comments re: Project Mounts | 03 | .20 |
| 11/21/06 | SJ | Review purchase agreement language regarding "releases" for Margaret Fakuda | 03 | .50 |
| 11/27/06 | SJ | Commence review of CMM1 Lease | 03 | .40 |


TOTAL BILLABLE HOURS       4.30

TOTAL FEES              963.20

----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


TOTAL FEES              963.20
                     ─────────────

Matter Total          963.20
                     ═════════════

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8322344

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   THE AMERICAN TEAM, INC.                    000115900-0132

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | TBR | E-mail with M. Olson regarding revised Trade Agreement. | 03 | .20 |
| 11/01/06 | TBR | E-mail with B. O'Keefe regarding revised Trade Agreement. | 03 | .20 |

TOTAL BILLABLE HOURS            0.40

TOTAL FEES                        100.00

----------

TOTAL FEES                        100.00

Matter Total                     100.00

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  ADMIRAL TOOL & MANUFACTURING COMPANY      000115900-0134


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/06 | TBR | E-mails with K. Bourassa regarding tools, payoff. | 03 | .60 |
| 11/01/06 | TBR | Telephone conference with A. Perry regarding payoff authority. | 03 | .20 |
| 11/02/06 | TBR | Telephone conference with K. Bourassa regarding final charges. | 03 | .30 |
| 11/02/06 | TBR | E-mails with P. Thompson regarding amended proof of claim. | 03 | .40 |
| 11/02/06 | TBR | Telephone conference with A. Perry regarding funding. | 03 | .20 |
| 11/03/06 | TBR | E-mails with P. Thompson, B. Dugan regarding Accommodation Agreement. | 03 | .50 |
| 11/03/06 | TBR | Conference call with Admiral, Delphi regarding release. | 03 | .40 |
| 11/03/06 | TBR | Draft mutual release. | 03 | .50 |
| 11/03/06 | TBR | E-mails with K. Winiecki regarding release. | 03 | .50 |
| 11/03/06 | TBR | Telephone conference with P. Thompson regarding release. | 03 | .20 |
| 11/03/06 | TBR | E-mail and telephone conferences with K. Bourassa regarding release. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8322344

| Date | | Description | | |
|---|---|---|---|---|
| 11/06/06 | TBR | E-mails with P. Thompson regarding release wire. | 03 | .50 |
| 11/06/06 | TBR | Telephone conference with Pickell regarding wire. | 03 | .20 |
| 11/13/06 | TBR | Review and reply to P. Thompson e-mail regarding invoice. | 03 | .40 |
| 11/13/06 | TBR | E-mail to K. Bourassa regarding status. | 03 | .20 |
| 11/16/06 | TBR | Telephone conference with K. Bourassa regarding status of exit. | 03 | .20 |
| 11/16/06 | TBR | E-mail to P. Thompson regarding release. | 03 | .20 |
| 11/17/06 | TBR | E-mails with P. Thompson regarding release. | 03 | .40 |
| 11/20/06 | TBR | E-mails with K. Craft regarding Amended Proof of Claim, inventory purchase. | 03 | .50 |
| 11/20/06 | TBR | E-mail to K. Bourassa regarding inventory purchase. | 03 | .20 |

TOTAL BILLABLE HOURS        7.10

TOTAL FEES              1775.00

- - - - - - - - - -

TOTAL FEES                    1775.00

Matter Total                 1775.00

=============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  TAWAS INDUSTRIES                        000115900-0137

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/30/06 | MEW | Conference with C. Brown regarding distressed supplier - Tawas Industries - and continued need for production. | 03 | .20 |
| 11/30/06 | MEW | Conference with Joel Kendzorski regarding Tawas status. | 03 | .30 |
| 11/30/06 | MEW | Messages to and conference with Don Maybee regarding Tawas status, Delphi production needs. | 03 | 1.00 |
| 11/30/06 | MEW | Status correspondence to Delphi team. | 03 | .20 |
| 11/30/06 | MEW | Correspondence to and from Tawas restructuring advisor McTevia & Associates regarding production needs. | 03 | .40 |
| 11/30/06 | MEW | Telephone to and from Ralph McDowell - Comerica counsel - regarding status, Delphi production needs. | 03 | .30 |

TOTAL BILLABLE HOURS      2.40

TOTAL FEES          600.00

----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8322344


                              TOTAL FEES              600.00
                                             _____

                              Matter Total            600.00
                                             ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           December 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8322344


                              Invoice Total            94690.24
                                                   ===============