# EXHIBIT F
## (Part 3 of 4)

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

January 30, 2007

To:   David Sherbin, Esq., Delphi Corp.
      Mr. John D. Sheehan., Delphi Corp.
      Ms. Michele M. Piscitelli, Delphi Corp.
      John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
      Alicia M. Leonhard, Esq., Office of the United States Trustee
      Robert J. Rosenberg, Esq., Latham & Watkins, LLP
      Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
      Donald Bernstein, Esq., Davis Polk & Wardell
      Ms. Valeria Venable, GE Plastics, Americas

**Summary of Total Billable Hours by Category**
**for the Period December 1, 2006 through December 31, 2006**

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 278.80 | $63,355.80 |
| Case Administration | 1.20 | 300.00 |
| Employee Benefits/Pensions | 41.20 | 9,923.00 |
| Litigation | 114.30 | 28,847.61 |
| Totals: | 435.50 | $ 102,426.41 |

January 30, 2007
Page 2

## Summary of Disbursements
### for the Period December 1, 2006 through December 31, 2006

| Disbursement | Amount |
|---|---|
| Travel Expenses | $193.00 |
| Copies | $146.50 |
| Digital Reproduction | $119.00 |
| Telephone Charges | $53.19 |
| Motion Fee | $41.20 |
| Filing Fees | $4.08 |
| Long Distance Telecopy Charges | $2.25 |
| Local Telecopy | $.20 |
| Special Postal Charges | $11.22 |
| Federal Express | $168.12 |
| Express Delivery | $39.17 |
| Conference Calls | $2.95 |
| Persuasive Design Group | $8.48 |
| CD Duplication | $5.00 |
| Totals: | $794.36 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
## for the Period December 1, 2006 through December 31, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|------|----------|----------|------|-------|--------|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 38.90 | $12,895.35 |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 84.80 | $21,200.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 78.50 | $19,625.00 |
| Robert T. Wilson | Shareholder | 1999 | $236.00 | 8.40 | $1,982.40 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 55.60 | $13,010.40 |
| Susan L. Johnson | Sr. Attorney | 1984 | $224.00 | 7.50 | $1,680.00 |
| Paula A. Hall | Associate | 2000 | $200.00 | 70.40 | $14,080.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 10.60 | $2,120.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 30.60 | $7,803.00 |
| John R. Stevenson | Associate | 2002 | $192.00 | 21.50 | $4,128.00 |
| Thomas A. Kabel | Associate | 1999 | $188.00 | .80 | $150.40 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | 12.70 | $2,051.05 |
| Timothy J. Lowe | Associate | 2005 | $148.75 | 4.40 | $654.51 |
| **Paralegals** | | | | | |
| Laura E. Clark | Paralegal | | $119.00 | .20 | $23.80 |
| Leonor Hendricksen | Paralegal | | $100.00 | 8.10 | $810.00 |
| Kimberly Schoening | Paralegal | | $85.00 | 2.50 | $212.50 |
| Grand Total: | | | | 435.50 | $102,426.41 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL                              000115900-0015


DISBURSEMENTS:

        Copies                             35.90
        Express Delivery Charges          168.12
        Motion Fee                         41.20
                                         ----------
                                           245.22

                    TOTAL DISBURSEMENTS     245.22

                    Matter Total            245.22
                                         ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  U.S. AEROTEAM, INC.                    000115900-0035


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/04/06 | JRS | Factual research and analysis re motion to dismiss. | 03 | .70 |
| 12/12/06 | TBR | Telephone conference with J. Papelian regarding status. | 03 | .20 |

TOTAL BILLABLE HOURS        0.90

TOTAL FEES                184.40

DISBURSEMENTS:

Copies                                       0.90
                                      ------------
                                            0.90


TOTAL FEES                      184.40

TOTAL DISBURSEMENTS               0.90
                              ------------
Matter Total               185.30
                           ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TOWER AUTOMOTIVE, INC.                    000115900-0074


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/04/06 | TBR | Review file regarding disputed amount recovery. | 03 | .50 |
| 12/04/06 | TBR | E-mails with S. Snell regarding disputed amount recovery. | 03 | .40 |
| 12/04/06 | TBR | E-mail to R. Bennett regarding disputed amount recovery. | 03 | .40 |
| 12/07/06 | TBR | E-mail to R. Bennett regarding disputed amount. | 03 | .20 |
| 12/12/06 | TBR | Review and respond to R. Bennett e-mail regarding disputed amount. | 03 | .20 |
| 12/12/06 | TBR | Review and respond to S. Snell e-mail regarding disputed amount. | 03 | .30 |
| 12/14/06 | TBR | Telephone conference with S. Snell regarding legal rights on disputed amount. | 03 | .30 |
| 12/18/06 | TBR | E-mail to S. Snell regarding disputed amount. | 03 | .20 |
| 12/21/06 | TBR | Telephone conferences with S. Snell, R. Reese regarding collection issues. | 03 | .30 |
| 12/22/06 | TBR | Review Snell e-mail regarding payment demand. | 03 | .20 |
| 12/26/06 | TBR | Review and reply to Reese e-mail regarding Tower setoffs. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


TOTAL BILLABLE HOURS        3.30

TOTAL FEES                        825.00

                                 ----------


TOTAL FEES                        825.00

Matter Total                      825.00
                              ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

January 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   EMPLOYMENT SECONDMENT                         000115900-0078

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/01/06 | C_G | Drafted Martinez position statement. | 06 | 5.00 |
| 12/01/06 | C_G | Attention to Rice Charge, including review of paperwork from Jennifer McKenzie and follow-up phone calls and e-mails regarding additional information. | 06 | 1.60 |
| 12/04/06 | C_G | Edited Martinez position statement and e-mailed the position statement to Jeffery M. Peterson. | 06 | .90 |
| 12/04/06 | C_G | Drafted first draft of Rice Position Statement. | 06 | 2.30 |
| 12/05/06 | C_G | Received changes from Jeffery Peterson on Martinez Position Statement; made changes and mailed Position Statement. | 06 | .50 |
| 12/05/06 | C_G | Additional follow-up with Jennifer McKenzie regarding Rice Charge and alleged "comparable" Nick Jenkins. | 06 | .20 |
| 12/05/06 | C_G | E-mail to Dave Cox regarding Long Charge. | 06 | .10 |
| 12/06/06 | C_G | Receipt of information from Jennifer McKenzie for Rice Charge; review of statistical data for Rice Charge; edited Position Statement. | 06 | .80 |
| 12/06/06 | C_G | Call to Dave Cox regarding Long Charge. | 06 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384853)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | | Description | | |
|---|---|---|---|---|
| 12/06/06 | C_G | Call to Dereon Pruitt regarding Cryderman Charge. | 06 | .10 |
| 12/07/06 | C_G | Edited Rice Position Statement. | 06 | 2.80 |
| 12/11/06 | C_G | Finalized and e-mailed Cryderman Position Statement to Jeff Peterson for his review. | 06 | 2.30 |
| 12/12/06 | C_G | Drafted and sent extension letter for Long charge of discrimination, and started drafting position statement on Long charge of discrimination. | 06 | 1.30 |
| 12/13/06 | C_G | Organized exhibits and mailed Cryderman position statement. | 06 | .30 |
| 12/13/06 | C_G | Drafted position statement on Long Charge of Discrimination. | 06 | 4.10 |
| 12/18/06 | C_G | E-mail to Jeffery Peterson regarding the Long position statement. | 06 | .10 |
| 12/18/06 | C_G | E-mail and phone call to Dave Biddlecomb regarding the investigation into the Clint Eastwood Jackson Charge. | 06 | .10 |
| 12/18/06 | C_G | Review of all 35 position statements written for Delphi to update the status list and determine which charges are still pending. | 06 | .30 |
| 12/19/06 | C_G | E-mail to Denise LaPlante regarding the status of charges; updated Position Statement Chart with information from Denise LaPlante. | 06 | .20 |
| 12/20/06 | C_G | Finalized and filed Long position statement. | 06 | 1.00 |
| 12/20/06 | C_G | Call to Dave Biddlecomb regarding Jackson Charge. | 06 | .10 |
| 12/20/06 | C_G | Attention to new Charge from Shay Dixon including review of Charge, drafting extension letter and call to Marilyn Lilley. | 06 | 1.00 |
| 12/21/06 | C_G | Started drafting Jackson position statement. | 06 | 3.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

12/22/06   C_G   Continued drafting Jackson position statement   06        2.20
                 including follow-up with Dave Biddlecomb
                 regarding necessary additional information.


                      TOTAL BILLABLE HOURS      30.60

                           TOTAL FEES              7803.00


DISBURSEMENTS:

        Copies                                 22.10
        Special Postal Charges                 11.22
        Express Delivery Charges               16.30
                                              ----------
                                                 49.62



                 TOTAL FEES                       7803.00

                 TOTAL DISBURSEMENTS                49.62
                                              _____

                      Matter Total                7852.62
                                              ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

January 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  BROCKWAY PRESSED METALS, INC.          000115900-0080

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/04/06 | MEW | Correspondence regarding case status. | 03 | .10 |
| 12/06/06 | MEW | Review LaSalle motion regarding remittance of certain funds. | 03 | .30 |
| 12/07/06 | MEW | Conference with A. Perry, P. Goy regarding Brockway wind-down status. | 03 | .20 |
| 12/09/06 | MEW | Correspondence and analysis of security deposit ownership issue. | 03 | .30 |
| 12/19/06 | MEW | Correspondence regarding LaSalle settlement. | 03 | .10 |

TOTAL BILLABLE HOURS          1.00

TOTAL FEES                          250.00

- - - - - - - - - -

TOTAL FEES                          250.00

Matter Total                        250.00

=============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

January 12, 2007


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PLASCO                                      000115900-0097


