# EXHIBIT F
## (Part 4 of 4)

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**butzel.com**

February 26, 2007

To:    David Sherbin, Esq., Delphi Corp.
       Mr. John D. Sheehan., Delphi Corp.
       Ms. Michele M. Piscitelli, Delphi Corp.
       John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
       Alicia M. Leonhard, Esq., Office of the United States Trustee
       Robert J. Rosenberg, Esq., Latham & Watkins, LLP
       Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
       Donald Bernstein, Esq., Davis Polk & Wardell
       Ms. Valeria Venable, GE Plastics, Americas

## Summary of Total Billable Hours by Category
### for the Period January 1, 2007 through January 31, 2007

| **Matter Description** | **Hours** | **Amount** |
|---|---|---|
| Business Operations | 163.90 | $48,888.00 |
| Employee Benefits/Pensions | 44.70 | 10,524.00 |
| Fee/Employment Applications | 1.80 | 594.00 |
| Litigation | 183.10 | 37,724.70 |
| Totals: | 393.50 | $ 97,730.70 |

## Summary of Disbursements
### for the Period January 1, 2007 through January 31, 2007

| Disbursement | Amount |
|---|---|
| Copies | $197.90 |
| Digital Reproduction | $165.00 |
| Special Postal Charges | $39.29 |
| Blow Backs | $246.00 |
| Totals: | $648.19 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period January 1, 2007 through January 31, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 9.70 | $3,215.55 |
| Daniel P. Malone | Shareholder | 1978 | $320.00 | 8.70 | $2,784.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 10.00 | $3,040.00 |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 86.30 | $28,479.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 35.30 | $11,649.00 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 60.20 | $14,086.80 |
| Susan L. Johnson | Sr. Attorney | 1984 | $224.00 | 7.60 | $1,793.60 |
| Paula A. Hall | Associate | 2000 | $200.00 | 30.30 | $6666.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 15.90 | $3,180.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 28.80 | $7,344.00 |
| John R. Stevenson | Associate | 2002 | $192.00 | 2.40 | $499.20 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | 81.70 | $13,194.55 |
| **Paralegals** | | | | | |
| Laura E. Clark | Paralegal | | $119.00 | 5.00 | $595.00 |
| Michelle A. Pheban | Paralegal | | $104.00 | 7.50 | $780.00 |
| Leonor Hendricksen | Paralegal | | $100.00 | 3.80 | $395.20 |
| Alexis Richards | Paralegal | | $96.00 | .30 | $28.80 |
| Grand Total: | | | | 393.50 | $97,730.70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  GENERAL                        000115900-0015


DISBURSEMENTS:

          Copies                              19.30
                                          ----------
                                              19.30

                    TOTAL DISBURSEMENTS        19.30
                                          _____

                    Matter Total              19.30
                                          ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  INTERMET CORPORATION                    000115900-0068

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/04/07 | TBR | Telephone conference with M. Everett regarding Metaldyne. | 03 | .20 |
| 01/09/07 | TBR | Telephone conference with B. Chapman regarding status. | 03 | .20 |

TOTAL BILLABLE HOURS        0.40

TOTAL FEES              132.00

- - - - - - - - - -

TOTAL FEES              132.00

Matter Total              132.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TOWER AUTOMOTIVE, INC.                    000115900-0074


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/04/07 | TBR | Review Snell, Reese e-mails regarding status on nonpayment issues. | 03 | .40 |
| 01/05/07 | TBR | Review and reply to Snell e-mail regarding nonpayment options. | 03 | .30 |
| 01/08/07 | TBR | Telephone conference with S. Snell regarding nonpayment alternatives. | 03 | .30 |
| 01/09/07 | TBR | Review client e-mail regarding partial payment. | 03 | .20 |
| 01/17/07 | TBR | Review Snell e-mail regarding collections. | 03 | .20 |

TOTAL BILLABLE HOURS        1.40

TOTAL FEES                462.00

----------


TOTAL FEES                462.00

Matter Total             462.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8329245

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  EMPLOYMENT SECONDMENT                    000115900-0078

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | C_G | Continued drafting Clint Eastwood Jackson position statement. | 06 | 4.20 |
| 01/03/07 | C_G | Call to Mike Lawson regarding Shay Dixon Charge of Discrimination; started drafting the position statement in response to Dixon's charge. | 06 | 2.00 |
| 01/04/07 | C_G | Continued drafting Shay Dixon Position Statement. | 06 | 1.80 |
| 01/08/07 | C_G | Receipt of edited position statement for Jackson Charge from Jeff Peterson; prepared position statement for filing; sent Jackson position statement to EEOC. | 06 | .40 |
| 01/08/07 | C_G | Finalized position statement for Dixon Charge per Jeff Peterson's instructions; prepared position statement for filing; sent Dixon position statement to the investigator. | 06 | .80 |
| 01/09/07 | C_G | Prepared Affidavits for Caldwell Charge; sent affidavits and statistics to the investigator on the Caldwell Charge. | 06 | .90 |
| 01/11/07 | C_G | Receipt of Clark Charge of Discrimination; calls and e-mails to Jennifer McKenzie regarding investigation. | 06 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8329245

| Date | | Description | | |
|------|------|-------------|----|------|
| 01/11/07 | C_G | Receipt of Kendall Charge; drafted letter requesting extension; calls and e-mails to Jennifer McKenzie regarding investigation. | 06 | .60 |
| 01/11/07 | C_G | Receipt of Richardson Charge; calls and fax to David Shade regarding investigation. | 06 | .60 |
| 01/17/07 | C_G | Review of information from Doug Sebastian on the Clark Charge of Discrimination; call to Doug Sebastian regarding information and need for follow-up information. | 06 | .40 |
| 01/18/07 | C_G | Started drafting position statement on Clark Charge of Discrimination. | 06 | 1.00 |
| 01/22/07 | C_G | Finished drafting the position statement for the Clark Charge and e-mailed the position statement to Jeff Peterson for his review. | 06 | 3.20 |
| 01/22/07 | C_G | Started drafting the position statement for the Randall Charge. | 06 | 3.00 |
| 01/22/07 | C_G | Started drafting our response to the Investigator's request for additional information on the Shay Dixon Charge. | 06 | .40 |
| 01/23/07 | C_G | Edited Clark position statement per Jeff Peterson's instructions; prepared exhibits for filing; filed position statement and exhibits. | 06 | .50 |
| 01/23/07 | C_G | Prepared response to the request for additional information on the Shay Dixon Charge. | 06 | .90 |
| 01/29/07 | C_G | Received call from the Investigator on the Jackson Charge requesting more information; called Dave Biddlecomb regarding the further information needed for the Jackson Charge; started drafting objections to some of the additional requests. | 06 | 1.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | | Description | | |
|---|---|---|---|---|
| 01/29/07 | C_G | Prepared exhibits for filing on the Response to Request for Information on the Dixon Charge; called Mike Lawson to verify some of the statistics regarding termination of temporary employees. | 06 | 1.70 |
| 01/30/07 | C_G | Prepared exhibits for filing and filed the Kendall position statement. | 06 | 1.40 |
| 01/30/07 | C_G | Further discussion with Investigator regarding additional information requested for the Jackson Charge; drafted other objections; call to Dave Biddlecomb. | 06 | 1.40 |
| 01/30/07 | C_G | Finalized and filed response to Request for Additional Information on the Shay Dixon Charge. | 06 | 1.40 |
| 01/31/07 | C_G | Attention to all outstanding charges to determine which have not yet been dismissed. | 06 | .10 |

TOTAL BILLABLE HOURS      28.80

                    TOTAL FEES              7344.00

DISBURSEMENTS:

          Copies                          43.60
          Special Postal Charges          39.29
                                      ----------
                                          82.89

                    TOTAL FEES              7344.00

                    TOTAL DISBURSEMENTS       82.89

                    Matter Total           7426.89
                                      ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BROCKWAY PRESSED METALS, INC.          000115900-0080


