EXHIBIT B

DELPHI CORPORATION, *ET AL*
PROFESSIONAL SERVICES RENDERED
BY JAECKLE FLEISCHMANN MUGEL, LLP
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

OCTOBER 1, 2006 - JANUARY 31, 2007

| Timekeeper | Title | Year Admitted to Practice | Lawschool Class | Rate | Oct Hours | Oct Fees | Nov Hours | Nov Fees | Dec Hours | Dec Fees | Jan Hours | Jan Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert C. Brown | Patent Agent | 1993 | | $165.00 | 33 | $5,445.00 | 64 | $10,560.00 | 36 | $5,940.00 | 60 | $9,900.00 |
| Dennis B. Danella | Associate/Partner* | 2000 | 2000 | $195.00 | 120.5 | $23,497.50 | 117.1 | $22,834.50 | 85.3 | $16,633.50 | 103.3 | $20,143.50 |
| Margaret I. Hults | Legal Assistant | | | $85.00 | 2.5 | $212.50 | 5.1 | $433.50 | 4.7 | $399.50 | | $0.00 |
| Ronald J. Kisicki | Partner | 1986 | 1986 | $250.00 | 77.7 | $19,425.00 | 76.4 | $19,100.00 | 81.5 | $20,375.00 | 80.6 | $20,150.00 |
| Joseph W. Allen | Partner | | | $220.00 | 0.4 | $88.00 | 5.1 | $1,122.00 | | $0.00 | | $0.00 |
| Katherine H. McGuire | Associate | 1989 | 1989 | $210.00 | 3.7 | $777.00 | | $0.00 | | $0.00 | | $0.00 |
| Lee J. Fleckenstein | Patent Agent | 1992 | | $180.00 | | $0.00 | | $0.00 | | $0.00 | 2 | $360.00 |
| TOTAL | | | | | 237.8 | $49,445.00 | 267.7 | $54,050.00 | 207.5 | $43,348.00 | 245.9 | $50,553.50 |

| TOTAL | $197,396.50 |
|---|---|
| HOURS | 958.90 |

* DBD became a Partner with the Firm on 1/01/07