# EXHIBIT C

## DELPHI CORPORATION, *ET AL*
## BY JAECKLE FLEISCHMANN MUGEL, LLP
## AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
## OCTOBER 1, 2006 - JAN 31, 2007

| Matter | Name | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Patent Application drafting & Prosecution | Ronald J. Kisicki | 250 | 274.6 | $68,650.00 |
| Preparation 3rd Interim Fee Application | Ronald J. Kisicki | 250 | 11.8 | $2,950.00 |
| Patent Application drafting & Prosecution | Dennis B. Danella | 195 | 426.2 | $83,109.00 |
| Patent Application drafting & Prosecution | Katherine H. McGuire | 210 | 3.7 | $777.00 |
| Patent Application drafting & Prosecution | Lee J. Fleckenstein | 180 | 2 | $360.00 |
| Preparation 3rd Interim Fee Application | Joseph W. Allen | 220 | 5.5 | $1,210.00 |
| Patent Application drafting & Prosecution | Robert C. Brown | 165 | 193 | $31,845.00 |
| Patent Application drafting & Prosecution | Margaret I. Hults | 85 | 12.3 | $1,045.50 |
| | | | | |
| Intellectual Property Counseling | Ronald J. Kisicki | 250 | 29.8 | $7,450.00 |
| | | | | |
| | | | | $197,396.50 |