# EXHIBIT D

## DELPHI CORPORATION, *ET AL*
## ACTUAL AND NECESSARY DISBURSEMENTS
## INCURRED BY JAECKLE FLEISCHMANN MUGEL, LLP
## BY INTELLECTUAL PROPERTY COUNSEL
## OCTOBER 1, 2006 - JANUARY 31, 2007

| Expenses | Amount |
|---|---:|
| Filing Fees | $43,094.24 |
| Mailing Charges | $820.92 |
| Patent Searching and File Histories | -$225.00 |
| Drawing Fees | $2,865.00 |
| Long Distance out of country calls | $80.13 |
| | |
| **TOTAL DISBURSEMENTS** | **$46,635.29** |