IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

```
                                                November 15, 2006
                                                I.D. 89190
                                                Invoice # 136360
Delphi Technologies
Attn:  Patrick M. Griffin
M/C 480.410.202
5825 Delphi Drive
Troy, Michigan 48007



     For Services Rendered Through October 31, 2006


          80% of total amount =         39,556.00
          20% of total amount =          9,889.00
                                        49,445.00

     Total Disbursements                12,760.03


                    Total This Invoice     $       62,205.03
                                                ------------------
```

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK   14202-2292
TEL 716.856.0600   FAX 716.856.0432

Tax I.D. 16-0774920

```
                                             December 21, 2006
                                             I.D. 89190
                                             Invoice # 137384
Delphi Technologies
Attn: Patrick M. Griffin
M/C 480.410.202
5825 Delphi Drive
Troy, Michigan 48007



     For Services Rendered Through November 30, 2006

          80% of total amount =              43,240.00
          20% of total amount =              10,810.00
                                             54,050.00

     Total Disbursements                      8,015.29

                    Total This Invoice   $      62,065.29
                                             ------------------
```

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

## JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK   14202-2292
TEL 716.856.0600   FAX 716.856.0432

Tax I.D. 16-0774920

```
                                                    January 31, 2007
                                                    I.D. 89190
                                                    Invoice # 138264
Delphi Technologies
Attn:  Patrick M. Griffin
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007



       For Services Rendered Through December 31, 2006




              80% of total amount =          34,678.40
              20% of total amount =           8,669.60
                                             43,348.00

       Total Disbursements                    9,610.63

                       Total This Invoice            $      52,958.63
                                                     --------------------



CLIENT TOTAL AMOUNT DUE                              $      52,958.63
                                                     ====================
```

IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600 FAX 716.856.0432

Tax I.D. 16-0774920

February 27, 2007
I.D. 89190
Invoice # 138919

Delphi Technologies
Attn: Patrick M. Griffin
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through January 31, 2007

```
            80% of total amount =        40,442.80
            20% of total amount =        10,110.70
                                         50,553.50

Total Disbursements                      16,249.34

                Total This Invoice   $       66,802.84
                                         -------------------

CLIENT TOTAL AMOUNT DUE              $       66,802.84
                                         ===================
```

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS