**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Fourth Interim Application**
**(10/01/06 - 01/31/07)**
**Exhibit A**

| | |
|---|---:|
| Total Fees | 154,383.00 |
| Discount [1] | (30,876.60) |
| Total Adjusted Fees | 123,506.40 |
| Total Expenses [2] | - |
| **Total Due** | **$ 123,506.40** |

*(1) Discount reflects a reduction in fees for this interim application consistent with the engagement letter dated August 29, 2005, and the retention affidavit of Brock E. Plumb.*

*(2) This interim application excludes expenses incurred by Deloitte & Touche LLP personnel while providing professional services to Delphi, during the period encompassed by this application. Deloitte & Touche LLP is voluntarily waiving the collection of the expenses for the period encompassed by this interim fee application.*