Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit C

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| **Partner/Principal/Director** | | | |
| Aughton, Jeffery S | 650.00 | 55.0 | $ 35,750.00 |
| Bell, David T | 550.00 | 34.0 | 18,700.00 |
| Coulter, Stephen J | 670.00 | 4.0 | 2,680.00 |
| Crowley, Mark J | 650.00 | 18.2 | 11,830.00 |
| Howard, Jonathan W | 670.00 | 13.5 | 9,045.00 |
| Platt, William T Jr | 685.00 | 3.0 | 2,055.00 |
| Plumb, Brock E | 650.00 | 35.0 | 22,750.00 |
| Schnurr, James V | 700.00 | 9.5 | 6,650.00 |
| **Senior Manager** | | | |
| Moyer, Denny L | 490.00 | 6.2 | 3,038.00 |
| **Manager** | | | |
| Clark, Jill M | 390.00 | 6.0 | 2,340.00 |
| Fleming, Katherine Evelyn | 430.00 | 2.0 | 860.00 |
| McCracken, Laura D | 500.00 | 6.5 | 3,250.00 |
| Peterson, John D G | 500.00 | 54.9 | 27,450.00 |
| Shah, Shahid A | 340.00 | 5.0 | 1,700.00 |
| **Senior Associate** | | | |
| Blank, Marina Alexandrovna | 240.00 | 1.0 | 240.00 |
| Nnake, Chinweoke Nkiru | 330.00 | 8.0 | 2,640.00 |
| **Associate/Summer Associate** | | | |
| Ankerson, Kyle Eugene | 240.00 | 4.0 | 960.00 |
| Ludtke, Emily Irene | 240.00 | 4.0 | 960.00 |
| Tewari, Ruchi | 270.00 | 5.5 | 1,485.00 |
| | | 275.3 | $ 154,383.00 |