# Delphi Corporation, et al.
## Chapter 11 Case 05-44481 (RDD)
## Deloitte and Touche LLP
## Fourth Interim Application
## (10/01/06 - 01/31/07)
## Exhibit D

| CATEGORY DESCRIPTION | HOURS |
|---|---:|
| AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | 7.1 |
| AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | 49.7 |
| TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | 157.4 |
| PREPARATION OF FEE/EXPENSE APPLICATIONS | 61.1 |
| Grand Total | 275.3 |