Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 10/03/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated additional time datasets, July and August monthly statements | 0.8 | 500.00 | 400.00 |
| 10/04/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 650.00 | 650.00 |
| 10/09/06 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Copied audit leadsheets for successor external auditors, Ernst & Young | 2.0 | 240.00 | 480.00 |
| 10/10/06 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Copied audit leadsheets for successor external auditors, Ernst & Young | 2.0 | 240.00 | 480.00 |
| 10/10/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted response to R.Young email re: billing history and followed up with a voicemail | 0.4 | 500.00 | 200.00 |
| 10/10/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Aggregated billing records for October and November 2005 for LCC personnel and uploaded same | 1.5 | 500.00 | 750.00 |
| 10/11/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Aggregated billing records for June 2006 for LCC personnel and uploaded same | 0.9 | 500.00 | 450.00 |
| 10/11/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Responded to D.Moyer email re: June monthly | 0.1 | 500.00 | 50.00 |
| 10/13/06 | BLANK, MARINA ALEXANDROVNA | SENIOR ASSOCIATE | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Made arrangements to prepare for the review of Delphi hard copy files by Ernst & Young | 1.0 | 240.00 | 240.00 |
| 10/14/06 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Prepared summary of open items and reviewed information provided by client | 2.5 | 650.00 | 1,625.00 |
| 10/16/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Pulled and provided uploading confirmation sheets to counsel | 0.2 | 500.00 | 100.00 |
| 10/17/06 | NNAKE, CHINWEOKE NKIRU | SENIOR ASSOCIATE | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Provided information, audit files and explanations to Ernst & Young auditors during their file review | 3.0 | 330.00 | 990.00 |
| 10/17/06 | NNAKE, CHINWEOKE NKIRU | SENIOR ASSOCIATE | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Monitored Ernst & Young auditors during the file review | 3.0 | 330.00 | 990.00 |
| 10/17/06 | NNAKE, CHINWEOKE NKIRU | SENIOR ASSOCIATE | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Collated all information requested by the E&Y auditors after their file review and forward to the manager | 2.0 | 330.00 | 660.00 |
| 10/20/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated additional time datasets to July and August monthly statements | 0.6 | 500.00 | 300.00 |
| 10/20/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted schedules for July and August monthly statements and supporting documents, reconciled same | 1.7 | 500.00 | 850.00 |
| 10/23/06 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Reviewed and sent the workpaper copies for the successor auditors | 1.5 | 650.00 | 975.00 |
| 10/23/06 | CLARK, JILL M | MANAGER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Provided coordination of Delphi Electronics and Safety workpaper review | 2.9 | 390.00 | 1,131.00 |
| 10/24/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Finalized July and August monthly statements and served same on parties-in-interest | 0.8 | 500.00 | 400.00 |
| 10/26/06 | CLARK, JILL M | MANAGER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Provided coordination of predecessor workpaper review and discussions | 3.1 | 390.00 | 1,209.00 |
| 10/26/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Coded July and August datasets, combined same in preparation for uploading to LCC | 0.8 | 500.00 | 400.00 |
| 10/26/06 | TEWARI, RUCHI | ASSOCIATE | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Monitored conference room for external auditors from Ernst & Young | 5.5 | 270.00 | 1,485.00 |
| 11/01/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed and reviewed workpapers related to matched terms, taxes and goodwill after discussion with J. Williams, Delphi | 3.5 | 650.00 | 2,275.00 |

5 of 15

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 11/02/06 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Participated in meeting with J. Aughton, B. Plumb, J. William, R. Dellinger and T.T. regarding 2005 financial statements | 1.8 | 650.00 | 1,170.00 |
| 11/02/06 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Discussed open issues related to issuance of consent with J. Aughton and C. Alsager in preparation for meeting with J. Williams | 1.5 | 650.00 | 975.00 |
