**EXHIBIT B**

**SUMMARY SHEET**

*In re:  Delphi Corporation*

**CASE NO. 05-44481 (RDD) (CHAPTER 11)**

**Name of Applicant:  Dickinson Wright PLLC**

**Role:  A Key Ordinary Course Counsel to the Debtors**

| **Current Application:** | **Fees Requested:** | **$63,489.00** |
| | **Expenses Requested:** | **$ 2,275.81** |

**RETAINER PAID:  $0**

**A.      Summary of Timekeepers**

| Timekeeper | Year Admitted | Dept. | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Attorneys | | | | | |
| Patrick R. Anderson | | Intellectual Property | $105 | 84.0 | $8,820.00 |
| James P. Bonnamy | | Intellectual Property | $90 | 52.0 | $4,680.00 |
| James P. Bonnamy | | Intellectual Property | $105 | 42.0 | $4,420.00 |
| Dawn R. Copley | 1988 | Bankruptcy | $260 | 1.9 | $494.00 |
| Jeffrey Gendzwill | | Intellectual Property | $105 | 23.0 | $2,415.00 |
| Edgar C. Howbert | 1966 | Bankruptcy | $425 | 10.5 | $4,462.50 |
| Edgar C. Howbert | 1966 | Bankruptcy | $450 | 1.1 | $495.00 |
| Steven G. Howell | 1978 | Bankruptcy | $410 | .3 | $123.00 |
| Steven Hurles | | Intellectual Property | $90 | 52.0 | $4,680.00 |
| Kristi A. Katsma | 1995 | Bankruptcy | $275 | 4.8 | $1,320.00 |
| Kristi A. Katsma | 1955 | Bankruptcy | $300 | 1.4 | $420.00 |
| Jeremy J. Klobucar | | Intellectual Property | $90 | 42.0 | $4,680.00 |
| Christopher C. Maeso | 1994 | Corporate | $220 | 30.0 | $5,302.00 |
| Lisa E. Marks | 1999 | Intellectual Property | $310 | 34.6 | $10,726.00 |
| Raymond C. Meiers Jr. | 2000 | Intellectual Property | $235 | 12.9 | $3,031.50 |
| Raymond C. Meiers Jr. | 2000 | Intellectual | $250 | 9.8 | $2,450.00 |

| | | Property | | | |
|---|---|---|---|---|---|
| Harold W. Milton | 1964 | Intellectual Property | $250 | 5.5 | $1,375.00 |
| Sharon R. Newlon | 1988 | Environmental | $170 | .5 | $85.00 |
| Matteo D. Pedini | | Intellectual Property | $85 | 52.0 | $4,420.00 |
| **Total Hours** | | | | **460.3** | |
| **Attorney Totals** | | | | | **$63,489.00** |
| **Attorney Blended Rate** | | | | | **$526.01** |

COSTS

| | |
|---|---:|
| Copying | $350.50 |
| Long Distance Phone Calls | $31.53 |
| Delivery | $32.28 |
| Facsimile | $4.00 |
| Miscellaneous | $1067.50 |
| Filing Fees | $790.00 |
| TOTAL: | $2275.81 |

DETROIT 25980-99 984142v1