C-Index    Pg 1 of 1

## EXHIBIT C

## INDEX OF INVOICES BY MATTER NUMBER

1. Retention and Fee Application Work 25980-99
2. US Patent Application Algorithm for Activation of Directed Relief System from Vehicle Accelerometers During Crash 604080-35
3. US Patent Application Fabric Valve for Vehicle Climate Control System 604080-48
4. General Commercial Contracts 25980-96
5. US Patent Application Method and Apparatus for Controlling a Braking System 604080-33
6. Retention and fee application work 25980-99
7. US Patent Application Liquid Cooled Thermosiphon with Flexible Partition 604080-21
8. US Patent Application Cooling Assembly with Successively Contracting and Expanding Coolant Flow 604080-34
9. US Patent Application Oil Cooler Mounting Spring Clip 604080-51
10. US Patent Application Evaporatively Cooled Condenser 604080-52
11. General Commercial Contracts 25980-96
12. Retention and Fee Application Work 25980-99
13. US Patent Application Cooling Assembly with Successively Contracting and Expanding Coolant Flow 604080-34
14. US Patent Application Evaporative Cooler 604080-58
15. General Commercial Contracts 25980-96
16. US Patent Application Cooling Assembly with Successively Contracting and Expanding Coolant Flow 604080-34
17. US Patent Application Evaporative Cooler 604080-58
18. Retention and Fee Application Work 25980-99
19. General Environmental 25980-33
20. US Patent Application Dual Flow Fan Heat Sink Application 604080-37
21. US Patent Application Bend Relief Spacer 604080-46
22. US Patent Application Metering Schemes for Reducing Thermal Spread in Battery Pack 604080-47
23. US Patent Application Fabric Valve for Vehicle Climate Control System 604080-48
24. US Patent Application Thermosiphon Boiler Plate 604080-56
25. US Patent Application Thermosiphon for Laptop Computers 604080-57
26. US Patent Application Thermosiphon for Laptop Computers 604080-59
27. General Commercial Contracts 25980-96

DETROIT 25980-99 984143v1