

 **Patrick R. Anderson**

## ASSOCIATE

### Areas of Practice Emphasis
- Intellectual Property
- Patent Prosecution

### Prominent Assignments
- Experienced in patent preparation and prosecution, litigation research and support, competitive intelligence investigations, and invention disclosure analysis
- Of counsel on brief of amicus curiae in KSR Int'l v. Teleflex
- Graduate of Dickinson Wright IP Training Academy, 2007

### Education
- J.D. (*summa cum laude*), Michigan State University College of Law, East Lansing, MI, 2005
  - Law Review Managing Editor
  - Jurisprudence Achievement Awards in: Patent Law, Civil Procedure I and II, Contracts I and II, Sports Law, and Insurance Law
- B.S., Mechanical Engineering, Georgia Institute of Technology, Atlanta, GA, 2001

### Admitted to Practice
- Michigan, 2005

### Professional and Community Involvement
- Board of Directors for Michigan State College of Law Alumni Association
- American Bar Association – Intellectual Property Section
- Member of State Bar of Michigan and Eastern District of Michigan
- Grand Blanc Chamber of Commerce

### Publications and Presentations
- IP Client Alert: *US Supreme Court Rules Patent Licensees May Continue License and Challenge Licensed Patents at Same Time* – co-authored with Hal Milton
- *Echostar Communications Federal Circuit Decision: Advice of Counsel Defense* – in DW IP Update 2006 (uncredited)

**Bloomfield Hills:** Phone: 248-433-7232  •  Fax: 248-433-7274  •  E-mail: panderson@dickinsonwright.com





### Dawn R. Copley

**ASSOCIATE**

**Areas of Practice Emphasis**

- Bankruptcy
- Commercial and Business Litigation

**Representative Clients**

- Caterpillar Financial Services Corporation
- DaimlerChrysler Corporation
- Visteon Corporation

**Education**

- J.D., Wayne State University Law School, 1998
- M.Arch., University of Michigan, 1984
- B.S. in Architecture, University of Michigan, 1982

**Admitted to Practice**

- Michigan, 1998
- California, 2005
- U.S. District Courts, Eastern District of Michigan, Western District of Michigan

**Professional Involvement**

- Member, State Bar of Michigan
- Member, State Bar of California

**Detroit:** Phone: 313-223-3108 • Fax: 313-223-3598 • E-mail: dcopley@dickinsonwright.com



## ▶ Edgar C. Howbert

**MEMBER**

### Areas of Practice Emphasis

- Banking and Financial Services
- Bankruptcy
- Mergers and Acquisitions

### Representative Clients

- JPMorgan Chase Bank, N.A.
- Borders Group, Inc.
- Altarum Institute (formerly Environmental Research Institute of Michigan)

### Significant Assignments

- Counsel to JPMorgan Chase Bank, N.A. and other lenders in numerous credit-based and asset-based loan transactions
- Counsel to JP Morgan Chase Bank, N.A. as Agent in the Chapter 11 proceedings of Aetna Industries, Inc, Zenith Industrial Corporation, The Ingersoll Milling Machine Company, Fleming Packaging Corporation, and others
- Counsel to Debtors and Creditors Committees in Chapter 11 proceedings
- Counsel to Borders Group, Inc. in connection with its borrowing transactions
- Counsel to various corporations, e.g., Fred Sanders, Weaver Exploration Company, Palace Quality Service Industries, Inc. on general corporate matters, including both public and private offerings of stock

### Education

- L.L.B. (*cum laude*), Harvard Law School, 1965
- A.B. (*cum laude*), Princeton University, 1959

### Admitted to Practice

- Michigan, 1966

### Professional and Community Involvement

- Member of Board of Directors and General Counsel, Turnaround Management Association (1993-2005)
- General Counsel, Association of Certified Turnaround Professionals, Inc. (1996-2005)
- Member, Debtor and Creditor Section of Metropolitan Detroit Bar Association
- Member, American Bankruptcy Institute
- Former President, Board of Trustees, Franklin-Wright Settlements, Inc.
- Former President, Board of Trustees, Friends School in Detroit
- Former member, Board of Trustees, University Liggett School
- Director, Detroit Youth Foundation

### Publications

- *Digest of Commercial Laws of the World*, "State Variations of Commercial Law for Michigan"
- Co-author of *Strategies for Secured Creditors in Workouts and Foreclosures,* American Law Institute and American Bar Association, 2004

### Acknowledgements

- Listed in Best Lawyers in America (Bankruptcy)
- Michigan *Superlawyers* (Banking)

