Edgar C. Howbert (MI-P15181)
Kristi A. Katsma (MI-P53545)
DICKINSON WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
Telephone:  313.223.3500
Facsimile:  313.223.3598
kkatsma@dickinsonwright.com
ehowbert@dickinsonwright.com

*A Key Ordinary Course Counsel for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FOURTH INTERIM APPLICATION OF DICKINSON WRIGHT PLLC AS A KEY ORDINARY COURSE COUNSEL TO THE DEBTORS FOR ORDER AUTHORIZING AND APPROVING COMPENSATION FOR SERVICES RENDERED FROM OCTOBER 1, 2006 THROUGH JANUARY 31, 2007

PLEASE TAKE NOTICE that on March 30, 2007, Dickinson Wright PLLC, a key ordinary course counsel to the Debtors, filed its Fourth Interim Application of Dickinson Wright PLLC for Order Authorizing and Approving Compensation for Services Rendered from October 1, 2006 through January 31, 2007, together with the following exhibits:

   A.   Proposed form of Order Approving such Application

   B.   Summary Sheet as to rates, hours, fees and expenses

   C.   Time Records

   D.   Attorney biographies

    E.    Certification with respect to Application

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on **June 26, 2007 at 10:00 a.m. Eastern Time** (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Application (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245), (c) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended)- registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) and must be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel); (ii) Dickinson Wright PLLC, 500 Woodward Avenue, Suite 4000, Detroit, Michigan 48226 (Attn: Edgar C. Howbert); (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: John Wm. Butler, Jr.), (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue,

New York, New York 10017 (Attn: Kennth S. Zimar); (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican); (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins, 885 Third Avenue, New York, New York 10022 (Attn: Mark A. Broude); and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (Eastern Time) on June 19, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing, in accordance with the Case Management Order, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Application without further notice.

Date:   Detroit, Michigan
       March 30, 2007

DICKINSON WRIGHT PLLC

/s/Kristi A. Katsma
Kristi A. Katsma (MI-P53545)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Telephone:   313.223.3500
Facsimile:    313.223.3598
kkatsma@dickinsonwright.com

*A Key Ordinary Course Counsel to the Debtors and Debtors-in-Possession*

DETROIT 25980-99 984139v1

3