**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALLIED SUPPLY CO INC<br>1100 E MONUMENT AVE<br>DAYTON, OH 45402-1355 | 5261 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,190.00<br>$2,190.00 | 05/08/2006 | DELPHI CORPORATION<br>(05-44481) |
| AMY DYE KIESLING<br>E 1<br>1830 BRANTLEY RD<br>FORT MYERS, FL 33907-3938 | 3597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| ANIXTER BROTHERS INC<br>ANIXTER INC<br>2301 PATRIOT BLVD 2S<br>GLENVIEW, IL 60026 | 5088 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,005.15<br>$4,005.15 | 05/08/2006 | DELPHI CORPORATION<br>(05-44481) |
| BONNIE K JODWAY<br>31148 WINDSOR AVE<br>WESTLAND, MI 48185-2973 | 3473 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| CAROL W RANDLES<br>1125 MILLINGTON RD<br>SCHENECTADY, NY 12309 | 4081 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 04/29/2006 | DELPHI CORPORATION<br>(05-44481) |
| DRAGICA CULAFIC<br>526 SOUTH 6TH AVE<br>LAGRANGE, IL 60525-6715 | 6781 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/24/2006 | DELPHI CORPORATION<br>(05-44481) |
| GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | 15449 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,086,668.26<br>$10,086,668.26 | 07/31/2006 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C O GE CAPITAL SOLUTIONS VENDOR FIN<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | 15451 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,542.94<br>$8,542.94 | 07/31/2006 | DELPHI INTEGRATED<br>SERVICE SOLUTIONS, INC<br>(05-44623) |

In re Delphi Corporation, et al.   Pg 2 of 2   Ninth Omnibus Claims Objection

**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C O GE CAPITAL SOLUTIONS VENDOR FIN<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | 15453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $451,010.08<br>Total: $451,010.08 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C/O GE CAPITAL SOLUTIONS VENDOR FIN<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | 15450 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,070.43<br>Total: $4,070.43 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOEL F TROUT TRUSTEE UA DTD<br>110687 FBO JOEL F TROUT TRUST<br>116 NORTH 11TH<br>PONCA CITY, OK 74601-4737 | 3230 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| MAX A KONZ JR<br>522 E AMBER ST<br>SAN ANTONIO, TX 78221-2426 | 3258 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| ROBERT R DUHAIME<br>284 MECHANIC ST<br>NORTH SMITHFIELD, RI 02896 | 5432 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| TRAVERS<br>118 SPARTANGREEN BLVD.<br>DUNCAN, SC 29334-0338 | 4648 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $209.74<br>Total: $209.74 | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| VISHAY AMERICAS INC<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | 9455 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/13/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| WHETSTONE MICHAEL H<br>94 NIAGARA ST<br>N TONAWANDA, NY 14120-6118 | 15700 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,000.00<br>Total: $13,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **16** | **$10,569,696.60** | | |