In re Delphi Corporation, et al.                    Pg 1 of 1                    **Ninth Omnibus Claims Objection**

## EXHIBIT E - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CAROLYN NEEDHAM<br>O B O CAROLYN NEEDHAM<br>990 MONROE NW<br>GRAND RAPIDS, MI 49503 | 14086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$100,000.00<br>$100,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OHIO PUBLIC UTILITIES COMMISSION<br>441 VINE ST 1600 CAREW TOWER<br>CINCINNATI, OH 45202 | 11128 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$817.55<br>$817.55 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| SBC GLOBAL SERVICES<br>O ROURKE KATTEN & MOODY<br>161 N CLARK ST STE 2230<br>CHICAGO, IL 60601 | 14180 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,000,000.00<br><br><br>$8,249,594.04<br>$16,249,594.04 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**Total:**          **3**                    **$16,350,411.59**