**EXHIBIT F-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BALL SYSTEMS<br>622 S RANGE LINE RD STE 624 B<br>CARMEL, IN 46032 | 1768 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,060.00<br>Total: $9,060.00 | 02/03/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| BORG INDAK INC<br>701 ENTERPRISE DR<br>DELAVAN, WI 53115 | 4304 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,150.00<br>Total: $2,150.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| CARCLO TECHNICAL PLASTICS<br>600 DEPOT ST<br>LATROBE, PA 15650 | 7311 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,870.85<br>Total: $1,870.85 | 06/01/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| DEXPORT TOOL MFG & SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 2741 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $550.00<br>Total: $550.00 | 04/24/2006 | DELPHI CORPORATION (05-44481) |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA 30321 | 2335 | Secured:<br>Priority: $576.19<br>Administrative:<br>Unsecured: $2,431.41<br>Total: $3,007.60 | 03/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAMLIN TOOL & MACHINE CO INC INC<br>1671 E HAMLIN RD<br>ROCHESTER, MI 48307-3624 | 11950 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $32,225.40<br>Total: $32,225.40 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2628 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,690.25<br>Total: $2,690.25 | 04/13/2006 | DELPHI CORPORATION (05-44481) |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR FAULKNER IND MAINTENANCE<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024 | 8856 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,365.00<br>Total: $1,365.00 | 06/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT F-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SEALY RG VALLEY BUILDINGS L P<br>STUTZMAN BROMBERG ESSERMAN &<br>PLIFKA<br>2323 BRYAN ST STE 2200<br>DALLAS, TX 75201 | 8322 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$66,906.91<br>$66,906.91 | 06/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **9** | | **$119,826.01** | | |