**EXHIBIT B**

**DELPHI CORPORATION et al.**

**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 1, 2006 TO JANUARY 31, 2007*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate '06/'07 | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Abbott, Jason | Senior Consultant for 1.5 years; 5.9 years of prior relevant experience; CPA-IA-2004; CPA-IL-2005; CFA; Corporate Finance / Transaction Advisory Services. | $355/NA | 101.5 | $ 36,032.50 |
| Abraham, Bao | Project Assistant for 0.6 years; 5 years of prior relevant experience; no licenses held; Technology. | $175/NA | 2.1 | 367.50 |
| Affelt, Amy | Senior Consultant for 14.8 years; no prior relevant experience; Economics, Lexecon. | $315/NA | 1.5 | 472.50 |
| Banas, Nathan | Consultant for 0.3 years; 12 years of prior relevant experience; no licenses held; Technology. | NA/$200 | 1.2 | 240.00 |
| Band, Alexandra | Senior Consultant for 1.3 years; 4.7 years of prior relevant experience; Technology. | $250/$280 | 39.1 | 9,967.00 |
| Barger, Eric | Managing Director for 3.2 years; 19.1 years of prior relevant experience; CPA-NM-2001; Corporate Finance / Transaction Advisory Services. | $590/NA | 1.0 | 590.00 |
| Bartko, Edward | Senior Managing Director for 25.7 years; 13.1 years of prior relevant experience; CPA-VA-1975; CPA-MD-1975; CPA-DC-1975; CFE - 1992; Corporate Finance / Transaction Advisory Services. | $655/NA | 6.4 | 4,192.00 |
| Behnke, Thomas | Managing Director for 13.7 years; 5.2 years of prior relevant experience; CPA-TX-1989; Corporate Finance / Claims Management. | $590/$590 | 892.5 | 526,575.00 |
| Bowers, Amanda | Consultant for 0.5 years; 0.6 years of prior relevant experience; Corporate Finance. | $215/NA | 106.4 | 22,876.00 |
| Brighoff, Benjamin | Senior Consultant for 10.3 years; no prior relevant experience; no licenses held; Economics, Lexecon. | NA/$300 | 2.0 | 600.00 |
| Buhr, Laura | Director for 1.3 years; 10.2 years of prior relevant experience; no licenses held; Forensic and Litigation Consulting. | NA/$285 | 3.0 | 855.00 |
| Burgos, Nathaniel | Senior Consultant for 2.0 years; 13.2 years of prior relevant experience; no licenses held; Forensic and Litigation Consulting. | NA/$225 | 8.0 | 1,800.00 |
| Calloway, Natalie | Consultant for 0.8 years; 7.2 years of prior relevant experience; Economics, Lexecon. | NA/$150 | 1.0 | 150.00 |
| Cartwright, Emily | Consultant for 0.6 years; no prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $215/NA | 155.5 | 33,432.50 |
| Clayburgh, Peter | Director for 1.2 years; 2.2 years of prior relevant experience; Economics, Lexecon. | $325/$325 | 34.8 | 11,310.00 |
| Concannon, Joseph | Senior Consultant for 1.1 years; 3.3 years of prior relevant experience; CPA-PA-2004; Corporate Finance. | $325/$365 | 346.1 | 113,962.50 |
| Crisalli, Paul | Managing Director for 0.1 years; 8.3 years of prior relevant experience; CIRA; Corporate Finance. | $520/$545 | 647.7 | 342,274.00 |
| Cristiano, John | Managing Director for 0.5 years; 12.8 years of prior relevant experience; CPA-NY-1996; Corporate Finance. | NA/$545 | 73.0 | 39,785.00 |
| Dana, Steven | Director for 0.1 years; 5.3 years of prior relevant experience; Corporate Finance. | $385/$450 | 742.0 | 300,633.00 |
| Ehrenhofer, Jodi | Director for 2.1 years; 4 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $465/NA | 153.8 | 71,517.00 |
| Eisenberg, Randall | Senior Managing Director for 8.4 years; 12 years of prior relevant experience; CPA-NY-1998; CPA-CA-1989; CTP; Corporate Finance. | $655/$675 | 614.4 | 405,546.00 |
