**EXHIBIT C**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES & EXPENSES BY MONTH**

**EXHIBIT C**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES & EXPENSES BY MONTH**
*FOR THE PERIOD OCTOBER 1, 2006 TO JANUARY 31, 2007*

|  | October 1, 2006 - October 31, 2006 | November 1, 2006 - November 30, 2006 | December 1, 2006 - December 31, 2006 | January 1, 2007 - January 31, 2007 | Total |
|---|---|---|---|---|---|
| **FEES** | | | | | |
| Incurred | $ 2,221,041.90 | $ 1,676,423.76 | $ 1,270,834.15 | $ 2,166,450.11 | $ 7,334,749.92 |
| Fee accommodations [1] | (172,921.00) | (134,629.75) | (93,040.00) | (167,027.00) | (567,617.75) |
| Billed | $ 2,048,120.90 | $ 1,541,794.01 | $ 1,177,794.15 | $ 1,999,423.11 | $ 6,767,132.17 |
| Paid | (1,638,496.06) | (1,233,435.03) | (942,235.34) | - | (3,814,166.43) |
| Unpaid | $ 409,624.84 | $ 308,358.98 | $ 235,558.81 | $ 1,999,423.11 | $ 2,952,965.74 |
| *Holdback (Included in Unpaid Amount)* | *$ 409,624.18* | *$ 308,358.80* | *$ 235,558.83* | *$ 399,884.62* | *$ 1,353,426.43* |
| **EXPENSES** | | | | | |
| Incurred & Billed | $ 186,400.94 | $ 141,938.97 | $ 121,426.66 | $ 172,005.22 | $ 621,771.79 |
| Paid | (186,400.94) | (141,938.97) | (121,426.66) | - | (449,766.57) |
| Unpaid | $ - | $ - | $ - | $ 172,005.22 | $ 172,005.22 |
| **TOTAL** | | | | | |
| Incurred | $ 2,407,442.84 | $ 1,818,362.73 | $ 1,392,260.81 | $ 2,338,455.33 | $ 7,956,521.71 |
| Total Fee accommodations | (172,921.00) | (134,629.75) | (93,040.00) | (167,027.00) | (567,617.75) |
| Billed | $ 2,234,521.84 | $ 1,683,732.98 | $ 1,299,220.81 | $ 2,171,428.33 | $ 7,388,903.96 |
| Paid | (1,824,897.00) | (1,375,374.00) | (1,063,662.00) | - | (4,263,933.00) |
| Unpaid | $ 409,624.84 | $ 308,358.98 | $ 235,558.81 | $ 2,171,428.33 | $ 3,124,970.96 |
| *Holdback (Included in Unpaid Amount)* | *$ 409,624.18* | *$ 308,358.80* | *$ 235,558.83* | *$ 399,884.62* | *$ 1,353,426.43* |

**Notes:**
[1] FTI elected to make certain voluntary fee accommodations within several of the task categories in the Application Period. Please refer to Exhibit D for additional details.