**EXHIBIT D**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**

**EXHIBIT D**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**
*FOR THE PERIOD OCTOBER 1, 2006 TO JANUARY 31, 2007*

| Category | Category Description | October 1, 2006 - October 31, 2006 Hours | Fees | November 1, 2006 - November 30, 2006 Hours | Fees | December 1, 2006 - December 31, 2006 Hours | Fees | January 1, 2007 - January 31, 2007 Hours | Fees | Gross Total Hours | Fees | Fee Accommodations Total | Net Total Hours | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | BUSINESS OPERATIONS: Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 127.0 | $ 53,282.00 | 130.8 | $ 59,982.50 | 312.8 | $ 145,265.00 | 584.9 | $ 282,055.00 | 1,155.5 | $ 540,584.50 | $ - | 1,155.5 | $ 540,584.50 |
| 4 | compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries. | 111.6 | $ 49,189.00 | 44.0 | $ 23,235.00 | 9.6 | $ 5,225.50 | 57.6 | $ 26,601.50 | 222.8 | $ 104,251.00 | $ (12,000.00) | 222.8 | $ 92,251.00 |
| 5 | CLAIMS ADMINISTRATION AND OBJECTIONS: Specific claim inquiries; bar date motions; analyses, objections and allowances of claims. | 2,305.6 | $ 937,828.00 | 1,255.4 | $ 521,421.00 | 312.9 | $ 127,567.00 | 456.6 | $ 200,968.50 | 4,330.5 | $ 1,787,784.50 | $ (13,000.00) | 4,330.5 | $ 1,774,784.50 |
| 7 | FEE/EMPLOYMENT APPLICATIONS: Preparations of employment and fee applications for self or others; motions to establish interim procedures. | 293.1 | $ 77,673.00 | 226.9 | $ 75,180.50 | 233.5 | $ 68,681.00 | 202.0 | $ 57,242.00 | 955.5 | $ 278,776.50 | $ (75,000.00) | 955.5 | $ 203,776.50 |
| 9 | FINANCING: Matters under §§ 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 4.2 | $ 2,001.00 | 5.8 | $ 2,697.50 | 5.3 | $ 2,456.00 | 7.0 | $ 3,117.50 | 22.3 | $ 10,272.00 | $ - | 22.3 | $ 10,272.00 |
| 10 | LITIGATION: There should be a separate category established for each matter (e.g., XYZ Litigation). | 221.5 | $ 113,524.40 | 91.7 | $ 46,670.26 | 73.7 | $ 36,695.65 | 227.0 | $ 103,773.61 | 613.9 | $ 300,663.92 | $ (3,000.00) | 613.9 | $ 297,663.92 |
| 11 | MEETINGS OF CREDITORS: Preparing for and attending the conference of creditors, the §341(a) meeting and other creditors' committee meetings. | 152.5 | $ 74,937.50 | 228.7 | $ 105,676.50 | 147.4 | $ 71,865.00 | 144.7 | $ 80,494.50 | 673.3 | $ 332,973.50 | $ - | 673.3 | $ 332,973.50 |
| 12 | presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims. | 483.1 | $ 214,763.00 | 230.4 | $ 118,930.50 | 309.7 | $ 159,358.00 | 380.3 | $ 190,698.50 | 1,403.5 | $ 683,750.00 | $ (5,000.00) | 1,403.5 | $ 678,750.00 |
| 16 | BUSINESS ANALYSIS: Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 959.1 | $ 397,450.50 | 1,252.4 | $ 516,997.50 | 1,172.2 | $ 494,476.00 | 1,558.8 | $ 726,030.50 | 4,942.5 | $ 2,134,954.50 | $ (35,000.00) | 4,942.5 | $ 2,099,954.50 |
| 17 | CORPORATE FINANCE: Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 115.8 | $ 48,072.50 | 12.5 | $ 5,037.50 | 4.9 | $ 2,945.50 | 337.6 | $ 198,255.50 | 470.8 | $ 254,311.00 | $ (8,647.00) | 470.8 | $ 245,664.00 |
| 19 | LITIGATION CONSULTING: Providing consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility, avoiding actions, forensic accounting, etc. | 35.1 | $ 14,880.00 | 59.1 | $ 22,847.50 | 17.4 | $ 7,104.50 | 90.1 | $ 35,658.00 | 201.7 | $ 80,490.00 | $ (3,000.00) | 201.7 | $ 77,490.00 |
| Travel | Travel | 548.3 | $ 237,441.00 | 413.5 | $ 177,747.50 | 328.0 | $ 149,195.00 | 521.0 | $ 261,555.00 | 1,810.8 | $ 825,938.50 | $ (412,970.75) | 1,810.8 | $ 412,967.75 |
| | **TOTAL** | **5,356.9** | **$ 2,221,041.90** | **3,951.2** | **$ 1,676,423.76** | **2,927.4** | **$ 1,270,834.15** | **4,567.6** | **$ 2,166,450.11** | **16,803.1** | **$ 7,334,749.92** | **$ (567,617.75)** | **16,803.1** | **$ 6,767,132.17** |