**EXHIBIT E**

**DELPHI CORPORATION et al.**

**SUMMARY OF EXPENSES BY CATEGORY BY MONTH**

**EXHIBIT E**

**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**

**SUMMARY OF EXPENSES BY CATEGORY BY MONTH**

*FOR THE PERIOD OCTOBER 1, 2006 TO JANUARY 31, 2007*

| Expense Category | October 1, 2006 - October 31, 2006 | November 1, 2006 - November 30, 2006 | December 1, 2006 - December 31, 2006 | January 1, 2007 - January 31, 2007 | Total |
|---|---|---|---|---|---|
| Airfare [1] | $    68,233.88 | $    48,443.92 | $    48,183.80 | $    70,154.22 | $    235,015.82 |
| Lodging | 64,202.38 | 50,654.49 | 36,335.85 | 51,832.38 | 203,025.10 |
| Meals [2] | 13,950.34 | 8,861.29 | 8,340.74 | 12,394.84 | 43,547.21 |
| Transportation [3] | 34,418.77 | 29,293.49 | 24,043.78 | 31,388.30 | 119,144.34 |
| Other | 5,595.57 | 4,685.78 | 4,522.49 | 6,235.48 | 21,039.32 |
| **Total Out-of-Pocket Expenses** | $    186,400.94 | $    141,938.97 | $    121,426.66 | $    172,005.22 | $    621,771.79 |

**Notes:**

[1] All airplane travel is charged at the cost of coach airfare.  To the extent that staff travel to locations other than their home destination for the weekend, travel expenses are limited to the lesser of the cost associated with the alternative destination or their home city.

[2] Meals have been limited to $40 per person per meal.  FTI is not seeking reimbursement for lunches in this matter.

[3] Reimbursement for mileage is based on IRS mileage rates.  For the period of October 1, 2006 through December 31, 2006, the rate was 44.5 cents-per-mile.  For the period of January 1, 2007 through January 31, 2007, the rate was 48.5 cents-per-mile.