**Hearing Date and Time: June 26, 2007, 10:00 a.m.**
**Objection Deadline: June 19, 2007, 4:00 p.m.**

FTI CONSULTING, INC.
3 Times Square, 11th Floor
New York, New York 10036
(212) 499-3614
(212) 841-9350 facsimile
Randall S. Eisenberg

Restructuring and Financial Advisors for the
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
                                                           :
    In re                                :        Chapter 11
                                                           :
DELPHI CORPORATION, et al.,       :        Case No. 05-44481 (RDD)
                                                           :
                    Debtors.  :        (Jointly Administered)
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

NOTICE OF FOURTH INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED BY FTI
CONSULTING, INC. AS RESTRUCTURING AND FINANCIAL ADVISOR TO THE
DEBTORS FOR THE PERIOD OCTOBER 1, 2006 THROUGH JANUARY 31, 2007

PLEASE TAKE NOTICE that on March 30, 2007, FTI Consulting, Inc.

(hereinafter referred to as "FTI" or the "Applicant") filed its Fourth Interim Application for

Allowance of Compensation and Reimbursement of Expenses (the "Application"), pursuant to

Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

the Administrative Order establishing Procedures for Interim Compensation and Reimbursement

of Expenses of Professionals dated November 4, 2005 (the "Administrative Order") for an Order

awarding reasonable interim compensation for professional services as Restructuring and

Financial Advisor to the Debtors and Debtors-in-Possession (the "Debtors" or the "Company")

in the amount of $6,767,132.17 together with reimbursement for actual and necessary expenses

in the amount of $621,771.79 for the period of October 1, 2006 through January 31, 2007,

inclusive (the "Fourth Interim Fee Period" or the "Application Period").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the

Application will be held on June 26, 2007 at 10:00 a.m. (Prevailing Eastern Time) (the

"Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application

must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local

Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§

102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I)

Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures,

And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e)

(the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in

accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's

case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch

disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

word processing format), (d) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi

2

Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: David M. Sherbin and John D.

Sheehan), (ii) FTI Consulting, Inc., 3 Times Square, 11th Floor, New York, New York 10036

(Att'n: Randall S. Eisenberg), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher &

Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm.

Butler, Jr.), (iv) the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), (v)

counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third

Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vi)

counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver &

Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart),

(vii) counsel for the agent under the Debtors' former prepetition credit facility, Simpson Thacher

& Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman),

(viii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450

Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein and Brian M.

Resnick), (ix) Valerie Venable, GE Plastics, Americas, 9930 Kincey Avenue, Huntersville, NC

28078, and (x) Legal Cost Control, Inc., 255 Kings Highway East, Haddonfield, NJ 08033

(Att'n: John J. Marquess), in each case so as to be **received** no later than **4:00 p.m. (Prevailing

Eastern Time) on June 19, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth

herein and in accordance with the Case Management Order will be considered by the Bankruptcy

Court at the Hearing.  If no objections to the Application are timely filed and served in

accordance with the procedures set forth herein and in the Case Management Order, the

Bankruptcy Court may enter an order granting the Application without further notice.

Dated: New York, New York
       March 30, 2007

                              FTI CONSULTING, INC.


                              By:    /s/ Randall S. Eisenberg_____
                                     Randall S. Eisenberg
                                     Senior Managing Director
                                     FTI Consulting, Inc.
                                     3 Times Square, 11th Floor
                                     New York, New York 10036
                                     (212) 499-3614
                                     (212) 841-9350 facsimile

                              Restructuring and Financial Advisor for the
                              Debtors and Debtors-in-Possession