UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
In re : Chapter 11
: 
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
: 
Debtors. : (Jointly Administered)
: 
------------------------------ x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN        )
                         ) ss:
COUNTY OF WAYNE          )

Eugene Driker, being duly sworn, deposes and says:

1. I am a principal of Barris, Sott, Denn & Driker, PLLC ("BSDD") which firm maintains offices at Detroit, Michigan.

2. Neither I, BSDD, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. I was requested by Debtors and General Motors Corporation to serve as an independent mediator in an effort to resolve a commercial dispute between them, with the understanding that one-half of my time charges would be billed to debtors and one-half to General Motors Corporation.

4. The basis for my services to Debtors and General Motors was that each was to pay one-half of my fee, to be billed at $450 per hour. The total amount of my services for acting as mediator is $4,950, one-half of which ($2,475) is due and owing from Debtors.

5. Except as set forth herein, no promises have been received by BSDD or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

6. BSDD has no agreement with any entity to share with such entity any compensation received by BSDD.

7. BSDD and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. BSDD does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

8. Neither I, BSDD, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which BSDD is to be engaged.

9. The foregoing constitutes the statement of BSDD pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Eugene Driker

Subscribed and sworn before me
this 13th day of March, 2007

_____
Linda L. Rosten, Notary Public
State of Michigan, County of Wayne
My Commission Expires: 11/26/2010
Acting in the County of Wayne

2

## CERTIFICATE OF SERVICE

Linda L. Rosten, Legal Secretary to Eugene Driker, hereby certifies that on March 13, 2007, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated: March 13, 2007

*/s/ Linda L. Rosten*
Linda L. Rosten
Legal Secretary to Eugene Driker
Barris, Sott, Denn & Driker, PLLC
211 West Fort St., 15th Floor
Detroit, MI 48226
(313) 965-9725

Sworn before me this 13th
day of March, 2007.

*Mary E. Tortomose*
_____
Mary E. Tortomose
Notary Public, State of Michigan
County of Macomb
My Commission Expires: 11/6/2011
Acting in the County of Wayne