# EXHIBIT B

# Exhibit B

TOTAL PROFESSIONAL COMPENSATION REQUESTED  $303,133.00
TOTAL PROFESSIONAL COMPENSATION PREVIOUSLY REQUESTED  $729,037.00

NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME DURING THE FOURTH FEE PERIOD

| Attorney Name | Initials | Title | Date Admitted | Old Billing Rate | Hours At Old Rate | Total Old Rate | New Billing Rate | Hours At New Rate | Total New Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Philmore Colburn | PHC | Attorney | Jun-91 | $375.00 | 41.00 | $15,375.00 | $385.00 | 1.5 | $577.50 | $15,952.50 |
| Keith Murphy | KJM | Attorney | Jan-94 | $320.00 | 3.40 | $1,088.00 | $330.00 | 7.2 | $2,376.00 | $3,464.00 |
| Pamela Curbelo | PJC | Attorney | Dec-91 | $320.00 | 7.50 | $2,400.00 | $330.00 | 5.1 | $1,657.50 | $4,057.50 |
| Christopher Boehm | CCB | Attorney | Apr-98 | $310.00 | 267.10 | $82,801.00 | $320.00 | 238.8 | $76,416.00 | $159,217.00 |
| Sean Sullivan | SFS | Attorney | Dec-93 | $280.00 | 1.00 | $280.00 | | | | $280.00 |
| Jennifer Medlin | JPM | Attorney | Aug-97 | $280.00 | 25.25 | $7,070.00 | | | | $7,070.00 |
| Mary Golota | MEG | Attorney | Nov-91 | $275.00 | 26.50 | $7,287.50 | | | | $7,287.50 |
| John Buckert | JFB | Attorney | May-98 | $260.00 | 100.40 | $26,104.00 | $250.00 | 138.6 | $34,650.00 | $60,754.00 |
| Daniel Bruso | DEB | Attorney | Jun-96 | $255.00 | 28.90 | $7,369.50 | $260.00 | 1.8 | $468.00 | $7,837.50 |
| Greg O'Bradovich | GJO | Attorney | May-99 | $255.00 | 63.90 | $16,294.50 | | | | $16,294.50 |
| Wendell Peete | WAP | Attorney | Feb-00 | $245.00 | 39.00 | $9,555.00 | | | | $9,555.00 |
| Marisa Dubuc | MJD | Attorney | Jun-01 | $235.00 | 8.10 | $1,903.50 | $245.00 | 8 | $1,960.00 | $3,863.50 |
| George Pelletier | GAP | Attorney | Dec-97 | $235.00 | 0.20 | $47.00 | | | | $47.00 |
| Duane Minley | DPM | Attorney | Feb-05 | $220.00 | 118.60 | $26,092.00 | | | | $26,092.00 |
| Michelle Henderson | MLH | Attorney | Dec-01 | $220.00 | 25.30 | $5,566.00 | | | | $5,566.00 |
| Kuniki Lockett | KCL | Attorney | May-05 | $205.00 | 47.30 | $9,696.50 | | | | $9,696.50 |
| John Young | JLY | Attorney | May-97 | $205.00 | 180.40 | $36,982.00 | | | | $36,982.00 |
| Blaine Page | BAP | Attorney | Apr-05 | $185.00 | 49.00 | $9,065.00 | | | | $9,065.00 |
| Nicholas Trenkle | NBT | Agent | Jun-03 | $170.00 | 67.70 | $11,509.00 | $185.00 | 123.4 | $22,829.00 | $34,338.00 |
| Michael Jones | MDJ | Attorney | Jan-04 | $170.00 | 189.60 | $32,232.00 | | | | $32,232.00 |
| Daniel Gilmour | DG | Agent | Aug-06 | $130.00 | 52.00 | $6,760.00 | $145.00 | 15.6 | $2,262.00 | $9,022.00 |
| Eric Baron | EJB | Agent | Apr-05 | $130.00 | 127.80 | $16,614.00 | $155.00 | 3.5 | $542.50 | $17,156.50 |
| Cynthia Barrett | CWB | Agent | Jul-03 | $130.00 | 28.50 | $3,705.00 | | | | $3,705.00 |
| Michelle Thomas | MTT | Tech. Exp. | n/a | $120.00 | 21.80 | $2,616.00 | | | | $2,616.00 |

| | | | | |
|---|---|---|---|---|
| Cherlyn Hunt | CDH | Para. | $70.00 | 1.00 | $70.00 |
| Dana Davis | DJD | Para. | $70.00 | 1.50 | $105.00 |
| Linda Gould | LGC | Para. | $70.00 | 1.50 | $105.00 |

| | |
|---|---|
| Total Old Rate | $338,692.50 |
| Total New Rate | $143,738.50 |
| Total Fees | $482,431.00 |
| Adjustment | ($179,298.00) |
| Total Services from Oct. 2006 thru Jan. 2007 | $303,133.00 |
| Total Disbursements | $48,657.42 |
| Total Services and Disbursements | $351,790.42 |

| | |
|---|---|
| Total Professional Hours Old Rate | 1498.45 |
| Total Professional Hours New Rate | 543.5 |
| Total Professional Hours | 2041.95 |
| Blended Professional Hourly Rate | $148.45 |
| Total Technical Expert and Paraprofessional Hours | 25.80 |
| Total Hours | 2067.75 |