EXHIBIT A-2 - DUPLICATES WITH MULTIPLE SURVIVING CLAIMS

| Claims To Be Expunged | Surviving Claim |
|---|---|
| **Claim Number:** 11545<br>**Date Filed:** 7/27/2006<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>**Creditor's Name and Address:**<br>AMPHENOL CORP<br>AMPHENOL RF<br>4 OLD NEWTON RD<br>DANBURY, CT 06810<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $705,443.75<br>Total: $705,443.75 | **Claim Number:** 10600<br>**Date Filed:** 7/25/2006<br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>**Creditor's Name and Address:**<br>AMPHENOL CORP<br>AMPHENOL RF<br>4 OLD NEWTON RD<br>DANBURY, CT 06810<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,751.37<br>Total: $11,751.37<br><br>**Claim Number:** 10716<br>**Date Filed:** 7/25/2006<br>**Debtor:** DELPHI CONNECTION SYSTEMS (05-44624)<br>**Creditor's Name and Address:**<br>AMPHENOL CORP<br>AMPHENOL RF<br>4 OLD NEWTON RD<br>DANBURY, CT 06810<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $693,692.38<br>Total: $693,692.38 |
| **Claim Number:** 16299<br>**Date Filed:** 9/11/2006<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>**Creditor's Name and Address:**<br>BONA VISTA<br>PROGRAMS INC<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO, IN 46904-2496<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $24,799.46<br>Total: $24,799.46 | **Claim Number:** 1390<br>**Date Filed:** 12/30/2005<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>**Creditor's Name and Address:**<br>BONA VISTA<br>PROGRAMS INC<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO, IN 46904-2496<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $22,210.98<br>Total: $22,210.98<br><br>**Claim Number:** 9400<br>**Date Filed:** 7/12/2006<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>**Creditor's Name and Address:**<br>BONA VISTA<br>PROGRAMS INC<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO, IN 46904-2496<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,588.48<br>Total: $2,588.48 |

**Total Claims to be Expunged:** 2
**Total Asserted Amount to be Expunged:** $730,243.21