**EXHIBIT C-1 - EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AUSTIN L JARVIS CUST KENNETH T JARVIS UNIF GIFT MIN ACT<br>APT 5 M<br>1834 CATON AVE<br>BROOKLYN, NY 11226-2815 | 3022 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 04/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| WRIGHT EXPRESS CORP<br>97 DARLING AVE<br>SOUTH PORTLAND, ME 04106 | 6994 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,794.12<br>$8,794.12 | 05/30/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **2** | | **$8,794.12** | | |