05-44481-rdd    Doc 7516-8    Filed 03/30/07    Entered 03/30/07 17:10:20    Exhibit F

In re Delphi Corporation, et al.                    Pg 1 of 1                    Eighth Omnibus Claims Objection

**EXHIBIT F - ADJOURNED PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DONALD R SWEETON AND SARAH E SWEETON<br>BOULT CUMMINGS CONNERS & BERRY PLC<br>1600 DIVISION ST STE 700<br>NASHVILLE, TN 37203 | 11198 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$326,713.00<br>$326,713.00 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:** 1        $326,713.00