Hearing Date and Time: June 26, 2007, 10:00 a.m.
Objection Deadline: June 19, 2007, 4:00 p.m.

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x
                                :
    In re                       :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
                    Debtors.    :   (Jointly Administered)
                                :
------------------------------ x

**CERTIFICATE OF SERVICE UPON MASTER LIST AND 2002 NOTICE LIST**

I, Daniel E. Bruso, Esq., counsel to Cantor Colburn LLP, patent counsel to the Debtors and

Debtor-in-Possession in the above-captioned cases, hereby certify that, on the 30th day of March,

2007, I served a true and accurate copy of Cantor Colburn LLP's NOTICE OF FILING OF

FOURTH INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF

COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

PURSUANT TO 11 U.S.C. §§ 330, 331, via electronic mail, upon all of the persons identified

the Delphi Corporation Master Service List or the Delphi Corporation 2002 List, as they existed on March 30, 2007 on www.delphidocket.com.

Dated: March 30, 2007

                      RESPECTFULLY SUBMITTED,
                      CANTOR COLBURN LLP


                      By: /s/Daniel E. Bruso
                          Daniel E. Bruso (DB-5232)
                          Cantor Colburn LLP
                          55 Griffin Road South
                          Bloomfield, CT 06002
                          (860) 286-2929 (Telephone)
                          (860) 2986-0115 (Facsimile)
                          Dbruso@cantorcolburn.com (e-mail)

                          Patent Counsel to Delphi Corporation *et al.*,
                          Debtors and Debtors-in-Possession