**Exhibit B**

**Schedule of Fees and Expenses by Project**

DETR_149797.1

Delphi Corporation
Billing Summary – For the Period September 25, 2006 through February 2, 2007

| Service Line: | Fees: | Expenses: | Total Due: |
|---|---|---|---|
|  |  |  |  |
| • **Audit Services** |  |  |  |
| o 2006 Consolidated Audit - A1 | $ 1,500,000 | $ 60,978 | $ 1,560,978 |
| o Accounting Assistance - A2 |  |  | - |
| o Bankruptcy | 29,236 | - | 29,236 |
| o Catalyst | 68,012 | 189 | 68,201 |
| o Corporate | 286,406 | 1,411 | 287,817 |
| o Financial Remediation | 515,633 | 21,511 | 537,144 |
| o Fresh Start Accounting | 15,419 | - | 15,419 |
| o Furukawa | 40 | - | 40 |
| o IT Remediation | 206,257 | - | 206,257 |
| o Saginaw Carve-Out Audit | 221,714 | 2,189 | 223,903 |
| o SAP Pre-Implementation | 48,257 | - | 48,257 |
| o Tax - Other | 26,375 | - | 26,375 |
| o Fee Application Preparation | 168,791 | - | 168,791 |
|  |  |  |  |
| • **Tax Services** |  |  |  |
| o Tax - Bankruptcy - A3 | 383,550 | 4,805 | 388,355 |
| o Tax - Furukawa Wiring 1065 - A4 | 3,000 | - | 3,000 |
| o Tax - Ashimori Form 1065 - A5 | 5,000 | - | 5,000 |
| o Tax - Form 1120 MobileAria - A6 | 9,000 | - | 9,000 |
|  |  |  |  |
| **Total** | **$ 3,486,688** | **$ 91,082** | **$ 3,577,770** |