## Exhibit C

## Summary of Professionals, Hours and Rates for Services Rendered

**Exhibit C**
**Delphi Corporation**
**Summary of Hourly Rates by Professional for Exhibit D**
**For the Period September 25, 2006 through February 2, 2007**

| Last Name | First Name | Initials | Title | Time | Hourly Rate | |
|---|---|---|---|---|---|---|
| Abell Jr | Charles C. | CCA | **Partner** | 4.5 | $525 & $825 | (A) |
| Aquino | Heather | HRA | **Client Serving Associate** | 499.4 | $125 & $140 | |
| Asher | Kevin F. | KFA | **Partner** | 318.6 | $700 & $770 | |
| Barber | Keither A. | KAB | **Senior** | 206.0 | $275 & $300 | |
| Barwin | Kristen N. | KNB | **Staff** | 578.4 | $200 & $220 | |
| Beckman | James J. | JJB | **Partner** | 22.5 | $525 | |
| Berard | Peter | PB | **Manager** | 0.5 | $300 | |
| Blank | Jacob M. | JMB | **Partner** | 45.5 | $750 | |
| Boehm | Michael J. | MJB | **Manager** | 675.0 | $300 & $330 | |
| Bricker | Christopher S. | CSB | **Senior** | 2.0 | * | |
| Buchbinder | Elizabeth N. | ENB | **Partner** | 1.0 | $750 | |
| Burns JR | John E. | JEB | **Senior Manager** | 16.0 | $425 & $470 | |
| Buser | Jay | JB | **Manager** | 26.0 | $330 | |
| Cash | Kevin L. | KLC | **Partner** | 107.0 | $525 & $575 | |
| Chamarro | Destiny D. | DDC | **Staff** | 552.2 | $200 & $220 | |
| Clarke | Hayley L. | HLC | **Staff** | 40.0 | $220 | |
| Conat | Arthur L. | ALC | **Executive Director** | 23.8 | $475 & $520 | |
| Coran | Thomas W. | TWC | **Staff** | 1.6 | * | |
| Craig | Tashawna N. | TNC | **Staff** | 374.3 | $125 & $140 | |
| Damodaran | Tarun | TD | **Staff** | 28.5 | $200 | |
| Dawson | John | JD | **Partner** | 2.0 | * | |
| DeMers | Laurie A. | LAD | **Senior Manager** | 142.1 | $425 & $470 | |
| Desai | Kaushali R. | KRD | **Staff** | 13.3 | * | |
| Devitt | Barry J. | BJD | **Senior Manager** | 8.0 | $520 | |
| Donahue | Robert M. | RMD | **Senior Manager** | 32.8 | $425 | |
| Ellis | Timothy A. | TAE | **Senior** | 9.0 | $275 | |
| Erickson | Karen M. | KME | **Senior Manager** | 0.2 | $600 | |
| Ericson | Molly | ME | **Manager** | 66.0 | $500 | |
| Etue | Nicole J. | NJE | **Staff** | 8.0 | * | |
| Ferguson | Stephen J. | SJF | **Executive Director** | 16.0 | $520 | |
| Fine | Charles E. | CEF | **Senior** | 10.0 | $275 | |
| Fisher | Trudi L. | TLF | **Staff** | 63.5 | * | |
| Fitzpatrick | Michael J. | MJF | **Partner** | 48.0 | $750 & $825 | |
| Floyd | Paul | PF | **Staff** | 0.8 | * | |
| Ford | David Hampton | DHF | **Staff** | 331.0 | $200 & $220 | |
| Frank | Michele L. | MLF | **Senior Manager** | 4.4 | $600 | |
| Fredericks | Alex J. | AJF | **Senior Manager** | 2.0 | $425 | |
| Furlan | Ritu | RF | **Partner** | 1.0 | $525 | |
| Gerber | Katherine A. | KAA | **Senior** | 232.3 | $275 & $300 | |
| Harbaugh | James M. | JMH | **Senior** | 419.0 | $225 & $250 | |
| Hargrove | Jaime A. | JAH | **Client Serving Associate** | 2.0 | $152 | |

