EXHIBIT C

| Matter # | Matter Name |
|---|---|
| 0001 | General Corporate Advice |
| 0002 | Asset Analysis and Recovery |
| 0003 | Asset Dispositions (General) |
| 0005 | Asset Dispositions (Real Property) |
| 0006 | Automatic Stay (Relief Actions) |
| 0007 | Business Operations / Strategic Planning |
| 0008 | Case Administration |
| 0009 | Claims Administration (General) |
| 0010 | Claims Administration (Reclamation/Trust Funds) |
| 0013 | Creditor Meetings / Statutory Committees |
| 0014 | Disclosure Statement / Voting Issues |
| 0015 | Employee Matters (General) |
| 0016 | Employee Matters (Labor Unions) |
| 0017 | Environmental Matters |
| 0018 | Executory Contracts (Personalty) |
| 0019 | Financing (DIP and Emergence) |
| 0020 | Government Affairs |
| 0021 | Insurance |
| 0022 | Intellectual Property |
| 0024 | Leases (Real Property) |
| 0025 | Litigation (General) |
| 0026 | Litigation (Insurance Recovery) |
| 0027 | Liquidation / Feasibility |
| 0028 | Nonworking Travel Time |
| 0029 | Real Estate (Owned) |
| 0030 | Regulatory and SEC Matters |
| 0031 | Reorganization Plan / Plan Sponsors |
| 0032 | Reports and Schedules |

| Matter # | Matter Name |
|---|---|
| 0033 | Retention / Fee Matters (SASM&F) |
| 0034 | Retention / Fee Matters / Objections (Others) |
| 0035 | Secured Claims |
| 0036 | Tax Matters |
| 0037 | U.S. Trustee Matters |
| 0038 | Utilities |
| 0039 | Supplier Matters |
| 0040 | Customer Matters (General) |
| 0041 | Customer Matters (GM) |
| 0042 | Employee Matters (Pension) |
| 0043 | Employee Matters (Retirees/OPEB) |
| 0044 | Financing (Global Subsidiaries) |
| 0045 | Global Subsidiaries (Non-U.S.) |
| 0046 | Customer Matters (Reviews/Investigations) |
| 0047 | Rights Offering |

**SKADDEN BUSINESS STATISTICS**
**AND SUMMARY OF ATTORNEY TIME**
**FOR THE APPLICATION PERIOD**
**OCTOBER 1, 2006 THROUGH JANUARY 31, 2007**

| | |
|---|---|
| Total Fees Recorded: | $13,976,215 |
| Actual Fees Requested: | $12,820,504 |
| <u>Total Hours Recorded</u> | |
|     Partners: | 5,371.5   (20%) |
|     Counsel and Special Counsel | 2,408.6   ( 9%) |
|     Associates and Foreign Interns | 15,464.9 (56%) |
|     Legal Assistants: | <u>4,259.6   (15%)</u> |
|     Total Hours: | 27,504.6 |
| <u>Total Hours Requested</u> | |
|     Partners: | 5,151.6   (20%) |
|     Counsel: | 2,300.4   ( 9%) |
|     Associates: | 14,650.8 (58%) |
|     Legal Assistants: | <u>3,370.8   (13%)</u> |
|     Total Hours: | 25,473.6 |
| Blended Hourly Rate: | $466 |
| Total Charges And Disbursements Recorded: | $830,197 |
| Actual Charges And Disbursements Billed: | $708,096 |