SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROSEN R | 01/06/07 | 0.90 | COMPILE, PREPARE PROOFS OF CLAIM, PLEADINGS AND SUPPORTING DOCUMENTS FOR USE REGARDING UPCOMING 1/12 CLAIMS HEARING (0.9). |
|---------|----------|------|---|
| ROSEN R | 01/08/07 | 0.90 | MONITOR CASE DOCKET REGARDING RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (0.9). |
| ROSEN R | 01/09/07 | 3.60 | MONITOR CASE DOCKET REGARDING RESPONSES TO OMNI CLAIMS OBJECTIONS (0.9); COMPILE, FORWARD DOCUMENTS TO TEAM ATTORNEYS (0.7); REVIEW, REVISE, UPDATE 1/12 CLAIMS HEARING AGENDA (1.1); COMPILE, PREPARE HEARING BINDER DOCUMENTS REGARDING SAME (0.9). |
| ROSEN R | 01/10/07 | 2.40 | WORK WITH TEAM ATTORNEYS REGARDING PREPARATIONS FOR FILING AND SERVICE OF OMNIBUS REPLIES TO 4TH AND 5TH CLAIMS OBJECTIONS (0.9); COORDINATE SERVICE, SECURING AFFIDAVITS OF SERVICE FOR CERTIFICATES OF SERVICE BINDER REGARDING SAME WITH E. GERSHBEIN, KCC (0.4); WORK ON DRAFT CLAIMS HEARING AGENDA (1.1). |
| ROSEN R | 01/11/07 | 8.90 | REVIEW, REVISE AND FINALIZE 1/12 CLAIMS HEARING AGENDA FOR FILING, SERVICE (2.3); COORDINATE SERVICE, SECURING AFFIDAVIT OF SERVICE FOR CERTIFICATES OF SERVICE HEARING BINDER REGARDING SAME WITH E. GERSHBEIN, KCC (0.7); FURTHER COORDINATE SERVICE OF NOTICE OF TIME CHANGE REGARDING CLAIMS HEARING WITH KCC (0.5); WORK ON PREPARING, FINALIZING 1/12 CLAIMS HEARING BINDERS AND RELATED DOCUMENTS FOR COURT HEARING (3.8); COMPILE, FORWARD HEARING BINDER TO REQUESTING TEAM ATTORNEY (0.5); COMPILE, INDEX AND PREPARE SUFFICIENCY CLAIMS PROOFS OF CLAIM BINDER FOR JUDGE DRAIN (1.1). |
| ROSEN R | 01/12/07 | 3.30 | REVIEW, FINALIZE COURT CLAIMS HEARING DOCUMENTS, EXHIBITS, BINDERS (2.1) AND SUFFICIENCY CLAIMANTS' PROOFS OF CLAIM BINDER FOR JUDGE DRAIN (0.4); PARTICIPATE IN CLAIMS HEARING (0.8). |
| ROSEN R | 01/15/07 | 2.70 | MONITOR CASE DOCKET, INCOMING CORRESPONDENCE, PLEADINGS REGARDING RESPONSES TO OMNIBUS CLAIMS OBJECTIONS AND UPCOMING 2/14 CLAIMS HEARING (0.9); UPDATE TASK LIST REGARDING SAME (0.5); COMPILE DOCUMENTS REGARDING 2/14 CLAIMS HEARING (0.8); INVESTIGATION, RESEARCH, COMPILE AND FORWARD PRECEDENT DOCUMENTS REGARDING PROOFS OF CLAIM (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ROSEN R            01/16/07        2.10   MONITOR CASE DOCKET, INCOMING
                                          CORRESPONDENCE, PLEADINGS REGARDING
                                          RESPONSES TO OMNIBUS CLAIMS OBJECTIONS,
                                          2/14 CLAIMS HEARING AND ENTERED ORDERS
                                          FROM 1/12 HEARING (0.8); RESPOND TO TEAM
                                          ATTORNEY'S REQUEST FOR PROOFS OF CLAIM
                                          DOCUMENTS (0.4); COMPILE, PREPARE
                                          DOCUMENTS REGARDING 2/14 CLAIMS HEARING
                                          (0.5); COORDINATE SERVICE OF STATEMENT
                                          OF DISPUTED FACTS FILING WITH E.
                                          GERSHBEIN, KCC (0.4).

