SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-6
RIGHTS OFFERING
745.8 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 01/31/07
Rights Offering                                                    Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~FLECK CT~~ | ~~12/04/06~~ | ~~1.30~~ | ~~CONFERENCE WITH WORKING GROUP REGARDING RIGHTS OFFERING AND RELATED ISSUES (1.3).~~ |
| ~~FLECK CT~~ | ~~12/05/06~~ | ~~1.00~~ | ~~CONFERENCE WITH WORKING GROUP REGARDING RIGHTS OFFERING AND RELATED ISSUES (1.0).~~ |
| ~~FLECK CT~~ | ~~12/06/06~~ | ~~2.50~~ | ~~CONFERENCE WITH N. SAGGESE AND E. FURMAN REGARDING RIGHTS OFFERING AND RELATED ISSUES; RESEARCH REGARDING SAME (2.5).~~ |
| ~~FLECK CT~~ | ~~12/07/06~~ | ~~2.20~~ | ~~CONFERENCE WITH WORKING GROUP REGARDING INTEGRATION ISSUES; TELECONFERENCE WITH INVESTORS COUNSEL REGARDING SAME (2.2).~~ |
| | | ~~7.00~~ | |
| NOEL GA | 12/04/06 | 1.50 | TELECONFERENCE WITH WORKING GROUP RE FRAMEWORK AGREEMENT AND RIGHTS OFFERINGS (1.5). |
| NOEL GA | 12/07/06 | 3.20 | TELECONFERENCE WITH WORKING GROUP RE FRAMEWORK AGREEMENT AND RIGHTS OFFERINGS (3.2). |
| NOEL GA | 12/08/06 | 0.90 | CORRESPONDENCE; TELECONFERENCE WITH WORKING GROUP RE FRAMEWORK AGREEMENT AND RIGHTS OFFERINGS (0.9). |
| NOEL GA | 12/11/06 | 1.50 | CORRESPONDENCE; TELECONFERENCE WITH WORKING GROUP RE FRAMEWORK AGREEMENT AND RIGHTS OFFERINGS (1.5). |
| | | 7.10 | |
| PANAGAKIS GN | 12/28/06 | 0.60 | ATTENTION TO 1145 ISSUES (0.6). |
| PANAGAKIS GN | 12/29/06 | 1.40 | TELECONFERENCES WITH WORKING GROUP REGARDING 1145 (0.8); FURTHER ATTENTION TO SAME (0.6). |
| | | 2.00 | |
| SAGGESE NP | 12/04/06 | 4.70 | REVIEW VARIOUS ISSUES AND BACKGROUND DOCUMENTS RE RIGHTS OFFERINGS (4.7). |
| SAGGESE NP | 12/05/06 | 4.90 | REVIEW DOCUMENTS AND RELATED ISSUES RE RIGHTS OFFERINGS (4.9). |
| SAGGESE NP | 12/06/06 | 2.40 | REVIEW DOCUMENTS AND RELATED ISSUES; TELECONFERENCE WITH WORKING GROUP (2.4). |
| SAGGESE NP | 12/07/06 | 4.10 | REVIEW MATTER; IN-OFFICE CONFERENCES; CONFERENCE CALL; REVIEW DOCUMENTS RE RIGHTS OFFERINGS (4.1). |
| SAGGESE NP | 12/08/06 | 3.40 | REVIEW ISSUES; REVIEW DOCUMENTS; RIGHTS OFFERINGS (3.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SAGGESE NP | 12/11/06 | 3.90 | REVIEW DOCUMENTS AND RELATED ISSUES RE RIGHTS OFFERINGS (3.9). |
| SAGGESE NP | 12/12/06 | 2.10 | REVIEW ISSUES; REVIEW DOCUMENTS RE RIGHTS OFFERINGS (2.1). |
| SAGGESE NP | 12/13/06 | 1.20 | REVIEW DOCUMENTS AND RELATED ISSUES RE RIGHTS OFFERINGS (1.2). |
| SAGGESE NP | 12/15/06 | 0.90 | REVIEW DOCUMENTS AND RELATED ISSUES RE RIGHTS OFFERINGS (0.9). |
| SAGGESE NP | 12/18/06 | 1.10 | REVIEW PUBLIC DOCUMENTS RE RIGHTS OFFERINGS (1.1). |
| | | **28.70** | |
| **Total Partner** | | **44.80** | |
| FURMAN EC | 12/03/06 | 7.80 | REVIEW EQUITY PURCHASE AGREEMENT, PLAN FRAMEWORK AGREEMENT, PREFERRED STOCK TERM SHEET AND OTHER BACKGROUND DOCUMENTS (7.8). |
| FURMAN EC | 12/04/06 | 8.50 | REVIEW EQUITY COMMITMENT AGREEMENT AND PSA (4.3); DISCUSS PRIVATE PLACEMENT ISSUES WITH WORKING GROUP (1.2); RESEARCH REGARDING SAME (3.0). |
| FURMAN EC | 12/05/06 | 10.70 | TELECONFERENCES WITH WORKING GROUP REGARDING INTEGRATION ISSUES (1.0); RESEARCH REGARDING PRIVATE PLACEMENT ISSUES (6.2); TELECONFERENCE WITH APALOOSA AND WHITE & CASE REGARDING EQUITY PURCHASE AGREEMENT (1.2); REVIEW SAME (2.3). |
