SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-7
TAX MATTERS
687.8 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 11/30/06**
**Tax Matters**                                                **Bill Number: 1132369**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BREWSTER JJ | 10/04/06 | 3.30 | WORK ON TAX MATTERS (3.3). |
| BREWSTER JJ | 10/06/06 | 3.10 | WORK ON TAX MATTERS (3.1). |
| BREWSTER JJ | 10/10/06 | 1.90 | TAX ANALYSIS RE: ASSUMPTION OF LIABILITIES (1.9). |
| BREWSTER JJ | 10/11/06 | 0.20 | ANALYZE TAX ISSUES (0.2). |
| BREWSTER JJ | 10/13/06 | 1.70 | WORK ON TAX MATTERS (1.7). |
| BREWSTER JJ | 10/19/06 | 0.70 | CONFERENCE WITH CLIENT (0.7). |
| BREWSTER JJ | 10/23/06 | 0.80 | ANALYZE TAX CONSEQUENCES OF FRAMEWORK AGREEMENT (0.8). |
| BREWSTER JJ | 10/25/06 | 1.60 | TAX ANALYSIS RE: PAYMENTS UNDER ATTRITION PROGRAM AGREEMENTS (0.4); DEVELOP TAX STRATEGY RE: TREATMENT OF PENSION FUND CONTRIBUTIONS (0.8); TAX WORK RE: PENSION FUND CONTRIBUTIONS (0.4). |
| BREWSTER JJ | 10/26/06 | 2.30 | WORK ON TAX MATTERS (2.3). |
| BREWSTER JJ | 10/30/06 | 1.70 | WORK ON TAX MATTERS (1.7). |
| | | **17.30** | |
| GROSS C | 10/06/06 | 0.80 | WORK RE: TAX ATTRIBUTE PRESERVATION AND TRADING ORDER (0.8). |
| GROSS C | 10/10/06 | 1.40 | FRAMEWORK AGREEMENT TAX ANALYSIS (1.4). |
| GROSS C | 10/12/06 | 0.30 | WORK RE: 10Q TAX RELATED DISCLOSURE (0.3). |
| GROSS C | 10/13/06 | 1.60 | TAX WORK RE: J. WHITSON/S. GALE ANALYSIS OF VARIOUS RESTRUCTURING PROPOSALS (1.6). |
| GROSS C | 10/18/06 | 0.80 | WORK RE: FRAMEWORK AGREEMENT TAX ANALYSIS (0.8). |
| | | **4.90** | |
| MARAFIOTI KA | 10/02/06 | 0.10 | COMMUNICATION WITH J. SHEEHAN RE: IRC SECTION 4971 (0.1). |
| MARAFIOTI KA | 10/10/06 | 0.40 | ANALYZE TAX ISSUES IN CONNECTION WITH FRAMEWORK AGREEMENT (0.4). |
| MARAFIOTI KA | 10/16/06 | 0.20 | ANALYZE TAX ISSUES IN CONNECTION WITH PLAN (0.2). |
| MARAFIOTI KA | 10/17/06 | 0.10 | TELECONFERENCE WITH J. WHITSON RE: TAX RETURNS (0.1). |
| MARAFIOTI KA | 10/23/06 | 0.40 | TELECONFERENCE WITH J. VITALE RE: TAX RETURNS (0.2) AND CORRESPONDENCE TO U.S. TRUSTEE RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 10/31/06 | 0.30 | TELECONFERENCE WITH N. VANDUZER AT FIDELITY RE: TAX QUESTION (0.2) AND FOLLOWUP CORRESPONDENCE RE: SAME (0.1). |
| | | **1.50** | |
| **Total Partner** | | **23.70** | |
| RAMLO K | 10/02/06 | 0.30 | FURTHER ANALYSIS RE: OHIO TAX ABATEMENT AGREEMENTS (0.3). |
| RAMLO K | 10/04/06 | 0.20 | ANALYSIS RE: WHEN TAXING AUTHORITY POSTPETITION CLAIM ARISES UNDER TAX ABATEMENT AGREEMENTS (0.2). |
| RAMLO K | 10/09/06 | 0.20 | REVIEW CORRESPONDENCE FROM R. ARRIGO RE: UPDATED TAX ABATEMENT FIGURES (0.2). |
| RAMLO K | 10/10/06 | 0.50 | CORRESPONDENCE WITH R. ARRIGO RE: TAX ABATEMENT CALCULATIONS (0.5). |
| RAMLO K | 10/26/06 | 0.20 | TELECONFERENCE WITH C. KILBORNE AND R. ARRIGO RE: DAYTON TAX ABATEMENT (0.2). |
| RAMLO K | 10/27/06 | 0.60 | FURTHER ANALYSIS OF UPDATED OF DAYTON TAX ABATEMENT INFORMATION (0.4); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2). |
| RAMLO K | 10/29/06 | 0.10 | ANALYSIS RE: TIMING OF TAX ABATEMENT MOTION (0.1). |
| | | **2.10** | |
| SCHNEIDER DA | 10/02/06 | 1.00 | TAX ANALYSIS (1.0) RE: TAX ACCOUNTING ISSUES. |
| SCHNEIDER DA | 10/03/06 | 0.30 | TAX ANALYSIS (0.3) RE: TAX ACCOUNTING ISSUES (0.3). |
| SCHNEIDER DA | 10/05/06 | 2.00 | REVIEW MATERIALS (0.5); TAX WORK (1.5). |
| SCHNEIDER DA | 10/06/06 | 6.10 | TAX ANALYSIS RE: TAX ACCOUNTING ISSUES (4.6); TAX WORK (1.5). |
| SCHNEIDER DA | 10/09/06 | 4.90 | DEVELOP TAX STRATEGY (4.9). |
| SCHNEIDER DA | 10/10/06 | 5.50 | TAX WORK (2.2); TAX ANALYSIS RE: TAX ACCOUNTING ISSUES (3.3). |
| SCHNEIDER DA | 10/11/06 | 9.30 | TAX WORK ON TAX ACCOUNTING ISSUES (1.9); DEVELOP TAX STRATEGY (0.3); TAX ANALYSIS RE: TAX ACCOUNTING ISSUES (1.0); REVIEW MATERIALS (0.6); TAX ANALYSIS RE: TAX ACCOUNTING ISSUES (5.5). |
| SCHNEIDER DA | 10/12/06 | 7.20 | CONFERENCE WITH S. GALE (0.1); TAX WORK (1.0); TAX ANALYSIS RE: TAX ACCOUNTING ISSUES (6.1). |
| SCHNEIDER DA | 10/13/06 | 7.40 | TAX ANALYSIS RE: TAX ACCOUNTING ISSUES (2.7); DEVELOP STRATEGY (1.9); TAX WORK (2.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SCHNEIDER DA | 10/16/06 | 7.50 | DEVELOP STRATEGY (4.5); TAX ANALYSIS RE: TAX ACCOUNTING ISSUES (0.8); TAX WORK (2.2). |
| SCHNEIDER DA | 10/17/06 | 4.40 | DEVELOP STRATEGY (3.9); TAX ANALYSIS (0.5). |
| SCHNEIDER DA | 10/18/06 | 1.60 | TAX ANALYSIS OF TAX ACCOUNTING ISSUES (1.6). |
| SCHNEIDER DA | 10/19/06 | 4.40 | CONFERENCE WITH S. GALE (1.0); TAX WORK RE: OPEB PAYMENT ISSUES (3.4). |
| SCHNEIDER DA | 10/20/06 | 2.40 | TAX WORK RE: SECTION 414(L) DEDUCTION (2.4). |
| SCHNEIDER DA | 10/23/06 | 8.30 | TAX WORK RE: PENSION LIABILITY AS SUPPLIERS (8.3). |
| SCHNEIDER DA | 10/24/06 | 9.50 | TAX WORK RE: SECTION 414(L) ASSUMPTIONS (9.5). |
| SCHNEIDER DA | 10/25/06 | 7.80 | TAX ANALYSIS OF PENSION LIABILITY ISSUES (4.5); TAX WORK (3.3). |
| SCHNEIDER DA | 10/26/06 | 7.80 | TAX WORK RE: TAX TREATMENT OF OPEB AND PENSION OBLIGATION ASSUMPTIONS (6.2); CONFERENCE WITH S. GALE (1.6). |
| SCHNEIDER DA | 10/27/06 | 6.00 | TAX WORK RE: TAX TREATMENT OF PENSION OBLIGATION ASSUMPTIONS (6.0). |
| SCHNEIDER DA | 10/30/06 | 8.00 | TAX ANALYSIS OF PENSION LIABILITY ASSUMPTIONS (3.0); TAX WORK RE: PENSION LIABILITY ASSUMPTIONS (5.0). |
| SCHNEIDER DA | 10/31/06 | 4.40 | TAX WORK RE: ASSUMPTION OF PENSION BENEFITS (2.1); TAX ANALYSIS (2.3). |
| | | **115.80** | |
| SENSENBRENNER EB | 10/10/06 | 2.50 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (2.5). |
| SENSENBRENNER EB | 10/12/06 | 1.40 | TAX WORK RE: FRAMEWORK AGREEMENT (1.4). |
| SENSENBRENNER EB | 10/13/06 | 1.50 | TAX ANALYSIS RE: FRAMEWORK (0.6); CONFER WITH J. WHITSON AND S. GALE RE: SAME (0.9). |
