SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-8
NONWORKING TRAVEL TIME
1,249.9 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Nonworking Travel Time

Bill Date: 11/30/06  
Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 10/11/06 | 2.50 | TO TROY FROM WASHINGTON (2.5). |
| BERLIN K | 10/12/06 | 3.50 | TO WASHINGTON FROM TROY (3.5). |
|  |  | **6.00** |  |
| BUTLER, JR. J | 10/02/06 | 4.80 | TO DETROIT FROM CHICAGO (4.8). |
| BUTLER, JR. J | 10/03/06 | 2.70 | TO NEW YORK FROM DETROIT (2.7). |
| BUTLER, JR. J | 10/05/06 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| BUTLER, JR. J | 10/09/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| BUTLER, JR. J | 10/12/06 | 2.50 | TO ORLANDO FROM NEW YORK (2.5). |
| BUTLER, JR. J | 10/15/06 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 10/18/06 | 2.50 | TO NEW YORK FROM DETROIT (2.5). |
| BUTLER, JR. J | 10/19/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| BUTLER, JR. J | 10/22/06 | 3.30 | TO DETROIT FROM CHICAGO (3.3). |
| BUTLER, JR. J | 10/23/06 | 4.60 | TO CHICAGO FROM DETROIT (4.6). |
| BUTLER, JR. J | 10/25/06 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 10/26/06 | 4.80 | TO FT. LAUDERDALE FROM DETROIT (4.8). |
| BUTLER, JR. J | 10/29/06 | 4.40 | TO DETROIT FROM CHICAGO (4.4). |
| BUTLER, JR. J | 10/30/06 | 4.30 | TO CHICAGO FROM DETROIT (4.3). |
| BUTLER, JR. J | 10/31/06 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
|  |  | **60.20** |  |
| HOGAN III AL | 10/18/06 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| HOGAN III AL | 10/19/06 | 2.00 | TO CHICAGO FROM NEW YORK (2.0). |
|  |  | **7.20** |  |
| LYONS JK | 10/09/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| LYONS JK | 10/10/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| LYONS JK | 10/16/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| LYONS JK | 10/18/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| LYONS JK | 10/22/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| LYONS JK | 10/25/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| LYONS JK | 10/29/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| LYONS JK | 10/30/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
|  |  | **34.40** |  |
| PANAGAKIS GN | 10/04/06 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 10/06/06 | 3.90 | TO CHICAGO FROM NEW YORK (3.9). |
| PANAGAKIS GN | 10/10/06 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| PANAGAKIS GN | 10/13/06 | 5.60 | TO CHICAGO FROM NEW YORK (5.6). |
| | | **19.20** | |
| **Total Partner** | | **127.00** | |
| DIAZ LB* | 10/10/06 | 3.90 | TO TROY FROM CHICAGO (3.9). |
| DIAZ LB* | 10/13/06 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| DIAZ LB* | 10/18/06 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| DIAZ LB* | 10/20/06 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| | | **18.60** | |
| FERN BM | 10/18/06 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| FERN BM | 10/19/06 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| | | **8.50** | |
| HERRIOTT AV | 10/03/06 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| HERRIOTT AV | 10/04/06 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| HERRIOTT AV | 10/10/06 | 3.40 | TO TROY FROM CHICAGO (3.4). |
| HERRIOTT AV | 10/13/06 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| HERRIOTT AV | 10/17/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| HERRIOTT AV | 10/19/06 | 5.00 | TO CHICAGO FROM NEW YORK (5.0). |
| HERRIOTT AV | 10/25/06 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| HERRIOTT AV | 10/27/06 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| | | **37.50** | |
| MEISLER RE | 10/03/06 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| MEISLER RE | 10/04/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| MEISLER RE | 10/09/06 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| MEISLER RE | 10/11/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| MEISLER RE | 10/17/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| MEISLER RE | 10/19/06 | 4.00 | TO CHICAGO FROM NEW YORK (4.0). |
| MEISLER RE | 10/23/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| MEISLER RE | 10/25/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| | | **34.50** | |
