Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 01/31/07 |
|---|---|---|---|
| Retention / Fee Matters/Objections (Others) | | | Bill Number: 1147919 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/01/06 | Copy Center, D | 98.20 |
| In-house Reproduction | 12/01/06 | Copy Center, D | 2,932.41 |
| In-house Reproduction | 12/05/06 | Copy Center, D | 2,258.59 |
| In-house Reproduction | 12/08/06 | Copy Center, D | 565.62 |
| In-house Reproduction | 12/12/06 | Copy Center, D | 2,024.88 |
| In-house Reproduction | 12/15/06 | Copy Center, D | 104.61 |
| In-house Reproduction | 12/15/06 | Copy Center, D | 1,623.06 |
| In-house Reproduction | 12/19/06 | Copy Center, D | 5.60 |
| In-house Reproduction | 12/22/06 | Copy Center, D | 106.50 |
| In-house Reproduction | 12/26/06 | Copy Center, D | 383.91 |
| In-house Reproduction | 12/29/06 | Copy Center, D | 447.62 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$10,551.00** |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 2.12 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 2.34 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.29 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.13 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.12 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$5.00** |
| Messengers/ Courier | 12/01/06 | Straightline Courier | 31.40 |
| Messengers/ Courier | 12/04/06 | Dist Serv/Mail/Page, D | 19.80 |
| Messengers/ Courier | 12/05/06 | Dist Serv/Mail/Page, D | 14.75 |
| Messengers/ Courier | 12/24/06 | Arrow Messenger Svc | 35.05 |
| | | **TOTAL MESSENGERS/ COURIER** | **$101.00** |
| Wireless - Mobile/Cellular/Pager | 12/15/06 | Meisler RE | 1.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$1.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL MATTER | $10,658.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                  Bill Date: 02/28/07
Retention / Fee Matters/Objections (Others)               Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 01/02/07 | 0.20 | TELECONFERENCE WITH G. SCHWED (0.1) AND TELECONFERENCES WITH SCHWED AND R. YOUNG (0.1) REGARDING DELOITTE RETENTION MATTER. |
| MARAFIOTI KA | 01/04/07 | 0.10 | TELECONFERENCE FROM ROLAND YOUNG AT DELOITTE REGARDING RETENTION ISSUE (0.1). |
| MARAFIOTI KA | 01/05/07 | 0.10 | TELECONFERENCE WITH R. YOUNG REGARDING RETENTION ISSUE (0.1). |
| MARAFIOTI KA | 01/08/07 | 0.30 | TWO TELECONFERENCES WITH R. YOUNG (0.1) AND TELECONFERENCE WITH R. YOUNG AND A. LEONHARD (0.1) REGARDING DELOITTE RETENTION ISSUE; CORRESPONDENCE J. SHEEHAN REGARDING SAME (0.1). |
| MARAFIOTI KA | 01/09/07 | 0.40 | TELECONFERENCES FROM R. YOUNG REGARDING DELOITTE (0.2) AND CORRESPONDENCE TO A. LEONHARD REGARDING SAME (0.1) AND REVIEW OF DELOITTE ENGAGEMENT SUMMARY (0.1). |
| MARAFIOTI KA | 01/15/07 | 0.10 | TELECONFERENCE FROM GREG SCHWED REGARDING DELOITTE RETENTION (0.1). |
| MARAFIOTI KA | 01/17/07 | 0.10 | CORRESPONDENCE FROM SCHWED REGARDING DELOITTE (0.1). |
| MARAFIOTI KA | 01/19/07 | 0.40 | CONFER WITH G. SCHWED REGARDING DELOITTE (0.1); TELECONFERENCE WITH J. SHEEHAN REGARDING SAME (0.1); REVISE NOTICE REGARDING HEARING ON FEE APPLICATIONS (0.2). |
| MARAFIOTI KA | 01/23/07 | 0.20 | REVISE NOTICE OF HEARING ON FEE APPLICATIONS (0.2). |
| MARAFIOTI KA | 01/25/07 | 0.10 | CONFER WITH D. SHERBIN AND J. HEEHAN REGARDING OCP'S (0.1). |
| MARAFIOTI KA | 01/30/07 | 0.50 | REVIEW AND REVISE I. PHILIPS APPLICATION (0.4) AND ORDER (0.1). |
| MARAFIOTI KA | 01/31/07 | 0.20 | CONSIDER ISSUES REGARDING CHANGE OF STATUS FROM 327(E) TO OCP (0.1) AND CORRESPONDENCE REGARDING SAME (0.1). |
| | | 2.70 | |
| Total Partner | | 2.70 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 01/03/07 | 1.20 | TELECONFERENCE WITH CHAMBERS REGARDING PRICE WATERHOUSE RETENTION PRESENTMENT (0.2); TELECONFERENCE WITH U.S. TRUSTEE REGARDING JONES LANG LASALLE FEE SUBMISSIONS AND REVIEWING SAME (0.4); CONSIDER UNSECURED CREDITORS COMMITTEES FOLLOW-UP REGARDING MAYER BROWN RETENTION (0.1); TELECONFERENCE WITH U.S. TRUSTEE REGARDING PRICE WATERHOUSE RETENTION (0.2); TELECONFERENCE WITH J. KLINEMAN REGARDING JONES LANG FEE MATTER (0.3). |
