SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-14
AUTOMATIC STAY (RELIEF ACTIONS)
520.6 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/06
Automatic Stay (Relief Actions)                            Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 10/03/06 | 0.80 | REVIEW HE SERVICES ADVERSARY PROCEEDING INTERLOCUTORY APPEAL ANSWER, AND PROVIDE ADVICE CONCERNING CHANGES TO SAME (0.8). |
| HOGAN III AL | 10/05/06 | 0.60 | REVIEW AND APPROVE EDITED VERSION OF THE HE SERVICES INTERLOCUTORY APPEAL ANSWER (0.6). |
| HOGAN III AL | 10/24/06 | 0.50 | REVIEW SAMTECH LITIGATION PLEADINGS AND ISSUES CONCERNING AUTOMATIC STAY (0.5). |
| HOGAN III AL | 10/27/06 | 0.20 | TELECONFERENCE WITH C. BROWN RE: SAMTECH LITIGATION (0.2). |
| | | **2.10** | |
| MARAFIOTI KA | 10/05/06 | 0.40 | REVIEW TRANSCRIPTS IN CONNECTION WITH ANSWER TO MOTION FOR LEAVE TO APPEAL (BACKIE) (0.4). |
| MARAFIOTI KA | 10/10/06 | 1.20 | REVIEW H.E. SERVICES/ROBERT BACKIE MOTION FOR LEASE TO APPEAL AND ACCOMPANYING PLEADINGS (0.5); REVIEW AND REVISE ANSWER TO SAME (0.7). |
| | | **1.60** | |
| **Total Partner** | | **3.70** | |
| RAMLO K | 10/01/06 | 0.30 | CORRESPONDENCE TO J. PAPELIAN RE: NUTECH ORDER (0.1); CORRESPONDENCE TO J. DERIAN RE: H.E. SERVICES NOTICE OF APPEAL AND MOTION FOR LEAVE TO APPEAL (0.2). |
| RAMLO K | 10/02/06 | 2.90 | WORK ON OBTAINING INSURER CONSENT TO LIFT STAY PROCEDURES FORM SETTLEMENT AGREEMENT (0.2); REVIEW DRAFT REPORT ON LIFT STAY PROCEDURES STATUS (0.1); REVISE ANSWER TO H.E. SERVICES MOTION FOR LEAVE TO APPEAL (2.6). |
| RAMLO K | 10/03/06 | 0.50 | CONTINUE REVISING ANSWER TO H.E. SERVICES MOTION (0.4); ANALYSIS RE: HANDLING OF D&O COVERAGE ISSUES (0.1). |
| RAMLO K | 10/04/06 | 1.20 | CORRESPONDENCE TO J. PAPELIAN RE: FORM SETTLEMENT AGREEMENT (0.3); REVISE ANSWER TO H.E. SERVICES MOTION (0.9). |
| RAMLO K | 10/05/06 | 0.30 | REVIEW AND COMMENT ON DRAFT ANSWER TO H.E. SERVICES MOTION INCLUDING EXHIBITS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 10/10/06 | 1.30 | REVISE ANSWER TO H.E. SERVICES MOTION (1.0); ANALYSIS RE: CLIENT QUESTION ON STATE COURT APPEAL ISSUE (0.1); ATTENTION TO COMMITTEE REQUEST FOR ADDITIONAL INFORMATION (0.1); CHECK ON STATUS OF HERNANDEZ STATE COURT DISMISSAL (0.1). |
| RAMLO K | 10/11/06 | 0.50 | REVIEW SETTLEMENT AGREEMENT (0.5). |
| RAMLO K | 10/12/06 | 0.20 | ANALYSIS RE: ACE RESPONSE TO APPROVING RELEASE LANGUAGE (0.2). |
| RAMLO K | 10/16/06 | 0.50 | ANALYSIS RE: ACE REVISION TO FORM RELEASE (0.3); TELECONFERENCE WITH FLETEMEYER RE: COMMITTEE REQUEST FOR ADDITIONAL INFORMATION (0.1); ANALYSIS RE: COMPANY POSITION ON INFORMATION SHARING WITH ACE (0.1). |
| RAMLO K | 10/23/06 | 0.70 | REVIEW ORDER APPROVING APPLERA CORPORATION RECOUPMENT STIPULATION (0.1); REVIEW NOTICE OF RECOUPMENT FROM ARROW ELECTRONICS (0.1); REVIEW FORMER EMPLOYEE MOTION FOR STAY RELIEF FOR D&O INSURANCE (0.5). |
| RAMLO K | 10/24/06 | 0.30 | REVIEW SAMTECH PLEADINGS (0.3). |
| RAMLO K | 10/25/06 | 0.90 | REVIEW NOTICE FROM COUNSEL FOR GM IN HERNANDEZ LITIGATION (0.1); CONTINUE REVIEW OF SAMTECH DOCUMENTS AND ANALYSIS RE: VENUE AND WAIVER (0.8). |
| RAMLO K | 10/26/06 | 0.50 | REVIEW CORRESPONDENCE FROM D. WHITEFIELD RE: HERNANDEZ LAWSUIT (0.1); REVIEW CORRESPONDENCE FROM LOCAL COUNSEL FOR H.E. SERVICES RE: MOTION FOR LEAVE TO APPEAL (0.1); ANALYSIS RE: SAMTECH ACTION (0.2); TELECONFERENCE WITH C. BROWN WITH SAMTECH ACTION (0.1). |
| RAMLO K | 10/27/06 | 0.30 | TELECONFERENCE AND CORRESPONDENCE WITH C. BROWN RE: SAMTECH LITIGATION (0.3). |
| RAMLO K | 10/28/06 | 0.10 | FOLLOW-UP ON STATUS OF COMPANY REPORTING PROCEDURES FOR SETTLEMENTS (0.1). |
| RAMLO K | 10/30/06 | 2.50 | REVIEW AND ANALYZE SAMTECH PLEADINGS, MATERIALS AND CASE LAW (1.5); TELECONFERENCE WITH C. BROWN RE: SAMTECH (0.2); TELECONFERENCE WITH C. BROWN AND M. LOVETT RE: DISMISS AND RESOLUTION (0.2); CORRESPONDENCE WITH M. LOVETT RE: FURTHER HANDLING (0.1); TELECONFERENCE WITH P. TOTTIS RE: HUTZ MATTER (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 10/31/06 | 1.20 | ANALYSIS RE: AFFECT OF HUTZ LITIGATION ON LENDER SECURITY INTERESTS IN ESTATE (0.8); TELECONFERENCE WITH C. BROWN RE: SAMTECH DISMISSAL (0.1); REVIEW EMAIL FROM J. DELUCA RE: SAMTECH CLAIM (0.1); REVIEW AND COMMENT ON PROPOSED DISMISSAL FROM M. LOVETT (0.2). |
| | | **14.20** | |
| **Total Counsel** | | **14.20** | |
| FERN BM | 10/03/06 | 2.30 | DRAFT SUMMARY OF TOLEDO PROFESSIONAL (PARKER) SUMMARY JUDGMENT OPINION (1.9); REVIEW HE SERVICES MOTION FOR LEAVE TO APPEAL (0.4). |
| FERN BM | 10/12/06 | 0.30 | ANALYZE ISSUES RE: SETTLEMENTS UNDER LIFT STAY PROCEDURES (0.3). |
| FERN BM | 10/13/06 | 0.80 | EMAILS TO/FROM D. SCHAEFER RE: FLEXTECH (0.3); ANALYZE ISSUES RE: PARKER (0.5). |
| FERN BM | 10/16/06 | 1.70 | TELECONFERENCE WITH J. DERIAN RE: FLEXTECH (0.3); RESEARCH RE: CONSTRUCTIVE TRUST (0.9); EMAIL TO J. DERIAN RE: PARKER (0.5). |
| FERN BM | 10/24/06 | 0.30 | TELECONFERENCE WITH R. KRACHT RE: PARKER AND FLEXTECH (0.3). |
