SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-15
CREDITOR MEETINGS / STATUTORY COMMITTEES
420.7 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/06
Creditor Meetings/ Statutory Committees                    Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 10/01/06 | 2.40 | CONTINUE TO PREPARE FOR OCTOBER 4TH STATUTORY COMMITTEE MEETINGS INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS (2.4). |
| BUTLER, JR. J | 10/02/06 | 1.20 | CONTINUE TO PREPARE FOR OCTOBER 4TH STATUTORY COMMITTEE MEETINGS INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS (1.2). |
| BUTLER, JR. J | 10/03/06 | 1.20 | CONTINUE TO PREPARE FOR OCTOBER 4TH STATUTORY COMMITTEE MEETINGS INCLUDING REVIEW AND FINALIZE PRESENTATION MATERIALS (1.2). |
| BUTLER, JR. J | 10/04/06 | 5.30 | PREPARE FOR (0.2) AND ATTEND (1.8) CREDITORS COMMITTEE MEETING IN NEW YORK CITY; PREPARE FOR (0.3) AND ATTEND (2.6) EQUITY COMMITTEE MEETING IN NEW YORK CITY; TELECONFERENCE WITH B. SCHELER RE: EQUITY COMMITTEE MATTERS INCLUDING DC CAPITAL RESIGNATION (0.4). |
| BUTLER, JR. J | 10/20/06 | 0.60 | FINALIZE 2007 STATUTORY COMMITTEE MEETING SCHEDULE WITH COMPANY AND COMMITTEE COUNSEL (0.2); REVIEW AD HOC DUE DILIGENCE REQUEST AND STATUS (0.2); TELECONFERENCE WITH D. ROSNER RE: AD HOC MATTERS INCLUDING SCOPE OF CON SENSUAL DUE DILIGENCE (0.2). |
| BUTLER, JR. J | 10/28/06 | 0.40 | REVIEW ADDITIONAL DUE AD HOC TRADE COMMITTEE DUE DILIGENCE REQUEST AND NEXT STEPS (0.3); EMAIL TO D. ROSNER (0.1). |
| | | **11.10** | |
| COCHRAN EL | 10/10/06 | 0.70 | REVIEW ISSUES RELATING TO AD HOC TRADE COMMITTEE NDA (0.7). |
| COCHRAN EL | 10/19/06 | 0.70 | NDA ISSUES RELATING TO AD HOC COMMITTEE (0.7). |
| COCHRAN EL | 10/20/06 | 0.40 | REVIEW AD HOC COMMITTEE NDA ISSUES (0.4). |
| | | **1.80** | |
| MARAFIOTI KA | 10/02/06 | 2.10 | CORRESPONDENCE FROM A. SHIFF RE: NDA (0.1); COMMUNICATION WITH J. SHEEHAN RE: SAME AND FRAMEWORK DISCUSSIONS (0.3); FOLLOWUP CORRESPONDENCE EXCHANGE WITH CLIENT (0.1); REVIEW AND REVISE CREDITORS' AND EQUITY COMMITTEE BOOK SLIDES (1.4); CONTINUE REVISIONS TO AD HOC COMMITTEE NDA (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 10/03/06 | 0.60 | CONSIDER ISSUES RE: AD HOC COMMITTEE NDA (0.3); CORRESPONDENCE TO KASOWITZ RE: SAME (0.2); CORRESPONDENCE KLEINER RE: GM (0.1). |
| MARAFIOTI KA | 10/04/06 | 5.30 | PREPARE WITH COMPANY FOR CREDITORS' COMMITTEE MEETING (0.3); ATTEND CREDITORS' COMMITTEE MEETING (1.5); FOLLOWUP MEETING WITH COMPANY (0.5); PREPARE FOR EQUITY COMMITTEE MEETING (0.2); ATTEND EQUITY COMMITTEE MEETING (2.6); CONFERENCE WITH J. SHEEHAN RE: COMMITTEE (0.2). |
| MARAFIOTI KA | 10/06/06 | 0.80 | TELECONFERENCE WITH D. ROSNER RE: AD HOC NDA (0.3) AND CORRESPONDENCE TO CLIENT RE: SAME (0.2); REVIEW REVISION TO AGREEMENT (0.3). |
| MARAFIOTI KA | 10/09/06 | 0.20 | TELECONFERENCES FROM B. STEINGART RE: EQUITY COMMITTEE MATTERS AND RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 10/10/06 | 1.70 | DIRECT RESEARCH RE: RULE 2019 ISSUES IN CONNECTION WITH AD HOC TRADE COMMITTEE (0.2); TELECONFERENCE WITH B. ROSENBERG RE: SAME (0.1); CORRESPONDENCE WITH CLIENT (0.2), KASOWITZ (0.1), AND OTHERS (0.2) RE: AD HOC CONFIDENTIALITY AGREEMENT; REVIEW RESEARCH (0.3); ADDITIONAL EXCHANGE OF CORRESPONDENCE WITH KASOWITZ (0.3); TELECONFERENCE WITH V. MELWANI AND J. RODBURG RE: EQUITY COMMITTEE ISSUES (0.1); TELECONFERENCE WITH D. ROSNER RE: NDA (0.2). |
| MARAFIOTI KA | 10/11/06 | 0.20 | EXCHANGE OF CORRESPONDENCE RE: AD HOC NDA (0.2). |
| MARAFIOTI KA | 10/12/06 | 0.20 | CORRESPONDENCE EXCHANGE RE: AD HOC COMMITTEE NDA (0.2). |
| MARAFIOTI KA | 10/14/06 | 0.20 | EXCHANGE OF CORRESPONDENCE RE: CAPSTONE NDA (0.2). |
| MARAFIOTI KA | 10/16/06 | 0.80 | DIRECT RESEARCH RE: CONFIDENTIALITY ISSUES IN CONNECTION WITH CAPSTONE NDA (0.1); TELECONFERENCE WITH R. EISENBERG AND J. GUGLIELMO RE: CAPSTONE DOCUMENT PRODUCTION (0.2); CORRESPONDENCE RE: SAME (0.2); REPORT ON RULE 2019 RESEARCH (0.2); ADDITIONAL CORRESPONDENCE RE: CAPSTONE (0.1). |
| MARAFIOTI KA | 10/17/06 | 0.20 | TELECONFERENCE WITH D. ROSNER RE: DOCUMENT DISCOVERY (0.1) AND FOLLOWUP (0.1). |
| MARAFIOTI KA | 10/18/06 | 0.20 | CORRESPONDENCE EXCHANGE RE: DOCUMENTS SOUGHT BY COUNSEL TO AD HOC TRADE COMMITTEE (0.1); TELECONFERENCE WITH B. STEINGART RE: D. DETHY INQUIRY (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 10/19/06 | 0.40 | CONFERENCES WITH COUNSEL TO COMMITTEES AND GM (0.2); CORRESPONDENCE EXCHANGE WITH AD HOC COMMITTEE RE: CHAMBERS CONFERENCE (0.2). |
| MARAFIOTI KA | 10/23/06 | 0.20 | CORRESPONDENCE EXCHANGE WITH F. FRANK RE: JOINT VENTURE AGREEMENT REVIEWING PARTIES (0.1); CORRESPONDENCE EXCHANGE WITH KASOWITZ RE: CAPSTONE CONFIDENTIALITY AGREEMENT (0.1). |
| MARAFIOTI KA | 10/24/06 | 0.90 | TELECONFERENCE FROM D. ZINMAN RE: CAPSTONE (0.2); REVIEW JOINT INTEREST AGREEMENT WITH EQUITY COMMITTEE (0.2); CONSIDER ISSUES RE: JOINT INTEREST AGREEMENT (0.2); CORRESPONDENCE EXCHANGE WITH KASOWITZ (0.1) AND COMPANY (0.2) RE: CAPSTONE NDA. |
| MARAFIOTI KA | 10/25/06 | 0.20 | TELECONFERENCE WITH DOV KLEINER RE: CLAIMS ISSUE (0.1); CORRESPONDENCE EXCHANGE WITH KASOWITZ RE: CAPSTONE (0.1). |
| | | **14.20** | |
| **Total Partner** | | **27.10** | |
| MATZ TJ | 10/02/06 | 1.20 | FURTHER REVIEW AND COMMENT ON UCC PRESENTATION (0.8); REVIEW BOARD PRESENTATION (0.4). |
