SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| In re : | Chapter 11 |
| DELPHI CORPORATION, et al., : | Case No. 05–44481 (RDD) |
| Debtors. : | (Jointly Administered) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

EXHIBIT D-16
ENVIRONMENTAL MATTERS
297.9 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Environmental Matters  
Bill Date: 11/30/06  
Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 10/05/06 | 0.40 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.4). |
| BERLIN K | 10/06/06 | 1.50 | REVIEW OF TRW SETTLEMENT DOCUMENTS AND ISSUES (1.5). |
| BERLIN K | 10/09/06 | 0.70 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.6); REVIEW OF TRW SETTLEMENT LANGUAGE (0.1). |
| BERLIN K | 10/11/06 | 1.70 | REVIEW OF TRW NOTICE AND OTHER DOCUMENTS (0.8); REVIEW OF INFORMATION UPDATES FOR GM AND POTENTIAL INVESTORS (0.9). |
| BERLIN K | 10/12/06 | 5.20 | PREPARE FOR AND TAKE PART IN MEETINGS IN TROY, MI WITH M. HESTER AND K. JONES (5.2). |
| BERLIN K | 10/13/06 | 1.20 | REVIEW OF PRESENTATION FOR OCTOBER 4 CREDITORS COMMITTEE MEETING (1.2). |
| BERLIN K | 10/16/06 | 0.80 | REVIEW OF CASE CALENDER AND MOTION SUMMARY CHART (0.4); TELECONFERENCE WITH M. HESTER RE: CALL WITH D. LANGER (0.2); TELECONFERENCE WITH J. GROSS RE: CSX CLAIM (0.2). |
| BERLIN K | 10/19/06 | 3.10 | TELECONFERENCE WITH D. LANGER, M. HESTER, J. HUNT AND K. JONES ANSWERING QUESTIONS FROM D. LANGER (2.4); REVIEW OF PROJECT DESTINY PROGRESS REPORT (0.7). |
| BERLIN K | 10/23/06 | 0.40 | TELECONFERENCE WITH F. BIROS AND M. HESTER RE: PROJECT DESTINY (0.4). |
| BERLIN K | 10/24/06 | 3.60 | REVIEW OF RESPONSE TO WHITE & CASE QUESTIONS (0.3); REVIEW OF MOTION SUMMARY CHART AND CASE CALENDAR (0.7); PREPARE FOR AND TAKE PART IN TELECONFERENCE WITH D. LANGER, M. HESTER, K. JONES, AND J. HUNT RE: REVIEW OF DELPHI'S ENVIRONMENTAL MATTERS (2.4); REVIEW OF VANDALIA RESERVE INFORMATION (0.2). |
| BERLIN K | 10/26/06 | 2.00 | MEETING WITH J. BREWESTER, A. FEINBERG, ET AL. RE: TRUST TAX ISSUES (0.4); REVIEW OF RESERVE BACKUP CHARTS (1.6). |
| BERLIN K | 10/30/06 | 2.80 | REVIEW DOCUMENTS SENT TO WHITE & CASE (2.1); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.7). |
|  |  | **23.40** |  |
| ~~LYONS JK~~ | ~~10/09/06~~ | ~~1.10~~ | ~~REVIEW OF TYCO ENVIRONMENTAL AGREEMENT AND RIDE THROUGH ISSUES (1.1).~~ |
|  |  | ~~1.10~~ |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

---

| | | | |
|---|---|---|---|
| **Total Partner** | | 24.50 | |
| MEISLER RE | 10/02/06 | 0.10 | REVIEW CORRESPONDENCE RE: TRW SETTLEMENT (0.1). |
| MEISLER RE | 10/03/06 | 0.20 | TELECONFERENCE WITH K. JONES RE: TRW SETTLEMENT (0.1); DRAFT CORRESPONDENCE TO J. JONES RE: SAME (0.1). |
| MEISLER RE | 10/05/06 | 2.30 | PREPARE FOR TELECONFERENCE RE: TRW SETTLEMENT (0.3); TELECONFERENCE WITH K. JONES, D. BATY, AND S. BLACKHURST RE: SAME (1.5); TELECONFERENCE WITH K. JONES RE: FOLLOW UP (0.3); TELECONFERENCE WITH K. CRAFT RE: UPDATE OF SAME (0.2). |
| MEISLER RE | 10/06/06 | 0.80 | DRAFT INTERNAL CORRESPONDENCE RE: TRW SETTLEMENT (0.3); FOLLOW UP RE: SAME (0.3); TELECONFERENCE WITH K. CRAFT RE: SAME (0.1); TELECONFERENCE WITH K. JONES RE: SAME (0.1). |
| MEISLER RE | 10/08/06 | 1.00 | REVIEW AND COMMENT ON TRW SETTLEMENT AGREEMENT (1.0). |
| MEISLER RE | 10/09/06 | 3.30 | TELECONFERENCE WITH K. JONES RE: TRW SETTLEMENT (0.6); PREPARE FOR TELECONFERENCE WITH TRW (0.8); PARTICIPATE ON CALL WITH D. BATY, S. BLACKHURST AND K. JONES RE: SAME (0.8); CONTINUE TO REVIEW DOCUMENTATION RE: SAME (0.9); CONFERENCE WITH J. LYONS RE: SAME (0.2). |
| MEISLER RE | 10/10/06 | 0.60 | CONTINUE TO REVIEW AND COMMENT ON TRW SETTLEMENT (0.3); TELECONFERENCE WITH K. JONES RE: SAME (0.2); DRAFT CORRESPONDENCE TO D. BATY RE: SAME (0.1). |
| MEISLER RE | 10/11/06 | 0.70 | REVIEW AND COMMENT ON NOTICE RE: TRW SETTLEMENT (0.4); TELECONFERENCE WITH D. BATY RE: SETTLEMENT AGREEMENT (0.2); DRAFT CORRESPONDENCE TO K. JONES RE: SAME (0.1). |
