SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :       Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :       Case No. 05–44481 (RDD)
                                          :
                        Debtors.          :       (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-17
BUSINESS OPERATIONS / STRATEGIC PLANNING
286.6 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 11/30/06
Business Operations/Strategic Planning                       Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERKE JS | 10/06/06 | 0.80 | PARTICIPATION IN WEEKLY SENIOR STRATEGY CALL (0.8). |
| BERKE JS | 10/20/06 | 1.00 | PARTICIPATED IN WEEKLY CONFERENCE CALL (1.0). |
| BERKE JS | 10/27/06 | 1.20 | PARTICIPATION IN WEEKLY STRATEGY CALL (0.8), SUBSEQUENT CONSIDERATION OF ISSUES (0.4). |
| | | **3.00** | |
| BUTLER, JR. J | 10/02/06 | 0.40 | PREPARE FOR OCTOBER 3RD DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 10/03/06 | 1.90 | PREPARE FOR (0.2) AND ATTEND (1.7) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 10/06/06 | 2.20 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.2) TELECONFERENCE WITH S. MILLER, R. O'NEAL AND EXECUTIVE MANAGEMENT TEAM (PLUS FTI AND ROTHSCHILD) RE: STRATEGY MEETING; TELECONFERENCE WITH D. RESNICK RE: NEXT STEPS (0.3); TELECONFERENCE WITH S. MILLER RE: SAME (0.1); REVIEW VOLUME ASSUMPTIONS AND RELATED 9+3 FORECAST MATERIALS FROM B. DELLINGER (0.3). |
| BUTLER, JR. J | 10/08/06 | 0.40 | CONTINUE TO REVIEW VOLUME ASSUMPTIONS AND RELATED 9+3 FORECAST MATERIALS FROM B. DELLINGER (0.2); REVIEW EMAIL FROM K. CRAFT RE: CONTINENTAL TEVES AND PROPOSED NEXT STEPS AND RESPOND TO SAME (0.2). |
| BUTLER, JR. J | 10/13/06 | 0.20 | EMAILS FROM/TO D. SHERBIN RE: DMS HOUSTON WIND-DOWN (0.2). |
| BUTLER, JR. J | 10/15/06 | 0.60 | PREPARE FOR OCTOBER 16TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 10/16/06 | 3.10 | PREPARE FOR (0.3) AND ATTEND (2.8) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 10/20/06 | 2.10 | PREPARE FOR (0.2) AND PARTICIPATE (1.1) WEEKLY SENIOR STRATEGY MEETING; PREPARE FOR (0.2) AND PARTICIPATE IN (0.6) STRATEGY UPDATE TELECONFERENCE WITH S. MILLER AND SENIOR WORKING GROUP INCLUDING FTI AND ROTHSCHILD. |
| BUTLER, JR. J | 10/21/06 | 0.60 | PREPARE FOR OCTOBER 22ND DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY INCLUDING EMAILS FROM/TO J. SHEEHAN RE: AGENDA ITEMS AND WORK PLAN MATTERS (0.6). |

B43R

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 10/22/06 | 0.90 | PREPARE FOR OCTOBER 22ND EXECUTIVE LEADERSHIP MEETING AT COMPANY IN TROY (0.9). |
| BUTLER, JR. J | 10/23/06 | 3.40 | PREPARE FOR (0.4) AND ATTEND (2.8) DELPHI EXECUTIVE LEADERSHIP STRATEGY MEETING AT COMPANY IN TROY; CONFERENCE WITH J. SHEEHAN RE: 8+4/9+3 FORECAST AT COMPANY IN TROY (0.2). |
| BUTLER, JR. J | 10/29/06 | 0.40 | PREPARE FOR OCTOBER 30TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 10/30/06 | 3.80 | PREPARE FOR (0.4) AND ATTEND (1.6) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; ATTEND EXECUTIVE LEADERSHIP STRATEGY MEETINGS AT COMPANY (1.8). |
| | | **20.00** | |
| COCHRAN EL | 10/03/06 | 0.60 | PARTICIPATE IN DTM (0.6). |
| COCHRAN EL | 10/06/06 | 0.40 | SENIOR STRATEGY CALL PARTICIPATION (0.4). |
| COCHRAN EL | 10/16/06 | 3.10 | PARTICIPATE IN DTM (3.1). |
| COCHRAN EL | 10/20/06 | 1.10 | PARTICIPATE IN SENIOR STRATEGY CALL (1.1). |
| COCHRAN EL | 10/27/06 | 0.60 | PARTICIPATE IN SENIOR STRATEGY CALL (0.6). |
| COCHRAN EL | 10/30/06 | 1.80 | PARTICIPATE IN DTM CALL (1.8). |
| | | **7.60** | |
| LYONS JK | 10/20/06 | 1.00 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.0). |
| LYONS JK | 10/27/06 | 0.80 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.8). |
| | | **1.80** | |
| MARAFIOTI KA | 10/06/06 | 0.70 | SENIOR STRATEGY CALL (0.2); DEVELOP CASE STRATEGY (0.5). |
| MARAFIOTI KA | 10/20/06 | 1.00 | SENIOR STRATEGY CALL (1.0). |
| | | **1.70** | |
| PANAGAKIS GN | 10/20/06 | 0.70 | PARTICIPATE ON WEEKLY SENIOR STRATEGY CALL (0.7). |
| PANAGAKIS GN | 10/27/06 | 0.90 | PARTICIPATE ON WEEKLY CALL (0.6); REVIEW CORRESPONDENCE RE: SAME (0.3). |
| | | **1.60** | |
| **Total Partner** | | **35.70** | |
| MATZ TJ | 10/05/06 | 0.40 | PREPARE AGENDA FOR SENIOR STRATEGY CONFERENCE CALL (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 10/06/06 | 0.20 | PARTICIPATE IN SENIOR STRATEGY CALL (0.2). |
| MATZ TJ | 10/09/06 | 0.40 | TELECONFERENCE WITH J. SHEEHAN RE: BOOZ ALLEN SG&A PROJECT (0.4). |
| MATZ TJ | 10/10/06 | 0.80 | FOLLOW UP TELECONFERENCE WITH J. SHEEHAN RE: BOOZ ALLEN (0.2); AND CONFERENCE RE: EXPENSE RECONCILIATION WITH J. SHEEHAN (0.3); CONFERENCE WITH R. EISENBERG RE: SAME (0.1); REVIEW BOOZ ALLEN RETENTION RE: EXPENSES (0.2). |
| | | **1.80** | |
| RAMLO K | 10/05/06 | 0.10 | REVIEW AGENDA FOR SENIOR STRATEGY CALL (0.1). |
| RAMLO K | 10/06/06 | 0.20 | PREPARE FOR AND PARTICIAPE IN SENIOR STRATEGY CALL (0.2). |
