SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-18
SUPPLIER MATTERS
442.3 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Supplier Matters**

**Bill Date: 11/30/06**
**Bill Number: 1132369**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 10/03/06 | 0.70 | FOLLOW UP ON FREESCALE AND TYCO MATTERS (0.7). |
| LYONS JK | 10/04/06 | 0.90 | REVIEW OF MABUCHI AGREEMENT AND FOLLOW RE: FREESCALE (0.9). |
| LYONS JK | 10/06/06 | 2.10 | REVIEW AND FOLLOW UP ON VARIOUS SUPPLIER MATTERS INCLUDING PTC ALLIANCE, TRW, TYCO, NILES, AND FREESCALE (2.1). |
| LYONS JK | 10/09/06 | 3.40 | WORK ON VARIOUS SUPPLIER MATTERS INCLUDING TYCO, CADENCE, AND FREESCALE INCLUDING ANALYSIS OF SET OFF ISSUES AND DOCUMENTS (3.4). |
| LYONS JK | 10/10/06 | 3.10 | WORK ON VARIOUS SUPPLIER MATTERS INCLUDING CONTINENTAL, FIRST DAY REQUESTS AND OTHER MATTERS (3.1). |
| LYONS JK | 10/12/06 | 2.30 | REVIEW OF VARIOUS SUPPLIER ISSUES INCLUDING TYCO CAP ISSUES AND OTHER SUPPLIER MATTERS (2.3). |
| LYONS JK | 10/16/06 | 1.80 | REVIEW OF VARIOUS SUPPLIER ISSUES AND CALLS RE: TRW (1.8). |
| LYONS JK | 10/17/06 | 1.30 | REVIEW OF VARIOUS SUPPLIER MATTERS AND FIRST DAY PAY REQUESTS (1.3). |
| LYONS JK | 10/19/06 | 1.40 | REVIEW OF VARIOUS SUPPLIER MATTERS INCLUDING NILES AND TRW (1.4). |
| LYONS JK | 10/23/06 | 2.00 | REVIEW OF FIRST DAY ORDER PAY REQUESTS (0.6), FREESCALE FOLLOW UP (0.3); DEVELOPED TRW STRATEGY RE: CAP AGREEMENT AND CONFERENCE WITH D. BATY (1.1). |
| LYONS JK | 10/31/06 | 1.10 | CONFERENCE WITH CLIENT RE: TYCO ASSUMPTION AND OTHER SUPPLIER FOLLOW UP (1.1). |
| | | **20.10** | |
| **Total Partner** | | **20.10** | |
| GRANT K | 10/05/06 | 0.40 | REVIEW/ANALYZE CORRESPONDENCE RE: AIRGAS DISPUTE (0.4). |
| GRANT K | 10/09/06 | 7.20 | REVIEW CORRESPONDENCE RE: DISPUTE WITH AIRGAS RE: PRORATION OF AMOUNTS DUE (1.1); TELECONFERENCE WITH J. HALLUM RE: SAME (0.2); REVIEW AND ANALYZE LIEN CLAIM OF S&D RE: KETTERING FACILITY (1.7); RESEARCH RE: SAME (4.2). |
| GRANT K | 10/10/06 | 1.60 | TELECONFERENCE WITH M. HALL RE: S&D LIEN (0.2); EMAIL WITH M. HALL RE: SAME (0.3); DRAFT LETTER TO AIRGAS RE: ATTEMPTED COLLECTION OF PREPETITION RENTALS (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 10/19/06 | 0.40 | REVISE LETTER TO AIRGAS (0.3); EMAIL WITH K. CROFT RE: SAME (0.1). |
| GRANT K | 10/26/06 | 0.20 | TELECONFERENCE WITH K. CRAFT RE: AIRGAS LETTER (0.2). |
| GRANT K | 10/27/06 | 0.20 | FINALIZE AIRGAS LETTER (0.2). |
| GRANT K | 10/31/06 | 0.50 | TELECONFERENCE WITH T. MCFARLING RE: AIRGAS DISPUTE (0.3); EMAIL WITH K. CRAFT RE: SAME (0.2). |

**10.50**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 10/03/06 | 0.40 | REVIEW AND RESPOND TO CPA MATTER AND FACTS IN CPA PLEADINGS (0.4). |
| HERRIOTT AV | 10/04/06 | 0.10 | SEND BATTELLE PLEADINGS TO DELPHI FOR DISCUSSION (0.1). |
| HERRIOTT AV | 10/05/06 | 1.50 | REVIEW CPA PLEADINGS AND CORRESPOND WITH THE CLIENT RE: CLAIMS IN THE PLEADINGS (1.5). |
| HERRIOTT AV | 10/06/06 | 0.60 | REVIEW AND COMMENT ON SETTLEMENT AGREEMENT WITH SUPPLIER (0.5); REVIEW PLEADINGS FILED BY BATTELLE (0.1). |
| HERRIOTT AV | 10/10/06 | 0.20 | REVIEW MATTERS RELATED TO CPA (0.2). |
| HERRIOTT AV | 10/11/06 | 0.30 | CONTINUE RESEARCH INTO CPA MATTERS (0.3). |
| HERRIOTT AV | 10/12/06 | 1.60 | DRAFT SCRIPT AND PROFFER FOR BATTELLE MATTER IN PREPARATION FOR OMNIBUS HEARING (1.4); DRAFT SCRIPT FOR CPA MATTER (0.2). |
| HERRIOTT AV | 10/13/06 | 0.60 | REVISE SCRIPT/PROFFER TO REFLECT UPDATES IN BATTELLE DISPOSITION (0.6). |
| HERRIOTT AV | 10/16/06 | 0.60 | CONDUCT FOLLOW UP ON CPA MATTER (0.1); COMMUNICATE WITH ATTORNEYS FOR BATTELLE RE: OMNIBUS HEARING AND UPDATE SCRIPT AND PROFFER WHERE APPROPRIATE (0.5). |
| HERRIOTT AV | 10/19/06 | 0.10 | CONDUCT FOLLOW UP RE: BATTELLE AFTER HEARING (0.1). |
| HERRIOTT AV | 10/20/06 | 0.10 | CORRESPOND WITH DELPHI RE: BATTELLE ORDER (0.1). |
| HERRIOTT AV | 10/23/06 | 0.30 | TELECONFERENCE WITH M. HARVEY, D. UNRUE AND M. RODER RE: PAYMENTS TO BATTELLE PER THE COURT'S ORDER (0.3). |
| HERRIOTT AV | 10/25/06 | 0.10 | CONDUCT FOLLOW UP WITH CLIENT ON PAYMENT TO BATTELLE PER COURT'S ORDER (0.1). |

