SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
| --- | --- | --- |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-20
LEASES (REAL PROPERTY)
261.9 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/06
Leases (Real Property)                                      Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 10/02/06 | 0.30 | PREPARE FOR OCTOBER 3RD MEETING AT COMPANY WITH K. HEALY AND OTHERS RE: PROJECT VANTAGE (0.3). |
| BUTLER, JR. J | 10/03/06 | 1.30 | PREPARE FOR (0.2) AND ATTEND (1.1) STRATEGY MEETING WITH K. HEALEY AND WORKING GROUP AT COMPANY IN TROY RE: PROJECT VANTAGE. |
|  |  | **1.60** |  |
| WEXLER MP | 10/03/06 | 0.40 | REVIEW ISSUES FOR RESPONSE TO ORIX WARREN'S OBJECTION TO 365(D)(4) EXTENSION (0.4). |
| WEXLER MP | 10/06/06 | 0.20 | CORRESPONDENCE WITH C. COMERFORD RE: MEETING TO DISCUSS NEGOTIATING TACTICS WITH LANDLORDS OF TERMINATING LEASES (0.2). |
| WEXLER MP | 10/10/06 | 0.30 | REVIEW ISSUES AND STRATEGY IN CONNECTION WITH REJECTION OF IRVINE LEASE AND ASSIGNMENT CLAIMS (0.3). |
| WEXLER MP | 10/11/06 | 0.60 | TELECONFERENCE WITH C. COMERFORD AND FOLLOW UP ON ISSUES OF REJECTION OF ASSIGNED LEASES (0.6). |
| WEXLER MP | 10/12/06 | 2.10 | REVIEW STRATEGY AND PROCEDURES REQUIRED FOR LEASE AMENDMENTS (0.6); REVIEW ISSUES IN CONNECTION WITH REJECTION OF ASSIGNED LEASES AND DISCUSS WITH C. COMERFORD AND J. BEAUDOEN (0.8) AND FOLLOW UP ON RESEARCH REQUIRED AND PRECEDENT (0.7). |
| WEXLER MP | 10/13/06 | 1.70 | REVIEW AND COMMENT ON MEMO RE: OBLIGATIONS UNDER ASSIGNED LEASES AND FOLLOW UP ON ISSUES IN CONNECTION WITH PROJECT VANTAGE (1.4); REVIEW STATUS AND STRATEGY FOR RESPONSE TO ORIX WARREN (0.3). |
| WEXLER MP | 10/16/06 | 0.60 | TELECONFERENCE WITH C. COMERFORD (0.2) AND FOLLOW UP ON RESEARCH RE: OBLIGATIONS OF ASSIGNOR ON ASSIGNED LEASES (0.4). |
| WEXLER MP | 10/17/06 | 1.70 | REVIEW AND COMMENT ON SEVERAL DRAFTS OF MEMO RE: GM LEASE ASSIGNMENTS (0.7); REVIEW ISSUES FOR FORM BONDABLE LEASE FOR POTENTIAL LEASEBACK OF MICHIGAN PROPERTY (0.6); TELECONFERENCE WITH C. COMERFORD RE: PROJECT VANTAGE (0.2); REVIEW AND COMMENT ON MOSCOW DE MINIMUS LEASE NOTICE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WEXLER MP | 10/19/06 | 1.80 | TELECONFERENCE WITH C. COMERFORD RE: REJECTION DAMAGES ON ASSIGNED LEASES AND PROJECT VANTAGE (1.3); REVIEW BACKGROUND ISSUES/STRATEGY FOR RESPONSE TO ORIX WARREN OBJECTION TO 365(D)(4) (0.3) AND EMAIL TO CLIENT RE: SAME (0.2). |
|---|---|---|---|
| WEXLER MP | 10/20/06 | 1.50 | FOLLOW UP ON ISSUES RE: LEASE ASSIGNMENTS FOR PROJECT VANTAGE (0.6); REVIEW AND COMMENT ON LEASE NOTICE FOR BIRMINGHAM, AL (0.1); REVIEW AND COMMENT ON REVISED MEMO RE: LEASE ASSIGNMENTS AND LIABILITY (0.6); REVIEW ORIX WARREN RESPONSE SCHEDULE AND STRATEGY (0.2). |
| WEXLER MP | 10/23/06 | 0.90 | REVIEW AND COMMENT ON REVISED DRAFT OF MEMO RE: LIABILITY FOR ASSIGNED LEASES AND OTHER ISSUES TO BE RESEARCHED (0.9). |
| WEXLER MP | 10/24/06 | 0.60 | REVIEW REVISED LEASE ASSIGNMENT MEMO AND CORRESPONDENCE TO CLIENT RE: SAME (0.6). |
| WEXLER MP | 10/31/06 | 1.30 | REVIEW AND COMMENT ON DEBTORS' REPLY TO ORIX WARREN OBJECTION TO 365(D)(4) EXTENSION (0.7); TELECONFERENCE WITH C. COMERFORD AND J. BEAUDOEN RE: NEGOTIATION OF LEASE TERMINATIONS WITH LANDLORDS AND ISSUES TO BE CONSIDERED, INERDEL SUBLEASE AND OTHER LEASING MATTERS (0.6). |
| | | **13.70** | |
| **Total Partner** | | **15.30** | |
| DANZ CE | 10/02/06 | 1.70 | COMMENTS TO CREDITORS COMMITTEE PRESENTATION MATERIALS AND DRAFTED ADDITIONAL DISCLOSURES (1.3), ATTENTION TO ENVIRONMENTAL ISSUES W/R/T LEASED LOCATIONS (0.4). |
| DANZ CE | 10/03/06 | 0.60 | REVIEW OF THE DOCKET (0.3), REVIEW OF RECENTLY RECEIVED CORRESPONDENCE (0.3). |
| DANZ CE | 10/06/06 | 1.40 | REVIEW OF THE DOCKET (0.3); ATTENTION TO RECENT CORRESPONDENCE (0.4); COMMUNICATION WITH J. LANDMAR RE: POTENTIAL SALE/LEASE SITES (0.7). |
| DANZ CE | 10/09/06 | 3.00 | PARTICIPATE IN TELECONFERENCE RE: SOUTHEASTERN MICHIGAN CONSOLIDATION AND RELATED FOLLOW-UP CALL (0.8); ATTENTION TO RESEARCH RE: LEASE ISSUE (1.5); COMMUNICATION WITH C. COMERFORD (0.3); ATTENTION TO MECHANICS LIEN ISSUE IN OHIO (0.4). |
| DANZ CE | 10/10/06 | 1.30 | TELECONFERENCE WITH C. COMMERFORD RE: IRVINE ISSUES (0.4), REVIEW OF IRVINE LEASE (0.5), RESEARCH INTO REJECTION ISSUE (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DANZ CE | 10/11/06 | 0.60 | REVISIONS TO THE MOSCOW LEASE NOTICE AND COMMUNICATION WITH J. GAGE, J. BEAUDEON AND C. COMERFORD (0.6). |
