SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x
                                    :
         In re                      :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                        Debtors.    :    (Jointly Administered)
                                    :
----------------------------------- x

EXHIBIT D-21
EMPLOYEE MATTERS (GENERAL)
212.2 HOURS

05-44481-rdd    Doc 7522-36    Filed 03/30/07    Entered 03/30/07 18:14:51    Exhibit
D-21    Pg 2 of 20

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | Bill Date: 11/30/06 |
|---|---|
| Employee Matters (General) | Bill Number: 1132369 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/03/06 | 0.60 | CONFERENCE WITH D. ALEXANDER RE: UCC DUE DILIGENCE REQUEST ON CIC AND SEVERANCE CALCULATIONS (0.2); REVIEW EXECUTIVE COMPENSATION PRESENTATION MATERIALS (0.2); FOLLOW-UP ON OCTOBER 6TH WATSON WYATT MEETING IN CHICAGO (0.2). |
| BUTLER, JR. J | 10/09/06 | 0.30 | REVIEW MATERIALS FROM D. ALEXANDER RE: UCC DUE DILIGENCE REQUEST ON CIC AND SEVERANCE CALCULATIONS (0.3). |
| BUTLER, JR. J | 10/17/06 | 0.80 | CONFERENCE WITH M. WEBER RE: KECP MATTERS AT COMPANY (0.2); CONFERENCE WITH D. ALEXANDER RE: UCC DUE DILIGENCE REQUEST ON CIC AND SEVERANCE CALCULATIONS (0.2); REVIEW EXECUTIVE COMPENSATION PRESENTATION MATERIALS (0.2); FOLLOW-UP ON OCTOBER 6TH WATSON WYATT MEETING IN CHICAGO (0.2). |
| BUTLER, JR. J | 10/23/06 | 0.40 | CONFERENCES WITH D. SHERBIN AND M. WEBER RE: KECP MATTERS AND NEXT STEPS AT COMPANY (0.4). |
| BUTLER, JR. J | 10/26/06 | 0.80 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.3) STRATEGY MEETING AT COMPANY IN TROY WITH M. WEBER, D. SHERBIN, D. ALEXANDER RE: EXECUTIVE COMPENSATION MATTERS; SEPARATE CONFERENCES WITH M. WEBER RE: SAME (0.2, 0.1). |
| BUTLER, JR. J | 10/27/06 | 0.60 | REVIEW CIC MATERIALS FROM D. ALEXANDER (0.4); CONSIDER NEXT STEPS INCLUDING PREPARATION FOR NOVEMBER 13TH COMPENSATION COMMITTEE MEETING (0.2). |
| BUTLER, JR. J | 10/31/06 | 0.20 | TELECONFERENCE WITH M. WEBER RE: KECP MATTERS (0.2). |
| | | 3.70 | |
| LEFF NM | 10/05/06 | 0.80 | TELECONFERENCE WITH N. BUBNOVICH RE: FRIDAY MEETING (0.8). |
| LEFF NM | 10/10/06 | 0.60 | CONFERENCE WITH WORKING GROUP RE: PREPARATION OF EMPLOYMENT K'S (0.6). |
| LEFF NM | 10/11/06 | 1.50 | TELECONFERENCE WITH D. ALEXANDER RE: EMPLOYMENT AND SEVERANCE AGREEMENTS (1.5). |
| LEFF NM | 10/12/06 | 1.30 | REVIEW SEVERANCE AGREEMENT (1.3). |
| LEFF NM | 10/13/06 | 1.30 | EMPLOYMENT K REVIEW (1.3). |
| LEFF NM | 10/16/06 | 1.50 | TELECONFERENCE WITH D. ALEXANDER AND M. WEBER RE: SEVERANCE AGREEMENTS (1.5). |
| LEFF NM | 10/17/06 | 0.80 | REVIEW WITH D. ALEXANDER RE: SUMMARY OF SEVERANCE AGREEMENTS (0.8). |

83

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEFF NM | 10/24/06 | 1.50 | TELECONFERENCE WITH J. ALEXANDER AND N. BUBNOVITCH RE: EMPLOYMENT K'S, SEVERANCE AGREEMENTS AND SERPS (1.5). |
| LEFF NM | 10/25/06 | 0.50 | TELECONFERENCE WITH N. BUBNOVITCH AND D. ALEXANDER RE: SERP (0.5). |
| LEFF NM | 10/27/06 | 1.20 | REVIEW CIC AGREEMENT (0.4); MEMO TO N. BUBNOVICK (0.8). |
| | | 11.00 | |
| **Total Partner** | | **14.70** | |
| CAMPANARIO ND | 10/02/06 | 4.50 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (4.5). |
| CAMPANARIO ND | 10/12/06 | 3.80 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (3.8). |
| CAMPANARIO ND | 10/24/06 | 7.20 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (7.2). |
| CAMPANARIO ND | 10/30/06 | 0.10 | TELECONFERENCE WITH D. ALEXANDER RE: KECP (0.1). |
| | | 15.60 | |
