SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

EXHIBIT D-22
CUSTOMER MATTERS (GM)
115.2 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 11/30/06
Customer Matters (GM)  Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/02/06 | 1.30 | TELECONFERENCE WITH AND EMAILS FROM/TO B. SAX RE: GM BENEFIT TRIGGER TERMSHEET (0.2); REVIEW SAME (0.8); PREPARE FOR OCTOBER 3RD MEETING AT COMPANY RE: SAME (0.3). |
| BUTLER, JR. J | 10/06/06 | 0.30 | CONTINUE TO EVALUATE PROCESS FOR GM LEGACY AGREEMENT REVIEW (0.2); EMAIL FROM S. CORCORAN RE: SAME (0.1). |
| BUTLER, JR. J | 10/16/06 | 0.20 | CONSIDER NEXT STEPS RE: OCTOBER 19TH CHAMBERS CONFERENCE (WITH DELPHI WORKING GROUP AT COMPANY (0.2). |
| BUTLER, JR. J | 10/17/06 | 1.00 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) MEETING AT COMPANY IN TROY WITH S. MILLER, R. O'NEAL, D. SHERBIN AND S. CORCORAN RE: GM SUPPLY MATTERS; REVIEW PROPOSED NOTICES RE: OCTOBER 19TH CHAMBERS CONFERENCE (0.2); CONFERENCES WITH DELPHI WORKING GROUP AT COMPANY RE: SAME (0.2). |
| BUTLER, JR. J | 10/18/06 | 0.30 | PREPARE FOR OCTOBER 19TH CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 365 MOTION SETTLEMENT DISCUSSIONS AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 10/19/06 | 2.30 | ATTEND LUNCH MEETING WITH J. TANENBAUM (WEIL) AND D. SHERBIN IN NEW YORK CITY RE: DELPHI/GM FRAMEWORK MATTERS (1.7); PREPARE FOR (0.2) AND PARTICIPATE IN (0.2) CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 365 MOTION SETTLEMENT DISCUSSIONS AND NEXT STEPS; REVIEW DRAFT SCHEDULING ORDER (0.2). |
| BUTLER, JR. J | 10/24/06 | 0.90 | REVIEW GM REVENUE DOCUMENTS FROM S. CORCORAN AND FOLLOW-UP ON RELATED MATTERS (0.6); EMAIL FROM J. BERTRAND AND BEGIN TO PREPARE FOR OCTOBER 26TH DELPHI-GM LEADERSHIP MEETING IN TROY (0.3). |
| BUTLER, JR. J | 10/25/06 | 1.90 | CONTINUE TO PREPARE FOR OCTOBER 26TH SENIOR DELPHI-GM LEADERSHIP MEETING IN DETROIT (0.6); DRAFT PRESENTATION MATERIALS RE: FRAMEWORK TIMETABLES FOR MEETING (1.3). |

