SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
|                                     : |
| In re                               : | Chapter 11
|                                     : |
| DELPHI CORPORATION, et al.,         : | Case No. 05–44481 (RDD)
|                                     : |
|                Debtors. : | (Jointly Administered)
|                                     : |
------------------------------------- x

EXHIBIT D-23
EMPLOYEE MATTERS (PENSION)
129.8 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  Bill Date: 01/10/07
Employee Matters (Pension)  Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 11/06/06 | 1.50 | RESEARCH RE: PENSION PLAN OPTIONS (1.5). |
| FERN BM | 11/09/06 | 2.00 | REVIEW MEMO RE: FREEZING PENSIONS (0.4); RESEARCH RE: FREEZING PENSIONS (1.6). |
| FERN BM | 11/10/06 | 0.70 | REVIEW NWA PLEADINGS RE: TREATMENT OF PENSIONS (0.7). |
| FERN BM | 11/13/06 | 2.00 | PREPARE FOR (1.1) AND PARTICIPATE IN (0.3) TELECONFERENCE WITH L. HASSEL RE: PENSION BENEFITS; ANALYSIS OF ISSUES RE: STATEMENT OF SALARIED PENSION PLAN (0.6). |
| FERN BM | 11/15/06 | 0.50 | REVIEW MEMO RE: RIGHTS UNDER PENSION PLAN (0.5). |
| FERN BM | 11/16/06 | 4.60 | UPDATE MEMO RE: TREATMENT OF PENSIONS (1.7); RESEARCH RE: ORDINARY COURSE TRANSACTIONS (1.1); CONTINUE DRAFTING MEMO ON PENSION PLAN TREATMENT (1.8). |
| FERN BM | 11/17/06 | 1.30 | REVIEW AND REVISE MEMO RE: DELPHI PENSION PLAN (1.3). |
|  |  | 12.60 |  |
| ~~HERRIOTT AV~~ | ~~11/02/06~~ | ~~0.10~~ | ~~CONFERENCE WITH K. COBB RE: PENSION WAIVER (0.1).~~ |
| ~~HERRIOTT AV~~ | ~~11/03/06~~ | ~~0.90~~ | ~~CONDUCT RESEARCH FOR K. COBB IN CONNECTION WITH PENSION WAIVER MATERIALS (0.9).~~ |
|  |  | ~~1.00~~ |  |
| PLATT SJ* | 11/13/06 | 0.10 | BEGIN RESEARCH ON DEFINITION OF ORDINARY COURSE (0.1). |
| PLATT SJ* | 11/14/06 | 2.50 | CONTINUE RESEARCH ON DEFINITION OF ORDINARY COURSE OF BUSINESS (2.5). |
| PLATT SJ* | 11/15/06 | 3.50 | CONTINUE RESEARCH ON DEFINITION OF ORDINARY COURSE OF BUSINESS AND COMPILE FINDINGS (3.5). |
| PLATT SJ* | 11/16/06 | 5.70 | CONTINUE RESEARCHING PENSION ISSUES, COMPILING FINDINGS (5.7). |
| PLATT SJ* | 11/17/06 | 0.30 | FINISH COMPILING RESEARCH ON PENSION ISSUES (0.3). |
|  |  | 12.10 |  |
| Total Associate/Law Clerk |  | 25.70 |  |
| **TOTAL TIME** |  | **25.70** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

\* Law clerks are law school graduates who are not presently admitted
to practice.

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Employee Matters (Pension)

