SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

------------------------------------ x

EXHIBIT D-24
REGULATORY AND SEC MATTERS
132.8 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/06
Regulatory and SEC Matters                                  Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 10/17/06 | 0.40 | CONTINUE TO REVIEW STATUS AND NEXT STEPS RE: SEC MATTERS AT COMPANY IN TROY INCLUDING MEETING WITH J. PAPELIAN AND REVIEW MATERIALS (0.4). |
| BUTLER, JR. J | 10/18/06 | 0.80 | CONTINUE TO REVIEW STATUS AND NEXT STEPS RE: SEC MATTERS AT COMPANY IN TROY INCLUDING MEETINGS WITH D. SHERBIN AND J. PAPELIAN (0.8). |
| BUTLER, JR. J | 10/21/06 | 0.70 | REVIEW LATEST ROUND OF SEC MATERIALS (0.7). |
| BUTLER, JR. J | 10/30/06 | 0.80 | ATTEND DSB MEETING AT COMPANY IN TROY RE: SEC ENFORCEMENT ACTION AND RELATED MATTERS (0.3); EMAILS TO STAKEHOLDERS RE: SEC COMPLAINT, SETTLEMENT ANNOUNCEMENT AND RELATED DOCUMENTS (0.3); BEGIN TO WORK ON BANKRUPTCY COURT APPROVAL OF SEC SETTLEMENT (0.2). |
| BUTLER, JR. J | 10/31/06 | 0.40 | CONTINUE TO WORK ON BANKRUPTCY COURT APPROVAL OF SEC SETTLEMENT (0.3); EMAILS TO/FROM D. SHERBIN RE: SAME (0.1). |
| | | 3.10 | |
| **Total Partner** | | 3.10 | |
| MEISLER RE | 10/30/06 | 0.40 | REVIEW DOCUMENTS RE: SEC INVESTIGATION (0.4). |
| MEISLER RE | 10/31/06 | 0.60 | CONTINUE TO REVIEW SEC PLEADINGS (0.6). |
| | | 1.00 | |
| STUART NL | 10/30/06 | 8.70 | RESEARCH RE: SEC SETTLEMENT AND INVESTIGATION PRESENTATION (1.2); RESEARCH RE: SEC INVESTIGATION (5.2); BEGIN DRAFTING SEC SETTLEMENT MOTION (2.3). |
| STUART NL | 10/31/06 | 9.50 | CONTINUE RESEARCHING RE: SEC INVESTIGATION (2.6); DRAFT (5.1) AND REVISE SEC 9019 SETTLEMENT MOTION (1.8). |
| | | 18.20 | |
| **Total Associate** | | 19.20 | |
| **TOTAL TIME** | | <u>22.30</u> | |

113

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/10/07
Regulatory and SEC Matters                        Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/01/06 | 0.30 | EMAILS FROM/TO D. SHERBIN RE: TIMETABLE FOR BANKRUPTCY COURT APPROVAL OF SEC SETTLEMENT AND WORK ON SAME (0.3). |
| BUTLER, JR. J | 11/05/06 | 0.60 | BEGIN TO REVIEW AND COMMENT ON DRAFT MOTION TO APPROVE SEC SETTLEMENT (0.6). |
| BUTLER, JR. J | 11/06/06 | 0.60 | CONTINUE TO REVIEW AND COMMENT ON DRAFT MOTION TO APPROVE SEC SETTLEMENT (0.6). |
| BUTLER, JR. J | 11/07/06 | 0.40 | CONTINUE TO REVIEW AND COMMENT ON DRAFT MOTION TO APPROVE SEC SETTLEMENT (0.4). |
| BUTLER, JR. J | 11/08/06 | 0.70 | CONTINUE TO REVIEW AND COMMENT ON DRAFT MOTION TO APPROVE SEC SETTLEMENT (0.7) (INCLUDING REVIEW OF COMMENTS FROM C. DAVIDOW AND J. PAPELIAN). |
| BUTLER, JR. J | 11/09/06 | 1.90 | REVIEW AND FINALIZE MOTION TO APPROVE SEC SETTLEMENT (1.6); EMAILS FROM/TO D. SHERBIN, M. LOEB, C. DAVIDOW RE: SAME (0.3). |
| BUTLER, JR. J | 11/29/06 | 0.30 | CONTINUE TO PREPARE FOR NOVEMBER 30TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SEC SETTLEMENT (0.3). |
| BUTLER, JR. J | 11/30/06 | 1.20 | PREPARE FOR (0.8) (INCLUDING WITNESS PREPARATION) AND ATTEND (INCLUDING RECESSES) (0.4) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SEC SETTLEMENT. |
| | | 6.00 | |
| HOGAN III AL | 11/01/06 | 0.40 | REVIEW SEC CONSENT DOCUMENTS AND DISCUSS TIMING AND RAMIFICATIONS OF ENTRY OF SAME (0.4). |
| HOGAN III AL | 11/09/06 | 0.30 | REVIEW PROPOSED LANGUAGE CONCERNING SEC SETTLEMENT AND POTENTIAL COLLATERAL CONSEQUENCES (0.3). |
| HOGAN III AL | 11/30/06 | 7.80 | CONTINUE PREPARATIONS FOR OMNIBUS HEARING, INCLUDING CONFERENCE WITH J. OPIE RE: TESTIMONY IN RESPECT TO SAME (3.0); ATTEND OMNIBUS HEARING (4.8). |
| | | 8.50 | |
| MARAFIOTI KA | 11/01/06 | 2.60 | CONSIDER MOTION TO APPROVE SEC SETTLEMENT (2.6). |
| MARAFIOTI KA | 11/02/06 | 0.50 | WORK ON ISSUES RE: BANKRUPTCY COURT APPROVAL OF SEC SETTLEMENT (0.5). |
| MARAFIOTI KA | 11/03/06 | 1.00 | REVIEW SEC COMPLAINT (1.0). |

