SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
        In re                                             :     Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :     Case No. 05–44481 (RDD)
                                                          :
                        Debtors.                          :     (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-25
DISCLOSURE STATEMENT / VOTING ISSUES
129.9 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                          Bill Date: 11/30/06
Disclosure Statement / Voting Issues                             Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| ~~PANAGAKIS GN~~ | ~~10/12/06~~ | ~~0.30~~ | ~~ATTENTION TO TIMING AND SCHEDULING CONSIDERATIONS RE: DISCLOSURE STATEMENT (0.3).~~ |
| ~~PANAGAKIS GN~~ | ~~10/23/06~~ | ~~0.80~~ | ~~TELECONFERENCE WITH FTI AND ROTHCHILD REPRESENTATIVES RE: DISCLOSURE STATEMENT SCHEDULING AND RELATED MATTERS (0.8).~~ |
| | | ~~1.10~~ | |
| ~~Total Partner~~ | | ~~1.10~~ | |
| ~~MEISLER RE~~ | ~~10/02/06~~ | ~~0.10~~ | ~~REVIEW CORRESPONDENCE RE: PLANNING FOR DISCLOSURE STATEMENT (0.1).~~ |
| ~~MEISLER RE~~ | ~~10/17/06~~ | ~~0.10~~ | ~~TELECONFERENCE WITH D. SHERBIN RE: DISCLOSURE STATEMENT MATTERS (0.1).~~ |
| ~~MEISLER RE~~ | ~~10/18/06~~ | ~~0.30~~ | ~~RESPOND TO INQUIRY FROM TAX GROUP RE: DISCLOSURE STATEMENT (0.3).~~ |
| ~~MEISLER RE~~ | ~~10/23/06~~ | ~~0.70~~ | ~~TELECONFERENCE WITH B. SHAW, A. FRANKUM AND N. STUART RE: EXHIBITS TO DISCLOSURE STATEMENT (0.5); REVIEW NOTES RE: SAME (0.2).~~ |
| | | ~~1.20~~ | |
| ~~Total Associate~~ | | ~~1.20~~ | |
| ~~TOTAL TIME~~ | | ~~2.30~~ | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 02/28/07
Disclosure Statement / Voting Issues                  Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~MATZ TJ~~ | ~~01/17/07~~ | ~~1.40~~ | ~~REVIEW SOLICITATION PROCEDURES MOTION MATTERS (0.8); CONSIDER PLAN VOTING AND SOLICITATION ISSUES, TIMING (0.6).~~ |
| | | ~~1.40~~ | |
| ~~Total Counsel~~ | | ~~1.40~~ | |
| GRANT K | 01/06/07 | 15.60 | CONTINUE TO WORK ON DRAFTING REPLY TO OBJECTIONS TO EXCLUSIVITY MOTION (4.0); CONTINUE TO WORK ON RESPONSE TO OBJECTIONS TO EXCLUSIVITY MOTION INCLUDING CHART OF OBJECTIONS (2.9), DECLARATION IN SUPPORT OF MOTION (7.1) AND INDEX OF EXHIBITS (1.6). |
| GRANT K | 01/07/07 | 10.20 | CONTINUED WORK ON REPLY TO OBJECTIONS TO EXCLUSIVITY MOTION (5.3) AND EXHIBITS FOR SAME (4.9). |
| GRANT K | 01/16/07 | 5.60 | BEGIN TO WORK ON SOLICITATION PROCEDURES MOTION INCLUDING REVIEW OF PRECEDENT (5.6). |
| GRANT K | 01/17/07 | 7.20 | CONTINUE TO WORK ON SOLICITATION PROCEDURES AND REVIEW OF PRECEDENT (4.3); RESEARCH REGARDING SAME (2.9). |
| GRANT K | 01/18/07 | 3.50 | CONTINUE TO WORK ON SOLICITATION MATERIALS AND REVIEW OF PRECEDENT REGARDING SAME (2.4); RESEARCH REGARDING SAME (1.1). |
| GRANT K | 01/19/07 | 1.30 | CONTINUE TO WORK ON SOLICITATION MATERIALS (1.3). |
| GRANT K | 01/22/07 | 2.10 | CONTINUE TO WORK REGARDING SOLICITATION MATERIALS (2.1). |
| GRANT K | 01/24/07 | 0.80 | REVIEW PROPOSAL FROM SOLICITATION AGENT (0.8). |
| | | 46.30 | |
| HARDIN AS | 01/31/07 | 2.00 | REVIEW OUTLINE OF DISCLOSURE STATEMENT (2.0). |
| | | 2.00 | |
| LEDERER J.* | 01/16/07 | 2.50 | RESEARCH SOLICITATION PROCEDURE MOTIONS AND ORDERS APPROVING DISCLOSURE STATEMENTS (2.5). |
| LEDERER J.* | 01/17/07 | 1.00 | RESEARCH SOLICITATION PROCEDURES MOTIONS AND ORDERS APPROVING DISCLOSURE STATEMENTS (1.0). |
