SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                : Chapter 11
:
DELPHI CORPORATION, et al.,          : Case No. 05–44481 (RDD)
:
                         Debtors.    : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-26
EXECUTORY CONTRACTS (PERSONALTY)
97.4 HOURS

Sᴋᴀᴅᴅᴇɴ, Aʀᴘs, Sʟᴀᴛᴇ, Mᴇᴀɢʜᴇʀ & Fʟᴏᴍ LLP ᴀɴᴅ ᴀꜰꜰɪʟɪᴀᴛᴇs

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 11/30/06 |
| Executory Contracts (Personalty) | Bill Number: 1132369 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 10/04/06 | 1.40 | RESEARCH RE: IMPLIED ASSUMPTION (1.4). |
| | | **1.40** | |
| GRANT K | 10/02/06 | 0.40 | EMAILS WITH D. THEYS RE: RESOLUTION OF IBJTC MOTION (0.4). |
| GRANT K | 10/03/06 | 0.10 | EMAIL WITH D. THEYS RE: IBJTC MOTION (0.1). |
| GRANT K | 10/04/06 | 1.10 | REVIEW AND ANALYZE SPREADSHEET REFLECTING PAYMENTS DUE/MADE TO IBJTC (1.1). |
| GRANT K | 10/05/06 | 0.20 | EMAIL WITH D. THEYS RE: IBJTC DISPUTE (0.2). |
| GRANT K | 10/06/06 | 0.20 | TELECONFERENCE WITH C. CHIU RE: IBJTC DISPUTE (0.2). |
| GRANT K | 10/09/06 | 0.20 | EMAIL WITH C. CHIU RE: RESOLUTION OF IBJTC'S MOTION TO COMPEL ASSUMPTION/REJECTION (0.2). |
| GRANT K | 10/10/06 | 0.30 | TELECONFERENCE WITH C. CHIU RE: IBJTC DISPUTE (0.3). |
| GRANT K | 10/11/06 | 1.60 | TELECONFERENCE WITH C. CHIU RE: IBJTC (0.2); TELECONFERENCE WITH D. THEYS RE: IBJTC (0.3); DRAFT AND REVISE PREPARATORY OUTLINE FOR UPCOMING HEARING RE: SAME (1.1). |
| GRANT K | 10/16/06 | 0.30 | EMAIL WITH D. THEYS AND C. CHIU RE: IBJTC (0.3). |
| GRANT K | 10/18/06 | 0.20 | EMAIL WITH D. THEYS AND C. CHIU RE: AMOUNTS DUE IBJTC (0.2). |
| GRANT K | 10/19/06 | 0.50 | TELECONFERENCE WITH D. THEYS (0.3); EMAIL WITH C. CHIU RE: IBJTC DISPUTE (0.2). |
| GRANT K | 10/24/06 | 0.40 | TELECONFERENCE WITH D. THEYS (0.3); EMAIL WITH C. CHIU RE: CONFERENCE CALL TO RESOLVE IBJTC DISPUTE (0.1). |
| GRANT K | 10/25/06 | 1.30 | REVIEW AND ANALYZE SPREADSHEETS RE: PAYMENTS TO IBJTC IN PREPARATION FOR 10/26 CONFERENCE CALL (1.3). |
| GRANT K | 10/26/06 | 1.20 | CONFERENCE WITH D. THEYS IN PREPARATION FOR IBJTC CONFERENCE CALL (0.4); TELECONFERENCE WITH D. THEYS, C. CHIU AND S. HOAG RE: IBJTC ISSUES. (0.8). |
| | | **8.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 10/26/06 | 2.30 | REVIEW DOCKET FOR REJECTED EXECUTORY CONTRACTS AND COMPILATION OF DATA RE: SAME (2.3). |
| | | 2.30 | |
| MEISLER RE | 10/08/06 | 0.20 | REVIEW AND RESPOND INTERNALLY TO CORRESPONDENCE RE: IBEW REQUEST FOR IT OUTSOURCING AGREEMENT (0.2). |
| MEISLER RE | 10/11/06 | 0.10 | REVIEW STATUS OF IBJTC MOTION (0.1). |
| MEISLER RE | 10/26/06 | 0.10 | FOLLOW UP ON STATUS OF RESOLVING IBJTC MATTER (0.1). |
| MEISLER RE | 10/27/06 | 0.60 | REVIEW CORRESPONDENCE AND ANALYZE ISSUE RE: GOVERNMENT CONTRACT (0.2); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.4). |
| | | 1.00 | |
| PERL MW | 10/24/06 | 5.30 | REVIEW CONTRACT TO ENTER INTO ENERGY AGREEMENT (0.8); CONSIDER ISSUES RE: STATUS OF SUCH CONTRACT AS A FORWARD CONTRACT (0.9); BEGIN RESEARCH RE: FORWARD CONTRACTS UNDER THE BANKRUPTCY CODE (3.6). |
| PERL MW | 10/25/06 | 2.50 | CONTINUE RESEARCH RE: FORWARD CONTRACTS IN CONNECTION WITH UTILITY AGREEMENT (1.9); FOLLOW UP CORRESPONDENCE RE: SAME (0.2); REVIEW SUMMARY OF LICENSE AGREEMENT BY DELPHI POWERTRAIN SYSTEMS IN CONNECTION WITH POTENTIAL MOTION TO APPROVE AGREEMENT (0.4). |
| PERL MW | 10/26/06 | 0.70 | REVIEW SUMMARY OF LICENSE AGREEMENT WITH D-TVS (0.3) AND STRATEGIZE RE: POTENTIAL MOTION TO APPROVE SAME (0.4). |
| PERL MW | 10/27/06 | 0.40 | REVIEW PRECEDENT OF 363 MOTIONS IN CONNECTION WITH POTENTIAL DRAFTING OF MOTION (0.4). |
| PERL MW | 10/30/06 | 0.30 | REVIEW SUMMARY OF D-TVS LICENSE AGREEMENT IN CONNECTION WITH POTENTIAL MOTION (0.3). |
| | | 9.20 | |
| **Total Associate** | | 21.90 | |
| **TOTAL TIME** | | <u>21.90</u> | |

