SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

EXHIBIT D-27
INTELLECTUAL PROPERTY
101.1 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Intellectual Property

Bill Date: 11/30/06  
Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 10/24/06 | 0.50 | REVIEW MATERIALS RE: D-TVS LICENSE AGREEMENTS (0.3); TELECONFERENCE WITH P. MARSHALL RE: D-TVS LICENSE AGREEMENTS (0.2). |
| FERN BM | 10/26/06 | 0.80 | EMAILS TO/FROM P. MARSHALL RE: D-TVS LICENSE AGREEMENT (0.3); FORMULATE STRATEGY RE: D-TVS LICENSE AGREEMENT (0.5). |
| FERN BM | 10/27/06 | 0.70 | REVIEW ANALYSIS OF D-TVS LICENSE AGREEMENTS (0.7). |
| FERN BM | 10/31/06 | 0.20 | EMAIL TO P MARSHALL RE: D-TVS AGREEMENT (0.2). |
|  |  | **2.20** |  |
| HOUSTON BM | 10/09/06 | 9.50 | CONTINUE RESEARCH RE: IP ISSUES (5.6); CONTINUE DRAFTING MEMO (3.9). |
| HOUSTON BM | 10/10/06 | 8.60 | STRATEGIZE RE: IP ISSUES (3.2); CONTINUE RESEARCHING RE: SAME (4.1); CONTINUE DRAFTING MEMO (1.3). |
| HOUSTON BM | 10/11/06 | 1.80 | CONTINUE STRATEGIZING RE: IP ISSUES (1.8). |
| HOUSTON BM | 10/12/06 | 3.70 | CONTINUE ANALYZING IP ISSUES (2.1); CONTINUE DRAFTING MEMO (1.6). |
| HOUSTON BM | 10/16/06 | 4.20 | CONTINUE RESEARCHING IP ISSUES (2.4); CONTINUE REVISING MEMO RE: SAME (1.8). |
| HOUSTON BM | 10/17/06 | 3.70 | CONTINUE RESEARCHING IP ISSUES (3.7). |
| HOUSTON BM | 10/18/06 | 8.70 | CONTINUE RESEARCHING IP ISSUES (5.8); CONTINUE REVISING MEMO RE: SAME (2.9). |
| HOUSTON BM | 10/19/06 | 9.50 | CONTINUE ANALYZING IP ISSUES (1.1); CONTINUE RESEARCH RE: SAME (4.6); CONTINUE REVISING MEMO (3.8). |
| HOUSTON BM | 10/20/06 | 8.40 | CONTINUE RESEARCHING IP ISSUES (5.4); CONTINUE REVISING MEMO (3.0). |
|  |  | **58.10** |  |
| **Total Associate** |  | **60.30** |  |
| **TOTAL TIME** |  | **60.30** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 01/10/07
Intellectual Property  Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 11/01/06 | 1.00 | REVIEW MATERIALS RE: D-TVS LICENSE AGREEMENT (0.5); EMAILS TO/FROM K. CRAFT RE: D-TVS AGREEMENT (0.5). |
| FERN BM | 11/06/06 | 6.00 | CONTINUE DRAFTING D-TVS LICENSE AGREEMENT MOTION (4.1); TELECONFERENCE WITH P. VALADE RE: D-TVS MOTION (0.2); COMPLETE DRAFT OF D-TVS MOTION AND ORDER (1.7). |
| FERN BM | 11/07/06 | 6.80 | FORMULATE STRATEGY RE: D-TVS LICENSE AGREEMENT (0.5); REVISE D-TVS MOTION AND ORDER (2.8); ADDITIONAL REVISIONS TO DRAFT MOTION AND ORDER RE: D-TVS AGREEMENT (2.1); EMAIL TO S. CORCORAN, P. MARSHALL, AND P. VALADE RE: SAME (0.2); ANALYZE ISSUES RE: D-TVS AGREEMENT (0.4); ADDITIONAL REVIEW AND REVISIONS TO D-TVS MOTION (0.5); FORMULATE STRATEGY RE: D-TVS MOTION (0.3). |
| FERN BM | 11/08/06 | 1.20 | REVISE D-TVS MOTION (1.2). |
| FERN BM | 11/09/06 | 0.20 | ATTENTION TO MATERIALS RE: D-TVS AGREEMENT (0.2). |
| FERN BM | 11/10/06 | 0.20 | REVIEW MATERIALS RE: ANALYSIS OF D-TVS AGREEMENT (0.2). |
|  |  | **15.40** |  |
| HOUSTON BM | 11/07/06 | 3.80 | CONTINUE REVISING MEMO RE: IP ISSUES (3.8). |
| HOUSTON BM | 11/09/06 | 3.40 | CONTINUE REVISING MEMO (3.4). |
| HOUSTON BM | 11/21/06 | 2.90 | CONTINUE RESEARCHING IP ISSUES (2.9). |
| HOUSTON BM | 11/30/06 | 1.20 | CONTINUE ANALYSIS OF IP ISSUES (1.2). |
|  |  | **11.30** |  |
| MEISLER RE | 11/03/06 | 0.40 | REVIEW D-TVS LICENSING ISSUES (0.4). |
| MEISLER RE | 11/06/06 | 0.80 | CONTINUE TO REVIEW OF D-TVS LICENSING ISSUES (0.1); REVIEW AND COMMENT ON INTERNAL DOCUMENTS RE: SAME (0.5); CONFERENCE WITH S. CORCORAN RE: SAME (0.2). |
| MEISLER RE | 11/07/06 | 2.40 | CONTINUE REVIEW AND ANALYSIS OF D-TVS LICENSE (2.4). |
| MEISLER RE | 11/08/06 | 0.30 | CONTINUE REVIEW AND ANALYSIS OF D-TVS LICENSE (0.3). |
| MEISLER RE | 11/10/06 | 0.20 | CONTINUE TO REVIEW D-TVS LICENSING ISSUES (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |
|---|---|
|  | 4.10 |
| Total Associate | 30.80 |
| **TOTAL TIME** | **30.80** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 01/10/07
**Intellectual Property**  Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 2.20 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 2.51 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.21 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$5.00** |
| | | **TOTAL MATTER** | **$5.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)　　　Bill Date: 01/31/07
Intellectual Property　　　　　　　　　　　　　　　　Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOUSTON BM | 12/06/06 | 4.90 | CONTINUE ANALYSIS OF IP ISSUES (2.6); CONTINUE RESEARCH REGARDING SAME (1.3); REVISE MEMO (1.0). |
|  |  | **4.90** |  |
| MEISLER RE | 12/20/06 | 0.10 | REVIEW CORRESPONDENCE REGARDING REQUEST FOR MEDIATION OF AN INTELLECTUAL PROPERTY DISPUTE (0.1). |
| MEISLER RE | 12/27/06 | 0.70 | REVIEW CADENCE SUPPORTING MATERIALS (0.7). |
| MEISLER RE | 12/28/06 | 1.20 | REVIEW AND COMMENT ON OBJECTION TO MOTIONS FILED BY CADENCE (1.2). |
|  |  | **2.00** |  |
| **Total Associate** |  | **6.90** |  |
| **TOTAL TIME** |  | **6.90** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Intellectual Property

