SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-28
GLOBAL SUBSIDIARIES (NON-U.S.)
76.6 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/06
Global Subsidiaries (Non-US)                               Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/03/06 | 0.40 | PREPARE FOR (0.2) AND ATTEND (0.2) MEETING WITH M. MCGUIRE, J. ARLE AND OTHERS AT COMPANY IN TROY RE: SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS. |
| BUTLER, JR. J | 10/04/06 | 0.70 | CONTINUE TO EVALUATE SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS (0.3); REVIEW MATERIALS FROM M. MCGUIRE (0.4). |
| BUTLER, JR. J | 10/10/06 | 0.30 | REVIEW MATERIALS FROM M. MCGUIRE RE: SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 10/12/06 | 0.20 | REVIEW ADDITIONAL MATERIALS FROM M. MCGUIRE RE: SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 10/16/06 | 0.30 | CONTINUE TO EVALUATE SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS INCLUDING MATERIALS FROM M. MCGUIRE (0.3). |
| BUTLER, JR. J | 10/17/06 | 1.60 | PREPARE FOR (0.4) AND ATTEND (0.3) MEETING WITH J. SHEEHAN AND M. MCGUIRE RE: SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS; ATTEND MEETING WITH S. MILLER, R. O'NEAL, D. SHERBIN, J. SHEEHAN, S. CORCORAN AND M. MCGUIRE RE: SAME (0.9). |
| BUTLER, JR. J | 10/18/06 | 0.60 | CONTINUE TO WORK ON SPANISH SUBSIDIARY STATUTORY CAPITALIZATION MATTERS AT COMPANY IN TROY INCLUDING MEETINGS WITH D. SHERBIN, M. MCGUIRE AND J. SHEEHAN AND REVIEW RELATED MATERIALS (0.6). |
| BUTLER, JR. J | 10/20/06 | 0.30 | REVIEW ADDITIONAL MATERIALS FROM M. MCGUIRE RE: SPANISH SUBSIDIARY STATUTORY CAPITALIZATION MATTERS (0.2); EMAIL FROM R. O'NEAL RE: SAME (0.1). |
| BUTLER, JR. J | 10/25/06 | 0.40 | CONTINUE TO EVALUATE SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS (0.4). |
| BUTLER, JR. J | 10/30/06 | 0.30 | CONTINUE TO EVALUATE SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS WITH J. SHEEHAN, D. SHERBIN AND S. CORCORAN AT COMPANY IN TROY (0.3). |
|  |  | 5.10 |  |
| ~~HIESTAND NL~~ | ~~10/03/06~~ | ~~0.30~~ | ~~REVIEW AND RECAP DIVESTITURE MATTER (0.3).~~ |
| ~~HIESTAND NL~~ | ~~10/05/06~~ | ~~1.80~~ | ~~REVIEW DIVESTITURE ISSUES (1.8).~~ |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ~~HIESTAND NL~~ | ~~10/06/06~~ | ~~0.70~~ | ~~PREPARE FOR AND ATTEND SENIOR MEETING (0.7).~~ |
| ~~HIESTAND NL~~ | ~~10/10/06~~ | ~~1.70~~ | ~~REVIEW ASHIMORI ISSUE AND DISCUSS WITH CLIENT (1.7).~~ |
| ~~HIESTAND NL~~ | ~~10/19/06~~ | ~~0.70~~ | ~~REVIEW LITIGATION ASSIGNMENT ISSUE (0.7).~~ |
| ~~HIESTAND NL~~ | ~~10/20/06~~ | ~~0.30~~ | ~~REVIEW FOREIGN DISPOSITIONS (0.3).~~ |
| ~~HIESTAND NL~~ | ~~10/25/06~~ | ~~0.20~~ | ~~REVIEW CATALYST ISSUE (0.2).~~ |
| ~~HIESTAND NL~~ | ~~10/27/06~~ | ~~0.90~~ | ~~PREPARE FOR AND ATTEND WEEKLY MEETING (0.9).~~ |
| | | ~~6.60~~ | |

