SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                             :    Chapter 11
:
DELPHI CORPORATION, et al.,       :    Case No. 05–44481 (RDD)
:
                       Debtors.   :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-29
SECURED CLAIMS
95.7 HOURS

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

Delphi Corporation (DIP)  Bill Date: 11/30/06
Secured Claims  Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 10/02/06 | 0.40 | DISCUSSION WITH K. CRAFT RE: ANALYSIS OF SUPPLIER LIENHOLDER CLAIMS, AND STRATEGY FOR DEALING WITH RESOLUTION OF SUCH CLAIMS (0.4). |
| HOGAN III AL | 10/05/06 | 0.20 | CONFERENCE WITH R. MEISLER RE: STRATEGY ON L&W LITIGATION (0.2). |
| HOGAN III AL | 10/06/06 | 1.30 | ANALYZE DATA CONCERNING LIEN HOLDER CLAIMS, AND TELECONFERENCE WITH CLIENT RE: STRATEGY ON L&W MATTER, AND LIEN HOLDER CLAIMANTS IN GENERAL (1.3). |
| HOGAN III AL | 10/11/06 | 0.20 | CHECK STATUS OF LIENHOLDER CLAIMS REVIEW, AND DISCUSSIONS WITH L&W ENGINEERING (0.2). |
| HOGAN III AL | 10/12/06 | 0.50 | REVIEW LATEST DATA FROM THE COMPANY RE: POTENTIAL LIENHOLDER CLAIMS, AND ADVISE ON ANALYSIS OF SAME (0.5). |
| HOGAN III AL | 10/13/06 | 0.50 | REVIEW PROPOSED COMMUNICATION TO SPS COUNSEL AND EDIT SAME (0.5). |
| HOGAN III AL | 10/16/06 | 0.60 | REVIEW DRAFT RESPONSE TO COUNSEL FOR SPS TECHNOLOGIES RE: CERTAIN SUPPLY SET-OFF ISSUES, AND GM CONTRACT REJECTION OBJECTION, AND COMMUNICATE WITH N. BERER RE: SAME (0.6). |
| HOGAN III AL | 10/17/06 | 3.00 | PREPARE FOR POTENTIAL CONTESTED MATTER IN CONNECTION WITH L&W ADVERSARY PROCEEDINGS (2.7); CONFERENCES WITH R. MEISLER RE: STRATEGY FOR DEALING WITH SAME (0.3). |
| | | 6.70 | |
| **Total Partner** | | **6.70** | |
| JJINGO MJ | 10/09/06 | 1.10 | COMMUNICATE WITH M. HALL AT DELPHI RE: S&D LIEN ISSUE AND STRATEGIZE RE: THE SAME (1.1). |
| JJINGO MJ | 10/23/06 | 0.40 | REVIEW CERTAIN CORRESPONDENCE FROM M. QUIRK RE: THE MTI MATTER (0.1) AND REVIEW MATERIALS RE: THE SAME (0.3). |
| JJINGO MJ | 10/26/06 | 1.20 | REVIEW RECENT FILING BY L&W FOR CONTENT (1.2). |
| | | 2.70 | |
| MEISLER RE | 10/05/06 | 0.30 | TELECONFERENCE WITH M. NEWMAN RE: L&W ADVERSARY PROCEEDING (0.2); DRAFT NOTES TO FILE RE: SAME (0.1). |
| MEISLER RE | 10/11/06 | 0.80 | REVIEW AND ANALYZE LIENS ASSERTED BY S&D/OSTERFIELD (0.3); STRATEGIZE RE: L&W ADVERSARY PROCEEDING (0.2); REVIEW AND ANALYZE LIENS ASSERTED BY S&D/OSTERFIELD (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 10/13/06 | 0.20 | REVIEW L&W SCRIPT FOR OCTOBER 19TH HEARING (0.2). |
| MEISLER RE | 10/16/06 | 0.10 | DRAFT CORRESPONDENCE TO M. NEWMAN RE: L&W AND OCTOBER 19TH HEARING (0.1). |
| MEISLER RE | 10/17/06 | 0.60 | PREPARE FOR TELECONFERENCE RE: L&W ADVERSARY PROCEEDING (0.1); TELECONFERENCE WITH M. NEWMAN RE: SAME (0.2); TELECONFERENCE WITH R. HEILMAN RE: SAME (0.3). |
