SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-30
REAL ESTATE (OWNED)
64.2 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                              Bill Date: 11/30/06
Real Estate (Owned)                                                   Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 10/02/06 | 1.20 | REVIEW PRESENTATION FOR CLIENT MEETING RE: PROJECT VANTAGE AND FOLLOW UP ON ISSUES AND STATUS OF DISCUSSIONS WITH SELLER (1.2). |
| WEXLER MP | 10/03/06 | 2.50 | REVIEW REVISED PRESENTATION IN PREPARATION FOR (0.3) AND PARTICIPATE IN MEETING/TELECONFERENCE RE: PROJECT VANTAGE (1.5); FOLLOW UP ON ISSUES (0.3); REVIEW AND COMMENT ON REVISED SLIDES RE: PROJECT FOR CREDITORS COMMITTEE PRESENTATION (0.4). |
| WEXLER MP | 10/05/06 | 0.80 | REVIEW AND COMMENT ON ISSUES IN CONNECTION WITH PROJECT VANTAGE AND ACQUISITION OF AUBURN HILLS PROPERTY (0.6) AND TELECONFERENCE WITH C. COMERFORD RE: SAME (0.2). |
| WEXLER MP | 10/06/06 | 0.70 | PARTICIPATE IN SENIOR STRATEGY CALL AND FOLLOW UP (0.7). |
| WEXLER MP | 10/09/06 | 1.70 | TELECONFERENCE WITH S. CORCORAN, C. COMERFORD, J. BEAUDOEN RE: AUBURN HILLS (1.3); REVIEW AND COMMENT ON VALEO DRAFT OF LETTER OF INTENT (0.4). |
| WEXLER MP | 10/10/06 | 0.60 | REVIEW AND COMMENT ON REVISED LETTER OF INTENT FOR AUBURN HILLS (0.6). |
| WEXLER MP | 10/11/06 | 0.10 | TELECONFERENCE WITH C. COMERFORD RE: STATUS OF VALEO PURCHASE (0.1). |
| WEXLER MP | 10/13/06 | 0.10 | REVIEW STATUS OF PROJECT VANTAGE FOR FILING PURPOSES (0.1). |
| WEXLER MP | 10/20/06 | 1.10 | REVIEW AGENDA (0.1) AND PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (1.0). |
| WEXLER MP | 10/27/06 | 0.60 | REVIEW AGENDA (0.1) AND PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.5). |
| WEXLER MP | 10/31/06 | 0.30 | TELECONFERENCE WITH C. COMERFORD AND J. BEAUDOEN RE: JLL DISCUSSIONS ON PROJECT VANTAGE AND OTHER REAL ESTATE MATTERS (0.3). |
| | | 9.70 | |
| **Total Partner** | | **9.70** | |
| DIAZ LB* | 10/02/06 | 0.50 | CONTINUE TO DRAFT LETTER TO CITY OF SAGINAW RE: LIEN (0.5). |
| DIAZ LB* | 10/05/06 | 1.00 | REVISE LETTER TO CITY OF SAGINAW RE: CLAIMS AND CONTINUED RESEARCH RE: LIENS AND INTEREST (1.0). |
| DIAZ LB* | 10/06/06 | 0.40 | TELECONFERENCE WITH M. HESTER RE: WATER LIEN (0.4). |
| DIAZ LB* | 10/09/06 | 2.60 | RESEARCH RE: WATER LIENS (2.6). |

111                                                                                    B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| | | | |
|---|---|---|---|
| DIAZ LB* | 10/12/06 | 2.10 | RESEARCHED RE: PENALTIES AND LATE FEES (2.1). |
| | | 6.60 | |
| **Total Associate/Law Clerk** | | 6.60 | |
| **TOTAL TIME** | | <u>16.30</u> | |

\* Law clerks are law school graduates who are not presently admitted to practice.

