SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-31
LITIGATION (GENERAL)
74.4 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 11/30/06 |
|---|---|---|---|
| Litigation (General) | | | Bill Number: 1132369 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MACDONALD N | 10/28/06 | 6.30 | LEGAL RESEARCH ON MATTERS RELATED TO INDEMNIFICATION AND ADVANCEMENT OBLIGATIONS IN BANKRUPTCY(3.2); DOCUMENT REVIEW RELATED TO SAME(3.1). |
| | | 6.30 | |
| **Total Associate** | | 6.30 | |
| **TOTAL TIME** | | **6.30** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | Bill Date: 01/10/07 | |
|---|---|---|
| Litigation (General) | | Bill Number: 1147918 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| CAMPANARIO ND | 11/29/06 | 6.40 | REVIEW COMPLAINT AND RELATED PAPERS RE: CLARION CORPORATION OF AMERICA'S ACTION AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (2.4); FORMULATE STRATEGY RE: REMOVAL OF ACTION TO FEDERAL COURT (0.5); LEGAL RESEARCH RE: REMOVAL PROCEDURE AND DETERMING CITIZENSHIP OF LIMITED LIABILITY COMPANY (2.9); BEGIN DRAFTING NOTICE OF REMOVAL (0.6). |
| CAMPANARIO ND | 11/30/06 | 7.10 | LEGAL RESEARCH RE: BANKRUPTCY JURISDICTION IN CONNECTION WITH REMOVAL OF ACTION BY CLARION CORPORATION OF AMERICA AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC (5.8); TELECONFERENCE WITH R. CHANEY AND J. BOCKELMAN OF DELPHI RE: BUSINESS RELATIONSHIP WITH CLARION (1.3). |
| | | 13.50 | |
| **Total Associate** | | **13.50** | |
| ~~ROSEN R~~ | ~~11/15/06~~ | ~~0.90~~ | ~~COMPILE, FORWARD RECENTLY FILED PLEADINGS FROM DELPHI ADVERSARY, SEC, APPEAL AND GENERAL LITIGATION CASES TO CLIENT FOR PLEADINGS BINDERS UPDATES (0.9).~~ |
| ~~ROSEN R~~ | ~~11/29/06~~ | ~~0.50~~ | ~~INVESTIGATION, RESEARCH, COMPILE AND FORWARD CEP CH. 11 CASE PLEADINGS (RE: DELPHI MEDICAL) TO REQUESTING TEAM ATTORNEY (0.5).~~ |
| | | ~~1.40~~ | |
| ~~Total Legal Assistant~~ | | ~~1.40~~ | |
| **TOTAL TIME** | | **14.90** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  Bill Date: 01/31/07
Litigation (General)  Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRANT K | 12/14/06 | 3.70 | REVIEW ASBESTOS COMPLAINTS FILED AGAINST DELPHI BY BELT, CALDWELL AND LEDFORD (2.4); DRAFT SUGGESTION OF BANKRUPTCY FOR EACH CASE (1.3). |
| GRANT K | 12/18/06 | 0.50 | TELECONFERENCES AND EMAIL WITH PLAINTIFF'S COUNSEL REGARDING CARDWELL ASBESTOS CASE (0.5). |
|  |  | 4.20 |  |
| Total Associate |  | 4.20 |  |
| **TOTAL TIME** |  | **4.20** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Litigation (General)

