SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-32
UTILITIES
34.2 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/06
Utilities                                                   Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MEISLER RE | 10/02/06 | 0.10 | REVIEW LETTER TO SAGINAW RE: ASSERTION OF LIENS (0.1). |
| MEISLER RE | 10/03/06 | 0.40 | REVIEW AND ANALYZE WATER SUPPLIER'S ASSERTION OF LIEN (0.4). |
| MEISLER RE | 10/05/06 | 0.70 | REVIEW AND COMMENT ON LETTER TO WATER SUPPLIER RE: WATER LIENS (0.3); REVIEW CORRESPONDENCE RE: POSSIBLE PRORATION OF UTILITY CHARGES FROM OCTOBER 2005 (0.3); TELECONFERENCE WITH K. CRAFT RE: SAME (0.1). |
| MEISLER RE | 10/12/06 | 0.40 | CONTINUE REVIEW OF WATER LIENS (0.2); REVIEW AND REVISE CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 10/23/06 | 0.30 | REVIEW ENERGY CONTRACT (0.3). |
| MEISLER RE | 10/24/06 | 0.50 | REVIEW CORRESPONDENCE TO UTILITY PROVIDER (0.2); REVIEW POTENTIAL FORWARD CONTRACT (0.3). |
| MEISLER RE | 10/25/06 | 0.20 | DRAFT CORRESPONDENCE RE: FORWARD CONTRACTS (0.2). |
| MEISLER RE | 10/26/06 | 0.10 | TELECONFERENCE WITH D. POOLE RE: ENERGY CONTRACT (0.1). |
| MEISLER RE | 10/30/06 | 0.40 | PREPARE FOR TELECONFERENCE WITH M. HESTER AND D. POOLE RE: ENERGY CONTRACT (0.2); TELECONFERENCE WITH M. HESTER AND D. POOLE RE: SAME (0.1); DRAFT NOTES TO FILE RE: SAME (0.1). |
| MEISLER RE | 10/31/06 | 1.20 | REVIEW AND COMMENT ON ENERGY CONTRACT (1.1); DRAFT CORRESPONDENCE TO M. HESTER AND D. POOLE RE: SAME (0.1). |
| | | **4.30** | |
| PERL MW | 10/30/06 | 2.50 | PREPARE FOR (0.3) AND PARTICIPATE IN CONFERENCE CALL WITH M. HESTER AND D. POOLE RE: DIRECT ENERGY CONTRACT (0.2); REVIEW AND MARKUP UTILITY CONTRACT IN CONNECTION WITH PROVISIONS RELATING TO CHAPTER 11 PROCEEDINGS (2.0). |
| PERL MW | 10/31/06 | 3.00 | REVIEW AND REVISE MARKUP TO UTILITY CONTRACT (2.3); SRTAREGIZE WITH WORKING GROUP RE: COMMENTS TO SAME (0.7). |
| | | **5.50** | |
| Total Associate | | **9.80** | |
| TOTAL TIME | | **9.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 01/10/07
Utilities                                              Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 11/02/06 | 0.20 | REVIEW CORRESPONDENCE RE: DIRECT ENERGY CONTRACT (0.2). |
| MEISLER RE | 11/17/06 | 0.30 | CONFERENCE WITH K. GRANT RE: MODIFICATION TO WASTE DISPOSAL CONTRACT (0.2); DRAFT CORRESPONDENCE TO D. POOLE RE: CONFERENCE CALL RE: SAME (0.1). |
| MEISLER RE | 11/19/06 | 0.40 | REVIEW MODIFICATION TO WASTE CONTRACT (0.4). |
| MEISLER RE | 11/20/06 | 0.80 | REVIEW AGREEMENT RE: EXTENSION OF WASTE CONTRACT (0.2); DRAFT CORRESPONDENCE TO M. HESTER RE: SAME (0.1); CONTINUED TO REVIEW DIRECT ENERGY CONTRACT (0.5). |
| MEISLER RE | 11/21/06 | 2.80 | PARTICIPATE ON CALL RE: DEBS CONTRACT (1.5); CONTINUE TO REVIEW OF CONTRACT RE: SAME (1.3). |
| MEISLER RE | 11/22/06 | 0.50 | REVIEW REVISED DRAFT OF DIRECT ENERGY CONTRACT (0.5). |
| | | 5.00 | |
| PERL MW | 11/19/06 | 0.20 | REVIEW REVISED UTILITY CONTRACT WITH DIRECT ENERGY RE: COMMENTS TO PREVIOUSLY CIRCULATED MARKUP (0.2). |
| PERL MW | 11/20/06 | 2.10 | REVIEW UPDATED DRAFT OF DIRECT ENERGY CONTRACT (0.7); PARTICIPATE IN TELECONFERENCE WITH D. POOLE, R. LOUGHENY AND COUNSEL TO DIRECT ENERGY RE: CONTRACT REVISIONS (0.3); FOLLOW UP REVIEW OF CONTRACT, INCLUDING COMPARISON OF CHANGES IN VARIOUS DRAFTS OF CONTRACT (1.1). |
| PERL MW | 11/21/06 | 9.60 | REVIEW MULTIPLE VERSIONS OF DIRECT ENERGY CONTRACT, INCLUDING UPDATED DRAFT (0.7); PREPARE FOR (0.4) AND PARTICIPATE (1.5) IN TELECONFERENCE WITH D. POOLE, R. LOUGHNEY, AND DIRECT ENERGY'S COUNSEL RE: REVISIONS TO CONTRACT AND FOLLOW UP WITH WORKING GROUP (0.2) RE: SAME; REVIEW COMMENTS FROM DIRECT ENERGY TELECONFERENCE (0.6); CONSIDER VARIOUS POTENTIAL BANKRUPTCY RELATED ISSUES IN CONNECTION WITH SAME (2.1); PREPARE MARKUP OF DIRECT ENERGY CONTRACT INCORPORATING VARIOUS COMMENTS (2.7); RESEARCH RE: AUTOMATIC STAY IN CONNECTION WITH PROVISION IN DIRECT ENERGY CONTRACT (1.0); DRAFT CORRESPONDENCE TO M. HESTER, D. POOLE, AND R. LOUGHENY RE: SAME (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 11/22/06 | 0.20 | TELECONFERENCE WITH R. LOUGHENY RE: COMMENTS TO DIRECT ENERGY CONTRACT (0.1) AND FOLLOW UP CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.1). |
| PERL MW | 11/26/06 | 0.20 | REVIEW UPDATED DRAFT OF DIRECT ENERGY CONTRACT (0.2). |
| | | 12.30 | |

