SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------- x

EXHIBIT D-33
CLAIMS ADMINISTRATION (RECLAMATION / TRUST FUNDS)
18.8 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Claims Admin. (Reclamation/Trust Funds)

Bill Date: 11/30/06  
Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WHARTON JN | 10/03/06 | 0.20 | TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: OPEN RECLAMATION CLAIMS (0.1); WORK ON CLOSING OF CLAIMS OF SCIENTIFIC TUBE AND CENTURY MOLD & TOOL (0.1). |
| WHARTON JN | 10/04/06 | 0.40 | TELECONFERENCE WITH W. REYNOLDS, COUNSEL TO RECLAMATION CLAIMANT ANGEL-DEMMELL NORTH AMERICA, RE: SETTLEMENT DISCUSSIONS (0.1); ANALYZE OLIN RECLAMATION CLAIM (0.1) AND PROPOSED LANGUAGE TO BE ADDED TO VALEO STATEMENT OF RECLAMATION (0.1); TELECONFERENCE WITH C. WU OF FTI RE: VALEO RECLAMATION CLAIM (0.1). |
| WHARTON JN | 10/05/06 | 2.80 | TELECONFERENCE WITH N. BERGER OF TOGUT SEGAL RE: ESSEX GROUP RECLAMATION CLAIM (0.2); UPDATE CHART SUMMARIZING STATUS OF ESCALATED RECLAMATION CLAIMS (0.6); TELECONFERENCES WITH C. WU OF FTI (0.7), T. MCDONAGH OF FTI (0.2), AND R. EMANUEL OF DELPHI (0.2) RE: OPEN RECLAMATION CLAIMS; ANALYZE ESSEX GROUP RECLAMATION CLAIM AND REQUEST TO RESOLVE RECLAMATION CLAIM AND SETOFF CLAIM (0.3); TELECONFERENCE WITH A. WOOL, COUNSEL TO RECLAMATION CLAIMANT MEMC (0.1); ANALYZE REQUEST OF TAL-PORT INDUSTRIES TO RESOLVE RECLAMATION CLAIM (0.1); TELECONFERENCE WITH T. MCDONAGH OF FTI RE: ESSEX GROUP (0.1); TELECONFERENCE WITH J. SICKMAN, COUNSEL TO VALEO RE: RECLAMATION CLAIM (0.1) AND ANALYZE VALEO'S PROPOSAL FOR RESOLVING SUCH CLAIM (0.1); REVIEW AMENDED STATEMENT OF RECLAMATION SENT TO CENTURY MOLD & TOOL (0.1). |
| WHARTON JN | 10/06/06 | 0.10 | TELECONFERENCE WITH J. BISHOP, COUNSEL TO RECLAMATION CLAIMANT WESTCO/CARLTON BATES RE: RESERVED DEFENSES TO RECLAMATION CLAIM (0.1). |
| WHARTON JN | 10/10/06 | 1.70 | TELECONFERENCE WITH W. REYNOLDS, COUNSEL TO ANGEL-DEMMEL, RE: SETTLEMENT OFFER (0.1); ANALYZE AND WORK TO RESOLVE CLAIM OF TDK (0.1); TELECONFERENCE WITH A. WOOL, COUNSEL TO TDK, J. LARSON AND W. ZOLOTAR OF TDK AND T. MCDONAGH OF FTI RE: TDK RECLAMATION CLAIM (0.3); TELECONFERENCES WITH T. MCDONAGH (0.3) AND C. WU (0.4) OF FTI RE: OPEN RECLAMATION CLAIMS; UPDATE CHART OF ESCALATED OPEN RECLAMATION CLAIMS (0.5). |

74

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 10/11/06 | 1.60 | PREPARE FOR WEEKLY RECLAMATION MANAGEMENT MEETING (0.2); TELECONFERENCE WITH B. PICKERING OF MESIROW, RE: WEEKLY RECLAMATION UPDATE (0.1); TELECONFERENCE WITH R. EMANUEL OF DELPHI AND A. FRANKUM, C. WU AND T. MCDONAGH OF FTI RE: WEEKLY RECLAMATION MANAGEMENT MEETING (0.7); TELECONFERENCE WITH A. THAU, COUNSEL TO FLEXTRONICS, RE: PROPOSED STIPULATION RESOLVING RECLAMATION CLAIM (0.1); WORK ON RESOLVING CLAIMS OF ESSEX GROUP (0.2), TAL-PORT INDUSTRIES (0.1), AND ANGEL-DEMMEL NORTH AMERICA (0.2). |
| WHARTON JN | 10/12/06 | 0.20 | WORK ON RESOLVING PLASTICERT RECLAMATION CLAIM (0.2). |
| WHARTON JN | 10/13/06 | 0.80 | TELECONFERENCE WITH H. BAER OF LATHAM & WATKINS RE: DRAFT RECLAMATION REPORT AND DRAFT PROTOCOL BETWEEN CREDITORS COMMITTEE AND DELPHI RE: RECLAMATION CLAIMS (0.5); REVISE DRAFT RECLAMATION PROTOCOL (0.3). |
| WHARTON JN | 10/16/06 | 0.40 | TELECONFERENCE WITH C. WU OF FTI RE: OPEN RECLAMATION CLAIMS (0.3); PREPARE FOR SUBMISSION TO CHAMBERS OF ORDER RE: SPEEDLINE TECHNOLOGIES MOTION (0.1). |
