SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

　　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-34
REPORTS AND SCHEDULES
11.9 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 11/30/06
Reports and Schedules                                 Bill Number: 1132369

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| ~~BUTLER, JR. J~~ | ~~10/21/06~~ | ~~0.20~~ | ~~REVIEW FIRST DRAFT OF SEPTEMBER 30TH MOR (0.2).~~ |
| ~~BUTLER, JR. J~~ | ~~10/28/06~~ | ~~0.20~~ | ~~REVIEW SECOND DRAFT OF SEPTEMBER 30TH MOR (0.2).~~ |
| ~~BUTLER, JR. J~~ | ~~10/30/06~~ | ~~0.40~~ | ~~REVIEW DTM VERSION OF SEPTEMBER MOR (0.2); EMAILS FROM/ TO S. KIHN RE: COMMENTS (0.2).~~ |
| ~~BUTLER, JR. J~~ | ~~10/31/06~~ | ~~0.20~~ | ~~EMAILS FROM/TO B. DELLINGER AND S. KIHN RE: SEPTEMBER MOR (0.2).~~ |
| | | ~~1.00~~ | |
| ~~Total Partner~~ | | ~~1.00~~ | |
| MATZ TJ | 10/30/06 | 0.60 | REVIEW AND COMMENT ON SEPTEMBER MONTHLY OPERATING REPORT (0.6). |
| MATZ TJ | 10/31/06 | 0.60 | FINALIZE SEPTEMBER MONTHLY OPERATING REPORT FOR FILING (0.4); TELECONFERENCE WITH U.S. TRUSTEE RE: SAME (0.2). |
| | | 1.20 | |
| Total Counsel | | 1.20 | |
| ~~CHAVALI A~~ | ~~10/31/06~~ | ~~1.00~~ | ~~FILE MONTHLY OPERATING REPORT (MOR) (0.7); PREPARE MOR FOR DISTRIBUTION (0.2); PREPARE MOR FOR IMAGING (0.1).~~ |
| | | ~~1.00~~ | |
| ~~Total Legal Assistant~~ | | ~~1.00~~ | |
| TOTAL TIME | | 3.20 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 01/10/07
Reports and Schedules                          Bill Number: 1147918

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 11/27/06 | 0.80 | REVIEW AND COMMENTS TO S. KIHN RE: OCTOBER MONTHLY OPERATING REPORT (0.8). |
| MATZ TJ | 11/30/06 | 0.30 | FINAL REVIEW OF OCTOBER MONTHLY OPERATION REPORT FOR FILING (0.3). |
| | | 1.10 | |
| Total Counsel | | 1.10 | |
| MEISLER RE | 11/28/06 | 1.00 | REVIEW AND COMMENT ON MONTHLY OPERATING REPORT (1.0). |
| | | 1.00 | |
| Total Associate | | 1.00 | |
| TOTAL TIME | | 2.10 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)       Bill Date: 01/31/07
Reports and Schedules                              Bill Number: 1147919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 12/18/06 | 0.20 | TELECONFERENCE WITH S. KIHN REGARDING NOVEMBER MONTHLY OPERATING REPORT (0.2). |
| MATZ TJ | 12/19/06 | 0.50 | REVIEW AND COMMENT ON DRAFT NOVEMBER MONTHLY OPERATING REPORT (0.4); SEND COMMENTS TO S. KIHN (0.1). |
| MATZ TJ | 12/22/06 | 0.70 | TELECONFERENCE FROM S. KIHN REGARDING NOVEMBER MONTHLY OPERATING REPORT, FILING AND COMMENTS (0.3); FOLLOW UP REVIEW REGARDING NOVEMBER MONTHLY OPERATING REPORT (0.4). |
| MATZ TJ | 12/28/06 | 0.20 | FOLLOW UP WITH S. KIHN REGARDING NOVEMBER MONTHLY OPERATING REPORT AND FILING (0.2). |
| MATZ TJ | 12/29/06 | 0.30 | FINAL REVIEW OF NOVEMBER MONTHLY OPERATING REPORT (0.2); CORRESPONDENCE WITH S. KIHN REGARDING FILING (0.1). |
|  |  | 1.90 |  |
| Total Counsel |  | 1.90 |  |
| MEISLER RE | 12/21/06 | 1.60 | REVIEW AND COMMENT ON NOVEMBER MOR ADDING LANGUAGE TO UPDATE FOR RECENT EVENTS (0.6); DRAFT CORRESPONDENCE REGARDING SAME (0.2); REVIEW AND REVISE COMMENTS TO MOR REGARDING CLAIMS UPDATE (0.3) AND FRAMEWORK (0.2); DRAFT CORRESPONDENCE TO S. KIHN REGARDING SAME (0.1); TELECONFERENCES WITH S. KIHN REGARDING SAME (0.1, 0.1). |
| MEISLER RE | 12/22/06 | 0.30 | FINAL REVIEW OF THE MOR (0.2); TELECONFERENCE WITH S. KIHN REGARDING SAME (0.1). |
|  |  | 1.90 |  |
| Total Associate |  | 1.90 |  |
| TOTAL TIME |  | **3.80** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/07
Reports and Schedules                                       Bill Number: 1147919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/12/06 | Copy Center, D | 12.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| | | **TOTAL MATTER** | **$12.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/07
Reports and Schedules                                       Bill Number: 1148705

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 01/30/07 | 1.30 | REVIEW AND REVISE DECEMBER OPERATING REPORT (1.3). |
| | | **1.30** | |
| **Total Partner** | | **1.30** | |
| MATZ TJ | 01/26/07 | 0.70 | REVIEW AND COMMENT ON DRAFT DECEMBER MONTHLY OPERATING REPORT (0.7). |
| MATZ TJ | 01/30/07 | 1.50 | FURTHER REVIEW OF DECEMBER MONTHLY OPERATING REPORT (0.6); COMPILE COMMENTS AND FORWARD TO S. KIHN (0.4); TELECONFERENCE WITH S. KIHN REGARDING SAME (0.3); REVIEW CORRESPONDENCE FROM S. KIHN REGARDING DECEMBER MONTHLY OPERATING REPORT (0.2). |
| MATZ TJ | 01/31/07 | 0.20 | FINAL REVIEW FOR FILING OF DECEMBER MONTHLY OPERATING REPORT, AGED ACCOUNTS RECEIVABLE FOR U.S. TRUSTEE (0.2). |
| | | **2.40** | |
| **Total Counsel** | | **2.40** | |
| MEISLER RE | 01/24/07 | 0.20 | TELECONFERENCE WITH D. UNRUE REGARDING COMMENTS TO MONTHLY OPERATING REPORT (0.2). |
| MEISLER RE | 01/29/07 | 0.40 | REVIEW MONTHLY OPERATING REPORT (0.4). |
| MEISLER RE | 01/30/07 | 0.50 | CONTINUED REVIEW OF MOR (0.5). |
| | | **1.10** | |
| **Total Associate** | | **1.10** | |
| **TOTAL TIME** | | **4.80** | |

B43E