SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
        In re                        :    Chapter 11
                                     :
DELPHI CORPORATION, et al.,          :    Case No. 05-44481 (RDD)
                                     :
                        Debtors.     :    (Jointly Administered)
                                     :
------------------------------------ x

EXHIBIT D-35
ASSET ANALYSIS AND RECOVERY

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 01/10/07 |
| Asset Analysis and Recovery | | | Bill Number: 1147918 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/10/06 | Copy Center, D | 3.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| CLR/Disclosure | 11/30/06 | Global Securities | 21.79 |
| CLR/Disclosure | 11/30/06 | Global Securities | 39.21 |
| | | **TOTAL CLR/DISCLOSURE** | **$61.00** |
| | | **TOTAL MATTER** | **$64.00** |

B43E