SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | |
| In re : | Chapter 11 |
| : | |
| DELPHI CORPORATION, et al., : | Case No. 05–44481 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

EXHIBIT D-36
CUSTOMER MATTERS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 01/10/07**
**Customer Matters (General)** **Bill Number: 1147918**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Non-standard/Outside Reproduction | 11/25/06 | Hardin AS | 55.00 |
| | | TOTAL NON-STANDARD/OUTSIDE REPRODUCTION | $55.00 |
| | | TOTAL MATTER | $55.00 |

Delphi Corporation (DIP)  Bill Date: 01/10/07
Customer Matters (General)  Bill Number: 1147918

B43E