SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re | : |
| | : |
| DELPHI CORPORATION, et al., | : |
| | : |
| Debtors. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No. 05–44481 (RDD)

(Jointly Administered)


EXHIBIT D-37
ASSET DISPOSITIONS (REAL PROPERTY)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          Bill Date: 01/10/07
**Assets Dispositions (Real Property)**               Bill Number: 1147918

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/07/06 | Copy Center, D | 1.09 |
| In-house Reproduction | 11/10/06 | Copy Center, D | 36.91 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$38.00** |
| Vendor Hosted Telecon-ferencing | 11/27/06 | Teleconferencing Services, LLC | 13.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$13.00** |
| | | **TOTAL MATTER** | **$51.00** |

B43E