# EXHIBIT B

```
ar 29 2007    16:51:46       TIMECARD DETAIL FIELD REPORT  --  Timekeeper, Timekeeper SORT                    PAGE  1

ORK DATES: 110106 TO 113006      TIMECARD DETAIL

                                                                    LED CODE    Task            *-----WORKED-----* *-----BILLED-----*
*VENDER NUMBER* *-----CLIENT------* *DESCRIPTION*  TMKP   DATE   ACT CODE USR DEF1  Activity       HOURS    AMOUNT    HOURS    AMOUNT

00667-Hawthurst Gerald -
8157
     Quinn Emanuel Urq Delphi Bankrup 00667 111606      FEES                                        .30    151.50      .30    151.50
                                                Office conference MF regarding hearing;
                                                communications with P. Calamari regarding same.

     TOTAL FOR : 00667-Hawthurst Gerald                                                             .30    151.50      .30    151.50
```

Apr 29 2007   16:51:46

TIMECARD DETAIL FIELD REPORT  --  Timekeeper, Timekeeper SORT

PAGE   2

WORK DATES: 110106 TO 113006    TIMECARD DETAIL

00887-Rokosz Aaron J. -

| WORKER NUMBER* | *----CLIENT-----* | *DESCRIPTION* | TNKP | DATE | ACT CODE | LED CODE USR DEFI | Task Activity | *----WORKED----* HOURS | AMOUNT | *----BILLED----* HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31571 | 00887-Rokosz Aaron J. - | | | | | | | | | | |
| Quinn Emanuel Urq | Delphi Bankrup | 00887 | | 112206 | FEES | | Conference with M. Fowler re: background of hearing scheduled for November 30. | .50 | 162.50 | .50 | 162.50 |
| Quinn Emanuel Urq | Delphi Bankrup | 00887 | | 112306 | FEES | | Prepare for hearing on recovery of fee application fees. | .30 | 97.50 | .30 | 97.50 |
| Quinn Emanuel Urq | Delphi Bankrup | 00887 | | 112906 | FEES | | Prepare for hearing on challenged claims; conference with J. Hawkhurst and M. Fowler re: same. | 1.10 | 357.50 | 1.10 | 357.50 |
| Quinn Emanuel Urq | Delphi Bankrup | 00887 | | 113006 | FEES | | Travel to and from court for hearing on fee hearing. | 1.20 | 390.00 | 1.20 | 390.00 |
| Quinn Emanuel Urq | Delphi Bankrup | 00887 | | 113006 | FEES | | Attend fee hearing at SDNY. | 1.60 | 520.00 | 1.60 | 520.00 |
| TOTAL FOR : 00887-Rokosz Aaron J. | | | | | | | | 4.70 | 1527.50 | 4.70 | 1527.50 |

| *ORDER NUMBER* *----CLIENT-----* *DESCRIPTION* TMKP | DATE | LED CODE Task<br>ACT CODE USR DEFI Activity | *----WORKED----* *----BILLED----*<br>HOURS AMOUNT HOURS AMOUNT |
|---|---|---|---|

01312-Fowler Mateo -

| Quinn Emanuel Urq Delphi Bankrup 01312 | 110206 | FEES | | |
| | | Review and analyze collection status. | .30 | 91.50 | .30 | 91.50 |
| Quinn Emanuel Urq Delphi Bankrup 01312 | 110906 | FEES | | |
| | | Review and analyze Delphi objections to<br>invoices; conference with IW conference with<br>GEH. | 1.00 | 305.00 | 1.00 | 305.00 |
| Quinn Emanuel Urq Delphi Bankrup 01312 | 112906 | FEES | | |
| | | Conference with AR regarding hearing on<br>reimbursement of fees and expenses; review and<br>analyze documents in support of same. | .90 | 274.50 | .90 | 274.50 |
| Quinn Emanuel Urq Delphi Bankrup 01312 | 113006 | FEES | | |
| | | Prepare third interim fee application;<br>certificate of service; and notice of hearing. | 2.60 | 793.00 | 2.60 | 793.00 |
| Quinn Emanuel Urq Delphi Bankrup 01312 | 113006 | FEES | | |
| | | Organize and file third interim fee application<br>and supporting documentation on online filing<br>system. | 2.40 | 732.00 | 2.40 | 732.00 |
| Quinn Emanuel Urq Delphi Bankrup 01312 | 113006 | FEES | | |
| | | Review and analyze bankruptcy filings to<br>determine if applicable to existing matters. | 1.30 | 396.50 | 1.30 | 396.50 |

