UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

# CERTIFICATE OF SERVICE

Document Served: **NOTICE OF HEARING REGARDING FOURTH INTERIM APPLICATION OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP, SPECIAL LITIGATION COUNSEL TO THE DEBTOR-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES; FOURTH INTERIM APPLICATION OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP, SPECIAL LITIGATION COUNSEL TO THE DEBTOR-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES; and CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed on the attached service lists via electronic notification.

Date of Service March 30, 2007

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/ Mateo Fowler
Mateo Fowler (cyfac-45)
Quinn Emanuel Urquahart Oliver & Hedges

18157/2091055.1