# EXHIBIT E



**JONES LANG LASALLE**

*Jones Lang LaSalle Americas, Inc.*
*Attn: Emily Houghton*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: January 19, 2007

Invoice No. **17334**

Travel Expenses:

    Monica Lee / Brazil : June 2006

| | | |
|---|---|---:|
| | Taxi to Meeting | $ 56.82 |
| | Rental Car for Meeting | $ 156.26 |

    Monica Lee / Brazil : September 2006

| | | |
|---|---|---:|
| | Taxi to Meeting | $ 56.82 |
| | Automobile Mileage | $ 212.37 |

    Monica Lee / Brazil : October 2006

| | | |
|---|---|---:|
| | Automobile Mileage | $ 54.25 |
| | Parking | $ 12.79 |
| | Lunch | $ 47.74 |
| | Cell Phone Charges | $ 142.99 |

**Amount Currently Due and Payable:** $ **740.04**

Make check payable to **Jones Lang LaSalle Americas, Inc.**

    **Mail to:** Jones Lang LaSalle Americas, Inc.
             33845 Treasury Center
             Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Emily J. Houghton 312-228-2838**