# EXHIBIT F

# FRANK/GECKER LLP

Pg 2 of 8

325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

March 31, 2007

Gordon G. Repp                                          FEIN 20-1952153
Kathryn T. Ditmars
Jones Lang LaSalle Americas, Inc.
200 East Randolph Drive, 46th Floor
Chicago IL 60601

---

**Regarding:    Delphi**

For Professional Services Rendered Through January 31, 2007

Invoice #:    10000

Per Attached Description:

| | |
|---|---:|
| Fees................................................................................................................................................................ | $13,543.00 |
| Disbursements................................................................................................................................................ | $162.24 |
| **Total New Charges**.................................................................................................................................... | **$13,705.24** |

Gordon G. Repp                                                                                          Page    2

Invoice Dated:    March 31, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through January 31, 2007          Invoice #:    10000

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 10/6/2006 | Email exchange with A. Zsodolos regarding Jones Lang LaSalle's fee application and hearing thereon.<br>Jeremy C. Kleinman | 0.20 | $60.00 |
| 10/11/2006 | Telephone conference with J. Jingo regarding telephonic appearance at hearing on fee application.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| | Review documents regarding Delphi hearing on fee application and telephone conference with Ryndy Ditmars regarding same.<br>Joseph D. Frank | 0.20 | $100.00 |
| 10/13/2006 | Review procedural orders regarding Third Interim fee application; telephone conference with J. Jingo regarding same.<br>Jeremy C. Kleinman | 0.60 | $180.00 |
| 10/16/2006 | Prepare monthly statements for September fees.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 10/20/2006 | Review invoices from E. Houghton; revise monthly statement of interim compensation and proposed budget.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 10/25/2006 | Review expense invoices; telephone conference with E. Houghton regarding invoices for September 2006 bill.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 10/26/2006 | Revise September 2006 monthly interim compensation statement; revise proposed budget for October 2006 through January 2007.  Telephone conference with E. Houghton regarding same.<br>Jeremy C. Kleinman | 0.80 | $240.00 |
| 10/27/2006 | Revise monthly statement for September; telephone conference with E. Houghton regarding expenses issued.  Draft email to Joseph Frank regarding expense issues.<br>Jeremy C. Kleinman | 0.50 | $150.00 |
| 10/31/2006 | Prepared Delimited Billing Detail Date spreadsheet; uploaded September 2006 Monthly Statement, exhibits and Delimited Billing Detail Data spreadsheet to Simple Invoice Management System ("SIMS"); served same and Budget via electronic mail on all parties entitled to service.<br>Christina Carpenter | 0.80 | $116.00 |

Gordon G. Repp

Page    3

Invoice Dated:   March 31, 2007

---

**Regarding:**   Delphi

For Professional Services Rendered Through January 31, 2007     Invoice #:   10000

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 10/31/2006 | Prepare budget and monthly statement for submission; telephone conference with E. Houghton regarding monthly statements<br>Jeremy C. Kleinman | 0.50 | $150.00 |
| 11/7/2006 | Revise Third Interim Fee Application; draft email to E. Steffe regarding biography for Brian Collins.  Draft email to K. Franklin regarding Fee Application; draft email to Joseph Frank regarding fee issue.<br>Jeremy C. Kleinman | 1.80 | $540.00 |
| 11/16/2006 | Review report of Fee Review Committee (0.3); telephone conference with J. Jingo regarding same (0.2); draft email to Fee Committee regarding omission of Jones Lang LaSalle's 2nd Fee Application (0.4).  Draft email to Joseph Frank regarding same; draft affidavit of J. Becker in support of 3rd Fee Application (0.2).<br>Jeremy C. Kleinman | 1.40 | $420.00 |
| 11/27/2006 | Telephone conference with E. Houghton regarding information required for Third Interim Fee Application (0.2); draft email to J. Jingo regarding November 30 hearing (0.1); review and revise Third Interim Fee Application (1.8).  Draft email to E. Houghton requesting information regarding commissions and fee sharing.<br>Jeremy C. Kleinman | 2.10 | $630.00 |
| 11/28/2006 | Reviewed Third Interim Fee Application<br>Joseph D. Frank | 0.40 | $200.00 |
| | Telephone conference with A. Leonhard regarding Fee Committee's review of Jones Lang LaSalle's fee application (0.3); telephone conference with J. Jingo regarding procedure for hearing and treatment of Jones Lang LaSalle's applications (0.2); review and revise Third Interim Fee Application (1.1); review Fee Committee's supplemental report (0.2).<br>Jeremy C. Kleinman | 1.80 | $540.00 |
| 11/30/2006 | Prepare for and participate in omnibus hearing regarding Jones Lang LaSalle's First and Second Interim Fee Applications (1.8), meet with Joseph Frank regarding same (0.1); telephone conference with J. Becker regarding fee application (0.3); finalize Third Interim Application and monthly fee statement (1.7).<br>Jeremy C. Kleinman | 3.90 | $1,170.00 |
| 12/11/2006 | Begin drafting statement of monthly interim compensation for services rendered during November 2006.<br>Jeremy C. Kleinman | 0.40 | $120.00 |

