IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AFFIDAVIT OF JAMES C. BECKER
PURSUANT TO 11 U.S.C. § 504 AND FED. R. BANKR. P. 2016**

| | |
|---|---|
| COUNTY OF WAYNE | ) |
| | ) ss: |
| STATE OF MICHIGAN | ) |

James C. Becker, being duly sworn, deposes and states as follows:

1.  I am a Managing Director of the firm of Jones Lang LaSalle Americas, Inc. ("JLL"), real estate administrative and transaction services provider for Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors").

2.  I submit this affidavit (the "Affidavit") pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure in support of Jones Lang LaSalle Americas, Inc.'s Fourth Interim Application of for Compensation for Services Rendered and Reimbursement of Expenses as Real Estate Administrative and Transaction Services Provider to Delphi Corporation and its Related Debtor Entities for the Period of October 1, 2006 through January 31, 2007 (the "Fourth Interim Application").

3.  By order dated December 1, 2005 (Docket No. 1385), JLL was retained as the Debtors' real estate administrative and transaction services provider, retroactive to November 3, 2005.

4.  During the period between October 1, 2006 and January 31, 2007 (the "Application Period"), JLL sought interim monthly payments from the Debtors pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Order").

5.  To date, JLL has received $50,594.61 in fees for the time period of October 1, 2006 through October 31, 2006 (the "October Statement").

6.  As of the date hereof, JLL has not yet received payment of compensation sought for the time periods of November 1, 2006 through November 30, 2006 (the "November Statement"), December 1, 2006 through December 31, 2006 (the "December Statement") or January 1, 2007 through January 31, 2007 (the "January Statement").

7.  Except as permitted pursuant to 11 U.S.C. § 504(b)(1), no agreement or understanding exists between JLL and any person for a division of compensation or reimbursement received or to be received herein or in connection with the within cases.

FURTHER AFFIANT SAYETH NOT.

_____
James C. Becker

Subscribed and sworn to before me this
30 day of March ___, 2007.

_Linda L. McCown_
NOTARY PUBLIC

My Commission expires on _February 23, 2011_

{ JLL / 004 / 00009853.DOC / }          - 2 -