Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on March 31, 2007, I caused copies of **Jones Lang LaSalle Americas, Inc.'s Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331** (the "Fourth Interim Application"), attached hereto, to be served upon each of the parties listed below in the manner indicated, with a copy to chambers via Federal Express.

I further certify that on March 31, 2007, pursuant to the Interim Compensation Orders, notice of the filing of Fourth Interim Application was provided via electronic mail or by first-class U.S. mail, postage prepaid (when no email address has been provided) to parties listed on the "2002 List," as provided at www.delphidocket.com.

| *Via Electronic Mail* | *Via Federal Express* |
|---|---|
| David M. Sherbin | Kathleen Bambach |
| Vice President and General Counsel | Michele Piscitelli |
| Delphi Corporation | Delphi Corporation |
| 5725 Delphi Drive | 5725 Delphi Drive |
| Troy, Michigan 48098 | Troy, Michigan 48098 |
| david.sherbin@delphi.com | |

{ JLL / 004 / 00009980.DOC /}

- 2 -

| | |
|---|---|
| ***Via Electronic Mail***<br>John D. Sheehan<br>Vice President & CRO Officer<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan  48098<br>john.sheehan@delphi.com | ***Via Electronic Mail***<br>Bonnie Steingard<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York  10004<br>steinbo@friedfrank.com |
| ***Via Electronic Mail***<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York  10004<br>Att'n:  Alicia M. Leonhard<br>alicia.m.leonhard@usdoj.gov | ***Via Federal Express***<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York  10017<br>Att'n:  Robert J. Rosenberg |
| ***Via Federal Express***<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York  10017<br>Att'n:  Marissa Wesley | ***Via Federal Express***<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York  10017<br>Att'n:  Marlane Milican |
| ***Via Electronic Mail***<br>Valerie Venable, Credit Manager<br>GE Plastics, Americas<br>9930 Kincey Avenue<br>Huntersville, North Carolina  28078<br>valerie.venable@ge.com | ***Via Electronic Mail***<br>Skadden, Arps, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606<br>Att'n:  John Wm. Butler, Jr.<br>jbutler@skadden.com |

Dated: March 31, 2007          By:          */s/ Joseph D. Frank*

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK 0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel to Jones Lang LaSalle Americas, Inc.

{ JLL / 004 / 00009980.DOC /}