Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No.:  05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER AUTHORIZING AND APPROVING
## JONES LANG LASALLE AMERICAS, INC.'S
## FOURTH INTERIM APPLICATION FOR ALLOWANCE AND
## PAYMENT OF COMPENSATION AND REIMBURSEMENT
## OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331

**THIS MATTER** coming on to be heard upon consideration of Jones Lang LaSalle

Americas, Inc.'s Fourth Interim Application for Allowance and Payment of Compensation and

Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331 (the "Fourth Interim

Application") for the period of October 1, 2006 through January 31, 2007; due and sufficient

notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and

(c)(2); the Fee Committee appointed in these cases having reviewed the Fourth Interim

Application and having filed a Statement (the "Fee Committee Response") indicating no

objections to the Fourth Interim Application; this Court having reviewed the Fourth Interim

Application and the Fee Committee Response, and no further response or objection to the Fourth

Interim Application having been filed; and this Court having found that it has jurisdiction over

this matter pursuant to 11 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to

11 U.S.C. § 157(b)(2),

**IT IS HEREBY ORDERED** that the Fourth Interim Application is approved and

granted.

**IT IS FURTHER ORDERED** that Jones Lang LaSalle Americas, Inc. shall be allowed,

on an interim basis, the amount of fees payable and expenses payable as set forth in Schedule A

attached hereto.

**IT IS FURTHER ORDERED** that, consistent with the terms of the Order Under 11

U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals dated November 4, 2005 (Docket No. 869) and the supplemental

orders dated March 8, 2006 (Docket No. 2747), March 28, 2006 (Docket No. 2986), May 5,

2006 (Docket No. 3630), July 12, 2006 (Docket No. 4545), October 13, 2006 (Docket No. 5310)

and December 12, 2006 (Docket No. 6145), the Debtors are hereby authorized and directed to

pay to Jones Lang LaSalle Americas, Inc. any and all unpaid portions of the fees payable and

expenses payable as set forth in Schedule A.

Date: _____, 2007

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A(1)

**CASE NUMBER:**    **05-44481 (RDD) (Jointly Administered)**

**CASE NAME:**    **In re DELPHI CORPORATION,** *et al.*

### CURRENT FEE PERIOD:
### October 1, 2006 To January 31, 2007

| Applicant | Date/ Docket No. of Application | Fees Requested (including holdback) | 20% Holdback | Fees Unpaid | Fees Payable | Expenses Requested | Expenses Payable |
|---|---|---|---|---|---|---|---|
| Jones Lang LaSalle Americas, Inc. | March 31, 2007 Docket No. —— | $255,134.15 | $51,026.83 | $153,512.72 (not including 20% holdback) | | $7,592.66 | $7,592.66 |

## SCHEDULE B

**CASE NUMBER:**    **05-44481 (RDD)**

**CASE NAME:**    **In re DELPHI CORPORATION,** *et al.*

### SUMMARY:  ALL FEE PERIODS
### (INCLUDING THIS PERIOD)

| Applicant | Application Period / Docket No. | Total Fees Requested[1] | Total Fees Payable[2] | Total Fees Awarded | Total Expenses Requested | Total Expenses Payable | Total Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Jones Lang LaSalle Americas, Inc. | First Interim Fee Period (11/3/05 – 1/31/06) Docket No. 3527 | $180,103.84 | $162,093.46 | $180,103.84 | $4,208.73 | $4,208.73 | $4,208.73 |
| Jones Lang LaSalle Americas, Inc. | Second Interim Fee Period (2/1/06 – 5/31/06) Docket No. 4786 | $226,598.36 | $203,938.02 | $226,598.36 | $11,066.58 | $7,081.17 | $7,081.17 |
| Jones Lang LaSalle Americas, Inc. | Third Interim Fee Period (6/1/06 – 9/30/06) Docket No. 6001 | $241,213.58 | $180,313.25 | $241,213.58 | $12,936.12 | $12,936.12 | $12,936.12 |
| Jones Lang LaSalle Americas, Inc. | Fourth Interim Fee Period (10/1/06 – 1/31/07) Docket No. _____ | $255,134.15 | $153,512.72 (not including 20% holdback) | | $7,592.66 | $7,592.66 | |

DATE: _____    INITIALS:  _____USBJ

---

[1] Includes fees previously requested but not awarded (held-back fees).
[2] Fees held back are treated as not having been awarded.

{ JLL / 004 / 00008765.DOC /}