Hearing Date and Time: June 26, 2007 10:00 am (prevailing Eastern Time)
Objection Deadline: June 19, 2007 at 4:00 pm (prevailing Eastern Time)

**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
H. Slayton Dabney, Jr., Esq. (HD - 4311)


Attorneys for KPMG LLP


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                            :
In re:                                      :    Chapter 11
                                            :
**DELPHI CORPORATION, et al.,**             :    Case No. 05-44481 (RDD)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------------ x


**NOTICE OF FOURTH APPLICATION OF KPMG LLP, AS TAX AND TRANSACTION SERVICES ADVISORS AND ADVISORY AND VALUATION SERVICES ADVISORS FOR THE DEBTORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 1, 2006 THROUGH JANUARY 31, 2007**

**PLEASE TAKE NOTICE** that the Fourth Application of KPMG LLP ("KPMG"), as Tax and Transaction Services Advisors and Advisory and Valuation Services Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From October 1, 2006 Through January 31, 2007 (the "Application") was filed with the United States Bankruptcy Court for the Southern District of New York on March 31, 2007. The Application seeks approval of reasonable compensation for professional legal services rendered and expenses related thereto

incurred by KPMG, as tax and transaction services advisors, and advisory and valuation services advisors to Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for the period commencing October 1, 2006 through and including January 31, 2007 (the "Compensation Period"), in the amount of $3,259,952.57, consisting of $2,994,667.15 of fees and $265,285.42 of expenses.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the approval of the Application will be held on June 26, 2007 at 10:00 am (prevailing Eastern Time) in the Courtroom of the Hon. Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 610, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an Order granting the Application (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bank. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) (Docket No. 245) (the "Case Management Order"), (c) must state with particularity the legal and factual bases for the objection, (d) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) - registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (e) must be submitted in

2

hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (f) must be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn.: General Counsel), (ii) Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: John Wm. Butler, Jr.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn.: Alicia M. Leonhard), and (iv) King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036 (Attn.: H. Slayton Dabney, Jr., Esq.), in each case so as to be, received on or before June 19, 2007, at 4:00 p.m. (prevailing Eastern Time).

Dated:   New York, New York
         March 31, 2007

                                              KING & SPALDING LLP

                                              By: /s/ H. Slayton Dabney, Jr.
                                                 H. Slayton Dabney, Jr., Esq.

                                            1185 Avenue of the Americas
                                            New York, NY  10036-4003
                                            Tel:  (212) 556-2100
                                            Fax:  (212) 556-2222

                                            Attorneys for KPMG LLP