

**creative techniques, inc.**
Concepts in Progress...Materials in Motion

March 20, 2007

2441 NORTH OPDYKE
AUBURN HILLS, MI 48326-2442
248/373-3050
FAX 248/373-3458
1-800-473-0284

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY  10004

Response to Ninth Omnibus Claims Objection:  Delphi Corporation, et al, Debtors
Chapter 11 Case No. 05-44481 (RDD)

  A. Title of the Claims Objection - Claims Subject to Modification
      Claim # 14795 filed 07/31/2006

  B. Name and description of claim - Creative Techniques, Inc.
      $23040.60 for goods provided as follows:

| Invoice# 25761 | dated 09/21/05 | $5850.00 | PO# CVS40744 |
| Invoice# 25653 | dated 09/02/05 | $1460.00 | PO# RPS47456 |
| Invoice# 25672 | dated 09/09/05 | $4896.00 | PO# RPS47456 |
| Invoice# 25712 | dated 09/13/05 | $1844.00 | PO# RPS47456 |
| Invoice# 25718 | dated 09/14/05 | $1195.60 | PO# AES36880 |
| Invoice# 25872 | dated 10/06/05 | $3325.00 | PO# S2S54864 |
| Invoice# 25188 | dated 06/22/05 | $4670.00 | PO# DYS81876 |

  C. Statement why claim should not be disallowed:

      Delivered goods subject to Purchase Orders as specified above.  Claims were
      not overstated or in foreign currency.

  D. Proof of claim previously filed.

  E. Amount of Claim - $23040.60

  F. Address to return reply:  Creative Techniques, Inc. 2441 N Opdyke Rd.
      Auburn Hills, MI  48326

      Sincerely,

      *Robert Nyquist*

      Bob Nyquist
      Chief Financial Officer