GAZES LLC
Ian J. Gazes (IG 7654)
Eric Wainer (EW 9783)
32 Avenue of the Americas
New York, NY 10013
Tel: (212) 765-9000
Fax: (212) 765-9675
Ian@GazesLLC.com

*Attorneys for SETECH, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
                                                            :
IN RE:                                                      :  Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :  Case No. 05-44481 (RDD)
                                                            :
      Debtors,                                              :  (Jointly Administered)
                                                            x
-----------------------------------------------------------

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that GAZES LLC represents SETECH, INC., a creditor in this case, and hereby submits this Notice Withdrawal of Appearance in connection therewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that its name and address be removed from all mailing lists and matrices in this case.

Respectfully submitted,
Gazes LLC

Ian J. Gazes
Eric Wainer
GAZES LLC
32 Avenue of the Americas
New York, NY 10013
Tel: (212) 765-9000
Fax: (212) 765-9675

Attorneys for SETECH, Inc.
  .

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance* has been served upon all parties requesting electronic service, and by First Class United States Mail to counsel for the Debtors and to the U.S. Trustee addressed as set forth below:

       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
       Attn:   Mayalyn A. Marafioti
                Thomas J. Matz
       Four Times Square
       New York, New York 10036

       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
       Attn:   John Wm. Butler, Jr.
                John K. Lyons
                Ron E. Meisler
       333 West Wacker Drive, Suite 2100

       OFFICE FO THE UNITED STATES TRUSTEE
       Attn: Alicia M. Leonhard
       Southern District of New York
       33 Whitehall Street, Suite 2100
       New York, New York 10004

on this 2nd day of April, 2007.

_____
Ian J. Gazes