UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re                                              :        Chapter 11

DELPHI CORPORATION,  et al.,           :        Case No. 05-44481 (RDD)

      Debtors.                              :        (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CERTIFICATE OF SERVICE

State of New York    )
                        )        ss.:
County of New York   )

    I, Laura Guido, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on March 29, 2007, I caused to be served a true and correct copy of the document(s) listed below (i) upon the parties listed on Exhibit A hereto via electronic mail; (ii) upon the parties listed on Exhibit B hereto via hand delivery; and (c) upon the parties listed on Exhibit C hereto via overnight courier:

- ➢ Third Interim Fee Application of Fried, Frank, Harris, Shriver & Jacobson LLP, Counsel for the Official Committee of Equity Security Holders, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred and Posted During the Period from October 1, 2006 January 31, 2007

- ➢ Electronic Filing Receipt

In addition, on March 29, 2007, I caused to be served a true and correct copy of the document listed below upon the parties listed on Exhibit D hereto via overnight courier:

- Notice of Third Interim Fee Application of Fried, Frank, Harris, Shriver & Jacobson LLP, Counsel for the Official Committee of Equity Security Holders, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred and Posted During the Period from October 1, 2006 January 31, 2007

- Electronic Filing Receipt

Dated:  April 2, 2007
         New York, New York

/s/ Laura Guido
Laura Guido

# Exhibit A

david.boyle@airgas.com; tajamie@ajamie.com; aswiech@akebono-usa.com; pgurfein@akingump.com; mgreger@allenmatkins.com; dconnolly@alston.com; dwender@alston.com; craig.freeman@alston.com; rjones@ambrake.com; steven.keyes@aam.com; mblacker@andrewskurth.com; gogimalik@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com; aleinoff@amph.com; mhamilton@ampn.com; Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com; dladdin@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com; william.barrett@bfkpn.com; kim.robinson@bfkpn.com; john.gregg@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; alan.mills@btlaw.com; wendy.brewer@btlaw.com; mark.owens@btlaw.com; ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com; wallace@blbglaw.com; sean@blbglaw.com; hannah@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; fatell@blankrome.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com; sdonato@bsk.com; chill@bsk.com; csullivan@bsk.com; jhinshaw@boselaw.com; rjones@bccb.com; amcmullen@bccb.com; dludman@brownconnery.com; schristianson@buchalter.com; mhall@burr.com; sabelman@cagewilliams.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com; driggio@candklaw.com; rweisberg@carsonfischer.com; cahn@clm.com; sdeeby@clarkhill.com; japplebaum@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com; maofiling@cgsh.com; swalsh@chglaw.com; tmaxson@cohenlaw.com; jvitale@cwsny.com; srosen@cb-shea.com; amalone@colwinlaw.com; Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com; derrien@coollaw.com; nhp4@cornell.edu; sjohnston@cov.com; rsz@curtinheefner.com; dpm@curtinheefner.com; athau@cm-p.com; dkarp@cm-p.com; krk4@daimlerchrysler.com; wsavino@damonmorey.com; selanders@danielsandkaplan.com; carol_sowa@denso-diam.com; amina.maddox@dol.lps.state.nj.us; gdiconza@dlawpc.com; john.persiani@dinslaw.com; richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; mbusenkell@eckertseamans.com; ayala.hassell@eds.com; akatz@entergy.com; dfreedman@ermanteicher.com; gettelman@e-hlaw.com; ggreen@fagelhaber.com; lnewman@fagelhaber.com; charles@filardi-law.com; tdonovan@finkgold.com; jmurch@foley.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com; office@gazesllc.com; ian@gazesllc.com; crieders@gjb-law.com; dcrapo@gibbonslaw.com; mmeyers@gsmdlaw.com; abrilliant@goodwinproctor.com; cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com; jeisenhofer@gelaw.com; gjarvis@ggelaw.com; snirmul@gelaw.com; mrr@previant.com; tch@previant.com; mdebbeler@graydon.com; ckm@greensfelder.com; jpb@greensfelder.com; herb.reiner@guarantygroup.com; cbattaglia@halperinlaw.net;

