UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CERTIFICATE OF SERVICE

State of New York    )
                              )    ss.:
County of New York )

    I, Laura Guido, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on March 30, 2007, I caused to be served a true and correct copy of the document(s) listed below (i) upon the parties listed on Exhibit A hereto via overnight courier; (ii) upon the parties listed on Exhibit B hereto via hand delivery:

- ➢ Second Interim Application of Houlihan Lokey Howard & Zukin Capital for Allowance of Compensation and Reimbursement of Expenses

- ➢ Electronic Filing Receipt

   In addition, on April 2, 2007, I caused to be served a true and correct copy of the document listed below (i) upon the parties listed on Exhibit C hereto via electronic mail; and (ii) upon the parties listed on Exhibit D hereto vial overnight courier:

- ➢ Notice of Second Interim Application of Houlihan Lokey Howard & Zukin Capital for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred and Posted During the Period from October 1, 2006 through January 31, 2007

- ➢ Electronic Filing Receipt

Dated: April 2, 2007
   New York, New York

                  /s/ Laura Guido
                  Laura Guido

# Exhibit A

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Att'n:  David Sherbin, Esq.

Skadden, Arps, Slate & Meagher &
Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
Attn.: John Wm. Butler Jr.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n:  Alicia M. Leonhard, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
Att'n:  Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
Att'n:  Marissa Wesley, Esq.

Davis Polk & Wardwell
450 Lexington Avenue,
New York, New York  10017
Att'n:   Donald Bernstein, Esq.
             Brian Resnick, Esq.

Legal Cost Control Inc.
255 Kings Highway East
Haddonfield, NJ  08033,
Att'n:  Susan Trevejo

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

Houlihan Lokey Howard & Zukin
Capital
245 Park Avenue
New York New York  10167
Att'n:  Tanja Aalto

# **<u>Exhibit B</u>**

<u>The Court</u>
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:   Chambers of Hon. Robert D. Drain

<u>United States Trustee</u>
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn:   Alicia M. Leonhard

# Exhibit C

david.boyle@airgas.com; tajamie@ajamie.com; aswiech@akebono-usa.com; pgurfein@akingump.com; mgreger@allenmatkins.com; dconnolly@alston.com; dwender@alston.com; craig.freeman@alston.com; rjones@ambrake.com; steven.keyes@aam.com; mblacker@andrewskurth.com; gogimalik@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com; aleinoff@amph.com; mhamilton@ampn.com; Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com; dladdin@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com; william.barrett@bfkpn.com; kim.robinson@bfkpn.com; john.gregg@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; alan.mills@btlaw.com; wendy.brewer@btlaw.com; mark.owens@btlaw.com; ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com; wallace@blbglaw.com; sean@blbglaw.com; hannah@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; fatell@blankrome.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com; sdonato@bsk.com; chill@bsk.com; csullivan@bsk.com; jhinshaw@boselaw.com; rjones@bccb.com; amcmullen@bccb.com; dludman@brownconnery.com; schristianson@buchalter.com; mhall@burr.com; sabelman@cagewilliams.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com; driggio@candklaw.com; rweisberg@carsonfischer.com; cahn@clm.com; sdeeby@clarkhill.com; japplebaum@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com; maofiling@cgsh.com; swalsh@chglaw.com; tmaxson@cohenlaw.com; jvitale@cwsny.com; srosen@cb-shea.com; amalone@colwinlaw.com; Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com; derrien@coollaw.com; nhp4@cornell.edu; sjohnston@cov.com; rsz@curtinheefner.com; dpm@curtinheefner.com; athau@cm-p.com; dkarp@cm-p.com; krk4@daimlerchrysler.com; wsavino@damonmorey.com; selanders@danielsandkaplan.com; carol_sowa@denso-diam.com; amina.maddox@dol.lps.state.nj.us; gdiconza@dlawpc.com; john.persiani@dinslaw.com; richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; mbusenkell@eckertseamans.com; ayala.hassell@eds.com; akatz@entergy.com; dfreedman@ermanteicher.com; gettelman@e-hlaw.com; ggreen@fagelhaber.com; lnewman@fagelhaber.com; charles@filardi-law.com; tdonovan@finkgold.com; jmurch@foley.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com; office@gazesllc.com; ian@gazesllc.com; crieders@gjb-law.com; dcrapo@gibbonslaw.com; mmeyers@gsmdlaw.com; abrilliant@goodwinproctor.com; cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com; jeisenhofer@gelaw.com; gjarvis@ggelaw.com; snirmul@gelaw.com; mrr@previant.com; tch@previant.com; mdebbeler@graydon.com; ckm@greensfelder.com; jpb@greensfelder.com;

