# EXHIBIT B

```
Apr 02 2007  12:12:34                    TIMECARD DETAIL FIELD REPORT  --  Timekeeper, Timekeeper SORT                                PAGE   1
WORK DATES: 110906 TO 113006   TIMECARD DETAIL

*MATTER NUMBER*  *----CLIENT-----*  *DESCRIPTION*    TMKP                 LED CODE    Task       *-----WORKED-----*   *-----BILLED-----*
                                                     DATE  ACT CODE  USR DEP1    Activity        HOURS    AMOUNT      HOURS    AMOUNT

00667-Hawxhurst Gerald -
14157     Quinn Emanuel Urq Delphi Bankrup 00667 111606  FEES
                                                        Office conference MF regarding hearing;
                                                        communications with P. Calamari regarding same.
                                                                                                  .30     151.50      .30      151.50

                                                                                                  .30     151.50      .30      151.50

TOTAL FOR : 00667-Hawxhurst Gerald
```

```
Apr 02 2007  12:12:34              TIMECARD DETAIL FIELD REPORT  --  Timekeeper, Timekeeper SORT                           PAGE    2

WORK DATES: 110906 TO 113006   TIMECARD DETAIL

                                                   LED CODE      Task                          *----WORKED-----*  *----BILLED----*
*MATTER NUMBER* *----CLIENT-----* *DESCRIPTION*  TMKP  DATE   ACT CODE  USR DEF1 Activity         HOURS   AMOUNT    HOURS   AMOUNT

00887-Rokosz Aaron J. -

                 Quinn Emanuel Urq Delphi Bankrup  00887 112206  FEES
                                                                  Conference with M. Folwer re: background of
                                                                  hearing scheduled for November 30.                .50   162.50     .50   162.50
                 Quinn Emanuel Urq Delphi Bankrup  00887 112306  FEES
                                                                  Prepare for hearing on recovery of fee
                                                                  application fees.                                 .30    97.50     .30    97.50
                 Quinn Emanuel Urq Delphi Bankrup  00887 112906  FEES
                                                                  Prepare for hearing on challenged claims;
                                                                  conference with J. Hawxhurst and M. Fowler re:
                                                                  same.                                            1.10   357.50    1.10   357.50
                 Quinn Emanuel Urq Delphi Bankrup  00887 113006  FEES
                                                                  Travel to and from court for hearing on fee
                                                                  hearing.                                         1.20   390.00    1.20   390.00
                 Quinn Emanuel Urq Delphi Bankrup  00887 113006  FEES
                                                                  Attend fee hearing at SDNY.                      1.60   520.00    1.60   520.00

                                                                                                                   4.70  1527.50    4.70  1527.50

TOTAL FOR : 00887-Rokosz Aaron J.
```

```
Apr 02 2007  14:27:53                TIMECARD DETAIL FIELD REPORT -- Timekeeper, Timekeeper SORT                              PAGE   1
WORK DATES: 110106 TO 113006  TIMECARD DETAIL

01312-Fowler Mateo -
*MATTER NUMBER* *-----CLIENT------* *DESCRIPTION*   TMKP      DATE   LED CODE      Task                       *-----WORKED------* *-----BILLED------*
                                                                  ACT CODE  USR DEF1  Activity                   HOURS    AMOUNT     HOURS    AMOUNT
01312-Fowler Mateo -
          Quinn Emanuel Urq Delphi Bankrup 01312 110906           FEES                                             1.00    305.00      1.00    305.00
                                                                  Review and analyze Delphi objections to
                                                                  invoices; conference with IW, conference with
                                                                  GSH.
          Quinn Emanuel Urq Delphi Bankrup 01312 112906           FEES                                              .90    274.50       .90    274.50
                                                                  Conference with AR regarding hearing on
                                                                  reimbursement of fees and expenses; review and
                                                                  analyze documents in support of same.
          Quinn Emanuel Urq Delphi Bankrup 01312 113006           FEES                                             2.60    793.00      2.60    793.00
                                                                  Prepare third interim fee application;
                                                                  certificate of service; and notice of hearing.
          Quinn Emanuel Urq Delphi Bankrup 01312 113006           FEES                                             2.40    732.00      2.40    732.00
                                                                  Organize and file third interim fee application
                                                                  and supporting documentation on online filing
                                                                  system.

                                                  TOTAL FOR : 01312-Fowler Mateo                                   6.90   2104.50      6.90   2104.50

                                                  GRAND TOTAL :                                                    6.90   2104.50      6.90   2104.50
```

```
Apr 02 2007  12:18:02            TIMECARD DETAIL FIELD REPORT  --  Timekeeper, Timekeeper SORT                                  PAGE   1
WORK DATES: 121006 TO 121006   TIMECARD DETAIL

                                                                    LED CODE   Task                *------WORKED------*  *------BILLED------*
*MATTER NUMBER* *-----CLIENT------* *DESCRIPTION*    TMKP    DATE   ACT CODE   USR DEF1  Activity    HOURS     AMOUNT      HOURS     AMOUNT

01312-Fowler Mateo -
         Quinn Emanuel Urq Delphi Bankrup  01312  121006                FEES                          1.20     366.00       1.20     366.00
                                                                 Prepare fee statements for August and
                                                                 September; prepare exhibits and backup data
                                                                 regarding same.

                                                                                                      1.20     366.00       1.20     366.00

         TOTAL FOR : 01312-Fowler Mateo                                                               1.20     366.00       1.20     366.00

GRAND TOTAL :                                                                                         1.20     366.00       1.20     366.00
```

