Exhibit A
Fourth Interim Application

## Exhibit A

### Summary of Monthly Fee Statements

| Period Covered | Fees Incurred | Fee Paid | Expense Incurred | Expense Paid |
|---|---:|---:|---:|---:|
| October 1 - October 31, 2006 | 67,755.00 | 54,204.00 | 23,577.59 | 23,577.59 |
| November 1 - November 30, 2006 | 53,970.00 | 43,176.00 | 14,990.06 | 14,990.06 |
| December 1 - December 31, 2006 | 43,186.50 | 34,549.20 | 23,461.32 | 23,461.32 |
| January 1 - January 31, 2007 | 50,521.00 | | 18,501.29 | |
| **Total** | **215,432.50** | **131,929.20** | **80,530.26** | **62,028.97** |