**Exhibit B**
**Fourth Interim Application**

## Exhibit B
### Summary of Professional Hours

| Name / Invoice Number | Title | Bar Admission | Total Hrs | Average Bill Rate | Total Billed $$$ |
|---|---|---|---|---|---|
| Richard D. Grauer | Attorney | 1965 | 0.30 | 450.00 | 135.00 |
| James Kamp | Attorney | 1984 | 11.50 | 350.00 | 4,025.00 |
| Kristin Murphy | Attorney | 1997 | 0.30 | 285.00 | 85.50 |
| Linda E. Sudzina | Attorney | 2003 | 34.30 | 189.14 | 6,487.50 |
| Michael D. Fishman | Attorney | 1984 | 140.60 | 382.24 | 53,743.00 |
| Michelle L. Visser | Attorney | 1998 | 23.90 | 253.89 | 6,068.00 |
| Tomoko Nakajima | Attorney | 2006 | 1.60 | 225.00 | 360.00 |
| Tracy L. Zawaski | Attorney | 2001 | 79.40 | 235.29 | 18,682.00 |
| Kenneth W. Jarrell | Attorney | 2002 | 13.10 | 215.00 | 2,816.50 |
| Stefan D. Osterbur | Attorney | 2006 | 26.50 | 178.42 | 4,728.00 |
| Glenn E. Forbis | Attorney | 1994 | 130.10 | 340.91 | 44,353.00 |
| Shelly L. Hokenstad | Attorney | 2004 | 71.10 | 201.98 | 14,360.50 |
| Mary Margaret L. O'Donnell | Attorney | 1998 | 1.80 | 263.89 | 475.00 |
| Daniel Henry | Attorney | 2005 | 19.60 | 194.77 | 3,817.50 |
| William Halford | Attorney | 2006 | 20.50 | 155.61 | 3,190.00 |
| Linda Kennedy | Attorney | 2002 | 85.00 | 218.85 | 18,602.00 |
| Alexander D. Rabinovich | Patent Agent | N/A | 29.40 | 180.00 | 5,292.00 |
| JOHN R. WARNER | Illustrator | N/A | 0.90 | 140.00 | 126.00 |
| Angela C. Scola | Legal Assistant | N/A | 63.60 | 145.00 | 9,222.00 |
| Georgeann K. Mach | Legal Assistant | N/A | 70.10 | 126.65 | 8,878.00 |
| James F. Carpenter | Legal Assistant | N/A | 33.10 | 127.78 | 4,229.50 |
| M. Jennifer Wunsche | Legal Assistant | N/A | 20.20 | 135.27 | 2,732.50 |
| Jennifer Greer | Legal Assistant | N/A | 9.40 | 126.81 | 1,192.00 |
| Wendi J. Wojciechowski | Legal Assistant | N/A | 4.40 | 93.86 | 413.00 |
| Patricia Towers | Legal Assistant | N/A | 0.30 | 150.00 | 45.00 |
| Alisa M HAGGEMO | Legal Assistant | N/A | 2.60 | 125.00 | 325.00 |
| Dawna M. Tennant | Legal Assistant | N/A | 5.50 | 145.00 | 797.50 |
| Barbara Meyers | Legal Assistant | N/A | 1.10 | 125.00 | 137.50 |
| Kristen Zawaski | Administrative Assistant | N/A | 1.20 | 95.00 | 114.00 |
| **Worked Performed 10/1/06 thru 1/31/07** | | | **901.40** | **239.00** | **215,432.50** |