**Exhibit C**
**Fourth Interim Application**

**Exhibit C**
**Summary of Work Performed by Category**

| Work Performed | October 1, 2006 thru January 31, 2007 | | |
| --- | --- | --- | --- |
| | Total Fees | Total Expenses | Total |
| Domestic Patents | 28,989.50 | - | 28,989.50 |
| Foreign Patents | 6,269.50 | 12,855.04 | 19,124.54 |
| Patent Opinions | 2,816.50 | - | 2,816.50 |
| Patent Litigation | 71,690.40 | 7,368.94 | 79,059.34 |
| Domestic Trademarks | 2,477.00 | 704.50 | 3,181.50 |
| Foreign Trademarks | 39,341.50 | 47,612.26 | 86,953.76 |
| Trademark Opinions | | | |
| Litigation - Trademarks | 7,182.50 | 1,544.84 | 8,727.34 |
| Agreements | 1,021.50 | 2,460.41 | 3,481.91 |
| IP Evaluations | 552.00 | 1,302.23 | 1,854.23 |
| General IP Matters | 55,092.10 | 6,682.04 | 61,774.14 |
| **Total October 1, 2006 - January 31, 2007** | **215,432.50** | **80,530.26** | **295,962.76** |