W. Timothy Miller (admitted *pro hac vice*)
Paige Leigh Ellerman (admitted *pro hac vice*)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Telephone:  (513) 381-2838
Facsimile:  (513) 381-0205
miller@taftlaw.com
ellerman@taftlaw.com

*Counsel for Gobar Systems, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

PAIGE LEIGH ELLERMAN, being duly sworn, deposes and states:

1. I am over the age of eighteen years and employed by Taft, Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202, and I am not a party to the above-captioned action.

2. On April 3, 2007, I caused to be served a true and correct copy of the Motion of Gobar Systems, Inc. to Allow and Compel Payment of Administrative Priority

{W0943598.1}

Expense Claim Pursuant to 11 U.S.C. §§ 503(a), 503(b)(9), and 507(a)(2) and Memorandum of Law in Support on the parties listed on the attached Exhibit A.

*/s/ Paige Leigh Ellerman*
Paige Leigh Ellerman

Sworn to before me this
3rd day of April, 2007

*/s/ Patricia Ann McCormack*
Notary Public, State of Ohio
My Commission Expires:  July 22, 2008

{W0943598.1}