# MASTER SERVICE LIST

3V Capital Management, LLC
1 Greenwich Office Park North
51 E Weaver Street
Greenwich, CT  06831

A. Schulman, Inc.
c/o Carrie M. Caldwell
Vorys Sater Seymour and Pease, LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH  44114

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, FL  33301-2229

Harvey Altus
30500 Northwestern Hwy., Suite 500
Farmington Hills, MI  48334

Manda L. Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI  48605-3197

Mark I. Bane
Marc E. Hirschfield
Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

Thomas M. Beeman
33 West 10th Street, Suite 200
Anderson, IN  46016

Howard S. Beltzer
Andrew D. Gottfried
Mark C. Haut
Morgan, Lewis & Bockius LLP
101 Park Avenue, 46th Floor
New York, NY  10178

Glen P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY  10016

Neil Berger
Togut Segal & Segal LLP
1 Penn Plaza, Suite 3335
New York, NY  10119

Bond Schoeneck & King PLLC
Attn:  Stephen A. Donato, Esq.
One Lincoln Center, 18th Floor
Syracuse, NY  13202

Robert F. Brown
Rendigs Fry Kiely & Dennis LLP
One West Fourth Street, Suite 900
Cincinnati, OH  45202-3688

Burr & Forman, LLP
420 North 20th Street, Suite 3100
Birmingham, AL  35203

Cadwalader Wickersham & Taft, LLP
1201 F Street, N.W., Suite 1100
Washington, DC  20004

Barbara Lee Caldwell
Hebert Schenk PC
4742 N. 24th Street, Suite 100
Phoenix, AZ  85016

Thomas R. Califano
John P. McNicholas
Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas, 29th Floor
New York, NY  10020-1104

Joseph A. Carbone
1370 Ontario Street, Suite 800
Cleveland, OH  44113

Jeffrey G. Carl
6597 Parkwood Drive
Lockport, NY  14094

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Central Transport International, Inc.
Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway, Suite 611
Southfield, MI  48075

Brad A. Chalker
848-C East Franklin Street
Centerville, OH  45459

Chi-Hau Chen
Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA  02747

Matthew W. Cheney
Orrick Herrington & Sutcliffe, LLP
3050 K Street, N.W.
Washington, D.C.  20007

Cherry Corporation/Cherry GMBH
Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10173-1922

Megan E. Clark
Freking & Betz
215 E. Ninth Street, 5th Floor
Cincinnati, OH  45202

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI  48226

Maureen A. Cronin
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Suite 1700
Southfield, MI  48075-1277

John K. Cunningham
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131

Andrew Currie
Caroline Rogus
WilmerHale LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

Raniero D'Aversa
Mayer Brown Rowe & Maw
1675 Broadway
New York, NY  10019-5820

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY  10174

Richard L. Darst
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN  46240

Tracy Hope Davis
Alicia M. Leonhard
United States Trustee's Office
33 Whitehall Street, 21st Floor
New York, NY  10004

| | |
|---|---|
| Dayton Supply & Tool Company<br>Attn:  Dwight Woessner<br>507 East First Street<br>Dayton, OH  45402 | Christie Lyman Dowling<br>Balch & Bingham LLP<br>1901 Sixth Avenue North, Suite 2600<br>Birmingham, AL  35209 |
| Gail DeCaire<br>1714 Delaware<br>Saginaw, MI  48602 | Duane Morris, LLP<br>30 South 17th Street<br>Philadelphia, PA  19103 |
| J. Michael Debbeler<br>Graydon Head & Ritchey, LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH  45202 | Frank L. Eaton<br>Evan C. Hollander<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 |
| Debt Acquisition Company of America V<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA  92108 | Douglas Ellmann<br>Ellmann & Ellmann P.C.<br>308 West Huron<br>Ann Arbor, MI  48103-4204 |
| Department of Revenue<br>Compliance Division<br>Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA  30321 | Energy Engineering & Consulting Services<br>2137 South 800 West<br>Swayzee, IN  46986 |
| Paul H. Deutch<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  10174 | Michael S. Etkin<br>Ira M. Levee<br>Lowenstein Sandler P.C.<br>1251 Avenue of the Americas, 18th Floor<br>New York, NY  10019 |
| Deutsche Bank Securities, Inc.<br>60 Wall Street, 3rd Floor<br>New York, NY  10005 | Gary Ettelman<br>Ettelman & Hochheiser P.C.<br>100 Quentin Roosevelt Blvd., #401<br>Garden City, NY  11530 |
| Devco Corporation<br>300 Lanidex Plaza<br>Parsippany, NJ  07054 | Fair Harbor Capital LLC<br>875 Avenue of the Americas, Suite 2305<br>New York, NY  10001 |
| Larry R. Dorning<br>111 West Main Street<br>Hohenwalk, TN  38462 | Michael D. Fishman<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI  48304 |

{W0943709.1}

Elizabeth K. Flaagan
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO  80203

