IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :

In re                            :     Chapter 11
                                              :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                            :

                Debtors.    :    (Jointly Administered)
                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On March 30, 2007, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) Joint Stipulation and Agreed Order Disallowing and Expunging Claim No. 5506 (G.P. Reeves, Inc.) (Docket No. 7427) [a copy of which is attached hereto as Exhibit D]

2) Joint Stipulation and Agreed Order Disallowing and Expunging Claim Numbers 1214 and 3092 (Commissioner of Revenue for the Commonwealth of Massachusetts) (Docket No. 7428) [a copy of which is attached hereto as Exhibit E]

3) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 7090 (Bank of Lincolnwood) (Docket No. 7429) [a copy of which is attached hereto as Exhibit F]

4) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 447 (Moraine Maintenance Company, Inc.) (Docket No. 7430) [a copy of which is attached hereto as Exhibit G]

5) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10275 (McDermott Will & Emery) (Docket No. 7431) [a copy of which is attached hereto as Exhibit H]

6) Joint Stipulation and Agreed Order Disallowing and Expunging Claim Numbers 2299 and 2300 (Constellation NewEnergy-Gas Division, LLC and Constellation NewEnergy, Inc.) (Docket No. 7432) [a copy of which is attached hereto as Exhibit I]

7) Settlement Agreement Between Delphi Automotive Systems, LLC and DBM Technologies, LLC to Permit Setoff of Mutual Prepetition Obligations Under Section 553 of the Bankruptcy Code (Docket No. 7433) [a copy of which is attached hereto as Exhibit J]

8) Order Pursuant to 11 U.S.C. Section 502 and Fed. R. Bankr. P. 3007 Disallowing and Expunging in Part Joseph Reno Claim (Claim Number 9956, Identified in Third Omnibus Claims Objection) ("Reno Order") (Docket No. 7499) [a copy of which is attached hereto as Exhibit K]

9) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 503 (Karl Kuefner KG) (Docket No. 7500) [a copy of which is attached hereto as Exhibit L]

On March 30, 2007, I caused to be served the document listed below upon the parties listed on Exhibit M hereto via overnight delivery:

10) Joint Stipulation and Agreed Order Disallowing and Expunging Claim No. 5506 (G.P. Reeves, Inc.) (Docket No. 7427) [a copy of which is attached hereto as Exhibit D]

On March 30, 2007, I caused to be served the document listed below upon the parties listed on Exhibit N hereto via overnight delivery:

11) Joint Stipulation and Agreed Order Disallowing and Expunging Claim Numbers 1214 and 3092 (Commissioner of Revenue for the Commonwealth of Massachusetts) (Docket No. 7428) [a copy of which is attached hereto as Exhibit E]

On March 30, 2007, I caused to be served the document listed below upon the parties listed on Exhibit O hereto via overnight delivery:

12) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 7090 (Bank of Lincolnwood) (Docket No. 7429) [a copy of which is attached hereto as Exhibit F]

On March 30, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit P</u> hereto via overnight delivery:

13) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 447 (Moraine Maintenance Company, Inc.) (Docket No. 7430) [a copy of which is attached hereto as <u>Exhibit G</u>]

On March 30, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit Q</u> hereto via overnight delivery:

14) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10275 (McDermott Will & Emery) (Docket No. 7431) [a copy of which is attached hereto as <u>Exhibit H</u>]

On March 30, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit R</u> hereto via overnight delivery:

15) Joint Stipulation and Agreed Order Disallowing and Expunging Claim Numbers 2299 and 2300 (Constellation NewEnergy-Gas Division, LLC and Constellation NewEnergy, Inc.) (Docket No. 7432) [a copy of which is attached hereto as <u>Exhibit I</u>]

On March 30, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit S</u> hereto via overnight delivery:

16) Settlement Agreement Between Delphi Automotive Systems, LLC and DBM Technologies, LLC to Permit Setoff of Mutual Prepetition Obligations Under Section 553 of the Bankruptcy Code (Docket No. 7433) [a copy of which is attached hereto as <u>Exhibit J</u>]

On March 30, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit T</u> hereto via overnight delivery:

17) Order Pursuant to 11 U.S.C. Section 502 and Fed. R. Bankr. P. 3007 Disallowing and Expunging in Part Joseph Reno Claim (Claim Number 9956, Identified in Third Omnibus Claims Objection) ("Reno Order") (Docket No. 7499) [a copy of which is attached hereto as <u>Exhibit K</u>]

On March 30, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit U</u> hereto via overnight delivery:

18) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 503 (Karl Kuefner KG) (Docket No. 7500) [a copy of which is attached hereto as <u>Exhibit L</u>]

Dated: April 3, 2007

_____*/s/ Evan Gershbein*_____
Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 3rd day of April, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ____*/s/ Sarah Frankel*_____

Commission Expires: ___*12/23/08*____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| | Brian Resnick | | | | | | 212-450-4213 | 212-450-3213 | brian.resnick@dpw.com | |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com / karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com / slivri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcal Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Maritza Ramos | 270 Park Avenue 15th Fl | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | maritza.ramos@chase.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.f.maher@chase.com / richard.duker@jpmorgan.com / gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

4/2/2007 9:42 AM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

4/2/2007 9:42 AM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

4/2/2007 9:42 AM
Master Service List Overnight Mail

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com slivini@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Maritza Ramos | 270 Park Avenue 15th Fl | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | maritza.ramos@chase.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.f.maher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

4/2/2007 9:41 AM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

4/2/2007 9:41 AM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-230-3064 | 310-687-1052 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum Perlman & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel to Motion Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel to Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | 313-496-1300 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Michael J Alerding Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com malerding@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | | 302-425-6423 | 302-428-5110 | fatell@blankrome.com | Counsel to Special Devices, Inc. |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605 529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@engelhard.com | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale / Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com / bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-5741 | | krk4@daimlerchrysler.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Deputy Attorney General | Amina Maddox | R.J. Hughes Justice Complex | P.O. Box 106 | Trenton | NJ | 08625 | | 609-984-0183 | 609-292-6266 | amina.maddox@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL Tennessee, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc. |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Internet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gazes LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | office@gazesllc.com | Counsel to Setech, Inc. |
| Gazes LLC | Ian J. Gazes | 32 Avenue of the Americas | | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | ian@gazesllc.com | Counsel to Setech, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road. Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | mbane@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | msomerstein@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabel@klettrooney.com dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Inc. |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Ideal Tool Company, Inc. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative of the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Jean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | jrobertson@mcdonaldhopkins.com | Counsel to Brush Engineered materials |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | 804-698-2186 | egunn@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 | 616-988-1748 | sarbt@millerjohnson.com | |
| | Robert D. Wolford | | | | | | | 616-831-1726 | 616-988-1726 | wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@morritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel to Rotor Clip Company, Inc. |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | mcheney@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | mnewman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3500 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |
| Sotiroff & Abramczyk, P.C. | Robert M. Goldi | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | | 248-642-6000 | 248-642-9001 | rgoldi@sotablaw.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. and Furukawa Electric North America APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rnsteinwurtzel@swidlaw.com | Attorneys for Sanders Lead Co., Inc. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | | 614-464-6422 | 614-719-8676 | rjsidman@vssp.com | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vssp.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

4/2/2007 9:36 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | | 512-370-2800 | 512-370-2850 | bspears@winstead.com | Counsel to National Instruments Corporation |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

4/2/2007 9:36 AM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| APS Clearing, Inc. | Andy Leinhoff | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| APS Clearing, Inc. | Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Co. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kirkland & Ellis LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | 312-861-2000 | Counsel to Lunt Mannufacturing Company |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

4/2/2007 9:36 AM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| Traub, Bonaquist & Fox LLP | Maura I. Russell Wendy G. Marcari | 655 Third Avenue | 21st Floor | New York | NY | 10017 | 212-476-4770 | Counsel to SPCP Group LLC |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

4/2/2007 9:36 AM
US Mail

# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
                                            :
        In re                               :        Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :        Case No. 05–44481 (RDD)
                                            :
                        Debtors.            :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER
DISALLOWING AND EXPUNGING CLAIM NUMBER 5506
(G.P. REEVES, INC.)

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and G.P. Reeves, Inc. ("Reeves") respectfully submit this Joint Stipulation And Agreed Order Disallowing and Expunging Proof Of Claim Number 5506 (G.P. Reeves, Inc.) (the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Reeves filed proof of claim number 5506 on May 10, 2006 (the "Claim"), which asserts an unsecured non-priority claim in the amounts of $2,296.00 stemming from goods sold to Delphi.

WHEREAS the Debtors objected to claim number 5506 pursuant to the Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims, dated January 12, 2007 (the "Seventh Omnibus Claims Objection") (Docket No. 6585)..

WHEREAS on February 9, 2007 Reeves filed a response to the Debtors' Seventh Omnibus Claims Objection (Docket No. 6906) (the "Response").

WHEREAS Reeves acknowledges that the obligations underlying the Claim arose post-petition.

THEREFORE, the Debtors and the Reeves stipulate and agree as follows:

1.      The Claim shall be disallowed and expunged in its entirety.

2

      2.      Reeves shall withdraw its Response to the Third Omnibus Claims

Objection.


So Ordered in New York, New York, this <u>27th</u> day of March, 2007


     <u>/s/Robert D. Drain</u>                    
     UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                    /s/ Tammy DeVree

| | |
|---|---|
| John Wm. Butler, Jr. | Tammy DeVree |
| John K. Lyons | G.P. REEVES, INC. |
| Ron E. Meisler | 12764 Greenly Street |
| SKADDEN, ARPS, SLATE, MEAGHER | Holland, Michigan 49424 |
|   & FLOM LLP | 616-399-8893 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois  60606-1285 | |
| (312) 407-0700 | |

       - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
          In re                           :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                      Debtors.            :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING
CLAIM NUMBERS 1214 AND 3092
(COMMISSIONER OF REVENUE FOR THE COMMONWEALTH OF MASSACHUSETTS)

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and

Commissioner of Revenue for the Commonwealth of Massachusetts ("MDOR") respectfully

submit this Joint Stipulation And Agreed Order Disallowing and Expunging Proofs Of Claim

Numbers 1214 And 3092 (Commissioner of Revenue for the Commonwealth of Massachusetts)

(the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS MDOR filed proof of claim number 1214 on December 19, 2005 and

claim number 3092 on April 28, 2006 (collectively, the "Claims"), which assert unsecured non-

priority claim in the amounts of $456.00 and $723.16, respectively, stemming from unpaid taxes.

WHEREAS the Debtors objected to claim number 3092 pursuant to the Debtors'

Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

3007 To Certain (a) Claims With Insufficient Documentation, And (b) Claims Not Reflected On

Debtors' Books And Records, dated December 8, 2006 (the "Fifth Omnibus Claims Objection")

(Docket No. 6100).

WHEREAS Delphi and the MDOR have agreed to resolve the Claims together.

WHEREAS on January 11, 2007, the MDOR filed its Opposition To Debtor's

Objection To Allowance Of The Proof Of Claim Of Massachusetts Department Of Revenue

(Claim No. 3092) (Docket No. 6614) (the "Response").

WHEREAS the MDOR acknowledges that Delphi has paid all balances due to

2

MDOR.

