UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
                                                :   Case No. 05-44481 (RDD)
                                                :
            In re Delphi Corporation,           :   (Jointly Administered)
                                                :
                                                :
                        Debtors.
------------------------------------------------------x

### NOTICE OF PARTIAL TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO: FUJITSU TEN CORP. OF AMERICA**
("ASSIGNOR")
47800 Halyard Drive
Plymouth, Michigan 48170

   As of March 24, 2006, a portion of Assignor's Claim against Debtors has been transferred as follows:

   Scheduled Claim Amount:    $5,225,136.71
   Transferred Amount:        **$5,111,996.27**

   to the following Assignee:

   **JPMorgan Chase Bank, N.A.**
   270 Park Avenue, 17th Floor
   New York, NY 10017
   Attention:    Neelima Velovolu
   Telephone:    (212) 270-2150
   Fascimile:    (646) 792-3855

   The Evidence of Transfer of Claim is attached as Exhibit A and the Assignee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

NY-518221 v1

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

    JPMorgan Chase Bank, N.A.
    270 Park Avenue, 17th Floor
    New York, NY 10017
    Attention:    Neelima Velovolu
    Telephone:    (212) 270-2150
    Fascimile:    (646) 792-3855

WITH A COPY TO :

    Kirkpatrick & Lockhart Preston Gates Ellis LLP
    599 Lexington Avenue
    New York, NY 10022
    Attention:    Steven H. Epstein
    Telephone:    (212) 536-4830
    Fascimile:    (212) 536-4001
    E-mail :    sepstein@klgates.com

If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

Dated: April 4, 2007

                              JPMORGAN CHASE BANK, N.A.

                              By: _____
                                    Name:    Andrew Opel
                                    Title:    Authorized Signatory