KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Robert N. Michaelson, Esq. (RM-5925)
599 Lexington Avenue
New York, NY  10022-6030
(212) 536-3900
(212) 536-3901 (fax)
Email: robert.michaelson@klgates.com
        and
David A. Murdoch, Esq. (PA I.D. No. 00239)
Jamie Bishop, Esq. (PA I.D. No. 89466)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)
Email: david.murdoch@klgates.com
Email: jamie.bishop@klgates.com
Counsel for *Various Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :          Case No. 05-44481 (RDD)
                                                    :
                        Debtors.                    :          (Jointly Administered)
                                                    :
----------------------------------------------------------x

## NOTICE OF CHANGE OF LAW FIRM NAME

TO ALL PARTIES IN INTEREST:

   Please take notice that effective January 1, 2007, the name of the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, counsel for various creditors in the above-referenced proceeding, changed to KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP.  The firm's address and telephone and fax numbers will remain the same; however, the e-mail addresses have changed as indicated below.

PI-1700870 v4

| | |
|---|---|
| Dated: April 4, 2007<br>New York, NY | /s/ Robert N. Michaelson<br>KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br>Robert N. Michaelson, Esq. (RM-5925)<br>599 Lexington Avenue<br>New York, NY 10022-6030<br>(212) 536-3900<br>(212) 536-3901 (fax)<br>robert.michaelson@klgates.com<br>and<br>David A. Murdoch, Esq. (PA I.D. No. 00239)<br>Jamie Bishop, Esq. (PA I.D. No. 89466)<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>(412) 355-6500<br>(412) 355-6501 (fax)<br>david.murdoch@klgates.com<br>jamie.bishop@klgates.com<br><br>Attorneys for Various Creditors |