LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　　Leslie Salcedo, being duly sworn, deposes and says:

　　　　1.　　I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

　　　　2.　　On March 30, 2007, I caused true and correct copies of the (i) Fourth Fee and Expense Application of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors; (ii) Fourth Interim Fee Application of Mesirow Financial Consulting, LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 1, 2006 through January

NY\1263790.1

31, 2007; (iii) Fourth Fee and Expense Application of Steven Hall & Partners, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors; and (iv) Second Application of Buck Consultants, LLC for Allowance of Compensation for Services Rendered as Pension and Benefits Actuary to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

    2.    On March 30, 2007, I caused true and correct copies of the (i) Notice of Fourth Fee and Expense Application of Latham & Watkins LLP, as Counsel to the Official Committee of Unsecured Creditors; (ii) Notice of Fourth Interim Fee Application of Mesirow Financial Consulting, LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from October 1, 2006 through January 31, 2007; (iii) Notice of Fourth Fee and Expense Application of Steven Hall & Partners, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors; and (iv) Notice of Second Application of Buck Consultants, LLC for Allowance of Compensation for Services Rendered as Pension Benefits Actuary to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

    /s/ Leslie Salcedo
    Leslie Salcedo

Sworn to before me this
4th day of April, 2007

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1263790.1

**Exhibit A**

**Via Overnight Mail**

| | |
|---|---|
| Kenneth S. Ziman<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York  10017 | John Wm Butler, Jr. Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 |
| Donald S. Bernstein, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, New York  10017 | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York  10004 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: David M. Sherbin, Esq.<br>         General Counsel | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004<br>Attn: Brad Eric Scheler |

NY\1263790.1

**Exhibit B**

**Via Overnight Mail**

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

Stephen H Gross
Hodgson Russ LLP
152 West 57th St
35th Fl
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

| | |
|---|---|
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Thomas F Maher<br>Richard Duker<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>400 Madison Avenue, 40th Floor<br>New York, NY 10017 |
| Maritza Ramos<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 | Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. DeJonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL   60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |

| | |
|---|---|
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>1270 Avenue Of The Americas<br>Ste 2500<br>New York, NY 10020-1801 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |

| | |
|---|---|
| Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>      Bonnie Steingart<br>      Vivek Melwani<br>      Jennifer L. Rodburg<br>      Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |

NY\1263790.1

**Via First Class Mail**

John V. Gorman  
Professional Technologies Services  
P.O. Box #304  
Frankenmuth, MI 48734  

Jason, Inc.  
411 E. Wisconsin Avenue  
Suite 2120  
Milwaukee, WI 53202  
Attn: Beth Klimczak  
General Counsel  

Miami-Dade County Tax Collector  
Metro-Dade Paralegal Unit  
140 West Flagler Street  
Suite 1403  
Miami, FL 33130  

Dykema Gossett PLLC  
Gregory J. Jordan  
10 Wacker  
Suite 2300  
Chicago, IL 60606  

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
aee@hurwitzfine.com
aenglund@orrick.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amcmullen@bccb.com
amiller@intermet.com
amina.maddox@dol.lps.state.nj.us
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
arosenberg@paulweiss.com
jbrass@paulweiss.com
asherman@sillscummis.com
aswiech@akebono-usa.com
athau@cm-p.com
austin.bankruptcy@publicans.com
ayala.hassell@eds.com
bankruptcy@goodwin.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bharwood@sheehan.com
bkessinger@akebono-usa.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com

cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
timothy.mehok@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
agelman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
dbaty@honigman.com
DBR@tbfesq.com
dconnolly@alston.com
dwender@alston.com

dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddeutsch@chadbourne.com
ddragich@foley.com
ddraper@terra-law.com
derrien@coollaw.com
dfreedman@ermanteicher.com
dgheiman@jonesday.com
diconzam@gtlaw.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
driggio@candklaw.com
drosenzweig@fulbright.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egeekie@schiffhardin.com
eglas@mccarter.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com
elazarou@reedsmith.com
elizabeth.flaagan@hro.com
Elliott@cmplaw.com
emarcks@ssd.com
emccolm@paulweiss.com
emeyers@mrrlaw.net
ephillips@thurman-phillips.com
ewaters@sheppardmullin.com

