W. Timothy Miller (admitted *pro hac vice*)
Paige Leigh Ellerman (admitted *pro hac vice*)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Phone:  513-381-2838  Fax: 513-381-0205
E-mail: miller@taftlaw.com /ellerman@taftlaw.com

*Counsel for Gobar Systems, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____ x
                                     :
In re:                               :
                                     :    Chapter 11
DELPHI CORPORATION, *et al*.         :
                                     :    Case No. 05-44481(RDD)
Debtors.                             :
                                     :    (Jointly Administered)
_____ :

**NOTICE OF WITHDRAWAL OF MOTION OF GOBAR SYSTEMS, INC. TO
ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE PRIORITY
EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 365(d)(3), 503(b)(1) AND 507(a)(2)**

Gobar Systems, Inc. ("Gobar"), a creditor of Delphi Corporation or its affiliates (the

"Debtors"), hereby withdraws its Motion to Compel Payment of Administrative Priority Expense

Claim (Docket No. 7558).

Dated: April 5, 2007

                                        Respectfully submitted,


                                        */s/ Paige Leigh Ellerman*
                                        W. Timothy Miller (admitted *pro hac vice*)
                                        Paige Leigh Ellerman (admitted *pro hac vice*)
                                        Taft, Stettinius & Hollister LLP
                                        425 Walnut Street, Suite 1800
                                        Cincinnati, OH  45202
                                        Telephone: (513) 381-2838

                                        *Counsel for Gobar Systems, Inc.*

{W0946013.1}

# AFFIDAVIT OF SERVICE

State of Ohio           )
                        )
County of Hamilton      )

Paige Leigh Ellerman, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Taft, Stettinius & Hollister LLP, having offices at 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202.

2. On April 5, 2007, I caused a true and correct copy of the foregoing, Notice of Withdrawal of Motion of Gobar Systems, Inc. to Allow and Compel Payment of Administrative Priority Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1) and 507(a)(2) and Memorandum in Support, to be served electronically upon all parties served through the U.S. Bankruptcy Court for the Southern District of New York's Official Court Electronic Document Filing System and upon those persons identified on the service list attached hereto by first class mail, postage prepaid.

Sworn to before me this
5th day of April, 2007

/s/ Paige Leigh Ellerman
Paige Leigh Ellerman

/s/ Patricia Ann McCormack
Notary Public, State of Ohio

My commission expires: July 22, 2008

[SEAL]

{W0946013.1}                    2