**Pamela M. Geller**
**1715 Carrington Way**
**Bloomfield, MI 48302**

March 29, 2007

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green
Room 534
New York, New York  10004-1408

        Re:  Delphi Corporation 05-44481
        Proof of Claim
        Change of Address

To Whom It May Concern:

    With respect to the enclosed timely filed Proof of Claim, please update the address for notice as follows:

        **Pamela M. Geller**
        **1715 Carrington Way**
        **Bloomfield, Michigan  48302**

    Please date stamp the enclosed copy of this letter and return in the enclosed stamped, self-addressed envelope.

                Sincerely yours,

                Pamela M. Geller



RECEIVED
APR - 2 2007
CLAIMS PROCESSING CENTER
USBC, SDNY

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Pamela Geller**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Pamela Geller
c/o Eric R. Wapnick, Esq.
Suite 200, 100 Bloomfield Hills Parkway
Bloomfield Hills, Michigan 48304
Telephone number: 248-258-7855

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Received AUG 0 5 2006 Kurtzman Carson**

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends if this claim a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other Indemnification against liability/damages/expenses and advancement of legal expenses under bylaws. Wrongful refusal to advance defense fees and wrongful termination of indemnification.

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Last four digits of your SS#: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)     (date)

2. **Date debt was incurred:** Ongoing from 9/15/05

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ Contingent and unliquidated; legal costs totaled $27,065.07 billed amounts as of 7/14/06
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:** $ Contingent/unliquidated    $_____    $_____    $Contingent/unliquidated
                                                 (unsecured)           (secured)    (priority)    (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED JUL 2 8 2006 CLAIMS PROCESSING CENTER USBC, SDNY**

Date: 7/26/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Pamela Geller

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# ADDENDUM TO PROOF OF CLAIM
## 05-44481
### Debtor: Delphi Corporation
### Creditor: Pamela Geller

1. The basis for this claim is the obligations of Delphi Corporation to the Creditor claimant pursuant to Article 5, including, but not limited to, Sections 5.1 and 5.5, of the Amended and Restated Bylaws of Delphi Corporation which Creditor does not have and are in the possession of Delphi Corporation, the General Corporate Law of the State of Delaware, and Paragraph 10 of the Special Separation & Release entered into between the Creditor claimant and Delphi Corporation which is subject to a confidentiality provision and is in the possession of Delphi Corporation.

2. The Creditor claimant has incurred legal fees and costs for which Delphi Corporation is obligated as described in the preceding paragraph in the amount of $12,279.87 as of the date of filing of the bankruptcy petition in this Court, $14,785.20 after the date of filing of said bankruptcy petition, and expects to incur ongoing and future legal fees and costs which have not yet been either billed or incurred. The Creditor claimant may also incur additional legal fees and costs and other liabilities related to matters arising from her employment by Delphi Corporation and reserves the right to amend her Proof of Claim to reflect any such developments.

3. This Proof of Claim is being filed without prejudice to Creditor claimant's ability to assert an administrative priority claim for the reimbursement of legal fees and costs for which Delphi Corporation is obligated to pay Creditor claimant on a post-petition basis. Creditor claimant reserves the rights to (a) amend, update, or supplement this Proof of Claim at any time and in any respect; (b) file additional proofs of claim; and (c) file a request for payment of administrative expenses in accordance with 11 U.S.C. § 503. Creditor claimant does not waive any claims against Delphi Corporation that may arise post-confirmation.

4. These claims are not subject to any rights of setoff, recoupment or counterclaim, except to the extent that Delphi Corporation or any other party takes any action that would give rise to such rights or other rights or claims that Creditor claimant may have against Delphi Corporation. In such instances, Creditor claimant reserves all of her rights to setoff, recoupment or counterclaim.

5. By filing this Proof of Claim, Creditor claimant does not submit to the jurisdiction of this Court for any purpose other than with respect to this claim, and Creditor claimant does not waive, and specifically preserves all of her procedural and substantive defenses to, any claim that may be asserted against Creditor claimant by Delphi Corporation or its affiliates or by any trustee of their estates.