TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)

HEARING DATE: 4/13/2007  
AT 10:00 AM

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------ x  
                               :  
   In re                       :   Chapter 11  
                               :  
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)  
                               :  
              Debtors.         :   (Jointly Administered)  
                               :  
------------------------------ x  

### NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING PROOF OF CLAIM NUMBER 12935 (TEXTRON FINANCIAL CORPORATION)

PLEASE TAKE NOTICE that on December 8, 2006, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 12935 (the "Proof of Claim" or the "Claim") filed by Textron Financial Corporation (the "Claimant") pursuant to the Debtors' (I) Fifth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims With Insufficient Documentation and (B) Claims Not Reflected on Debtors' Books and Records (Docket No. 6100).

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Objection with respect to the Proof of Claim and have executed a Joint

Stipulation and Agreed Order Disallowing and Expunging Proof of Claim Number 12935 (Textron Financial Corporation) (the "Joint Stipulation").

        PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for April 13, 2007 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
April 6, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000