**Hearing Date: June 26, 2007 at 10 a.m.**
**Objection Deadline: June 19, 2007 at 4 p.m.**

IVINS, PHILLIPS, & BARKER CHARTERED
1700 Pennsylvania Ave., NW, Suite 600
Washington, D.C.  20006
Tel: 202-393-7600
Fax: 202-393-7601
William L. Sollee, Jr.
Special Pension Benefits Tax Counsel for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FIRST INTERIM APPLICATION OF IVINS, PHILLIPS, & BARKER CHARTERED,
AS SPECIAL PENSION BENEFITS TAX COUNSEL TO THE DEBTORS AND
DEBTORS-IN-POSSESSION, SEEKING ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES INCURRED FOR THE
<u>FOURTH INTERIM PERIOD FROM OCTOBER 1, 2006 THROUGH JANUARY 31, 2007</u>

PLEASE TAKE NOTICE that on March 30, 2007, Ivins, Phillips, and Barker Chartered

("IPB") filed its First Interim Application of Ivins, Phillips & Barker Chartered, as Special Pension

Benefits Tax Counsel to the Debtors and Debtors-in-Possession, Seeking Allowance of

Compensation for Professional Services Rendered and for Reimbursement of Actual and

Necessary Expenses Incurred from October 1, 2006 through January 31, 2007 (the "Interim Fee

Application").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of IPB's Interim Fee Application will be held on **June 26, 2007** at **10 A.M.** (Prevailing Eastern Standard Time) before the Honorable Robert D. Drain, Unites States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that responses to IPB's Interim Fee Application, if any, must (a) be in writing, (b) conform to all applicable Rules and Orders, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Documents Format (PDF), Word Perfect, or any other Windows-based word processing format, (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, Unites States Bankruptcy Court Judge, and (e) be served upon (i) Ivins, Phillips & Barker Chartered, 1700 Pennsylvania Ave., Suite 600, Washington D.C. 20006 (Attn: William L. Sollee, Jr.), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: David M. Sherbin, Vice-President and General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, llinois 60606 (Attn: John Wm. Butler, Jr.), (iv) counsel for the agent under Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn: Kenneth S. Ziman and Marissa Wesley), (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican), (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, One New York Plaza, New York, New York 10005 (Attn: Robert J. Rosenberg and Mark A. Broude), (viii) the following members of the Joint Fee Review Committee: Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: John D.

Sheehan, Vice-President & Chief Restructuring Officer) and GE Plastics, Americas, 9930 Kincey

Avenue, Huntersville, NC 28078 (Attn: Valeria Venable, Credit Manager), (ix) counsel for the

Committee of the Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson, LLP, One

New York Plaza, New York, New York, 10004 (Attn: Bonnie Steingart), and (x) the Office of the

United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New

York, New York 10004 (Attn: Alicia M. Leonhard), in each case so as to be **received** no later than

**4 P.M.** (Prevailing Eastern Standard Time) on June 19, 2007.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein

and in accordance with the Case Management Order will be considered by the Bankruptcy Court at

the hearing.  If no objections to IPB's Interim Fee Application are timely filed and served

according to the procedures set forth herein and in the Case Management Order, the Bankruptcy

Court may enter an order granting the Interim Fee Application without further notice.


Dated: Washington, D.C.
       March 30, 2007


                          Respectfully Submitted,

                          _____
                          William L. Sollee, Jr.
                          Ivins, Phillips & Barker Chartered
                          1700 Pennsylvania Ave., NW, Suite 600
                          Washington D.C., 20006
                          Tel: 202-393-7600
                          Fax: 202-393-7601

                          SPECIAL PENSION BENEFITS TAX COUNSEL
                          FOR THE DEBTORS AND DEBTORS- IN-
                          POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, a true and correct copy of the foregoing Notice of Interim Fee Application of Ivins, Phillips & Barker Chartered was served via overnight delivery service on:

David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

**Delphi Corporation**

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

**Counsel for Debtors**

Alicia M. Leonhard
The Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, Ste. 2100
New York, NY 10004

**United States Trustee**

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

**Counsel for the Committee of Equity
Security Holders**

Kenneth S. Ziman and Marissa Wesley
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, New York 10017

**Counsel for the Agent Under the Debtors'
Prepetition Credit Facility**

John D. Sheehan
Vice President & Chief
Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valeria Venable
GE Plastics, Americas Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078

**Members of the Joint Fee Review Committee**

Robert J. Rosenberg and Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802

**Counsel for the Official Committee of
Unsecured Creditors**

Marlene Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

**Counsel for the Agent Under the Debtors'
Postpetition Credit Facility**

4

I hereby certify that on March 30, 2007, a notice of the foregoing Notice of Interim Fee

Application of Ivins, Phillips & Barker Chartered was served via electronic notice on the persons

listed on the Delphi Corporation Master Service List and the Delphi Corporation 2002 List.

William L. Sollee, Jr.
Ivins, Phillips & Barker Chartered
1700 Pennsylvania Ave., NW, Suite 600
Washington D.C., 20006
 Tel: 202-393-7600
 Fax: 202-393-7601

SPECIAL PENSION BENEFITS TAX COUNSEL
FOR THE DEBTORS AND DEBTORS- IN-
POSSESSION

IVINS, PHILLIPS, & BARKER CHARTERED
1700 Pennsylvania Ave., NW, Suite 600
Washington, D.C.  20006
Tel: 202-393-7600
Fax: 202-393-7601
William L. Sollee, Jr.
Special Pension Benefits Tax Counsel for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
    In re                           :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05–44481 (RDD)
                                        :
               Debtors.          :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FIRST INTERIM APPLICATION OF IVINS, PHILLIPS, & BARKER CHARTERED,
AS SPECIAL PENSION BENEFITS TAX COUNSEL TO THE DEBTORS AND
DEBTORS-IN-POSSESSION, SEEKING ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES INCURRED FOR THE
FOURTH INTERIM PERIOD FROM OCTOBER 1, 2006 THROUGH JANUARY 31, 2007

("INTERIM FEE APPLICATION")

| | |
|---|---|
| Name of Applicant: | Ivins, Phillips & Barker |
| Authorized to Provide Professional Services to: | Delphi Corporation and the Affiliate Debtors |
| Date of Retention Order: | February 26, 2007 |
| Period for Which Compensation and Reimbursement are Sought: | October 1, 2006 through January 31, 2007 |
| Amount of Compensation Sought in Fourth Interim Application Period: | $198,568.75 |
| Amount of Expense Reimbursement Sought in Fourth Interim Application Period: | $4,666.77 |
| Amount of Compensation Paid: | 0 |
| Amount of Expense Reimbursement Paid: | 0 |
| Total Amount Sought for Compensation and Expense in Fourth Interim Application Period: | $203,235.52 |
| Prior Interim Fee Applications: | None |

This is an/(a):  _____X_____Interim  _____Final Application.

## INTRODUCTION

1.      Ivins, Phillips & Barker Chartered ("IPB"), special pension benefits tax counsel for Delphi Corporation and certain of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for its Interim Fee Application, pursuant to sections 330 and 331 of Title 11, United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for the interim allowance of compensation for professional services performed by IPB for the period commencing October 1, 2006 through and including January 31, 2007 (the "Fourth Interim Period"), and for reimbursement of its actual and necessary expenses incurred during the Fourth Interim Period, respectfully represents:

## BACKGROUND

2.      On October 8 and 14, 2005 (the "Petition Dates"), Delphi and certain of its U.S. subsidiaries and affiliates (the "Debtors") filed voluntary petitions in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. This Court entered orders directing the joint administration of the Debtor's Chapter 11 cases.

3.      On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee"). On April 28, 2006, the U.S. Trustee appointed an official committee of equity security holders (the "Equity Committee"). No trustee or examiner has been appointed in the Debtors' cases.

4.      On May 5, 2006, the Court established a Joint Fee Review Committee ("Fee Committee").

5.      On January 31, 2007, the Debtors filed an application with this Court to retain IPB as their special pension benefits tax counsel.  On February 26, 2007, this Court authorized the Debtors' retention of IPB as their special pension benefits tax counsel *nunc pro tunc* to November 1, 2006.  (Accordingly, with respect to this application for payment and reimbursement of amounts incurred during the Fourth Interim Period, IPB only seeks payment or reimbursement for those amounts incurred on or after November 1, 2006.)

6.      This Interim Fee Application has been prepared in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, adopted by the Court on April 19, 1995 (the "Local Guidelines"),  the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, (Appendix A to 28 C.F.R. §58) dated May 17, 1996 (the "UST Guidelines"), and the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order," collectively with the "Local Guidelines" and "UST Guidelines," the "Guidelines").  Pursuant to the Local Guidelines, a certification regarding compliance with the Guidelines is attached hereto as Exhibit A.

