# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

COPY

DELPHI CORPORATION, et al.,          Case No. 05-44481 (RDD)

Debtors.                              Chapter 11

---

## REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE BY THE OKALOOSA COUNTY TAX COLLECTOR FOR
## 2006 AD VALOREM TAXES

COMES NOW, Chris Hughes, duly appointed Tax Collector in and for Okaloosa County, State of Florida, and files this Request for Payment of An Administrative Expense and in support thereof further says:

1.     The Debtor was at the time of the filing of the Petition initiating this case the owner of certain tangible personal property subject to taxes owed to the Tax Collector of Okaloosa County, State of Florida, for the calendar year of 2006.

2.     Since the institution of these proceedings in 2005, the 2006 ad valorem personal property taxes become due for the 2006 calendar year as follows:



a.   In the amount of $18,433.72, plus interest at eighteen percent (18%) per annum, for the 2006 ad valorem tangible personal property taxes on Account Number 00015412 and 00015414.  Copies of the 2006 tax bills showing the March 2006 amounts due are attached hereto as Exhibit "A".

3.   The tangible personal property taxes for the 2006 calendar year are administrative expenses under 11 U.S.C. Section 503 (b) (1) (B), in that they are taxes incurred by the estate and not a tax of the kind specified in 11 U.S.C. Section 507 (a) (7), that is they are not taxes assessed before the commencement of the bankruptcy case and last payable without penalty after one year before the date of the filing of the petition.

4.   Pursuant to 11. U.S.C. Section 503 (a), and the applicable Rules of Bankruptcy Procedure, the applicant respectfully requests payment of this administrative expense.



WHEREFORE, the applicant prays that the Court will enter an order authorizing and directing the payment of the aforesaid administrative expense and order such other relief as may be appropriate under the circumstances.

_Christhughes by VLD_

CHRIS HUGHES
OKALOOSA COUNTY TAX COLLECTOR
151-C Eglin Parkway N.E.
Fort Walton Beach, FL  32528
(850) 651-7300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Request for Payment of an Administrative Expense by the Okaloosa County Tax Collector for 2006 Ad Valorem Taxes has been furnished to Counsel for the Debtors; JOHN Wm. Butler, Jr. of Skadden Arps Slate Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606-1285, by regular Unisted States mail, postage prepaid this 28th day of March, 2007.

_Chris Hughes by Vio_

CHRIS HUGHES

COPY

EXHIBIT "A"

SEE ATTACHMENTS

# CHRIS HUGHES
Okaloosa County Tax Collector

Notice of AD VALOREM Taxes and NON-AD VALOREM Assessments

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00015414 | | 5941 | 0 | 5941 | DE |

Prior Year(s) Taxes Due

DELPHI AUTOMOTIVE SYSTEMS LLC
DELCO
PO BOX 5082
TROY, MI 48007

## AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (Dolllars per $1,000 of taxable value) | TAXES LEVIED |
|---|---|---|---|
| CO | OKALOOSA COUNTY BD OF CO COMMS | | 9.77 |
| | GENERAL REVENUE | 1.6449 | 9.22 |
| | FINE AND FORFEITURE | 1.5519 | 0.32 |
| | PUBLIC HEALTH | 0.0547 | 0.84 |
| | EMERGENCY MEDICAL | 0.1417 | 1.53 |
| | CAPITAL OUTLAY | 0.2568 | 15.62 |
| LS | SCHOOL LOCAL | 2.6300 | 30.63 |
| SS | SCHOOL STATE | 5.1560 | 0.30 |
| NW | NORTHWEST WATER DISTRICT | 0.0500 | 8.91 |
| DE | CITY OF DESTIN | 1.5000 | |

COPY

| | TOTAL MILLAGE | 12.9860 | AD VALOREM TAXES | $77.14 |
|---|---|---|---|---|

RETAIN
THIS
PORTION
FOR
YOUR
RECORDS

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | NON-AD VALOREM ASSESSMENTS | $0.00 |

