Eugene I. Farber (8817)
FARBER, PAPPALARDO & CARBONARI
200 East Post Rd.
White Plains, NY 10601
Telephone: (914) 761-9400
Facsimile: (914) 261-0747
e-mail: efarber747@aol.com

-and-

Judy B. Calton (MI Bar # P38733)
Seth A. Drucker (MI Bar # P65641)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
e-mail: jcalton@honigman.com

Attorneys for DBM Technologies LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
In re                                :    Chapter 11
:
**DELPHI CORPORATION et al.,**       :    Case No. 05-44481 (RDD)
:
Debtors.                     :    (Jointly Administered)
:
-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION BY DBM TECHNOLOGIES, LLC FOR RELIEF FROM STAY TO EFFECT SETOFF**

DBM Technologies, LLC, by its attorneys, Farber, Pappalardo & Carbonari, and Honigman Miller Schwartz and Cohn LLP, pursuant to the *Settlement Agreement between Delphi Automotive Systems, LLC and DBM Technologies, LLC to Permit Setoff of Mutual Prepetition Obligations under Section 553 of the Bankruptcy Code* [D. I. 7433], hereby

withdraws its *Motion by DBM Technologies, LLC for Relief from Stay to Effect Setoff* [D. I. 1042].

        Respectfully submitted,

        FARBER, PAPPALARDO & CARBONARI

        By: /s/Eugene I. Farber
        Eugene I. Farber (8817)
        200 East Post Rd.
        White Plains, NY 10601
        Telephone: (914) 761-9400
        Facsimile: (914) 261-0747
        e-mail: efarber747@aol.com

        -AND-

        HONIGMAN MILLER SCHWARTZ AND COHN LLP

        By: /s/ Judy B. Calton
            Judy B. Calton (MI Bar # P38733)
            Seth A. Drucker (MI Bar # P65641)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226-3506
        (313) 465-7344
        e-mail: jcalton@honigman.com

Dated: April 9, 2007

DETROIT.2579362.1