**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

| | |
|---|---|
| In re: | In Proceedings For A Reorganization Under |
| **DELPHI CORPORATION, et al,** | Chapter 11 |
| | Case No.: 05-44481 |
| | Jointly Administered |
| Debtors. | |

-----------------------------------------------------------------------X

**Claim Nos.: 5675**

**NOTICE** OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)    Orcon Industries
P.O. Box 10522
Albany, NY  12201-5522
Attn:  Cheryl LeBlanc

The transfer of your claim as shown above, in the amount of **$17,746.00** has been transferred (unless previously expunged by court order) to:

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, New York 10022
Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

CLERK OF THE COURT

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

_____
Deputy Clerk