# EXHIBIT A

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT Southern  DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor DELPHI CORPORATION | Case Number 05-44481 (AJG) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

LTC Roll & Engineering Co.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
c/o Gary H. Cunningham, Esq.
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
Telephone number: 248-540-2300

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces     a previously filed claim, dated:_____
if this claim ☐ amends

1. **Basis for Claim**
   - ☑ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)           (date)

2. **Date debt was incurred:** 10/10/05

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 38,722.98 _____ 10,790.84   49,513.82
   (unsecured)   (secured)   (priority)   (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☑ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 10,790.84
   Specify the priority of the claim: RECLAMATION
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| October 12, 2005 | Gary H. Cunningham, Attorney-in-Fact |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

05-44481-rdd   Doc 7612-1   Filed 04/10/07   Entered 04/10/07 11:41:14   Exhibit A
Pg 3 of 6

Page: 1
Date: 10/11/05 at 11:32 AM

## L.T.C. ROLL & ENGINEERING CO.
### Open Receivables Aging Detail by Customer
### Aged from Invoice Date, for Customer DELTRY

| Date | Invoice # | Amount | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Open Balance | PO Number |
|---|---|---|---|---|---|---|---|---|---|
| Customer: | DELTRY | DELPHI AUTOMOTIVE SYSTEMS | | Contact: | | | Salesperson: LTC | | |
| Terms: | Net 30 Days | | | Phone: | | | | | |
| 8/25/05 | 61598 | 2104.10 | | 2104.10 | | | | 2104.10 | 05500610 |
| 8/30/05 | 61640 | 3907.61 | | 3907.61 | | | | 3907.61 | 05500610 |
| 9/01/05 | 61659 | 976.90 | | 976.90 | | | | 976.90 | 05500610 |
| 9/02/05 | 61670 | 976.90 | | 976.90 | | | | 976.90 | 05500610 |
| 9/06/05 | 61686 | 413.31 | | 413.31 | | | | 413.31 | 05500610 |
| 9/07/05 | 61696 | 1352.64 | | 1352.64 | | | | 1352.64 | 05500610 |
| 9/08/05 | 61709 | 1390.21 | | 1390.21 | | | | 1390.21 | 05500610 |
| 9/12/05 | 61735 | 1502.93 | 1502.93 | | | | | 1502.93 | 05500610 |
| 9/13/05 | 61740 | 1202.34 | 1202.34 | | | | | 1202.34 | 05500610 |
| 9/14/05 | 61748 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/15/05 | 61758 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/16/05 | 61762 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/19/05 | 61781 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/20/05 | 61805 | 1427.78 | 1427.78 | | | | | 1427.78 | 05500006 |
| 9/21/05 | 61814 | 1427.78 | 1427.78 | | | | | 1427.78 | 05500610 |
| 9/22/05 | 61826 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/27/05 | 61878 | 1953.81 | 1953.81 | | | | | 1953.81 | 05500610 |
| 9/28/05 | 61891 | 976.90 | 976.90 | | | | | 976.90 | 05500610 |
| 9/29/05 | 61904 | 976.90 | 976.90 | | | | | 976.90 | 05500610 |
| 9/30/05 | 61919 | 166.92 | 166.92 | | | | | 166.92 | 45014214 |
| | Totals: | | 15083.46 | 11121.67 | | | | 26205.13 | |

## L.T.C. ROLL & ENGINEERING CO.
## Open Receivables Aging Detail by Customer
## Aged from Invoice Date, for Customer DELVAN

| ate | Invoice # | Amount | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Open Balance | PO Number |
|---|---|---|---|---|---|---|---|---|---|
| ustomer: | DELVAN DELPHI AUTOMOTIVE SYSTEMS | | | Contact: | | | Salesperson: LTC | | |
| erms: | | | | Phone: | | | | | |
| 2/09/04 | 59523 | 3381.59 | | | | | 3381.59 | 3381.59 | 05500260 |
| 9/06/05 | 61683 | 375.73 | | 375.73 | | | | 375.73 | 05500260 |
| 9/27/05 | 61877 | 1202.34 | 1202.34 | | | | | 1202.34 | 05500260 |
| 9/28/05 | 61890 | 901.76 | 901.76 | | | | | 901.76 | 05500260 |
| 0/03/05 | 61953 | 901.76 | 901.76 | | | | | 901.76 | 05500260 |
| 0/07/05 | 62015 | 901.76 | 901.76 | | | | | 901.76 | 05500260 |
| | Totals: | | 3907.62 | 375.73 | | | 3381.59 | 7664.94 | |

