# EXHIBIT B

age: 1
ate: 10/11/05 at 11:32 AM

### L.T.C. ROLL & ENGINEERING CO.
#### Open Receivables Aging Detail by Customer
#### Aged from Invoice Date, for Customer DELTRY

| ate | Invoice # | Amount | 0-30 | 31-80 | 61-90 | 91-120 | Over 120 | Open Balance | PO Number |
|---|---|---|---|---|---|---|---|---|---|
| ustomer: | DELTRY DELPHI AUTOMOTIVE SYSTEMS | | | Contact: | | | Salesperson: LTC | | |
| erms: | Net 30 Days | | | Phone: | | | | | |
| 3/25/05 | 61598 | 2104.10 | | 2104.10 | | | | 2104.10 | 05500610 |
| 3/30/05 | 61640 | 3907.61 | | 3907.61 | | | | 3907.61 | 05500610 |
| 3/01/05 | 61659 | 976.90 | | 976.90 | | | | 976.90 | 05500610 |
| 3/02/05 | 61670 | 976.90 | | 976.90 | | | | 976.90 | 05500610 |
| 3/06/05 | 61686 | 413.31 | | 413.31 | | | | 413.31 | 05500610 |
| 3/07/05 | 61696 | 1352.64 | | 1352.64 | | | | 1352.64 | 05500610 |
| 3/08/05 | 61709 | 1390.21 | | 1390.21 | | | | 1390.21 | 05500610 |
| 3/12/05 | 61735 | 1502.93 | 1502.93 | | | | | 1502.93 | 05500610 |
| 3/13/05 | 61740 | 1202.34 | 1202.34 | | | | | 1202.34 | 05500610 |
| 3/14/05 | 61748 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 3/15/05 | 61758 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 3/16/05 | 61762 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 3/19/05 | 61781 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 3/20/05 | 61805 | 1427.78 | 1427.78 | | | | | 1427.78 | 05500006 |
| 3/21/05 | 61814 | 1427.78 | 1427.78 | | | | | 1427.78 | 05500610 |
| 3/22/05 | 61826 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 3/27/05 | 61878 | 1953.81 | 1953.81 | | | | | 1953.81 | 05500610 |
| 3/28/05 | 61891 | 976.90 | 976.90 | | | | | 976.90 | 05500610 |
| 3/29/05 | 61904 | 976.90 | 976.90 | | | | | 976.90 | 05500610 |
| 3/30/05 | 61919 | 166.92 | 166.92 | | | | | 166.92 | 45014214 |
| | Totals: | | 15083.46 | 11121.67 | | | | 26205.13 | |

age: 1
ate: 10/11/05 at 11:32 AM

## L.T.C. ROLL & ENGINEERING CO.
### Open Receivables Aging Detail by Customer
### Aged from Invoice Date, for Customer DELVAN

| ate | Invoice # | Amount | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Open Balance | PO Number |
|-----|-----------|--------|------|-------|-------|--------|----------|--------------|-----------|
| ustomer: | DELVAN DELPHI AUTOMOTIVE SYSTEMS | | | Contact: | | | Salesperson:  LTC | | |
| erms: | | | | Phone: | | | | | |
| 2/09/04 | 59523 | 3361.59 | | | | | 3361.59 | 3361.59 | 05500260 |
| 3/08/05 | 61683 | 375.73 | | 375.73 | | | | 375.73 | 05500260 |
| 3/27/05 | 61877 | 1202.34 | 1202.34 | | | | | 1202.34 | 05500260 |
| 3/28/05 | 61890 | 901.76 | 901.76 | | | | | 901.76 | 05500260 |
| 0/03/05 | 61953 | 901.76 | 901.76 | | | | | 901.76 | 05500260 |
| 0/07/05 | 62015 | 901.76 | 901.76 | | | | | 901.76 | 05500260 |
| | Totals: | | 3907.62 | 375.73 | | | 3361.59 | 7664.94 | |

age: 1
ate: 10/11/05 at 11:32 AM

## L.T.C. ROLL & ENGINEERING CO.
### Open Receivables Aging Detail by Customer
### Aged from Invoice Date, for Customer DELCOL