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/01/06 | TBR | E-mail and telephone conference with M. Staudt, attorney for First Financial, regarding loan closing. | 03 | .50 |
| 12/01/06 | TBR | E-mail to A. Perry regarding replacement financing. | 03 | .20 |
| 12/06/06 | TBR | Telephone conference with M. Staudt regarding payoff. | 03 | .20 |
| 12/06/06 | TBR | E-mail with A. Perry regarding payoff. | 03 | .20 |
| 12/06/06 | TBR | E-mails with K. Craft regarding waiver letter. | 03 | .70 |
| 12/06/06 | TBR | E-mail with C. Archambault regarding waiver letter. | 03 | .20 |
| 12/07/06 | TBR | Review and respond to Hollencamp e-mails regarding lien discharges. | 03 | .40 |
| 12/07/06 | TBR | Telephone conference with C. Archambault regarding waiver letter. | 03 | .20 |
| 12/07/06 | TBR | E-mail to M. Staudt regarding waiver letter. | 03 | .20 |
| 12/07/06 | TBR | Review file regarding interest on participations. | 03 | .40 |
| 12/07/06 | JRS | Confer with T. Radom re accommodation agreement. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 12/07/06 | JRS | Legal research and analysis re accommodation agreement. | 03 | .60 |
| 12/08/06 | TBR | E-mails with M. Staudt regarding Delphi payoff. | 03 | .40 |
| 12/08/06 | TBR | Review lien discharges. | 03 | .30 |
| 12/08/06 | TBR | E-mails with A. Hollencamp regarding discharges. | 03 | .40 |
| 12/11/06 | TBR | Telephone conference with C. Archambault regarding payoff. | 03 | .20 |
| 12/11/06 | TBR | Review Staudt e-mail regarding payoff. | 03 | .20 |
| 12/12/06 | TBR | Telephone conference with T. Martin regarding payoff. | 03 | .30 |
| 12/12/06 | TBR | Review Perry e-mails regarding payoff. | 03 | .40 |
| 12/12/06 | TBR | E-mail to M. Staudt regarding payoff. | 03 | .20 |
| 12/13/06 | TBR | E-mails and telephone conferences with A. Perry regarding payoff. | 03 | .50 |
| 12/13/06 | TBR | E-mail with M. Staudt regarding payoff. | 03 | .20 |
| 12/14/06 | TBR | Telephone conference with T. Martin regarding payoff. | 03 | .30 |
| 12/14/06 | TBR | Telephone conference with C. Archambault regarding payoff. | 03 | .20 |
| 12/18/06 | TBR | E-mails with A. Perry regarding payoff. | 03 | .20 |

TOTAL BILLABLE HOURS        7.80

TOTAL FEES              1903.60

----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


                    TOTAL FEES                1903.60
                                         ————————————

                    Matter Total             1903.60
                                         ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  POST BANKRUPTCY GENERAL            000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/06/06 | TBR | E-mails with A. Zsoldos regarding fee statements. | 04 | .50 |
| 12/07/06 | TBR | Review and reply to A. Chaval e-mail regarding fee statements. | 04 | .30 |
| 12/28/06 | TBR | Review e-mail regarding December fee estimates. | 04 | .20 |
| 12/29/06 | TBR | Telephone conference with office regarding December fee estimate. | 04 | .20 |

TOTAL BILLABLE HOURS        1.20

TOTAL FEES                300.00

- - - - - - - - - -


TOTAL FEES                300.00

Matter Total              300.00

==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MRC INDUSTRIAL GROUP, INC.          000115900-0102

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/11/06 | MEW | Status email from T. Sable regarding collection and settlement efforts regarding MRC receivables. | 03 | .20 |
| 12/20/06 | MEW | Correspondence regarding Third Trust Agreement and review draft of Agreement. | 03 | .20 |
| 12/21/06 | MEW | Review proposed proof of claim. | 03 | .20 |
| 12/22/06 | MEW | Review status memo and trust agreement status from BBK. | 03 | .30 |

TOTAL BILLABLE HOURS          0.90

TOTAL FEES                          225.00

- - - - - - - - - -

TOTAL FEES                          225.00

Matter Total                       225.00

==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MPC                                    000115900-0107

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/04/06 | TBR | Telephone conference with N. Lamb-Hale, J. Applebaum regarding post sale issues. | 03 | .40 |
| 12/04/06 | TBR | E-mail to T. Dunn regarding Repokis. | 03 | .20 |
| 12/04/06 | TBR | Review agreements regarding Repokis. | 03 | .60 |
| 12/05/06 | TBR | Conference call with customers regarding sale proceeds issues. | 03 | .70 |
| 12/05/06 | TBR | Review Dunn e-mail regarding Repokis. | 03 | .20 |
| 12/05/06 | JRS | Confer with T. Radom re construction lien. | 03 | .10 |
| 12/05/06 | JRS | Legal research and analysis re construction lien. | 03 | 1.00 |
| 12/07/06 | TBR | Further legal research regarding priority of lien. | 03 | 1.00 |
| 12/07/06 | TBR | E-mail to Customer Group regarding legal research on priority of construction lien. | 03 | .20 |
| 12/07/06 | TBR | Conference call with Customer Group regarding status of post-sale issues. | 03 | 1.00 |
| 12/07/06 | TBR | Telephone conference with C. Carson regarding Repokis. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

TOTAL BILLABLE HOURS          5.70

TOTAL FEES              1361.20

- - - - - - - - - -

TOTAL FEES                      1361.20

Matter Total                    1361.20
==============

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384483)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  PLYMOUTH RUBBER                          000115900-0109

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/04/06 | JRS | Factual research and analysis re plan of reorganization. | 03 | .80 |

TOTAL BILLABLE HOURS      0.80

TOTAL FEES                     153.60

DISBURSEMENTS:

Copies                              4.10
                                 ----------
                                    4.10

TOTAL FEES                     153.60

TOTAL DISBURSEMENTS            4.10
                             ----------
Matter Total                   157.70
                             ============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  NEFF-PERKINS COMPANY                   000115900-0114

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/05/06 | TBR | Telephone conference with D. Neumann regarding die removal cost. | 03 | .20 |
| 12/05/06 | TBR | Telephone conference with A. Bowman regarding die removal cost. | 03 | .20 |
| 12/15/06 | TBR | Telephone conference and e-mails with A. Bowman regarding production. | 03 | .40 |
| 12/18/06 | TBR | E-mails with D. Neumann regarding January production request. | 03 | .40 |

TOTAL BILLABLE HOURS        1.20

TOTAL FEES                          300.00

- - - - - - - - - -

TOTAL FEES                          300.00

Matter Total                        300.00
================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

January 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   CEP PRODUCTS                              000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/01/06 | TBR | Worked on Hermosillo closing. | 03 | 3.50 |
| 12/01/06 | TBR | Telephone conferences with T. Wearsch regarding Hermosillo closing. | 03 | 1.00 |
| 12/01/06 | TBR | Conferences with B. Wilson regarding Transition Agreements. | 03 | .50 |
| 12/01/06 | TBR | Telephone conferences with Delphi Team regarding Hermosillo closing. | 03 | 1.00 |
| 12/01/06 | TBR | Conference with T. Kabel regarding lease amendment, assignment. | 03 | .30 |
| 12/01/06 | TBR | Review BBK e-mail regarding bonus pool hearing. | 03 | .20 |
| 12/01/06 | TBR | E-mail to M. Everett, A. Perry regarding bonus pool hearing. | 03 | .50 |
| 12/01/06 | TBR | E-mail and telephone conference with M. Everett regarding Middlefield. | 03 | .40 |
| 12/01/06 | TBR | Review e-mails regarding draft order on bonus pool. | 03 | .50 |
| 12/01/06 | TBR | Telephone conference with K. Katsma regarding bonus pool order. | 03 | .20 |
| 12/01/06 | MEW | Review various executed closing documents. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/01/06 | MEW | Review Transition Services Agreement. | 03 | .30 |
| 12/01/06 | RTW | Attention to review of revised drafts of same received from Ms. Wilkens. | 03 | .90 |
| 12/01/06 | RTW | Telephone conferences with Dana Mesler concerning status of transaction, modifications to Transition Services Agreements and ancillary documents. | 03 | 1.10 |
| 12/01/06 | RTW | Telephone conferences with Beth Wilkens concerning Transition Services Agreement. | 03 | 1.00 |
| 12/01/06 | RTW | Consultations with Thomas Radom concerning status of closing documents and modifications to same. | 03 | 1.50 |
| 12/01/06 | RTW | E-mails to and from Dana Mesler and Roberto Berry concerning closing and obtaining of signature pages, miscellaneous issues. | 03 | 2.10 |
| 12/01/06 | RTW | Attention to e-mail from Thomas Wearsch concerning Bill of Sale, review of Bill of Sale. | 03 | .40 |
| 12/01/06 | TAK | Conference with T. Radom re review of landlord-executed documents. | 03 | .20 |
| 12/01/06 | TAK | Further revising of lease amendment and lease assignment. | 03 | .60 |
| 12/04/06 | TBR | E-mails with Delphi Team regarding Hermosillo documents. | 03 | 1.30 |
| 12/04/06 | TBR | Telephone conference with T. Wearsch regarding Hermosillo closing issues. | 03 | .40 |
| 12/04/06 | TBR | Review draft order regarding bonus pool. | 03 | .50 |
| 12/04/06 | TBR | E-mails with professionals regarding bonus pool order. | 03 | .80 |
| 12/04/06 | TBR | Telephone conference with D. Mesler regarding post-closing issues. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | Init | Description | | |
|---|---|---|---|---|
| 12/04/06 | RTW | Attention to e-mail from Angel Olivas concerning tax provisions in Transition Services Agreement. | 03 | .20 |
| 12/04/06 | RTW | Attention to e-mail from Dana Mesler with accompanying signature pages and forward same to Thomas Radom. | 03 | .30 |
| 12/04/06 | RTW | Attention to file, compilation of closing documents. | 03 | .90 |
| 12/04/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio, Eastern Division and obtained copies of the pleadings; case administration. | 03 | .50 |
| 12/05/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 4.00 |
| 12/06/06 | TBR | Review BBK e-mails regarding restructuring costs, borrowing base. | 03 | .80 |
| 12/06/06 | TBR | Review Hammer e-mail regarding borrowing base. | 03 | .20 |
| 12/06/06 | TBR | Review A. Olivas e-mail regarding Hermosillo. | 03 | .20 |
| 12/06/06 | TBR | Review and reply to D. Mesler e-mail regarding Hermosillo documents. | 03 | .50 |
| 12/06/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division; case administration. | 03 | .50 |
| 12/07/06 | TBR | Review BBK e-mails regarding borrowing base issues. | 03 | .70 |
| 12/07/06 | TBR | Review S. Linderman e-mail regarding borrowing base. | 03 | .20 |
| 12/07/06 | TBR | Review e-mails regarding restructuring costs. | 03 | .50 |
| 12/07/06 | TBR | Telephone conference with T. Wearsch regarding Hermosillo documents. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 12/07/06 | TBR | Telephone conferences and e-mails with M. Everett, J. Fetter regarding Middlefield. | 03 | .80 |
| 12/07/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings;  case administration. | 03 | .30 |
| 12/08/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division; case administration. | 03 | .30 |
| 12/11/06 | TBR | Telephone conference with C. Archambault regarding Vandalia. | 03 | .20 |
| 12/11/06 | TBR | Review and reply to J. Downs e-mail regarding Middlefield. | 03 | .40 |
| 12/12/06 | TBR | Conference with J. Stevenson regarding court hearing. | 03 | .20 |
| 12/12/06 | TBR | Review Stevenson e-mail regarding summary of court hearing. | 03 | .20 |
| 12/12/06 | JRS | Prepare for and attend hearing telephonically re CEP Holdings, LLC et al. performance bonus plan. | 03 | .80 |
| 12/13/06 | TBR | Review court order regarding bonus pool. | 03 | .30 |
| 12/13/06 | TBR | E-mail to A. Perry regarding bonus pool order. | 03 | .20 |
| 12/13/06 | TBR | Telephone conference with J. Bambery regarding Middlefield, expiration of DIP budget. | 03 | .20 |
| 12/13/06 | TBR | Review DIP order regarding budget, production rights at Middlefield. | 03 | 1.00 |
| 12/13/06 | TBR | Telephone conference and e-mail with J. Fetter regarding final Middlefield production. | 03 | .50 |
| 12/13/06 | TBR | E-mail to CEP, Wachovia regarding Middlefield completion notice. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | Atty | Description | | |
|---|---|---|---|---|
| 12/13/06 | TBR | Review T. Wearsch e-mail regarding Hermosillo. | 03 | .20 |
| 12/13/06 | JRS | Review and analyze orders and related documents re performance bonus plan. | 03 | .80 |
| 12/14/06 | TBR | E-mail with J. Bambery regarding Middlefield. | 03 | .20 |
| 12/14/06 | TBR | Review BBK cost analysis regarding Middlefield. | 03 | .20 |
| 12/14/06 | TBR | E-mail to J. Downs regarding DIP order, budget. | 03 | .30 |
| 12/14/06 | TBR | E-mails to Delphi Team, BBK regarding Middlefield. | 03 | .40 |
| 12/14/06 | TBR | E-mail to CEP, Wachovia, UCC Professionals regarding Middlefield cost analysis. | 03 | .20 |
| 12/14/06 | TBR | E-mail to M. Freedlander regarding Middlefield completion notice. | 03 | .20 |
| 12/14/06 | JRS | Review and analyze orders and related documents re performance bonus plan. | 03 | 1.70 |
| 12/15/06 | TBR | Telephone conferences with J. Bambery regarding Middlefield. | 03 | .40 |
| 12/18/06 | TBR | Review Pizzorno e-mail regarding wind down costs. | 03 | .20 |
| 12/18/06 | TBR | Telephone conference with T. Wearsch regarding Middlefield. | 03 | .30 |
| 12/18/06 | TBR | Review Downs e-mail regarding budget extension. | 03 | .20 |
| 12/19/06 | TBR | Telephone conference and e-mail with T. Wearsch regarding Middlefield. | 03 | .50 |
| 12/19/06 | TBR | E-mail and telephone conference with J. Fetter regarding Middlefield. | 03 | .40 |
| 12/19/06 | TBR | Telephone conference with J. Hutchinson regarding Delphi payables. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