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/09/07 | MEW | Review LaSalle reply to customer objection. | 03 | .40 |
| 01/10/07 | MEW | Correspondence regarding return of security deposit. | 03 | .10 |
| 01/10/07 | MEW | Review file, Accommodation Agreement, correspondence, BBK exposure chart regarding resolution of open Brockway issues. | 03 | 1.50 |
| 01/10/07 | MEW | Prepare for and conference with Delphi team regarding open issues, options for resolution. | 03 | 1.00 |
| 01/10/07 | MEW | Prepare for and conference with P. Goy of BBK regarding resolution of open issues. | 03 | 1.10 |
| 01/16/07 | MEW | Prepare for and call regarding open issues, inter-customer issues and memo to A. Perry regarding strategy. | 03 | 1.70 |
| 01/17/07 | MEW | Conference with Karen Craft, M. Everett, A. Perry regarding open issues. | 03 | .20 |
| 01/17/07 | MEW | Conference with A. Perry and M. Everett regarding setoff and reconciliation issues. | 03 | .30 |
| 01/17/07 | MEW | Correspondence regarding Delphi payable balance to Brockway. | 03 | .20 |
| 01/18/07 | MEW | Correspondence regarding open issues. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | | Description | | Hours |
|------|------|-------------|------|------|
| 01/18/07 | MEW | Correspondence regarding resolution of Delphi payable, settlements. | 03 | .10 |
| 01/19/07 | MEW | Correspondence regarding Delphi receivable balance. | 03 | .10 |
| 01/23/07 | MEW | Review A. Silver email and two pending settlements. | 03 | 1.00 |
| 01/23/07 | MEW | Email to Delphi recommending strategy re settlement. | 03 | .20 |
| 01/24/07 | MEW | Review back-up information for debit and offset claims. | 03 | 1.00 |
| 01/24/07 | MEW | Correspondence regarding open settlements. | 03 | .20 |
| 01/29/07 | MEW | Work on open issues, settlements with LaSalle. | 03 | .20 |

TOTAL BILLABLE HOURS        9.50

TOTAL FEES          3135.00

DISBURSEMENTS:

          Copies                                          5.00
                                                     ----------
                                                          5.00


          TOTAL FEES                            3135.00

          TOTAL DISBURSEMENTS                      5.00
                                               -----------
          Matter Total                         3140.00
                                               ===========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  PLASCO                                     000115900-0097

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/24/07 | TBR | Review and reply to Archambault e-mail regarding loan payoff. | 03 | .40 |

TOTAL BILLABLE HOURS        0.40

TOTAL FEES              132.00
- - - - - - - - - -

TOTAL FEES              132.00

Matter Total            132.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   POST BANKRUPTCY GENERAL                 000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | TBR | Review December fees and cost estimates. | 07 | .70 |
| 01/02/07 | TBR | E-mails to J. Corcoran regarding December fee and cost estimates. | 07 | .40 |
| 01/05/07 | TBR | E-mails with J. Weiss, regarding fee application. | 07 | .50 |
| 01/19/07 | TBR | Review and reply to LCC e-mail regarding report of Third Interim Fee Application. | 03 | .50 |
| 01/19/07 | TBR | Telephone conference with P. Woods regarding LCC report. | 03 | .20 |
| 01/19/07 | TBR | Review LCC report. | 03 | .50 |
| 01/24/07 | TBR | Review SHE NDA. | 03 | .20 |
| 01/24/07 | TBR | E-mail to E. Kennedy regarding comments to SHE NDA. | 03 | .50 |
| 01/25/07 | TBR | Review LCC report on interim fees and prepare for call with Fee Committee. | 03 | 2.00 |
| 01/25/07 | TBR | Conference call with Fee Committee regarding LCC report. | 03 | .30 |
| 01/30/07 | TBR | E-mail to T. Matz regarding Joint Fee Review Committee recommendation. | 07 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

01/31/07  TBR   Telephone conference with K. Craft regarding    03          .30
                Total Travel contract termination.


                  TOTAL BILLABLE HOURS        6.30

                          TOTAL FEES                  2079.00

DISBURSEMENTS:

        Copies                                8.00
                                          ----------
                                              8.00


                  TOTAL FEES                        2079.00

                  TOTAL DISBURSEMENTS                  8.00
                                          ------------
                  Matter Total                      2087.00
                                          ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MRC INDUSTRIAL GROUP, INC.              000115900-0102


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/03/07 | MEW | Attention to extension of Trust Agreement. | 03 | .20 |
| 01/11/07 | MEW | Review executed Trust Agreement. | 03 | .10 |

TOTAL BILLABLE HOURS        0.30

TOTAL FEES              99.00

- - - - - - - - - -


TOTAL FEES              99.00

Matter Total            99.00
==============

### Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


      RE:  DANA CORPORATION                      000115900-0116


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/03/07 | TBR | Telephone conference with S. Snell regarding Dana proof of claims. | 03 | .50 |
| 01/08/07 | TBR | Review Amended Proofs of Claim. | 03 | .40 |
| 01/08/07 | TBR | Telephone conference and e-mail with S. Snell regarding Amended Proofs of Claim. | 03 | .60 |

                    TOTAL BILLABLE HOURS      1.50

                         TOTAL FEES                495.00

DISBURSEMENTS:

        Copies                                1.10
                                         - - - - - - - - - -
                                                1.10


                    TOTAL FEES                    495.00

                    TOTAL DISBURSEMENTS             1.10
                                         ──────────────
                    Matter Total                  496.10
                                         ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                            000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/03/07 | TBR | Review DIP order regarding escrow funding. | 03 | .50 |
| 01/03/07 | TBR | Review Pizzorno e-mail regarding escrow funding. | 03 | .20 |
| 01/03/07 | TBR | Reply to Perry e-mail regarding escrow funding. | 03 | .20 |
| 01/05/07 | TBR | Review and reply to Fetter, Everett e-mails regarding cost recovery issue. | 03 | .40 |
| 01/05/07 | TBR | Review Perry e-mail regarding cost recovery issue. | 03 | .20 |
| 01/08/07 | TBR | Review Bambery e-mail regarding surplus. | 03 | .20 |
| 01/09/07 | TBR | Review Bambery e-mails regarding participations. | 03 | .50 |
| 01/09/07 | TBR | Review DIP Order, Subordinated Participation Agreement regarding participations. | 03 | .50 |
| 01/09/07 | TBR | E-mail and telephone conference with J. Bambery regarding participations. | 03 | .80 |
| 01/09/07 | TBR | Telephone conference with A. Perry regarding participations, bar date on proof of claims. | 03 | .20 |
| 01/16/07 | TBR | Review Bambery e-mail regarding participations. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 01/16/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.30 |
| 01/17/07 | TBR | Review Hammer, Bambery e-mails regarding independent contractor claims. | 03 | .40 |
| 01/17/07 | TBR | Review Perry, Pizzorno e-mails regarding escrow. | 03 | .40 |
| 01/17/07 | TBR | Review Bambery e-mail regarding participations. | 03 | .20 |
| 01/17/07 | TBR | Telephone conference and e-mail with T. Wearsch regarding outstanding A/P. | 03 | .50 |
| 01/17/07 | TBR | E-mail to Delphi Team regarding outstanding A/P. | 03 | .20 |
| 01/17/07 | TBR | Review CEP statement regarding outstanding Delphi A/P. | 03 | .50 |
| 01/18/07 | TBR | Telephone conference with M. Hammer regarding escrow. | 03 | .30 |
| 01/19/07 | TBR | Telephone conferences with Delphi Team regarding A/P, TSA. | 03 | .60 |
| 01/19/07 | TBR | Telephone conference and e-mails with D. Mesler regarding TSA. | 03 | .50 |
| 01/19/07 | TBR | E-mails with T. Wearsch regarding A/P. | 03 | .40 |
| 01/19/07 | TBR | Telephone conference with M. Hammer regarding DIP funding. | 03 | .40 |
| 01/19/07 | TBR | Review TSA. | 03 | .40 |
| 01/19/07 | TBR | E-mail to Delphi Team regarding participations. | 03 | .20 |
| 01/22/07 | TBR | Review and respond to Bambery e-mail regarding distribution of participations. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|------|
| 01/22/07 | TBR | Review Order Terminating DIP Facility. | 03 | .40 |
| 01/23/07 | TBR | Review and reply to Bambery e-mails regarding participations. | 03 | .60 |
| 01/23/07 | TBR | Review and reply to Hammer e-mail regarding participations. | 03 | .40 |
| 01/23/07 | TBR | Telephone conference with D. Mesler regarding TSA. | 03 | .20 |
| 01/23/07 | TBR | Review Mesler e-mail regarding A/P. | 03 | .20 |
| 01/26/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio, Eastern Division, and obtained copies of the pleadings; case administration. | 03 | 1.70 |
| 01/29/07 | TBR | E-mail and telephone conference with C. Justice regarding Middlefield equipment. | 03 | .40 |
| 01/29/07 | TBR | Telephone conference with T. Wearsch, S. Matta regarding Middlefield auction. | 03 | .30 |
| 01/29/07 | TBR | Review file regarding Middlefield equipment. | 03 | .30 |
| 01/29/07 | TBR | Telephone conference with A. Perry regarding escrow. | 03 | .20 |
| 01/29/07 | TBR | E-mail to T. Wearsch regarding escrow. | 03 | .20 |
| 01/30/07 | TBR | E-mails with C. Justice regarding Middlefield equipment. | 03 | .40 |
| 01/30/07 | TBR | E-mail to T. Wearsch, S. Mattes regarding Middlefield equipment. | 03 | .20 |
| 01/30/07 | TBR | Review Bambery e-mail regarding escrow. | 03 | .20 |
| 01/31/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