| 11/02/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Researched matched terms accounting and implementation guidance | 2.5 | 650.00 | 1,625.00 |
| 11/02/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in meeting with T. Timko, J. Williams, R. Dellinger (Delphi), B. Plumb and M. Crowley, re: matched terms, taxes, goodwill and segments | 2.0 | 650.00 | 1,300.00 |
| 11/02/06 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Discussed next steps with C. Alsager re: completion of procedures for issuance of consent subsequent to meeting with J. Aughton and B. Plumb | 0.5 | 650.00 | 325.00 |
| 11/03/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Researched matched terms accounting and implementation guidance | 0.8 | 650.00 | 520.00 |
| 11/07/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 2.0 | 650.00 | 1,300.00 |
| 11/08/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 650.00 | 650.00 |
| 11/08/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed and reviewed workpapers related to matched terms, taxes, and goodwill after discussion with J. Williams, Delphi | 3.5 | 650.00 | 2,275.00 |
| 11/10/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed initial emails re: fee reports and responded to same | 0.7 | 500.00 | 350.00 |
| 11/12/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed 1st and 2nd Interim reports from LCC and drafted multiple emails re: same and status to T.Hurley, C.Lane, R.Young, and D.Moyer | 1.4 | 500.00 | 700.00 |
| 11/13/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted multiple emails to D.Moyer re: Jul-Aug statement and project status | 0.3 | 500.00 | 150.00 |
| 11/14/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted pivots and reviewed same; drafted emails to team leads and counsel re: same | 2.5 | 500.00 | 1,250.00 |
| 11/14/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with counsel re: LCC Report | 0.4 | 500.00 | 200.00 |
| 11/15/06 | MOYER, DENNY L | SENIOR MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Prepared time summary for LCC response | 3.0 | 490.00 | 1,470.00 |
| 11/15/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Researched current matched terms accounting guidance | 1.0 | 650.00 | 650.00 |
| 11/15/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Generated model to provide D.Moyer with report datapoints; generated model for expense analysis and document production | 1.9 | 500.00 | 950.00 |
| 11/15/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Prepared for and conference called with G.Schwed, R.Young, B.Plumb, and D.Moyer re: LCC Reports | 1.1 | 500.00 | 550.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 11/16/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Downloaded, categorized, and reviewed LCC data; advised team leads on LCC issues and qualifiers | 3.0 | 500.00 | 1,500.00 |
| 11/16/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Held call with Scott of LCC re: datasets and downloads | 0.3 | 500.00 | 150.00 |
| 11/16/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Researched current matched terms accounting guidance | 1.0 | 650.00 | 650.00 |
| 11/16/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference calls with R.Young re: LCC data | 0.4 | 500.00 | 200.00 |
| 11/20/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted initial schedules re: services based on G.Schwed and D.Moyer data | 3.1 | 500.00 | 1,550.00 |
| 11/20/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed current G.Schwed materials | 1.6 | 500.00 | 800.00 |
| 11/21/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Provided invoicing and dataset uploads to LCC for July & August 2006, followed up with R.Young re: same | 0.8 | 500.00 | 400.00 |
| 11/21/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Ran DPS queries for DEL10052-01 for September monthly dataset | 0.4 | 500.00 | 200.00 |
| 11/21/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with counsel re: report proposal and revisions | 0.5 | 500.00 | 250.00 |
| 11/21/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted and revised exhibits per external counsel's proposal and follow-up calls with counsel | 3.4 | 500.00 | 1,700.00 |
| 11/28/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Aggregated 3rd Interim time datasets, drafted schedules, drafted pleadings; reconciled drafts | 3.0 | 500.00 | 1,500.00 |
| 11/28/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Calculated payments for R.Young pleadings; as well as interim filings and held follow-up call with counsel re: same | 0.6 | 500.00 | 300.00 |