**Detroit:**  Phone: 313-223-3517  •  Fax: 313-223-3598  •  E-mail: ehowbert@dickinsonwright.com



 **Steven G. Howell**

**MEMBER**

### Areas of Practice Emphasis

- Banking and Financial Services
- Bankruptcy

### Representative Clients

- JP Morgan Chase Bank, NA
- Citizens Bank
- National City Bank
- Ghafari Associates
- LaSalle Bank Midwest, NA

### Prominent Assignments

- Primary areas of practice focus:
  - Corporate Restructures and Loan Workouts
  - Chapter 11 Reorganization
  - Acquisition and Sale of Distressed Businesses
- Represented Bank Group in Key Plastics, LLC bankruptcy
- Represented Thornapple Valley Inc. in bankruptcy case
- Represented Bank Group in F&M Distributors, Inc. bankruptcy

### Education

- J.D. (*magna cum laude*), Wayne State University Law School, 1978
- B.G.S. (with high distinction), University of Michigan, 1975

### Admitted to Practice

- Michigan, 1978
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Western District of Michigan
- U.S. Court of Appeals, Sixth Circuit
- U.S. Tax Court

### Professional and Community Involvement

- State Bar of Michigan
- American Bar Association
- Federal Bar Association, Eastern/Western Districts of Michigan
- American Bankruptcy Institute
- Detroit Metropolitan Bar Association
- Turnaround Management Association

### Publications and Presentations

- *The Tenth Annual Conference on Distressed Investing*, panel speaker, "Buying Automotive Suppliers," 2003
- American Bankruptcy Institute Central States Workshop, speaker on Buying and Selling Assets
- American Bankruptcy Institute Central States Workshop, speaker on Conflicts of Interest in Bankruptcy
- Turnaround Management Association - Detroit Chapter, speaker on Debtor-in-Possession Financing Issues
- Michigan Association of Certified Public Accountants, speaker on Lender Liability
- Western District of Michigan Federal Bar Association Annual Seminar, speaker on Recent Developments in Chapter 11 Bankruptcy Laws

**Detroit:** Phone: 313-223-3033 • Fax: 313-223-3598 • E-mail: showell@dickinsonwright.com





### Kristi A. Katsma

**MEMBER**

**Areas of Practice Emphasis**

- Bankruptcy
- Commercial and Business Litigation
- Corporate

**Representative Clients**

- JP Morgan Chase Bank, NA
- Caterpillar Financial Corporation
- Combine International
- Visteon Corporation

**Education**

- J.D., University of Michigan Law School, 1995
- B.S. in Economics (*magna cum laude*), Western Michigan University, 1992

**Admitted to Practice**

- Michigan, 1995

**Professional and Community Involvement**

- Member, State Bar of Michigan
- Member, American Bar Association
- Board Member, Washtenaw County Bar Association, 1998-2000
- President, Washtenaw County Young Lawyers Association, 1999-2000
- Volunteer Impact

**Detroit:**  Phone: 313-223-3180   •   Fax: 313-223-3598   •   E-mail: kkatsma@dickinsonwright.com



## Christopher C. Maeso

**MEMBER**

### Areas of Practice Emphasis

- Corporate
- Mergers & Acquisitions
- Banking & Financial Services
- Private Capital
- Securities
- Real Estate

### Representative Clients

- Delphi Corporation
- Crestmark Bank
- Blue Cross Blue Shield of Michigan
- Poof-Slinky, Inc.
- Magna International, Inc.
- Olga's Kitchen, Inc.
- Seligman & Associates
- LaSalle Bank Midwest, N.A.

### Prominent Assignments

- Borrower's counsel on a $2.8 billion financing
- Representation of a NYSE listed company in all of their securities law matters; representation of NASDAQ listed company on select securities law issues
- Chief counsel for a local bank on all corporate, commercial and lending matters
- Corporate and acquisition counsel for major companies in the automotive supply, manufacturing, toy, restaurant, banking, technology and other industries
- Counsel to private equity funds
- Drafting master form commercial documents for a Tier One automotive supplier and Fortune 100 company
- Negotiating and closing a complex joint venture arrangement between an Internet start-up and Fortune 100 company
- Acting as primary counsel for a real estate developer in the acquisition, financing and development of office buildings and vacant land
- Representation of various parties in commercial real estate purchase, sale and leasing transactions
- Representation of a NYSE listed target company in a hostile tender offer
- Representation of a separate NYSE listed target company in a hostile proxy contest

### Education

- B.A., University of Michigan, 1992
- J.D., University of Michigan Law School, 1994