| Emrikian, Armen | Managing Director for 0.1 years; 10.3 years of prior relevant experience; Corporate Finance. | $495/$545 | 631.7 | $ 322,141.50 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 1, 2006 TO JANUARY 31, 2007*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate '06/'07 | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Fadem, Zachary | Senior Consultant for 1.2 years; 5.6 years of prior relevant experience; no licenses held; Forensic and Litigation Consulting. | $315/NA | 0.7 | $ 220.50 |
| Farrell, David | Managing Director for 1.2 years; 6.2 years of prior relevant experience; Chartered Accountant of England and Wales - 1992; Corporate Finance / Transaction Advisory Services. | $545/NA | 2.8 | 1,526.00 |
| Fei, Yongjie | Senior Consultant for 0.6 years; 3 years of prior relevant experience; Corporate Finance / Transaction Advisory Services. | $310/NA | 2.7 | 837.00 |
| Fischel, Daniel | Senior Managing Director for 25.8 years; 4 years of prior relevant experience; Economics, Lexecon. | $1000/$1000 | 2.0 | 2,000.00 |
| Fletemeyer, Ryan | Director for 1.1 years; 7.7 years of prior relevant experience; Corporate Finance. | $435/$480 | 609.9 | 273,123.00 |
| Foster, Thomas | Systems Administrator for 0.2 years; no prior relevant experience; no licenses held; Technology. | NA/$225 | 1.0 | 225.00 |
| Frankum, Adrian | Senior Managing Director for 0.1 years; 14.5 years of prior relevant experience; CPA-NY-1994; Corporate Finance. | $590/$630 | 717.6 | 433,400.00 |
| Gildersleeve, Ryan | Director for 1.2 years; 4.5 years of prior relevant experience; Corporate Finance / Claims Management. | $435/$480 | 419.0 | 185,536.50 |
| Gross, David | Senior Managing Director for 2.3 years; 9.4 years of prior relevant experience; no licenses held; Economics, Lexecon. | $495/NA | 0.6 | 297.00 |
| Guglielmo, James | Managing Director for 5.4 years; 9 years of prior relevant experience; CIRA; Corporate Finance. | $590/$590 | 562.4 | 331,816.00 |
| Hale, Katherine | Director for 0.1 years; 13.5 years of prior relevant experience; no licenses held; Forensic and Litigation Consulting. | NA/$250 | 2.5 | 625.00 |
| Ho, Rocky | Senior Managing Director for 3.8 years; 10 years of prior relevant experience; CIRA; Corporate Finance. | NA/$615 | 41.0 | 25,215.00 |
| Hofstad, Ivo | Director for 0.1 years; 7.6 years of prior relevant experience; Corporate Finance. | $265/NA | 3.5 | 927.50 |
| Hong, Donald | Senior Consultant for 1.6 years; no prior relevant experience; Economics, Lexecon. | $300/NA | 3.9 | 1,170.00 |
| Imburgia, Basil | Senior Managing Director for 3.3 years; 22.2 years of prior relevant experience; CPA-NY-1987; CFA; Forensic and Litigation Consulting. | $595/$600 | 38.5 | 22,965.00 |
| Janecek, Darin | Managing Director for 0.9 years; 15.5 years of prior relevant experience; CPA-WI-1993; Corporate Finance / Transaction Advisory Services. | $545/NA | 3.7 | 2,016.50 |
| Joffe, Steven | Senior Managing Director for 3.5 years; 29 years of prior relevant experience; JD-NY-1977; LLM 1976; Corporate Finance. | $655/NA | 10.8 | 7,074.00 |
| Johnston, Cheryl | Paraprofessional for 14 years; 18 years of prior relevant experience; Corporate Finance. | $175/$180 | 277.4 | 49,003.00 |
| Karamanos, Stacy | Director for 0.1 years; 7.6 years of prior relevant experience; CPA-IL-; Corporate Finance. | $385/$450 | 790.8 | 320,435.00 |
| Kim, John | Director for 3.3 years; 6.4 years of prior relevant experience; CFE; Forensic and Litigation Consulting. | $385/$430 | 7.0 | 2,893.00 |
| Koskiewicz, John | Senior Managing Director for 1.2 years; 11.5 years of prior relevant experience; Corporate Finance. | $595/NA | 54.4 | 32,368.00 |