| Last Name | First Name | Initials | Title | Time | Hourly Rate |
|---|---|---|---|---|---|
| Hargus | Lisa D. | LDH | Senior Manager | 13.5 | * |
| Hart | Kevin M. | KMH | Senior | 14.9 | $400 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 569.4 | $425 & $470 |
| Heffernan | Kevin P. | KPH | Staff | 1.2 | * |
| Hegelmann | Julie Ann | JAH | Senior | 282.5 | $250 & $300 |
| Hendy | James W. | JWH | Executive Director | 6.0 | $520 |
| Henning | Jeffrey M. | JMH | Partner | 345.4 | $525 & $575 |
| Horner | Kevin John | KJH | Staff | 650.3 | $200 & $220 |
| Huffman | Derek T. | DTH | Senior | 38.8 | $225 & $275 |
| Imberger | Guido | GI | Senior Manager | 470.2 | $425 & $470 |
| Izzo | Tamara H. | THI | Partner | 2.3 | $525 |
| Jiang | Qi (Eric) | QJ | Staff | 3.5 | * |
| Kane | Steven M. | SMK | Manager | 23.7 | $375 |
| Kearns | Matthew R. | MRK | Senior | 579.3 | $275 & $300 |
| Kelley | Daniel F. | DFK | Partner | 42.1 | $525, $575 & $660 |
| Kennedy | Gareth L. | GLK | Manager | 28.1 | * |
| Kennedy | Kelly | KK | Staff | 18.5 | $220 |
| Keown | Karen M. | KMK | Senior Manager | 15.5 | * |
| Khalil | Ahmed S. | ASK | Staff | 6.6 | $264 |
| Khetan | Shishir R. | SRK | Senior Manager | 6.3 | $425 |
| Kilts JR. | George W. | GWK | Staff | 1.7 | * |
| Kinzly | Mark P. | MPK | Senior | 20.0 | $250 |
| Kirvan | David M. | DMK | Senior Manager | 2.0 | * |
| Klemash | Stephen W. | SWK | Partner | 2.0 | * |
| Krabill | Aaron J. | AJK | Senior Manager | 701.0 | $425 & $470 |
| Larson | Christopher J. | CJL | Partner | 1.5 | $750 & $825 |
| Lee | Patrick | PL | Senior Manager | 36.1 | $600 |
| Lemay | Christian | CL | Senior Manager | 1.0 | * |
| Liebman | Richard D. | RDL | Principal | 0.3 | $660 |
| Lin | Shin Yin | SYL | Manager | 12.6 | * |
| Link | Sarah J. | SJL | Executive Director | 1.0 | $520 |
| Lotoczky | Edward F. | EFL | Staff | 3.4 | $220 |
| Lydek | Damian | DL | Staff | 27.0 | * |
| Marold | Erick W. | EWM | Senior | 684.1 | $250 & $275 |
| Martell | Michael A. | MAM | Executive Director | 5.2 | $475 |
| Martinez Hernandez | Eduardo | EMH | Staff | 7.0 | * |
| Mason | Robert J. | RJM | Partner | 6.0 | $660 & $700 |
| Mc Bride Jr. | James E. | JEM | Senior Manager | 155.1 | $600 |
| McElroy | Ellen | EM | Partner | 2.0 | $750 |
| Mendrygal | Drew B. | DBM | Staff | 103.5 | $220 |
| Miller | Nicholas S. | NSM | Manager | 711.0 | $300 & $330 |
| Mullan | Scott C. | SCM | Senior | 0.5 | * |
| Nicol | Jeremy M. | JMN | Staff | 451.2 | $125 & $140 |
| Odomirok | Kathleen C. | KCO | Senior Manager | 4.2 | * |