ROSEN R            01/17/07        4.30   REVIEW CASE DOCKET, INCOMING
                                          CORRESPONDENCE PLEADINGS REGARDING
                                          RESPONSES TO OMNIBUS CLAIMS OBJECTIONS,
                                          2/14 CLAIMS HEARING AND ENTERED ORDERS
                                          FROM 1/12 HEARING (1.4); RESPOND TO TEAM
                                          ATTORNEYS' REQUESTS FOR CLAIMS
                                          DOCUMENTS (0.6); COORDINATE SERVICE OF
                                          SUPPLEMENTAL REPLY TO CLAIMS, NOTICE OF
                                          ADJOURNED CLAIMS HEARING, ENTERED
                                          ORDERS WITH E. GERSHBEIN, KCC (1.3);
                                          INVESTIGATION, RESEARCH AND FORWARD
                                          INFORMATION TO REQUESTING TEAM
                                          ATTORNEYS REGARDING POTENTIAL THYSSEN
                                          KRUPP PREFERENCE MATTER (0.4); COMPILE
                                          2/14 CLAIMS HEARING DOCUMENTS (0.6).

ROSEN R            01/22/07        6.00   PREPARE, COORDINATE SERVICE OF 2
                                          STATEMENTS OF DISPUTED ISSUES REGARDING
                                          CLAIMS WITH E. GERSHBEIN, KCC (0.7);
                                          REVIEW CASE DOCKET, INCOMING
                                          CORRESPONDENCE, PLEADINGS REGARDING
                                          OMNIBUS CLAIMS OBJECTION RESPONSES,
                                          ENTERED ORDERS (0.9); COMPILE AND
                                          CIRCULATE SAME TO TEAM ATTORNEYS (0.3);
                                          UPDATE TASK LIST REGARDING SAME (0.5);
                                          COORDINATE SERVICE OF CLAIMS ORDERS
                                          WITH E. GERSHBEIN, KCC (0.6); REVIEW,
                                          BLACKLINE ENTERED 4TH AND 5TH OMNIBUS
                                          CLAIMS OBJECTION ORDERS (0.9); START
                                          WORKING ON 2/14 CLAIMS HEARING AGENDA
                                          (1.3); RESPOND TO TEAM ATTORNEY'S
                                          REQUEST FOR CASE DOCUMENTS (0.8).

ROSEN R            01/23/07        6.90   COMPILE, REVIEW DOCUMENTS AND WORK ON
                                          2/14 CLAIMS HEARING AGENDA (2.4);
                                          REVIEW STATUS REGARDING DOCKET
                                          CORRECTION OF EXHIBITS TO 4TH OMNIBUS
                                          CLAIMS OBJECTION ORDER (0.3); UPDATE
                                          CLAIMS MASTER TRACKING CHART REGARDING
                                          4TH AND 5TH OMNIBUS CLAIMS OBJECTION
                                          ORDERS (2.7); REVIEW CASE DOCKET,
                                          INCOMING CORRESPONDENCE, PLEADINGS
                                          REGARDING RESPONSES TO OMNIBUS CLAIMS
                                          OBJECTIONS (0.9); COORDINATE SERVICE OF
                                          2ND AND 3RD OMNIBUS CLAIMS OBJECTION
                                          ORDERS WITH E. GERSHBEIN, KCC (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROSEN R | 01/24/07 | 7.80 | REVIEW CLAIMS LITIGATION DOCUMENT REQUIREMENTS, HEARING PREPARATION NEEDS WITH TEAM ATTORNEYS (0.9); REVIEW CASE DOCKET, INCOMING CORRESPONDENCE, PLEADINGS REGARDING RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (0.9); UPDATE CLAIMS HEARING PLANNER (0.8); WORK ON 2/14 CLAIMS HEARING AGENDA (1.3); COMPILE 2/14 HEARING DOCUMENTS FOR CLAIMS LITIGATION TEAM (1.4); RESPOND TO TEAM ATTORNEYS' REQUESTS FOR PROOFS OF CLAIMS, SUPPORTING DOCUMENTS FOR MEET & CONFERS (0.9); START COMPILING CLAIMS, RELATED PLEADINGS REGARDING 3/1, 3/21 AND 4/13 CLAIMS HEARINGS (1.6). |