| FURMAN EC | 12/06/06 | 10.80 | PREPARE INDEMNIFICATION RIDER (0.8); MEET WITH WORKING GROUP REGARDING INTEGRATION ISSUES (1.9); RESEARCH REGARDING SAME (5.4); REVIEW EQUITY COMMITMENT AGREEMENT AND PSA (2.7). |
| FURMAN EC | 12/07/06 | 13.40 | REVIEW REVISED EQUITY PURCHASE AGREEMENT (4.3); TELECONFERENCE WITH INVESTORS REGARDING INTEGRATION (1.3); RESEARCH REGARDING SAME (7.8). |
| FURMAN EC | 12/08/06 | 10.30 | MEETING WITH SKADDEN TEAM REGARDING EQUITY COMMITMENT AGREEMENT (10.3). |
| FURMAN EC | 12/10/06 | 9.10 | TELECONFERENCE WITH INVESTORS REGARDING EQUITY COMMITMENT AGREEMENT (7.0); REVIEW SAME (0.5); RESEARCH REGARDING INTEGRATION (1.6). |
| FURMAN EC | 12/11/06 | 14.20 | TELECONFERENCES WITH WORKING GROUP REGARDING INTEGRATION ISSUES (0.5); REVIEW EQUITY COMMITMENT AGREEMENT AND PSA (2.2); TELECONFERENCE WITH WORKING GROUP REGARDING SAME (1.0); CONFERENCE CALL WITH INVESTORS (10.5). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FURMAN EC | 12/12/06 | 8.80 | REVIEW EQUITY PURCHASE AGREEMENT (4.0); NUMEROUS TELECONFERENCE WITH WORKING GROUP REGARDING SAME (1.0); RESEARCH REGARDING INTEGRATION ISSUES (3.8). |
| FURMAN EC | 12/13/06 | 1.40 | REVIEW EQUITY COMMITMENT AGREEMENT (1.4). |
| FURMAN EC | 12/14/06 | 0.40 | REVIEW REVISED EQUITY PURCHASE AGREEMENT (0.4). |
| FURMAN EC | 12/15/06 | 1.40 | REVIEW AND COMMENT ON PRESS RELEASE (1.4). |
| FURMAN EC | 12/29/06 | 2.80 | REVIEW 1145 RESEARCH; PREPARE TIMELINE FOR RIGHTS OFFERING (2.8). |
| | | **99.60** | |
| KATZ MG | 12/05/06 | 3.20 | CONDUCT RESEARCH ON BANKRUPTCY SECTION 1145 ISSUE AND INTEGRATION (3.2). |
| KATZ MG | 12/07/06 | 3.50 | CONDUCT RESEARCH ON REGISTRATION ABANDONMENT IN BANKRUPTCY SETTING (3.5). |
| | | **6.70** | |
| OGUNSANYA GO | 12/27/06 | 2.20 | REVIEW AND COMPARISON RIGHTS OFFERING RESEARCH AND CHARTS (2.2). |
| | | **2.20** | |
| PERL MW | 12/26/06 | 2.30 | REVIEW MULTIPLE FILINGS IN NUMEROUS CASES IN CONNECTION WITH RIGHT OFFERING TIME LINE (2.3). |
| | | **2.30** | |
| STUART NL | 12/06/06 | 6.40 | RESEARCH REGARDING 1145 (1.3); RESEARCH REGARDING SECTION 4(2) (1.9); REVIEW INVESTMENT AGREEMENT (3.2). |
| STUART NL | 12/07/06 | 8.70 | RESEARCH REGARDING EQUITY INVESTMENT AND RIGHTS OFFERING (4.5); RESEARCH REGARDING DIVIDENDS TO SHAREHOLDERS (4.2). |
| STUART NL | 12/08/06 | 15.10 | RESEARCH REGARDING SHAREHOLDER PARTICIPATION IN RIGHTS OFFERING (3.2); RESEARCH REGARDING BREAK UP FEES (5.1); RESEARCH AND REVIEW CONDITIONS TO INVESTMENT AGREEMENTS (6.8). |
| STUART NL | 12/09/06 | 2.90 | RESEARCH REGARDING 1145 EXEMPTION (2.9). |
| STUART NL | 12/10/06 | 3.90 | RESEARCH REGARDING 1145 EXEMPTION (2.2); RESEARCH REGARDING INDEMNIFICATION PROVISIONS (1.7). |
| STUART NL | 12/26/06 | 6.90 | RESEARCH REGARDING RIGHTS AGREEMENT (2.6); RESEARCH RIGHTS OFFERING TIMELINES AND DRAFT CHART REGARDING SAME (4.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| STUART NL | 12/28/06 | 4.20 | RESEARCH REGARDING RIGHTS OFFERINGS AND TIMELINES (3.1); ADDITIONAL RIGHTS OFFERING RESEARCH (1.1). |
| STUART NL | 12/29/06 | 4.20 | DRAFT CHART ON RIGHTS OFFERING AND REVISE TIMELINE (4.2). |
| | | 52.30 | |
| Total Associate | | 163.10 | |
| **TOTAL TIME** | | **207.90** | |
| | | | |
| **CLIENT TOTAL** | | **5997.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Rights Offering

Bill Date: 02/28/07  
Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 01/11/07 | 0.30 | REVIEW S-1 TIMETABLE AND RELATED MATTERS (0.3). |
| BUTLER, JR. J | 01/17/07 | 0.30 | FOLLOW-UP ON SUBSTANTIVE VARIOUS S-1 ISSUES (0.3). |
| BUTLER, JR. J | 01/24/07 | 1.40 | BEGIN TO REVIEW S-1 DRAFT (1.4). |
| BUTLER, JR. J | 01/26/07 | 1.80 | CONTINUE TO REVIEW S-1 DRAFT (1.8). |
| BUTLER, JR. J | 01/30/07 | 0.40 | FOLLOW-UP ON S-1 MATTERS INCLUDING TIMETABLE AND EMAILS FROM J. SHEEHAN AND T. TIMKO (0.4). |
| BUTLER, JR. J | 01/31/07 | 0.40 | FOLLOW-UP ON SUBSTANTIVE MATTERS REGARDING S-1 AND DISTRIBUTION PER PSA (0.4). |
|  |  | **4.60** |  |
| COCHRAN EL | 01/04/07 | 2.10 | REVIEW RIGHTS OFFERING ISSUES (2.1). |
| COCHRAN EL | 01/22/07 | 1.70 | REVIEW TIMING ISSUES ON RIGHTS OFFERING (1.7). |
| COCHRAN EL | 01/31/07 | 2.20 | REVIEW S-1 ISSUES (2.2). |
|  |  | **6.00** |  |
| GIBSON ML | 01/12/07 | 0.30 | REVIEW RIGHTS OFFERING CHART; UPDATE (0.3). |
| GIBSON ML | 01/15/07 | 0.20 | TELECONFERENCE WITH INTERNAL TEAM REGARDING RIGHTS OFFERING, NEXT STEPS (0.2). |
| GIBSON ML | 01/16/07 | 0.70 | REVIEW TIMELINE AND CORRESPONDENCE REGARDING RIGHTS OFFERING AND TIMELINE (0.7). |
| GIBSON ML | 01/22/07 | 1.80 | TELECONFERENCE WITH RIGHTS OFFERING TEAM (1.0); REVIEW TIMETABLES (0.4); REVIEW TRANSCRIPT (0.2); DISCUSSIONS WITH INTERNAL TEAM (0.2). |
| GIBSON ML | 01/29/07 | 0.50 | MULTIPLE TELECONFERENCES WITH WORKING GROUP REGARDING 8-A AND REGISTRATION ISSUES AND RESEARCH REGARDING SAME (0.5). |
| GIBSON ML | 01/30/07 | 0.20 | MULTIPLE TELECONFERENCES REGARDING REGISTRATION ISSUE (0.2). |
|  |  | **3.70** |  |
| ~~GROSS C~~ | ~~01/10/07~~ | ~~0.60~~ | ~~TAX WORK REGARDING RIGHTS OFFERING ANALYSIS (0.6).~~ |
| ~~GROSS C~~ | ~~01/16/07~~ | ~~0.60~~ | ~~TAX WORK REGARDING RIGHTS OFFERING (0.6).~~ |
|  |  | ~~**1.20**~~ |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ~~KUSHMAN MJ~~ | ~~01/08/07~~ | ~~2.10~~ | ~~REVIEW TRANSACTION STRUCTURE OF PROPOSED RIGHTS OFFERING (0.7); REVIEW PRECEDENT FILE (0.6); REVIEW TAX AUTHORITIES (0.8).~~ |
| ~~KUSHMAN MJ~~ | ~~01/29/07~~ | ~~1.90~~ | ~~REVIEW AND COMMENT ON TAX DISCLOSURE FOR FORM S-1 FILING (1.1); REVIEW TRANSACTION STRUCTURE (0.2); REVIEW TAX AUTHORITIES (0.3); REVIEW TAX RIDERS (0.3).~~ |
| ~~KUSHMAN MJ~~ | ~~01/30/07~~ | ~~0.90~~ | ~~REVIEW PROPOSED CHANGES TO TAX DISCLOSURE (0.6); REVIEW TAX AUTHORITIES (0.3).~~ |
| ~~KUSHMAN MJ~~ | ~~01/31/07~~ | ~~1.30~~ | ~~REVIEW AND COMMENT ON TAX DISCLOSURE (0.8); REVIEW TAX AUTHORITIES (0.5).~~ |
| | | ~~6.20~~ | |
| MARAFIOTI KA | 01/03/07 | 0.10 | TELECONFERENCE FROM V. MELWANI REGARDING RIGHTS OFFERING (0.1). |
| MARAFIOTI KA | 01/05/07 | 0.10 | CORRESPONDENCE M. SEIDER REGARDING REGISTRATION STATEMENT INQUIRY (0.1). |
| MARAFIOTI KA | 01/29/07 | 4.50 | REVIEW AND COMMENT UPON S-1 REGISTRATION STATEMENT (4.5). |
| MARAFIOTI KA | 01/30/07 | 1.60 | REVIEW AND REVISE S-1 (1.6). |
| MARAFIOTI KA | 01/31/07 | 3.90 | CONTINUE TO WORK ON S-1 (3.1); DEVELOP STRATEGY REGARDING SAME (0.8). |
| | | 10.20 | |
| NOEL GA | 01/15/07 | 1.30 | TELECONFERENCE WITH WORKING GROUP RE: REGISTRATION STATEMENT (1.3). |
| NOEL GA | 01/16/07 | 0.70 | CORRESPONDENCE RE: S-1 (0.7). |
| NOEL GA | 01/19/07 | 1.70 | REVIEW DOCUMENTS; CORRESPONDENCE; INVESTIGATE FACTS (1.7). |
| NOEL GA | 01/21/07 | 0.70 | CORRESPONDENCE; REVIEW DOCUMENTS (0.7). |