| SENSENBRENNER EB | 10/16/06 | 0.30 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.3). |
| SENSENBRENNER EB | 10/17/06 | 0.80 | TAX ANALYSIS RE: FRAMEWORK (0.8). |
| SENSENBRENNER EB | 10/18/06 | 0.80 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.8). |
| SENSENBRENNER EB | 10/19/06 | 3.50 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (2.8); CONFER WITH H. TUCKER OF E&Y (0.3); REVIEW MATERIALS (0.4). |
| SENSENBRENNER EB | 10/20/06 | 2.80 | TELECONFERENCE WITH J. WHITSON, S. GALE AND C. GROSS RE: EMERGENCE PLANNING (0.8); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (2.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | | |
|---|---|---|---|---|
| SENSENBRENNER EB | 10/23/06 | 1.00 | TAX WORK RE: FRAMEWORK AGREEMENT (1.0). |
| SENSENBRENNER EB | 10/24/06 | 1.50 | TAX WORK RE: FRAMEWORK AGREEMENT (1.5). |
| SENSENBRENNER EB | 10/25/06 | 0.80 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.8). |
| SENSENBRENNER EB | 10/26/06 | 6.30 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (5.6); TAX ANALYSIS RE: ENVIRONMENTAL TRUST (0.7). |
| SENSENBRENNER EB | 10/30/06 | 4.50 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (3.9); TELECONFERENCE WITH J. WHITSON AND E&Y RE: EMERGENCE PLANNING (0.6). |
| SENSENBRENNER EB | 10/31/06 | 2.30 | TAX WORK RE: FRAMEWORK AGREEMENT (2.0); DISCUSS NEW JERSEY TAX CLAIM WITH S. GALE (0.3). |
| | | **30.00** | |
| **Total Counsel** | | **147.90** | |
| FEINBERG AS | 10/03/06 | 0.30 | ANALYSIS RE: COURT FILINGS (0.3). |
| FEINBERG AS | 10/09/06 | 1.00 | ANALYSIS RE: SELL DOWN NOTICE REQUIREMENTS (1.0). |
| FEINBERG AS | 10/10/06 | 4.10 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (2.1); ANALYSIS RE: SELL DOWN NOTICE REQUIREMENTS (2.0). |
| FEINBERG AS | 10/11/06 | 0.70 | ANALYSIS RE: SELL DOWN NOTICE REQUIREMENTS (0.7). |
| FEINBERG AS | 10/12/06 | 0.60 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.6). |
| FEINBERG AS | 10/13/06 | 4.00 | TELECONFERENCE WITH J. WHITSON, S. GALE AND C. GROSS (1.0); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.0); CONFERENCE CALL WITH J. WHITSON, S. GALE AND C. GROSS (1.0); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.0). |
| FEINBERG AS | 10/15/06 | 0.40 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.4). |
| FEINBERG AS | 10/16/06 | 0.50 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.5). |
| FEINBERG AS | 10/17/06 | 0.40 | ANALYSIS RE: COURT FILINGS (0.4). |
| FEINBERG AS | 10/18/06 | 0.70 | CORRESPONDENCE WITH ALABAMA DEPARTMENT OF REVENUE RE: TAX ISSUE (0.7). |
| FEINBERG AS | 10/19/06 | 2.00 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (2.0). |
| FEINBERG AS | 10/20/06 | 2.80 | TELECONFERENCE WITH J. WHITSON, S. GALE, C. GROSS AND E. SENSENBRENNER (1.3); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.5). |
| FEINBERG AS | 10/21/06 | 0.60 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FEINBERG AS | 10/23/06 | 1.20 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.2). |
| FEINBERG AS | 10/25/06 | 0.20 | TAX ANALYSIS RE :ENVIRONMENTAL TRUST PROPOSAL (0.2). |
| FEINBERG AS | 10/26/06 | 4.80 | ANALYSIS RE: ENVIRONMENTAL TRUST PROPOSAL (1.5); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (3.3). |
| FEINBERG AS | 10/27/06 | 2.20 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (2.2). |
| FEINBERG AS | 10/30/06 | 5.80 | TELECONFERENCE WITH J. WHITSON AND E&Y RE: EMERGENCE PLANNING (0.6); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (5.2). |
| FEINBERG AS | 10/31/06 | 0.50 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.5). |
| | | 32.80 | |
| STENGER A | 10/02/06 | 0.90 | ANALYZE OPEB PAYMENTS (0.9). |
| STENGER A | 10/04/06 | 1.10 | ANALYZE TAX TREATMENT OF CONTINGENT LIABILITIES ASSUMPTION (1.1). |
| STENGER A | 10/06/06 | 1.40 | CONSIDER TAX STRATEGY RE: DRAFT FRAMEWORK AGREEMENT (1.4). |
| STENGER A | 10/09/06 | 5.60 | RESEARCH APPLICABILITY OF ARROWSMITH DOCTRINE TO GM PAYMENTS AND SPIN-OFF (5.6). |
| STENGER A | 10/10/06 | 5.60 | CONSIDER TAX STRATEGY RE: DRAFT FRAMEWORK AGREEMENT (1.4); ANALYZE TAX TREATMENT OF GUARANTEES PURSUANT TO ARROWSMITH (3.7); REVIEW ANALYSIS OF FLOWBACK AGREEMENTS (0.5). |
| STENGER A | 10/11/06 | 6.20 | CONSIDER TAX ANALYSIS (0.3); ANALYZE TAX TREATMENT OF GUARANTEES PURSUANT TO ARROWSMITH (4.4); REVIEW TAX ANALYSIS (0.4); DRAFT MEMORANDUM RE: TAX TREATMENT OF GUARANTEE PAYMENTS PURSUANT TO ARROWSMITH (1.1). |
| STENGER A | 10/12/06 | 0.10 | STRATEGIZE RE: TAX ANALYSIS (0.1). |
| STENGER A | 10/13/06 | 1.60 | ANALYZE REVISED RULE 84-68 (1.6). |
| STENGER A | 10/16/06 | 0.20 | REVIEW UAW-GM-DELPHI MEMORANDUM OF UNDERSTANDING (0.2). |
| STENGER A | 10/17/06 | 2.40 | REVIEW TAX ANALYSIS (2.4). |
| STENGER A | 10/24/06 | 2.60 | REVIEW TAX ANALYSIS RE: SECTION ASSUMPTION OF 414(L) LIABILITIES (2.6). |
| STENGER A | 10/25/06 | 1.20 | ANALYZE TAX TREATMENT OF 414(L) LIABILITY ASSUMPTION (1.2). |
| STENGER A | 10/26/06 | 2.40 | REVIEW TAX ANALYSIS (0.9); TELECONFERENCE WITH S. GALE OF DELPHI (1.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| STENGER A | 10/30/06 | 4.80 | REVIEW GENERAL TAX ANALYSIS (1.5); DRAFT MEMO SUMMARIZING TAX ANALYSIS (2.1); REVIEW TAX ANALYSIS RE: SECTION 414L) LIABILITIES (1.2). |
| STENGER A | 10/31/06 | 1.40 | REVISE MEMO SUMMARIZING TAX ANALYSIS (1.4). |
| | | **37.50** | |
| WHARTON JN | 10/03/06 | 0.80 | CONTINUE TO DRAFT MEMO TO FILE SUMMARIZING RESEARCH RE: IRC SECTION 4971 (0.8). |
| WHARTON JN | 10/04/06 | 0.30 | FINISH REVIEWING MEMO TO FILE SUMMARIZING RESEARCH RE: IRC SECTION 4971 (0.3). |
| WHARTON JN | 10/05/06 | 0.40 | RESEARCH TREATMENT OF OBLIGATION UNDER IRC SECTION 4971 IN PLAN OF REORGANIZATION (0.4). |