| REESE RG | 10/03/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| REESE RG | 10/06/06 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| REESE RG | 10/09/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| REESE RG | 10/13/06 | 4.60 | TO CHICAGO FROM TROY (4.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| REESE RG | 10/15/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| REESE RG | 10/20/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| REESE RG | 10/22/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| REESE RG | 10/27/06 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| REESE RG | 10/29/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| | | **40.60** | |
| WILLENKEN KE | 10/18/06 | 5.40 | TO DETROIT FROM NEW YORK (5.4). |
| WILLENKEN KE | 10/20/06 | 4.80 | TO NEW YORK FROM DELPHI (4.8). |
| WILLENKEN KE | 10/31/06 | 8.70 | TO TROY FROM NEW YORK (4.3); TO NEW YORK FROM TROY (4.4). |
| | | **18.90** | |
| **Total Associate/Law Clerk** | | **158.60** | |
| **TOTAL TIME** | | **285.60** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 01/10/07
Nonworking Travel Time                              Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/01/06 | 4.80 | TO SAN FRANCISCO FROM DETROIT (4.8). |
| BUTLER, JR. J | 11/03/06 | 4.50 | TO NEW YORK FROM SAN FRANCISCO (4.5). |
| BUTLER, JR. J | 11/08/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| BUTLER, JR. J | 11/12/06 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 11/14/06 | 2.20 | TO NEW YORK FROM DETROIT (2.2). |
| BUTLER, JR. J | 11/17/06 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| BUTLER, JR. J | 11/19/06 | 4.20 | TO DETROIT FROM CHICAGO (4.2). |
| BUTLER, JR. J | 11/20/06 | 2.80 | TO NEW YORK FROM DETROIT (2.8). |
| BUTLER, JR. J | 11/22/06 | 2.40 | TO CHICAGO FROM NEW YORK (2.4). |
| BUTLER, JR. J | 11/26/06 | 2.90 | TO NEW YORK FROM CHICAGO (2.9). |
|  |  | **37.10** |  |
| HOGAN III AL | 11/30/06 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
|  |  | **4.50** |  |
| KRAKAUR KD | 11/13/06 | 4.50 | TO TROY FROM NEW YORK (4.5). |
| KRAKAUR KD | 11/14/06 | 5.20 | TO NEW YORK FROM TROY (5.2). |
|  |  | **9.70** |  |
| LYONS JK | 11/02/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| LYONS JK | 11/03/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 11/06/06 | 5.00 | TO NEW YORK FROM CHICAGO (5.0). |
| LYONS JK | 11/08/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| LYONS JK | 11/14/06 | 5.90 | TO TROY FROM CHICAGO (3.8); TO NEW YORK FROM TROY (2.1). |
| LYONS JK | 11/27/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| LYONS JK | 11/28/06 | 4.20 | TO NEW YORK FROM TROY (4.2). |
| LYONS JK | 11/30/06 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
|  |  | **37.20** |  |
| PANAGAKIS GN | 11/05/06 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| PANAGAKIS GN | 11/08/06 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| PANAGAKIS GN | 11/14/06 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| PANAGAKIS GN | 11/17/06 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| PANAGAKIS GN | 11/20/06 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| PANAGAKIS GN | 11/21/06 | 3.90 | TO CHICAGO FROM NEW YORK (3.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 11/29/06 | 8.80 | TO NEW YORK FROM CHICAGO (3.6); TO CHICAGO FROM NEW YORK (5.2). |
| | | 37.00 | |
| **Total Partner** | | **125.50** | |
| SHIVAKUMAR D | 11/28/06 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| SHIVAKUMAR D | 11/30/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| | | 10.50 | |
| **Total Counsel** | | **10.50** | |
| BOLTON IS | 11/14/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| BOLTON IS | 11/17/06 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| | | 8.90 | |
| DIAZ LB | 11/14/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| DIAZ LB | 11/17/06 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| DIAZ LB | 11/28/06 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| DIAZ LB | 11/30/06 | 5.00 | TO CHICAGO FROM NEW YORK (5.0). |
| | | 19.10 | |
| HERRIOTT AV | 11/15/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| HERRIOTT AV | 11/16/06 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| | | 10.10 | |
| HOWE EJ | 11/14/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| HOWE EJ | 11/17/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| | | 9.30 | |
| MEISLER RE | 11/05/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| MEISLER RE | 11/08/06 | 3.50 | TO TROY FROM NEW YORK (3.5). |
| MEISLER RE | 11/10/06 | 3.00 | TO CHICAGO FROM TROY (3.0). |