| MATZ TJ | 01/09/07 | 1.30 | CORRESPONDENCE WITH D. SHERBIN REGARDING FEE COMMITTEE NOTICE, JANUARY 25 MEETINGS, ARRANGEMENTS (0.2); CORRESPONDENCE WITH K. MANCINI REGARDING SAME (0.2); TELECONFERENCE WITH K. MANCINI REGARDING SAME (0.2); MAKE FURTHER ARRANGEMENTS REGARDING JANUARY 25 MEETING (0.3); CORRESPONDENCE WITH COVINGTON REGARDING FEE COMMITTEE REVIEW AND APPOINTMENT (0.3); CORRESPONDENCE WITH D. SHERBIN REGARDING SAME (0.1). |
| MATZ TJ | 01/10/07 | 0.20 | CORRESPONDENCE WITH B. DEMOS REGARDING KPMG FEE COMMITTEE (0.2). |
| MATZ TJ | 01/15/07 | 0.20 | REVIEW QUARTERLY STATEMENT FOR FILING REGARDING ORDINARY COURSE PROFESSIONALS (0.2). |
| MATZ TJ | 01/16/07 | 1.70 | TELECONFERENCE FROM S. CORCORAN REGARDING KPMG RETENTION, "ADDITIONAL SERVICES" (0.2); REVIEW SAME (0.6); TELECONFERENCE TO S. CORCORAN (0.2); PREPARATION REGARDING HEARING OF FIRST THREE INTERIM FEE APPLICATIONS ON FEBRUARY 15 (0.7). |
| MATZ TJ | 01/17/07 | 0.80 | TELECONFERENCE FROM S. CORCORAN REGARDING KPMG ADDITIONAL SERVICES (0.2); REVIEW MATTER REGARDING SAME (0.3); CORRESPONDENCE WITH S. CORCORAN REGARDING SAME (0.1); CORRESPONDENCE WITH S. CORCORAN REGARDING IRVINE, PHILLIPS RETENTION (0.2). |
| MATZ TJ | 01/18/07 | 0.90 | TELECONFERENCE FROM S. CORCORAN REGARDING RETENTION MATTERS (0.2); FURTHER CONSIDERATION OF ADDITIONAL KPMG RETENTION MATTER (0.2); TELECONFERENCE WITH TOGUT SEGAL REGARDING FEE COMMITTEE MEETINGS (0.1); TELECONFERENCE WITH COVINGTON REGARDING FEE COMMITTEE MEETINGS REPORT (0.2); CORRESPONDENCE WITH D. SHERBIN REGARDING FEE COMMITTEE REPORT, SCHEDULING (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 01/19/07 | 2.20 | REVIEW PROPOSED NEW ENGAGEMENT LETTERS REGARDING KPMG ADDITIONAL SERVICE - AND NOTICE TO UNSECURED CREDITORS COMMITTEE (0.6); 2 TELECONFERENCES WITH CHAMBER REGARDING TELEPHONIC FEE APPLICATION APPEARANCES (0.2); TELECONFERENCE FROM C. KATSMA REGARDING FEE MATTER (0.3); TELECONFERENCE FROM T. RADOM REGARDING FEE COMMITTEE (0.2); TELECONFERENCE FROM J. WEISS REGARDING SAME (0.1); TELECONFERENCE FROM G. SCHWED REGARDING DELIOTE & TOUCHE FEE APPLICATIONS (0.2); TELECONFERENCE FROM L. GRETCHKO REGARDING FEE COMMITTEE (0.2); TELECONFERENCE FROM J. KLEINMAN REGARDING APPOINTMENT WITH FEE COMMITTEE (0.2); REVIEW CORRESPONDENCE FROM J. KLEINMAN REGARDING SAME (0.1); REVIEW CORRESPONDENCE FROM J. FRIZZLEY REGARDING SAME (0.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 01/22/07 | 7.40 | CORRESPONDENCE AND TELECONFERENCES WITH COVINGTON & BURLING REGARDING APPOINTMENTS WITH JOINT FEE COMMITTEE (0.3); CORRESPONDENCE AND TELECONFERENCES WITH LATHAM & WATKINS REGARDING SAME (0.2); CORRESPONDENCE AND TELECONFERENCES WITH ROTHSCHILD REGARDING SAME (0.3); CORRESPONDENCE AND TELECONFERENCES WITH KING & SPALDING FOR KPMG REGARDING SAME (0.3); CORRESPONDENCE AND TELECONFERENCES WITH BUTZEL LONG REGARDING SAME (0.3); CORRESPONDENCE AND TELECONFERENCES WITH HOWARD & HOWARD REGARDING SAME (0.2); CORRESPONDENCE AND TELECONFERENCES WITH WARNER STEVENS REGARDING SAME (0.2); CORRESPONDENCE AND TELECONFERENCES WITH FTI REGARDING SAME (0.3); CORRESPONDENCE AND TELECONFERENCES WITH S.S HALL REGARDING SAME (0.3); CORRESPONDENCE AND TELECONFERENCES WITH MESIROW REGARDING SAME (0.2); CORRESPONDENCE AND TELECONFERENCES WITH JAECKLE FLEISHMANN REGARDING SAME (0.3); CORRESPONDENCE AND TELECONFERENCES WITH DICKINSON WRIGHT REGARDING SAME (0.2); CORRESPONDENCE AND TELECONFERENCES WITH LOEB & LOEB FOR DELOITTE & TOUCHE REGARDING SAME (0.2); CORRESPONDENCE AND TELECONFERENCES WITH SHERMAN & STERLING REGARDING SAME (0.2); CORRESPONDENCE AND TELECONFERENCES WITH JONES LANG LASALLE REGARDING REGARDING SAME (0.2); CORRESPONDENCE AND TELECONFERENCES WITH GROOM LAW GROUP REGARDING SAME (0.2); PREPARE SCHEDULE REGARDING SAME (0.6); CORRESPONDENCE AND TELECONFERENCES WITH D. SHERBIN REGARDING SAME (0.4); CORRESPONDENCE AND TELECONFERENCES WITH U.S. TRUSTEE REGARDING SAME (0.1); REVISE APPOINTMENT SCHEDULE (0.4); TELECONFERENCE WITH