| FERN BM | 10/25/06 | 0.30 | REVIEW EMAILS AND ATTACHMENTS FROM D. SCHAEFER RE: FLEXTECH (0.3). |
| | | **5.70** | |
| GRANT K | 10/02/06 | 5.20 | REVISED ANSWER TO THE SERVICES MOTION FOR LEAVE TO APPEAL (3.1); EMAIL AND CONFERENCES WITH K. RAMLO RE: SAME (0.8); PERFORMED RESEARCH RE: SAME (1.3). |
| GRANT K | 10/03/06 | 6.60 | CONTINUE RESEARCH RE: MOTION FOR LEAVE TO APPEAL OF H.E. SERVICES AND DRAFTED MEMORANDUM RE: SAME (3.2); REVISE ANSWER TO MOTION RE: SAME (3.4). |
| GRANT K | 10/05/06 | 1.80 | REVISE ANSWER TO MOTION FOR LEAVE TO APPEAL OF H.E. SERVICES (1.8). |
| GRANT K | 10/06/06 | 0.30 | ATTENTION TO FILING ANSWER TO H.E. SERVICES MOTION FOR LEAVE TO APPEAL (0.3). |
| GRANT K | 10/10/06 | 4.60 | CONTINUE ATTENTION TO FILING ANSWER TO H.E. SERVICES MOTION (1.3); REVISE ANSWER (2.2); RESEARCH RE: PROCEDURAL MATTERS RE: SAME (1.1). |
| | | **18.50** | |
| HOUSTON BM | 10/04/06 | 2.30 | CONSIDER ISSUES RE: APPLICATION OF LIFT STAY PROCS. (2.3). |
| HOUSTON BM | 10/05/06 | 1.80 | REVISE SETTLEMENT LANGUAGE (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOUSTON BM | 10/11/06 | 4.40 | CONTINUE TO EVALUATE APPLICATION OF LIFT STAY PROCEDURES (3.4); RESEARCH ISSUES RE: SAME (0.8); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.2). |
| HOUSTON BM | 10/12/06 | 2.20 | CONTINUE EVALUATING SETTLEMENT (2.2). |
| HOUSTON BM | 10/13/06 | 2.50 | CONTINUE ANALYZING ISSUES RE: SETTLEMENT AGREEMENT (2.5). |
| HOUSTON BM | 10/30/06 | 8.80 | RESEARCH ISSUES RE: SAMTECH MATTER, 362(A)(1), AND REMOVAL (3.8); TELECONFERENCE WITH P. TOTTIS RE: HUTZ MATTER (0.4); TELECONFERENCE WITH J. MCDONALD RE: LIFT STAY PROCEDURES REPORTING (0.2); BEGIN STRATEGIZING RE: HUTZ MATTER (2.6); TELECONFERENCE WITH P. TOTTIS RE: HUTZ MATTER (0.5); BEGIN RESEARCHING ISSUES RE: SAME (1.3). |
| HOUSTON BM | 10/31/06 | 9.90 | CONTINUE EVALUATING HUTZ MATTER (3.8); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.5); TELECONFERENCE WITH P. TOTTIS, S. KING RE: SAME (1.0); BEGIN RESEARCHING 541 ISSUES RE: SAME (4.6). |
| | | 31.90 | |
| **Total Associate** | | 56.10 | |
| ~~ZSOLDOS AF~~ | ~~10/25/06~~ | ~~1.90~~ | ~~PULL PLEADINGS AND DOCKET SHEETS RE: REMOVAL PAPERS IN SDNY BANKRUPTCY AND TEXAS CIVIL COURTS (1.6); EMAIL CORRESPONDENCE RE: SAME (0.2); TELEPHONE CORRESPONDENCE RE: SAME (0.1).~~ |
| | | ~~1.90~~ | |
| ~~Total Legal Assistant~~ | | ~~1.90~~ | |
| **TOTAL TIME** | | <u>75.90</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/06
Automatic Stay (Relief Actions)                            Bill Number: 1132369

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.61 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.12 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.12 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.15 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Westlaw | 10/02/06 | Grant K | 137.60 |
| Westlaw | 10/03/06 | Grant K | 107.40 |
| Westlaw | 10/05/06 | Grant K | 4.07 |
| Westlaw | 10/30/06 | Houston BM | 274.20 |
| Westlaw | 10/31/06 | Houston BM | 103.73 |
| | | **TOTAL WESTLAW** | **$627.00** |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 48.76 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 0.24 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$49.00** |
| Printing to paper from TIF | 10/23/06 | Copy Center, D | 10.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$10.00** |
| Wireless - Mobile/Cellular/Pager | 07/15/06 | Meisler RE | 7.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$7.00** |
| | | **TOTAL MATTER** | **$696.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 01/10/07
Automatic Stay (Relief Actions)                          Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAMLO K | 11/01/06 | 0.10 | REVIEW DRAFT LIFT STAY PROCEDURES REPORT (0.1). |
| RAMLO K | 11/03/06 | 0.70 | ANALYZE CORRESPONDENCE FROM P. TOTTIS RE: HUTZ TRIAL AND INSURANCE ARRANGEMENTS (0.2); RESEARCH RE: AFFECT OF PROPOSED INSURER SETTLEMENT ON ESTATE ASSETS (0.5). |
| RAMLO K | 11/08/06 | 0.40 | ANALYSIS RE: RESPONDING TO VARIOUS LAWSUITS AGAINST EMPLOYEES (0.4). |
| RAMLO K | 11/10/06 | 2.20 | REVIEW NOTICE OF FILING AND CORRESPONDENCE FROM GROCE RE: LIFT STAY PROCEDURES SETTLEMENT AND REVIEW FILE MATERIALS (0.7); TELECONFERENCE WITH J. PAPELIAN AND P. NEWTON RE: BANKRUPTCY COURT FILING BY GROCE (0.1); TELECONFERENCE WITH P. NEWTON AND L. MILLIKEN RE: GROCE SETTLEMENT (0.6); CHECK ON STATUS OF COMPANY'S APPROVAL OF FORM SETTLEMENT AGREEMENT (0.4); TELECONFERENCE WITH P. NEWTON RE: REVISIONS TO SAME (0.4). |
| RAMLO K | 11/11/06 | 0.30 | TELECONFERENCE WITH L. MILLIKEN RE: GROCE SETTLEMENT (0.3). |
| RAMLO K | 11/13/06 | 0.20 | REVIEW AND COMMENT ON REVISIONS TO LIFT STAY PROCEDURES FORM SETTLEMENT AGREEMENT (0.2). |
| RAMLO K | 11/14/06 | 1.10 | CORRESPONDENCE WITH J. PAPELIAN AND P. NEWTON RE: FORM SETTLEMENT AGREEMENT (0.2); FOLLOW-UP ON STATUS OF GROCE SETTLEMENT (0.1); RESEARCH RE: RELEASE OF THIRD-PARTY LIENS AND REVISE SETTLEMENT AGREEMENT (0.5); FOLLOW-UP ON HUTZ MATTER AND RESPONSE TO PROGRESSIVE (0.2); REVIEW CORRESPONDENCE FROM L. MILLIKEN RE: GROCE SETTLEMENT (0.1). |