| MATZ TJ | 10/03/06 | 1.10 | CORRESPONDENCE WITH R. LEVINSKI RE: EQUITY COMMITTEE MEETING (0.2); CORRESPONDENCE WITH E. SLASINSKI RE: UNSECURED CREDITORS COMMITTEE MEETING (0.1); TELECONFERENCE WITH E. SLASINSKI RE: SAME (0.2); CORRESPONDENCE WITH R. R. SLLVINSKI RE: EQUITY COMMITTEE MEETING (0.2); CORRESPONDENCE WITH J. GUGLIELMO, H. BEAR, R. SLIVINSKI RE: COMMITTEE MEETINGS FOR OCTOBER 4 (0.4). |
| MATZ TJ | 10/04/06 | 6.50 | MEETING WITH S. MILLER, D. SHERBIN, J. SHEEHAN, S. CORCORAN RE: UCC MEETING (0.8); FINAL PREPARATION RE: SAME (0.2); ATTENDING UCC MONTHLY MEETING (1.5); FOLLOW UP DISCUSSIONS WITH S. CORCORAN, J. SHEEHAN RE: UCC MEETING (0.5); FINAL PREPARATION FOR EQUITY COMMITTEE MEETING (0.2); ATTENDING EQUITY COMMITTEE MONTHLY MEETING (2.7); FOLLOW UP DISCUSSIONS WITH J. SHEEHAN RE: EQUITY COMMITTEE MEETING AND FRAMEWORK PROPOSAL (0.6). |
| | | **8.80** | |
| **Total Counsel** | | **8.80** | |
| DIAZ LB* | 10/24/06 | 1.00 | MEETING RE: PREPARATION OF NOVEMBER UCC PRESENTATION (1.0). |
| DIAZ LB* | 10/30/06 | 4.70 | CONTINUE TO DRAFT PRESENTATION FOR UCC MEETING (4.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB* | 10/31/06 | 5.10 | CONTINUE TO DRAFT PRESENTATION FOR UCC (5.1). |
| | | **10.80** | |
| FERN BM | 10/02/06 | 0.40 | REVIEW AND COMMENT ON DRAFT OF UCC PRESENTATION RE: IT OUTSOURCING (0.4). |
| FERN BM | 10/03/06 | 0.70 | ADDITIONAL REVIEW OF MATERIALS FOR UCC PRESENTATION RE: IT OUTSOURCING (0.7). |
| | | **1.10** | |
| GUZZARDO J | 10/26/06 | 2.10 | COORDINATION OF DISCOVERY GATHERING FOR AD HOC TRADE COMMITTEE REQUEST (2.1). |
| GUZZARDO J | 10/30/06 | 6.20 | COORDINATION AND GATHERING OF DISCOVERY MATERIALS PURSUANT TO AD HOC TRADE COMMITTEE REQUEST (6.2). |
| GUZZARDO J | 10/31/06 | 6.20 | AD HOC TRADE COMMITTEE DISCOVERY REQUEST COORDINATION (6.2). |
| | | **14.50** | |
| HARDIN AS | 10/31/06 | 2.60 | PREPARE PORTION OF PRESENTATION FOR UPCOMING STATUTORY COMMITTEE MEETINGS (2.5); TELECONFERENCE WITH E. COCHRAN RE: SAME (0.1). |
| | | **2.60** | |
| HERRIOTT AV | 10/01/06 | 7.10 | REVIEW AND REVISE 13TH UCC PRESENTATION (7.1). |
| HERRIOTT AV | 10/02/06 | 7.60 | CONTINUE TO REVIEW AND REVISE 13TH UCC PRESENTATION (7.2); CONDUCT FOLLOW UP RE: SAME (0.4). |
| HERRIOTT AV | 10/03/06 | 4.40 | REVIEW AND REVISE 13TH UCC PRESENTATION (4.4). |
| HERRIOTT AV | 10/04/06 | 6.10 | PREPARE FOR 13TH UCC PRESENTATION (0.8); ATTEND AND ASSIST AT 13TH UCC MEETING (1.5); PREPARE FOR EQUITY COMMITTEE MEETING (0.2); PREPARE FOR GENERAL MEETINGS WITH COMMITTEES (0.7); ATTEND AND ASSIST WITH EQUITY COMMITTEE MEETING (2.8); CONDUCT FOLLOW UP FROM COMMITTEE MEETINGS (0.1). |
| HERRIOTT AV | 10/06/06 | 0.30 | CONDUCT FOLLOW UP FROM 13TH UCC MEETING (0.3). |
| HERRIOTT AV | 10/11/06 | 0.10 | CONDUCT FOLLOW UP FROM 13TH UCC PRESENTATION (0.1). |
| HERRIOTT AV | 10/24/06 | 1.10 | WORK ON DRAFT OF 14TH UCC PRESENTATION (1.1). |
| HERRIOTT AV | 10/30/06 | 0.60 | CONTINUE DRAFT OF 14TH UCC PRESENTATION (0.6). |
| HERRIOTT AV | 10/31/06 | 0.20 | CONTINUE DRAFT OF 14TH UCC PRESENTATION (0.2). |
| | | **27.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| JJINGO MJ | 10/10/06 | 3.20 | RESEARCH AND DRAFT SHORT MEMO RE: THE SAME (3.2). |
| JJINGO MJ | 10/18/06 | 3.90 | REVIEW CERTAIN ISSUES IN CONNECTION WITH REQUESTS OF KASOWITZ BENSON AND PREPARE MATERIALS RE: THE SAME (3.9). |
| | | **7.10** | |
| MEISLER RE | 10/04/06 | 5.80 | PREPARE FOR UCC MEETING (1.0); ATTEND SAME (1.5); PREPARE FOR EQUITY COMMITTEE MEETING (0.5); ATTEND SAME (2.6); FOLLOW UP ON ISSUES RE: SAME (0.2). |
| MEISLER RE | 10/20/06 | 0.30 | BEGAN WORKING ON DILIGENCE REQUEST FROM AD HOC TRADE COMMITTEE (0.3). |
| MEISLER RE | 10/22/06 | 0.20 | REVIEW COUNSEL FOR AD HOC TRADE COMMITTEE'S 2019 STATEMENT (0.2). |
| MEISLER RE | 10/23/06 | 0.20 | REVIEW COMPOSITION OF CLAIMS HELD BY AD HOC TRADE COMMITTEE (0.2). |
| MEISLER RE | 10/24/06 | 0.40 | REVIEW OF AD HOC TRADE COMMITTEE'S DILIGENCE REQUEST (0.4). |
| MEISLER RE | 10/26/06 | 0.20 | WORK ON DILIGENCE REQUEST RE: AD HOC TRADE COMMITTEE (0.2). |
| | | **7.10** | |
| **Total Associate/Law Clerk** | | **70.70** | |
| ZSOLDOS AF | 10/02/06 | 2.00 | PREPARE REVISED CHART OF FEES AND EXPENSES FOR UCC PRESENTATION (0.4); TELECONFERENCE WITH A. HERRIOTT RE: FTI'S FEES AND EXPENSES AND OTHER DISCREPANCIES AND UPDATES NEEDED (0.3); UPDATE CHARTS PER INSTRUCTIONS AND ATTEMPT TO FIX DISCREPANCIES (1.3). |
| ZSOLDOS AF | 10/03/06 | 2.50 | PREPARE FOR UCC AND EQUITY COMMITTEE MEETING (1.4); FINALIZE CHART FOR INCLUSION IN PRESENTATIONS (0.6); COORDINATE PRESENTATIONS (0.5). |
| ZSOLDOS AF | 10/04/06 | 4.20 | PREPARE FOR CREDITORS COMMITTEE AND EQUITY COMMITTEE MEETINGS (4.2). |
| ZSOLDOS AF | 10/10/06 | 1.80 | DISTRIBUTE UCC AND EC PRESENTATIONS (1.8). |
| | | **10.50** | |
| **Total Legal Assistant** | | **10.50** | |
| **TOTAL TIME** | | **117.10** | |

* Law clerks are law school graduates who are not presently admitted to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/06
Creditor Meetings/ Statutory Committees                     Bill Number: 1132369

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/03/06 | Meisler RE | 755.52 |
| Air/Rail Travel - vendor feed | 10/03/06 | Meisler RE | 403.96 |
| Air/Rail Travel - vendor feed | 10/03/06 | Meisler RE | 358.97 |