| MEISLER RE | 10/12/06 | 0.90 | CONTINUE TO REVIEW OF TRW SETTLEMENT NOTICE (0.3) AND RIDER TO SETTLEMENT AGREEMENT (0.4); TELECONFERENCE WITH K. JONES RE: SAME (0.2). |
| MEISLER RE | 10/13/06 | 0.30 | CONTINUED ATTENTION TO TRW SETTLEMENT (0.2); DRAFT CORRESPONDENCE TO D. BATY RE: SAME (0.1). |
| MEISLER RE | 10/16/06 | 0.20 | CONTINUE ATTENTION TO TRW SETTLEMENT (0.2). |
| MEISLER RE | 10/25/06 | 0.30 | REVIEW DRAFT RIDER (0.2) AND STATUS OF TRW SETTLEMENT (0.1). |
| MEISLER RE | 10/26/06 | 0.30 | REVIEW INQUIRY RE: TRW SETTLEMENT (0.3). |
| | | **11.00** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 10/09/06 | 2.20 | REVISE RIDERS TO SETTLEMENT AGREEMENT WITH TRW RE: ENVIRONMENTAL DEED (0.9); FORMULATE STRATEGY RE: SETTLEMENT AGREEMENT (0.5); REVIEW AND ANALYZE SETTLEMENT AGREEMENT (0.8). |
| WHARTON JN | 10/10/06 | 2.70 | CONTINUE TO ANALYZE SETTLEMENT AGREEMENT WITH TRW RE: INDEMNIFICATION FOR ENVIRONMENTAL LIABILITY ARISING FROM PURCHASE OF DIESEL BUSINESS (1.3); DRAFT NOTICE OF SETTLEMENT AGREEMENT TO BE SERVED UNDER SETTLEMENT PROCEDURES ORDER (0.9), AND REVISE RIDER TO SETTLEMENT AGREEMENT (0.5). |
| WHARTON JN | 10/11/06 | 1.70 | CONTINUE TO REVISE DRAFT NOTICE OF TRW SETTLEMENT (0.8) AND ANALYZE SETTLEMENT AGREEMENT WITH TRW RE: ENVIRONMENTAL REMEDIATION (0.9). |
| WHARTON JN | 10/12/06 | 1.20 | ANALYZE TRW SETTLEMENT AGREEMENT AND FUNDING MECHANISMS (0.8); CONTINUE WORK ON DRAFT NOTICE OF TRW SETTLEMENT AGREEMENT (0.4). |
| WHARTON JN | 10/16/06 | 1.70 | CONTINUE ANALYSIS OF TRW SETTLEMENT AGREEMENT AND MECHANISM FOR IMPLEMENTING IT (1.3); TELECONFERENCES WITH K. CRAFT OF DELPHI (0.1) AND R. FLETEMEYER OF FTI (0.3) RE: SAME. |
| WHARTON JN | 10/18/06 | 1.00 | TELECONFERENCE WITH K. JONES RE: TRW SETTLEMENT (0.2) AND ANALYSIS OF TRW SETTLEMENT AND MEANS FOR IMPLEMENTATION (0.8). |
| WHARTON JN | 10/20/06 | 1.00 | CONTINUE ANALYSIS OF TRW SETTLEMENT AND NOTICE UNDER SETTLEMENT PROCEDURES ORDER (0.7); TELECONFERENCE WITH K. JONES OF DELPHI RE: SAME (0.3). |
| WHARTON JN | 10/25/06 | 0.70 | ANALYZE TRW SETTLEMENT AND ALLOCATION ISSUES (0.4); DRAFT LANGUAGE FOR RIDER TO TRW SETTLEMENT AGREEMENT (0.3). |
| WHARTON JN | 10/26/06 | 0.30 | CONTINUE ANALYSIS OF ALLOCATION OF FUNDS RE: SETTLEMENT AGREEMENT WITH TRW AUTOMOTIVE (0.3). |
| | | 12.50 | |
| **Total Associate** | | 23.50 | |
| **TOTAL TIME** | | **48.00** | |

93

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 11/30/06
**Environmental Matters**  Bill Number: 1132369

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/13/06 | Copy Center, D | 6.90 |
| In-house Reproduction | 10/17/06 | Copy Center, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7.00** |
| Westlaw | 10/09/06 | Wharton JN | 39.38 |
| Westlaw | 10/19/06 | Amodeo JA | 203.18 |
| Westlaw | 10/31/06 | Wharton JN | 61.44 |
| | | **TOTAL WESTLAW** | **$304.00** |
| Out-of-Town Travel | 10/11/06 | Berlin K | 92.05 |
| Out-of-Town Travel | 10/12/06 | Berlin K | 12.01 |
| Out-of-Town Travel | 10/12/06 | Berlin K | 258.90 |
| Out-of-Town Travel | 10/12/06 | Berlin K | 88.04 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$451.00** |
| Printing to paper from TIF | 10/24/06 | Copy Center, D | 32.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$32.00** |
| Wireless - Mobile/Cellular/Pager | 07/15/06 | Meisler RE | 8.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$8.00** |
| | | **TOTAL MATTER** | **$802.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)    Bill Date: 01/10/07
Environmental Matters    Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 11/01/06 | 2.80 | REVIEW OF ADDITIONAL RESERVE ESTIMATE BACKUP (0.8); TELECONFERENCE WITH J. GROSS RE: CSX CLAIM (0.2); TELECONFERENCE WITH M. HESTER AND K. JONES RE: SAME (0.3); TELECONFERENCE M. HESTER, K. JONES, J. GROSS AND CSX RE: THE BASIS FOR ITS CLAIM (0.8); FOLLOW-UP TO SAME (0.7). |