| RAMLO K | 10/14/06 | 0.30 | REVIEW HEARING MATERIALS ON IT OUTSOURCING MOTION (0.3). |
| RAMLO K | 10/19/06 | 0.10 | REVIEW AGENDA FOR WEEKLY CALL (0.1). |
| RAMLO K | 10/20/06 | 1.00 | PREPARE FOR AND PARTICIAPE IN SENIOR STRATEGY CALL (1.0). |
| RAMLO K | 10/23/06 | 0.20 | REVIEW MEDIA COVERAGE OF DELPHI NEGOTIATIONS (0.2). |
| RAMLO K | 10/26/06 | 0.10 | REVIEW AGENDA FOR WEEKLY WORKING GROUP CALL (0.1). |
| RAMLO K | 10/27/06 | 0.30 | PREPARE FOR AND PARTICIAPE IN SENIOR STRATEGY CALL (0.3). |
| | | **2.30** | |
| **Total Counsel** | | **4.10** | |
| DIAZ LB* | 10/10/06 | 5.20 | DRAFT DEBTORS' EXIT STRATEGY CHART (5.2). |
| DIAZ LB* | 10/11/06 | 8.10 | CONTINUE TO DRAFT DEBTORS' EXIT PLAN CHART (8.1). |
| | | **13.30** | |
| FERN BM | 10/04/06 | 1.00 | ANALYZED ISSUES RE: IT OUTSOURCING DILIGENCE PROCESS (0.5); EMAILS TO/FROM M. BROUDE RE: IT MOTION (0.2); EMAILS TO M. LOEB, T. MCCABE AND A. FRANKUM RE: SAME (0.3). |
| FERN BM | 10/05/06 | 1.10 | EMAILS TO/FROM A. FRANKUM RE: IT DILIGENCE PROCESS (0.3); EMAILS TO/FROM M. LOEB RE: PREPARING FOR HEARING ON IT MOTION (0.3); FORMULATE STRATEGY RE: IT OUTSOURCING (0.5). |
| FERN BM | 10/06/06 | 0.50 | REVIEW DOCUMENTS RE: IT MOTION APPROVAL PROCESS (0.5). |
| FERN BM | 10/09/06 | 3.80 | BEGAN DRAFTING SCRIPT FOR IT OUTSOURCING MOTION (3.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 10/10/06 | 3.50 | CONTINUE DRAFTING SCRIPT FOR IT OUTSOURCING MOTION (2.9); TELECONFERENCE WITH M. LOEB RE: IT OUTSOURCING MOTION (0.3); EMAILS TO/FROM M. LOEB RE: IT OUTSOUCRING MOTION (0.3). |
| FERN BM | 10/12/06 | 1.10 | REVIEW DOCKET FOR PLEADINGS RELATED TO IT OUTSOURCING (0.3); EMAILS TO/FROM T. MCCABE RE: HEARING ON IT MOTION (0.4); EMAILS TO/FROM D. SHERBIN AND M. LOEB RE: IT OUTSOURCING (0.4). |
| FERN BM | 10/13/06 | 1.70 | REVIEW DOCKET FOR PLEADINGS RE: IT OUTSOURCING (0.2); EMAILS TO/FROM D. SHERBIN AND M. LOEB RE: IT OUTSOURCING MOTION (0.4); REVISE SCRIPT RE: IT MOTION (0.8); EMAILS TO/FROM T. MCCABE RE: IT AGREEMENTS (0.3). |
| FERN BM | 10/16/06 | 3.50 | ORGANIZE AND REVIEW DOCUMENTS IN PREPARATION FOR HEARING ON IT OUTSOURCING MOTION (2.7); EMAILS TO/FROM T. MCCABE RE: IT OUTSOURCING HEARING (0.4); REVISED SCRIPT FOR IT OUTSOURCING MOTION (0.4). |
| FERN BM | 10/17/06 | 3.90 | EMAILS TO/FROM T. MCCABE RE: HEARING ON IT MOTION (0.3); REVIEW DOCUMENTS IN PREPARATION FOR HEARING ON IT MOTION (3.6). |
| FERN BM | 10/18/06 | 1.80 | REVIEW DOCUMENTS IN PREPARATION FOR HEARING ON IT MOTION (1.3); STRATEGY TELECONFERENCE WITH T. MCCABE RE: IT HEARING (0.5). |
| FERN BM | 10/19/06 | 1.00 | PREPARE FOR HEARING ON IT MOTION (0.7); EMAIL FROM M. LOEB RE: PHASE TWO OF IT TRANSFORMATION (0.3). |
| | | **22.90** | |
| MEISLER RE | 10/03/06 | 0.50 | REVIEW AND COMMENT ON PRESENTATION TO DTM (0.5). |
| MEISLER RE | 10/06/06 | 0.20 | PREPARE FOR SENIOR STRATEGY CALL (0.2). |
| MEISLER RE | 10/10/06 | 0.20 | CONTINUE ATTENTION TO IT OUTSOURCING MOTION AND IBEW CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 10/11/06 | 0.40 | ATTENTION TO PRESENTATION OF IT OUTSOURCING MOTION AT OCTOBER 19TH HEARING (0.4). |
| MEISLER RE | 10/12/06 | 0.30 | CONTINUE PREPARATION FOR HEARING RE: IT OUTSOURCING (0.3). |
| MEISLER RE | 10/13/06 | 0.10 | REVIEW DOCKET FOR OBJECTIONS TO IT OUTSOURCING (0.1). |
| MEISLER RE | 10/16/06 | 0.30 | REVIEW AND EDIT UPDATED IT OUTSOURCING SCRIPT (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 10/17/06 | 0.10 | REVIEW DRAFT OF SENIOR STRATEGY AGENDA (0.1). |
| MEISLER RE | 10/18/06 | 0.50 | TELECONFERENCE WITH D. KAYE AND T. CASEY RE: PBR KNOXVILLE (0.2); TELECONFERENCE WITH K. CRAFT RE: SAME (0.2); NOTES TO FILE (0.1). |
| MEISLER RE | 10/19/06 | 0.40 | REVIEW AND REVISE AGENDA FOR SENIOR STRATEGY MEETING (0.3); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 10/20/06 | 1.20 | PREPARE FOR SENIOR STRATEGY CALL (0.2); PARTICIPATE IN SAME (1.0). |
| MEISLER RE | 10/25/06 | 0.80 | REVIEW ISSUES RE: PBR KNOXVILLE LLC (0.3); TELECONFERENCE WITH T. CASEY RE: SAME (0.2); TELECONFERENCE WITH T. LEWIS RE: SAME (0.2); DRAFT CORRESPONDENCE TO K. CRAFT RE: SAME (0.1). |
| MEISLER RE | 10/26/06 | 0.30 | DRAFT SENIOR STRATEGY AGENDA (0.3). |
| MEISLER RE | 10/27/06 | 0.60 | PARTICIPATE ON SENIOR STRATEGY CALL (0.3); REVIEW DRAFT LETTER FROM PBR REQUESTING AN ADMINISTRATIVE AMENDMENT TO THE JV LLC AGREEMENT (0.2); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.1). |
| | | **5.90** | |
| **Total Associate/Law Clerk** | | **42.10** | |
| DEMMA J | 10/06/06 | 1.10 | UPDATE DTM MATERIALS (1.1). |
| DEMMA J | 10/10/06 | 0.60 | PREPARE DTM MATERIALS FOR ATTORNEY USE (0.6). |
| DEMMA J | 10/11/06 | 0.60 | UPDATE ATTORNEY DTM BINDERS (0.6). |
| DEMMA J | 10/17/06 | 0.60 | UPDATE DTM MATERIALS (0.6). |
| DEMMA J | 10/31/06 | 0.60 | UPDATE DTM ATTORNEY MATERIALS (0.6). |
| | | **3.50** | |
| ROSEN R | 10/23/06 | 0.70 | MONITOR CASE DOCKET RE: ENTRY OF IT OUTSOURCING ORDER (0.4); REVIEW WITH E. GERSHBEIN, KCC NEED FOR SERVICE, AND SPECIAL PARTIES LIST RE: SAME (0.3). |