**6.50**

| | | | |
|---|---|---|---|
| MEISLER RE | 10/06/06 | 0.40 | TELECONFERENCE WITH K. CRAFT RE: SUPPLIER ISSUE (0.1); REVIEW POTENTIAL SETTLEMENT RE: SAME (0.3). |
| MEISLER RE | 10/12/06 | 0.10 | REVIEW STATUS OF AKSYS LITIGATION (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 10/13/06 | 0.30 | REVIEW POTENTIAL SETTLEMENT WITH FLEX-TECH (0.3). |
| MEISLER RE | 10/18/06 | 1.20 | REVIEW SETTLEMENT WITH SUPPLIER (0.5); REVISE LANGUAGE TO SETTLEMENT AGREEMENT RE: SAME (0.3); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW AND COMMENT ON CORRESPONDENCE TO AIRGAS (0.2); REVIEW AND RESPOND TO CORRESPONDENCE RE: ZYLUX (0.1). |
| MEISLER RE | 10/24/06 | 0.40 | REVIEW CORRESPONDENCE RE: SUPPLIER ISSUE (0.2); REVIEW STATUS OF SPS (0.2). |
| MEISLER RE | 10/25/06 | 0.80 | REVIEW SAMTECH COMPLAINT (0.8). |
| | | **3.20** | |
| REESE RG | 10/02/06 | 1.10 | REVIEW AND RESPOND TO INQUIRIES RE: SUPPLIER AGREEMENT PROVISIONS (0.9); TELECONFERENCE RE: SUPPLIER AGREEMENT WINDUP (0.2). |
| REESE RG | 10/03/06 | 1.30 | FOLLOW UP RE: SUPPLIER AGREEMENT NEGOTIATIONS (0.7); REVIEW AND REVISE DRAFT SUPPLIER AGREEMENTS (0.6). |
| REESE RG | 10/04/06 | 2.80 | MEETING RE: SUPPLIER ISSUES WITH G. SHAH AND R. FLETEMEYER (0.7); TELECONFERENCE RE: THREE-WAY AGREEMENTS WITH SUPPLIER AND CUSTOMER (0.6); REVIEW AND RESPOND TO INQUIRIES RE: SUPPLIER AGREEMENTS (0.9); TELECONFERENCES RE: SAME (0.6). |
| REESE RG | 10/05/06 | 3.10 | MEETING RE: FOREIGN CREDITORS (0.3); CONFERENCE CALL RE: CPA MOTION (0.4); REVIEW AND REVISE DRAFT SUPPLIER AGREEMENTS (2.4). |
| REESE RG | 10/06/06 | 2.80 | REVIEW AND RESPOND TO ISSUES RE: SUPPLIER PAYMENTS (0.3); REVIEW ISSUES RE: LIEN PAYMENT REQUESTS (0.2); FOLLOW UP RE: APPROVAL OF SAAP AGREEMENTS (0.2); REVIEW COMMUNICATION TO SUPPLIER RE: PRICE INCREASE DEMANDS (0.2); REVIEW AND REVISE PROPOSED SUPPLIER AGREEMENTS (1.0); REVIEW DOCUMENTS RE: SETOFF REQUEST (0.5); REVIEW AND FOLLOW UP RE: SUPPLIER SETTLEMENT MATTER (0.4). |
| REESE RG | 10/09/06 | 3.50 | TELECONFERENCE RE: METALLIC SUPPLIER DEMANDS (0.8); REVIEW AND RESPOND TO INQUIRIES RE: SUPPLIER DEMANDS (1.0); DRAFT SUMMARY OF AGREEMENTS WITH SUPPLIER RE: SETOFF DEMAND (0.9); REVIEW AND REVISE DRAFT SUPPLIER AGREEMENTS (0.8). |
| REESE RG | 10/10/06 | 1.90 | REVIEW AND REVISE DRAFT SUPPLIER AGREEMENTS (0.5); FOLLOW UP RE: CPA MOTION (0.8); RESPOND TO INQUIRIES FROM SUPPLIER COUNSEL (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| REESE RG | 10/11/06 | 2.70 | REVIEW AND REVISE DRAFT SUPPLIER AGREEMENTS (1.0); REVIEW AND RESPOND TO INQUIRY RE: FOREIGN SUPPLIER ISSUE (0.6); RESEARCH RE: SAME (0.5); REVIEW AND RESPOND TO INQUIRY RE: SUPPLIER PAYMENT TERM DEMANDS (0.6). |
| REESE RG | 10/12/06 | 2.30 | REVIEW AND REVISE DRAFT SUPPLIER AGREEMENTS (0.7); TELECONFERENCES RE: SAME (0.5); REVIEW DOCUMENTS RE: SUPPLIER SAAP REQUEST (0.6); REVIEW AND COMMENT ON DOCUMENTS FROM SUPPLIER RE: CONTRACT EXTENSION REQUEST (0.3); RESPOND TO SUPPLIER DOCUMENT REQUESTS (0.2). |
| REESE RG | 10/13/06 | 0.60 | TELECONFERENCE RE: SUPPLIER SAAP REQUEST (0.6). |
| REESE RG | 10/15/06 | 0.50 | REVIEW AND REVISE DRAFT LETTER TO SUPPLIER (0.3); REVIEW DOCUMENTS RE: SAME (0.2). |
| REESE RG | 10/16/06 | 1.10 | TELECONFERENCE RE: METALLIC SUPPLIER (0.7); RESPOND TO INQUIRY RE: FOREIGN CREDITOR AGREEMENTS (0.4). |
| REESE RG | 10/19/06 | 0.40 | REVIEW PROPOSED DEPOSIT AGREEMENT (0.1); REVIEW AND REVISE LETTER TO METALLIC SUPPLIER (0.3). |
| REESE RG | 10/20/06 | 0.60 | TELECONFERENCE WITH K. CRAFT RE: SUPPLIER LIEN MATTERS (0.2); REVIEW DOCUMENTS RE: SAME (0.4). |
| REESE RG | 10/22/06 | 0.60 | REVIEW DOCUMENTS RE: LICENSING AGREEMENTS (0.6). |
| REESE RG | 10/23/06 | 1.10 | REVIEW AND RESPOND TO INQUIRIES RE: SUPPLIER AGREEMENTS (0.8); FOLLOW UP RE: LICENSING ISSUES (0.3). |
| REESE RG | 10/25/06 | 0.30 | MEETING RE: LIENHOLDER REQUESTS (0.3). |
| REESE RG | 10/30/06 | 0.30 | REVIEW SUPPLIER AGREEMENTS (0.3). |
| REESE RG | 10/31/06 | 0.80 | TELECONFERENCE RE: SAAP REQUEST (0.8). |
| | | 27.80 | |
| **Total Associate** | | 48.00 | |
| RIVERA M | 10/30/06 | 1.60 | CODE CORRESPONDENCE FOR DATABASE (1.6). |
| RIVERA M | 10/31/06 | 2.40 | CODE CORRESPONDENCE FOR DATABASE (2.4). |
| | | 4.00 | |
| **Total Legal Assistant Support** | | 4.00 | |
| **TOTAL TIME** | | **72.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 11/30/06
Supplier Matters                               Bill Number: 1132369