| DANZ CE | 10/12/06 | 0.70 | COMMUNICATION WITH COMPANY RE: STATUS OF LEASE CONSOLIDATION ISSUE AND REVIEW OF PROCEDURES ORDERS RE: THE SAME (0.7). |
| DANZ CE | 10/13/06 | 1.70 | REVIEW OF ORIX WARREN OBJECTION, REVIEW OF NOTES RE: SETTLEMENT, ASSISTED WITH STRATEGY RE: RESPONSE RE: ORIX WARREN (0.7); PARTICIPATE IN TELECONFERENCE RE: STRATEGY RE: ORIX WARREN AND MICHIGAN LEASE CONSOLIDATION ANALYSIS (1.0). |
| DANZ CE | 10/16/06 | 2.60 | REVIEW OF DELPHI MEMO ON LEASE ASSIGNMENTS AND COMMENTS TO MEMO (1.7); WASHINGTON, D.C. EMAILS; REVISIONS TO THE D.C. NOTICE (0.6); COMMUNICATION WITH C. COMERFORD RE: SALE LEASE BACK (0.3). |
| DANZ CE | 10/17/06 | 3.90 | DISCUSSION OF POTENTIAL BANK CONFIRMATION ISSUE; DRAFTED LEASE FOR SALE LEASEBACK TRANSACTION (3.3); WORKED ON LEASE MEMO (0.6). |
| DANZ CE | 10/18/06 | 0.90 | REVIEW AND REVISE MOSCOW LEASE NOTICE; REVIEW OF MOSCOW LEASE; COORDINATE AND SUPERVISE SERVICE OF LEASE NOTICE (0.9). |
| DANZ CE | 10/19/06 | 1.40 | TELECONFERENCE WITH C. COMERFORD RE: IRVINE, MICHIGAN LEASE CONSOLIDATION AND OTHER CURRENT LEASE RELATED ISSUES, ATTENTION TO SERVICE OF LEASE NOTICE (1.4). |
| DANZ CE | 10/20/06 | 0.90 | ATTENTION TO FAULTY SERVICE ISSUE (0.4); TELECONFERENCE FROM R. BROWN AND COMMUNICATION WITH J. BEAUDEON (0.5). |
| DANZ CE | 10/23/06 | 0.80 | ATTENTION TO REVIEW AND COMMENTS TO THE LEASE REJECTION MEMO (0.8). |
| DANZ CE | 10/24/06 | 0.70 | CONTINUED COMMENTS TO THE LEASE REJECTION MEMO AND DISTRIBUTION OF THE SAME TO C. COMERFORD (0.7). |
| DANZ CE | 10/27/06 | 0.50 | RECEIVE COMMUNICATION FROM C. COMERFORD, ATTENTION TO RESEARCH FOR ANSWER TO REJECTION CLAIM ISSUE (0.5). |
| | | 22.70 | |
| GRANT K | 10/04/06 | 0.40 | DRAFT MEMO RE: RESOLUTION OF LANDLORD'S CLAIM FOR 3535 KETTERING (0.4). |
| GRANT K | 10/11/06 | 3.20 | RESEARCH RE: POTENTIAL INDEMNITY CLAIMS ARISING FROM REJECTION OF LEASES (3.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 10/12/06 | 7.60 | CONTINUE TO RESEARCH RE: GUARANTOR INDEMNITY CLAIMS (1.1); RESEARCH RE: MODIFICATION OF UNDERLYING OBLIGATION AND EFFECT ON GUARANTY UNDER CALIFORNIA, ILLINOIS AND MICHIGAN LAW (4.1); DRAFT MEMO RE: SAME (2.4). |
| GRANT K | 10/13/06 | 5.90 | REVIEW CORRESPONDENCE AND INVOICES WITH RESPECT TO IRVINE, CA LEASE (1.1); REVIEW AND ANALYZE LEASE DOCUMENTS FOR BRIGHTON, MI LEASE (1.2); REVIEW AND ANALYZE LEASE DOCUMENTS FOR DOWNERS GROVE, IL LEASE (0.9); REVIEW AND ANALYZE LEASE DOCUMENTS FOR 1401 CROOKS LEASE (1.3); PREPARE SUMMARY RE: SAME (1.4). |
| GRANT K | 10/15/06 | 2.10 | REVISE MEMO RE: ASSIGNED LEASES (2.1). |
| GRANT K | 10/16/06 | 6.30 | REVISE MEMO RE: ASSIGNED LEASES (5.4); REVIEW LEASE SUMMARY (0.9). |
| GRANT K | 10/17/06 | 2.60 | REVISE MEMO RE: ASSIGNED LEASES (2.6). |
| GRANT K | 10/19/06 | 1.20 | REVISE MEMO RE: ASSIGNED LEASES (1.2). |
| GRANT K | 10/20/06 | 0.30 | REVIEW AMENDMENTS FOLLOWING ASSIGNMENT (0.3). |
| GRANT K | 10/23/06 | 0.40 | REVIEW MEMO RE: ASSIGNED LEASES (0.4). |
| GRANT K | 10/24/06 | 1.60 | CONTINUE RESEARCH RE: ASSIGNED LEASES (1.3); REVISE MEMORANDUM RE: SAME (0.3). |
| | | **31.60** | |
| MEISLER RE | 10/04/06 | 0.10 | DRAFT CORRESPONDENCE RE: ORIX WARREN NOTICE OF OBJECTION TO 365(D)(4) (0.1). |
| MEISLER RE | 10/05/06 | 0.20 | CONTINUE ANALYSIS OF ORIX WARREN OBJECTION (0.2). |
| MEISLER RE | 10/12/06 | 0.60 | REVIEW 502(E) APPLICATION TO GUARANTOR CLAIMS AND REVIEW CASE LAW RE: SAME (0.6). |
| MEISLER RE | 10/17/06 | 0.70 | REVIEW AND COMMENT ON MEMO RE: LEGAL RESEARCH AND ASSESSMENT OF POTENTIAL LIMITATIONS OF LIABILITY IN CONNECTION WITH LEASE CONSOLIDATION (0.7). |
| MEISLER RE | 10/18/06 | 0.90 | REVIEW AND COMMENT ON NOTICE AND EXHIBIT OF RENEWAL OF MOSCOW LEASE (0.3); CONTINUED TO REVIEW AND REVISE EXHIBIT TO SAME (0.3); DRAFT INTERNAL CORRESPONDENCE RE: ORIX WARREN 365(D)(4) NOTICE (0.3). |
| MEISLER RE | 10/20/06 | 0.30 | REVIEW CORRESPONDENCE RE: ORIX NOTICE OF OBJECTION (0.1); REVIEW NOTICE OF RENEWAL OF BIRMINGHAM LEASE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 10/23/06 | 0.80 | REVIEW AND RESPOND TO CORRESPONDENCE RE: SERVICE OF NOTICE ENTRY INTO NEW LEASE (0.1); CONTINUE TO REVIEW RESEARCH RE: LEASE CONSOLIDATION (0.7). |