| FERN BM | 10/10/06 | 0.40 | REVIEW AND ANALYZE COLLINS AND AIKMAN'S MOTION TO PAY SEVERANCE BENEFITS (0.4). |
| FERN BM | 10/12/06 | 0.90 | REVIEW ARTICLES RE: CONTESTED BONUS PLANS (0.4); REVIEW AND COMMENT ON LANGUAGE IN 10-Q RE: KECP (0.5). |
| FERN BM | 10/13/06 | 1.80 | REVIEW PLEADINGS AND AGENDA RE: KECP (0.5); DRAFT SCRIPT RE: KECP MOTION (0.9); ADDITIONAL REVIEW AND COMMENTS ON AGENDA RE: KECP (0.4). |
| FERN BM | 10/17/06 | 0.40 | TELECONFERENCE WITH D. ALEXANDER RE: SUPPLEMENTAL AIP (0.4). |
| FERN BM | 10/18/06 | 0.30 | REVIEW ISSUES RE: INCENTIVE COMPENSATION TARGETS (0.3). |
| FERN BM | 10/25/06 | 0.70 | TELECONFERENCE AND EMAILS WITH B. SHAW RE: KECP (0.2); RESEARCH RE: KECP COMPETITIVE BENCHMARKS (0.5). |
| FERN BM | 10/27/06 | 0.20 | REVIEW ARTICLES RE: SEC CLAIMS AGAINST DELPHI EXECUTIVES (0.2). |
| | | 4.70 | |
| ~~GUZZARDO J~~ | ~~10/03/06~~ | ~~0.20~~ | ~~KECP MOTION LEGAL RESEARCH (0.2).~~ |
| ~~GUZZARDO J~~ | ~~10/11/06~~ | ~~0.20~~ | ~~CONTINUED KECP MOTION RESEARCH. (0.2).~~ |
| ~~GUZZARDO J~~ | ~~10/18/06~~ | ~~0.50~~ | ~~CONTINUE KECP MOTION LEGAL RESEARCH (0.5).~~ |
| ~~GUZZARDO J~~ | ~~10/24/06~~ | ~~0.20~~ | ~~KECP MOTION LEGAL RESEARCH (0.2).~~ |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Name | Date | Hours | Description |
|---|---|---|---|
| ~~GUZZARDO J~~ | ~~10/27/06~~ | ~~0.50~~ | ~~KECP MOTION LEGAL RESEARCH (0.5).~~ |
| ~~GUZZARDO J~~ | ~~10/30/06~~ | ~~0.30~~ | ~~KECP MOTION LEGAL RESEARCH (0.3).~~ |
| ~~GUZZARDO J~~ | ~~10/31/06~~ | ~~0.10~~ | ~~LEGAL RESEARCH FOR KECP MOTION. (0.1).~~ |
| | | ~~2.00~~ | |
| SCHOHN E | 10/05/06 | 0.40 | PARTICIPATE IN CALL WITH COMPENSATION CONSULTANT TO REVIEW CIC TERM SHEET (0.4). |
| SCHOHN E | 10/06/06 | 2.20 | PARTICIPATE IN CALL WITH CLIENT AND COMPENSATION CONSULTANT RE: PROPOSED CIC AGREEMENTS (2.2). |
| SCHOHN E | 10/11/06 | 1.00 | PARTICIPATE IN CALL WITH CLIENT RE: EMPLOYMENT AGREEMENTS (1.0). |
| SCHOHN E | 10/12/06 | 1.40 | DRAFT CHANGE IN CONTROL SEVERANCE AGREEMENT (1.4). |
| SCHOHN E | 10/16/06 | 1.40 | PARTICIPATE IN CALL WITH COMPENSATION CONSULTANT AND CLIENT; REVIEW SUMMARY OF CHANGE IN CONTROL PROVISIONS (1.4). |
| SCHOHN E | 10/17/06 | 0.30 | PREPARE CHANGE IN CONTROL AGREEMENT (0.3). |
| SCHOHN E | 10/24/06 | 1.40 | PARTICIPATE ON TELECONFERENCE WITH CLIENT RE: CIC AGREEMENTS (1.4). |
| | | 8.10 | |
| **Total Associate** | | **30.40** | |
| DEMMA J | 10/24/06 | 0.80 | UPDATE EMERGENCE COMPENSATION MATERIALS (0.8). |
| DEMMA J | 10/27/06 | 1.10 | UPDATE EMERGENCE COMPENSATION MATERIALS (1.1). |
| | | 1.90 | |
| ~~ROSEN R~~ | ~~10/20/06~~ | ~~0.90~~ | ~~INVESTIGATION, RESEARCH, COMPILE AND FORWARD SERP AND ADDITIONAL RELATED AGREEMENTS REQUESTED FROM TROY HR DATAROOM TO REQUESTING TEAM ATTORNEYS (0.9).~~ |
| | | ~~0.90~~ | |
| ZSOLDOS AF | 10/11/06 | 3.10 | UPDATE KECP EMERGENCE BINDERS (3.1). |
| | | 3.10 | |
| **Total Legal Assistant** | | **5.90** | |
| ~~WORSCHECK TM~~ | ~~10/26/06~~ | ~~1.40~~ | ~~PREPARE MATERIALS FOR KECP EMERGENCE BINDERS (1.4).~~ |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ~~WORSCHECK TM~~ | ~~10/27/06~~ | ~~1.20~~ | ~~UPDATE KECP EMERGENCE BINDERS (1.2).~~ |
|---|---|---|---|
| | | ~~2.60~~ | |
| ~~Total Legal Assistant Support~~ | | ~~2.60~~ | |

**TOTAL TIME**               <u>53.60</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 11/30/06 |
|---|---|---|---|
| Employee Matters (General) | | | Bill Number: 1132369 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/24/06 | Copy Center, D | 66.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$66.00** |