172

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 10/26/06 | 5.80 | PREPARE AND REVISE OUTLINE OF TALKING POINTS FOR DELPHI-GM MEETING (1.3); ATTEND STRATEGY MEETING WITH B. DELLINGER, J. BERTRAND, J. SHEEHAN, D. RESNICK ET. AL AT COMPANY (1.2); PREPARE FOR (WITH S. MILLER AND EXECUTIVE MANAGEMENT TEAM AT COMPANY) (1.0) AND ATTEND (2.0) SENIOR DELPHI-GM LEADERSHIP MEETING IN DETROIT; REVIEW SUMMARY OF GM REVENUE DOCUMENTATION (0.3). |
| BUTLER, JR. J | 10/27/06 | 0.30 | FOLLOW-UP ON OCTOBER 26TH SENIOR DELPHI-GM LEADERSHIP MEETING IN DETROIT INCLUDING EMAIL FROM S. MILLER ON UPDATE POINTS (0.3). |
| BUTLER, JR. J | 10/31/06 | 1.20 | PREPARE FOR NOVEMBER 1ST SENIOR DELPHI-GM LEADERSHIP MEETING IN DETROIT (0.4); PARTICIPATE IN SENIOR MANAGEMENT TELECONFERENCE WITH S. MILLER, R. O'NEAL AND TEAM RE: SAME (0.8). |
| | | **15.50** | |
| COCHRAN EL | 10/01/06 | 1.10 | REVIEW GM PRESENTATION (1.1). |
| COCHRAN EL | 10/26/06 | 1.30 | REVIEW REVENUE PLAN RESPONSE FROM GM (1.3). |
| | | **2.40** | |
| HOGAN III AL | 10/11/06 | 0.40 | REVIEW LETTER FROM COUNSEL TO SPS TECHNOLOGIES, AND FORMULATE RESPONSE TO SAME (0.4). |
| HOGAN III AL | 10/19/06 | 2.20 | PREPARE FOR AND ATTEND STATUS CONFERENCE WITH COURT CONCERNING 1113 AND GM CONTRACT REJECTION MATTERS (2.2). |
| | | **2.60** | |
| PANAGAKIS GN | 10/09/06 | 1.50 | BEGIN WORK ON REVIEW OF GM LEGACY AGREEMENTS (1.5). |
| PANAGAKIS GN | 10/11/06 | 0.70 | CONTINUE TO WORK ON EVALUATION OF GM LEGACY AGREEMENTS AND POTENTIAL MODIFICATIONS TO SAME (0.7). |
| PANAGAKIS GN | 10/12/06 | 0.70 | ATTENTION TO DILIGENCE PROJECT RE: GM LEGACY ISSUES (0.7). |
| PANAGAKIS GN | 10/16/06 | 0.80 | DUE DILIGENCE RE: LEGACY AGREEMENTS (0.8). |
| PANAGAKIS GN | 10/17/06 | 1.10 | DILIGENCE RE: GM LEGACY AGREEMENTS (1.1). |
| PANAGAKIS GN | 10/18/06 | 1.80 | REVIEW LEGACY AGREEMENTS AND MEMOS RE: ISSUES WITH SAME (1.4); REVIEW MATERIALS RE: STATUS OF DILIGENCE (0.4). |