Bill Date: 01/10/07  
Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/14/06 | Copy Center, D | 8.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$8.00** |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.47 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.48 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Lexis/Nexis | 11/06/06 | Fern BM | 63.34 |
| Lexis/Nexis | 11/09/06 | Fern BM | 94.01 |
| Lexis/Nexis | 11/16/06 | Fern BM | 70.67 |
| Lexis/Nexis | 11/16/06 | Platt SJ | 29.98 |
| | | **TOTAL LEXIS/NEXIS** | **$258.00** |
| Westlaw | 11/09/06 | Fern BM | 13.22 |
| Westlaw | 11/13/06 | Fern BM | 9.15 |
| Westlaw | 11/14/06 | Platt SJ | 91.18 |
| Westlaw | 11/15/06 | Platt SJ | 223.21 |
| Westlaw | 11/16/06 | Fern BM | 40.35 |
| Westlaw | 11/16/06 | Platt SJ | 52.89 |
| | | **TOTAL WESTLAW** | **$430.00** |
| | | **TOTAL MATTER** | **$697.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                                    Bill Date: 02/28/07
Employee Matters (Pension)                                  Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BREWSTER JJ | 01/05/07 | 4.10 | ANALYZE TAX RULES REGARDING DEDUCTIBILITY OF PAYMENTS TO PENSION PLAN (4.1). |
| BREWSTER JJ | 01/08/07 | 1.70 | DISCUSSION WITH M. JENNINGS AT IRS REGARDING STATUS OF REGULATIONS PROJECT ON LIMITATION ON DEDUCTIBILITY OF LOSSES; STRATEGIZE REGARDING TAX CONSEQUENCES OF PAYMENT TO GM (1.7). |
| BREWSTER JJ | 01/09/07 | 0.70 | REVIEW LEGAL AUTHORITIES ADDRESSING DEDUCTIBILITY OF PAYMENTS (0.7). |
| BREWSTER JJ | 01/11/07 | 0.30 | DISCUSSION WITH M. JENNINGS AT IRS REGARDING REGULATION PROJECT (0.3). |
| BREWSTER JJ | 01/16/07 | 0.30 | ANALYZE TAX CONSEQUENCES OF PAYMENTS BY DELPHI FOR ASSUMPTION LIABILITIES (0.3). |
| BREWSTER JJ | 01/22/07 | 1.10 | ANALYSIS REGARDING TAX CONSEQUENCES OF ASSUMPTION OF PENSION OBLIGATION; REVIEW TAX AUTHORITIES ADDRESSING TAX CONSEQUENCES OF FRAMEWORK AGREEMENT (1.1). |
| | | **8.20** | |
| FRISHMAN LD | 01/11/07 | 0.30 | CORRESPONDENCE WITH K. COBB AT DELPHI REGARDING PGBC LIEN REQUEST (0.3). |
| FRISHMAN LD | 01/15/07 | 0.50 | REVIEW UPDATED TALKING PBGC TALKING POINTS (0.5). |
| FRISHMAN LD | 01/16/07 | 0.80 | TELECONFERENCE WITH COMPANY AND ROTHCHILDS REGARDING PBGC TALKING POINTS (0.8). |
| FRISHMAN LD | 01/17/07 | 0.60 | REVIEW REVISED PBGC COLLATERAL TALKING POINTS AND GIVE COMMENTS (0.6). |
| FRISHMAN LD | 01/18/07 | 0.40 | REVIEW COMMENTS ON DRAFT PBGC COLLATERAL TALKING POINTS (0.4). |
| | | **2.60** | |
| MARAFIOTI KA | 01/04/07 | 1.10 | REVIEW AND ANALYZE CORRESPONDENCE WITH COMPANY AND ERISA COUNSEL REGARDING PBGC FUNDING WAIVER REQUEST (1.1). |
| MARAFIOTI KA | 01/05/07 | 2.00 | REVISE TALKING POINTS FOR PBGC (1.1); CORRESPONDENCE REGARDING SAME (0.2); DID RESEARCH REGARDING SAME (0.3); TELECONFERENCE WITH K. COBB REGARDING SAME (0.1); TELECONFERENCE AND CORRESPONDENCE WITH L. HASSEL REGARDING SAME (0.3). |