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 11/07/06 | 1.10 | REVIEW AND REVISE MOTION TO APPROVE SEC SETTLEMENT (1.1). |
| MARAFIOTI KA | 11/13/06 | 0.40 | TELECONFERENCE WITH L. IASON RE: SEC MOTION ERROR (0.2) AND FOLLOWUP CORRESPONDENCE RE: SAME (0.2). |
| | | **5.60** | |
| **Total Partner** | | **20.10** | |
| MATZ TJ | 11/01/06 | 1.70 | REVIEW MATERIALS RE: SEC SETTLEMENT, DISTRICT AND BANKRUPTCY COURT AUTHORIZATION (1.7). |
| MATZ TJ | 11/03/06 | 0.20 | TELECONFERENCE WITH BUFFALO COUNSEL RE: SEC SETTLEMENT (0.2). |
| | | **1.90** | |
| SHIVAKUMAR D | 11/03/06 | 1.50 | ANALYZE SEC RELEASE AND COMPLAINT RE: FORMER EMPLOYEES AND RELATED SECURITIES CLASS ACTION FILINGS (1.5). |
| SHIVAKUMAR D | 11/09/06 | 2.70 | REVISE MOTION RE: SEC SETTLEMENT AND RELATED RESEARCH RE: POTENTIAL COLLATERAL CONSEQUENCES OF SETTLEMENT (2.7). |
| | | **4.20** | |
| **Total Counsel** | | **6.10** | |
| MACDONALD N | 11/06/06 | 0.60 | REVIEW SETTLEMENTS, PLEADINGS AND CEASE-AND-DESIST ORDERS IN CONNECTION WITH SEC INVESTIGATION (0.6). |
| MACDONALD N | 11/07/06 | 5.20 | CONTINUE REVIEW OF SETTLEMENTS, PLEADINGS, CEASE-AND-DESIST ORDERS IN CONNECTION WITH SEC INVESTIGATION (5.2). |
| | | **5.80** | |
| MEISLER RE | 11/01/06 | 2.10 | REVIEW SEC COMPLAINT AND SETTLEMENT (1.5); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2); REVIEW AND COMMENT ON DRAFT OUTLINE OF MOTION TO AUTHORIZE SEC SETTLEMENT (0.3); DRAFT CORRESPONDENCE TO D. SHERBIN AND J. PAPELIAN RE: SAME (0.1). |
| MEISLER RE | 11/02/06 | 1.50 | TELECONFERENCES WITH J. PAPELIAN RE: SEC SETTLEMENT (0.1, 0.1); CONTINUE TO REVIEW AND REVISE MOTION RE: SAME (1.3). |
| MEISLER RE | 11/05/06 | 0.60 | REVIEW AND COMMENT ON SEC SETTLEMENT MOTION (0.6). |
| MEISLER RE | 11/06/06 | 0.30 | CONTINUE TO REVIEW AND REVISE SEC SETTLEMENT MOTION (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 11/07/06 | 3.60 | CONTINUE TO REVIEW AND COMMENT ON SEC SETTLEMENT MOTION (0.4); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.1); REVIEW J. PAPELIAN COMMENTS TO MOTION (0.3); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.2); CONTINUE TO REVISE SEC SETTLEMENT MOTION (0.9); REVIEW ADDITIONAL COMMENTS (0.4); CONTINUE TO REVISE SEC SETTLEMENT MOTION (1.3). |