| | | 3.50 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| STUART NL | 01/09/07 | 4.90 | CONTINUE TO DRAFT AND REVISE DISCLOSURE STATEMENT (4.9). |
| STUART NL | 01/10/07 | 6.10 | RESEARCH REGARDING DISCLOSURE STATEMENT (3.9); CONTINUE TO DRAFT AND REVISE DISCLOSURE STATEMENT (2.2). |
| STUART NL | 01/11/07 | 7.40 | RESEARCH REGARDING DISCLOSURE STATEMENT AND SOLICITATION ISSUES (4.3); CONTINUE TO REVISE DISCLOSURE STATEMENT (3.1). |
| STUART NL | 01/12/07 | 2.20 | DRAFT AND REVISE DISCLOSURE STATEMENT (2.2). |
| STUART NL | 01/13/07 | 9.20 | DRAFT AND REVISE DISCLOSURE STATEMENT (2.4); DRAFT AND REVISE DISCLOSURE STATEMENT DRAFTING TASK LIST (3.1); DRAFT AND REVISE DISCLOSURE STATEMENT AND SOLICITATION TIMETABLE (3.7). |
| STUART NL | 01/14/07 | 10.50 | RESEARCH REGARDING VOTING REQUIREMENTS (2.8); REVIEW TIMELINES FOR DS AND REGISTRATION RIGHTS (4.1); DRAFT AND REVISE DS (3.6). |
| STUART NL | 01/15/07 | 2.10 | REVIEW AND REVISE DISCLOSURE STATEMENT (2.1). |
| STUART NL | 01/16/07 | 1.70 | CONTINUE TO REVISE DISCLOSURE STATEMENT (1.7). |
| STUART NL | 01/18/07 | 6.70 | TELECONFERENCE WITH J. SULLIVAN (FBG) REGARDING DELPHI RETENTION (0.6); RESEARCH REGARDING SOLICITATION (3.4); CONTINUE TO DRAFT AND REVISE DS (2.7). |
| STUART NL | 01/21/07 | 3.10 | RESEARCH REGARDING FBG PROPOSAL (3.1). |
| STUART NL | 01/25/07 | 9.30 | REVIEW FBG MATERIALS AND REVIEW AND COMMENT ON FBG APPLICATION (1.8); RESEARCH REGARDING DISCLOSURE STATEMENT CONTENTS (3.2); CONTINUE TO DRAFT AND REVISE DISCLOSURE STATEMENT (4.3). |
| STUART NL | 01/26/07 | 1.90 | CONTINUE TO DRAFT DISCLOSURE STATEMENT (1.9). |
| STUART NL | 01/29/07 | 3.50 | DRAFT AND REVISE DISCLOSURE STATEMENT (1.1); RESEARCH REGARDING SOLICITATION RELATED ISSUES (2.4). |
| STUART NL | 01/30/07 | 2.20 | DRAFT AND REVISE DISCLOSURE STATEMENT (2.2). |
| STUART NL | 01/31/07 | 7.30 | DRAFT AND REVISE DISCLOSURE STATEMENT (3.2); RESEARCH REGARDING MATERIALS FOR DS CONTENTS (4.1). |
| | | **78.10** | |
| **Total Associate/Law Clerk** | | **129.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROSEN R | 01/15/07 | 1.20 | INVESTIGATION, RESEARCH, COMPILE AND FORWARD SOLICITATION PROCEDURES MOTIONS, EXHIBITS PRECEDENT TO REQUESTING TEAM ATTORNEY (1.2). |
|---------|----------|------|---|
| ROSEN R | 01/16/07 | 1.80 | INVESTIGATION, RESEARCH, COMPILE AND FORWARD ADDITIONAL SOLICITATION PROCEDURES PRECEDENT DOCUMENTS TO REQUESTING TEAM ATTORNEY (0.9); COMPILE PRECEDENT DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES DOCUMENT BINDERS FOR REQUESTING TEAM ATTORNEY (0.9). |
| | | 3.00 | |
| Total Legal Assistant | | 3.00 | |

**TOTAL TIME**                                **134.30**

\* Law clerks are law school graduates who are not presently admitted
to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                 **Bill Date: 02/28/07**
**Disclosure Statement / Voting Issues**                     **Bill Number: 1148705**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/09/07 | Copy Center, D | 0.90 |
| In-house Reproduction | 01/19/07 | Copy Center, D | 1,129.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,130.00** |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.76 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.28 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.92 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.07 |
| Telephone Expense-ECRS only | 01/26/07 | Telecommunications, D | 0.97 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$3.00** |
| | | **TOTAL MATTER** | **$1,133.00** |

B43E