95

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 11/30/06
**Executory Contracts (Personalty)**  Bill Number: 1132369

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/13/06 | Copy Center, D | 227.90 |
| In-house Reproduction | 10/17/06 | Copy Center, D | 298.40 |
| In-house Reproduction | 10/20/06 | Copy Center, D | 13.40 |
| In-house Reproduction | 10/24/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 10/27/06 | Copy Center, D | 27.80 |
| In-house Reproduction | 10/31/06 | Copy Center, D | 1.50 |
| In-house Reproduction | 10/31/06 | Copy Center, D | 27.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$597.00** |
| Outside Research/Internet Services | 09/30/06 | Pacer Service Center | 12.50 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 30.50 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$43.00** |
| Printing to paper from TIF | 10/31/06 | Copy Center, D | 6.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$6.00** |
| Wireless - Mobile/Cellular/Pager | 07/15/06 | Meisler RE | 2.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$2.00** |
| | | **TOTAL MATTER** | **$648.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)         Bill Date: 01/10/07
Executory Contracts (Personalty)                      Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 11/02/06 | 1.40 | REVIEW AND DRAFT COMMENTS ON SAP LICENSE AGREEMENTS (1.4). |
| FERN BM | 11/03/06 | 1.40 | PREPARE FOR (0.3) AND PRIORITIZE IN TELECONFERENCE WITH M. FUKUDA RE: SAP AGREEMENT (0.3); REVISE SAP AGREEMENT (0.5); EMAILS TO/FROM M. FUKUDA RE: SAP AND INDEMNITY AGREEMENTS (0.3). |
| FERN BM | 11/17/06 | 0.20 | TELECONFERENCE WITH M. FUKUDA RE: SAP (0.2). |
| FERN BM | 11/27/06 | 3.80 | REVIEW AND COMMENT ON SAP AGREEMENT (1.2); FORMULATE STRATEGY RE: SAME (0.5); REVISE SAP AGREEMENT (2.1). |
| FERN BM | 11/28/06 | 5.30 | TELECONFERENCE WITH M. FUKUDA AND D. BERBERICH RE: SAP AGREEMENT (1.5); REVISE SAP AGREEMENT (3.8). |
| FERN BM | 11/29/06 | 5.90 | REVIEW ISSUES RE: TERMS OF SAP AGREEMENT (0.6); CONTINUE TO REVISE SAP AGREEMENT (3.1); EMAILS TO M. GARCIA AND M. FUKUDA RE: SAP (0.3); REVIEW DELPHI'S PROPOSED CHANGES TO SAP AGREEMENT (0.5); REVIEW AND COMMENT ON APPENDICES TO SAP AGREEMENT (1.4). |
| FERN BM | 11/30/06 | 2.10 | TELECONFERENCE WITH M. GARCIA RE: SAP AGREEMENT (0.4); DRAFT SUMMARY OF DETAILS RE: SAP AGREEMENT (0.8); EMAILS TO/FROM M. GARCIA RE: SAME (0.2); EMAILS TO/FROM B. DUFFY RE: SAP (0.3); REVIEW SAP'S PROPOSED CHANGES TO AGREEMENT (0.4). |
| | | **20.10** | |
| GRANT K | 11/02/06 | 1.00 | TELECONFERENCE WITH C. CHIU RE: IBJTC MATTER (0.2); EMAIL WITH R. MEISLER RE: SAME (0.2); TELECONFERENCE WITH D. THEYS RE: SAME (0.2); EMAIL TO D. THEYS RE: SAME (0.2); TELECONFERENCE WITH B. JUBAR RE: POST PETITION TAXES. (0.2). |
| GRANT K | 11/03/06 | 0.20 | TELECONFERENCE WITH C. CHIU RE: RESOLUTION OF IBJTC MOTION (0.2). |
| GRANT K | 11/07/06 | 0.20 | TELECONFERENCE WITH C. CHIU RE: RESOLUTION OF IBJTC MOTION (0.2). |