Bill Date: 02/28/07  
Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| ~~STROBERT AF~~ | ~~01/25/07~~ | ~~3.00~~ | ~~ARRANGE CALLS; REVIEW DILIGENCE MATERIALS (3.0).~~ |
| ~~STROBERT AF~~ | ~~01/26/07~~ | ~~5.70~~ | ~~REVIEW DILIGENCE (DATA ROOM) MATERIALS; DISCUSS WITH M. PERL; TELECONFERENCE WITH POTENTIAL INVESTORS; FOLLOW-UP RESEARCH AND NOTES (REGARDING POTENTIAL PRODUCTION OF PATENT OPINIONS) (5.7).~~ |
| ~~STROBERT AF~~ | ~~01/29/07~~ | ~~1.00~~ | ~~REVIEW/REVISE CONFERENCE CALL SUMMARY (1.0).~~ |
|  |  | ~~9.70~~ |  |
| ~~Total Counsel~~ |  | ~~9.70~~ |  |
| MEISLER RE | 01/03/07 | 1.90 | REVIEW AND REVISE OBJECTION TO CADENCE MOTIONS (1.9). |
| MEISLER RE | 01/04/07 | 0.50 | REVIEW CADENCE SCRIPT (0.5). |
| MEISLER RE | 01/11/07 | 0.70 | REVIEW CADENCE REPLY (0.7). |
|  |  | 3.10 |  |
| Total Associate |  | 3.10 |  |
| TOTAL TIME |  | 12.80 |  |

B43E