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 10/26/06 | 1.20 | CONSIDER INTER-COMPANY FUNDING ISSUES RE: DAS ESPANA S.L. (0.2); REVIEW MEMO RE: SAME (0.3); CONTINUE ANALYSIS OF ISSUES RE: SPANISH RESTRUCTURING (0.7). |
| MARAFIOTI KA | 10/31/06 | 1.30 | ANALYZE ISSUES RE: SPAIN RESTRUCTURING (1.3). |
| | | 2.50 | |
| **Total Partner** | | **14.20** | |
| FERN BM | 10/24/06 | 1.30 | REVIEW ISSUES RE: DAS ESPANA FUNDING (0.8); FORMULATE STRATEGY RE: SAME (0.5). |
| FERN BM | 10/25/06 | 6.50 | DRAFT EXECUTIVE SUMMARY RE: FUNDING OF DAS ESPANA (1.8); ANALYZE ISSUES RE: FUNDING OF DAS ESPANA (2.1); REVISE DAS ESPANA EXECUTIVE SUMMARY (1.9); STRATEGY MEETING RE: DAS ESPANA (0.7). |
| FERN BM | 10/26/06 | 1.40 | REVIEW ISSUES RE: DAS ESPANA FUNDING (0.6); STRATEGY MEETING RE: DAS ESPANA FUNDING (0.2); ANALYSIS OF MECHANICS OF DAS ESPANA FUNDING (0.6). |
| FERN BM | 10/30/06 | 8.20 | BEGIN DRAFTING PRESENTATION SLIDES RE: DAS ESPANA FUNDING (2.8); STRATEGY CALL WITH D. SHERBIN, S. CORCORAN, AND J. SHEEHAN RE: DAS ESPANA (0.3); RESEARCH RE: EQUITY INFUSION (1.4); REVIEW PLEADINGS RE: CASH MANAGEMENT (1.2); REVIEW MATERIALS RE: SCOPE OF CASH MANAGEMENT ORDER (1.8); DRAFT SUMMARY RE: SAME (0.7). |
| FERN BM | 10/31/06 | 5.30 | ADDITIONAL REVIEW OF PLEADINGS RE: INTERCOMPANY TRANSACTIONS (0.6); REVIEW MATERIALS RE: MECHANICS OF DAS ESPANA TRANSACTION (1.2); FORMULATE STRATEGY RE: DAS ESPANA (1.1); MULTIPLE STRATEGY CALLS RE: DAS ESPANA (1.0); RESEARCH RE: ORDINARY COURSE OF BUSINESS (0.5); REVISE EXECUTIVE SUMMARY RE: DAS ESPANA (0.9). |
| | | **22.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 10/23/06 | 0.20 | CONTINUE TO REVIEW OF POSSIBLE DASE TRANSACTION (0.2). |
| MEISLER RE | 10/24/06 | 1.20 | CONTINUE TO REVIEW OF POSSIBLE DASE TRANSACTION (1.2). |
| MEISLER RE | 10/25/06 | 0.70 | CONTINUE TO REVIEW AND ANALYZE THE POTENTIAL DASE TRANSACTION (0.7). |
| MEISLER RE | 10/26/06 | 0.80 | CONTINUE ANALYSIS OF POTENTIAL DASE TRANSACTION (0.6); DRAFT FOLLOW UP CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 10/30/06 | 1.50 | TELECONFERENCE WITH J. SHEEHAN, D. SHERBIN, AND S. CORCORAN RE: POTENTIAL TRANSACTION WITH DASE (0.4); FOLLOW UP WORK RE: SAME (0.1); CONTINUE ANALYSIS OF SAME (1.0). |
| MEISLER RE | 10/31/06 | 1.20 | CONTINUE ANALYSIS RE: DASE TRANSACTION (1.2). |
| | | 5.60 | |

| | | | |
|---|---|---|---|
| ~~PILKINGTON C~~ | ~~10/06/06~~ | ~~1.10~~ | ~~ATTEND ADVISORS' STRATEGY CALL (0.3); ANALYSIS OF UK PENSION ISSUES (DEOC) AND CURRENT STATUS (0.8).~~ |
| ~~PILKINGTON C~~ | ~~10/10/06~~ | ~~0.40~~ | ~~REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.4).~~ |
| ~~PILKINGTON C~~ | ~~10/17/06~~ | ~~1.10~~ | ~~REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.4); REVIEW DISTRIBUTION LIST FILE CORRESPONDENCE (0.7).~~ |
| ~~PILKINGTON C~~ | ~~10/20/06~~ | ~~1.10~~ | ~~ATTEND ADVISORS' WEEKLY STRATEGY CALL (1.1).~~ |
| ~~PILKINGTON C~~ | ~~10/23/06~~ | ~~1.10~~ | ~~REVIEW OMNIBUS HEARING TRANSCRIPT (0.6); ATTEND WEEKLY TASK LIST CONFERENCE CALL (0.5).~~ |
| ~~PILKINGTON C~~ | ~~10/30/06~~ | ~~0.80~~ | ~~ATTEND WEEKLY ACTION LIST CALL (0.8).~~ |
| | | ~~5.60~~ | |