| MEISLER RE | 10/18/06 | 0.60 | TELECONFERENCE WITH R. HEILMAN RE: L&W CONTINUANCE (0.2); DRAFT CORRESPONDENCE RE: SAME (0.2); TELECONFERENCE WITH C. BROWN RE: SAME (0.2). |
| MEISLER RE | 10/22/06 | 0.10 | DRAFT CORRESPONDENCE TO COUNSEL FOR L&W RE: MEETING TO DISCUSS POTENTIAL RESOLUTION (0.1). |
| MEISLER RE | 10/23/06 | 0.40 | DRAFT CORRESPONDENCE TO C. BROWN RE: L&W NEGOTIATIONS (0.1); DRAFT CORRESPONDENCE TO M. NEWMAN RE: ARRANGING MEETING IN TROY (0.1); REVIEW RESPONSES RE: SAME (0.1, 0.1). |
| MEISLER RE | 10/24/06 | 2.10 | PREPARE FOR L&W MEETING (0.2); CONFERENCE PRE-MEETING WITH C. BROWN (0.5); ATTEND MEETING WITH M. NEWMAN, R. HEILMAN, AND C. BROWN RE: NEGOTIATIONS TO RESOLVE ADVERSARY PROCEEDING (1.1); FOLLOW UP CONFERENCE WITH C. BROWN (0.3). |
| MEISLER RE | 10/25/06 | 0.20 | DRAFT CORRESPONDENCE RE: L&W RECONCILIATION (0.2). |
| MEISLER RE | 10/27/06 | 0.40 | TELECONFERENCES WITH R. HEILMAN RE: L&W (0.1, 0.1); DRAFT CORRESPONDENCE RE: SAME (0.1, 0.1). |
| MEISLER RE | 10/30/06 | 0.20 | CONTINUE TO WORK ON POSSIBLE RESOLUTION WITH L&W (0.2). |
| | | **6.00** | |
| ROHNER WM | 10/02/06 | 0.30 | DRAFT CORRESPONDENCE RELATING TO ISSUES CONCERNING POTENTIAL LIEN CLAIMS AND L&W ADVERSARY PROCEEDING (0.3). |
| ROHNER WM | 10/04/06 | 0.20 | CORRESPOND RE: ISSUES RELATING TO ANALYSIS OF POTENTIAL LIEN CLAIMS (0.2). |
| ROHNER WM | 10/05/06 | 0.60 | TELECONFERENCE RE: ANALYSIS OF POTENTIAL LIEN CLAIMS AND STATUS OF L&W ADVERSARY PROCEEDING (0.5); REVIEW DOCUMENT RELATING TO ANALYSIS OF POTENTIAL LIEN CLAIMS (0.1). |
| ROHNER WM | 10/09/06 | 0.20 | CONFERENCE RE: STATUS OF L&W ADVERSARY PROCEEDING (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| ROHNER WM | 10/10/06 | 0.20 | CORRESPOND RE: ANALYSIS OF POTENTIAL LIEN CLAIMS AND STATUS OF L&W ADVERSARY PROCEEDING (0.2). |
| ROHNER WM | 10/11/06 | 0.30 | CORRESPOND RE: STATUS OF L&W ADVERSARY PROCEEDING AND LIEN CLAIMS ANALYSIS (0.3). |
| ROHNER WM | 10/12/06 | 0.90 | CONFERENCE RE: ANALYSIS OF POTENTIAL LIEN CLAIMS ISSUES (0.3); COMMENCE ANALYSIS OF PROOFS OF CLAIMS WITH RESPECT TO ANALYSIS OF POTENTIAL LIEN CLAIMS (0.6). |
| ROHNER WM | 10/13/06 | 0.30 | DRAFT MATERIALS IN PREPARATION FOR OMNIBUS HEARING, IN CONNECTION WITH L&W ADVERSARY PROCEEDING (0.3). |
| ROHNER WM | 10/23/06 | 0.80 | REVIEW DOCUMENTS IN CONNECTION WITH MEETING WITH PLAINTIFF'S COUNSEL IN L&W ADVERSARY PROCEEDING (0.2); CONFERENCE RE: MEETING WITH PLAINTIFF'S COUNSEL (0.2); REVIEW SUMMARY ANALYSIS OF POTENTIAL LIENS CLAIMS (0.2); CONFERENCE RE: ANALYSIS OF POTENTIAL LIENS CLAIMS (0.2). |
| ROHNER WM | 10/24/06 | 1.00 | CONDUCT ANALYSIS OF POTENTIAL LIEN CLAIMS (0.6); DRAFT SUMMARY OF POTENTIAL LIEN CLAIMS ANALYSIS (0.4). |
| ROHNER WM | 10/30/06 | 0.30 | REVIEW CORRESPONDENCE AND OTHER MATERIALS RELATING TO DISCUSSIONS WITH L&W, IN CONNECTION WITH ADVERSARY PROCEEDING (0.3). |