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Real Estate (Owned)

Bill Date: 01/10/07  
Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 11/01/06 | 0.90 | REVIEW ISSUES WITH JLL REPRESENTATION OF SALE/LEASEBACK FOR PROJECT VANTAGE (0.3); REVIEW JLL AGREEMENT AND ORDER FOR SPECIFICS ON REPRESENTATION AND STRATEGY AND REVIEW STRATEGY FOR DEALING WITH SAME (0.6). |
| WEXLER MP | 11/09/06 | 0.20 | REVIEW ISSUES AND CORRESPONDENCE RE: JLL PAYMENT FOR PROJECT VANTAGE (0.2). |
| WEXLER MP | 11/14/06 | 0.30 | CORRESPONDENCE WITH JLL COUNSEL RE: PROJECT VANTAGE FEES AND FOLLOW UP ON SAME (0.3). |
| WEXLER MP | 11/27/06 | 1.20 | REVIEW STATUS AND ISSUES FOR PROJECT VANTAGE TRANSACTION AND JLL FEES (0.6); REVIEW CORRESPONDENCE FROM JLL COUNSEL AND FOLLOW UP WITH CLIENT RE: SAME (0.2); REVIEW REQUIREMENTS FOR FILING PROJECT VANTAGE MOTION (0.4). |
| WEXLER MP | 11/28/06 | 0.60 | TELECONFERENCE WITH C. COMERFORD RE: STATUS OF PROJECT VANTAGE AND ISSUES RAISED BY CURRENT OWNER AND FOLLOW UP ON SAME (0.6). |
|  |  | 3.20 |  |
| **Total Partner** |  | **3.20** |  |
| DANZ CE | 11/09/06 | 0.40 | ATTENTION TO OWNED REAL PROPERTY ISSUES (ANAHEIM AND VALEO) AND DISCUSSION WITH STATUS WITH J. BEAUDEON (0.4). |
| DANZ CE | 11/28/06 | 3.50 | COMMUNICATION WITH C. COMERFORD RE: OWNED PROPERTY ISSUES (ANAHEIM) AND REVIEWED PURCHASE AGREEMENT, PROPOSED ORDER AND PROPOSED BIDDING PROCEDURES PROVIDED BY BIDDERS (3.5). |
|  |  | 3.90 |  |
| **Total Associate** |  | **3.90** |  |
| **TOTAL TIME** |  | **7.10** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Real Estate (Owned)