Bill Date: 02/28/07  
Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 01/17/07 | 0.50 | ANALYSIS REGARDING RESPONDING TO PERSONAL INJURY LITIGATION AGAINST COMPANY MANAGER (0.5). |
| RAMLO K | 01/22/07 | 0.60 | STRATEGY AND ANALYSIS REGARDING REMOVAL OF STEWART LITIGATION (0.6). |
| RAMLO K | 01/23/07 | 0.20 | FURTHER ANALYSIS REGARDING REMOVAL OF STEWART ACTION (0.2). |
| RAMLO K | 01/25/07 | 2.80 | REVISE REMOVAL MEMO (2.8). |
| | | 4.10 | |
| **Total Counsel** | | **4.10** | |
| GRANT K | 01/22/07 | 5.30 | RESEARCH REGARDING REMOVAL OF PERSONAL INJURY ACTION AND BEGAN WORK ON MEMO REGARDING SAME (5.3). |
| GRANT K | 01/23/07 | 6.50 | CONTINUE TO WORK ON MEMO REGARDING REMOVAL AND RESEARCH REGARDING SAME (6.5). |
| GRANT K | 01/24/07 | 3.10 | COMPLETE DRAFT OF MEMO REGARDING REMOVAL IN BANKRUPTCY (3.1). |
| GRANT K | 01/25/07 | 9.70 | REVISE AND FINALIZE MEMO REGARDING REMOVAL OF PERSONAL INJURY CLAIM (7.5); LEGAL AND FACTUAL RESEARCH REGARDING PROCEEDING AGAINST LEXTRON. (2.2). |
| GRANT K | 01/26/07 | 6.30 | COMPLETE RESEARCH REGARDING LEXTRON CASE AND DRAFTED SUMMARY REGARDING SAME (6.1); TELECONFERENCE WITH N. BERGER REGARDING SAME. (0.2). |
| GRANT K | 01/29/07 | 5.90 | CONTINUE TO RESEARCH REGARDING COUNTER CLAIMS IN BANKRUPTCY (5.9). |
| GRANT K | 01/30/07 | 3.70 | COMPLETE RESEARCH REGARDING COUNTER CLAIMS IN BANKRUPTCY AND DRAFT MEMO REGARDING SAME (3.7). |
| GRANT K | 01/31/07 | 1.50 | REVISE AND FINALIZE MEMO REGARDING COUNTERCLAIMS (1.5). |
| | | 42.00 | |
| MEISLER RE | 01/10/07 | 0.30 | CONFERENCE WITH J. PAPELIAN AND B. TELGEN REGARDING STEWART LITIGATION (0.3). |
| MEISLER RE | 01/11/07 | 0.30 | REVIEW AND ANALYZE POSSIBLE REMOVAL REGARDING STEWART LITIGATION (0.3). |
| MEISLER RE | 01/15/07 | 0.50 | CONTINUE TO ANALYZE STEWART CASE (0.5). |
| MEISLER RE | 01/17/07 | 0.40 | CONTINUE TO REVIEW STEWART LITIGATION (0.4). |

119

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 01/22/07 | 1.50 | ANALYSIS OF REMOVAL IN LITIGATION (1.3); DRAFT CORRESPONDENCE REGARDING SAME (0.2). |
| MEISLER RE | 01/24/07 | 1.30 | REVIEW REMOVAL MEMO (1.3). |
| | | 4.30 | |
| **Total Associate** | | 46.30 | |
| **TOTAL TIME** | | **50.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Litigation (General)

Bill Date: 02/28/07  
Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 01/25/07 | Grant K | 89.00 |
| | | **TOTAL LEXIS/NEXIS** | **$89.00** |
| Westlaw | 01/22/07 | Grant K | 101.44 |
| Westlaw | 01/23/07 | Grant K | 57.37 |
| Westlaw | 01/24/07 | Grant K | 685.11 |
| Westlaw | 01/25/07 | Grant K | 42.08 |
| Westlaw | 01/29/07 | Grant K | 413.30 |
| Westlaw | 01/30/07 | Grant K | 23.70 |
| | | **TOTAL WESTLAW** | **$1,323.00** |
| Messengers/ Courier | 01/08/07 | Dist Serv/Mail/Page, D | 6.37 |
| Messengers/ Courier | 01/09/07 | Dist Serv/Mail/Page, D | 9.42 |
| Messengers/ Courier | 01/09/07 | Dist Serv/Mail/Page, D | 23.11 |
| Messengers/ Courier | 01/10/07 | Dist Serv/Mail/Page, D | 6.37 |
| Messengers/ Courier | 01/12/07 | Dist Serv/Mail/Page, D | 6.36 |
| Messengers/ Courier | 01/26/07 | Dist Serv/Mail/Page, D | 6.37 |
| | | **TOTAL MESSENGERS/ COURIER** | **$58.00** |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 5.49 |
| Outside Research/Internet Services | 01/08/07 | Pacer Service Center | 32.51 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$38.00** |
| Printing to paper from TIF | 01/08/07 | Copy Center, D | 320.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$320.00** |
| | | **TOTAL MATTER** | **$1,828.00** |

B43E