Total Associate          17.30

**TOTAL TIME**          <u>**17.30**</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/10/07
Utilities                                                   Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/24/06 | Copy Center, D | 9.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$9.00** |
| Westlaw | 11/21/06 | Perl MW | 65.00 |
| | | **TOTAL WESTLAW** | **$65.00** |
| | | **TOTAL MATTER** | **$74.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/31/07
Utilities                                        Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MEISLER RE | 12/04/06 | 0.40 | REVIEW DIRECT ENERGY CONTRACT (0.4). |
| MEISLER RE | 12/06/06 | 0.30 | REVIEW UPDATED DIRECT ENERGY CONTRACT (0.3). |
| MEISLER RE | 12/08/06 | 0.30 | REVIEW STATUS OF DIRECT ENERGY CONTRACT (0.2); DRAFT CORRESPONDENCE TO D. POOLE AND M. HESTER REGARDING SAME (0.1). |
| MEISLER RE | 12/18/06 | 1.20 | REVIEW AND RESEARCH M. HESTER INQUIRY REGARDING COLD SHUTDOWN QUESTION (1.0); DRAFT CORRESPONDENCE REGARDING SAME (0.2). |
| | | **2.20** | |
| PERL MW | 12/04/06 | 0.70 | REVIEW VARIOUS VERSIONS OF DIRECT ENERGY CONTRACT AND PROVIDE COMMENTS TO SAME (0.7). |
| PERL MW | 12/06/06 | 1.40 | REVIEW UPDATED VERSIONS OF DIRECT ENERGY CONTRACTS (0.6); PROVIDE COMMENTS TO SAME AND DRAFT CORRESPONDENCE TO D. POOLE AND R. LOUGHENY REGARDING COMMENTS TO SAME (0.8). |
| PERL MW | 12/08/06 | 0.40 | TELECONFERENCE WITH J. VERO REGARDING DIRECT ENERGY CONTRACT (0.1); REVIEW SAME AND FOLLOW UP CORRESPONDENCE REGARDING COMMENTS TO SAME (0.3). |
| PERL MW | 12/10/06 | 0.80 | REVIEW UPDATED DRAFT OF DIRECT ENERGY CONTRACT AND PREPARE FOR 12/11 CONFERENCE CALL (0.8). |
| PERL MW | 12/11/06 | 0.70 | PARTICIPATE IN TELECONFERENCE WITH D. POOLE, R. LOUGHNEY, J. VERO AND B. HASLEY REGARDING DIRECT ENERGY CONTRACT (0.7). |
| PERL MW | 12/12/06 | 0.20 | REVIEW CORRESPONDENCES FROM R. LOUGHNEY REGARDING DIRECT ENERGY CONTRACT (0.2). |
| PERL MW | 12/15/06 | 0.60 | PREPARE FOR, INCLUDING REVIEW OF VARIOUS DRAFTS OF DIRECT ENERGY CONTRACT (0.4) AND PARTICIPATE (0.2) IN TELECONFERENCE WITH D. POOLE, R. LOUGHNEY, B. HAYSLEY AND ATTORNEYS FOR DIRECT ENERGY REGARDING CONTRACT REVISIONS. |
| PERL MW | 12/27/06 | 0.10 | FOLLOW UP WITH R. LOUGHENEY AND D. POOLE REGARDING STATUS OF DIRECT ENERGY CONTRACT (0.1). |
| | | **4.90** | |
| **Total Associate** | | **7.10** | |
| **TOTAL TIME** | | **7.10** | |

B43E