| WHARTON JN | 10/17/06 | 0.70 | UPDATE CHART OF ESCALATED RECLAMATION CLAIMS (0.3); TELECONFERENCE WITH R. EMANUEL RE: ANGEL-DEMMELL RECLAMATION CLAIM (0.2); FINALIZE SPEEDLINE ORDER FOR SUBMISSION TO CHAMBERS (0.2). |
| WHARTON JN | 10/18/06 | 0.30 | ANALYZE ANGEL-DEMMEL'S OFFER TO SETTLE RECLAMATION CLAIM (0.1); TELECONFERENCE WITH R. EMANUEL RE: SETTLEMENT OF NOMA CO. RECLAMATION CLAIM (0.2). |
| WHARTON JN | 10/19/06 | 1.00 | REVIEW AND ANALYZE RECLAMATION CLAIM OF HITACHI CHEMICAL (0.3); TELECONFERENCES WITH R. EMANUEL OF DELPHI RE: HITACHI CHEMICAL CLAIM (0.1); REVIEW AND ANALYZE RECLAMATION CLAIMS OF NOMA COMPANY (0.1), CARLISLE ENGINEERED PRODUCTS (0.1), AND VENTURE PLASTICS (0.1); TELECONFERENCES WITH J. SICKMAN, COUNSEL TO VALEO (0.1), A. WOOL, COUNSEL TO MEMC (0.1), AND M. MOORE, COUNSEL TO FUJITSU COMPONENTS (0.1) RE: RECLAMATION CLAIMS. |
| WHARTON JN | 10/25/06 | 0.50 | REVIEW COMMENTS OF H. BAER OF LATHAM & WATKINS TO PROPOSED RECLAMATION PROTOCOLS AND REPORT (0.3); UPDATE CHART OF ESCALATED RECLAMATION CLAIMS (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 10/26/06 | 0.20 | TELECONFERENCES WITH J. LEVINSON, COUNSEL TO RECLAMATION CLAIMANT VENTURE PLASTICS (0.1) AND J. BENTLEY, COUNSEL TO RECLAMATION CLAIMANT PANASONIC AUTOMOTIVE (0.1). |
| WHARTON JN | 10/27/06 | 1.40 | TELECONFERENCE WITH J. LEVINSON, COUNSEL TO VENTURE PLASTICS, RE: RECLAMATION CLAIM (0.5); TELECONFERENCES WITH C. WU OF FTI RE: VENTURE PLASTICS RECLAMATION CLAIM (0.4); ANALYZE AND WORK TO RESOLVE VENTURE PLASTICS RECLAMATION CLAIM (0.3) AND TAL-PORT INDUSTRIES RECLAMATION CLAIM (0.2). |
| WHARTON JN | 10/30/06 | 0.30 | UPDATE CHART OF ESCALATED RECLAMATION CLAIMS (0.3). |
| WHARTON JN | 10/31/06 | 0.70 | UPDATE CHART OF ESCALATED RECLAMATION CLAIMS (0.4); ANALYZE AND WORK TO RESOLVE CLAIM OF RECLAMATION CLAIMANT MUBEA INC. (0.2); TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: RECLAMATION PROCESS (0.1). |
| | | **13.30** | |
| **Total Associate** | | **13.30** | |
| ~~DEMMA J~~ | ~~10/26/06~~ | ~~2.10~~ | ~~INDEX VARIOUS PLEADINGS FOR ATTORNEY USE (2.1).~~ |
| | | ~~2.10~~ | |
| ~~Total Legal Assistant~~ | | ~~2.10~~ | |
| **TOTAL TIME** | | **15.40** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 11/30/06 |
|---|---|---|---|
| Claims Admin. (Reclamation/Trust Funds) | | | Bill Number: 1132369 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/03/06 | Wharton JN | 470.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$470.00** |
| In-house Reproduction | 10/03/06 | Copy Center, D | 6.03 |
| In-house Reproduction | 10/06/06 | Copy Center, D | 5.83 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 1.61 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 17.38 |
| In-house Reproduction | 10/27/06 | Copy Center, D | 51.15 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$82.00** |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.57 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.31 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Messengers/ Courier | 10/06/06 | Straightline Courier | 41.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$41.00** |
| | | **TOTAL MATTER** | **$594.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)         Bill Date: 01/10/07