TOTAL FOR : 01312-Fowler Mateo                8.50    2592.50    8.50    2592.50

TOTAL :                13.50    4271.50    13.50    4271.50

```
Mar 29 2007   16:52:01        TIMECARD DETAIL FIELD REPORT   --   Timekeeper, Timekeeper SORT                    PAGE   1

WORK DATES: 120106 TO 123106   TIMECARD DETAIL
```

| MATTER NUMBER★ ●-----CLIENT------★ ●DESCRIPTION★ TMKP | DATE | LED CODE   Task<br>ACT CODE   USR DEFI   Activity | ★----WORKED----★ | | ★----BILLED----★ | |
|---|---|---|---|---|---|---|
| | | | HOURS | AMOUNT | HOURS | AMOUNT |
| 8157 | | | | | | |
| 11312-Fowler Mateo - | | | | | | |
| Quinn Emanuel Urq Delphi Bankrup 01312 123106 | | FEES<br>Review and analyze documents to determine if<br>apply to existing matters. | 1.50 | 457.50 | 1.50 | 457.50 |
| Quinn Emanuel Urq Delphi Bankrup 01312 121006 | | FEES<br>Prepare fee statements for August and<br>September, prepare exhibits and backup data<br>regarding same. | 1.20 | 366.00 | 1.20 | 366.00 |
| Quinn Emanuel Urq Delphi Bankrup 01312 121106 | | FEES<br>Submit fee statements to online depository. | .40 | 122.00 | .40 | 122.00 |
| Quinn Emanuel Urq Delphi Bankrup 01312 121906 | | FEES<br>Review and analyze bankruptcy documents to<br>determine if applicable to existing matters. | 1.60 | 488.00 | 1.60 | 488.00 |
| TOTAL FOR : 01312-Fowler Mateo | | | 4.70 | 1433.50 | 4.70 | 1433.50 |
| RANK TOTAL : | | | 4.70 | 1433.50 | 4.70 | 1433.50 |

# EXHIBIT C

## Summary of Professional Hours

| Name of Professional | Position of Professional | Current Hourly Billing Rates | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Randa A. Osman | Partner | $510 | | |
| Allison Burkholder | Associate | $300 | | |
| Shon Morgan | Partner | $525 | | |
| Kent J. Bullard | Of Counsel | $490 | | |
| Daniel Bromberg | Partner | $525 | | |
| TJ Chiang | Associate | $280 | | |
| Margret Caruso | Partner | $515 | | |
| Shahin Rezvani | Associate | $385 | | |
| Tara Gellman | | $280 | | |
| John K. Hart | Of Counsel | $475 | | |
| Kevin Teruya | Associate | $355 | | |
| Heidi Frahm | Associate | $290 | | |
| Iris K. Woon | Associate | $325 | | |
| A. William Urquhart | Partner | $600 | | |
| Gerald Hawxhurst | Of Counsel | $505 | 0.30 | $151.50 |
| J.D. Horton | Partner | $490 | | |
| Scott L. Watson | Associate | $325 | | |
| Robert W. Stone | | | | |
| Steve Hansen | | $355 | | |
| Bruce Chapman | | $355 | | |
| Eric Bjorgum | | $275 | | |
| Tigran Guledjian | Associate | $225 | | |
| Mateo Fowler | Attorney | $270/305 | 8.10 | $ 2,470.50 |
| Aaron J. Rokosz | Associate | $325 | 4.70 | $ 1,527.50 |
| **Subtotal** | | | **13.1** | **$ 4,149.50** |

18157/2089787.1

# EXHIBIT D

## Summary of Monthly Fee Statements

**Quinn Emanuel Delphi Bankruptcy Case Administration**

| Period Covered | Fees Incurred | Fees Billed | Expenses Incurred | Expenses Billed |
|---|---|---|---|---|
| October 1 - 31, 2006 | $0.00 | $0.00 | $0.00 | $0.00 |
| November 1 - 30, 2006 | $3,783.50 | $3,783.50 | $0.00 | $0.00 |
| December 1 - 31, 2006 | $366.00 | $366.00 | $0.00 | $0.00 |
| January 1 -31, 2007 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$4,149.50** | **$4,149.50** | **$0.00** | **$0.00** |