Gordon G. Repp                                                                           Page    4

Invoice Dated:   March 31, 2007

_____

**Regarding:    Delphi**

For Professional Services Rendered Through January 31, 2007          Invoice #:   10000

Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| 12/13/2006 | Review Sixth Interim Compensation Order.<br>Jeremy C. Kleinman | 0.20 | $60.00 |
| 12/14/2006 | Telephone conference with J. Sykes and S. Trujillo regarding Jones Lang LaSalle's pending fee applications.<br>Jeremy C. Kleinman | 0.50 | $150.00 |
| 12/20/2006 | Review Court's Sixth Interim Compensation Order; calculate amounts due to Jones Lang LaSalle under the Order; draft letter to J. Jingo regarding amounts due to Jones Lang LaSalle.<br>Jeremy C. Kleinman | 1.20 | $360.00 |
| 12/22/2006 | Revise letter to J. Jingo regarding unpaid amounts and Sixth Interim Compensation Order; review November 2006 invoices and email from E. Houghton regarding same.<br>Jeremy C. Kleinman | 0.90 | $270.00 |
| 12/29/2006 | Revise monthly statement for professional services rendered during November 2006 (0.4); telephone conference with E. Houghton regarding amounts expected from Delphi and status of other fee applications (0.2).<br>Jeremy C. Kleinman | 0.60 | $180.00 |
| 1/3/2007 | Telephone conference with A. Leonhard regarding Jones Lang LaSalle fee applications; two telephone conferences with T. Matz regarding same.  Draft lengthy email to Joseph Frank summarizing conversation and addressing issues.<br>Jeremy C. Kleinman | 1.20 | $372.00 |
| 1/4/2007 | Review spreadsheet from K. Franklin regarding payments received to date.<br>Jeremy C. Kleinman | 0.20 | $62.00 |
| 1/5/2007 | Office conference with Joseph Frank regarding challenge to sufficiency of Jones Lang LaSalle fee applications (.4); research docket for transcript of retention hearing.<br>Jeremy C. Kleinman | 0.70 | $217.00 |
| 1/8/2007 | Review transcript of November 29, 2005 hearing regarding Jones Lang LaSalle retention.<br>Jeremy C. Kleinman | 0.20 | $62.00 |
| 1/9/2007 | Review email from J. Jingo regarding procedures for resolution of fee application issues; meet with Joseph Frank regarding same.<br>Jeremy C. Kleinman | 0.20 | $62.00 |

Gordon G. Repp                                                                                    Page    5

Invoice Dated:    March 31, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through January 31, 2007          Invoice #:    10000

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 1/10/2007 | Begin drafting memorandum to Joseph Frank regarding fee application status and issues.<br>Jeremy C. Kleinman | 1.40 | $434.00 |
| 1/12/2007 | Continue drafting and revising memorandum to Joseph Frank regarding Jones Lang LaSalle fee application issues.<br>Jeremy C. Kleinman | 1.10 | $341.00 |
| 1/15/2007 | Meet with Joseph Frank regarding memorandum regarding Jones Lang LaSalle fee Application.<br>Jeremy C. Kleinman | 0.20 | $62.00 |
| | Worked on issues raised by United States Trustee related to fee applications, non-hourly billing; revised letter regarding same.<br>Joseph D. Frank | 0.50 | $250.00 |
| 1/17/2007 | Begin drafting letter to T. Matz and C. Danz regarding fee applications (0.9).<br>Jeremy C. Kleinman | 0.90 | $279.00 |
| 1/19/2007 | Review audit report on third interim fee application of Jones Lang LaSalle (.2); telephone conference with P. Woods regarding same (.3); telephone conference with T. Matz regarding scheduling meeting with Fee Review Committee (.2); revise letter to T. Matz regarding issues relating to Jones Lang LaSalle's fee statements (1/3).<br>Jeremy C. Kleinman | 2.00 | $620.00 |
| 1/22/2007 | Prepare monthly statement for December 2006 fees (0.8); telephone conference with E. Houghton regarding reported expenses and correction to reported fee for K. Robinson's professional services (0.5). Begin drafting budget for next applicable period (0.6); review expense documentation for J. Lozinski (0.3). Revise letter to T. Matz et al regarding Jones Lang LaSalle fee issue (0.6).<br>Jeremy C. Kleinman | 2.80 | $868.00 |
| | Worked on letter to Debtor regarding fee holdback and communicated with Gordon Repp regarding same.<br>Joseph D. Frank | 0.90 | $450.00 |
| 1/24/2007 | Meet with Joseph Frank regarding scheduled meeting with fee committee (0.2); prepare memorandum to Joseph Frank regarding issues for discussion at fee committee meeting (0.7). Telephone conference with T. Matz regarding meeting with fee committee (0.2); telephone conference with J. Becker regarding fee issues and scheduled teleconference with the fee committee (0.4).<br>Jeremy C. Kleinman | 1.50 | $465.00 |