3

ahalperin@halperinlaw.net; jdyas@halperinlaw.net; hleinwand@aol.com;
prubin@herrick.com; anne.kennelly@hp.com; ken.higman@hp.com;
sharon.petrosino@hp.com; echarlton@hiscockbarclay.com; jkreher@hodgsonruss.com;
sgross@hodgsonruss.com; sagolden@hhlaw.com; ecdolan@hhlaw.com;
amoog@hhlaw.com; elizabeth.flaagan@hro.com; dbaty@honigman.com;
tsable@honigman.com; tomschank@hunterschank.com; jrhunter@hunterschank.com;
mmassad@hunton.com; sholmes@hunton.com; aee@hurwitzfine.com;
Ben.Caughey@icemiller.com; greg.bibbes@infineon.com;
jeffery.gillispie@infineon.com; rgriffin@iuoe.org; pbarr@jaffelaw.com; ;
rpeterson@jenner.com; gerdekomarek@bellsouth.net; sjfriedman@jonesday.com;
john.sieger@kattenlaw.com; kcookson@keglerbrown.com; lsarko@kellerrohrback.com;
claufenberg@kellerrohrback.com; eriley@kellerrohrback.com;
ggotto@kellerrohrback.com; mbane@kelleydrye.com; msomerstein@kelleydrye.com;
tkennedy@kjmlabor.com; sjennik@kjmlabor.com; lmagarik@kjmlabor.com;
gsouth@kslaw.com; afeldman@kslaw.com; grichards@kirkland.com; efox@klng.com;
schnabel@klettrooney.com; dbrown@klettrooney.com; sosimmerman@kwgd.com;
ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; smcook@lambertleser.com;
mitchell.seider@lw.com; mark.broude@lw.com; henry.baer@lw.com;
john.weiss@lw.com; michael.riela@lw.com; erika.ruiz@lw.com; rcharles@lrlaw.com;
sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com;
whawkins@loeb.com; gschwed@loeb.com; tmcfadden@lordbissell.com;
tbrink@lordbissell.com; kwalsh@lordbissell.com; rcovino@lordbissell.com;
metkin@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com;
scargill@lowenstein.com; vdagostino@lowenstein.com; bnathan@lowenstein.com;
egc@lydenlaw.com; rparks@mijb.com; jlanden@madisoncap.com; jml@ml-legal.com;
lmc@ml-legal.com; vmastromar@aol.com; rdaversa@mayerbrown.com;
jgtougas@mayerbrownrowe.com; dadler@mccarter.com; jsalmas@mccarthy.ca;
lsalzman@mccarthy.ca; jmsullivan@mwe.com; sselbst@mwe.com;
jrobertson@mcdonaldhopkins.com; sopincar@mcdonaldhopkins.com;
sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; egunn@mcguirewoods.com;
lpeterson@msek.com; hkolko@msek.com; rrosenbaum@mrrlaw.net;
emeyers@mrrlaw.net; aburch@miamidade.gov; miag@michigan.gov;
raterinkd@michigan.gov; miag@michigan.gov; trenda@milesstockbridge.com;
khopkins@milesstockbridge.com; sarbt@millerjohnson.com;
wolfordr@millerjohnson.com; fusco@millercanfield.com; greenj@millercanfield.com;
pjricotta@mintz.com; skhoos@mintz.com; Jeff.Ott@molex.com ;
resterkin@morganlewis.com; agottfried@morganlewis.com;
mzelmanovitz@morganlewis.com; lberkoff@moritthock.com;
mdallago@morrisoncohen.com; rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com;
sbrennan@nathanneuman.com; lisa.moore2@nationalcity.com;
george.cauthen@nelsonmullins.com; bbeckworth@nixlawfirm.com;
jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com;
eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com; mmharner@jonesday.com;
cahope@chapter13macon.com; jay.hurst@oag.state.tx.us; michaelz@orbotech.com;