5

herb.reiner@guarantygroup.com; cbattaglia@halperinlaw.net;
ahalperin@halperinlaw.net; jdyas@halperinlaw.net; hleinwand@aol.com;
prubin@herrick.com; anne.kennelly@hp.com; ken.higman@hp.com;
sharon.petrosino@hp.com; echarlton@hiscockbarclay.com; jkreher@hodgsonruss.com;
sgross@hodgsonruss.com; sagolden@hhlaw.com; ecdolan@hhlaw.com;
amoog@hhlaw.com; elizabeth.flaagan@hro.com; dbaty@honigman.com;
tsable@honigman.com; tomschank@hunterschank.com; jrhunter@hunterschank.com;
mmassad@hunton.com; sholmes@hunton.com; aee@hurwitzfine.com;
Ben.Caughey@icemiller.com; greg.bibbes@infineon.com;
jeffery.gillispie@infineon.com; rgriffin@iuoe.org; pbarr@jaffelaw.com; ;
rpeterson@jenner.com; gerdekomarek@bellsouth.net; sjfriedman@jonesday.com;
john.sieger@kattenlaw.com; kcookson@keglerbrown.com; lsarko@kellerrohrback.com;
claufenberg@kellerrohrback.com; eriley@kellerrohrback.com;
ggotto@kellerrohrback.com; mbane@kelleydrye.com; msomerstein@kelleydrye.com;
tkennedy@kjmlabor.com; sjennik@kjmlabor.com; lmagarik@kjmlabor.com;
gsouth@kslaw.com; afeldman@kslaw.com; grichards@kirkland.com; efox@klng.com;
schnabel@klettrooney.com; dbrown@klettrooney.com; sosimmerman@kwgd.com;
ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; smcook@lambertleser.com;
mitchell.seider@lw.com; mark.broude@lw.com; henry.baer@lw.com;
john.weiss@lw.com; michael.riela@lw.com; erika.ruiz@lw.com; rcharles@lrlaw.com;
sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com;
whawkins@loeb.com; gschwed@loeb.com; tmcfadden@lordbissell.com;
tbrink@lordbissell.com; kwalsh@lordbissell.com; rcovino@lordbissell.com;
metkin@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com;
scargill@lowenstein.com; vdagostino@lowenstein.com; bnathan@lowenstein.com;
egc@lydenlaw.com; rparks@mijb.com; jlanden@madisoncap.com; jml@ml-legal.com;
lmc@ml-legal.com; vmastromar@aol.com; rdaversa@mayerbrown.com;
jgtougas@mayerbrownrowe.com; dadler@mccarter.com; jsalmas@mccarthy.ca;
lsalzman@mccarthy.ca; jmsullivan@mwe.com; sselbst@mwe.com;
jrobertson@mcdonaldhopkins.com; sopincar@mcdonaldhopkins.com;
sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; egunn@mcguirewoods.com;
lpeterson@msek.com; hkolko@msek.com; rrosenbaum@mrrlaw.net;
emeyers@mrrlaw.net; aburch@miamidade.gov; miag@michigan.gov;
raterinkd@michigan.gov; miag@michigan.gov; trenda@milesstockbridge.com;
khopkins@milesstockbridge.com; sarbt@millerjohnson.com;
wolfordr@millerjohnson.com; fusco@millercanfield.com; greenj@millercanfield.com;
pjricotta@mintz.com; skhoos@mintz.com; Jeff.Ott@molex.com ;
resterkin@morganlewis.com; agottfried@morganlewis.com;
mzelmanovitz@morganlewis.com; lberkoff@moritthock.com;
mdallago@morrisoncohen.com; rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com;
sbrennan@nathanneuman.com; lisa.moore2@nationalcity.com;
george.cauthen@nelsonmullins.com; bbeckworth@nixlawfirm.com;
jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com;
eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com; mmharner@jonesday.com;