# EXHIBIT C

**Exhibit C**
**Summary of Professional Hours**

| Name of Professional | Position of Professional | Current Hourly Billing Rates | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Randa A. Osman | Partner | $510 | | |
| Allison Burkholder | Associate | $300 | | |
| Shon Morgan | Partner | $525 | | |
| Kent J. Bullard | Of Counsel | $490 | | |
| Daniel Bromberg | Partner | $525 | | |
| TJ Chiang | Associate | $280 | | |
| Margret Caruso | Partner | $515 | | |
| Shahin Rezvani | Associate | $385 | | |
| Tara Gellman | | $280 | | |
| John K. Hart | Of Counsel | $475 | | |
| Kevin Teruya | Associate | $355 | | |
| Heidi Frahm | Associate | $290 | | |
| Iris K. Woon | Associate | $325 | | |
| A. William Urquhart | Partner | $600 | | |
| Gerald Hawxhurst | Of Counsel | $505 | 0.30 | $151.50 |
| J.D. Horton | Partner | $490 | | |
| Scott L. Watson | Associate | $325 | | |
| Robert W. Stone | | | | |
| Steve Hansen | | $355 | | |
| Bruce Chapman | | $355 | | |
| Eric Bjorgum | | $275 | | |
| Tigran Guledjian | Associate | $225 | | |
| Mateo Fowler | Attorney | $270/305 | 8.10 | $ 2,470.50 |
| Aaron J. Rokosz | Associate | $325 | 4.70 | $ 1,527.50 |
| **Subtotal** | | | **13.1** | **$ 4,149.50** |

18157/2089787.1

# EXHIBIT D

## Exhibit D
## Summary of Monthly Fee Statements

### Quinn Emanuel Delphi Bankruptcy Case Administration

| Period Covered | Fees Incurred | Fees Billed | Expenses Incurred | Expenses Billed |
|---|---|---|---|---|
| October 1 - 31, 2006 | $0.00 | $0.00 | $0.00 | $0.00 |
| November 1 - 30, 2006 | $3,783.50 | $3,783.50 | $0.00 | $0.00 |
| December 1 - 31, 2006 | $366.00 | $366.00 | $0.00 | $0.00 |
| January 1 - 31, 2007 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $4,149.50 | $4,149.50 | $0.00 | $0.00 |

18157/2089807.1