Mark T. Flewelling
199 South Los Robles Avenue
Suite 600
Pasadena, CA  91101

Flow Dry Technology, Ltd.
379 Albert Road
Brookville, OH  45309

Glenn D. Forbis
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI  48304

Lorna J. Foster
P.O. Box 245
Plainwell, MI  49080

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle, Suite 625
Chicago, IL  60610

David Garland
2829 Old Dawson Road
Albany, GA  31707

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL  60068-5738

Robert B. Goldi
Sotiroff & Abramczyk, PC
30400 Telegraph Road, Suite 444
Bingham Farms, MI  48025

David M. Grogan
Shumaker Look & Kendrick
128 South Tryon Street, Suite 1800
Charlotte, NC  28202

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY  10023

Hain Capital Group, LLC
301 Route 17, 6th Floor
Rutherford, NJ  07070

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY  10989

Harco Brake Systems, Inc.
Harco Industries, Inc.
P.O. Box 335
Englewood, OH  45322

Daniel J. Harlan
1360 S. Fifth Street, Suite 204
St. Charles, MO  63301

Larry D. Harvey
5290 DTC Parkway, Suite 150
Englewood, CO  80111

Bruce A. Harwood
1000 Elm Street
P.O. Box 3701
Manchester, NH  03105-3701

Dion W. Hayes
McGuire Woods LLP
901 East Cary Street
Richmond, VA  23219-4030

Patricia L. Hill
Thomas R Noland
Stratman Harris & Eyrich LLC
110 North Main Street, Suite 1520
Dayton, OH  45402

David A. Hodges
212 Center Street, 5th Floor
Little Rock, AR  72201

Peggy Ann Housner
Michigan Department of Attorney General
Treasury Building, First Floor
430 West Allegan Street
Lansing, MI  48922

Patrick B. Howell
Whyte Hirschboeck Dudek
555 East Wells Street, Suite 1900
Milwaukee, WI  53202

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY  10036

Intec Group, Inc.
c/o Vedder Price Kaufman & Kammholz
222 North LaSalle Street, Suite 2200
Chicago, IL  60601

Kurt Jacobs
Sidley Austin LLP
1501 K Street, NW
Washington, DC  20005

Helen Jarmakowicz
201 Browertown Road
West Paterson, NJ  07424-2609

William H. Jeffress
Baker Botts LLP
1299 Pennsylvania Avenue NW
Washington, DC  20004-2400

KS Capital Partners, LP
11 West 42nd Street, 30th Floor
New York, NY  10036

Kardex Systems, Inc.
25 Industrial Blvd.
Paoli, PA  19301

William Kerscher
1321 Kings Carriage
Grand Blanc, MI  48439

Thomas H. Keyse
1700 Lincoln Street, Suite 4000
Denver, CO  80203

Steve Kieselstein
43 British American Boulevard
Latham, NY  12110

Evelyn M. Kiresen
St. Andrews-South Life Care Community
6065 S Verde Trail, Apt. #G-321
Boca Raton, FL  33433

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY  10010

Joseph B. Koczko
Thompson Hine LLP
One Chase Manhattan Plaza, 58th Floor
New York, NY  10005

Hanan B. Kolko
Meyer Suozzi English & Klein
1350 Broadway, Suite 501
New York, NY  10018

Laurie Krepto
Montgomery McCracken Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Kelly A. Kruse
4190 Telegraph Road, Suite 3500
Bloomfield Hills, MI  48302

Diane V. Kuenzel
Kuenzel & Lutes PA
4111 Land O'Lakes Boulevard, Suite 302-D
Land O'Lakes, FL  34639

Kurtzman Carson Consultants, LLC
12910 Culver Blvd., Suite I
Los Angeles, CA  90066

Edward D. Kutchin
Kutchin & Rufo, PC
155 Federal Street, 17th Floor
Boston, MA  02110-1727

Denise K. LaRue
Haskin Lauter LaRue & Gibbons
255 North Alabama Street
Indianapolis, IN  46204

Andrew Ladika
3951 River Lane
Rocky River, OH  44116

James Michael Lawniczak
Calfee Halter Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-2688

Anna C. Lee
Mandel Katz Manna & Brosnan
210 Route 303
Valley Cottage, NY  10989

David S. Leinwand
Amroc Investments LLC
535 Madison Avenue, 15th Floor
New York, NY  10017

Clifford Leong
3616 Garner Place
Encinitas, CA  92024

Madison Investment Trust – Series (1-50)
6310 Lamar Avenue, Suite 120
Overland Park, KS  66202

Larry Magarik
Kennedy Jennik & Murray PC
113 University Place, 7th Floor
New York, NY  10003

Neal S. Mann
New York State Attorney General's Office
120 Broadway, 24th Floor
New York, NY  10271

Wendy G. Marcari
Maura I. Russell
499 Park Avenue, 14th Floor
New York, NY  10022

Alan E. Marder
Jill Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Blvd., Suite 901
Uniondale, NY  11553