THEREFORE, the Debtors and the MDOR stipulate and agree as follows:

1.    The Claims shall be disallowed and expunged in their entirety.

2.    MDOR's Response to the Fifth Omnibus Claims Objection is resolved.

So Ordered in New York, New York, this 27th day of March, 2007

    ___/s/Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                            /s/ David T. Mazzuchelli
John Wm. Butler, Jr.                         David T. Mazzuchelli
John K. Lyons                                Massachusetts Department of Revenue
Ron E. Meisler                               Litigation Bureau
SKADDEN, ARPS, SLATE, MEAGHER                100 Cambridge Street, P. O. Box 9565
    & FLOM LLP                               Boston, MA 02214
333 West Wacker Drive, Suite 2100            (617) 626-4022
Chicago, Illinois  60606-1285
(312) 407-0700                               Counsel to the Commissioner

        - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT F

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
                                         :
        In re                            :        Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :        Case No. 05–44481 (RDD)
                                         :
                        Debtors.         :        (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 7090
(BANK OF LINCOLNWOOD)

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and

Bank of Lincolnwood ("Lincolnwood") respectfully submit this Joint Stipulation And Agreed

Order Compromising And Allowing Proof Of Claim Number 7090 (Bank of Lincolnwood) (the

"Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Lincolnwood filed proof of claim number 7090 against Delphi on

May 30, 2006, which asserts an unsecured non-priority claim in the amount of at least

$1,208,562.95 (the "Claim") stemming from the Debtors' rejection of that certain Master Lease

Agreement, dated June 29, 2001 between Delphi and Pacific Rim Capital, Inc.

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' (i) Third

Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007

To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors'

Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate

Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the

"Third Omnibus Claims Objection"), which was filed on October 31, 2006.

WHEREAS, on November 21, 2006, Lincolnwood filed its opposition to the

Third Omnibus Claims Objection.

WHEREAS on March  16, 2007, to resolve the Third Omnibus Claims Objection

with respect to the Claim, Delphi and Lincolnwood entered into a settlement agreement (the

2

"Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement, Delphi acknowledges and agrees that the Claim shall be allowed against Delphi in the amount of $667,000.00 plus any interest accrued after the Petition Date at the rate allowed by applicable law to the extent the Debtors' confirmed plan of reorganization grants such post-petition interest to claimants holding general unsecured non-priority claims.

WHEREAS Delphi is authorized to enter into the Settlement Agreement pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

THEREFORE, the Debtors and Lincolnwood stipulate and agree as follows:

1.     The Claim shall be allowed in the amount of $667,000.00 plus any interest accrued after the Petition Date at the rate allowed by applicable law to the extent the Debtors' confirmed plan of reorganization grants such post-petition interest to claimants holding general unsecured non-priority claims, and the Claim shall be treated as an allowed general unsecured non-priority claim.

So Ordered in New York, New York, this 27th day of March, 2007

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
_____
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Jill Levi
_____
Jill Levi (JL5223)
David Rosenberg
TODD & LEVI, LLP
444 Madison Avenue, Suite 1202
New York, New York 10022
212-308-7400

Attorneys for Bank of Lincolnwood

4

# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

　　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
　Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| | : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 447
(MORAINE MAINTENANCE COMPANY, INC.)

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and

Moraine Maintenance Company, Inc. ("Moraine") respectfully submit this Joint Stipulation And

Agreed Order Compromising And Allowing Proof Of Claim Number 447 (Moraine Maintenance

Company, Inc.) (the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Moraine filed proof of claim number 447 against Delphi on

November 8, 2005, which asserts an unsecured non-priority claim in the amount of $22,109.84

(the "Claim") stemming from invoices for services provided to Energy & Chassis Systems..

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' (i) Third

Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007

To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors'

Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate

Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the

"Third Omnibus Claims Objection"), which was filed on October 31, 2006.

WHEREAS on March  11, 2007, to resolve the Third Omnibus Claims Objection

with respect to the Claim, DAS LLC and Moraine entered into a settlement agreement (the

"Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement, Debtors acknowledges and

agrees that the Claim shall be allowed against DAS LLC in the amount of $22,109.84, not

2

against Delphi as originally asserted in the Claim.

WHEREAS Moraine also acknowledges that it has been advised to consult an attorney before signing this Agreement, but understands that whether or not it does so is exclusively its decision.

WHEREAS DAS LLC is authorized to enter into the Settlement Agreement pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

THEREFORE, the DAS LLC and Moraine stipulate and agree as follows:

1.    The Claim shall be allowed in the amount of $22,109.84 and shall be treated as an allowed pre-petition general unsecured non-priority claim against DAS LLC.

2.    Moraine shall withdraw its Response to the Third Omnibus Claims Objection


So Ordered in New York, New York, this 27<u>th</u> day of March, 2007


_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE


3

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
_____
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

                    - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Wilma S. Jackson
_____
Wilma S. Jackson
Moraine Maintenance Company, Inc.
2611 Nordic Road
Dayton, Ohio 45414

# EXHIBIT H

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :
                            :
     In re                   :     Chapter 11
                            :
DELPHI CORPORATION, et al.,    :     Case No. 05–44481 (RDD)
                            :
            Debtors.     :     (Jointly Administered)
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 10275
(MCDERMOTT WILL & EMERY)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and

McDermott Will & Emery ("MWE") respectfully submit this Joint Stipulation And Agreed

Order Compromising And Allowing Proof Of Claim Number 10275 (McDermott Will & Emery)

(the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS MWE filed proof of claim number 10275 against Delphi Corporation

on July 24, 2006, which asserts an unsecured non-priority claim in the amount of $16,422.80 (the

"Claim") stemming from legal services provided by MWE.

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' (i) Third

Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007

To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors'

Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate

Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the

"Third Omnibus Claims Objection"), which was filed on October 31, 2006, and pursuant to the

Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And

Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To

Modification  (Docket No. 6968) ("Ninth Omnibus Claims Objection"), which was filed on

February 15, 2007.

2

WHEREAS on March 13, 2007, to resolve the Third Omnibus Claims Objection and the Ninth Omnibus Claims Objection with respect to the Claim, DAS LLC and MWE entered into a settlement agreement (the "Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $16,422.80, not against Delphi as originally asserted in the Claim.

WHEREAS DAS LLC is authorized to enter into the Settlement Agreement pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

THEREFORE, the Debtors and MWE stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $16,422.80 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC.

2.      MWE shall withdraw its Response to the Third Omnibus Claims Objection.


So Ordered in New York, New York, this 27th day of March, 2007


_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                  /s/ Abby Beal
John Wm. Butler, Jr.                               Abby Beal
John K. Lyons                                      MCDERMOTT WILL & EMERY LLP
Ron E. Meisler                                     340 Madison Avenue
SKADDEN, ARPS, SLATE, MEAGHER                      New York, New York, 10173-1922
    & FLOM LLP                                     212-547-5655
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285                      Attorneys for McDermott Will & Emery LLP
(312) 407-0700

                    - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

4

# EXHIBIT I

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :

In re:                                     :

                                     :       Chapter 11

DELPHI CORPORATION, et al.,        :       Case No. 05-44481 [RDD]

                                     :

                      Debtors.     :       Jointly Administered

                                     :
---------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER
## DISALLOWING AND EXPUNGING CLAIM NUMBERS 2299 AND 2300
## (CONSTELLATION NEWENERGY-GAS DIVISION,
## LLC AND CONSTELLATION NEWENERGY, INC.)

      Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), Constellation NewEnergy - Gas Division, LLC ("CNEG"), and Constellation

NewEnergy, Inc. ("CNE" and, together with CNEG, "Constellation") respectfully

submit this Joint Stipulation And Agreed Order Disallowing and Expunging Proofs of

Claim Numbers 2299 and 2300 (the "Stipulation") and agree and state as follows:

      **WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as amended, in the United States Bankruptcy Court for the Southern District

of New York;  and

**WHEREAS,** CNEG filed Proof of Claim Number 2299 and CNE filed

Proof of Claim Number 2300 on March 15, 2006, which assert unsecured non-priority

claims in the amounts of $93,001.07 and $793,411.29, respectively, against Delphi (the

"Constellation Delphi Claims");  and

**WHEREAS,** CNEG filed Proof of Claim Number 2381 and CNE filed

Proof of Claim Number 2382 on March 23, 2006, which assert unsecured non-priority

claims in the amounts of $93,001.07 and $793,411.29, respectively, against Delphi

Automotive Systems LLC (the "Constellation DAS Claims");  and

**WHEREAS,** the Debtors objected to the Constellation Delphi Claims

pursuant to the Debtors' Sixth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. §

502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims and (B)

Equity Claims (the "Objection") (Docket No. 6571);  and

**WHEREAS,** on February 8, 2007 Constellation filed the Response of

Constellation NewEnergy, Inc. and Constellation NewEnergy Gas Division, LLC to

Debtors' Sixth Omnibus Objection to Claims (the "Response") (Docket No. 6898);  and

**WHEREAS,** after arm's length negotiations, the Debtors and Constellation

have agreed to settle and resolve the Objection and the Response upon the terms set

forth herein.

**NOW, THEREFORE,** in consideration of the foregoing, the Debtors and

2

Constellation agree and stipulate as follows:

1.      The Constellation Delphi Claims (Proofs of Claim Numbers 2299 and 2300) shall be disallowed and expunged in their entirety.

2.      Pursuant to Paragraph 5 of the Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging (A) Duplicate and Amended Claims and (B) Equity Claims Identified in Sixth Omnibus Claims Objection, dated February 26, 2007 (Docket No. 7051), the Debtors will not seek to disallow or expunge the Constellation DAS Claims (Proofs of Claim Numbers 2381 and 2382) solely on the basis that the Constellation DAS Claims were filed against the wrong Debtor, provided that the Constellation Delphi Claims or the Constellation DAS Claims were originally filed against the correct Debtor.

3.      Except as expressly provided in Paragraph 2, the Constellation DAS Claims shall remain subject to further objection on any grounds whatsoever, including, without limitation, that the Constellation DAS Claims were asserted against the incorrect Debtor, if Constellation did not file the Constellation Delphi Claims or the Constellation DAS Claims against the correct Debtor.

Dated:   New York, New York
         March 14, 2007

                                    DELPHI CORPORATION, et al.,
                                    Debtors and Debtors-in-Possession,
                                    By their Bankruptcy Conflicts Counsel,
                                    TOGUT, SEGAL & SEGAL LLP,
                                    By:


                                    _/s/ Neil Berger_____
                                    NEIL BERGER (NB-3599)
                                    A Member of the Firm

3

One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000


Dated:   Baltimore, Maryland
         March 14, 2007

CONSTELLATION NEWENERGY - GAS
DIVISION, LLC and CONSTELLATION
NEWENERY, INC.,
By their Attorneys,
DLA PIPER US LLP
By:

_/s/ Maria Ellena Chavez-Ruark_____
MARIA ELLENA CHAVEZ-RUARK
(*pro hac vice*)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-4248


**SO ORDERED**

This 27th day of March, 2007
in New York, New York


_____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

4

# EXHIBIT J

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession,
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                              :
In re                                         :        Chapter 11
                                              :
        DELPHI CORPORATION, et al.,           :        Case No. 05-44481 [RDD]
                                              :
                              Debtors.        :        (Jointly Administered)
                                              :
--------------------------------------------------------------X


## SETTLEMENT AGREEMENT BETWEEN DELPHI AUTOMOTIVE SYSTEMS, LLC AND DBM TECHNOLOGIES, LLC TO PERMIT SETOFF OF MUTUAL PREPETITION OBLIGATIONS UNDER SECTION 553 OF THE BANKRUPTCY CODE


**WHEREAS,** on October 8, 2005, Delphi Corporation ("Delphi") and

certain of its U.S. subsidiaries (each a "Debtor" and collectively, the "Initial Filers") filed

voluntary petitions for reorganization relief under chapter 11 of title 11 of the United

States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy

Court");  and

   **WHEREAS**, on October 14, 2005, three additional U.S. subsidiaries of

Delphi (together with the Initial Filers, collectively, the "Debtors," and each

individually also a "Debtor") filed voluntary petitions in the Bankruptcy Court for

reorganization relief under the Bankruptcy Code;  and

   **WHEREAS,** the Debtors continue to operate their businesses and manage

their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code;  and

   **WHEREAS,** the Bankruptcy Court entered orders directing the joint

administration of the Debtors' chapter 11 cases (Docket Nos. 28 and 404);  and

   **WHEREAS**, on October 17, 2005, the Office of the United States Trustee

appointed an official committee of unsecured creditors;  and

   **WHEREAS**, no trustee or examiner has been appointed in the Debtors'

cases;  and

   **WHEREAS**, the Bankruptcy Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334, venue is proper pursuant to 28 U.S.C. §§ 1408

and 1409, and this matter is a core proceeding under 28 U.S.C. § 157(b)(2);  and

   **WHEREAS,** on October 12, 2005, the Bankruptcy Court entered an interim

order authorizing the Debtors to, among other things, obtain postpetition financing,

utilize cash collateral, and grant adequate protection to prepetition secured parties (the