| | | |
|---|---|---|
| fatell@blankrome.com | jhinshaw@boselaw.com | lgretchko@howardandhoward.com |
| ferrell@taftlaw.com | jhlemkin@duanemorris.com | lisa.moore2@nationalcity.com |
| ffm@bostonbusinesslaw.com | jkp@qad.com | lloyd.sarakin@am.sony.com |
| fholden@orrick.com | jkreher@hodgsonruss.com | lmagarik@kjmlabor.com |
| fstevens@foxrothschild.com | jlanden@madisoncap.com | lnewman@fagelhaber.com |
| ftrikkers@rikkerslaw.com | jlapinsky@republicengineered.com | lpeterson@msek.com |
| fusco@millercanfield.com | jlevi@toddlevi.com | lpinto@wcsr.com |
| fyates@sonnenschein.com | jmanheimer@pierceatwood.com | lsarko@kellerrohrback.com |
| gdiconza@dlawpc.com | jmbaumann@steeltechnologies.com | claufenberg@kellerrohrback.com |
| george.cauthen@nelsonmullins.com | jminias@stroock.com | eriley@kellerrohrback.com |
| gerdekomarek@bellsouth.net | jml@ml-legal.com | lschwab@bbslaw.com |
| gettelman@e-hlaw.com | lmc@ml-legal.com | lwalzer@angelogordon.com |
| ggotto@kellerrohrback.com | jmsullivan@mwe.com | madison.cashman@stites.com |
| ggreen@fagelhaber.com | jmurch@foley.com | maofiling@cgsh.com |
| gjarvis@ggelaw.com | joel_gross@aporter.com | maofiling@cgsh.com |
| gkurtz@ny.whitecase.com | john.brannon@tklaw.com | marc.hirschfield@ropesgray.com |
| guzzi@whitecase.com | john.gregg@btlaw.com | margot.erlich@pillsburylaw.com |
| dbaumstein@ny.whitecase.com | john.persiani@dinslaw.com | mark.houle@pillsburylaw.com |
| gogimalik@andrewskurth.com | john.sieger@kattenlaw.com | mark.owens@btlaw.com |
| gpeters@weltman.com | jonathan.greenberg@engelhard.com | marvin.clements@state.tn.us |
| greenj@millercanfield.com | jposta@sternslaw.com | massimiliano_cini@brembo.it |
| greg.bibbes@infineon.com | jspecf@sternslaw.com | mbane@kelleydrye.com |
| gregory.kaden@ropesgray.com | jrhunter@hunterschank.com | mblacker@andrewskurth.com |
| grichards@kirkland.com | jrobertson@mcdonaldhopkins.com | mbusenkell@eckertseamans.com |
| growsb@wnj.com | JRS@Parmenterlaw.com | mcheney@orrick.com |
| gsantella@masudafunai.com | jsalmas@mccarthy.ca | mcruse@wnj.com |
| gschwed@loeb.com | lsalzman@mccarthy.ca | mdallago@morrisoncohen.com |
| gtoering@wnj.com | jshickich@riddellwilliams.com | mdebbeler@graydon.com |
| hannah@blbglaw.com | jsimon@foley.com | metkin@lowenstein.com |
| hborin@schaferandweiner.com | jsmairo@pbnlaw.com | mfarquhar@winstead.com |