## JURISDICTION

7.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.  This matter is a core proceeding under 28 U.S.C. §157(b)(2).

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

8.    IPB has not previously filed any interim fee applications.

## SUMMARY OF PROFESSIONAL COMPENSATION AND
## REIMBURSEMENT OF EXPENSES REQUESTED

9.    IPB seeks allowance of interim compensation for professional services rendered to

the Debtors during the Fourth Interim Period in the aggregate amount of $198,568.75 and for

reimbursement of expenses incurred in connection with the rendition of such services in the

aggregate amount of $4,666.77.  During the Fourth Interim Period, IPB attorneys and

paraprofessionals expended a total of 375.25 hours for which compensation is requested.

10.    IPB has provided the Debtors, the United States Trustee, counsel for Creditors'

Committee and Equity Committee, and members of the Fee Committee with monthly fee

statements for professional services rendered and expenses incurred on behalf of the Debtors,

including detailed reports of time entries and expenses.  As indicated in Schedule A, the Debtors

have not yet paid IPB for any of the fees or costs requested herein.  However, IPB expects that,

absent objection, 80% of its fees and 100% of its costs sought in this Application will have been

paid prior to the June 26, 2007 hearing on this Application.  By this Interim Fee Application, IPB

respectfully requests interim approval of these anticipated payments, and interim authorization of

payments of the remainder of the fees for professional services rendered and expenses incurred

during the Fourth Interim Period.

11.    During the Fourth Interim Period, IPB has received no payment (other than

payments made pursuant to the Administrative Order) nor has it received any promises of payment

from any source for services rendered or to be rendered in any capacity whatsoever in connection

with matters covered by this Interim Fee Application.  There is no agreement or understanding

4

between IPB and any other person, other than members of the IPB firm, for sharing of

compensation to be received for services rendered in these cases.

12.    The fees charged by IPB in these cases are billed in accordance with existing billing

rates and procedures in effect during the Fourth Interim Period.  The rates IPB charges for the

services rendered by its professionals and paraprofessionals in these Chapter 11 cases are the

standard rates that IPB charges for professional and paraprofessional services rendered in

comparable nonbankruptcy related matters.  Such fees are reasonable based on the customary

compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in

a competitive national legal market.

13.    Annexed to this Interim Fee Application is:

  a.  A schedule, attached as Schedule B, setting forth all IPB professionals and
      paraprofessionals who have performed services in this Chapter 11 case during
      the Fourth Interim Period; the capacities in which each such individual is
      employed by IPB; the hourly billing rate charged by IPB for services performed
      by such individual; the aggregate number of hours expended during the
      engagement and fees billed; and the year in which each professional was first
      licensed to practice law;
  b.  A schedule, attached as Schedule C, specifying the categories of expenses for
      which IPB is seeking reimbursement and the total amount for each such
      expense category; and
  c.  A summary of IPB's time records, attached as Schedule D, billed during the
      Fourth Interim Period.

14.    IPB has prepared monthly invoices detailing the time all IPB attorneys and

paraprofessional expended providing professional services to the Debtors as their special pension

benefits tax counsel.  Subject to redaction for the attorney-client privilege where necessary to

protect the Debtors' estate, copies of these monthly invoices have been furnished to Debtors, the

attorneys for the Creditors Committee, the Equity Committee, the Agent Under the Postpetition

Credit Facility, the members of the Fee Committee, and the United States Trustee, in the format

specified by the UST Guidelines.  Copies of IPB's monthly invoices applicable to the Fourth

Interim Fee Period are attached as Exhibit B.

15.    To the extent that time or disbursement charges for services rendered or

disbursements incurred relate to the Fourth Interim Period, but were not processed prior to the

preparation of this Interim Fee Application, IPB reserves the right to request additional

compensation for such services and reimbursement of such expenses in a future application.

### SUMMARY OF SERVICES

16.    During the Fourth Interim Period, IPB rendered substantial professional services in

furtherance of the Debtors' reorganization efforts and Chapter 11 cases.  In its capacity as special

pension benefits tax counsel, IPB provided Debtors' with timely, accurate and useful advice on a

wide range of pension benefit issues, including assistance in analyzing Debtors' benefit

obligations under the law, complying with tax qualification and other benefit plan requirements,

and drafting numerous filings concerning Delphi's retirement plans.

17.    The principal in charge of IPB's engagement is William L. Sollee, Jr.  Mr. Sollee is

a shareholder of IPB with approximately 20 years of private and public sector experience in

benefits matters under the tax code and ERISA.  He has particular expertise in the areas of qualified

and nonqualified retirement and deferred compensation plans, executive compensation, stock

options, VEBAs and other welfare benefit plan financing vehicles, and the tax treatment of benefit

programs generally.  Mr. Sollee has counseled many of the largest corporations in the world

regarding compliance with qualified plan standards, including those applicable to traditional

defined benefit, cash balance, and 401(k) plans.  Mr. Sollee also has secured IRS private letter

rulings on complex qualified plan issues of first impression.  Mr. Sollee has been assisted by

6

certain other IPB attorneys, each of whom has significant experience directly relevant to their

work for Debtors.

18.    The following is a summary of the professional services rendered by IPB during the

Fourth Interim Period.

     a.    General Pension Benefit Issues: During the Fourth Interim Period, IPB has
devoted significant time to advising the Debtors with respect to a wide variety
of pension benefit tax and related issues, including but not limited to plan
qualification issues, tax deduction issues, compliance with tax standards
governing executive compensation, and the Debtors' interaction with federal
government agencies including the IRS and PBGC.  For example, IPB has
prepared and filed seven complex ruling requests with the IRS concerning
Delphi's qualified pension plans, each of critical importance to the Debtors.
These submissions involved, among other issues, the application of Internal
Revenue Code § 414(l) to a proposed transfer of $1.5 billion in unfunded
pension liabilities to a General Motors Corporation Pension Plan, requests for
temporary waivers of more than $1 billion in minimum funding contributions
while the Debtors are under bankruptcy protection, requests for permission to
change the asset valuation method used by the pension plans to allow the plans
to record unrecognized gains and thereby reduce required funding
contributions, and requests to permit the plans to be amended while under
chapter 11 protection.

     b.    Bankruptcy Administration: During the Fourth Interim Period, IPB
professionals ensured compliance with the Bankruptcy Court's rules, orders
and procedure, as well as applicable sections of the Bankruptcy Code and
applicable Bankruptcy Rules, in conjunction with its retention as special
pension benefits tax counsel to the Debtors, including but not limited to,
preparation and filing of IPB's retention application.

19.    The foregoing professional services performed by IPB were necessary, appropriate,

and in the best interests of the Debtors and the other parties in interest.  Compensation for the

foregoing services, as requested, is commensurate with the complexity, importance and nature of

the problems, issues or tasks involved.  The professional services were performed in an

expeditious and efficient manner.

20.    The professional services performed by IPB on behalf of the Debtors during the

Fourth Interim Period required an aggregate expenditure of 375.5 recorded hours by IPB's

principals, counsel, associates and paraprofessionals. Of the aggregate time expended, 287.25 recorded hours were expended by IPB's principals and 87.25 recorded hours were expended by IPB associates. IPB achieved cost efficiencies by using attorneys in the firm only to the extent their knowledge and prior experience made their participation in this engagement cost-effective for the Debtors.

21.    During the Fourth Interim Period, IPB's hourly billing rates for attorneys ranged from $200 to $675 per hour. The rates IPB charges for the services rendered by its professionals and paraprofessionals in these Chapter 11 cases are the standard rates that IPB charges for professional and paraprofessional services rendered in a comparable nonbankruptcy related matters.

## ACTUAL AND NECESSARY DISBURSEMENTS OF IPB

22.    As set forth in Schedule C, IPB has disbursed $4,666.77 as expenses incurred in providing professional services during the Fourth Interim Period. These charges are intended to cover IPB's direct operating costs, such as photocopying costs, which costs are not incorporated into the IPB hourly billing rates. Only clients who actually use services of the types set forth in Schedule C are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

23.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. §331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable

compensation for actual necessary services rendered…and reimbursement for actual, necessary

expenses." 11 U.S.C. §330(a)(1). Section 330 of the Bankruptcy Code also sets forth the criteria

for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
> (B) the rates charged for such services;
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
> (E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. §330(a)(3).