See reverse side for important information

| COMBINED TAXES AND ASSESSMENTS | | $77.14 | | Feb 28, 2007 76.37 | Mar 31, 2007 77.14 |
|---|---|---|---|---|---|
| PAY ONLY ONE AMOUNT | Nov 30, 2006 74.05 | Dec 31, 2006 74.83 | Jan 31, 2007 75.60 | | |

If Paid ← By

# CHRIS HUGHES
Okaloosa County Tax Collector

TANGIBLE Notice of AD VALOREM Taxes and NON-AD VALOREM Assessments    2006    2001528

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00015414 | | 5941 | 0 | 5941 | DE |

Prior Year(s) Taxes Due

DELPHI AUTOMOTIVE SYSTEMS LLC
DELCO
PO BOX 5082
TROY, MI 48007

Please Pay in U.S. Funds To Okaloosa County Tax Collector, PO Box 1029, Crestview, Florida, 32536-1029

| If Paid By → | Nov 30, 2006 74.05 | Dec 31, 2006 74.83 | Jan 31, 2007 75.60 | Feb 28, 2007 76.37 | Mar 31, 2007 77.14 |
|---|---|---|---|---|---|
| Please Pay → | | | | | |

0000000000 0000007714 0000000002001528 0002 0

# CHRIS HUGHES
Okaloosa County Tax Collector

ANNUAL Notice of AD VALOREM Taxes and NON-AD VALOREM Assessments    2006    2001526

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00015412 | | 1413566 | 0 | 1413566 | DE |

Prior Year(s) Taxes Due

DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & ENGINE
PO BOX 5082
TROY, MI 48007

## AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (Dollars per $1,000 of taxable value) | TAXES LEVIED |
|---|---|---|---|
| CO | OKALOOSA COUNTY BD OF CO COMMS | | 2325.19 |
| | GENERAL REVENUE | 1.6449 | 2193.71 |
| | FINE AND FORFEITURE | 1.5519 | 77.32 |
| | PUBLIC HEALTH | 0.0547 | 200.3 |
| | EMERGENCY MEDICAL | 0.1417 | 363 |
| | CAPITAL OUTLAY | 0.2568 | 3717.68 |
| LS | SCHOOL LOCAL | 2.6300 | 7288.35 |
| SS | SCHOOL STATE | 5.1560 | 70.68 |
| NW | NORTHWEST WATER DISTRICT | 0.0500 | 2120.35 |
| DE | CITY OF DESTIN | 1.5000 | |

COPY

| TOTAL MILLAGE | 12.9860 | AD VALOREM TAXES | $18,356.58 |
|---|---|---|---|

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |
| | NON-AD VALOREM ASSESSMENTS | $0.00 |

RETAIN THIS PORTION FOR YOUR RECORDS

| COMBINED TAXES AND ASSESSMENTS | | $18,356.58 | | See reverse side for important information | |
|---|---|---|---|---|---|
| PAY ONLY ONE AMOUNT | Nov 30, 2006 17622.32 | Dec 31, 2006 17805.88 | Jan 31, 2007 17989.45 | Feb 28, 2007 18173.01 | Mar 31, 2007 18356.58 |

If Paid ◄ By

# CHRIS HUGHES
Okaloosa County Tax Collector

TANGIBLE Notice of AD VALOREM Taxes and NON-AD VALOREM Assessments    2006    2001526

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00015412 | | 1413566 | 0 | 1413566 | DE |

Prior Year(s) Taxes Due

DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & ENGINE
PO BOX 5082
TROY, MI 48007

Please Pay in U.S. Funds To Okaloosa County Tax Collector, PO Box 1029, Crestview, Florida, 32536-1029

| If Paid By ➤ | Nov 30, 2006 | Dec 31, 2006 | Jan 31, 2007 | Feb 28, 2007 | Mar 31, 2007 |
|---|---|---|---|---|---|
| Please Pay ➤ | 17622.32 | 17805.88 | 17989.45 | 18173.01 | 18356.58 |

0000000000 00018356858 0000000002001526 0002 9