age: 1
ate: 10/11/05 at 11:32 AM

## L.T.C. ROLL & ENGINEERING CO.
### Open Receivables Aging Detail by Customer
### Aged from Invoice Date, for Customer DELCOL

| ate | Invoice # | Amount | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Open Balance | PO Number |
|---|---|---|---|---|---|---|---|---|---|
| Customer: | DELCOL DELPHI AUTOMOTIVE SYTEMS | | | Contact: | | Salesperson: | LTC | | |
| Terms: | Net 30 Days | | | Phone: | | | | | |
| 1/15/04 | 59346 | 1730.94 | | | | | 1730.94 | 1730.94 | 05500222 |
| 9/01/05 | 61657 | 685.84 | | 685.84 | | | | 685.84 | 05500222 |
| 9/02/05 | 61669 | 718.50 | | 718.50 | | | | 718.50 | 05500227 |
| 9/06/05 | 61685 | 685.84 | | 685.84 | | | | 685.84 | 05500222 |
| 9/07/05 | 61695 | 1045.09 | | 1045.09 | | | | 1045.09 | 05500222 |
| 9/08/05 | 61708 | 587.87 | | 587.87 | | | | 587.87 | 05500222 |
| 9/09/05 | 61716 | 620.52 | | 620.52 | | | | 620.52 | 05500222 |
| 9/12/05 | 61732 | 587.87 | 587.87 | | | | | 587.87 | 05500222 |
| 9/14/05 | 61757 | 424.57 | 424.57 | | | | | 424.57 | 05500222 |
| 9/16/05 | 61761 | 489.89 | 489.89 | | | | | 489.89 | 05500222 |
| 9/19/05 | 61780 | 457.23 | 457.23 | | | | | 457.23 | 05500222 |
| 9/20/05 | 61803 | 457.23 | 457.23 | | | | | 457.23 | 05500222 |
| 9/20/05 | 61809 | 1045.09 | 1045.09 | | | | | 1045.09 | 05500222 |
| 9/22/05 | 61825 | 1077.75 | 1077.75 | | | | | 1077.75 | 05500222 |
| 9/23/05 | 61840 | 1175.73 | 1175.73 | | | | | 1175.73 | 05500222 |
| 9/26/05 | 61867 | 587.87 | 587.87 | | | | | 587.87 | 05500222 |
| 9/27/05 | 61879 | 97.98 | 97.98 | | | | | 97.98 | 05500222 |
| 9/28/05 | 61893 | 751.16 | 751.16 | | | | | 751.16 | 05500222 |
| 9/29/05 | 61903 | 653.18 | 653.18 | | | | | 653.18 | 05500222 |
| 9/30/05 | 61917 | 489.89 | 489.89 | | | | | 489.89 | 05500222 |
| 10/03/05 | 61952 | 457.23 | 457.23 | | | | | 457.23 | 05500222 |
| 10/06/05 | 61995 | 97.98 | 97.98 | | | | | 97.98 | 05500222 |
| 10/07/05 | 62014 | 359.25 | 359.25 | | | | | 359.25 | 05500222 |
| 10/10/05 | 62024 | 359.25 | 359.25 | | | | | 359.25 | 05500222 |
| | Totals: | | 9569.15 | 4343.66 | | | 1730.94 | 15643.75 | |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In the Matters of: )
) Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al. ) (Chapter 11 – Jointly Administered)
)
Debtors-in-Possession. )  Hon. Robert D. Drain
)

## PROOF OF SERVICE

STATE OF MICHIGAN )
) ss.
COUNTY OF OAKLAND )

Cheryl L. Gray, being an employee of the firm of Strobl Cunningham & Sharp, P.C., deposes and states that on the 12th day of October, 2005, she served copies of the **Reclamation Notice of LTC Roll & Engineering Company Pursuant to 11 U.S.C. §546** and **Proof of Claim** upon the following in the manner set forth below:

VIA EMAIL TO: jbutler@skadden.com
John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

VIA FACSIMILE TO: (212) 668-2255
Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
(Pleadings Only)

_____
Cheryl L. Gray

Subscribed and sworn to before me
this 12th day of October, 2005.

_____
Danielle Chamberlin, Notary Public
Macomb County, Michigan
Acting in Oakland
My commission expires: 7/15/2007

DANIELLE CHAMBERLIN
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Jul 15, 2007
ACTING IN OAKLAND COUNTY