| ate | Invoice # | Amount | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Open Balance | PO Number |
|---|---|---|---|---|---|---|---|---|---|
| ustomer: | DELCOL DELPHI AUTOMOTIVE SYTEMS | | | Contact: | | | Salesperson: LTC | | |
| erms: | Net 30 Days | | | Phone: | | | | | |
| 1/15/04 | 59346 | 1730.94 | | | | | 1730.94 | 1730.94 | 05500222 |
| 9/01/05 | 61657 | 685.84 | | 685.84 | | | | 685.84 | 05500222 |
| 9/02/05 | 61669 | 718.50 | | 718.50 | | | | 718.50 | 05500227 |
| 9/06/05 | 61685 | 685.84 | | 685.84 | | | | 685.84 | 05500222 |
| 9/07/05 | 61695 | 1045.09 | | 1045.09 | | | | 1045.09 | 05500222 |
| 9/08/05 | 61708 | 587.87 | | 587.87 | | | | 587.87 | 05500222 |
| 9/09/05 | 61716 | 620.52 | | 620.52 | | | | 620.52 | 05500222 |
| 9/12/05 | 61732 | 587.87 | 587.87 | | | | | 587.87 | 05500222 |
| 9/14/05 | 61757 | 424.57 | 424.57 | | | | | 424.57 | 05500222 |
| 9/16/05 | 61761 | 489.89 | 489.89 | | | | | 489.89 | 05500222 |
| 9/19/05 | 61780 | 457.23 | 457.23 | | | | | 457.23 | 05500222 |
| 9/20/05 | 61803 | 457.23 | 457.23 | | | | | 457.23 | 05500222 |
| 9/20/05 | 61809 | 1045.09 | 1045.09 | | | | | 1045.09 | 05500222 |
| 9/22/05 | 61825 | 1077.75 | 1077.75 | | | | | 1077.75 | 05500222 |
| 9/23/05 | 61840 | 1175.73 | 1175.73 | | | | | 1175.73 | 05500222 |
| 9/26/05 | 61867 | 587.87 | 587.87 | | | | | 587.87 | 05500222 |
| 9/27/05 | 61879 | 97.98 | 97.98 | | | | | 97.98 | 05500222 |
| 9/28/05 | 61893 | 751.16 | 751.16 | | | | | 751.16 | 05500222 |
| 9/29/05 | 61903 | 653.18 | 653.18 | | | | | 653.18 | 05500222 |
| 9/30/05 | 61917 | 489.89 | 489.89 | | | | | 489.89 | 05500222 |
| 0/03/05 | 61952 | 457.23 | 457.23 | | | | | 457.23 | 05500222 |
| 0/06/05 | 61995 | 97.98 | 97.98 | | | | | 97.98 | 05500222 |
| 0/07/05 | 62014 | 359.25 | 359.25 | | | | | 359.25 | 05500222 |
| 0/10/05 | 62024 | 359.25 | 359.25 | | | | | 359.25 | 05500222 |
| | **Totals:** | | 9569.15 | 4343.66 | | | 1730.94 | 15643.75 | |

# L.T.C. ROLL & ENGINEERING CO.

23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61683**

**Invoice Date** 09/06/05

**COPY**

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS RD
TROY, MI 48084
USA

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS -
250 NORTHWOODS BLVD.
P.O. BOX 5051
VANDALIA, OH 45377

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELVAN | CONNECTION | COLLECT | |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550026037 | LTC | 09/06/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % Tax | Extended Price |
|---|---|---|---|---|---|
| 140 | 140 / 0 | 16644532 / LIFT GATE CHANNEL - 10 BOXES ON 1 SKID @ 300# | PCS | 2.68380 / N | 375.73 |

*Dana printed Acknowledgements for Alan Kanter. received sent acknowledgements to Gary Cunningham -248-457-7055 248-470-4000*

| | |
|---|---|
| Nontaxable Subtotal | 375.73 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 375.73 |

Duplicate

Page 1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61683**
**Invoice Date 09/06/05**