| Date | | Description | | |
|---|---|---|---|---|
| 12/19/06 | TBR | E-mail to A. Perry regarding Delphi payables. | 03 | .20 |
| 12/19/06 | L H | Reviewed docket on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.00 |
| 12/20/06 | TBR | Review Pizzorno e-mails regarding funding issues. | 03 | .40 |
| 12/20/06 | TBR | Review DIP Order regarding funding issues. | 03 | .30 |
| 12/20/06 | TBR | E-mail to A. Perry regarding funding issues. | 03 | .20 |
| 12/20/06 | TBR | E-mails with T. Wearsch regarding Middlefield. | 03 | .40 |
| 12/20/06 | TBR | Review and reply to C. Justice e-mail regarding Middlefield equipment. | 03 | .40 |
| 12/20/06 | TBR | Assemble Hermosillo closing documents. | 03 | .50 |
| 12/20/06 | TBR | E-mail to D. Mesler regarding Hermosillo. | 03 | .20 |
| 12/20/06 | TBR | Review T. Wearsch e-mail regarding Hermosillo employees. | 03 | .20 |
| 12/20/06 | TBR | Telephone conference with M. Pizzorno regarding funding issues. | 03 | .20 |
| 12/21/06 | TBR | Telephone conference with office regarding Hermosillo Agreements. | 03 | .20 |
| 12/21/06 | TBR | E-mail to T. Wearsch regarding Hermosillo. | 03 | .20 |
| 12/26/06 | TBR | E-mail to T. Wearsch regarding follow up on Hermosillo. | 03 | .20 |

TOTAL BILLABLE HOURS        46.30

TOTAL FEES                10226.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


DISBURSEMENTS:

          Copies                              25.60
          Travel Expenses                    193.00
                                           - - - - - - - - - -
                                             218.60


                    TOTAL FEES              10226.40

                    TOTAL DISBURSEMENTS       218.60
                                           ———————————
                    Matter Total            10445.00
                                           ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  PIXLEY RICHARDS, INC.                        000115900-0120

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/06/06 | TBR | E-mail to B. Smith, J. Jonas regarding Agreements. | 03 | .30 |
| 12/06/06 | TBR | E-mails with T. Dunn regarding Agreements. | 03 | .20 |

TOTAL BILLABLE HOURS        0.50

TOTAL FEES                125.00

- - - - - - - - - -

TOTAL FEES                125.00

Matter Total             125.00

==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384885)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MILLER INDUSTRIAL PRODUCTS            000115900-0121

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/06/06 | MEW | Review, draft and revise Accommodation Agreement and Access Agreement and forward to Miller counsel. | 03 | 1.00 |
| 12/06/06 | MEW | Conference with Miller counsel regarding current status of Agreements. | 03 | .40 |
| 12/07/06 | MEW | Conference with Miller counsel regarding change to Accommodation Agreement. | 03 | .20 |
| 12/07/06 | MEW | Revise Accommodation Agreement and correspondence to Miller and Delphi with revised, execution copies of Accommodation and Access Agreements. | 03 | .40 |
| 12/07/06 | MEW | Correspondence from C. Archambault regarding open setoff issues with respect to Accommodation Agreement. | 03 | .40 |
| 12/18/06 | MEW | Correspondence regarding Miller cash needs. | 03 | .10 |
| 12/19/06 | MEW | Conference with C. Archambault regarding Miller Accommodation Agreement. | 03 | .20 |
| 12/19/06 | MEW | Conference with C. Aymond regarding setoff of $28,000. | 03 | .10 |
| 12/19/06 | MEW | Conference with C. Archambault regarding Accommodation Agreement status. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/19/06 | MEW | Conference with C. Archambault regarding Miller status, agreement, funding. | 03 | .30 |
| 12/19/06 | MEW | Conference with Miller counsel regarding exceptions in no-offset agreement. | 03 | .20 |
| 12/19/06 | MEW | Conference with C. Archambault regarding transaction status, terms. | 03 | .20 |
| 12/20/06 | MEW | Correspondence regarding payment to Miller. | 03 | .10 |
| 12/20/06 | MEW | Review and discuss Settlement Agreement with Miller counsel. | 03 | .40 |

TOTAL BILLABLE HOURS        4.10

TOTAL FEES            1025.00

- - - - - - - - - -

TOTAL FEES            1025.00

Matter Total            1025.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  INNOVATIVE GROUP GLOBAL, INC.          000115900-0122



DISBURSEMENTS:

        Copies                                      1.00
                                              - - - - - - - - - -
                                                    1.00

                        TOTAL DISBURSEMENTS          1.00

                             Matter Total            1.00
                                              ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

January 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  I & W INDUSTRIES, INC.                    000115900-0124

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/04/06 | TBR | Draft bill of sale. | 03 | .40 |
| 12/04/06 | TBR | Telephone conference and e-mail with R. Schneider regarding bill of sale. | 03 | .50 |
| 12/04/06 | TBR | E-mail to T. Lindahl regarding bill of sale. | 03 | .20 |
| 12/06/06 | TBR | Telephone conferences and e-mails with R. Schneider regarding equipment purchase. | 03 | 1.20 |
| 12/06/06 | TBR | E-mail to S. Grow regarding equipment purchase. | 03 | .20 |
| 12/06/06 | TBR | Telephone conference with T. Lindahl regarding equipment purchase. | 03 | .20 |
| 12/07/06 | TBR | Telephone conferences and e-mails to T. Lindahl regarding equipment purchase. | 03 | 1.00 |
| 12/07/06 | TBR | Finalized bill of sale and equipment list. | 03 | .50 |
| 12/07/06 | TBR | E-mails with Delphi Team regarding equipment purchase. | 03 | .70 |
| 12/07/06 | JRS | Confer with T. Radom re bailment agreement. | 03 | .10 |
| 12/07/06 | JRS | Research and draft bailment agreement. | 03 | 2.70 |
| 12/08/06 | TBR | E-mail to S. Grow regarding partial discharge on equipment. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/08/06 | TBR | Review and revise Bailment Agreement. | 03 | 1.00 |
| 12/08/06 | TBR | E-mail to T. Lindahl regarding Bailment Agreement. | 03 | .20 |
| 12/12/06 | TBR | E-mails with T. Lindahl regarding Bailment Agreement. | 03 | .40 |
| 12/14/06 | TBR | Review comments to Bailment Agreement. | 03 | .20 |
| 12/20/06 | TBR | E-mails with S. Grow regarding S/I Release. | 03 | .40 |