TOTAL BILLABLE HOURS        17.10

TOTAL FEES                      4784.20

DISBURSEMENTS:

Copies                                        0.70
                                          - - - - - - - - - -
                                                  0.70


TOTAL FEES                            4784.20

TOTAL DISBURSEMENTS                      0.70
                                      _____
Matter Total                          4784.90
                                      ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   STERLING MANUFACTURING COMPANY          000115900-0123


DISBURSEMENTS:

        Copies                                        2.80
                                                 ----------
                                                       2.80

                     TOTAL DISBURSEMENTS              2.80
                                                 ----------

                     Matter Total                    2.80
                                                 ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  I & W INDUSTRIES, INC.              000115900-0124


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/05/07 | TBR | Review Consulting Agreement. | 03 | .30 |
| 01/05/07 | TBR | E-mail to R. Schneider regarding Consulting Agreement. | 03 | .20 |
| 01/08/07 | TBR | Telephone conference with A. Perry regarding consulting proposal. | 03 | .20 |
| 01/08/07 | TBR | E-mail to R. Schneider regarding consulting proposal. | 03 | .20 |
| 01/19/07 | TBR | Telephone conference with R. Schneider regarding ancillary equipment. | 03 | .20 |
| 01/30/07 | TBR | Telephone conferences with T. Lindahl regarding creditor issues. | 03 | .60 |
| 01/30/07 | TBR | Draft Bill of Sale for ancillary equipment. | 03 | .20 |
| 01/30/07 | TBR | E-mails with R. Schneider regarding Bill of Sale. | 03 | .40 |
| 01/30/07 | TBR | E-mails with J. McInerney regarding resourcing. | 03 | .40 |
| 01/31/07 | TBR | Telephone conference with A. Perry regarding creditor issues. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

TOTAL BILLABLE HOURS        3.00

TOTAL FEES                990.00

- - - - - - - - - -


TOTAL FEES                990.00

Matter Total              990.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  BING METALS GROUP, INC.                    000115900-0125

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | TBR | Telephone conference with M. Everett and A. Masse regarding participation percentages. | 03 | .30 |
| 01/02/07 | TBR | Review BBK analysis regarding participation percentages. | 03 | .20 |
| 01/02/07 | TBR | Revise percentage schedule to Amended Subordinated Participation Agreement. | 03 | .20 |
| 01/02/07 | TBR | E-mails with banks, GM, Ford, Bing counsel regarding amended schedule. | 03 | .60 |
| 01/03/07 | TBR | Telephone conference and e-mail with J. Fischer regarding Agreements. | 03 | .50 |
| 01/03/07 | TBR | Telephone conferences and e-mails with M. Everett, A. Perry regarding Agreements. | 03 | .70 |
| 01/03/07 | TBR | E-mails with GM, Ford, Bing, Banks counsel regarding Agreements. | 03 | .50 |
| 01/10/07 | TBR | Telephone conference with M. Everett regarding possible resourcing. | 03 | .20 |
| 01/11/07 | TBR | Review term sheet for extension to Accommodation Agreement. | 03 | .20 |
| 01/12/07 | TBR | Review GM term sheet. | 03 | .20 |
| 01/12/07 | TBR | E-mail to M. Everett regarding term sheet. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | | Description | | |
|------|-----|-------------|-----|------|
| 01/12/07 | TBR | Telephone conference with M. Everett regarding potential resourcing. | 03 | .20 |
| 01/15/07 | TBR | Review Rodriguez e-mail regarding term sheet. | 03 | .20 |
| 01/15/07 | TBR | E-mail to A. Perry, M. Everett regarding Ford. | 03 | .20 |
| 01/16/07 | TBR | Telephone conferences and e-mails with M. Everett regarding term sheet. | 03 | 1.00 |
| 01/17/07 | TBR | Review Accommodation Agreement. | 03 | .20 |
| 01/17/07 | TBR | E-mail to M. Everett regarding Accommodation Agreement. | 03 | .20 |
| 01/24/07 | TBR | Telephone conferences with A. Perry regarding amended letter agreement on participations. | 03 | .40 |
| 01/24/07 | TBR | Review Trade Agreement. | 03 | .20 |
| 01/24/07 | TBR | E-mail to GM, Ford, Bank, Bing regarding Trade Agreement. | 03 | .20 |
| 01/24/07 | TBR | Telephone conference with M. Everett, A. Perry regarding future alternatives. | 03 | .30 |
| 01/24/07 | TBR | Review GM term sheet, BBK analysis. | 03 | .50 |
| 01/25/07 | TBR | Telephone conferences and e-mails with M. Everett regarding term sheet. | 03 | 1.50 |
| 01/26/07 | TBR | Review Everett e-mails regarding reply to term sheet, options to Accommodation Agreement. | 03 | .30 |
| 01/26/07 | TBR | Prepare formal reply to term sheet. | 03 | .50 |
| 01/26/07 | TBR | Telephone conferences with M. Everett regarding term sheet, management presentation. | 03 | .70 |
| 01/26/07 | TBR | Telephone conference with J. Fischer regarding reply to term sheet. | 03 | .20 |
| 01/26/07 | TBR | E-mail to Customer Group, Bing, Bank regarding reply to term sheet. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| | | | | |
|---|---|---|---|---|
| 01/28/07 | TBR | Review and revise bullet points regarding options. | 03 | 1.00 |
| 01/28/07 | TBR | E-mail to M. Everett regarding bullet points. | 03 | .20 |
| 01/29/07 | TBR | Telephone conference with J. Fischer regarding Delphi response to accommodation extension. | 03 | .20 |
| 01/29/07 | TBR | E-mail with M. Everett regarding Fischer call. | 03 | .20 |
| 01/31/07 | TBR | Conference calls with Delphi Team regarding proposed extension of Accommodation Agreement. | 03 | 3.50 |
| 01/31/07 | TBR | Telephone conference and e-mail with A. Masse regarding cash needs. | 03 | .40 |
| 01/31/07 | TBR | Telephone conference and e-mails with J. Fischer regarding cash needs. | 03 | .50 |
| 01/31/07 | TBR | Conference calls with Bing, Banks, Customers regarding extension, cash needs. | 03 | 1.50 |
| 01/31/07 | TBR | Review company e-mail regarding participations. | 03 | .20 |

TOTAL BILLABLE HOURS      18.50

TOTAL FEES          6105.00

DISBURSEMENTS:

Copies                                    1.50
                                    ----------
                                          1.50

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2584883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007   PAGE    32
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


                                    TOTAL FEES                  6105.00

                                    TOTAL DISBURSEMENTS            1.50
                                                          _____

                                        Matter Total           6106.50
                                                          ================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

February 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   TENATRONICS LTD.                          000115900-0126