| 11/28/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Aggregated September time datasets for Interim filing | 0.8 | 500.00 | 400.00 |
| 11/29/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Finalized 3rd Interim for counsel revisions and provided for counsel filing | 0.7 | 500.00 | 350.00 |
| 11/29/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with R.Young re: interim review and fee committee response and drafted email to B.Plumb re: same | 0.5 | 500.00 | 250.00 |
| 11/30/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated and prepared for conference call with S. Coulter, B. Plumb, M. Crowley and S. Simpson to discuss FAS 133 documentation | 1.0 | 650.00 | 650.00 |
| 11/30/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Prepped/formatted September monthly dataset for LCC, coded same, and uploaded | 0.8 | 500.00 | 400.00 |
| 11/30/06 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with J.Aughton, B. Plumb, M. Crowley and S. Simpson to discuss FAS 133 documentation | 1.0 | 670.00 | 670.00 |
| 11/30/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed current filings re: supplemental reports | 0.2 | 500.00 | 100.00 |
| 12/04/06 | SCHNURR, JAMES V | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 0.5 | 700.00 | 350.00 |
| 12/04/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed FAS 133 workpapers related to foreign exchange transactions (2002, 2004 and 2005) | 3.0 | 650.00 | 1,950.00 |

7 of 15

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/04/06 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 670.00 | 670.00 |
| 12/05/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed FAS 133 workpapers related to foreign exchange transactions (2003) | 2.5 | 650.00 | 1,625.00 |
| 12/05/06 | MOYER, DENNY L | SENIOR MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Prepared engagement economics for billing purposes | 2.1 | 490.00 | 1,029.00 |
| 12/05/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Provided update of FAS 133 procedures to B. Plumb | 0.5 | 650.00 | 325.00 |
| 12/06/06 | SHAH, SHAHID A | MANAGER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Organized prior year workpapers associated with FX hedging | 3.6 | 340.00 | 1,224.00 |
| 12/06/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, M. Loeb (Delphi), A. Brazier (Delphi). J. Williams, (Delphi) and B. Dellinger (Delphi) regarding accounting for foreign exchange hedges and planned call with the SEC | 1.0 | 650.00 | 650.00 |
| 12/06/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, S. Coulter, J. Schnurr, J. Howard, and S. Shah re: accounting for foreign exchange hedges | 1.5 | 650.00 | 975.00 |
| 12/06/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and discussed Delphi's foreign exchange hedging with J. Aughton, J. Howard, J. Schnurr and Steve Coulter | 3.0 | 650.00 | 1,950.00 |
| 12/06/06 | SCHNURR, JAMES V | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and discussed Delphi's foreign exchange hedging with J. Aughton, J. Howard, B. Plumb and Steve Coulter | 2.0 | 700.00 | 1,400.00 |
| 12/06/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in discussion with B. Plumb, J.Aughton, S. Coulter, J. Schnurr, J. Howard, and S. Shah re: matched terms hedging documentation for foreign currency hedges | 2.0 | 550.00 | 1,100.00 |
| 12/06/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed FAS 133 workpapers for policies references and foreign exchange hedges (2002, 2003, 2005 and 2005) | 3.5 | 650.00 | 2,275.00 |
| 12/06/06 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, J. Aughton, J. Schnurr, J. Howard, and S. Shah re: accounting for foreign exchange hedges | 1.0 | 670.00 | 670.00 |
| 12/06/06 | MOYER, DENNY L | SENIOR MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Prepared Delphi billing summaries and emails for holdback to be paid | 1.1 | 490.00 | 539.00 |
| 12/06/06 | SHAH, SHAHID A | MANAGER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed prior year workpapers associated with FX hedging | 1.4 | 340.00 | 476.00 |
| 12/06/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared FPR AMD discussed Delphi's foreign exchange hedging with J. Aughton, B. Dillinger, J. Williams and M. Loeb | 2.0 | 650.00 | 1,300.00 |
| 12/06/06 | PLATT, WILLIAM T JR | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 685.00 | 685.00 |

8 of 15