### Admitted to Practice

- Michigan, 1995
- Illinois, 1995

### Professional and Community Involvement

- Member of the State Bar of Michigan
- Member of the Illinois State Bar Association
- Member of the American Bar Association
- Former Member of the Board of Directors for the Michigan Hispanic Bar Association
- Member of the Board of Directors of the Technology Law and Training Advisory Board for the Institute of Continuing Legal Education

### Publications and Presentations

- Guest Lecturer at Hillsdale College undergraduate entrepreneur's course – Spring 2005 and 2006
- Privacy Policies—Don't Draft Away One of Your Client's Most Valuable Assets, Michigan Business Law Journal—Fall 2001

**Bloomfield Hills:**  Phone: 248-433-7501  •  Fax: 248-433-7274  •  E-mail: cmaeso@dickinsonwright.com





## Lisa E. Marks

OF COUNSEL

### Areas of Practice Emphasis

- Intellectual Property
- Information Technology & Security Law

### Prominent Assignments

- Experienced in the following areas:
  - Patent litigation, including enforcement and defense
  - Information technology and intellectual property transactions including software licensing, strategic technology, joint development, acquisition, and services deals
  - Counseling clients on patent infringement and validity issues
  - Counseling clients on intellectual property procurement and maintenance strategies
  - Patent prosecution, including drafting and prosecuting patent applications in computer, electrical, and mechanical arts
- Negotiation of a multi-million dollar, multi-company, cross-platform strategic technology deal for an evolving technology, including: Compilation and management of due diligence data, negotiation and drafting of agreement, resolution of intellectual property ownership and protection issues, and determination of contributions by each party

### Education

- J.D., Columbia University, 1998
- M.S. in Systems Engineering, University of Pennsylvania, 1994
- B.S. in Computer Systems Engineering, Howard University, 1993

### Admitted to Practice

- New York, 1999
- District of Columbia, 2000
- U.S. Patent and Trademark Office

### Professional and Community Involvement

- Member, American Intellectual Property Law Association
- Member, National Bar Association
- Adjunct professor of legal writing, George Washington University School of Law (2000-2001)
- Washington Performing Arts Society, Lawyer's Committee
- Volunteer, District of Columbia, Family Court Self-Help Center
- Facilitator, Seminar on Technology and Entrepreneurship

**Washington, D.C.:**  Phone: 202-659-6926  •  Fax: 202-659-1559  •  E-mail: lmarks@dickinsonwright.com



## Raymond C. Meiers, Jr.

OF COUNSEL

### Areas of Practice Emphasis

- Intellectual Property

### Representative Clients

- Rolls Royce Aircraft Engines
- Kellogg Company
- Federal-Mogul Corporation
- Delphi Corporation

### Prominent Assignments

- Experience in all aspects of U.S. patent prosecution including drafting and filing utility, provisional and design patent applications; re-examination, reissue and correction of previously granted patents; and interference proceedings
- Experience directing foreign associates in prosecuting international patent applications to maximize the scope of rights, including applications in China, Russia, Japan, Germany, United Kingdom, Australia, Mexico and Canada
- Substantive experience acquiring patent rights in numerous technology areas including:
  - Aircraft engines, including lubrication scavenge systems and shaft coupling systems
  - Automotive systems, including chassis, brakes, steering columns, and climate control
  - Building & construction, including tools and fixtures
  - Edible products, including appearance, formulations, and food manufacturing processes
  - General electromechanical & mechanical devices, including clamps, weld guns, valves, ball screws and constant velocity joints
  - Heat transfer systems, including evaporators/condensers, geothermal systems, vortex tubes and Stirling cycle applications
  - Manufacturing & assembly systems, including robotic manipulators, endless conveyors and modular production arrangements
  - Material science, including laser treatment of surfaces, electro-chemical machining and metal casting
  - Packaging systems, including packaging materials and packaging processes
  - Textiles, including fabric formation and laminating
- Experience in providing counsel to clients on competitors' patents, including providing opinions on matters of non-infringement, invalidity, freedom to practice and design-arounds
- Experience in providing counsel to clients on intellectual property asset management, including drafting technology exchange and transfer agreements, license agreements and intellectual property due diligence associated with mergers and acquisitions
- Five years of full-time work experience as an engineer designing, developing and marketing products prior to entering law school, including three years in product engineering and two years in sales engineering
- Legal extern with the patent department of the Procter & Gamble Company during law school
- Judicial extern for Justice Alice Robie Resnick of the Ohio Supreme Court during law school

### Education

- J.D., University of Cincinnati College of Law, 2000
- B.S.M.E., University of Toledo, 1992