| Krieg, Brett | Senior Consultant for 1.5 years; 1.2 years of prior relevant experience; Corporate Finance. | $355/$395 | 790.2 | $ 287,081.00 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 1, 2006 TO JANUARY 31, 2007*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate '06/'07 | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Kuby, Kevin | Senior Managing Director for 0.1 years; 8.6 years of prior relevant experience; CIRA; CTP; Corporate Finance. | $590/$615 | 508.1 | $ 303,746.50 |
| Lewandowski, Douglas | Senior Consultant for 0.1 years; 3.1 years of prior relevant experience; Corporate Finance / Claims Management. | $280/NA | 57.2 | 16,016.00 |
| Li, Danny | Director for 2.8 years; 5.5 years of prior relevant experience; CIRA; CFA; Corporate Finance. | $465/$510 | 634.6 | 302,581.50 |
| Lindsay, Margaret | Director for 0.3 years; 15 years of prior relevant experience; no licenses held; Forensic and Litigation Consulting. | NA/$185 | 1.3 | 240.50 |
| Lucente, Barbara | Director, Trial Services for 2.8 years; 15 years of prior relevant experience; no licenses held; Forensic and Litigation Consulting. | NA/$250 | 20.5 | 5,125.00 |
| Maffei, Jeffrey | Senior Consultant for 10.8 years; 1.8 years of prior relevant experience; Economics, Lexecon. | $315/$315 | 44.0 | 13,860.00 |
| McDonagh, Timothy | Senior Consultant for 0.1 years; 2.2 years of prior relevant experience; Corporate Finance. | $245/$295 | 726.4 | 188,178.00 |
| McKeighan, Erin | Consultant for 0.6 years; no prior relevant experience; Corporate Finance / Claims Management. | $215/$250 | 521.6 | 116,855.00 |
| Meyers, Glenn | Managing Director for 2.3 years; 34.8 years of prior relevant experience; Ph.D. (Economics) 1972; Forensic and Litigation Consulting. | $445/$475 | 407.6 | 185,594.00 |
| Micah, Angela | Senior Consultant for 1.7 years; no prior relevant experience; no licenses held; Economics, Lexecon. | $280/NA | 44.0 | 12,320.00 |
| Molina, Robert | Senior Consultant for 0.6 years; 2.3 years of prior relevant experience; Corporate Finance. | $325/NA | 330.9 | 107,542.50 |
| Nathan, Robert | Senior Consultant for 2.0 years; 3.0 years of prior relevant experience; Corporate Finance / Claims Management. | $355/NA | 10.9 | 3,869.50 |
| Park, Jaewan | Senior Consultant for 6.1 years; no prior relevant experience; Economics, Lexecon. | NA/$280 | 13.0 | 3,640.00 |
| Park, Ji Yon | Consultant for 1.8 years; no prior relevant experience; Corporate Finance. | $245/$290 | 164.7 | 40,482.00 |
| Pauwels, David | Senior Consultant for 10.2 years; 2.0 years of prior relevant experience; Economics, Lexecon. | $300/NA | 0.5 | 150.00 |
| Perfetti, Lisa | Managing Director for 3.0 years; 17.7 years of prior relevant experience; CPA-NY-1991; Forensic and Litigation Consulting. | $475/NA | 0.5 | 237.50 |
| Pokrassa, Michael | Director for 1.1 years; 5.9 years of prior relevant experience; CPA-NY-2005; Corporate Finance. | $435/NA | 205.2 | 89,262.00 |
| Quentin, Michele | Senior Consultant for 0.8 years; 5.7 years of prior relevant experience; Corporate Finance. | $355/$395 | 15.0 | 5,925.00 |
| Robinson, Joshua | Director for 1.3 years; 4.4 years of prior relevant experience; Corporate Finance / Claims Management. | $435/NA | 4.8 | 2,088.00 |
| Schondelmeier, Kathryn | Consultant for 1.7 years; no prior relevant experience; Corporate Finance. | $245/$290 | 158.9 | 39,119.50 |
| Slavis, Joseph | Managing Director for 2.3 years; 14.7 years of prior relevant experience; CPA-NY-1996; CFA; Forensic and Litigation Consulting. | $525/$525 | 5.0 | 2,625.00 |