| Last Name | First Name | Initials | Title | Time | Hourly Rate | |
|---|---|---|---|---|---|---|
| Oglethorpe | Jean W. | JWO | Executive Director | 1.0 | $520 | |
| Olson | William A. | WAO | Staff | 15.0 | * | |
| Pacella | Shannon M. | SMP | Manager | 333.6 | $300 & $330 | |
| Patel | Sejal | SP | Intern | 142.3 | $100 | |
| Pellegrin | Amy B. | AMP | Client Serving Associate | 1.3 | * | |
| Peterson | Christopher A. | CAP | Manager | 114.8 | $300 & $330 | |
| Pikos | Matthew C. | MCP | Senior | 465.6 | $225 & $250 | |
| Polak | Matthew J. | MJP | Senior Manager | 9.0 | $520 | |
| Poon | Torsdon D. | TDP | Partner | 1.0 | $700 | |
| Powers | Laura | LP | Staff | 155.6 | $125 & $140 | |
| Pudlowski | Edward M. | EMP | Partner | 2.0 | * | |
| Ranney | Amber C. | ACR | Senior | 494.8 | $250 & $275 | |
| Reddy | Smitha Pingli | SPR | Manager | 40.2 | $300 | |
| Rothmund | Mario Valentin | MVR | Senior | 622.2 | $225 & $250 | |
| Royall II | Robert L. | RLR | Partner | 12.5 | $750 & $825 | |
| Saimoua | Omar Issam | OIS | Staff | 718.8 | $200 & $220 | |
| Sapp | Jennifer S. | JSS | Staff | 7.0 | * | |
| Schaffert | Glen A. | GAS | Partner | 2.5 | * | |
| Schwandt | Lisa N. | LNS | Staff | 502.8 | $125 & $140 | |
| Sheckell | Steven F. | SFS | Partner | 559.3 | $525 & $575 | |
| Simpson | Emma-Rose S. | ESS | Staff | 401.2 | $200 & $220 | |
| Simpson | Jamie | JS | Senior Manager | 568.0 | $425 & $470 | |
| Smith | Carolyn E. | CES | Staff | 88.5 | $125 & $140 | |
| Smith | Christopher W. | CWS | Executive Director | 4.9 | * | |
| Squires | Trisha C. | TCS | Partner/Principal | 2.0 | * | |
| Stare | Ryan M. | RMS | Senior | 1.5 | * | |
| Stewart | William E. | WES | Partner | 6.0 | * | |
| Stille | Mark Jacob | MJS | Senior | 410.1 | $225 & $250 | |
| Strehlow | Val | VPS | Senior Manager | 11.8 | $600 | |
| Tait | Kristin M. | KMT | Staff | 103.1 | $140 | |
| Tanner | Andrew J. | AJT | Senior Manager | 66.0 | $475 & $520 | |
| Tau | King-Sze | KST | Senior | 346.6 | $250 & $275 | |
| Thomas | Heather M. | HMT | Manager | 6.0 | $300 | |
| Threet | Crystal M. | CMT | Staff | 15.5 | $125 | |
| Tosto | Cathy I. | CIT | Partner | 280.6 | $525, $575 & $660 | |
| Trumbull | Eric J. | EJT | Manager | 30.9 | * | |
| Tucker | Howard J. | HJT | Partner | 82.1 | $680 & $700 | (A) |
| Turpin | Glenn T. | GTT | Manager | 1.0 | $330 | |
| Tuskan | Matthew A. | MAT | Staff | 4.0 | $220 | |
| Wang | Michelle X. | MXW | Staff | 37.4 | $264 | |
| Ward | Richard D. | RDW | Executive Director | 102.3 | $660 | |
| Wardrope | Peter J. | PJW | Senior | 34.6 | * | |
| Yang | Jinglu | JY | Senior | 263.1 | $225 & $250 | |
| Yu | David | DY | Staff | 23.2 | $220 | |
| Zuehlke | Michael S. | MSZ | Staff | 4.0 | $140 | |
| | | | | 18,087.4 | | |

**Please note: Hourly fees marked by "*" are individuals who commenced work only on fixed fee engagements.**

| Last Name | First Name | Initials | Title | Time | Hourly Rate |
|---|---|---|---|---|---|

**The fee is not calculated on number of hours times each professional's rate per hour.**

(A) Change occurred in January 2007