| ROSEN R | 01/25/07 | 5.10 | REVIEW CASE DOCKET AND RESPOND TO TEAM ATTORNEYS' REQUESTS FOR PROOFS OF CLAIM AND SUPPORTING DOCUMENTS (0.8); FURTHER COMPILE PROOFS OF CLAIM, RELATED PLEADINGS FOR SUBMITTAL TO CLAIMS LITIGATION TEAM (2.6) AND FOR 2/14 CLAIMS HEARING AND 2/15 OMNIBUS HEARING (0.9); REVISE, UPDATE DRAFT 2/14 CLAIMS HEARING AGENDA (0.8). |
| ROSEN R | 01/26/07 | 6.70 | REVIEW CASE DOCKET, INCOMING CORRESPONDENCE AND PLEADINGS FOR RESPONSES TO OMINIBUS CLAIMS OBJECTIONS (0.9); COMPILE AND CIRCULATE MOTION TO TEAM ATTORNEYS (0.2); CONTINUE TO WORK ON DRAFT 2/14 CLAIMS HEARING AGENDA (1.4) AND HEARING DOCUMENTS (0.9); MEETING WITH TEAM ATTORNEY, E. GERSHBEIN, KCC TO REVIEW CLAIMS HEARING CALENDAR, COORDINATING UPCOMING FILINGS/SERVICE (0.9); FINALIZE COMPILATION AND FORWARD PROOFS OF CLAIM, SUPPORTING DOCUMENTS TO CLAIMS LITIGATION TEAM (2.4). |
| ROSEN R | 01/29/07 | 4.70 | REVIEW CASE DOCKET, INCOMING CORRESPONDENCE, PLEADINGS REGARDING RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (0.8); WORK ON 2/14 DRAFT HEARING AGENDA (0.9); REVIEW, COMPILE HEARING DOCUMENTS REGARDING SAME (0.9); UPDATE TASK LIST, 2/14 HEARING MOTIONS/OBJECTIONS SUMMARY CHART (0.8); RESPOND TO TEAM ATTORNEYS' REQUESTS FOR COPIES OF PROOFS OF CLAIM, OMNIBUS CLAIMS OBJECTIONS, ORDERS AND RELATED PLEADINGS (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ROSEN R | 01/30/07 | 7.30 | MONITOR CASE DOCKET, INCOMING CORRESPONDENCE, PLEADINGS REGARDING RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (0.7); COMPILE 2/14, 3/1, 3/21 AND 4/13 CLAIMANTS' PROOFS OF CLAIM (2.3), REVIEW SAME AND UPDATE OMNIBUS CLAIMS HEARING PLANNER REGARDING POC CLAIM AMOUNTS (2.4); COMPILE, CIRCULATE NGUYEN AND ALLISON MOTIONS TO RECONSIDER CLAIMS TO REQUESTING TEAM ATTORNEYS (0.4); WORK ON DRAFT 2/14 CLAIMS HEARING AGENDA (0.8); PREPARE, FORWARD SPECIAL PARTIES SERVICE INFORMATION, INPLAY NOTICE OF SETTLEMENT TO E. GERSHBEIN, KCC FOR SERVICE (0.6); REVIEW COMPLETION STATUS WITH E. GERSHBEIN REGARDING SAME (0.1). |
| ROSEN R | 01/31/07 | 9.40 | CONTINUE TO FURTHER COMPILE, REVIEW PROOFS OF CLAIM (2.3); FURTHER UPDATE OMNIBUS CLAIMS HEARING PLANNER (1.9) AND TRACKING CHART (1.4); PREPARE CLAIMANTS' HEARING FILES REGARDING PROOFS OF CLAIM AND RELATED PLEADINGS (1.8); WORK ON DRAFT 2/14 CLAIMS HEARING AGENDA (0.9); COMPILE, FORWARD PROOFS OF CLAIM AND RELATED PLEADINGS, DOCUMENTS TO REQUESTING TEAM PARTIES (1.1). |
| | | **95.50** | |
| ZSOLDOS AF | 01/03/07 | 2.50 | PREPARE AND ELECTRONICALLY FILE VARIOUS STATEMENTS W/R/T VARIOUS CLAIMANTS (2.2); COORDINATE SERVICE WITH KCC AND OTHER ATTORNEYS (0.3). |
| ZSOLDOS AF | 01/12/07 | 1.40 | ATTENDANCE AND ASSISTANCE AT CLAIMS HEARING (1.4). |
| | | **3.90** | |
| **Total Legal Assistant** | | **162.60** | |
| WORSCHECK TM | 01/03/07 | 0.80 | PREPARE DOCUMENTS FOR ATTORNEY REVIEW (0.8). |
| WORSCHECK TM | 01/23/07 | 0.60 | COMPILE DOCUMENTS FOR 02/14/07 CLAIM HEARING (0.6). |
| WORSCHECK TM | 01/24/07 | 4.80 | COMPILE DOCUMENTS FOR POTENTIAL CLAIMS LITIGATION MATTERS (4.8). |
| WORSCHECK TM | 01/25/07 | 6.10 | COMPILE DOCUMENTS FOR POTENTIAL CLAIMS LITIGATION MATTERS (6.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WORSCHECK TM | 01/26/07 | 4.60 | COMPILE DOCUMENTS FOR POTENTIAL CLAIMS LITIGATION MATTERS (4.6). |
| WORSCHECK TM | 01/29/07 | 0.40 | UPDATE PROOF OF CLAIM FILES (0.4). |
| WORSCHECK TM | 01/30/07 | 3.40 | SCAN DOCUMENTS INTO THE DELPHI CORPORATION CONTESTED CLAIMS DOCUMATRIX DATABASE (2.3); COMPILE DOCUMENTS FOR POTENTIAL CLAIMS LITIGATION MATTERS (1.1). |
| | | 20.70 | |
| **Total Legal Assistant Support** | | 20.70 | |
| **TOTAL TIME** | | **1,245.10** | |

* Law clerks are law school graduates who are not presently admitted
to practice.