| NOEL GA | 01/23/07 | 1.00 | INVESTIGATE REGISTRATION STATEMENT MATTERS (1.0). |
| | | 5.40 | |
| PANAGAKIS GN | 01/05/07 | 0.20 | ATTENTION TO REGISTRATION STATEMENT ISSUES (0.2). |
| PANAGAKIS GN | 01/08/07 | 0.20 | ATTENTION TO REGISTRATION STATEMENT ISSUES (0.2). |
| PANAGAKIS GN | 01/11/07 | 0.30 | REVIEW REGARDING RIGHTS OFFERING (0.3). |
| PANAGAKIS GN | 01/13/07 | 0.50 | REVIEW PLAN TIMELINE MATERIALS (0.5). |
| PANAGAKIS GN | 01/18/07 | 0.30 | REVIEW CORRESPONDENCE REGARDING COMMENTS TO REGISTRATION STATEMENT PROCESS (0.3). |
| PANAGAKIS GN | 01/24/07 | 0.60 | REVIEW REGISTRATION STATEMENT (0.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 01/26/07 | 1.80 | ATTENTION TO REGISTRATION STATEMENT (1.8). |
| PANAGAKIS GN | 01/29/07 | 2.00 | REVIEW REGISTRATION STATEMENT AND TELECONFERENCES REGARDING SAME (2.0). |
| PANAGAKIS GN | 01/30/07 | 2.10 | REVIEW REGISTRATION STATEMENT AND CHANGES TO SAME (1.8); TELECONFERENCE WITH B. SHAW (0.3). |
| PANAGAKIS GN | 01/31/07 | 1.20 | REVIEW REGISTRATION STATEMENT AND PARTICIPATE ON TELECONFERENCES REGARDING SAME (1.2). |
| | | **9.20** | |
| SAGGESE NP | 01/02/07 | 5.90 | REVIEW SECURITIES LAWS AND EXEMPTIONS AND RELATED ISSUES; REVIEW MEMOS; WORKING GROUP CONFERENCES AND REVIEW RELATED DOCUMENTS (5.9). |
| SAGGESE NP | 01/03/07 | 4.30 | REVIEW PLAN OBJECTION; REVIEW SECURITIES LAWS AND EXEMPTIONS AND RELATED ISSUES; REVIEW DOCUMENTS; WORKING GROUP CONFERENCES AND REVIEW OF RELATED MEMO (4.3). |
| SAGGESE NP | 01/04/07 | 2.90 | REVIEW SECURITIES LAWS AND EXEMPTIONS AND RELATED ISSUES; REVIEW RELATED MEMO AND DOCUMENTS (2.9). |
| SAGGESE NP | 01/05/07 | 2.10 | REVIEW PLAN FILINGS AND RELATED PLAN DOCUMENTS; REVIEW RIGHTS OFFERING MECHANICS (2.1). |
| SAGGESE NP | 01/11/07 | 2.40 | REVIEW FILINGS AND OBJECTIONS FOR PREPARATION OF S-1 (2.4). |
| SAGGESE NP | 01/12/07 | 5.10 | REVIEW FILINGS AND OBJECTIONS AND COMPANY MATERIALS IN PREPARATION FOR S-1 (5.1). |
| SAGGESE NP | 01/15/07 | 4.80 | WORKING GROUP CONFERENCE REGARDING S-1 AND TIMING ISSUES (1.9); REVIEW S-1 AND RELATED ISSUES AND PROCEDURES, INCLUDING SEC RULES (2.9). |
| SAGGESE NP | 01/16/07 | 5.10 | REVIEW TIMELINE AND RELATED ISSUES FOR REG. STATEMENT AND OTHER PLAN MATTERS (2.9); REVIEW ECPA AND RELATED MATTERS (2.2). |
| SAGGESE NP | 01/17/07 | 0.90 | REVIEW ISSUES FOR S-1, INCLUDING TIMING ISSUES (0.9). |
| SAGGESE NP | 01/18/07 | 5.10 | REVIEW PLAN REORG RELATED DOCUMENTS AND RELATED ISSUES FOR SEC AND OTHER ISSUES (5.1). |
| SAGGESE NP | 01/22/07 | 2.90 | REVIEW VARIOUS TIMING AND PROCESS MATTERS AND GENERAL BACKGROUND PREP FOR S-1; WORKING GROUP CONFERENCE REGARDING TIMING ISSUES (2.9). |
| SAGGESE NP | 01/23/07 | 1.10 | PREPARE WORK FOR 10-K AND S-1 (1.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| SAGGESE NP | 01/24/07 | 1.10 | READ SECTIONS OF 10-K FOR BACKGROUND AND PREPARE FOR S-1 (1.1). |
| SAGGESE NP | 01/25/07 | 1.90 | REVIEW TIME LINE RELATED ISSUES (1.9). |
| SAGGESE NP | 01/26/07 | 1.30 | WORKING GROUP TELECONFERENCE (0.5); REVIEW TIMING, SEC AND RIGHTS ISSUES (0.8). |
| SAGGESE NP | 01/29/07 | 0.90 | REVIEW S-1 MATTERS (0.9). |
| SAGGESE NP | 01/31/07 | 0.80 | REVIEW S-1 REGISTRATION RELATED ISSUES (0.8). |
| | | **48.60** | |
| **Total Partner** | | **95.10** | |
| GASAWAY M | 01/04/07 | 1.50 | REVIEW DEAL STATUS AND S-1 DRAFT (1.5). |