| WHARTON JN | 10/06/06 | 0.30 | CONTINUE RESEARCH RE: TREATMENT OF IRC SECTION 4971 ALLEGED LIABILITIES UNDER PLAN OF REORGANIZATION (0.3). |
| | | **1.80** | |
| **Total Associate** | | **72.10** | |
| **TOTAL TIME** | | **243.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Tax Matters**

**Bill Date: 11/30/06**
**Bill Number: 1132369**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/10/06 | Copy Center, D | 15.41 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 58.70 |
| In-house Reproduction | 10/20/06 | Copy Center, D | 1.80 |
| In-house Reproduction | 10/27/06 | Copy Center, D | 1,120.09 |
| In-house Reproduction | 10/31/06 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,197.00** |
| Telephone Expense | 10/27/06 | Telecommunications, D | 5.01 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 6.84 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.49 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.66 |
| | | **TOTAL TELEPHONE EXPENSE** | **$13.00** |
| Lexis/Nexis | 10/10/06 | Feinberg AS | 57.95 |
| Lexis/Nexis | 10/10/06 | Stenger A | 177.89 |
| Lexis/Nexis | 10/11/06 | Stenger A | 133.91 |
| Lexis/Nexis | 10/13/06 | Stenger A | 332.24 |
| Lexis/Nexis | 10/17/06 | Stenger A | 83.76 |
| Lexis/Nexis | 10/17/06 | Stenger A | 24.99 |
| Lexis/Nexis | 10/23/06 | Feinberg AS | 57.95 |
| Lexis/Nexis | 10/24/06 | Stenger A | 23.31 |
| | | **TOTAL LEXIS/NEXIS** | **$892.00** |
| Westlaw | 10/06/06 | Wharton JN | 67.86 |
| Westlaw | 10/23/06 | Feinberg AS | 132.14 |
| | | **TOTAL WESTLAW** | **$200.00** |
| | | **TOTAL MATTER** | **$2,302.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/10/07
Tax Matters                                              Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BREWSTER JJ | 11/02/06 | 1.20 | REVIEW MEMORANDUM TO CLIENT (1.2). |
| BREWSTER JJ | 11/09/06 | 2.40 | REVIEW MEMORANDUM TO CLIENT (1.2); REVIEW LEGAL AUTHORITIES CITED IN MEMORANDUM TO CLIENT (0.9); DISCUSSION RE: TAX ISSUES ADDRESSED IN MEMORANDUM AND ANALYZE TAX CONSEQUENCES (0.3). |
| BREWSTER JJ | 11/13/06 | 2.10 | TAX ANALYSIS RE: TAX ACCOUNTING ISSUES (2.1). |
| BREWSTER JJ | 11/17/06 | 0.30 | TELECONFERENCE WITH S. GALE RE: INFORMATION REPORTING (0.3). |
| | | **6.00** | |
| GROSS C | 11/06/06 | 1.40 | TAX ANALYSIS RE: EMERGENCE PLANNING (J. WHITSON) (1.4). |
| GROSS C | 11/30/06 | 2.40 | TAX WORK RE: TRANSFORMATION COMMITTEE MEETING WITH J. WHITSON (2.4). |
| | | **3.80** | |
| **Total Partner** | | **9.80** | |
| SCHNEIDER DA | 11/03/06 | 1.00 | TAX ANALYSIS RE PENSION MATTERS (1.0). |
| SCHNEIDER DA | 11/07/06 | 1.20 | TAX WORK RE: PENSION MATTERS (1.2). |
| SCHNEIDER DA | 11/09/06 | 0.10 | TAX WORK RE: PENSION ASSUMPTIONS (0.1). |
| SCHNEIDER DA | 11/13/06 | 6.40 | TAX WORK RE: PENSION LIABILITY ASSUMPTIONS (6.4). |
| SCHNEIDER DA | 11/17/06 | 0.20 | TAX WORK RE: PENSION LIABILITY ASSUMPTIONS (0.2). |
| | | **8.90** | |
| SENSENBRENNER EB | 11/01/06 | 0.50 | TAX WORK RE: FRAMEWORK AGREEMENT (0.5). |
| SENSENBRENNER EB | 11/02/06 | 1.50 | TAX WORK RE: FRAMEWORK AGREEMENT (1.5). |
| SENSENBRENNER EB | 11/03/06 | 1.00 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.0). |
| SENSENBRENNER EB | 11/06/06 | 1.80 | EMERGENCE TAX PLANNING CONFERENCE CALL (1.4); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.4). |
| SENSENBRENNER EB | 11/10/06 | 0.80 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.8). |
| SENSENBRENNER EB | 11/16/06 | 1.50 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.5). |
| SENSENBRENNER EB | 11/17/06 | 0.50 | TAX CALL WITH R. SPARKS, S. GALE AND J. WHITSON RE: EMERGENCE PLANNING (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 11/20/06 | 2.70 | DISCUSS IRS NOTICE WITH S. GALE (0.5); TAX ANALYSIS RE: IRS NOTICE (2.2). |
| SENSENBRENNER EB | 11/27/06 | 2.10 | EMERGENCE PLANNING CONFERENCE CALL WITH J. WHITSON, S. GALE AND R. SPARKS (0.8); TAX ANALYSIS RE: PROPOSAL OF APPALOOSA HARBINGER/CERBERUS (0.7); REVIEW MATERIALS RE: PROPOSED TRANSACTION (0.6). |
| SENSENBRENNER EB | 11/28/06 | 1.30 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.3). |
| SENSENBRENNER EB | 11/29/06 | 1.30 | TELECONFERENCE WITH J. WHITSON, S. GALE AND B. SPARKS RE: DTM PRESENTATION (0.8); WORK ON DTM PRESENTATION (0.5). |
| SENSENBRENNER EB | 11/30/06 | 3.10 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.2); REVIEW IRS WAIVER MATERIALS (0.7); DTM PRESENTATION (1.2). |
| | | **18.10** | |
| **Total Counsel** | | **27.00** | |
| FEINBERG AS | 11/01/06 | 0.50 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.5). |
| FEINBERG AS | 11/02/06 | 2.70 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (2.7). |
| FEINBERG AS | 11/03/06 | 0.50 | TAX ANALYSIS RE: COURT FILINGS (0.5). |
| FEINBERG AS | 11/06/06 | 2.20 | TELECONFERENCE WITH J. WHITSON AND E&Y (1.3); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.9). |
| FEINBERG AS | 11/07/06 | 4.20 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (3.2); ANALYSIS RE: INCOME TAX ACCOUNTING CONSEQUENCES OF FRAMEWORK AGREEMENT (1.0). |
| FEINBERG AS | 11/14/06 | 1.50 | CONFERENCE CALL WITH J. WHITSON AND E&Y (1.0); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.5). |
| FEINBERG AS | 11/15/06 | 1.90 | TAX ANALYSIS RE: COURT FILINGS (0.4); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.5). |
| FEINBERG AS | 11/16/06 | 0.50 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.5). |
| FEINBERG AS | 11/27/06 | 2.40 | TELECONFERENCE WITH J. WHITSON AND E&Y (1.1); TAX ANALYSIS RE: COURT FILINGS (1.1); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (0.2). |
| FEINBERG AS | 11/28/06 | 2.40 | TAX ANALYSIS RE: FRAMEWORK AGREEMENT (2.4). |