| MEISLER RE | 11/15/06 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| MEISLER RE | 11/16/06 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| MEISLER RE | 11/27/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| | | 25.40 | |
| PERL MW | 11/27/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| | | 4.80 | |
| REESE RG | 11/01/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| REESE RG | 11/05/06 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| REESE RG | 11/08/06 | 4.10 | TO CHICAGO FROM NEW YORK (4.1). |
| REESE RG | 11/13/06 | 4.80 | TO TROY FROM CHICAGO (4.8). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| REESE RG | 11/17/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| REESE RG | 11/19/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| REESE RG | 11/21/06 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| REESE RG | 11/27/06 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| REESE RG | 11/28/06 | 4.50 | TO NEW YORK FROM TROY (4.5). |
| | | 40.00 | |

**Total Associate**        117.60

**TOTAL TIME**              <u>253.60</u>

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  Bill Date: 01/31/07
Nonworking Travel Time                              Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 12/01/06 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| BUTLER, JR. J | 12/03/06 | 4.50 | TO DETROIT FROM CHICAGO (4.5). |
| BUTLER, JR. J | 12/05/06 | 3.50 | TO NEW YORK FROM DETROIT (3.5). |
| BUTLER, JR. J | 12/08/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| BUTLER, JR. J | 12/10/06 | 6.50 | TO NEW YORK FROM CHICAGO (4.0); TO TROY FROM NEW YORK (2.5). |
| BUTLER, JR. J | 12/11/06 | 4.30 | TO CHICAGO FROM DETROIT (4.3). |
| BUTLER, JR. J | 12/12/06 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| BUTLER, JR. J | 12/13/06 | 5.70 | TO CHICAGO FROM NEW YORK (5.7). |
| BUTLER, JR. J | 12/17/06 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 12/19/06 | 3.80 | TO CHICAGO FROM DETROIT (3.8). |
| | | **45.90** | |
| LYONS JK | 12/04/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| LYONS JK | 12/05/06 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| LYONS JK | 12/12/06 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| LYONS JK | 12/13/06 | 5.60 | TO CHICAGO FROM TROY (5.6). |
| LYONS JK | 12/19/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| LYONS JK | 12/20/06 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| | | **29.60** | |
| PANAGAKIS GN | 12/04/06 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| PANAGAKIS GN | 12/05/06 | 2.50 | TO NEW YORK FROM CHICAGO (2.5). |
| PANAGAKIS GN | 12/08/06 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| PANAGAKIS GN | 12/10/06 | 3.80 | TO NEW YORK FROM CHICAGO (3.8). |
| PANAGAKIS GN | 12/13/06 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| | | **19.00** | |
| **Total Partner** | | **94.50** | |
| DIAZ LB | 12/10/06 | 5.00 | TO TROY FROM CHICAGO (5.0). |
| DIAZ LB | 12/13/06 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| | | **10.10** | |
| MEISLER RE | 12/01/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **4.90** | |
| PERL MW | 12/01/06 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| | | **5.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| REESE RG | 12/01/06 | 5.60 | TO CHICAGO FROM NEW YORK (5.6). |
| REESE RG | 12/04/06 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| REESE RG | 12/08/06 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| REESE RG | 12/11/06 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| REESE RG | 12/13/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| REESE RG | 12/18/06 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| REESE RG | 12/22/06 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| | | **34.70** | |
| STUART NL | 12/10/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| STUART NL | 12/13/06 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| | | **9.10** | |
| **Total Associate** | | **64.20** | |
| **TOTAL TIME** | | **158.70** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Nonworking Travel Time  

Bill Date: 02/28/07  
Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 01/07/07 | 3.40 | TO TROY, WASHINGTON 1/8/07 (3.4). |
| BERLIN K | 01/08/07 | 3.50 | TO WASHINGTON FROM TROY (3.5). |
|  |  | **6.90** |  |
| BUTLER, JR. J | 01/01/07 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 01/03/07 | 3.30 | TO NEW YORK FROM DETROIT (3.3). |