VARIOUS FIRMS TO RESCHEDULE (0.6); CORRESPONDENCE WITH TOGUT SEGAL REGARDING APPOINTMENTS WITH JOINT FEE COMMITTEE (0.2); CORRESPONDENCE WITH ERNST & YOUNG REGARDING SAME (0.2); CONSIDER AND REVISE KPMG ADDITIONAL SERVICES NOTICE (0.5); TELECONFERENCE WITH J. RESSLER REGARDING SAME (0.1); TELECONFERENCE WITH CHAMBERS REGARDING PRICEWATERHOUSE, MAYER BROWN, WILMER HALE RETENTION ORDERS (0.2); CORRESPONDENCE WITH PRICE HEVENLD REGARDING FEE COMMITTEE REPORT (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| MATZ TJ | 01/23/07 | 5.30 | TELECONFERENCES WITH COUNSEL TO ERNST & YOUNG REGARDING CONFIRMING 1/25 FEE COMMITTEE MEETING APPOINTMENT (0.2); TELECONFERENCE TO JAECKLE FLEISCHMANN REGARDING SAME (0.2); TELECONFERENCE TO LOEB & LOEB REGARDING DELOITTE & TOUCHE FEE COMMITTEE MEETING APPOINTMENT (0.5); CORRESPONDENCE WITH L. GRETCHKO REGARDING CONFIRMING 1/25 FEE COMMITTEE MEETING APPOINTMENT (0.2); REVIEW AND REVISE DEBTORS' NOTICE REGARDING 2/15 FEE APPLICATIONS HEARING (0.2); TELECONFERENCE FROM CHAMBERS REGARDING SAME (0.2); TELECONFERENCE WITH PRICE HENEVELD REGARDING COMMITTEE APPOINTMENT (0.2); TELECONFERENCE WITH CANTOR COLBURN REGARDING FEE COMMITTEE APPOINTMENT (0.2); TELECONFERENCES AND CORRESPONDENCE WITH F. LARDNER OF ERNST & YOUNG REGARDING FEE COMMITTEE APPOINTMENT (0.3); TELECONFERENCES AND CORRESPONDENCE WITH BLAKE CASSELS REGARDING FEE COMMITTEE APPOINTMENT (0.3); COMPLETE PRELIMINARY FEE COMMITTEE MEETING SCHEDULE (0.3); FORWARD SAME TO D. SHERBIN FOR CONSIDERATION (0.2); TELECONFERENCE WITH D. SHERBIN'S OFFICE REGARDING REVISED SCHEDULE (0.1); TELECONFERENCE WITH VARIOUS FIRMS TO REVISE SCHEDULE (0.7); TELECONFERENCE WITH F. FRANK REGARDING COMMITTEE APPOINTMENT (0.2); FINALIZE COMMITTEE MEETING SCHEDULE (0.2); FORWARD TO D. SHERBIN (0.1); REVIEW AND COMMENT ON NOTICE OF FEE APPLICATION HEARING (0.2); TELECONFERENCE WITH CHAMBERS REGARDING SAME (0.2); FINALIZE ARRANGEMENTS REGARDING FEE COMMITTEE, FIRM MEETINGS, (0.3); CORRESPONDENCE FROM JONES LANG LASALLE REGARDING FEE COMMITTEE MATTERS (0.2); TELECONFERENCE WITH S. CORCORAN REGARDING IVINS PHILLIPS RETENTION APPLICATION (0.1). |
| MATZ TJ | 01/24/07 | 4.80 | REVIEW AND COMMENT ON KPMG THIRD SUPPLEMENTAL RETENTION APPLICATION (0.7); FOLLOW UP WITH PWC, PAGEMILL REGARDING FEE APPLICATIONS (0.3); TELECONFERENCE WITH V. MELWANI REGARDING FRIED FRANK FEE COMMITTEE APPOINTMENT (0.2); DISCUSSIONS WITH D. SHERBIN REGARDING REVISIONS TO FEE COMMITTEE MEETING SCHEDULE AND ARRANGEMENTS REGARDING U.S. TRUSTEE'S TELEPHONIC ATTENDANCE (0.3); IMPLEMENT SAME AND TELECONFERENCES TO ATTENDEES REGARDING REVISED ARRANGEMENTS (3.0); CORRESPONDENCE TO FEE COMMITTEE CONFIRMING SAME (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 01/25/07 | 3.10 | FINAL PREPARATION FOR FEE COMMITTEE MEETINGS FROM 9-5, COORDINATE DISTRIBUTION OF VARIOUS SUBMISSIONS FOR COMMITTEE (0.9); TELECONFERENCE FROM J. DUBE OF BLAKES REGARDING DIAL-IN INFORMATION FOR FEE COMMITTEE MEETING (0.2); CORRESPONDENCE WITH T. JERMAN REGARDING SAME (0.1); TELECONFERENCE FROM T. JERMAIN REGARDING SAME (0.2): TELECONFERENCE FROM C. SHIFLY REGARDING BANNER & WITCOFF (0.2); ANALYZE VARIOUS 327(E) COUNSEL RETENTIONS AND POSSIBLE ORDINARY COURSE PROFESSIONAL APPLICATION REGARDING SAME (0.8); PREPARATION OF HEARING AGENDA REGARDING ALL FEE APPLICATIONS FOR FEB. 15 OMNIBUS HEARING (0.7). |
| MATZ TJ | 01/26/07 | 4.70 | TELECONFERENCE WITH J. KLEINMANN REGARDING JLL CLAIM, SUPPORTING INFORMATION (0.4); TELECONFERENCE WITH S. CORCORAN REGARDING SAME (0.2); CONSIDERING JLL REQUEST REGARDING SUPPORTING INFORMATION (0.3); TELECONFERENCES WITH S. CORCORAN REGARDING JLL MATERIALS (0.1); TELECONFERENCE J. KLEINMAN REGARDING JLL MATERIALS FOR FEE COMMITTEE (0.2); THREE TELECONFERENCES WITH D. SHERBIN REGARDING FEE COMMITTEE DRAFT LETTERS AND RECOMMENDATIONS (0.6); REVIEW RECOMMENDATION SPREAD SHEET (0.4); ORGANIZE AND SET UP FEE COMMITTEE RECOMMENDATIONS TO EACH PROFESSIONAL FIRM (0.5); PREPARE AND FORWARD FEE COMMITTEE RECOMMENDATIONS TO FIRMS (1.8); REVIEW AND ANSWER RESPONSES AND INQUIRIES FROM 3 RECIPIENT FIRMS (0.2). |