| RAMLO K | 11/15/06 | 1.90 | REVIEW AND COMMENT ON FORM SETTLEMENT AGREEMENT (0.4); REVIEW HUTZ DOCUMENTS, FURTHER ANALYSIS OF STRATEGY AND RESPONSE TO PROGRESSIVE REQUEST (1.3); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.2). |
| RAMLO K | 11/16/06 | 0.40 | REVIEW AND ANALYZE CLARION STATE-COURT ACTION (0.4). |
| RAMLO K | 11/17/06 | 0.50 | FURTHER ANALYSIS OF RESPONSE TO INSURER IN HUTZ MATTER (0.3); CHECK ON STATUS OF GROCE SETTLEMENT (0.1); CHECK CIRCULATION OF FORM SETTLEMENT AGREEMENT (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 11/20/06 | 1.00 | TELECONFERENCE WITH C. BROWN RE: SAMTECH DISMISSAL (0.2); REVISE CORRESPONDENCE TO ACE INSURANCE RE: SETTLEMENTS (0.2); REVIEW DRAFT QUARTERLY REPORT FROM J. MCDONALD (0.1); REVIEW STATUS OF GROCE SETTLEMENT (0.2); CORRESPONDENCE TO D. WHITEFIELD, C. RIBAS AND J. PAPELIAN RE: DISMISSAL OF HERNANDEZ MATTER (0.3). |
| RAMLO K | 11/21/06 | 2.50 | REVIEW CORRESPONDENCE AND DISMISSAL FROM D. WHITEFIELD AND C. RIBAS (0.3); TELECONFERENCE WITH H. BAER RE: GROCE SETTLEMENT (0.1); CORRESPONDENCE WITH J. PAELIAN RE: HERNANDEZ DISMISSAL (0.1); CONTINUE REVIEW OF DOCUMENTS AND FURTHER ANALYSIS OF HUTZ CLAIM AND INSURER'S REQUEST FOR CONTRIBUTION (1.8); CHECK ON STATUS OF SAMTECH ACTION (0.2). |
| RAMLO K | 11/22/06 | 4.90 | REVIEW MEMORANDUM OF COSTS AND NOTICE OF DISMISSAL OF HERNANDEZ MATTER (0.2); REVIEW INSURANCE POLICIES AND FINANCING DOCUMENTS PERTAINING TO HUTZ MATTER (2.0); REVIEW SAMTECH DISMISSAL (0.1); FURTHER REVIEW AND ANALYSIS OF CLARION COMPLAINT, PROOF OF CLAIM AND RELATED MATERIALS (2.6). |
| RAMLO K | 11/27/06 | 2.20 | REVIEW RESPONSE FILED BY H.E. SERVICE AND R. BACKIE (0.2); REVIEW STATUS OF LIST STAY PROCEDURES REPORTING (0.3); FURTHER REVIEW OF DOCUMENTS AND STRATEGY RE: CLARION LAWSUIT (1.7). |
| RAMLO K | 11/28/06 | 4.30 | WORK ON CLARION STRATEGY AND RESEARCH RE: REMOVAL AND INJUNCTIVE RELIEF (3.3); TELECONFERENCE WITH C. BROWN, J. BOCKEMAN, AND R. CHANEY RE: CLARON (0.8); REVIEW WACHVIA MOTION (0.2). |
| | | **22.70** | |
| **Total Counsel** | | **22.70** | |
| HOUSTON BM | 11/01/06 | 9.20 | CONTINUE STRATEGIZING RE: HUTZ MATTER (5.8); BEGIN RESEARCHING ISSUES RE: LC AND SAME (3.4). |
| HOUSTON BM | 11/02/06 | 8.30 | CONTINUE RESEARCHING ISSUES RE: HUTZ MATTER AND LC (3.1); CONTINUED LEGAL ANALYSIS RE: SAME (5.2). |
| HOUSTON BM | 11/03/06 | 5.30 | CONTINUE LEGAL ANALYSIS RE: HUTZ MATTER (5.3). |
| HOUSTON BM | 11/06/06 | 4.10 | BEGIN ANALYZING AUTOMATIC STAY ISSUES RE: BUILDING MATERIALS MATTER (4.1). |
| HOUSTON BM | 11/07/06 | 5.70 | CONTINUE ANALYZING LC AND INSURANCE ISSUES RE: HUTZ MATTER (3.8); BEGIN LEGAL REVIEW AND ANALYSIS OF: DUFFETT MATTER (1.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOUSTON BM | 11/08/06 | 7.90 | CONTINUE ANALYZING LIFT STAY ISSUES RE: DUFFETT MATTER (2.3); CONTINUE STRATEGIZING RE: BUILDING MATERIALS MATTER (3.0); CONTINUE RESEARCHING LC AND INSURANCE ISSUES RE: HUTZ MATTER (2.6). |
| HOUSTON BM | 11/09/06 | 4.30 | CONTINUE LEGAL ANALYSIS RE: HUTZ MATTER (3.3); CONTINUE ANALYZING ISSUES RE: BUILDING MATERIALS MATTER (1.0). |
| HOUSTON BM | 11/10/06 | 4.10 | CONTINUE LEGAL ANALYSIS RE: DUFFETT MATTER (1.2); TELECONFERENCE WITH W. TELGEN RE: SAME (0.3); BEGIN ANALYZING ISSUES RE: SUBMISSION IN GROCE MATTER (2.6). |
| HOUSTON BM | 11/13/06 | 7.20 | CONTINUE LEGAL ANALYSIS RE: GROCE MATTER (3.8); REVISE FORM SETTLEMENT AGREEMENT (3.4). |
| HOUSTON BM | 11/14/06 | 10.60 | CONTINUE REVISING FORM SETTLEMENT AGREEMENT (4.7); CONTINUE ANALYZING ISSUES RE: SAME (1.8); CONTINUE LEGAL ANALYSIS RE: GROCE MATTER (4.1). |
| HOUSTON BM | 11/15/06 | 9.10 | CONTINUE REVISING FORM AGREEMENT (4.8); CONTINUE LEGAL ANALYSIS RE: SAME (1.9); CONTINUE ANALYZING ISSUES RE: HUTZ MATTER (2.4). |
| HOUSTON BM | 11/16/06 | 8.50 | CONTINUE LEGAL ANALYSIS RE: HUTZ MATTER (4.3); TELECONFERENCE WITH P. TOTTIS & W. TELGEN RE: SAME (0.3); CONTINUE ANALYZING LC AND INSURANCE ISSUES RE: SAME (3.9). |
| HOUSTON BM | 11/17/06 | 5.90 | TELECONFERENCE WITH P. TOTTIS, K. SCHAFER, AND W. EUSTACE RE: HUTZ MATTER (0.9); CONTINUE ANALYZING LC AND INSURANCE ISSUES RE: SAME (3.8); CONTINUE REVIEW OF SETTLEMENT AGREEMENT (1.2). |
| HOUSTON BM | 11/20/06 | 3.70 | CONTINUE ANALYSIS RE: SETTLEMENT AGREEMENT (1.2); CONTINUE ANALYZING LC AND INSURANCE ISSUES RE: HUTZ MATTER (2.2); CONTINUE TO REVIEW APPLICATION OF LIFT STAY PROCEDURES (0.3). |
| HOUSTON BM | 11/21/06 | 2.10 | CONTINUE REVIEW OF HUTZ MATTER (1.3); CONTINUE ANALYZING INSURANCE ISSUES RE: DUFFETT MATTER (0.8). |
| HOUSTON BM | 11/22/06 | 4.40 | CONTINUE REVIEW OF HUTZ MATTER (2.8); CONTINUE ANALYZING ISSUES RE: BUILDING MATERIALS MATTER (0.6); CONTINUE REVIEW OF DUFFETT MATTER (1.0). |