| Air/Rail Travel - vendor feed | 10/03/06 | Meisler RE | -358.97 |
| Air/Rail Travel - vendor feed | 10/04/06 | Herriott AV | 755.52 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,915.00** |
| In-house Reproduction | 10/06/06 | Copy Center, D | 25.00 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 4.74 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 20.26 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$50.00** |
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.58 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.15 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.14 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Lexis/Nexis | 10/10/06 | Jjingo MJ | 391.05 |
| Lexis/Nexis | 10/16/06 | Jjingo MJ | 42.95 |
| | | **TOTAL LEXIS/NEXIS** | **$434.00** |
| Reproduction - color | 10/06/06 | Copy Center, D | 14,822.97 |
| Reproduction - color | 10/10/06 | Copy Center, D | 824.03 |
| | | **TOTAL REPRODUCTION - COLOR** | **$15,647.00** |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 24.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$24.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Air/Rail Travel (external) | 10/03/06 | Butler, Jr. J | 143.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$143.00** |
| Out-of-Town Travel | 10/03/06 | Butler, Jr. J | 707.03 |
| Out-of-Town Travel | 10/03/06 | Butler, Jr. J | 55.99 |
| Out-of-Town Travel | 10/03/06 | Butler, Jr. J | 19.49 |
| Out-of-Town Travel | 10/03/06 | Butler, Jr. J | 15.49 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$798.00** |
| Messengers/ Courier | 10/08/06 | Comet Messenger Service | 29.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$29.00** |
| Out-of-Town Meals | 10/03/06 | Butler, Jr. J | 21.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$21.00** |
| Wireless - Mobile/Cellular/Pager | 07/15/06 | Meisler RE | 1.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$1.00** |
| | | **TOTAL MATTER** | **$19,065.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 01/10/07
Creditor Meetings/ Statutory Committees                    Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 11/05/06 | 0.20 | EMAILS FROM/TO R. EISENBERG RE: AD HOC TRADE COMMITTEE EXPANDED DUE DILIGENCE REQUESTS (0.2). |
| BUTLER, JR. J | 11/09/06 | 0.60 | RECEIVE AND BEGIN TO REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION MATERIALS (0.6). |
| BUTLER, JR. J | 11/11/06 | 1.00 | CONTINUE TO REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION MATERIALS (0.8); EMAILS FROM/TO R. EISENBERG RE: AD HOC TRADE COMMITTEE DUE DILIGENCE MATTERS (0.2). |
| BUTLER, JR. J | 11/12/06 | 0.70 | CONTINUE TO PREPARE FOR NOVEMBER 16TH STATUTORY COMMITTEE MEETINGS IN NEW YORK CITY INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS (0.7). |
| BUTLER, JR. J | 11/14/06 | 0.70 | CONTINUE TO PREPARE FOR NOVEMBER 16TH STATUTORY COMMITTEE MEETINGS IN NEW YORK CITY INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS (0.4); REVIEW AND EVALUATE EMAIL FROM R. EISENBERG RE: CREDITORS' COMMITTEE CONTINUED REQUEST TO UNDERTAKE SUBSTANTIVE CONSOLIDATION AND INTERCOMPANY CROSS CHARGES ANALYSES AND CONSIDER NEXT STEPS (0.3). |
| BUTLER, JR. J | 11/15/06 | 0.70 | CONTINUE TO PREPARE FOR NOVEMBER 16TH STATUTORY COMMITTEE MEETINGS IN NEW YORK CITY INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS (0.7). |
| BUTLER, JR. J | 11/16/06 | 2.70 | PREPARE FOR (0.4) AND ATTEND (2.3) JOINT CREDITORS AND EQUITY COMMITTEE MEETING IN NEW YORK CITY. |
| BUTLER, JR. J | 11/21/06 | 0.30 | EMAILS FROM/TO A. SCHIFF AND J. SHEEHAN RE: NOVEMBER 28TH MEETING IN NEW YORK WITH AD HOC TRADE COMMITTEE REPRESENTATIVES (0.2); FOLLOW-UP ON SAME (0.1). |
| BUTLER, JR. J | 11/26/06 | 0.20 | EMAILS FROM/TO R. EISENBERG RE: CREDITORS' COMMITTEE CONTINUED DUE DILIGENCE REQUESTS ON INTERCOMPANY TRANSACTIONS AND CROSS-CHARGE ACCOUNTS (0.2). |
| BUTLER, JR. J | 11/27/06 | 0.40 | PREPARE FOR NOVEMBER 28TH MEETING WITH ADVISORS TO AD HOC TRADE COMMITTEE FROM KASOWITZ AND CAPSTONE (WITH J. SHEEHAN, S. CORCORAN AND R. EISENBERG) (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 11/28/06 | 2.20 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.5) MEETING WITH ADVISORS TO AD HOC TRADE COMMITTEE FROM KASOWITZ AND CAPSTONE (WITH J. SHEEHAN, S. CORCORAN AND R. EISENBERG); TELECONFERENCE WITH J. SHEEHAN RE: EQUITY COMMITTEE MATTERS (0.3); EMAILS FROM/TO B. ROSENBERG RE: CREDITORS' COMMITTEE SUPPLEMENTAL DUE DILIGENCE REQUESTS (0.2). |
| BUTLER, JR. J | 11/29/06 | 0.40 | EMAILS FROM/TO AND TELECONFERENCE WITH B. ROSENBERG RE: CREDITORS' COMMITTEE ADDITIONAL DUE DILIGENCE MATTERS AND INFORMATION REQUESTS (0.4). |
| | | 10.10 | |
| MARAFIOTI KA | 11/10/06 | 2.10 | TELECONFERENCE WITH D. LOWENTHAL (COUNSEL TO BRANDES) RE: POSSIBLE MOTION RE: EQUITY COMMITTEE TRADING WALL (0.1); REVIEW AND REVISE CREDITORS' COMMITTEE PRESENTATION MATERIALS (2.0). |
| MARAFIOTI KA | 11/16/06 | 2.90 | PREPARE FOR MEETING WITH COMPANY (0.2); JOINT MEETING OF COMPANY AND CREDITORS' AND EQUITY COMMITTEE (2.4); FOLLOWUP (0.3). |
| | | 5.00 | |
| **Total Partner** | | **15.10** | |
| MATZ TJ | 11/09/06 | 1.50 | PREPARATION RE: FRAMEWORK DISCUSSION MATERIALS FOR STATUTORY COMMITTEE MEETING 11/16 (0.8); REVIEW PRESENTATION MATERIALS (0.7). |