| BERLIN K | 11/02/06 | 4.50 | REVIEW OF RESERVE BACKUP INFORMATION FOR FOUR ADDITIONAL SITES (0.4); REVIEW OF DOCUMENTS RELATING TO CSX MOTION INCLUDING CLAIMS ESTIMATION PROCEDURES (2.1); TELECONFERENCE WITH D. LANGER, J. HUNT, M. HESTER AND K. JONES RE: RESERVE ESTIMATES (2.0). |
| BERLIN K | 11/03/06 | 1.00 | PARTICIPATION IN WEEKLY STRATEGY TELECONFERENCE (1.0). |
| BERLIN K | 11/06/06 | 0.70 | REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.7). |
| BERLIN K | 11/07/06 | 2.60 | TELECONFERENCE WITH DOJ RE: CLAIMS (0.2); REVIEW OF LATEST DRAFT OF TRW SETTLEMENT AGREEMENT (1.2); TELECONFERENCE WITH M. HESTER RE: RESERVES (0.3); REVISE THE RESERVE LANGUAGE AND TELECONFERENCE WITH M. HESTER RE: SAME (0.9). |
| BERLIN K | 11/09/06 | 0.40 | WORK ON CSX CLAIM ISSUES AND TELECONFERENCE WITH M. HESTER RE: SAME (0.4). |
| BERLIN K | 11/13/06 | 2.20 | REVIEW OF MARKUP OF TRW AGREEMENT BY TRW WITH E-MAILS RE: SAME (1.5); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.7). |
| BERLIN K | 11/14/06 | 2.80 | TELECONFERENCE M. HESTER RE: MISCELLANEOUS ISSUES (0.2); TELECONFERENCE M. HESTER, ET AL RE: INSURANCE TRUST (0.5); REVIEW MEMORANDUM ON OHIO STATUTE OF LIMITATIONS RE: CSX CLAIM (1.2); TELECONFERENCE M. HESTER, K. JONES, J. GROSS AND CSX RE: SAME (0.5); FOLLOW-UP CALLS WITH M. HESTER AND K. JONES RE: SAME AND ANAHEIM MATTER (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BERLIN K | 11/15/06 | 3.70 | REVIEW OF CLAIM OBJECTIONS TO BE WITHDRAWN AND CONFERENCE WITH J. MUYS RE: SAME (0.4); CONTINUE REVIEW OF OHIO STATUTE OF LIMITATIONS' ISSUES RE: CSX CLAIM AND E-MAIL RE: SAME (1.7); TELECONFERENCES WITH F. BIROS AND A. TANNENBAUM RE: DOJ CLAIM AND OBJECTION (0.6); TELECONFERENCE WITH R. REESE RE: SAME (0.1); TELECONFERENCE WITH S. MORRISON RE: CALIFORNIA CLAIM (0.4); E-MAILS RE: SAME (0.2); TELECONFERENCE WITH K. JONES RE: ALL OF THE ABOVE (0.3). |
| BERLIN K | 11/16/06 | 2.80 | PREPARATION FOR TELECONFERENCE WITH M. HESTER, K. JONES RE: SETTLING ALL OPEN CLAIMS (1.7); PREPARATION FOR AND TELECONFERENCE WITH M. HESTER, ET AL RE: KILROY REALTY CLAIM (1.1). |
| BERLIN K | 11/17/06 | 1.90 | TELECONFERENCE WITH J. GROSS RE: CSX CLAIM (0.5); TELECONFERENCE WITH M. STATTER RE: OHIO CLAIM AND E-MAIL RE: SAME (0.3); BEGIN REVIEW OF LOCKPORT PHASE 1 (1.1). |
| BERLIN K | 11/20/06 | 1.40 | FINISH REVIEW OF LOCKPORT PHASE 1 (1.1); EMAILS RE: VARIOUS CLAIMS PROCEDURE ISSUES (0.3). |
| BERLIN K | 11/21/06 | 5.70 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5); PREPARE VARIOUS EMAILS AND PARTICIPATE IN TELECONFERENCES RE: MICHIGAN, OHIO AND OLATHE, KANSAS CLAIMS AND WITHDRAWAL OF OBJECTIONS (1.1); REVIEW OF OBJECTION TO KANSAS NRD CLAIM AND E-MAIL RE: SAME (0.7); REVIEW OF POWERPOINT PRESENTATION (1.3); PREPARE FOR AND PARTICIPATE IN TELECONFERENCES WITH K. JONES AND THEN K. JONES, S. MORRISON AND M. PADILLA RE: ANAHEIM CONSENT ORDER AND SALE (1.3); FOLLOW-UP TELECONFERENCE WITH K. JONES (0.2); REVIEW OF STATUS OF TRUST (0.3); TELECONFERENCE WITH J. STEINBERG RE: TRUST ISSUES (0.3). |
| BERLIN K | 11/22/06 | 1.90 | REVIEW OF PROJECT DESTINY (TRUST) DECISIONS; MARKUP OF FRAMEWORK DOCUMENT AND TEAM TELECONFERENCE RE: SAME (1.9). |
| BERLIN K | 11/27/06 | 4.20 | REVIEW OF MILLIKEN RESPONSE TO OBJECTION (0.5); REVIEW OF MEMORANDUM ON CSX STATUE OF LIMITATION ISSUES (0.8); PARTICIPATION IN TELECONFERENCE WITH M. HESTER, J. HUNT AND POTENTIAL INSURANCE BROKER (AON) RE: TRUST INSURANCE (1.4); REVIEW OF CSX ANSWER TO OBJECTIONS TO CLAIM (1.4); TELECONFERENCE WITH M. HESTER RE: INSURANCE (0.1). |

B43E

| | | | |
|---|---|---|---|
| BERLIN K | 11/29/06 | 3.80 | REVIEW OF SUMMARY OF RESPONSES TO CLAIM OBJECTIONS (1.2); TELECONFERENCE WITH J. LYONS RE: CSX CLAIM (0.2); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS ISSUES (0.3); E-MAIL TO D. KENNEDY RE: OBJECTIONS (0.1); TELECONFERENCE WITH J. GROSS, J. LYONS RE: CSX CLAIM (0.2); REVIEW OF REVISED CLAIMS' PROCEDURES ORDER (1.2); REVIEW OF NEW CASE CALENDAR AND MOTION SUMMARY CHART (0.6). |