| | | **0.70** | |
| **Total Legal Assistant** | | **4.20** | |
| **TOTAL TIME** | | **<u>86.10</u>** | |

* Law clerks are law school graduates who are not presently admitted
to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 11/30/06
Business Operations/Strategic Planning            Bill Number: 1132369

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/18/06 | Fern BM | 756.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$756.00** |
| In-house Reproduction | 10/20/06 | Copy Center, D | 18.27 |
| In-house Reproduction | 10/27/06 | Copy Center, D | 13.73 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$32.00** |
| Telephone Expense | 10/27/06 | Telecommunications, D | 5.74 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 7.96 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.55 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.75 |
| | | **TOTAL TELEPHONE EXPENSE** | **$15.00** |
| Lexis/Nexis | 10/04/06 | Fern BM | 35.66 |
| Lexis/Nexis | 10/11/06 | Fern BM | 18.34 |
| | | **TOTAL LEXIS/NEXIS** | **$54.00** |
| Westlaw | 10/04/06 | Fern BM | 40.38 |
| Westlaw | 10/04/06 | Grant K | 45.79 |
| Westlaw | 10/11/06 | Fern BM | 121.13 |
| Westlaw | 10/24/06 | Perl MW | 176.44 |
| Westlaw | 10/25/06 | Sample II EL | 592.26 |
| | | **TOTAL WESTLAW** | **$976.00** |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 0.33 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 41.25 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 67.38 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 31.24 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 0.25 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 09/30/06 | Teleconferencing Services, LLC | 38.55 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$179.00** |
| Air/Rail Travel (external) | 10/02/06 | Butler, Jr. J | 142.86 |
| Air/Rail Travel (external) | 10/15/06 | Butler, Jr. J | 85.13 |
| Air/Rail Travel (external) | 10/22/06 | Butler, Jr. J | 350.52 |
| Air/Rail Travel (external) | 10/29/06 | Butler, Jr. J | 400.49 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$979.00** |
| Out-of-Town Travel | 10/02/06 | Butler, Jr. J | 51.90 |
| Out-of-Town Travel | 10/02/06 | Butler, Jr. J | 101.15 |
| Out-of-Town Travel | 10/02/06 | Butler, Jr. J | 4.50 |
| Out-of-Town Travel | 10/15/06 | Butler, Jr. J | 252.47 |
| Out-of-Town Travel | 10/15/06 | Butler, Jr. J | 27.01 |
| Out-of-Town Travel | 10/15/06 | Butler, Jr. J | 680.60 |
| Out-of-Town Travel | 10/18/06 | Fern BM | 35.01 |
| Out-of-Town Travel | 10/18/06 | Fern BM | 21.70 |
| Out-of-Town Travel | 10/19/06 | Fern BM | 512.65 |
| Out-of-Town Travel | 10/19/06 | Fern BM | 35.01 |
| Out-of-Town Travel | 10/22/06 | Butler, Jr. J | 103.21 |
| Out-of-Town Travel | 10/22/06 | Butler, Jr. J | 10.00 |
| Out-of-Town Travel | 10/22/06 | Butler, Jr. J | 53.01 |
| Out-of-Town Travel | 10/22/06 | Butler, Jr. J | 216.31 |
| Out-of-Town Travel | 10/22/06 | Butler, Jr. J | 14.00 |
| Out-of-Town Travel | 10/29/06 | Butler, Jr. J | 106.59 |
| Out-of-Town Travel | 10/29/06 | Butler, Jr. J | 226.87 |
| Out-of-Town Travel | 10/29/06 | Butler, Jr. J | 44.01 |
| Out-of-Town Travel | 10/29/06 | Butler, Jr. J | 18.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,514.00** |
| Out-of-Town Meals | 10/02/06 | Butler, Jr. J | 10.47 |
| Out-of-Town Meals | 10/15/06 | Butler, Jr. J | 30.91 |
| Out-of-Town Meals | 10/15/06 | Butler, Jr. J | 54.84 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 10/19/06 | Fern BM | 6.91 |
| Out-of-Town Meals | 10/22/06 | Butler, Jr. J | 20.94 |
| Out-of-Town Meals | 10/29/06 | Butler, Jr. J | 20.93 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$145.00** |
| Wireless - Mo-bile/Cellular/Pager | 10/20/06 | Butler, Jr. J | 37.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$37.00** |
| | | **TOTAL MATTER** | **$5,687.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/10/07
Business Operations/Strategic Planning                Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 11/04/06 | 0.40 | REVIEW AND EVALUATE PRELIMINARY ROLL-UP OF 2007-2011 BUSINESS PLAN FROM J. SHEEHAN (0.4). |
| BUTLER, JR. J | 11/12/06 | 0.40 | PREPARE FOR NOVEMBER 13TH SENIOR EXECUTIVE LEADERSHIP STRATEGY MEETING IN BIRMINGHAM, MICHIGAN (0.4). |
| BUTLER, JR. J | 11/13/06 | 3.10 | PREPARE FOR (0.3) AND ATTEND (1.5) SENIOR EXECUTIVE LEADERSHIP STRATEGY MEETING IN BIRMINGHAM, MICHIGAN; ATTEND WORKING LUNCH MEETING WITH S. MILLER, J. SHEEHAN AND D. RESNICK IN TROY, MICHIGAN (1.3). |
| BUTLER, JR. J | 11/19/06 | 0.60 | PREPARE FOR NOVEMBER 20TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 11/20/06 | 4.30 | PREPARE FOR (0.7) AND PARTICIPATE IN (3.2) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; CONTINUE TO REVIEW PRELIMINARY ROLL-UP OF 2007 BUSINESS PLAN PROCESS (0.4). |
| BUTLER, JR. J | 11/26/06 | 0.20 | PREPARE FOR NOVEMBER 27TH DELPHI TRANSFORMATION MEETING (0.2). |