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/06/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 10/27/06 | Copy Center, D | 14.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$15.00** |
| Westlaw | 10/09/06 | Grant K | 306.60 |
| Westlaw | 10/10/06 | Grant K | 51.71 |
| Westlaw | 10/19/06 | Grant K | 67.69 |
| | | **TOTAL WESTLAW** | **$426.00** |
| Messengers/ Courier | 10/17/06 | Dist Serv/Mail/Page, D | 22.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$22.00** |
| Outside Re-search/Internet Services | 10/05/06 | Pacer Service Center | 18.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$18.00** |
| | | **TOTAL MATTER** | **$481.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)         Bill Date: 01/10/07
Supplier Matters                                        Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 11/08/06 | 1.10 | REVIEW OF VARIOUS SUPPLIER MATTERS INCLUDING TYCO (1.1). |
| LYONS JK | 11/09/06 | 1.10 | FOLLOW UP RE: LONGWOOD AND OTHER SUPPLIER MATTERS (1.1). |
| LYONS JK | 11/13/06 | 2.10 | FOLLOW UP RE: SUPPLIER MATTERS INCLUDING LONGWOOD WAIVER AND OTHER MATTERS (2.1). |
| LYONS JK | 11/16/06 | 0.40 | FOLLOW UP ON VARIOUS SUPPLIER MATTERS INCLUDING FOREIGN VENDOR AND OTHER ISSUES (0.4). |
| LYONS JK | 11/22/06 | 0.30 | REVIEW OF SUPPLIER ISSUES INCLUDING NILES AND OTHER MATTERS (0.3). |
| | | 5.00 | |
| Total Partner | | 5.00 | |
| GRANT K | 11/14/06 | 0.40 | EMAIL WITH R. REESE (0.2) AND TELECONFERENCE WITH N. BERGER RE: ATP SET OFF CLAIM. (0.2). |
| GRANT K | 11/17/06 | 0.70 | REVIEW CORRESPONDENCE RE: SUIT FILED BY CLARION (0.4); TELECONFERENCE WITH C. CREEL RE: SAME (0.3). |
| GRANT K | 11/20/06 | 3.90 | REVIEW AND ANALYZE CONTRACTS AND CORRESPONDENCE WITH RESPECT TO CLARION DISPUTE (3.9). |
| GRANT K | 11/22/06 | 6.60 | REVIEW AND ANALYZE COMPLAINT FILED BY CLARION (2.3); DRAFT LETTER RE: SAME (1.4); RESEARCH RE: SAME (2.6); TELECONFERENCES WITH K. RAMLO RE: SAME (0.3). |
| GRANT K | 11/27/06 | 4.20 | CONTINUE TO RESEARCH RE: CLARION MATTER (4.2). |
| GRANT K | 11/28/06 | 4.90 | CONTINUE RESEARCH RE: CLARION ACTION AND DRAFTED MEMO RE: SAME (3.9); REVISE LETTER RE: SAME (0.5); RESEARCH RE: GEORGIA LIEN LAW (0.5). |
| GRANT K | 11/29/06 | 4.60 | TELECONFERENCE WITH N. BERGER RE: CLARION MOTION (0.4); ATTENTION TO FINANCING AND FILING SUGGESTION OF BANKRUPTCY (0.9); CONTINUE TO RESEARCH RE: SAME (2.5); TELECONFERENCE WITH C. BROWN, K. RAMLO, J. BOCKELMAN AND B. CHANEY RE: CLARION MATTER (0.8). |
| GRANT K | 11/30/06 | 1.70 | CONTINUE TO RESEARCH RE: TOOLING LIENS UNDER MICHIGAN AND GEORGIA LAW (1.7). |
| | | 27.00 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 11/09/06 | 2.00 | TELECONFERENCE WITH S. CORCORAN RE: CEP (0.1); REVIEW AND ANALYZE DOCUMENTATION RE: CEP TROUBLED SUPPLIER TRANSACTION (1.9). |
| MEISLER RE | 11/10/06 | 0.20 | CONFERENCE WITH K. CRAFT RE: CEP (0.2). |
| MEISLER RE | 11/14/06 | 0.10 | TELECONFERENCE WITH K. ROBINSON RE: CREDITOR INQUIRY (0.1). |
| MEISLER RE | 11/29/06 | 0.20 | REVIEW CORRESPONDENCE RE: CEP (0.2). |
| | | **2.50** | |
| REESE RG | 11/01/06 | 3.10 | MEETINGS RE: FIRST DAY PAYMENT APPROVALS (0.9); CONFERENCE CALL RE: SUPPLIER PAYMENT REQUEST (0.7); REVIEW PROPOSED SUPPLIER AGREEMENTS RE: SAME (0.9); TELECONFERENCES RE: SAME (0.6). |
| REESE RG | 11/02/06 | 0.70 | REVIEW AND REVISE SUPPLIER AGREEMENTS (0.7). |
| REESE RG | 11/03/06 | 0.60 | TELECONFERENCE WITH SUPPLIER COUNSEL RE: PREFUNDED TRANSFER REQUEST (0.3); REVIEW AND REVISE AGREEMENT RE: SAME (0.3). |
| REESE RG | 11/08/06 | 0.30 | FOLLOW UP RE: RESTRUCTURING OF SUPPLIER AGREEMENT (0.3). |
| REESE RG | 11/09/06 | 1.20 | TELECONFERENCE RE: SUPPLIER CLAIM AMOUNT ISSUES (0.4); REVIEW SETOFF ISSUES RE: CERTAIN SUPPLIERS/CUSTOMERS (0.5); TELECONFERENCE WITH SUPPLIER COUNSEL RE: ASSUMPTION REQUEST (0.3). |
| REESE RG | 11/10/06 | 1.60 | CONFERENCE CALLS RE: SUPPLIER REQUESTS FOR ASSUMPTION OF AGREEMENTS PURSUANT TO SAAP ORDER (1.2); REVIEW AND RESPOND TO ISSUES RE: SUPPLIER PAYMENT TERMS (0.4). |
| REESE RG | 11/13/06 | 0.70 | REVIEW AND RESPOND TO SUPPLIER FIRST DAY PAYMENT REQUESTS (0.3); TELECONFERENCES RE: SAME (0.4). |
| REESE RG | 11/14/06 | 2.90 | MEETINGS RE: SUPPLIER PAYMENT ISSUES (1.1); REVIEW INTERNAL PRESENTATION RE: SAME (0.4); REVIEW COMMUNICATIONS MATERIALS FOR COMMUNICATIONS WITH SUPPLIERS (0.3); REVIEW AND REVISE AGREEMENT RE: ASSUMPTION UNDER SAAP ORDER (0.6); CORRESPONDENCE AND CALLS RE: SAME (0.5). |
| REESE RG | 11/15/06 | 1.60 | TELECONFERENCES AND CORRESPONDENCE RE: SUPPLIER REQUEST FOR ASSUMPTION UNDER SAAP ORDER (0.9); REVIEW AND REVISE DOCUMENTS RE: SAME (0.7). |
| REESE RG | 11/16/06 | 1.50 | TELECONFERENCES AND CORRESPONDENCE RE: ASSUMPTION AGREEMENT WITH SUPPLIER (0.8); REVIEW OF DOCUMENTS RE: SAME (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| REESE RG | 11/17/06 | 1.40 | REVIEW AND REVISE DRAFT SUPPLIER AGREEMENTS RE: ASSUMPTION AND FIRST DAY PAYMENTS (1.4). |
|---|---|---|---|
| REESE RG | 11/18/06 | 1.70 | REVISE PROPOSED ASSUMPTION AGREEMENT UNDER SAAP ORDER (1.3); REVIEW DOCUMENTS RE: PREFUNDED TRANSFER PROPOSAL (0.4). |
| REESE RG | 11/20/06 | 1.40 | TELECONFERENCE WITH COUNSEL TO SUPPLIER RE: ASSUMPTION AGREEMENT (0.4); REVISIONS TO SAME (0.3); REVIEW ISSUES RE: ESSENTIAL SUPPLIER AGREEMENT (0.4); REVIEW OF ISSUES RE: COMPLAINT FILED BY SUPPLIER (0.3). |

                                        18.70

| ROHNER WM | 11/01/06 | 0.90 | CONFERENCE RE: ISSUES RELATING TO L&W CLAIMS AND ADVERSARY PROCEEDING (0.6); REVIEW DOCUMENTS RELATING TO L&W MATTER (0.3). |
|---|---|---|---|
| ROHNER WM | 11/02/06 | 0.20 | REVIEW DOCUMENTS AND CORRESPONDENCE RELATING TO L&W ADVERSARY PROCEEDING (0.2). |
| ROHNER WM | 11/30/06 | 0.70 | DRAFT AND REVISE SUMMARY ANALYSIS OF L&W'S ASSERTED CLAIM (0.5); CONFERENCE WITH COMPANY PERSONNEL RE: FACTUAL ISSUES UNDERLYING L&W'S ASSERTED CLAIM (0.2). |