| MEISLER RE | 10/24/06 | 0.60 | CONTINUE TO REVIEW RESEARCH RE: LEASE CONSOLIDATION (0.6). |
| MEISLER RE | 10/26/06 | 0.10 | REVIEW LEASE RENEWAL RE: HOOVER (0.1). |
| MEISLER RE | 10/27/06 | 0.50 | REVIEW RESPONSE TO ORIX WARREN OBJECTION (0.5). |
| MEISLER RE | 10/30/06 | 0.10 | CONTINUE ATTENTION TO ORIX WARREN OBJECTION RE: 365(D)(4) (0.1). |
| | | **4.90** | |
| PERL MW | 10/23/06 | 8.20 | RESEARCH RE: EFFECT OF INDEMNIFICATION PROVISIONS ON STATUTORY CAP UNDER 502(B)(6) (7.2); TELECONFERENCES WITH WORKING GROUP RE: SAME (0.2, 0.5); FOLLOW UP CORRESPONDENCE RE: SAME (0.3). |
| PERL MW | 10/24/06 | 6.10 | REVIEW MEMO RE: LIABILITY OF INDEMNITY UNDER LEASE ASSIGNMENT (0.3); STRATEGIZE WITH WORKING GROUP RE: SAME (1.5); FOLLOW UP RESEARCH RE: SAME (4.1); FOLLOW UP CORRESPONDENCES WITH WORKING GROUP RE: SAME (0.2). |
| | | **14.30** | |
| WHARTON JN | 10/04/06 | 1.30 | CONTINUE WORK ON RESPONSE TO ORIX WARREN OBJECTION TO EXTENSION OF 365(D)(4) DEADLINE RE: WARREN OH LEASE (0.9); REVIEW RESEARCH RE: ACCRUAL V. BILLING METHODS FOR DETERMINING DEBTOR'S OBLIGATIONS UNDER LEASES PURSUANT TO SECTION 365(D)(3) (0.4). |
| WHARTON JN | 10/05/06 | 1.70 | CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION (1.0); REVIEW MEMO SUMMARIZING CASE LAW ON ACCRUAL AND BILLING METHODS OF DETERMINING LIABILITY FOR LEASE OBLIGATIONS UNDER SECTION 365(D)(3) (0.3); BEGIN WORK ON MOTION TO APPROVE CONSOLIDATION OF CERTAIN LEASES (0.4). |
| WHARTON JN | 10/06/06 | 3.20 | CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION (2.7); CONTINUE WORK ON MOTION TO APPROVE PROPOSED LEASE CONSOLIDATION (0.5). |
| WHARTON JN | 10/09/06 | 0.80 | CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION TO EXTENSION OF ASSUMPTION / REJECTION DEADLINE (0.8). |
| WHARTON JN | 10/10/06 | 1.20 | ANALYZE ISSUES RE: REJECTION OF IRVINE CA LEASE (0.3); CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION (0.5) AND MOTION TO APPROVE LEASE CONSOLIDATION (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WHARTON JN | 10/11/06 | 0.40 | ANALYSIS OF POTENTIAL DAMAGES CLAIMS OF LEASE GUARANTORS ON REJECTED LEASES (0.4). |
| WHARTON JN | 10/12/06 | 0.70 | CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION (0.7). |
| WHARTON JN | 10/13/06 | 2.30 | FORMULATE STRATEGY RE: ORIX WARREN REPLY (0.4) AND LEASE CONSOLIDATION MOTION (0.7); CONTINUE WORK ON ORIX WARREN REPLY (0.8) AND DECLARATION IN SUPPORT OF REPLY (0.4). |
| WHARTON JN | 10/16/06 | 2.30 | CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION (1.7); RESEARCH RE: CAP ON REJECTION DAMAGES UNDER SECTION 502(B)(6) (0.6). |
| WHARTON JN | 10/17/06 | 3.80 | REVIEW DRAFT LEASE FOR SALE-LEASEBACK TRANSACTION (1.3); RESEARCH ISSUES RELATING TO SALE-LEASEBACK LEASE (2.5). |
| WHARTON JN | 10/18/06 | 7.40 | CONTINUE TO ANALYZE SALE-LEASEBACK LEASE AGREEMENT (1.2); CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION (3.8) AND DECLARATION OF J. SHEEHAN IN SUPPORT (2.4). |
| WHARTON JN | 10/19/06 | 4.60 | REVISE REPLY TO ORIX WARREN'S OBJECTION (3.2) AND DECLARATION OF J. SHEEHAN IN SUPPORT (1.4). |
| WHARTON JN | 10/20/06 | 1.20 | CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION (1.2). |
| WHARTON JN | 10/25/06 | 1.20 | CONTINUE TO DRAFT MOTION TO APPROVE LEASE CONSOLIDATION TRANSACTION (1.2). |
| WHARTON JN | 10/26/06 | 3.00 | CONTINUE TO REVISE REPLY TO ORIX WARREN OBJECTION (0.8) AND DRAFT MOTION TO APPROVE LEASE CONSOLIDATION TRANSACTION (2.2). |
| WHARTON JN | 10/27/06 | 3.50 | CONTINUE TO REVISE REPLY TO ORIX WARREN OBJECTION (2.8) AND DRAFT MOTION TO APPROVE LEASE CONSOLIDATION TRANSACTION (0.7). |
| WHARTON JN | 10/30/06 | 2.00 | CONTINUE TO REVISE REPLY TO ORIX WARREN OBJECTION (0.6) AND DRAFT LEASE CONSOLIDATION MOTION (1.4). |
| | | **40.60** | |
| **Total Associate** | | **114.10** | |
| ~~SALAZAR AG~~ | ~~10/18/06~~ | ~~1.00~~ | ~~FINALIZE AND COORDINATE SERVICE OF LEASE NOTICE (1.0).~~ |
| | | ~~1.00~~ | |
| ~~Total Legal Assistant~~ | | ~~1.00~~ | |
| **TOTAL TIME** | | <u>**130.40**</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/06
Leases (Real Property)                                      Bill Number: 1132369

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/17/06 | Copy Center, D | 7.65 |