| Telephone Expense | 10/27/06 | Telecommunications, D | 3.85 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 5.30 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.37 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.48 |
| | | **TOTAL TELEPHONE EXPENSE** | **$10.00** |
| Westlaw | 10/12/06 | Campanario ND | 67.78 |
| Westlaw | 10/24/06 | Campanario ND | 67.78 |
| Westlaw | 10/25/06 | Hogan III AL | 160.44 |
| | | **TOTAL WESTLAW** | **$296.00** |
| Air/Rail Travel (external) | 10/25/06 | Butler, Jr. J | 247.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$247.00** |
| Out-of-Town Travel | 10/25/06 | Butler, Jr. J | 53.95 |
| Out-of-Town Travel | 10/25/06 | Butler, Jr. J | 56.76 |
| Out-of-Town Travel | 10/25/06 | Butler, Jr. J | 113.30 |
| Out-of-Town Travel | 10/25/06 | Butler, Jr. J | 8.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$233.00** |
| Out-of-Town Meals | 10/25/06 | Butler, Jr. J | 14.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$14.00** |
| | | **TOTAL MATTER** | **$866.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 01/10/07
Employee Matters (General)  Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/02/06 | 1.20 | CONTINUE TO REVIEW AND COMMENT ON DRAFT EXECUTIVE COMPENSATION MATERIALS INCLUDING DRAFT PACKAGE FOR COMPENSATION COMMITTEE (1.1); EMAIL TO D. SHERBIN RE: SAME (0.1). |
| BUTLER, JR. J | 11/04/06 | 0.40 | EMAIL FROM D. ALEXANDER RE: CIC MATTERS (0.1); REVIEW WATSON WYATT BENCH MARKING STUDIES AND EMAIL FROM D. SHERBIN RE: SAME (0.3). |
| BUTLER, JR. J | 11/08/06 | 0.60 | EMAIL FROM/TO M. WEBER AND WORK ON COMPENSATION COMMITTEE MATERIALS (0.2); WORK ON REVISIONS WITH D. SHERBIN (0.2); TELECONFERENCE WITH M. WEBER AND D. SHERBIN RE: SAME (0.2). |
| BUTLER, JR. J | 11/14/06 | 0.30 | REVIEW PRESENTATION FROM D. ALEXANDER RE: CONFORMED 2ND HALF AIP TARGETS TO NEW BUSINESS UNITS (0.3). |
| BUTLER, JR. J | 11/19/06 | 0.40 | CONTINUE TO CONSIDER EXECUTIVE COMPENSATION DESIGN AND RELATED MATTERS INCLUDING EMAILS FROM/TO N. BUBNOVICH RE: SAME (0.4). |
| BUTLER, JR. J | 11/20/06 | 0.70 | PREPARE FOR (0.2) AND ATTEND (0.5) STRATEGY MEETING WITH D. SHERBIN AT COMPANY IN TROY RE: EXECUTIVE COMPENSATION DESIGN AND RELATED MATTERS. |
| | | **3.60** | |
| LEFF NM | 11/01/06 | 0.90 | SERP AND SEVERANCE AGREEMENT ISSUES (0.6); CORRESPOND WITH D. ALEXANDER AND N. BUBNOVICH (0.3). |
| LEFF NM | 11/02/06 | 0.90 | TELECONFERENCE WITH D. ALEXANDER RE: SERP AND CIC AGREEMENT (0.9). |
| LEFF NM | 11/03/06 | 1.40 | REVIEW DRAFT EMPLOYMENT AGREEMENT (1.4). |
| LEFF NM | 11/06/06 | 1.80 | REVIEW AND EVALUATE RE: SERP AND CIC (1.8). |
| LEFF NM | 11/20/06 | 1.20 | TELECONFERENCE WITH D. ALEXANDER, N. BUBNOVITCH AND E. SCHOHN RE: EMPLOYMENT AND CHANGE IN CONTROL AGREEMENTS (1.2). |
| | | **6.20** | |
| **Total Partner** | | **9.80** | |
| CAMPANARIO ND | 11/01/06 | 2.40 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (2.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 11/08/06 | 2.40 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (2.4). |
| CAMPANARIO ND | 11/15/06 | 2.00 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (2.0). |
| CAMPANARIO ND | 11/22/06 | 2.90 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (2.9). |
| | | **9.70** | |
| FERN BM | 11/02/06 | 0.80 | REVIEW ADDITIONAL RESEARCH RE: CHAPTER 11 COMPENSATION PROGRAMS (0.8). |
| FERN BM | 11/08/06 | 1.00 | REVIEW DANA CORPORATION PLEADINGS RE: EXECUTIVE COMPENSATION (1.0). |
| FERN BM | 11/13/06 | 0.50 | REVIEW TRANSCRIPT RE: KECP PROPHYLACTIC MEASURES (0.5). |