| PANAGAKIS GN | 10/20/06 | 0.50 | ATTENTION TO STATUS OF DILIGENCE RE: GM LEGACY ISSUES (0.3); ATTENTION TO GM LEGACY AGREEMENTS (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 10/23/06 | 1.30 | DILIGENCE RE: GM LEGACY AGREEMENTS (1.3). |
| | | 8.40 | |
| **Total Partner** | | **28.90** | |
| MATZ TJ | 10/09/06 | 0.30 | REVIEW GM LEGACY AGREEMENT MATERIALS RE: S. CORCORAN REQUEST RE: SAME (0.3). |
| MATZ TJ | 10/10/06 | 0.30 | CONTINUING ANALYSIS FOR COMPANY RE: GM LEGACY ARGUMENTS (0.3). |
| MATZ TJ | 10/11/06 | 0.40 | DISCUSSION WITH S. CORCORAN RE: GM LEGACY ARGUMENTS (0.2); AND REVIEW OF SAME (0.2). |
| MATZ TJ | 10/13/06 | 0.20 | FURTHER REVIEW OF WARRANTY CLAIMS MEMO (0.2). |
| MATZ TJ | 10/17/06 | 0.10 | PARTICIPATE IN STATUS CONFERENCE RE: GM (0.1). |
| | | 1.30 | |
| ~~RAMLO K~~ | ~~10/10/06~~ | ~~0.10~~ | ~~REVIEW STATUS OF GM FEE SETOFF DISPUTE (0.1).~~ |
| ~~RAMLO K~~ | ~~10/16/06~~ | ~~0.30~~ | ~~COORDINATE COMMUNICATIONS WITH PARTICIPATES TO GM REJECTION MOTION (0.2); ANALYSIS RE: RESPONDING TO GM SETOFF POSITION (0.1).~~ |
| ~~RAMLO K~~ | ~~10/17/06~~ | ~~0.10~~ | ~~REVIEW COMMUNICATIONS TO PARTICIPANTS RE: STATUS CONFERENCE (0.1).~~ |
| ~~RAMLO K~~ | ~~10/19/06~~ | ~~0.20~~ | ~~REVIEW DRAFTS OF SCHEDULING ORDER FOR GM REJECTION MOTION (0.2).~~ |
| ~~RAMLO K~~ | ~~10/23/06~~ | ~~0.20~~ | ~~ANALYSIS RE: RESPONSE TO GM SETOFF ISSUE (0.2).~~ |
| ~~RAMLO K~~ | ~~10/26/06~~ | ~~0.10~~ | ~~REVIEW GM PRESENTATION MATERIAL (0.1).~~ |
| | | ~~1.00~~ | |
| SHIVAKUMAR D | 10/02/06 | 0.50 | TELECONFERENCES WITH WORKING GROUP TO RESOLVE IMPASSE RE: PROPOSED PROTECTIVE ORDER GOVERNING PRODUCTION OF GM DOCUMENTS (0.5). |
| SHIVAKUMAR D | 10/16/06 | 0.30 | COMMUNICATIONS WITH WORKING GROUP RE: DEADLINES UNDER PRETRIAL AND SCHEDULING ORDER (0.3). |
| SHIVAKUMAR D | 10/17/06 | 0.60 | DRAFT UPDATED PRETRIAL AND SCHEDULING ORDER (0.4); DISCUSSIONS WITH WORKING GROUP RE: SAME (0.2). |
| SHIVAKUMAR D | 10/18/06 | 0.70 | COMMUNICATIONS WITH RESPONDENTS TO GM CONTRACT REJECTION MOTION RE: STATUS CONFERENCE (0.3); FINALIZE/PROOFREAD PROPOSED SCHEDULING ORDER (0.4). |