244

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 01/08/07 | 3.40 | PREPARE FOR PBGC CALL (1.1); TELECONFERENCE WITH J. SHEEHAN, K. COBB, L. HASSEL, W. SOLLEE, B. SHAW, AND K. WILLIAMS REGARDING PBGC MATTERS (0.9); TELECONFERENCES WITH HASSEL REGARDING CREDIT SUPPORT ISSUES (0.9); WORK ON PBGC TALKING POINTS (0.5). |
| MARAFIOTI KA | 01/09/07 | 0.70 | CONTINUE TO WORK ON PBGC TALKING POINTS (0.6) AND CORRESPONDENCE REGARDING SAME (0.1). |
| MARAFIOTI KA | 01/16/07 | 1.10 | REVIEW REVISED TALKING POINTS AND PREPARE FOR PBGC CALL (0.3); TELECONFERENCE WITH COMPANY, LONIE HASSEL, WILL SOLLEE, ROTHSCHILD REGARDING PBGC (0.8). |
| MARAFIOTI KA | 01/17/07 | 0.50 | REVIEW AND REVISE K. COBB DISCUSSION POINTS REGARDING COLLATERAL FOR PBGC (0.4) AND CORRESPONDENCE REGARDING SAME (0.1). |
| MARAFIOTI KA | 01/18/07 | 1.00 | CORRESPONDENCE EXCHANGE WITH K. COBB (0.1) AND TELECONFERENCE WITH B. SHAW (0.1) REGARDING PBGC PROPOSAL; TELECONFERENCE WITH COBB AND SHAW REGARDING SAME (0.2); CORRESPONDENCE EXCHANGE WITH W. SOLLEE, SHAW, AND COMPANY REGARDING PBGC POINTS (0.6). |
| MARAFIOTI KA | 01/23/07 | 0.60 | TELECONFERENCE WITH M. BROUDE, R. STRUVE, L. HASSEL REGARDING PBGC STATUS (0.6). |
| MARAFIOTI KA | 01/29/07 | 1.60 | CORRESPONDENCE FROM K. COBB REGARDING PBGC (0.1); REVIEW AND REVISE DRAFT CORRESPONDENCE TO IRS REGARDING FUNDING WAIVER REGARDING HOURLY PLAN (0.5) AND TELECONFERENCES WITH COBB REGARDING SAME (0.3); TELECONFERENCE WITH W. SOLLEE AND COBB REGARDING SAME (0.2); TELECONFERENCE FROM S. GALE AND COBB REGARDING SAME (0.1); CONSIDER PBGC ISSUES (0.4). |
| MARAFIOTI KA | 01/30/07 | 1.00 | EXCHANGE OF CORRESPONDENCE WITH K. COBB AND REVISE AND REVISE REQUEST TO IRS FOR PRIVATE LETTER RULING IN CONNECTION WITH PROPOSED AMENDMENT TO HOURLY AND SALARIED PENSION AND RETIREMENT PLANS (1.0). |
| | | **13.00** | |
| **Total Partner** | | **23.80** | |