| MEISLER RE | 11/08/06 | 2.50 | CONTINUE TO REVIEW AND REVISE SEC SETTLEMENT MOTION (1.3); TELECONFERENCE WITH C. DAVIDOW RE: SAME (0.2); REVISE MOTION RE: SAME (1.0). |
| MEISLER RE | 11/09/06 | 8.80 | DRAFT CORRESPONDENCE TO D. SHERBIN RE: SEC SETTLEMENT MOTION (0.1); DRAFT CORRESPONDENCE A. BAMBACH AND J. SCOTT RE: SAME (0.2); TELECONFERENCE WITH A. BAMBACH AND J. SCOTT RE: SAME (0.2); TELECONFERENCE WITH C. DAVIDOW RE: SAME (0.1); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.1); TELECONFERENCE WITH D. SHERBIN AND C. DAVIDOW RE: SAME (0.1); RESEARCH AND REVIEW CASE LAW AND TREATISE RE: SAME (5.9); DRAFT FOLLOW UP CORRESPONDENCE TO A. BAMBACH AND J. SCOTT (0.1, 0.1); REVISE SEC SETTLEMENT MOTION (1.4);  DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2); PREPARE LOGISTICS FOR FILING AND SERVICE (0.3). |
| MEISLER RE | 11/10/06 | 0.50 | FINALIZE SEC SETTLEMENT MOTION (0.5). |
| MEISLER RE | 11/20/06 | 0.10 | ATTENTION TO SEC SETTLEMENT MOTION (0.1). |
| MEISLER RE | 11/21/06 | 0.50 | REVIEW AND COMMENT ON SCRIPT RE: SEC SETTLEMENT (0.5). |
| MEISLER RE | 11/27/06 | 1.10 | REVIEW DRAFT REPLY TO EQUITY COMMITTEE STATEMENT (1.1). |
| MEISLER RE | 11/29/06 | 2.80 | REVIEW (0.1) AND INCORPORATE (0.1) K. MARAFIOTI COMMENTS TO MOR; CONTINUE TO REVIEW AND REVISE SAME (0.6); TELECONFERENCES WITH S. KIHN RE: SAME (0.1, 0.1); CONTINUE TO REVISE MOR (0.3); CONFERENCE WITH J. PAPELIAN RE: SEC SETTLEMENT (0.2); REVIEW AND EDIT DRAFT REPLY TO EQUITY STATEMENT RE: SEC SETTLEMENT (0.3); DRAFT CORRESPONDENCE RE: RESPONSE TO J. SCOTT REQUEST RE: SEC SETTLEMENT (0.3); CONTINUE TO PREPARE FOR OMNIBUS HEARING RE: SEC SETTLEMENT (0.7). |
| MEISLER RE | 11/30/06 | 0.30 | REVIEW FORM 8-K FILING (0.2) AND DRAFT CORRESPONDENCE RE: SAME (0.1). |