| GRANT K | 11/13/06 | 0.20 | TELECONFERENCE WITH C. CHIU RE: STIPULATION RE: IBJTC DISPUTE (0.2). |
| GRANT K | 11/15/06 | 1.50 | REVIEW AND REVISE PROPOSED STIPULATION RESOLVING IBJTC MOTION (1.3); TELECONFERENCE WITH C. CHIU RE: SAME (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GRANT K | 11/16/06 | 2.90 | EMAILS WITH C. CHIU RE: STIPULATION RESOLVING IBJTC DISPUTE (0.3); RESEARCH RE: TREATMENT OF LLC AGREEMENTS IN BANKRUPTCY (2.2); OBTAIN AND REVIEW CLAIMS WITH RESPECT TO PBR LLC AGREEMENT (0.4). |
| GRANT K | 11/17/06 | 3.80 | EMAIL WITH D. THEYS RE: IBJTC STIPULATION. (0.2); CONTINUE RESEARCH RE: TREATMENT OF JOINT VENTURE AGREEMENTS IN BANKRUPTCY (3.1); DRAFT INSERT TO WASTE REMOVAL AGREEMENT (0.5). |
| GRANT K | 11/20/06 | 2.20 | CONTINUE TO WORK ON IBJTC STIPULATION (1.8); CONFERENCES WITH C. CHIU RE: SAME (0.4). |
| GRANT K | 11/21/06 | 1.90 | CONTINUE WORK ON FINALIZING IBJTC STIPULATION (1.1); TELECONFERENCES WITH K. CRAFT (0.2) RE: SAME; REVIEW MEMO RE: LLC AGREEMENTS IN BANKRUPTCY (0.6). |
| GRANT K | 11/22/06 | 0.60 | EMAILS AND TELECONFERENCES WITH C. CHIU RE: IBJTC STIPULATION (0.6). |
| GRANT K | 11/27/06 | 1.10 | ATTENTION TO FINALIZING AND FILING STIPULATION RESOLVING IBJTC MOTION. (0.8); TELECONFERENCES AND EMAIL WITH C. CHIU RE: SAME. (0.3). |
| | | **15.60** | |
| MEISLER RE | 11/02/06 | 0.60 | TELECONFERENCES WITH S. CORCORAN RE: APPLIED BIO (0.2, 0.2); FOLLOW UP ON SAME (0.2). |
| MEISLER RE | 11/09/06 | 0.50 | CONFERENCE WITH R. FINNEY RE: SUPPLIER INQUIRY RE: LEASE OF FLEET (0.1); REVIEW DOCUMENTATION RE: SAME (0.2); CONFERENCE WITH K. CRAFT RE: SAME (0.2). |
| MEISLER RE | 11/11/06 | 1.00 | CONTINUE TO REVIEW FLEET LEASE (1.0). |
| MEISLER RE | 11/13/06 | 0.60 | REVIEW AND REVISE MEMO RE: FLEET LEASE (0.5); TELECONFERENCE WITH K. CRAFT RE: SAME (0.1). |
| MEISLER RE | 11/14/06 | 0.10 | CONTINUE TO REVIEW FLEET LEASE (0.1). |
| MEISLER RE | 11/17/06 | 0.20 | REVIEW AND REVISE SCRIPT RE: IBJTC SETTLEMENT (0.2). |
| MEISLER RE | 11/18/06 | 0.10 | REVIEW CORRESPONDENCE FROM T. MCCABE RE: IT OUTSOURCING TIMETABLE (0.1). |
| MEISLER RE | 11/20/06 | 0.80 | CONFERENCE WITH K. GRANT RE: IBJTC SETTLEMENT (0.2); REVIEW STIPULATION RE: SAME (0.4); REVIEW CONTRACT RE: SOFTWARE (0.2). |
| MEISLER RE | 11/21/06 | 0.60 | REVIEW AND COMMENT ON IBJTC SCRIPT (0.2); REVIEW CORRESPONDENCE AND DOCUMENTATION RE: IT OUTSOURCING (0.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 11/22/06 | 0.50 | BEGIN TO REVIEW AGREEMENT WITH SAP RE: RENEWAL OF CONTRACT (0.4); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 11/27/06 | 4.00 | REVIEW AND ANALYZE SAP AGREEMENT (2.2); EDIT SAP AGREEMENT (1.3) AND DRAFT CORRESPONDENCE RE: SAME (0.1, 0.2); TELECONFERENCE WITH J. SHEEHAN RE: BOOZ ALLEN (0.1); REVIEW SETTLEMENT WITH IBJTC (0.1). |
| MEISLER RE | 11/28/06 | 2.70 | PREPARE FOR TELECONFERENCE RE: SAP AGREEMENT (0.2); TELECONFERENCE WITH M. FUKUDA, D. BERBICH, M. GARCIA, AND B. FERN RE: SAME (1.5); CONTINUE TO REVIEW AND COMMENT ON SAME (1.0). |