**Total Associate**          33.90

**TOTAL TIME**          <u>48.10</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

**Bill Date: 11/30/06**
**Bill Number: 1132369**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/06/06 | Copy Center, D | 6.03 |
| In-house Reproduction | 10/31/06 | Copy Center, D | 17.97 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$24.00** |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.46 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.29 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.06 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Lexis/Nexis | 10/31/06 | Fern BM | 45.00 |
| | | **TOTAL LEXIS/NEXIS** | **$45.00** |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 1.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$1.00** |
| | | **TOTAL MATTER** | **$71.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/10/07
Global Subsidiaries (Non-US)                    Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 11/01/06 | 0.20 | CONTINUE TO EVALUATE SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS WITH WORKING GROUP (0.2). |
| BUTLER, JR. J | 11/04/06 | 0.20 | CONTINUE TO EVALUATE SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS WITH WORKING GROUP INCLUDING REVIEW OF DRAFT BOARD PRESENTATION MATERIALS (0.2). |
| BUTLER, JR. J | 11/05/06 | 0.30 | CONTINUE TO EVALUATE SPAIN ENTITY CAPITALIZATION PLAN INCLUDING REVIEW OF DRAFT BOARD PRESENTATION MATERIALS AND EMAILS FROM/TO B. REMENAR RE: SAME (0.3). |
| BUTLER, JR. J | 11/09/06 | 0.40 | CONTINUE TO EVALUATE SPAIN ENTITY CAPITALIZATION PLAN INCLUDING REVIEW AND REVISION OF DRAFT BOARD PRESENTATION (0.4). |
| BUTLER, JR. J | 11/11/06 | 0.20 | EMAILS FROM/TO R. EISENBERG RE: SPAIN ENTITY CAPITALIZATION PLAN (0.2). |
| BUTLER, JR. J | 11/21/06 | 0.50 | CONTINUE TO EVALUATE SPAIN ENTITY CAPITALIZATION PLAN ETC. AND NEXT STEPS WITH J. SHEEHAN AND R. EISENBERG (0.3); REVIEW EMAILS AND ATTACHMENTS FROM J. SHEEHAN AND R. EISENBERG RE: SAME (0.2). |
| BUTLER, JR. J | 11/29/06 | 0.20 | EMAILS FROM/TO AND TELECONFERENCE WITH B. ROSENBERG RE: SPAIN ENTITY CAPITALIZATION PLAN ETC. (0.2). |
| | | 2.00 | |
| **Total Partner** | | 2.00 | |
| FERN BM | 11/01/06 | 4.40 | REVISE EXECUTED SUMMARY RE: DAS ESPANA (2.1); ATTENTION TO ISSUES RE: DAS ESPANA FUNDING (0.7); ADDITIONAL REVISIONS TO DAS ESPANA EXECUTIVE SUMMARY (0.5); PREPARE FOR STRATEGY CALL RE: DAS ESPSNA (1.1). |