| ROHNER WM | 10/31/06 | 0.30 | REVIEW MATERIALS IN CONNECTION WITH DISCUSSIONS WITH L&W RELATING TO ADVERSARY PROCEEDING (0.2); CORRESPOND WITH COMPANY PERSONNEL RE: L&W-RELATED MATERIALS (0.1). |
| | | **5.40** | |
| **Total Associate** | | **14.10** | |
| KLIMEK MV | 10/12/06 | 1.30 | TELECONFERENCE WITH B. ROHNER RE: PROOF OF CLAIM REVIEW PROJECT (0.6); BEGIN REVIEW OF SAME IN CONNECTION WITH IDENTIFICATION OF STATUTORY LIENS (0.7). |
| KLIMEK MV | 10/13/06 | 3.90 | CONTINUE REVIEW OF PROOF OF CLAIM FORMS IN CONNECTION WITH IDENTIFICATION OF STATUTORY LIENS (3.9). |
| KLIMEK MV | 10/18/06 | 4.70 | CONTINUE REVIEW OF PROOF OF CLAIM FORMS IN CONNECTION WITH IDENTIFICATION OF STATUTORY LIENS (4.7). |
| KLIMEK MV | 10/19/06 | 7.30 | CONTINUE REVIEW OF PROOF OF CLAIM FORMS IN CONNECTION WITH IDENTIFICATION OF STATUTORY LIENS (7.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KLIMEK MV | 10/20/06 | 2.60 | COMPILE FINDINGS FROM PROOF OF CLAIM REVIEW PROJECT (2.6). |
| | | **19.80** | |
| **Total Legal Assistant** | | **19.80** | |
| **TOTAL TIME** | | <u>**40.60**</u> | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                            **Bill Date: 11/30/06**
**Secured Claims**                                                   **Bill Number: 1132369**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 10/27/06 | Telecommunications, D | 2.71 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 3.71 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.24 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.34 |
| | | **TOTAL TELEPHONE EXPENSE** | **$7.00** |
| | | **TOTAL MATTER** | **$7.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)      Bill Date: 01/10/07
Secured Claims                                              Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 11/01/06 | 1.40 | PREPARE FOR INTERNAL CALL RE: L&W CLAIM (0.3); PARTICIPATE ON TELECONFERENCE WITH C. BROWN, C. CLEVENGER, P. MURDAUGH RE: SAME (1.1). |
| MEISLER RE | 11/02/06 | 0.80 | WORK ON SETTLEMENT WITH L&W TO ADJOURN MATTER TO APRIL OMNIBUS HEARING (0.5); DRAFT CORRESPONDENCE TO C. BROWN AND K. CRAFT RE: SAME (0.3). |
| MEISLER RE | 11/03/06 | 0.20 | DRAFT CORRESPONDENCE TO C. BROWN RE: L&W (0.1); REVIEW DEPOSIT AGREEMENT AND CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 11/07/06 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: L&W (0.3). |
| MEISLER RE | 11/14/06 | 0.60 | REVIEW AND RESPOND TO CORRESPONDENCE RE: L&W (0.3); TELECONFERENCE WITH R. HEILMAN RE: SAME (0.2); FOLLOW UP RE: SAME (0.1). |
| MEISLER RE | 11/15/06 | 0.20 | REVIEW SETOFF REQUEST FROM ITAPSA (0.1) AND DRAFT CORRESPONDENCE TO N. BERGER RE: SAME (0.1). |
| MEISLER RE | 11/21/06 | 0.20 | REVIEW AND COMMENT ON L&W SCRIPT (0.2). |