Bill Date: 02/28/07  
Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 01/05/07 | 0.90 | REVIEW CORRESPONDENCE FROM CLIENT REGARDING LEASE ISSUES WITH PROJECT VANTAGE (0.2); TELECONFERENCE WITH C. COMERFORD REGARDING STATUS OF PROJECT, TIMELINES AND STRATEGY (0.3) AND FOLLOW UP ON SAME (0.4). |
| WEXLER MP | 01/06/07 | 1.70 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (1.7). |
| WEXLER MP | 01/08/07 | 1.20 | REVIEW OPEN ISSUES ON PROJECT VANTAGE IN PREPARATION FOR TELECONFERENCE WITH CLIENT (0.2); TELECONFERENCE WITH C. COMERFORD, J. BEAUDOEN, I. SCOTT, S. BERGER REGARDING PROJECT VANTAGE TIMING, STRUCTURE AND ISSUES (1.0). |
| WEXLER MP | 01/09/07 | 2.60 | PREPARATION FOR TELECONFERENCE WITH CLIENT ON PROJECT VANTAGE, INCLUDING REVIEW OF TIMELINE/CLOSING CHECKLIST (0.4); TELECONFERENCE WITH C. COMERFORD, J. BEAUDOEN, K. GIRGEN REGARDING PROJECT VANTAGE TIMING, ISSUES AND STRATEGY (1.4); TELECONFERENCE WITH M. HESTER AND C. COMERFORD REGARDING ENVIRONMENTAL PROVISIONS IN FORM OF LEASE (0.2); FOLLOW UP ON ISSUES AND REQUIREMENTS AND SCHEDULING OF MOTION (0.6). |
| WEXLER MP | 01/10/07 | 0.70 | REVIEW CORRESPONDENCE REGARDING PROJECT VANTAGE AND JLL ISSUES AND DISCUSS WITH C. COMERFORD AND J. BEAUDOEN (0.4); FOLLOW UP ON SCHEDULING PROJECT VANTAGE MOTION AND ITEMS TO BE COMPLETED PRIOR TO FILING (0.3). |
| WEXLER MP | 01/11/07 | 0.40 | REVIEW ISSUES REGARDING FINANCING OF PROJECT VANTAGE AND REQUIREMENTS OF BANKRUPTCY COURT (0.4). |
| WEXLER MP | 01/17/07 | 0.20 | REVIEW ISSUES IN CONNECTION WITH JLL REPRESENTATION ON PROJECT VANTAGE (0.2). |
| WEXLER MP | 01/18/07 | 0.40 | REVIEW ISSUES OF JLL REPRESENTATION IN CONNECTION WITH PROJECT VANTAGE (0.4). |
| WEXLER MP | 01/19/07 | 0.60 | PARTICIPATION IN SENIOR STRATEGY CALL (0.6). |
| WEXLER MP | 01/22/07 | 0.60 | REVIEW CORRESPONDENCE REGARDING JLL REPRESENTATION ON PROJECT VANTAGE AND CONSIDER STRATEGY (0.6). |
| WEXLER MP | 01/23/07 | 0.40 | TELECONFERENCE WITH C. COMERFORD REGARDING STATUS OF PROJECT VANTAGE (0.1); FOLLOW UP ON TELECONFERENCE WITH JLL COUNSEL REGARDING PAYMENT OF JLL FEE IN CONNECTION WITH PROJECT VANTAGE AND APPROPRIATE RESPONSE THERETO (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WEXLER MP | 01/24/07 | 0.60 | REVIEW ISSUES RELATING TO JLL ROLE IN PROJECT VANTAGE (0.6). |
| WEXLER MP | 01/25/07 | 1.00 | FOLLOW UP ON JLL MATTERS FOR PROJECT VANTAGE (0.2); TELECONFERENCE WITH S. CORCORAN, J. BEAUDOEN, C. COMERFORD REGARDING JLL ISSUES ON PROJECT VANTAGE AND WARREN, OH (0.2) AND FOLLOW UP (0.6). |
| WEXLER MP | 01/26/07 | 0.50 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.4); FOLLOW UP ON JLL ISSUES IN PROJECT VANTAGE (0.1). |
| WEXLER MP | 01/29/07 | 1.70 | CONSIDER ISSUES REGARDING JLL AND RETENTION ON PROJECT VANTAGE (0.9); DISCUSS ISSUES WITH S. CORCORAN (0.4) AND FOLLOW UP (0.4). |
| WEXLER MP | 01/30/07 | 5.00 | REVIEW CORRESPONDENCE WITH JLL AND RELATED MATERIALS REGARDING PROJECT VANTAGE (0.7); MULTIPLE TELECONFERENCES WITH C. COMERFORD, J. BEAUDOEN, S. CORCORAN, J. JAFFURS AND OTHERS AT DELPHI REGARDING JLL REPRESENTATION ON PROJECT VANTAGE (1.8); TELECONFERENCES WITH DELPHI AND JLL REGARDING SAME (1.5); TELECONFERENCES WITH J. FRANK REGARDING PROPOSAL ON PROJECT VANTAGE (0.3); REVIEW AND COMMENT ON SEVERAL DRAFTS OF PROPOSAL TO JLL (0.3); REVIEW CORRESPONDENCE TO PROJECT VANTAGE BIDDERS (0.2); REVIEW JLL AGREEMENT AND CORRESPONDENCE TO CLIENTS REGARDING TERMINATION PROVISIONS (0.2). |
| WEXLER MP | 01/31/07 | 1.60 | UPDATE ON JLL POSITION ON PROJECT VANTAGE (0.2); TELECONFERENCE WITH C. COMERFORD AND J. BEAUDOEN REGARDING LEASE REJECTION ISSUES IN CONNECTION WITH PROJECT VANTAGE AND OTHER JLL ISSUES (0.7); FOLLOW UP ON ISSUES RAISED (0.4); REVIEW CORRESPONDENCE FROM JLL REGARDING BIDDER AND RELATIONSHIP TO JLL (0.3). |
| | | **20.10** | |
| **Total Partner** | | **20.10** | |
| GRANT K | 01/30/07 | 4.70 | COMPLETE REVIEW OF JLL CORRESPONDENCE AND REVIEW CONTRACT WITH JLL REGARDING PENDING DISPUTE (1.5); TELECONFERENCES WITH JLL AND DELPHI COUNSEL AND BUSINESS PERSONS (1.3); TELECONFERENCES WITH DELPHI COUNSEL AND BUSINESS PERSONS (1.9) REGARDING JLL DISPUTE. |
| | | **4.70** | |