Claims Admin. (Reclamation/Trust Funds)                          Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WHARTON JN | 11/01/06 | 1.60 | TELECONFERENCE WITH D. BLACKBURN AND R. EMANUEL OF DELPHI AND A. FRANKUM, C. WU AND T. MCDONAGH OF FTI RE: WEEKLY RECLAMATION MANAGEMENT MEETING (0.8); FORMULATE STRATEGY RE: TIMING OF FILING OF MOTION FOR DETERMINATION OF RECLAMATION CLAIMS (0.3); ANALYZE SETTLEMENT PROPOSAL OF MEADVILLE FORGING RE: RECLAMATION CLAIM (0.2) AND TELECONFERENCE WITH J. LAWNICZAK, COUNSEL TO MEADVILLE FORGING RE: SAME (0.3). |
| WHARTON JN | 11/03/06 | 0.10 | WORK ON SETTLEMENT OF RECLAMATION CLAIM OF ANGEL-DEMMELL (0.1). |
| WHARTON JN | 11/06/06 | 0.10 | REVIEW CORRESPONDENCE FROM G. HOFFMANN, COUNSEL TO RECLAMATION CLAIMANT MUBEA INC. (0.1). |
| WHARTON JN | 11/08/06 | 0.20 | FORMULATE STRATEGY RE: RESPONSE TO LETTER FROM G. HOFFMANN, COUNSEL TO RECLAMATION CLAIMANT MUBEA INC. (0.2). |
| WHARTON JN | 11/09/06 | 0.50 | TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: STATUS OF RECLAMATION PROCESS (0.4); REVIEW DRAFT RESPONSE TO DENSO RE: STATUS OF RECLAMATION CLAIM RECONCILIATION (0.1). |
| WHARTON JN | 11/13/06 | 0.20 | REVIEW COMMENTS OF H. BAER OF LATHAM & WATKINS RE: DRAFT RECLAMATION REPORT (0.2). |
| WHARTON JN | 11/15/06 | 0.20 | TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: RECLAMATION ISSUES (0.2). |
| WHARTON JN | 11/16/06 | 0.40 | TELECONFERENCE WITH R. EMANUEL AND D. BLACKBURN OF DELPHI AND A. FRANKUM AND C. WU OF FTI RE: FORMULATING STRATEGY FOR RECLAMATION PROCESS (0.4). |
| WHARTON JN | 11/17/06 | 0.30 | FORMULATE STRATEGY FOR TREATMENT OF RECLAMATION CLAIMS UNDER PLAN OF REORGANIZATION (0.3). |
| WHARTON JN | 11/22/06 | 0.60 | TELECONFERENCES WITH H. BAER OF LATHAM & WATKINS (0.2) AND H. BAER AND A. THAU, COUNSEL TO FLEXTRONICS, RE: PROPOSED STIPULATION RESOLVING FLEXTRONICS' RECLAMATION CLAIM (0.2); TELECONFERENCE WITH H. BAER RE: RECLAMATION REPORT (0.2). |
| WHARTON JN | 11/27/06 | 0.30 | REVISE RECLAMATION REPORT AND PROTOCOLS (0.3). |
|  |  | 4.50 |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Total Associate | | 4.50 | |
| ~~WORSCHECK TM~~ | ~~11/10/06~~ | ~~0.20~~ | ~~UPDATE RECLAMATION CLAIMS FILES (0.2).~~ |
| ~~WORSCHECK TM~~ | ~~11/13/06~~ | ~~1.20~~ | ~~UPDATE RECLAMATION CLAIM FILES (0.4); PREPARE DOCUMENTS FOR ATTORNEY REVIEW (0.8).~~ |
| ~~WORSCHECK TM~~ | ~~11/14/06~~ | ~~0.30~~ | ~~UPDATE RECLAMATION CLAIMS FILES (0.3).~~ |
| | | ~~1.70~~ | |
| ~~Total Legal Assistant Support~~ | | ~~1.70~~ | |
| **TOTAL TIME** | | **6.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                     Bill Date: 01/10/07
Claims Admin. (Reclamation/Trust Funds)                      Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/07/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 11/10/06 | Copy Center, D | 2.50 |
| In-house Reproduction | 11/24/06 | Copy Center, D | 386.90 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$390.00** |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.49 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.07 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.43 |
| Telephone Expense-ECRS only | 11/30/06 | Telecommunications, D | 0.01 |
|  |  | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 4.00 |