Gordon G. Repp                                                                                    Page    6

Invoice Dated:    March 31, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through January 31, 2007          Invoice #:    10000

Per Attached Description:

|  | | Hours | Amount |
|---|---|---|---|
| 1/25/2007 | Prepared for and participated in conference call with Fee Review Committee regarding Jones Lang LaSalle's fee applications.<br>Joseph D. Frank | 1.50 | $750.00 |
|  | Telephone conference with C. Danz regarding invoices travel expenses and release of same to D. Sherbin (.3); draft email to D. Sherbin regarding invoiced expenses (2); office conference with Joseph Frank regarding meeting with Fee Committee (.3); compile materials for conference call with Fee Committee (.2); prepare for and participate in conference call with Fee Committee (.4).<br>Jeremy C. Kleinman | 1.40 | $434.00 |
| 1/26/2007 | Draft letter to Fee Committee regarding Jones Lang LaSalle's fee applications (1.8); telephone conference with T. Metz regarding meeting with Fee Committee (.2).<br>Jeremy C. Kleinman | 2.00 | $620.00 |
| 1/28/2007 | Revise letter to fee committee regarding Jones Lang LaSalle interim fee application.<br>Jeremy C. Kleinman | 0.50 | $155.00 |
| 1/29/2007 | Revise letter to members of Fee Committee.<br>Jeremy C. Kleinman | 0.80 | $248.00 |
| 1/30/2007 | Review and revise letter to Fee Committee regarding Jones Lang LaSalle's interim fee applications (.5); office conference with Joseph Frank to discuss status of efforts to address disputes (.2).<br>Jeremy C. Kleinman | 0.70 | $217.00 |
| 1/31/2007 | Prepared December 2006 Delimited Billing Data chart and reviewed, revised and prepared PDF files for requisite submission of monthly statements in SIMS format; submitted same to Fee Committee and SIMS; brief office conference with Jeremy Kleinman regarding same; served all parties entitled to service.<br>Christina Carpenter | 0.80 | $116.00 |
|  | Revise monthly statement to include expenses incurred by M. Lee and reconcile invoice (1.1); telephone conference with E. Houghton regarding expense details (.2).<br>Jeremy C. Kleinman | 1.30 | $403.00 |

$13,543.00

Gordon G. Repp

Page    7

Invoice Dated:    March 31, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through January 31, 2007

Invoice #:    10000

Per Attached Description:

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Joseph D. Frank | 3.50 | 500.00 | $1,750.00 |
| Jeremy C. Kleinman | 19.10 | 310.00 | $5,921.00 |
| Jeremy C. Kleinman | 18.80 | 300.00 | $5,640.00 |
| Christina Carpenter | 1.60 | 145.00 | $232.00 |
| | **43.00** | | **$13,543.00** |

Disbursements:

| | Amount |
|--|--------|
| 11/30/2006 CourtCall Conference for Jones Lang LaSalle. | 41.20 |
| Federal Express delivery to Kathleen Bambach. | 22.23 |
| Federal Express delivery to Robert Rosenberg. | 33.81 |
| Federal Express delivery to Hon. Robert D. Drain. | 33.81 |
| Federal Express delivery to Marissa Wesley. | 26.87 |
| 1/23/2007 Postage. | 4.32 |
| Total Expenses | $162.24 |