mmoody@okmlaw.com; aenglund@orrick.com; aprinci@orrick.com; tkent@orrick.com;
fholden@orrick.com; rwyron@orrick.com; jguy@orrick.com; mcheney@orrick.com;
shazan@oshr.com; mhager@oshr.com; sshimshak@paulweiss.com;
cweidler@paulweiss.com; ddavis@paulweiss.com; emccolm@paulweiss.com;
housnerp@michigan.gov; lawallf@pepperlaw.com; aaronsona@pepperlaw.com;
caseyl@pepperlaw.com; jaffeh@pepperlaw.com; jmanheimer@pierceatwood.com;
kcunningham@pierceatwood.com; mark.houle@pillsburylaw.com;
karen.dine@pillsburylaw.com; richard.epling@pillsburylaw.com;
robin.spear@pillsburylaw.com; margot.erlich@pillsburylaw.com;
rbeacher@pitneyhardin.com; rmeth@pitneyhardin.com; bsmoore@pbnlaw.com;
jsmairo@pbnlaw.com; jh@previant.com; mgr@previant.com; jkp@qad.com;
andrew.herenstein@quadranglegroup.com; patrick.bartels@quadranglegroup.com;
jharris@quarles.com; sgoldber@quarles.com; knye@quarles.com;
elazarou@reedsmith.com; rnorton@reedsmith.com; jlapinsky@republicengineered.com;
jshickich@riddellwilliams.com; mscott@riemerlaw.com; holly@regencap.com;
amathews@robinsonlaw.com; cnorgaard@ropers.com; gregory.kaden@ropesgray.com;
marc.hirschfield@ropesgray.com; tslome@rsmllp.com; rtrack@msn.com;
cschulman@sachnoff.com; agelman@sachnoff.com; cbelmonte@ssbb.com;
pbosswick@ssbb.com; hborin@schaferandweiner.com;
mnewman@schaferandweiner.com; rheilman@schaferandweiner.com;
dweiner@schaferandweiner.com; wkohn@schiffhardin.com;
myetnikoff@schiffhardin.com ; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com;
michael.cook@srz.com; james.bentley@srz.com; carol.weiner.levy@srz.com;
pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com;
lawtoll@comcast.net; rthibeaux@shergarner.com; rthibeaux@shergarner.com;
bankruptcy@goodwin.com; asherman@sillscummis.com; jzackin@sillscummis.com ;
cfortgang@silverpointcapital.com; bellis-monro@sgrlaw.com;
kmiller@skfdelaware.com; fyates@sonnenschein.com; rrichards@sonnenschein.com;
lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com; pabutler@ssd.com;
emarcks@ssd.com; hwangr@michigan.gov; jmbaumann@steeltechnologies.com;
rkidd@srcm-law.com; shapiro@steinbergshapiro.com; jposta@sternslaw.com;
cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com;
robert.goodrich@stites.com; massimiliano_cini@brembo.it;
madison.cashman@stites.com; wbeard@stites.com; khansen@stroock.com;
jminias@stroock.com; rnsteinwurtzel@swidlaw.com; ferrell@taftlaw.com;
miller@taftlaw.com; marvin.clements@state.tn.us; ddraper@terra-law.com;
jforstot@tpw.com; lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp;
robert.morris@timken.com; dlowenthal@thelenreid.com; dlowenthal@thelenreid.com;
rhett.campbell@tklaw.com; john.brannon@tklaw.com; ira.herman@tklaw.com;
ephillips@thurman-phillips.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com;
DBR@tbfesq.com; jwilson@tylercooper.com; hzamboni@underbergkessler.com;
mkilgore@UP.com; djury@steelworkers-usw.org; msmcelwee@varnumlaw.com;
rjsidman@vssp.com; tscobb@vssp.com; RGMason@wlrk.com;
EAKleinhaus@wlrk.com; david.lemke@wallerlaw.com;
robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com;
growsb@wnj.com; bankruptcy@warnerstevens.com; lekvall@wgllp.com;

5

aordubegian@weineisen.com; gpeters@weltman.com; jcunningham@whitecase.com; mmesonesmori@whitecase.com; barnold@whdlaw.com; bspears@winstead.com; mfarquhar@winstead.com; mwinthrop@winthropcouchot.com; sokeefe@winthropcouchot.com; oiglesias@wlross.com; lpinto@wcsr.com; skrause@zeklaw.com; pjanovsky@zeklaw.com; sarah.morrison@doj.ca.gov; pclark@mwe.com; jdejonker@mwe.com; msternstein@sheppardmullin.com; twardle@sheppardmullin.com; ewaters@sheppardmullin.com; tcohen@sheppardmullin.com; dludman@brownconnery.com; bharwood@sheehan.com; neal.mann@oag.state.ny.us; JRS@parmenterlaw.com; rjclark@hancocklaw.com; rsmolev@kayescholer.com; heather@implaytechnologies.com; kmayhew@pepehazard.com; mseidl@pszyjw.com; wweintraub@pszyjw.com; sdabney@kslaw.com; bdimos@kslaw.com; jsimon@foley.com; mrichman@foley.com; mkohayer@aol.com; gbray@milbank.com; tkreller@milbank.com; jtill@milbank.com; Judith.Elkin@haynesboone.com; Lenard.Parkins@haynesboone.com; Kenric.Kattner@haynesboone.com; arosenberg@paulweiss.com; jbrass@paulweiss.com; maofiling@cgsh.com; DDeutsch@chadbourne.com; DiConzaM@gtlaw.com; HeyenS@gtlaw.com; eglas@mccarter.com; mparker@fulbright.com; drosenzweig@fulbright.com; ddragich@foley.com; amiller@intermet.com; lgretchko@howardandhoward.com; jspecf@sternslaw.com

# **Exhibit B**

<u>The Court</u>
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:   Chambers of Hon. Robert D. Drain

<u>United States Trustee</u>
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn:   Alicia M. Leonhard

# Exhibit C

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Att'n:  David Sherbin, Esq.