6

cahope@chapter13macon.com; jay.hurst@oag.state.tx.us; michaelz@orbotech.com; mmoody@okmlaw.com; aenglund@orrick.com; aprinci@orrick.com; tkent@orrick.com; fholden@orrick.com; rwyron@orrick.com; jguy@orrick.com; mcheney@orrick.com; shazan@oshr.com; mhager@oshr.com; sshimshak@paulweiss.com; cweidler@paulweiss.com; ddavis@paulweiss.com; emccolm@paulweiss.com; housnerp@michigan.gov; lawallf@pepperlaw.com; aaronsona@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com; mark.houle@pillsburylaw.com; karen.dine@pillsburylaw.com; richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com; margot.erlich@pillsburylaw.com; rbeacher@pitneyhardin.com; rmeth@pitneyhardin.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; jh@previant.com; mgr@previant.com; jkp@qad.com; andrew.herenstein@quadranglegroup.com; patrick.bartels@quadranglegroup.com; jharris@quarles.com; sgoldber@quarles.com; knye@quarles.com; elazarou@reedsmith.com; rnorton@reedsmith.com; jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; mscott@riemerlaw.com; holly@regencap.com; amathews@robinsonlaw.com; cnorgaard@ropers.com; gregory.kaden@ropesgray.com; marc.hirschfield@ropesgray.com; tslome@rsmllp.com; rtrack@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; hborin@schaferandweiner.com; mnewman@schaferandweiner.com; rheilman@schaferandweiner.com; dweiner@schaferandweiner.com; wkohn@schiffhardin.com; myetnikoff@schiffhardin.com ; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com; michael.cook@srz.com; james.bentley@srz.com; carol.weiner.levy@srz.com; pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com; lawtoll@comcast.net; rthibeaux@shergarner.com; rthibeaux@shergarner.com; bankruptcy@goodwin.com; asherman@sillscummis.com; jzackin@sillscummis.com ; cfortgang@silverpointcapital.com; bellis-monro@sgrlaw.com; kmiller@skfdelaware.com; fyates@sonnenschein.com; rrichards@sonnenschein.com; lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com; pabutler@ssd.com; emarcks@ssd.com; hwangr@michigan.gov; jmbaumann@steeltechnologies.com; rkidd@srcm-law.com; shapiro@steinbergshapiro.com; jposta@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; massimiliano_cini@brembo.it; madison.cashman@stites.com; wbeard@stites.com; khansen@stroock.com; jminias@stroock.com; rnsteinwurtzel@swidlaw.com; ferrell@taftlaw.com; miller@taftlaw.com; marvin.clements@state.tn.us; ddraper@terra-law.com; jforstot@tpw.com; lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp; robert.morris@timken.com; dlowenthal@thelenreid.com; dlowenthal@thelenreid.com; rhett.campbell@tklaw.com; john.brannon@tklaw.com; ira.herman@tklaw.com; ephillips@thurman-phillips.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; DBR@tbfesq.com; jwilson@tylercooper.com; hzamboni@underbergkessler.com; mkilgore@UP.com; djury@steelworkers-usw.org; msmcelwee@varnumlaw.com; rjsidman@vssp.com; tscobb@vssp.com; RGMason@wlrk.com; EAKleinhaus@wlrk.com; david.lemke@wallerlaw.com; robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com;

growsb@wnj.com; bankruptcy@warnerstevens.com; lekvall@wgllp.com; aordubegian@weineisen.com; gpeters@weltman.com; jcunningham@whitecase.com; mmesonesmori@whitecase.com; barnold@whdlaw.com; bspears@winstead.com; mfarquhar@winstead.com; mwinthrop@winthropcouchot.com; sokeefe@winthropcouchot.com; oiglesias@wlross.com; lpinto@wcsr.com; skrause@zeklaw.com; pjanovsky@zeklaw.com; sarah.morrison@doj.ca.gov; pclark@mwe.com; jdejonker@mwe.com; msternstein@sheppardmullin.com; twardle@sheppardmullin.com; ewaters@sheppardmullin.com; tcohen@sheppardmullin.com; dludman@brownconnery.com; bharwood@sheehan.com; neal.mann@oag.state.ny.us; JRS@parmenterlaw.com; rjclark@hancocklaw.com; rsmolev@kayescholer.com; heather@implaytechnologies.com; kmayhew@pepehazard.com; mseidl@pszyjw.com; wweintraub@pszyjw.com; sdabney@kslaw.com; bdimos@kslaw.com; jsimon@foley.com; mrichman@foley.com; mkohayer@aol.com; gbray@milbank.com; tkreller@milbank.com; jtill@milbank.com; Judith.Elkin@haynesboone.com; Lenard.Parkins@haynesboone.com; Kenric.Kattner@haynesboone.com; arosenberg@paulweiss.com; jbrass@paulweiss.com; maofiling@cgsh.com; DDeutsch@chadbourne.com; DiConzaM@gtlaw.com; HeyenS@gtlaw.com; eglas@mccarter.com; mparker@fulbright.com; drosenzweig@fulbright.com; ddragich@foley.com; amiller@intermet.com; lgretchko@howardandhoward.com; jspecf@sternslaw.com