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY  14614

Timothy S. McFadden
Lord Bissell & Brook
115 S. LaSalle Street
Chicago, IL  60603

Daniel A. McLaughlin
Donald P. Renaldo
Andrew Stern
A. Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street
New York, NY  10016

Methode Electronics, Inc.
115 South LaSalle Street
Chicago, IL  60603

Moraine Maintenance Co., Inc.
2611 Nordic Road
Dayton, OH  45414

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

Newstart Factors, Inc.
281 Tresser Blvd., Suite 1501
Stamford, CT  06901

Ore Hill Hub Fund, Ltd.
650 Fifth Avenue, 9th Floor
New York, NY  10019

Newman Lane
Alton, Hampshire
United Kingdom  0X16 1SG

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ  08033

George Panters
Hayt Hayt & Landau
600 Northern Blvd.
Great Neck, NY  11021

Thomas C. Pavlik
Novak Robenalt Pavlik
270 Skylight Office Tower
1660 West Second Street
Cleveland, OH  44113

Anne M. Peterson
Phillips Lytle Hitchcock Blaine & Huber
3400 HSBC Center
Buffalo, NY  14203

Marc A. Pifko
Kirkpatrick & Lockhart
599 Lexington Avenue
New York, NY  10022

Steven D. Pohl
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111

Alan B. Posner
Kelman Loria PLLC
660 Woodward Avenue, Suite 1420
Detroit, MI  48226

Amy Wallace Potter
DLI Piper US LLP
2000 University Avenue
East Palo Alto, CA  94303

Michael Potter
N 38 W 26876 Glacier Road
Pewaukee, WI  53072

Thomas B. Prickett, II
215 Second Avenue East
P.O. Box 1200
Oneonta, AL  35121

Redrock Capital Partners, LLC
111 S. Main Street, Suite C11
P.O. Box 9095
Breckenridge, CO  80424

Jo Christine Reed
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

Ira A. Reid
Baker & McKenzie
805 Third Avenue
New York, NY  10022

Sandra A. Reimer
666 Fifth Avenue
New York, NY  10103

Republic Engineered Products, Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue East, Suite 2100
Cleveland, OH  44114

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY  11590

Vincent E. Rhynes
1514 W Manchester Avenue #5
Los Angeles, CA  90047

Michael P. Richman
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY  10016

Harold Ritvo
One University Plaza
Hackensack, NJ  07601

Terri A. Roberts
32 North Stone Avenue, Suite 2100
Tucson, AZ  85701

Andrew Neil Rosenberg
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019

Risa M. Rosenberg
Milbank Tweed Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY  10005-1413

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY  10022

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center, 36th Floor
Detroit, MI  48243

Gregory T. Roth
2288 Major Lane
Davison, MI  48423

Paul J.N. Roy
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL  60606

Paul Rubin
Herrick Feinstein LLP
Two Park Avenue
New York, NY  10016

Laurent A. Ruessmann
Sidley Austin, LLP
Square de Meeus, 35
B-1000 Brussels, Belgium

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX  75219

Lawrence M. Schwab
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

Peter Gregory Schwed
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

{W0943709.1}

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Lesley Shore
110 W College Street
Hagerstown, IN  47346

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA  92614

John D. Silk
Rothschild Barry & Myers
55 West Monroe Street, Suite 3900
Chicago, IL  60603-5017

Rebecca H. Simoni
Von Briesen & Roper S.C.
411 E. Wisconsin Avenue, Suite 700
Milwaukee, WI  53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY  14051

R. Michael Sment
770 County Square Drive, Suite 210
Ventura, CA  93003-5407

Mary Beth Smith
7339 Bedford Road
Hubbard, OH  44425

Wendy W. Smith
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA  95050

Michael J. Sobieray
Stewart & Stewart
931 S. Rangeline Road
Carmel, IN  46032

Solvay Fluorides, Inc.
3500 Missouri Avenue
East Saint Louis, IL  60055-0236

Thomas St. George
729 Clifton Drive NE
Warren, OH  44484

Stonehill Institutional Partners, LP
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY  10022

Leigh C. Taggart
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI  48304

Thermotech Company
1302 South 5th Street
Hopkins, MN  55343-7877

Seth P. Tompkins
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000

Trade-Debt.net
P.O. Box 1487
West Babylon, NY  11704

Douglas M. Trout
301 West Third Street
P.O. Box 972
Dayton, OH  45422

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY  10312

United States District Court
500 Pearl Street
New York, NY  10007

Versatile Engineering
1559 West 135th Street
Gardena, CA  90249

{W0943709.1}

VonWin Capital LP
60 Madison Avenue, 2nd Floor
New York, NY  10010

Jeffrey H. Weir, II
Colella & Kolczun, PLLC
6055 Park Square Drive
Lorain, OH  44053

Evelyn R. Williams
4861 Kinghurst Drive
San Jose, CA  95124

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800

{W0943709.1}