"Interim DIP Order");  and

**WHEREAS,** on October 28, 2005, the Bankruptcy Court entered a final order authorizing the Debtors to, among other things, obtain postpetition financing, utilize cash collateral, and grant adequate protection to prepetition secured parties (the "Final DIP Order"); and

**WHEREAS**, on January 5, 2006, the Bankruptcy Court entered an order authorizing the Debtors to, among other things, refinance their postpetition financing and prepetition secured debt (the "Refinancing Order" and, together with the Interim DIP Order, and the Final DIP Order, the "DIP Orders"); and

**WHEREAS**, paragraph 18 of the Final DIP Order and paragraph 16 of the Refinancing Order establish, among other things, procedures for creditors to assert setoff and/or recoupment rights; and

**WHEREAS,** pursuant to the DIP Orders, by letter dated October 26, 2005 (the "Demand"), DBM Technologies, LLC (the "Claimant") sought authority to exercise a setoff of prepetition claims and debts between Delphi Automotive Systems, LLC ("DAS") and Claimant pursuant to the DIP Orders; and

**WHEREAS**, on November 15, 2007 Claimant filed its Motion for Relief from Stay to Effect Setoff (Docket No.1043); and

**WHEREAS**, in the Demand, Claimant alleged that it owed DAS the amount of $2,289,046.63 for prepetition services and/or goods provided by DAS to the Claimant. Subsequently Claimant paid all but $270,772.16 of the $2,289,046.63, leaving only $270,772.16 owing to DAS prepetition (the "Payable"); and

**WHEREAS**, other than the Payable, there are no other amounts owing from Claimant to Debtors for prepetition services and/or goods provided by Debtors to the Claimant;  and

**WHEREAS**, in the Demand, Claimant alleges that Delphi owes Claimant the amount of $301,519.70 for prepetition services and/or goods provided by Claimant to DAS (the "Receivable");  and

**WHEREAS**, other than the Receivable, there are no other amounts owing from Debtors for prepetition services and/or goods provided by Claimant to Debtors; and

**WHEREAS**, on July 28, 2007 Claimant filed a proof of claim, secured by right of setoff, against DAS, in the amount of $270,772.16, docketed as proof of claim 12133;  and

**WHEREAS**, on July 28, 2007 Claimant filed a proof of claim, secured by right of setoff, against Delphi, in the amount of $270,772.16, docketed as proof of claim 12387;  and

**WHEREAS**, after arm's length negotiations, the Debtors and Claimant (together, the "Parties") have reconciled the amounts of the Receivable and the Payable, as set forth in the attached Exhibit "1";  and

**WHEREAS**, the Debtors are authorized to enter into the Settlement Agreement pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes

Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414)

entered by this Court on June 29, 2006, and the Final DIP Order.

**WHEREAS**, the Parties have agreed to settle and resolve the Demand

upon the terms set forth herein.

**NOW, THEREFORE,** in consideration of the foregoing, the Parties hereby

stipulate and agree as follows:

1.      This agreement (the "Settlement Agreement") constitutes an

agreement between the Parties hereto and shall be effective upon its execution by the

Parties and upon being so ordered by the court (the "Effective Date").

2.      Exhibit "1" sets forth a full and complete schedule of the invoices

(the "Invoices") and the reconciled amounts of the Receivable and Payable that are the

subject of the Demand.

3.      Upon the Effective Date, Claimant shall be authorized to set off the

amount of the Receivable, as reconciled in Exhibit "1", against the amount of the

Payable, as reconciled in Exhibit "1", pursuant to section 553 of the Bankruptcy Code

(the "Setoff") and paragraph 18 of the Final DIP Order.

4.      The exercise of the Setoff results in a balance of $73,404.00 (the

"Balance") that Claimant owes DAS.  Claimant shall pay the Balance to DAS in

immediately available funds within sixty (60) business days after the Effective Date.

5.      Upon payment by Claimant to DAS of the Balance, there shall be

no amounts owing from Claimant to Debtors on account of the Payable.

5

6.      All claims that Claimant has filed in the Debtors cases, including

without limitation claim numbers 12133 and 12387 shall be deemed withdrawn.

7.      Except for the Setoff and the settlement memorialized by this

Settlement Agreement, the Parties retain all of their other rights, claims, and defenses.

For greater certainty, the Parties reserve their rights regarding any outstanding issues or

claims that may relate to, or arise from, the Invoices.

8.      This Settlement Agreement may not be modified, amended, or

terminated, nor any of its provisions waived, except by an agreement in writing signed

by all of the Parties.

9.      The agreements, terms, and provisions contained in this Settlement

Agreement shall be binding upon, and inure to the benefit of, the Parties and their

respective legal representatives, predecessors, successors, and assigns, including any

trustee appointed in these chapter 11 cases.

10.     It is expressly understood and agreed that the terms hereof,

including the recital paragraphs, are contractual;  that the agreement herein contained

and the consideration transferred hereunder is to compromise the Demand and to avoid

litigation;  and that no statement made herein, payment, release, or other consideration

given shall be construed as an admission by the Parties of any kind or nature

whatsoever.

11.     This Settlement Agreement constitutes the entire agreement

between the Parties regarding the resolution of the Setoff and supersedes all other prior

agreements and understandings, both written and oral, between the Parties regarding

the Setoff.

        12.     The signatories below represent that they are authorized to enter

into this Settlement Agreement.

        13.     This Settlement Agreement may be executed in counterparts, any of

which may be transmitted by facsimile, and each of which shall be deemed an original,

but all of which together shall constitute one and the same instrument.

**[CONCLUDED ON FOLLOWING PAGE]**

14.      The Bankruptcy Court shall retain original and exclusive

jurisdiction over the Parties to interpret and enforce the terms of this Settlement

Agreement and to resolve any disputes in connection herewith.


Dated:  New York, New York
           March 21, 2007

                         DELPHI CORPORATION, et al.,
                         Debtors and Debtors-in-Possession,
                         By their Bankruptcy Conflicts Counsel,
                         TOGUT, SEGAL & SEGAL LLP,
                         By:


                         /s/ Neil Berger
                         NEIL BERGER (NB-3599)
                         A Member of the Firm
                         One Penn Plaza, Suite 3335
                         New York, New York 10119
                         (212) 594-5000

Dated:  Detroit, Michigan
           March 21, 2007

                         DBM TECHNOLOGIES, LLC
                         By its Attorneys,
                         HONIGMAN, MILLER, SCHWARTZ
                         & COHN LLP
                         By:


                         /s/ Judy B. Calton
                         JUDY B. CALTON
                         2290 First National Building
                         Detroit, MI 48226
                         (313) 465-7344

So Ordered on this
27th day of March, 2007


/s/Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge

8

05-44481-rdd    Doc 7569    Filed 04/03/07    Entered 04/03/07 22:32:23    Main Document
Pg 73 of 126

## DBM Technologies Pre-Petition Setoff Request Summary

| DBM Perspective | Total |
| --- | --- |
| Delphi A/R | $342,650 |
| Delphi A/P | $269,246 |
| Total Setoff Amount | $269,246 |

| Delphi Perspective | Total |
| --- | --- |
| Delphi A/R - Adjusted for Tooling | $342,650 |
| Delphi A/P - Adjusted for Tooling | $269,246 |
| Total Setoff Amount | $269,246 |

| Agreed Upon Setoff Amount | Total |
| --- | --- |
| Total Setoff Amount | $269,246 |

Confidential - Material Non-Public Information

| Delphi A/R Records | | | DBM A/P Records | | |
|---|---|---|---|---|---|
| Invoice | Invoice Date | Invoice Amount | Voucher Invoice | Invoice Date | Invoice Amount |
| 86756481 | 8/16/2005 | 50,820.00 | 86756481 | 8/16/2005 | 50,820.00 |
| 86859723 | 9/1/2005 | 50,820.00 | 86859723 | 9/1/2005 | 50,820.00 |
| 86859727 | 9/1/2005 | 37,730.00 | 86859727 | 9/1/2005 | 37,730.00 |
| 86866259 | 9/2/2005 | 50,820.00 | 86866259 | 9/2/2005 | 50,820.00 |
| 86866260 | 9/3/2005 | 50,820.00 | 86866260 | 9/3/2005 | 50,820.00 |
| 86879203 | 9/6/2005 | 50,820.00 | 86879203 | 9/6/2005 | 50,820.00 |
| 86889308 | 9/7/2005 | 50,820.00 | 86889308 | 9/7/2005 | 50,820.00 |
| TLG Debit | 10/5/2005 | 262,410.00 | | | |
| Adjust A/P for Tooling | | (262,410.00) | | | |
| | | 342,650.00 | | | 342,650.00 |