| heather@inplaytechnologies.com | jtaylor@binghammchale.com | mgreger@allenmatkins.com |
| herb.reiner@guarantygroup.com | malerding@binghammchale.com | mhall@burr.com |
| heyens@gtlaw.com | wmosby@binghammchale.com | mhamilton@amph.com |
| Hirsh.Robert@arentfox.com | judith.elkin@haynesboone.com | miag@michigan.gov |
| hkolko@msek.com | jvitale@cwsny.com | miag@michigan.gov |
| hleinwand@aol.com | bceccotti@cwsny.com | michael.cook@srz.com |
| holly@regencap.com | jwilson@tylercooper.com | michael.mccrory@btlaw.com |
| housnerp@michigan.gov | jwisler@cblh.com | michaelz@orbotech.com |
| houston_bankruptcy@publicans.com | jzackin@sillscummis.com | miller@taftlaw.com |
| hwangr@michigan.gov | karen.dine@pillsburylaw.com | mkilgore@UP.com |
| hzamboni@underbergkessler.com | kcookson@keglerbrown.com | mkohayer@aol.com |
| ian@gazesllc.com | kcunningham@pierceatwood.com | mlee@contrariancapital.com |
| ilevee@lowenstein.com | ken.higman@hp.com | jstanton@contrariancapital.com |
| ira.herman@tklaw.com | khansen@stroock.com | wraine@contrariancapital.com |
| jaffeh@pepperlaw.com | khopkins@milesstockbridge.com | solax@contrariancapital.com |
| james.bentley@srz.com | kim.robinson@bfkpn.com | mmassad@hunton.com |
| jangelovich@nixlawfirm.com | klaw@bbslaw.com | mmeyers@gsmdlaw.com |
| japplebaum@clarkhill.com | kmayhew@pepehazard.com | mmharner@jonesday.com |
| jay.hurst@oag.state.tx.us | kmiller@skfdelaware.com | mmoody@okmlaw.com |
| jay.selanders@kutakrock.com | Knathan@nathanneuman.com | mnewman@schaferandweiner.com |
| jbernstein@mdmc-law.com | knorthup@kutchinrufo.com | mparker@fulbright.com |
| jcrotty@rieckcrotty.com | knye@quarles.com | mrichards@blankrome.com |
| Jeff.Ott@molex.com | krk4@daimlerchrysler.com | mrichman@foley.com |
| jeffery.gillispie@infineon.com | krosen@lowenstein.com | mrr@previant.com |
| jeisenhofer@gelaw.com | kwalsh@lordbissell.com | mscott@riemerlaw.com |
| jengland@linear.com | lawallf@pepperlaw.com | mseidl@pszyjw.com |
| jforstot@tpw.com | lawtoll@comcast.net | mshaiken@stinsonmoheck.com |
| jgtougas@mayerbrownrowe.com | lberkoff@moritthock.com | msmcelwee@varnumlaw.com |
| jguy@orrick.com | lcurcio@tpw.com | msomerstein@kelleydrye.com |
| jh@previant.com | lekvall@wgllp.com | msternstein@sheppardmullin.com |
| mgr@previant.com | lenard.parkins@haynesboone.com | mtf@afrct.com |
| jharris@quarles.com | kenric.kattner@haynesboone.com | murph@berrymoorman.com |