24.    In the instant case, IPB respectfully submits that the services for which it seeks

compensation in this Interim Fee Application were necessary for, and beneficial in the Debtors'

efforts to reorganize their estates. In its capacity as special pension benefits tax counsel, IPB

provided Debtors with timely, accurate and useful advice and counsel on a wide range of pension

benefits issues. Such services were necessary and beneficial to the Debtors' estates. Accordingly,

IPB further submits that the compensation requested herein is reasonable in light of the nature,

extent, and value of such services to the Debtors, their estates and all parties in interest.

25.    In sum, the professional services rendered by IPB as special pension benefits tax

counsel to Debtors were necessary and beneficial to the Debtors' estates, and were consistently

performed in a timely manner, commensurate with the complexity, importance, and nature of the

issues involved, and approval of the compensation sought herein is therefore warranted.

## MEMORANDUM OF LAW

26.    IPB submits that the relevant legal authorities are set forth herein, and that the

requirement pursuant to Local Bankruptcy Rule 9013-1 – that IPB file a memorandum of law in

support of this Interim Fee Application – is satisfied.

## NOTICE

27.    In compliance with the Interim Compensation Order, notice of the filing of this

Interim Fee Application will be provided to all parties who have filed a notice of appearance with

the Clerk of this Court and requested notice of pleadings in these Chapter 11 cases.  In addition, the

Interim Fee Application in its entirety will be served on the following parties: (i) Delphi

Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Attn: David Sherbin, Esq., (ii) the Office

of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite

2100, New York, New York 10004, Attn: Alicia M. Leonhard, Esq., (iii) counsel for Creditors

Committee, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022-4802, Attn:

Robert J. Rosenberg, Esq. and Mark A. Broude, Esq., (iv) counsel for the agent under the Debtors'

prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York,

New York 10017, Attn: Marissa Wesley, Esq. and Kenneth S. Ziman, Esq., (v) counsel for the

agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington

Avenue, New York, New York 10017, Attn: Marlene Melican, Esq., (vi) counsel to the Debtors,

Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Ilinois

60606, Attn: John Wm. Butler, Jr., (vii) counsel for the Equity Committee, Fried, Frank, Harris,

Shriver & Jacobson, LLP, One New York Plaza, New York, New York, 10004, Attn: Bonnie

Steingart, and (viii) the members of the Joint Fee Review Committee.  In light of the nature of the

relief requested, the Debtors submit that no other or further notice is necessary.

10

## COMPLIANCE WITH GUIDELINES

28.    IPB believes that this Interim Fee Application, together with the attachments

hereto, substantially complies in all material respects with the Guidelines.  To the extent this

Application does not comply in every respect with the requirements of such guidelines, IPB

respectfully requests a waiver for any such technical non-compliance.

## CONCLUSION

WHEREFORE, IPB respectfully requests (i) interim allowance of compensation for

professional services rendered during the Fourth Interim Period in the amount of $198,568.75 and

reimbursement for actual and necessary expenses IPB incurred during the Fourth Interim Period in

the amount of  $4,666.77, (ii) the allowance of such compensation for professional services

rendered and reimbursement of actual and necessary expenses incurred be without prejudice to

IPB's right to seek such further compensation for the full value of services performed and

expenses incurred, and (iii) the Court grant IPB such other and further relief as is just.


Dated: Washington D.C.
       March 30, 2007


Respectfully submitted,

William L. Sollee, Jr.

Ivins, Phillips & Barker Chartered
1700 Pennsylvania Ave., NW, Suite 600
Washington, D.C.  20006
Tel: 202-393-7600
Fax: 202-393-7601

SPECIAL PENSION BENEFITS TAX COUNSEL
FOR DEBTORS AND
DEBTORS-IN-POSSESSION

11

**SCHEDULE A**

**CUMULATIVE SUMMARY OF ALL MONTHLY FEE STATEMENTS
IVINS, PHILLIPS & BARKER, CHARTERED
NOVEMBER 1, 2006 THROUGH JANUARY 31, 2007**

| Submission/ Filing Date | Period Covered | Total Fees Requested | Total Expenses Requested | Amount of Fees Paid (80%) | Expenses Paid (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|
| 3/30/07 | 11/1/06- 11/30/06 | 81,175.00 | 552.23* | 0.00 | 0.00 | 0.00 |
| 3/30/07 | 12/1/06- 12/31/06 | 55,368.75 | 3,792.14 | 0.00 | 0.00 | 0.00 |
| 3/30/07 | 1/1/07- 1/31/07 | 62,025.00 | 322.40 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| | | | | | | |
| **TOTALS** | | **$198,568.75** | **$4,666.77** | | | |
| | | | | | | |

*The summary invoice submitted on March 16, 2007, incorrectly included $49.00 (travel agent fee) which amount is deducted here to correctly indicate the proper expense amount for November, 2006.

**SCHEDULE B**

**SERVICES RENDERED BY IVINS, PHILLIPS & BARKER, CHARTERED
COMMENCING NOVEMBER 1, 2006 THROUGH JANUARY 31, 2007\***

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| William L. Sollee, Jr. | 1988 | $625.00 | 197.75 | $123,593.75 |
| Patrick J. Smith | 1981 | $675.00 | 0.75 | $506.25 |
| William L. Sollee, Jr. | 1988 | $650.00\* | 89.50 | $58,175.00 |
| | | | | |
| | TOTAL PARTNERS | | | **$182,275.00** |
| | | | | |
| **ASSOCIATES** | | | | |
| Jonathan Zimmerman | 2004 | $225.00 | 3.00 | $675.00 |
| Nicole Occhuizzo | 2002 | $175.00 | 67.25 | 11,768.75 |
| Victor Chang | 2003 | $275.00 | 0.50 | $137.50 |
| Nicole Occhuizzo | 2002 | $225.00\* | 16.50 | $3,712.50 |
| | | | | |
| | TOTAL ASSOCIATES | | | **$16,293.75** |
| | | | | |
| | | **TOTAL** | | **$198,568.75** |
| | | **80% of Fees** | | **$158,855.00** |
| | | | | |
| | | | | |

\*Attorney rates increased as of January, 2007.  The 2007 rates were disclosed in IPB's Retention
Application dated January 31, 2007.

## SCHEDULE C

### ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY
### IVINS, PHILLIPS & BARKER, CHARTERED
### COMMENCING NOVEMBER 1, 2006 THROUGH JANUARY 31, 2007

| Disbursements | Amount |
|---|---|
| Research Services | 875.87 |
| Travel | 947.09 |
| Duplication | 2,555.55 |
| Binding Services | 17.72 |
| Courier Services | 30.00 |
| Shipping* | 150.70 |
| Telephone (Primus Telephone) | 89.84 |
| **TOTAL** | **$4,666.77** |

*Express shipping was used at the request of the client for various filings.

**SCHEDULE D**

**SUMMARY OF SERVICES BY MATTER CODE**
**FOR SERVICES RENDERED COMMENCING NOVEMBER 1, 2006 THROUGH**
**JANUARY 31, 2007**

| MATTER CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 00006 | Employee Benefits/Pensions | 375.25 | $198,568.75 |
| **TOTAL** | | **375.25** | **$198,568.75** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, a true and correct copy of the foregoing Interim
Fee Application of Ivins, Phillips & Barker was served via overnight delivery service on:

David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

**Delphi Corporation**

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

**Counsel for Debtors**

Alicia M. Leonhard
The Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, Ste. 2100
New York, NY 10004

**United States Trustee**

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

**Counsel for the Committee of Equity
Security Holders**

Kenneth S. Ziman and Marissa Wesley
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, New York 10017

**Counsel for the Agent Under the Debtors'
Prepetition Credit Facility**

John D. Sheehan
Vice President & Chief
Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Valeria Venable
GE Plastics, Americas Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078

**Members of the Joint Fee Review Committee**

Robert J. Rosenberg and Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802

**Counsel for the Official Committee of
Unsecured Creditors**

Marlene Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

**Counsel for the Agent Under the Debtors'
Postpetition Credit Facility**

I hereby certify that on March 30, 2007, a notice of the foregoing Interim Fee Application

of Ivins, Phillips & Barker was served via electronic notice on the persons listed on the Delphi

Corporation Master Service List and the Delphi Corporation 2002 List.