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
250 NORTHWOODS BLVD.
P.O. BOX 5051
VANDALIA, OH 45377

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELVAN | CONNECTION | COLLECT | | |

| Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|---|
| 0550026037 | | | LTC | 09/06/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 140 | 140 / 0 | 16644532  4018 | PCS |
| | | LIFT GATE CHANNEL - 10 BOXES ON 1 SKID @ 300# | |

*Called truck. @ 1:00pm*

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61683**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

### CONNECTION

(Name of Carrier)                    (SCAC)

Date XX 9/6/05

| | |
|---|---|
| TO: Consignee  **DELPHI SAFETY & INTERIOR** | FROM: Shipper  **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1.

| | |
|---|---|
| Street  **250 NORTHWOODS BLVD** | Street  **23500 JOHN GORSUCH DRIVE** |
| Destination  **VANDALIA OH  45377**   Zip Code | Origin  **CLINTON TWP, MI**   Zip Code **48036** |

Vehicle Number

Route   **P.O. #0550026037**

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS – 140 PCS – 10 BXS | 300# | | |
| | | | | | |

SHIPPED

DATE _____

TIME IN _____

TIME OUT _____

RECEIVED BY _____

SCAC:CONQ

REMIT C.O.D. TO: ADDRESS

COD   Am'

**THE CONNECTION CO.**

13-0606287-1

SHIPPER COPY

Note—Where the rate is dependent on value, shippers are required to stat specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

TOTAL CHARGES: $ _____

FREIGHT CHARGES

FREIGHT PREPAID   Check Box if except when box   Charges are to be at right is   checked **XX** COLLECT

_____ shall sign the following statement.
_____ on the consignor, the The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

PER _____

CARRIER  Cone (in)

PER  J7179  9/6/05   DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice 61877**

Invoice Date 09/27/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**COPY**

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS RD
TROY, MI 48084
USA

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS -
250 NORTHWOODS BLVD.
P.O. BOX 5051
VANDALIA, OH 45377

| Customer | Ship Via | F.O.B. | Terms | |
|---|---|---|---|---|
| DELVAN | CONNECTION | COLLECT | | |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550026037 | LTC | 09/27/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount% | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 448 | 448 / 0 | 16644532 LIFT GATE CHANNEL - 32 BXS ON 1 SKID @ 900# | PCS | 2.68380 | N | 1202.34 |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 1202.34 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 1202.34 |

Duplicate

Page   1

# PACKING SLIP



**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61877**
**Invoice Date   09/27/05**

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
250 NORTHWOODS BLVD.
P.O. BOX 5051
VANDALIA, OH 45377

| Customer | Ship Via | F.O.B. | | | Terms |
|---|---|---|---|---|---|
| DELVAN | CONNECTION | COLLECT | | | |

| Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|---|
| 0550026037 | | | LTC | 09/27/05 | None |

| Qty. Ordered | Qty. Shipped / Backordered | Item Number / Item Description | | Unit of Measure | |
|---|---|---|---|---|---|
| 448 | 448 / 0 | 16644532  5026 LIFT GATE CHANNEL - 32 BXS ON 1 SKID @ 900# | | PCS | |

truck called @ 1:54pm

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61877**
Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**CONNECTION**                              Date **9/27/05**
(Name of Carrier)              (SCAC)

TO: Consignee **DELPHI SAFETY & INTERIOR**     FROM: Shipper **LTC ROLL & ENGINEERING**
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name – or as otherwise provided in Item 430, Sec. 1

Street **250 NORTHWOODS BLVD**     Street **23500 JOHN GORSUCH DRIVE**

Destination **VANDALIA OH  45377**   Zip Code     Origin **CLINTON TWP, MI**   Zip Code **48036**

Vehicle Number

Route **P.O. #0550026037**

| No. Shipping Units | ★ HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS - 448 PCS - 32 BXS | 900# | | |

THE CONNECTION CO.

13-0606355-8

SCAC:CONQ
SHIPPER COPY

DATE _____
TIME IN _____
TIME OUT _____
RECEIVED BY _____

C.O.D. FEE:
PREPAID ☐
COLLECT ☐

REMIT C.O.D. TO: ADDRESS

COD    Amt: $

TOTAL CHARGES: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID    Check Box if
except when box    Charges are to be
at right is
checked    **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if in its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**     CARRIER Conn(?)