                    TOTAL BILLABLE HOURS      10.10

                         TOTAL FEES                  2362.60

DISBURSEMENTS:

            Copies                            6.50
            Telephone Charges                35.33
            Conference Calls                  2.95
                                          -----------
                                                44.78


                  TOTAL FEES                       2362.60

                  TOTAL DISBURSEMENTS                 44.78
                                          _____

                  Matter Total                     2407.38
                                          =============

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

January 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  BING METALS GROUP, INC.                    000115900-0125

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/05/06 | TBR | Telephone conference with M. Everett regarding funding. | 03 | .20 |
| 12/11/06 | TBR | Review term sheet and financials. | 03 | .50 |
| 12/11/06 | TBR | Telephone conference with M. Everett regarding meeting. | 03 | .20 |
| 12/12/06 | TBR | Review M. Everett e-mail regarding summary of meeting. | 03 | .20 |
| 12/13/06 | TBR | Review M. Everett e-mail regarding Accommodation Agreement. | 03 | .20 |
| 12/14/06 | TBR | Review draft Trade Agreement. | 03 | .20 |
| 12/20/06 | TBR | Telephone conferences with M. Everett, A. Perry regarding strategic alternatives. | 03 | .70 |
| 12/20/06 | TBR | Worked on Accommodation Agreement. | 03 | .40 |
| 12/20/06 | TBR | E-mail to Everett, Perry regarding Agreements. | 03 | .20 |
| 12/21/06 | TBR | Review documents. | 03 | .70 |
| 12/21/06 | TBR | Telephone conference with M. Everett regarding documents. | 03 | .30 |
| 12/22/06 | TBR | Telephone conferences with J. Fischer regarding Accommodation Agreement. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | | Description | | |
|---|---|---|---|---|
| 12/22/06 | TBR | Telephone conferences with M. Everett regarding Accommodation Agreement. | 03 | .70 |
| 12/28/06 | TBR | Telephone conferences with J. Fischer regarding extension of agreements. | 03 | .50 |
| 12/28/06 | TBR | Review agreements. | 03 | .50 |
| 12/28/06 | TBR | E-mail to A. Perry, M. Everett regarding agreements. | 03 | .40 |
| 12/28/06 | TBR | Review and reply to A. Perry e-mail regarding agreements. | 03 | .20 |
| 12/28/06 | TBR | Review Bakst e-mail regarding agreements. | 03 | .20 |

TOTAL BILLABLE HOURS        6.80

TOTAL FEES          1700.00

DISBURSEMENTS:

Copies                                              6.50
                                              ----------
                                                    6.50


TOTAL FEES                     1700.00

TOTAL DISBURSEMENTS                6.50
                              _____
Matter Total               1706.50
                              ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  AMERICAN RUBBER PRODUCTS                    000115900-0127

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/06/06 | MEW | Review extension agreements, as executed. | 03 | .20 |

TOTAL BILLABLE HOURS          0.20

TOTAL FEES                              50.00

- - - - - - - - - -

TOTAL FEES                              50.00

Matter Total                           50.00
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


                    [PRIVILEGED AND CONFIDENTIAL INFORMATION]


          RE:  QC ONICS                          000115900-0128


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/01/06 | MEW | Prepare for and participate in status call with QC principal. | 03 | 1.20 |
| 12/01/06 | MEW | Conference with T. Monahan and D. Wollschlager regarding wind-down status. | 03 | .40 |
| 12/01/06 | MEW | Conference with P. Hall regarding and review Amended Intercustomer Agreement. | 03 | .30 |
| 12/01/06 | MEW | Conferences with D. Wollschlager and T. Monahan regarding exit and closing issues. | 03 | .30 |
| 12/01/06 | MEW | Conference with R. Chapman regarding exit strategy. | 03 | .40 |
| 12/01/06 | MEW | Conferences with Delphi regarding removal of tooling and raw materials from Reynosa. | 03 | .80 |
| 12/01/06 | MEW | Review wind-down open issues. | 03 | .20 |
| 12/01/06 | MEW | Correspondence regarding customer split. | 03 | .10 |
| 12/01/06 | MEW | Review Second Amendment to Intercustomer Agreement. | 03 | .20 |
| 12/01/06 | MEW | Correspondence regarding customer percentages. | 03 | .10 |
| 12/01/06 | P H | Telephone call from A. Perry. | 03 | .20 |
| 12/01/06 | P H | Conference with M. E. Wilkins. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/01/06 | P H | Attention to amendments to Intercustomer Agreement. | 03 | .30 |
| 12/01/06 | P H | Correspondence to and from A. Perry. | 03 | .30 |
| 12/01/06 | P H | Telephone call to T. Monahan. | 03 | .20 |
| 12/01/06 | P H | Correspondence to Customer Group. | 03 | .20 |
| 12/01/06 | P H | Correspondence to D. Wollschlager re: same. | 03 | .20 |
| 12/02/06 | MEW | Review Agenda for 12/04 Customer call, related spreadsheets. | 03 | .20 |
| 12/03/06 | MEW | Correspondence regarding wind-down issues. | 03 | .20 |
| 12/04/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .80 |
| 12/04/06 | MEW | Follow-up work regarding wind-down issues. | 03 | .70 |
| 12/04/06 | MEW | Conference with D. Wollschlager regarding Nova/Link meeting. | 03 | .20 |
| 12/04/06 | MEW | Conference with P. Hall regarding amended intercustomer agreement. | 03 | .20 |
| 12/04/06 | MEW | Correspondence regarding sale, accommodations request of customers. | 03 | .20 |
| 12/04/06 | MEW | Letter from S. Israel demanding escrow of severance indemnification. | 03 | .10 |
| 12/04/06 | P H | Multiple correspondence to and from A. Perry re: Intercustomer Agreement. | 03 | .70 |
| 12/04/06 | P H | Revisions to same. | 03 | .60 |
| 12/04/06 | P H | Conference with M. E. Wilkins. | 03 | .60 |
| 12/04/06 | P H | Correspondence to and from L. Gavin and D. Wollschlager. | 03 | .60 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | Initials | Description | | |
|------|------|-------------|---|---|
| 12/05/06 | MEW | Review Debtor communications to non-participating customers regarding financial difficulties. | 03 | .50 |
| 12/05/06 | MEW | Correspondence to L. Gavin regarding QC accommodations and discussions with non-participating customers. | 03 | .20 |
| 12/05/06 | MEW | Work with Delphi, BBK regarding Nova/Link request that severance be placed in escrow. | 03 | .80 |
| 12/05/06 | MEW | Correspondence regarding Nova/Link negotiations. | 03 | .10 |
| 12/05/06 | MEW | Review additional QC communications with non-participating customers. | 03 | .40 |
| 12/05/06 | P H | Correspondence to and from D. Wollschlager, L. Gavin, D. Reamer, and A. Perry. | 03 | .60 |
| 12/05/06 | P H | Telephone call from A. Perry. | 03 | .70 |
| 12/06/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.00 |
| 12/06/06 | MEW | Review Second Amended Intercustomer Agreement. | 03 | .20 |
| 12/06/06 | MEW | Correspondence regarding discussions with Debtor's principal Larry Smith. | 03 | .10 |
| 12/06/06 | MEW | Review talking points requested by Debtor for discussions with other customers. | 03 | .20 |
| 12/06/06 | MEW | Review docket regarding DIP order and forward entered order to Customer group. | 03 | .30 |
| 12/06/06 | MEW | Correspondence regarding deal terms with Nova/Link. | 03 | .20 |
| 12/06/06 | P H | Conference call with Customer Group. | 03 | 1.00 |
| 12/07/06 | MEW | Work on open issues relating to resourcing from Reynosa, terms of agreement with Nova/Link. | 03 | 1.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/07/06 | MEW | Conference with D. Wollschlager regarding options for agreement with Nova/Link. | 03 | .30 |
| 12/07/06 | MEW | Prepare for and participate in Customer call in advance of Customer meeting with Nova/Link representatives. | 03 | 1.00 |
| 12/07/06 | MEW | Status call with Yazaki outside counsel - Tom Yoder. | 03 | .50 |
| 12/07/06 | MEW | Conference with D. Wollschlager regarding Customer call with Nova/Link, strategy going forward. | 03 | .40 |
| 12/07/06 | MEW | Review and revise letter to other customers requested by Larry Smith and circulate to Customer group. | 03 | .40 |
| 12/07/06 | MEW | Review minutes and agenda for 12/08/06 Customer call. | 03 | .10 |
| 12/07/06 | P H | Attention to National City Purchase Agreement. | 03 | .70 |
| 12/08/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .90 |
| 12/08/06 | MEW | Review and consideration of Letter (requested by QC) for use in dealing with non-participating customers. | 03 | .30 |
| 12/08/06 | MEW | Correspondence regarding discussions with Nova/Link and QC regarding transition from Reynosa. | 03 | .20 |
| 12/08/06 | MEW | Correspondence and analysis of appropriate location to move Customer and QC property following departure from Reynosa. | 03 | .50 |
| 12/08/06 | MEW | Correspondence from Nova/Link regarding payment expectations. | 03 | .20 |
| 12/08/06 | MEW | Conference with D. Wollschlager regarding Nova/Link issues, request for escrow. | 03 | .30 |
| 12/08/06 | MEW | Correspondence regarding Nova/Link payments. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| 12/08/06 | MEW | Outline possible alternatives to resolve open issues with Nova/Link. | 03 | .50 |
|---|---|---|---|---|
| 12/08/06 | P H | Conference calls with Customer Group. | 03 | .90 |
| 12/10/06 | MEW | Review and analysis of Nova/Link request for establishment of escrow account regarding severance obligation. | 03 | .40 |
| 12/10/06 | MEW | Review minutes of 12/08 call, agenda for 12/11/06 Customer Group call. | 03 | .10 |
| 12/11/06 | MEW | Prepare and participate in Customer Group call. | 03 | .80 |
| 12/11/06 | MEW | Prepare for and particpate in Nova/Link call. | 03 | 1.20 |
| 12/11/06 | P H | Conference call with Customer Group. | 03 | .80 |
| 12/12/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.00 |
| 12/12/06 | MEW | Work on wind-down strategy and agreement with Nova/Link. | 03 | 1.50 |
| 12/12/06 | MEW | Conferences with D. Wollschlager regarding Nova/Link escrow or other arrangements. | 03 | .50 |
| 12/12/06 | MEW | Correspondence regarding status of negotiations with Nova/Link and with Debtor (Larry Smith). | 03 | .20 |
| 12/12/06 | MEW | Brief review of motion of alleged equipment lessor to determine its interest in certain QC equipment. | 03 | .30 |
| 12/12/06 | MEW | Review minutes of 12/12/06 call, agenda for 12/13/06 Customer call. | 03 | .10 |
| 12/12/06 | P H | Conference call with Customer Group. | 03 | .80 |
| 12/13/06 | MEW | Conference with D. Wollschlager regarding status, Nova/Link strategy. | 03 | .20 |