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/17/07 | TBR | Telephone conference with A. Perry, D. Rose, C. Reider regarding inventory. | 03 | .50 |
| 01/17/07 | TBR | Review cash flow statements. | 03 | .40 |
| 01/17/07 | TBR | E-mail to D. Rose regarding status report. | 03 | .20 |
| 01/18/07 | TBR | Telephone conference with Delphi Team regarding inventory. | 03 | .50 |
| 01/24/07 | TBR | Conference calls with Delphi Team regarding inventory. | 03 | 2.00 |
| 01/24/07 | TBR | Conference call with Receiver, BBK regarding Inventory. | 03 | .50 |
| 01/24/07 | TBR | Review inventory analysis. | 03 | .50 |
| 01/25/07 | TBR | Conference calls with Delphi Team regarding inventory issues. | 03 | 2.00 |
| 01/27/07 | TBR | Telephone conference with C. Rieder regarding merchantable issue. | 03 | .30 |
| 01/28/07 | TBR | Review and research "merchantable" issue. | 03 | 1.50 |
| 01/28/07 | TBR | Telephone conference with C. Rieder regarding "merchantable" issue. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8329245

| 01/29/07 | TBR | Review and reply to M. Everett e-mail regarding warranty. | 03 | .20 |
| 01/29/07 | TBR | Telephone conferences with A. Perry, C. Rieder regarding inventory. | 03 | 1.00 |
| 01/29/07 | TBR | Review Rieder e-mail regarding agreement with receiver. | 03 | .30 |
| 01/29/07 | TBR | Work on draft Inventory Purchase Agreement. | 03 | .40 |
| 01/30/07 | TBR | Conference call with Customers, Receiver, BBK regarding status of receivership. | 03 | .50 |
| 01/30/07 | TBR | Draft inventory purchase letter. | 03 | 1.50 |
| 01/30/07 | TBR | E-mails with C. Reider regarding inventory purchase letter. | 03 | .40 |
| 01/31/07 | TBR | Telephone conference and e-mail with L. Ellis, attorney for Receiver, regarding inventory purchase letter. | 03 | .50 |

TOTAL BILLABLE HOURS        13.50

TOTAL FEES                    4455.00

DISBURSEMENTS:

        Copies                                    1.80
                                          - - - - - - - - - -
                                                  1.80

                    TOTAL FEES               4455.00

                    TOTAL DISBURSEMENTS          1.80
                                          ─────────────
                    Matter Total             4456.80
                                          =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8329245

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  QC ONICS                              000115900-0128

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | MEW | Review agenda, related materials for next Customer call. | 03 | .40 |
| 01/02/07 | MEW | Correspondence regarding extension of Intercustomer and Trust Agreements. | 03 | .10 |
| 01/02/07 | P H | Attention to Trust and Intercustomer Agreements. | 03 | 1.30 |
| 01/02/07 | P H | Multiple correspondence to and from D. Wollschlager, A. Perry, and  D. Reamer. | 03 | 1.30 |
| 01/03/07 | MEW | Prepare for and participate in Customer status call. | 03 | .80 |
| 01/03/07 | MEW | Conference with D. Wollschlager regarding case status. | 03 | .20 |
| 01/03/07 | P H | Conference call with Customer Group. | 03 | .60 |
| 01/03/07 | P H | Multiple correspondence re: execution of agreements. | 03 | .60 |
| 01/03/07 | P H | Attention to execution of agreement. | 03 | .50 |
| 01/07/07 | MEW | Correspondence regarding liquidation of equipment collateral. | 03 | .20 |
| 01/07/07 | MEW | Review agenda, supporting documents for Customer call. | 03 | 1.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| | | | | |
|---|---|---|---|---|
| 01/08/07 | MEW | Prepare for and participate in Customer Group call. | 03 | .70 |
| 01/08/07 | MEW | Correspondence regarding Yazaka North America/Penske warehouse agreement. | 03 | .20 |
| 01/08/07 | P H | Conference call with Customer Group. | 03 | .90 |
| 01/09/07 | MEW | Correspondence regarding storage of QC assets. | 03 | .10 |
| 01/09/07 | MEW | Review Penske warehouse agreement. | 03 | .50 |
| 01/09/07 | P H | Correspondence from D. Wollschlager. | 03 | .30 |
| 01/09/07 | P H | Review individual Trust Agreement. | 03 | .30 |
| 01/10/07 | MEW | Review Agenda, supporting schedules for 1/12 Customer call. | 03 | .40 |
| 01/10/07 | MEW | Correspondence regarding disposition of collateral. | 03 | .30 |
| 01/10/07 | P H | Correspondence to and from D. Wollschlager re: individual trust agreements. | 03 | .40 |
| 01/10/07 | P H | Revisions to same. | 03 | .30 |
| 01/11/07 | MEW | Correspondence regarding execution of trust agreement extension. | 03 | .20 |
| 01/11/07 | MEW | Correspondence regarding liquidation of collateral. | 03 | .10 |
| 01/11/07 | P H | Revisions to Trust Agreement. | 03 | .50 |
| 01/11/07 | P H | Correspondence to D. Wollschlager re: same. | 03 | .50 |
| 01/11/07 | P H | Correspondence to and from A. Perry. | 03 | .40 |
| 01/12/07 | MEW | Review, revise and draft QC motion to abandon collateral to customers. | 03 | 1.50 |
| 01/12/07 | MEW | Prepare for and participate in Customer call. | 03 | 1.00 |
| 01/12/07 | P H | Conference call with Customer Group. | 03 | .90 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384283)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| | | | | |
|---|---|---|---|---|
| 01/15/07 | MEW | Correspondence regarding disposition of cash in account. | 03 | .10 |
| 01/16/07 | MEW | Correspondence regarding equipment valuation. | 03 | .10 |
| 01/16/07 | MEW | Conference with Delphi (M. Everett and R. Chapman) regarding equipment liquidation. | 03 | .50 |
| 01/16/07 | MEW | Review SecureCom issues. | 03 | .30 |
| 01/16/07 | P H | Attention to extension of Intercustomer Agreement. | 03 | .70 |
| 01/17/07 | MEW | Prepare for Customer call regarding overall status, collateral disposition. | 03 | .80 |
| 01/17/07 | MEW | Research and analysis regarding optimal method and UCC requirements of liquidating collateral and particularly acquiring collateral at public sale. | 03 | 1.40 |
| 01/17/07 | MEW | Correspondence regarding collateral disposition. | 03 | .10 |
| 01/17/07 | P H | Correspondence to and from A. Perry and M. Wilkins re: Trust Agreement. | 03 | .60 |
| 01/18/07 | MEW | Review UCC provisions regarding public sale. | 03 | .40 |
| 01/18/07 | MEW | Conference with BBK and Delphi regarding collateral position and disposition, UCC public sale. | 03 | .60 |
| 01/18/07 | MEW | Correspondence regarding disposition of collateral. | 03 | .10 |
| 01/18/07 | MEW | Review and forward changes to collateral motion to T. Yoder. | 03 | .20 |
| 01/18/07 | MEW | Correspondence regarding sale of inventory. | 03 | .30 |
| 01/18/07 | MEW | Correspondence regarding open wind-down items. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/19/07 | MEW | Review UCC public sale requirements and discuss with counsel, Delphi business representatives. | 03 | 1.50 |
| 01/19/07 | MEW | Review and revise Delphi's proposed motion regarding abandonment of collateral. | 03 | 1.00 |
| 01/19/07 | MEW | Review Hilco contract regarding collateral liquidation. | 03 | .20 |
| 01/22/07 | MEW | Prepare for and participate in Customer call. | 03 | 1.00 |
| 01/22/07 | MEW | Correspondence regarding liquidation of customer collateral. | 03 | .20 |
| 01/22/07 | MEW | Review collateral disposition requirements. | 03 | .30 |
| 01/22/07 | P H | Conference call with Customer Group. | 03 | .70 |
| 01/24/07 | MEW | Review open issues; Hilco Agreement. | 03 | 1.20 |
| 01/24/07 | MEW | Review materials circulated by BBK relating to Customer call. | 03 | .90 |
| 01/24/07 | MEW | Review asset list, appraisal values, equipment Yazaki and Delphi may wish to purchase. | 03 | .40 |
| 01/24/07 | MEW | Review revised Hilco agreement. | 03 | .20 |
| 01/24/07 | MEW | Review customer exposure analysis. | 03 | .30 |
| 01/24/07 | MEW | Review revised Hilco agreement. | 03 | .10 |
| 01/24/07 | MEW | Review SecureCom issues. | 03 | .40 |
| 01/24/07 | MEW | Review motion for relief from stay, as revised by Yazaki. | 03 | .30 |
| 01/24/07 | P H | Conference with D. Wollschlager. | 03 | .50 |
| 01/24/07 | P H | Review Hilco contracts. | 03 | .40 |
| 01/24/07 | P H | Conference call re: Hilco. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/25/07 | MEW | Review pleadings relating to stay motion. | 03 | .20 |
| 01/25/07 | P H | Conference with M. E. Wilkins re: sale process. | 03 | .40 |
| 01/25/07 | P H | Correspondence to D. Reamer re: Hilco contract. | 03 | .40 |
| 01/25/07 | P H | Review Hilco contract. | 03 | .30 |
| 01/26/07 | MEW | Prepare for and participate in call to discuss collateral disposition, Hilco agreement. | 03 | .80 |
| 01/26/07 | MEW | Review motion for relief from stay regarding customer collateral. | 03 | .30 |
| 01/26/07 | MEW | Review revised motion regarding stay relief to realize on collateral. | 03 | .30 |
| 01/26/07 | MEW | Correspondence regarding public sale of collateral. | 03 | .40 |
| 01/26/07 | MEW | Discuss motion and sale process with T. Yoder. | 03 | .30 |
| 01/26/07 | P H | Revisions to Hilco contract. | 03 | .80 |
| 01/26/07 | P H | Multiple correspondence to and from D. Reamer and D. Wollschlager re: Hilco contract. | 03 | .80 |
| 01/26/07 | P H | Telephone call from D. Wollschlager. | 03 | .70 |
| 01/29/07 | MEW | Prepare for and participate in Customer call. | 03 | .70 |
| 01/29/07 | MEW | Review Hilco agreement. | 03 | .30 |
| 01/29/07 | MEW | Review Equipment List for Hilco contract. | 03 | .30 |
| 01/29/07 | P H | Conference call with Customer Group. | 03 | 1.10 |
| 01/29/07 | P H | Attention to Hilco contract. | 03 | .40 |
| 01/30/07 | MEW | Review and analysis of SecureCom motion -- $50,00 offer. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| | | | | |
|---|---|---|---|---|
| 01/31/07 | MEW | Conference with D. Wollschlager regarding SecureCom proposal. | 03 | .30 |
| 01/31/07 | P H | Attention to Hilco contract. | 03 | .30 |
| 01/31/07 | P H | Correspondence to L. Gavin. | 03 | .20 |