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/06/06 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, S. Coulter, J. Schnurr, J. Aughton, and S. Shah re: accounting for foreign exchange hedges | 2.0 | 670.00 | 1,340.00 |
| 12/06/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed summary of policies references from FAS 133 workpapers | 2.3 | 650.00 | 1,495.00 |
| 12/06/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed drafts of Delphi prepared talking points for SEC call | 2.2 | 650.00 | 1,430.00 |
| 12/07/06 | ANKERSON, KYLE EUGENE | ASSOCIATE | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Performed research re: prior year workpapers | 2.1 | 240.00 | 504.00 |
| 12/07/06 | ANKERSON, KYLE EUGENE | ASSOCIATE | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Provided organization re: prior year workpapers. | 1.9 | 240.00 | 456.00 |
| 12/07/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared independently for discussion re: matched terms hedging documentation for foreign currency hedges with B.Plumb and J.Aughton | 1.0 | 550.00 | 550.00 |
| 12/07/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed results of SEC Delphi conference call with B. Plumb and D. Bell | 1.4 | 650.00 | 910.00 |
| 12/07/06 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 0.5 | 670.00 | 335.00 |
| 12/07/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in discussion of matched terms hedging documentation for foreign currency hedges with B.Plumb and J.Aughton | 2.0 | 550.00 | 1,100.00 |
| 12/07/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed hedge accounting with J. Aughton and reviewed Delphi's draft talking points for their call with the SEC | 2.0 | 650.00 | 1,300.00 |
| 12/08/06 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, S. Coulter, S. Schnurr and J. Aughton regarding results of Delphi SEC call regarding accounting for foreign exchange hedges. | 1.0 | 670.00 | 670.00 |
| 12/08/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, S. Coulter, S. Schnurr and J. Howard regarding results of Delphi SEC call regarding accounting for foreign exchange hedges. | 1.7 | 650.00 | 1,105.00 |
| 12/08/06 | SCHNURR, JAMES V | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, S. Coulter, J. Howard and J. Aughton regarding results of Delphi SEC call regarding accounting for foreign exchange hedges. | 1.0 | 700.00 | 700.00 |
| 12/08/06 | AUGHTON, JEFFERY S | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Participated in conference call with B. Plumb, T. Timko (Delphi) and J. Sheehan (Delphi) regarding Delphi's emergence plan | 1.1 | 650.00 | 715.00 |
| 12/08/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in discussion with B. Plumb, J.Aughton, S. Coulter, S. Schnurr and J. Howard re: matched terms hedging documentation for foreign currency hedges | 2.0 | 550.00 | 1,100.00 |
| 12/08/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in conference call with B. Plumb, T. Timko (Delphi) and B. Dellinger (Delphi) regarding accounting for foreign exchange hedges. | 0.5 | 650.00 | 325.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/08/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in discussion with National Office and then the company regarding hedge accounting issues | 3.0 | 650.00 | 1,950.00 |
| 12/08/06 | PLATT, WILLIAM T JR | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 685.00 | 685.00 |
| 12/11/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Responded to R.Young email and drafted response to LCC re: downloads | 0.3 | 500.00 | 150.00 |
| 12/11/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed Delphi draft letter to SEC regarding matched terms. | 2.0 | 650.00 | 1,300.00 |
| 12/11/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed accounting research relative to Delphi's matched term hedging issue | 2.0 | 550.00 | 1,100.00 |
| 12/11/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Responded to R.Young email re: timing; reached out to G.Schwed re: same | 0.5 | 500.00 | 250.00 |
| 12/11/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed next steps on hedging transactions with J. Aughton and reviewed company draft submission to SEC | 1.0 | 650.00 | 650.00 |
| 12/12/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Provided service of third interim to parties-in-interest | 0.5 | 500.00 | 250.00 |
| 12/12/06 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 0.5 | 670.00 | 335.00 |
| 12/12/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed accounting research relative to Delphi's matched term hedging issue | 3.0 | 550.00 | 1,650.00 |