### Admitted to Practice

- Michigan, 2000
- U.S. Patent and Trademark Office, 2002
- Ohio, 2007

### Professional and Community Involvement

- American Intellectual Property Law Association (Member, Management of IP Assets Committee)
- Intellectual Property Owners Association
- Michigan Intellectual Property Lawyers Association
- American Society of Mechanical Engineers

### Publications and Presentations

- Organizer, "IP Valuation" Educational Session, American Intellectual Property Law Association Spring Meeting, May 2006, Chicago
- Author, "Community Design Protection in the European Union," Dickinson Wright Intellectual Property Law Update, Fall 2006

**Bloomfield Hills:** Phone: 248-433-7393  •  Fax: 248-433-7274  •  E-mail: rmeiers@dickinsonwright.com



> **Harold (Hal) Milton, Jr.**

OF COUNSEL

### Areas of Practice Emphasis

- Intellectual Property

### Prominent Assignments

- Manage the Dickinson Wright Intellectual Property Academy to produce high quality patent applications by blending experience and training tools with the enthusiasm of law students and recent law graduates who are also degreed engineers or scientists
- Served as lead trial counsel in successfully litigating various patented technologies, assisting new enterprises in protecting their technology to entice investment or the sale of the enterprise, and overseeing the creation of patent, trade secret and trademark portfolios during periods of significant growth for several large corporations
- Engaged in all phases of patent, trademark and copyright practice, including prosecution of patent applications and licensing
- Former examiner in the U.S. Patent Office and a Patent Advisor in the Office of Naval Research, U.S. Navy
- Editor of the Patent, Trademarks and Copyright sections of the Michigan Institute of Continuing Legal Education Business Forms Book
- Mentored over one hundred new attorneys into the practice of patent law through his IP internship program during the last thirty years
- Adjunct Professor, Michigan State University College of Law

### Education

- J.D., Georgetown University Law Center, 1964
  - Member, *Georgetown University Law Journal*, 1963-64
- B.S. in Aeronautical Engineering, Purdue University, 1957

### Admitted to Practice

- Michigan, 1964
- Virginia, 1964
- U.S. Patent and Trademark Office, 1964

### Professional and Community Involvement

- Member, State Bar of Michigan
- Member, American Intellectual Property Law Association
- Member, Michigan Intellectual Property Law Association
- Member, Examining Corps, U.S. Patent Office, 1961-62

### Publications & Presentations

- "Improvements" in Patent Licenses: Presumptions and Clauses Derived from Case Law, 34 AIPLA Q. J. 333 (2006)
- CIP Practice Under and Beyond the Proposed Rule Changes for Continuations, 88 JPTOS 801 (2006)
- A Lesson Worth Telling, Intellectual Property Today, July 2006 at p 16.

**Bloomfield Hills:**   Phone: 248-433-7385   •   Fax: 248-433-7274   •   E-mail: hmilton@dickinsonwright.com



 **Sharon R. Newlon**

## MEMBER

### Area of Practice Emphasis

- Environmental

### Representative Clients

- Ashland Oil Company
- ATOFINA Chemicals, Inc.
- Bank One Corporation
- Delphi Automotive System Corporation
- Dow Corporation
- Ford Motor Company
- Jervis B. Webb Company
- Kuhlman Corporation
- Minergy Corporation
- MRC Industrial

### Prominent Assignments

- Represents Atofina Chemicals in discharge permitting, hazardous waste compliance, environmental cleanup, and self-auditing
- Represented Minergy Corporation in all aspects of significant Brownfield redevelopment project
- Represents Jervis B. Webb Company on environmental compliance issues nationwide
- Represented Ford Motor Company in multi-million dollar cost recovery allocation
- Represented Ashland Oil Company in significant spill response matter
- First chair responsibility on environmental matters in numerous loan transactions for Bank One
- Reviewed and revised employee information and training programs for subsidiaries of Bell Packaging

### Education

- J.D. (*magna cum laude*), University of Notre Dame Law School, 1988
- B.S. in Chemistry (*magna cum laude*), University of Detroit, 1985

### Admitted to Practice

- Michigan, 1988
- U.S. District Court, Eastern District of Michigan, 1988
- U.S. Court of Appeals, Sixth Circuit

### Professional Involvement

- State Bar of Michigan, Environmental Law Section, Council and Ethics and Program Committee
- Detroit Bar Association
- American Chemical Society

**Detroit:**  Phone: 313-223-3674  •  Fax: 313-223-3598  •  E-mail: snewlon@dickinsonwright.com