| Smalstig, David | Senior Managing Director for 1.7 years; 23.1 years of prior relevant experience; CPA-PA-1989; CPA-IL-1994; Corporate Finance / Transaction Advisory Services. | $595/$615 | 24.2 | 14,453.00 |
| Speedieberg, Alan | Senior Consultant for 1.1 years; no prior relevant experience; Technology. | $225/$225 | 1.9 | $ 427.50 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 1, 2006 TO JANUARY 31, 2007*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate '06/'07 | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Stevning, Johnny | Senior Consultant for 3.7 years; 5 years of prior relevant experience; Corporate Finance / Claims Management. | $385/$420 | 173.0 | $ 71,624.00 |
| Summers, Joseph | Director for 2.7 years; 4.4 years of prior relevant experience; Corporate Finance / Claims Management. | $385/NA | 1.8 | 693.00 |
| Swanson, David | Consultant for 1.8 years; no prior relevant experience; Corporate Finance. | $245/$290 | 701.4 | 182,049.00 |
| Szmadzinski, Joseph | Senior Managing Director for 2.0 years; 29.0 years of prior relevant experience; CDP-OH-1981; Corporate Finance. | $610/NA | 2.0 | 1,220.00 |
| Tolocka, Eric | Senior Consultant for 1.3 years; 1.5 years of prior relevant experience; Economics, Lexecon. | NA/$260 | 45.7 | 11,882.00 |
| Triana, Jennifer | Senior Consultant for 0.9 years; 4.8 years of prior relevant experience; Corporate Finance / Claims Management. | $355/$395 | 569.5 | 206,528.50 |
| Uhl, Michael | Senior Consultant for 1.3 years; 4 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $325/NA | 1.7 | 552.50 |
| Vinogradsky, Eugenia | Director for 6.1 years; 2.8 years of prior relevant experience; Economics, Lexecon. | $365/$365 | 73.5 | 26,827.50 |
| Wada, Jarod | Managing Director for 0.1 years; 12.7 years of prior relevant experience; Corporate Finance. | $495/NA | 54.9 | 27,175.50 |
| Wahl, Dustin | Managing Director for 1.4 years; 12.4 years of prior relevant experience; CPA-GA-1995; Corporate Finance / Transaction Advisory Services. | NA/$565 | 23.0 | 12,995.00 |
| Wall, Elizabeth | Director for 2.7 years; 4.8 years of prior relevant experience; no licenses held; Economics, Lexecon. | $365/NA | 5.0 | 1,825.00 |
| Warther, Vincent | Senior Managing Director for 4.2 years; 7.7 years of prior relevant experience; no licenses held; Economics, Lexecon. | $540/$540 | 79.5 | 42,930.00 |
| Weber, Eric | Director for 0.1 years; 5.8 years of prior relevant experience; CPA-IL-2002; Corporate Finance. | $355/$405 | 697.6 | 257,333.00 |
| Wehrle, David | Director for 7.1 years; no prior relevant experience; CIRA; CFA; Corporate Finance. | $520/$535 | 608.0 | 318,684.50 |
| Weinsten, Mark | Senior Managing Director for 5.3 years; 17.2 years of prior relevant experience; no licenses held; Corporate Finance. | NA/$615 | 68.5 | 42,127.50 |
| Wu, Christine | Director for 2.1 years; 5.3 years of prior relevant experience; CIRA; CDBV; Corporate Finance. | $465/$510 | 883.4 | 422,274.00 |
| Yi, Steve-Yun | Consultant for 1.3 years; 1.1 years of prior relevant experience; no licenses held; Technology. | $215/NA | 5.2 | 1,118.00 |
| Zimmermann, Deborah | Director for 6.2 years; 18.8 years of prior relevant experience; Economics, Lexecon. | $390/$390 | 1.5 | $ 585.00 |
| **Sub-Total** | | | **16,803.1** | **$ 7,308,835.00** |
| **Computer Capability Fees** | | | | 25,914.92 |
| **Gross Fee Total** | | | | **$ 7,334,749.92** |
| **Fee accommodations** | | | | (567,617.75) |
| **Grand Total for all Professionals** | | | | **$ 6,767,132.17** |

**Notes:**
1 Years in current position include years at a prior firm if the professional was employed at a firm that was acquired by FTI Consulting, Inc.