83

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  
**Claims Admin. (General)**

Bill Date: 02/28/07  
Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/02/07 | Reese RG | 345.19 |
| Air/Rail Travel - vendor feed | 01/03/07 | Lyons JK | 307.79 |
| Air/Rail Travel - vendor feed | 01/07/07 | Diaz LB | 374.59 |
| Air/Rail Travel - vendor feed | 01/07/07 | Reese RG | 1,589.84 |
| Air/Rail Travel - vendor feed | 01/07/07 | Diaz LB | 440.97 |
| Air/Rail Travel - vendor feed | 01/08/07 | Diaz LB | 1,727.52 |
| Air/Rail Travel - vendor feed | 01/08/07 | Lyons JK | 307.79 |
| Air/Rail Travel - vendor feed | 01/08/07 | Diaz LB | -1,401.05 |
| Air/Rail Travel - vendor feed | 01/08/07 | Diaz LB | -281.48 |
| Air/Rail Travel - vendor feed | 01/10/07 | Lyons JK | 1,496.09 |
| Air/Rail Travel - vendor feed | 01/10/07 | Reese RG | 509.38 |
| Air/Rail Travel - vendor feed | 01/13/07 | Reese RG | 724.04 |
| Air/Rail Travel - vendor feed | 01/15/07 | Reese RG | 289.80 |
| Air/Rail Travel - vendor feed | 01/15/07 | Diaz LB | 289.80 |
| Air/Rail Travel - vendor feed | 01/15/07 | Diaz LB | 10.00 |
| Air/Rail Travel - vendor feed | 01/15/07 | Diaz LB | -10.00 |
| Air/Rail Travel - vendor feed | 01/15/07 | Diaz LB | -244.80 |
| Air/Rail Travel - vendor feed | 01/16/07 | Lyons JK | 307.79 |
| Air/Rail Travel - vendor feed | 01/16/07 | Wharton JN | 307.79 |
| Air/Rail Travel - vendor feed | 01/18/07 | Diaz LB | 122.40 |
| Air/Rail Travel - vendor feed | 01/22/07 | Diaz LB | 289.80 |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/22/07 | Inness J | 289.80 |
| Air/Rail Travel - vendor feed | 01/23/07 | Lyons JK | 307.79 |
| Air/Rail Travel - vendor feed | 01/23/07 | Wharton JN | 307.78 |
| Air/Rail Travel - vendor feed | 01/28/07 | Wharton JN | 457.79 |
| Air/Rail Travel - vendor feed | 01/29/07 | Lyons JK | 307.79 |
| Air/Rail Travel - vendor feed | 01/29/07 | Diaz LB | 289.80 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$9,464.00** |
| In-house Reproduction | 01/02/07 | Copy Center, D | 308.84 |
| In-house Reproduction | 01/05/07 | Copy Center, D | 279.55 |
| In-house Reproduction | 01/09/07 | Copy Center, D | 48.68 |
| In-house Reproduction | 01/12/07 | Copy Center, D | 15.50 |
| In-house Reproduction | 01/12/07 | Copy Center, D | 1.40 |
| In-house Reproduction | 01/16/07 | Copy Center, D | 274.25 |
| In-house Reproduction | 01/19/07 | Copy Center, D | 5.20 |
| In-house Reproduction | 01/23/07 | Copy Center, D | 49.49 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 344.44 |
| In-house Reproduction | 01/30/07 | Copy Center, D | 793.65 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,121.00** |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 12.90 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 11.30 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 2.94 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.10 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 8.76 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$37.00** |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| | | | |
|---|---|---|---|
| Postage | 01/26/07 | Office Admin, D | 27.00 |
| Postage | 01/26/07 | Office Admin, D | 27.00 |