| GASAWAY M | 01/08/07 | 2.30 | MULTIPLE CONVERSATIONS WITH WORKING GROUP ON DELPHI; REVIEW INFORMATION (2.3). |
| GASAWAY M | 01/09/07 | 2.80 | TELECONFERENCE WITH M. KATZ REGARDING RIGHTS OFFERING MECHANICS AND TIMETABLES (0.6); RESEARCH RIGHTS OFFERING PRECEDENT AND FORM S-1 RULES AND DISCLOSURE UPDATES (2.2). REVIEW RIGHTS OFFERING TIMETABLE MECHANICS AND PRECEDENT. |
| GASAWAY M | 01/10/07 | 4.00 | DRAFT TIMELINES FOR RIGHTS OFFERING (4.0). |
| GASAWAY M | 01/11/07 | 4.80 | REVISE RIGHTS OFFERING TIMELINE AND MECHANICS AND DISTRIBUTE TO INTERNAL WORKING GROUP (4.8). |
| GASAWAY M | 01/12/07 | 4.80 | REVISE RISK FACTORS FOR S-1 (4.8). |
| GASAWAY M | 01/15/07 | 8.40 | REVISE RISK FACTORS (0.6); RESEARCH FWP RULES (1.1); VIDEO TELECONFERENCE (INTERNAL SKADDEN WORKING GROUP) (3.3); REVISE TIMELINE AND KEY DATES LIST (3.4). |
| GASAWAY M | 01/16/07 | 6.50 | MULTIPLE REVISIONS OF TIMELINE AND KEY DATES LISTS (4.1); RESEARCH SEC RULES REGARDING FINANCIAL STATEMENTS (2.4). |
| GASAWAY M | 01/17/07 | 6.60 | FOLLOW UP ON SEC AND ACCOUNTING RESEARCH MATTERS (3.1); MEETING WITH COMPANY AT DELPHI OFFICES (3.0); FOLLOW UP POST-MEETING WITH LEGAL AND ACCOUNTING STAFF OF COMPANY (0.5). |
| GASAWAY M | 01/18/07 | 1.50 | DRAFT S-1 (0.4). REVIEW REVISED TIMELINE AND PROVIDE COMMENTS (1.1). |
| GASAWAY M | 01/19/07 | 6.40 | WEEKLY STATUS TELECONFERENCE (0.7); RESPOND TO QUESTIONS ON PLAN-RELATED DOCUMENTS (2.8); REVIEW REVISED TIMELINE AND (1.1); REVISE S-1 DRAFT (1.8). |
| GASAWAY M | 01/20/07 | 12.20 | REVISE S-1 (12.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Name | Date | Hours | Description |
|---|---|---|---|
| GASAWAY M | 01/21/07 | 13.10 | REVISE S-1 (12.3); FOLLOW UP ON EPCA MATTERS (0.8). |
| GASAWAY M | 01/22/07 | 2.80 | REVIEW AND COMMENT ON TIME LINES (0.4); CONFERENCE WITH WORKING GROUP REGARDING EPCA (0.6); REVIEW S-1 DRAFT (1.8). |
| GASAWAY M | 01/23/07 | 2.20 | REVIEW AND COMMENT ON TIMELINE AND S-1 (2.2). |
| GASAWAY M | 01/24/07 | 6.00 | MEETING WITH GM RE: S-1 (1.8); MEETING WITH PLAN INVESTORS RE: S-1 (2.0); REVIEW AND COMMENT ON DRAFT S-1 (2.2). |
| GASAWAY M | 01/25/07 | 0.60 | REVISE NARRATIVE TIMELINE TO REFLECT N. SAGGESE COMMENTS (0.6). |
| GASAWAY M | 01/26/07 | 2.10 | REVISE TIMELINE (2.1). |
| GASAWAY M | 01/27/07 | 3.20 | REVISE TIMELINE (3.2). |
| GASAWAY M | 01/28/07 | 2.30 | REVISE TIMELINE AND S-1 (2.3). |
| GASAWAY M | 01/29/07 | 3.80 | FOLLOW UP ON RIGHTS OFFERING MATTERS (3.8). |
| GASAWAY M | 01/30/07 | 6.20 | REVISE S-1 (6.2). |
|  |  | **104.10** |  |
| MATZ TJ | 01/30/07 | 0.80 | REVIEW AND COMMENT ON PORTIONS OF DRAFT S-1 (0.8). |
| MATZ TJ | 01/31/07 | 1.00 | FURTHER ANALYSIS AND WORK ON S-1 REGISTRATION STATEMENT (0.6); TELECONFERENCE WITH WORKING GROUP REGARDING S-1 AND PLAN DOCUMENTS (0.4). |
|  |  | **1.80** |  |
| SENSENBRENNER EB | 01/17/07 | 1.40 | REGISTRATION STATEMENT S-1 TAX DISCLOSURE (1.4). |
| SENSENBRENNER EB | 01/23/07 | 1.00 | TAX WORK REGARDING RIGHTS OFFERING S-1 (0.3); TELECONFERENCE WITH WHITE & CASE AND MILBANK (0.7). |
| SENSENBRENNER EB | 01/24/07 | 2.50 | TAX WORK REGARDING RIGHTS OFFERING (2.5). |
| SENSENBRENNER EB | 01/25/07 | 2.80 | TAX WORK REGARDING RIGHTS OFFERING, S-1 (2.8). |
| SENSENBRENNER EB | 01/26/07 | 4.40 | TAX ANALYSIS REGARDING RIGHTS OFFERING (1.4); WORK ON FORM S-1 TAX DISCLOSURE (3.0). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 01/29/07 | 3.80 | REVIEW REGISTRATION STATEMENT (0.6); TAX WORK REGARDING RIGHTS OFFERING (3.2). |