| FEINBERG AS | 11/29/06 | 1.80 | TELECONFERENCE WITH J. WHITSON AND S. GALE (1.0); ANALYSIS RE: POST-EMERGENCE STRUCTURE (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FEINBERG AS | 11/30/06 | 3.50 | TAX ANALYSIS RE: POST-EMERGENCE STRUCTURE (2.0); TAX ANALYSIS RE: FRAMEWORK AGREEMENT (1.5). |
| | | **24.10** | |

| | | | |
|---|---|---|---|
| ~~MEISLER RE~~ | ~~11/02/06~~ | ~~0.10~~ | ~~TELECONFERENCE WITH S. CORCORAN RE: TAX MATTERS (0.1).~~ |
| ~~MEISLER RE~~ | ~~11/03/06~~ | ~~0.60~~ | ~~REVIEW TAX REFUND MATTER AND QRA ENGAGEMENT AGREEMENT (0.1); TELECONFERENCE WITH S. GALE RE: SAME (0.1); REVIEW AND SUGGEST MODIFICATION TO PROPOSED CORRESPONDENCE TO QRA'S COUNSEL (0.2); DRAFT CORRESPONDENCE TO S. GALE RE: SAME (0.1); REVIEW IRS CLAIMS (0.1).~~ |
| ~~MEISLER RE~~ | ~~11/15/06~~ | ~~0.10~~ | ~~REVIEW AND RESPOND TO CORRESPONDENCE RE: TAX INQUIRY (0.1).~~ |
| ~~MEISLER RE~~ | ~~11/17/06~~ | ~~0.20~~ | ~~REVIEW AND RESPOND TO CORRESPONDENCE RE: TAX INQUIRIES (0.2).~~ |
| | | ~~1.00~~ | |
| ~~Total Associate~~ | | ~~25.10~~ | |

**TOTAL TIME**          <u>**61.90**</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                  Bill Date: 01/10/07
Tax Matters                                               Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/03/06 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.96 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.10 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.91 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Westlaw | 11/30/06 | Feinberg AS | 67.00 |
| | | **TOTAL WESTLAW** | **$67.00** |
| Outside Research/Internet Services | 09/30/06 | Global Securities | 76.28 |
| Outside Research/Internet Services | 10/31/06 | Global Securities | 76.28 |
| Outside Research/Internet Services | 10/31/06 | Global Securities | 3.19 |
| Outside Research/Internet Services | 11/30/06 | Global Securities | 4.25 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$160.00** |
| | | **TOTAL MATTER** | **$230.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/31/07
Tax Matters                                        Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BREWSTER JJ | 12/11/06 | 8.40 | REVIEW LEGAL AUTHORITIES AND MEMO TO CLIENT (8.4). |
| BREWSTER JJ | 12/14/06 | 0.80 | WORK ON TAX MATTERS (0.8). |
| BREWSTER JJ | 12/19/06 | 6.20 | REVIEW LEGAL AUTHORITIES AND REVIEW TAX MEMO TO CLIENT (6.2). |
| BREWSTER JJ | 12/20/06 | 5.80 | DRAFT MEMORANDUM TO CLIENT REGARDING TAX ISSUES; DEVELOP TAX STRATEGY; REVIEW FRAMEWORK AGREEMENT (5.8). |
| BREWSTER JJ | 12/21/06 | 4.60 | REVIEW REVISED DRAFT FRAMEWORK AGREEMENT (0.8); ANALYSIS OF TAX CONSEQUENCE OF SAME (1.2); TELECONFERENCE WITH J. WHITSON AND S. GALE REGARDING TAX ISSUES (1.4); TAX ANALYSIS REGARDING ASSUMED PENSION LIABILITIES (1.2). |
| | | **25.80** | |
| BUTLER, JR. J | 12/05/06 | 0.60 | REVIEW FORM 13(G) FILED BY HIGHLAND AND BEGIN TO EVALUATE COMPLIANCE WITH TRADING ORDER AND WORKING GROUP CONFERENCE REGARDING SAME (0.4); EMAIL FROM T. LAURIA REGARDING SAME (0.1); EMAIL FROM K. CIAVERRA REGARDING SAME (0.1). |
| BUTLER, JR. J | 12/06/06 | 0.20 | REVIEW LETTER FROM HIGHLAND REGARDING COMPLIANCE WITH TRADING ORDER AND AMENDED FORM 13(G) (0.2). |
| BUTLER, JR. J | 12/20/06 | 0.30 | CONTINUE TO FOLLOW-UP ON HIGHLAND COMPLIANCE WITH TRADING ORDER AND WORKING GROUP CONFERENCE REGARDING SAME (0.3). |
| BUTLER, JR. J | 12/21/06 | 0.40 | CONTINUE TO REVIEW ANALYSIS OF HIGHLAND COMPLIANCE WITH TRADING ORDER INCLUDING WORKING GROUP TELECONFERENCE (0.4). |
| BUTLER, JR. J | 12/31/06 | 0.20 | CONTINUE TO REVIEW ANALYSIS OF HIGHLAND COMPLIANCE WITH TRADING ORDER (0.2). |
| | | **1.70** | |
| GROSS C | 12/01/06 | 1.40 | WORK ON DTM ANALYSIS PER J. WHITSON (1.4). |
| GROSS C | 12/06/06 | 2.20 | WORK REGARDING BANKRUPTCY COURT TRADING ORDER AND HIGHLAND CAPITAL INVESTMENT (2.2). |
| GROSS C | 12/07/06 | 2.60 | TAX WORK REGARDING COURT TRADING ORDER AND HIGHLAND CAPITAL SECTION 382 ANALYSIS (2.6). |
| GROSS C | 12/08/06 | 1.40 | WORK REGARDING HIGHLAND INVESTMENT AND TRADING ORDER/SECTION 382 ANALYSIS (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GROSS C | 12/11/06 | 1.40 | WORK REGARDING TRADING ORDER AND TAX ATTRIBUTES (1.4). |
| GROSS C | 12/13/06 | 0.60 | TAX WORK REGARDING PLAN PROPOSAL (0.6). |
| GROSS C | 12/18/06 | 3.40 | WORK REGARDING J. WHITSON DTM PRESENTATION (1.6); WORK REGARDING ANALYSIS OF EMERGENCE PLANNING (J. WHITSON AND E&Y) (1.8). |
| GROSS C | 12/21/06 | 4.20 | WORK REGARDING TAX ATTRIBUTE ANALYSIS AND PLANS (4.2). |
| GROSS C | 12/28/06 | 4.40 | WORK REGARDING HIGHLAND PROPOSAL AND INVESTMENT (4.4). |
| GROSS C | 12/29/06 | 5.60 | TAX WORK REGARDING HIGHLAND CAPITAL INVESTMENT AND PROPOSAL (5.6). |
| GROSS C | 12/30/06 | 0.60 | WORK REGARDING HIGHLAND INVESTMENT AND TAX ANALYSIS (0.6). |
| | | **27.80** | |
| MARAFIOTI KA | 12/05/06 | 1.20 | CONSIDER ISSUES REGARDING HIGHLAND CAPITAL IN CONNECTION WITH EQUITY TRADING ORDER (0.2); TELECONFERENCE K. CIAVARRA AT HIGHLAND REGARDING SAME (0.1) AND FOLLOWUP (0.1); DRAFT CORRESPONDENCE TO HIGHLAND REGARDING POSSIBLE VIOLATION OF TRADING ORDER (0.8). |
| MARAFIOTI KA | 12/06/06 | 0.40 | TELECONFERENCE FROM B. GREENBERG REGARDING HIGHLAND CAPITAL (0.1) AND FOLLOWUP CORRESPONDENCE (0.1); REVIEW CORRESPONDENCE REGARDING HIGHLAND (0.2). |
| MARAFIOTI KA | 12/07/06 | 0.50 | ANALYZE ISSUES REGARDING HIGHLAND COMPLIANCE OR LACK OF COMPLIANCE WITH EQUITY TRADING ORDER (0.5). |
| MARAFIOTI KA | 12/08/06 | 0.70 | CONSIDER ISSUES REGARDING HIGHLAND CAPITAL 13G (0.3); TELECONFERENCE WITH BARRY GREENBERG REGARDING SAME (0.1); CONTINUE STRATEGY DEVELOPMENT REGARDING SAME (0.3). |