| BUTLER, JR. J | 01/05/07 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| BUTLER, JR. J | 01/07/07 | 4.80 | TO DETROIT FROM CHICAGO (4.8). |
| BUTLER, JR. J | 01/10/07 | 2.80 | TO NEW YORK FROM DETROIT (2.8). |
| BUTLER, JR. J | 01/12/07 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| BUTLER, JR. J | 01/16/07 | 4.90 | TO DETROIT FROM NEW YORK (4.9). |
| BUTLER, JR. J | 01/17/07 | 3.70 | TO LAS VEGAS FROM DETROIT (3.7). |
| BUTLER, JR. J | 01/21/07 | 5.30 | TO DETROIT FROM CHICAGO (5.3). |
| BUTLER, JR. J | 01/22/07 | 3.80 | TO CALGARY FROM DETROIT (3.8). |
| BUTLER, JR. J | 01/23/07 | 4.50 | TO NEW YORK FROM CALGARY (4.5). |
| BUTLER, JR. J | 01/24/07 | 4.90 | TO DETROIT FROM NEW YORK (4.9). |
| BUTLER, JR. J | 01/25/07 | 4.60 | TO CHICAGO FROM DETROIT (4.6). |
| BUTLER, JR. J | 01/28/07 | 4.20 | TO DETROIT FROM CHICAGO (4.2). |
| BUTLER, JR. J | 01/30/07 | 3.70 | TO CALGARY FROM DETROIT (3.7). |
| BUTLER, JR. J | 01/31/07 | 3.80 | TO DETROIT FROM CALGARY (3.8). |
|  |  | **68.80** |  |
| HOGAN III AL | 01/03/07 | 4.50 | FROM CHICAGO TO NEW YORK (4.5). |
| HOGAN III AL | 01/12/07 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
|  |  | **9.00** |  |
| LEFF NM | 01/16/07 | 4.00 | TO TROY FROM NEW YORK CITY (4.0). |
| LEFF NM | 01/17/07 | 4.20 | TO NEW YORK FROM TROY (4.2). |
| LEFF NM | 01/28/07 | 4.20 | TO TROY FROM NEW YORK CITY (4.2). |
| LEFF NM | 01/29/07 | 4.60 | TO NEW YORK FROM TROY (4.6). |
|  |  | **17.00** |  |
| LYONS JK | 01/03/07 | 4.00 | TO TROY FROM CHICAGO (4.0). |
| LYONS JK | 01/04/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| LYONS JK | 01/08/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| LYONS JK | 01/09/07 | 4.10 | TO CHICAGO FROM TROY (4.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LYONS JK | 01/11/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| LYONS JK | 01/12/07 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| LYONS JK | 01/16/07 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| LYONS JK | 01/17/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 01/23/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| LYONS JK | 01/24/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 01/29/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| LYONS JK | 01/30/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| | | **50.80** | |
| PANAGAKIS GN | 01/17/07 | 5.90 | TO TROY FROM CHICAGO (2.0); TO CHICAGO FROM TROY (5.9). |
| | | **5.90** | |
| **Total Partner** | | **158.40** | |
| GARNER LP | 01/02/07 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| GARNER LP | 01/12/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **9.50** | |
| GASAWAY M | 01/16/07 | 5.50 | TO DETROIT FROM LOS ANGELES (5.5). |
| GASAWAY M | 01/17/07 | 7.00 | TO LOS ANGELES FROM DETROIT (7.0). |
| GASAWAY M | 01/23/07 | 6.00 | TO NEW YORK FROM LOS ANGELES (6.0). |
| GASAWAY M | 01/24/07 | 7.00 | TO LOS ANGELES FROM NEW YORK (7.0). |
| | | **25.50** | |
| RAMLO K | 01/07/07 | 3.00 | TO NEW YORK FROM LOS ANGELES (3.0). |
| RAMLO K | 01/08/07 | 5.50 | TO LOS ANGELES FROM NEW YORK (5.5). |
| RAMLO K | 01/12/07 | 6.60 | TO LOS ANGELES FROM NEW YORK (6.6). |
| | | **15.10** | |
| **Total Counsel** | | **50.10** | |
| BOLTON IS | 01/24/07 | 5.00 | TO TROY FROM CHICAGO (5.0). |
| BOLTON IS | 01/29/07 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| | | **9.60** | |
| CAMPANARIO ND | 01/02/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| CAMPANARIO ND | 01/13/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **9.60** | |

122

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| CARTER PG | 01/11/07 | 8.10 | TO/FROM TROY MICHIGAN (8.1). |
| CARTER PG | 01/18/07 | 2.60 | TO TROY FROM NEW YORK (2.6). |
| CARTER PG | 01/19/07 | 4.90 | TO NEW YORK FROM TROY (4.9). |
| | | **15.60** | |
| DIAZ LB | 01/03/07 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| DIAZ LB | 01/04/07 | 3.90 | TO TROY FROM NEW YORK (3.9). |
| DIAZ LB | 01/05/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| DIAZ LB | 01/07/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| DIAZ LB | 01/12/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| DIAZ LB | 01/15/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| DIAZ LB | 01/18/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| DIAZ LB | 01/22/07 | 5.00 | TO TROY FROM CHICAGO (5.0). |
| DIAZ LB | 01/25/07 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| DIAZ LB | 01/31/07 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| | | **46.80** | |