| MATZ TJ | 01/27/07 | 0.90 | REVIEW CORRESPONDENCE FROM D. SHERBIN, J. SHEEHAN, A. LEONHARD, V. VENABLE REGARDING FEE COMMITTEE REPORTS, RESPONSES AND LIST OF PROFESSIONALS (0.2); CORRESPONDENCE WITH J. SHEEHAN AND FEE COMMITTEE REGARDING NON-COMPLIANT PROFESSIONALS, RESPONSES AND HOLDBACKS (0.3); CONSIDERATION OF SAME (0.4). |
| MATZ TJ | 01/28/07 | 1.10 | REVIEW AND REVISE FIRST THREE FEE APPLICATIONS SUMMARIES AND MATERIALS FOR OMNIBUS HEARING (0.8); FURTHER CORRESPONDENCE WITH J. SHEEHAN REGARDING FEE COMMITTEE MEETINGS (0.1); REVIEW CORRESPONDENCE FROM JAECKLE FLEICHIMANN REGARDING FEE COMMITTEE MEETINGS (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 01/29/07 | 4.20 | TELECONFERENCE WITH D. SHERBIN REGARDING OUTSTANDING FEE COMMITTEE REPORTS (0.2); TELECONFERENCE TO J. SHEEHAN REGARDING SAME (0.1); REVIEW CORRESPONDENCE FROM U.S. TRUSTEE REGARDING OUTSTANDING FEE APPLICATIONS (0.1); REVIEW CORRESPONDENCE FROM S. JOHNSTON REGARDING FEE COMMITTEE REPORT (0.1); TELECONFERENCE FROM J. SHEEHAN REGARDING BUTZEL LONG AND FRIED FRANK (0.3); DRAFT CORRESPONDENCE TO FRIED FRANK REGARDING FEE COMMITTEE REPORT (0.2); DRAFT CORRESPONDENCE TO BUTZEL LONG REGARDING SAME (0.2); TELECONFERENCE WITH T. RADOM REGARDING SAME (0.2); REVIEW CORRESPONDENCE FROM T. RADOM REGARDING SAME (0.1); TELECONFERENCE WITH BUCK CONSULTANTS REGARDING SAME (0.3); TELECONFERENCE WITH U.S. TRUSTEE REGARDING SAME AND OTHER FEE MATTERS (0.2); TELECONFERENCE WITH J. SHEEHAN REGARDING SAME (0.2); TELECONFERENCE WITH TO BUCK CONSULTANTS REGARDING SAME (0.1); REVIEW JLL CORRESPONDENCE, ORDER & TRANSCRIPT (0.4); TELECONFERENCE WITH J. SHEEHAN REGARDING ERNST & YOUNG FEE APPLICATIONS (0.2); REVIEW CORRESPONDENCE FROM MESIROW REGARDING FEE COMMITTEE REPORT (0.1); REVIEW CORRESPONDENCE FROM BUTZEL LONG REGARDING SAME (0.1); REVIEW CORRESPONDENCE FROM M.B. ROWE REGARDING FEE COMMITTEE REPORT (0.1); REVIEW CORRESPONDENCE FROM ROTHSCHILD REGARDING SAME (0.1); COMPILING FEE SETTLEMENTS TO DATE (0.3); TELECONFERENCE WITH L. GRETCHKO REGARDING FEE APPLICATION (0.3); TELECONFERENCE WITH S. DABNEY REGARDING POTENTIAL DISCLOSURE MATTERS (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 01/30/07 | 3.00 | CONSIDER IVNS, PHILLIPS RETENTION MATTER, DECLARATION, TRANSFER OF CLAIM (0.4); CONSIDER UNSECURED CREDITORS COMMITTEE REQUEST FOR FURTHER INFORMATION REGARDING KPMG ADDITIONAL SERVICES NOTICE (0.3); TELECONFERENCE WITH S. CORCORAN, S. DANIELS REGARDING SAME (0.4); TELECONFERENCE FORM J. RESSLER REGARDING KPMG ADDITIONAL RETENTION, WARNER STEVENS FEE COMMITTEE REPORT (0.3); CORRESPONDENCE WITH D. BRUSO REGARDING CANTOR COLBURN FEE COMMITTEE REPORT AND UPDATING FEE COMMITTEE REPORT RESULTS (0.6); TELECONFERENCE WITH CHAMBERS REGARDING FEE APPLICATIONS MATTERS (0.2); CORRESPONDENCE FROM PRICE HENEVELD REGARDING FEE COMMITTEE REPORT (0.1); TELECONFERENCE WITH J. SHEEHAN REGARDING FEE COMMITTEE FURTHER FIRMS ANALYSIS AND OUTSTANDING MATTERS (0.3); FURTHER UPDATE REGARDING STATUS OF FEE APPLICATIONS (0.4). |
| MATZ TJ | 01/31/07 | 3.90 | TELECONFERENCE WITH D. BRUSTO REGARDING FEE COMMITTEE REPORTS (0.2); TELECONFERENCE WITH V. MELWANI REGARDING SAME (0.2); TELECONFERENCE WITH J. DUBE REGARDING SAME (0.2); TELECONFERENCE WITH J. SHEEHAN REGARDING SAME (0.1); TELECONFERENCE WITH A. LEONHARD REGARDING SAME AND ORDINARY COURSE PROFESSIONALS (0.3); PREPARATION OF SUMMARY CHART FOR COMMITTEE (0.4); CONFIRMING RESPONSES (0.2); 6 TELECONFERENCES TO NON-RESPONDING FIRMS (1.2); REVIEW AND COMMENT ON DRAFT FEE APPLICATION ORDERS (0.3); TELECONFERENCE FROM C. SHIFLY REGARDING FEE COMMITTEE REPORT (0.2); CORRESPONDENCE WITH PRICEWATERHOUSE REGARDING THEIR FEE APPLICATION (0.2); CORRESPONDENCE WITH J. SHEEHAN REGARDING SAME (0.1); TELECONFERENCE WITH V. MELWANI REGARDING FEE COMMITTEE REPORT (0.2); TELECONFERENCE WITH J. RESLER REGARDING FEE COMMITTEE REPORT (0.1). |
| | | **46.90** | |
| **Total Counsel** | | **46.90** | |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 01/15/07 | 0.80 | REVIEW OF NOTICE OF FIFTH QUARTERLY ORDINARY COURSE PROFESSIONAL STATEMENT (0.8). |