| HOUSTON BM | 11/27/06 | 6.30 | BEGIN REVIEWING CADENCE MOTIONS (4.8); BEGIN ANALYZING LIFT STAY ISSUES RE: SAME (1.2); CONTINUE REVIEW OF GROCE MATTER (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOUSTON BM | 11/28/06 | 5.80 | SUPERVISE PREPARATION OF QUARTERLY REPORT (0.8); LEGAL ANALYSIS RE: GROCE MATTER (1.6); CONTINUE ANALYSIS OF CADENCE MOTIONS (3.4). |
| HOUSTON BM | 11/29/06 | 8.40 | CONTINUE REVIEW OF GROCE MATTER (1.0); BEGIN RESEARCHING ISSUES RE: CADENCE MOTIONS (2.3); BEGIN DRAFTING MEMO RE: SAME (3.1); CONTINUE LEGAL REVIEW RE: SAME (2.0). |
| HOUSTON BM | 11/30/06 | 6.10 | CONTINUE TO REVIEW GROCE MATTER (0.3); CONTINUE RESEARCHING ISSUES RE: CADENCE MOTIONS (1.6); CONTINUE DRAFTING MEMO RE: SAME (2.5); CONTINUE LEGAL ANALYSIS RE: SAME (1.0); REVISE MEMO (0.7). |
| | | 127.00 | |
| **Total Associate** | | **127.00** | |
| ROSEN R | 11/29/06 | 1.10 | MONITOR CASE DOCKET, INCOMING PLEADINGS, CORRESPONDENCE AND FORWARD WACHOVIA BANK AUTOMATIC STAY MOTION TO PROCEED WITH MISSISSIPPI LITIGATION TO TEAM ATTORNEYS (0.6); UPDATE TASK LIST, 1/11/07 MOTIONS/OBJECTIONS SUMMARY CHART RE: SAME (0.5). |
| | | 1.10 | |
| **Total Legal Assistant** | | **1.10** | |
| **TOTAL TIME** | | **150.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 01/10/07
Automatic Stay (Relief Actions)                               Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/15/06 | Lyons JK | -1,274.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$-1,274.00** |
| In-house Reproduction | 11/10/06 | Copy Center, D | 265.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$265.00** |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 3.05 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 3.61 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.26 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$7.00** |
| Westlaw | 11/01/06 | Houston BM | 91.79 |
| Westlaw | 11/03/06 | Houston BM | 28.94 |
| Westlaw | 11/29/06 | Ramlo K | 264.67 |
| Westlaw | 11/30/06 | Houston BM | 64.60 |
| | | **TOTAL WESTLAW** | **$450.00** |
| Vendor Hosted Telecon-ferencing | 09/28/06 | Premiere Global Services | 34.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$34.00** |
| Messengers/ Courier | 11/24/06 | Straightline Courier | 33.55 |
| Messengers/ Courier | 11/24/06 | Straightline Courier | 31.45 |
| | | **TOTAL MESSENGERS/ COURIER** | **$65.00** |
| Outside Re-search/Internet Services | 10/05/06 | Pacer Service Center | 12.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$12.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL MATTER | $-441.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/31/07
Automatic Stay (Relief Actions)                    Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 12/20/06 | 1.10 | REVIEW AND COMMENT TO CADENCE RESPONSE AND DEVELOPED STRATEGIES (1.1). |
| LYONS JK | 12/30/06 | 1.50 | REVIEW AND EDITED CADENCE LIFT STAY RESPONSE (1.5). |
| | | 2.60 | |
| Total Partner | | 2.60 | |
| RAMLO K | 12/01/06 | 0.70 | FURTHER ANALYSIS REGARDING FACTS AND LAW WITH RESPECT TO CLARION STATE COURT LAWSUIT (0.3); FOLLOW UP ON STATUS OF GROCE SETTLEMENT (0.1); REVIEW P. TOTTIS CORRESPONDENCE TO COUNSEL FOR PROGRESSIVE INSURANCE REGARDING HUTZ STATE COURT LAWSUIT (0.2); REVIEW DRAFT LIFT STAY PROCEDURES REPORT (0.1). |
| RAMLO K | 12/04/06 | 4.30 | FURTHER RESEARCH REGARDING STAY OF CLARION LAWSUIT, REVIEW AND REVISE DRAFT NOTICE OF REMOVAL OF CLARION LAWSUIT, DRAFT TEMPORARY RESTRAINING ORDER, AND DRAFT PRELIMINARY INJUNCTION (2.1); EXCHANGE CORRESPONDENCE WITH C. BROWN REGARDING REMOVAL AND EXTENSION OF TIME TO PLEAD (0.6); REVIEW COMPANY CORRESPONDENCE REGARDING DATA ON CLARION DISPUTE (0.2); REVIEW STATUS OF SAMTECH LAWSUIT (0.2); REVIEW AND ANALYZE STAY-RELIEF AND ADMINISTRATIVE CLAIM MOTIONS FILED BY CADENCE (0.8); ANALYSIS REGARDING HANDLING OF BUILDING MATERIALS STATE COURT LAWSUIT (0.4). |
| RAMLO K | 12/05/06 | 1.80 | REVIEW CORRESPONDENCE FROM C. BROWN REGARDING REMOVAL OF CLARION ACTION, CLARION RESPONSE TO CLAIMS OBJECTION AND CLARION PROOF OF CLAIM, AND REVIEW AND COMMENT ON REVISED REMOVAL PAPERS AND DRAFT COMPLAINT TO ENJOIN LAWSUIT (0.9); REVIEW AND COMMENT ON DRAFT OBJECTION TO CADENCE MOTIONS (0.3); ANALYSIS REGARDING SETTLEMENT OF DUFFETT PERSONAL INJURY MATTER (0.5); CORRESPONDENCE WITH C. RIBAS REGARDING HERNANDEZ DISMISSAL (0.1). |
| RAMLO K | 12/06/06 | 1.10 | ANALYZE DISCOVERY ISSUE ARISING OUT OF TIRGUIT STATE COURT LITIGATION (0.4); REVIEW DATA ON CLARION CLAIM AND STRATEGY REGARDING RESPONDING TO CLARION LAWSUIT (0.5); ANALYSIS REGARDING DUFFETT CLAIM (0.2). |
| RAMLO K | 12/07/06 | 0.30 | REVISE LETTER TO TIRCUIT DISCOVERY ISSUE (0.2); REVIEW STATUS OF CLARION DATA (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 12/08/06 | 0.20 | CORRESPONDENCE WITH L. MILLIKEN REGARDING GROCE SETTLEMENT (0.2). |
| RAMLO K | 12/10/06 | 0.50 | REVIEW CLARION MATERIALS ON WHEN CLAIM AROSE AND REVISE DRAFT REMOVAL PAPERS (0.5). |