| MATZ TJ | 11/10/06 | 1.90 | REVIEW AND COMMENT ON DRAFT UCC PRESENTATION FOR 11/ 16 MEETING (1.4); REVIEW PRESENTATION RE: FRAMEWORK AGREEMENT (0.5). |
| MATZ TJ | 11/13/06 | 3.50 | REVIEW AND COMMENT ON UNSECURED CREDITORS/EQUITY COMMITTEE PRESENTATION MATERIALS (1.4); REVIEW AND COMMENT ON FRAMEWORK DISCUSSIONS SUMMARIES FOR UNSECURED CREDITORS/EQUITY COMMITTEE PRESENTATIONS (1.5); CORRESPONDENCE WITH R. SLIVMSKI RE: EQUITY COMMITTEE MEETING (0.2); PREPARATION FOR 11/16 UNSECURED CREDITORS AND EQUITY COMMITTEE MEETINGS (0.4). |
| MATZ TJ | 11/16/06 | 3.10 | FINAL PREPARATION FOR MEETINGS OF UNSECURED CREDITORS' COMMITTEE AND EQUITY COMMITTEE (0.8); ATTEND COMBINED MEETING OF UNSECURED CREDITORS' COMMITTEE AND EQUITY COMMITTEE (2.3). |
| | | 10.00 | |
| **Total Counsel** | | **10.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB* | 11/07/06 | 3.90 | CONTINUE TO DRAFT UCC PRESENTATION (3.9). |
| DIAZ LB* | 11/08/06 | 4.20 | CONTINUE TO DRAFT UCC PRESENTATION (4.2). |
| DIAZ LB* | 11/09/06 | 0.90 | REVISE UCC PRESENTATION (0.9). |
| DIAZ LB* | 11/13/06 | 3.10 | REVISE AND DRAFT UCC PRESENTATION (3.1). |
| | | **12.10** | |
| HARDIN AS | 11/01/06 | 2.90 | DRAFT AND REVISE UPCOMING BOARD AND COMMITTEE PRESENTATIONS (2.9). |
| HARDIN AS | 11/02/06 | 1.40 | COMPLETE DRAFT PRESENTATION FOR UPCOMING BOARD AND COMMITTEE MEETINGS (1.4). |
| HARDIN AS | 11/09/06 | 3.40 | REVISE PRESENTATIONS RE: FRAMEWORK DISCUSSIONS AND FRAMEWORK PROPOSALS (3.4). |
| HARDIN AS | 11/10/06 | 4.50 | DRAFT AND REVISE PRESENTATION RE: FRAMEWORK DISCUSSIONS AND COMPETING FRAMEWORK PROPOSALS (4.5). |
| HARDIN AS | 11/11/06 | 7.10 | DRAFT AND REVISE PRESENTATION RE: FRAMEWORK DISCUSSIONS AND COMPETING FRAMEWORK PROPOSALS (7.1). |
| HARDIN AS | 11/12/06 | 3.70 | REVIEW ROTHSCHILD PRESENTATION (1.1); REVISE UPCOMING PRESENTATIONS (2.6). |
| HARDIN AS | 11/13/06 | 4.30 | REVIEW EMAILS FROM W. SHAW AND D. SHERBIN RE: REVISED PRESENTATION (0.2); DRAFT AND REVISE PRESENTATION RE: FRAMEWORK PROPOSALS (3.5); REVIEW REVISED ROTHSCHILDS PRESENTATION (0.6). |
| | | **27.30** | |
| HERRIOTT AV | 11/01/06 | 0.10 | BEGIN PREPARATION FOR STATUTORY COMMITTEE MEETINGS (0.1). |
| HERRIOTT AV | 11/06/06 | 0.40 | REVIEW AND REVISE DRAFT SLIDES FOR STATUTORY COMMITTEE PRESENTATION (0.4). |
| HERRIOTT AV | 11/07/06 | 1.10 | CONTINUE INITIAL DRAFTING OF PRESENTATION FOR STATUTORY COMMITTEES (1.1). |
| HERRIOTT AV | 11/08/06 | 0.40 | CONTINUE INITIAL DRAFT OF PRESENTATION FOR STATUTORY COMMITTEES (0.4). |
| HERRIOTT AV | 11/09/06 | 5.20 | REVIEW AND REVISE PRESENTATION FOR STATUTORY COMMITTEES (5.2). |
| HERRIOTT AV | 11/10/06 | 0.30 | REVIEW AND REVISE STATUTORY COMMITTEES' PRESENTATION (0.3). |
| HERRIOTT AV | 11/11/06 | 2.50 | REVIEW AND REVISE UNSECURED CREDITORS' COMMITTEE PRESENTATION (2.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HERRIOTT AV | 11/12/06 | 2.10 | CONTINUE REVISING STATUTORY COMMITTEE PRESENTATION (2.1). |
|---|---|---|---|
| HERRIOTT AV | 11/13/06 | 4.10 | REVIEW AND REVISE PRESENTATION TO STATUTORY COMMITTEES (4.1). |
| HERRIOTT AV | 11/14/06 | 1.20 | REVIEW AND REVISE PRESENTATION FOR STATUTORY COMMITTEES (1.2). |
| HERRIOTT AV | 11/15/06 | 3.60 | FINALIZE PRESENTATIONS FOR THE STATUTORY COMMITTEES (3.6). |
| HERRIOTT AV | 11/16/06 | 4.20 | FINALIZE PREPARATION FOR JOINT CREDITORS' COMMITTEE AND EQUITY COMMITTEE MEETING (1.1); ATTEND AND ASSIST WITH JOINT CREDITORS' COMMITTEE AND EQUITY COMMITTEE MEETING (2.9); CONDUCT FOLLOW UP RE: SAME (0.2). |
| HERRIOTT AV | 11/17/06 | 0.30 | COMPLETE FOLLOW UP TASKS FROM STATUTORY COMMITTEE MEETINGS (0.3). |
| | | **25.50** | |
| MEISLER RE | 11/02/06 | 0.20 | CONSIDER MATTERS FOR INCLUSION IN PRESENTATION RE: UCC NOVEMBER MEETING (0.2). |
| MEISLER RE | 11/12/06 | 1.50 | REVIEW AND COMMENT ON UCC PRESENTATION (1.5). |
| MEISLER RE | 11/14/06 | 0.20 | REVIEW REVISED UCC PRESENTATION (0.2). |
| MEISLER RE | 11/15/06 | 0.40 | CONTINUE TO REVIEW UCC PRESENTATION (0.3); TELECONFERENCE WITH J. SHEEHAN RE: SAME (0.1). |
| MEISLER RE | 11/16/06 | 2.50 | ATTEND UCC/EQUITY COMMITTEE MEETING (2.5). |
| | | **4.80** | |
| **Total Associate/Law Clerk** | | **69.70** | |
| DEMMA J | 11/07/06 | 2.80 | UPDATE FEE AND EXPENSES FOR PROFESSIONALS (2.1); RESEARCH DIP AGREEMENT FOR PRESENTATION (0.7). |
| DEMMA J | 11/08/06 | 2.60 | CROSS CHECK STATUTORY DATES WITH CASE CALENDAR (2.6). |
| | | **5.40** | |
| ZSOLDOS AF | 11/09/06 | 0.40 | ASSIST WITH DISTRIBUTING CLAIMS MEETING PRESENTATIONS (0.4). |
| ZSOLDOS AF | 11/15/06 | 1.20 | ASSIST WITH FINALIZATION OF UCC AND EQUITY COMMITTEE PRESENTATIONS AND PREPARATION FOR MEETINGS, INCLUDING: REVISE CHARTS AND CIRCULATING SAME (1.2). |
| ZSOLDOS AF | 11/16/06 | 2.80 | FINAL PREPARATION FOR UCC AND EQUITY COMMITTEE MEETINGS (2.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZSOLDOS AF | 11/20/06 | 1.70 | DISTRIBUTE UCC AND EQUITY COMMITTEE PRESENTATIONS TO DELPHI TEAM (1.7). |

|  |  | 6.10 |  |

**Total Legal Assistant**        11.50

**TOTAL TIME**            <u>**106.30**</u>

\* Law clerks are law school graduates who are not presently admitted
to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 01/10/07
Creditor Meetings/ Statutory Committees              Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/01/06 | Meisler RE | -392.01 |