| | | **42.40** | |
| **Total Partner** | | **42.40** | |
| MEISLER RE | 11/06/06 | 0.30 | REVIEW CORRESPONDENCE RE: TRW SETTLEMENT (0.1); REVIEW AND ANALYZE CORRESPONDENCE RE: CH&I CONTRACT (0.2). |
| MEISLER RE | 11/09/06 | 0.20 | REVIEW STATUS OF TRW SETTLEMENT (0.2). |
| MEISLER RE | 11/10/06 | 0.20 | CONFERENCE WITH K. CRAFT RE: TRW SETTLEMENT (0.2). |
| MEISLER RE | 11/13/06 | 0.50 | REVIEW NOTICE OF SETTLEMENT RE: TRW (0.2); ANALYZE POTENTIAL OF INTERCOMPANY TRANSACTION RELATED TRW SETTLEMENT (0.3). |
| MEISLER RE | 11/14/06 | 0.90 | REVIEW AND ANALYSIS OF NOTICE PROVISIONS RE: TRW (0.2); TELECONFERENCES WITH K. JONES RE: SAME (0.4, 0.1); FOLLOW UP RE: SAME (0.2). |
| MEISLER RE | 11/29/06 | 0.30 | TELECONFERENCE WITH K. JONES RE: TRW SETTLEMENT (0.2); TELECONFERENCE WITH AND K. JONES RE: SAME (0.1). |
| MEISLER RE | 11/30/06 | 0.30 | REVIEW CHANGES TO SETTLEMENT NOTICE RE: TRW SETTLEMENT (0.2); REVIEW CORRESPONDENCE RE: SAME (0.1). |
| | | **2.70** | |
| WHARTON JN | 11/01/06 | 0.40 | PREPARE SUMMARY OF SETTLEMENT WITH TRW AUTOMOTIVE RE: ENVIRONMENTAL ISSUES (0.4). |
| WHARTON JN | 11/02/06 | 0.40 | DRAFT SUMMARY OF TRW SETTLEMENT RE: ENVIRONMENTAL REMEDIATION (0.4). |
| WHARTON JN | 11/06/06 | 0.80 | CONTINUE ANALYSIS OF TRW SETTLEMENT AGREEMENT AND NOTICE OF SAME (0.8). |
| WHARTON JN | 11/09/06 | 0.80 | TELECONFERENCES WITH K. JONES, J. HUNT AND M. KAMINSKI RE: TRW SETTLEMENT (0.1) AND K. JONES RE: TRW (0.3); ANALYSIS OF TRW SETTLEMENT AND NOTICE OF SAME (0.4). |
| WHARTON JN | 11/13/06 | 0.80 | ANALYZE TRW'S COMMENTS TO DRAFT NOTICE OF SETTLEMENT AGREEMENT (0.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 11/14/06 | 1.10 | TELECONFERENCE WITH K. JONES RE: TRW SETTLEMENT NOTICE (0.4); REVISE TRW SETTLEMENT NOTICE (0.7). |
| WHARTON JN | 11/29/06 | 2.70 | REVIEW AND ANALYZE SETTLEMENT AGREEMENT WITH TRW (0.8); REVISE AND FINALIZE NOTICE OF TRW SETTLEMENT FOR SERVICE UNDER SETTLEMENT PROCEDURES ORDER (1.6); TELECONFERENCES WITH K. JONES RE: SAME (0.3). |
| WHARTON JN | 11/30/06 | 3.20 | CONTINUE TO REVISE AND FINALIZE FOR SERVICE OF NOTICE OF TRW SETTLEMENT UNDER SETTLEMENT PROCEDURES ORDER (2.7); TELECONFERENCES WITH K. JONES OF DELPHI RE: SAME (0.5). |
| | | 10.20 | |
| **Total Associate** | | **12.90** | |
| **TOTAL TIME** | | **55.30** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  Bill Date: 01/10/07
Environmental Matters  Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | --- |
| Vendor Hosted Teleconferencing | 10/19/06 | Teleconferencing Services, LLC | 25.64 |
| Vendor Hosted Teleconferencing | 10/24/06 | Teleconferencing Services, LLC | 29.92 |
| Vendor Hosted Teleconferencing | 11/01/06 | Teleconferencing Services, LLC | 12.19 |
| Vendor Hosted Teleconferencing | 11/21/06 | Teleconferencing Services, LLC | 12.25 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$80.00** |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 2.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$2.00** |
| | | **TOTAL MATTER** | **$82.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)          Bill Date: 01/31/07
Environmental Matters                                      Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 12/04/06 | 3.00 | TELECONFERENCE WITH M. HESTER, AND K. JONES REGARDING WHITE & CASE REQUESTS AND CLAIMS SETTLEMENT (0.7); PREPARATION FOR AND TELECONFERENCE WITH K. JONES, M. HESTER & D. LANGER REGARDING TRW SETTLEMENT (0.9); TELECONFERENCE WITH M. HESTER, T. LABANDT, ET. AL REGARDING OBTAINING INSURANCE FOR ENVIRONMENTAL TRUST (0.8); REVIEW OF CASE CALENDAR AND MOTION CHART (0.6). |
| BERLIN K | 12/05/06 | 0.20 | REVIEW OF APPALOOSA ENVIRONMENTAL AGREEMENT (0.2). |
| BERLIN K | 12/08/06 | 0.80 | TELECONFERENCE WITH K. JONES AND D. LANGER REGARDING TRW SETTLEMENT AND REVIEW OF EMAILS REGARDING SAME (0.8). |