| BUTLER, JR. J | 11/27/06 | 1.80 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.5) DELPHI TRANSFORMATION MEETING (BY TELECONFERENCE). |
| BUTLER, JR. J | 11/29/06 | 1.50 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.3) SENIOR LEADERSHIP STRATEGY CONFERENCE WITH S. MILLER, R. O'NEAL, D. RESNICK AND SENIOR LEADERSHIP TEAM. |
|  |  | **12.30** |  |
| COCHRAN EL | 11/20/06 | 3.50 | PARTICIPATE IN DELPHI TRANSFORMATION COMMITTE MEETING (3.5). |
| COCHRAN EL | 11/27/06 | 1.60 | PARTICIPATE IN DELPHI TRANSFORMATION COMMITTEE MEETING (1.6). |
|  |  | **5.10** |  |
| HOGAN III AL | 11/03/06 | 1.10 | PARTICIPATE IN WEEKLY SENIOR STRATEGY CONFERENCE, AND UPDATE GROUP ON CLAIMS LITIGATION MATTERS (1.1). |
|  |  | **1.10** |  |
| LYONS JK | 11/03/06 | 1.00 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.0). |
| LYONS JK | 11/10/06 | 1.10 | PARTICIPATION IN SENIOR STRATEGY CALL (1.1). |
|  |  | **2.10** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 11/03/06 | 1.00 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.0). |
| MARAFIOTI KA | 11/07/06 | 1.10 | REVIEW AND REVISE MOTION TO APPROVE WINDDOWN OF DELPHI MEDICAL SYSTEMS TEXAS (0.9) AND ORDER (0.2). |
| MARAFIOTI KA | 11/09/06 | 0.60 | WORK ON REVISIONS TO MOTION RE: DELPHI MEDICAL SYSTEMS TEXAS WINDDOWN (0.6). |
| MARAFIOTI KA | 11/10/06 | 0.30 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.3). |
| | | **3.00** | |
| **Total Partner** | | **23.60** | |
| MATZ TJ | 11/03/06 | 1.00 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL WITH S. CORCORAN AND K. CRAFT OF COMPANY (1.0). |
| MATZ TJ | 11/10/06 | 0.40 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.4). |
| | | **1.40** | |
| **Total Counsel** | | **1.40** | |
| GRANT K | 11/02/06 | 4.50 | REVIEW AGREEMENTS AND ORDERS RE: PROPOSED RELOCATION TRANSACTION (3.1); TELECONFERENCE WITH C. CREEL RE: SAME (0.3); BEGAN WORK ON MOTION RE: SAME (1.1). |
| GRANT K | 11/03/06 | 9.00 | CONTINUE REVIEW OF DOCUMENTS AND AGREEMENTS RELEVANT TO APPLERA PROPOSAL AND DRAFTED MOTION AND ORDER FOR APPROVAL OF SAME (7.6); OBTAIN AND REVIEW CLAIM OF APPLERA (0.2); TELECONFERENCE WITH C. CREEL RE: SAME (0.2); TELECONFERENCE WITH J. PETERSON, B. LEO AND C. CHIPKEWICH RE: APPLIED BIO TRANSACTION (0.4); TELECONFERENCE WITH A. SEGUIN AND C. CREEL RE: APPLIED BIO TRANSACTION (0.6). |
| GRANT K | 11/06/06 | 6.60 | CONTINUE TO WORK ON MOTION WITH RESPECT TO DELPHI MEDIAL SYSTEMS TEXAS, AND REVIEWED SAME (6.1); TELECONFERENCE WITH C. CREEL (0.2) AND A. SEGUIN RE: SAME (0.3). |
| GRANT K | 11/07/06 | 7.40 | TELECONFERENCE WITH C. CREEL (0.2), A. SEGUIN (0.4), S. CORCORAN AND C. CREEL (0.3), C. CREEL AND S. HUNT (0.6) RE: APPLERA MOTION AND CONTINUED TO WORK ON AND REVISE SAME (5.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 11/08/06 | 9.30 | TELECONFERENCE WITH C. CREEL (0.3)  A. SEGUIN (0.4)  C. CREEL, S. HUNT AND J. HUTCHINGS (0.8)  C. CREEL, A. SEGUIN (1.1) RE: REVISED AGREEMENT WITH APPLERA; DRAFT NOTICE OF APPLERA MOTION (1.7); TELECONFERENCE WITH C. CREEL, B. GIBBS, S. HUNT AND A. SEGUIN RE: APPLERA DEAL (5.0). |
| GRANT K | 11/09/06 | 11.00 | TELECONFERENCE WITH A. SEQUIN, B. LEO, C. ADAIR AND C. CREEL (1.1); TELECONFERENCE WITH A. SEGUIN, C. CREEL B. GIBBS AND S. HUNT (0.9); TELECONFERENCE WITH A. SEGUIN, C. CREEL B. GIBBS, AND S. HUNT (1.2); TELECONFERENCES WITH S. CORCORAN (0.5) RE: APPLERA MOTION; CONTINUED TO REVISE AND FINALIZE MOTION, ORDER, NOTICE AND EXHIBITS AND ATTENTION TO FILING SAME (7.3). |
| GRANT K | 11/10/06 | 0.90 | EMAILS WITH S. CORCORAN REGARDING APPLERA MOTION (0.5); TELECONFERENCE WITH J. LINBERGER RE: APPLERA MOTION (0.4). |
| GRANT K | 11/11/06 | 0.40 | EMAIL WITH S. CORCORAN AND K. HENLY RE: APPLERA MOTION (0.4). |
| GRANT K | 11/14/06 | 3.90 | TELECONFERENCES WITH A. SEGUIN (0.4) AND EMAILS WITH CLIENT AND OPPOSING COUNSEL RE: FINALIZATION OF EXHIBITS TO AMENDMENT TO MOTION (1.1); BEGIN TO WORK ON PREPARATION OF HEARING MATERIALS RE: SAME (2.4). |
| GRANT K | 11/15/06 | 4.00 | DRAFT HEARING PREPARATION MATERIALS FOR APPLERA MOTION (2.9); TELECONFERENCE WITH K. SIMON RE: APPLERA MOTION (0.4); EMAIL RE: SAME (0.2); REVIEW FINAL EXHIBITS TO AMENDMENT AND EMAILS RE: SAME (0.5). |
| GRANT K | 11/16/06 | 3.20 | CONTINUE TO WORK ON HEARING PREPARATION MATERIALS WITH RESPECT TO APPLERA MOTION (2.9); REVIEW CHANGES TO EXHIBITS TO AMENDMENT (0.3). |
| GRANT K | 11/17/06 | 2.40 | TELECONFERENCE WITH D. BRODERICK RE: APPLERA MOTION (0.2); RESEARCH RE: FORMATION OF NEW JOINT VENTURE. (2.2). |
| GRANT K | 11/20/06 | 2.40 | CONTINUE TO WORK ON HEARING PREPARATION MATERIALS FOR APPLERA MOTION (2.4). |
| GRANT K | 11/29/06 | 0.50 | ASSIST WITH PREPARATION OF HEARING MATERIALS FOR APPLERA MATTER (0.5). |
| GRANT K | 11/30/06 | 0.40 | EMAILS WITH A. SEGUIN RE: APPROVAL OF APPLERA MOTION (0.4). |
| | | **65.90** | |