                                         1.80

Total Associate        50.00

TOTAL TIME             55.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/10/07
Supplier Matters                                            Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/07/06 | Copy Center, D | 41.95 |
| In-house Reproduction | 11/10/06 | Copy Center, D | 140.96 |
| In-house Reproduction | 11/21/06 | Copy Center, D | 81.09 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$264.00** |
| Westlaw | 11/22/06 | Grant K | 404.58 |
| Westlaw | 11/27/06 | Grant K | 360.87 |
| Westlaw | 11/28/06 | Grant K | 978.74 |
| Westlaw | 11/29/06 | Grant K | 143.81 |
| | | **TOTAL WESTLAW** | **$1,888.00** |
| | | **TOTAL MATTER** | **$2,152.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 01/31/07
Supplier Matters                                    Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 12/05/06 | 2.10 | TRW MEETING AND FOLLOW UP REVISIONS TO MOU AND OTHER SUPPLIER MATTERS (2.1). |
| LYONS JK | 12/07/06 | 2.50 | VARIOUS SUPPLIER MATTERS INCLUDING TRW AND MARK UP OF MOU (2.5). |
| LYONS JK | 12/11/06 | 2.30 | REVIEW OF TRW JUSTIFICATION SUMMARY, PREPARATION FOR TELECONFERENCE, AND OTHER SUPPLIER MATTERS (2.3). |
| LYONS JK | 12/12/06 | 1.30 | PREPARATION FOR AND PARTICIPATION IN CONTRACT ASSUMPTION MEETING INCLUDING TRW APPROVAL (1.3). |
| LYONS JK | 12/20/06 | 1.10 | REVIEW AND FOLLOW UP TO TRW AGREEMENT EXTENSION AND OTHER SUPPLIER MATTERS INCLUDING VALEO SETTLEMENT (1.1). |
| LYONS JK | 12/22/06 | 2.10 | REVIEW OF TRW MOU AND OTHER SUPPLIER MATTERS (2.1). |
|  |  | **11.40** |  |
| **Total Partner** |  | **11.40** |  |
| CAMPANARIO ND | 12/01/06 | 4.10 | DRAFT NOTICE OF REMOVAL AND RELATED PAPERS IN CONNECTION WITH CLARION CORPORATION OF AMERICA'S ACTION AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (4.1). |
| CAMPANARIO ND | 12/02/06 | 7.90 | COMPLETE DRAFTING NOTICE OF REMOVAL REGARDING ACTION BY CLARION CORPORATION OF AMERICA AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (7.9). |
| CAMPANARIO ND | 12/04/06 | 0.70 | REVIEW NOTICE OF REMOVAL AND RELATED PAPERS IN CONNECTION WITH CLARION CORPORATION OF AMERICA'S ACTION AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (0.7). |
| CAMPANARIO ND | 12/12/06 | 1.50 | REVISE REMOVAL PAPERS IN CONNECTION WITH CLARION CORPORATION OF AMERICA'S ACTION AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (0.4); REVIEW LOCAL RULES FOR E.D. MICH. (0.6); DRAFT CIVIL COVER SHEET AND CORPORATE DISCLOSURE STATEMENT REQUIRED BY LOCAL RULES IN CONNECTION WITH SAME (0.5). |
| CAMPANARIO ND | 12/14/06 | 2.80 | REVISE NOTICE OF REMOVAL AND RELATED PAPERS IN CONNECTION WITH CLARION CORPORATION OF AMERICA'S ACTION AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (2.8). |
| CAMPANARIO ND | 12/17/06 | 6.00 | DRAFT ANSWER TO COMPLAINT FILED BY CLARION CORPORATION OF AMERICA AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (6.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 12/18/06 | 1.90 | DRAFT STIPULATION REGARDING STAY OF CLARION CORPORATION OF AMERICA'S ACTION AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (1.9). |
| | | **24.90** | |
| GRANT K | 12/01/06 | 3.30 | CONTINUE RESEARCH REGARDING COMPLAINT BY CLARION AND BEGAN WORK ON TRO COMPLAINT REGARDING SAME (3.3). |
| GRANT K | 12/04/06 | 7.80 | CONTINUED RESEARCH REGARDING CLARION MATTER AND BEGAN WORK ON ADVERSARY COMPLAINT REGARDING SAME (2.1); DRAFT TRO (1.2) PRELIMINARY INJUNCTION AND FINDING OF FACT AND CONCLUSIONS OF LAW (2.2); REVIEW NOTICE OF REMOVAL (0.9) AND OTHER CLARION PLEADINGS ON DOCKET (0.8); EMAIL WITH N. BERGER REGARDING ITAPSA SETOFF REQUEST (0.3); CONTINUE WORK REGARDING GEORGIA TOOLING LIEN ISSUE (0.3). |
| GRANT K | 12/05/06 | 8.30 | CONTINUE RESEARCH REGARDING CLARION ACTION (1.7); DRAFT COMPLAINT REGARDING SAME (5.8); REVIEW AND ANALYZE CLARION CLAIM AND OTHER CLARION PLEADINGS (0.8). |
| GRANT K | 12/06/06 | 7.90 | CONTINUE RESEARCH REGARDING GEORGIA LIEN LAW. (0.3); REVIEW AND ANALYZE DOCUMENTS FROM CLIENT REGARDING CLARION MATTER (1.4); ATTENTION TO FINALIZING SUGGESTION OF BANKRUPTCY IN CLARION MATTER AND PROVIDING OF COURT DOCUMENTS REGARDING SAME (0.5); TELECONFERENCE WITH COUNSEL FOR NEC (0.3); REVIEW OF DOCUMENTS REGARDING SAME (0.6); CONTINUE DRAFTING PLEADINGS FOR CLARION ADVERSARY AND MOTIONS (4.8). |
| GRANT K | 12/07/06 | 0.50 | TELECONFERENCE WITH S. KIESELSTEIN REGARDING NEC CONTACT (0.3); REVIEW MATERIALS FORWARDED BY CLIENT REGARDING CLARION MATTER (0.2). |
| GRANT K | 12/11/06 | 0.50 | REVIEW MATERIALS FORWARDED BY CLIENT REGARDING CLARION MATTER (0.5). |
| | | **28.30** | |
| HOWE EJ | 12/05/06 | 5.70 | DRAFT TRW ASSUMPTION AGREEMENT (5.7). |
| HOWE EJ | 12/11/06 | 0.80 | REVISE TRW ASSUMPTION AGREEMENT IN LIGHT OF CHANGES TO MEMORANDUM OF UNDERSTANDING (0.8). |
| HOWE EJ | 12/18/06 | 4.10 | REVISE MEMORANDUM OF UNDERSTANDING AND ASSUMPTION AGREEMENT REGARDING TRW IN LIGHT OF NEGOTIATIONS (4.1). |
| | | **10.60** | |
| MEISLER RE | 12/06/06 | 0.10 | REVIEW L&W CLAIMS (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 12/11/06 | 0.20 | DRAFT CORRESPONDENCE REGARDING L&W (0.2). |
| MEISLER RE | 12/18/06 | 1.00 | REVIEW VALEO SETTLEMENT (0.5); DRAFT CORRESPONDENCE TO R. FLETEMEYER REGARDING SAME (0.1); REVIEW CORRESPONDENCE REGARDING L&W (0.4). |
| MEISLER RE | 12/19/06 | 1.40 | REVIEW CORRESPONDENCE REGARDING SETTLEMENT DISCUSSION WITH L&W (0.2); REVIEW AND COMMENT ON MOTION REGARDING VALEO SETTLEMENT (0.7); REVIEW AND COMMENT ON SETTLEMENT AGREEMENT (0.5). |
| MEISLER RE | 12/20/06 | 0.30 | REVIEW UPDATED DRAFT MOTION, ORDER AND SETTLEMENT AGREEMENT REGARDING WARRANTY SETTLEMENT (0.3). |
| MEISLER RE | 12/21/06 | 1.50 | REVIEW L&W CORRESPONDENCE (0.4) AND DEPOSIT AGREEMENT (0.3); DRAFT NOTES TO FILE REGARDING SAME (0.1); REVIEW CORRESPONDENCE REGARDING VALEO SETTLEMENT (0.2) AND RESPOND (0.1); REVIEW DRAFT CORRESPONDENCE AND EDIT REGARDING SAME (0.2); REVIEW SPS CORRESPONDENCE (0.2). |
| MEISLER RE | 12/22/06 | 0.10 | DRAFT INTERNAL CORRESPONDENCE REGARDING L&W DEPOSIT AGREEMENT (0.1). |
| | | **4.60** | |
| PERL MW | 12/06/06 | 1.10 | REVIEW CORRESPONDENCE REGARDING SETTLEMENT OF THE VALEO LITIGATION, INCLUDING REVIEW OF DRAFT SETTLEMENT AGREEMENT (0.4); BEGIN REVIEW OF PRECEDENT FOR SETTLEMENT OF SAME (0.7). |
| PERL MW | 12/08/06 | 2.80 | BEGIN DRAFTING VALEO SETTLEMENT MOTION, INCLUDING REVIEW OF DRAFT SETTLEMENT AGREEMENT (2.3); STRATEGIZE WITH WORKING GROUP REGARDING SAME (0.2); REVIEW REQUIREMENTS FOR APPROVAL OF SAME (0.3). |
| PERL MW | 12/10/06 | 2.10 | CONTINUE TO DRAFT VALEO SETTLEMENT MOTION (1.8); DRAFT ORDER FOR SAME (0.3). |
| PERL MW | 12/11/06 | 2.30 | CONTINUE TO DRAFT MOTION TO APPROVE VALEO SETTLEMENT (1.6); REVIEW AND REVISE SAME (0.7). |
| PERL MW | 12/12/06 | 2.60 | TELECONFERENCE WITH C. BROWN REGARDING VALEO SETTLEMENT (0.2); REVIEW SETTLEMENT AGREEMENT WITH VALEO (0.4) AND PROVIDE COMMENTS TO SAME (0.3); STRATEGIZE REGARDING APPROACH TO RESOLVING MATTER, INCLUDING ATTENTION TO RELEVANT LAW (0.9); REVISE MOTION TO ENTER INTO SETTLEMENT WITH VALEO (0.8). |