| In-house Reproduction | 10/20/06 | Copy Center, D | 2.35 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$10.00** |
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.86 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 2.71 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.17 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.26 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Westlaw | 10/06/06 | Wharton JN | 13.40 |
| Westlaw | 10/11/06 | Grant K | 442.02 |
| Westlaw | 10/12/06 | Grant K | 771.27 |
| Westlaw | 10/13/06 | Grant K | 606.99 |
| Westlaw | 10/15/06 | Grant K | 20.52 |
| Westlaw | 10/16/06 | Grant K | 584.50 |
| Westlaw | 10/17/06 | Wharton JN | 67.51 |
| Westlaw | 10/19/06 | Platt SJ | 172.99 |
| Westlaw | 10/23/06 | Perl MW | 299.04 |
| Westlaw | 10/24/06 | Perl MW | 206.76 |
| | | **TOTAL WESTLAW** | **$3,185.00** |
| Car Service (manual entries) | 10/18/06 | Flash Cab Co. | 42.00 |
| | | **TOTAL CAR SERVICE (MANUAL ENTRIES)** | **$42.00** |
| Wireless - Mobile/Cellular/Pager | 10/07/06 | Danz CE | 7.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$7.00** |
| | | **TOTAL MATTER** | **$3,249.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 01/10/07
Leases (Real Property)                                  Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 11/22/06 | 0.40 | ADVISE RESTRUCTURING TEAM RE: NECESSARY MEET AND CONFER PROCESS WITH ORIX WARREN COUNSEL IN PREPARATION FOR CONTESTED HEARING, AND REVIEW DRAFT COMMUNICATIONS WITH RESPECT TO SAME (0.4). |
| HOGAN III AL | 11/27/06 | 0.80 | REVIEW AND APPROVE MEET AND CONFER COMMUNICATIONS CONCERNING ORIX WARREN OBJECTION TO REAL ESTATE MOTION (0.3); REVIEW STATUS OF MATTERS FOR OMNIBUS HEARING AND ASSESS LITIGATION ISSUES (0.5). |
| HOGAN III AL | 11/28/06 | 2.10 | MEET AND CONFER CONFERENCES WITH COUNSEL FOR ORIX WARREN, RESULTING IN WITHDRAWAL OF OBJECTION TO LEASE REJECTION TIMELINE (2.1). |
| | | 3.30 | |
| MARAFIOTI KA | 11/07/06 | 0.10 | REVIEW AND REVISE KOKOMO, INDIANA LEASE RENEWAL (0.1). |
| MARAFIOTI KA | 11/16/06 | 0.60 | REVIEW AND REVISE REPLY TO OBJECTION OF ORIX TO MOTION EXTENDING TIME TO ASSUME OR REJECT REAL PROPERTY LEASE (0.6). |
| MARAFIOTI KA | 11/17/06 | 0.80 | REVIEW AND REVISE REPLY TO ORIX MOTION (0.6) AND SUPPORTING DECLARATION OF JOHN SHEEHAN (0.2). |
| MARAFIOTI KA | 11/21/06 | 0.30 | CONSIDER ISSUES RE: IBJ (0.3). |
| MARAFIOTI KA | 11/28/06 | 0.10 | WORK ON ORDER RE: WITHDRAWAL OF ORIX OBJECTION OF EXTENSION OF GTIME TO ASSUME OR REJECT REAL PROPERTY LEASE (0.1). |
| MARAFIOTI KA | 11/29/06 | 0.30 | REVIEW AND REVISE ORIX WARREN ORDER (0.3). |
| | | 2.20 | |
| WEXLER MP | 11/01/06 | 0.90 | REVIEW STRATEGY FOR ORIX WARREN OBJECTION TO 365(D)(4) EXTENSION (0.3); REVIEW STATUS AND ISSUES FOR CONSOLIDATION OF LEASES FOR PROJECT VANTAGE AND DOCUMENTS TO BE DRAFTED (0.6). |
| WEXLER MP | 11/10/06 | 0.20 | REVIEW ISSUES RE: STAFFORD, TX (0.2). |
| WEXLER MP | 11/11/06 | 0.20 | CORRESPONDENCE AND REVIEW ISSUES WITH JLL FEES ON PROJECT VANTAGE (0.2). |
| WEXLER MP | 11/20/06 | 0.40 | REVIEW REPLY TO ORIX WARREN OBJECTION TO 365(D)(4) EXTENSION (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WEXLER MP | 11/27/06 | 0.50 | REVIEW ISSUES IN CONNECTION WITH COLUMBIA, TN LEASE (0.4); REVIEW STATUS OF ORIX WARREN OBJECTION TO 365(D)(4) (0.1). |
| WEXLER MP | 11/28/06 | 0.80 | REVIEW LANDLORD OFFER FOR SETTLEMENT FOR ORIX WARREN OBJECTION TO 365(D)(4) EXTENSION AND STRATEGY (0.3); REVIEW COLUMBIA, TN LEASE ISSUES AND STRATEGY (0.3); TELECONFERENCE WITH C. COMERFORD RE: LEASE MATTERS (0.2). |
| | | **3.00** | |
| **Total Partner** | | **8.50** | |
| MATZ TJ | 11/16/06 | 1.90 | REVIEW AND COMMENT ON RESPONSES TO ORIX WARREN LLC MOTION TO COMPEL RE: REAL PROPERTY LEASE (0.7); FURTHER REVIEW OF RESPONSE TO ORIX WARREN MOTION (0.6); FURTHER REVIEW AND REVISIONS TO ORIX WARREN MOTION RESPONSE (0.3); FURTHER REVIEW AND REVISIONS TO ORIX WARREN MOTION RESPONSE (0.3). |
| MATZ TJ | 11/17/06 | 0.40 | CONSIDER MATTER RE: ORIX WARREN RESPONSE (0.2); FURTHER REVIEW OF ORIX WARREN RESPONSE FILING MATTER (0.2). |
| | | **2.30** | |
| **Total Counsel** | | **2.30** | |
| DANZ CE | 11/01/06 | 1.20 | ATTENTION TO THE JONES LANG LASALLE FEE DISPUTE, REVIEW OF THE SERVICES CONTRACT (0.3); REVIEW OF BANKRUPTCY CODE SECTIONS (0.4); COMMUNICATION WITH COUNSEL (0.2), AND COMMUNICATION WITH C. COMERFORD (0.3). |