| FERN BM | 11/15/06 | 0.50 | DRAFT SCRIPT RE: KECP (0.3); REVISE SCRIPT RE: SAME (0.2). |
| FERN BM | 11/16/06 | 0.30 | REVIEW DOCUMENTS RE: TARGETS FOR AIP (0.3). |
| FERN BM | 11/30/06 | 0.60 | REVIEW PLEADINGS AND EXHIBITS RE: KECP (0.6). |
| | | **3.70** | |
| SCHOHN E | 11/02/06 | 7.70 | DRAFT REVISED CIC AND EMPLOYMENT AGREEMENT (7.7). |
| SCHOHN E | 11/03/06 | 0.80 | REVISE CHANGE IN CONTROL AGREEMENT (0.8). |
| SCHOHN E | 11/06/06 | 1.10 | REVISE SERP LANGUAGE FOR CHANGE IN CONTROL AGREEMENT (1.1). |
| SCHOHN E | 11/20/06 | 0.80 | PARTICIPATE IN CALL WITH CLIENT RE: CIC AGREEMENTS (0.8). |
| | | **10.40** | |
| **Total Associate** | | **23.80** | |
| DEMMA J | 11/01/06 | 0.60 | PREPARE UPDATES FOR COMPENSATION EMERGENCE MATERIALS (0.6). |
| DEMMA J | 11/09/06 | 1.10 | UPDATE KECP EMERGENCE PRECEDENT MATERIALS (1.1). |
| DEMMA J | 11/30/06 | 1.10 | UPDATE KECP EMERGENCE PRECEDENT MATERIALS (1.1). |
| | | **2.80** | |
| ZSOLDOS AF | 11/09/06 | 2.70 | PREPARE INSERTS FOR KECP EMERGENCE RESEARCH BINDERS (2.7). |
| ZSOLDOS AF | 11/28/06 | 2.80 | UPDATE KECP EMERGENCE BINDERS (2.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 5.50 |  |
|---|---|---|---|
| Total Legal Assistant |  | 8.30 |  |
| ~~WORSCHECK TM~~ | ~~11/02/06~~ | ~~0.80~~ | ~~UPDATE COMPENSATION BINDERS (0.8).~~ |
| ~~WORSCHECK TM~~ | ~~11/09/06~~ | ~~1.60~~ | ~~UPDATE RECENT BANKRUPTCY CASES INVOLVING EMERGENCE COMPENSATION PROPOSALS BINDERS (1.6).~~ |
| ~~WORSCHECK TM~~ | ~~11/15/06~~ | ~~2.40~~ | ~~PREPARE PRECEDENT PLEADINGS FOR ATTORNEY REVIEW (2.4).~~ |
| ~~WORSCHECK TM~~ | ~~11/28/06~~ | ~~0.80~~ | ~~UPDATE KECP BINDERS (0.8).~~ |
| ~~WORSCHECK TM~~ | ~~11/29/06~~ | ~~1.10~~ | ~~UPDATE KECP BINDERS (1.1).~~ |
| ~~WORSCHECK TM~~ | ~~11/30/06~~ | ~~0.90~~ | ~~UPDATE KECP BINDERS (0.9).~~ |
|  |  | ~~7.60~~ |  |
| ~~Total Legal Assistant Support~~ |  | ~~7.60~~ |  |

**TOTAL TIME**                    <u>49.50</u>

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Employee Matters (General)

Bill Date: 01/10/07  
Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/03/06 | Copy Center, D | 88.20 |
| In-house Reproduction | 11/10/06 | Copy Center, D | 108.60 |
| In-house Reproduction | 11/10/06 | Copy Center, D | 465.00 |
| In-house Reproduction | 11/21/06 | Copy Center, D | 68.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$730.00** |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 2.68 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 3.00 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.24 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$6.00** |
| Westlaw | 11/01/06 | Campanario ND | 67.75 |
| Westlaw | 11/08/06 | Campanario ND | 67.75 |
| Westlaw | 11/15/06 | Campanario ND | 67.75 |
| Westlaw | 11/22/06 | Campanario ND | 67.75 |
| | | **TOTAL WESTLAW** | **$271.00** |
| Reproduction - color | 11/21/06 | Copy Center, D | 1.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$1.00** |
| | | **TOTAL MATTER** | **$1,008.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  Bill Date: 01/31/07
Employee Matters (General)  Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 12/17/06 | 0.40 | CONTINUE TO WORK ON EXECUTIVE COMPENSATION DESIGN MATTERS AND PREPARE FOR DECEMBER 18TH MEETINGS AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 12/18/06 | 0.60 | PREPARE FOR (0.2) AND ATTEND (0.4) EXECUTIVE COMPENSATION DESIGN MEETINGS AT COMPANY IN TROY. |
| BUTLER, JR. J | 12/19/06 | 0.60 | CONTINUE TO FOLLOW-UP WATSON WYATT MATTERS WITH D. SHERBIN AND N. BUBNOVICH INCLUDING TELECONFERENCE WITH D. SHERBIN (0.2) AND EMAILS FROM/TO D. SHERBIN AND N. BUBNOVICH (0.4). |