B43E

| | | | |
|---|---|---|---|
| SHIVAKUMAR D | 10/19/06 | 0.30 | COMMUNICATIONS WITH RESPONDENTS TO GM CONTRACT REJECTION MOTION RE: STATUS CONFERENCE (0.3). |
| | | 2.40 | |
| **Total Counsel** | | **4.70** | |
| FERN BM | 10/10/06 | 1.30 | FORMULATE STRATEGY RE: REVIEW OF SPINOFF AGREEMENTS (0.5); REVIEW SUMMARIES OF AGREEMENTS WITH GM (0.8). |
| FERN BM | 10/11/06 | 7.50 | REVIEW MEMO RE: GM CONTRACTS (1.1); RESEARCH RE: INTEGRATION OR SEVERABILITY OF EXECUTORY CONTRACTS (2.8); REVIEW SUMMARY RE: VARIOUS EXECUTORY CONTRACTS (3.6). |
| FERN BM | 10/12/06 | 1.50 | REVIEW AND ORGANIZE GM SEPARATION AGREEMENTS (1.5). |
| FERN BM | 10/13/06 | 1.20 | REVIEW MATERIALS RE: GM LEGACY AGREEMENTS (1.2). |
| FERN BM | 10/18/06 | 1.10 | REVIEW PLEADINGS RE: EQUITY COMMITTEE'S MOTION TO FILE SUPPLEMENTAL OBJECTION RE: TAKING OVER GM CLAIMS (0.4); DRAFT SCRIPT RE: SAME (0.7). |
| FERN BM | 10/20/06 | 6.40 | REVIEW BINDER RE: ANALYSIS OF LEGACY AGREEMENTS (3.1); BEGAN DRAFTING CHART RE: LEGACY AGREEMENTS (3.3). |
| FERN BM | 10/21/06 | 2.60 | TELECONFERENCE WITH S. CORCORAN RE: LEGACY AGREEMENTS (0.2); REVIEW DELPHI MEMOS RE: SAME (2.4). |
| FERN BM | 10/23/06 | 7.40 | CONTINUE TO REVIEW GM LEGACY AGREEMENTS (4.2); FORMULATE STRATEGY RE: GM AGREEMENTS (0.5); BEGAN DRAFTING CHART RE: INDEMNIFICATION (2.7). |
| FERN BM | 10/24/06 | 6.70 | CONTINUE DRAFTING CHART RE: INDEMNIFICATION PROVISIONS (4.2); REVIEW AND REVISE INDEMNIFICATION CHART (1.6); REVISE INDEMNIFICATION CHART (0.9). |
| FERN BM | 10/27/06 | 3.80 | DRAFT SUMMARY OF BENEFITS OF VARIOUS LEGACY AGREEMENTS (3.8). |
| | | 39.50 | |
| HARDIN AS | 10/11/06 | 0.90 | DRAFT MEMO RE: LEGACY AGREEMENTS (0.9). |
| HARDIN AS | 10/15/06 | 2.50 | REVIEW REVENUE PLAN MATERIALS (2.5). |
| HARDIN AS | 10/26/06 | 0.60 | TELECONFERENCE WITH E. COCHRAN RE: MEMO CONCERNING REVENUE PLAN (0.2); REVIEW SAME (0.1); REVIEW EMAIL EXCHANGES RE: SAME (0.3). |
| | | 4.00 | |
| ~~JJINGO MJ~~ | ~~10/17/06~~ | ~~0.60~~ | ~~RESEARCH RE: STN MOTION ISSUES (0.6).~~ |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| JJINGO MJ | 10/23/06 | 1.80 | REVIEW MATERIALS RELATED TO EQUITY COMMITTEE'S JIA (1.8). |
|---|---|---|---|
| | | 2.40 | |