245

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| BERGMANN MR | 01/09/07 | 1.80 | ANALYZE TAX CONSEQUENCES OF UNDER FUNDED PENSION PLAN TRANSFER AMONG NON AFFILIATES (1.0); REVIEW PLR REQUEST AND PRIOR CLIENT AND FIRM MEMORANDA REGARDING SAME (0.8). |
| BERGMANN MR | 01/10/07 | 0.60 | ANALYZE AVAILABILITY OF TAX DEDUCTION FOR PAYMENT COINCIDENT WITH PENSION TRANSFER (0.6). |
| BERGMANN MR | 01/11/07 | 2.50 | ANALYZE IRS INCOME/EXCISE TAX AUTHORITIES REGARDING TRANSFER AND MERGER OF UNDER FUNDED PENSION PLAN (2.5). |
| BERGMANN MR | 01/12/07 | 0.70 | IDENTIFY MECHANISMS FOR TRANSFER OF UNDER FUNDED PENSION PLAN ASSETS AND TAX TREATMENT OF SAME (0.7). |
| BERGMANN MR | 01/16/07 | 1.90 | DRAFT MEMORANDUM FOR CLIENT REGARDING POSSIBLE TAX TREATMENT OF PENSION PLAN TRANSFER (1.9). |
| BERGMANN MR | 01/18/07 | 0.60 | DRAFT MEMORANDUM INSERT REGARDING CONSEQUENCES OF ACCUMULATED FUNDING DEFICIENCY IN PENSION PLAN (0.6). |
| BERGMANN MR | 01/19/07 | 1.50 | REVISE MEMORANDUM REGARDING PENSION PLAN TRANSFER TAX CONSEQUENCES (1.5). |
| BERGMANN MR | 01/22/07 | 1.50 | REVISE MEMORANDUM REGARDING PENSION PLAN TRANSFER TAX CONSEQUENCES (1.5). |
| | | **11.10** | |
| SCHNEIDER DA | 01/05/07 | 2.40 | TAX WORK REGARDING PENSION OBLIGATION ASSUMPTIONS (2.4). |
| SCHNEIDER DA | 01/08/07 | 1.10 | DEVELOP TAX STRATEGY REGARDING PENSION LIABILITY ASSUMPTIONS (1.1). |
| SCHNEIDER DA | 01/09/07 | 0.70 | TAX WORK REGARDING PENSION LIABILITY ASSUMPTIONS (0.7). |
| SCHNEIDER DA | 01/10/07 | 7.80 | TAX WORK ON PENSION LIABILITY ASSUMPTIONS; DEVELOP TAX STRATEGY REGARDING PENSION LIABILITY ASSUMPTIONS (7.8). |
| SCHNEIDER DA | 01/11/07 | 2.00 | TAX WORK REGARDING PENSION LIABILITY ASSUMPTIONS (2.0). |
| SCHNEIDER DA | 01/12/07 | 7.10 | TAX WORK REGARDING PENSION LIABILITY ASSUMPTIONS (7.1). |
| SCHNEIDER DA | 01/15/07 | 6.70 | TAX WORK REGARDING PENSION LIABILITY ASSUMPTIONS (6.7). |
| SCHNEIDER DA | 01/16/07 | 5.10 | TAX WORK REGARDING PENSION LIABILITY ASSUMPTIONS (5.1). |
| SCHNEIDER DA | 01/18/07 | 6.70 | TAX WORK REGARDING PENSION LIABILITY ASSUMPTIONS (6.7). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| SCHNEIDER DA | 01/19/07 | 4.30 | TAX WORK REGARDING PENSION LIABILITY ASSUMPTIONS (4.3). |
| SCHNEIDER DA | 01/22/07 | 5.40 | TAX WORK REGARDING PENSION LIABILITY ASSUMPTIONS (5.4). |
| SCHNEIDER DA | 01/23/07 | 4.30 | TAX WORK REGARDING PENSION LIABILITY ASSUMPTIONS; DEVELOP TAX STRATEGY REGARDING PENSION LIABILITY ASSUMPTIONS (4.3). |
| | | **53.60** | |
| **Total Counsel** | | **64.70** | |
| FERN BM | 01/04/07 | 0.40 | REVIEW MATERIAL REGARDING PENSION STRATEGY (0.4). |
| FERN BM | 01/05/07 | 1.10 | ADDITIONAL REVIEW OF MATERIAL REGARDING PENSION FUNDING STRATEGY (1.1). |
| FERN BM | 01/06/07 | 0.80 | ADDITIONAL REVIEW OF MATERIALS REGARDING PENSION FUNDING STRATEGY (0.8). |
| | | **2.30** | |
| STENGER A | 01/05/07 | 2.80 | STRATEGIZE REGARDING DEDUCTION FOR PENSION PAYMENT (1.5); ANALYZE WHETHER DELPHI MAY TAKE IMMEDIATE DEDUCTION FOR PENSION PAYMENT TO GM (1.3). |
| STENGER A | 01/08/07 | 3.60 | SHEPHARDIZE AUTHORITIES REGARDING DEDUCTIBILITY OF PENSION PAYMENTS TO GM (1.6); STRATEGIZE REGARDING DEDUCTIBILITY OF PENSION PAYMENTS TO GM (0.6); ANALYZE AUTHORITIES REGARDING DEDUCTIBILITY OF PENSION PAYMENTS TO GM (1.4). |
| STENGER A | 01/09/07 | 0.20 | CONSIDER TAX ANALYSIS (0.2). |
| STENGER A | 01/10/07 | 1.80 | STRATEGIZE REGARDING DEDUCTIBILITY OF PENSION PAYMENT (1.8). |
| STENGER A | 01/12/07 | 1.80 | CONSIDER TAX STRATEGY (0.5); ANALYZE SECTIONS 404(A) AND 162 DEDUCTIONS (1.3). |
| STENGER A | 01/15/07 | 3.00 | ANALYZE SECTIONS 404(A) AND 162 DEDUCTIONS (1.7); REVIEW TAX ANALYSIS (1.3). |
| STENGER A | 01/17/07 | 0.90 | REVIEW TAX ANALYSIS (0.9). |
| STENGER A | 01/22/07 | 0.20 | REVIEW TAX ANALYSIS (0.2). |
| | | **14.30** | |
| **Total Associate** | | **16.60** | |
| **TOTAL TIME** | | **105.10** | |

247

B43E