**24.70**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 11/09/06 | 4.70 | RESEARCH RE: APPLICABLE LEGAL DOCTRINE IN CONNECTION WITH MOTION TO ENTER INTO SETTLEMENT WITH SEC (4.7). |
| | | 4.70 | |
| STUART NL | 11/01/06 | 2.10 | REVISE SEC SETTLEMENT MOTION (2.1). |
| STUART NL | 11/02/06 | 2.20 | TELECONFERENCE WITH J. PAPELIAN ON SEC SETTLEMENT MOTION (0.1); REVISE SEC SETTLEMENT MOTION (2.1). |
| STUART NL | 11/03/06 | 0.90 | REVISE AND DISTRIBUTE SEC SETTLEMENT MOTION (0.9). |
| STUART NL | 11/06/06 | 1.70 | REVISE SEC SETTLEMENT MOTION (1.4); DRAFT PRESENTATION FOR UCC MEETING RE: SEC SETTLEMENT (0.3). |
| STUART NL | 11/07/06 | 6.70 | MULTIPLE ROUNDS OF REVISIONS TO SEC SETTLEMENT MOTION (6.7). |
| STUART NL | 11/08/06 | 4.30 | CONTINUE TO WORK ON MULTIPLE ROUNDS OF REVISIONS TO SEC SETTLEMENT MOTION (4.3). |
| STUART NL | 11/09/06 | 8.10 | CONTINUE TO REVISE AND REDRAFT SEC MOTION (3.4); RESEARCH RE: COLLATERAL CONSEQUENCES TO SEC SETTLEMENT (4.7). |
| STUART NL | 11/10/06 | 2.30 | REVISE SEC SETTLEMENT MOTION (0.9); REVISE SLIDES FOR BOARD AND UCC RE: SEC SETTLEMENT (0.3); FINALIZE AND FILE SEC SETTLEMENT MOTION (1.1). |
| STUART NL | 11/14/06 | 1.10 | DRAFT SCRIPT FOR SEC SETTLEMENT MOTION (1.1). |
| STUART NL | 11/20/06 | 0.90 | REVIEW AND REVISE SCRIPT FOR SEC SETTLEMENT MOTION (0.9). |
| STUART NL | 11/21/06 | 1.20 | REVISE AND UPDATE SCRIPT RE: SEC SETTLEMENT MOTION (1.2). |
| STUART NL | 11/27/06 | 2.60 | DRAFT INITIAL RESPONSE TO EC STATEMENT ON SEC SETTLEMENT MOTION (2.6). |
| STUART NL | 11/28/06 | 1.90 | REVISE RESPONSE RE: SEC SETTLEMENT (1.1); FURTHER REVISIONS TO SEC SETTLEMENT RESPONSE (0.8). |
| STUART NL | 11/29/06 | 2.10 | REVISE SEC SETTLEMENT SCRIPT (1.7) AND UPDATE ORDER (0.4). |
| | | 38.10 | |
| Total Associate | | 73.30 | |
| ROSEN R | 11/01/06 | 1.80 | INVESTIGATION, RESEARCH AND COMPILE CASE DOCKET, COMPLAINT AND ASSOCIATED PLEADINGS FILED IN SEC E.D. MICH. CASE (0.9); REVIEW DOCUMENTS AND COMPILE SERVICE INFORMATION RE: UPCOMING SEC SETTLEMENT MOTION FILING (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ROSEN R | 11/03/06 | 1.80 | FURTHER REVIEW SEC E.D. MICH. CASE COMPLAINT, PLEADINGS FOR SERVICE INFORMATION RE: UPCOMING SEC SETTLEMENT MOTION FILING (0.9); PREPARE SPECIAL PARTY SERVICE LIST RE: SAME (0.9). |
| ROSEN R | 11/06/06 | 1.10 | FURTHER REVIEW SEC E.D. MICH. CASE DOCUMENTS AND COMPILE SPECIAL PARTY SERVICE LIST INFORMATION RE: UPCOMING SEC SETTLEMENT MOTION FILING (0.9); UPDATE SPECIAL PARTY SERVICE LIST RE: SAME (0.2). |
| ROSEN R | 11/07/06 | 1.10 | CONTINUE TO COMPILE SPECIAL PARTY SERVICE LIST INFORMATION RE: UPCOMING SEC SETTLEMENT MOTION FILING (0.7) AND UPDATE SPECIAL PARTY SERVICE LIST RE: SAME (0.2); FORWARD, REVIEW SAME WITH E. GERSHBEIN, KCC (0.2). |
| ROSEN R | 11/08/06 | 0.90 | CONTINUE TO COMPILE SPECIAL PARTY SERVICE LIST INFORMATION RE: UPCOMING SEC SETTLEMENT MOTION FILING (0.7) AND UPDATE SPECIAL PARTY SERVICE LIST RE: SAME (0.1); FORWARD, REVIEW SAME WITH E. GERSHBEIN, KCC (0.1). |
| ROSEN R | 11/09/06 | 1.70 | ASSIST TEAM ATTORNEY WITH PREPARATION OF SEC SETTLEMENT MOTION DOCUMENTS FOR FILING (1.3); REVIEW PREPARATIONS FOR SERVICE AND FURTHER NON-FILING STATUS WITH E. GERSHBEIN, KCC (0.4). |
| ROSEN R | 11/10/06 | 1.20 | FURTHER ASSIST TEAM ATTORNEY IN PREPARING SEC SETTLEMENT MOTION DOCUMENTS FOR FILING (0.9); COORDINATE SERVICE WITH E. GERSHBEIN, KCC RE: SAME (0.3). |
| ROSEN R | 11/13/06 | 1.40 | INVESTIGATION, RESEARCH, COMPILE AND PREPARE PLEADINGS FILED IN SEC CASE (S.D. MICH.) AND NYCH LLC ADVERSARY CASE FOR SUBMITTAL TO CLIENT (1.4). |
| | | **11.00** | |
| ~~ZSOLDOS AF~~ | ~~11/10/06~~ | ~~1.60~~ | ~~ASSIST WITH FILING SEC SETTLEMENT MOTION AND VARIOUS RETENTION APPLICATIONS (1.6).~~ |
| | | ~~1.60~~ | |