| MEISLER RE | 11/29/06 | 0.70 | REVIEW CORRESPONDENCE RE: SAP CONTRACT (0.1); REVIEW AND COMMENT ON REVISED VERSION OF SAP AGREEMENT (0.6). |
| MEISLER RE | 11/30/06 | 0.10 | REVIEW AND DRAFT CORRESPONDENCE RE: APPROVAL OF APPLIED BIO MOTION (0.1). |
| | | **12.50** | |
| WHARTON JN | 11/09/06 | 1.10 | REVIEW AND ANALYZE VEHICLE LEASE AGREEMENT WITH RESPECT TO REJECTION OPTIONS (0.6) AND DRAFT SUMMARY ANALYSIS (0.5). |
| WHARTON JN | 11/13/06 | 0.70 | CONTINUE ANALYSIS OF VEHICLE LEASE AGREEMENT AND REJECTION OPTIONS (0.7). |
| | | **1.80** | |
| **Total Associate** | | 50.00 | |
| **TOTAL TIME** | | <u>**50.00**</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                      Bill Date: 01/10/07
Executory Contracts (Personalty)       Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/10/06 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Westlaw | 11/09/06 | Wharton JN | 4.07 |
| Westlaw | 11/09/06 | Howe EJ | 97.26 |
| Westlaw | 11/19/06 | Stuart NL | 162.67 |
| | | **TOTAL WESTLAW** | **$264.00** |
| Vendor Hosted Teleconferencing | 10/26/06 | Teleconferencing Services, LLC | 11.00 |
| Vendor Hosted Teleconferencing | 10/30/06 | Teleconferencing Services, LLC | 1.35 |
| Vendor Hosted Teleconferencing | 10/30/06 | Teleconferencing Services, LLC | 0.65 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$13.00** |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 11.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$11.00** |
| | | **TOTAL MATTER** | **$290.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)         Bill Date: 01/31/07
Executory Contracts (Personalty)                              Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 12/01/06 | 0.50 | ATTENTION TO ISSUES REGARDING TERMS OF SAP AGREEMENT (0.5). |
| FERN BM | 12/04/06 | 2.20 | FORMULATE STRATEGY REGARDING SAP AGREEMENT (0.8); TELECONFERENCE WITH M. FUKUDA REGARDING SAP AGREEMENT (0.3); EMAILS FROM M. FUKUDA REGARDING SAP (0.2); BANKRUPTCY ANALYSIS OF SAP AGREEMENT (0.4); REVIEW MATERIALS REGARDING TERMS OF IT OUTSOURCING AGREEMENTS (0.5). |
| FERN BM | 12/05/06 | 1.10 | TELECONFERENCE WITH J. GUGLIELMO REGARDING FINANCE OUTSOURCING (0.2); REVIEW MATERIALS REGARDING FINANCE OUTSOURCING (0.9). |
| FERN BM | 12/06/06 | 3.50 | PREPARE FOR STRATEGY CALL REGARDING FINANCE OUTSOURCING (1.1); STRATEGY CALL WITH J. GUGLIELMO AND J. ENZOR REGARDING FINANCE OUTSOURCING (0.8); EMAIL TO M. DENSMORE REGARDING FINANCE OUTSOURCING (0.2); TELECONFERENCE WITH M. FUKUDA AND M. GARCIA REGARDING SAP (0.2); PREPARE FOR (0.4) AND PARTICIPATE IN TELECONFERENCE WITH M. GARCIA, B. SMITH, B. DUFFY, AND M. FUKUDA REGARDING SAP (0.4); REVIEW AND COMMENT TO M. FUKUDA ON CHANGES TO SAP AGREEMENT (0.4). |
| FERN BM | 12/07/06 | 0.80 | REVIEW MATERIALS REGARDING FINANCE OUTSOUCRING AGREEMENTS (0.6); REVIEW PROPOSED LANGUAGE REGARDING SAP AGREEMENT (0.2). |