| FERN BM | 11/02/06 | 3.70 | REVISE DAS ESPANA EXECUTIVE SUMMARY (0.9); REVIEW DANA AUTOMOTIVE PLEADINGS RE: INTERCOMPANY TRANSACTIONS (0.6); RESEARCH RE: EQUITY INFUSION (1.3); FORMULATE STRATEGY RE: DAS ESPANA (0.7); TELECONFERENCE WITH J. SHEEHAN RE: SAME (0.2). |
| FERN BM | 11/05/06 | 0.50 | REVIEW INFORMATION AND MATERIALS RE: DAS ESPANA FUNDING (0.5). |
| FERN BM | 11/06/06 | 0.40 | EMAIL TO/FROM D. PURI RE: DAS ESPANA PRESENTATION (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 11/07/06 | 0.20 | EMAILS TO/FROM M. MCGUIRE RE: DAS ESPANA (0.2). |
| FERN BM | 11/08/06 | 0.40 | TELECONFERENCE WITH M. MCGUIRE RE: DAS ESPANA (0.4). |
| FERN BM | 11/09/06 | 0.30 | EMAILS TO/FROM S. CORCORAN RE: DAS ESPANA FUNDING (0.3). |
| FERN BM | 11/10/06 | 0.50 | REVIEW PRESENTATION RE: DAS ESPANA (0.3); REVIEW DATA RE: INTERCOMPANY TRANSACTIONS (0.2). |
| FERN BM | 11/13/06 | 0.60 | FORMULATE STRATEGY RE: DAS ESPANA FUNDING (0.3); EMAIL TO S. CORCORAN RE: INTERCOMPANY LOAN DATA (0.3). |
| FERN BM | 11/14/06 | 6.60 | EMAILS TO/FROM S. CORCORAN RE: DAS ESPANA FUNDING (0.3); FORMULATE STRATEGY RE: MECHANICS OF DAS ESPANA FUNDING (0.5); TELECONFERENCE WITH M. MCGUIRE RE: SAME (0.2); BEGAN DRAFTING MOTION TO MAKE EQUITY INVESTMENT (3.2); REVIEW AND COMMENT ON PRESENTATION RE: DAS ESPANA (0.2); EMAILS TO S. CORCORAN AND M. MCGUIRE RE: DAS ESPANA FUNDING SLIDES (0.3); TELECONFERENCE WITH D. PURI RE: DAS ESPANA FUNDING (0.2); ANALYSIS OF ISSUES RE: DAS ESPANA FUNDING (0.4); EMAILS TO/FROM M. MCGUIRE AND D. PURI RE: BACK-UP DATA FOR DAS ESPANA (0.4); MULTIPLE EMAILS TO/FROM S. CORCORAN AND J. SHEEHAN RE: DAS ESPANA FUNDING (0.9). |
| FERN BM | 11/15/06 | 6.30 | EMAIL TO/FROM M. MCGUIRE RE: INTERNATIONAL TRANSACTION (0.3); TELECONFERENCE WITH D. PURI RE: DAS ESPANA FUNDING (0.2); CONTINUE DRAFTING MOTION RE: EQUITY INVESTMENT (4.4); DRAFT PROPOSED ORDER RE: SAME (1.1); REVIEW AND COMMENT ON SLIDES RE: DAS ESPANA FUNDING (0.3). |
| FERN BM | 11/16/06 | 1.20 | REVIEW AND REVISE DRAFTS OF PLEADINGS RE: INTERNATIONAL EQUITY INVESTMENT (1.2). |
| FERN BM | 11/17/06 | 0.60 | FORMULATE STRATEGY RE: PROCEEDING WITH DAS ESPANA FUNDING (0.3); STRATEGY CONFERENCE RE: DAS ESPANA (0.3). |
| FERN BM | 11/28/06 | 0.20 | TELECONFERENCE WITH M. MCGUIRE RE: DASE (0.2). |
| FERN BM | 11/29/06 | 1.10 | REVIEW AND REVISE SUMMARY RE: DASE FUNDING (1.1). |
| FERN BM | 11/30/06 | 1.70 | REVIEW AND REVISE VARIOUS DOCUMENTS RE: DASE FUNDING (1.2); ATTENTION TO ISSUES RE: TIMING OF DASE FUNDING (0.5). |