| MEISLER RE | 11/28/06 | 0.40 | REVIEW SETOFF REQUEST (0.2); REVIEW CORRESPONDENCE RE: LIEN ASSERTED BY FRUEDENBERG (0.2). |
|  |  | 4.10 |  |
| ROHNER WM | 11/06/06 | 0.50 | REVIEW DOCUMENTS RELATING TO L&W ADVERSARY PROCEEDING, IN CONNECTION WITH PENDING DISCUSSIONS WITH COUNSEL FOR L&W (0.5). |
| ROHNER WM | 11/07/06 | 0.50 | REVIEW DOCUMENTS RELATING TO L&W ADVERSARY PROCEEDING AND DISCUSSIONS WITH COUNSEL FOR L&W (0.5). |
| ROHNER WM | 11/14/06 | 0.90 | REVIEW DOCUMENTS AND CORRESPONDENCE RELATING TO L&W ADVERSARY PROCEEDING (0.6); CONFERENCE RE: STATUS OF L&W ADVERSARY PROCEEDING (0.3). |
| ROHNER WM | 11/20/06 | 0.60 | DRAFT MATERIALS IN CONNECTION WITH OMNIBUS HEARING (0.2); REVIEW MATERIALS RELATING TO ADVERSARY PROCEEDING AND CLAIM INVOLVING L&W (0.4). |
| ROHNER WM | 11/26/06 | 1.30 | REVIEW MATERIALS RELATING TO DISPUTE INVOLVING AND CLAIM ASSERTED BY L&W, IN CONNECTION WITH L&W ADVERSARY PROCEEDING (1.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| ROHNER WM | 11/27/06 | 1.50 | TELECONFERENCE WITH COMPANY PERSONNEL RE: FACTUAL BASIS OF L&W'S ASSERTED CLAIM, IN CONNECTION WITH DISPUTE AND ADVERSARY PROCEEDING INVOLVING L&W (0.2); REVIEW DOCUMENTS RELATING TO DISPUTE AND ADVERSARY PROCEEDING INVOLVING L&W (0.9); DRAFT SUMMARY OF INFORMATION RELATING TO DISPUTE AND ADVERSARY PROCEEDING INVOLVING L&W (0.4). |
| ROHNER WM | 11/28/06 | 1.10 | CONTINUE REVIEW OF DOCUMENTS RELATING TO DISPUTE AND ADVERSARY PROCEEDING INVOLVING L&W (0.9); REVISE SUMMARY OF INFORMATION RELATING TO DISPUTE AND ADVERSARY PROCEEDING INVOLVING L&W (0.2). |
| ROHNER WM | 11/29/06 | 2.10 | CONTINUE REVIEW OF DOCUMENTS RELATING TO DISPUTE AND ADVERSARY PROCEEDING INVOLVING L&W (1.8); CONFERENCE AND REVIEW MATERIALS WITH REGARD TO LEGAL RESEARCH ISSUE CONCERNING LAW GOVERNING ASSERTED SECURED CLAIMS (0.3). |
| | | 8.50 | |
| **Total Associate** | | 12.60 | |
| **TOTAL TIME** | | **12.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 01/10/07
Secured Claims  Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/03/06 | Copy Center, D | 11.92 |
| In-house Reproduction | 11/10/06 | Copy Center, D | 13.92 |
| In-house Reproduction | 11/14/06 | Copy Center, D | 106.16 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$132.00** |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 4.63 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 5.71 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.43 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.23 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$11.00** |
| Out-of-Town Meals | 10/24/06 | Meisler RE | 21.02 |
| Out-of-Town Meals | 10/24/06 | Meisler RE | 10.98 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$32.00** |
| | | **TOTAL MATTER** | **$175.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)         Bill Date: 01/31/07