127

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 01/23/07 | 1.30 | REVIEW CORRESPONDENCE AND RELATED DOCUMENTS REGARDING JLL (1.0); TELECONFERENCE WITH J. FRANK REGARDING SAME (0.2); REVIEW CORRESPONDENCE FROM J. FRANK TO A. LEONHARD (0.1). |
| MEISLER RE | 01/24/07 | 1.50 | CONTINUE ANALYSIS OF JLL ISSUE (1.1); DRAFT INTERNAL CORRESPONDENCE REGARDING SAME (0.3, 0.1). |
| MEISLER RE | 01/25/07 | 1.50 | CONFERENCE WITH S. CORCORAN AND C. COMERFORD REGARDING JLL (0.5); CONTINUE ANALYSIS REGARDING JLL (1.0). |
| MEISLER RE | 01/26/07 | 1.40 | TELECONFERENCE WITH S. CORCORAN REGARDING JLL (0.2); TELECONFERENCE WITH C. COMERFORD REGARDING SAME (0.2); TELECONFERENCE WITH J. KLEINMAN REGARDING SAME (0.2); TELECONFERENCE WITH J. FRANK REGARDING SAME (0.2); REVIEW CORRESPONDENCE REGARDING SAME (0.3); KLEINMAN CALL (0.3). |
| MEISLER RE | 01/29/07 | 1.60 | TELECONFERENCE WITH S. CORCORAN, C. COMERFORD, AND J. BEOUDEON REGARDING JLL (0.4); ANALYSIS REGARDING SAME (0.3); TELECONFERENCE WITH J. FRANK REGARDING JLL (0.5); TELECONFERENCE WITH S. CORCORAN REGARDING SAME (0.4). |
| MEISLER RE | 01/30/07 | 6.40 | TELECONFERENCE WITH S. CORCORAN, C. COMERFORD, J. BEAUDOEN REGARDING JLL (0.2); REVIEW AND ANALYZE SAME (0.4); TELECONFERENCE WITH S. CORCORAN, C. COMERFORD, J. BEAUDOEN REGARDING JLL (0.7); TELECONFERENCES WITH JLL, J. FRANK, S. CORCORAN, C. COMERFORD, J. BEAUDOEN REGARDING SAME (0.7, 0.9); FOLLOW UP TELECONFERENCES WITH S. CORCORAN, C. COMERFORD, J. BEAUDOEN REGARDING SAME (0.3, 0.2); ANALYSIS REGARDING SAME (0.3); TELECONFERENCE WITH J. FRANK REGARDING SAME (0.3); FOLLOW UP WITH J. FRANK (0.1); REVIEW INSTRUCTION LETTER TO INVESTORS REGARDING PROJECT VANTAGE (0.2); DRAFT PROPOSAL REGARDING JLL (0.8); DRAFT CORRESPONDENCE REGARDING SAME (0.3); REVISE PROPOSAL (0.5); TELECONFERENCES WITH C. COMERFORD REGARDING SAME (0.1, 0.1); CONTINUE ANALYSIS OF SAME (0.3). |

128

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 01/31/07 | 2.30 | TELECONFERENCE WITH S. CORCORAN REGARDING JLL (0.2); TELECONFERENCES WITH J. FRANK REGARDING SAME (0.1, 0.1); TELECONFERENCE WITH C. COMERFORD REGARDING SAME (0.1); TELECONFERENCE WITH C. COMERFORD AND J. BEAUDOEN REGARDING JLL (0.2); ANALYSIS REGARDING SAME (0.8); DRAFT CORRESPONDENCE REGARDING SAME (0.3); REVIEW PROPOSAL (0.4); TELECONFERENCE WITH J. FRANK REGARDING SAME (0.1). |
| | | 16.00 | |
| **Total Associate** | | 20.70 | |
| **TOTAL TIME** | | <u>40.80</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 02/28/07**
**Real Estate (Owned)**  **Bill Number: 1148705**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | --- |
| Vendor Hosted Teleconferencing | 01/30/07 | Teleconferencing Services, LLC | 10.97 |
| Vendor Hosted Teleconferencing | 01/30/07 | Teleconferencing Services, LLC | 1.03 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$12.00** |
| | | **TOTAL MATTER** | **$12.00** |

B43E