|  |  | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$4.00** |
|  |  | **TOTAL MATTER** | **$395.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 01/31/07
Claims Admin. (Reclamation/Trust Funds)                    Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~DEMMA J~~ | ~~12/05/06~~ | ~~0.60~~ | ~~UPDATE RECLAMATION RESPONSE LOG (0.6).~~ |
| ~~DEMMA J~~ | ~~12/13/06~~ | ~~0.60~~ | ~~UPDATE RECLAMATION LOG (0.6).~~ |
| | | ~~1.20~~ | |
| ~~Total Legal Assistant~~ | | ~~1.20~~ | |
| ~~WORSCHECK TM~~ | ~~12/01/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION CLAIMS FILES (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~12/04/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION CLAIM FILES (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~12/05/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION CLAIM FILES (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~12/12/06~~ | ~~0.30~~ | ~~UPDATE RECLAMATION CLAIM FILES (0.3).~~ |
| ~~WORSCHECK TM~~ | ~~12/13/06~~ | ~~0.30~~ | ~~UPDATE RECLAMATION CLAIM FILES (0.3).~~ |
| ~~WORSCHECK TM~~ | ~~12/18/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION CLAIM FILES (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~12/19/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION CLAIM FILES (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~12/22/06~~ | ~~0.30~~ | ~~UPDATE RECLAMATION CLAIMS FILES (0.3).~~ |
| ~~WORSCHECK TM~~ | ~~12/28/06~~ | ~~0.20~~ | ~~UPDATE RECLAMATION CLAIM FILES (0.2).~~ |
| | | ~~3.10~~ | |
| ~~Total Legal Assistant Support~~ | | ~~3.10~~ | |
| ~~TOTAL TIME~~ | | ~~4.30~~ | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 01/31/07 |
| Claims Admin. (Reclamation/Trust Funds) | | | Bill Number: 1147919 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/01/06 | Copy Center, D | 39.97 |
| In-house Reproduction | 12/05/06 | Copy Center, D | 1.60 |
| In-house Reproduction | 12/12/06 | Copy Center, D | 242.94 |
| In-house Reproduction | 12/15/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 12/22/06 | Copy Center, D | 1.60 |
| In-house Reproduction | 12/29/06 | Copy Center, D | 14.99 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$302.00** |
| | | **TOTAL MATTER** | **$302.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/07
Claims Admin. (Reclamation/Trust Funds)                     Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WHARTON JN | 01/02/07 | 0.30 | TELECONFERENCES WITH L. AGOSTO, COUNSEL TO TADIRAN BATTERIES (0.1) AND M. VISCOUNT, COUNSEL TO M&Q PLASTICS (0.2) REGARDING RECLAMATION CLAIMS. |
| WHARTON JN | 01/03/07 | 0.70 | TELECONFERENCE WITH R. EMANUEL (0.2) AND C. MICHELS (0.2) OF DELPHI REGARDING TREATMENT OF RECLAMATION CLAIMS IN RECONCILIATION OF UNSECURED CLAIMS AND FORMULATE STRATEGY REGARDING SAME (0.3). |
| | | 1.00 | |
| Total Associate | | 1.00 | |
| **TOTAL TIME** | | <u>1.00</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/07
Claims Admin. (Reclamation/Trust Funds)                     Bill Number: 1148705

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/19/07 | Copy Center, D | 65.91 |
| In-house Reproduction | 01/23/07 | Copy Center, D | 65.12 |
| In-house Reproduction | 01/26/07 | Copy Center, D | 148.97 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$280.00** |
| | | **TOTAL MATTER** | **$280.00** |

B43E