Skadden, Arps, Slate & Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
Attn.:  John Wm. Butler Jr.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n:  Alicia M. Leonhard, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
Att'n:  Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue,
New York, New York  10017
Att'n:  Marissa Wesley, Esq.

Davis Polk & Wardwell
450 Lexington Avenue,
New York, New York  10017
Att'n:   Donald Bernstein, Esq.
            Brian Resnick, Esq.

Legal Cost Control Inc.
255 Kings Highway East
Haddonfield, NJ  08033,
Att'n:  Susan Trevejo

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

# Exhibit D

Brandes Investment Partners LP
11988 El Camino Real
Suite 500
San Diego, CA  92103
Attn:   Ted Kim

Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036
Attn:   Robert J. Stark

Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY  10036
Attn:   Bruce Simon

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Attn:   Steven J. Reisman

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:   Brian Resnick
          Donald Bernstein

DC Capital Partners LP
800 Third Avenue
40th Floor
New York, NY  10022
Attn:   Douglas L. Dethy

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:   Sean Corcoran
          Karen Craft

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI  48098
Attn:   Michael Nefkens

Flextronics International
305 Interlocken Parkway
Broomfield, CO  80021
Attn:   Carrie L. Schiff

Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA  95131
Attn:   Paul W. Anderson

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735
Attn:   Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY  10036
Attn:   Randall S. Eisenberg

General Electric Company
9930 Kincey Avenue
Huntersville, NC  28078
Attn:   Valerie Venable

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Attn:   Lonie A. Hassel

Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY  10019
Attn:   Stephen H. Gross

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Frank L. Gorman, Esq.

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Robert B. Weiss, Esq.

Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007
Attn: Insolvency Department, Maria Valerio

Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226
Attn: Insolvency Department

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439
Attn: Henry Reichard

James E. Bishop Sr.
502 Shiloh Dr.
No. 9
Laredo, TX 78045

James H. Kelly
517 Lost Angel Road
Boulder, CO 80302

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022
Attn: William Q. Derrough

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
Attn: Thomas F. Maher
        Richard Duker
        Gianni Russello

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
Attn: Vilma Francis

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer

Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066
Attn: James Le

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY 10017
Attn: Patrick J. Healy

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY 10017
Attn: Daniel R. Fisher

10

Luqman Yacub
P.O. Box 1026
Hartville, OH  44632

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:   David D. Cleary

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:   Mohsin N. Khambati

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:   J. Brian McTigue

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:   Cornish F. Hitchcock

Mesirow Financial
666 Third Ave.
21st Floor
New York, NY  10017
Attn:   Leon Szlezinger

Morrison Cohen LLP
909 Third Avenue
New York, NY  10022
Attn:   Joseph T. Moldovan, Esq.

Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY  10281
Attn:   Mark Schonfeld, Regional Director

Office of New York State
120 Broadway
New York, NY  10271
Attn:   Attorney General Eliot Spitzer

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071
Attn:   Robert Siegel

O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC  20006
Attn:   Tom A. Jerman
           Rachel Janger

Pardus European Special Opportunities Master Fund LP
Pardus Capital Management LP
1101 Avenue of the Americas
Suite 1100
New York, NY  10018
Attn:   Joseph R. Thornton

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005-4026
Attn:   Ralph L. Landy

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005
Attn:   Jeffrey Cohen

Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103
Attn:   Sandra A. Riemer

Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020
Attn:   David L. Resnick

Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York NY 10020-1801
Attn:   Robert W. Dremluk

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Attn:   Douglas Bartner
        Jill Frizzley

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attn:   Kenneth S. Ziman
        Robert H. Trust
        William T. Russell, Jr.

Skadden, Arps, Slate, Meagher &
Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606
Attn:   John Wm. Butler
        John K. Lyons
        Ron E. Meisler

Skadden, Arps, Slate, Meagher &
Flom LLP
4 Times Square
P.O. Box 300
New York, NY  10036
Attn:   Kayalyn A. Marafioti
        Thomas J. Matz

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:   Daniel D. Doyle

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:   Nicholas Franke

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022
Attn:   Chester B. Salomon
        Constantine D. Pourakis

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119
Attn:   Albert Togut

Trustee of the Koury Family Trust
410 Reposado Dr.
La Habra Heights, CA  90631
Attn:   James N. Koury

Tyco Electronics Corporation
 60 Columbia Road
Morristown, NJ  7960
Attn:   MaryAnn Brereton,
        Assistant General Counsel

United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112
Attn:   Alicia M. Leonhard

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102
Attn:   Michael D. Warner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Jeffrey L. Tanenbaum, Esq.

12

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Martin J. Bienenstock, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Michael P. Kessler, Esq.

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890
Attn:   Steven M. Cimalore