# Exhibit D

Brandes Investment Partners LP
11988 El Camino Real
Suite 500
San Diego, CA  92103
Attn:   Ted Kim

Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036
Attn:   Robert J. Stark

Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY  10036
Attn:   Bruce Simon

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Attn:   Steven J. Reisman

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:   Brian Resnick
        Donald Bernstein

DC Capital Partners LP
800 Third Avenue
40th Floor
New York, NY  10022
Attn:   Douglas L. Dethy

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:   Sean Corcoran
        Karen Craft

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI  48098
Attn:   Michael Nefkens

Flextronics International
305 Interlocken Parkway
Broomfield, CO  80021
Attn:   Carrie L. Schiff

Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA  95131
Attn:   Paul W. Anderson

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735
Attn:   Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY  10036
Attn:   Randall S. Eisenberg

General Electric Company
9930 Kincey Avenue
Huntersville, NC  28078
Attn:   Valerie Venable

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Attn:   Lonie A. Hassel

Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY  10019
Attn:   Stephen H. Gross

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
Attn:   Frank L. Gorman, Esq.

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
Attn:   Robert B. Weiss, Esq.

Internal Revenue Service
290 Broadway
5th Floor
New York, NY  10007
Attn:   Insolvency Department, Maria Valerio

Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI  48226
Attn:   Insolvency Department

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH  45439
Attn:   Henry Reichard

James E. Bishop Sr.
502 Shiloh Dr.
No. 9
Laredo, TX  78045

James H. Kelly
517 Lost Angel Road
Boulder, CO  80302

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY  10022
Attn:   William Q. Derrough

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017
Attn:   Thomas F. Maher
           Richard Duker
           Gianni Russello

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017
Attn:   Vilma Francis

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:   Gordon Z. Novod

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:   Thomas Moers Mayer

Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA  90066
Attn:   James Le

Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn:   Robert J. Rosenberg

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017
Attn:   Patrick J. Healy

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017
Attn:   Daniel R. Fisher

Luqman Yacub
P.O. Box 1026
Hartville, OH  44632

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:   David D. Cleary

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:   Mohsin N. Khambati

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:   J. Brian McTigue

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:   Cornish F. Hitchcock

Mesirow Financial
666 Third Ave.
21st Floor
New York, NY  10017
Attn:   Leon Szlezinger

Morrison Cohen LLP
909 Third Avenue
New York, NY  10022
Attn:   Joseph T. Moldovan, Esq.

Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY  10281
Attn:   Mark Schonfeld, Regional Director

Office of New York State
120 Broadway
New York, NY  10271
Attn:   Attorney General Eliot Spitzer

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071
Attn:   Robert Siegel

O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC  20006
Attn:   Tom A. Jerman
        Rachel Janger

Pardus European Special Opportunities Master Fund LP
Pardus Capital Management LP
1101 Avenue of the Americas
Suite 1100
New York, NY  10018
Attn:   Joseph R. Thornton

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005-4026
Attn:   Ralph L. Landy

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005
Attn:   Jeffrey Cohen

Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103
Attn:   Sandra A. Riemer

Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020
Attn:   David L. Resnick

Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York NY 10020-1801
Attn:   Robert W. Dremluk

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Attn:   Douglas Bartner
        Jill Frizzley

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attn:   Kenneth S. Ziman
        Robert H. Trust
        William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606
Attn:   John Wm. Butler
        John K. Lyons
        Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY  10036
Attn:   Kayalyn A. Marafioti
        Thomas J. Matz

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:   Daniel D. Doyle

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:   Nicholas Franke

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022
Attn:   Chester B. Salomon
        Constantine D. Pourakis

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119
Attn:   Albert Togut

Trustee of the Koury Family Trust
410 Reposado Dr.
La Habra Heights, CA  90631
Attn:   James N. Koury

Tyco Electronics Corporation
 60 Columbia Road
Morristown, NJ  7960
Attn:   MaryAnn Brereton,
        Assistant General Counsel

United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112
Attn:   Alicia M. Leonhard

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102
Attn:   Michael D. Warner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Jeffrey L. Tanenbaum, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Martin J. Bienenstock, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Michael P. Kessler, Esq.

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890
Attn:   Steven M. Cimalore

ffny01\guidola\582740.1