Confidential - Material Non-Public Information
Delphi AR

| DUNS # | Process # | Document # | Document Date | Amount | BOL | Contract # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | **Delphi A/P Records** | | | | **DBM A/R Records** | |
| RD 059006671 | '9000031957339 | '5203765854001 | 3/1/2005 | $11,250.00 | T1055 | D0450127171 | 11/6/2003 | 306.36 |
| RD 059006671 | '9000031957336 | '5203766975001 | 7/13/2005 | $5,200.00 | IVS67575 | D0450141484 | 1/7/2004 | 132.30 |
| RD 059006671 | '9000031957335 | '5203765856001 | 8/1/2005 | $23,000.00 | IVS67602 | D0450141488 | 4/18/2004 | 445.50 |
| RD 059006671 | '9000031957334 | '5203765855001 | 8/2/2005 | $24,000.00 | IVS67575 | D0450141484 | 6/29/2004 | 7.46 |
| RD 059006671 | '9000032766918 | '5204277315001 | 8/30/2005 | $21.65 | 80055948 | D0550056962 | 8/13/2004 | 104.77 |
| RD 059006671 | '9000031553360 | '5203543348001 | 9/1/2005 | $779.40 | 80056101 | D0550049529 | 9/10/2004 | 160.70 |
| RD 059006671 | '9000031553361 | '5203543350001 | 9/1/2005 | $3,273.48 | 80056100 | D0550056962 | 1/14/2005 | 995.29 |
| RD 059006671 | '9000031572451 | '5203551510001 | 9/2/2005 | $3,117.60 | 80056164 | D0550056962 | 3/30/2005 | 70.68 |
| RD 059006671 | '9000031572452 | '5203551512001 | 9/2/2005 | $623.52 | 80056165 | D0550049529 | 6/20/2005 | 995.29 |
| RD 059006671 | '9000031572453 | '5203547548001 | 9/2/2005 | $12,094.92 | 80056141 | D0550026406 | 8/22/2005 | 22.00 |
| RD 059006671 | '9000031572454 | '5203549150001 | 9/2/2005 | $10,128.29 | 80056141 | D0550026406 | 8/22/2005 | 1,200.00 |
| RD 059006671 | '9000031600507 | '5203571355001 | 9/6/2005 | $620.84 | 80056127 | D0550024782 | 8/30/2005 | 22.31 |
| RD 059006671 | '9000031600508 | '5203571399001 | 9/6/2005 | $975.38 | 80056199 | D0550024782 | 9/1/2005 | 3,273.48 |
| RD 059006671 | '9000031600509 | '5203573248001 | 9/6/2005 | $1,870.56 | 80056260 | D0550056962 | 9/1/2005 | 779.40 |
| RD 059006671 | '9000031600510 | '5203573249001 | 9/6/2005 | $467.64 | 80056261 | D0550049529 | 9/1/2005 | 620.84 |
| RD 059006671 | '9000031615029 | '5203579811001 | 9/7/2005 | $1,998.72 | 80056277 | D0550015455 | 9/1/2005 | 12,094.92 |
| RD 059006671 | '9000031615030 | '5203579811002 | 9/7/2005 | $620.84 | 80056277 | D0550024782 | 9/1/2005 | 10,128.29 |
| RD 059006671 | '9000031615031 | '5203582253001 | 9/7/2005 | $779.40 | 80056340 | D0550049529 | 9/1/2005 | (337.27) |
| RD 059006671 | '9000031615032 | '5203582282001 | 9/7/2005 | $3,429.36 | 80056339 | D0550056962 | 9/1/2005 | (69.72) |
| RD 059006671 | '9000031629086 | '5203579052001 | 9/7/2005 | $207.55 | 80056217 | D0550026406 | 9/2/2005 | 3,117.60 |
| RD 059006671 | '9000031629086 | '5203589805001 | 9/8/2005 | $3,429.36 | 80056400 | D0550056962 | 9/2/2005 | 623.52 |
| RD 059006671 | '9000031629087 | '5203589806001 | 9/8/2005 | $779.40 | 80056401 | D0550049529 | 9/2/2005 | 975.38 |
| RD 059006671 | '9000032880191 | '5204322803001 | 9/8/2005 | $21.65 | 80056433 | D0550056962 | 9/2/2005 | 207.55 |
| RD 059006671 | '9000031647714 | '5203596736001 | 9/9/2005 | $975.38 | 80056408 | D0550024782 | 9/6/2005 | 1,870.56 |
| RD 059006671 | '9000031647715 | '5203598771001 | 9/9/2005 | $3,429.36 | 80056451 | D0550056962 | 9/6/2005 | 467.64 |
| RD 059006671 | '9000031647716 | '5203598772001 | 9/9/2005 | $779.40 | 80056452 | D0550049529 | 9/6/2005 | 2,619.55 |
| RD 059006671 | '9000031647717 | '5203592856001 | 9/9/2005 | $1,979.64 | 80056351 | D0550026406 | 9/6/2005 | 899.39 |
| RD 059006671 | '9000031668782 | '5203611966001 | 9/12/2005 | $1,870.56 | 80056563 | D0550056962 | 9/7/2005 | 3,429.36 |
| RD 059006671 | '9000031668783 | '5203611985001 | 9/12/2005 | $779.40 | 80056525 | D0550049529 | 9/7/2005 | 779.40 |
| RD 059006671 | '9000031677202 | 'ESD5203617958001 | 9/13/2005 | ($666.24) | 80054809 | D0550015455 | 9/7/2005 | 1,979.64 |
| RD 059006671 | '9000031677203 | 'ESD5203617959001 | 9/13/2005 | ($1,998.72) | 80056277 | D0550015455 | 9/8/2005 | 3,429.36 |
| RD 059006671 | '9000031681668 | '5203619404001 | 9/13/2005 | $3,429.36 | 80056620 | D0550056962 | 9/8/2005 | 779.40 |
| RD 059006671 | '9000031681669 | '5203619405001 | 9/13/2005 | $935.28 | 80056621 | D0550049529 | 9/8/2005 | 975.38 |
| RD 059006671 | '9000031681670 | '5203617043001 | 9/13/2005 | $899.39 | 80056294 | D0550026406 | 9/8/2005 | 22.31 |
| RD 059006671 | '9000032216882 | '5203915470001 | 9/13/2005 | $1,250.00 | T1039 | D0450128001 | 9/9/2005 | 3,429.36 |
| RD 059006671 | '9000031695454 | '5203626473001 | 9/14/2005 | $3,429.36 | 80056697 | D0550056962 | 9/9/2005 | 779.40 |
| RD 059006671 | '9000031695455 | '5203626741001 | 9/14/2005 | $779.40 | 80056692 | D0550049529 | 9/12/2005 | 779.40 |
| RD 059006671 | '9000031695456 | '5203622199001 | 9/14/2005 | $2,509.14 | 80056586 | D0550026406 | 9/12/2005 | 1,870.56 |
| RD 059006671 | '9000031695457 | '5203622320001 | 9/14/2005 | $5,930.34 | 80056639 | D0550026406 | 9/12/2005 | 2,509.14 |
| RD 059006671 | '9000031695458 | '5203622919001 | 9/14/2005 | $937.44 | 80056657 | D0550026406 | 9/12/2005 | 691.84 |
| RD 059006671 | '9000031695459 | '5203625483001 | 9/14/2005 | $691.84 | 80056586 | D0550026406 | 9/13/2005 | 3,429.36 |
| RD 059006671 | '9000031695460 | '5203625573001 | 9/14/2005 | $4,176.86 | 80056639 | D0550026406 | 9/13/2005 | 935.28 |
| RD 059006671 | '9000031695461 | '5203625642001 | 9/14/2005 | $2,668.80 | 80056639 | D0550026406 | 9/13/2005 | 5,930.34 |
| RD 059006671 | '9000031720990 | '5203633793001 | 9/15/2005 | $1,032.19 | 80056703 | D0550070922 | 9/13/2005 | 4,176.86 |
| RD 059006671 | '9000031720991 | '5203633841001 | 9/15/2005 | $620.84 | 80056700 | D0550024782 | 9/14/2005 | 937.44 |
| RD 059006671 | '9000031720992 | '5203635821001 | 9/15/2005 | $1,714.68 | 80056734 | D0550056962 | 9/14/2005 | 2,668.80 |
| RD 059006671 | '9000031720993 | '5203635834001 | 9/15/2005 | $311.76 | 80056735 | D0550049529 | 9/14/2005 | 3,429.36 |
| RD 059006671 | '9000031740322 | '5203643592001 | 9/16/2005 | $3,429.36 | 80056811 | D0550056962 | 9/14/2005 | 779.40 |
| RD 059006671 | '9000031740323 | '5203643604001 | 9/16/2005 | $935.28 | 80056812 | D0550049529 | 9/14/2005 | 620.84 |
| RD 059006671 | '9000031740326 | '5203638758001 | 9/16/2005 | $585.90 | 80056711 | D0550026406 | 9/14/2005 | 1,032.19 |
| RD 059006671 | '9000031740327 | '5203641395001 | 9/16/2005 | $1,255.80 | 80056711 | D0550026406 | 9/14/2005 | 585.90 |
| RD 059006671 | '9000031740324 | '5203648596001 | 9/17/2005 | $3,273.48 | 80056861 | D0550056962 | 9/14/2005 | 1,255.80 |
| RD 059006671 | '9000031740325 | '5203648597001 | 9/17/2005 | $935.28 | 80056862 | D0550049529 | 9/15/2005 | 1,714.68 |
| RD 059006671 | '9000031761701 | '5203653527001 | 9/19/2005 | $1,596.22 | 80056856 | D0550024782 | 9/15/2005 | 311.76 |
| RD 059006671 | '9000031761702 | '5203655711001 | 9/19/2005 | $3,117.60 | 80056894 | D0550056962 | 9/16/2005 | 3,429.36 |
| RD 059006671 | '9000031761703 | '5203655712001 | 9/19/2005 | $623.52 | 80056895 | D0550049529 | 9/16/2005 | 935.28 |
| RD 059006671 | '9000031774782 | '5203663953001 | 9/20/2005 | $3,273.48 | 80056997 | D0550056962 | 9/16/2005 | 1,596.22 |
| RD 059006671 | '9000031774783 | '5203663974001 | 9/20/2005 | $935.28 | 80056998 | D0550049529 | 9/16/2005 | 645.12 |
| RD 059006671 | '9000031774784 | '5203657970001 | 9/20/2005 | $12,349.80 | 80056944 | D0550026406 | 9/17/2005 | 3,273.48 |
| RD 059006671 | '9000031774785 | '5203658064001 | 9/20/2005 | $4,125.66 | 80056946 | D0550026406 | 9/17/2005 | 935.28 |
| RD 059006671 | '9000031774786 | '5203661033001 | 9/20/2005 | $6,689.68 | 80056944 | D0550026406 | 9/19/2005 | 3,117.60 |
| RD 059006671 | '9000031774787 | '5203661098001 | 9/20/2005 | $8,545.05 | 80056946 | D0550026406 | 9/19/2005 | 623.52 |
| RD 059006671 | '9000031769130 | 'ESD5203658902001 | 9/20/2005 | ($337.27) | 80056141 | D0550026406 | 9/19/2005 | 12,349.80 |
| RD 059006671 | '9000031769131 | 'ESD5203661791001 | 9/20/2005 | ($69.72) | 80056141 | D0550026406 | 9/19/2005 | 6,689.68 |
| RD 059006671 | '9000031789405 | '5203670692001 | 9/21/2005 | $645.12 | 80056864 | D0550070922 | 9/19/2005 | 4,125.66 |
| RD 059006671 | '9000031789406 | '5203672725001 | 9/21/2005 | $3,273.48 | 80057035 | D0550056962 | 9/19/2005 | 8,545.05 |
| RD 059006671 | '9000031789407 | '5203672726001 | 9/21/2005 | $935.28 | 80057036 | D0550049529 | 9/20/2005 | 3,273.48 |
| RD 059006671 | '9000032094417 | '5203842953001 | 9/21/2005 | $11,500.00 | T1052 | D0450145191 | 9/20/2005 | 935.28 |
| RD 059006671 | '9000032094418 | '5203842954001 | 9/21/2005 | $6,400.00 | T1053 | D0450145190 | 9/20/2005 | 415.10 |
| RD 059006671 | '9000034598336 | '5205450420001 | 9/21/2005 | $20,675.00 | T1048 | D0450141477 | 9/21/2005 | 3,273.48 |
| RD 059006671 | '9000034818359 | '5205616877001 | 9/21/2005 | $1,300.00 | T1051 | D0450141484 | 9/21/2005 | 935.28 |
| RD 059006671 | '9000036360107 | '5206664142001 | 9/21/2005 | $7,725.00 | T1048A | D0450141477 | 9/21/2005 | 333.12 |