| | | |
|---|---|---|
| mviscount@foxrothschild.com | rusadi@cahill.com | wachstein@coollaw.com |
| mwarner@warnerstevens.com | rweisberg@carsonfischer.com | wallace@blbglaw.com |
| mwinthrop@winthropcouchot.com | rwyron@orrick.com | wbeard@stites.com |
| myarnoff@sbclasslaw.com | sabelman@cagewilliams.com | wendy.brewer@btlaw.com |
| mzelmanovitz@morganlewis.com | sagolden@hhlaw.com | whanlon@seyfarth.com |
| nhp4@cornell.edu | sandy@nlsg.com | whawkins@loeb.com |
| niizeki.tetsuhiro@furukawa.co.jp | sarah.morrison@doj.ca.gov | william.barrett@bfkpn.com |
| office@gazesllc.com | sarbt@millerjohnson.com | wkohn@schiffhardin.com |
| oiglesias@wlross.com | wolfordr@millerjohnson.com | wmsimkulak@duanemorris.com |
| pabutler@ssd.com | scargill@lowenstein.com | wsavino@damonmorey.com |
| patrick.bartels@quadranglegroup.com | schnabel@klettrooney.com | wweintraub@pszyjw.com |
| pbaisier@seyfarth.com | dbrown@klettrooney.com | |
| pbarr@jaffelaw.com | schristianson@buchalter.com | |
| pbilowz@goulstonstorrs.com | sdabney@kslaw.com | |
| pbosswick@ssbb.com | bdimos@kslaw.com | |
| pcostello@bbslaw.com | sdeeby@clarkhill.com | |
| pgurfein@akingump.com | sdonato@bsk.com | |
| pjanovsky@zeklaw.com | sean@blbglaw.com | |
| pjricotta@mintz.com | sfreeman@lrlaw.com | |
| pmears@btlaw.com | sgoldber@quarles.com | |
| Pretekin@coollaw.com | sgross@hodgsonruss.com | |
| prubin@herrick.com | shandler@sbclasslaw.com | |
| raterinkd@michigan.gov | shapiro@steinbergshapiro.com | |
| rbeacher@daypitney.com | sharon.petrosino@hp.com | |
| cchiu@daypitney.com | sholmes@hunton.com | |
| rcharles@lrlaw.com | sjennik@kjmlabor.com | |
| rcovino@lordbissell.com | sjfriedman@jonesday.com | |
| rdaversa@mayerbrown.com | sjohnston@cov.com | |
| rdremluk@seyfarth.com | skhoos@mintz.com | |
| resterkin@morganlewis.com | skrause@zeklaw.com | |
| RGMason@wlrk.com | smcook@lambertleser.com | |
| rgoldi@sotablaw.com | snirmul@gelaw.com | |
| rgordon@clarkhill.com | sokeefe@winthropcouchot.com | |
| rgriffin@iuoe.org | sopincar@mcdonaldhopkins.com | |
| rheilman@schaferandweiner.com | sosimmerman@kwgd.com | |
| rhett.campbell@tklaw.com | sriley@mcdonaldhopkins.com | |
| richard.epling@pillsburylaw.com | srosen@cb-shea.com | |
| richard.kremen@dlapiper.com | sselbst@mwe.com | |
| rjclark@hancocklaw.com | sshimshak@paulweiss.com | |
| rjones@bccb.com | steven.keyes@aam.com | |
| rjsidman@vssp.com | susanwhatley@nixlawfirm.com | |
| rkidd@srcm-law.com | swalsh@chglaw.com | |
| rmcdowell@bodmanllp.com | tajamie@ajamie.com | |
| rmeth@daypitney.com | tbrink@lordbissell.com | |
| rnorton@reedsmith.com | tch@previant.com | |
| rnsteinwurtzel@swidlaw.com | tcohen@sheppardmullin.com | |
| robert.goodrich@stites.com | tdonovan@finkgold.com | |
| robert.morris@timken.com | tgaa@bbslaw.com | |
| robert.welhoelter@wallerlaw.com | tkennedy@kjmlabor.com | |
| robin.spear@pillsburylaw.com | tlauria@whitecase.com | |
| rparks@mijb.com | featon@miami.whitecase.com | |
| rpeterson@jenner.com | tmaxson@cohenlaw.com | |
| rrichards@sonnenschein.com | tmcfadden@lordbissell.com | |
| rrosenbaum@mrrlaw.net | tom@beemanlawoffice.com | |
| rsmolev@kayescholer.com | tomschank@hunterschank.com | |
| rsz@curtinheefner.com | trenda@milesstockbridge.com | |
| rthibeaux@shergarner.com | tsable@honigman.com | |
| rthibeaux@shergarner.com | tscobb@vssp.com | |
| rtrack@msn.com | tslome@rsmllp.com | |
| rurbanik@munsch.com | twardle@sheppardmullin.com | |
| jwielebinski@munsch.com | vdagostino@lowenstein.com | |
| drukavina@munsch.com | vmastromar@aol.com | |

NY\1263790.1