William L. Sollee, Jr.
Ivins, Phillips & Barker Chartered
1700 Pennsylvania Ave., NW, Suite 600
Washington D.C., 20006
Tel: 202-393-7600
Fax: 202-393-7601

SPECIAL PENSION BENEFITS TAX COUNSEL
FOR THE DEBTORS AND DEBTORS- IN-
POSSESSION

# EXHIBIT A

**EXHIBIT A**

IVINS, PHILLIPS & BARKER CHARTERED
1700 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20006
(202) 393-7600
William L. Sollee, Jr.
Special Pension Benefits Tax Counsel for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11** |
|  | : |  |
| **DELPHI CORPORATION, et al.,** | : | **Case No. 05–44481 (RDD)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS**
**FOR PROFESSIONALS IN RESPECT OF FIRST APPLICATION OF**
**IVINS, PHILLIPS & BARKER CHARTERED FOR INTERIM**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, William L. Sollee, Jr., hereby certify that:

1.   I am a shareholder of the law firm of Ivins, Phillips & Barker Chartered

("IPB"), special pension benefits tax counsel for Delphi Corporation ("Delphi") and certain of its

subsidiaries and affiliates (the "Affiliate Debtors"), debtors and debtors-in-possession

(collectively, the "Debtors") in the above-captioned cases.  I am the professional designated by

IPB in respect of compliance with the Amended Guidelines for Fees and Disbursements of

Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April

19, 1995 (the "Local Guidelines"), and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

(Appendix A to 28 C.F.R. § 58) dated May 17, 1996 (the "UST Guidelines" and, together with the

Local Guidelines, the "Guidelines").

2.       I make this certification in support of the application of IPB, dated March

30, 2007 (the "Application"), for interim compensation and reimbursement of expenses for the

period beginning November 1, 2006 and ending January 31, 2007 (the "Application Period"), in

accordance with the Local Guidelines.

3.       In respect of section B.1 of the Local Guidelines, I certify that:

(a)       I have read the Application.

(b)       To the best of my knowledge, information and belief formed after
reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines.

(c)       The fees and disbursements sought are billed at rates in accordance
with practices customarily employed by IPB and generally accepted by IPB clients and disclosed
and approved in the order approving the retention of IPB as the Debtors' special pension benefits
tax counsel.

(d)       In providing a reimbursable service, IPB does not make a profit on
that service, whether the service is performed by IPB in-house or through a third party.

4.       In respect of section B.2 of the Local Guidelines, I certify that IPB has

provided monthly statements of IPB's fees and disbursements by serving monthly statements in

compliance with this Court's Order Under 11 U.S.C. § 331 Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals, filed on November 4, 2005, as

supplemented (the "Interim Compensation Order").

5.       In respect of section B.3 of the Local Guidelines, pursuant to the Interim

Compensation Order, I certify that notice of the filing of this Application has been provided to all

parties who have filed a notice of appearance with the Clerk of this Court and requested notice of

pleadings in these chapter 11 cases. In addition, in accordance with the Interim Compensation

Order, the Application in its entirety has been served on the following parties: (i) Delphi

Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n: David Sherbin, Esq., (ii) the Office

of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite

2100, New York, New York 10004, Att'n: Alicia M. Leonhard, Esq., (iii) counsel for the

Creditors' Committee, Latham & Watkins LLP, 885 Third Avenue, New York, New York

10022-4802, Att'n: Robert J. Rosenberg, Esq., (iv) counsel for the agent under the Debtors'

prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York,

New York 10017, Att'n: Marissa Wesley, Esq., (v) counsel for the agent under the Debtors'

postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York

10017, Att'n: Marlene Melican, Esq., and (vi) the members of the Delphi fee review committee.  In

light of the nature of the relief requested, the Debtors submit that no other or further notice is

necessary.

Dated: Washington, DC
    March 30, 2007

William L. Sollee, Jr.
Ivins, Phillips & Barker Chartered
1700 Pennsylvania Ave., NW, Suite 600
Washington D.C., 20006
Tel: 202-393-7600
Fax: 202-393-7601

SPECIAL PENSION BENEFITS TAX COUNSEL
FOR THE DEBTORS AND DEBTORS- IN-
POSSESSION

# EXHIBIT B

March 16, 2007

Ms. Karen M. Cobb
Benefits Tax Counsel
Delphi Corporation
M/C 483-400-151
5725 Delphi Drive
Troy, Michigan  48098-2815

Re:    Statement for Professional Services Rendered
        For the Period Ending November 30, 2006

Dear Karen:

As you know, an order was entered February 26, 2007, authorizing the employment and retention of Ivins, Phillips & Barker as special pension benefits tax counsel to the Debtors *nunc pro tunc* to November 1, 2006.

Enclosed is our fee statement for professional services rendered and disbursements made to Delphi Corporation ("Delphi") for the period commencing November 1, 2006, and ending November 30, 2006.  Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees ($64,940.00) and 100% of the expenses ($552.23) in this monthly statement to which no objection has been served in accordance with paragraph 2(d) of the Order.

Ms. Karen M. Cobb

If you have any questions or comments, please do not hesitate to call.

With best regards.

Sincerely yours,


William L. Sollee, Jr.

Enclosures

cc:    Fee Committee (Attn:  David M. Sherbin, Esquire)
Delphi Corporation (Attn:  General Counsel)
Skadden, Arps (Attn:  John W. Butler, Jr., Esquire)
U.S. Trustee (Attn:  Ms. Alicia M. Leonhard)
OCC (Attn:  Robert J. Rosenberg, Esquire)
Debtors' Prepetition Agent (Attn:  Ms. Marissa Wesley)
Debtors' Prepetition Agent (Attn:  Ms. Marlane Melican)
Legal Cost Control (Attn:  Joe Sykes, Esquire)

March 16, 2007
IVINS, PHILLIPS & BARKER
Chartered
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 393-7600
E. I. 52-1229560
*lclw/#1829*

Delphi Corporation
M/C 483-400-151
5725 Delphi Drive
Troy, Michigan  48098-2815
*Attention*:    Ms. Karen M. Cobb

For Professional Services Rendered and disbursements
made through November 30, 2006:

**$81,175.00**

Disbursements:
|  |  |
|---|---|
| Lexis | $66.99 |
| Telephone | 32.24 |
| Travel | 502.00 |
| *Total Disbursements* | $601.23 |

**TOTAL**                              **$81,776.23**

**Ivins, Phillips & Barker**

1700 Pennsylvania Avenue, N.W.

Suite 600

Washington, D.C.  20006

E.I. 52-1229560

March 16, 2007

**Billing Period:  November, 2006**

DELPHI CORPORATION

Attn:  Ms. Karen M. Cobb

M/C 483-400-151

5725 Delphi Drive

Troy, Michigan  48098-2815

| Date | Attorney | Description | Hours | Rate | Fee Total |
|------|----------|-------------|-------|------|-----------|
| 11/1 | William L. Sollee, Jr. | Code 412(f)(2) research | 1.50 | $ 625 | $ 937.50 |
| 11/1 | William L. Sollee, Jr. | Tel call w/ K Cobb and preparation for same regarding waiver and 414(l) updates | 2.50 | $ 625 | $ 1,562.50 |
| 11/1 | Nicole Occhuizzo | Review funding waiver/PLR requirements | 0.75 | $ 175 | $ 131.25 |
| 11/2 | William L. Sollee, Jr. | Research re Code 401(a)(33) | 3.00 | $ 625 | $ 1,875.00 |
| 11/2 | William L. Sollee, Jr. | Research re bankruptcy case law re expense priorities | 2.00 | $ 625 | $ 1,250.00 |
| 11/3 | William L. Sollee, Jr. | Continued research and analysis re Code 412(f)(2) and 401(a)(33) and unified theory; email to K. Cobb re same | 3.75 | $ 625 | $ 2,343.75 |
| 11/3 | William L. Sollee, Jr. | Conf with NO regarding PLR drafts | 1.00 | $ 625 | $ 625.00 |
| 11/4 | Nicole Occhuizzo | Gather materials for PLR request regarding IRC sec. 414(l) issue | 2.00 | $ 175 | $ 350.00 |
| 11/6 | William L. Sollee, Jr. | Review and analyze weekend emails regarding updated Wyatt 414(l) materials | 6.00 | $ 625 | $ 3,750.00 |
| 11/6 | Nicole Occhuizzo | Draft outline for 414(l) PLR request | 4.50 | $ 175 | $ 787.50 |
| 11/7 | William L. Sollee, Jr. | Prepare memorandum for discussions with IRS regarding PLRs and discuss w K Cobb | 6.50 | $ 625 | $ 4,062.50 |
| 11/7 | Nicole Occhuizzo | Revise outline for 414(l) PLR request | 1.25 | $ 175 | $ 218.75 |