PER _____          PER _____ 17178 9/27/05    DATE _____

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



# Invoice 61890

**Invoice Date** 09/28/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

# COPY

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS RD
TROY, MI 48084
USA

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS -
250 NORTHWOODS BLVD.
P.O. BOX 5051
VANDALIA, OH 45377

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELVAN | CONNECTION | COLLECT | |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550026037 | | LTC | 09/28/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 336 | 336 | 16644532 | PCS | 2.68380 | N | 901.76 |
| | 0 | LIFT GATE CHANNEL - 24 BXS ON 1 SKID @ 700# | | | | |

| | |
|---|---|
| Nontaxable Subtotal | 901.76 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 901.76 |

Duplicate

Page    1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61890**
**Invoice Date  09/28/05**

*ASN successful CW*

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
250 NORTHWOODS BLVD
P.O. BOX 5051
VANDALIA OH 45377

| Customer | Ship Via | F.O.B. | Terms |
|----------|----------|--------|-------|
| DELVAN | CONNECTION | COLLECT | |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|------------------------|--|-------------|------------|------------------|
| 0550026037 | | LTC | 09/28/05 | None |

| Qty. Ordered | Qty. Shipped Backordered | Item Number / Item Description | Unit of Measure |
|--------------|--------------------------|-------------------------------|-----------------|
| 336 | 336 | 16644532   *5362* | PCS |
| | 0 | LIFT GATE CHANNEL - 24 BXS ON 1 SKID @ 700# | |

*Called truck @ 12:34pm*

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61890**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

### CONNECTION

Date **9/28/05**

(Name of Carrier)        (SCAC)

| TO: Consignee **DELPHI SAFETY & INTERIOR SYSTEMS** | FROM: Shipper **LTC ROLL & ENGINEERING** |
|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - - or as otherwise provided in Item 430, Sec. 1

Street **250 NORTHWOODS BLVD.**    Street **23500 JOHN GORSUCH DRIVE**

Destination **VANDALIA, OH**    Zip Code **45377**    Origin **CLINTON TWP, MI**    Zip Code **48036**

Route

Vehicle Number

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| SKID | | AUTO PARTS – PT #16644532 – 24 BOXES–336 PCS. | 700# | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

THE CONNECTION CO.

13-0606360-1

SCAC:CONQ

SHIPPER COPY

REMIT
C.O.D. TO:
ADDRESS

COD    Amt: $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐ $

TOTAL CHARGES: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

### FREIGHT CHARGES

FREIGHT PREPAID    Check Box if
except when box    Charges are to be
at right is    XXX COLLECT
checked

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**    CARRIER *Conn Co*

PER _____    PER *17J78  9/28/05*    DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**INVOICE 61955**

Invoice Date 10/03/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

COPY

Bill To:

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS RD
TROY, MI 48084
USA

Ship To:

DELPHI SAFETY & INTERIOR SYSTEMS -
250 NORTHWOODS BLVD.
P.O. BOX 5051
VANDALIA, OH 45377

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELVAN | CONNECTION | COLLECT | | |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550026037 | | LTC | 10/03/05 | None |

| Quantity Ordered | Quantity Shipped | Item Number | Unit of Measure | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|
| | Back Ordered | Item Description | | Discount % | | |
| 336 | 336 | 16644532 | PCS | 2.68380 | | 901.76 |
| | 0 | LIFT GATE CHANNEL - 24 BXS ON 1 SKID @ 700# | | | N | |

| | |
|---|---|
| Nontaxable Subtotal | 901.76 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 901.76 |

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

*ASN successfully Created*

**Invoice  61953**
**Invoice Date   10/03/05**

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
250 NORTHWOODS BLVD
P.O. BOX 5051
VANDALIA  OH 45377

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELVAN | CONNECTION | COLLECT | | |

| Purchase Order Number | | | Salesperson | Order Date | On Order Number |
|---|---|---|---|---|---|
| 0550026037 | | | LTC | 10/03/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | | Unit of Measure |
|---|---|---|---|---|
| 336 | 336 / 0 | 16644532  *5698* | | PCS |
| | | LIFT GATE CHANNEL - 24 BXS ON 1 SKID @ 700# | | |

*Called truck @ 12:25pm —*

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61953**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

### CONNECTION

(Name of Carrier)          (SCAC)

Date ___ **10/3/05**

TO: Consignee **DELPHI SAFETY & INTERIOR**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · or as otherwise provided in Item 430, Sec.