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/13/06 | MEW | Conference with P. Hall regarding letter to Nova/Link formally requesting assistance in removing equipment. | 03 | .20 |
| 12/13/06 | MEW | Conference with P. Hall regarding formal letter to Rivercross regarding transfer of Delphi tooling and equipment. | 03 | .20 |
| 12/13/06 | MEW | Correspondence from D. Wollschlager regarding move of Delphi equipment within Mexico. | 03 | .10 |
| 12/13/06 | MEW | Review minutes from Friday's call, agenda for 12/14/06. | 03 | .10 |
| 12/13/06 | P H | Conference call with Customer Group. | 03 | .60 |
| 12/13/06 | P H | Draft correspondence to Rivercross re: equipment transfer. | 03 | .50 |
| 12/13/06 | P H | Conference with M. E. Wilkins. | 03 | .50 |
| 12/13/06 | P H | Correspondence to R. Chapman. | 03 | .50 |
| 12/14/06 | MEW | Prepare for and participate in Customer Group call regarding Nova/Link issues, exit plan and timing. | 03 | 1.00 |
| 12/14/06 | MEW | Work with R. Chapman, D. Wollschlager and review regarding requirements of moving equipment and raw materials from Mexico to another Mexican location. | 03 | 1.50 |
| 12/14/06 | MEW | Correspondence regarding representations to be made to Nova/Link regarding defaults. | 03 | .10 |
| 12/14/06 | MEW | Correspondence regarding non-participating customer issues. | 03 | .10 |
| 12/14/06 | MEW | Review trust agreements and suggested extensions. | 03 | .30 |
| 12/14/06 | MEW | Review correspondence and BBK issues regarding disposition of raw materials unused by Behr. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | Atty | Description | | Hours |
|------|------|-------------|---|-------|
| 12/14/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.10 |
| 12/14/06 | MEW | Work on mechanism to resolve Nova/Link issues with parameters of Accommodation Agreement. | 03 | 1.30 |
| 12/14/06 | P H | Conference calls with Customer Group. | 03 | .90 |
| 12/14/06 | P H | Telephone conference with R. Chapman. | 03 | .90 |
| 12/14/06 | P H | Attention to Rivercross letter. | 03 | .80 |
| 12/15/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.00 |
| 12/15/06 | MEW | Prepare for and conferences with D. Wollschlager (BBK) regarding agreement to advance severance indemnification sums to Nova/Link, removal of E&S tooling. | 03 | 1.20 |
| 12/15/06 | MEW | Conferences with R. Chapman regarding removal of E&S tooling and related equipment from Reynosa. | 03 | .30 |
| 12/15/06 | MEW | Review letter from Delphi to Nova/Link regarding removal of Delphi equipment and raw materials from Reynosa. | 03 | .10 |
| 12/15/06 | MEW | Correspondence from and to Nova/Link counsel regarding E&S equipment removal and status of Nova/Link negotiations. | 03 | .20 |
| 12/15/06 | MEW | Review QC request to sell Alcoa tooling in the ordinary course of business. | 03 | .20 |
| 12/15/06 | MEW | Review correspondence between BBK and Nova/Link regarding advance of severance indemnification amounts. | 03 | .20 |
| 12/15/06 | MEW | Correspondence regarding Nova/Link agreement. | 03 | .10 |
| 12/15/06 | MEW | Correspondence regarding current status of key points of ongoing negotiations with Nova/Link. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2934883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/15/06 | P H | Conference call with Customer Group. | 03 | .80 |
| 12/16/06 | MEW | Prepare for and conferences with Nova/Link and Customer representatives regarding wind-down of Reynosa and Customer severance indemnification obligations. | 03 | 2.00 |
| 12/16/06 | MEW | Outline and draft key points of Agreement with Nova/Link. | 03 | .50 |
| 12/18/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .70 |
| 12/18/06 | MEW | Letter from Nova/Link counsel regarding request to advance severance funds. | 03 | .20 |
| 12/18/06 | MEW | Conference with Sam Israel, Nova/Link counsel, regarding request to fund entire severance amount. | 03 | .30 |
| 12/18/06 | MEW | Status report to Delphi regarding Nova/Link. | 03 | .50 |
| 12/18/06 | MEW | Conference with D. Wollschlager regarding Nova/Link issues. | 03 | .30 |
| 12/18/06 | MEW | Review proposed schedule of raw material sale prices and discuss with T. Monahan, Guy Morgan. | 03 | .30 |
| 12/18/06 | MEW | Correspondence regarding QC request for Customer input regarding other customer inventory. | 03 | .20 |
| 12/18/06 | MEW | Review Bosch offer on components, Monahan correspondence. | 03 | .20 |
| 12/18/06 | MEW | Correspondence regarding Amended Accommodation with Nova/Link. | 03 | .30 |
| 12/18/06 | MEW | Correspondence regarding Bosch offer to buy parts. | 03 | .10 |
| 12/18/06 | MEW | Review potential severance indemnification obligation (list of employees prepared by Nova/Link). | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/18/06 | MEW | Review Monday Customer Group call minutes. | 03 | .20 |
| 12/18/06 | MEW | Review draft amendments to Intercustomer Agreement and Trust Agreement. | 03 | .30 |
| 12/18/06 | MEW | Correspondence regarding Nova/Link status. | 03 | .10 |
| 12/18/06 | P H | Conference with Novalink Group. | 03 | 1.10 |
| 12/18/06 | P H | Conference with Customer Group. | 03 | 1.10 |
| 12/18/06 | P H | Draft amendments to Trust and Intercustomer Agreements. | 03 | 1.10 |
| 12/19/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .80 |
| 12/19/06 | MEW | Telephone to T. Monahan and G. Morgan regarding status of production inventory removal at Reynosa. | 03 | .10 |
| 12/19/06 | MEW | Correspondence regarding QC sale of inventory to other customers. | 03 | .10 |
| 12/19/06 | MEW | Correspondence regarding Nova/Link production issues. | 03 | .20 |
| 12/19/06 | MEW | Correspondence regarding Nova/Link proposal for Amended Accommodation Agreement. | 03 | .30 |
| 12/19/06 | MEW | Correspondence regarding QC offer to sell inventory to Bosch. | 03 | .20 |
| 12/19/06 | MEW | Review call minutes of 12/19 Customer call. | 03 | .10 |
| 12/19/06 | MEW | Review other customer sourcing, status of exit. | 03 | .20 |
| 12/19/06 | MEW | Outline key points of deal with Nova/Link. | 03 | .70 |
| 12/19/06 | P H | Telephone conference with A. Perry and D. Wollschlager. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384483)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/20/06 | MEW | Correspondence regarding Nova/Link demands on Bosch and discuss potential negative impact on Delphi with T. Monahan. | 03 | .50 |
| 12/20/06 | MEW | Correspondence from BBK regarding Nova/Link slowdown at Reynosa facility. | 03 | .10 |
| 12/20/06 | MEW | Correspondence from BBK with comments on Nova/Link deal points and discuss with D. Wollschlager (BBK). | 03 | .40 |
| 12/20/06 | MEW | Correspondence regarding Nova/Link agreement. | 03 | .20 |
| 12/20/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .80 |
| 12/20/06 | MEW | Correspondence regarding Bosch and Nova/Link issues. | 03 | .10 |
| 12/20/06 | MEW | Conference with D. Wollschlager regarding offer on Bosch components. | 03 | .20 |
| 12/20/06 | MEW | Correspondence regarding Bosch inventory purchase. | 03 | .10 |
| 12/20/06 | MEW | Draft Amendment to Accommodation Agreement and forward to Nova/Link counsel. | 03 | 1.60 |
| 12/20/06 | MEW | Prepare for and participate in Customer Group call regarding Nova/Link. | 03 | .40 |
| 12/20/06 | MEW | Review revisions to Amended Accommodation Agreement proposed by Nova/Link. | 03 | .30 |
| 12/20/06 | MEW | Correspondence regarding Nova/Link production slowdown. | 03 | .10 |
| 12/20/06 | MEW | Correspondence from Nova/Link counsel regarding severance indemnification. | 03 | .10 |
| 12/20/06 | MEW | Correspondence to Nova/Link counsel regarding status of negotiations. | 03 | .90 |
| 12/20/06 | MEW | Status correspondence from BBK regarding Nova/Link and QC issues. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 12/20/06 | MEW | Review agenda for 12/21 call, financial update QC open receivable summary. | 03 | .40 |
| 12/20/06 | P H | Conference call with Customer Group. | 03 | 1.10 |
| 12/21/06 | MEW | Prepare for and participate in Customer Group call regarding remaining open issues. | 03 | 1.00 |
| 12/21/06 | MEW | Work on realization of receivables, inventory purchases from non-participating customers. | 03 | .80 |
| 12/21/06 | MEW | Prepare for and conference with Customer Group regarding Nova/Link settlement. | 03 | .80 |
| 12/21/06 | MEW | Conference with Nova/Link and negotiate terms of Amendment to Accommodation Agreement. | 03 | .60 |
| 12/21/06 | MEW | Customer call to prepare for Nova/Link meeting. | 03 | .70 |
| 12/21/06 | MEW | Meeting with Nova/Link regarding Accommodation Agreement. | 03 | .40 |
| 12/21/06 | MEW | Conference with Customer representative regarding and review, revise and circulate revised Amended Accommodation Agreement. | 03 | 1.20 |
| 12/21/06 | MEW | Review Nova/Link proposed changes and response to Nova/Link counsel. | 03 | .30 |
| 12/22/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .50 |
| 12/22/06 | MEW | Review QC post-closing employee list prepared by BBK. | 03 | .10 |
| 12/22/06 | MEW | Work on finalization and finalize, execute and fund Amendment to Accommodation Agreement with Nova/Link. | 03 | 4.50 |
| 12/22/06 | P H | Conference call with Customer Group. | 03 | .90 |
| 12/22/06 | P H | Telephone conference with D. Wollschlager and T. Monohan. | 03 | .90 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