                    TOTAL BILLABLE HOURS      42.80

                         TOTAL FEES              12199.00

DISBURSEMENTS:

        Copies                                    9.40
                                            -----------
                                                  9.40


                    TOTAL FEES                12199.00

                    TOTAL DISBURSEMENTS           9.40
                                            -----------
                         Matter Total         12208.40
                                            =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  GENERAL MOTORS ARBITRATION                    000115900-0129

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | EMK | Work on response to motion to compel. | 10 | .10 |
| 01/02/07 | HCD | Review GM motion to compel with attachments and work on response. | 10 | 2.20 |
| 01/02/07 | M_L | Continue review of federal and other states' jurisdictions on issue of work product doctrine applying to documents not created by or at direction of counsel, factors considered in application. | 10 | 4.00 |
| 01/02/07 | M_L | Draft e-mail to client setting forth facts needed and to identify affiant for response. | 10 | 1.40 |
| 01/02/07 | M_L | Review of GM's facilitation statement, exhibits. | 10 | .90 |
| 01/02/07 | M_L | Revise memo on privilege/work product issues for response to GM's motion to compel. | 10 | 1.80 |
| 01/03/07 | EMK | Prepare for conference with W. Cosnowski and J. Papelian on 1/4/07. | 10 | .20 |
| 01/03/07 | HCD | Work on response to motion to compel and review associated correspondence and documents. | 10 | 1.70 |
| 01/03/07 | M_L | Review Delphi facilitation statement and exhibits. | 10 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 01/03/07 | M_L | Review Delphi W-car converter timeline, correspondence between parties regarding document production. | 10 | 1.60 |
| 01/03/07 | M_L | Review of privilege log. | 10 | .60 |
| 01/03/07 | M_L | Draft outline for response to GM motion to compel. | 10 | 4.80 |
| 01/04/07 | EMK | Prepare for telephone conference with J. Papelian and W. Cosnowski. | 10 | .20 |
| 01/04/07 | EMK | Participate in conference call with J. Papelian and W. Cosnowski regarding status. | 10 | .70 |
| 01/04/07 | EMK | Follow up regarding defenses. | 10 | .30 |
| 01/04/07 | HCD | Prepare for and participate in conference with clients re open issues and next steps. | 10 | .70 |
| 01/04/07 | HCD | Work on Krausch affidavit. | 10 | .30 |
| 01/04/07 | HCD | Work on response in opposition to motion to compel. | 10 | .70 |
| 01/04/07 | HCD | Document review. | 10 | 1.40 |
| 01/04/07 | HCD | Review draft issues chart and attachments prepared by Will Cosnowski. | 10 | .50 |
| 01/04/07 | HCD | Prepare for telephone conference with client re issues chart and re expert issues. | 10 | .60 |
| 01/04/07 | HCD | Conference with Krausch re same. | 10 | .30 |
| 01/04/07 | M_L | Review of Warranty Council Process power points and Warranty Council meeting minutes and other documents associated with Warranty Council review of W-car claim. | 10 | 1.30 |
| 01/04/07 | M_L | Call with D. Krausch regarding his role on Warranty Council and Warranty Team. | 10 | .50 |
| 01/04/07 | M_L | Began draft response to GM's motion to compel. | 10 | 6.70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| | | | | |
|---|---|---|---|---|
| 01/05/07 | EMK | Review issue summary from W. Cosnowski. | 10 | .30 |
| 01/05/07 | EMK | Telephone call to W. Cosnowski and J. Papelian regarding issue summary. | 10 | .40 |
| 01/05/07 | EMK | E-mail to E. Dwyer. | 10 | .10 |
| 01/05/07 | HCD | Review memo re claims and defenses. | 10 | .30 |
| 01/05/07 | HCD | Review documents associated with claims and defenses. | 10 | .70 |
| 01/05/07 | HCD | Review privilege log CD and identify supplemental documents for production. | 10 | 2.20 |
| 01/05/07 | HCD | Work on opposition to motion to compel. | 10 | .90 |
| 01/05/07 | HCD | Review D. Krausch supplied documents. | 10 | .60 |
| 01/05/07 | HCD | Telephone call with client re same. | 10 | .20 |
| 01/05/07 | M_L | Continue draft response to GM's motion to compel, affidavit of David Krausch. | 10 | 5.20 |
| 01/06/07 | EMK | E-mail from E. Dwyer regarding schedule. | 10 | .10 |
| 01/06/07 | EMK | E-mail to W. Cosnowski. | 10 | .10 |
| 01/06/07 | M_L | Complete draft response to GM's motion to compel. | 10 | 4.10 |
| 01/07/07 | EMK | E-mail from J. Papelian regarding access to GM warranty data. | 10 | .10 |
| 01/07/07 | M_L | Revise response to GM's motion to compel. | 10 | 3.60 |
| 01/07/07 | M_L | Complete affidavit of David Krausch in support of response. | 10 | 1.00 |
| 01/08/07 | EMK | Work on issue analysis and summary. | 10 | .40 |
| 01/08/07 | EMK | Telephone call to J. Papelian and W. Cosnowski regarding issues. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 01/08/07 | EMK | Telephone call to E. Dwyer regarding document exchange schedule. | 10 | .10 |
| 01/08/07 | HCD | Draft, revise and edit response in opposition to motion to compel and accompanying affidavit. | 10 | 4.20 |
| 01/08/07 | HCD | Prepare for and participate in conference call with client re same and re proofs/issue outline. | 10 | .60 |
| 01/08/07 | HCD | Review documents on privilege log to determine supplementation. | 10 | 1.70 |
| 01/08/07 | L C | Communications with P. Tottis regarding the privilege log documents and the supplemental documents produced by Delphi. | 10 | .30 |
| 01/08/07 | M_L | Revisions to response to GM's motion to compel. | 10 | 1.50 |
| 01/09/07 | EMK | Work on issue analysis. | 10 | .50 |
| 01/09/07 | HCD | Review additional materials from D. Krausch re draft response and affidavit. | 10 | .40 |
| 01/09/07 | HCD | Prepare for and participate in telephone call with D. Krausch re draft response and affidavit. | 10 | .50 |
| 01/09/07 | HCD | Revise and edit affidavit and response based on Krausch comments. | 10 | .80 |
| 01/09/07 | HCD | Review privileged log materials to assess need for supplemental production. | 10 | .90 |
| 01/09/07 | HCD | Review GM supplemental production. | 10 | 2.20 |
| 01/09/07 | HCD | Work on updated to do list. | 10 | .40 |
| 01/09/07 | HCD | Review client issues/proofs summary and add comments re same. | 10 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 01/09/07 | L C | Continued communications with P. Tottis regarding the supplemental documents Delphi produced. | 10 | .20 |
| 01/09/07 | M_L | Review of GM produced documents. | 10 | 7.40 |
| 01/10/07 | HCD | Conference with D. Krausch re affidavit. | 10 | .40 |
| 01/10/07 | HCD | Revise and edit D. Krausch affidavit. | 10 | .40 |
| 01/10/07 | HCD | Review client edits to Krausch affidavit. | 10 | .50 |
| 01/10/07 | HCD | Review documents on privilege log. | 10 | 1.90 |
| 01/10/07 | HCD | Review supplemental GM production. | 10 | .60 |
| 01/10/07 | HCD | Review GM e-mail re supplemental production and document inspection and draft response. | 10 | .30 |
| 01/10/07 | HCD | Work on updated proofs outline and comments. | 10 | .50 |