| 12/12/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reloaded September datasets per LCC requests and pulled Pacer pdfs for same | 0.4 | 500.00 | 200.00 |
| 12/12/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Coordinated conference calls to discuss Delphi draft letter to SEC regarding matched terms. | 1.0 | 650.00 | 650.00 |
| 12/12/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Read draft of company's hedging paper to the SEC | 1.0 | 650.00 | 650.00 |
| 12/13/06 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 670.00 | 670.00 |
| 12/13/06 | AUGHTON, JEFFERY S | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Reviewed and distributed draft 8-K. | 1.0 | 650.00 | 650.00 |
| 12/13/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed accounting research relative to Delphi's matched term hedging issue | 4.0 | 550.00 | 2,200.00 |
| 12/13/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed interim order re: holdbacks | 0.4 | 500.00 | 200.00 |
| 12/13/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed, addressed issues/questions, and responded to multiple emails from counsel re: timing and September statement; confirmed service | 1.3 | 500.00 | 650.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/13/06 | SCHNURR, JAMES V | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 2.0 | 700.00 | 1,400.00 |
| 12/14/06 | SCHNURR, JAMES V | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, S. Coulter, J. Howard, J. Aughton, and S. Sahd regarding accounting for foreign exchange hedge letter drafted by Delphi. | 1.0 | 700.00 | 700.00 |
| 12/14/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed company's draft hedging paper for SEC with national office and then T.Timko | 2.0 | 650.00 | 1,300.00 |
| 12/14/06 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, S. Coulter, S Schurr, J. Aughton, and S. Sahd regarding accounting for foreign exchange hedge letter drafted by Delphi. | 2.0 | 670.00 | 1,340.00 |
| 12/14/06 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, J. Aughton, S Schurr, J. Howard, and S. Sahd regarding accounting for foreign exchange hedge letter drafted by Delphi | 1.0 | 670.00 | 670.00 |
| 12/14/06 | MCCRACKEN, LAURA D | MANAGER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 500.00 | 500.00 |
| 12/14/06 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed Pacer, downloaded pleadings, and reconciled holdbacks | 0.8 | 500.00 | 400.00 |
| 12/14/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in discussion of Delphi's matched term hedging issue; invited to call include B. Plumb, J. Schnurr, S. Coulter, B. Platt, J. Howard, and J. Aughton | 4.0 | 550.00 | 2,200.00 |
| 12/14/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with B. Plumb, D. Bell, S. Coulter, S Schurr, J. Howard, and S. Sahd regarding accounting for foreign exchange hedge letter drafted by Delphi | 1.0 | 650.00 | 650.00 |
| 12/14/06 | PLATT, WILLIAM T JR | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in discussion of Delphi's matched term hedging issue; invited to call include B. Plumb, J. Schnurr, S. Coulter, D. Bell, J. Howard, and J. Aughton | 1.0 | 685.00 | 685.00 |
| 12/15/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed status of review SEC letter with D. Bell. | 0.5 | 650.00 | 325.00 |
| 12/15/06 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 670.00 | 670.00 |
| 12/15/06 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 670.00 | 670.00 |
| 12/15/06 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed updated draft of Delphi's submission to OCA and discussed with J. Aughton & D. Bell | 2.0 | 650.00 | 1,300.00 |
| 12/15/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed status of review SEC letter with B. Plumb. | 0.5 | 650.00 | 325.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/15/06 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed Delphi draft letter to SEC regarding matched terms. | 4.0 | 650.00 | 2,600.00 |
| 12/15/06 | MCCRACKEN, LAURA D | MANAGER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 2.0 | 500.00 | 1,000.00 |
| 12/15/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed accounting research relative to Delphi's matched term hedging issue | 4.0 | 550.00 | 2,200.00 |
| 12/17/06 | MCCRACKEN, LAURA D | MANAGER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 2.0 | 500.00 | 1,000.00 |
| 12/18/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed Delphi memos/response to OCA | 1.5 | 550.00 | 825.00 |