| | | **TOTAL POSTAGE** | **$54.00** |
| Westlaw | 01/02/07 | Houston BM | 12.05 |
| Westlaw | 01/04/07 | Howe EJ | 16.06 |
| Westlaw | 01/10/07 | Reese RG | 27.63 |
| Westlaw | 01/12/07 | Platt SJ | 41.15 |
| Westlaw | 01/14/07 | Howe EJ | 755.03 |
| Westlaw | 01/15/07 | Platt SJ | 303.99 |
| Westlaw | 01/15/07 | Howe EJ | 278.53 |
| Westlaw | 01/16/07 | Platt SJ | 34.34 |
| Westlaw | 01/16/07 | Howe EJ | 390.72 |
| Westlaw | 01/18/07 | Howe EJ | 309.21 |
| Westlaw | 01/22/07 | Platt SJ | 273.39 |
| Westlaw | 01/22/07 | Howe EJ | 81.68 |
| Westlaw | 01/22/07 | Ramlo K | 22.52 |
| Westlaw | 01/24/07 | Connors CP | 101.93 |
| Westlaw | 01/24/07 | Howe EJ | 19.72 |
| Westlaw | 01/26/07 | Howe EJ | 198.86 |
| Westlaw | 01/28/07 | Perl MW | 194.92 |
| Westlaw | 01/29/07 | Perl MW | 90.94 |
| Westlaw | 01/30/07 | Platt SJ | 120.75 |
| Westlaw | 01/31/07 | Carlson TL | 5.09 |
| Westlaw | 01/31/07 | Carlson TL | 525.62 |
| Westlaw | 01/31/07 | Perl MW | 72.66 |
| Westlaw | 01/31/07 | VanLonkhuyzen CE | 9.86 |
| Westlaw | 01/31/07 | Howe EJ | 99.26 |
| Westlaw | 01/31/07 | Connors CP | 5.09 |
| | | **TOTAL WESTLAW** | **$3,991.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Vendor Hosted Telecon-ferencing | 01/04/07 | Teleconferencing Services, LLC | 6.02 |
| Vendor Hosted Telecon-ferencing | 01/08/07 | Teleconferencing Services, LLC | 8.19 |
| Vendor Hosted Telecon-ferencing | 01/08/07 | Teleconferencing Services, LLC | 6.50 |
| Vendor Hosted Telecon-ferencing | 01/08/07 | Teleconferencing Services, LLC | 17.34 |
| Vendor Hosted Telecon-ferencing | 01/08/07 | Teleconferencing Services, LLC | 14.21 |
| Vendor Hosted Telecon-ferencing | 01/08/07 | Teleconferencing Services, LLC | 3.25 |
| Vendor Hosted Telecon-ferencing | 01/08/07 | Teleconferencing Services, LLC | 12.88 |
| Vendor Hosted Telecon-ferencing | 01/09/07 | Teleconferencing Services, LLC | 5.48 |
| Vendor Hosted Telecon-ferencing | 01/10/07 | Teleconferencing Services, LLC | 7.22 |
| Vendor Hosted Telecon-ferencing | 01/10/07 | Teleconferencing Services, LLC | 7.16 |
| Vendor Hosted Telecon-ferencing | 01/10/07 | Teleconferencing Services, LLC | 13.06 |
| Vendor Hosted Telecon-ferencing | 01/29/07 | Teleconferencing Services, LLC | 5.24 |
| Vendor Hosted Telecon-ferencing | 01/29/07 | Teleconferencing Services, LLC | 6.98 |
| Vendor Hosted Telecon-ferencing | 01/29/07 | Teleconferencing Services, LLC | 5.47 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$119.00** |
| Out-of-Town Travel | 01/03/07 | Diaz LB | 16.00 |
| Out-of-Town Travel | 01/04/07 | Lyons JK | 261.81 |
| Out-of-Town Travel | 01/04/07 | Lyons JK | 143.43 |
| Out-of-Town Travel | 01/04/07 | Lyons JK | 261.81 |
| Out-of-Town Travel | 01/05/07 | Reese RG | 617.37 |
| Out-of-Town Travel | 01/05/07 | Reese RG | 247.64 |
| Out-of-Town Travel | 01/05/07 | Reese RG | 78.00 |
| Out-of-Town Travel | 01/05/07 | Diaz LB | 140.51 |
| Out-of-Town Travel | 01/08/07 | Howe EJ | 200.91 |
| Out-of-Town Travel | 01/08/07 | Howe EJ | 630.55 |
| Out-of-Town Travel | 01/09/07 | Lyons JK | 48.07 |
| Out-of-Town Travel | 01/09/07 | Lyons JK | 339.83 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 01/09/07 | Lyons JK | 134.74 |