| SENSENBRENNER EB | 01/30/07 | 3.00 | TAX WORK REGARDING S-1 REGISTRATION STATEMENT (3.0). |
| SENSENBRENNER EB | 01/31/07 | 3.80 | TAX WORK REGARDING RIGHTS OFFERING, REGISTRATION STATEMENT (3.8). |
| | | 22.70 | |
| **Total Counsel** | | **128.60** | |
| FEINBERG AS | 01/18/07 | 1.50 | TAX ANALYSIS REGARDING FORM S-1 (1.5). |
| FEINBERG AS | 01/19/07 | 1.30 | TAX ANALYSIS REGARDING FORM S-1 (1.3). |
| FEINBERG AS | 01/24/07 | 3.10 | ANALYSIS REGARDING DISCLOSURE FOR FORMS S-1 (3.1). |
| FEINBERG AS | 01/26/07 | 1.10 | TAX ANALYSIS REGARDING FORM S-1 (1.1). |
| FEINBERG AS | 01/29/07 | 1.20 | TAX ANALYSIS REGARDING FORM S-1 (1.2). |
| | | 8.20 | |
| FURMAN EC | 01/02/07 | 8.90 | REVIEW EQUITY COMMITTEE OBJECTION; REVIEW PRECEDENT RIGHTS OFFERING MATERIALS; PREPARE S-1 (8.9). |
| FURMAN EC | 01/03/07 | 7.60 | RESEARCH 1145 ISSUES; PREPARE S-1 (7.6). |
| FURMAN EC | 01/04/07 | 10.40 | RESEARCH 1145 ISSUES; PREPARE S-1; DISCUSS AND RESEARCH TRADING MECHANICS WITH S. ROTHWELL (10.4). |
| FURMAN EC | 01/08/07 | 9.30 | PREPARE S-1 (8.2); MEET WITH WORKING GROUP REGARDING RIGHTS OFFERING PROCESS (1.1). |
| FURMAN EC | 01/09/07 | 8.70 | PREPARE S-1 (7.7); REVIEW HIGHLAND AGREEMENTS (1.0). |
| FURMAN EC | 01/10/07 | 5.90 | PREPARE RIGHTS OFFERING CHECKLIST (4.0); PREPARE S-1 (1.9). |
| FURMAN EC | 01/11/07 | 11.20 | PREPARE S-1 (10.2); PREPARE RIGHTS OFFERING CHECKLIST (1.0). |
| FURMAN EC | 01/12/07 | 2.50 | PREPARE S-1 (2.5). |
| FURMAN EC | 01/15/07 | 10.90 | TELECONFERENCE WITH WORKING GROUP REGARDING TIME OF BANKRUPTCY PROCEEDINGS AND RIGHTS OFFERING (2.2); PREPARE S-1 (6.5); REVIEW AND REVISE DEAL TIMELINES (0.4); RESEARCH REGARDING TIMING ISSUES (1.8). |
| FURMAN EC | 01/16/07 | 4.60 | PREPARE S-1 (4.6). |
| FURMAN EC | 01/17/07 | 4.90 | ATTEND MEETING AT DELPHI (3.5); FORM CHECK S-1 (1.2); REVIEW ACCOUNTING RULES (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FURMAN EC | 01/18/07 | 2.70 | PREPARE S-1 (2.7). |
| FURMAN EC | 01/19/07 | 6.40 | PREPARE S-1 (5.4); REVIEW DELPHI SEC FILINGS (1.0). |
| FURMAN EC | 01/23/07 | 11.70 | REVIEW FWP RULES (0.4); REVISE S-1 (11.3). |
| FURMAN EC | 01/24/07 | 2.30 | REVIEW RIGHTS AGREEMENT AND AMENDMENTS (0.8); PREPARE S-1 (1.5). |
| FURMAN EC | 01/25/07 | 6.20 | PREPARE S-1 AND FORM CHECKLIST (6.2). |
| FURMAN EC | 01/26/07 | 2.10 | REVISE S-1 (2.1). |
| FURMAN EC | 01/28/07 | 2.40 | PREPARE S-1 CHECKLIST AND REVIEW FORM RULES (2.4). |
| FURMAN EC | 01/29/07 | 10.30 | TELECONFERENCE WITH M. LOEB AND J. WILLIAMS REGARDING S-1 PROCESS (2.0); PREPARE BOARD RESOLUTIONS (0.5); REVIEW REVISED 10-K (0.5); PREPARE S-1 (7.3). |
| FURMAN EC | 01/30/07 | 4.90 | PREPARE S-1 (4.3); REVISE BOARD RESOLUTIONS (0.1); REVIEW SEGMENT REPORTING RULES (0.5). |
| FURMAN EC | 01/31/07 | 4.10 | TELECONFERENCE WITH M. LOEB (0.5); PREPARE S-1 (3.6). |
| | | **138.00** | |
| GANITSKY DI | 01/02/07 | 1.20 | TELECONFERENCE REGARDING RIGHTS OFFERING AND 1145 OF CODE AND REVIEW OF RELATED MATERIAL IN ADVANCE OF CALL (1.2). |
| GANITSKY DI | 01/17/07 | 5.30 | GROUP VIDEO CONFERENCE CALL REGARDING S-1 PROCESS AS WELL OTHER STRATEGIC MATTERS (3.2); LEGAL RESEARCH RE DELAWARE STATE LAW AND FEDERAL SECURITIES LAWS REGARDING VARIOUS MATTERS RELATING TO RIGHTS OFFERING AND INTERNAL DISCUSSIONS REGARDING SAME (2.1). |