| MARAFIOTI KA | 12/13/06 | 0.30 | REVIEW HIGHLAND CAPITAL 13G/A (0.1) AND CORRESPONDENCE TO CLIENT REGARDING SAME (0.1); CORRESPONDENCE TO HIGHLAND COUNSEL REGARDING SAME (0.1). |
| MARAFIOTI KA | 12/14/06 | 0.50 | ANALYZE TAX ISSUES REGARDING HIGHALND CAPITAL 13G/A (0.2) AND DEVELOP STRATEGY REGARDING SAME (0.3). |
| MARAFIOTI KA | 12/18/06 | 1.50 | TELECONFERENCE FROM T. LAURIA REGARDING HIGHLAND (0.1); CONSIDER ISSUES REGARDING SAME (0.4); DRAFT CORRESPONDENCE TO LAURIA REGARDING SAME (0.5); ADDITIONAL TELECONFERENCE WITH LAURIA REGARDING SAME (0.2); FOLLOWUP ANALYSIS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MARAFIOTI KA | 12/19/06 | 0.20 | CORRESPONDENCE EXCHANGE WITH J. SHEEHAN REGARDING HIGHLAND (0.2). |
| MARAFIOTI KA | 12/22/06 | 0.50 | CORRESPONDENCE REGARDING HIGHLAND TAX ISSUES (0.5). |
| MARAFIOTI KA | 12/23/06 | 0.10 | CORRESPONDENCE REGARDING HIGHLAND 13D (0.1). |
| MARAFIOTI KA | 12/26/06 | 0.20 | CONSIDER ISSUES REGARDING HIGHLAND CAPITAL 13D (0.2). |
| MARAFIOTI KA | 12/28/06 | 0.30 | TELECONFERENCE FROM T. MULVEY REGARDING HIGHLAND AND FOLLOWUP (0.1); ADDITIONAL WORK REGARDING HIGHLAND 13D (0.2). |
| MARAFIOTI KA | 12/29/06 | 1.80 | ANALYZE HIGHLAND 13D GROUP POSITION (1.0) AND TELECONFERENCE WITH J. WHITSON REGARDING SAME (0.2); TELECONFERENCE WITH L. PARKINS REGARDING HIGHLAND 13D (0.2) AND FOLLOWUP ANALYSIS (0.3) AND CORRESPONDENCE (0.1). |
| | | **8.20** | |
| **Total Partner** | | **63.50** | |
| SCHNEIDER DA | 12/18/06 | 1.20 | TAX ANALYSIS OF PENSION LIABILITY ASSUMPTIONS (1.2). |
| SCHNEIDER DA | 12/19/06 | 2.00 | TAX ANALYSIS OF PENSION LIABILITY ASSUMPTIONS (2.0). |
| SCHNEIDER DA | 12/20/06 | 4.10 | TAX ANALYSIS OF PENSION LIABILITY ASSUMPTIONS (3.9); TELECONFERENCE WITH CLIENT (0.2). |
| SCHNEIDER DA | 12/21/06 | 6.20 | TAX ANALYSIS OF PENSION LIABILITY ASSUMPTIONS (6.2). |
| | | **13.50** | |
| SENSENBRENNER EB | 12/01/06 | 0.70 | REVIEW APPLICATION FOR IRS WAIVER (0.7). |
| SENSENBRENNER EB | 12/04/06 | 1.50 | CONFERENCE CALL REGARDING EMERGENCE PLANNING (0.7); TAX ANALYSIS REGARDING SAME (0.8). |
| SENSENBRENNER EB | 12/05/06 | 3.20 | TAX ANALYSIS REGARDING EMERGENCE STRUCTURES (1.2); TAX ANALYSIS REGARDING 382 BUILT-IN (2.0). |
| SENSENBRENNER EB | 12/06/06 | 1.00 | TAX ANALYSIS REGARDING EMERGENCE PLANNING STRUCTURES (1.0). |
| SENSENBRENNER EB | 12/07/06 | 3.50 | WORK TO RESOLVE HIGHLAND 13G TRADING ISSUE (3.5). |
| SENSENBRENNER EB | 12/08/06 | 2.50 | TAX ANALYSIS REGARDING EMERGENCE PLAN, DTM PRESENTATION (2.5). |
| SENSENBRENNER EB | 12/11/06 | 2.40 | EMERGENCE PLANNING CALL (0.7); WORK TO RESOLVE HIGHLAND CAPITAL ISSUE REGARDING 13G (0.5); DRAFT LETTER REGARDING HIGHLAND CAPITAL (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 12/12/06 | 1.50 | TAX WORK TO RESOLVE HIGHLAND 13G (0.8); TAX ANALYSIS REGARDING SECTION 382 "GROUP" RULES (0.7). |
| SENSENBRENNER EB | 12/13/06 | 3.40 | TAX ANALYSIS REGARDING POTENTIAL EMERGENCE STRUCTURE (1.9); TELECONFERENCE REGARDING DTM PRESENTATION WITH J. WHITSON AND OTHERS (1.2); TELECONFERENCE WITH ATTORNEY AT AKIN GUMP REGARDING HIGHLAND 13G (0.3). |
| SENSENBRENNER EB | 12/18/06 | 4.30 | TAX ANALYSIS REGARDING POSSIBLE EMERGENCE STRUCTURE (1.7); TAX ANALYSIS REGARDING EMERGENCE PLANNING (2.6). |
| SENSENBRENNER EB | 12/19/06 | 2.00 | REVIEW SUPPORT (0.6); TAX ANALYSIS REGARDING EMERGENCE PLANNING (1.4). |
| SENSENBRENNER EB | 12/20/06 | 2.20 | REVIEW SUPPORT AGREEMENT (0.6); TAX ANALYSIS REGARDING SUPPORT AGREEMENT (1.1); REVIEW MEMO REGARDING STATE TAX CLAIMS (0.5). |
| | | **28.20** | |
| **Total Counsel** | | **41.70** | |
| FEINBERG AS | 12/01/06 | 1.30 | TAX ANALYSIS REGARDING FRAMEWORK AGREEMENT (1.3). |
| FEINBERG AS | 12/04/06 | 2.10 | TAX CALL WITH J. WHITSON AND E&Y (0.9); TAX ANALYSIS REGARDING POST-EMERGENCE STRUCTURE (1.2). |
| FEINBERG AS | 12/05/06 | 4.60 | ANALYSIS REGARDING POST-EMERGENCE STRUCTURE (1.3); ANALYSIS REGARDING SCHEDULE 13G FILING (3.3). |
| FEINBERG AS | 12/06/06 | 0.30 | ANALYSIS REGARDING SCHEDULE 13G FILING (0.3). |
| FEINBERG AS | 12/07/06 | 4.50 | TAX ANALYSIS REGARDING SCHEDULE 13G FILING (4.5). |
| FEINBERG AS | 12/08/06 | 1.10 | TAX ANALYSIS REGARDING SCHEDULE 13G FILING (1.1). |
| FEINBERG AS | 12/13/06 | 1.90 | TELECONFERENCE WITH J. WHITSON REGARDING POST-EMERGENCE STRUCTURE (1.2); TAX ANALYSIS REGARDING POST-EMERGENCE STRUCTURE (0.7). |
| FEINBERG AS | 12/14/06 | 1.60 | TAX ANALYSIS REGARDING POST-EMERGENCE STRUCTURE (1.6). |
| FEINBERG AS | 12/15/06 | 0.60 | TAX ANALYSIS REGARDING POST-EMERGENCE STRUCTURE (0.6). |
| | | **18.00** | |
| PERL MW | 12/04/06 | 1.10 | REVIEW DRAFT LETTER REGARDING REVENUE RULING FOR PENSION RELATED ISSUES (1.1). |
| PERL MW | 12/06/06 | 0.20 | REVIEW CORRESPONDENCES REGARDING POTENTIAL SETOFF/SETTLEMENT WITH AND FOLLOW UP REGARDING SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 12/11/06 | 7.80 | BEGIN REVIEW OF VARIOUS TAX SCENARIOS REGARDING CLAIMS FOR ANALYSIS (1.2); STARTEGIZE WITH WORKING GROUP REGARDING RESPONSE TO SAME (0.3); BEGIN RESEARCH IN CONNECTION WITH DRAFTING RESPONSE TO SAME (6.3). |
| PERL MW | 12/12/06 | 6.50 | CONTINUE TO RESEARCH (3.1) AND BEGIN DRAFTING RESPONSE (3.4) TO VARIOUS SCENARIOS REGARDING TAX CLAIMS. |
| PERL MW | 12/13/06 | 9.20 | CONTINUE RESEARCH (3.3) IN CONNECTION WITH RESPONSE TO VARIOUS TAX CLAIMS SCENARIOS (5.9). |
| PERL MW | 12/14/06 | 6.90 | CONTINUE TO PREPARE DRAFT RESPONSE TO VARIOUS SCENARIOS REGARDING TAX CLAIMS (6.9). |
| PERL MW | 12/19/06 | 6.50 | REVIEW COMMENTS TO MEMO RESPONDING TO VARIOUS TAX CLAIMS SCENARIOS (0.6); FOLLOW UP TELECONFERENCE WITH WORKING GROUP REGARDING SAME (0.1); REVISE MEMO REGARDING SAME (5.8). |
| PERL MW | 12/20/06 | 2.70 | CONTINUE TO REVISE MEMO REGARDING VARIOUS TAX CLAIMS SCENARIOS (2.7). |