| FURMAN EC | 01/16/07 | 6.40 | TO TROY, MICHIGAN FROM LOS ANGELES (6.4). |
| FURMAN EC | 01/17/07 | 6.80 | TO LOS ANGELES FROM MICHIGAN (6.8). |
| | | **13.20** | |
| GRANT K | 01/02/07 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| GRANT K | 01/05/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| GRANT K | 01/09/07 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| GRANT K | 01/12/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **20.10** | |
| GUZZARDO J | 01/02/07 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |
| GUZZARDO J | 01/12/07 | 6.20 | TO CHICAGO FROM NEW YORK CITY (6.2). |
| | | **11.70** | |
| HOWE EJ | 01/08/07 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| HOWE EJ | 01/10/07 | 4.10 | TO NEW YORK FROM TROY (4.1). |
| HOWE EJ | 01/12/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| HOWE EJ | 01/22/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| HOWE EJ | 01/25/07 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| | | **21.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MACDONALD N | 01/07/07 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| MACDONALD N | 01/13/07 | 3.50 | TO CHICAGO FROM NEW YORK (3.5). |
| | | **7.00** | |
| MEISLER RE | 01/02/07 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| MEISLER RE | 01/05/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| MEISLER RE | 01/08/07 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| MEISLER RE | 01/12/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| MEISLER RE | 01/19/07 | 6.50 | TO TROY FROM CHICAGO (3.4); TO CHICAGO FROM TROY (3.1). |
| MEISLER RE | 01/24/07 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| MEISLER RE | 01/25/07 | 3.30 | TO CHICAGO FROM TROY (3.3). |
| MEISLER RE | 01/31/07 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| | | **34.90** | |
| PERL MW | 01/04/07 | 8.70 | TO TROY FROM CHICAGO (4.1); TO CHICAGO FROM TROY (4.6). |
| PERL MW | 01/08/07 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| PERL MW | 01/12/07 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| PERL MW | 01/17/07 | 5.20 | TO TROY FROM CHICAGO (5.2). |
| PERL MW | 01/19/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| PERL MW | 01/22/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| PERL MW | 01/25/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| PERL MW | 01/30/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| | | **40.10** | |
| REESE RG | 01/02/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| REESE RG | 01/05/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| REESE RG | 01/07/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| REESE RG | 01/10/07 | 4.30 | TO NEW YORK FROM TROY (4.3). |
| REESE RG | 01/13/07 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| REESE RG | 01/15/07 | 5.10 | TO TROY FROM CHICAGO (5.1). |
| REESE RG | 01/18/07 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| | | **31.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SCHOHN E | 01/16/07 | 5.30 | TO TROY FROM NEW YORK (5.3). |
| SCHOHN E | 01/17/07 | 4.10 | TO NEW YORK FROM TROY (4.1). |
| SCHOHN E | 01/28/07 | 5.40 | TO TROY FROM NEW YORK (5.4). |
| SCHOHN E | 01/29/07 | 5.90 | TO NEW YORK FROM TROY (5.9). |
| | | **20.70** | |
| STUART NL | 01/17/07 | 8.50 | TO TROY FROM CHICAGO (4.4); TO CHICAGO FROM TROY (4.1). |
| | | **8.50** | |
| VANLONKHUYZEN CE | 01/07/07 | 5.70 | TO NEW YORK FROM CHICAGO (5.7). |
| VANLONKHUYZEN CE | 01/12/07 | 6.10 | TO CHICAGO FROM NEW YORK (6.1). |
| | | **11.80** | |
| WHARTON JN | 01/16/07 | 5.10 | TO TROY FROM CHICAGO (5.1). |
| WHARTON JN | 01/18/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| WHARTON JN | 01/23/07 | 5.10 | TO TROY FROM CHICAGO (5.1). |
| WHARTON JN | 01/25/07 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| WHARTON JN | 01/28/07 | 3.30 | TO TROY FROM CHICAGO (3.3). |
| WHARTON JN | 01/31/07 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| | | **28.10** | |
| **Total Associate** | | **331.40** | |
| ROSEN R | 01/08/07 | 5.90 | TO NEW YORK FROM CHICAGO (5.9). |
| ROSEN R | 01/12/07 | 6.20 | TO CHICAGO FROM NEW YORK (6.2). |
| | | **12.10** | |
| ~~ZSOLDOS AF~~ | ~~01/16/07~~ | ~~5.40~~ | ~~TO TROY FROM NEW YORK (5.4).~~ |
| ~~ZSOLDOS AF~~ | ~~01/19/07~~ | ~~4.80~~ | ~~TO NEW YORK FROM TROY (4.8).~~ |
| | | ~~10.20~~ | |
| **Total Legal Assistant** | | **22.30** | |
| **TOTAL TIME** | | **562.20** | |

B43E