| DE ELIZALDE D | 01/16/07 | 4.60 | PREPARATION FOR HEARING ON INTERIM FEE APPLICATIONS (0.5); REVIEW AND REVISE FIFTH QUARTERLY OCP REPORT, PREPARATION FOR HEARING ON FIRST, SECOND, AND THIRD INTERIM FEE APPLICATIONS, REVIEWED KPMG REVISED RETENTION APPLICATION (4.1). |
| DE ELIZALDE D | 01/17/07 | 4.20 | REVIEW AND REVISE KPMG'S THIRD SUPPLEMENTAL APPLICATION FOR EMPLOYMENT (APPLICATION, AFFIDAVIT, LETTER OF ENGAGEMENT, AND PROPOSED ORDER); ANALYSIS OF AGREEMENT BETWEEN KPMG AND THE FEE COMMITTEE REGARDING "ADDITIONAL SERVICES;" REVIEWED IPB'S RETENTION PLEADINGS (4.2). |
| DE ELIZALDE D | 01/18/07 | 2.10 | HEARING PREPARATION REGARDING FIRST, SECOND, AND THIRD INTERIM FEE APPLICATIONS (2.1). |
| DE ELIZALDE D | 01/19/07 | 6.50 | ANALYSIS REGARDING KPMG'S NEW LETTERS OF ENGAGEMENT UNDER "ADDITIONAL SERVICES;" DRAFT EMAIL TO UCC TO GIVE NOTICE OF RETENTION OF KPMG TO DO ADDITIONAL SERVICES; REVIEW TRANSCRIPTS REGARDING TELEPHONIC APPEARANCE AT HEARING OF FIRMS WITH UNCONTESTED FEES; ANALYSIS REGARDING KCC'S DECEMBER INVOICE; REVIEW AND REVISE NOTICE OF PRESENTMENT REGARDING KPMG'S RETENTION APPLICATION (6.5). |
| DE ELIZALDE D | 01/22/07 | 4.70 | REVIEW AND REVISE NOTICE OF HEARING REGARDING FEE APPLICATIONS; REVIEW AND REVISE EMAIL TO UCC REGARDING KPMG'S ADDITIONAL SERVICES (1.5); HEARING PREPARATION REGARDING INTERIM FEE APPS; REVIEWED AND REVISED TASK LIST REGARDING WEEKLY TEAM TELECONFERENCE (1.9); PREPARE INFORMATION AND MATERIALS FOR MEETING WITH FEE COMMITTEE (1.3). |
| DE ELIZALDE D | 01/23/07 | 6.50 | ANALYSIS REGARDING PWC FEES (0.5); SENT EMAIL TO UCC REGARDING KPMG'S ADDITIONAL SERVICES (0.6); REVIEWED AND REVISED NOTICE REGARDING FEE APPLICATIONS HEARING (1.5); ANALYSIS REGARDING FEE APPLICATIONS FILED BY ALL DEBTORS' PROFESSIONALS (3.9). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 01/24/07 | 5.50 | REVIEW AND REVISE HEARING AGENDA REGARDING FEE APPLICATIONS (0.6); REVIEW AND REVISE IPB'S RETENTION PLEADINGS (2.5); SENT IPB'S RETENTION PAPERS TO DELPHI FOR SIGN OFF (0.4); REVIEW, REVISE, AND SUPERVISE FILING OF NOTICE OF HEARING REGARDING FEE APPLICATIONS (1.2); TELECONFERENCES WITH PAGEMILL, PWC, AND CROWELL REGARDING FEE APPLICATIONS (0.8). |
| DE ELIZALDE D | 01/25/07 | 4.40 | TELECONFERENCE WITH R. SIGLER (PATENT ATTORNEY FOR DELPHI) REGARDING OCP LIST AND OCP AFFIDAVIT (0.3); EMAILS TO DELPHI REGARDING UPDATING OCP LIST (0.5); REVIEW AND REVISE OCP LIST FILED IN NOVEMBER (0.8); TELECONFERENCE REGARDING HEARING PREPARATION WITH RESPECT TO FEE APPLICATIONS (0.4); SUPERVISED MATERIAL REGARDING FEE APPLICATIONS AS REQUESTED BY THE COURT (0.5); REVIEW AND REVISE HEARING AGENDA (0.4); EMAIL TO J. KLEINMAN REGARDING FEE COMMITTEE REPORT ON JLL'S FEE APPLICATIONS (0.6); REVIEW AND REVISE IPB RETENTION PLEADINGS (0.9). |
| DE ELIZALDE D | 01/26/07 | 3.10 | ANALYSIS OF AGGREGATE MONTHLY FEE STATEMENTS OF ALL RETAINED PROFESSIONALS (1.5); ANALYSIS OF JLL'S MONTHLY FEE STATEMENTS (0.3); REVIEW AND REVISE IPB'S APPLICATION PLEADINGS (0.9); REVIEW AND REVISE OCP LIST (0.4). |
| DE ELIZALDE D | 01/29/07 | 4.80 | ANALYSIS REGARDING PAYMENT OF MONTHLY STATEMENTS OF ALL RETAINED PROFESSIONALS (1.5); TELECONFERENCE WITH PWC REGARDING FEE APPLICATIONS (0.2); ANALYSIS, AT THE REQUEST OF THE FEE COMMITTEE, OF AGGREGATE FEES FOR THE DURATION OF THE CASE OF ALL RETAINED PROFESSIONALS (1.9); ANALYSIS OF THOMPSON HINE'S MONTHLY STATEMENT (0.3); ANALYSIS OF SHEARMAN STERLING'S MONTHLY STATEMENT (0.4); TELECONFERENCE WITH J. RESLER (WARNER STEVENS) REGARDING KPMG'S PROPOSED ADDITIONAL SERVICES (0.3); DRAFT EMAIL TO S. CORCORAN REGARDING WARNER STEVENS FOLLOW UP QUESTIONS WITH REGARDS TO KMPG'S PROPOSED ADDITIONAL SERVICES (0.2). |

B43E