| RAMLO K | 12/11/06 | 3.20 | REVIEW ADDITIONAL DATA ON CLARION CLAIM FROM R. CHANEY (0.2); REVIEW RECLAMATION DEMAND, REVISE NOTICE OF REMOVAL AND RELATED PLEADINGS, REVISE COMPLAINT TO ENJOIN STATE COURT LAWSUIT, AND UPDATE STRATEGY REGARDING MOTION TO ENJOIN STATE COURT LAWSUIT (3.0). |
| RAMLO K | 12/12/06 | 2.40 | FURTHER REVISIONS TO REMOVAL PAPERS AND FURTHER ANALYSIS OF CONTRACT DISPUTE WITH CLARION (2.2); CORRESPONDENCE WITH C. BROWN REGARDING JURY TRIAL RIGHTS (0.2). |
| RAMLO K | 12/13/06 | 1.10 | REVIEW ORDER ADMINISTRATIVELY CLOSING CLARION STATE COURT LAWSUIT, AND REVIEW AND COMMENT ON REMOVAL PAPERS AND SUPERVISE SERVICE AND FILING THEREOF (0.8); TELECONFERENCE WITH C. BROWN REGARDING SAME (0.2); CORRESPONDENCE WITH M. MCCRORY REGARDING MEETING ON CALRION ISSUES (0.1). |
| RAMLO K | 12/14/06 | 0.70 | CORRESPONDENCE TO L. MILLIKEN REGARDING GROCE SETTLEMENT (0.1); CORRESPONDENCE WITH J. PAPELIAN REGARDING THREE STATE COURT LAWSUITS, REVIEW COMPLAINTS AND RELATED CORRESPONDENCE, AND ARRANGE FOR FILING OF SUGGESTIONS OF BANKRUPTCY (0.6). |
| RAMLO K | 12/15/06 | 0.70 | SUPERVISE REMOVAL OF CLARION STATE COURT LAWSUIT AND REVIEW INFORMATION ON ASSIGNED JUDGE (0.4); CORRESPONDENCE WITH C. BROWN REGARDING SAME (0.1); CORRESPONDENCE TO M. MCCRORY REGARDING REMOVAL (0.2). |
| RAMLO K | 12/18/06 | 1.70 | REVIEW DISMISSAL OF CARDWELL LAWSUIT (0.2); ANALYSIS REGARDING BUILDING MATERIALS HOLDING LAWSUIT (0.1); TELECONFERENCE WITH C. BROWN REGARDING CLARION LAWSUIT (0.2); STRATEGY REGARDING STAY AND SETTLEMENT OF SAME (0.9); REVIEW STATE COURT DOCKETS FOR BELT AND LEDFORD LAWSUITS AND CORRESPONDENCE TO J. PAPELIAN REGARDING SAME (0.3). |
| RAMLO K | 12/19/06 | 1.10 | REVISE PROPOSED STIPULATION STAYING CLARION STATE COURT LAWSUIT AND REVISE DRAFT ANSWER TO COMPLAINT (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 12/20/06 | 2.00 | FURTHER REVISE PROPOSED STIPULATION TO STAY CLARION LAWSUIT AND CORRESPONDENCE TO C. BROWN AND M. MCCRORY REGARDING SAME (1.5); TELECONFERENCE WITH M. MCCRORY, M. HULKA AND C. BROWN REGARDING SAME AND POTENTIAL FOR SETTLEMENT (0.5). |
| RAMLO K | 12/21/06 | 1.50 | REVIEW AND COMMENT ON REVISED STIPULATION TO STAY CLARION LAWSUIT FROM M. HULKA, RESEARCH REGARDING LOCAL RULE REQUIREMENTS, AND REVIEW PLEADINGS FILED IN CLARION FEDERAL ACTION (1.5). |
| RAMLO K | 12/22/06 | 0.40 | REVISE PROPOSED STIPULATION TO STAY CLARION LAWSUIT, CORRESPONDENCE WITH M. HULKA REGARDING SAME, AND ARRANGE FOR LODGING OF STIPULATION (0.4). |
| RAMLO K | 12/26/06 | 0.10 | REVIEW KOCERA SETOFF MOTION (0.1). |
| RAMLO K | 12/27/06 | 0.80 | REVIEW CORRESPONDENCE AND ANALYZE RESPONSE TO WHITNEY REQUEST FOR INSURANCE POLICIES (0.8). |
| | | **24.60** | |
| **Total Counsel** | | **24.60** | |
| FERN BM | 12/06/06 | 1.00 | REVIEW TRANSCRIPT REGARDING O'NEILLS' MOTION (0.3); EMAIL TO R. MENAKER REGARDING O'NEILLS MOTION (0.3); EMAILS TO/FROM J. DERIAN REGARDING O'NEILLS (0.4). |
| FERN BM | 12/07/06 | 1.20 | REVIEW FACTS REGARDING WACHOVIA LIFT STAY MOTION (0.3); EMAILS TO/FROM A. HALL REGARDING O'NEILLS (0.4); REVIEW WACHOVIA LIFT STAY MOTION (0.5). |
| FERN BM | 12/08/06 | 0.60 | ANALYZE ISSUES REGARDING WACHOVIA LIFT STAY MOTION (0.6). |
| FERN BM | 12/11/06 | 4.30 | RESEARCH REGARDING WACHOVIA AND ALLEGED CLAIM AGAINST DELPHI (0.4); RESEARCH REGARDING EXTENSION OF STAY (3.0); SUMMARY REGARDING WACHOVIA CLAIM (0.6); DISCUSSED ISSUES REGARDING LIFT STAY MOTIONS (0.3). |
| FERN BM | 12/13/06 | 0.20 | EMAILS TO/FROM A. HALL REGARDING O'NEILLS MOTION TO LIFT STAY (0.2). |
| FERN BM | 12/14/06 | 0.20 | REVIEW LETTER FILED WITH COURT REGARDING O'NEILLS (0.2). |
| FERN BM | 12/19/06 | 0.20 | EMAIL TO J. DERIAN REGARDING O'NEILLS (0.2). |
| | | **7.70** | |
| HOUSTON BM | 12/01/06 | 3.70 | CONTINUE RESEARCHING ISSUES REGARDING CADENCE MOTIONS (1.4) BEGIN DRAFTING OBJECTION REGARDING SAME (2.3). |

B43E

| | | | |
|---|---|---|---|
| HOUSTON BM | 12/02/06 | 3.40 | CONTINUE RESEARCHING LIFT STAY ISSUES REGARDING CADENCE MOTIONS (1.1); CONTINUE DRAFTING OBJECTION REGARDING SAME (2.3). |
| HOUSTON BM | 12/03/06 | 6.40 | CONTINUE RESEARCHING LIFT STAY ISSUES REGARDING CADENCE MOTIONS (3.4); CONTINUE DRAFTING OBJECTION REGARDING SAME (3.0). |
| HOUSTON BM | 12/04/06 | 8.10 | CONTINUE DRAFTING OBJECTION REGARDING CADENCE MOTIONS (5.8); BEGIN REVISING OBJECTION (2.3). |
| HOUSTON BM | 12/05/06 | 4.10 | CONTINUE REVISING OBJECTION (4.1). |
| HOUSTON BM | 12/06/06 | 4.60 | CONTINUE ANALYZING ISSUE REGARDING DUFFETT AND BUILDING MATERIALS MATTERS (4.6). |
| HOUSTON BM | 12/18/06 | 5.10 | CONTINUE TO EVALUATE CADENCE MOTIONS (3.2); CONTINUE DRAFTING OBJECTION (1.9). |
| HOUSTON BM | 12/19/06 | 9.80 | CONTINUE TO EVALUATE CADENCE MOTIONS (2.5); BEGIN REVISING OBJECTION REGARDING SAME (7.3). |
| HOUSTON BM | 12/20/06 | 2.60 | CONTINUE REVISING OBJECTION (2.6). |
| HOUSTON BM | 12/21/06 | 3.40 | REVIEW DECISION REGARDING CADENCE MATTER (3.4). |
| HOUSTON BM | 12/22/06 | 3.40 | CONTINUE TO EVALUATE CADENCE MATTER (3.2); TELECONFERENCE WITH D. CONNOLLY REGARDING SAME (0.2). |