| Air/Rail Travel - vendor feed | 10/03/06 | Meisler RE | -359.00 |
| Air/Rail Travel - vendor feed | 11/15/06 | Herriott AV | 1,121.04 |
| Air/Rail Travel - vendor feed | 11/15/06 | Meisler RE | 1,069.88 |
| Air/Rail Travel - vendor feed | 11/15/06 | Herriott AV | -339.49 |
| Air/Rail Travel - vendor feed | 11/20/06 | Diaz LB | 755.58 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,856.00** |
| In-house Reproduction | 11/03/06 | Copy Center, D | 24.79 |
| In-house Reproduction | 11/17/06 | Copy Center, D | 7.21 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$32.00** |
| Reproduction - color | 11/17/06 | Copy Center, D | 10,852.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$10,852.00** |
| Vendor Hosted Teleconferencing | 11/28/06 | Teleconferencing Services, LLC | 11.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$11.00** |
| Air/Rail Travel (external) | 11/14/06 | Butler, Jr. J | 233.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$233.00** |
| Out-of-Town Travel | 10/04/06 | Herriott AV | 523.87 |
| Out-of-Town Travel | 10/04/06 | Meisler RE | 535.21 |
| Out-of-Town Travel | 10/04/06 | Herriott AV | 52.00 |
| Out-of-Town Travel | 11/14/06 | Butler, Jr. J | 691.22 |
| Out-of-Town Travel | 11/14/06 | Butler, Jr. J | 9.33 |
| Out-of-Town Travel | 11/14/06 | Butler, Jr. J | 10.33 |
| Out-of-Town Travel | 11/15/06 | Herriott AV | 40.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 11/16/06 | Herriott AV | 30.00 |
| Out-of-Town Travel | 11/16/06 | Herriott AV | 421.83 |
| Out-of-Town Travel | 11/16/06 | Meisler RE | 535.21 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,849.00** |
| Messengers/ Courier | 11/12/06 | Arrow Messenger Svc | 24.47 |
| Messengers/ Courier | 11/12/06 | Arrow Messenger Svc | 24.95 |
| Messengers/ Courier | 11/14/06 | Dist Serv/Mail/Page, D | 135.48 |
| Messengers/ Courier | 11/16/06 | Dist Serv/Mail/Page, D | 52.10 |
| | | **TOTAL MESSENGERS/ COURIER** | **$237.00** |
| Out-of-Town Meals | 10/03/06 | Herriott AV | 10.97 |
| Out-of-Town Meals | 10/03/06 | Herriott AV | 4.80 |
| Out-of-Town Meals | 10/03/06 | Herriott AV | 11.03 |
| Out-of-Town Meals | 10/04/06 | Meisler RE | 34.48 |
| Out-of-Town Meals | 10/04/06 | Herriott AV | 27.81 |
| Out-of-Town Meals | 11/14/06 | Butler, Jr. J | 14.00 |
| Out-of-Town Meals | 11/15/06 | Herriott AV | 23.98 |
| Out-of-Town Meals | 11/16/06 | Meisler RE | 32.48 |
| Out-of-Town Meals | 11/16/06 | Meisler RE | 2.05 |
| Out-of-Town Meals | 11/16/06 | Meisler RE | 7.37 |
| Out-of-Town Meals | 11/16/06 | Herriott AV | 3.03 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$172.00** |
| Contracted Catering-NY | 10/04/06 | Butler, Jr. J | 1,239.99 |
| Contracted Catering-NY | 10/04/06 | Butler, Jr. J | 400.00 |
| Contracted Catering-NY | 10/04/06 | Butler, Jr. J | 120.00 |
| Contracted Catering-NY | 10/04/06 | Butler, Jr. J | 401.91 |
| Contracted Catering-NY | 10/04/06 | Butler, Jr. J | 499.99 |
| Contracted Catering-NY | 11/16/06 | Butler, Jr. J | 209.24 |
| Contracted Catering-NY | 11/16/06 | Butler, Jr. J | 401.91 |
| Contracted Catering-NY | 11/16/06 | Butler, Jr. J | 1,239.96 |
| Contracted Catering-NY | 11/16/06 | Butler, Jr. J | 400.00 |
| Contracted Catering-NY | 11/16/06 | Butler, Jr. J | 120.00 |
| Contracted Catering-NY | 11/16/06 | Butler, Jr. J | 240.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL CONTRACTED CATERING-NY | $5,273.00 |
| | | TOTAL MATTER | $21,515.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/31/07
Creditor Meetings/ Statutory Committees            Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 12/07/06 | 0.20 | EMAILS TO/FROM B. ROSENBERG REGARDING ADDITIONAL CREDITORS' COMMITTEE DUE DILIGENCE REQUESTS (0.2). |
| BUTLER, JR. J | 12/12/06 | 0.20 | EMAILS TO/FROM B. ROSENBERG REGARDING ADDITIONAL CREDITORS' COMMITTEE DUE DILIGENCE REQUESTS AND RESCHEDULING DECEMBER 12TH MEETING IN NEW YORK CITY AT CREDITORS' COMMITTEE REQUEST (0.2). |
| BUTLER, JR. J | 12/28/06 | 0.40 | BEGIN TO PREPARE FOR JANUARY 4TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW OF PRELIMINARY DRAFT OF PRESENTATION MATERIALS (0.4). |
| BUTLER, JR. J | 12/31/06 | 2.40 | CONTINUE TO PREPARE FOR JANUARY 4TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW OF PRELIMINARY DRAFT OF PRESENTATION MATERIALS (2.4). |
| | | 3.20 | |
| MARAFIOTI KA | 12/29/06 | 2.60 | REVIEW AND REVISE JOINT CREDITORS' AND EQUITY COMMITTEE PRESENTATION (2.6). |
| | | 2.60 | |
| Total Partner | | 5.80 | |
| MATZ TJ | 12/19/06 | 0.40 | ORGANIZATIONAL PLANING REGARDING COMMITTEE MEETINGS (0.4). |
| MATZ TJ | 12/27/06 | 0.70 | WORKING ON COMMITTEE PRESENTATIONS FOR 1/4/07 MEETING (0.7). |
| MATZ TJ | 12/28/06 | 0.20 | REVIEW AND COMMENT ON STATUTORY COMMITTEES PRESENTATION FOR 1/4 (0.2). |
| MATZ TJ | 12/29/06 | 1.70 | COMPLETE REVIEW AND COMMENTS ON STATUTORY COMMITTEE'S PRESENTATION FOR MEETINGS ON 1/4 (1.7). |
| | | 3.00 | |
| Total Counsel | | 3.00 | |
| DIAZ LB | 12/27/06 | 8.20 | CONTINUE TO REVISE STATUTORY COMMITTEE PRESENTATION (8.2). |
| DIAZ LB | 12/28/06 | 2.30 | CONTINUE TO REVISE STATUTORY COMMITTEE PRESENTATION (2.3). |
| DIAZ LB | 12/29/06 | 3.80 | CONTINUE TO REVISE STATUTORY COMMITTEE PRESENTATION (3.8). |
| | | 14.30 | |
| FERN BM | 12/29/06 | 1.30 | REVIEW DRAFT OF STATUTORY COMMITTEE PRESENTATION (1.3). |