| BERLIN K | 12/11/06 | 1.90 | TELECONFERENCE WITH M. HESTER REGARDING MEETING REGARDING ENVIRONMENTAL TRUST AND E-MAIL REGARDING SAME (0.4); REVIEW OF E-MAIL ON TREMONT MATTER AND TELECONFERENCE WITH M. HESTER REGARDING SAME (0.4); REVIEW OF T. LABANDT E-MAIL ON INSURANCE AND ATTACHED ACE FORM POLICY (1.1). |
| BERLIN K | 12/12/06 | 2.10 | NUMEROUS TELECONFERENCES TO M. HESTER; TELECONFERENCE WITH M. HESTER, J. HUNT AND HALLEY & ALDRICH REGARDING TRUST ISSUES (0.8); BRIEFING IN PREPARATION FOR MEETING IN TROY ON 11/18 REGARDING SAME (0.7); REVIEW OF CASE CALENDAR AND MOTION CHART (0.6). |
| BERLIN K | 12/18/06 | 1.80 | TELECONFERENCE WITH M. HESTER REGARDING TRUST ISSUES (0.2); TELECONFERENCE WITH S. COMOFORD, M. HESTER ET AL REGARDING INDEMNITY AGREEMENT (0.7); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5); TELECONFERENCE AND E-MAIL REGARDING MEETING WITH ENVIRON (0.4). |
| BERLIN K | 12/21/06 | 0.30 | TELECONFERENCE WITH D. CARTER REGARDING ENVIRONMENTAL INDEMNITY ISSUES (0.3). |
| BERLIN K | 12/22/06 | 0.30 | TELECONFERENCE WITH M. HESTER REGARDING APPALOOSA DUE DILIGENCE (0.3). |
|  |  | **10.40** |  |
| **Total Partner** |  | **10.40** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 12/04/06 | 1.20 | TELECONFERENCE WITH D. LANGER, K. SIMON, K. JONES, AND M. HESTER REGARDING TRW SETTLEMENT (0.5); FOLLOW UP WORK REGARDING SAME (0.2); TELECONFERENCE WITH K. JONES REGARDING SAME (0.1); DRAFT CORRESPONDENCE REGARDING SAME (0.1); CONTINUE FOLLOW UP REGARDING TRW SETTLEMENT (0.3). |
| MEISLER RE | 12/05/06 | 0.20 | TELECONFERENCE WITH K. JONES REGARDING TRW SETTLEMENT (0.2). |
| MEISLER RE | 12/06/06 | 0.30 | REVIEW STATUS OF TRW SETTLEMENT (0.2); DRAFT CORRESPONDENCE TO K. CRAFT REGARDING SAME (0.1). |
| MEISLER RE | 12/08/06 | 0.10 | REVIEW STATUS OF TRW NOTICE (0.1). |
| | | **1.80** | |
| WHARTON JN | 12/04/06 | 1.00 | RESPOND TO REQUEST FROM LATHAM & WATKINS FOR INFORMATION REGARDING TRW SETTLEMENT (0.3); TELECONFERENCE WITH B. FRANTANGELO OF DELPHI REGARDING TRANSMITTING DOCUMENTS TO LATHAM & WATKINS (0.1); TELECONFERENCE WITH R. FLETEMEYER OF FTI REGARDING TRW SETTLEMENT (0.3); DRAFT SUMMARY OF TRW SETTLEMENT (0.3). |
| WHARTON JN | 12/05/06 | 1.60 | TELECONFERENCE WITH K. JONES OF DELPHI REGARDING ENVIRONMENTAL ISSUES (0.4); REVIEW QUESTIONS FROM D. LANGER OF LATHAM & WATKINS REGARDING TRW SETTLEMENT (0.3); TELECONFERENCE WITH K. JONES REGARDING TRW SETTLEMENT (0.5); PREPARE FOR CONFERENCE CALL WITH D. LANGER AND K. SIMON OF LATHAM & WATKINS AND K. JONES REGARDING TRW SETTLEMENT (0.4). |
| WHARTON JN | 12/06/06 | 1.10 | TELECONFERENCE WITH D. LANGER AND K. SIMON OF LATHAM & WATKINS AND K. JONES OF DELPHI REGARDING TRW SETTLEMENT AND ADDRESSING CREDITORS' COMMITTEE'S COMMENTS REGARDING SAME (0.9); TELECONFERENCE WITH K. JONES REGARDING TRW SETTLEMENT (0.2). |
| WHARTON JN | 12/14/06 | 0.20 | TELECONFERENCE WITH K. JONES OF DELPHI REGARDING TRW SETTLEMENT (0.2). |
| | | **3.90** | |
| **Total Associate** | | **5.70** | |
| **TOTAL TIME** | | **16.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 01/31/07 |
|---|---|---|---|
| Environmental Matters | | | Bill Number: 1147919 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 12/21/06 | Berlin K | 1,103.60 |
| Air/Rail Travel - vendor feed | 12/21/06 | Berlin K | -1,058.60 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$45.00** |
| Vendor Hosted Teleconferencing | 12/06/06 | Teleconferencing Services, LLC | 15.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$15.00** |
| Wireless - Mobile/Cellular/Pager | 12/15/06 | Meisler RE | 5.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$5.00** |
| | | **TOTAL MATTER** | **$65.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Environmental Matters

Bill Date: 02/28/07  
Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 01/03/07 | 3.30 | TELECONFERENCE WITH M. HESTER REGARDING JANUARY 8TH AND JANUARY 11TH MEETINGS REGARDING TRUST (0.4); BEGIN REVIEW OF TREMONT SETTLEMENT LEGAL ISSUES (1.4); REVIEW OF LATEST TRUST COSTS AND FIGURES, AND ISSUES REGARDING SAME (0.8); REVIEW OF LATEST CASE CALENDAR AND MOTIONS' CHART (0.7). |
| BERLIN K | 01/04/07 | 2.90 | PREPARE FOR AND TAKE PART IN TELECONFERENCE WITH M. HESTER AND K. JONES REGARDING RESOLVING CLAIMS (2.9). |
| BERLIN K | 01/05/07 | 4.10 | REVIEW OF KANSAS CLAIM (0.6); REVIEW OF CLAIMS RESOLUTION PROCEDURES IN PREPARATION FOR 1/8/07 MEETING IN TROY, MICHIGAN (1.2); CONTINUE DRAFT OF MEMORANDUM ON TREMONT ISSUES (1.0); TELECONFERENCE M. HESTER, J. HUNT ET AL REGARDING 1/8/07 MEETING (1.3). |
| BERLIN K | 01/06/07 | 1.50 | TAKE PART IN TEAM STRATEGY CONFERENCE (1.5). |
| BERLIN K | 01/07/07 | 4.60 | REVIEW OF LATEST 13-D AND 8-K (1.4); FINALIZE MEMORANDUM ON TREMONT LIABILITY (3.2). |
| BERLIN K | 01/08/07 | 8.70 | PREPARE FOR AND ATTENDING MEETINGS IN TROY AT DELPHI OFFICES WITH M. HESTER, AND THEN WITH M. HESTER, S. CORCORAN, D. SHERBIN, AND J. SHEENAN REGARDING ENVIRONMENTAL TRUST (8.7). |
| BERLIN K | 01/09/07 | 3.80 | REVIEW OF CASE CALENDAR WITH MOTION SUMMARY CHART (0.5); TELECONFERENCE WITH J. GROSS REGARDING CSX CLAIM (0.4); DRAFT OF POWER POINT PRESENTATION FOR DEPARTMENT OF JUSTICE MEETING ON 1/11/07 (2.9). |
| BERLIN K | 01/10/07 | 5.80 | PREPARE POWER POINT PRESENTATION FOR 1/11/07 MEETING AND NUMEROUS TELECONFERENCES WITH M. HESTER, J. HUNT AND D. HOGEN REGARDING SAME (4.6); REVIEW OF PHASE I'S ON DONNER STREET WITH FLINT EAST PLANT 400 (1.2). |
| BERLIN K | 01/11/07 | 8.90 | PREPARE FOR AND ATTEND MEETING WITH DEPARTMENT OF JUSTICE WITH M. HESTER, J. HUNT AND D. HOGEN REGARDING TRUST (8.1); REVIEW RCRA SETTLEMENT ISSUES REGARDING TRUST (0.8). |
| BERLIN K | 01/12/07 | 3.60 | CONFERENCE WITH D. FROST AND L. MALONE REGARDING CSX STATUTE OF LIMITATIONS MOTION AND BEGIN WORK ON SAME (1.2); TELECONFERENCE WITH M. HESTER REGARDING FOLLOW-UP TO TRUST MEETING (0.3); BEGIN REVIEW OF PHASE I REPORTS (2.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BERLIN K | 01/16/07 | 0.90 | REVIEW OF RCRA ISSUES REGARDING TRUST AND TELECONFERENCE WITH H. EISENBERG REGARDING SAME (0.8); TELECONFERENCE WITH M. HESTER REGARDING SAME (0.1). |
|---|---|---|---|
| BERLIN K | 01/17/07 | 6.60 | TELECONFERENCE WITH A. TANNENBAUM REGARDING GM ISSUES AND CONTINUED REVIEW OF SAME (1.4); PREPARE E-MAIL TO A. TANNENBAUM REGARDING SAME (0.6); REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHARTS (0.7); WORK ON CSX STATUTE OF LIMITATION MOTION; CONFERENCE WITH D. FROST AND L. MALONE REGARDING SAME AND TELECONFERENCE WITH K. JONES REGARDING SAME (1.2); REVISE TREMONT MEMORANDUM (1.4); TELECONFERENCE WITH M. HESTER REGARDING MISCELLANEOUS ISSUES (0.2); REVIEW OF HUSTON CLAIM FILES AND TELECONFERENCE WITH K. JONES REGARDING SAME (1.1). |
| BERLIN K | 01/18/07 | 3.60 | TELECONFERENCE WITH M. HESTER, ET AL REGARDING INSURANCE QUOTE FROM T. GOSS (0.4); REVIEW OF CSX AFFIDAVIT ISSUES AND E-MAIL REGARDING SAME (1.2); DRAFT OF E-MAIL ON EFFECT OF FREE AND CLEAR ORDER AND E-MAILS TO M. HESTER REGARDING SAME (1.4); TELECONFERENCE WITH D. FROST AND L. MALONE REGARDING CSX AFFIDAVITS (0.2); REVIEW OF RCRA PERMIT TRANSFER RULES (0.4). |
| BERLIN K | 01/22/07 | 0.60 | REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.6). |
| BERLIN K | 01/23/07 | 4.20 | TAKE PART IN A TELECONFERENCE WITH M. HESTER; J. GOSS, X-CEL REPRESENTATIVES, ET AL, REGARDING ENVIRONMENTAL INSURANCE (1.8); TELECONFERENCE WITH A. TANNENBAUM REGARDING STATUS OF TRUST ISSUES (0.2); E-MAILS TO C. GILL REGARDING MICHIGAN QUESTIONS (0.2); TELECONFERENCE WITH M. HESTER REGARDING MISCELLANEOUS ISSUES (0.2); TELECONFERENCE WITH D. FROST, L. MALONE, K. JONES, J. RIDD AND J. LITTLE REGARDING CSX MOTION (1.8). |