| MEISLER RE | 11/02/06 | 0.20 | REVIEW AND COMMENT ON SENIOR STRATEGY AGENDA (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 11/03/06 | 1.40 | PREPARE FOR SENIOR STRATEGY CALL (0.2); PARTICIPATE ON SAME (1.0); CONTINUE REVIEW OF APPLIED BIO AND RESOLUTION OF SAME (0.2). |
| MEISLER RE | 11/06/06 | 1.70 | CONTINUE TO REVIEW AND COMMENT ON APPLIED BIO MOTION (1.7). |
| MEISLER RE | 11/07/06 | 1.70 | CONTINUE TO REVIEW AND COMMENT ON APPLIED BIO MOTION (1.7). |
| MEISLER RE | 11/08/06 | 0.30 | REVIEW CORRESPONDENCE RE: APPLIED BIO MOTION (0.1); REVIEW REVISED MOTION RE: SAME (0.2). |
| MEISLER RE | 11/09/06 | 1.00 | TELECONFERENCES WITH S. CORCORAN RE: APPLIED BIO MOTION (0.1, 0.1); REVIEW CORRESPONDENCE RE: SAME (0.2); REVIEW FINAL MOTION RE: SAME (0.6). |
| MEISLER RE | 11/10/06 | 1.10 | PREPARE FOR SENIOR STRATEGY CALL (0.3); PARTICIPATE ON SAME (0.5); REVIEW CORRESPONDENCE RE: APPLIED BIO MOTION (0.1) AND RESPOND (0.2). |
| MEISLER RE | 11/14/06 | 0.20 | TELECONFERENCE WITH K. CRAFT RE: DPSS ISSUES (0.2). |
| MEISLER RE | 11/15/06 | 0.40 | REVIEW AND COMMENT ON SCRIPT RE: APPLIED BIO MOTION (0.4). |
| MEISLER RE | 11/17/06 | 0.70 | TELECONFERENCE WITH S. CORCORAN RE: JV QUERY (0.1); ANALYSIS OF SAME (0.2); REVISE UPDATED SCRIPT RE: APPLIED BIO MOTION (0.4). |
| MEISLER RE | 11/19/06 | 0.50 | REVIEW AND COMMENT ON MEMO RE: PBR (0.5). |
| MEISLER RE | 11/29/06 | 1.10 | REVIEW SCRIPT RE: DELPHI MEDICAL TEXAS (0.3); CONTINUE TO PREPARE FOR HEARING RE: DELPHI MEDICAL TEXAS (0.8). |
| | | **10.30** | |
| STUART NL | 11/20/06 | 2.40 | REVIEW AND REVISE STIPULATION FOR IBJTC (2.4). |
| | | **2.40** | |
| **Total Associate** | | **78.60** | |
| DEMMA J | 11/02/06 | 0.60 | UPDATE DTM MATERIALS (0.6). |
| DEMMA J | 11/29/06 | 0.60 | UPDATE DTM MATERIALS (0.6). |
| | | **1.20** | |
| ROSEN R | 11/01/06 | 0.40 | REVIEW, COMPARE PBR LLC CLEAN AND BLACKLINED LETTER AGREEMENTS (0.3); REVIEW COMMENTS TO SAME WITH REQUESTING TEAM ATTORNEY (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROSEN R | 11/06/06 | 0.60 | REVIEW WITH E. GERSHBEIN, KCC RE: APPLERA MOTION 664 SPECIAL PARTIES SERVICE LIST, PREPARATIONS FOR FILING AND SERVICE OF SAME (0.6). |
| ROSEN R | 11/07/06 | 0.40 | FURTHER REVIEW SERVICE ISSUES RE: UPCOMING APPLERA MOTION 664 SPECIAL PARTIES SERVICE LIST WITH E. GERSHBEIN, KCC (0.4). |
| ROSEN R | 11/08/06 | 0.60 | FURTHER REVIEW APPLERA 664 SPECIAL PARTIES SERVICE ISSUES WITH E. GERSHBEIN (0.5); REVIEW INFORMATION RE: SAME WITH TEAM ATTORNEYS (0.1). |
| ROSEN R | 11/09/06 | 3.20 | ASSIST TEAM ATTORNEY WITH PREPARATION OF APPLERA MOTION, EXHIBITS AND NOTICE FOR FILING (1.8); REVIEW SERVICE PREPARATIONS, FILING STATUS RE: SAME WITH E. GERSHBEIN, KCC (0.5); COMPILE, FORWARD DOCUMENTS TO E. GERSHBEIN, KCC AND COORDINATE SERVICE RE: SAME (0.9). |
| ROSEN R | 11/10/06 | 0.60 | REVIEW WITH E. GERSHBEIN RE: 11/9 SPECIAL PARTIES SERVICE AND 11/10 SPECIAL PARTIES SERVICE COMPLETION RE: APPLERA MOTION 664 SPECIAL PARTIES SERVICE LIST (0.6). |
| | | 5.80 | |
| Total Legal Assistant | | 7.00 | |
| TOTAL TIME | | **110.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                  Bill Date: 01/10/07
Business Operations/Strategic Planning                   Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/10/06 | Copy Center, D | 3.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 4.67 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 5.68 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.43 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.22 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$11.00** |
| Westlaw | 11/17/06 | Grant K | 730.00 |
| | | **TOTAL WESTLAW** | **$730.00** |
| Reproduction - color | 11/10/06 | Copy Center, D | 686.35 |
| Reproduction - color | 11/11/06 | Copy Center, D | 112.55 |
| Reproduction - color | 11/12/06 | Copy Center, D | 191.10 |
| | | **TOTAL REPRODUCTION - COLOR** | **$990.00** |
| Vendor Hosted Teleconferencing | 10/06/06 | Teleconferencing Services, LLC | 10.18 |
| Vendor Hosted Teleconferencing | 10/06/06 | Teleconferencing Services, LLC | 0.24 |
| Vendor Hosted Teleconferencing | 10/20/06 | Teleconferencing Services, LLC | 60.10 |
| Vendor Hosted Teleconferencing | 10/24/06 | Teleconferencing Services, LLC | 25.38 |
| Vendor Hosted Teleconferencing | 10/27/06 | Teleconferencing Services, LLC | 15.56 |
| Vendor Hosted Teleconferencing | 11/03/06 | Teleconferencing Services, LLC | 40.11 |
| Vendor Hosted Teleconferencing | 11/10/06 | Teleconferencing Services, LLC | 17.48 |
| Vendor Hosted Teleconferencing | 11/27/06 | Teleconferencing Services, LLC | 30.95 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$200.00** |
| Air/Rail Travel (external) | 11/12/06 | Butler, Jr. J | 171.47 |
| Air/Rail Travel (external) | 11/19/06 | Butler, Jr. J | 645.53 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$817.00** |
| Out-of-Town Travel | 10/11/06 | Meisler RE | 404.70 |
| Out-of-Town Travel | 10/11/06 | Meisler RE | 154.20 |