B43B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          12/13/06      1.40    TELECONFERENCE WITH C. BROWN (0.1);
                                       DRAFT CORRESPONDENCE TO C. BROWN
                                       REGARDING REVISED SETTLEMENT AGREEMENT
                                       (0.1); REVIEW VALEO SETTLEMENT
                                       AGREEMENT (0.4) AND PROVIDE COMMENTS TO
                                       SAME (0.3); REVISE MOTION TO APPROVE
                                       VALEO SETTLEMENT AGREEMENT (0.5).

PERL MW          12/14/06      1.10    RESEARCH REGARDING ORDINARY COURSE OF
                                       BUSINESS REQUIREMENTS IN CONNECTION
                                       WITH VALEO SETTLEMENT MOTION AND FOLLOW
                                       UP CORRESPONDENCE REGARDING SAME (0.9);
                                       TELECONFERENCES WITH C. BRONW (0.1) AND
                                       T. SABLE REGARDING SAME (0.1).

PERL MW          12/15/06      1.10    TELECONFERENCE WITH C. BROWN REGARDING
                                       VALEO SETTLEMENT (0.1); MULTIPLE
                                       CORRESPONDENCES WITH T. SABLE AND C.
                                       BROWN REGARDING TELECONFERENCE TO
                                       DISCUSS SAME (0.2); PARTICIPATE IN
                                       TELECONFERENCE WITH C. BROWN AND T.
                                       SABLE REGARDING MOTION TO APPROVE SAME
                                       (0.2); REVIEW AND REVISE MOTION AND
                                       ORDER FOR SAME (0.6).

PERL MW          12/18/06      5.10    TELECONFERENCE WITH C. BROWN REGARDING
                                       VALEO MATTER (0.1); CORRESPOND WITH K.
                                       CRAFT REGARDING SAME (0.2); REVISE
                                       MOTION TO APPROVE SETTLEMENT AGREEMENT,
                                       INCLUDING INCORPORATING COMMENTS
                                       (2.6); REVIEW PRECEDENT REGARDING SAME
                                       (0.4); CORRESPOND WITH C. BROWN
                                       REGARDING SAME (0.3); REVIEW
                                       CORRESPONDENCE FROM C. BROWN AND
                                       REVISED SETTLEMENT AGREEMENT (0.3);
                                       FINALIZE DRAFT OF VALEO MOTION AND
                                       CIRCULATE TO VARIOUS REVIEWERS (1.2).

PERL MW          12/19/06      6.00    REVIEW AND REVISE MOTION TO APPROVE
                                       VALEO SETTLEMENT, INCLUDING REVIEW OF
                                       CITED CASE LAW (1.8); FOLLOW UP RESEARCH
                                       REGARDING SAME (0.5); REVIEW REVISED
                                       SETTLEMENT AGREEMENT (0.6); PROVIDE
                                       COMMENTS TO SETTLEMENT AGREEMENT;
                                       (1.4); PREPARE TWO SEPARATE VERSIONS OF
                                       SAME (0.5); CONSIDER ISSUES REGARDING
                                       COURT APPROVAL OF SAME (0.4);
                                       STARTEGIZE WITH WORKING GROUP REGARDING
                                       SAME (0.8).