| DANZ CE | 11/02/06 | 1.20 | COMMUNICATION WITH JLL'S COUNSEL RE: FEE DISPUTE (0.3); COMMUNICATION WITH J. BEAUDOEN RE: JLL ISSUE (0.3); ATTENTION TO KOKOMO LEASE NOTICE (0.3); REVIEW OF THE DOCKET (0.3). |
| DANZ CE | 11/03/06 | 1.50 | DRAFT KOKOMO LEASE NOTICE, FOLLOW-UP WITH THE COMPANY RE: THE SAME AND REVISED THE LEASE NOTICE (0.7); REVIEW RECENT CORRESPONDENCE (0.4); COMMUNICATION WITH JLL'S COUNSEL (0.4). |
| DANZ CE | 11/06/06 | 2.80 | REVIEW OF CORRESPONDENCE AND REVIEW OF DOCKET (0.5); ATTENTION TO PREPARING LEASE NOTICE (KOKOMO) FOR SERVICE (0.4); COMMUNICATION WITH J. BEAUDEON AND C. COMERFORD RE: THE JLL FEE DISPUTE (0.4); REVIEW OF CORRESPONDENCE OF AND RESPOND TO J. BEAUDEON (0.4); RESEARCH OF LAUREL, MISSISSIPPI LEASE ISSUE (0.7); COMMUNICATION WITH J. KLEINMAN (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DANZ CE | 11/07/06 | 0.60 | REVIEW OF ORIX WARREN REPLY AND REVIEW OF PREVIOUS ORIX WARREN SETTLEMENT (0.6). |
| DANZ CE | 11/08/06 | 4.20 | CONTINUE REVISIONS TO THE KOKOMO LEASE NOTICE BASED ON COMMENTS RECEIVED AND SUPERVISED SERVICE (0.6); TELECONFERENCE WITH J. BEAUDEON, C. COMERFORD, D. SOKOL AND FTI RE: COLUMBIA, TENNESSEE LEASE ISSUES AND COMMUNICATION WITH C. COMERFORD AND J. BEAUDEON RE: OUTSTANDING LEASE ISSUES (1.6); PREPARATION OF COMMITTEE PRESENTATION MATERIALS (0.5); ATTENTION TO DEVELOPMENT OF STRATEGY RE: DELPHI/JLL FEE ISSUE (0.5); COMMUNICATION WITH J. BEAUDEON RE: LAUREL, MS LEASE ISSUE (0.6); COMMUNICATION WITH K. SIMON AND FOLLOW-UP ON REQUESTS (0.4). |
| DANZ CE | 11/09/06 | 1.60 | TELECONFERENCE WITH J. BEAUDEON AND T. FALTERTY RE: WARREN STREET, DANA STREET LOCATION AND RELATED FOLLOW-UP (0.8); ATTENTION TO FEE REQUESTS AND MARKUP OF FEE STATEMENT FOR LEASES (0.4); COMMUNICATION WITH R. FLETMEYER RE: UCC PRESENTATION (0.4). |
| DANZ CE | 11/10/06 | 1.30 | COMMUNICATION WITH R. FLETMEYER RE: LEASING ISSUES AND RELATED FOLLOW-UP (0.6); TELECONFERENCE WITH J. BEAUDEON RE: STAFFORD, TEXAS AND FOLLOW-UP REVIEW OF THE MOTION (0.7). |
| DANZ CE | 11/13/06 | 0.30 | COMMUNICATION WITH R. FLETMEYER RE: SPRING HILL LEASE (0.3). |
| DANZ CE | 11/14/06 | 0.70 | ATTENTION TO SERVICE ISSUES ON ORIX WARREN (0.4), COMMUNICATION WITH J. BEAUDEON (0.3). |
| DANZ CE | 11/16/06 | 0.50 | PARTICIPATION IN CALL RE: IRVINE, CA LEASE (0.5). |
| DANZ CE | 11/20/06 | 1.30 | COMMUNICATION WITH C. COMERFORD, J. BEAUDEON AND T. FLAREY RE: ORIX WARREN RESPONSE (0.4); COMMUNICATION WITH R. FLETMEYER RE: STAFFORD, TEXAS (0.4); TELECONFERENCE WITH CIARA AND JEFF TO DISCUSS LEASE RELATED ISSUES AND RELATED FOLLOW-UP (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DANZ CE | 11/27/06 | 4.40 | REVISIONS TO THE WEST LAFAYETTE, IN LEASE NOTICE AND COMMUNICATION WITH B. COLLINGS RE: THE SAME (0.5); PARTICIPATION THE DELPHI ASSOCIATES CALL (0.4); RESPONSE TO J. GUGLIELMO (FTI) RE: COLUMBIA AND OTHER LEASE ISSUES (0.6); FORWARD LEASE FEE DISPTUE LETTER FROM JLL AND REVIEW OF THE SAME (0.6); REVIEW OF LEASE CLAIM DISPUTE ISSUES (0.5); REVIEW OF DOCKET (0.4); FOLLOW-UP ON STRATEGY RE: SALE LEASEBACK COURT APPROVAL (0.7); REVIEW OF RESEARCH ON POST-CONFIRMATION EFFECTIVE REJECTIONS (0.7). |
| DANZ CE | 11/28/06 | 1.20 | TELECONFERENCE WITH C. COMERFORD RE: THE STATUS OF LEASE RELATED ISSUES (0.4); COMMUNICATION WITH C. COMERFORD RE: ORIX WARREN OFFER (0.4); COMMUNICATION WITH C. COMERFORD AND J. BEAUDEON RE: RESOLUTION OF ORIX WARREN (0.4). |
| DANZ CE | 11/29/06 | 0.90 | REVIEW OF PROPOSED ORDER FOR ORIX WARREN MATTER AND FORWARDED THE SAME FOR APPROVAL BY C. COMERFORD (0.4); TELECONFERENCE WITH A. CARGILE RE: COLUMBIA, TN LOCATION AND RELATED FOLLOW-UP WITH C. COMERFORD AND J. BEAUDEON RE: LOCATION (0.5). |
| | | **23.70** | |
| GRANT K | 11/01/06 | 1.40 | OBTAIN AND REVIEW AND ANALYZE APPLICATION TO EMPLOY JLL AND UNDERLYING AGREEMENT. (1.4). |
| GRANT K | 11/27/06 | 3.20 | RESEARCH RE: LEASE CONSOLIDATION ISSUES (2.9); DRAFT MEMO RE: SAME (0.3). |
| | | **4.60** | |
| ~~HOWE EJ~~ | ~~11/09/06~~ | ~~1.70~~ | ~~RESEARCH RE: LESSOR'S DUTY TO MITIGATE DAMAGES UNDER OHIO LAW (1.7).~~ |
| | | ~~1.70~~ | |
| MEISLER RE | 11/05/06 | 0.70 | REVIEW AND COMMENT ON REPLY TO ORIX WARREN OBJECTION RE: 365(D)(4) DEADLINE (0.7). |
| MEISLER RE | 11/07/06 | 0.20 | REVIEW LEASE RENEWAL NOTICE RE: KOKOMO (0.2). |