| BUTLER, JR. J | 12/20/06 | 0.40 | CONTINUE TO FOLLOW-UP WATSON WYATT MATTERS WITH D. SHERBIN AND N. BUBNOVICH (0.2); EMAILS TO/FROM R. ROSENBERG REGARDING KECP ADJOURNMENT (0.2). |
| BUTLER, JR. J | 12/28/06 | 2.70 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.9) WORK GROUP MEETING WITH WATSON WYATT (N. BUBNOVICH AND M. PULLIAM) IN CHICAGO; REVIEW REVISED CIC AND EMPLOYMENT AGREEMENTS (0.4). |
| BUTLER, JR. J | 12/31/06 | 0.70 | FOLLOW-UP ON DECEMBER 28TH WORKING GROUP MEETING WITH WATSON WYATT (N. BUBNOVICH AND M. PULLIAM) IN CHICAGO AND OUTLINE NEXT STEPS (0.4); REVIEW DRAFT MODEL AGREEMENTS (0.3). |
|  |  | **5.40** |  |
| LEFF NM | 12/05/06 | 0.30 | TELECONFERENCE WITH N. BUBNOVICH REGARDING EMPLOYMENT K'S (0.3). |
| LEFF NM | 12/25/06 | 0.80 | REVIEW COMP. PROPOSAL SUMMARY (0.8). |
| LEFF NM | 12/28/06 | 2.80 | TELECONFERENCE WITH N. BUBNOVITCH; REVISE AGREEMENTS (2.8). |
|  |  | **3.90** |  |
| **Total Partner** |  | **9.30** |  |
| CAMPANARIO ND | 12/03/06 | 1.50 | UPDATE LEGAL RESEARCH REGARDING EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (1.5). |
| CAMPANARIO ND | 12/18/06 | 4.70 | UPDATE LEGAL RESEARCH REGARDING EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (4.7). |
|  |  | **6.20** |  |
| FERN BM | 12/04/06 | 1.70 | DRAFT STIPULATION REGARDING SUPPLEMENTAL AIP (1.7). |
| FERN BM | 12/05/06 | 1.40 | REVISE DRAFT STIPULATION REGARDING SUPPLEMENTAL AIP (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 12/13/06 | 0.50 | REVIEW OPINION REGARDING DANA EXECUTIVE COMPENSATION PLAN (0.5). |
| FERN BM | 12/20/06 | 0.30 | ATTENTION TO ISSUES REGARDING AIP FOR FIRST HALF 2007 (0.3). |
| FERN BM | 12/28/06 | 0.30 | REVIEW AND COMMENT ON UCC PRESENTATION REGARDING KECP EMERGENCE AND AIP (0.3). |
| | | 4.20 | |
| ~~HOUSTON BM~~ | ~~12/01/06~~ | ~~2.10~~ | ~~RESEARCH ISSUES REGARDING INDEMNIFICATION (0.9); BEGIN DRAFTING MEMO REGARDING SAME (1.2).~~ |
| | | ~~2.10~~ | |
| SCHOHN E | 12/27/06 | 3.20 | PREPARE REVISED DRAFTS OF CIC AND EMPLOYMENT AGREEMENTS (3.2). |
| SCHOHN E | 12/28/06 | 2.30 | PARTICIPATE IN CALL TO DISCUSS CIC AND EMPLOYMENT AGREEMENTS; DISTRIBUTE DRAFTS TO WORKING GROUP (2.3). |
| | | 5.50 | |
| **Total Associate** | | **18.00** | |
| ~~ROSEN R~~ | ~~12/22/06~~ | ~~1.40~~ | ~~REVIEW CASE DOCKET REGARDING ENTRY OF ORDER DENYING MOTION TO COMPEL PAYMENTS AND INSURANCE PROCEEDS DEFENSE ORDER (0.7); COMPILE, REVIEW SPECIAL PARTIES SERVICE LIST, SERVICE COMPLETION STATUS REGARDING WITH E. GERSHBEIN, KCC (0.7).~~ |
| | | ~~1.40~~ | |
| ~~**Total Legal Assistant**~~ | | ~~**1.40**~~ | |
| **TOTAL TIME** | | **28.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 01/31/07 |
|---|---|---|---|
| Employee Matters (General) | | | Bill Number: 1147919 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/01/06 | Copy Center, D | 184.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$184.00** |
| Westlaw | 12/03/06 | Campanario ND | 73.57 |
| Westlaw | 12/18/06 | Campanario ND | 68.43 |
| | | **TOTAL WESTLAW** | **$142.00** |
| Outside Research/Internet Services | 12/31/06 | Pacer Service Center | 5.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$5.00** |
| | | **TOTAL MATTER** | **$331.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Employee Matters (General)

Bill Date: 02/28/07  
Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 01/02/07 | 0.70 | REVIEW EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS AT COMPANY (0.3) REVIEW CONFORMED AIP TARGETS FOR BUSINESS UNIT RESTRUCTURING (0.2); REVIEW 2007 AIP MATTERS AT COMPANY (0.2). |