| STUART NL | 10/12/06 | 0.70 | RESPOND TO SPS LETTER RE: 365 REJECTION MOTION (0.7). |
| STUART NL | 10/13/06 | 2.40 | DRAFT LETTER RESPONSE TO SPS DEMANDS IN CONNECTION WITH GM 365 MOTION (2.4). |
| STUART NL | 10/19/06 | 1.30 | DRAFT MEMO SUMMARIZING ISSUES RELATED TO SPS OBJECTION TO GM 365 MOTION (1.3). |
| | | 4.40 | |
| **Total Associate** | | 50.30 | |

| ROSEN R | 10/20/06 | 0.30 | RESPOND TO TEAM ATTORNEY'S REQUEST FOR CASE DOCUMENT (0.3). |
| ROSEN R | 10/24/06 | 0.30 | MONITOR COURT DOCKET RE: ENTRY OF GM SCHEDULING ORDER (0.3). |
| ROSEN R | 10/25/06 | 0.80 | CONTINUE TO MONITOR CASE DOCKET RE: GM SCHEDULING ORDER (0.6); REVIEW SERVICE RE: SAME WITH E. GERSHBEIN, KCC (0.2). |
| | | 1.40 | |
| ZSOLDOS AF | 10/12/06 | 1.30 | SEARCH FOR DELPHI INDENTURE BOND FILINGS AND PREPARE COPIES FOR DISTRIBUTION (1.3). |
| ZSOLDOS AF | 10/13/06 | 0.60 | PREPARE PDF'S OF INDENTURES TO DISTRIBUTE (0.6). |
| | | 1.90 | |
| Total Legal Assistant | | 3.30 | |

| **TOTAL TIME** | | **87.20** | |

176

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 11/30/06 |
|---|---|---|---|
| Customer Matters (GM) | | | Bill Number: 1132369 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/10/06 | Panagakis GN | 1,476.97 |
| Air/Rail Travel - vendor feed | 10/12/06 | Panagakis GN | 403.03 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,880.00** |
| In-house Reproduction | 10/06/06 | Copy Center, D | 2.80 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 75.97 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 411.18 |
| In-house Reproduction | 10/17/06 | Copy Center, D | 33.23 |
| In-house Reproduction | 10/20/06 | Copy Center, D | 0.61 |
| In-house Reproduction | 10/27/06 | Copy Center, D | 12.21 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$536.00** |
| Lexis/Nexis | 10/11/06 | Hardin AS | 445.82 |
| Lexis/Nexis | 10/12/06 | Hardin AS | 229.18 |
| | | **TOTAL LEXIS/NEXIS** | **$675.00** |
| Westlaw | 10/12/06 | Stuart NL | 67.62 |
| Westlaw | 10/24/06 | Stuart NL | 27.38 |
| | | **TOTAL WESTLAW** | **$95.00** |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 13.85 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 54.69 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 4.46 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$73.00** |
| Air/Rail Travel (external) | 10/25/06 | Butler, Jr. J | 247.34 |
| Air/Rail Travel (external) | 10/31/06 | Butler, Jr. J | 340.66 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$588.00** |
| Out-of-Town Travel | 10/25/06 | Butler, Jr. J | 56.86 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 10/25/06 | Butler, Jr. J | 54.03 |
| Out-of-Town Travel | 10/25/06 | Butler, Jr. J | 113.47 |
| Out-of-Town Travel | 10/25/06 | Butler, Jr. J | 9.00 |
| Out-of-Town Travel | 10/31/06 | Butler, Jr. J | 104.69 |
| Out-of-Town Travel | 10/31/06 | Butler, Jr. J | 212.94 |
| Out-of-Town Travel | 10/31/06 | Butler, Jr. J | 11.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$562.00** |
| Messengers/ Courier | 10/10/06 | Dist Serv/Mail/Page, D | 26.94 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 35.60 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 20.46 |
| | | **TOTAL MESSENGERS/ COURIER** | **$83.00** |
| Out-of-Town Meals | 10/25/06 | Butler, Jr. J | 13.71 |
| Out-of-Town Meals | 10/31/06 | Butler, Jr. J | 19.29 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$33.00** |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 4.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$4.00** |
| | | **TOTAL MATTER** | **$4,529.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)         Bill Date: 01/10/07
Customer Matters (GM)                                        Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/01/06 | 4.60 | PREPARE FOR (0.7) (INCLUDING MEETING WITH D. RESNICK (0.5) AND MEETING WITH S. MILLER, R. O'NEAL, J. BERTRAND, K. BUTLER AND D. RESNICK (1.0) AND ATTEND (2.0) SENIOR DELPHI-GM LEADERSHIP MEETING IN DETROIT; POST-MEETING WRAP-UP WITH DELPHI TEAM (0.4). |
| BUTLER, JR. J | 11/06/06 | 0.30 | CONTINUE TO PREPARE FOR NOVEMBER 8TH CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 365 MOTION INCLUDING CONFERENCE WITH DELPHI EXECUTIVE LEADERSHIP AND REVIEW AND APPROVE NOTICE TO SECTION 365 RESPONDENTS RE: CHAMBERS CONFERENCE AGENDA (0.3). |
| BUTLER, JR. J | 11/07/06 | 0.30 | PREPARE FOR NOVEMBER 8TH CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 365 MOTION SETTLEMENT DISCUSSIONS AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 11/08/06 | 0.50 | PREPARE FOR (0.3) AND ATTEND (0.2) CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 365 MOTION SETTLEMENT DISCUSSIONS AND NEXT STEPS. |
| BUTLER, JR. J | 11/16/06 | 0.20 | PREPARE FOR NOVEMBER 17TH CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 365 MOTION SETTLEMENT DISCUSSIONS AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 11/17/06 | 1.00 | PREPARE FOR (0.5) AND ATTEND (0.5) CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 365 MOTION SETTLEMENT DISCUSSIONS AND NEXT STEPS. |
| BUTLER, JR. J | 11/20/06 | 1.70 | PREPARE FOR (0.3) AND PARTICIPATE (1.4) IN MEETING AT COMPANY IN TROY WITH S. CORCORAN, B. SAX AND F. KUPLICKI RE: GM BENEFIT GUARANTY TRIGGER AGREEMENT. |
| BUTLER, JR. J | 11/29/06 | 0.20 | CONTINUE TO PREPARE FOR NOVEMBER 30TH CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 365 MOTION SETTLEMENT DISCUSSIONS AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 11/30/06 | 0.40 | PREPARE FOR (0.2) AND ATTEND (0.2) CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 365 MOTION SETTLEMENT DISCUSSIONS AND NEXT STEPS. |