**Total Legal Assistant**      12.60

**TOTAL TIME**      112.10

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                         Bill Date: 01/10/07
**Regulatory and SEC Matters**                       Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/18/06 | Hogan III AL | 930.04 |
| Air/Rail Travel - vendor feed | 10/19/06 | Hogan III AL | 487.52 |
| Air/Rail Travel - vendor feed | 11/27/06 | Meisler RE | 755.72 |
| Air/Rail Travel - vendor feed | 11/27/06 | Meisler RE | -355.36 |
| Air/Rail Travel - vendor feed | 11/29/06 | Hogan III AL | 930.04 |
| Air/Rail Travel - vendor feed | 11/30/06 | Hogan III AL | 442.52 |
| Air/Rail Travel - vendor feed | 11/30/06 | Hogan III AL | 728.52 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,919.00** |
| In-house Reproduction | 11/10/06 | Copy Center, D | 48.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$48.00** |
| Westlaw | 11/09/06 | Perl MW | 32.03 |
| Westlaw | 11/21/06 | Meisler RE | 82.97 |
| | | **TOTAL WESTLAW** | **$115.00** |
| Out-of-Town Travel | 11/07/06 | Meisler RE | 1,093.36 |
| Out-of-Town Travel | 11/08/06 | Meisler RE | 387.92 |
| Out-of-Town Travel | 11/09/06 | Meisler RE | 280.55 |
| Out-of-Town Travel | 11/09/06 | Meisler RE | 226.87 |
| Out-of-Town Travel | 11/29/06 | Hogan III AL | 38.41 |
| Out-of-Town Travel | 11/29/06 | Hogan III AL | 319.89 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,347.00** |
| Messengers/ Courier | 11/08/06 | Dist Serv/Mail/Page, D | 15.92 |
| Messengers/ Courier | 11/27/06 | Dist Serv/Mail/Page, D | 145.76 |
| Messengers/ Courier | 11/28/06 | Dist Serv/Mail/Page, D | 21.32 |
| | | **TOTAL MESSENGERS/ COURIER** | **$183.00** |
| Out-of-Town Meals | 11/07/06 | Meisler RE | 27.20 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 11/07/06 | Meisler RE | 12.92 |
| Out-of-Town Meals | 11/08/06 | Meisler RE | 7.09 |
| Out-of-Town Meals | 11/08/06 | Meisler RE | 3.54 |
| Out-of-Town Meals | 11/08/06 | Meisler RE | 20.54 |
| Out-of-Town Meals | 11/08/06 | Meisler RE | 27.50 |
| Out-of-Town Meals | 11/09/06 | Meisler RE | 24.67 |
| Out-of-Town Meals | 11/09/06 | Meisler RE | 3.54 |
| Out-of-Town Meals | 11/09/06 | Meisler RE | 7.40 |
| Out-of-Town Meals | 11/10/06 | Meisler RE | 2.32 |
| Out-of-Town Meals | 11/29/06 | Hogan III AL | 4.33 |
| Out-of-Town Meals | 11/29/06 | Hogan III AL | 24.95 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$166.00** |
| Outside Re-search/Internet Services | 09/30/06 | Pacer Service Center | 453.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$453.00** |
| | | **TOTAL MATTER** | **$7,231.00** |

B43E