| FERN BM | 12/08/06 | 0.50 | FORMULATE STRATEGY REGARDING FINANCE OUTSOURCING (0.5). |
| FERN BM | 12/10/06 | 0.30 | FORMULATE STRATEGY REGARDING FINANCE OUTSOUCRING PLEADINGS (0.3). |
| FERN BM | 12/12/06 | 0.40 | TELECONFERENCE WITH M. DENSMORE REGARDING FINANCE OUTSOURCING (0.4). |
| FERN BM | 12/20/06 | 0.40 | REVIEW AND COMMENT ON PROCESS FOR APPROVING APPLICATION DEVELOPMENT AND MAINTENANCE AGREEMENTS (0.4). |
| FERN BM | 12/22/06 | 0.50 | EMAIL TO M. LOEB REGARDING PROCESS FOR APPROVAL OF ADM AGREEMENTS (0.5). |
|  |  | **10.20** |  |
| GRANT K | 12/06/06 | 0.40 | EMAIL WITH C. CHIU AND CLIENT REGARDING PAYMENTS UNDER STIPULATION (0.4). |
| GRANT K | 12/07/06 | 0.40 | TELECONFERENCE WITH C. CHIU (0.2) AND B. JUBAR REGARDING PAYMENTS TO IBJTC (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GRANT K | 12/13/06 | 0.50 | TELECONFERENCE WITH D. THEYS (0.2), K. SMITH (0.2), AND K. KRAFT (0.1) REGARDING PAYMENT OF POSTPETITION TAXES TO IBJTC. |
| GRANT K | 12/14/06 | 0.20 | TELECONFERENCE WITH D. THEYS REGARDING IBJTC TAXES DUE (0.2). |
| GRANT K | 12/18/06 | 0.30 | EMAILS AND TELECONFERENCES WITH OPPOSING COUNSEL REGARDING PAYMENT OF POSTPETITION TAXES OF IBJTC (0.3). |
| | | **1.80** | |
| MEISLER RE | 12/04/06 | 0.50 | REVIEW CHANGES REQUESTED BY SAP REGARDING REFRESH AGREEMENT (0.3); DRAFT INTERNAL CORRESPONDENCE REGARDING SAME (0.2). |
| MEISLER RE | 12/05/06 | 1.60 | TELECONFERENCE WITH K. CRAFT REGARDING VALEO SETTLEMENT (0.2); REVIEW AND EVALUATE VALEO SETTLEMENT (0.8); DRAFT CORRESPONDENCE REGARDING SAME (0.2); TELECONFERENCE WITH J. GUGLIELMO REGARDING FINANCIAL OUTSOURCING INITIATIVE (0.2); DRAFT CORRESPONDENCE TO S. CORCORAN AND K. CRAFT R: FINANCIAL OUTSOURCING (0.2). |
| MEISLER RE | 12/06/06 | 0.80 | REVIEW SAP CONTRACT (0.3); REVIEW FINANCIAL OUTSOURCING INITIATIVE (0.3); REVIEW NEC CONTRACT (0.2). |
| MEISLER RE | 12/20/06 | 0.20 | REVIEW CORRESPONDENCE REGARDING NEXT PHASE IN IT OUTSOURCING (0.2). |
| MEISLER RE | 12/28/06 | 2.50 | TELECONFERENCE WITH M. BAKER AND A. TENZER REGARDING DIP REFINANCING (0.1); TELECONFERENCES WITH H. BAER REGARDING SAME (0.1, 0.2); TELECONFERENCE WITH M. SEIDER, H. BAER, K. GRANT, M. BAKER AND A. TENZER REGARDING SAME (0.2); FOLLOW UP ON ISSUES RAISED (1.5); DRAFT VARIOUS INTERNAL CORRESPONDENCE PROVIDING UPDATES REGARDING SAME (0.4). |
| | | **5.60** | |
| PERL MW | 12/08/06 | 0.60 | STRATEGIZE REGARDING POTENTIAL FINANCIAL OUTSOURCING INITIATIVE (0.3) AND REVIEW RELEVANT DOCUMENTS IN CONNECTION WITH SAME (0.3). |
| PERL MW | 12/27/06 | 0.80 | TELECONFERENCES WITH WORKING GROUP REGARDING STARTEGIZING FOR FINANCIAL OUTSOURCING MOTION (0.1); REVIEW PRECEDENT REGARDING SAME (0.7). |
| PERL MW | 12/28/06 | 0.90 | REVIEW SUMMARY OF FINANCIAL OUTSOURCING INITIATIVE (0.3) AND BEGIN PREPARING MOTION FOR APPROVAL OF FINANCIAL OUTSOURCING (0.6). |
| | | **2.30** | |
| **Total Associate** | | **19.90** | |