**28.70**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 11/13/06 | 0.90 | REVIEW MATERIALS WITH RESPECT TO DASE TRANSACTION (0.9). |
|---------|----------|------|-----------------------------------------------------------|
| GRANT K | 11/15/06 | 0.30 | REVIEW EMAILS RE: DASE TRANSACTION (0.3). |
| GRANT K | 11/17/06 | 0.30 | REVIEW DRAFT PLEADINGS RE: DASE TRANSACTION (0.3). |
|         |          | 1.50 | |

| MEISLER RE | 11/01/06 | 1.10 | REVIEW AND ANALYZE DASE TRANSACTION (1.1). |
|------------|----------|------|---------------------------------------------|
| MEISLER RE | 11/02/06 | 0.20 | CONTINUE ANALYSIS OF DASE TRANSACTION (0.2). |
| MEISLER RE | 11/06/06 | 0.30 | CONTINUE REVIEW OF DASE TRANSACTION (0.3). |
| MEISLER RE | 11/08/06 | 0.30 | TELECONFERENCE WITH M. MCGUIRE RE: DASE TRANSACTION (0.1); TELECONFERENCE WITH M. MCGUIRE AND DALIP RE: SAME (0.1); DRAFT NOTES TO FILE RE: SAME (0.1). |
| MEISLER RE | 11/13/06 | 0.40 | CONTINUE ANALYSIS OF POTENTIAL DASE TRANSACTION (0.4). |
| MEISLER RE | 11/14/06 | 0.50 | CONTINUE ANALYSIS OF POTENTIAL DASE TRANSACTION (0.5). |
| MEISLER RE | 11/22/06 | 1.00 | CONTINUE TO ANALYZE DASE TRANSACTION (0.8); TELECONFERENCE WITH M. MCGUIRE RE: SAME (0.2). |
| MEISLER RE | 11/30/06 | 0.10 | REVIEW CORRESPONDENCE RE: DASE TRANSACTION (0.1). |
|            |          | 3.90 | |

| STUART NL | 11/22/06 | 1.70 | REVIEW FINANCING OF DELPHI ESPANA (1.7). |
|-----------|----------|------|-------------------------------------------|
|           |          | 1.70 | |

| **Total Associate** | | 35.80 | |
|---------------------|--|-------|--|
| **TOTAL TIME** | | **37.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                  Bill Date: 01/10/07
Global Subsidiaries (Non-US)                              Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 10/27/06 | Telecommunications, D | 63.18 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.39 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.04 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.38 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$64.00** |
| Lexis/Nexis | 11/02/06 | Fern BM | 49.00 |
| | | **TOTAL LEXIS/NEXIS** | **$49.00** |
| Westlaw | 11/02/06 | Fern BM | 9.00 |
| | | **TOTAL WESTLAW** | **$9.00** |
| CLR/Disclosure | 10/31/06 | Global Securities | 42.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$42.00** |
| | | **TOTAL MATTER** | **$164.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 01/31/07
Global Subsidiaries (Non-US)                          Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FERN BM | 12/01/06 | 2.20 | ADDITIONAL REVISIONS TO DOCUMENTS REGARDING DASE FUNDING (2.2). |
| FERN BM | 12/04/06 | 0.80 | REVIEW MATERIALS REGARDING PROCEDURAL REQUIREMENTS FOR INTERCOMPANY TRANSACTION (0.8). |
| FERN BM | 12/10/06 | 0.20 | REVIEW EMAILS REGARDING FUNDING OF INTERNATIONAL OPERATIONS (0.2). |
| FERN BM | 12/14/06 | 1.80 | TELECONFERENCE WITH D. PURI REGARDING EFFECTUATING INTERCOMPANY TRANSACTIONS (0.2); ANALYZE ISSUES REGARDING SAME (1.3); EMAIL TO D. PURI AND M. MCGUIRE REGARDING EFFECTUATING INTERCOMPANY TRANSACTION (0.3). |
| | | 5.00 | |

Total Associate          5.00

TOTAL TIME               5.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                   Bill Date: 02/28/07
Global Subsidiaries (Non-US)                               Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 01/05/07 | 0.40 | REVIEW AND EVALUATE MATERIALS FROM M. MCGUIRE REGARDING SPAIN ENTITY CAPITALIZATION AND WIND-DOWN MATTERS (0.4). |
| BUTLER, JR. J | 01/17/07 | 0.70 | PREPARE FOR (0.2) AND ATTEND (0.5) MEETING AT COMPANY IN TROY WITH J. SHEEHAN, D. SHERBIN, M. MCGUIRE AND OTHERS REGARDING SPAIN ENTITY CAPITALIZATION AND WIND-DOWN MATTERS.. |
|  |  | 1.10 |  |
| Total Partner |  | 1.10 |  |
| TOTAL TIME |  | **1.10** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

**Bill Date: 02/28/07**
**Bill Number: 1148705**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Non-standard/Outside Reproduction | 01/05/07 | 24 Seven Discovere, L.L.C. | 46.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$46.00** |
| Reproduction - color | 01/09/07 | Copy Center, D | 7.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$7.00** |
| Messengers/ Courier | 01/05/07 | Straightline Courier | 32.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| | | **TOTAL MATTER** | **$85.00** |

B43E