Secured Claims                                      Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ROHNER WM | 12/01/06 | 3.50 | CONTINUE DRAFTING SUMMARY ANALYSIS OF CLAIM IN CONNECTION WITH ADVERSARY PROCEEDING AND DISPUTE WITH L&W (1.1); CONFERENCE REGARDING STATUS OF ADVERSARY PROCEEDING AND RELATED ISSUES INVOLVING L&W (0.6); REVIEW ORDERS ENTERED IN CASE WITH REGARD TO CLAIMS REVIEW PROCESS (0.3); CONFERENCE WITH COMPANY PERSONNEL REGARDING FACTUAL ISSUES UNDERLYING CLAIM AND ISSUES INVOLVING L&W (0.4); REVIEW CORRESPONDENCE BETWEEN COMPANY AND L&W (1.1). |
| ROHNER WM | 12/06/06 | 0.60 | DRAFT AND REVISE ANALYSIS OF L&W'S ASSERTED CLAIM (0.4); CONFERENCE WITH COMPANY PERSONNEL REGARDING OPEN QUESTIONS WITH RESPECT TO ASSERTED CLAIM (0.2). |
| ROHNER WM | 12/07/06 | 1.10 | REVIEW DOCUMENTS RELATED TO RECONCILIATION OF CLAIM ASSERTED BY L&W AND ADVERSARY PROCEEDING INVOLVING L&W (1.1). |
| ROHNER WM | 12/08/06 | 5.40 | DRAFT SUMMARY ANALYSIS OF CLAIM ASSERTED BY L&W (2.0); CONFERENCE WITH COMPANY PERSONNEL REGARDING FACTS RELATED TO CLAIM ASSERTED BY L&W (0.4); CONFERENCE REGARDING PENDING DISCUSSIONS WITH COUNSEL FOR L&W (0.4); REVIEW DOCUMENTS RELATED TO L&W'S CLAIM, PENDING ADVERSARY PROCEEDING, AND PRIOR ISSUES AND DISPUTES BETWEEN PARTIES (2.6). |
| ROHNER WM | 12/11/06 | 1.60 | CONTINUE REVIEW OF DOCUMENTS RELATED TO ASSERTED CLAIM AND ADVERSARY PROCEEDING INVOLVING L&W (0.7); TELE-CONFERENCE WITH COUNSEL FOR L&W REGARDING PENDING ISSUES AND POTENTIAL MEETING (0.4); REVIEW CORRESPONDENCE RELATING TO DISPUTE WITH L&W (0.3); CONFERENCE REGARDING PENDING MATTERS WITH L&W (0.2). |
| ROHNER WM | 12/12/06 | 0.30 | CONFERENCE WITH COMPANY PERSONNEL AND COUNSEL FOR L&W REGARDING PENDING DISCUSSIONS WITH RESPECT TO ASSERTED CLAIM AND PENDING ADVERSARY PROCEEDING (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ROHNER WM | 12/13/06 | 2.10 | REVIEW DOCUMENTS RELATING TO CLAIM ASSERTED BY L&W AND EARLIER DISPUTES BETWEEN PARTIES, IN CONNECTION WITH RESOLVING ADVERSARY PROCEEDING INITIATED BY L&W (1.2); DRAFT AND REVISE SUMMARY OF ISSUES RELATING TO CLAIM AND DISCUSSIONS WITH RESPECT TO L&W AND PENDING ADVERSARY PROCEEDING (0.7); COMMUNICATE WITH COMPANY PERSONNEL REGARDING L&W CLAIM AND RELATED ADVERSARY PROCEEDING (0.2). |
| ROHNER WM | 12/14/06 | 6.70 | REVIEW DOCUMENTS AND CORRESPONDENCE IN PREPARATION FOR CONFERENCE WITH COUNSEL FOR L&W REGARDING POTENTIAL RESOLUTION OF ADVERSARY PROCEEDING AND ASSERTED CLAIM (3.7); DRAFT SUMMARY ANALYSIS OF ISSUES BETWEEN COMPANY AND L&W, IN CONNECTION WITH PENDING ADVERSARY PROCEEDING AND ASSERTED CLAIM (1.8); REVIEW DOCUMENTS RELATING TO RECENTLY-ARISEN ISSUES BETWEEN COMPANY AND L&W (1.0); CONFERENCE REGARDING POTENTIAL RESPONSES TO L&W WITH RESPECT TO RECENTLY-ARISEN DISPUTES (0.2). |