Confidential - Material Non-Public Information
Delphi AP

| | Delphi A/P Records | | | | | | DBM A/R Records | |
|---|---|---|---|---|---|---|---|---|
| DUNS # | Process # | Document # | Document Date | Amount | BOL | Contract # | Date | Amount |
| RD 059006671 | '9000031802653 | '5203679239001 | 9/22/2005 | $333.12 | 80057076 | D0550015455 | 9/21/2005 | 968.58 |
| RD 059006671 | '9000031802654 | '5203681690001 | 9/22/2005 | $2,182.32 | 80057140 | D0550056962 | 9/22/2005 | 2,182.32 |
| RD 059006671 | '9000031802655 | '5203681693001 | 9/22/2005 | $623.52 | 80057141 | D0550049529 | 9/22/2005 | 623.52 |
| RD 059006671 | '9000031825519 | '5203687317001 | 9/22/2005 | $968.58 | 80057093 | D0550026406 | 9/22/2005 | 4,232.01 |
| RD 059006671 | '9000031825514 | '5203687786001 | 9/23/2005 | $333.12 | 80057154 | D0550015455 | 9/23/2005 | 333.12 |
| RD 059006671 | '9000031825515 | '5203690279001 | 9/23/2005 | $935.28 | 80057204 | D0550049529 | 9/23/2005 | 2,805.84 |
| RD 059006671 | '9000031825516 | '5203690280001 | 9/23/2005 | $2,805.84 | 80057203 | D0550056962 | 9/23/2005 | 935.28 |
| RD 059006671 | '9000031957338 | '5203765813001 | 9/23/2005 | $1,500.00 | T1055 | D0450127171 | 9/24/2005 | 3,117.60 |
| RD 059006671 | '9000031952767 | 'DMP5203767422001 | 9/23/2005 | ($750.00) | T1055 | D0450127171 | 9/24/2005 | 935.28 |
| RD 059006671 | '9000031952768 | 'DMP5203767423001 | 9/23/2005 | ($750.00) | T1055 | D0450127171 | 9/26/2005 | 2,338.20 |
| RD 059006671 | '9000031825517 | '5203696292001 | 9/24/2005 | $3,117.60 | 80057250 | D0550056962 | 9/26/2005 | 935.28 |
| RD 059006671 | '9000031825518 | '5203696293001 | 9/24/2005 | $935.28 | 80057252 | D0550049529 | 9/26/2005 | 7,201.73 |
| RD 059006671 | '9000031825520 | '5203692233001 | 9/24/2005 | $4,232.01 | 80057147 | D0550026406 | 9/26/2005 | 12,278.37 |
| RD 059006671 | '9000031845731 | '5203703844001 | 9/26/2005 | $935.28 | 80057297 | D0550049529 | 9/27/2005 | 3,273.48 |
| RD 059006671 | '9000031845732 | '5203703845001 | 9/26/2005 | $2,338.20 | 80057296 | D0550056962 | 9/27/2005 | 1,091.16 |
| RD 059006671 | '9000031857027 | '5203712209001 | 9/27/2005 | $1,091.16 | 80057363 | D0550049529 | 9/27/2005 | 5,616.00 |
| RD 059006671 | '9000031857028 | '5203712213001 | 9/27/2005 | $3,273.48 | 80057362 | D0550056962 | 9/27/2005 | 4,452.34 |
| RD 059006671 | '9000031857029 | '5203706591001 | 9/27/2005 | $7,201.73 | 80057324 | D0550026406 | 9/27/2005 | 583.74 |
| RD 059006671 | '9000031857030 | '5203709560001 | 9/27/2005 | $12,278.37 | 80057324 | D0550026406 | 9/28/2005 | 3,117.60 |
| RD 059006671 | '9000031871493 | '5203721095001 | 9/28/2005 | $1,091.16 | 80057439 | D0550049529 | 9/28/2005 | 1,091.16 |
| RD 059006671 | '9000031871494 | '5203721101001 | 9/28/2005 | $3,117.60 | 80057438 | D0550056962 | 9/28/2005 | 1,998.72 |
| RD 059006671 | '9000031871495 | '5203714740001 | 9/28/2005 | $5,616.00 | 80057379 | D0550026406 | 9/29/2005 | 620.84 |
| RD 059006671 | '9000031871496 | '5203718104001 | 9/28/2005 | $4,452.34 | 80057379 | D0550026406 | 9/29/2005 | 3,273.48 |
| RD 059006671 | '9000031957337 | '5203765812001 | 9/28/2005 | $9,750.00 | T1055 | D0450127171 | 9/29/2005 | 1,091.16 |
| RD 059006671 | '9000031952754 | 'DMP5203767407001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 9/30/2005 | 3,273.48 |
| RD 059006671 | '9000031952755 | 'DMP5203767408001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 9/30/2005 | 1,091.16 |
| RD 059006671 | '9000031952756 | 'DMP5203767409001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 9/30/2005 | 1,003.50 |
| RD 059006671 | '9000031952757 | 'DMP5203767410001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/3/2005 | 2,193.41 |
| RD 059006671 | '9000031952758 | 'DMP5203767411001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/3/2005 | 2,805.84 |
| RD 059006671 | '9000031952759 | 'DMP5203767412001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/3/2005 | 935.28 |
| RD 059006671 | '9000031952760 | 'DMP5203767413001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/3/2005 | 21,838.84 |
| RD 059006671 | '9000031952761 | 'DMP5203767414001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/4/2005 | 3,117.60 |
| RD 059006671 | '9000031952762 | 'DMP5203767415001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/4/2005 | 1,091.16 |
| RD 059006671 | '9000031952763 | 'DMP5203767417001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/4/2005 | 1,596.22 |
| RD 059006671 | '9000031952764 | 'DMP5203767418001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/4/2005 | 5,758.93 |
| RD 059006671 | '9000031952765 | 'DMP5203767420001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/5/2005 | 3,273.48 |
| RD 059006671 | '9000031952766 | 'DMP5203767421001 | 9/28/2005 | ($750.00) | T1055 | D0450127171 | 10/5/2005 | 1,091.16 |
| RD 059006671 | '9000031887143 | '5203727590001 | 9/29/2005 | $1,998.72 | 80057440 | D0550015455 | 10/5/2005 | 22.31 |
| RD 059006671 | '9000031887144 | '5203730120001 | 9/29/2005 | $3,273.48 | 80057509 | D0550056962 | 10/6/2005 | 55.28 |
| RD 059006671 | '9000031887145 | '5203730121001 | 9/29/2005 | $1,091.16 | 80057510 | D0550049529 | 10/6/2005 | 1,091.16 |
| RD 059006671 | '9000036360106 | '5206664141001 | 9/29/2005 | $5,040.00 | IVS67167A | D0450153704 | 10/6/2005 | 3,117.60 |
| RD 059006671 | '9000031887146 | '5203727291001 | 9/29/2005 | $415.10 | 80057028 | D0550026406 | 10/7/2005 | 3,273.48 |
| RD 059006671 | '9000031887147 | '5203727338001 | 9/29/2005 | $583.74 | 80057388 | D0550026406 | 10/7/2005 | 1,091.16 |
| RD 059006671 | '9000031909243 | '5203736619001 | 9/30/2005 | $620.84 | 80057507 | D0550024782 | | |
| RD 059006671 | '9000031909244 | '5203738980001 | 9/30/2005 | $1,091.16 | 80057543 | D0550049529 | | |
| RD 059006671 | '9000031909245 | '5203739029001 | 9/30/2005 | $3,273.48 | 80057542 | D0550056962 | | |
| RD 059006671 | '0005016191083 | 'ADMCR111300131 | 10/1/2005 | ($680.00) | 111300131 | D0550015455 | | |
| RD 059006671 | '9000036081869 | '5206459157001 | 10/1/2005 | $115,810.00 | T1015 | D0450122690 | | |
| RD 059006671 | '9000036081870 | '5206459159001 | 10/1/2005 | $7,100.00 | T1038 | D0450122425 | | |
| RD 059006671 | '9000031928935 | '5203751288001 | 10/3/2005 | $935.28 | 80057658 | D0550049529 | | |
| RD 059006671 | '9000031928936 | '5203751292001 | 10/3/2005 | $2,805.84 | 80057657 | D0550056962 | | |
| RD 059006671 | '9000032921568 | '5204351438001 | 10/3/2005 | $23,660.00 | IVS67167 | D0450153704 | | |
| RD 059006671 | '9000031942034 | '5203757612001 | 10/4/2005 | $2,193.41 | 80057587 | D0550070922 | | |
| RD 059006671 | '9000031942035 | '5203759875001 | 10/4/2005 | $3,117.60 | 80057714 | D0550056962 | | |
| RD 059006671 | '9000031942036 | '5203759877001 | 10/4/2005 | $1,091.16 | 80057715 | D0550049529 | | |
| RD 059006671 | '9000031942037 | '5203753860001 | 10/4/2005 | $1,003.50 | 80057580 | D0550026406 | | |
| RD 059006671 | '9000031942038 | '5203757077001 | 10/4/2005 | $21,838.84 | 80057662 | D0550026406 | | |
| RD 059006671 | '9000031957331 | '5203766073001 | 10/5/2005 | $1,596.22 | 80057719 | D0550024782 | | |
| RD 059006671 | '9000031957332 | '5203768701001 | 10/5/2005 | $3,273.48 | 80057792 | D0550056962 | | |
| RD 059006671 | '9000031957333 | '5203768703001 | 10/5/2005 | $1,091.16 | 80057793 | D0550049529 | | |
| RD 059006671 | '9000032153790 | '5203886008001 | 10/5/2005 | $55.28 | 80057806 | D0550070446 | | |
| RD 059006671 | '9000031973515 | '5203776742001 | 10/6/2005 | $1,091.16 | 80057850 | D0550049529 | | |
| RD 059006671 | '9000031973516 | '5203776756001 | 10/6/2005 | $3,117.60 | 80057851 | D0550056962 | | |
| RD 059006671 | '9000031973517 | '5203771372001 | 10/6/2005 | $5,758.93 | 80057733 | D0550026406 | | |
| RD 059006671 | '9000031988669 | '5203784872001 | 10/7/2005 | $3,273.48 | 80057915 | D0550056962 | | |
| RD 059006671 | '9000031988670 | '5203784884001 | 10/7/2005 | $1,091.16 | 80057916 | D0550049529 | | |
| RD 059006671 | '9000033631566 | 'DSR5204810127001 | 10/7/2005 | ($0.01) | 80040845 | D0550053087 | | |
| | | POD Adj | | $6,308.94 [1] | | | | |
| | | Adjustment for Tooling | | ($262,410.00) | | | | |
| | | | | $269,246.00 | | | | 269,246.00 |

[1] An adjustment of approximately $6,000 will be made to Delphi's accounts payable records for supplier proofs of delivery.

Confidential - Material Non-Public Information
Delphi AP

# EXHIBIT K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                               :

In re                           :      Chapter 11
                                 :

DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
                                 :

                      Debtors.     :      (Jointly Administered)
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING IN PART JOSEPH RENO CLAIM (CLAIM
NUMBER 9956, IDENTIFIED IN THIRD OMNIBUS CLAIMS OBJECTION)

("RENO ORDER")

        Upon the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient

Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims

Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims

Pursuant To 11 U.S.C. § 502(c), dated October 31, 2006 (the "Third Omnibus Claims

Objection"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and this Court

having considered the papers and declarations filed by claimant Joseph Reno ("Reno") in

response to the Third Omnibus Claims Objection and the parties' joint exhibit binder submitted

at the hearing; and upon the record of the claims objection hearing (the "Reno Claims Objection

Hearing") held on the objection (the "Reno Claim Objection") to proof of claim number 9956,

which sets forth Reno's claim against the Debtors (the "Reno Claim"); and after due deliberation

thereon; and good and sufficient cause appearing therefor; and the Court having made findings

and rulings, constituting its revision of the bench ruling issued at the Reno Claims Objection
Hearing, pursuant to Fed. R. Bankr. P. 7052, that are attached hereto as <u>Exhibit A</u>, and
incorporated by reference herein.

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Reno was properly and timely served with a copy of the Third Omnibus
Claims Objection (including the Reno Claim Objection), a personalized Notice Of Objection To
Claim, a copy of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),
3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding
Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims
(Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed Third Omnibus
Claims Objection Order, and notice of the deadline for responding to the Third Omnibus Claims
Objection.

B.    On December 26, 2006, the Debtors provided to Reno, and filed with this
Court, a Notice of Hearing in which the Debtors provided notice that the Reno Claim Objection
would be heard at the Reno Claims Objection Hearing on March 1, 2007 (Docket No. 6287).  On
February 1, 2007, the Debtors provided to Reno, and filed with this Court, a Notice of
Adjournment Of Claims Hearing With Respect To Debtors' Objection To Proof Of Claim No.
9956 (Joseph Reno) (Docket No. 6800), adjourning the Reno Claims Objection Hearing to
March 21, 2007.

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Third Omnibus Claims Objection.

C.    On March 21, 2007, this Court conducted the Reno Claims Objection

Hearing, reviewed the evidence, and heard arguments from counsel, with respect to the Reno

Claim Objection.

D.    This Court has jurisdiction over the Reno Claim Objection pursuant to 28

U.S.C. §§ 157 and 1334.  The Reno Claim Objection is a core proceeding under 28 U.S.C. § 157

(b)(2).  Venue for these cases and the Reno Claim Objection in this district is proper under 28

U.S.C. §§ 1408 and 1409.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.    The Reno Claim is allowed in part and disallowed in part.  The two

allowed portions of the Reno Claim are those which arise from the Consolidated Omnibus

Reconciliation Act, 29 U.S.C. §§ 1161-68 (the "COBRA Claim") and the Employee Retirement

Income Security Act of 1974 (the "ERISA Claim").  All other portions of the Reno Claim are

disallowed and expunged in their entirety.  The disputed issues as to damages with respect to the

COBRA Claim and the ERISA Claim shall be set for further hearing should the parties fail to

reach agreement thereon.  The Court shall conduct a pre-hearing conference on the COBRA

Claim and the ERISA Claim damages issues at 10:00 a.m. on June 22, 2007.