Ms. Karen M. Cobb

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/8 | William L. Sollee, Jr. | All day on Delphi PLR matters: Draft PLR requests, confs with NO regarding same, and multiple tel calls and emails w K Cobb re same | 8.50 | $ 625 | $ 5,312.50 |
| 11/9 | William L. Sollee, Jr. | All day on Delphi PLR matters: Continue drafting PLR requests and tel calls w/ K Cobb re same | 7.75 | $ 625 | $ 4,843.75 |
| 11/10 | William L. Sollee, Jr. | Continue drafting PLR requests, tel calls w/IRS, tel calls w/PLR group, and multiple tel calls w/ K Cobb re PLRs | 3.25 | $ 625 | $ 2,031.25 |
| 11/13 | William L. Sollee, Jr. | Most of day on Delphi PLR matters: Research re legal issues for PLRs, confs with NO regarding same, and multiple tel calls and emails w K Cobb re same | 6.50 | $ 625 | $ 4,062.50 |
| 11/14 | William L. Sollee, Jr. | Most of day on Delphi PLR matters: Edit and revise PLRs, and multiple tel calls and emails w K Cobb re same | 7.00 | $ 625 | $ 4,375.00 |
| 11/15 | William L. Sollee, Jr. | Revise PLR and waiver applications | 1.50 | $ 625 | $ 937.50 |
| 11/16 | William L. Sollee, Jr. | Edit and revise PLR and waiver applications | 2.00 | $ 625 | $ 1,250.00 |
| 11/16 | William L. Sollee, Jr. | Entire afternoon on Delphi: Review GM Term Sheet and examples; Addt'l research regarding 412(f)(2) and 414(l) issues; TCs Karen C regarding funding waiver; Correspondence w/ K Cobb regarding PT and 412(f) concerns; Email K. Cobb regarding Term Sheet | 5.50 | $ 625 | $ 3,437.50 |
| 11/16 | Nicole Occhuizzo | Determine user fee amounts for funding waiver request and 414(l) PLR request | 0.25 | $ 175 | $ 43.75 |
| 11/17 | William L. Sollee, Jr. | Draft waiver requests | 4.25 | $ 625 | $ 2,656.25 |
| 11/18 | William L. Sollee, Jr. | Draft waiver requests | 5.00 | $ 625 | $ 3,125.00 |
| 11/20 | William L. Sollee, Jr. | On-site at Delphi all day: Meetings w/ K. Cobb, J. Sheehan, S. Gale re waivers and 414(l) ruling; afternoon meeting with Delphi and GM staff re same | 10.25 | $ 625 | $ 6,406.25 |
| 11/21 | William L. Sollee, Jr. | Most of day on Delphi matters: Draft waiver introduction per K. Cobb request and multiple tel calls and emails w/ K. Cobb | 6.75 | $ 625 | $ 4,218.75 |
| 11/22 | William L. Sollee, Jr. | Revise 414(l) ruling request to reflect Delphi and GM comments | 4.50 | $ 625 | $ 2,812.50 |
| 11/24 | William L. Sollee, Jr. | Additional revisions to 414(l) ruling request per K. Cobb instructions | 1.00 | $ 625 | $ 625.00 |
| 11/25 | William L. Sollee, Jr. | Review and analyze Wyatt and Delphi documents sent via email for inclusion in Delphi PLRs, and incorporate into draft filings | 4.50 | $ 625 | $ 2,812.50 |
| 11/27 | William L. Sollee, Jr. | All day on Delphi matters: Continue drafting and revisions to PLR and waiver requests | 7.50 | $ 625 | $ 4,687.50 |

Ms. Karen M. Cobb

| | | | | | |
|---|---|---|---|---|---|
| 11/28 | William L. Sollee, Jr. | Continue drafting and revisions to PLR and waiver requests | 3.00 | $ 625 | $ 1,875.00 |
| 11/28 | William L. Sollee, Jr. | Analyze pension freeze issues per K. Cobb request | 1.00 | $ 625 | $ 625.00 |
| 11/28 | Nicole Occhuizzo | Research law regarding horizontal partial terminations; Conference w/WLSollee regarding findings | 2.50 | $ 175 | $ 437.50 |
| 11/29 | William L. Sollee, Jr. | Continue drafting and revisions to PLR and waiver requests | 3.50 | $ 625 | $ 2,187.50 |
| 11/29 | Nicole Occhuizzo | Review and revise funding waiver PLR draft; Compile waiver PLR attachments | 5.25 | $ 175 | $ 918.75 |
| 11/30 | William L. Sollee, Jr. | Continue drafting and revisions to PLR and waiver requests | 3.00 | $ 625 | $ 1,875.00 |
| 11/30 | Jonathan Zimmerman | Researched IRS rulings concerning instances where an employee is terminated and subsequently rehired as a leased employee | 3.00 | $ 225 | $ 675.00 |
| 11/30 | Nicole Occhuizzo | Research law regarding horizontal partial terminations | 2.00 | $ 175 | $ 350.00 |
| 11/30 | Nicole Occhuizzo | Conference w/WLSollee regarding findings | 0.50 | $ 175 | $ 87.50 |
| 11/30 | Nicole Occhuizzo | Review and revise funding waiver PLR draft | 2.50 | $ 175 | $ 437.50 |
| 11/30 | Nicole Occhuizzo | Compile waiver PLR attachments | 1.00 | $ 175 | $ 175.00 |
| | | **TOTAL HOURS / TOTAL FEE** | **148.00** | | $ **81,175.00** |

| | | | |
|---|---|---|---|
| WILLIAM L. SOLLEE, JR. - Principal | 122.50 | $ 625 | $ 76,562.50 |
| JONATHAN ZIMMERMAN - Associate | 3.00 | $ 225 | $ 675.00 |
| NICOLE OCCHUIZZO - Associate | 22.50 | $ 175 | $ 3,937.50 |
| *TOTALs* | 148.00 | | $ **81,175.00** |

Disbursements for November 2006

| | |
|---|---|
| Lexis Research Services | $ 66.99 |
| Travel | $ 453.00 |
| Primus Telephone | $ 32.24 |
| *Total Disbursements* | $ 552.23 |

4

Ms. Karen M. Cobb

| | |
|---|---|
| Total Fees | $ 81,175.00 |
| Total Disbursements | $ 552.23 |
| **Total Due This Statement** | $ **81,727.23** |

# WORLDTRAVELSERVICE®

VIRTUOSO

**Providing Corporate, Leisure, Government and Meeting Planning Services**
**www.worldtravelservice.com**

| SALES PERSON:DTP70 | BRANCH:10 | ITIN/INVOICE NO: | 484858 NOV 17 2006 |
|---|---|---|---|

| CUSTOMER NBR:030001800 | AGENCY LOCATOR:LS5L00 | PAGE:01 |
|---|---|---|

```
IVINS PHILLIPS AND BARKER          IVINS PHILLIPS AND BARKER
1700 PENNSLYVANIA AVE              1700 PENNSLYVANIA AVE
SUITE 600                          SUITE 600
WASHINGTON DC   20006              WASHINGTON DC   20006

SOLLEE/WILLIAM L JR
```

```
19 NOV 06 - SUNDAY
 US AIRWAYS   3431 COACH CLASS    EQUIP-E70
 DEPART TERMINAL- C
 LV: WASH/REAGAN       510P        NONSTOP      MILES-  405   CONFIRMED
 AR: DETROIT/METRO     637P        ELAPSED TIME- 1:27
 ARRIVAL TERMINAL-LS
                                   SEAT-17D
 OPERATED BY-US AIRWAYS EXPRESS REPUBLIC AIRWAYS
 AIRLINE LOCATOR: US -KXLZEI

   HERTZ                     1 STANDARD 2/4 DR   DROP-20NOV   CONFIRMED
   PICKUP-DETROIT/METRO      DETROIT METRO WAYNE COUNTY
   RATE-      54.05          DAILY    QUOTED         EXTRA HR
                                      CODE-CRL
   APPROX TTL - USD     99.96
   INCL MANDATORY CHGS - 17.91
   MILEAGE - UNL/MI
                            CONFIRMATION-D46908728D4 GOLD

 20 NOV 06 - MONDAY
  US AIRWAYS   3304 COACH CLASS    EQUIP-E70
  DEPART TERMINAL- LS
  LV: DETROIT/METRO     510P        NONSTOP      MILES-  405   CONFIRMED
  AR: WASH/REAGAN       639P        ELAPSED TIME- 1:29
  ARRIVAL TERMINAL-C
                                    SEAT- 5F
 OPERATED BY-US AIRWAYS EXPRESS REPUBLIC AIRWAYS
  AIRLINE LOCATOR: US -KXLZEI
```

```
 TICKET NUMBER/S:
 SOLLEE/WILLIAM L JR              7614776495     VI CARD        228.60
                                  ELECTRONIC

   AIR TRANSPORTATION      193.49  TAX      35.11  TTL       228.60
```

**WORLDTRAVELSERVICE®** acts only as an agent for the carrier, hotel or other facility providing travel accommodations.
**WORLDTRAVELSERVICE®** is not responsible for any negligent act or omission by any of these organizations.