FROM: Shipper **LTC ROLL & ENGINEERING**

Street **250 NORTHWOODS BLVD**

Street **23500 JOHN GORSUCH DRIVE**

Destination **VANDALIA OH XXX 45377** Zip Code

Origin **CLINTON TWP, MI**          Zip Code **48036**

Route **P.O. #0550026037**

Vehicle Number

| No. Shipping Units | ★ HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS – 24 BXS – 336 PCS | 700# | | |

SCAC:CONQ

SHIPPER COPY

THE CONNECTION CO.

13-0543652-3

SHIPPED
DATE _____
TIME IN _____
TIME OUT _____
RECEIVED BY _____

REMIT C.O.D. TO:
ADDRESS

COD   Amt: $

C.O.D. FEE:
PREPAID ☐   $
COLLECT ☐

TOTAL CHARGES: $

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID   Check Box if except when box   Charges are to be at right is checked   [XX] COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overal or any portion of said route to destination and as to each party at any time interested in or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification on the date of shipment. and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

PER _____

CARRIER *Cone (qu)*

PER *7138 @ 10/7/05*   DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



# **INVOICE 61659**

Invoice Date 09/01/05



## **COPY**

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| DELTRY | PJAX | | | | Net 30 Days | |
| Purchase Order Number | | | | Salesperson | Order Date | Our Order Number |
| 0550061098 | | | | LTC | 09/01/05 | None |
| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | | Unit of Measure | Unit Price / Discount % Tax | Extended Price |
| 364 | 364 | 16644532 | | PCS | 2.68380 | 976.90 |
| | 0 | LIFT GATE CHANNEL - 26 BXS ON 1 SKID @ 800# | | | N | |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 976.90 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 976.90 |

Duplicate

Page 1

# PACKING SLIP

*(handwritten: FBO Successful Submitted)*

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61659**
**Invoice Date   09/01/05**

**Ship To:**
DELPHI S & I CMM
3301 NALTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELTRY | PJAX | | | Net 30 Days |

| Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|---|
| 0550061098 | | | LTC | 09/01/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | | Unit of Measure | |
|---|---|---|---|---|---|
| 364 | 364 / 0 | 16644532  7042  LIFT GATE CHANNEL - 26 BXS ON 1 SKID @ 800# | | PCS | |

*Called truck @ 12:38pm - Madaline*

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61659**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**PJAX**

(Name of Carrier)                     (SCAC)

Date **9/1/05**

| | |
|---|---|
| **TO:** Consignee | **DELPHI S & I CMM** |
| | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1

Street **3301 NAFTA PARKWAY, SUITE B**

Street **23500 JOHN GORSUCH DRIVE**

Destination **BROWNSVILLE TX 78521** Zip Code

Origin **CLINTON TWP, MI** Zip Code **48036**

Vehicle Number

Route     **P.O. #0550061098**

| No. Shipping Units | ★ HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS – 364 PCS   – 26 BXS | 800# | | |
| | | | | | |
| | | | | | |
| | | | | | |

SHIPPED
DATE 09.01.05
TIME IN 3.45 pm
TIME OUT 3.55 pm
RECEIVED BY

PJAX
PRO
123455016

| | | | |
|---|---|---|---|
| REMIT C.O.D. TO: ADDRESS | COD   Amt: $ | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ | TOTAL CHARGES: $ |

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if except when box   Charges are to at right is   collect
checked   **XX** ☐ COLLECT