January 12, 2007

| Date | Initials | Description | | |
|------|------|-------------|----|----|
| 12/26/06 | MEW | Correspondence regarding execution of agreement extending BBK trust. | 03 | .20 |
| 12/28/06 | MEW | Correspondence regarding motion with respect to sale of customer collateral. | 03 | .10 |
| 12/28/06 | P H | Attention to trust agreement. | 03 | .30 |
| 12/29/06 | MEW | Correspondence regarding obtaining court authority to dispose of assets. | 03 | .10 |
| 12/29/06 | P H | Revisions to Trust Agreement. | 03 | .40 |
| 12/29/06 | P H | Correspondence to D. Reamer and A. Perry re: same. | 03 | .40 |
| 12/29/06 | P H | Correspondence to D. Wollschlager. | 03 | .30 |
| 12/30/06 | MEW | Correspondence regarding BBK trust agreement status. | 03 | .10 |

TOTAL BILLABLE HOURS      84.60

TOTAL FEES                    19975.00

DISBURSEMENTS:

Copies                                  8.50
Filing Fees                             4.08
Telephone Charges                      17.86
                                   ----------
                                        30.44

TOTAL FEES                    19975.00

TOTAL DISBURSEMENTS              30.44
                              ----------
Matter Total                  20005.44
                              ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL MOTORS ARBITRATION                 000115900-0129


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/01/06 | HCD | Review additional client supplied relevant documents from GM supplemental production and associated e-mails. | 10 | 2.10 |
| 12/01/06 | HCD | Work on letter to E. Driker and research re same. | 10 | 1.20 |
| 12/01/06 | HCD | Research re defenses to fitness for particular purpose theory. | 10 | .80 |
| 12/01/06 | HCD | Review Manley drafted materials re damages. | 10 | .30 |
| 12/03/06 | HCD | Research, draft, revise and edit Driker Facilitation Statement. | 10 | 5.30 |
| 12/04/06 | EMK | Work on mediation summary. | 10 | .70 |
| 12/04/06 | HCD | Work on Facilitation Statement and review client highlighted documents. | 10 | 4.10 |
| 12/04/06 | HCD | Multiple conferences with K. Manley re Facilitation Statement. | 10 | .90 |
| 12/04/06 | HCD | Review supplemental materials from K. Manley. | 10 | 1.20 |
| 12/05/06 | EMK | Work on mediation summary and exhibits. | 10 | 2.90 |
| 12/05/06 | HCD | Work on Facilitation Statement and research re same. | 10 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                                   January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| 12/05/06 | TJL | Review and analyze warranty data spreadsheets. | 10 | 1.30 |
| 12/06/06 | EMK | Further work on mediation summary. | 10 | 6.20 |
| 12/06/06 | HCD | Draft, revise and edit letter to Eugene Driker re Facilitation. | 10 | 8.20 |
| 12/07/06 | EMK | Further work on mediation statement. | 10 | 1.90 |
| 12/07/06 | EMK | Telephone conference with W. Cosnowski regarding mediation statement. | 10 | .20 |
| 12/07/06 | EMK | Telephone call from E. Dwyer regarding schedule. | 10 | .10 |
| 12/07/06 | HCD | Draft, revise, and edit Mediation Statement and Exhibits. | 10 | 3.10 |
| 12/07/06 | HCD | Conferences with client re Mediation Statement. | 10 | .40 |
| 12/07/06 | HCD | Work on response to privilege letter. | 10 | .30 |
| 12/07/06 | HCD | Review materials associated with Mediation Statement. | 10 | .40 |
| 12/08/06 | EMK | Work on finalizing mediation summary. | 10 | 2.20 |
| 12/08/06 | EMK | Telephone call from E. Dwyer regarding GM summary. | 10 | .20 |
| 12/08/06 | HCD | Work on Facilitation Statement and multiple conferences with client re same. | 10 | 5.20 |
| 12/08/06 | HCD | Begin review of GM statement and exhibits. | 10 | .80 |
| 12/08/06 | HCD | Work on letter to opposing counsel re privilege issues. | 10 | .50 |
| 12/08/06 | TJL | Review warranty data. | 10 | 1.60 |
| 12/09/06 | EMK | Detailed review of GM mediation summary and exhibits. | 10 | 1.00 |
| 12/09/06 | TJL | Review categorized warranty data. | 10 | 1.50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 12/10/06 | HCD | Review GM Faciliation Statement. | 10 | .40 |
| 12/12/06 | EMK | Telephone call from W. Cosnowski. | 10 | .10 |
| 12/12/06 | EMK | E-mail from W. Cosnowski and reply. | 10 | .10 |
| 12/12/06 | HCD | Prepare for E. Driker Facilitation Presentation. | 10 | .30 |
| 12/13/06 | EMK | Work on presentation for mediation. | 10 | .20 |
| 12/14/06 | EMK | Work on presentation for facilitation and prepare for facilitation. | 10 | 3.50 |
| 12/14/06 | HCD | Work on Driker presentation and slides and conference with client re same. | 10 | 4.80 |
| 12/15/06 | EMK | Conference call with J. Papelian and W. Cosnowski. | 10 | 1.10 |
| 12/15/06 | EMK | Work on presentation for facilitation. | 10 | 1.10 |
| 12/15/06 | EMK | Telephone conference with J. Papelian and W. Cosnowski. | 10 | .20 |
| 12/15/06 | EMK | Further work on presentation. | 10 | .30 |
| 12/15/06 | HCD | Assist in preparation for facilitation and work on associated presentaton slides. | 10 | 2.30 |
| 12/15/06 | HCD | Multiple conferences with client re Facilitation Presentation and associated slides. | 10 | 1.80 |
| 12/16/06 | EMK | E-mail from W. Cosnowski regarding revised powerpoint. | 10 | .10 |
| 12/16/06 | EMK | Review revised powerpoint and suggest further revisions. | 10 | 1.50 |
| 12/16/06 | EMK | E-mail to W. Cosnowski regarding issues presented in GM summary. | 10 | .80 |
| 12/16/06 | EMK | E-mail to W. Cosnowski. | 10 | .10 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8325668

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 12/17/06 | EMK | Telephone Conference with J. Papelian, W. Cosnowski and F. Manley. | 10 | 1.50 |
| 12/17/06 | EMK | Further work on preparation for facilitation. | 10 | 3.20 |
| 12/17/06 | HCD | Prepare for facilitation and conference with clients and witness re same. | 10 | 4.20 |
| 12/18/06 | EMK | Attend facilitation with E. Driker. | 10 | 7.50 |
| 12/18/06 | EMK | Telephone call to W. Cosnowski regarding document follow up. | 10 | .10 |
| 12/18/06 | EMK | Work on plan for further discovery. | 10 | .50 |
| 12/18/06 | HCD | Meet E. Kronk re status, strategy, and next steps. | 10 | .30 |
| 12/19/06 | EMK | Telephone call from E. Dwyer regarding schedule (voice mail). | 10 | .10 |
| 12/20/06 | EMK | E-mail from GM regarding motion to compel. | 10 | .10 |
| 12/20/06 | EMK | E-mail to W. Cosnowski. | 10 | .10 |
| 12/20/06 | L C | Contacted P. Tottis regarding additional documents requested by E. Dwyer. | 10 | .20 |
| 12/21/06 | EMK | Work on revised schedule. | 10 | .30 |
| 12/21/06 | EMK | Telephone call to E. Dwyer. | 10 | .10 |
| 12/21/06 | HCD | Review GM moving papers re privilege and outline response proofs. | 10 | .80 |
| 12/26/06 | EMK | Work on discovery and expert plan. | 10 | .60 |
| 12/26/06 | EMK | E-mail to W. Cosnowski regarding documents. | 10 | .10 |
| 12/26/06 | HCD | Work on proofs outline and to do list. | 10 | .90 |
| 12/26/06 | HCD | Review GM supplied documents. | 10 | .40 |
| 12/26/06 | HCD | Review motion to compel and associated documents and letters and work on response. | 10 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

| Date | Init | Description | | |
|---|---|---|---|---|
| 12/26/06 | HCD | Assess necessary GM witness depositions. | 10 | .40 |
| 12/26/06 | M_L | Review of GM's motion to compel. | 10 | .40 |
| 12/26/06 | M_L | Review of case law cited. | 10 | 3.00 |
| 12/26/06 | M_L | Began memorandum on work product/privilege issues. | 10 | 4.10 |
| 12/27/06 | EMK | E-mail to W. Cosnowski regarding documents. | 10 | .10 |
| 12/27/06 | HCD | Work on to do list and identify open issues. | 10 | .60 |
| 12/27/06 | HCD | Research re response to motion to compel. | 10 | .40 |
| 12/27/06 | HCD | Review associated documents and correspondence re motion to compel. | 10 | .60 |
| 12/27/06 | M_L | Continue memo. | 10 | 1.70 |
| 12/27/06 | M_L | Review of Michigan and other jurisdictions law on self-analysis privilege, work product/privilege issues. | 10 | 3.50 |
| 12/27/06 | K_S | Review Motion to Compel and research cases cited. | 10 | 2.50 |
| 12/28/06 | HCD | Review motion to compel and work on response. | 10 | .90 |
| 12/28/06 | HCD | Review supplemental GM document production. | 10 | .60 |
| 12/29/06 | EMK | E-mail from W. Cosnowski regarding status meeting. | 10 | .10 |