| 01/10/07 | M_L | Continue initial review of GM documents. | 10 | 5.50 |
| 01/10/07 | M_L | Revisions to response to GM motion to compel. | 10 | 3.10 |
| 01/11/07 | EMK | Work on issue analysis, summary. | 10 | 5.00 |
| 01/11/07 | HCD | Work on response and opposition and affidavit. | 10 | 2.40 |
| 01/11/07 | HCD | Review GM document production. | 10 | .60 |
| 01/11/07 | HCD | Review privilege log documents to identify supplemental production. | 10 | 1.40 |
| 01/11/07 | HCD | Work on updated proofs outline and send to client. | 10 | 4.10 |
| 01/12/07 | EMK | Work on issue analysis. | 10 | .10 |
| 01/12/07 | HCD | Review and respond to request for deposition and additional documents. | 10 | .60 |
| 01/12/07 | L C | Reviewed the disks containing the supplemental Delphi production. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 01/12/07 | L C | Indexed and prepared a notebook the 3M designer guides and technical bulletins. | 10 | 2.50 |
| 01/15/07 | M_L | Review GM documents to summarize relevant testing. | 10 | 2.50 |
| 01/16/07 | EMK | Work on response to GM request for deposition of Krausch. | 10 | .20 |
| 01/16/07 | EMK | E-mail to E. Dwyer. | 10 | .10 |
| 01/16/07 | HCD | Assess and respond to GM requests for additional documents and depositions. | 10 | .40 |
| 01/16/07 | HCD | Prepare for D. Krausch meeting. | 10 | .20 |
| 01/17/07 | EMK | Work on strategy for motion to compel. | 10 | .10 |
| 01/17/07 | HCD | Arrange D. Krausch deposition and preparation. | 10 | .20 |
| 01/17/07 | HCD | Contact opposing counsel re deposition. | 10 | .20 |
| 01/17/07 | M_L | Review of GM incident reports and test documents to determine nature and extent of GM tests. | 10 | 4.70 |
| 01/18/07 | HCD | Review and respond to GM request for supplemental production and review of documents. | 10 | .20 |
| 01/18/07 | HCD | Arrange and prepare for D. Krausch meeting re deposition preparation. | 10 | .30 |
| 01/18/07 | M_L | Review of testing documents for vehicles/components tested and results. | 10 | 6.80 |
| 01/19/07 | HCD | Review meeting minutes and other documents associated with warranty counsel to assess production and privilege. | 10 | 1.30 |
| 01/19/07 | HCD | Conference with client re production and privilege matters. | 10 | .80 |
| 01/19/07 | HCD | Contact opposing counsel re "eyes only" issue. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| | | | | |
|---|---|---|---|---|
| 01/19/07 | L C | Attention to loading the data of documents produced by Delphi Corps. in December. | 10 | .50 |
| 01/22/07 | EMK | Work on discovery follow up. | 10 | .10 |
| 01/22/07 | HCD | Work on supplemental document production and conference with client re same. | 10 | .60 |
| 01/22/07 | HCD | Prepare for meeting with D. Krausch re deposition preparation. | 10 | .80 |
| 01/22/07 | HCD | Work on request for supplemental production by GM. | 10 | .40 |
| 01/22/07 | M_L | Review of GM response to Delphi request for production in conjunction with review of GM documents to determine degree of compliance with GM responses, gaps in production. | 10 | 4.50 |
| 01/23/07 | HCD | Prepare for and attend D. Krausch deposition preparation. | 10 | 4.20 |
| 01/23/07 | L C | Continued work on loading DVDs containing the 12/15/06 document production into Summation. | 10 | .90 |
| 01/23/07 | M_L | Continue review of GM documents based on responses to Delphi request for production and summarize document categories/items not produced. | 10 | 2.20 |
| 01/24/07 | EMK | Work on position regarding privileged documents. | 10 | .10 |
| 01/24/07 | HCD | Assess need to supplement document production. | 10 | .30 |
| 01/24/07 | HCD | Prepare for pre-deposition meeting with D. Krausch re preparation. | 10 | .30 |
| 01/24/07 | HCD | Work on supplemental production and review materials. | 10 | .80 |
| 01/24/07 | HCD | Conference with client re supplemental production. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | Init. | Description | | |
|------|-------|-------------|---|---|
| 01/25/07 | HCD | Prepare for and defend deposition of Dave Krausch. | 10 | 7.10 |
| 01/25/07 | HCD | Work on supplemental document demand to Ford. | 10 | .40 |
| 01/26/07 | EMK | Work on privilege issues. | 10 | .10 |
| 01/26/07 | HCD | Review materials re further document review. | 10 | .30 |
| 01/26/07 | HCD | Outline issues pertinent to request for supplemental production. | 10 | .40 |
| 01/29/07 | HCD | Follow up re document inspection. | 10 | .20 |
| 01/29/07 | HCD | Work on letter to opposing counsel re supplemental production and privilege issues. | 10 | .80 |
| 01/29/07 | M_L | Continue summary of testing documents to determine nature and extent of tests, any police/taxi fleet testing, keying on vibration, effects on converters. | 10 | 2.80 |
| 01/30/07 | L C | Searched the images and data from the 12/15/06 supplemental production to GM loaded from the external drive into Summation for errors. | 10 | .30 |
| 01/30/07 | M_L | Review of Milford proving grounds testing documents and exhaust system charts by model and model year. | 10 | 2.40 |

TOTAL BILLABLE HOURS       156.60

TOTAL FEES              31091.90

DISBURSEMENTS:

| | | |
|---|---|---|
| Copies | 205.60 | |
| Digital Services | 246.00 | |
| | ---------- | |
| | 451.60 | |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


TOTAL FEES                    31091.90

TOTAL DISBURSEMENTS            451.60
                          _____

Matter Total                 31543.50
                          ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4450
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                       February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INTERIOR GROUP SALE                  000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | SJ | Call with Dan Bicknell re: Columbus. | 03 | .20 |
| 01/02/07 | SJ | Review Project Interiors data room documents. | 03 | 1.30 |
| 01/05/07 | SJ | Review and respond to Renco Term Sheet regarding open environmental issue. | 03 | .50 |
| 01/05/07 | SJ | Review Bicknell changes to Term Sheet. | 03 | .50 |
| 01/05/07 | SJ | Review and revise environmental provision of Renco term sheet. | 03 | .60 |
| 01/17/07 | SJ | Review FSG Transaction spreadsheet in preparation for conference call. | 03 | .50 |
| 01/17/07 | SJ | Participated in Consolidated ICS and Interiors transaction transition plan update agenda. | 03 | .60 |
| 01/18/07 | SJ | Call with John Ridd to review Columbus Phase II report. | 03 | 1.50 |
| 01/18/07 | SJ | Review draft Columbus Phase II ESA by Golder Associates. | 03 | 1.10 |
| 01/19/07 | SJ | Reviewed comments from John Ridd to Dan Bucknell regarding Columbus Phase II. | 03 | .30 |
| 01/22/07 | SJ | Review comments from Dan Bicknell to Golder regarding Columbus Phase II. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

01/22/07  SJ   Follow up with Meg Briarton and Paula Bond    03        .20
               regarding placing Project Destiny reports in
               the data room.