| 12/18/06 | MCCRACKEN, LAURA D | MANAGER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.5 | 500.00 | 750.00 |
| 12/18/06 | SCHNURR, JAMES V | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 700.00 | 700.00 |
| 12/20/06 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed accounting research relative to Delphi's matched term hedging issue | 1.0 | 550.00 | 550.00 |
| 01/02/07 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Coordinated conference calls to discuss Delphi draft letter to SEC regarding matched terms. | 1.0 | 650.00 | 650.00 |
| 01/03/07 | AUGHTON, JEFFERY S | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Reviewed and distributed draft 8-K | 1.0 | 650.00 | 650.00 |
| 01/05/07 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed accounting research relative to Delphi's matched term hedging issue | 1.0 | 550.00 | 550.00 |
| 01/09/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed DPS database for current WBS data and email from counsel re: data and committee hearing; responded to same | 0.9 | 500.00 | 450.00 |
| 01/10/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed email from counsel and file from D.Moyer, responded to same re: reports | 0.4 | 500.00 | 200.00 |
| 01/10/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 650.00 | 650.00 |
| 01/11/07 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed hedge designation forms and risk management summaries in 2005 and 2004 workpapers, follow-up to conference call. | 1.0 | 650.00 | 650.00 |
| 01/11/07 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in conference call with financial instrument specialists re: matched terms | 2.0 | 550.00 | 1,100.00 |
| 01/11/07 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for conference call re: matched terms issue | 0.5 | 550.00 | 275.00 |

05-44481-rdd   Doc 7505-5   Filed 03/30/07   Entered 03/30/07 15:32:12   Exhibit E:
Chronology of Services by Date   Professional   Category   Description   Pg 9 of 11

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 01/11/07 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 2.0 | 670.00 | 1,340.00 |
| 01/11/07 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in a conference call with the SEC - Office of the Chief Accountant. | 1.5 | 650.00 | 975.00 |
| 01/11/07 | SCHNURR, JAMES V | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 0.5 | 700.00 | 350.00 |
| 01/11/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in discussion with the SEC staff regarding hedge accounting | 2.0 | 650.00 | 1,300.00 |
| 01/12/07 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed Delphi response to OCA | 1.0 | 550.00 | 550.00 |
| 01/12/07 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 0.5 | 670.00 | 335.00 |
| 01/14/07 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed Delphi's follow-up letter to the SEC | 0.6 | 650.00 | 390.00 |
| 01/15/07 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed Delphi response to OCA and provided comments to J. Aughton | 0.5 | 550.00 | 275.00 |
| 01/15/07 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Drafted comments to Delphi from comments gathered from local and national office. | 1.3 | 650.00 | 845.00 |
| 01/17/07 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed draft letter to the SEC prepared by Delphi management. | 0.7 | 650.00 | 455.00 |
| 01/17/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in discussed with San Paulo tax services tax partner and read Delphi's draft responses to the SEC on hedge accounting | 2.0 | 650.00 | 1,300.00 |
| 01/18/07 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed draft letter to the SEC prepared by Delphi management. | 0.4 | 650.00 | 260.00 |
| 01/18/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 3.0 | 650.00 | 1,950.00 |
| 01/20/07 | FLEMING, KATHERINE EVELYN | MANAGER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Pulled requested files for J. Aughton | 2.0 | 430.00 | 860.00 |
| 01/22/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed 3rd Interim Report | 0.5 | 500.00 | 250.00 |
| 01/22/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Downloaded reviewed materials from LCC site, modeled issues, coded material, and analyzed same | 3.8 | 500.00 | 1,900.00 |
| 01/23/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Continued review of compiled LCC datasets Interims balance of 2 and 3 to address concerns, modeled same | 2.5 | 500.00 | 1,250.00 |