| Out-of-Town Travel | 01/10/07 | Howe EJ | 816.24 |
| Out-of-Town Travel | 01/10/07 | Reese RG | 1,024.18 |
| Out-of-Town Travel | 01/10/07 | Reese RG | 292.21 |
| Out-of-Town Travel | 01/12/07 | Diaz LB | 401.91 |
| Out-of-Town Travel | 01/12/07 | Lyons JK | 379.41 |
| Out-of-Town Travel | 01/12/07 | Reese RG | 821.06 |
| Out-of-Town Travel | 01/12/07 | Diaz LB | 1,618.58 |
| Out-of-Town Travel | 01/12/07 | Lyons JK | 52.00 |
| Out-of-Town Travel | 01/12/07 | Lyons JK | 414.11 |
| Out-of-Town Travel | 01/13/07 | Reese RG | 156.00 |
| Out-of-Town Travel | 01/13/07 | Reese RG | 331.16 |
| Out-of-Town Travel | 01/15/07 | Diaz LB | 16.00 |
| Out-of-Town Travel | 01/17/07 | Diaz LB | 344.99 |
| Out-of-Town Travel | 01/17/07 | Lyons JK | 48.00 |
| Out-of-Town Travel | 01/17/07 | Lyons JK | 216.27 |
| Out-of-Town Travel | 01/18/07 | Reese RG | 80.00 |
| Out-of-Town Travel | 01/18/07 | Reese RG | 638.47 |
| Out-of-Town Travel | 01/18/07 | Reese RG | 253.92 |
| Out-of-Town Travel | 01/18/07 | Wharton JN | 404.55 |
| Out-of-Town Travel | 01/18/07 | Wharton JN | 15.00 |
| Out-of-Town Travel | 01/18/07 | Wharton JN | 234.21 |
| Out-of-Town Travel | 01/18/07 | Diaz LB | 606.82 |
| Out-of-Town Travel | 01/22/07 | Howe EJ | 269.09 |
| Out-of-Town Travel | 01/22/07 | Howe EJ | 617.37 |
| Out-of-Town Travel | 01/22/07 | Diaz LB | 17.00 |
| Out-of-Town Travel | 01/24/07 | Lyons JK | 261.81 |
| Out-of-Town Travel | 01/24/07 | Lyons JK | 174.06 |
| Out-of-Town Travel | 01/25/07 | Diaz LB | 638.47 |
| Out-of-Town Travel | 01/25/07 | Diaz LB | 254.34 |
| Out-of-Town Travel | 01/29/07 | Bolton IS | 232.30 |
| Out-of-Town Travel | 01/30/07 | Lyons JK | 42.00 |
| Out-of-Town Travel | 01/30/07 | Lyons JK | 113.35 |
| Out-of-Town Travel | 01/30/07 | Lyons JK | 255.60 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Travel | 01/31/07 | Diaz LB | 267.63 |
| Out-of-Town Travel | 01/31/07 | Diaz LB | 606.82 |
| Out-of-Town Travel | 01/31/07 | Wharton JN | 245.58 |
| Out-of-Town Travel | 01/31/07 | Wharton JN | 606.82 |
| Out-of-Town Travel | 01/31/07 | Wharton JN | 9.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$16,897.00** |
| Messengers/ Courier | 01/05/07 | Straightline Courier | 31.50 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 11.89 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 8.81 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 8.81 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 8.81 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 11.22 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 8.81 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 8.81 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 11.22 |
| Messengers/ Courier | 01/09/07 | Dist Serv/Mail/Page, D | 48.22 |
| Messengers/ Courier | 01/10/07 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 01/11/07 | Dist Serv/Mail/Page, D | 48.22 |
| Messengers/ Courier | 01/11/07 | Dist Serv/Mail/Page, D | 48.22 |
| Messengers/ Courier | 01/11/07 | Dist Serv/Mail/Page, D | 49.87 |
| Messengers/ Courier | 01/11/07 | Dist Serv/Mail/Page, D | 53.37 |