| GANITSKY DI | 01/19/07 | 1.70 | LEGAL RESEARCH REGARDING MATTERS RELATING TO RIGHTS OFFERING (1.7). |
| GANITSKY DI | 01/26/07 | 0.70 | RESEARCH REGARDING FILING OF FORM 15S AND FORM 25S BY COMPANIES IN CHAPTER 11 AND DELISTED COMPANIES (0.7). |
| GANITSKY DI | 01/29/07 | 2.20 | REVIEW OF S-1 (2.2). |
| GANITSKY DI | 01/30/07 | 0.60 | REVIEW OF S-1 (0.6). |
| | | **11.70** | |
| ~~GOETZ AJ~~ | ~~01/26/07~~ | ~~1.50~~ | ~~REVIEW S-1 (1.5).~~ |
| ~~GOETZ AJ~~ | ~~01/29/07~~ | ~~3.80~~ | ~~TELECONFERENCE WITH WORKING GROUP (1.8); REVIEW AND REVISE S-1 (2.0).~~ |
| ~~GOETZ AJ~~ | ~~01/30/07~~ | ~~3.20~~ | ~~REVIEW AND REVISE S-1 (3.2).~~ |
| | | ~~**8.50**~~ | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GRANT K | 01/24/07 | 1.40 | REVIEW DRAFT S-1 STATEMENT FOR RIGHTS OFFERING (1.4). |
| GRANT K | 01/31/07 | 4.50 | CONTINUE TO REVIEW OF PLAN MATERIALS INCLUDING DRAFT S-1 STATEMENT (2.7); AND CURRENT DRAFT PLAN (1.8). |
| | | 5.90 | |
| HARDIN AS | 01/02/07 | 1.80 | REVIEW CHECKLIST RELATED TO RIGHTS OFFERING (0.2); WORKING GROUP TELECONFERENCE REGARDING PENDING TASKS (1.6). |
| HARDIN AS | 01/30/07 | 0.50 | REVIEW CHANGES TO DRAFT S-1 (0.5). |
| HARDIN AS | 01/31/07 | 2.70 | PREPARE DRAFT S-1 FOR DISTRIBUTION (2.7). |
| | | 5.00 | |
| KATZ MG | 01/03/07 | 4.20 | CREATE VERSION 1 OF THE S-1 (4.2). |
| KATZ MG | 01/04/07 | 1.70 | CREATE VERSION 1 OF THE S-1 (1.7). |
| KATZ MG | 01/08/07 | 1.50 | CONDUCT DELAWARE LAW AND FEDERAL SECURITIES LAW RESEARCH (1.5). |
| KATZ MG | 01/09/07 | 2.70 | CONDUCT DELAWARE LAW AND FEDERAL SECURITIES LAW RESEARCH. DRAFT S-1 (2.7). |
| KATZ MG | 01/10/07 | 1.70 | CONDUCT DELAWARE LAW AND FEDERAL SECURITIES LAW RESEARCH. UPDATE S-1 (1.7). |
| KATZ MG | 01/15/07 | 4.70 | CONDUCT RESEARCH FOR FILING 10-K AND SECURITIES LAW ISSUES (4.7). |
| KATZ MG | 01/16/07 | 3.00 | CONDUCT RESEARCH FOR FILING 10-K AND SECURITIES LAW ISSUES (3.0). |
| KATZ MG | 01/17/07 | 0.50 | CONDUCT RESEARCH FOR FILING 10-K AND SECURITIES LAW ISSUES (0.5). |
| KATZ MG | 01/18/07 | 9.00 | CREATE CHECKLIST FOR DRAFTING AND REVIEWING 10-K AND S-1 (9.0). |
| KATZ MG | 01/19/07 | 1.50 | CREATE CHECKLIST FOR DRAFTING AND REVIEWING 10-K AND S-1 AND RESPOND TO RESEARCH QUESTION (1.5). |
| KATZ MG | 01/22/07 | 8.50 | CONDUCT RULE CHECK ON THE S-1 AND 10-K (8.5). |
| KATZ MG | 01/23/07 | 3.70 | HOURS CONDUCTED RULE CHECK ON THE S-1 AND 10-K (3.7). |
| KATZ MG | 01/24/07 | 2.00 | CONDUCT RULE CHECK ON THE S-1 AND 10-K AND CONDUCT RESEARCH (2.0). |
| | | 44.70 | |
| ~~PLATT SJ~~ | ~~01/17/07~~ | ~~1.20~~ | ~~GATHER AND COMPILE PLEADINGS PRECEDENT REGARDING RIGHTS OFFERINGS (1.2).~~ |
| | | ~~1.20~~ | |

257                                                                B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| SCHOCKETT P | 01/18/07 | 2.80 | BEGIN DRAFTING S-1 TAX DISCLOSURE (2.8). |
| SCHOCKETT P | 01/19/07 | 2.80 | CONTINUE DRAFTING S-1 TAX DISCLOSURE (2.8). |
| SCHOCKETT P | 01/20/07 | 1.30 | TAX WORK REGARDING S-1 (1.3). |
| SCHOCKETT P | 01/22/07 | 5.80 | TAX WORK REGARDING S-1 TAX DISCLOSURE (5.8). |
| SCHOCKETT P | 01/23/07 | 4.50 | TAX WORK REGARDING S-1 TAX DISCLOSURE (4.5). |
| SCHOCKETT P | 01/24/07 | 4.20 | TAX WORK REGARDING S-1 TAX DISCLOSURE (4.2). |