| | | **40.90** | |
| PHILLIPS DP | 12/22/06 | 4.10 | WORK ON TAX ISSUES RELATED TO HIGHLAND'S PURCHASE AND 13G; TELECONFERENCE WITH APPALOOSA COUNSEL (4.1). |
| PHILLIPS DP | 12/26/06 | 1.80 | RESEARCH FORM 13D ISSUES (1.8). |
| PHILLIPS DP | 12/27/06 | 2.10 | TAX WORK ANALYZING HIGHLAND PLAN (1.4); REVIEW DELPHI TAX STATUS WITH P. SCHOCKETT (0.3); RESEARCH SECTION 382 GROUP ISSUE (0.4). |
| PHILLIPS DP | 12/28/06 | 3.10 | REVIEW MERRILL 13D FILING (0.5); RESEARCH 382 ISSUES (1.2); EVALUATE HIGHLAND 13D FOR VIOLATION OF TRADING ORDER (1.2); TELECONFERENCE WITH T. MULVEY OF WHITE AND CASE (0.2). |
| PHILLIPS DP | 12/29/06 | 4.30 | ATTEND STRATEGY MEETING (0.7); RESEARCH 13D ISSUES (0.9); PLAN STRATEGY FOR PROTECTING TAX ATTRIBUTES UNDER SECTION 382 (1.2); DEVELOP TALKING POINTS FOR HIGHLAND CALL (1.2); TELECONFERENCE WITH HIGHLAND (0.3). |
| PHILLIPS DP | 12/30/06 | 1.70 | TAX WORK ON HIGHLAND PROPOSAL (1.7). |
| | | **17.10** | |
| SCHOCKETT P | 12/27/06 | 5.50 | WORK REGARDING SECTION 382(L)(5) (1.8); REVIEW TRADING ORDER (1.1); REVIEW APPALOOSA PLAN (1.9); REVIEW HIGHLAND PLAN (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SCHOCKETT P      12/28/06        6.90   ANALYSIS OF APPALOOSA PLAN (1.5);
                                        ANALYSIS OF HIGHLAND PLAN (0.8); WORK
                                        REGARDING 382(L)(6) (4.3); REVIEW
                                        MERRILL LYNCH SCHEDULE 13D (0.3).

SCHOCKETT P      12/29/06        6.50   WORK REGARDING TRADING ORDER (0.7);
                                        WORK REGARDING 382(L)(5) (3.0);
                                        ANALYSIS OF TRADING ORDER (2.8).

                                18.90

Total Associate                 94.90

TOTAL TIME                     200.10

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 01/31/07
Tax Matters                                           Bill Number: 1147919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/08/06 | Copy Center, D | 2.66 |
| In-house Reproduction | 12/29/06 | Copy Center, D | 20.34 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$23.00** |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 3.71 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 4.34 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.48 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.22 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.25 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$9.00** |
| Lexis/Nexis | 12/21/06 | Schneider DA | 100.00 |
| | | **TOTAL LEXIS/NEXIS** | **$100.00** |
| Westlaw | 12/11/06 | Perl MW | 97.51 |
| Westlaw | 12/12/06 | Perl MW | 241.33 |
| Westlaw | 12/13/06 | Perl MW | 75.13 |
| Westlaw | 12/14/06 | Perl MW | 52.07 |
| Westlaw | 12/14/06 | Feinberg AS | 206.69 |
| Westlaw | 12/19/06 | Perl MW | 64.28 |
| Westlaw | 12/28/06 | Schockett P | 1,454.78 |
| Westlaw | 12/29/06 | Schockett P | 5,380.21 |
| | | **TOTAL WESTLAW** | **$7,572.00** |
| CLR/Disclosure | 12/31/06 | Global Securities | 49.64 |
| CLR/Disclosure | 12/31/06 | Global Securities | 132.36 |
| | | **TOTAL CLR/DISCLOSURE** | **$182.00** |
| | | **TOTAL MATTER** | **$7,886.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 02/28/07
Tax Matters                                       Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BREWSTER JJ | 01/03/07 | 0.90 | ANALYZE TAX CONSEQUENCES RELATING TO GAINS AND LOSSES (0.3); REVIEW EXISTING IRS GUIDANCE ON TAX ISSUES (0.3); DISCUSSIONS AT IRS REGARDING STATUS OF GUIDANCE PROJECT ADDRESSING TAX ISSUES (0.3). |
| BREWSTER JJ | 01/10/07 | 3.70 | REVIEW PRIVATE LETTER RULING REQUEST; STRATEGIZE REGARDING INCOME TAX ISSUES (3.7). |
| BREWSTER JJ | 01/17/07 | 1.90 | STRATEGIZE REGARDING TAX ISSUES (1.9). |
| BREWSTER JJ | 01/18/07 | 3.30 | ANALYZE AND REVISE MEMORANDUM TO DELPHI ADDRESSING TAX ISSUES (3.3). |
| BREWSTER JJ | 01/23/07 | 2.10 | REVIEW LEGAL AUTHORITIES CITED IN MEMORANDUM TO CLIENT ANALYZING TAX ISSUES (2.1). |
| BREWSTER JJ | 01/25/07 | 0.80 | DISCUSSION WITH S. GALE REGARDING TAX MEMORANDUM (0.8). |
|  |  | 12.70 |  |
| GROSS C | 01/01/07 | 0.40 | WORK REGARDING CERBERUS PROPOSAL AND HIGHLAND PROPOSAL (0.4). |
| GROSS C | 01/02/07 | 6.40 | TAX WORK REGARDING HIGHLAND PROPOSAL AND CEBERUS PROPOSAL (J. WHITSON/S. GALE/B.SPARKS) (6.4). |
| GROSS C | 01/03/07 | 1.60 | TAX WORK REGARDING HIGHLAND NDA AND HIGHLAND INVESTMENT (1.6). |
| GROSS C | 01/04/07 | 4.60 | TAX WORK REGARDING TAX ATTRIBUTES AND PLAN (4.6). |
| GROSS C | 01/05/07 | 4.20 | TAX WORK REGARDING PLAN EMERGENCE AND TAX ATTRIBUTES (4.2). |
| GROSS C | 01/06/07 | 2.80 | WORK REGARDING TAX ANALYSIS OF PROPOSED PLANS (2.8). |
| GROSS C | 01/08/07 | 3.40 | WORK REGARDING TAX ANALYSIS OF PLAN PROPOSALS (3.4). |
| GROSS C | 01/09/07 | 3.80 | TAX WORK REGARDING PLAN ANALYSIS (1.4); WORK REGARDING TRADING ORDER AND TAX ATTRIBUTE ANALYSIS (2.4). |
| GROSS C | 01/10/07 | 4.20 | WORK REGARDING TAX ATTRIBUTE AND TAX DEPT. WORK ON PLAN (4.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GROSS C | 01/17/07 | 4.60 | WORK REGARDING PLAN EMERGENCE ANALYSIS (S. GALE/J. WHITSON) (4.6). |
| GROSS C | 01/18/07 | 3.80 | WORK REGARDING TAX ANALYSIS OF VARIOUS EMERGENCE PAYMENTS (3.8). |
| GROSS C | 01/19/07 | 4.20 | PLAN TAX ANALYSIS WORK (4.2). |
| GROSS C | 01/25/07 | 2.20 | TAX WORK REGARDING RIGHTS OFFERING (S-1) (2.2). |
| | | **46.20** | |
| ~~HOUGH JA~~ | ~~01/03/07~~ | ~~0.80~~ | ~~REVIEW NDA; TAX WORK REGARDING 382 MATTERS (0.8).~~ |
| ~~HOUGH JA~~ | ~~01/04/07~~ | ~~2.70~~ | ~~TAX WORK REGARDING SECTION 382 ANALYSIS (2.7).~~ |