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 01/30/07 | 4.40 | TELECONFERENCE WITH SEAN CORCORAN REGARDING EXPLANATION OF SCOPE OF SERVICES TO BE RENDERED BY KPMG IN RELATION WITH THE STEERING BUSINESS (0.4); TELECONFERENCE WITH J. RESLER (WARNER STEVENS) REGARDING EXPLANATION OF SCOPE OF SERVICES TO BE RENDERED BY KPMG IN RELATION WITH THE STEERING BUSINESS (0.5); TELECONFERENCE WITH THE COURT REGARDING STATUS OF FEE APPLICATIONS (0.2); ANALYSIS OF STATUS OF NEGOTIATION OF FEES AMONG THE DIFFERENT RETAINED PROFESSIONALS AND THE FEE COMMITTEE (2.5); ANALYSIS OF NECESSITY OF DRINKER BIDDLE'S RETENTION APPLICATION (0.5); TELECONFERENCE WITH COMPANY REGARDING PWC'S LACK OF FEE APPLICATION (0.3). |
| DE ELIZALDE D | 01/31/07 | 6.30 | ANALYSIS REGARDING FIRMS THAT HAVE NOT CONTESTED THE REDUCTION OF THEIR FEES MADE BY THE FEE COMMITTEE (DRAFTED CHART REFLECTING THE SAME) (1.9); TELECONFERENCE WITH PWC REGARDING FILING OF FEE APPLICATIONS (0.3); REVIEW AND REVISE HEARING AGENDA REGARDING FEE APPLICATIONS (0.4); REVIEW AND REVISE CHART TRACKING INVOICING AND PAYMENT TO ALL PROFESSIONALS (2.5); DRAFT PROPOSED ORDERS REGARDING FEE APPLICATIONS (1.2). |
| | | **57.90** | |
| FERN BM | 01/03/07 | 0.60 | REVIEW MATERIAL REGARDING PWC RETENTION APPLICATION (0.6). |
| FERN BM | 01/08/07 | 0.90 | REVIEW AND COMMENT ON CONFLICT WAIVER REGARDING DRINKER BIDDLE (0.2); REVIEW DOCUMENTS REGARDING DRINKER BIDDLE RETENTION (0.2) AND TELECONFERENCE WITH M. FUKUDA REGARDING SAME (0.2); REVIEW EMAIL TO S. CORCORAN AND J. SHEEHAN REGARDING PWC RETENTION (0.3). |
| | | **1.50** | |
| ~~GRANT K~~ | ~~01/24/07~~ | ~~1.30~~ | ~~REVIEW RETENTION APPLICATION AND SERVICES AGREEMENT OF JLL (1.3).~~ |
| ~~GRANT K~~ | ~~01/25/07~~ | ~~0.20~~ | ~~TELECONFERENCE WITH J. FRANK REGARDING JLL RETENTION MATTERS (0.2).~~ |
| ~~GRANT K~~ | ~~01/26/07~~ | ~~0.30~~ | ~~TELECONFERENCES WITH J. KLEINMAN REGARDING JLL ISSUES (0.3).~~ |
| | | ~~**1.80**~~ | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| JJINGO MJ | 01/02/07 | 4.30 | STRATEGIZE INTERNALLY REGARDING MAYER BROWN RETENTION; TELECONFERENCE AND EMAIL TO C. REIMER AT MAYER BROWN TO DISCUSS THE SAME; REVIEW CERTAIN FEE STATEMENTS AND THE MASTER FEE CHART (4.3). |
| JJINGO MJ | 01/03/07 | 3.20 | REVIEW MAYER BROWN RESPONSE TO UCC; STRATEGIZE WITH R. MEISLER REGARDING THE SAME; REVISE AS NEEDED; TELECONFERENCE WITH C. REIMER AT MAYER BROWN AND R. MEISLER REGARDING THE SAME; REVIEW UCC RESPONSE; CORRESPOND REGARDING PWC SUPPLEMENTAL RETENTION (3.2). |
| JJINGO MJ | 01/05/07 | 8.20 | REVIEW CERTAIN FEE STATEMENTS AND THE MASTER FEE CHART RELATED TO THE SAME; ATTEND TO MATTERS RELATED TO WILMER HALE SUPPLEMENTAL RETENTION; REVIEW PROPOSED ORDER (8.2). |
| JJINGO MJ | 01/10/07 | 2.10 | CORRESPOND WITH R. FLETEMEYER REGARDING FIFTH OCP REPORTING STATEMENT; INCORPORATE NUMBERS PROVIDED BY FTI RELATED TO THE SAME; CORRESPOND WITH S. CORCORAN AT DELPHI REGARDING THE SAME (2.1). |
| JJINGO MJ | 01/12/07 | 1.30 | CONTINUE TO REVIEW AND REVISE OCP STATEMENT; CORRESPOND WITH R. FLETEMEYER REGARDING THE SAME (1.3). |
| JJINGO MJ | 01/16/07 | 7.30 | REVIEW AND MAKE VARIOUS REVISIONS TO FIFTH STATEMENT OF OCPS; FINALIZE DOCUMENT AND FILING OF THE SAME; REVIEW CERTAIN FEE STATEMENTS OF RETAINED PROFESSIONALS; BEGIN TO REVIEW RETENTIONS PAPERS SENT BY B. DIMOS (7.3). |
| JJINGO MJ | 01/17/07 | 7.90 | CONTINUE TO REVIEW AND REVISE KPMG THIRD RETENTION PAPERS; REVIEW CERTAIN RETAINED PROFESSIONAL FEE STATEMENTS AND THE MASTER FEE CHART (7.9). |
| JJINGO MJ | 01/18/07 | 4.90 | WORK ON KPMG, BAKER MCKENZIE ISSUE AND M. ROSICKI (4.9). |
| JJINGO MJ | 01/19/07 | 6.20 | REVIEW AND REVISE NOTICE OF HEARING; REVIEW PREVIOUS KPMG RETENTION PAPERS; REVISE THIRD SUPPLEMENTAL APPLICATION; REVIEW THE MASTER FEE CHART (6.2). |
| JJINGO MJ | 01/22/07 | 3.30 | ASSIST WITH PREPARATION OF MATERIALS FOR FEE APPLICATION MEETINGS AT SKADDEN; DISTRIBUTE CERTAIN ENTERED ORDERS TO THE CLIENT AND TO RELEVANT PROFESSIONALS (3.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| JJINGO MJ | 01/23/07 | 4.70 | RESPOND TO VARIOUS ISSUES RELATED TO FEE APPLICATIONS AND FEE STATEMENTS; REVIEW CORRESPONDENCE FROM W. SOLLEE AT IPB RELATED TO RETENTION PAPERS; REVIEW IPB REVISIONS AND AMEND PAPERS ACCORDINGLY (4.7). |