| HOUSTON BM | 12/27/06 | 5.80 | CONTINUE TO EVALUATE CADENCE MATTER (1.3); CONTINUE TO REVISE OBJECTION (4.5). |
| HOUSTON BM | 12/28/06 | 5.60 | CONTINUE REVISING OBJECTION (2.1); CONTINUE TO EVALUATE SAME (3.5). |
| HOUSTON BM | 12/29/06 | 3.80 | CONTINUE REVISING OBJECTION (3.8). |
| HOUSTON BM | 12/30/06 | 0.80 | REVIEW EDITS TO OBJECTION (0.8). |
| | | **70.60** | |
| MEISLER RE | 12/01/06 | 2.50 | REVIEW MOTIONS AND SUPPORTING DOCUMENTS FILED BY CADENCE (2.0); TELECONFERENCE WITH W. CONSNOWSKI REGARDING SAME (0.4); DRAFT NOTES TO FILE REGARDING SAME (0.1). |
| MEISLER RE | 12/04/06 | 0.30 | DRAFT CORRESPONDENCE REGARDING CADENCE MOTIONS (0.3). |
| MEISLER RE | 12/06/06 | 0.90 | REVIEW ORDER SUBMITTED BY O'NEILL (0.2); DRAFT INTERNAL CORRESPONDENCE REGARDING SAME (0.1); REVIEW TIRCUIT V. GM AND RELATED DISCOVERY REQUEST (0.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 12/07/06 | 2.00 | REVIEW AND ANALYZE DISCOVERY REQUEST AND IMPLICATION OF STAY REGARDING TIRCUIT V. GM (0.5); TELECONFERENCE WITH J. DERIAN REGARDING SAME (0.2); REVIEW RESEARCH REGARDING SAME (0.8); REVIEW AND EDIT CORRESPONDENCE REGARDING SAME (0.2); DRAFT CORRESPONDENCE TO J. DERIAN REGARDING SAME (0.3). |
| MEISLER RE | 12/08/06 | 1.50 | REVIEW CADENCE MOTION TO LIFT STAY (0.2); PREPARE FOR TELECONFERENCE WITH M. BODIN REGARDING TIRCUIT LITIGATION (0.3); TELECONFERENCE WITH M. BODIN REGARDING SAME (0.7); REVIEW WRITTEN ANALYSIS REGARDING SAME (0.3). |
| MEISLER RE | 12/11/06 | 0.30 | REVIEW CORRESPONDENCE REGARDING WACHOVIA LIFT STAY (0.1); REVIEW AND RESPOND TO CORRESPONDENCE REGARDING TIRCUIT LITIGATION (0.2). |
| MEISLER RE | 12/14/06 | 0.30 | REVIEW AND EDIT CORRESPONDENCE REGARDING TIRCUIT (0.3). |
| MEISLER RE | 12/18/06 | 0.50 | WORK ON OBJECTION TO CADENCE MOTIONS (0.5). |
| MEISLER RE | 12/19/06 | 2.70 | DRAFT CORRESPONDENCE WITH W. COSNOWSKI REGARDING OBJECTIONS TO CADENCE MOTIONS (0.1); REVIEW CADENCE MOTION TO LIFT STAY AND EXHIBITS (0.6); BEGIN TO REVIEW AND REVISE CADENCE OBJECTION (1.8); REVIEW JEFFERIES AFFIDAVIT REGARDING SAME (0.1) AND DRAFT CORRESPONDENCE REGARDING SAME (0.1). |
| MEISLER RE | 12/20/06 | 0.60 | CONTINUE TO REVIEW AND EDIT OBJECTION TO CADENCE LIFT STAY MOTION (0.6). |
| MEISLER RE | 12/21/06 | 0.40 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING CADENCE (0.1); REVIEW RESPONSES TO CLAIMS OBJECTIONS REQUESTING TO LIFT STAY (0.3). |
| | | **12.00** | |
| PERL MW | 12/04/06 | 5.10 | BEGIN RESEARCH REGARDING ISSUES RELATED TO WAIVER OF THE AUTOMATIC STAY (5.1). |
| PERL MW | 12/05/06 | 6.10 | CONTINUE TO RESEARCH ISSUES REGARDING WAIVER OF AUTOMATIC STAY (4.8); DRAFT SUMMARY REGARDING SAME, INCLUDING POTENTIAL RAMIFICATIONS (1.3). |
| PERL MW | 12/06/06 | 0.30 | CONSIDER ISSUES RELATING TO DISCOVERY AND THE AUTOMATIC STAY (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 12/07/06 | 13.90 | BEGIN RESEARCH REGARDING AUTOMATIC STAY AND PURSUING DISCOVERY (5.9); DRAFT SUMMARY OF SAME (1.3) AND REVIEW AND REVISE SAME FOR CIRCULATION (0.6); FOLLOW UP RESEARCH REGARDING SAME (4.2); TELECONFERENCE WITH J. DERIAN REGARDING SAME (0.2); REVIEW CORRESPONDENCE AND OPINION REGARDING STRANEY LITIGATION (0.4); TELECONFERENCE WITH F. KUPLIKI AND B. SAX REGARDING STRANEY LITIGATION (0.4); DRAFT CORRESPONDENCE REGARDING SAME (0.6); PREPARE FORM LETTER REGARDING DISMISSAL OF CASE FOR VIOLATION OF AUTOMATIC STAY (0.3). |
| --- | --- | --- | --- |
| PERL MW | 12/08/06 | 2.70 | FOLLOW UP RESEARCH REGARDING DISCOVERY AND THE AUTOMATIC STAY (1.1); TELECONFERENCE WITH M. BODIN REGARDING SAME (0.7) AND FOLLOW UP CONSIDERATION REGARDING SAME (0.2); RESEARCH SECOND CIRCUIT CASE LAW REGARDING EXECUTORY CONTRACTS IN CONNECTION WITH PENDING STATE COURT ACTION AND POTENTIAL LIFT STAY PROCEEDING (0.7). |
| PERL MW | 12/11/06 | 0.40 | FOLLOW UP RESEARCH REGARDING AUTOMATIC STAY AND NOTICE OF BAR DATE (0.4). |
| PERL MW | 12/12/06 | 0.40 | FOLLOW UP RESEARCH REGARDING AUTOMATIC STAY AND BAR DATE (0.4). |
| PERL MW | 12/18/06 | 0.20 | CORRESPOND WITH B. SAX REGARDING STRANEY V. GM LITIGATION (0.1); PROVIDE SUMMARY TO WORKING GROUP REGARDING SAME (0.1). |
| | | **29.10** | |

**Total Associate**          **119.40**

| ROSEN R | 12/18/06 | 0.60 | MONITOR CASE DOCKET, COMPILE AND REVIEW ENTERED O'NEILL AUTOMATIC STAY ORDER (0.3); REVIEW SPECIAL PARTIES SERVICE LIST, SERVICE, COMPLETION OF SAME WITH E. GERSHBEIN, KCC (0.3). |
| --- | --- | --- | --- |
| ROSEN R | 12/22/06 | 1.10 | MONITOR CASE DOCKET, COMPILE AND FORWARD KYOCERA AUTOMATIC STAY MOTION TO TEAM ATTORNEYS (0.7); UPDATE TASK LIST, 1/12 OMNIBUS HEARING MOTION/OBJECTION SUMMARY CHART REGARDING SAME (0.4). |
| | | **1.70** | |

**Total Legal Assistant**      **1.70**

**TOTAL TIME**          <u>**148.30**</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/07
Automatic Stay (Relief Actions)                             Bill Number: 1147919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/05/06 | Copy Center, D | 18.68 |