| | | 1.30 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 12/20/06 | 2.40 | DRAFT COMMITTEE PRESENTATION WITH RESPECT TO DIP REFINANCING (2.4). |
| GRANT K | 12/27/06 | 1.40 | REVISE AND COMPLETE PRESENTATION MATERIALS FOR COMMITTEE PRESENTATIONS REGARDING REFINANCE MOTION (1.4). |
| | | **3.80** | |
| HARDIN AS | 12/18/06 | 4.50 | PREPARE PRESENTATIONS FOR UPCOMING MEETINGS (4.5). |
| HARDIN AS | 12/19/06 | 8.50 | PREPARE PRESENTATION FOR UPCOMING STATUTORY COMMITTEE MEETINGS (8.5). |
| HARDIN AS | 12/27/06 | 5.20 | PREPARE FOR STATUTORY COMMITTEE MEETINGS (5.2). |
| | | **18.20** | |
| HERRIOTT AV | 12/12/06 | 1.30 | MEETING WITH J. GUGLIELMO, J. VITALE AND R. FLETMEYER REGARDING STATUTORY COMMITTEE PRESENTATION (0.7); FOLLOW UP REGARDING SAME (0.6). |
| HERRIOTT AV | 12/13/06 | 0.20 | RESPOND TO FOLLOW UP ISSUE REGARDING STATUTORY COMMITTEE PRESENTATION (0.2). |
| HERRIOTT AV | 12/14/06 | 0.10 | ADDRESS FOLLOW UP MATTER FROM UCC MEETING (0.1). |
| HERRIOTT AV | 12/15/06 | 0.10 | FORMULATE PLAN FOR BOARD REVIEW OF STATUTORY COMMITTEE PRESENTATION (0.1). |
| HERRIOTT AV | 12/18/06 | 0.30 | RESPOND TO QUESTIONS REGARDING FRAMEWORK SECTION OF CREDITORS' COMMITTEE PRESENTATION (0.3). |
| HERRIOTT AV | 12/22/06 | 0.90 | BEGIN PREPARATION OF STATUTORY COMMITTEE PRESENTATION (0.9). |
| HERRIOTT AV | 12/26/06 | 2.40 | CONTINUE DRAFT OF STATUTORY COMMITTEE PRESENTATION (2.4). |
| HERRIOTT AV | 12/27/06 | 3.70 | CONTINUE TO DRAFT, REVIEW AND REVISE STATUTORY COMMITTEE PRESENTATION (3.7). |
| HERRIOTT AV | 12/28/06 | 5.70 | CONTINUE TO REVIEW AND FINALIZE PRELIMINARY DRAFT OF STATUTORY COMMITTEE PRESENTATION (5.7). |
| HERRIOTT AV | 12/29/06 | 6.90 | REVIEW AND REVISE STATUTORY COMMITTEE PRESENTATION (6.9). |
| HERRIOTT AV | 12/31/06 | 3.80 | REVIEW AND REVISE STATUTORY COMMITTEE PRESENTATION (3.8). |
| | | **25.40** | |
| MEISLER RE | 12/01/06 | 0.10 | DRAFT CORRESPONDENCE TO H. BAER REGARDING DILIGENCE (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 12/21/06 | 0.10 | RESPOND TO M. RIELA CORRESPONDENCE REGARDING UCC INQUIRIES REGARDING MATTERS UP FOR HEARING (0.1). |
| MEISLER RE | 12/27/06 | 0.30 | FOLLOW UP ON INQUIRY REGARDING JOINT MEETING PRESENTATION (0.3). |
| MEISLER RE | 12/29/06 | 3.00 | REVIEW AND COMMENT ON JOINT COMMITTEE PRESENTATION (3.0). |
| | | 3.50 | |
| **Total Associate** | | **66.50** | |
| ZSOLDOS AF | 12/04/06 | 0.90 | COORDINATE PRESENTATIONS FOR UST UPDATE (0.9). |
| ZSOLDOS AF | 12/05/06 | 2.20 | DELIVER INFORMATION UPDATE PRESENTATIONS TO OFFICE OF THE US TRUSTEE (2.2). |
| | | 3.10 | |
| **Total Legal Assistant** | | **3.10** | |
| **TOTAL TIME** | | **78.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 01/31/07
Creditor Meetings/ Statutory Committees           Bill Number: 1147919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/08/06 | Copy Center, D | 45.95 |
| In-house Reproduction | 12/14/06 | Copy Center, D | 148.33 |
| In-house Reproduction | 12/15/06 | Copy Center, D | 69.72 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$264.00** |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.39 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.49 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.08 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.01 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Reproduction - color | 12/04/06 | Copy Center, D | 8.01 |
| Reproduction - color | 12/08/06 | Copy Center, D | 543.99 |
| | | **TOTAL REPRODUCTION - COLOR** | **$552.00** |
| Messengers/ Courier | 12/29/06 | Straightline Courier | 31.62 |
| Messengers/ Courier | 12/29/06 | Straightline Courier | 33.72 |
| Messengers/ Courier | 12/31/06 | Arrow Messenger Svc | 37.66 |
| | | **TOTAL MESSENGERS/ COURIER** | **$103.00** |
| Wireless - Mobile/Cellular/Pager | 12/15/06 | Meisler RE | 17.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$17.00** |
| | | **TOTAL MATTER** | **$937.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/07
Creditor Meetings/ Statutory Committees                     Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 01/02/07 | 0.60 | CONTINUE TO PREPARE FOR JANUARY 4TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING FURTHER REVIEW OF PRELIMINARY DRAFT OF PRESENTATION MATERIALS AND PREPARATION MEETING IN TROY WITH S. MILLER AND SENIOR MANAGEMENT TEAM (0.6). |
| BUTLER, JR. J | 01/03/07 | 1.70 | CONTINUE TO PREPARE FOR JANUARY 4TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING FINALIZE PRESENTATION MATERIALS (1.2); PREPARE FOR JANUARY 4TH MEETING WITH LAW DEBENTURE INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (0.5). |
| BUTLER, JR. J | 01/04/07 | 4.60 | PREPARE FOR (0.3) AND PARTICIPATE IN (2.5) JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY; ATTEND SEPARATE CREDITORS' COMMITTEE CAUCUS (0.9); ATTEND SEPARATE EQUITY COMMITTEE CAUCUS (0.9). |
| BUTLER, JR. J | 01/25/07 | 0.20 | EMAILS FROM/TO B. ROSENBERG RE: COMMITTEE MATTERS INCLUDING FRAMEWORK EMERGENCE TIMELINE, CLAIMS ADMINISTRATION AND PLAN ISSUES/DILIGENCE MATTERS (0.2). |
| BUTLER, JR. J | 01/27/07 | 1.00 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.8) TELECONFERENCE WITH B. ROSENBERG REGARDING COMMITTEE MATTERS INCLUDING FRAMEWORK EMERGENCE TIMELINE, CLAIMS ADMINISTRATION AND PLAN ISSUES/DILIGENCE MATTERS. |
| | | 8.10 | |