| BERLIN K | 01/24/07 | 1.80 | TELECONFERENCE WITH K. JONES AND R. ELLIOTT REGARDING HOUSTON CLAIM (0.2) REVIEW OF J. GOSS INDEMNITY AND CONFIDENTIALITY PROPOSAL AND TELECONFERENCE WITH M. HESTER REGARDING SAME (0.5); REVIEW OF DAVIES' DECLARATION REGARDING CSX MATTER (0.3); REVIEW OF LATEST 8-K (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BERLIN K | 01/25/07 | 1.60 | REVIEW OF ENVIRONMENTAL INFORMATION REQUEST (0.4); TELECONFERENCE WITH D. LANGER REGARDING STATUS OF HIS REVIEW OF ENVIRONMENTAL ISSUES (0.4); TELECONFERENCE WITH M. HESTER, D. SHERBIN, ET AL REGARDING INSURANCE ISSUES (0.6); TELECONFERENCE WITH A. TANNENBAUM AND F. BIROS REGARDING TRUST (0.2). |
| BERLIN K | 01/26/07 | 0.60 | TELECONFERENCE WITH J. STEINBERG REGARDING TRUST ISSUES AND DOJ (0.3); TAKE PART IN SKADDEN/DELPHI TEAM TELECONFERENCE (0.3). |
| BERLIN K | 01/29/07 | 5.50 | REVIEW OF MARK-UP OF AFFIDAVIT FOR CSX MATTER AND CONFERENCE WITH L. MALONE AND D. FROST REGARDING SAME (1.6); PREPARE FOR AND TAKE PART IN TELECONFERENCE WITH R. MEISLER, H. HESTER, K. JONES, MILBANK AND ENVIRON REGARDING CLOSURE ISSUES (0.9); FOLLOW-UP TELECONFERENCE WITH R. MEISLER, M. HESTER ET AL REGARDING SAME (0.3); BEGIN REVIEW OF DISCLOSURE STATEMENT TIMELINE AND ISSUES (1.2); REVIEW OF E-MAILS REGARDING CLOSURE (0.3); BEGIN REVIEW OF DRAFT CSX BRIEF (1.2). |
| BERLIN K | 01/30/07 | 3.50 | TELECONFERENCE WITH K. JONES AND J. RIDD REGARDING WISCONSIN BLVD. SITE ISSUES AND REVIEW OF SAME (0.7); REVIEW OF LATEST CASE CALENDAR AND MOTIONS SUMMARY CHART (0.5); CONTINUE TO REVIEW OF CSX AFFIDAVIT AND BRIEF (1.3); TAKE PART IN TELECONFERENCE WITH M. HESTER AND ENVIRON (0.3); REVIEW OF RESPONSE TO VARIOUS ENVIRONMENTAL QUESTIONS (0.2); CONFERENCE WITH L. MALONE REGARDING CSX BRIEF (0.3); TELECONFERENCE WITH M. HESTER REGARDING MISCELLANEOUS ISSUES (0.2). |
| BERLIN K | 01/31/07 | 1.30 | REVIEW OF LATEST DRAFT OF 8-K (0.4) REVIEW CLAIMS PROCEDURES AND CSX CLAIM AND CONTINUED REVIEW OF SAME (0.9). |
| | | **77.40** | |
| BUTLER, JR. J | 01/07/07 | 0.30 | PREPARE FOR JANUARY 8TH MEETING AT COMPANY IN TROY REGARDING ENVIRONMENTAL AND ENVIRONMENTAL TRUST STRATEGY MATTERS WITH WORKING GROUP (0.3). |
| BUTLER, JR. J | 01/08/07 | 0.90 | PREPARE FOR (0.2) AND ATTEND (0.7) MEETING AT COMPANY IN TROY REGARDING ENVIRONMENTAL AND ENVIRONMENTAL TRUST STRATEGY MATTERS WITH WORKING GROUP. |
| | | **1.20** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FROST, JR. DJ | 01/03/07 | 1.20 | EVALUATE ENVIRONMENTAL CLAIM SETTLEMENT ISSUES (1.2). |
| FROST, JR. DJ | 01/09/07 | 0.70 | EVALUATE TRUST AND OTHER ENVIRONMENTAL ISSUES (0.7). |
| FROST, JR. DJ | 01/12/07 | 1.50 | EVALUATE OPTIONS FOR OPPOSITION MOTION TO CST CLAIM (1.0); REVIEW CSX CLAIM-RELATED DOCUMENTS (0.5). |
| FROST, JR. DJ | 01/13/07 | 1.00 | REVIEW CSX CLAIM MATERIALS (1.0). |
| FROST, JR. DJ | 01/14/07 | 3.40 | REVIEW CSX CLAIM MATERIALS (2.8); EVALUATE CSX CLAIM OPTIONS (0.6). |
| FROST, JR. DJ | 01/15/07 | 4.20 | CONTINUE TO EVALUATE REMEDIAL STUDIES AND STATUTE OF LIMITATIONS ISSUES (4.2). |
| FROST, JR. DJ | 01/16/07 | 1.00 | EVALUATE STATUTE OF LIMITATIONS ISSUES (1.0). |
| FROST, JR. DJ | 01/17/07 | 3.30 | EVALUATE STATUTE OF LIMITATIONS ISSUES RELATING TO CSX CLAIM (3.3). |
| FROST, JR. DJ | 01/18/07 | 3.50 | EVALUATE CSX CLAIM ISSUES AND INVESTIGATION/CLEANUP HISTORY AT DELPHI PLANT (3.5). |
| FROST, JR. DJ | 01/23/07 | 2.50 | ADDRESS CSX CLAIM ISSUES (2.5). |
| FROST, JR. DJ | 01/24/07 | 2.00 | REVIEW TECHNICAL INFORMATION AND DRAFT OPPOSITION BRIEF (2.0). |
| FROST, JR. DJ | 01/25/07 | 1.50 | DRAFT EXPERT AFFIDAVIT (1.5). |
| FROST, JR. DJ | 01/26/07 | 1.50 | DRAFT AFFIDAVIT (1.5). |
| FROST, JR. DJ | 01/27/07 | 6.00 | DRAFT AFFIDAVIT; REVIEW TECHNICAL DOCUMENTS (6.0). |
| FROST, JR. DJ | 01/28/07 | 3.00 | CONTINUE TO DRAFT AFFIDAVIT AND REVIEW TECHNICAL DOCUMENT (3.0). |
| FROST, JR. DJ | 01/29/07 | 2.20 | REVISE AFFIDAVIT (0.4); EVALUATE TECHNICAL ISSUES REGARDING CSX CLAIM (1.8). |
| FROST, JR. DJ | 01/30/07 | 2.00 | REVIEW TECHNICAL DOCUMENTS (RFI AND RELATED DOCUMENTS) (2.0). |
| | | 40.50 | |
| **Total Partner** | | **119.10** | |