| Out-of-Town Travel | 10/11/06 | Meisler RE | 10.92 |
| Out-of-Town Travel | 11/12/06 | Butler, Jr. J | 96.28 |
| Out-of-Town Travel | 11/12/06 | Butler, Jr. J | 209.35 |
| Out-of-Town Travel | 11/12/06 | Butler, Jr. J | 9.50 |
| Out-of-Town Travel | 11/12/06 | Butler, Jr. J | 22.51 |
| Out-of-Town Travel | 11/19/06 | Butler, Jr. J | 226.91 |
| Out-of-Town Travel | 11/19/06 | Butler, Jr. J | 108.62 |
| Out-of-Town Travel | 11/19/06 | Butler, Jr. J | 14.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,257.00** |
| Messengers/ Courier | 11/10/06 | Dist Serv/Mail/Page, D | 25.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$25.00** |
| Out-of-Town Meals | 10/03/06 | Meisler RE | 5.08 |
| Out-of-Town Meals | 10/11/06 | Meisler RE | 3.55 |
| Out-of-Town Meals | 10/11/06 | Meisler RE | 15.31 |
| Out-of-Town Meals | 10/11/06 | Meisler RE | 13.49 |
| Out-of-Town Meals | 11/12/06 | Butler, Jr. J | 14.52 |
| Out-of-Town Meals | 11/19/06 | Butler, Jr. J | 29.05 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$81.00** |
| Contracted Catering-NY | 11/15/06 | Butler, Jr. J | 240.00 |
| Contracted Catering-NY | 11/15/06 | Butler, Jr. J | 400.00 |
| Contracted Catering-NY | 11/15/06 | Butler, Jr. J | 120.00 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$760.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL MATTER | $4,874.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 01/31/07
Business Operations/Strategic Planning                Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 12/03/06 | 0.30 | PREPARE FOR DECEMBER 4TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 12/04/06 | 5.50 | PREPARE FOR (0.3) AND PARTICIPATE IN (2.5) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; TELECONFERENCE WITH J. SHEEHAN REGARDING DTM AGENDA (0.2); CONFERENCE WITH S. MILLER AT COMPANY IN TROY REGARDING STRATEGIC MATTERS (2.5). |
| BUTLER, JR. J | 12/06/06 | 1.50 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.9) EXECUTIVE MANAGEMENT STRATEGY TELECONFERENCE WITH S. MILLER AND EXECUTIVE MANAGEMENT TEAM AND FTI AND ROTHSCHILD ADVISORS; CONFERENCE WITH J. SHEEHAN REGARDING 2007 BUSINESS PLAN REVIEW MATTERS AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 12/10/06 | 0.80 | PREPARE FOR DECEMBER 11TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY INCLUDING REVIEW OF PRELIMINARY 2007-2011 BUSINESS PLAN (0.8). |
| BUTLER, JR. J | 12/11/06 | 2.20 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.8) STRATEGY MEETINGS AT COMPANY IN TROY WITH S. MILLER (VIA TELECONFERENCE), R. O'NEAL, J. SHEEHAN, M. WEBER, D. SHERBIN AND D. RESNICK. |
| BUTLER, JR. J | 12/12/06 | 0.30 | REVIEW TAX PRESENTATION FOR DECEMBER 18TH DELPHI TRANSFORMATION COMMITTEE MEETING (0.3). |
| BUTLER, JR. J | 12/14/06 | 0.60 | CONTINUE TO REVIEW DRAFT 2007-2011 BUSINESS PLAN (0.6). |
| BUTLER, JR. J | 12/15/06 | 0.60 | BEGIN TO PREPARE FOR DECEMBER 18TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY INCLUDING REVIEW AND COMMENT ON TAX PRESENTATION (0.4); EMAILS FROM/TO J. SHEEHAN AND WORKING GROUP REGARDING SAME (0.2). |
| BUTLER, JR. J | 12/17/06 | 0.80 | PREPARE FOR DECEMBER 18TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY INCLUDING REVIEW OF DTM PRESENTATIONS (0.6); EMAILS FROM/TO J. SHEEHAN REGARDING SAME (0.2). |
| BUTLER, JR. J | 12/18/06 | 3.80 | PREPARE FOR (0.4) AND ATTEND (3.4) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 12/29/06 | 0.90 | PREPARE FOR (0.2) AND PARTICIPATE (0.7) WEEKLY SENIOR LEGAL STRATEGY MEETING. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 12/31/06 | 1.10 | PREPARE FOR JANUARY 2ND DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY INCLUDING REVIEW OF DTM PRESENTATIONS (0.8); EMAILS FROM/TO J. SHEEHAN REGARDING SAME (0.3). |
| | | 18.40 | |
| COCHRAN EL | 12/04/06 | 2.80 | PARTICIPATE IN DTM (2.8). |
| | | 2.80 | |
| **Total Partner** | | **21.20** | |
| **TOTAL TIME** | | **21.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/07
Business Operations/Strategic Planning                     Bill Number: 1147919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/01/06 | Copy Center, D | 23.46 |
| In-house Reproduction | 12/05/06 | Copy Center, D | 19.15 |
| In-house Reproduction | 12/08/06 | Copy Center, D | 4.91 |
| In-house Reproduction | 12/12/06 | Copy Center, D | 20.05 |
| In-house Reproduction | 12/12/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 12/15/06 | Copy Center, D | 7.02 |
| In-house Reproduction | 12/22/06 | Copy Center, D | 4.21 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$79.00** |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 6.06 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 7.37 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.81 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.38 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.38 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$15.00** |