PERL MW          12/20/06      3.10    DRAFT NOTICE OF FILING FOR VALEO MOTION
                                       (0.2); REVIEW REVISED SETTLEMENT
                                       AGREEMENT (0.4); DRAFT CORRESPONDENCES
                                       TO C. BROWN (0.3, 0.2); REVIEW
                                       CORRESPONDENCE FROM C. BROWN (0.2);
                                       FOLLOW UP REVISIONS TO VALEO MOTION AND
                                       ORDER (1.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 12/21/06 | 1.60 | TELECONFERENCES WITH C. BROWN REGARDING VALEO MATTER (0.1, 0.2); REVIEW CORRESPONDENCE (0.2) AND DRAFT SETTLEMENT AGREEMENT (0.3) REGARDING SAME; CONSIDER OPEN ISSUES IN REVISED SETTLEMENT AGREEMENT (0.4) AND DRAFT CORRESPONDENCE TO C. BROWN REGARDING COMMENTS TO SAME (0.4). |
| PERL MW | 12/22/06 | 0.40 | CORRESPONDENCE WITH C. BROWN REGARDING STATUS OF VALEO MATTER (0.3); REVIEW CORRESPONDENCE REGARDING SAME (0.1). |
| | | **30.70** | |
| PLATT SJ | 12/05/06 | 4.10 | BEGIN RESEARCH REGARDING 28 USC 959 (4.1). |
| PLATT SJ | 12/06/06 | 1.70 | CONTINUE RESEARCH REGARDING VIOLATION OF AUTOMATIC STAY (1.7). |
| PLATT SJ | 12/14/06 | 0.70 | REVIEW MATERIALS FROM JUKI AUTOMATION SYSTEMS (0.7). |
| PLATT SJ | 12/27/06 | 0.20 | TELECONFERENCE TO COUNSEL FOR JUKI AUTOMOTIVE TO REQUEST ADDITIONAL INFORMATION (0.2). |
| | | **6.70** | |
| REESE RG | 12/04/06 | 0.30 | FOLLOW UP REGARDING CAP NEGOTIATION ISSUES (0.3). |
| REESE RG | 12/05/06 | 1.70 | REVIEW OF CAP AGREEMENT ISSUES (0.3); REVIEW OF ISSUES REGARDING SUPPLIER TOOLING PAYMENT REQUEST (0.5); TELECONFERENCE REGARDING SAME (0.3); REVIEW OF ISSUES REGARDING SUPPLIER WITH EXPIRING CONTRACTS AND CORRESPONDENCE REGARDING SAME (0.3); TELECONFERENCE WITH SUPPLIER COUNSEL REGARDING LEASE EXPIRATION (0.1); CORRESPONDENCE REGARDING SAME (0.2). |
| REESE RG | 12/06/06 | 3.60 | MEETING REGARDING APPROVAL OF FIRST DAY TOOLING PAYMENT (0.5); MEETING REGARDING APPROVAL OF FIRST DAY ES PAYMENT (0.4); REVIEW OF DOCUMENTS REGARDING SAME (0.5); CORRESPONDENCE AND TELECONFERENCES REGARDING EXPIRING CONTRACT ISSUES (0.4); DRAFT SUPPLEMENTAL ES AGREEMENT (0.5); MEETING REGARDING SAME (0.2); REVISIONS REGARDING SAME (0.2); REVIEW OF ISSUES REGARDING GA LIEN STATUTES (0.6); REVIEW OF ISSUES REGARDING CAP PROPOSAL (0.3). |
| REESE RG | 12/07/06 | 3.10 | TELECONFERENCES REGARDING SUPPLIER CAP AGREEMENT (0.8); ADDITIONAL TELECONFERENCES REGARDING SAME (0.7); REVIEW AND REVISE DOCUMENT REGARDING SAME (0.5); REVIEW AND REVISE LTA (0.7); TELECONFERENCES REGARDING SUPPLIER EXPIRING CONTRACTS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| REESE RG | 12/08/06 | 1.60 | TELECONFERENCE WITH SUPPLIER REGARDING CAP REQUEST (0.4); TELECONFERENCE WITH SUPPLIER COUNSEL REGARDING EXPIRING CONTRACTS (0.2); CORRESPONDENCE REGARDING SAME (0.4); REVIEW AND REVISE DRAFT CAP AGREEMENT (0.3); TELECONFERENCE WITH FTI REGARDING ASSUMABLE CONTRACTS (0.3). |
| REESE RG | 12/10/06 | 0.60 | REVIEW ISSUES REGARDING PREFUNDED TRANSFER AGREEMENT (0.3); CORRESPONDENCE REGARDING SAME (0.1); CORRESPONDENCE REGARDING CAP AGREEMENT (0.2). |
| REESE RG | 12/11/06 | 0.30 | TELECONFERENCE WITH SUPPLIER COUNSEL REGARDING DEPOSIT AGREEMENT (0.2); FOLLOW UP REGARDING SAME (0.1). |
| REESE RG | 12/12/06 | 0.50 | REVISE SUPPLIER CAP AGREEMENT (0.5). |
| REESE RG | 12/13/06 | 1.30 | REVIEW AND REVISE DRAFT CAP AGREEMENT (0.4); TELECONFERENCE REGARDING TROUBLED SUPPLIER (0.6); REVIEW PROPOSED DEPOSIT AGREEMENT (0.3). |
| REESE RG | 12/14/06 | 0.80 | REVISE SUPPLEMENTAL ES AGREEMENT (0.3); TELECONFERENCE REGARDING CAP PROPOSALS (0.5). |
| REESE RG | 12/15/06 | 1.20 | REVIEW AND REVISE DRAFT LTA (0.7); TELECONFERENCE REGARDING SAME (0.2); REVIEW LETTER TO SUPPLIER (0.3). |
| REESE RG | 12/16/06 | 1.80 | REVIEW AND REVISE DRAFT ASSUMPTION AGREEMENT PURSUANT TO SAAP ORDER (1.8). |
| REESE RG | 12/18/06 | 2.40 | DRAFT AGREEMENT REGARDING FOREIGN CREDITOR (0.9); TELECONFERENCE WITH COUNSEL TO SUPPLIER REGARDING PAYMENT ISSUES (0.3); REVIEW AGREEMENTS REGARDING SUPPLIER DISPUTE (0.8); TELECONFERENCE REGARDING INDIRECT MATERIAL CONTRACTS (0.4). |
| REESE RG | 12/19/06 | 3.70 | REVIEW OF DRAFT SUPPLIER AGREEMENT (0.4); DRAFT SUPPLEMENTAL ES AGREEMENT (0.3); TELECONFERENCE REGARDING SUPPLIER CAP REQUEST (0.3); DRAFT LETTER TO BANK REGARDING SUPPLIER OBLIGATIONS (0.9); LEGAL RESEARCH REGARDING SAME (0.7); REVIEW PAYMENT ISSUES (0.5); REVIEW AND REVISE SUPPLIER LTA (0.3); TELECONFERENCE REGARDING SAME (0.3). |
| REESE RG | 12/20/06 | 1.90 | TELECONFERENCE WITH COUNSEL TO SUPPLIER REGARDING EQUIPMENT LEASE (0.3); FOLLOW UP REGARDING SAME (0.6); TELECONFERENCE WITH SUPPLIER COUNSEL REGARDING CAP (0.4); REVIEW PROPOSED SUPPLIER AGREEMENT REGARDING DEPOSIT (0.3); REVIEW DRAFT LTA WITH SUPPLIER (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| REESE RG | 12/21/06 | 1.60 | REVIEW OF CORRESPONDENCE FROM SUPPLIER REGARDING PAYMENT ISSUES (0.3); FOLLOW UP REGARDING SAME (0.2); TELECONFERENCE WITH COUNSEL TO SUPPLIERS REGARDING EXPIRING CONTRACTS (0.4); CORRESPONDENCE REGARDING SAME (0.2); TELECONFERENCE REGARDING SUPPLIER PAYMENT ISSUES (0.5). |
| REESE RG | 12/22/06 | 0.80 | TELECONFERENCES WITH J. LAND REGARDING EXPIRING SUPPLIER CONTRACT (0.3); TELECONFERENCE TO SUPPLIER COUNSEL REGARDING EQUIPMENT (0.1); REVIEW DOCUMENTS REGARDING SUPPLIER PAYMENT DISPUTE (0.4). |
| REESE RG | 12/26/06 | 0.30 | TELECONFERENCE WITH COUNSEL TO SUPPLIER OF EQUIPMENT (0.2); TELECONFERENCE WITH SUPPLIER COUNSEL REGARDING CAP (0.1). |