| MEISLER RE | 11/08/06 | 0.20 | REVIEW CORRESPONDENCE RE: LAUREL, MS LEASE (0.1) AND COLUMBIA, TN LEASE (0.1). |
| MEISLER RE | 11/14/06 | 0.40 | REVIEW AND ANALYZE FACT PATTERN RE: COLUMBIA, TN LEASE (0.4). |
| MEISLER RE | 11/15/06 | 1.70 | REVIEW AND COMMENT ON REPLY TO ORIX WARREN OBJECTION RE: 365(D)(4) DEADLINE (1.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 11/16/06 | 1.70 | CONTINUE TO REVIEW AND COMMENT ON REPLY TO ORIX WARREN OBJECTION (1.7). |
| MEISLER RE | 11/17/06 | 2.60 | TELECONFERENCES WITH J. SHEEHAN RE: ORIX WARREN REPLY AND DECLARATION (0.1, 0.1, 0.1); DRAFT CORRESPONDENCE TO J. SHEEHAN RE: SAME (0.2); REVIEW COMMENTS RECEDED TO REPLY (0.2); TELECONFERENCE WITH S. CORCORAN RE: REPLY (0.1); REVISE SAME (1.4); FURTHER REVIEW AND REVISE SAME (0.4). |
| MEISLER RE | 11/20/06 | 1.90 | DRAFT CORRESPONDENCE TO S. CORCORAN RE: ORIX WARREN FILING (0.1); CONTINUE TO REVIEW AND REVISE REPLY TO ORIX WARREN OBJECTION (1.4); FINALIZE SAME (0.4). |
| MEISLER RE | 11/22/06 | 0.70 | ANALYZE ORIX WARREN PLEADINGS TO CONSIDER POTENTIAL EVIDENCE TO SUBMIT (0.7). |
| MEISLER RE | 11/27/06 | 0.80 | DRAFT CORRESPONDENCE RE: LEASE CONSOLIDATION (0.2); CONTINUE TO ANALYZE EVIDENCE NECESSARY FOR HEARING (0.3); CONTINUE ANALYSIS OF ORIX OBJECTION (0.3). |
| MEISLER RE | 11/28/06 | 0.90 | REVIEW 365(D)(4) ORDER (0.2); REVIEW ORIX OBJECTION (0.2); REVIEW AND COMMENT ON PROPOSED ORDER RE: ORIX SETTLEMENT (0.5). |
| MEISLER RE | 11/29/06 | 0.90 | REVIEW STATUS OF ORIX WARREN OBJECTION (0.2); CONTINUE TO REVIEW PROPOSED ORDER RE: SAME (0.2); CONTINUE TO PREPARE FOR OMNIBUS HEARING RE: ORIX WARREN (0.5). |
| MEISLER RE | 11/30/06 | 0.40 | REVIEW ORIX WARREN PROPOSED ORDER (0.2); TELECONFERENCE WITH J. WISLER RE: SAME (0.2). |
| | | **13.10** | |
| WHARTON JN | 11/01/06 | 0.70 | CONTINUE TO DRAFT MOTION TO APPROVE LEASE CONSOLIDATION TRANSACTION (0.7). |
| WHARTON JN | 11/02/06 | 0.80 | CONTINUE WORK ON MOTION TO APPROVE LEASE CONSOLIDATION TRANSACTION (0.8). |
| WHARTON JN | 11/06/06 | 2.30 | CONTINUE WORK ON REPLY TO ORIX WARREN OBJECTION (2.3). |
| WHARTON JN | 11/07/06 | 0.30 | PREPARE FOR CONTESTED HEARING ON ORIX WARREN OBJECTION (0.3). |
| WHARTON JN | 11/08/06 | 0.40 | CONTINUE TO PREPARE FOR HEARING RE: ORIX WARREN OBJECTION (0.4). |
| WHARTON JN | 11/10/06 | 0.30 | CONTINUE TO PREPARE FOR CONTESTED HEARING RE: ORIX WARREN OBJECTION (0.3). |
| WHARTON JN | 11/13/06 | 1.10 | WORK ON DECLARATION IN SUPPORT OF REPLY TO ORIX WARREN OBJECTION (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WHARTON JN | 11/15/06 | 3.60 | CONTINUE TO REVISE REPLY TO ORIX WARREN OBJECTION (1.4) AND DRAFT DECLARATION OF J. SHEEHAN IN SUPPORT OF REPLY (1.3) AND PREPARE FOR HEARING ON ORIX WARREN OBJECTION (0.9). |
| WHARTON JN | 11/16/06 | 8.80 | CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION (4.6) AND SHEEHAN DECLARATION IN SUPPORT (2.3); PREPARE SAME FOR FILING (1.1) AND PREPARE FOR NOV. 30 HEARING ON ORIX WARREN OBJECTION (0.8). |
| WHARTON JN | 11/17/06 | 5.10 | CONTINUE TO DRAFT REPLY TO ORIX WARREN OBJECTION (2.5) AND DECLARATION OF J. SHEEHAN IN SUPPORT OF REPLY (1.1) AND PREPARE FOR FILING OF SAME (0.9); PREPARE FOR HEARING RE: ORIX WARREN OBJECTION (0.6). |
| WHARTON JN | 11/21/06 | 1.70 | CONTINUE TO PREPARE FOR HEARING ON ORIX WARREN REPLY (1.5) AND TELECONFERENCE WITH J. WISLER, ORIX WARREN'S COUNSEL, RE: PROPOSED EXHIBITS AND WITNESSES FOR HEARING (0.2). |
| WHARTON JN | 11/22/06 | 1.60 | CONTINUE TO PREPARE FOR HEARING RE: ORIX WARREN (1.6). |
| WHARTON JN | 11/27/06 | 2.50 | CONTINUE TO PREPARE FOR HEARING ON ORIX WARREN OBJECTION (2.5). |
| WHARTON JN | 11/28/06 | 2.80 | CONTINUE TO PREPARE FOR HEARING RE: ORIX WARREN OBJECTION (1.2); TELECONFERENCES WITH J. WISLER RE: HEARING ON ORIX WARREN OBJECTION (0.4); DRAFT ORDER RE: WITHDRAWAL OF ORIX WARREN OBJECTION (1.2). |
| WHARTON JN | 11/29/06 | 1.20 | CONTINUE TO DRAFT AND REVISE ORDER RESOLVING ORIX WARREN MATTER (0.8) AND TELECONFERENCES WITH J. WISLER RE: SAME (0.4). |
| WHARTON JN | 11/30/06 | 0.80 | TELECONFERENCE WITH J. WISLER RE: FORM OF ORDER RESOLVING ORIX WARREN MATTER (0.2); REVISE SAME ORDER (0.3) AND PREPARE FOR TRANSMITTAL TO CHAMBERS (0.3). |
| | | 34.00 | |
| **Total Associate** | | 77.10 | |
| ~~DEMMA J~~ | ~~11/20/06~~ | ~~1.30~~ | ~~PREPARE DOCUMENTS FOR ATTORNEY REVIEW RE: ORIX WARREN (1.3).~~ |