| BUTLER, JR. J | 01/04/07 | 1.10 | REVIEW AND COMMENT ON DRAFT WATSON WYATT REPORT (0.8); CONFERENCE WITH D. SHERBIN REGARDING SAME IN NEW YORK CITY (0.3). |
| BUTLER, JR. J | 01/05/07 | 1.00 | CONTINUE TO REVIEW AND COMMENT ON DRAFT WATSON WYATT REPORT (0.4); TELECONFERENCE WITH N. BUBNOVICH REGARDING SAME (0.4); EMAILS FROM/TO D. ALEXANDER REGARDING SAME (0.2). |
| BUTLER, JR. J | 01/06/07 | 1.10 | REVIEW REVISED WATSON WYATT REPORT (0.6); EMAILS FROM/TO D. SHERBIN REGARDING SAME (0.2); EMAILS FROM/TO R. O'NEAL REGARDING EMPLOYEE MATTERS (0.3). |
| BUTLER, JR. J | 01/07/07 | 0.40 | CONTINUE TO REVIEW MATERIALS REGARDING EXECUTIVE COMPENSATION DESIGN PROGRAM MATTERS (0.4). |
| BUTLER, JR. J | 01/08/07 | 0.60 | CONTINUE TO REVIEW MATERIALS REGARDING EXECUTIVE COMPENSATION DESIGN PROGRAM MATTERS (0.6). |
| BUTLER, JR. J | 01/13/07 | 0.60 | CONTINUE TO REVIEW MATERIALS RE: EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS (0.6). |
| BUTLER, JR. J | 01/15/07 | 0.50 | CONTINUE TO REVIEW MATERIALS RE: EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS (0.3); REVIEW AIP MATERIALS FORM J. SHEEHAN (0.2). |
| BUTLER, JR. J | 01/16/07 | 1.10 | PREPARE FOR JANUARY 17TH WORKING GROUP MEETING AT COMPANY IN TROY WITH M. WEBER, J. SHEEHAN, D. ALEXANDER, N. BUBNOVICH AND OTHERS RE: EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS (0.4); CONFERENCE WITH R. O'NEAL RE: CEO PERSPECTIVES ON EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS AND REVIEW MATERIALS RE: SAME (0.7). |
| BUTLER, JR. J | 01/17/07 | 2.60 | PREPARE FOR (0.3) AND PARTICIPATE IN (2.3) WORKING GROUP MEETING AT COMPANY IN TROY WITH M. WEBER, J. SHEEHAN, D. ALEXANDER, N. BUBNOVICH AND OTHERS REGARDING EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS. |

93

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 01/18/07 | 0.30 | FOLLOW-UP ON JANUARY 17TH WORKING GROUP MEETING AT COMPANY IN TROY RE: EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS INCLUDING EMAILS FROM/TO D. SHERBIN RE: EXECUTIVE CHAIRMAN MATTERS (0.3). |
| BUTLER, JR. J | 01/28/07 | 1.10 | CONTINUE TO REVIEW MATERIALS FOR (AND PREPARE FOR) JANUARY 29TH EXECUTIVE COMPENSATION DESIGN WORKING GROUP MEETING AT COMPANY IN TROY (1.1). |
| BUTLER, JR. J | 01/29/07 | 3.30 | PREPARE FOR (0.3) AND ATTEND (3.0) EXECUTIVE COMPENSATION DESIGN WORKING GROUP MEETING AT COMPANY IN TROY. |
| | | **14.40** | |
| COCHRAN EL | 01/23/07 | 1.40 | REVIEW CIC DEFINITIVE AGREEMENT (1.4). |
| | | **1.40** | |
| HOGAN III AL | 01/16/07 | 2.60 | CONFERENCE WITH N. CAMPANARIO AND B. FERN REGARDING PREPARATION FOR AIP FILING, AND REVIEW PRIOR AIP ORDER AND PLEADINGS IN CONNECTION WITH SAME (2.6). |
| | | **2.60** | |
| LEFF NM | 01/03/07 | 1.00 | REVIEW AGREEMENT SUMMARIES AND REVISED WYATT REPORT (1.0). |
| LEFF NM | 01/17/07 | 4.10 | PREPARE FOR AND ATTEND MEETING IN TROY WITH K. BUTLER, J. BUTLER AND A. BUBNOVICH (4.1). |
| LEFF NM | 01/19/07 | 0.30 | TELECONFERENCE WITH SCHOHN (0.3). |
| LEFF NM | 01/20/07 | 1.50 | REVISIONS TO DRAFT EMPLOYMENT K (1.5). |
| LEFF NM | 01/21/07 | 1.00 | REVIEW CIC AGREEMENT; REVISIONS TO MEMO REGARDING TRANSFER OF OBLIGATIONS TO GM (1.0). |
| LEFF NM | 01/22/07 | 0.80 | TELECONFERENCE WITH M. BERGMANN REGARDING PENSION TRANSFER MEMO (0.8). |
| LEFF NM | 01/23/07 | 1.50 | TELECONFERENCES REGARDING PROPOSED CIC DEFINITION (1.5). |
| LEFF NM | 01/24/07 | 0.60 | CONFERENCE WITH SCHOHN REGARDING EMPLOYMENT AND SEVERANCE AGREEMENTS (0.6). |