9.20

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| **Total Partner** | | 9.20 | |
| SHIVAKUMAR D | 11/06/06 | 0.50 | COMMUNICATIONS WITH RESPONDENTS TO GM CONTRACT REJECTION MOTION RE: UPCOMING STATUS CONFERENCE AND DISCUSSIONS WITH WORKING GROUP RE: SAME (0.5). |
| SHIVAKUMAR D | 11/07/06 | 0.30 | COMMUNICATIONS WITH WORKING GROUP TO COORDINATE STATUS CONFERENCE PARTICIPANTS (0.3). |
| SHIVAKUMAR D | 11/30/06 | 0.30 | ATTEND STATUS CONFERENCE ON GM CONTRACT REJECTION MOTION (0.3). |
| | | 1.10 | |
| **Total Counsel** | | 1.10 | |
| WILSON LD | 11/08/06 | 0.80 | PREPARE DRAFT SCHEDULING ORDER AND CIRCULATE SAME (0.8). |
| WILSON LD | 11/09/06 | 0.40 | COORDINATE WITH DS AND CLERKS ON FINALIZATION OF ORDER (0.4). |
| | | 1.20 | |
| **Total Associate** | | 1.20 | |
| **TOTAL TIME** | | **11.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Customer Matters (GM)

Bill Date: 01/10/07  
Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/07/06 | Copy Center, D | 291.02 |
| In-house Reproduction | 11/10/06 | Copy Center, D | 334.65 |
| In-house Reproduction | 11/17/06 | Copy Center, D | 39.33 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$665.00** |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 19.58 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 23.70 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 1.82 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.89 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.01 |
|  |  | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$46.00** |
| Reproduction - color | 11/10/06 | Copy Center, D | 459.00 |
|  |  | **TOTAL REPRODUCTION - COLOR** | **$459.00** |
| Vendor Hosted Teleconferencing | 11/01/06 | Teleconferencing Services, LLC | 7.15 |
| Vendor Hosted Teleconferencing | 11/08/06 | Teleconferencing Services, LLC | 14.85 |
|  |  | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$22.00** |
| Air/Rail Travel (external) | 11/03/06 | Butler, Jr. J | 56.00 |
|  |  | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$56.00** |
| Out-of-Town Travel | 11/05/06 | Butler, Jr. J | 4.63 |
| Out-of-Town Travel | 11/05/06 | Butler, Jr. J | 5.63 |
| Out-of-Town Travel | 11/05/06 | Butler, Jr. J | 191.93 |
| Out-of-Town Travel | 11/05/06 | Butler, Jr. J | 31.99 |
| Out-of-Town Travel | 11/05/06 | Butler, Jr. J | 233.82 |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL OUT-OF-TOWN TRAVEL | $468.00 |
| Messengers/ Courier | 11/30/06 | Dist Serv/Mail/Page, D | 30.02 |
| Messengers/ Courier | 11/30/06 | Dist Serv/Mail/Page, D | 23.98 |
| | | TOTAL MESSENGERS/ COURIER | $54.00 |
| Out-of-Town Meals | 11/05/06 | Butler, Jr. J | 5.26 |
| Out-of-Town Meals | 11/05/06 | Butler, Jr. J | 7.74 |
| | | TOTAL OUT-OF-TOWN MEALS | $13.00 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 19.00 |
| | | TOTAL OUTSIDE RESEARCH/INTERNET SERVICES | $19.00 |
| | | TOTAL MATTER | $1,802.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 01/31/07
Customer Matters (GM)                              Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WILSON LD | 12/01/06 | 0.90 | DRAFT SCHEDULING ORDER IN LIGHT OF STATUS CONFERENCE (0.8) AND CIRCULATE SAME FOR COMMENTS (0.1). |
| WILSON LD | 12/14/06 | 0.50 | UPDATE SCHEDULING ORDER (0.4) AND CIRCULATE SAME WITH BLACKLINE (0.1). |
|  |  | 1.40 |  |
| **Total Associate** |  | **1.40** |  |
| **TOTAL TIME** |  | **1.40** |  |

B43E

Bill Number: 1147919

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 01/31/07
Customer Matters (GM)                                 Bill Number: 1147919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 12/01/06 | Copy Center, D | 49.36 |
| In-house Reproduction | 12/08/06 | Copy Center, D | 61.14 |
| In-house Reproduction | 12/12/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 12/29/06 | Copy Center, D | 0.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$111.00** |
| | | **TOTAL MATTER** | **$111.00** |