77

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**TOTAL TIME**                                 <u>19.90</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**     **Bill Date: 01/31/07**
**Executory Contracts (Personalty)**     **Bill Number: 1147919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/01/06 | Copy Center, D | 0.43 |
| In-house Reproduction | 12/22/06 | Copy Center, D | 2.57 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| Messengers/ Courier | 12/23/06 | United Parcel Service | 21.59 |
| Messengers/ Courier | 12/27/06 | Dist Serv/Mail/Page, D | 8.41 |
| | | **TOTAL MESSENGERS/ COURIER** | **$30.00** |
| Printing to paper from TIF | 12/12/06 | Copy Center, D | 31.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$31.00** |
| | | **TOTAL MATTER** | **$64.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Executory Contracts (Personalty)

Bill Date: 02/28/07  
Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 01/02/07 | 1.30 | REVIEW AND COMMENT ON TASK LIST REGARDING ADM AGREEMENTS (0.3); EMAILS TO/FROM M. LOEB REGARDING ADM AGREEMENT TIMELINE (0.5); EMAIL FROM T. MCCABE REGARDING ADM PROCESS (0.2); DOCUMENT FILE REGARDING STATUS OF ADM PROCESS (0.3). |
| FERN BM | 01/04/07 | 0.60 | EMAIL TO M. DENSMORE AND J. ENZOR REGARDING FINANCE OUTSOURCING (0.2); ADDITIONAL EMAILS TO J. ENZOR AND M. DENSMORE REGARDING SAME (0.4). |
| FERN BM | 01/29/07 | 0.40 | EMAIL TO M. DENSMORE AND J. ENZOR REGARDING FINANCE OUTSOURCING (0.2); EMAIL TO M. LOEB AND T. MCCABE REGARDING ADM AGREEMENTS (0.2). |
| FERN BM | 01/30/07 | 0.20 | EMAILS FROM M. LOEB REGARDING STATUS OF ADM AGREEMENTS (0.2). |
|  |  | 2.50 |  |
| HOWE EJ | 01/04/07 | 2.60 | LEGAL RESEARCH REGARDING ASSUMPTION OF SUPPLIER EXECUTORY CONTRACT (2.6). |
| HOWE EJ | 01/16/07 | 0.50 | PREPARE MEMORANDUM REGARDING LEGAL CONCLUSIONS REGARDING ALLEGED INTEGRATION OF GE CONTRACTS (0.5). |
|  |  | 3.10 |  |
| Total Associate |  | 5.60 |  |
| TOTAL TIME |  | 5.60 |  |

108

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/07
Executory Contracts (Personalty)                            Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/09/07 | Copy Center, D | 22.36 |
| In-house Reproduction | 01/12/07 | Copy Center, D | 141.67 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 17.97 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$182.00** |
| Westlaw | 01/04/07 | Howe EJ | 271.00 |
| | | **TOTAL WESTLAW** | **$271.00** |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 5.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$5.00** |
| Printing to paper from TIF | 01/23/07 | Copy Center, D | 14.17 |
| Printing to paper from TIF | 01/30/07 | Copy Center, D | 31.83 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$46.00** |
| | | **TOTAL MATTER** | **$504.00** |

B43E