| ROHNER WM | 12/15/06 | 5.30 | REVIEW DOCUMENTS AND CORRESPONDENCE RELATING TO RECENTLY-ARISEN DISPUTES BETWEEN COMPANY AND L&W (1.4); CONFERENCE REGARDING POTENTIAL RESPONSES TO ADDRESS RECENTLY-ARISEN DISPUTES BETWEEN COMPANY L&W, IN CONTEXT OF POTENTIALLY RESOLVING L&W'S ASSERTED CLAIM AND PENDING ADVERSARY PROCEEDING (0.4); CONTINUE TO REVIEW DOCUMENTS AND CORRESPONDENCE AND TO DRAFT PRELIMINARY ANALYSES IN PREPARATION FOR CONFERENCE AMONG PERSONNEL FOR COMPANY, L&W, AND THEIR ATTORNEYS (3.5). |
| ROHNER WM | 12/18/06 | 4.10 | CORRESPOND WITH COMPANY PERSONNEL ON STATUS OF ADDRESSING CLAIM AND ADVERSARY PROCEEDING INVOLVING L&W AND ON RELATED ISSUES (0.5); TELECONFERENCE WITH COUNSEL FOR L&W REGARDING INITIAL CONFERENCES BETWEEN PARTIES WITH RESPECT TO POTENTIAL RESOLUTION OF CLAIM AND ADVERSARY PROCEEDING (0.4); REVIEW DOCUMENTS AND CORRESPONDENCE RELATING TO CLAIM AND ADVERSARY PROCEEDING INVOLVING L&W (1.8); CONTINUE TO DRAFT AND REVISE SUMMARY ANALYSES OF ISSUES RELATING TO CLAIM AND ADVERSARY PROCEEDING INVOLVING L&W (1.4). |

B43E

Sᴋᴀᴅᴅᴇɴ, Aʀᴘs, Sʟᴀᴛᴇ, Mᴇᴀɢʜᴇʀ & Fʟᴏᴍ LLP ᴀɴᴅ ᴀꜰꜰɪʟɪᴀᴛᴇs

| | | | |
|---|---|---|---|
| ROHNER WM | 12/19/06 | 5.10 | PARTICIPATE IN CONFERENCE WITH COUNSEL FOR L&W AND REPRESENTATIVES OF COMPANY AND L&W, WITH RESPECT TO POTENTIAL RESOLUTION OF L&W'S ADVERSARY PROCEEDING AND ASSERTED CLAIM (1.2); DRAFT MEMORANDUM SUMMARIZING ISSUES ADDRESSED IN CONFERENCE WITH L&W (0.4); REVIEW DOCUMENTS RELATED TO ISSUES INVOLVED IN L&W'S ADVERSARY PROCEEDING AND ASSERTED CLAIM (1.6); TELE-CONFERENCE WITH COMPANY PERSONNEL, IN PREPARATION FOR CONFERENCE WITH L&W AND ITS COUNSEL (0.7); CONTINUE TO DRAFT SUMMARY ANALYSIS OF ISSUES RELATING TO CLAIM AND ADVERSARY PROCEEDING INVOLVING L&W (1.2). |
| ROHNER WM | 12/21/06 | 0.90 | REVIEW DOCUMENTS RELATING TO RECENTLY-ARISEN DISPUTE BETWEEN COMPANY AND L&W, IN CONTEXT OF RESOLVING BANKRUPTCY ISSUES BETWEEN PARTIES (0.5); CORRESPOND REGARDING RECENTLY-ARISEN DISPUTE WITH L&W (0.4). |
| ROHNER WM | 12/27/06 | 0.80 | REVISE SUMMARY ANALYSIS OF COMPONENTS OF L&W CLAIM, BASED ON INITIAL CONFERENCE FOR RESOLUTION OF CLAIM (0.4); CORRESPOND WITH COMPANY PERSONNEL REGARDING POTENTIAL RESOLUTION OF L&W CLAIM AND OTHER ISSUES RELATING TO PENDING DISCUSSIONS WITH L&W (0.2); REVIEW DOCUMENTS RELATING TO DISPUTES BETWEEN COMPANY AND L&W (0.2). |
| ROHNER WM | 12/28/06 | 0.30 | COMMUNICATE WITH IN-HOUSE COUNSEL REGARDING PENDING DISCUSSIONS WITH L&W RELATED TO POTENTIAL RESOLUTION OF ADVERSARY PROCEEDING, ASSERTED CLAIM, AND OTHER DISPUTES (0.3). |
| | | **37.80** | |
| **Total Associate** | | **37.80** | |
| **TOTAL TIME** | | **37.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 01/31/07 |
|---|---|---|---|