2.    Kurtzman Carson Consultants, LLC is hereby directed to serve this order

in accordance with the Claims Objection Procedures Order.


Dated: New York, New York
       March  30, 2007

_____/s/ Robert D. Drain_____
                UNITED STATES BANKRUPTCY JUDGE

3

1   THE COURT:  Please be seated.  Okay.  We're back on the record

2   in Delphi Corporation and in particular I'm going to give a

3
4   bench ruling on the debtors' objection to the proof of claim

5
6   filed by Mr. Joseph Reno.  As I generally do with fairly

7
8   lengthy bench decisions, I'll give it orally because I think

9
10  it's important for the parties to know the result right away,

11
    but I will review the transcript.  And I'll review it not only

12
13  for accuracy but also reserve the right to edit it if what came

14  out of my mouth, remarkably, didn't make sense and to correct

15  it, and that will be my final ruling.  But I will not change

16  the gist of my ruling.

17       The claim by Mr. Reno sets forth a number of theories

18  of recovery, but I should note first that today's hearing, by

19  agreement of the parties, was limited to the merits of those

20  theories, with the parties reserving to a subsequent hearing,

21  if necessary, a determination of damages in connection with any

22  claims that I find to be meritorious.

23       The theories all stem from the same common facts,

24  except the last one, which is a claim under ERISA for damages

25  resulting from delayed payment of pension benefits.  The

    claimant also makes a claim under COBRA, and obviously that

    claim itself does not derive from the facts that I'm going to

    go  through in a moment, but the debtors' defense does.

    Essentially, as both parties have stated, those facts pertain

    to Mr. Reno's termination as an employee of Delphi in March of

1    2004.  Mr. Reno contends that that termination was a wrongful

2    discharge in retaliation for his view expressed to his

3
4    supervisor, and ultimately to an in-house lawyer at Delphi,

5
6    that Delphi needed to take certain steps to correct a condition

7
8    in a waste water container tank, and that might exist in

9
10   another waste water container, and that, consequently, he has a

11
     wrongful discharge claim and/or a claim under Ohio's

12
13   whistleblower statute because he was terminated in light of

14   Delphi's receipt of the letter informing Delphi of the waste

15   water container issue.

16         He also contends that Delphi did not comply with the

17   Fair Credit Reporting Act in the conduct of, and the provision

18   of information in connection with, Delphi's investigation of

19   him.  This is not only a claim but is also offered as evidence

20   to show the real motivation rather than the pretextual basis,

21   for Delphi's termination of Mr. Reno.

22         Delphi, on the other hand, contends that Mr. Reno was

23   fired not because of his environmental warning or the point of

24   view that he raised with his supervisor, and ultimately with

25   in-house legal staff, but rather because of information that

     Delphi learned pertaining to Mr. Reno's conduct on the job and

     in connection with an investigation of that conduct.

     Consequently, Delphi argues that his termination was not

     wrongful, but proper, and certainly was not retaliatory.  It

     contends that because Mr. Reno was properly terminated for such

1    reasons, it did not have a responsibility, under COBRA, to him

2    and that it also is not liable for the remaining cause of

3

4    action, which I have not yet described, which is a defamation

5

6    claim.

7

8            Finally, Delphi contends that the investigation that

9

10   it commissioned and the use of that investigation were not

11

     covered within the ambit of the Fair Credit Reporting Act and,

12

13   consequently, that there was nothing improper or actionable in

14   connection with the investigation, and, further, that no

15   inference can be drawn from any alleged impropriety under the

16   Fair Credit Reporting Act as to Delphi's motivation in

17   terminating Mr. Reno's employment.

18           As with most claims of this nature, the parties have

19   very different views as to the underlying facts.  They have

20   presented those facts in a written record before the Court in a

21   joint exhibit binder that includes witness declarations, as

22   well as the prior testimony of witnesses, and letters and e-

23   mails, which I've reviewed.

24           In light of the differences in the underlying

25   testimony and the nature of the claims here, it's important to

     delineate the burden of proof, which I think the parties

     generally agree upon.  As the claimant, Mr. Reno, has the

     ultimate burden of proof.  However his claim, in large measure,

     comes down to an assertion that the reason proffered for his

     termination by Delphi was and is merely a pretext.  Under those

1   circumstances the courts have developed a burden-shifting

2   regime which provides that, under the proper circumstances, by

3

4   showing a prima facie case of retaliation the claimant may

5

6   shift the burden to the defendant to articulate a legitimate

7

8   non-retaliatory reason for its employment decision.  That is,

9

10   the employer meets that burden by showing an alternative reason

11

    than the discriminatory one stated by the claimant, which the

12

13   claimant then may show was only a pretext.

14          In my view -- although, and I'll get to this in a

15   moment, at oral argument claimant may have been setting forth a

16   somewhat different burden-shifting argument -- once the

17   employer has come forward with a non-discriminatory reason for

18   firing the claimant, the claimant again has the ultimate burden

19   of proof.  The area of potential doubt is whether he meets that

20   burden by showing that it is more likely the case that the

21   claimant was fired for the discriminatory reason, or

22   alternatively, that he need show only that the non-

23   discriminatory reason articulated was not the only basis for

24   the termination, but, rather, there was a mixed motive,

25   including an improper one.  In the "pretext" cases, I believe

    that the burden is on the claimant to show that it is more

    likely that he or she was terminated for a discriminatory or an

    improper reason or a retaliatory reason.  See Manzer v. Diamond

    Shamrock Chemicals, 29 F.3d 1078 (6th Cir. 1994).  In a prior

    Title VII context, the latter view, however, was adopted by a

1    plurality opinion of the Supreme Court in <u>Price Waterhouse v.</u>

2    <u>Hopkins</u>, 490 U.S. 228 (1989), although, again, that was in a
3
4    Title VII context, not focusing on the pretextual argument that
5
6    the claimant is making here.
7
8        In any event, I find that Delphi's articulated reason
9
10   was not a mere pretext and that Mr. Reno has not proven an
11
     improper or retaliatory reason for Delphi's firing him.
12
13       Let me proceed through the factual record and address

14   first the wrongful discharge claims, since I believe that

15   consideration of the other claims, with the exception of the

16   ERISA claim, all flow from that analysis.

17       First, it should be noted that Mr. Reno asserts

18   claims under both Ohio's whistleblower statute and then,

19   second, or alternatively, under Ohio common law that his

20   termination violated Ohio public policy as arising from his

21   having rasied a legitimate workplace concern regulated by

22   federal and state environmental laws dealing with hazardous

23   wastes.

24       The Ohio whistleblower statute should be addressed

25   first, because, at least based on my reading of it, as well as

     the cases interpreting it, it contains procedural requirements

     that obviously do not exist under the Ohio common law wrongful

     termination cases, and I find that Mr. Reno did not comply with

     those procedural requirements, and, under the case law

     interpreting Ohio Rev. Code Ann. § 4113.52(A)(1)(a), he would,

1   therefore, not have a claim.  The statute requires that an

2   employee (a) orally notify his or her supervisor, or other

3

4   responsible officer of the employer, of the alleged violation,

5

6   and (b) subsequently file with that person a written report

7

8   that provides sufficient detail to identify and describe the

9

10   violation.  And then it provides for a mechanism, if those

11

    requirements have been satisfied, for the employer to correct

12

13   the violation or make a reasonable and good faith effort to

14   correct it within twenty-four hours after the oral notification

15   or the receipt of the written report, whichever is earlier.

16   And then it provides an opportunity for the employee to seek

17   appropriate redress.

18       The debtors contend that Mr. Reno did not comply with

19   this provision in two respects.  One I don't accept.  Although

20   it's somewhat of a close call, I believe he did set forth in

21   sufficient detail the environmental concerns or hazardous

22   substance concerns that he claims, legitimately, existed with

23   respect to the container tanks.  However, procedurally he did

24   not provide oral notification of those conditions to the person

25   to whom he then sent the written report.  That is, he informed

    Mr. Gooding, his supervisor, orally of the conditions and

    subsequently mailed his letter to Mr. Walle, the in-house

    counsel at Delphi.

        Given the timing constraints and specific language of

    this statute, that means that he has not complied with it and

1    he doesn't have a cause of action under it.   See Haney v.

2    Chrysler Corp., 699 N.E.2d 121, 122 (Ohio Ct. App. 1997).

3

4           There are other potential defenses to this cause of

5

6    action, but I believe that they are best dealt with in the

7

8    context of the other wrongful discharge claim raised by Mr.

9

10   Reno, which is that he was suspended or terminated contrary to

11

12   Ohio public policy.  That public policy claim doctrine was

13   adopted by the Ohio Supreme Court in Greeley v. Miami Valley

14   Maintenance Contractors, Inc., 551 N.E.2d 981 (Ohio 1989).

15   It's an exception to Ohio's general at-will employment

16   standard, which permits an employer to terminate an employee at

17   will for any cause at any time whatsoever.

18          In order to have a claim for discharge in violation

19   of public policy under Ohio law, the claimant must show (1) the

20   existence of a clear public policy (that is, the "clarity"

21   element);  (2) dismissal under the circumstances would

22   jeopardize that policy (the "jeopardy" element); (3) dismissal

23   related to a public policy (the "causation" element); and (4)

24   lack of an overriding business justification for the employer's

25   action.  The debtors do not dispute the "clarity" or "jeopardy"

     elements laid out in the Ohio cases, including Painter v.

     Graley, 639 N.E.2d 51 (Ohio 1994) and Urban vs. Osborne Mfg.,

     Inc., 847 N.E.2d 1272 (Ohio Ct. App. 2006).  They do, however,

     dispute causation, arguing strenuously that Mr. Reno was not

     dismissed because of his championing the public policy of the

1    State of Ohio and the United States to have an environmentally

2    clean and safe workplace, but, rather, for a wholly separate

3

4    reason.

5

6              They also contend, relatedly, that the overriding

7

8    business justification for his termination was, again, that his

9

10   personal conduct was in violation of Delphi's policies, as

11

     opposed to his disagreement with Mr. Gooding over the proper

12

13   maintenance and protection of the container tanks and the

14   surrounding environment or his making that concern known to Mr.

15   Walle in his letter.

16             I've been through the factual record, and, as is

17   often the case with claims of this kind, there is no smoking

18   gun and the claimant relies upon the Court's drawing inferences

19   from circumstantial evidence.  On its face, that circumstantial

20   evidence, to my mind, does set forth a prima facie case, in

21   that on the very day that Mr. Reno had his dispute with Mr.

22   Gooding about the container tanks he was put on administrative

23   suspension, albeit with full pay and benefits.

24             Moreover, he was terminated just short of a month

25   thereafter, after he had notified Mr. Walle on March 2, 2004 of

     his concern about the container tank's condition as well as his

     concern about being put on suspension.  Between February 20th,

     when he was suspended, and the date of his termination, that

     letter on its face is one of only two significant factual

     developments.  The other is some additional investigatory work

1    done by the third party investigator, Mr. Brown, that the

2    debtors had hired to investigate a situation that I will talk

3

4    about in a moment.  But those facts alone, in my mind, raise

5

6    enough of a concern to shift the burden to Delphi.