REAGAN NATIONAL
AIRPORT

For Questions or Comments: (703)417-4300

Entrance: 14:08 11/19/06  Lane # 06

Exit   : 18:38 11/20/06  Lane # 35

License Plate DC AL5045

Cashier : 027          Seq. # 1389

Length of stay  0 days 04h. 30m.

Amount Paid  $  34.00 Card

***** Thank You for Flying *****
***** Reagan National Airport *****

---

```
*******************************
*****CREDIT CARD VOUCHER*****
        Brio Tuscan Grille
      2801 West Big Beaver Road
            Suite E150
            Troy, MI 48084
Date:        Nov19'06 08:29PM
Card Type:  Visa
Acct #:     XXXXXXXXXXXX0868
Exp Date:   XX/XX
Auth Code:  077147
Check:      937
Table:      105/1
Server:     268 Hiedi S
            WILLIAM SOLLEE

Subtotal:         72.40

Gratuity:         12.00

Total:            84.40
Signature:

X
Guest   Copy
Visit www.guest-feeback.com and
tell us about your experience.
Enter survey ID 235211.
```

---

```
DETROIT METROPOLITAN A/P
                        12779/714
RENTAL RECORD:
WILLIAM SOLLEE
COMPLETED BY:               0269
RENTED: DETROIT METROPOLITAN A/P
RENTAL:  11/19/06     16:57
RETURN:  11/20/06     15:34
MILES IN: 14575 OUT: 14494
MILES DRIVEN:         81
PLAN IN/OUT: CRL  /CRL
CLS: D

       1 DAYS          54.05
SUBTOTAL              54.05
CONCESSION FEE RECOVERY  7.98
FUEL & SVC MI @ .220    17.82
TX 8.000% ON            6.45
VLC RECOVERY             0.70
NET DUE                87.00
PAID BY: VISA
CREDIT CARD #: XXXXXXXXXXXX0868

Thank you for renting from
        Hertz

OPTIONAL SERVICES
LDW        INCLUDED IN CRL
FUEL & SERVICE $.220/MI $4.40  FUEL 17.7/MK CAP

ADD.
FEEL ***** ADDITIONAL AUTHORIZED
OPERATORS NOT INCLUDED.
```

**IVINS, PHILLIPS & BARKER**

CHARTERED

1700 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006

(202) 393-7600

FAX: (202) 393-7601

EMAIL: IPB@IPBTAX.COM

MEMO

DATE: *Charge to Delphi*

TO:

FROM: *#1829/02*

RE:

— air

✓ car

✓ dinner 11/19

✓ lunch 11/20 : $8.00

✓ dinner 11/20 : $11.00

✓ parking

March 23, 2007

Ms. Karen M. Cobb
Benefits Tax Counsel
Delphi Corporation
M/C 483-400-151
5725 Delphi Drive
Troy, Michigan  48098-2815

Re:    Statement for Professional Services Rendered
       For the Period Ending December 31, 2006

Dear Karen:

As you know, an order was entered February 26, 2007, authorizing the employment and retention of Ivins, Phillips & Barker as special pension benefits tax counsel to the Debtors *nunc pro tunc* to November 1, 2006.

Enclosed is our fee statement for professional services rendered and disbursements made to Delphi Corporation ("Delphi") for the period commencing December 1, 2006, and ending December 31, 2006.  Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees ($44,295.00) and 100% of the expenses ($3,792.14) in this monthly statement to which no objection has been served in accordance with paragraph 2(d) of the Order.

If you have any questions or comments, please do not hesitate to call.

With best regards.

Sincerely yours,


William L. Sollee, Jr.

Enclosures

cc:    Fee Committee (Attn:  David M. Sherbin, Esquire)
       Delphi Corporation (Attn:  General Counsel)
       Skadden, Arps (Attn:  John W. Butler, Jr., Esquire)
       U.S. Trustee (Attn:  Ms. Alicia M. Leonhard)
       OCC (Attn:  Robert J. Rosenberg, Esquire)
       Debtors' Prepetition Agent (Attn:  Ms. Marissa Wesley)
       Debtors' Prepetition Agent (Attn:  Ms. Marlane Melican)
       Legal Cost Control (Attn:  Joe Sykes, Esquire)

March 23, 2007
IVINS, PHILLIPS & BARKER
Chartered
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 393-7600
E. I. 52-1229560
*lclw/#1829*

Delphi Corporation
M/C 483-400-151
5725 Delphi Drive
Troy, Michigan  48098-2815
   *Attention*:   Ms. Karen M. Cobb

---

For Professional Services Rendered and disbursements
made through December 31, 2006:

**$55,368.75**

Disbursements:
| | |
|---|---|
| Lexis | $559.48 |
| Telephone | 32.32 |
| Photocopying | 2,555.55 |
| Federal Express | 150.70 |
| Travel | 494.09 |
| *Total Disbursements* | $3,792.14 |

**TOTAL**                              **$59,160.89**

**Ivins, Phillips & Barker**
1700 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20006
E.I. 52-1229560
March 21, 2007

**Billing Period: December, 2006**

DELPHI CORPORATION
Attn: Ms. Karen M. Cobb
M/C 483-400-151
5725 Delphi Drive
Troy, Michigan 48098-2815

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12/1 | William L. Sollee, Jr. | Revise Code 414(l) PLR application | 5.00 | $ 625 | $ 3,125.00 |
| 12/2 | Nicole Occhuizzo | Research law regarding horizontal partial terminations | 0.25 | $ 175 | $ 43.75 |
| 12/4 | William L. Sollee, Jr. | Most of the day on Delphi matters: Revise PLR and waiver requests; correspondence w/K.Cobb re same; research | 5.50 | $ 625 | $ 3,437.50 |
| 12/4 | Nicole Occhuizzo | Additional research law regarding horizontal partial terminations; cw WLSollee regarding findings | 3.50 | $ 175 | $ 612.50 |
| 12/5 | William L. Sollee, Jr. | Bulk of the day on Delphi matters: Revise PLR and waiver requests; complete IRS Notice Q&A'+C38s for Delphi PLR; prepare talking points for 12/7 IRS meeting | 6.50 | $ 625 | $ 4,062.50 |
| 12/5 | Nicole Occhuizzo | Entire day on Delphi matters: Review and revise funding waiver PLR draft; compile waiver PLR attachments; assist WLSollee in preparing funding waiver request | 8.25 | $ 175 | $ 1,443.75 |
| 12/6 | William L. Sollee, Jr. | Entire day on Delphi matters: Revise draft PLR and waiver requests; multiple discussions w/K.Cobb et al., re same; prepare talking points for 12/7 IRS meeting; meet w/K.Cobb re same | 9.00 | $ 625 | $ 5,625.00 |
| 12/6 | Nicole Occhuizzo | Prepare table of contents for 414(l) PLR request | 1.50 | $ 175 | $ 262.50 |
| 12/7 | William L. Sollee, Jr. | Entire day on Delphi matters: Meeting w/J.Sheehan, K.Cobb, K.Williams, L.Hassel to prepare for IRS meeting; meeting with IRS; follow-up meeting with Delphi group; follow-up w/IRS; draft memo summarizing meeting | 8.50 | $ 625 | $ 5,312.50 |
| 12/7 | Nicole Occhuizzo | Compile exhibits for minimum funding waiver request | 0.75 | $ 175 | $ 131.25 |