$ _____ per _____

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

CARRIER **PJAX 369    1 SKID**

PER

PER **MATT WALKER**   DATE **09.01.05**

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**1**



**Invoice 61686**

Invoice Date 09/06/05

# COPY

**L.T.C. ROLL & ENGINEERING CO.**

23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | | Terms | |
|---|---|---|---|---|---|
| DELTRY | PJAX | | | Net 30 Days | |
| **Purchase Order Number** | | | **Salesperson** | **Order Date** | **Our Order Number** |
| 0550061098 | | | LTC | 09/06/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % Tax | Extended Price |
|---|---|---|---|---|---|
| 154 | 154 / 0 | 16644532 / LIFT GATE CHANNEL - 11 BXS ON 1 SKID @ 300# | PCS | 2.68380 / N | 413.31 |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 413.31 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 413.31 |

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61686**
**Invoice Date   09/06/05**

Ship To:
DELPHI S&I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELTRY | PJAX | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/06/05 | None |

| Qty. Ordered | Qty. Shipped / Backordered | Item Number / Item Description | | Unit of Measure |
|---|---|---|---|---|
| 154 | 154 | 16644532  7560 | PCS | |
| | 0 | LIFT GATE CHANNEL - 11 BXS ON 1 SKID @ 300# | | |

Called truck @ 1:00pm

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Shipper No. **61684**

Carrier No. _____

*P JAX TRK TRUCK Freight S, S*

(Name of Carrier)    (SCAC)

Date    **9/6/05**

| TO: Consignee | **DELPHI SAFETY & INTERIOR** | FROM: Shipper | **LTC ROLL & ENGINEERING** |
|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - - or as otherwise provided in Item 430, Sec 1.

| | | | |
|---|---|---|---|
| Street | **3301 NAFTA PARKWAY, SUITE B** | Street | **23500 JOHN GORSUCH DRIVE** |
| | **BROWNSVILLE TX 78521** Zip Code | Origin | **CLINTON TWP, MI** Zip Code **48036** |
| Destination | | | |

Route    **P.O. #0550061098**

Vehicle Number

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS – 154 PCS – 11 BXS | 6003 | | |
| | | | | | |
| | | **PJAX  12347918 0** | | | |
| | | FREIGHT SYSTEM    PJAX    SHIPPERS COPY | | | |
| | | | | | |
| | | SHIPPED | | | |
| | | DATE _____ | | | |
| | | TIME IN _____ | | | |
| | | TIME OUT _____ | | | |
| | | RECEIVED BY _____ | | | |

REMIT C.O.D. TO:
ADDRESS

COD    Amt: $

C.O.D. FEE: PREPAID ☐ COLLECT ☐ $

TOTAL CHARGES: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID    Check Box if Charges are to be at right is    Collect checked    **XXX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

PER

CARRIER    *P Jax*    (JX)

PER    *D. Peach*    DATE **9-6-05**

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.*



**Invoice 61670**

Invoice Date 09/02/05

## L.T.C. ROLL & ENGINEERING CO.
23500 John Gorsuch Drive
Clinton Twp, MI 48036

# COPY

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550061098 | LTC | 09/02/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 364 | 364 | 16644532 | PCS | 2.68380 | | 976.90 |
| | 0 | LIFT GATE CHANNEL - 26 BXS ON 1 SKID @ 800# | | | N | |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 976.90 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 976.90 |

Duplicate

Page 1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61670**
**Invoice Date   09/02/05**

*A/R successfully submitted*

Ship To:
DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/02/05 | None |

| Qty. Ordered | Qty. Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 364 | 364 | 16644532  *7406* | PCS |
| | 0 | LIFT GATE CHANNEL - 26 BXS ON 1 SKID @ 800# | |

*called truck @ 12:48 - Bob*

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Shipper No. **61670**

Carrier No. _____

**PJAX**
(Name of Carrier)                    (SCAC)

Date **9/2/05**

| | |
|---|---|
| TO: Consignee **DELPHI S & I CMM** | FROM: Shipper **LTC ROLL & ENGINEERING** |
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - or as otherwise provided in Item 430, Sec. 1 | **23500 JOHN GORSUCH DRIVE** |
| Street **3301 NAFTA PARKWAY  – SUITE B** | Street |
| Destination **BROWNSVILLE TX 78521**   Zip Code | Origin **CLINTON TWP, MI**   Zip Code **48036** |
| | Vehicle Number |