TOTAL BILLABLE HOURS      114.30

TOTAL FEES                28847.61

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

January 12, 2007

DISBURSEMENTS:

| | |
|---|---:|
| Copies | 130.70 |
| Express Delivery Charges | 22.87 |
| Persuasive Design Group | 8.48 |
| Digital Services | 5.00 |
| | ---------- |
| | 167.05 |

| | |
|---|---:|
| TOTAL FEES | 28847.61 |
| TOTAL DISBURSEMENTS | 167.05 |
| Matter Total | 29014.66 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  INTERIOR GROUP SALE                      000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/11/06 | SJ | Calls with Mark Hester regarding Project Interiors/Closures Disclosure Schedule. | 03 | .30 |
| 12/11/06 | SJ | Review representations and warranties and disclosure request with follow up to Bicknell and Hester | 03 | .50 |
| 12/12/06 | SJ | Draft preliminary revisions to Schedule 4.14. | 03 | 1.10 |
| 12/13/06 | SJ | Call with Dan Bicknell re: Schedule 4.14. | 03 | .20 |
| 12/13/06 | SJ | Review draft Term Sheet and Master Sale and Purchase Agreement for Renco Sale. | 03 | .20 |
| 12/15/06 | SJ | Work on revisions to Term Sheet and Purchase Agreement from Margaret Fukada. | 03 | 1.10 |
| 12/18/06 | SJ | Conference call with Margaret Fukada and Lauren Craft; telephone call with Cathy Lakat regarding BASF property; follow up with Ed Schonberg. | 03 | .50 |
| 12/19/06 | SJ | Telephone conversation with Margaret Fukada regarding Term Sheet. | 03 | .20 |
| 12/19/06 | SJ | Call with Mark Hester regarding call re: Renco. | 03 | .20 |
| 12/21/06 | SJ | Call from Karen Craft regarding Term Sheet. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| 12/21/06 | SJ | Call with Karen Auge regarding Columbus Phase I report finalization. | 03 | .20 |
|---|---|---|---|---|
| 12/27/06 | SJ | Call from Karen Auge. | 03 | .20 |
| 12/27/06 | SJ | Review and comment on revised Phase I for Columbus facility. | 03 | 1.10 |
| 12/28/06 | SJ | Review documents in Closures - Environmental Index of data site. | 03 | 1.50 |

                        TOTAL BILLABLE HOURS       7.50

                              TOTAL FEES           1680.00

DISBURSEMENTS:

        Telecopier Charges                        0.20
                                           -----------
                                                  0.20


                        TOTAL FEES               1680.00

                        TOTAL DISBURSEMENTS         0.20
                                           -----------
                        Matter Total            1680.20
                                           ---=========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   ADMIRAL TOOL & MANUFACTURING COMPANY       000115900-0134


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/04/06 | TBR | Review and reply to K. Bourassa e-mail regarding status of resourcing. | 03 | .20 |

TOTAL BILLABLE HOURS          0.20

TOTAL FEES                         50.00

- - - - - - - - - -

TOTAL FEES                         50.00

Matter Total                       50.00

==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   REMY INTERNATIONAL                    000115900-0135


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/01/06 | TBR | E-mail with S. Snell regarding Trip insurance. | 03 | .20 |
| 12/01/06 | TBR | Conference call with Delphi Team regarding legal alternatives, demand letter. | 03 | .80 |
| 12/08/06 | TBR | Review and reply to e-mails regarding security documents. | 03 | .30 |
| 12/08/06 | TBR | Review Security Agreement, UCC Financing Statement. | 03 | .30 |
| 12/11/06 | TBR | Telephone conferences with S. Snell, J. Willis regarding security documents, rights in bankruptcy. | 03 | .50 |
| 12/11/06 | TBR | Review security documents. | 03 | .50 |
| 12/11/06 | TBR | E-mail to S. Corcoran regarding DPSS. | 03 | .20 |
| 12/13/06 | TBR | Telephone conferences with Delphi Team regarding validity of PMSI, legal rights. | 03 | .70 |
| 12/13/06 | TBR | Review Delphi Team e-mails regarding legal right, PMSI. | 03 | .30 |
| 12/14/06 | TBR | Review e-mails regarding legal rights. | 03 | .40 |
| 12/14/06 | TBR | Telephone conference with S. Snell regarding legal rights as secured creditor. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

12/20/06  TBR  Telephone conference with S. Corcoran        03        .20
               regarding PMSI.


                        TOTAL BILLABLE HOURS        4.70

                             TOTAL FEES                    1175.00

                                              - - - - - - - - - -


                             TOTAL FEES                    1175.00

                                 Matter Total             1175.00
                                              =============

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  POTOMAC PHOTONICS                      000115900-0136


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/01/06 | TBR | E-mail with A. Perry regarding December 5 conference call. | 03 | .20 |
| 12/05/06 | TBR | Conference call with Delphi Team regarding strategic alternatives. | 03 | .70 |
| 12/07/06 | TBR | Conference call with Delphi Team regarding financial alternatives. | 03 | .70 |
| 12/08/06 | TBR | Conference call with Delphi Team regarding financial alternatives with FTS. | 03 | 1.00 |
| 12/08/06 | TBR | Review background documents regarding Potomac. | 03 | 1.00 |
| 12/11/06 | TBR | Conference calls with Delphi Team regarding financial alternatives. | 03 | 1.50 |
| 12/11/06 | TBR | Conference with L. Hendricksen regarding UCC search. | 03 | .20 |
| 12/11/06 | TBR | Review online UCC search. | 03 | .30 |
| 12/11/06 | TBR | E-mail to Delphi Team regarding UCC search. | 03 | .20 |
| 12/11/06 | TBR | Review proforma financials. | 03 | .60 |
| 12/11/06 | L H | Office conference with Thomas Radom. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

| Date | | Description | | |
|---|---|---|---|---|
| 12/11/06 | L H | Searched the corporate records of Potomac Photonics, Inc. with the Michigan, Maryland, Virginia and Delaware Secretary of States. Obtained UCC-11 searches from Maryland and Virginia. | 03 | 1.30 |
| 12/12/06 | TBR | Conference calls with Delphi Team, supplier, business bank regarding equipment purchase, term sheet. | 03 | 4.00 |
| 12/12/06 | TBR | Draft term sheet regarding equipment, accommodations. | 03 | .60 |
| 12/12/06 | TBR | E-mails to Delphi Team regarding term sheet. | 03 | .40 |
| 12/12/06 | JRS | Confer with T. Radom re agreement between Delphi and Potomac Photonics. | 03 | .20 |
| 12/13/06 | TBR | Conference calls with Delphi Team regarding term sheet, Agreement. | 03 | 1.50 |
| 12/13/06 | TBR | Meeting with J. Stevenson regarding Agreement. | 03 | .30 |
| 12/13/06 | TBR | Review and reply to J. Spoth e-mail regarding equipment. | 03 | .20 |
| 12/13/06 | TBR | Prepare Bank term sheet. | 03 | .30 |
| 12/13/06 | TBR | E-mail to Delphi Team regarding Bank term sheet. | 03 | .20 |
| 12/13/06 | JRS | Confer with T. Radom re agreement between Delphi and Potomac Photonics. | 03 | .30 |
| 12/13/06 | JRS | Research and draft agreement between Delphi and Potomac Photonics. | 03 | 6.50 |
| 12/14/06 | TBR | Telephone conference and e-mails with Delphi Team regarding equipment purchase, Bank status. | 03 | .80 |
| 12/14/06 | TBR | Telephone conferences with J. Robbins regarding Agreement. | 03 | .50 |
| 12/14/06 | TBR | Reviewed and revised Agreement. | 03 | 1.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/14/06 | TBR | E-mails with Delphi Team regarding Agreement. | 03 | .50 |
| 12/15/06 | TBR | Review e-mails regarding Agreement. | 03 | .50 |
| 12/15/06 | TBR | Telephone conference with J. Stevenson regarding status of Agreement. | 03 | .20 |
| 12/15/06 | JRS | Conference call with representatives of Delphi re agreement between Delphi and Potomac Photonics. | 03 | .70 |
| 12/15/06 | JRS | Research and draft agreement between Delphi and Potomac Photonics. | 03 | 2.80 |
| 12/18/06 | TBR | Conference with J. Stevenson regarding Agreement. | 03 | .20 |
| 12/18/06 | TBR | Telephone conference with J. Robbins regarding Agreement. | 03 | .30 |
| 12/18/06 | TBR | E-mails with J. Robbins regarding lien release. | 03 | .40 |
| 12/18/06 | JRS | Confer with T. Radom re agreement between Delphi and Potomac Photonics. | 03 | .10 |
| 12/18/06 | JRS | Telephone call with T. Radom, J. Robbins re agreement between Delphi and Potomac Photonics. | 03 | .10 |
| 12/19/06 | TBR | E-mails with J. Robbins regarding S/I release. | 03 | .40 |
| 12/21/06 | TBR | Review Stevenson e-mail regarding UCC release. | 03 | .20 |
| 12/21/06 | JRS | Factual research and analysis re agreement between Delphi and Potomac Photonics. | 03 | .80 |
| 12/21/06 | JRS | Telephone call with J. Robbins re agreement between Delphi and Potomac Photonics. | 03 | .10 |
| 12/22/06 | TBR | Telephone conference with J. Stevenson regarding UCC release. | 03 | .20 |
| 12/22/06 | JRS | Confer with T. Radom re agreement between Delphi and Potomac Photonics. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

12/22/06   JRS   Research and draft email to J. Robbins re        03        .30
                 agreement between Delphi and Potomac
                 Photonics.