               TOTAL BILLABLE HOURS       7.60

                    TOTAL FEES                     1793.60


DISBURSEMENTS:

       Copies                            19.00
                                        ----------
                                             19.00


               TOTAL FEES                        1793.60

               TOTAL DISBURSEMENTS                 19.00
                                         _____

                    Matter Total                1812.60
                                         ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  THE AMERICAN TEAM, INC.              000115900-0132


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | TBR | Review Amendment to Accommodation Agreement, Trade Agreements. | 03 | .50 |
| 01/02/07 | TBR | E-mail to M. Everett regarding Amendment to Accommodation Agreement. | 03 | .20 |
| 01/02/07 | TBR | Telephone conferences with M. Everett, M. Olson regarding Amendment to Accommodation Agreement. | 03 | .40 |
| 01/02/07 | TBR | Review Access Agreement. | 03 | .20 |
| 01/02/07 | TBR | E-mail to M. Everett regarding Access Agreement. | 03 | .20 |
| 01/02/07 | TBR | E-mail to J. Sgroi regarding signed agreements. | 03 | .20 |
| 01/25/07 | TBR | Review Silver e-mail regarding extension of Accommodation Agreement. | 03 | .20 |
| 01/25/07 | TBR | E-mail to Bowman regarding January 26 conference call. | 03 | .20 |
| 01/26/07 | TBR | Telephone conference with A. Bowman regarding Customer call. | 03 | .20 |
| 01/26/07 | TBR | Conference call with Customers, BBK regarding status, Second Amendment to Accommodation Agreement. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(315) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| | | | | |
|---|---|---|---|---|
| 01/26/07 | TBR | Review e-mails regarding Second Amendment. | 03 | .30 |
| 01/29/07 | TBR | Telephone conference with A. Bowman regarding accommodation extension. | 03 | .20 |
| 01/29/07 | TBR | Review BBK financials. | 03 | .50 |
| 01/29/07 | TBR | Conference call with Customers, Supplier, Bank regarding accommodation extension. | 03 | .70 |
| 01/29/07 | TBR | Review revised Amendment to Accommodation Agreement. | 03 | .20 |

TOTAL BILLABLE HOURS        4.70

TOTAL FEES            1551.00

DISBURSEMENTS:

   Copies                                        9.90
                                            -----------
                                                 9.90

TOTAL FEES            1551.00

TOTAL DISBURSEMENTS          9.90
                                          -----------
Matter Total          1560.90
                                          =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  REMY INTERNATIONAL                      000115900-0135


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/03/07 | TBR | Review and respond to Snell e-mail regarding UCC letter. | 03 | .20 |
| 01/04/07 | TBR | Telephone conferences and e-mails with S. Snell regarding UCC letter. | 03 | .60 |
| 01/04/07 | TBR | Review and revise UCC letter. | 03 | .30 |
| 01/04/07 | TBR | Review Snell e-mail to Remy regarding UCC letter. | 03 | .20 |
| 01/04/07 | TBR | Review Remy e-mail regarding CIA. | 03 | .20 |

TOTAL BILLABLE HOURS        1.50

TOTAL FEES                      495.00

- - - - - - - - - -


TOTAL FEES                      495.00

Matter Total                    495.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  POTOMAC PHOTONICS              000115900-0136


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | TBR | Conference with J. Stevenson regarding Bank S/I release. | 03 | .40 |
| 01/02/07 | TBR | Review Robbins e-mail regarding Bank release. | 03 | .20 |
| 01/02/07 | JRS | Review email from J. Robbins re agreement between Delphi and Potomac Photonics. | 03 | .10 |
| 01/03/07 | JRS | Confer with T. Radom re agreement between Delphi and Potomac Photonics. | 03 | .20 |
| 01/04/07 | JRS | Telephone call with H. Rauner re agreement between Delphi and Potomac Photonics. | 03 | .10 |
| 01/05/07 | JRS | Confer with T. Radom re agreement between Delphi and Potomac Photonics. | 03 | .10 |
| 01/05/07 | JRS | Research and draft letter to H. Rauner re agreement between Delphi and Potomac Photonics. | 03 | 1.80 |
| 01/05/07 | JRS | Telephone call with J. Robbins re agreement between Delphi and Potomac Photonics. | 03 | .10 |


                TOTAL BILLABLE HOURS      3.00

                      TOTAL FEES              697.20

                                          ----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


                        TOTAL FEES                    697.20
                                          _____

                        Matter Total                 697.20
                                          ===================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TAWAS INDUSTRIES                         000115900-0137


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | P H | Telephone conference with J. Norflis. | 03 | .70 |
| 01/02/07 | P H | Telephone call from A. Schehr re: release. | 03 | .70 |
| 01/02/07 | P H | Attention to settlement agreement. | 03 | .70 |
| 01/02/07 | P H | Multiple correspondence to and from Delphi team. | 03 | .70 |
| 01/02/07 | P H | Review release. | 03 | .60 |
| 01/03/07 | MEW | Correspondence regarding settlement status. | 03 | .20 |
| 01/03/07 | P H | Draft revisions to Mutual Release. | 03 | 1.70 |
| 01/03/07 | P H | Multiple correspondence and conferences with McTevia, Delphi Team and A. Schehr. | 03 | 1.70 |
| 01/03/07 | P H | Attention to tooling/funds transfer. | 03 | 1.70 |
| 01/04/07 | P H | Attention to release. | 03 | .90 |
| 01/04/07 | P H | Review Delphi/Tawas stipulation and order. | 03 | 1.00 |
| 01/04/07 | P H | Multiple correspondence to and from K. Kable. | 03 | 1.00 |
| 01/11/07 | P H | Correspondence to and from K. Kable re: release. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

01/17/07  P H  Correspondence to J. Norflis and L. Harter    03         .70
               re: inventory issues.


                    TOTAL BILLABLE HOURS        13.00

                         TOTAL FEES                  2882.00


DISBURSEMENTS:

        Copies                                    1.60
                                             -----------
                                                    1.60


                    TOTAL FEES                       2882.00

                    TOTAL DISBURSEMENTS                 1.60
                                             -----------------
                    Matter Total                     2883.60
                                             =================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  ACCESS ELECTRONICS, INC.                000115900-0139

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/07 | TBR | Telephone conference with M. Everett regarding consultants. | 03 | .20 |
| 01/02/07 | TBR | Review Whitehall, Amherst websites. | 03 | .50 |
| 01/02/07 | TBR | E-mail to M. Everett regarding consultants. | 03 | .20 |
| 01/03/07 | TBR | Conference call with Delphi Team regarding options analysis. | 03 | .60 |
| 01/04/07 | TBR | Telephone conference with M. Everett regarding Whitehall. | 03 | .20 |
| 01/05/07 | TBR | Conference call with Delphi Team regarding strategy. | 03 | .60 |
| 01/05/07 | TBR | Review and reply to M. Everett e-mail regarding Whitehall. | 03 | .40 |
| 01/05/07 | TBR | E-mails with M. Olson regarding Trade Agreement. | 03 | .50 |
| 01/05/07 | TBR | Revise Trade Agreement. | 03 | .20 |
| 01/05/07 | TBR | Review Olson financial report. | 03 | .30 |
| 01/09/07 | TBR | Telephone conference with A. Perry regarding Whitehall. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| Date | | Description | | |
|---|---|---|---|---|
| 01/09/07 | TBR | Conference call with Delphi Team, Whitehall regarding status report. | 03 | .70 |
| 01/10/07 | TBR | E-mail to M. Everett regarding Whitehall meeting. | 03 | .20 |
| 01/10/07 | TBR | Telephone conference with Delphi Team, Whitehall regarding liquidity issues. | 03 | .30 |
| 01/11/07 | TBR | Conference calls with Delphi Team, Supplier regarding liquidity issues. | 03 | 1.20 |
| 01/11/07 | TBR | Draft letter agreement regarding inventory purchase. | 03 | 1.00 |
| 01/11/07 | TBR | E-mail to M. Olson regarding letter agreement. | 03 | .20 |
| 01/12/07 | TBR | Draft Inventory Purchase Agreement. | 03 | 1.00 |
| 01/12/07 | TBR | Telephone conferences with M. Olson regarding Inventory Purchase. | 03 | .50 |
| 01/16/07 | TBR | Revise Inventory Purchase Letter Agreement. | 03 | .40 |
| 01/16/07 | TBR | Telephone conferences and e-mails with B. Chapman, M. Everett regarding letter. | 03 | .50 |
| 01/17/07 | TBR | Telephone conference with B. Chapman regarding inventory purchase. | 03 | .20 |
| 01/17/07 | TBR | E-mails with Delphi Team regarding inventory purchase. | 03 | .50 |
| 01/30/07 | TBR | Revise inventory purchase letter. | 03 | .20 |
| 01/30/07 | TBR | E-mail revised inventory purchase letter to C. Reider. | 03 | .20 |