| 01/23/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed compiled LCC datasets Interims 1 and portion of 2 to address concerns, modeled same | 2.6 | 500.00 | 1,300.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 01/23/07 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for SEC conference call on FAS 133 | 0.5 | 650.00 | 325.00 |
| 01/24/07 | AUGHTON, JEFFERY S | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for SEC conference call on FAS 133 | 0.5 | 650.00 | 325.00 |
| 01/24/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted response to outside counsel (G.Schwed) and drafted email with update to D.Moyer | 0.4 | 500.00 | 200.00 |
| 01/24/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed model and revised all datasets to qualify data; drafted pivot tables and master tables, drafted updates to B.Plumb, D.Moyer, G.Schwed, and I.Canon-Geary | 3.4 | 500.00 | 1,700.00 |
| 01/24/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Discussed and summarized 2006 financial statement staffing needs and concerns with scheduling department. | 0.8 | 650.00 | 520.00 |
| 01/24/07 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for meeting with SEC; reviewed Delphi response | 0.5 | 550.00 | 275.00 |
| 01/24/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Discussed fee committee meeting and planned S-1 filing with J. Sheehan and started planning for the S-1. | 1.0 | 650.00 | 650.00 |
| 01/25/07 | SCHNURR, JAMES V | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.5 | 700.00 | 1,050.00 |
| 01/25/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in call with the SEC on hedging foreign currencies. | 2.0 | 650.00 | 1,300.00 |
| 01/25/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Prepared for an attended a meeting with B. Plumb regarding requested procedures from Delphi management | 1.2 | 650.00 | 780.00 |
| 01/25/07 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 1.0 | 670.00 | 670.00 |
| 01/25/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Researched procedures required for requests from Delphi management related to 2006 10-K | 1.5 | 650.00 | 975.00 |
| 01/25/07 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in meeting with Delphi and SEC re: matched term issue | 1.5 | 550.00 | 825.00 |
| 01/25/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Planned staffing and audited procedures related to requested work from Delphi management related to 2006 10-K | 1.5 | 650.00 | 975.00 |
| 01/25/07 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 0.5 | 670.00 | 335.00 |
| 01/26/07 | BELL, DAVID T | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed Delphi response to SEC meeting/request | 0.5 | 550.00 | 275.00 |
| 01/26/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Reviewed emails and other information related to procedures requested from Delphi management related to 2006 10-K | 1.5 | 650.00 | 975.00 |
| 01/26/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Prepared for the audit of the segment and discontinued operations of 2005 and 2004 | 1.0 | 650.00 | 650.00 |
| 01/29/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Prepared schedule of staffing and client schedule needs related to required procedures for issuance of consents | 1.5 | 650.00 | 975.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fourth Interim Application
(10/01/06 - 01/31/07)
Exhibit E

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 01/29/07 | HOWARD, JONATHAN W | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Performed review and procedures related to Delphi's foreign exchange hedging issue (matched terms) | 0.5 | 670.00 | 335.00 |
| 01/29/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Discussed accounting and auditing issues with our SEC Services group including G. Garrett and S. Coulter | 0.9 | 650.00 | 585.00 |
| 01/29/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Prepared for and attended meeting regarding financial statements closing process with J. Williams, T. Timko and B. Plumb | 1.1 | 650.00 | 715.00 |
| 01/29/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Prepared for and attended meeting regarding financial statements closing process with J. Williams, T. Timko and M. Crowley | 2.0 | 650.00 | 1,300.00 |
| 01/31/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Reviewed emails and scheduled meeting with client to review segment realignment | 0.4 | 650.00 | 260.00 |
| 01/31/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Discussed the possible issuance of a consent with J. Sheehan relating to a planned registration | 1.0 | 650.00 | 650.00 |
| | | | | | 275.3 | | $ 154,383.00 |