| Messengers/ Courier | 01/11/07 | Dist Serv/Mail/Page, D | 48.22 |
| Messengers/ Courier | 01/11/07 | Dist Serv/Mail/Page, D | 48.22 |
| Messengers/ Courier | 01/11/07 | Dist Serv/Mail/Page, D | 8.81 |
| Messengers/ Courier | 01/11/07 | Dist Serv/Mail/Page, D | 11.22 |
| Messengers/ Courier | 01/11/07 | Dist Serv/Mail/Page, D | 48.22 |
| Messengers/ Courier | 01/12/07 | Dist Serv/Mail/Page, D | 20.09 |
| Messengers/ Courier | 01/13/07 | United Parcel Service | 64.14 |
| Messengers/ Courier | 01/18/07 | Dist Serv/Mail/Page, D | 25.91 |
| Messengers/ Courier | 01/18/07 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 01/18/07 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 01/19/07 | Straightline Courier | 40.26 |
| Messengers/ Courier | 01/24/07 | Dist Serv/Mail/Page, D | 9.48 |
| Messengers/ Courier | 01/26/07 | Dist Serv/Mail/Page, D | 6.41 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Messengers/ Courier | 01/26/07 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 01/27/07 | Dist Serv/Mail/Page, D | 22.83 |
| Messengers/ Courier | 01/27/07 | Dist Serv/Mail/Page, D | 27.43 |
| Messengers/ Courier | 01/27/07 | Dist Serv/Mail/Page, D | 28.57 |
| Messengers/ Courier | 01/27/07 | Dist Serv/Mail/Page, D | 26.29 |
| Messengers/ Courier | 01/28/07 | Comet Messenger Service | 36.07 |
| | | **TOTAL MESSENGERS/ COURIER** | **$862.00** |
| Out-of-Town Meals | 01/03/07 | Diaz LB | 10.02 |
| Out-of-Town Meals | 01/03/07 | Diaz LB | 4.66 |
| Out-of-Town Meals | 01/03/07 | Reese RG | 8.94 |
| Out-of-Town Meals | 01/03/07 | Reese RG | 5.90 |
| Out-of-Town Meals | 01/03/07 | Reese RG | 6.04 |
| Out-of-Town Meals | 01/03/07 | Lyons JK | 45.01 |
| Out-of-Town Meals | 01/03/07 | Lyons JK | 11.73 |
| Out-of-Town Meals | 01/04/07 | Reese RG | 6.19 |
| Out-of-Town Meals | 01/04/07 | Reese RG | 13.96 |
| Out-of-Town Meals | 01/05/07 | Diaz LB | 5.62 |
| Out-of-Town Meals | 01/05/07 | Reese RG | 53.67 |
| Out-of-Town Meals | 01/05/07 | Reese RG | 4.24 |
| Out-of-Town Meals | 01/05/07 | Diaz LB | 24.88 |
| Out-of-Town Meals | 01/07/07 | Reese RG | 66.43 |
| Out-of-Town Meals | 01/07/07 | Diaz LB | 3.74 |
| Out-of-Town Meals | 01/08/07 | Reese RG | 49.01 |
| Out-of-Town Meals | 01/08/07 | Reese RG | 16.64 |
| Out-of-Town Meals | 01/08/07 | Lyons JK | 7.16 |
| Out-of-Town Meals | 01/08/07 | Lyons JK | 2.94 |
| Out-of-Town Meals | 01/08/07 | Diaz LB | 6.04 |
| Out-of-Town Meals | 01/08/07 | Howe EJ | 49.30 |
| Out-of-Town Meals | 01/09/07 | Reese RG | 4.88 |
| Out-of-Town Meals | 01/09/07 | Reese RG | 135.02 |
| Out-of-Town Meals | 01/09/07 | Lyons JK | 45.01 |
| Out-of-Town Meals | 01/09/07 | Diaz LB | 25.44 |
| Out-of-Town Meals | 01/09/07 | Diaz LB | 8.79 |
| Out-of-Town Meals | 01/10/07 | Reese RG | 14.47 |
| Out-of-Town Meals | 01/10/07 | Diaz LB | 16.87 |
| Out-of-Town Meals | 01/10/07 | Howe EJ | 45.01 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Meals | 01/10/07 | Reese RG | 24.91 |
| Out-of-Town Meals | 01/11/07 | Reese RG | 13.97 |
| Out-of-Town Meals | 01/11/07 | Reese RG | 4.88 |
| Out-of-Town Meals | 01/11/07 | Diaz LB | 3.82 |
| Out-of-Town Meals | 01/12/07 | Diaz LB | 140.61 |
| Out-of-Town Meals | 01/12/07 | Lyons JK | 8.62 |