| SCHOCKETT P | 01/25/07 | 7.00 | TAX WORK REGARDING S-1 TAX DISCLOSURE (7.0). |
| SCHOCKETT P | 01/26/07 | 6.00 | REVISE S-1 TAX DISCLOSURE (2.7); TAX WORK REGARDING RIGHTS OFFERING (3.3). |
| SCHOCKETT P | 01/27/07 | 2.80 | TAX ANALYSIS REGARDING RIGHTS OFFERING (2.8). |
| SCHOCKETT P | 01/29/07 | 2.20 | TAX WORK REGARDING DELPHI S-1 (1.2); TAX ANALYSIS REGARDING RIGHTS OFFERING (1.0). |
| SCHOCKETT P | 01/30/07 | 1.30 | TELECONFERENCE REGARDING S-1 REGISTRATION STATEMENT (0.4); TAX WORK REGARDING S-1 TAX DISCLOSURE (0.9). |
| | | **40.70** | |
| STUART NL | 01/02/07 | 15.10 | RESEARCH REGARDING RIGHTS OFFERING (1.9); WORKING GROUP CALL REGARDING 1145 (0.6); DRAFT MEMO REGARDING 1145 EXEMPTION (4.9); RESEARCH REGARDING 1145 AND RIGHTS OFFERING (7.7). |
| STUART NL | 01/03/07 | 10.00 | RESEARCH REGARDING USE OF SECTION 1145 FOR RIGHTS OFFERING (4.9); CONTINUE TO DRAFT AND REVISE MEMO REGARDING SAME (5.2). |
| STUART NL | 01/04/07 | 6.00 | CONTINUE RESEARCH REGARDING 1145 MEMO (3.1); FINALIZE AND DISTRIBUTE 1145 MEMO (2.9). |
| STUART NL | 01/05/07 | 4.10 | CONTINUE RESEARCH ON 1145 AND RIGHTS OFFERING (4.1). |
| STUART NL | 01/11/07 | 2.40 | RESEARCH MECHANICS OF RIGHTS OFFERING (2.4). |
| STUART NL | 01/12/07 | 3.10 | CONTINUE TO RESEARCH REGARDING RIGHTS OFFERING (3.1). |
| STUART NL | 01/15/07 | 7.90 | BEGIN DRAFTING EMERGENCE TIMELINE AND REGISTRATION STATEMENT TIMELINE (5.3); RESEARCH REGARDING SAME (2.6). |
| STUART NL | 01/19/07 | 4.30 | RESEARCH REGARDING RIGHTS OFFERING (4.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| STUART NL | 01/21/07 | 0.60 | RESEARCH REGARDING RIGHTS OFFERING (0.6). |
| STUART NL | 01/22/07 | 6.10 | REVIEW AND COMMENT ON INITIAL DRAFT OF REGISTRATION STATEMENT (6.1). |
| STUART NL | 01/23/07 | 1.10 | REVIEW AND COMMENT ON S-1 (1.1). |
| STUART NL | 01/24/07 | 1.70 | ADDITIONAL RESEARCH REGARDING PLAN AND RIGHTS OFFERING (1.7). |
| STUART NL | 01/30/07 | 10.10 | REVIEW AND COMMENT ON S-1 (3.9); RESEARCH REGARDING BANKRUPTCY RELATED S-1 REGISTRATION STATEMENTS (2.4); REDRAFT BANKRUPTCY RELATED SECTION OF S-1 (3.8). |
| STUART NL | 01/31/07 | 1.90 | REVISE S-1 BANKRUPTCY SECTION (1.9). |
| | | 74.40 | |
| Total Associate | | 338.30 | |
| TOTAL TIME | | **562.00** | |
| | | | |
| CLIENT TOTAL | | **8478.00** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

Delphi Corporation (DIP)                                              Bill Date: 02/28/07
Rights Offering                                                       Bill Number: 1148705

| Disbursement       | Date     | Vendor/Employee/Dept.     | Amount       |
|--------------------|----------|---------------------------|--------------|
| Out-of-Town Travel | 01/16/07 | Gasaway M                 | 52.93        |
| Out-of-Town Travel | 01/16/07 | Gasaway M                 | 202.07       |
|                    |          | TOTAL OUT-OF-TOWN TRAVEL  | $255.00      |
| Out-of-Town Meals  | 01/16/07 | Gasaway M                 | 7.95         |
| Out-of-Town Meals  | 01/17/07 | Gasaway M                 | 5.01         |
| Out-of-Town Meals  | 01/17/07 | Gasaway M                 | 40.04        |
|                    |          | TOTAL OUT-OF-TOWN MEALS   | $53.00       |
|                    |          | TOTAL MATTER              | $308.00      |
|                    |          | TOTAL CLIENT              | $296,686.00  |

B43E