| ~~HOUGH JA~~ | ~~01/05/07~~ | ~~3.40~~ | ~~TAX WORK REGARDING SECTION 382 ANALYSIS; TELECONFERENCE WITH DELPHI & PWC REGARDING SECTION 382 MATTERS (3.4).~~ |
| ~~HOUGH JA~~ | ~~01/06/07~~ | ~~1.50~~ | ~~TELECONFERENCE REGARDING STRATEGY FOR FRAMEWORK MOTION, BOARD MEETING, OMNIBUS HEARING, CLAIMS HEARING AND STATUS CONFERENCE (1.5).~~ |
| ~~HOUGH JA~~ | ~~01/07/07~~ | ~~1.30~~ | ~~TAX WORK REGARDING SECTION 382 ISSUES (1.3).~~ |
| | | ~~9.70~~ | |
| MARAFIOTI KA | 01/02/07 | 1.50 | ANALYZE HIGHLAND SEC AND IRS ISSUES (1.5). |
| MARAFIOTI KA | 01/05/07 | 0.50 | REVIEW AND REVISE SECTION 382 TALKING POINTS (0.5). |
| MARAFIOTI KA | 01/17/07 | 0.30 | CONSIDER TAX ISSUE IN CONNECTION WITH PLAN SUPPORT AGREEMENT AND TELECONFERENCE WITH B. SHAW REGARDING SAME (0.2); CORRESPONDENCE REGARDING SAME (0.1). |
| MARAFIOTI KA | 01/22/07 | 0.20 | CORRESPONDENCE REGARDING TAX ISSUES (0.1) AND TELECONFERENCE REGARDING SAME (0.1). |
| MARAFIOTI KA | 01/29/07 | 0.30 | REVIEW TAX AND GLOBAL CUSTOMS PRESENTATION (0.3). |
| | | 2.80 | |
| **Total Partner** | | **71.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 01/08/07 | 4.50 | TAX ANALYSIS REGARDING EMERGENCE PLANNING (1.6); REVIEW MATERIALS REGARDING EMERGENCE PLANS, 382 IMPACT (2.1); TELECONFERENCE WITH J. WHITSON, S. GALE, B. SPARKS, J. BLANK, H. TUCKER, R. WARD REGARDING EMERGENCE PLANS (0.8). |
| SENSENBRENNER EB | 01/09/07 | 4.30 | REVIEW FORMS 13G/D REGARDING DELPHI (0.8); TAX ANALYSIS REGARDING EMERGENCE PLANNING (3.5). |
| SENSENBRENNER EB | 01/10/07 | 6.70 | TAX ANALYSIS REGARDING EMERGENCE PLANNING (1.5); REVIEW SUMMARIES OF EMERGENCE PLANS (1.5); TAX ANALYSIS REGARDING 414 TRANSFER, TAX CONSEQUENCES (3.1); REVIEW SEC FORMS 13D/G FILINGS (0.6). |
| SENSENBRENNER EB | 01/11/07 | 1.20 | TAX ANALYSIS REGARDING 382 CONSEQUENCES OF EMERGENCE PLANS (1.2). |
| SENSENBRENNER EB | 01/12/07 | 2.30 | REVIEW MATERIALS REGARDING PLAN INVESTORS, 382 IMPACT (0.8); TAX ANALYSIS REGARDING 382 (1.5). |
| SENSENBRENNER EB | 01/15/07 | 2.80 | TAX ANALYSIS REGARDING EMERGENCE PLANNING (2.8). |
| SENSENBRENNER EB | 01/16/07 | 4.20 | EMERGENCE PLANNING CALL (0.7); REVIEW TAX PROJECTIONS BASED ON 382 OWNERSHIP CHANGE (1.4); TAX ANALYSIS REGARDING IMPACT OF PAYMENTS UNDER PLAN FRAMEWORK AGREEMENT ON TAX PROJECTIONS (2.1). |
| SENSENBRENNER EB | 01/17/07 | 3.10 | TAX ANALYSIS REGARDING IMPACT OF VARIOUS PAYMENTS UNDER PLAN FRAMEWORK AGREEMENT ON TAX POSITION (3.1). |
| SENSENBRENNER EB | 01/18/07 | 4.10 | REVIEW PLAN FRAMEWORK SUPPORT MATERIALS (1.3); TAX ANALYSIS REGARDING 382 IMPACT (2.8). |
| SENSENBRENNER EB | 01/19/07 | 4.00 | TAX ANALYSIS REGARDING 382 IMPACT OF PLAN (3.2); SENIOR STRATEGY CALL (0.8). |
| SENSENBRENNER EB | 01/22/07 | 3.80 | TAX ANALYSIS REGARDING PLAN FRAMEWORK, 382 IMPACT (2.7); EMERGENCE CONFERENCE WITH J. WHITSON, S. GALE (1.1). |
| SENSENBRENNER EB | 01/23/07 | 0.50 | TAX WORK REGARDING PLAN (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 01/24/07 | 0.90 | TAX WORK REGARDING 382 IMPACT OF PAYMENTS UNDER PLAN (0.9). |
| SENSENBRENNER EB | 01/26/07 | 1.90 | TAX ANALYSIS REGARDING EMERGENCE PAYMENTS (1.5); SENIOR STRATEGY TELECONFERENCE (0.4). |
| SENSENBRENNER EB | 01/29/07 | 0.70 | TELECONFERENCE WITH J. WHITSON, S. GALE OTHERS REGARDING EMERGENCE PLANNING (0.7). |
| | | 45.00 | |
| **Total Counsel** | | **45.00** | |
| FEINBERG AS | 01/08/07 | 4.20 | TAX ANALYSIS REGARDING SCHEDULE 13G FILINGS (2.3); ANALYSIS REGARDING APPLICATION OF SECTION 59(E) ELECTION TO SPECIFIC ASSETS (1.9). |
| FEINBERG AS | 01/09/07 | 4.60 | ANALYSIS REGARDING APPLICATION OF SECTION 382 (2.1); ANALYSIS REGARDING SCHEDULE 13G FILINGS (2.5). |
| FEINBERG AS | 01/10/07 | 0.70 | TAX ANALYSIS REGARDING SCHEDULE 13G FILINGS (0.7). |
| FEINBERG AS | 01/11/07 | 0.80 | TAX ANALYSIS REGARDING APPLICATION OF SECTION 382 (0.8). |
| FEINBERG AS | 01/15/07 | 1.20 | ANALYSIS REGARDING TAX IMPACT OF FINANCIAL PROJECTIONS (1.2). |
| FEINBERG AS | 01/16/07 | 0.40 | TELECONFERENCE WITH J. WHITSON, R. WARD (0.4). |
| FEINBERG AS | 01/17/07 | 4.00 | TELECONFERENCE WITH J. BLANK AND R. WARD REGARDING TAX IMPLICATIONS OF PLAN OF REORGANIZATION (2.0); ANALYSIS REGARDING TAX IMPLICATIONS OF PLAN OF REORGANIZATION (1.3); ANALYSIS REGARDING STATE NOTIFICATION REQUIREMENTS (0.7). |
| FEINBERG AS | 01/18/07 | 1.50 | ANALYSIS REGARDING APPLICATION OF SECTION 382 TO TAX ATTRIBUTES (1.5). |
| FEINBERG AS | 01/22/07 | 3.00 | TELECONFERENCE WITH J. BLANK, H. WARD REGARDING TAX CONSEQUENCES OF PLAN OF REORGANIZATION (1.2); ANALYSIS AND DRAFTING OF TAX DISCLOSURE FOR PLAN OF REORGANIZATION DISCLOSURE STATEMENT (1.8). |
| FEINBERG AS | 01/23/07 | 4.70 | ANALYSIS REGARDING ALLOCATION OF TAXES IN TAX YEAR OF EMERGENCE (1.4); ANALYSIS AND DRAFTING OF TAX DISCLOSURE FOR PLAN OF REORGANIZATION DISCLOSURE STATEMENT (3.3). |
| FEINBERG AS | 01/24/07 | 2.10 | ANALYSIS REGARDING PLAN OF REORGANIZATION DISCLOSURE (2.1). |
| FEINBERG AS | 01/25/07 | 3.00 | ANALYSIS REGARDING PLAN OF REORGANIZATION DISCLOSURE (3.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FEINBERG AS | 01/26/07 | 2.20 | TAX ANALYSIS REGARDING PLAN OF REORGANIZATION DISCLOSURE (2.2). |
| FEINBERG AS | 01/29/07 | 3.20 | TELECONFERENCE WITH J. WHITSON, S. GALE, C. GROSS, ET AL. REGARDING EMERGENCE PLANNING (0.7); ANALYSIS REGARDING PROJECTED INCOME FORECASTS (0.8); TAX ANALYSIS REGARDING PLAN OF REORGANIZATION DISCLOSURE (1.7). |
| FEINBERG AS | 01/30/07 | 1.90 | TAX ANALYSIS REGARDING EMERGENCE PLANNING (1.9). |
| FEINBERG AS | 01/31/07 | 1.20 | TAX ANALYSIS REGARDING EMERGENCE PLANNING (1.2). |
| | | **38.70** | |
| PERL MW | 01/04/07 | 4.70 | PREPARE FOR (0.6) AND PARTICIPATE (0.9) IN MEETING WITH J. WHITSON, S. GALE, AND D. OLBRECHT REGARDING TAX CLAIMS; FOLLOW UP RESEARCH REGARDING SAME (1.4); REVIEW FIRST DAY TAXES MOTION AND ORDER (0.9) AND DRAFT CORRESPONDENCE REGARDING SAME (0.6); REVIEW SUMMARY OF AMENDED TAX RETURNS AND STRATEGIZE REGARDING SAME (0.3). |