| JJINGO MJ | 01/24/07 | 4.20 | CORRESPOND WITH C. SHIFLEY OF BANNER & WITCOFF REGARDING ISSUES RELATED TO JANUARY 25TH MEET AND CONFER; REVIEW VARIOUS CORRESPONDENCE REGARDING CERTAIN RETENTION APPLICATIONS AND FEE APPLICATIONS; RESPOND ACCORDINGLY (4.2). |
| JJINGO MJ | 01/25/07 | 5.10 | REVIEW ALL DOCUMENTS RELATED TO FEE APPLICATION HEARING IN PREPARATION FOR TELECONFERENCE WITH FEE APP TEAM; PARTICIPATE ON FEE APP TEAM TELECONFERENCE; REVIEW CORRESPONDENCE FROM J. SIMON AT FOLEY & LARDNER AND CONTACT A. ZSOLDOS REGARDING REQUEST; SEND RELATIONSHIP CHECKLIST TO J. SIMON; COMMUNICATE WITH M. PISCITELLI AT DELPHI REGARDING OCPS (5.1). |
| JJINGO MJ | 01/26/07 | 3.70 | SEND CORRESPONDENCE TO VARIOUS ACCOUNTING PROFESSIONALS AT DELPHI REGARDING FIGURES NEEDED FOR FEBRUARY 7 UCC PRESENTATION; CORRESPOND WITH W. SOLLEE AT IPB W/R/T/ IPB RETENTION PAPERS (3.7). |
| JJINGO MJ | 01/29/07 | 1.90 | PREPARE NOTICE OF OMNIBUS HEARING CHANGE (1.9). |
| JJINGO MJ | 01/30/07 | 3.40 | REVIEW AND REVISE IPB PAPERS; TELECONFERENCE W. SOLLEE AT IPB REGARDING DECLARATION; REVIEW NUMBERS SENT FROM DELPHI FOR UCC PRESENTATION AND E-MAIL TO K. SCHAEFER AT DELPHI REGARDING THE SAME (3.4). |
| JJINGO MJ | 01/31/07 | 6.80 | REVIEW, REVISE AND FINALIZE IPB RETENTION APPLICATION; CORRESPOND WITH W. SOLLEE AT IPB AND DELPHI REGARDING THE SAME; REVIEW MASTER FEE CHART AND VARIOUS CORRESPONDENCE RELATED TO OBJECTION DEADLINES FROM RETAINED PROFESSIONALS; CORRESPOND WITH M. PISCITELLI AND K. SCHAEFER REGARDING THE SAME; REVIEW AND EDIT VARIOUS FEE APPLICATION PREPARATION MATERIALS; BEGIN TO REVIEW ADDITIONAL KPMG MATERIALS FOR THIRD RETENTION APPLICATION (6.8). |
| | | **78.50** | |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| | | | |
|---|---|---|---|
| MEISLER RE | 01/03/07 | 0.90 | REVIEW MAYER BROWN RETENTION APPLICATION (0.9). |
| MEISLER RE | 01/08/07 | 0.20 | REVIEW CORRESPONDENCE REGARDING DBR MERGER (0.2). |
| MEISLER RE | 01/11/07 | 0.30 | PREPARE FOR TELECONFERENCE WITH J. RESSLER REGARDING PWC (0.2); TELECONFERENCE WITH J. RESSLER REGARDING SAME (0.1). |
| MEISLER RE | 01/15/07 | 0.10 | DRAFT CORRESPONDENCE REGARDING FEE APP HEARING (0.1). |
| MEISLER RE | 01/17/07 | 0.20 | DRAFT INTERNAL CORRESPONDENCE REGARDING PWC SUPPLEMENTAL RETENTION (0.2). |
| MEISLER RE | 01/18/07 | 0.40 | REVIEW STATUS OF JLL CONCERN (0.4). |
| MEISLER RE | 01/22/07 | 0.60 | REVIEW ENTERED ORDER REGARDING PWC (0.3); DRAFT CORRESPONDENCE REGARDING SAME (0.2); REVIEW ENTERED WILMERHALE ORDER (0.1). |
| MEISLER RE | 01/25/07 | 0.40 | PARTICIPATE ON TELECONFERENCE REGARDING PREPARATION FOR FEBRUARY 15TH HEARING REGARDING FEE APPLICATIONS (0.4). |
| MEISLER RE | 01/29/07 | 0.40 | REVIEW AND ANALYZE CORRESPONDENCE REGARDING DRINKER BIDDLE (0.3); DRAFT CORRESPONDENCE TO M. FUKUDA REGARDING SAME (0.1). |
| MEISLER RE | 01/31/07 | 0.40 | ANALYSIS OF SHIFTING CERTAIN RETAINED PROFESSIONALS TO OCP STATUS (0.4). |
| | | **3.90** | |
| PLATT SJ | 01/23/07 | 1.40 | BEGIN DRAFTING RETENTION AGREEMENT FOR SOLICITATION/SUBSCRIPTION AGENT (1.4). |
| PLATT SJ | 01/24/07 | 2.90 | CONTINUE TO DRAFT RETENTION AGREEMENT AND SUPPORTING DOCUMENTS FOR SOLICITATION/SUBSCRIPTION AGENT (2.9). |
| PLATT SJ | 01/25/07 | 1.50 | REVISE RETENTION APPLICATION AND SUPPORTING DOCUMENTS REGARDING FBG (1.5). |
| PLATT SJ | 01/26/07 | 1.10 | REVISE RETENTION APPLICATION AND SUPPORTING DOCUMENTS (1.1). |
| | | **6.90** | |
| **Total Associate** | | **150.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| CHAVALI A | 01/16/07 | 1.50 | PREPARE NOTICE OF HEARING FOR FEE APPLICATION HEARING (0.9); UPDATE OMNIBUS HEARING AGENDA WITH PROFESSIONALS' THIRD FEE APPLICATION (0.6). |
| CHAVALI A | 01/17/07 | 1.20 | MEETING TO DISCUSS HEARING PREP AND FEE HEARING PREP (0.8); REVIEW NOTICE OF HEARING (0.4). |
| CHAVALI A | 01/19/07 | 1.20 | REVISE KPMG NOTICE OF PRESENTMENT (0.5); REVISE NOTICE OF FEE APPLICATION HEARING (0.4); DISTRIBUTE NOTICE OF HEARING FOR REVIEW (0.3). |
| CHAVALI A | 01/22/07 | 1.70 | PREPARE DOCUMENTS FOR UPCOMING FEE HEARING (0.5); SEARCH FOR FEE REPRESENTATIVES CONTACT INFORMATION (0.3); REVISE NOTICE OF PRESENTMENT FOR KPMG (0.6); REVIEW COMMENTS (0.3). |