| In-house Reproduction | 12/05/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 12/08/06 | Copy Center, D | 1.72 |
| In-house Reproduction | 12/12/06 | Copy Center, D | 31.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$52.00** |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 3.24 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 3.89 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.42 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.21 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.24 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$8.00** |
| Lexis/Nexis | 12/11/06 | Fern BM | 242.00 |
| | | **TOTAL LEXIS/NEXIS** | **$242.00** |
| Westlaw | 12/04/06 | Perl MW | 240.34 |
| Westlaw | 12/04/06 | Houston BM | 62.73 |
| Westlaw | 12/06/06 | Houston BM | 239.72 |
| Westlaw | 12/07/06 | Perl MW | 275.95 |
| Westlaw | 12/08/06 | Perl MW | 59.20 |
| Westlaw | 12/11/06 | Fern BM | 36.63 |
| Westlaw | 12/11/06 | Perl MW | 42.74 |
| Westlaw | 12/11/06 | Ramlo K | 318.68 |
| Westlaw | 12/12/06 | Perl MW | 182.01 |
| | | **TOTAL WESTLAW** | **$1,458.00** |
| Vendor Hosted Telecon-ferencing | 12/21/06 | Conference Plus Inc. | 4.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 12/01/06 | Meisler RE | 733.01 |
| Out-of-Town Travel | 12/01/06 | Meisler RE | 39.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$773.00** |
| Messengers/ Courier | 12/10/06 | Comet Messenger Service | 132.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$132.00** |
| Out-of-Town Meals | 12/01/06 | Meisler RE | 28.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$28.00** |
| | | **TOTAL MATTER** | **$2,697.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Automatic Stay (Relief Actions)**

**Bill Date: 02/28/07**
**Bill Number: 1148705**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 01/05/07 | 2.10 | CADENCE MEET AND CONFER AND REVIEW OF RESPONSE (2.1). |
| LYONS JK | 01/10/07 | 3.50 | REVIEW OF CADENCE LIFT STAY REPLY, REVIEWED AND REVISED SCRIPT AND HEARING PREPARATION (3.5). |
| LYONS JK | 01/16/07 | 1.10 | CONFERENCE WITH W. COSNOWSKI REGARDING CADENCE LIFT STAY, REVIEW OF ORDER, NEXT STEPS, AND COMMENTS (1.1). |
| LYONS JK | 01/18/07 | 0.40 | REVIEW AND CHANGES TO CADENCE LIFT STAY ORDER (0.4). |
| LYONS JK | 01/19/07 | 0.50 | CADENCE LIFT STAY ORDER REVISIONS (0.5). |
| LYONS JK | 01/22/07 | 0.50 | REVIEW AND CHANGES TO CADENCE ORDERS (0.5). |
| | | **8.10** | |
| MARAFIOTI KA | 01/02/07 | 1.70 | REVIEW CADENCE INNOVATIONS MOTION FOR STAY RELIEF (0.2); APPLICATION FOR ADMINISTRATIVE CLAIM (0.2) AND DISTRICT COURT RULING (0.1); REVIEW AND REVISE DELPHI RESPONSE (1.2). |
| MARAFIOTI KA | 01/03/07 | 0.30 | CONTINUE TO WORK ON RESPONSE TO CADENCE STAY MOTION (0.3). |
| MARAFIOTI KA | 01/04/07 | 0.30 | FURTHER REVISIONS TO OBJECTION TO MOTION FOR STAY RELIEF (0.3). |
| | | **2.30** | |
| **Total Partner** | | **10.40** | |
| RAMLO K | 01/02/07 | 0.30 | REVIEW CORRESPONDENCE FROM L. MILLIKEN REGARDING GROCE SETTLEMENT (0.1); TELECONFERENCE WITH J. PAPELIAN REGARDING POST PETITION LITIGATION FILED IN DETROIT (0.2). |
| RAMLO K | 01/03/07 | 1.50 | REVIEW AND REVISE OMNIBUS OBJECTION TO CADENCE MOTIONS (1.5). |
| RAMLO K | 01/04/07 | 0.10 | REVIEW DRAFT LIST STAY PROCEDURES MONTHLY REPORT (0.1). |
| RAMLO K | 01/05/07 | 0.40 | REVIEW REVISED LIFT STAY PROCEDURES REPORT (0.1); REVIEW HEARING SCRIPT FOR CANDENCE MOTIONS (0.3). |
| RAMLO K | 01/10/07 | 0.50 | REVIEW AND ANALYZE CADENCE REPLIES (0.5). |
| RAMLO K | 01/11/07 | 0.30 | REVIEW CADENCE SCRIPT (0.3). |
| RAMLO K | 01/12/07 | 0.50 | ATTEND HEARING ON CADENCE STAY-RELIEF MOTION (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 01/16/07 | 1.30 | ANALYSIS REGARDING LIFT STAY PROCEDURES AS APPLIED TO CERTAIN CATEGORIES OF CLAIMS (0.8); ANALYSIS REGARDING PROPOSED ORDER REGARDING CADENCE MOTIONS (0.2); REVIEW CORRESPONDENCE TO TIMKEN SETOFF DEMAND AND CONFER WITH N. BERGER REGARDING SAME (0.3). |
| RAMLO K | 01/22/07 | 0.50 | REVIEW TOWER AUTOMOTIVE STAY-RELIEF MOTION (0.4); REVIEW CORRESPONDENCE FROM L. MILLIKEN REGARDING GROCE SETTLEMENT (0.1). |
| RAMLO K | 01/23/07 | 1.70 | REVIEW TOWER AUTOMOTIVE DOCUMENTS, ANALYSIS REGARDING STAY RELIEF MOTION AND RESEARCH REGARDING SAME (1.2); TELECONFERENCE WITH G. DICANZO (0.1); TELECONFERENCE AND EXCHANGE CORRESPONDENCE WITH M. MCELWEE (0.3); REVIEW CADENCE ORDERS (0.1). |
| RAMLO K | 01/24/07 | 1.50 | FURTHER ANALYSIS REGARDING TOWER AUTOMOTIVE MOTION AND PREPARE RECOMMENDATION REGARDING SAME (1.5). |
| RAMLO K | 01/25/07 | 0.30 | TELECONFERENCE WITH M. MCELWEE REGARDING STIPULATION RESOLVING TOWER STAY RELIEF MOTION (0.2); CONFER WITH N. BERGER REGARDING SUMIDA MOTION (0.1). |
| RAMLO K | 01/26/07 | 0.10 | REVIEW AND REVISE STIPULATION FROM TOWER AUTOMOTIVE (0.7); TELECONFERENCE WITH J. RESLER REGARDING SAME (0.1). |
| RAMLO K | 01/29/07 | 0.90 | REVISE TOWER STIPULATION (0.7); REVIEW SETOFF DEMANDS FROM SUMIDA AND SAAB (0.2). |