| MARAFIOTI KA | 01/03/07 | 0.10 | CORRESPONDENCE WITH LAW DEBENTURE REGARDING MEETING (0.1). |
| MARAFIOTI KA | 01/04/07 | 6.40 | PREPARE WITH COMPANY FOR COMMITTEE MEETINGS (0.2); CREDITORS' AND EQUITY COMMITTEE JOINT MEETING (2.4); MEETING WITH COMPANY AND CREDITORS' COMMITTEE ONLY (0.9); CORRESPONDENCE TO LATHAM AND FRIED, FRANK REGARDING HIGHLAND NDA (0.1); MEETING WITH COMPANY AND ROTHSCHILD (0.2); MEETING WITH COMPANY, ROTHSCHILD, FTI AND EQUITY COMMITTEE ONLY (1.1); MEETING WITH COMPANY, ROTHSCHILD, FTI AND LAW DEBENTURE AND COUNSEL (1.1); REVIEW AND REVISE MINUTES OF COMMITTEE MEETINGS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 01/26/07 | 0.20 | TELECONFERENCE FROM D. LOWENTHAL REGARDING BRANDES TRADING WALL MOTION AND RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 01/30/07 | 0.50 | REVIEW BRANDES MOTION FOR AUTHORIZATION TO PERMIT TRADES (0.2) AND SUPPORTING DECLARATION AND PROPOSED ORDER (0.1); REVIEW COMMITTEE PRESENTATION REGARDING PFSA AND EPCA (0.2). |
| | | 7.20 | |
| Total Partner | | 15.30 | |
| MATZ TJ | 01/01/07 | 0.60 | CONTINUE TO REVIEW AND COMMENT ON 1/4 STATUTORY COMMITTEES' PRESENTATION (0.4); CORRESPOND WITH WORKING GROUP REGARDING SAME (0.2). |
| MATZ TJ | 01/02/07 | 0.60 | CORRESPONDENCE WITH B. STEINGART (0.1); CORRESPONDENCE WITH B. ROSENBERG REGARDING COMMITTEE MEETINGS (0.2); FOLLOW UP PREPARATION REGARDING SAME (0.3). |
| MATZ TJ | 01/03/07 | 0.30 | CONFIRM MATTERS REGARDING 1/4 COMMITTEE MEETINGS (0.3). |
| MATZ TJ | 01/04/07 | 7.50 | FINAL PREPARATION FOR JOINT MEETING OF STATUTORY COMMITTEES WITH B. SHAW, R. EISSENBERG, S. MILLER, D. SHERBIN, J. SHEEHAN, S. CORCORAN, SKADDEN TEAM (0.8); ATTEND JOINT MEETING OF UNSECURED CREDITORS' COMMITTEE, EQUITY COMMITTEE (2.5); ATTEND FOLLOW-UP QUESTION AND ANSWER MEETING WITH UNSECURED CREDITORS' COMMITTEE (1.0); ATTEND FOLLOW-UP QUESTION AND ANSWER MEETING WITH EQUITY COMMITTEE (1.0); PREPARE NOTES OF QUESTION AND ANSWER SESSIONS WITH UNSECURED CREDITORS' COMMITTEE AND EQUITY COMMITTEE (2.2);. |
| MATZ TJ | 01/19/07 | 0.40 | CORRESPONDENCE WITH E. SLASINSKI REGARDING UNSECURED CREDITORS COMMITTEE MATERIALS (0.1); TELECONFERENCE WITH E. SLASINSKI REGARDING SAME (0.1); CORRESPONDENCE WITH E. SLASINSKI REGARDING UNSECURED CREDITORS COMMITTEE MATERIALS (0.1); TELECONFERENCE WITH E. SLASINSKI REGARDING SAME (0.1). |
| MATZ TJ | 01/28/07 | 0.60 | REVIEW BRANDES SCREENING WALL MOTION (0.3); CORRESPONDENCE WITH B. ROSENBERG REGARDING UNSECURED CREDITORS COMMITTEE'S CONCERNS REGARDING CLAIMS, SUBSTANTIVE CONSOLIDATION (0.1); FOLLOW UP REGARDING SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 01/29/07 | 0.70 | FURTHER REVIEW OF BRANDES MOTION, RESPONSE (0.5); CORRESPONDENCE WITH F. FRANK REGARDING EQUITY COMMITTEE MEETINGS (0.2). |
| MATZ TJ | 01/31/07 | 0.60 | PREPARATION REGARDING PRESENTATION MATERIALS FOR FEBRUARY COMMITTEE MEETINGS (0.6). |
| | | **11.30** | |
| **Total Counsel** | | **11.30** | |
| DIAZ LB | 01/01/07 | 5.30 | CONTINUE REVISING STATUTORY COMMITTEE PRESENTATION (5.3). |
| DIAZ LB | 01/02/07 | 5.10 | CONTINUE TO REVISE STATUTORY COMMITTEE PRESENTATION (5.1). |
| DIAZ LB | 01/03/07 | 8.10 | CONTINUE TO REVISE STATUTORY COMMITTEE AND LAW DEBENTURE BOOKS (8.1). |
| DIAZ LB | 01/04/07 | 2.50 | ATTEND STATUTORY COMMITTEE MEETING AND FOLLOWING Q & A SESSION WITH COMMITTEES (2.5). |
| DIAZ LB | 01/26/07 | 1.90 | DRAFT PORTIONS OF THE STATUTORY COMMITTEE PRESENTATION (1.9). |
| DIAZ LB | 01/28/07 | 4.10 | DRAFT STATUTORY COMMITTEE PRESENTATION FOR FEB MEETING (4.1). |
| DIAZ LB | 01/30/07 | 4.20 | CONTINUE TO DRAFT STATUTORY COMMITTEE PRESENTATION (4.2). |
| DIAZ LB | 01/31/07 | 10.00 | DRAFT STATUTORY COMMITTEE PRESENTATION (10.0). |
| | | **41.20** | |
| FERN BM | 01/05/07 | 1.20 | REVIEW FINAL PRESENTATION TO STATUTORY COMMITTEES (1.2). |
| | | **1.20** | |
| HARDIN AS | 01/02/07 | 2.10 | REVISE PRESENTATION TO STATUTORY COMMITTEES (2.1). |
| HARDIN AS | 01/29/07 | 2.70 | BEGIN TO REVIEW AND PREPARE RESPONSE TO SCREENING PROCEDURES MOTION (1.5); REVIEW TIMELINES AND PRESENTATIONS REGARDING STATUTORY COMMITTEE PRESENTATIONS (0.4); BEGIN DRAFTING SECTION OF PRESENTATION TO STATUTORY COMMITTEES CONCERNING FRAMEWORK AND PLAN ISSUES (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HARDIN AS | 01/30/07 | 5.00 | DRAFT MEMO REGARDING MOTION CONCERNING SCREENING PROCEDURES (2.3); DRAFT SECTION OF PRESENTATION TO STATUTORY COMMITTEES RELATED TO PLAN AND FRAMEWORK ISSUES (1.9); DRAFT EMAIL TO WORKING GROUP REGARDING SAME (0.2); REVISE PRESENTATION TO STATUTORY COMMITTEES (0.6). |
| HARDIN AS | 01/31/07 | 2.60 | PREPARE MEMO REGARDING MOTION CONCERNING SCREENING PROCEDURES (2.6). |
| | | 12.40 | |
| HERRIOTT AV | 01/01/07 | 2.80 | REVIEW AND REVISE STATUTORY COMMITTEE PRESENTATION (2.8). |
| HERRIOTT AV | 01/02/07 | 6.90 | REVIEW AND REVISE PRESENTATION FOR JOINT MEETING OF THE DELPHI STATUTORY COMMITTEES (6.9). |
| HERRIOTT AV | 01/03/07 | 4.80 | REVIEW, REVISE, AND FINALIZE PRESENTATION FOR JOINT MEETING OF THE STATUTORY COMMITTEES (1.6); REVIEW AND REVISE PRESENTATION FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK (3.2). |
| HERRIOTT AV | 01/04/07 | 0.60 | FOLLOW UP TASKS FROM CREDITORS' COMMITTEE MEETING (0.5); FOLLOW UP REGARDING LAW DEBENTURE PRESENTATION (0.1). |
| | | 15.10 | |