| MALONE EA | 01/03/07 | 4.20 | RESEARCH ISSUES INVOLVING SETTLEMENT OF A PREDECESSOR'S CERCLA LIABILITY BY SUCCESSOR CORPORATIONS (4.2). |
| MALONE EA | 01/12/07 | 0.40 | REVIEW CSX CLAIM AND BACKGROUND ISSUES (0.3); SUPERVISE GATHERING OF BACKGROUND MATERIALS (0.1). |
| MALONE EA | 01/14/07 | 3.40 | REVIEW MATERIALS AND APPLICABLE CASE LAW (3.4). |

106

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MALONE EA | 01/15/07 | 9.20 | CONDUCT LEGAL RESEARCH ON MERITS OF CSX CONTAMINATION CLAIM (5.8); BEGIN OUTLINING RESPONSE TO SAME (3.4). |
| MALONE EA | 01/16/07 | 5.80 | REVIEW AND PROVIDE COMMENTS ON THE ENVIRONMENTAL INDEMNITY (5.8). |
| MALONE EA | 01/17/07 | 4.30 | CONTINUE DRAFTING RESPONSE TO CSX CONTAMINATION CLAIM (4.3). |
| MALONE EA | 01/18/07 | 6.40 | TELECONFERENCE WITH J. RIDD TO DISCUSS HISTORY OF CSX CLAIM AND CLEANUP EFFORTS (1.2); REVIEW CSX COMMENTS TO EPA STATEMENT OF BASIS FOR CLEANUP OPTIONS (0.5); CONTINUE DRAFTING RESPONSE TO THE OBJECTION (4.7). |
| MALONE EA | 01/20/07 | 0.70 | CONDUCT ADDITIONAL LEGAL RESEARCH ON CSX CLAIM (0.7). |
| MALONE EA | 01/21/07 | 2.10 | CONTINUE LEGAL RESEARCH ON CSX CLAIM (2.1). |
| MALONE EA | 01/22/07 | 1.60 | REVIEW AND REVISE DRAFT OBJECTION TO CSX CLAIM (1.6). |
| MALONE EA | 01/23/07 | 4.10 | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE TO DISCUSS TECHNICAL ISSUES ON CSX CLAIM (1.8); CONTINUE DRAFTING OBJECTION TO CSX CLAIM (2.3). |
| MALONE EA | 01/24/07 | 3.90 | COORDINATE DOCUMENT REQUEST REGARDING CSX CLAIM AND SEND RELEVANT DOCUMENTS TO OUTSIDE CONSULTANTS (0.5); CONTINUE LEGAL RESEARCH ON FEDERAL CAUSES OF ACTION IN CSX CLAIM (3.4). |
| MALONE EA | 01/25/07 | 3.50 | CONTINUE LEGAL RESEARCH ON FEDERAL CAUSES OF ACTION IN CSX CLAIM (3.5). |
| MALONE EA | 01/29/07 | 3.20 | CONTINUE WORK ON RESPONSE TO CSX CLAIM (3.2). |
| MALONE EA | 01/30/07 | 2.50 | CONTINUE WORK ON RESPONSE TO CSX CLAIM (2.5). |
| MALONE EA | 01/31/07 | 5.20 | CONTINUE LEGAL RESEARCH FOR AND DRAFTING OF RESPONSE TO CSX CLAIM (5.2). |
| | | 60.50 | |
| **Total Associate** | | 60.50 | |
| **TOTAL TIME** | | <u>179.60</u> | |

107

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 02/28/07
Environmental Matters  Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/03/07 | Berlin K | 953.78 |
| Air/Rail Travel - vendor feed | 01/03/07 | Berlin K | -863.76 |
| Air/Rail Travel - vendor feed | 01/07/07 | Berlin K | 953.98 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,044.00** |
| In-house Reproduction | 01/16/07 | Copy Center, D | 35.20 |
| In-house Reproduction | 01/23/07 | Copy Center, D | 13.60 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 7.70 |
| In-house Reproduction | 01/30/07 | Copy Center, D | 224.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$281.00** |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.62 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.29 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.46 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.15 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.48 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$5.00** |
| Lexis/Nexis | 01/12/07 | Camm M | 1,055.00 |
| | | **TOTAL LEXIS/NEXIS** | **$1,055.00** |
| Westlaw | 01/03/07 | Malone EA | 436.42 |
| Westlaw | 01/15/07 | Malone EA | 609.68 |
| Westlaw | 01/18/07 | Malone EA | 9.86 |
| Westlaw | 01/23/07 | Malone EA | 62.65 |
| Westlaw | 01/25/07 | Malone EA | 489.29 |
| Westlaw | 01/31/07 | Malone EA | 296.10 |
| | | **TOTAL WESTLAW** | **$1,904.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 01/12/07 | Copy Center, D | 405.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$405.00** |
| Printing to paper from TIF | 01/25/07 | Copy Center, D | 199.00 |
| Printing to paper from TIF | 01/26/07 | Copy Center, D | 199.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$398.00** |
| | | **TOTAL MATTER** | **$5,092.00** |

B43E