| Vendor Hosted Teleconferencing | 12/03/06 | Teleconferencing Services, LLC | 22.91 |
| Vendor Hosted Teleconferencing | 12/08/06 | Teleconferencing Services, LLC | 185.39 |
| Vendor Hosted Teleconferencing | 12/15/06 | Teleconferencing Services, LLC | 1.38 |
| Vendor Hosted Teleconferencing | 12/29/06 | Teleconferencing Services, LLC | 44.32 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$254.00** |
| Air/Rail Travel (external) | 12/03/06 | Butler, Jr. J | 226.64 |
| Air/Rail Travel (external) | 12/19/06 | Butler, Jr. J | 235.36 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$462.00** |
| Out-of-Town Travel | 12/03/06 | Butler, Jr. J | 173.95 |

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 12/03/06 | Butler, Jr. J | 428.96 |
| Out-of-Town Travel | 12/03/06 | Butler, Jr. J | 17.99 |
| Out-of-Town Travel | 12/19/06 | Butler, Jr. J | 9.50 |
| Out-of-Town Travel | 12/19/06 | Butler, Jr. J | 8.87 |
| Out-of-Town Travel | 12/19/06 | Butler, Jr. J | 34.49 |
| Out-of-Town Travel | 12/19/06 | Butler, Jr. J | 219.75 |
| Out-of-Town Travel | 12/19/06 | Butler, Jr. J | 92.49 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$986.00** |
| Out-of-Town Meals | 12/03/06 | Butler, Jr. J | 21.10 |
| Out-of-Town Meals | 12/03/06 | Butler, Jr. J | 55.85 |
| Out-of-Town Meals | 12/19/06 | Butler, Jr. J | 10.05 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$87.00** |
| | | **TOTAL MATTER** | **$1,883.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/07
Business Operations/Strategic Planning                     Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 01/01/07 | 1.10 | CONTINUE TO PREPARE FOR JANUARY 2ND DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY INCLUDING REVIEW OF DTM PRESENTATIONS (0.9); EMAILS TO/FROM J. SHEEHAN REGARDING SAME (0.2). |
| BUTLER, JR. J | 01/02/07 | 3.30 | PREPARE FOR (0.4) AND ATTEND (2.9) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 01/06/07 | 2.60 | PREPARE FOR (0.4) AND PARTICIPATE IN (2.2) SENIOR STRATEGY WORKING GROUP MEETING WITH J. SHEEHAN, S. CORCORAN, K. CRAFT AND WORKING GROUP. |
| BUTLER, JR. J | 01/07/07 | 0.40 | CONTINUE TO PREPARE FOR JANUARY 9TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 01/08/07 | 1.10 | CONTINUE TO PREPARE FOR JANUARY 9TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.4); REVIEW BUSINESS PLAN MATERIALS FROM S. SALRIN (0.7). |
| BUTLER, JR. J | 01/09/07 | 2.80 | PREPARE FOR (0.2) AND ATTEND (1.7) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; CONTINUE TO REVIEW BUSINESS PLAN MATERIALS FOR BOARD OF DIRECTORS (0.9). |
| BUTLER, JR. J | 01/15/07 | 0.30 | CONTINUE TO PREPARE FOR JANUARY 16TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 01/16/07 | 4.30 | PREPARE FOR (0.4) AND ATTEND (2.5) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; PARTICIPATE IN SENIOR MANAGEMENT WORKING GROUP MEETING AT COMPANY IN TROY REGARDING BUSINESS PLAN MATTERS (0.5); PREPARE FOR (0.2) AND ATTEND (0.7) MEETING WITH R. O'NEAL REGARDING STRATEGY MATTERS. |
| BUTLER, JR. J | 01/21/07 | 0.70 | CONTINUE TO PREPARE FOR JANUARY 22ND DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.5); EMAILS FROM/TO J. SHEEHAN RE: SAME (0.2). |
| BUTLER, JR. J | 01/22/07 | 3.20 | PREPARE FOR (0.3) AND ATTEND (2.9) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 01/25/07 | 5.20 | PREPARE FOR (0.4) AND PARTICIPATE IN (4.8) STRATEGY MEETINGS AT COMPANY IN TROY WITH R. O'NEAL, M. WEBER, B. DELLINGER, J. BERTRAND, K. BUTLER AND OTHERS TO REVIEW EPCA AND EMERGENCE TIMELINE AND GM/UNION SETTLEMENT MATTERS. |

B43E

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 01/28/07 | 0.70 | CONTINUE TO PREPARE FOR JANUARY 29TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.7). |
| BUTLER, JR. J | 01/29/07 | 4.50 | PREPARE FOR (0.3) AND ATTEND (3.0) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; ATTEND STRATEGIC PLANNING DISCUSSIONS AT COMPANY IN TROY WITH R. O'NEAL AND K. BUTLER (1.2). |
| | | **30.20** | |
| COCHRAN EL | 01/02/07 | 3.00 | PARTICIPATE IN DTM (3.0). |
| COCHRAN EL | 01/16/07 | 2.50 | PARTICIPATE IN DTM (2.5). |
| COCHRAN EL | 01/17/07 | 5.20 | PARTICIPATE WITH CLIENT ON CALL REGARDING SCHEDULE FOR BALANCE OF CASE (D. SHERBIN, S. CORCORAN, K. CRAFT, J. SHEEHAN) (3.1); REVIEW ISSUES FROM CALL (2.1). |
| COCHRAN EL | 01/19/07 | 0.60 | PARTICIPATE IN SENIOR STRATEGY CALL (0.6). |
| COCHRAN EL | 01/22/07 | 3.20 | PARTICIPATE IN DTM (3.2). |
| COCHRAN EL | 01/29/07 | 3.00 | PARTICIPATE IN DTM TELECONFERENCE (3.0). |
| | | **17.50** | |
| GIBSON ML | 01/06/07 | 0.90 | PARTICIPATE IN PART OF SR. STRATEGY CALL (0.9). |
| GIBSON ML | 01/19/07 | 0.50 | PARTICIPATE IN SENIOR STRATEGY CALL (0.5). |
| GIBSON ML | 01/26/07 | 0.30 | SENIOR STRATEGY TELECONFERENCE (0.3). |
| | | **1.70** | |
| ~~HIESTAND NL~~ | ~~01/06/07~~ | ~~1.10~~ | ~~TELECONFERENCE REGARDING GOING FORWARD (1.1).~~ |
| ~~HIESTAND NL~~ | ~~01/26/07~~ | ~~0.80~~ | ~~SENIOR STRATEGY TELECONFERENCE (0.8).~~ |
| | | ~~**1.90**~~ | |