| REESE RG | 12/28/06 | 0.30 | REVIEW ON SEMICONDUCTOR PLEADING (0.3). |
| | | 27.80 | |
| **Total Associate** | | **133.60** | |
| RIVERA M | 12/01/06 | 4.20 | PREPARE AND CODE CORRESPONDENCE FOR DATABASE (4.2). |
| RIVERA M | 12/04/06 | 4.00 | PREPARE AND CODE CORRESPONDENCE FOR DATABASE (4.0). |
| RIVERA M | 12/05/06 | 3.60 | CODE SUPPLIER CORRESPONDENCE (3.6). |
| RIVERA M | 12/06/06 | 3.80 | CODE SUPPLIER CORRESPONDENCE (3.8). |
| RIVERA M | 12/07/06 | 4.00 | PREPARE AND CODE CORRESPONDENCE FOR DATABASE (4.0). |
| RIVERA M | 12/08/06 | 3.90 | PREPARE AND CODE CORRESPONDENCE FOR DATABASE (3.9). |
| RIVERA M | 12/11/06 | 3.70 | CODE SUPPLIER CORRESPONDENCE (3.7). |
| RIVERA M | 12/12/06 | 2.20 | CODE SUPPLIER CORRESPONDENCE (2.2). |
| RIVERA M | 12/18/06 | 4.00 | CODE SUPPLIER CORRESPONDENCE (4.0). |
| RIVERA M | 12/19/06 | 3.90 | CODE SUPPLIER CORRESPONDENCE (3.9). |
| RIVERA M | 12/20/06 | 3.30 | CODE SUPPLIER CORRESPONDENCE (3.3). |
| RIVERA M | 12/21/06 | 3.00 | CODE SUPPLIER CORRESPONDENCE (3.0). |
| RIVERA M | 12/22/06 | 3.30 | CODE SUPPLIER CORRESPONDENCE (3.3). |
| RIVERA M | 12/26/06 | 3.50 | CODE SUPPLIER CORRESPONDENCE (3.5). |
| RIVERA M | 12/27/06 | 3.40 | CODE SUPPLIER CORRESPONDENCE (3.4). |
| RIVERA M | 12/28/06 | 3.80 | CODE SUPPLIER CORRESPONDENCE (3.8). |
| RIVERA M | 12/29/06 | 4.00 | CODE SUPPLIER CORRESPONDENCE (4.0). |
| | | 61.60 | |
| **Total Legal Assistant Support** | | **61.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**TOTAL TIME**                     **206.60**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 01/31/07
Supplier Matters                                  Bill Number: 1147919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/01/06 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 3.25 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 3.89 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.42 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.19 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.25 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$8.00** |
| Westlaw | 12/05/06 | Platt SJ | 167.05 |
| Westlaw | 12/19/06 | Reese RG | 61.95 |
| | | **TOTAL WESTLAW** | **$229.00** |
| | | **TOTAL MATTER** | **$238.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/07
Supplier Matters                                            Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 01/08/07 | 2.20 | REVIEW OF VARIOUS CONTRACT ASSUMPTION MATTERS INCLUDING TYCO AND TRW (2.2). |
| LYONS JK | 01/18/07 | 0.80 | TELECONFERENCE REGARDING TRIQUINT MATTER AND DRAFT LANGUAGE TO RESOLVE (0.8). |
| LYONS JK | 01/19/07 | 1.30 | REVIEW OF TRW REVISIONS, COMMENTS AND ANALYSIS (1.3). |
| LYONS JK | 01/22/07 | 3.90 | VARIOUS SUPPLIER MATTERS FOLLOW UP INCLUDING REVIEW OF OGURA LTA AND CAP ISSUES, TRW AND OTHER MATTERS (3.1); TRW FOLLOW UP REGARDING CHANGES TO MOU (0.8). |
| LYONS JK | 01/25/07 | 3.30 | REVIEW OF TRW MOU AND ASSUMPTION AGREEMENT, REVISIONS AND COMMENTS THERETO AND OTHER SUPPLIER MATTERS INCLUDING ALPINE AND OTHERS (3.3). |
| LYONS JK | 01/31/07 | 2.80 | FOLLOW UP ON VARIOUS SUPPLIER MATTERS, CONFIDENTIALITY ISSUES, TALKING POINTS AND TRW (2.8). |
| | | 14.30 | |
| Total Partner | | 14.30 | |
| RAMLO K | 01/05/07 | 0.40 | CORRESPONDENCE WITH M. HULKA REGARDING DISTRICT COURT FILING AND REGARDING SETTLEMENT MEETING (0.4). |
| RAMLO K | 01/09/07 | 0.10 | CORRESPONDENCE WITH C. BROWN REGARDING CLARION MEETING (0.1). |
| RAMLO K | 01/10/07 | 0.70 | TELECONFERENCE AND CORRESPONDENCE WITH M. HULKA AND C. BROWN REGARDING CLARION MEETING (0.5); REVIEW AND CALENDAR STIPULATED ORDER FROM MICHIGAN FEDERAL COURT (0.2). |
| RAMLO K | 01/12/07 | 0.10 | CORRESPONDENCE WITH C. BROWN REGARDING CLARION MEETING (0.1). |
| RAMLO K | 01/15/07 | 0.40 | CORRESPONDENCE AND TELECONFERENCES WITH M. HULKA AND C. BROWN REGARDING CLARION MEETING (0.4). |
| RAMLO K | 01/16/07 | 0.40 | TELECONFERENCE WITH C. BROWN REGARDING CLARION MEETING AND MOTION (0.4). |
| RAMLO K | 01/17/07 | 0.30 | FURTHER REVIEW OF CLARION DOCUMENTS AND WORK ON STRATEGY FOR RESPONSE (0.2); CORRESPONDENCE TO M. HULKA (0.1). |
| RAMLO K | 01/18/07 | 0.10 | CORRESPONDENCE FROM C. BROWN, R. MACGILL AND M. HULKA REGARDING CLARION MEETINGS (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 01/22/07 | 1.20 | REVIEW CORRESPONDENCE FROM C. BROWN REGARDING CLARION MEETING (0.1); TELECONFERENCES WITH M. MCCROY AND MEETING, HEARING AND DISCOVERY (0.8); WORK ON CLARION STRATEGY (0.3). |
| RAMLO K | 01/23/07 | 1.30 | REVIEW CORRESPONDENCE FROM AND TELECONFERENCE WITH C. BROWN REGARDING CLARION MEETING, DISCOVERY AND HEARING (0.2); STRATEGY REGARDING DEFENSES AND ANALYSIS REGARDING SCHEDULING (1.1). |
| RAMLO K | 01/24/07 | 1.30 | TELECONFERENCE WITH C. BROWN REGARDING CLARION DISCUSSIONS (0.4); TELECONFERENCE WITH M. MCCROY AND M. OWENS REGARDING SCHEDULING (0.4); ANALYSIS REGARDING FURTHER HANDLING (0.5). |
| RAMLO K | 01/25/07 | 1.80 | MEMO TO FILE REGARDING CLARION SCHEDULING AND STRATEGY (0.9); TELECONFERENCE WITH M. MCCROY AND M. OWENS REGARDING DISCOVERY AND HEARING (0.5); CORRESPONDENCE TO M. MCCRORY AND C. BROWN REGARDING SAME (0.4). |
| RAMLO K | 01/30/07 | 0.10 | TELECONFERENCE WITH C. BROWN REGARDING CLARION MEETING (0.1). |
| | | **8.20** | |
| **Total Counsel** | | **8.20** | |
| CAMPANARIO ND | 01/16/07 | 1.40 | REVIEW FILINGS IN CLARION CORPORATION OF AMERICA'S ACTION AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (1.4). |