| | | ~~1.30~~ | |
| ~~ROSEN R~~ | ~~11/15/06~~ | ~~0.40~~ | ~~REVIEW PREPARATIONS FOR SERVICE, ORIX WARREN SPECIAL PARTY SERVICE LIST WITH E. GERSHBEIN, KCC RE: UPCOMING FILING (0.4).~~ |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROSEN R | 11/17/06 | 0.80 | ASSIST TEAM ATTORNEY WITH PREPARATION OF ORIX WARREN REPLY EXHIBIT DOCUMENTS RE: UPCOMING FILING (0.6); REVIEW SPECIAL PARTIES SERVICE LIST WITH E. GERSHBEIN, KCC RE: SERVICE OF SAME (0.2). |
| ROSEN R | 11/20/06 | 1.20 | ASSIST TEAM ATTORNEY RE: PREPARATION OF ORIX WARREN REPLY, EXHIBITS AND SHEEHAN DECLARATION FOR COURT FILING (0.9); REVIEW, COORDINATE SERVICE OF SAME WITH E. GERSHBEIN, KCC (0.3). |
| | | 2.40 | |
| Total Legal Assistant | | 3.70 | |

**TOTAL TIME**          91.60

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

**Bill Date: 01/10/07**
**Bill Number: 1147918**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/21/06 | Copy Center, D | 11.79 |
| In-house Reproduction | 11/28/06 | Copy Center, D | 0.21 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| Westlaw | 11/17/06 | Wharton JN | 82.94 |
| Westlaw | 11/27/06 | Grant K | 882.06 |
| | | **TOTAL WESTLAW** | **$965.00** |
| Vendor Hosted Telecon-ferencing | 11/01/06 | Teleconferencing Services, LLC | 31.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$31.00** |
| Out-of-Town Meals | 11/15/06 | Meisler RE | 10.34 |
| Out-of-Town Meals | 11/15/06 | Meisler RE | 5.43 |
| Out-of-Town Meals | 11/15/06 | Meisler RE | 10.34 |
| Out-of-Town Meals | 11/15/06 | Meisler RE | 2.89 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$29.00** |
| Outside Re-search/Internet Services | 10/05/06 | Pacer Service Center | 24.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$24.00** |
| | | **TOTAL MATTER** | **$1,061.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/31/07
Leases (Real Property)                          Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DANZ CE | 12/04/06 | 1.30 | REVIEW OF DOCKET FOR REAL ESTATE RELATED MATTERS AND ORIX WARREN SETTLEMENT (0.4); REVIEW OF RECENTLY RECEIVED CORRESPONDENCE (0.4); ATTENTION TO THE SPRING HILL LEASE ISSUE AND REVIEW OF CODE SECTION (0.5). |
| DANZ CE | 12/06/06 | 0.90 | ATTENTION TO THE MICHIGAN LEASE CONSOLIDATION PROCESS AND LOGISTICS OF FILING AND SERVING THE MOTION (0.5); ATTENTION TO COMMITTEE MATERIALS (0.4). |
| DANZ CE | 12/08/06 | 0.60 | TELECONFERENCE WITH C. COMERFORD (0.3); TELECONFERENCE WITH J. FRANK (0.3). |
| DANZ CE | 12/11/06 | 0.70 | ATTENTION TO LEASE REJECTION ISSUE AT STAFFORD, TEXAS (0.3); REVIEW OF RECENT CORRESPONDENCE (0.4). |
| DANZ CE | 12/12/06 | 1.00 | RESEARCH ISSUES ON LAUREL, MISSISSIPPI LEASE TERMINATION ISSUE (1.0). |
| DANZ CE | 12/13/06 | 0.50 | REVIEW OF THE ORIX WARREN ORDER AND CIRCULATED THE SAME TO THE CLIENT (0.3); FOLLOW ON VALEO (0.2). |
| DANZ CE | 12/14/06 | 1.60 | TELECONFERENCE REGARDING STRATEGY REGARDING VALEO TRANSACTION (1.0); COMMUNICATIONS WITH A. CARGILE REGARDING SPRING HILL LEASE AND FOLLOW-UP WITH THE COMPANY (0.6). |
| DANZ CE | 12/18/06 | 1.10 | COMMUNICATIONS WITH A. CARGILE (0.5); COMMUNICATIONS WITH J. BEAUDEON/H. LIU (0.3); REVIEW OF RECENTLY RECEIVED CORRESPONDENCE (0.3). |
| DANZ CE | 12/21/06 | 0.80 | COMMUNICATION WITH C. COMERFORD AND DRAFTED RESPONSE (0.8). |
| | | **8.50** | |
| GRANT K | 12/04/06 | 0.60 | REVIEW CURRENT LETTER OF INTENT REGARDING LEASE CONSOLIDATION INITIATIVE (0.6). |
| GRANT K | 12/14/06 | 0.90 | TELECONFERENCE WITH C. COMERFORD, C. DANZ AND B. SUMERALL REGARDING LAUREL, MISS. REGARDING TERMINATION OF LEASE (0.3); PERFORM RESEARCH REGARDING SAME (0.6). |
| | | **1.50** | |
| **Total Associate** | | **10.00** | |
| **TOTAL TIME** | | **10.00** | |

B43R

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)
Leases (Real Property)

Bill Date: 01/31/07
Bill Number: 1147919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Wireless - Mobile/Cellular/Pager | 12/15/06 | Meisler RE | 3.00 |
| | | TOTAL WIRELESS - MOBILE/CELLULAR/PAGER | $3.00 |
| | | TOTAL MATTER | $3.00 |

B43E