| LEFF NM | 01/25/07 | 2.50 | FINALIZE AGREEMENTS (2.5). |
| LEFF NM | 01/28/07 | 1.30 | REVIEW MATERIALS FOR TOMORROW'S MEETING (1.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| LEFF NM | 01/29/07 | 3.60 | CONFERENCE WITH BUTLER, SHERBIN REGARDING COMP. COMM. MEETING (3.6). |
| LEFF NM | 01/30/07 | 1.70 | FINALIZE MATERIALS FOR COMP. COMM. MEETING (1.7). |
| LEFF NM | 01/31/07 | 1.50 | FINAL COMP. COMM. PRESENTATION MATERIALS (1.5). |
| | | **21.40** | |
| ~~MARAFIOTI KA~~ | ~~01/23/07~~ | ~~0.60~~ | ~~TELECONFERENCE FROM J. SHEEHAN REGARDING BOOZ ALLEN (0.3); REVIEW BOOZ ALLEN MOTION AND ORDER AND TELECONFERENCE H. SEIFE REGARDING SAME (0.3).~~ |
| ~~MARAFIOTI KA~~ | ~~01/24/07~~ | ~~0.20~~ | ~~TELECONFERENCE WITH H. SEIFE REGARDING BOOZ ALLEN (0.2).~~ |
| ~~MARAFIOTI KA~~ | ~~01/25/07~~ | ~~0.20~~ | ~~TELECONFERENCE FROM HOWARD SEIFE REGARDING BOOZ ALLEN (0.1); TELECONFERENCE TO A. LEONHARD WITH SEIFE REGARDING BOOZ ALLEN (0.1).~~ |
| | | ~~1.00~~ | |
| **Total Partner** | | **40.80** | |
| CAMPANARIO ND | 01/16/07 | 1.50 | CONFERENCES WITH WORKING GROUP REGARDING STRATEGY FOR SUPPLEMENT TO KECP MOTION REGARDING ANNUAL INCENTIVE PLAN FOR SECOND HALF OF 2007 (1.5). |
| CAMPANARIO ND | 01/17/07 | 0.40 | TELECONFERENCE WITH D. ALEXANDER REGARDING ANNUAL INCENTIVE PLAN FOR FIRST HALF OF 2007 (0.4). |
| | | **1.90** | |
| FERN BM | 01/01/07 | 0.40 | REVIEW PRESENTATION REGARDING SUPPLEMENTAL AIP (0.4). |
| FERN BM | 01/02/07 | 3.10 | ANALYZE ISSUES REGARDING SUPPLEMENTAL AIP (0.5); TELECONFERENCE WITH D. ALEXANDER REGARDING SUPPLEMENTAL AIP (0.2); REVISE DRAFT STIPULATION REGARDING SUPPLEMENTAL AIP (1.1); DOCUMENT KEY DATES REGARDING SUPPLEMENTAL AIP (0.2); DRAFT SUMMARY REGARDING OPTIONS GOING FORWARD ON SUPPLEMENTAL AIP (0.6); REVIEW FILE REGARDING SUPPLEMENTAL AIP PROVISIONS (0.5). |
| FERN BM | 01/03/07 | 0.90 | ANALYZED ISSUES REGARDING STATUS OF KECP (0.4); DRAFTED HEARING SCRIPT REGARDING KECP (0.5). |
| FERN BM | 01/04/07 | 0.30 | REVISE SCRIPT REGARDING KECP (0.3). |
| FERN BM | 01/05/07 | 0.40 | REVIEW AND REVISE AGENDA REGARDING KECP (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 01/06/07 | 0.50 | REVIEW MATERIALS REGARDING AFFECT OF SECTOR REALIGNMENT ON EXECUTIVE COMPENSATION (0.5). |
| FERN BM | 01/11/07 | 0.40 | SEARCH FOR KECP RELATED MATERIAL REGARDING COMPETITIVE BENCH MARKING (0.4). |
| FERN BM | 01/15/07 | 0.30 | ATTENTION TO ISSUES REGARDING SUPPLEMENTAL AIP (0.3). |
| FERN BM | 01/16/07 | 5.00 | EMAIL TO N. BUBNOVICH REGARDING SUPPLEMENTAL AIP (0.3); REVIEW MATERIALS REGARDING SUPPLEMENTAL AIP (1.4) FORMULATE STRATEGY REGARDING SECOND SUPPLEMENTAL AIP (1.5); ADDITIONAL ATTENTION TO ISSUES REGARDING SUPPLEMENTAL AIP (0.7); ADDITIONAL REVIEW OF MATERIAL REGARDING IMPLEMENTATION OF AIP (1.1). |
| FERN BM | 01/17/07 | 0.30 | ATTENTION TO ISSUES REGARDING SUPPLEMENTAL AIP (0.3). |
| FERN BM | 01/18/07 | 3.20 | BEGIN DRAFTING BUBNOVICH DECLARATION (0.8); CONTINUE DRAFTING BUBNOVICH DECLARATION REGARDING SECOND SUPPLEMENTAL AIP (2.4). |
| FERN BM | 01/19/07 | 2.20 | BEGIN DRAFTING SECOND SUPPLEMENTAL AIP ORDER (2.2). |
| FERN BM | 01/26/07 | 2.10 | DRAFT AND REVISE LETTER REGARDING SUPPLEMENTAL AIP (2.1). |
| FERN BM | 01/28/07 | 0.50 | FORMULATE STRATEGY REGARDING SUPPLEMENTAL AIP (0.5). |
| FERN BM | 01/30/07 | 0.30 | REVIEW PRESENTATION SLIDES REGARDING 2006 AND 2007 AIPS (0.3). |
| FERN BM | 01/31/07 | 0.20 | REVIEW OMNIBUS HEARING TRANSCRIPT REGARDING KECP (0.2). |
| | | **20.10** | |
| MEISLER RE | 01/01/07 | 0.20 | REVIEW MATERIAL REGARDING KECP (0.1); DRAFT CORRESPONDENCE REGARDING SAME (0.1). |