B43E

Sᴋᴀᴅᴅᴇɴ, Aʀᴘs, Sʟᴀᴛᴇ, Mᴇᴀɢʜᴇʀ & Fʟᴏᴍ LLP ᴀɴᴅ ᴀғғɪʟɪᴀᴛᴇs

Delphi Corporation (DIP)                                              Bill Date: 02/28/07
Customer Matters (GM)                                                 Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 01/02/07 | 0.60 | CONTINUE TO PREPARE FOR JANUARY 4TH LEADERSHIP MEETING BETWEEN DELPHI AND GM IN TROY INCLUDING PREPARATION MEETING IN TROY WITH S. MILLER, R. O'NEAL, J. BERTRAND AND SENIOR MANAGEMENT TEAM (0.6). |
| BUTLER, JR. J | 01/03/07 | 4.10 | PREPARE FOR (0.4) AND PARTICIPATE IN (3.7) LEADERSHIP MEETING BETWEEN DELPHI AND GM REPRESENTATIVES AT COMPANY IN TROY. |
| BUTLER, JR. J | 01/12/07 | 0.40 | REVIEW PROPOSED AGENDA AND MATERIALS FROM J. BERTRAND RE: JANUARY 16TH SENIOR DELPHI/GM LEADERSHIP MEETING BETWEEN DELPHI AND GM REPRESENTATIVES AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 01/13/07 | 0.40 | BEGIN TO PREPARE FOR JANUARY 16TH SENIOR DELPHI/GM LEADERSHIP MEETING BETWEEN DELPHI AND GM REPRESENTATIVES AT COMPANY IN TROY INCLUDING EMAILS FROM/TO R. O'NEAL, J. BERTRAND AND J. SHEEHAN (0.4). |
| BUTLER, JR. J | 01/15/07 | 0.70 | CONTINUE TO PREPARE FOR JANUARY 16TH SENIOR DELPHI/GM LEADERSHIP MEETING BETWEEN DELPI AND GM REPRESENTATIVES AT COMPANY IN TROY (0.7). |
| BUTLER, JR. J | 01/16/07 | 3.80 | PREPARE FOR (0.5) AND PARTICIPATE IN (2.9) SENIOR DELPHI/GM LEADERSHIP MEETING BETWEEN DELPHI AND GM REPRESENTATIVES AT COMPANY IN TROY; PARTICIPATE IN POST-MEETING RECAP WITH SENIOR MANAGEMENT WORKING GROUP AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 01/17/07 | 0.90 | FOLLOW-UP ON JANUARY 16TH SENIOR DELPHI/GM LEADERSHIP MEETING BETWEEN DELPHI AND GM REPRESENTATIVES AT COMPANY IN TROY WITH SENIOR MANAGEMENT WORKING GROUP IN TROY (0.4); REVIEW SCHEDULING ORDER (0.1); REVIEW REVISED MATERIALS FROM J. BERTRAND INCLUDING BID/ASK SUMMARY (0.4). |
| BUTLER, JR. J | 01/23/07 | 0.30 | REVIEW DRAFT AGENDA AND WORKING GROUP MATTERS FROM J. BERTAIN RE: JANUARY 25TH SENIOR LEADERSHIP MEETING WITH DELPHI AND GM REPRESENTATIVES (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 01/25/07 | 0.70 | TELECONFERENCE WITH D. RESNICK RE: GM MATTERS AND NEXT STEPS (0.3); REVIEW MATERIALS FROM J. BERTRAND RE: REVENUE (0.4). |
| BUTLER, JR. J | 01/30/07 | 2.20 | ATTEND WORKING GROUP MEETING WITH SENIOR MANAGEMENT TEAM AT DELPHI TO REVIEW JANUARY 29TH LEADERSHIP MEETING WITH F. HENDERSON AND NEXT STEPS (2.2). |
| BUTLER, JR. J | 01/31/07 | 0.80 | CONTINUE TO PREPARE FOR FEBRUARY 1ST LEADERSHIP MEETING BETWEEN DELPHI AND GM REPRESENTATIVES AT COMPANY IN TROY (0.8). |
| | | 14.90 | |
| **Total Partner** | | **14.90** | |
| MATZ TJ | 01/02/07 | 0.20 | PREPARE SIXTH AMENDED GM CONTRACT REJECTION SCHEDULING ORDER (0.2). |
| MATZ TJ | 01/03/07 | 0.50 | FINALIZE GM CONTRACT REJECTION MOTION, STATUS CONFERENCE, SCHEDULING ORDER (0.3); SUBMIT TO CHAMBERS (0.1); DISTRIBUTE SAME TO ALL RESPONDENTS (0.1). |
| MATZ TJ | 01/17/07 | 0.20 | REVISE GM SECTION 365 SCHEDULING ORDER (0.2). |
| MATZ TJ | 01/29/07 | 1.10 | REVISE DRAFT GM CONTRACT MOTION PROCEEDINGS SUSPENSION ORDER (0.2); FORWARD SAME TO ALL RESPONDENTS' COUNSEL FOR AGREEMENT (0.2); REVIEW CORRESPONDENCE FROM D. BAUMSTEIN REGARDING SAME (0.1); REVIEW CORRESPONDENCE FORM R. SZWAJKOS REGARDING SAME (0.1); REVIEW CORRESPONDENCE FROM T. TSEKERIDES REGARDING PROPOSED GM CONTRACT MOTION SUSPENSION ORDER (0.1); REVISING AND REDISTRIBUTING SAME REGARDING 4/26 POSSIBLE STATUS CONFERENCE (0.4). |
| MATZ TJ | 01/30/07 | 1.30 | TELECONFERENCE FROM T. TSEKERIDES REGARDING FURTHER REVISIONS TO GM 365 SUSPENSION ORDER (0.2); CORRESPONDENCE FROM T. TSEKERIDES REGARDING SAME (0.3); REVISIONS TO PROPOSED ORDER (0.3); DISTRIBUTE SAME TO COUNSEL FOR COMMENTS (0.2); FORWARDING FINAL SUSPENSION ORDER TO CHAMBERS (0.1); TELECONFERENCE WITH CHAMBER REGARDING SAME (0.2). |
| | | 3.30 | |
| **Total Counsel** | | **3.30** | |