| Secured Claims | | | Bill Number: 1147919 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/01/06 | Copy Center, D | 99.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$99.00** |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.89 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.90 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 12/29/06 | Telecommunications, D | 0.05 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Westlaw | 12/05/06 | Rohner WM | 75.85 |
| Westlaw | 12/08/06 | Rohner WM | 70.43 |
| Westlaw | 12/18/06 | Rohner WM | 67.72 |
| | | **TOTAL WESTLAW** | **$214.00** |
| Vendor Hosted Teleconferencing | 12/19/06 | Teleconferencing Services, LLC | 14.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$14.00** |
| Messengers/ Courier | 12/22/06 | Straightline Courier | 32.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| | | **TOTAL MATTER** | **$361.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Secured Claims

Bill Date: 02/28/07  
Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ROHNER WM | 01/02/07 | 0.20 | CORRESPOND WITH COUNSEL FOR L&W, IN CONNECTION WITH ONGOING DISCUSSIONS REGARDING L&W'S ASSERTED CLAIM AND PENDING ADVERSARY PROCEEDING (0.2). |
| ROHNER WM | 01/03/07 | 0.40 | CORRESPOND WITH COMPANY PERSONNEL REGARDING EXAMINATION OF ISSUES RAISED BY CLAIM ASSERTED BY L&W, IN CONNECTION WITH ONGOING DISCUSSIONS WITH L&W (0.2); REVIEW MATERIALS AND CORRESPONDENCE RELATING TO L&W'S ASSERTED CLAIM (0.2). |
| ROHNER WM | 01/05/07 | 0.20 | DRAFT UPDATE REGARDING POSITIONS TAKEN WITH RESPECT TO COMPONENTS OF L&W'S ASSERTED CLAIM BASED ON INFORMATION PROVIDED BY COMPANY, IN CONNECTION WITH PENDING DISCUSSIONS WITH L&W (0.2). |
| ROHNER WM | 01/09/07 | 0.80 | DRAFT SUMMARY OF STATUS OF L&W MATTER (0.2); CORRESPOND WITH COMPANY PERSONNEL REGARDING ISSUES RELATING TO L&W'S ASSERTED CLAIM (0.4); CORRESPOND WITH OPPOSING COUNSEL REGARDING ONGOING DISCUSSIONS RELATING TO L&W'S ASSERTED CLAIM AND ADVERSARY PROCEEDING (0.2). |
| ROHNER WM | 01/16/07 | 0.50 | CONFERENCE WITH COMPANY PERSONNEL REGARDING ISSUES RELATING TO CLAIM ASSERTED BY L&W (0.3); DRAFT STATUS UPDATE REGARDING L&W'S ASSERTED CLAIM AND PENDING ADVERSARY PROCEEDING (0.2). |
| ROHNER WM | 01/18/07 | 0.30 | CORRESPOND WITH OPPOSING COUNSEL REGARDING ADVERSARY PROCEEDING AND ASSERTED CLAIM (0.3). |
| ROHNER WM | 01/19/07 | 1.80 | ATTEND TELECONFERENCE WITH COMPANY PERSONNEL TO ADDRESS L&W'S ASSERTED CLAIM AND OTHER PENDING DISPUTES WITH L&W (1.0); REVIEW DOCUMENTS RELATING TO PENDING ISSUES WITH L&W (0.4); CORRESPOND WITH COUNSEL FOR L&W (0.4). |
| ROHNER WM | 01/22/07 | 0.50 | CORRESPOND WITH COMPANY PERSONNEL REGARDING STATUS OF ADVERSARY PROCEEDING, ASSERTED CLAIM, AND PENDING DISPUTES WITH L&W, AS WELL AS OPEN ISSUES RELATING THERETO (0.5). |
|  |  | **4.70** |  |
| **Total Associate** |  | **4.70** |  |
| **TOTAL TIME** |  | **4.70** |  |

B43E