7

8         I find, however, based on my review of the factual

9

10   record, including not only the declarations of Ms. Patrick and

11

     Mr. Brown but also the depositions and prior testimony and

12

13   witness statements, that Delphi has met its burden to show that

14   it was not motivated by the hazardous waste or environmental

15   issues that Mr. Reno raised with his supervisor and then

16   disclosed to Mr. Walle, or by Mr. Reno's having raised those

17   issues.  And, having shifted the burden back to Mr. Reno, I do

18   not believe that Mr. Reno has overcome the evidence that

19   supports my conclusion that Delphi terminated him for separate

20   reasons that were legitimate and unrelated to retaliation over

21   Mr. Reno's having aired his views as to the container tanks.

22         Specifically, it became known to Delphi that a

23   dumpster owned by one of its contractors had been placed on the

24   Dayton property, or the Dayton site, containing garbage and

25   debris that was not Delphi's.  In and of itself that was a

     fairly innocuous event; however, it was of enough concern,

     apparently, to cause Mr. Reno's boss, Mr. Gooding, to arrange

     for a third party investigator, Mr. Brown, to determine the

     circumstances under which the dumpster came to the site.  The

     reason for that concern appears to be that it was very quickly

1   assumed, and assumed correctly, that the debris in the dumpster

2   originated with Mr. Reno.  Delphi has a clear policy against
3
4   conflicts of interest and, separately and distinctly,
5
6   soliciting gifts or favors from suppliers or vendors or
7
8   customers.  And there was an appearance that that may have
9
10  occurred here.  All of this occurred well before the date that
11
12  Mr. Reno says he first learned of the waste water treatment

13  container issue, which he says was February 13, 2004.

14         The investigation started two weeks before then.  And

15  the investigator interviewed Mr. Reno on February 16th, as well

16  as other parties involved.  As a result of that investigation

17  process Mr. Brown concluded that Mr. Reno had obtained a favor

18  from Troy Calton, an employee of a company called Onyx that

19  works directly for, as a contractor, Mr. Reno, to remove

20  material from his yard and/or house.  Brown also learned that

21  this arrangement may well have been a secret one, and that it

22  was, at least, not cleared in advance with Mr. Reno's

23  superiors, and, perhaps as importantly, that in the process of

24  the investigation Mr. Reno was not forthcoming as to the facts

25  of the relationship and had sought out from his subordinates

    witness statements in connection with the relationship, which

    he held in reserve.  All of this led Mr. Brown and also

    Delphi's personnel officers to conclude that Mr. Reno had

    violated both Delphi's no-favors policy and the conflict of

    interest policy, as well as potentially put undue pressure on

1    subordinates and perhaps asked them to remember facts that they

2    could not remember or that were not, in fact, the truth.

3

4         The record, I should be clear, is not one where I can

5

6    ultimately decide whether Mr. Brown's conclusions were right or

7

8    wrong.  But, beyond that, the claimant contends that they were

9

10   so clearly incorrect that Delphi could not credibly be said to

11

     have relied on them as a basis for his termination, which is a

12

13   proper inquiry for me to make.

14        I'll note first in considering the conclusions that

15   Mr. Brown made that I do credit his conclusions with regard to

16   the underlying arrangements between Calton and Mr. Reno.  Mr.

17   Calton changed his story in a second interview with Mr. Brown,

18   in a way that I believe indicated that the second version is

19   the correct version.  It is, moreover, one that Mr. Calton's

20   subsequent deposition in key respects corroborates, namely that

21   the dumpster was filled and taken under an arrangement with Mr.

22   Reno, with Mr. Reno's knowledge and, in fact, at least as

23   Calton stated in his deposition, Calton's implied assumption

24   that ultimately the cost would be run through Delphi's

25   accounting system.  To my mind, having reviewed Delphi's

     Foundation of Excellence Policy, at Exhibit 17, whether

     ultimately Mr. Reno felt he was going to pay, in full, for this

     dumpster arrangement is less important than the fact that he

     engaged in it at all with Mr. Calton without disclosing it to

     his supervisors.

1              I also believe that Mr. Reno's not being forthcoming

2      about the facts of this relationship was fairly well

3
4      established through Mr. Brown's investigation.  And that, in

5
6      turn, lays some doubt on the witness statements that Mr. Reno

7
8      got out of his subordinates, particularly in light of the facts

9
10     that one of them did not provide a witness statement although

11
       Mr. Reno asked him to do so -- that individual being the one

12
13     who was apparently no longer working for Delphi -- as well as

14     Mr. Calton's testimony that neither of the individuals who did

15     provide statements was present when he had the discussion with

16     Mr. Reno about the dumpster.

17             Ms. Patrick states in her affidavit, and I believe

18     that the record corroborates this, that Mr. Reno was put on

19     suspension before she, or anyone making that decision,

20     understood his contention about the container tanks, and that

21     it was a coincidence that Gooding gave him this news on the

22     very day that they had their argument about the tanks.

23             That moves the analysis, therefore, to the subsequent

24     period.  And I think that this is where Mr. Reno and his

25     counsel properly turned their attention.  Their argument is

       that, in essence, the work that Brown did and that led Delphi

       to suspend Mr. Reno was not sufficient to lead to his

       termination and could not be viewed to be sufficient to lead to

       his termination, but, rather, that it was the subsequent

       development of Reno's sending his letter to Mr. Walle, and his

1   insistence on a different approach to the container tank

2   problem than Mr. Gooding wanted to take, that led to the

3
4   termination.

5
6         There is no direct evidence of this in the record.

7
8   The claimant relies, therefore, on two things.  First, he

9
10  contends that the "dumpster incident," as the parties have

11
    referred to it, is simply too insignificant to lead to his

12
13  termination.  (And I should note that he has spent his career

14  at Delphi).

15        Second, he contends that Mr. Brown's investigation,

16  by Mr. Brown's own admission, was not complete at the time that

17  Mr. Reno was terminated in March of 2004.  Why not wait, Mr.

18  Reno contends, until the investigation was complete -- for the

19  record to be done --before making that decision? And the answer

20  to that question, he says, is that it was simply a facade or a

21  pretense -- or a pretext -- for the decision.

22        I've carefully considered those two points and I'll

23  deal with them in order.  It seems to me that it is regrettable

24  that an individual would be fired over something as foolish and

25  petty as this dumpster incident.  However, Mr. Reno is a person

    charged with important duties that involve integrity,

    credibility and adherence to proper procedures.  And I

    understand why Delphi could legitimately conclude that not only

    the relationship with the contractor but also the way that it

    appears Mr. Reno reacted to the investigation in terms of

1    arguably not telling the truth and arguably inducing

2    subordinates to take positions on his behalf, arguably
3
4    improperly, all support important and legitimate concerns as to
5
6    his credibility, reliability and adherence Delphi's policies.
7
8            I have the impression, which I believe is
9
10   corroborated to some extent by some updating of the initial
11
     investigation by Mr. Brown, that Delphi was concerned that this
12
13   was not an isolated matter but that Mr. Reno had involved other

14   people, both employees and contractors, in doing favors for

15   him: for example, the statement by Mr. Ruble that he helped

16   with an aquarium business owned by Mr. Reno's wife, even though

17   Mr. Ruble testified that he did that work for Mr. Reno and his

18   wife after hours.

19           So, it does not appear to me that the dumpster

20   incident is, in fact, comparable to Captain Queeg's ice cream

21   incident in the Caine Mutiny but, rather, it had substance to

22   it, particularly given Mr. Reno's position of responsibility.

23           As far as the issue of what I should take away from

24   Mr. Brown's acknowledgement that his investigation was

25   incomplete, I have also considered that point, and I believe

     that in the absence of anything in the record to show how much

     more Mr. Brown felt he needed to make it complete, and in what

     sense he felt it was incomplete, I turn to the e-mail from him

     to Delphi on the day that Mr. Reno was suspended, in which

     Brown said that "it should be clear to everyone that Joe has

1   violated several rules" -- Joe meaning Mr. Reno.  Brown said

2   that in the same paragraph in which he acknowledged that he
3
4   would like to do more work on the investigation.  I don't
5
6   believe therefore that, based on this record, the fact that Mr.
7
8   Brown believed the investigation was incomplete is something
9
10  that, in and of itself, shows that Delphi was using his work as
11
    a pretext, given what had already been disclosed.
12
13          Mr. Reno contends that I should look askance on

14  Brown's investigation also because it was incompetent and

15  illegal.  And I've considered that argument as well.  As far as

16  the incompetency point, I'll note that Brown had been an

17  investigator for six years, and I do not see in his

18  investigation or in the subsequent testimony or record any

19  attempt to do anything other than a good job.  He does not

20  appear to me to have been negligent, or, alternatively,

21  motivated to reach a certain result.  And I do not believe that

22  the law requires him to conduct an investigation beyond what he

23  did.

24          The contention of illegality dovetails back to Mr.

25  Reno's claim that the investigation and the debtors' failure to

    provide a copy of it to Mr. Reno violated the Fair Credit

    Reporting Act.  There may be instances where the failure to

    comply with a law such as the Fair Credit Reporting Act may

    lead a court to draw an inference that something very serious

    was motivating a party to act contrary to law, an ulterior

1   purpose.  For example, here it is argued, at least between the

2   lines, why would the debtor violate the FCRA but for the fact

3
4   that it wanted to cover up that it was engaging in the whole

5
6   exercise as a facade to hide a retaliatory purpose?  I,

7
8   however, do not accept that argument here.  I will determine

9
10  shortly whether the FCRA was violated or not.  But I think, at

11
    a minimum, it is clear that it was not clearly violated.  That

12
13  is, someone in Ms. Patrick's position or Mr. Gooding's

14  position, or other people involved in this process, would not

15  have known with any degree of clarity that what they were doing

16  was in violation of the FCRA -- which undercuts the whole

17  inferential argument about an improper motivation.

18      Mr. Reno's contention that the FCRA applies here is a

19  plain meaning argument that has been criticized by a number of

20  courts, particularly in respect of the version of the statute

21  that would be applicable here, which is that in addition to

22  applying to the provision of reports with regard to a

23  consumer's creditworthiness, credit standing and credit

24  capacity, the statute provides that it applies to such reports

25  going to a consumer's character, general reputation, personal

    characteristics or mode of living with regard to employment

    purposes.

        I agree with Johnson v. Federal Express Corp., 147

    F.Supp. 2d. 1268 (M.D. Ala. 2001), Hartman v. Lyle Park Dist.,

    158 F.Supp. 2d 869 (N.D. Ill. 2001) and Rugg v. Hanac, Inc.,

1    2002 U.S. Dist. LEXIS 18101 (S.D.N.Y. 2001), as to their

2    skepticism that the FCRA applies to this type of investigatory

3
4    report dealing with a consumer's particular workplace conduct

5
6    (that is, in contrast to reports going to decisions to hire or

7
8    to fire based on general non-workplace conduct, such as set

9
10   forth in Comeaux v. Brown & Williamson Tobacco Co., 915 F.2d

11
     1264 (9th Cir. 1990) and Hodge v. Texaco, Inc., 975 F.2d 1093

12
13   (5th Cir. 1992)).

14            In addition, I believe that the record, as it is,

15   does not enable me to find that Mr. Brown's company, Securitas,

16   which is not described other than as simply being a large

17   investigatory company, would be a "credit reporting agency,"

18   which is necessary to fit his investigation within the FCRA's

19   definition of an "investigative consumer report" which, in

20   turn, triggers the applicability of the statute under 15 U.S.C.

21   § 1681a(f).  That term is defined as "any person which, for

22   monetary fees, dues or on a cooperative non-profit basis,

23   regularly engages in whole or in part in the practice of

24   assembling or evaluating consumer credit information or other

25   information on consumers for the purpose of furnishing consumer

     reports to third parties, and which uses any means or facility

     of interstate commerce for the purpose of preparing or

     furnishing consumer reports."  See again Rugg v. Hanac, Inc.,

     2002 U.S. Dist. LEXIS 18101 (S.D.N.Y. 2002).

              So, not only on the merits, but also, as importantly

1    -- since, as was pointed out in oral argument, even if Mr. Reno

2    were to prevail on the merits of the FCRA claim he would get a
3
4    very small amount of money -- in connection with evaluating
5
6    whether Delphi was engaging in a pretext when it said that it
7
8    relied upon Mr. Brown's investigation, I conclude that the FCRA
9
10   has no bearing.
11
             Therefore, in considering the circumstantial evidence
12
13   in the record before me, where Delphi has come forward with a

14   non-retaliatory or a non-discriminatory reason for firing Mr.