Ms. Karen M. Cobb

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/7 | Nicole Occhuizzo | Assist WLSollee in preparing funding waiver request; prepare Power of Attorney | 5.75 | $175 | $1,006.25 |
| 12/8 | William L. Sollee, Jr. | Incorporate requested changes to waiver applications and 414(l) PLR request; correspondence w/K.Cobb re same | 6.25 | $625 | $3,906.25 |
| 12/9 | William L. Sollee, Jr. | Revise and edit PLR and waiver requests | 1.75 | $625 | $1,093.75 |
| 12/11 | William L. Sollee, Jr. | Finalize PLR and waiver applications | 5.00 | $625 | $3,125.00 |
| 12/11 | Nicole Occhuizzo | Entire day on Delphi matters: Continue preparation of minimum funding waiver request and 414(l) transfer request for submission to IRS | 8.50 | $175 | $1,487.50 |
| 12/12 | William L. Sollee, Jr. | Finalize and hand deliver PLR and waiver applications to IRS | 4.50 | $625 | $2,812.50 |
| 12/12 | Nicole Occhuizzo | Continue preparation of minimum funding waiver request | 1.50 | $175 | $262.50 |
| 12/13 | William L. Sollee, Jr. | Prepare summary and discuss next rulings w/K.Cobb | 2.00 | $625 | $1,250.00 |
| 12/13 | Nicole Occhuizzo | Continue preparation of 414(l) PLR request | 1.50 | $175 | $262.50 |
| 12/14 | William L. Sollee, Jr. | Prepare retention application as Delphi special benefits counsel | 1.25 | $625 | $781.25 |
| 12/14 | Nicole Occhuizzo | Continue preparation of minimum funding waiver request | 0.25 | $175 | $43.75 |
| 12/18 | William L. Sollee, Jr. | Review press release regarding new investors; forward with email to IRS; tc K.Cobb regarding same | 2.50 | $625 | $1,562.50 |
| 12/19 | William L. Sollee, Jr. | TC K.Cobb and K.Williams regarding follow-on rulings | 0.75 | $625 | $468.75 |
| 12/19 | William L. Sollee, Jr. | CW NOcchuizzo regarding 401(a)(33) PLR and prepare summary memo re same | 0.75 | $625 | $468.75 |
| 12/19 | Nicole Occhuizzo | Confer w/WLSollee regarding follow-up ruling requests | 0.25 | $175 | $43.75 |
| 12/20 | William L. Sollee, Jr. | CW NOcchuizzo, K.Cobb regarding follow-up PLRs | 0.50 | $625 | $312.50 |
| 12/20 | William L. Sollee, Jr. | Research and analysis re diversification notice issue | 1.50 | $625 | $937.50 |
| 12/21 | Patrick J. Smith | Discussions with WLSollee regarding treatment of payments to General Motors | 1/0 | $675 | $506.25 |
| 12/21 | William L. Sollee, Jr. | Prepare CD for PBGC with Delphi PLR and waiver information | 4.50 | $625 | $2,812.50 |
| 12/21 | William L. Sollee, Jr. | Research and analysis re tax deduction issue, incl. internal cw P.Smith | 3.50 | $625 | $2,187.50 |
| 12/21 | Nicole Occhuizzo | Prepare PLR request regarding amendment to Delphi plan regarding divested units | 2.75 | $175 | $481.25 |
| 12/27 | William L. Sollee, Jr. | Prepare for and conference call w/J.Sheehan, et al., regarding PBGC information request | 3.00 | $625 | $1,875.00 |
| 12/27 | Nicole Occhuizzo | Prepare PLR request regarding amendment to Delphi plan regarding divested units | 6.50 | $175 | $1,137.50 |
| 12/28 | William L. Sollee, Jr. | TC to IRS re PBGC request; email correspondence w/J.Sheehan, et al., re same | 1.00 | $625 | $625.00 |

Ms. Karen M. Cobb

| | | | | | |
|---|---|---|---|---|---|
| 12/28 | Nicole Occhuizzo | Prepare PLR request regarding amendment to Delphi plan regarding divested units | 3.50 | $ 175 | $ 612.50 |
| 12/29 | William L. Sollee, Jr. | TCs and emails w/K.Cobb regarding PBGC information request and response strategy; analysis re same | 2.00 | $ 625 | $ 1,250.00 |
| | | **TOTAL HOURS / TOTAL FEE** | **120.75** | | $ **55,368.75** |

| | | | |
|---|---|---|---|
| PATRICK J. SMITH - Partner | 0.75 | $ 675 | $ 506.25 |
| WILLIAM L. SOLLEE, JR. - Principal | 75.25 | $ 625 | $ 47,031.25 |
| NICOLE OCCHUIZZO - Associate | 44.75 | $ 175 | $ 7,831.25 |
| *TOTALs* | 120.75 | | $ **55,368.75** |

Disbursements for December 2006

| | |
|---|---|
| Lexis Research Services | 559.48 |
| Travel | 494.09 |
| Photocopying | 2555.55 |
| Federal Express | 150.70 |
| Primus Telephone | 32.32 |
| *Total Disbursements* | 3792.14 |

| | |
|---|---|
| Total Fees | $ 55,368.75 |
| Total Disbursements | $ 3,792.14 |
| Total Due This Statement | $ **59,160.89** |

VIRTUOSO

# WORLDTRAVELSERVICE

**Providing Corporate, Leisure, Government and Meeting Planning Services**
www.worldtravelservice.com

SALES PERSON:DTP70   BRANCH:10      ITIN/INVOICE NO:   484943 NOV 21 2006

CUSTOMER NBR:030001800,            AGENCY LOCATOR:K9SEQO      PAGE:01

IVINS PHILLIPS AND BARKER          IVINS PHILLIPS AND BARKER
1700 PENNSLYVANIA AVE              1700 PENNSLYVANIA AVE
SUITE 600                          SUITE 600
WASHINGTON DC   20006              WASHINGTON DC   20006

SOLLEE/WILLIAM L JR


01 DEC 06 - FRIDAY
   NORTHWST AIR  225 COACH CLASS    EQUIP-AIRBUS A319 JET
   DEPART TERMINAL- A
   LV: WASH/REAGAN      729A        NONSTOP      MILES- 405   CONFIRMED
   AR: DETROIT/METRO    909A        ELAPSED TIME- 1:40
   ARRIVAL TERMINAL-EM
                                    SEAT-10A
   FREQ FLYER-NW    495259306
   AIRLINE LOCATOR: NW -N7S59S

   US AIRWAYS   3304 SPECIAL CL     EQUIP-E70
   DEPART TERMINAL- LS
   LV: DETROIT/METRO    510P        NONSTOP      MILES- 405   CONFIRMED

   ETKT            21NOV06  PASSENGER RECEIPT
   NORTHWEST AIRLINES INC    5880/DTP570 / 0DTP70
   WORLD TRAVEL    SERVICE/WASHINGTON    DC
   SOLLEE/WILLIAM L JR
   **NOT VALID FOR*****RETAIN THIS RECEIPT**
   **TRANSPORTATION***THROUGHOUT YOUR JOURNEY
   NON-REFUNDABLE-/PENALTY FOR CHANGES/STNDBY-CHG FEE-NO RFND-/COL BY FLT

   1DEC HAS NW DTT 96.74T7AKN US HAS 87.44UA7N1K USD184.18END ZPDCADTT
   9.00XFDCA4.5DTH4.5

   USD184.18         VIXXXXXXXXXXXX0868 EXP0608/
   US13.81           **********************************
   XT20.60                                                   NOT VALID FOR TRAVEL
                     0 012 7616082037 3
   USD218.59

                                      AIRLINE CC PAYMENT         218.59-
                                      AMOUNT DUE                   0.00

*PLEASE NOTE:ALL SERVICE FEES ARE NON-REFUNDABLE*
PLEASE REMEMBER TO BRING THESE 2 ITEMS BELOW
WHEN TRAVELING ON E-TICKETS
A PRINTED COPY OF YOUR ETKT CONFIRMATION (VIEWTRIP.COM)
A VALID PASSPORT AND/OR DRIVER*S LICENSE

WORLDTRAVELSERVICE® acts only as an agent for the carrier, hotel or other facility providing travel accommodations.
WORLDTRAVELSERVICE® is not responsible for any negligent act or omission by any of these organizations.



REAGAN NATIONAL
AIRPORT

For Questions or Comments: (703)417-4300

Entrance: 06:24 12/01/06  Lane # 12
Exit    : 19:37 12/01/06  Lane # 41
License Plate DC AL5845
Cashier : 027              Seq. # 3776
Length of stay 0/000 13h, 13mn,
Amount Paid $ 17.00 Card
***** Thank You for Flying *****
***** Reagan National Airport *****

**IVINS, PHILLIPS & BARKER**
CHARTERED

1700 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006
(202) 393-7600
FAX: (202) 393-7601
EMAIL: IPB@IPBTAX.COM

**MEMO**

DATE:

TO:

FROM:

RE:

Ralphi 12/1/06

air :

Car : $212 + $20 Tips =
$232

Parking : $17

Bfst : $6.50

lunch : $8.00

Dinner : $12.00

26.50

March 30, 2007

Ms. Karen M. Cobb
Benefits Tax Counsel
Delphi Corporation
M/C 483-400-151
5725 Delphi Drive
Troy, Michigan  48098-2815

Re:    Statement for Professional Services Rendered
       For the Period Ending January 31, 2007

Dear Karen:

As you know, an order was entered February 26, 2007, authorizing the employment and retention of Ivins, Phillips & Barker as special pension benefits tax counsel to the Debtors *nunc pro tunc* to November 1, 2006.