Route   **P.O. #0550061098**

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS – 364 PCS | 800# | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*PJAX FREIGHT SYSTEM*  **12344827  6**  *PJXI  SHIPPERS COPY*

| REMIT C.O.D. TO: ADDRESS | | COD   Amt: $ | C.O.D. FEE: PREPAID ☐ $  COLLECT ☐ | TOTAL CHARGES: $ |
|---|---|---|---|---|

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

**FREIGHT CHARGES**
FREIGHT PREPAID   Check Box if
except when box   Charges are to be
at right is
checked   ☒ COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

CARRIER

PER

PER

DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.



**Invoice 61696**

Invoice Date 09/07/05

**L.T.C. ROLL & ENGINEERING CO.**

23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

# COPY

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS
~~TROY ENGINEERING CENTER~~
~~1401 CROOKS RD~~
~~TROY, MI 48084-7155~~

*Brownsville TX*

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | LTC TRUCK | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/07/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 504 | 504 0 | 16644532 LIFT GATE CHANNEL - 36 BXS ON 1 SKID @ 1000# | PCS | 2.68380 | N | 1352.64 |

| | |
|---|---|
| Nontaxable Subtotal | 1352.64 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1352.64 |

Duplicate

Page 1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61696**
**Invoice Date 09/07/05**

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELTRY | LTC TRUCK | | | Net 30 Days |
| | Purchase Order Number | | Salesperson | Order Date | Our Order Number |
| | 0550061098 | | LTC | 09/07/05 | None |

| Qty. Ordered | Qty. Shipped | Item Number | Unit of Measure | |
| | Backordered | Item Description | | |
|---|---|---|---|---|
| 504 | 504 | 16644532  8064 | PCS | |
| | 0 | LIFT GATE CHANNEL - 36 BXS ON 1 SKID @ 1000# | | |

Page 1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Shipper No.** 61696

**Carrier No.** _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

### PJAX

(Name of Carrier)                    (SCAC)

**Date** 9/7/05

| | |
|---|---|
| **TO:** Consignee  **DELPHI S & I CMM** | **FROM:** Shipper  **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · or as otherwise provided in Item 430, Sec. 1.

| | |
|---|---|
| Street  **3301 NAFTA PARKWAY** | Street  **23500 JOHN GORSUCH DRIVE** |
| Destination  **SUITE B**    Zip Code | Origin  **CLINTON TWP, MI**    Zip Code  **48036** |

Route  **BROWNSVILLE, TX    78521    P.O. # 0550061098**

Vehicle Number

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | SKID | PT# 16644532  LIFT GATE CHANNEL 504 PCS. – 36 BOXES | 1000# | | |

**PJAX** 12344749 2
FREIGHT SYSTEM    PJXI    SHIPPERS COPY

| | | | |
|---|---|---|---|
| REMIT C.O.D. TO:  ADDRESS | COD    Amt: $ | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ | TOTAL CHARGES: $ |

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

**FREIGHT CHARGES**

FREIGHT PREPAID    Check Box if except when box    Charges are to be at right is checked    **XX ☐ COLLECT**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER **LTC ROLL & ENGINEERING** | CARRIER *PJAX 7011* |
|---|---|
| PER | PER *T. Beck*    DATE *9-7-5* |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice 61705**

**Invoice Date** 09/08/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

# COPY

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/08/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 518 | 518 | 16644532 | PCS | 2.68380 | 1390.21 |
| | 0 | LIFT GATE CHANNEL - 37 BXS ON 1 SKID @ 1000# | | N | |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 1390.21 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 1390.21 |

Duplicate

Page     1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61709**
**Invoice Date   09/08/05**

Ship To:
DELPHI S&I/MM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE  TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/08/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 518 | 518 / 0 | 16644532   *35884* | PCS |
| | | LIFT GATE CHANNEL - 37 BXS ON 1 SKID @ 1000# | |

Page   1