                         TOTAL BILLABLE HOURS        32.80

                                TOTAL FEES                    7279.00

DISBURSEMENTS:

        Copies                                        19.50
                                                   ----------
                                                        19.50


                         TOTAL FEES                          7279.00

                         TOTAL DISBURSEMENTS                    19.50
                                                       _____
                         Matter Total                        7298.50
                                                       =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TAWAS INDUSTRIES                              000115900-0137


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/01/06 | MEW | Follow-up work with client, Tawas consultant and Tawas counsel regarding Delphi emergency production needs. | 03 | 1.50 |
| 12/04/06 | MEW | Correspondence and conference with J. Nafliss regarding emergency production at Tawas. | 03 | .30 |
| 12/04/06 | MEW | Correspondence with M. Everett regarding matter status. | 03 | .20 |
| 12/04/06 | MEW | Correspondence regarding Tawas status. | 03 | .20 |
| 12/07/06 | MEW | Conference with Paula Hall regarding Tawas background. | 03 | .30 |
| 12/07/06 | MEW | Correspondence regarding Customer meeting, Delphi internal meeting. | 03 | .20 |
| 12/08/06 | MEW | Prepare for and participate in Customer Group call with McTevia regarding continued production, funding needs at Tawas. | 03 | 1.20 |
| 12/08/06 | P H | Conference calls with Delphi and Customer Group. | 03 | 1.00 |
| 12/08/06 | P H | Correspondence to J. McTevia. | 03 | .90 |
| 12/08/06 | P H | Conference with A. Perry. | 03 | .90 |
| 12/11/06 | MEW | Prepare for and participate in status call. | 03 | .90 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8325668

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/11/06 | P H | Correspondence to J. McTevia. | 03 | .70 |
| 12/11/06 | P H | Conference call with Delphi group. | 03 | .80 |
| 12/11/06 | P H | Conference call with Tawas and Customer Group. | 03 | .70 |
| 12/12/06 | P H | Conference calls with Delphi and Customer Group. | 03 | 1.20 |
| 12/12/06 | P H | Correspondence to and from J. McTevia. | 03 | 1.10 |
| 12/12/06 | P H | Multiple correspondence and conferences with J. Norflis. | 03 | 1.10 |
| 12/13/06 | MEW | Review client documents. | 03 | .40 |
| 12/13/06 | P H | Conference call with Delphi Group. | 03 | .90 |
| 12/13/06 | P H | Conference call with Tawas Group. | 03 | .90 |
| 12/13/06 | P H | Conference with J. Norflis. | 03 | .90 |
| 12/13/06 | P H | Attention to A/R, A/P, and inventory analysis. | 03 | .90 |
| 12/14/06 | MEW | Review Delphi payable and receivable information. | 03 | .30 |
| 12/14/06 | MEW | Prepare for and discuss status and strategy with P. Hall. | 03 | .40 |
| 12/14/06 | P H | Conference with M. E. Wilkins. | 03 | .40 |
| 12/14/06 | P H | Correspondence to J. McTevia re: prepetition debt. | 03 | .40 |
| 12/14/06 | P H | Conference with J. Norflis. | 03 | .50 |
| 12/14/06 | P H | Review A/R reconciliation. | 03 | .40 |
| 12/15/06 | TBR | Telephone conference with P. Hall regarding tooling, A/P. | 03 | .30 |
| 12/15/06 | P H | Review J. Norflis analysis. | 03 | .60 |
| 12/15/06 | P H | Review P.O.'s and Delphi terms and conditions. | 03 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELLORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/15/06 | P H | Correspondence to and from A. Perry. | 03 | .60 |
| 12/15/06 | P H | Multiple telephone conferences with J. Norflis. | 03 | .60 |
| 12/15/06 | P H | Conference with Tawas. | 03 | .70 |
| 12/15/06 | P H | Conference with J. Kendzorski. | 03 | .70 |
| 12/15/06 | P H | Conference with M. E. Wilkins. | 03 | .70 |
| 12/16/06 | MEW | Review Delphi/Tawas purchase orders. | 03 | .30 |
| 12/18/06 | MEW | Status conference with P. Hall. | 03 | .20 |
| 12/18/06 | MEW | Correspondence regarding cost to build new tooling. | 03 | .10 |
| 12/18/06 | P H | Correspondence to J. Norflis. | 03 | .40 |
| 12/18/06 | P H | Conference call with Tawas Group. | 03 | .40 |
| 12/18/06 | P H | Review Tawas settlement statement. | 03 | .40 |
| 12/18/06 | P H | Telephone conference with M. E. Wilkins. | 03 | .40 |
| 12/18/06 | P H | Telephone call to K. Kable. | 03 | .30 |
| 12/19/06 | MEW | Review draft letter to Ken Kable. | 03 | .20 |
| 12/19/06 | MEW | Correspondence and consideration of recourse against Tawas, others for removing Delphi tooling and discuss with P. Hall. | 03 | .40 |
| 12/19/06 | P H | Correspondence to K. Kable. | 03 | .70 |
| 12/19/06 | P H | Conference with M. E. Wilkins. | 03 | .70 |
| 12/19/06 | P H | Conference with Delphi group. | 03 | .70 |
| 12/19/06 | P H | Telephone conference with A. Perry. | 03 | .70 |
| 12/19/06 | P H | Telephone call to L. Rochkind. | 03 | .60 |

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384683)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| Date | Initials | Description | | |
|------|----------|-------------|---|---|
| 12/20/06 | MEW | Correspondence regarding Delphi demand to turn over tooling. | 03 | .10 |
| 12/20/06 | MEW | Correspondence regarding settlement with Trustee. | 03 | .10 |
| 12/20/06 | MEW | Correspondence regarding settlement status. | 03 | .10 |
| 12/20/06 | P H | Multiple conferences with A. Shehr re: settlement. | 03 | .80 |
| 12/20/06 | P H | Conference with A. Perry and J. Norflis. | 03 | .80 |
| 12/20/06 | P H | Conference with M. E. Wilkins. | 03 | .80 |
| 12/20/06 | P H | Correspondence to K. Kable. | 03 | .70 |
| 12/20/06 | P H | Correspondence to Delphi team. | 03 | .70 |
| 12/21/06 | MEW | Conference with P. Hall regarding status, settlement. | 03 | .20 |
| 12/21/06 | MEW | Conferences with P. Hall. | 03 | .60 |
| 12/21/06 | MEW | Review and revise settlement letter agreement with Tawas. | 03 | .30 |
| 12/21/06 | P H | Multiple conferences with Bank, Tawas, McTevia and Creditors Committee. | 03 | 6.80 |
| 12/21/06 | P H | Draft settlement agreement. | 03 | 1.70 |
| 12/21/06 | P H | Attention to settlement issues. | 03 | 1.70 |
| 12/22/06 | MEW | Discuss agreement status with P. Hall. | 03 | .40 |
| 12/22/06 | MEW | Correspondence regarding settlement status. | 03 | .10 |
| 12/22/06 | MEW | Review agreement status. | 03 | .30 |
| 12/22/06 | MEW | Correspondence regarding finalization of agreement with McTevia, bank. | 03 | .20 |
| 12/22/06 | P H | Settlement negotiations. | 03 | 7.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

| | | | | |
|---|---|---|---|---|
| 12/22/06 | P H | Multiple revisions to settlement agreement. | 03 | 1.30 |
| 12/27/06 | P H | Correspondence to and from J. McTevia, M. Bakst and R. McDowell. | 03 | .70 |
| 12/29/06 | P H | Correspondence to K. Kable, J. McTevia and Delphi team re: agreement. | 03 | .40 |

                      TOTAL BILLABLE HOURS      56.70

                              TOTAL FEES          11830.00

DISBURSEMENTS:

         Copies                                    4.20
         Telecopier Charges                        2.25
                                                -----------
                                                    6.45


                      TOTAL FEES              11830.00

                      TOTAL DISBURSEMENTS          6.45
                                          _____
                      Matter Total           11836.45
                                          =============

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  IXTLAN, INC.                        000115900-0138


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/14/06 | TBR | Telephone conference with A. Bowman, J. Stone regarding status of supplier. | 03 | .30 |
| 12/15/06 | TBR | Telephone conference with B. Diehl regarding Lear. | 03 | .40 |
| 12/15/06 | TBR | Telephone conference with A. Bowman regarding Lear. | 03 | .20 |
| 12/18/06 | TBR | Memo to Delphi Team regarding Lear call. | 03 | .40 |
| 12/19/06 | TBR | Telephone conference with M. Everett regarding alternatives. | 03 | .40 |

              TOTAL BILLABLE HOURS        1.70

                     TOTAL FEES                    425.00

                                          - - - - - - - - - -


                     TOTAL FEES                    425.00

                  Matter Total                     425.00
                                          ==============

**Butzel Long**
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.;   8325668

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  ACCESS ELECTRONICS, INC.              000115900-0139

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/21/06 | MEW | Conference with M. Olson regarding new distressed supplier. | 03 | .20 |
| 12/21/06 | MEW | Review email stream and draft term sheet for supplier financial assistance. | 03 | .60 |
| 12/21/06 | MEW | Conference with M. Olson regarding term sheet, status and strategy going forward. | 03 | .20 |

TOTAL BILLABLE HOURS      1.00

TOTAL FEES                  250.00

- - - - - - - - - -

TOTAL FEES                  250.00

Matter Total                250.00
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   SECONDMENT OVER 8 HOURS                    000115900-0140


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/07/06 | C_G | Edited Rice Position Statement and E-mailed it to Jeffery Peterson for his review. | 06 | .20 |
| 12/08/06 | C_G | Made final changes to Rice Position Statement and mailed it to the Commission. | 06 | .40 |
| 12/08/06 | C_G | Follow-up with Lisa Schultz and Dereon Pruitt regarding Cryderman Charge; drafted first draft of Cryderman Position Statement. | 06 | 2.80 |
| 12/08/06 | C_G | Reviewed information from Dave Cox regarding Long Charge; started to draft position statement for Long Charge. | 06 | 2.00 |
| 12/13/06 | C_G | E-mailed position statement to Jeff Peterson for his review. | 06 | 2.40 |
| 12/14/06 | C_G | Initiated investigation into Jackson Charge of Discrimination including calls and e-mails to Gary Smith and Dave Biddlecomb; drafted and mailed letter requesting an extension to respond. | 06 | 2.00 |
| 12/22/06 | C_G | Continued drafting Jackson position statement including follow-up with Dave Biddlecomb regarding necessary additional information. | 06 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

January 12, 2007

TOTAL BILLABLE HOURS        10.60

TOTAL FEES            2120.00

- - - - - - - - - -

TOTAL FEES            2120.00

Matter Total            2120.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8325668

January 12, 2007

Invoice Total          103220.77
                    ==============