TOTAL BILLABLE HOURS       11.00

TOTAL FEES                3630.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


DISBURSEMENTS:

    Copies                                              0.70
                                           - - - - - - - - - -
                                                  0.70


                              TOTAL FEES              3630.00

                              TOTAL DISBURSEMENTS        0.70
                                                   _____

                                 Matter Total        3630.70
                                                   =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384683)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   SECONDMENT OVER 8 HOURS              000115900-0140


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/04/07 | C_G | Continued drafting Shay Dixon Position Statement. | 06 | 5.80 |
| 01/05/07 | C_G | Finalized Dixon position statement and e-mailed it to Jeffery Peterson for his review. | 06 | .50 |
| 01/05/07 | C_G | Finalized Jackson position statement and e-mailed it to Jeffrey Peterson for his review. | 06 | .30 |
| 01/05/07 | C_G | Drafted affidavits for Mattie Kincaid, Deborah Osborne and Doug Sebastian pursuant to Investigator Hodge's request for the Caldwell charge; prepared statistical evidence pursuant to Investigator Hodge's request; call and e-mail to Jennifer McKenzie in Columbus regarding affidavits. | 06 | 1.30 |
| 01/24/07 | C_G | E-mails and discussions with Doug Sebastian and Jennifer McKenzie regarding employee statements for the Randall Charge of Discrimination; started drafting position statement for the Randall Charge. | 06 | 5.40 |
| 01/24/07 | C_G | Discussions via e-mail and phone with Mike Lawson regarding necessary information needed to respond to the Investigator's request for Shay Dixon Charge. | 06 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 500  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

01/25/07  C_G   Finalized Randall position statement for Jeff  06        2.00
                Peterson's review; e-mailed position
                statement to Jeff Peterson.


                    TOTAL BILLABLE HOURS        15.90

                        TOTAL FEES                    3180.00

                                               - - - - - - - - - -


                    TOTAL FEES                        3180.00
                                               _____

                        Matter Total                 3180.00
                                               ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  PARKVIEW METAL PRODUCTS, LLC            000115900-0141


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/09/07 | TBR | Telephone conference with M. Everett regarding new matter. | 03 | .20 |
| 01/09/07 | TBR | Review Everett e-mail regarding background. | 03 | .20 |
| 01/10/07 | TBR | Telephone conference with B. Chapman, M. Everett regarding strategic options. | 03 | .60 |
| 01/10/07 | TBR | Review form of proposed Agreement. | 03 | .40 |
| 01/17/07 | TBR | Review Chapman e-mail regarding status. | 03 | .20 |
| 01/17/07 | TBR | Telephone conferences with B. Chapman regarding status with Supplier. | 03 | .50 |
| 01/17/07 | TBR | E-mail to B. Chapman regarding draft Exit Agreement. | 03 | .20 |
| 01/18/07 | TBR | Draft Exit Agreement. | 03 | 1.50 |
| 01/18/07 | TBR | E-mail to B. Chapman regarding Exit Agreement. | 03 | .20 |
| 01/19/07 | TBR | Telephone conferences and e-mails with B. Chapman regarding Exit Agreement. | 03 | .70 |
| 01/19/07 | TBR | Revise Exit Agreement. | 03 | .50 |
| 01/22/07 | TBR | Telephone conference and e-mail with B. Chapman regarding Exit Agreement. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

| 01/22/07 | TBR | Conference call with Supplier, financial advisor regarding Exit Agreement. | 03 | .50 |
|---|---|---|---|---|
| 01/22/07 | TBR | Review Supplier e-mail regarding response to Exit Agreement. | 03 | .20 |
| 01/23/07 | TBR | Revise Exit Agreement. | 03 | 1.00 |
| 01/23/07 | TBR | Telephone conferences and e-mails with B. Chapman regarding Exit Agreement. | 03 | 1.00 |
| 01/25/07 | TBR | Review and reply to Chapman e-mails regarding Exit Agreement. | 03 | .60 |

                    TOTAL BILLABLE HOURS        9.00

                         TOTAL FEES           2970.00

DISBURSEMENTS:

        Copies                                  8.30
                                              ----------
                                                8.30


                    TOTAL FEES               2970.00

                    TOTAL DISBURSEMENTS          8.30
                                           _____

                    Matter Total            2978.30
                                           =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MICHIGAN SPRING AND STAMPING             000115900-0142


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/20/07 | JEW | Review client provided papers and records and contracts and contract terms preparatory to preparation of complaint. | 10 | 4.00 |
| 01/22/07 | JEW | Additional review of client supplied documentation for drafting of complaint and draft complaint. | 10 | 4.50 |
| 01/22/07 | JEW | Commence preparation of electronic discovery correspondence to client so as to preserve electronic information. | 10 | 1.00 |
| 01/22/07 | JEW | Correspondence to client re contents of complaint. | 10 | .50 |
| 01/22/07 | A_R | Ran corporate search on Precision Products Group, Inc. to obtain Resident Agent information and printed off and reviewed their 2006 Annual Report, Listing of Assumed Names, and Amended Application for Certificate of Authority to Transact Business in Michigan. | 10 | .30 |
| 01/26/07 | DPM | Review of file. | 10 | 3.30 |
| 01/26/07 | DPM | Meeting with Michelle Pleban. | 10 | .40 |
| 01/26/07 | MAP | Begin review and flagging of key documents for copying and note key events, issues for chronology. | 10 | 3.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8329245

| Date | | Description | | |
|---|---|---|---|---|
| 01/26/07 | MAP | Meet with Malone to discuss preparation of a chronology and key document index. | 10 | .50 |
| 01/29/07 | MAP | Complete review of Delphi materials to identify key documents, dates and individuals. | 10 | 1.00 |
| 01/29/07 | MAP | Arrange for copies of key documents for creation of a chronology binder. | 10 | .50 |
| 01/30/07 | DPM | Focus on key individuals and documents, edit draft of complaint accordingly. | 10 | 1.00 |
| 01/30/07 | DPM | Review reorganized file. | 10 | 1.50 |
| 01/30/07 | MAP | Prepare a memo noting key individuals from Delphi, MS&S, and Tier II suppliers. | 10 | 1.00 |
| 01/30/07 | MAP | Prepare a chronology binder and index of key documents and events. | 10 | 1.50 |
| 01/31/07 | DPM | Review key documents and edit draft of complaint. | 10 | 2.50 |

                    TOTAL BILLABLE HOURS      26.50

                        TOTAL FEES            6632.80

DISBURSEMENTS:

        Copies                                24.60
                                          ----------
                                             24.60


                    TOTAL FEES               6632.80

                    TOTAL DISBURSEMENTS        24.60
                                          _____

                    Matter Total            6657.40
                                          ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     February 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8329245

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  VITEC                                    000115900-0143

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/17/07 | TBR | Telephone conference and e-mails with S. Snell regarding UCC letter. | 03 | 1.00 |
| 01/18/07 | TBR | E-mail with S. Snell regarding GM letter. | 03 | .20 |

TOTAL BILLABLE HOURS         1.20

TOTAL FEES                         396.00

- - - - - - - - - -

TOTAL FEES                         396.00

Matter Total                       396.00
==============