| Out-of-Town Meals | 01/12/07 | Lyons JK | 180.03 |
| Out-of-Town Meals | 01/12/07 | Reese RG | 35.48 |
| Out-of-Town Meals | 01/12/07 | Reese RG | 21.68 |
| Out-of-Town Meals | 01/12/07 | Reese RG | 8.23 |
| Out-of-Town Meals | 01/15/07 | Reese RG | 45.01 |
| Out-of-Town Meals | 01/16/07 | Reese RG | 14.60 |
| Out-of-Town Meals | 01/16/07 | Wharton JN | 4.88 |
| Out-of-Town Meals | 01/16/07 | Diaz LB | 10.28 |
| Out-of-Town Meals | 01/16/07 | Diaz LB | 12.87 |
| Out-of-Town Meals | 01/17/07 | Reese RG | 180.03 |
| Out-of-Town Meals | 01/17/07 | Wharton JN | 30.72 |
| Out-of-Town Meals | 01/17/07 | Wharton JN | 4.19 |
| Out-of-Town Meals | 01/17/07 | Diaz LB | 9.38 |
| Out-of-Town Meals | 01/18/07 | Reese RG | 51.31 |
| Out-of-Town Meals | 01/18/07 | Reese RG | 2.82 |
| Out-of-Town Meals | 01/18/07 | Reese RG | 8.06 |
| Out-of-Town Meals | 01/18/07 | Reese RG | 17.85 |
| Out-of-Town Meals | 01/18/07 | Wharton JN | 4.49 |
| Out-of-Town Meals | 01/18/07 | Diaz LB | 45.04 |
| Out-of-Town Meals | 01/23/07 | Howe EJ | 90.02 |
| Out-of-Town Meals | 01/23/07 | Howe EJ | 13.36 |
| Out-of-Town Meals | 01/23/07 | Howe EJ | 21.73 |
| Out-of-Town Meals | 01/23/07 | Lyons JK | 7.16 |
| Out-of-Town Meals | 01/23/07 | Diaz LB | 7.42 |
| Out-of-Town Meals | 01/23/07 | Diaz LB | 13.71 |
| Out-of-Town Meals | 01/24/07 | Diaz LB | 11.01 |
| Out-of-Town Meals | 01/24/07 | Diaz LB | 13.49 |
| Out-of-Town Meals | 01/24/07 | Diaz LB | 3.70 |
| Out-of-Town Meals | 01/25/07 | Howe EJ | 4.82 |
| Out-of-Town Meals | 01/25/07 | Diaz LB | 133.19 |
| Out-of-Town Meals | 01/25/07 | Diaz LB | 27.04 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 01/25/07 | Diaz LB | 3.55 |
| Out-of-Town Meals | 01/28/07 | Wharton JN | 12.54 |
| Out-of-Town Meals | 01/28/07 | Diaz LB | 2.75 |
| Out-of-Town Meals | 01/29/07 | Wharton JN | 89.57 |
| Out-of-Town Meals | 01/29/07 | Lyons JK | 9.78 |
| Out-of-Town Meals | 01/29/07 | Diaz LB | 16.22 |
| Out-of-Town Meals | 01/29/07 | Diaz LB | 5.72 |
| Out-of-Town Meals | 01/29/07 | Diaz LB | 2.64 |
| Out-of-Town Meals | 01/29/07 | Diaz LB | 3.50 |
| Out-of-Town Meals | 01/30/07 | Wharton JN | 90.02 |
| Out-of-Town Meals | 01/30/07 | Wharton JN | 4.29 |
| Out-of-Town Meals | 01/30/07 | Diaz LB | 3.92 |
| Out-of-Town Meals | 01/30/07 | Diaz LB | 18.04 |
| Out-of-Town Meals | 01/30/07 | Lyons JK | 65.01 |
| Out-of-Town Meals | 01/31/07 | Diaz LB | 51.77 |
| Out-of-Town Meals | 01/31/07 | Wharton JN | 10.07 |
| Out-of-Town Meals | 01/31/07 | Wharton JN | 5.29 |
| Out-of-Town Meals | 01/31/07 | Diaz LB | 3.06 |
| Out-of-Town Meals | 01/31/07 | Wharton JN | 21.24 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$2,347.00** |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 49.82 |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 78.04 |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 556.30 |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 5.84 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$690.00** |
| Printing to paper from TIF | 01/30/07 | Copy Center, D | 60.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$60.00** |
| | | **TOTAL MATTER** | **$36,642.00** |

B43E