| PERL MW | 01/07/07 | 0.30 | PRELIMINARY REVIEW OF TAX CLAIM SUMMARY (0.2) AND CORRESPOND REGARDING MEETING IN CONNECTION WITH SAME (0.1). |
| PERL MW | 01/08/07 | 1.20 | REVIEW TAX CLAIM SUMMARY (0.3); BEGIN RESEARCH REGARDING SAME (0.9). |
| PERL MW | 01/10/07 | 0.40 | ATTENTION TO PAYMENT OF TAX ISSUE (0.4). |
| PERL MW | 01/11/07 | 0.40 | TELECONFERENCE WITH R. COLBY REGARDING TAX INQUIRY (0.4). |
| | | **7.00** | |
| SCHOCKETT P | 01/02/07 | 5.70 | WORK AND ANALYSIS REGARDING HIGHLAND SCHEDULE 13D (2.3); TAX WORK REGARDING 382(L)(5) (3.4). |
| SCHOCKETT P | 01/03/07 | 0.30 | ANALYSIS REGARDING 382(L)(5) (0.3). |
| SCHOCKETT P | 01/04/07 | 3.10 | ANALYSIS REGARDING APPALOOSA AND HIGHLAND PLANS (3.1). |
| SCHOCKETT P | 01/05/07 | 5.00 | WORK AND ANALYSIS REGARDING 382(L)(6) (3.3); ANALYSIS REGARDING HIGHLAND PLAN (1.2); ANALYSIS REGARDING HIGHLAND SCHEDULE 13D/A (0.5). |
| SCHOCKETT P | 01/06/07 | 1.70 | WORK REGARDING STRATEGY (1.7). |
| SCHOCKETT P | 01/08/07 | 0.80 | TAX WORK REGARDING HIGHLAND PLAN (0.8). |
| SCHOCKETT P | 01/09/07 | 1.60 | ANALYSIS REGARDING 382 (1.6). |
| SCHOCKETT P | 01/10/07 | 1.60 | ANALYSIS REGARDING SCHEDULES 13D AND 13G (1.6). |
| SCHOCKETT P | 01/17/07 | 2.30 | SENIOR STRATEGY CALL (2.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SCHOCKETT P | 01/19/07 | 2.90 | SENIOR STRATEGY CALL (0.5); TAX WORK REGARDING 382 (2.4). |
| SCHOCKETT P | 01/22/07 | 0.70 | EMERGENCE CONFERENCE WITH J. WHITSON, S. GALE AND C. GROSS (0.7). |
| SCHOCKETT P | 01/23/07 | 0.30 | TELECONFERENCE REGARDING 382 (0.3). |
| SCHOCKETT P | 01/29/07 | 1.70 | TELECONFERENCE WITH J. WHITSON, S. GALE, C. GROSS, ET AL REGARDING EMERGENCE PLANNING (0.7); TELECONFERENCE REGARDING EMERGENCE PLANNING (1.0). |
| SCHOCKETT P | 01/30/07 | 2.30 | TAX WORK REGARDING 382 (2.3). |
| SCHOCKETT P | 01/31/07 | 0.70 | TAX ANALYSIS REGARDING PLAN OF REORGANIZATION (0.7). |
| | | 30.70 | |
| **Total Associate** | | 76.40 | |
| **TOTAL TIME** | | **192.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 02/28/07
Tax Matters                                       Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/04/07 | Perl MW | 165.07 |
| Air/Rail Travel - vendor feed | 01/04/07 | Perl MW | 165.06 |
| Air/Rail Travel - vendor feed | 01/04/07 | Perl MW | -120.13 |
| Air/Rail Travel - vendor feed | 01/04/07 | Perl MW | 120.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$330.00** |
| In-house Reproduction | 01/02/07 | Copy Center, D | 17.34 |
| In-house Reproduction | 01/02/07 | Copy Center, D | 0.60 |
| In-house Reproduction | 01/05/07 | Copy Center, D | 1.60 |
| In-house Reproduction | 01/12/07 | Copy Center, D | 153.22 |
| In-house Reproduction | 01/19/07 | Copy Center, D | 55.42 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 5.91 |
| In-house Reproduction | 01/30/07 | Copy Center, D | 3.91 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$238.00** |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 6.54 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 5.70 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.46 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.57 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 4.73 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$19.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Lexis/Nexis | 01/08/07 | Stenger A | 144.81 |
| Lexis/Nexis | 01/12/07 | Stenger A | 95.04 |
| Lexis/Nexis | 01/15/07 | Stenger A | 85.89 |
| Lexis/Nexis | 01/17/07 | Stenger A | 52.42 |
| Lexis/Nexis | 01/31/07 | Feinberg AS | 123.84 |
| | | **TOTAL LEXIS/NEXIS** | **$502.00** |
| Westlaw | 01/02/07 | Schockett P | 345.38 |
| Westlaw | 01/04/07 | Schockett P | 57.96 |
| Westlaw | 01/04/07 | Perl MW | 5.09 |
| Westlaw | 01/05/07 | Perl MW | 5.09 |
| Westlaw | 01/06/07 | Schockett P | 526.68 |
| Westlaw | 01/08/07 | Feinberg AS | 205.11 |
| Westlaw | 01/08/07 | Stenger A | 18.13 |
| Westlaw | 01/15/07 | Stenger A | 177.86 |
| Westlaw | 01/20/07 | Schockett P | 390.92 |
| Westlaw | 01/22/07 | Schockett P | 556.92 |
| Westlaw | 01/23/07 | Perl MW | 116.87 |
| Westlaw | 01/24/07 | Feinberg AS | 66.78 |
| Westlaw | 01/25/07 | Schockett P | 946.18 |
| Westlaw | 01/26/07 | Schockett P | 383.04 |
| Westlaw | 01/27/07 | Schockett P | 809.43 |
| Westlaw | 01/31/07 | Feinberg AS | 133.56 |
| | | **TOTAL WESTLAW** | **$4,745.00** |
| Vendor Hosted Telecon-ferencing | 01/16/07 | Teleconferencing Services, LLC | 4.85 |
| Vendor Hosted Telecon-ferencing | 01/17/07 | Teleconferencing Services, LLC | 28.75 |
| Vendor Hosted Telecon-ferencing | 01/19/07 | Teleconferencing Services, LLC | 7.40 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$41.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 01/04/07 | Perl MW | 90.02 |
| Out-of-Town Travel | 01/04/07 | Perl MW | 31.99 |
| Out-of-Town Travel | 01/04/07 | Perl MW | 8.00 |
| Out-of-Town Travel | 01/04/07 | Perl MW | 33.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$164.00** |
| Out-of-Town Meals | 01/04/07 | Perl MW | 8.84 |
| Out-of-Town Meals | 01/04/07 | Perl MW | 3.16 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$12.00** |
| Outside Re-search/Internet Services | 01/08/07 | Pacer Service Center | 5.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$5.00** |
| CLR/Disclosure | 01/31/07 | Global Securities | 118.89 |
| CLR/Disclosure | 01/31/07 | Global Securities | 19.10 |
| CLR/Disclosure | 01/31/07 | Global Securities | 59.01 |
| | | **TOTAL CLR/DISCLOSURE** | **$197.00** |
| | | **TOTAL MATTER** | **$6,253.00** |

B43B