| CHAVALI A | 01/24/07 | 1.10 | ASSIST WITH FEE BINDER (1.1). |
| CHAVALI A | 01/31/07 | 1.50 | REVISE NOTICE OF PRESENTMENT FOR KPMG (0.5); PREPARE DOCUMENTS TO BE COURIERED TO COURT (0.3); REVISE EXHIBIT LIST OF PROFESSIONALS (0.3); PREPARE CHART FOR FEE PROFFER (0.4). |
| | | **8.20** | |
| ZSOLDOS AF | 01/23/07 | 1.60 | UPDATE MASTER FEE CHART WITH CONTACT INFORMATION OF RETAINED PROFESSIONALS (0.4); ORGANIZE FEE STATEMENTS (0.5); UPDATE FEE APPLICATION BINDERS AND PREPARE FOR DISTRIBUTION (0.7). |
| ZSOLDOS AF | 01/24/07 | 4.90 | TELECONFERENCE PROFESSIONALS REGARDING CHANGE OF DIAL-IN NUMBER FOR MEETING WITH FEE COMMITTEE (0.7); UPDATE THIRD INTERIM FEE APPLICATION BINDERS FOR SUBMISSION TO COURT AND FOR USE IN HEARING PREPARATION (4.2). |
| ZSOLDOS AF | 01/25/07 | 6.50 | PREPARE AND UPDATE THIRD INTERIM FEE APPLICATION BINDERS (2.8); ORGANIZE FEE STATEMENTS (2.0); UPDATE MASTER CHART WITH FEES AND EXPENSES FROM PROFESSIONALS (1.7). |
| ZSOLDOS AF | 01/26/07 | 5.90 | ASSIST WITH DISTRIBUTION OF LETTERS TO PROFESSIONALS RETAINED PER INTERIM COMPENSATION ORDER REGARDING FEE COMMITTEE RECOMMENDATIONS (2.3); UPDATE FEE AND EXPENSE CHART (3.3); COORDINATE SERVICE OF RETENTION PAPERS TO BE FILED (0.3). |
| ZSOLDOS AF | 01/29/07 | 2.00 | CREATE LIST OF AMOUNTS OF FEES AND EXPENSES REQUESTED OF VARIOUS PROFESSIONALS FOR FEE COMMITTEE REVIEW (0.4); CREATE LIST OF PROFESSIONALS RETAINED PURSUANT TO INTERIM COMP ORDER FOR FEE COMMITTEE REVIEW (0.3); ORGANIZE FEE STATEMENTS (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 01/30/07 | 7.10 | UPDATE MASTER FEE AND EXPENSE CHART WITH PAYMENTS RECENTLY RECEIVED (2.0); COMPARE RECORDS OF PROFESSIONALS FEES, EXPENSES, AND HOLDBACK PAID AGAINST NUMBERS SENT FROM COMPANY (2.9); SEND EMAILS TO PROFESSIONALS REGARDING OBJECTION DEADLINES AND PAYMENT OF MONTHLY FEES AND EXPENSES (1.1); ORGANIZE AND FILE FEE STATEMENTS IN RECORDS (1.1). |
| ZSOLDOS AF | 01/31/07 | 2.40 | CREATE LIST OF PROFESSIONALS WHO HAVE RESPONDED REGARDING OBJECTION DEADLINE (0.4); UPDATE FEE AND EXPENSE CHART TO REFLECT RESPONSES (0.8); PREPARE PAPERS (0.6) AND ELECTRONICALLY FILE IVINS PHILIPS RETENTION PAPERS (0.4); COORDINATE SERVICE AND DISTRIBUTION REGARDING SAME (0.2). |
| | | 30.40 | |
| **Total Legal Assistant** | | 38.60 | |
| **TOTAL TIME** | | **238.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                        Bill Date: 02/28/07
Retention / Fee Matters/Objections (Others)                     Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/02/07 | Copy Center, D | 873.66 |
| In-house Reproduction | 01/05/07 | Copy Center, D | 1,416.84 |
| In-house Reproduction | 01/09/07 | Copy Center, D | 575.98 |
| In-house Reproduction | 01/12/07 | Copy Center, D | 739.57 |
| In-house Reproduction | 01/19/07 | Copy Center, D | 127.38 |
| In-house Reproduction | 01/23/07 | Copy Center, D | 43.00 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 2,465.10 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 831.97 |
| In-house Reproduction | 01/30/07 | Copy Center, D | 116.00 |
| In-house Reproduction | 01/30/07 | Copy Center, D | 20.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7,210.00** |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.32 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.00 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.38 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.10 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.20 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$4.00** |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 59.52 |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 0.48 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$60.00** |
| Contracted Catering-NY | 01/25/07 | Matz TJ | 198.00 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$198.00** |
| Wireless - Mobile/Cellular/Pager | 01/15/07 | Meisler RE | 11.00 |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL WIRELESS - MOBILE/CELLULAR/PAGER | $11.00 |
| | | TOTAL MATTER | $7,483.00 |

B43E