| RAMLO K | 01/31/07 | 0.20 | REVIEW REVISIONS TO TOWER STIPULATION (0.2). |
| | | **10.10** | |
| **Total Counsel** | | **10.10** | |
| HOUSTON BM | 01/02/07 | 9.20 | CONTINUE REVISING OBJECTION (9.2). |
| HOUSTON BM | 01/03/07 | 9.90 | EVALUATING OBJECTION (4.3); CONTINUE REVISING SAME (5.6). |
| HOUSTON BM | 01/04/07 | 6.30 | CONTINUE REVISING OBJECTION (5.5); DRAFT ORDER REGARDING SAME (0.8). |
| HOUSTON BM | 01/05/07 | 0.30 | TELECONFERENCE/MEET AND CONFER REGARDING OBJECTION WITH D. CONNOLLY (0.3). |
| HOUSTON BM | 01/08/07 | 7.10 | CONTINUE STRATEGIZING REGARDING OBJECTION (3.9); BEGIN DRAFTING DECL. REGARDING SAME (3.2). |
| HOUSTON BM | 01/09/07 | 7.30 | CONTINUE STRATEGIZING REGARDING OBJECTION (3.5); BEGIN ANALYSIS OF REPLY TO SAME (2.7); BEGIN REVISING DECL. REGARDING SAME (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOUSTON BM | 01/10/07 | 9.00 | CONTINUE ANALYSIS OF REPLY TO OBJECTION (3.8); CONTINUE REVISING DECL. REGARDING SAME (2.3); CONTINUE STRATEGIZING REGARDING SAME (2.9). |
|---|---|---|---|
| HOUSTON BM | 01/12/07 | 1.30 | CONTINUE REVISING ORDER REGARDING OBJECTION (1.3). |
| HOUSTON BM | 01/16/07 | 7.20 | REVISE ORDER REGARDING OBJECTION (0.4); STRATEGIZE REGARDING APPLICATION OF LIFT STAY PROCEDURES (4.7); ANALYZE DOCS REGARDING POTENTIAL TARGET FOR NEGOTIATION UNDER SAME (2.1). |
| HOUSTON BM | 01/17/07 | 6.10 | CONTINUE STRATEGIZING REGARDING APPLICATION OF LIFT STAY PROCS (4.8); REVIEW REVISED ORDER REGARDING OBJECTION (0.3); DRAFT ADDITIONAL ORDER REGARDING OBJECTION (1.0). |
| HOUSTON BM | 01/18/07 | 4.60 | CONTINUE EVALUATING APPLICATION OF LIFT STAY PROCEDURES (4.6). |
| HOUSTON BM | 01/19/07 | 3.70 | REVISE ORDER REGARDING OBJECTION (1.2); CONTINUE EVALUATING LIFT STAY PROCEDURES (2.5). |
| HOUSTON BM | 01/22/07 | 8.30 | BEGIN REVIEWING TOWER MOTION (3.2); REVIEW SETTLEMENT UNDER LIFT STAY PROCS. (0.2); CONTINUE ANALYZING APPLICATION OF LIFT STAY PROCS (4.9). |
| HOUSTON BM | 01/23/07 | 9.40 | CONTINUE ANALYSIS OF TOWER MOTION (2.3); BEGIN RESEARCHING ISSUES REGARDING 546(A) (5.8); REVIEW PROPOSED STIP (1.3). |
| HOUSTON BM | 01/24/07 | 6.20 | CONTINUE ANALYZING ISSUES REGARDING 546(A) (3.9); CONTINUE ANALYSIS OF TOWER MOTION (2.3). |
| HOUSTON BM | 01/25/07 | 3.10 | CONTINUE EVALUATING MOTION (2.4); BEGIN REVISING STIP (0.7). |
| HOUSTON BM | 01/26/07 | 4.10 | CONTINUE EVALUATING MOTION (2.8); CONTINUE REVISING STIP (1.3). |
| HOUSTON BM | 01/29/07 | 4.70 | CONTINUE TO EVALUATE MOTION (3.2); CONTINUE TO REVISE STIP (1.3); TELECONFERENCE WITH M. MCELWEE REGARDING SAME (0.2). |
| HOUSTON BM | 01/30/07 | 5.70 | CONTINUE EVALUATING MOTION (1.4); CONTINUE REVISING STIP (1.2); RESEARCH ISSUES REGARDING APPLICATION OF LIFT STAY PROCEDURES (3.1). |
| HOUSTON BM | 01/31/07 | 8.50 | CONTINUE EVALUATING MOTION AND STIP (4.7); CONTINUE REVISING STIP (2.3); REVIEW APPLICATION OF LIFT STAY PROCEDURES (1.5). |

**122.00**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 01/07/07 | 0.40 | CORRESPONDENCE REGARDING STATUS OF STRANEY V. GM MATTER FOR NEXT STEPS (0.3); REVIEW DOCUMENTS REGARDING SAME (0.1). |
|---|---|---|---|
| PERL MW | 01/16/07 | 0.60 | PARTICIPATE IN WEEKLY TEAM STRATEGY MEETING (0.6). |
| | | 1.00 | |
| **Total Associate** | | **123.00** | |
| ROSEN R | 01/10/07 | 1.40 | ASSIST TEAM ATTORNEYS WITH PREPARATION OF DEBTORS' REPLY TO CADENCE OMNIBUS OBJECTION FOR FILING, SERVICE (0.9); COORDINATE SERVICE OF SAME WITH E. GERSHBEIN, KCC (0.5). |
| ROSEN R | 01/15/07 | 0.90 | INVESTIGATION, RESEARCH, COMPILE AND FORWARD D&O LIFT STAY PRECEDENT REQUESTING ATTORNEY (0.9). |
| ROSEN R | 01/23/07 | 0.90 | REVIEW CASE DOCKET FOR ENTRY OF ORDERS REGARDING CADENCE MOTIONS FOR RELIEF FROM STAY REGARDING PATENT LITIGATION AND ADMIN EXPENSE CLAIMS (0.4); COORDINATE SERVICE OF SAME WITH E. GERSHBEIN, KCC (0.5). |
| ROSEN R | 01/25/07 | 0.80 | REVIEW CASE DOCKET, COMPILE AND CIRCULATE SUMIDA MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING SETOFF/RECOUPMENT TO TEAM ATTORNEYS (0.3); UPDATE TASK LIST, 2/15 MOTIONS/OBJECTIONS SUMMARY CHART REGARDING SAME (0.5). |
| | | 4.00 | |
| **Total Legal Assistant** | | **4.00** | |
| **TOTAL TIME** | | **147.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Automatic Stay (Relief Actions)**

**Bill Date: 02/28/07**
**Bill Number: 1148705**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/23/07 | Copy Center, D | 12.44 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 0.98 |
| In-house Reproduction | 01/30/07 | Copy Center, D | 5.58 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$19.00** |
| Westlaw | 01/23/07 | Houston BM | 273.00 |
| | | **TOTAL WESTLAW** | **$273.00** |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 8.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$8.00** |
| Wireless – Mobile/Cellular/Pager | 12/15/06 | Meisler RE | 10.00 |
| | | **TOTAL WIRELESS – MOBILE/CELLULAR/PAGER** | **$10.00** |
| | | **TOTAL MATTER** | **$310.00** |

B43E