| MEISLER RE | 01/02/07 | 0.10 | TELECONFERENCE WITH H. BAER REGARDING JANUARY OMNIBUS HEARING (0.1). |
| MEISLER RE | 01/03/07 | 1.80 | REVIEW AND COMMENT ON LAW DEBENTURE PRESENTATION (1.8). |
| MEISLER RE | 01/04/07 | 5.90 | PREPARE FOR COMMITTEE MEETINGS (0.4); PARTICIPATE IN JOINT COMMITTEE MEETINGS (2.2); PARTICIPATE IN BREAK OUT SESSION WITH UCC (0.9); PARTICIPATE IN BREAK OUT SESSION WITH EC (1.1); DRAFT SUMMARY REGARDING SAME (0.4); PARTICIPATE IN MEETING WITH LAW DEBENTURE (0.9). |
| MEISLER RE | 01/31/07 | 0.80 | REVIEW MEMO REGARDING BRANDES MOTION (0.4); REVIEW PLEADINGS FROM OTHER CASES (0.4). |
| | | 8.60 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 01/01/07 | 1.50 | REVIEW AND PROVIDE COMMENTS TO PROFESSIONAL FEE DATA IN UCC PRESENTATION (1.1); CORRESPOND WITH WORKING GROUP REGARDING SAME (0.4). |
| PERL MW | 01/31/07 | 1.40 | REVIEW FEE DATA AND PROVIDE COMMENTS TO SAME IN CONNECTION WITH CREDITORS COMMITTEE PRESENTATION (1.4). |
| | | 2.90 | |
| **Total Associate** | | **81.40** | |
| DEMMA J | 01/31/07 | 3.70 | UPDATE PRESENTATION FOR CREDITOR COMMITTEE MEETING (3.1); RESEARCH LEASE CONSOLIDATION IN PREVIOUS PRESENTATIONS (0.6). |
| | | 3.70 | |
| ~~WOODFIELD J~~ | ~~01/30/07~~ | ~~2.50~~ | ~~SEARCH SEVERAL DOCKETS IN SDNY FOR ORDERS APPROVING SPECIFIED INFORMATION BLOCKING PROCEDURES (2.5).~~ |
| | | ~~2.50~~ | |
| ZSOLDOS AF | 01/02/07 | 1.30 | UPDATE STATUTORY COMMITTEE MEETING PRESENTATION BOOK (1.3). |
| ZSOLDOS AF | 01/03/07 | 2.70 | COORDINATE PRODUCTION OF JOINT STATUTORY COMMITTEE PRESENTATION AND LAW DEBENTURE PRESENTATION (0.6); REVIEW PRESENTATIONS (0.5); CORRESPONDENCE WITH ATTORNEYS THROUGHOUT THE DAY REGARDING STATUS AND CONTENT OF PRESENTATIONS (0.7); PREPARE FOR RECEIPT OF LAW DEDEBENTURE PRESENTATION AND ANSWER VARIOUS QUESTIONS REGARDING SAME (0.9). |
| ZSOLDOS AF | 01/04/07 | 2.80 | SET UP JOINT STATUTORY COMMITTEE AND LAW DEBENTURE MEETINGS (2.8). |
| ZSOLDOS AF | 01/31/07 | 0.40 | UPDATE JOINT STATUTORY COMMITTEE PRESENTATION (0.4). |
| | | 7.20 | |
| **Total Legal Assistant** | | **13.40** | |
| **TOTAL TIME** | | **121.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 02/28/07
Creditor Meetings/ Statutory Committees           Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/03/07 | Diaz LB | 323.81 |
| Air/Rail Travel - vendor feed | 01/04/07 | Diaz LB | 642.19 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$966.00** |
| In-house Reproduction | 01/02/07 | Copy Center, D | 0.50 |
| In-house Reproduction | 01/05/07 | Copy Center, D | 22.20 |
| In-house Reproduction | 01/09/07 | Copy Center, D | 3.20 |
| In-house Reproduction | 01/16/07 | Copy Center, D | 2,908.50 |
| In-house Reproduction | 01/19/07 | Copy Center, D | 11.10 |
| In-house Reproduction | 01/19/07 | Copy Center, D | 45.30 |
| In-house Reproduction | 01/23/07 | Copy Center, D | 2.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,993.00** |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.76 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.29 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.91 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.07 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.97 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$3.00** |
| Reproduction - color | 01/02/07 | Word Processing, D | 400.01 |
| Reproduction - color | 01/02/07 | Copy Center, D | 400.01 |
| Reproduction - color | 01/03/07 | Copy Center, D | 15,200.22 |
| Reproduction - color | 01/05/07 | Copy Center, D | 18,061.76 |
| Reproduction - color | 01/05/07 | Word Processing, D | 35.50 |
| Reproduction - color | 01/05/07 | Copy Center, D | 35.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$34,133.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Air/Rail Travel (external) | 01/03/07 | Butler, Jr. J | 174.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$174.00** |
| Out-of-Town Travel | 01/03/07 | Butler, Jr. J | 266.04 |
| Out-of-Town Travel | 01/03/07 | Butler, Jr. J | 15.48 |
| Out-of-Town Travel | 01/03/07 | Butler, Jr. J | 14.48 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$296.00** |
| Messengers/ Courier | 01/02/07 | Dist Serv/Mail/Page, D | 66.59 |
| Messengers/ Courier | 01/02/07 | Dist Serv/Mail/Page, D | 13.38 |
| Messengers/ Courier | 01/07/07 | Arrow Messenger Svc | 121.06 |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 10.97 |
| | | **TOTAL MESSENGERS/ COURIER** | **$212.00** |
| Out-of-Town Meals | 01/03/07 | Butler, Jr. J | 28.51 |
| Out-of-Town Meals | 01/04/07 | Meisler RE | 32.49 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$61.00** |
| Printing to paper from TIF | 01/04/07 | Copy Center, D | 436.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$436.00** |
| Contracted Catering-NY | 01/04/07 | Butler, Jr. J | 240.00 |
| Contracted Catering-NY | 01/04/07 | Butler, Jr. J | 400.00 |
| Contracted Catering-NY | 01/04/07 | Butler, Jr. J | 446.00 |
| Contracted Catering-NY | 01/04/07 | Butler, Jr. J | 1,000.00 |
| Contracted Catering-NY | 01/04/07 | Butler, Jr. J | 500.00 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$2,586.00** |
| Wireless – Mobile/Cellular/Pager | 01/15/07 | Meisler RE | 2.00 |
| | | **TOTAL WIRELESS – MOBILE/CELLULAR/PAGER** | **$2.00** |
| | | **TOTAL MATTER** | **$41,862.00** |

B43E