| HOGAN III AL | 01/19/07 | 0.50 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE (0.5). |
| HOGAN III AL | 01/26/07 | 0.60 | PARTICIPATE IN SENIOR STRATEGY CALL (0.6). |
| | | **1.10** | |
| LYONS JK | 01/06/07 | 1.80 | SENIOR STRATEGY CALL REGARDING UPCOMING DELIVERABLES (1.8). |
| LYONS JK | 01/26/07 | 0.60 | SENIOR STRATEGY TELECONFERENCE (0.6). |
| | | **2.40** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 01/06/07 | 2.60 | SENIOR STRATEGY CALL WITH CLIENT & ROTHSCHILD (1.8 ); FOLLOWUP (0.8). |
| MARAFIOTI KA | 01/19/07 | 0.50 | SENIOR STRATEGY CALL (0.5). |
| MARAFIOTI KA | 01/26/07 | 0.30 | SENIOR STRATEGY TELECONFERENCE (0.3). |
| | | 3.40 | |
| **Total Partner** | | **58.20** | |
| MATZ TJ | 01/05/07 | 0.50 | PREPARE AND DISTRIBUTE AGENDA FOR SENIOR STRATEGY TELECONFERENCE ON JANUARY 6 (0.5). |
| MATZ TJ | 01/18/07 | 0.60 | PREPARE AGENDA FOR SENIOR STRATEGY TELECONFERENCE (0.6). |
| MATZ TJ | 01/19/07 | 0.50 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.5). |
| MATZ TJ | 01/25/07 | 0.70 | PREPARE AGENDA AND UPDATING OUTSTANDING MATTERS FOR SENIOR STRATEGY TELECONFERENCE (0.7). |
| MATZ TJ | 01/26/07 | 0.40 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.4). |
| | | 2.70 | |
| RAMLO K | 01/06/07 | 1.90 | SENIOR STRATEGY CALL (1.9). |
| RAMLO K | 01/19/07 | 0.60 | SENIOR STRATEGY TELECONFERENCE (0.6). |
| RAMLO K | 01/26/07 | 0.40 | SENIOR STRATEGY TELECONFERENCE (0.4). |
| | | 2.90 | |
| **Total Counsel** | | **5.60** | |
| HARDIN AS | 01/19/07 | 1.20 | SENIOR STRATEGY TELECONFERENCE (1.2). |
| HARDIN AS | 01/26/07 | 0.70 | WEEKLY SENIOR STRATEGY WORKING GROUP TELECONFERENCE (0.7). |
| | | 1.90 | |
| MEISLER RE | 01/06/07 | 2.30 | PREPARE FOR SENIOR STRATEGY CALL (0.3); PARTICIPATE ON SAME (2.0). |
| | | 2.30 | |
| **Total Associate** | | **4.20** | |
| DEMMA J | 01/10/07 | 1.10 | UPDATE DTM MATERIALS (1.1). |
| DEMMA J | 01/23/07 | 0.90 | UPDATE DTM MATERIALS (0.9). |
| DEMMA J | 01/25/07 | 0.60 | UPDATE DTM MATERIALS (0.6). |
| | | 2.60 | |
| **Total Legal Assistant** | | **2.60** | |
| **TOTAL TIME** | | **70.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                  Bill Date: 02/28/07
Business Operations/Strategic Planning                    Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/05/07 | Copy Center, D | 4.71 |
| In-house Reproduction | 01/09/07 | Copy Center, D | 21.12 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 9.31 |
| In-house Reproduction | 01/30/07 | Copy Center, D | 148.86 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$184.00** |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 4.46 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 3.64 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.08 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.38 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 3.44 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$13.00** |
| Vendor Hosted Teleconferencing | 01/19/07 | Teleconferencing Services, LLC | 25.48 |
| Vendor Hosted Teleconferencing | 01/26/07 | Teleconferencing Services, LLC | 19.62 |
| Vendor Hosted Teleconferencing | 01/30/07 | Teleconferencing Services, LLC | 16.90 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$62.00** |
| Air/Rail Travel (external) | 01/01/07 | Butler, Jr. J | 116.09 |
| Air/Rail Travel (external) | 01/07/07 | Butler, Jr. J | 171.64 |
| Air/Rail Travel (external) | 01/16/07 | Butler, Jr. J | 258.46 |
| Air/Rail Travel (external) | 01/21/07 | Butler, Jr. J | 460.81 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,007.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 01/01/07 | Butler, Jr. J | 57.58 |
| Out-of-Town Travel | 01/01/07 | Butler, Jr. J | 42.67 |
| Out-of-Town Travel | 01/01/07 | Butler, Jr. J | 146.58 |
| Out-of-Town Travel | 01/01/07 | Butler, Jr. J | 9.00 |
| Out-of-Town Travel | 01/07/07 | Butler, Jr. J | 321.05 |
| Out-of-Town Travel | 01/07/07 | Butler, Jr. J | 127.43 |
| Out-of-Town Travel | 01/07/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 01/16/07 | Butler, Jr. J | 8.50 |
| Out-of-Town Travel | 01/16/07 | Butler, Jr. J | 113.44 |
| Out-of-Town Travel | 01/16/07 | Butler, Jr. J | 92.30 |
| Out-of-Town Travel | 01/16/07 | Butler, Jr. J | 80.02 |
| Out-of-Town Travel | 01/21/07 | Butler, Jr. J | 202.32 |
| Out-of-Town Travel | 01/21/07 | Butler, Jr. J | 108.61 |
| Out-of-Town Travel | 01/21/07 | Butler, Jr. J | 19.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,339.00** |
| Out-of-Town Meals | 01/01/07 | Butler, Jr. J | 14.09 |
| Out-of-Town Meals | 01/07/07 | Butler, Jr. J | 29.18 |
| Out-of-Town Meals | 01/16/07 | Butler, Jr. J | 18.62 |
| Out-of-Town Meals | 01/21/07 | Butler, Jr. J | 18.11 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$80.00** |
| CLR/Disclosure | 01/31/07 | Global Securities | 130.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$130.00** |
| | | **TOTAL MATTER** | **$2,815.00** |