| CAMPANARIO ND | 01/17/07 | 5.90 | CONTINUE REVIEW OF FILINGS IN CLARION CORPORATION OF AMERICA'S ACTION AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (5.9). |
| | | **7.30** | |
| GUZZARDO J | 01/24/07 | 2.50 | REVIEW OF CLARION LITIGATION MATERIALS IN PREPARATION FOR POSSIBLE DISCOVERY REQUESTS (2.5). |
| | | **2.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 01/19/07 | 0.20 | DRAFT CORRESPONDENCE REGARDING SPS (0.2). |
| MEISLER RE | 01/22/07 | 1.10 | PREPARE FOR TELECONFERENCE REGARDING SPS (0.3); PARTICIPATE ON TELECONFERENCE WITH A. WINCHELL, A. HOGAN, J. LYONS, AND N. STUART REGARDING SAME (0.3); DRAFT CORRESPONDENCE REGARDING SAME (0.2); REVIEW TOWER MOTION FOR RELIEF FROM STAY (0.3). |
| MEISLER RE | 01/24/07 | 0.30 | TELECONFERENCE WITH K. CRAFT REGARDING SUPPLIER ISSUES (0.3). |
| MEISLER RE | 01/29/07 | 0.20 | REVIEW STATUS OF SPS DISPUTE (0.2). |
| MEISLER RE | 01/30/07 | 0.10 | TELECONFERENCE WITH K. CRAFT REGARDING SUPPLIER INQUIRY (0.1). |
| | | 1.90 | |
| REESE RG | 01/03/07 | 2.00 | TELECONFERENCE REGARDING SUPPLIER DEMANDS (0.5); TELECONFERENCE REGARDING CAP REQUEST (0.8); TELECONFERENCE REGARDING PAYMENT ISSUES (0.7). |
| REESE RG | 01/04/07 | 3.30 | TELECONFERENCE REGARDING EQUIPMENT MOVE (1.1); MEETING REGARDING SUPPLIER ES REQUEST (0.9); TELECONFERENCE REGARDING NO-SHIP THREAT (0.4); TELECONFERENCE REGARDING SUPPLIER CPA REQUEST (0.9). |
| REESE RG | 01/05/07 | 1.30 | TELECONFERENCE REGARDING EQUIPMENT MOVE (0.6); MEETING REGARDING ES REQUEST (0.7). |
| REESE RG | 01/08/07 | 0.60 | TELECONFERENCE REGARDING EQUIPMENT MOVE (0.6). |
| REESE RG | 01/09/07 | 1.10 | TELECONFERENCE REGARDING SUPPLIER CAP DEMAND (0.9); PRECALL REGARDING SAME (0.2). |
| REESE RG | 01/10/07 | 0.80 | REVIEW DOCUMENTS REGARDING CAP REQUEST (0.8). |
| REESE RG | 01/12/07 | 0.70 | FOLLOW UP REGARDING CALLS AND EMAILS REGARDING SUPPLIER MATTERS (0.7). |
| REESE RG | 01/15/07 | 0.30 | REVISE EMAIL TO SUPPLIER REGARDING PAYMENT (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| REESE RG | 01/16/07 | 0.80 | TELECONFERENCE REGARDING CAP REQUEST (0.8). |
| REESE RG | 01/18/07 | 1.60 | TELECONFERENCE REGARDING CAP APPROVALS (0.7); DRAFT LETTER REGARDING SUPPLIER 547 ISSUE (0.4); MEETING REGARDING SUPPLIER ISSUES (0.2); TELECONFERENCE REGARDING SUPPLIER ES LETTER (0.3). |
| REESE RG | 01/19/07 | 1.60 | TELECONFERENCE REGARDING SUPPLIER CAP APPROVAL (0.6); TELECONFERENCE REGARDING SUPPLIER CAP REQUEST (0.4); FOLLOW UP CALL REGARDING SAME (0.2); TELECONFERENCE REGARDING SUPPLEMENTAL ES AGREEMENT (0.2); REVISIONS REGARDING SAME (0.2). |
| | | **14.10** | |
| WHARTON JN | 01/19/07 | 0.60 | TELECONFERENCE WITH C. SHAEFER OF DELPHI, T. HOUDERMAN AND A. REICHBLUM OF GE PLASTICS, AND J. O'NEILL, COUNSEL TO GE PLASTICS (0.6). |
| WHARTON JN | 01/24/07 | 0.20 | TELECONFERENCE WITH G. SHAH REGARDING GE PLASTICS (0.2). |
| WHARTON JN | 01/25/07 | 0.20 | TELECONFERENCE WITH C. SCHEFFER OF DELPHI REGARDING GE PLASTICS (0.2). |
| WHARTON JN | 01/26/07 | 0.30 | TELECONFERENCE WITH C. SHAEFER OF DELPHI, T. HOUDERMAN AND A. REICHBLUM OF GE PLASTICS (0.3). |
| WHARTON JN | 01/29/07 | 0.30 | WORK ON AGREEMENT WITH FLOFORM (0.3). |
| WHARTON JN | 01/31/07 | 0.90 | WORK ON AGREEMENT REGARDING VANGUARD PREFUNDED TRANSFER (0.3); FINALIZE AGREEMENTS WITH SOKYMAT (0.3) AND FLOFORM (0.3). |
| | | **2.50** | |
| **Total Associate** | | **28.30** | |
| RIVERA M | 01/02/07 | 3.50 | CODE SUPPLIER CORRESPONDENCE (3.5). |
| RIVERA M | 01/03/07 | 3.80 | CODE SUPPLIER CORRESPONDENCE (3.8). |
| RIVERA M | 01/04/07 | 3.40 | CODE SUPPLIER CORRESPONDENCE (3.4). |
| RIVERA M | 01/05/07 | 4.00 | CODE SUPPLIER CORRESPONDENCE (2.8); SEARCH AND PREPARE DOCUMENTS FOR ATTORNEY REVIEW (1.2). |
| RIVERA M | 01/10/07 | 3.80 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.8). |
| RIVERA M | 01/11/07 | 3.70 | CODE SUPPLIER CORRESPONDENCE (3.7). |
| RIVERA M | 01/12/07 | 3.90 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.9). |
| RIVERA M | 01/16/07 | 3.70 | CODE SUPPLIER CORRESPONDENCE (3.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RIVERA M | 01/17/07 | 4.00 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (4.0). |
| RIVERA M | 01/18/07 | 3.10 | CODE SUPPLIER CORRESPONDENCE (3.1). |
| RIVERA M | 01/22/07 | 3.50 | CODE SUPPLIER CORRESPONDENCE (3.5). |
| RIVERA M | 01/24/07 | 3.60 | CODE SUPPLIER CORRESPONDENCE (3.6). |
| RIVERA M | 01/25/07 | 4.20 | CODE SUPPLIER CORRESPONDENCE (2.2); PREPARE DOCUMENTS FOR DATABASE (2.0). |
| RIVERA M | 01/26/07 | 3.80 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.8). |
| RIVERA M | 01/30/07 | 4.10 | CODE SUPPLIER CORRESPONDENCE (3.0); PREPARE DOCUMENTS FOR DATABASE/ATTORNEY REVIEW (1.1). |
| RIVERA M | 01/31/07 | 3.50 | CODE SUPPLIER CORRESPONDENCE (3.5). |
| | | 59.60 | |
| **Total Legal Assistant Support** | | **59.60** | |
| **TOTAL TIME** | | **110.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)
Supplier Matters

Bill Date: 02/28/07
Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/09/07 | Copy Center, D | 12.39 |
| In-house Reproduction | 01/23/07 | Copy Center, D | 7.61 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$20.00** |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.30 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.04 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.38 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 1.17 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$4.00** |
| | | **TOTAL MATTER** | **$24.00** |