**Delphi Corporation (DIP)**                                          **Bill Date: 02/28/07**
**Leases (Real Property)**                                           **Bill Number: 1148705**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WEXLER MP | 01/05/07 | 0.30 | REVIEW ISSUES REGARDING EFFECTIVE DATE IN CONNECTION WITH POSSIBLE LEASE REJECTIONS FOR PROJECT VANTAGE (0.3). |
| WEXLER MP | 01/23/07 | 0.30 | TELECONFERENCE WITH C. COMERFORD REGARDING REJECTION OF INERDEL SUBLEASE AND POSSIBLE DAMAGE CLAIM (0.2) AND CORRESPONDENCE TO CLAIMS TEAM TO FOLLOW UP ON SAME (0.1). |
| WEXLER MP | 01/24/07 | 0.40 | TELECONFERENCE WITH C. COMERFORD REGARDING CLAIMS ON REJECTION OF ENERDEL LEASE AND SUBLEASE AND FOLLOW UP ON SAME (0.3); TELECONFERENCE WITH C. COMERFORD REGARDING COLUMBIA, TN LEASE NOTICE AND FOLLOW UP (0.1). |
| | | **1.00** | |
| **Total Partner** | | **1.00** | |
| DANZ CE | 01/08/07 | 1.30 | FOLLOW-UP ON THE VALEO MATTER AND REVIEW OF THE LETTER OF INTENT (0.6), UPDATE OF THE TASK LISTS MEMO (0.4), COMMUNICATION WITH J. KLEINMAN (0.3). |
| DANZ CE | 01/09/07 | 2.10 | TELECONFERENCE WITH C. COMERFORD, J. BEAUDEON, A. VERBA AND OTHERS AT THE COMPANY REGARDING PROJECT VANTAGE (1.4), RELATE FOLLOW-UP AND REVIEW OF THE DOCUMENTATION RELATED TO THE TRANSACTION (0.7). |
| DANZ CE | 01/10/07 | 0.70 | ATTENTION TO THE JLL/LEASE SERVICES FEE ISSUE (0.7). |
| DANZ CE | 01/11/07 | 1.50 | REVIEW OF THE DOCKET FOR REAL ESTATE ITEMS (0.3), REVIEW OF RECENTLY RECEIVED CORRESPONDENCE (0.5), FOLLOW-UP ON PROCESS QUESTION ISSUES FOR K. GIRGEN (0.7). |
| DANZ CE | 01/12/07 | 1.90 | ASSISTANCE WITH THE DILIGENCE REQUEST FROM THE OUTSIDE INVESTOR (0.7), CONTINUED TO FOLLOW UP ON VALEO ISSUES (0.8), COMMUNICATION WITH J. BEAUDEON (0.4). |
| DANZ CE | 01/15/07 | 1.20 | REVIEW OF JLL CORRESPONDENCE AND ATTENTION TO FEE DISPUTE ISSUE ON SALE/LEASEBACK (1.2). |
| DANZ CE | 01/16/07 | 0.70 | FOLLOW-UP ON REAL ESTATE DILIGENCE MATTERS WITH J. BEAUDEON AND M. SCHEFFLER (0.4); COMMUNICATION WITH A. CARGILE (0.3). |

B438

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DANZ CE | 01/17/07 | 1.60 | REVIEW OF COLUMBIA LEASE AND COMMUNICATION WITH A. CARGILE (0.8), REVIEW OF REJECTED LEASES FOR CLAIMS ISSUES (0.5), ATTENTION TO REVIEW OF RECENTLY FILED LEASE NOTICES (0.3). |
| DANZ CE | 01/18/07 | 1.90 | TELECONFERENCE REGARDING SANDUSKY (0.5), MARKUP OF THE SANDUSKY LEASE (0.9), COMMUNICATION WITH R. FLETMEYER AND FULFILLED DOCUMENT REQUEST (0.5). |
| DANZ CE | 01/25/07 | 2.80 | COMMUNICATION WITH D. POOLE AND M. HESTER AND REVIEW OF RECENT LEASE AT SANDUSKY (0.6), ATTENTION TO JLL FEE DISPUTE ISSUES AND REVIEW OF CORRESPONDENCE (1.7), REVIEW OF RECENTLY RECEIVED CORRESPONDENCE/E-MAILS REGARDING LEASE RELATED DELPHI ISSUES (0.5). |
| DANZ CE | 01/29/07 | 2.30 | TELECONFERENCE WITH C. COMERFORD AND J. BEAUDEON AND FOLLOW-UP WRITTEN COMMUNICATION REGARDING VALEO AND COLUMBIA (0.6), CORRESPONDENCE WITH A. CARGILE (0.3), REVIEW OF THE FRAME WORK DOCUMENTS FOR LEASE IMPLICATIONS (0.5), PARTICIPATION IN TELECONFERENCE (0.4), REVISE SANDUSKY LEASE AND COMMUNICATION WITH LESSOR'S COUNSEL (0.5). |
| DANZ CE | 01/30/07 | 1.70 | REVIEW OF SPRING HILL AND SANDUSKY DOCUMENTS AND COMMUNICATION WITH R. FLETMEYER (0.5), REVIEW OF RECENTLY RECEIVED CORRESPONDENCE (0.5), ATTENTION TO THE COLUMBIA LEASE NOTICE (0.7). |
| DANZ CE | 01/31/07 | 0.90 | DRAFT OF THE UCC PRESENTATION SLIDES (0.9). |
| | | **20.60** | |
| GRANT K | 01/18/07 | 3.00 | REVIEW CORRESPONDENCE REGARDING ACQUISITION OF MICHIGAN PROPERTY (2.5); STRATEGY CONFERENCE REGARDING SAME (0.5). |
| GRANT K | 01/19/07 | 5.20 | REVIEW LEASE FOR LAUREL, MISS. (1.6); DRAFT DE MINIMUS ASSET SALE NOTICE REGARDING SAME (3.4); EMAIL WITH C. COMERFORD REGARDING SAME (0.2). |
| GRANT K | 01/23/07 | 1.60 | REVIEW CORRESPONDENCE REGARDING JLL RETENTION IN LEASE TRANSACTION (1.3); TELECONFERENCE WITH J. FRANK REGARDING SAME. (0.3). |
| GRANT K | 01/29/07 | 3.70 | TELECONFERENCE WITH S. CORCORAN (0.3) J. FRANK (0.5) REGARDING JLL DISPUTE; CONTINUE REVIEW OF CORRESPONDENCE REGARDING SAME (2.9). |
| | | **13.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 01/05/07 | 0.20 | REVIEW STATUS OF PROPOSED LEASE CONSOLIDATION (0.2). |
| MEISLER RE | 01/18/07 | 0.70 | DRAFT CORRESPONDENCE REGARDING REAL PROPERTY LEASES (0.2); CONFERENCE WITH C. DANZ REGARDING PROJECT VANTAGE (0.5). |
| MEISLER RE | 01/23/07 | 0.30 | REVIEW AND ANALYZE LANDLORD CLAIMS (0.3). |
| | | 1.20 | |
| Total Associate | | 35.30 | |
| TOTAL TIME | | <u>36.30</u> | |

B43E