| MEISLER RE | 01/02/07 | 1.40 | REVIEW AND ANALYZE KECP (1.4). |
| MEISLER RE | 01/15/07 | 0.20 | DRAFT INTERNAL CORRESPONDENCE REGARDING KECP (0.2). |
| MEISLER RE | 01/16/07 | 0.20 | REVIEW PRESENTATION REGARDING KECP (0.2). |
| | | **2.00** | |
| SCHOHN E | 01/03/07 | 0.80 | DRAFT SUMMARY OF AGREEMENTS (0.8). |
| SCHOHN E | 01/08/07 | 1.00 | PREPARE FOR MEETING TO REVIEW AGREEMENTS (1.0). |
| SCHOHN E | 01/17/07 | 5.70 | MEETING IN TROY TO DISCUSS CIC AND EMPLOYMENT AGREEMENTS (5.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SCHOHN E | 01/19/07 | 3.20 | REVISE EMPLOYMENT AND CHANGE IN CONTROL AGREEMENTS (3.2). |
| SCHOHN E | 01/23/07 | 1.50 | TELECONFERENCE WITH N. BUBNOVICH REGARDING SERP; CONVERSATION WITH WORKING GROUP REGARDING CIC DEFINITION (1.5). |
| SCHOHN E | 01/24/07 | 5.60 | REVISE AGREEMENTS; PREPARE BOARD PRESENTATION (5.6). |
| SCHOHN E | 01/25/07 | 1.50 | REVISE CIC AND EMPLOYMENT AGREEMENTS; REVISE PRESENTATION (1.5). |
| SCHOHN E | 01/29/07 | 3.60 | ATTEND MEETING IN TROY TO FINALIZE PROPOSED CIC AND EMPLOYMENT AGREEMENTS (3.6). |
| SCHOHN E | 01/30/07 | 3.20 | FINALIZE DOCUMENTS FOR COMPENSATION COMMITTEE MEETING (3.2). |
| | | 26.10 | |
| **Total Associate** | | 50.10 | |
| GILCHRIST JM | 01/11/07 | 7.10 | REVIEW REVIEW ONLINE KCEP DATABASE FOR MATERIALS RELATING TO COMPENSATION COMMITTEE MINUTES (7.1). |
| | | 7.10 | |
| **Total Legal Assistant** | | 7.10 | |
| **TOTAL TIME** | | <u>98.00</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 02/28/07 |
|---|---|---|---|
| Employee Matters (General) | | | Bill Number: 1148705 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/16/07 | Schohn E | 554.37 |
| Air/Rail Travel - vendor feed | 01/16/07 | Leff NM | 554.36 |
| Air/Rail Travel - vendor feed | 01/17/07 | Schohn E | 509.38 |
| Air/Rail Travel - vendor feed | 01/17/07 | Leff NM | 509.38 |
| Air/Rail Travel - vendor feed | 01/28/07 | Leff NM | 1,073.76 |
| Air/Rail Travel - vendor feed | 01/28/07 | Schohn E | 1,128.75 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$4,330.00** |
| In-house Reproduction | 01/12/07 | Copy Center, D | 31.78 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 25.22 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$57.00** |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.47 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.21 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.62 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.65 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 01/17/07 | Leff NM | 92.01 |
| Out-of-Town Travel | 01/17/07 | Leff NM | 202.32 |
| Out-of-Town Travel | 01/17/07 | Leff NM | 202.32 |
| Out-of-Town Travel | 01/17/07 | Leff NM | 80.02 |
| Out-of-Town Travel | 01/28/07 | Leff NM | 92.02 |
| Out-of-Town Travel | 01/28/07 | Schohn E | 202.32 |
| Out-of-Town Travel | 01/29/07 | Leff NM | 80.02 |
| Out-of-Town Travel | 01/29/07 | Leff NM | 211.97 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,163.00** |
| Out-of-Town Meals | 01/16/07 | Leff NM | 9.92 |
| Out-of-Town Meals | 01/16/07 | Leff NM | 57.56 |
| Out-of-Town Meals | 01/17/07 | Leff NM | 34.15 |
| Out-of-Town Meals | 01/17/07 | Leff NM | 35.45 |
| Out-of-Town Meals | 01/28/07 | Schohn E | 7.78 |
| Out-of-Town Meals | 01/29/07 | Leff NM | 35.46 |
| Out-of-Town Meals | 01/29/07 | Leff NM | 13.90 |
| Out-of-Town Meals | 01/29/07 | Schohn E | 3.78 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$198.00** |
| | | **TOTAL MATTER** | **$5,750.00** |

B43E