242

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 01/09/07 | 0.80 | CONFERENCE WITH B. SAX AND F. KUPLICKI REGARDING STRANEY V. GM (0.8). |
| MEISLER RE | 01/17/07 | 0.60 | REVIEW AND REVISE LETTER REGARDING OSHAWA PLANT (0.5); DRAFT CORRESPONDENCE REGARDING SAME (0.1). |
| MEISLER RE | 01/18/07 | 0.40 | REVISE OSHAWA LETTER (0.2); DRAFT CORRESPONDENCE TO M. FUKUDA REGARDING SAME (0.2). |
| MEISLER RE | 01/30/07 | 0.10 | REVIEW GM 365 ORDER (0.1). |
| | | 1.90 | |
| WILSON LD | 01/16/07 | 1.00 | REVIEW SCHEDULING ORDERS (0.3); DRAFT SCHEDULING ORDER (0.7). |
| WILSON LD | 01/17/07 | 0.70 | REVIEW AND REVISE DRAFT ORDER (0.4); INCORPORATE MATZ COMMENTS (0.2) AND CIRCULATE SAME (0.1). |
| | | 1.70 | |
| **Total Associate** | | **3.60** | |
| ~~ROSEN R~~ | ~~01/04/07~~ | ~~0.70~~ | ~~COORDINATE SERVICE OF GM SCHEDULING ORDER WITH E. GERSHBEIN, KCC (0.6); UPDATE TASK LIST REGARDING SAME (0.1).~~ |
| ~~ROSEN R~~ | ~~01/31/07~~ | ~~0.90~~ | ~~REVIEW FILING, COORDINATE SERVICE OF GM CONTRACT REJECTION MOTION NO. 1 PROCEEDINGS SUSPENSION ORDER WITH E. GERSHBEIN, KCC (0.5); UPDATE TASK LIST REGARDING ORDER INFORMATION (0.3); REVIEW SERVICE COMPLETION STATUS WITH E. GERSHBEIN (0.1).~~ |
| | | ~~1.60~~ | |
| ~~ZSOLDOS AF~~ | ~~01/03/07~~ | ~~1.70~~ | ~~SEARCH ALL TRANSCRIPTS FOR LANGUAGE FROM GM COUNSEL AND JUDGE DRAIN REGARDING SCHEDULING GM CONTRACT REJECTION (1.7).~~ |
| | | ~~1.70~~ | |
| ~~Total Legal Assistant~~ | | ~~3.30~~ | |
| **TOTAL TIME** | | **25.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                                      **Bill Date: 02/28/07**
**Customer Matters (GM)**                                                         **Bill Number: 1148705**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/09/07 | Copy Center, D | 20.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$20.00** |
| Air/Rail Travel (external) | 01/01/07 | Butler, Jr. J | 116.11 |
| Air/Rail Travel (external) | 01/16/07 | Butler, Jr. J | 258.47 |
| Air/Rail Travel (external) | 01/24/07 | Butler, Jr. J | 230.42 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$605.00** |
| Out-of-Town Travel | 01/01/07 | Butler, Jr. J | 9.00 |
| Out-of-Town Travel | 01/01/07 | Butler, Jr. J | 146.50 |
| Out-of-Town Travel | 01/01/07 | Butler, Jr. J | 57.55 |
| Out-of-Town Travel | 01/01/07 | Butler, Jr. J | 42.65 |
| Out-of-Town Travel | 01/16/07 | Butler, Jr. J | 113.37 |
| Out-of-Town Travel | 01/16/07 | Butler, Jr. J | 92.25 |
| Out-of-Town Travel | 01/16/07 | Butler, Jr. J | 79.97 |
| Out-of-Town Travel | 01/16/07 | Butler, Jr. J | 8.50 |
| Out-of-Town Travel | 01/24/07 | Butler, Jr. J | 226.74 |
| Out-of-Town Travel | 01/24/07 | Butler, Jr. J | 127.95 |
| Out-of-Town Travel | 01/24/07 | Butler, Jr. J | 112.53 |
| Out-of-Town Travel | 01/24/07 | Butler, Jr. J | 20.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,038.00** |
| Messengers/ Courier | 01/31/07 | Time Machine | 64.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$64.00** |
| Out-of-Town Meals | 01/01/07 | Butler, Jr. J | 14.14 |
| Out-of-Town Meals | 01/16/07 | Butler, Jr. J | 18.70 |
| Out-of-Town Meals | 01/24/07 | Butler, Jr. J | 16.16 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$49.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 5.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$5.00** |
| | | **TOTAL MATTER** | **$1,781.00** |

B43E