15   Reno that I find credible, I do not believe that Mr. Reno has

16   carried his burden of proof to show that this was not the only

17   reason for his termination, or that, to the contrary, it was

18   more likely that he was terminated in retaliation for having

19   taken his views on the container tank issue over Mr. Gooding's

20   head.  The proof offered by Mr. Reno is too slim and his

21   assertions of a bad motive too strongly contradicted by the

22   record.

23           I'll note further, although ultimately this is a

24   lesser reason for my holding, that Delphi in response to Mr.

25   Reno's letter, at least shortly after the letter was received,

     commissioned a third-party environmental consultant to look at

     the tanks.  That was done on March 6th, and that consultant's

     report appears in the record at Exhibit 19.  So there does

     appear to be a prompt response by Delphi, and certainly no

     attempt to keep Mr. Reno's complaint under wraps, but, to the

1   contrary, to open it up to a third party.  And I think the

2   report not only has to speak for itself, because there's been

3
4   no further testimony about its bona fides, but I think it does

5
6   speak for itself as a legitimate third party corroboration of

7
8   the bona fides of Delphi's actions.  Moreover, Delphi later

9
10  that summer, in May, apparently involved the local authorities

11
    in looking at the tanks, who also were satisfied.

12
13      So while I acknowledge that the sunshine aspect of

14  what Delphi did doesn't necessarily obviate Mr. Reno's claim,

15  because, after all, one could still infer, if the

16  circumstantial evidence was sufficient, that Delphi terminated

17  him because Delphi was mad that he raised the environmental

18  concerns in the first place, it does further support Delphi's

19  contention that as far as that aspect of his performance was

20  concerned, as opposed to his dealings with Mr. Calton and

21  subordinates, they considered Mr. Reno's advice and took it

22  seriously.

23      Based on those findings, the defamation claim, I

24  believe, will not lie under Ohio law.  To state a claim under

25  Ohio law for defamation, the plaintiff must show that there was

    a false statement defamatory to the plaintiff, published to a

    third party by a defendant who was, at least, negligent, that

    was damaging to the plaintiff's reputation.  A plaintiff must

    prove a defendant's negligence by clear and convincing

    evidence, but need only prove the other elements by a

1   preponderance of the evidence.  In a defamation action,

2   therefore, falsity is an essential element.  Furthermore, in

3
4   defending against a defamation action, it is sufficient for the

5
6   defendant to show that the imputation is substantially true, or

7
8   as it is often put, to justify the gist, the sting or the

9
10  substantial truth of the defamation.  See Parry v. Mohawk

11
    Motors of Mich., 236 F.3d 299, 312 (6th Cir. 2001) (citations

12
13  omitted).  Here, the alleged defamation was the statement that

14  Mr. Reno was being terminated because of the dumpster incident

15  and his conduct in connection with the investigation thereof.

16  And for the reasons I've stated, there was, under the Ohio law,

17  no basis for a defamation claim based on that statement.

18       The COBRA claim is, for me, somewhat more difficult

19  to decide, given the posture of this action.  The statute

20  provides, in 29 U.S.C. § 1163(2) that continuing coverage is

21  not required to be provided to an employee after termination

22  for "gross misconduct."  That term is not defined.  The courts

23  have grappled with the definition in various ways.  One, at

24  least, has said that "gross misconduct" constitutes a deviation

25  from the employer's business ethics policy for, among other

    reasons, failing to disclose a financial interest in a

    supplier, accepting favors and gifts from a vendor and claiming

    reimbursement from the company for non-official travel.  See

    Karby v. Standard Prods. Co., Civ. A. No. 3:90-2918-17, 1992 WL

    333931 (D.S.C. 1992).  A case out of Texas has defined the term

1   to mean a substantial deviation from the high standards and

2   obligations of a managerial employee that would indicate that

3

4   such an employee cannot be entrusted with his management duties

5

6   without danger to the employer.  See Avina v. Texas Pig Stands,

7

8   Inc., 1991 U.S. Dist. LEXIS 13957 (W.D. Tex. 1991).

9

10          As I said, I have not determined here, because I

11

12   cannot on this record, whether Mr. Brown was right or not.  I

13   have determined that there was enough of a basis in his

14   investigation for a proper termination of Mr. Reno.  But I do

15   not know from his investigation whether he had established

16   "gross misconduct."  And I don't believe the debtors have

17   established it here, either, as a matter of fact, for purposes

18   of this statute.  They have, again, established that they had a

19   valid basis for terminating Mr. Reno, based on the

20   investigation.  They did not have to conduct a trial.  But I

21   think that proving gross misconduct, as opposed to proving that

22   they had enough basis to terminate him, requires more in the

23   factual record.  And so I believe that they have not met what I

24   think is their burden here to show gross misconduct.

25   Therefore, I believe that Mr. Reno's COBRA claim is

established.

         Finally, as to the ERISA claim, I think it was made

clear at oral argument that this claim really devolves into a

damages issue.  I did not see any opposition on the merits as

to, for example, an alleged defense that it was proper to delay

1    distribution of Mr. Reno's pension money.  And so the issue as

2    to whether that distribution included an element of interest

3

4    and/or if it didn't, what the proper damages would be for Mr.

5

6    Reno's not having received it from the date -- which has also

7

8    not been established -- that the pension money should have been

9

10   distributed and the date it was, which has been established,

11

     should await further trial if the parties choose to do so,

12

13   although my hope is, given the amount claimed, that there can

14   be a resolution of that matter.

15          All right.  As I said, I'm going to go over the

16   transcript, because obviously this has gone on, probably far

17   too long for all of you, and I want to make sure it's accurate

18   and properly reflects my thinking on the issues.  But again,

19   the conclusions won't change.  So, Mr. Hogan, you should submit

20   an order, consistent with my ruling, which disallows all of the

21   claims except for the COBRA and ERISA claims, reserves the

22   ERISA issue for further trial on damages calculation and allows

23   the COBRA claim.

24

25

# EXHIBIT L

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)


         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
         In re                          :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05–44481 (RDD)
                                        :
                     Debtors.           :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 503
(KARL KUEFNER KG)

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Karl Kuefner KG ("Kuefner") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 503 (Karl Kuefner KG) (the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

WHEREAS on October 14, 2005, Kuefner submitted a demand to the Debtors asserting a reclamation claim in the amount of €86,827.50 (the "Reclamation Demand").

WHEREAS on November 14, 2005, the Debtors and Kuefner entered into a letter agreement (the "Reclamation Letter Agreement") with respect to the Reclamation Demand, whereby the Debtors and Kuefner acknowledge and agree that the valid amount of the Reclamation Demand is $16,927.66 (the "Reclamation Claim"), subject to the Debtors' right to seek, at any time and notwithstanding Kuefner's agreement to the amount set forth in the Reclamation Letter Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses") to the Reclamation Claim are valid.

WHEREAS Kuefner filed proof of claim number 503 against Delphi on November 22, 2005, which asserts an unsecured non-priority claim in the amount of €562,326.00 (the "Claim") stemming from goods sold to Delphi Automotive Systems LLC ("DAS LLC").

2

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection"), which was filed on October 31, 2006.

WHEREAS on March 14, 2007, to resolve the Third Omnibus Claims Objection with respect to the Claim, DAS LLC and Kuefner entered into a settlement agreement (the "Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against Delphi in the amount of $611,381.50.

WHEREAS Delphi is authorized to enter into the Settlement Agreement pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

THEREFORE, the Debtors and Kuefner stipulate and agree as follows:

1.     The Claim shall be allowed in the amount of $611,381.50 and shall be treated as an allowed general unsecured non-priority claim.

2.     Kuefner reserves the right, pursuant to section 503(b) of the Bankruptcy Code, to seek administrative priority status for $16,927.66 of the Claim on the grounds that Kuefner has a valid reclamation claim in the amount of $16,927.66.

3.     The Debtors reserve the right to seek, at any time and notwithstanding

3

Kuefner's agreement to the amount set forth in the Reclamation Letter Agreement, a judicial

determination that the Reserved Defenses are valid.


So Ordered in New York, New York, this 30th day of March, 2007


____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                          /s/ Stanley H. McGuffin
John Wm. Butler, Jr.                                      Stanley H. McGuffin
John K. Lyons                                               HAYNSWORTH SINKLER BOYD, P.A.
Ron E. Meisler                                              P.0. Box 11889 (29211-1889)
SKADDEN, ARPS, SLATE, MEAGHER        1201 Main Street, 22d Floor (29201-3226)
   & FLOM LLP                                               Columbia, S.C. 29201
333 West Wacker Drive, Suite 2100             (803) 779-3080
Chicago, Illinois  60606-1285
(312) 407-0700                                             Attorneys for Karl Kuefner, KG

                         - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

# EXHIBIT M

Delphi Corporation
Special Parties

| COMPANY | ADDRESS1 | CITY | STATE | ZIP |
|---------|----------|------|-------|-----|
| Reeves G P Inc | 12764 Greenly St | Holland | MI | 49424 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/2/2007 11:51 AM
Reeves GP Special Party

# EXHIBIT N

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Commonwealth of Massachusetts Department of Revenue | Anne Chan | Bankruptcy Unit MDOR | PO Box 9564 | Boston | MA | 02114-9564 |
| Massachusetts Department of Revenue Litigation Bureau | David T Mazzuchelli | Counsel to the Commissioner | 100 Cambridge St PO Box 9565 | Boston | MA | 2214 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/2/2007 11:47 AM
Common of Mass Special Parties

# EXHIBIT O

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Bank of Lincolnwood | c o Todd & Levi LLP | Jill Levi David Rosenberg | 444 Madison Ave Ste 1202 | New York | NY | 10022 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/2/2007 11:49 AM
Lincolnwood Special Party

# EXHIBIT P

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP |
|---------|---------|----------|------|-------|-----|
| Moraine Maintenance Co Inc | Wilma S Jackson | 2611 Nordic Rd | Dayton | OH | 45414 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/2/2007 11:50 AM
Moraine Special Party

# EXHIBIT Q

Delphi Corporation

Special Parties

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP |
|---------|---------|----------|------|-------|-----|
| McDermott Will & Emery LLP | c o Jason J DeJonker Esq | 227 W Monroe St | Chicago | IL | 60606-5096 |
| McDermott Will & Emery LLP | Abby Beal | 340 Madison Ave | New York | NY | 10173-1922 |

# EXHIBIT R

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| DLA Piper US LLP | Maria Ellena Chavez-Ruark | The Marbury Bldg | 6225 Smith Ave | Baltimore | MD | 21209 |
| DLA Piper US LLP | Timothy W Walsh | 1251 Ave of the Americas | | New York | NY | 10020-1104 |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | New York | NY | 10019 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/2/2007 11:48 AM
Constellation Special Parties

# EXHIBIT S

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| DBM Technologies LLC | DBM Technologies LLC | 220 W Congress 5th Fl | | Detroit | MI | 48226 |
| DBM Technologies LLC | Judy B Calton | Honigman Miller Schwartz & Cohn LLP | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 |
| Honignman Miller Schwartz & Cohn LLP | Judy B Calton | | 2290 First National Bldg | Detroit | MI | 48226 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/2/2007 11:48 AM
DBM Techno Special Parties

# EXHIBIT T

Delphi Corporation
Special Party

| Claimant | Contact | Address1 | Address2 | City | State | Zip |
|----------|---------|----------|----------|------|-------|-----|
| Joseph Reno | Brad A. Chalker | Law Offices of Brad A. Chalker | P.O. Box 750726 | Dayton | OH | 45475 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/2/2007 11:52 AM
Reno Special Party

# EXHIBIT U

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| Karl Kufner KG | Attn Markus Kufner | Rossentalstr 87 89 | Albstadt | | D72461 | Germany |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Ave | New York | NY | 10022 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/2/2007, 11:49 AM
Karl Kufner Special Parties