Enclosed is our fee statement for professional services rendered and disbursements made to Delphi Corporation ("Delphi") for the period commencing January 1, 2007, and ending January 31, 2007.  Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees ($49,620.00) and 100% of the expenses ($322.40) in this monthly statement to which no objection has been served in accordance with paragraph 2(d) of the Order.

If you have any questions or comments, please do not hesitate to call.

With best regards.

Sincerely yours,


William L. Sollee, Jr.

Enclosures

cc:   Fee Committee (Attn:  David M. Sherbin, Esquire)
      Skadden, Arps (Attn:  John W. Butler, Jr., Esquire)
      U.S. Trustee (Attn:  Ms. Alicia M. Leonhard)
      OCC (Attn:  Robert J. Rosenberg, Esquire)
      Debtors' Prepetition Agent (Attn:  Ms. Marissa Wesley)
      Debtors' Prepetition Agent (Attn:  Ms. Marlane Melican)
      Legal Cost Control (Attn:  Joe Sykes, Esquire)

March 30, 2007
IVINS, PHILLIPS & BARKER
Chartered
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 393-7600
E. I. 52-1229560
*lclw/#1829*

Delphi Corporation
M/C 483-400-151
5725 Delphi Drive
Troy, Michigan  48098-2815
   *Attention*:    Ms. Karen M. Cobb

For Professional Services Rendered and disbursements
made through January 31, 2007:

**$62,025.00**

Disbursements:
| | |
|---|---|
| Lexis | $249.40 |
| Telephone | 25.28 |
| Photocopying | 17.72 |
| Courier | 30.00 |
| *Total Disbursements* | $322.40 |

**TOTAL**                                **$62,347.40**

# Ivins, Phillips & Barker

1700 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20006
E.I. 52-1229560
March 30, 2007

**Billing Period:  January, 2007**

DELPHI CORPORATION
Attn:  Ms. Karen M. Cobb
M/C 483-400-151
5725 Delphi Drive
Troy, Michigan  48098-2815

| Date of Service | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/2 | William L. Sollee, Jr. | Most of day on Delphi matters:  Review, consolidate and revise PBGC talking points memo; correspondence w/K.Cobb | 6.25 | $ 650 | $ 4,062.50 |
| 1/2 | Nicole Occhuizzo | Prepare PLR request regarding divested units | 1.50 | $ 225 | $ 337.50 |
| 1/3 | William L. Sollee, Jr. | Further revisions to PBGC talking points memo, per F.Kuplicky et al. | 4.75 | $ 650 | $ 3,087.50 |
| 1/3 | William L. Sollee, Jr. | Research and memo regarding pension deduction issue and tc w/S.Gale regarding same | 5.50 | $ 650 | $ 3,575.00 |
| 1/4 | William L. Sollee, Jr. | Most of day on Delphi matters:  Bankruptcy case law research re enforceability of excise tax; draft and circulate proposed waiver conditions; correspondence w/K.Cobb, L.Hassel, K.Williams, J.Sheehan | 7.50 | $ 650 | $ 4,875.00 |
| 1/4 | William L. Sollee, Jr. | Review D letter filing requirements per K.Cobb | 0.50 | $ 650 | $ 325.00 |
| 1/5 | William L. Sollee, Jr. | Incorporate K.Cobb revisions to PBGC talking points; correspondence w/K.Cobb re same; research re same | 4.25 | $ 650 | $ 2,762.50 |
| 1/8 | William L. Sollee, Jr. | All day on Delphi matters: Prepare for and conference call regarding collateral; conference call w/Cerberus et al.; memo summarizing conclusions; correspondence w/K.Cobb regarding same and next steps; research | 8.25 | $ 650 | $ 5,362.50 |
| 1/9 | William L. Sollee, Jr. | Correspondence w/IRS; draft memorandum summarizing; report to K.Cobb | 3.00 | $ 650 | $ 1,950.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1/9 | William L. Sollee, Jr. | Correspondence w/K.Cobb regarding 409A issues; leveling hierarchy | 0.50 | $ 650 | $ 325.00 |
| 1/10 | William L. Sollee, Jr. | Research re bankruptcy and excise tax; tax deduction; collateral precedents; correspondence w/K.Cobb | 3.50 | $ 650 | $ 2,275.00 |
| 1/11 | William L. Sollee, Jr. | Prepare detailed talking points regarding outstanding waiver application issues and email to IRS | 2.50 | $ 650 | $ 1,625.00 |
| 1/12 | William L. Sollee, Jr. | Research re multiple employer, prohibited transaction, and divested unit issues for discussion w/IRS; discussion w/IRS re same; draft memorandum re same and discuss w /K.Cobb | 5.00 | $ 650 | $ 3,250.00 |
| 1/16 | William L. Sollee, Jr. | Prepare for telephone conference regarding proposed counter-offer to PBGC; conference call w/K.Cobb, J.Sheehan and K.Williams regarding same | 3.50 | $ 650 | $ 2,275.00 |
| 1/17 | William L. Sollee, Jr. | Prepare divestiture ruling; correspondence w/K.Cobb re same | 4.25 | $ 650 | $ 2,762.50 |
| 1/18 | William L. Sollee, Jr. | All day on Delphi matters:  Prepare divestiture ruling; discuss second waiver w/K.Cobb; correspondence w/ K.Williams re same; revise collateral proposal and discuss w/group | 8.75 | $ 650 | $ 5,687.50 |
| 1/18 | Nicole Occhuizzo | Prepare minimum funding waiver for hourly pension plan | 1.00 | $ 225 | $ 225.00 |
| 1/19 | William L. Sollee, Jr. | Continue preparation of divestiture ruling request; prepare for and follow-up call w/IRS | 5.25 | $ 650 | $ 3,412.50 |
| 1/19 | Nicole Occhuizzo | Prepare minimum funding waiver for hourly pension plan | 1.00 | $ 225 | $ 225.00 |
| 1/22 | William L. Sollee, Jr. | Prep and conf call w/K.Cobb and J.Sheehan re PBGC collateral; Continue preparation of divestiture ruling | 4.00 | $ 650 | $ 2,600.00 |
| 1/22 | Nicole Occhuizzo | Research IRS guidance on provisions regarding PLR application for de minimis amendment | 1.00 | $ 225 | $ 225.00 |
| 1/23 | William L. Sollee, Jr. | Revise collateral proposal; correspondence w/K.Cobb and group re same; correspondence w/IRS re same | 4.75 | $ 650 | $ 3,087.50 |
| 1/23 | Nicole Occhuizzo | Prepare funding waiver request for Hourly Pension Plan | 1.75 | $ 225 | $ 393.75 |
| 1/24 | Nicole Occhuizzo | Prepare funding waiver request for Hourly Pension Plan | 5.50 | $ 225 | $ 1,237.50 |
| 1/25 | Nicole Occhuizzo | Prepare funding waiver request for Hourly Pension Plan | 2.25 | $ 225 | $ 506.25 |
| 1/29 | William L. Sollee, Jr. | Continue preparation of divestiture ruling request; correspondence w/K.Cobb | 3.25 | $ 650 | $ 2,112.50 |
| 1/29 | William L. Sollee, Jr. | Discuss foundation issue w/V.Chang | 0.25 | $ 650 | $ 162.50 |
| 1/29 | Victor S. Chang | Conference w/WLSollee regarding foundation self-dealing issue; brief research re same | 0.50 | $ 275 | $ 137.50 |
| 1/30 | Nicole Occhuizzo | Assist in finalization of divestiture ruling request | 2.50 | $ | $ |

| | | | | | 225 | 562.50 |
|---|---|---|---|---|---|---|
| 1/31 | William L. Sollee, Jr. | Prepare schedules for divested unit PLR request; prepare second waiver request; discuss PBGC counter-offer w/K.Cobb et al. | 4.00 | $ 650 | | $ 2,600.00 |
| | | | | | | |
| | | | | | | |
| | | **TOTAL HOURS / TOTAL FEE** | **106.50** | | | **$ 62,025.00** |

| | | | |
|---|---|---|---|
| WILLIAM L. SOLLEE, JR. - Principal | 89.50 | $ 650 | $ 58,175.00 |
| VICTOR S. CHANG - Associate | 0.50 | $ 275 | $ 137.50 |
| NICOLE OCCHUIZZO - Associate | 16.50 | $ 225 | $ 3,712.50 |
| *TOTALs* | 106.50 | | $ 62,025.00 |

Disbursements for January, 2007

| | |
|---|---|
| Lexis Research Services | 249.40 |
| Courier | 30.00 |
| Copy/Binding | 17.72 |
| Primus Telephone | 25.28 |
| *Total Disbursements* | **322.40** |