This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61709**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**PJAX**
(Name of Carrier)                    (SCAC)

Date **9/8/05**

| | |
|---|---|
| **TO:** Consignee **DELPHI S & I CMM** | **FROM:** Shipper **LTC ROLL & ENGINEERING** |
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1 | |
| Street **3301 NAFTA PARKWAY – SUITE B** | Street **23500 JOHN GORSUCH DRIVE** |
| Destination **BROWNSVILLE TX 78521**  Zip Code | Origin **CLINTON TWP, MI**  Zip Code **48036** |
| Route  **P.O. #0550061098** | Vehicle Number |

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| **1 SKID** | | **PT #16644532 AUTO PARTS – 518 PCS – 37 BXS** | **1000#** | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **PJAX** **12346043 8** | | | |
| | | **FREIGHT SYSTEM** **PJXI** **SHIPPERS COPY** | | | |
| | | | | | |
| | | | | | |

| REMIT C.O.D. TO: ADDRESS | COD   Amt: $ | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ | TOTAL CHARGES: $ |
|---|---|---|---|

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

**FREIGHT CHARGES**

FREIGHT PREPAID ☐ Check Box if
except when box     Charges are to be
at right is          **XX** COLLECT
checked

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER **LTC ROLL & ENGINEERING** | CARRIER |
|---|---|
| PER | PER _____  DATE **9-8-05** |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**1**



**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

## COPY

**Invoice 61735**

**Invoice Date** 09/12/05

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550061098 | LTC | 09/12/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 560 | 560 / 0 | 16644532<br>LIFT GATE CHANNEL - 40 BXS ON 1 SKID @ 1200# | PCS | 2.68380 | N | 1502.93 |

| | |
|---|---|
| Nontaxable Subtotal | 1502.93 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1502.93 |

Duplicate

Page    1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61735**
**Invoice Date  09/12/05**

Ship To:
DELPHI S & I-MM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELTRY | PJAX | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/12/05 | None |

| Qty. Ordered | Qty. Shipped | Item Number | | Unit of Measure | |
|---|---|---|---|---|---|
| | Back Ordered | Item Description | | | |
| 560 | 560 | 16644532 | 4578 | PCS | |
| | 0 | LIFT GATE CHANNEL - 40 BXS ON 1 SKID @ 1200# | | | |

Page   1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61735**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**HXX PJAX**                                                   Date **9/12/05**

(Name of Carrier)                    (SCAC)

| TO: Consignee | **DELPHI S & I CMM** | FROM: Shipper | **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · or as otherwise provided in Item 430, Sec. 1.

Street **3301 NAFTA PARKWAY, SUITE B**       Street **23500 JOHN GORSUCH DRIVE**

Destination **BROWNSVILLE TX  78521**   Zip Code       Origin **CLINTON TWP, MI**   Zip Code **48036**

Vehicle Number

Route       **P.O. #0550061098**

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | B | PT #16644532 AUTO PARTS – 560 PCS – 40 BXS | 1200# | | |

**PJAX** FREIGHT SYSTEM   PJXI   SHIPPERS COPY   **10992599 0**

REMIT C.O.D. TO:

ADDRESS

COD   Amt: $

C.O.D. FEE:
PREPAID ☐   $
COLLECT ☐

TOTAL CHARGES: $

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

**FREIGHT CHARGES**

FREIGHT PREPAID   Check Box if Charges are to be
except when box at right is checked   **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

CARRIER **PJAX 446   1 SKID**

PER **MATT WALKER**   DATE **09·12·05**

PER

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



# COPY

**INVOICE 61758**

**Invoice Date 09/15/05**

## L.T.C. ROLL & ENGINEERING CO.
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550061098 | LTC | 09/15/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 406 | 406 | 16644532 | PCS | 2.68380 | | 1089.62 |
| | 0 | LIFT GATE CHANNEL - 1 BIN @ 800# | | | N | |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 1089.62 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 1089.62 |

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61758**
**Invoice Date   09/15/05**

Ship To:
DELPHI S & LCMM
3801 NAFTA PARKWAY
SUITE B
BROWNSVILLE TX 78521

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELTRY | PJAX | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Cust Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/15/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | | Unit of Measure | |
|---|---|---|---|---|---|
| 406 | 406 / 0 | 16644532  *10,402* <br> LIFT GATE CHANNEL - 1 BIN @ 800# | | PCS | |

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are
in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61758**
Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**PJAX**
(Name of Carrier)                                    (SCAC)

Date **9/15/05**

| | |
|---|---|
| TO: Consignee **DELPHI SAFETY & INTERIOR SYSTEMS–CMM** | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · or as otherwise provided in Item 430, Sec. 1

Street **3301 NAFTA PARKWAY – SUITE B**          Street **23500 JOHN GORSUCH DRIVE**

Destination **BROWNSVILLE, TX**    Zip Code **78521**    Origin **CLINTON TWP, MI**    Zip Code **48036**

Route    **P.O. #0550061098**

Vehicle Number

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| BIN | | AUTO PARTS – PT #16644532 – 406 PCS. | 800# | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PJAX** FREIGHT SYSTEM    PJXI    SHIPPERS COPY    **12345512 3**

| | | |
|---|---|---|
| REMIT C.O.D. TO: ADDRESS | COD    Amt: $ | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ |

TOTAL CHARGES: $

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

**FREIGHT CHARGES**

FREIGHT PREPAID    Check Box If
except when box    Charges are to be
at right is
checked    **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| SHIPPER **LTC ROLL & ENGINEERING** | CARRIER **PJAX 446    1SK10** | |
| PER | PER **MATT WALKER**    DATE **09·15·05** | |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**1**

# Invoice  61762

**Invoice Date**  09/16/05

## L.T.C. ROLL & ENGINEERING CO.

23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**COPY**

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/16/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 406 | 406 / 0 | 16644532 / LIFT GATE CHANNEL - 29 BXS ON 1 SKID @ 800# | PCS | 2.68380 | N | 1089.62 |

| | |
|---|---|
| Nontaxable Subtotal | 1089.62 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1089.62 |

Duplicate

Page    1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61762**
**Invoice Date 09/16/05**

Ship To:
DELPHI'S & TCMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELTRY | PJAX | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/16/05 | None |

| Qty Ordered | Qty Shipped Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 406 | 406 0 | 16644532  _10 808_  <br> LIFT GATE CHANNEL - 29 BXS ON 1 SKID @ 800# | PCS |

Page 1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are
in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61762**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Date __9/15/05__

**PJAX**
(Name of Carrier)                    (SCAC)

TO:
Consignee **DELPHI SAFETY & INTERIOR SYS. CMM**

FROM: **LTC ROLL & ENGINEERING**
Shipper

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name – or as otherwise provided in Item 430, Sec. 1

**23500 JOHN GORSUCH DRIVE**

Street **3301 NAFTA PARKWAY – SUITE B**            Street

Destination **BROWNSVILLE, TX**        Zip Code **78521**    Origin **CLINTON TWP, MI**        Zip Code **48036**

Vehicle Number

Route    **P.O. #0550061098**

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| **SKID** | | **AUTO PARTS – PT#16644532 – 29 BOXES** | **800#** | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SHIPPED

DATE 9 16 05
TIME IN 415
TIME OUT 430
RECEIVED BY MATT WALKER

**PJAX** FREIGHT SYSTEM    PJXI    SHIPPERS COPY    **12345514 9**

REMIT
C.O.D. TO:        COD  Amt: $        C.O.D. FEE: PREPAID ☐ $        TOTAL CHARGES: $
ADDRESS                        COLLECT ☐
Note–Where the rate is dependent on value, shippers are required to state        Subject to Section 7 of the conditions, if this shipment is to be        FREIGHT CHARGES
specifically in writing the agreed or declared value of the property.        delivered to the consignee without recourse on the consignor, the        FREIGHT PREPAID    Check Box if
The agreed or declared value of the property is hereby specifically stated by        consignor shall sign the following statement.        except when box        Charges are to be
the shipper to be not exceeding        The carrier shall not make delivery of this shipment without        at right is
                        payment of freight and all other charges.        checked    [XX] COLLECT
$ _____ per _____        (Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and
condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning
any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the
route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all
or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper
and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**        CARRIER PJAX 446        (SK10

PER                        PER MATT WALKER    DATE 09·16·05

*Mark with "X" to designate Hazardous Material
as defined in Title 49 of the Code of Federal
Regulations.

1



**Invoice 61781**

**Invoice Date** 09/19/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

# COPY

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550061098 | LTC | 09/19/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 406 | 406 0 | 16644532 LIFT GATE CHANNEL - 29 BXS ON 1 SKID @ 800# | PCS | 2.68380 | N | 1089.62 |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 1089.62 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 1089.62 |

Duplicate                                    Page      1

# PACKING SLIP



**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61781**
**Invoice Date   09/19/05**

*ASN*
*sucessful*
*air*

Ship To:
DELPHI S&TCMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | | F.O.B. | | Terms |
|---|---|---|---|---|---|
| DELTRY | PJAX | | | | Net 30 Days |

| Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|---|
| 0550061098 | | | LTC | 09/19/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | | Unit of Measure | |
|---|---|---|---|---|---|
| 406 | 406 | 16644532    *11214* | | PCS | |
|  | 0 | LIFT GATE CHANNEL - 29 BXS ON 1 SKID @ 800# | | | |

*Called truck @ 1:00pm*

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61781**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**PJAX**
(Name of Carrier)                    (SCAC)

Date **9/19/05**

| | |
|---|---|
| TO: Consignee **DELPHI S & I CMM** | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - - or as otherwise provided in Item 430, Sec. 1

Street **3301 NAFTA PARKWAY , SUITE B**

Street **23500 JOHN GORSUCH DRIVE**

Destination **BROWNSVILLE MX TX 78521**     Zip Code

Origin **CLINTON TWP, MI**     Zip Code **48036**

Route **P.O. #0550061098**

Vehicle Number

| No. Shipping Units | ★ HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| **1 SKID** | | **PT #16644532 AUTO PARTS – 29 BXS – 406 PCS** | **800#** | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PJAX** FREIGHT SYSTEM     **12124629 2**     PJXI     SHIPPERS COPY

SHIPPED

DATE _____

TIME IN _____

TIME OUT _____

RECEIVED BY _____

REMIT C.O.D. TO: ADDRESS

COD     Amt. $

C.O.D. FEE: PREPAID ☐
COLLECT ☐     $

TOTAL CHARGES: $

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

### FREIGHT CHARGES

FREIGHT PREPAID ☐     Check Box if
except when box     Charges are to be
at right is     **XXX** COLLECT
checked

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

CARRIER **PJAX 70ll**

PER

PER _____     DATE **9-19-05**

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1

# Invoice 61740

**Invoice Date** 09/13/05



## L.T.C. ROLL & ENGINEERING CO.

23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|----------|----------|--------|-------|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|-----------------------|-------------|------------|------------------|
| 0550061098 | LTC | 09/13/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|------------------|----------------|-------------------------------|-----------------|------------|-----|----------------|
| 448 | 448 / 0 | 16644532 / LIFT GATE CHANNEL - 32 BOXES ON 1 SKID @ 900# | PCS | 2.68380 | N | 1202.34 |

| | |
|---|---|
| Nontaxable Subtotal | 1202.34 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1202.34 |

Duplicate

Page   1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

*ASO Success Valley Submitted*

**Invoice**  61740
**Invoice Date**  09/13/05

Ship To:
DELPHI & TCMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Term |
|----------|----------|--------|------|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|-----------------------|---|-------------|------------|------------------|
| 0550061098 | | LTC | 09/13/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|-------------|---------------------------|-------------------------------|-----------------|
| 448 | 448 / 0 | 16644532  *9590* <br> LIFT GATE CHANNEL - 32 BOXES ON 1 SKID @ 900# | PCS |

Page  1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61740**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**PJAX**
(Name of Carrier)                                    (SCAC)

Date **9/13/05**

| | |
|---|---|
| TO: Consignee **DELPHI S & I CMM** | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item (30, Sec.)

Street **3301 NAFTA PARKWAY  –  SUITE B**

Street **23500 JOHN GORSUCH DRIVE**

Destination **BROWNSVILLE, TX**     Zip Code **78521**

Origin **CLINTON TWP, MI**     Zip Code **48036**

Route     **P.O. #0550061098**

Vehicle Number

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | AUTO PARTS – PT# 16644532 – 32 BOXES – 900# 448 PCS. | 900# | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PJAX**
FREIGHT SYSTEM     PJXI     SHIPPERS COPY

**12345505 7**

| | | |
|---|---|---|
| REMIT C.O.D. TO: ADDRESS | COD    Amt: $ | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ |

TOTAL CHARGES: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID    Check Box if
except when box    Charges are to be
at right is
checked    **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| SHIPPER **LTC ROLL & ENGINEERING** | CARRIER **PJax 446** | **1 SKID** |
| PER | PER **MATT WALKER** | DATE **09·13·05** |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**1**



**COPY**

# Invoice 61748

**Invoice Date** 09/14/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023



**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| DELTRY | PJAX | | | | Net 30 Days | |
| Purchase Order Number | | | | Salesperson | Order Date | Our Order Number |
| 0550061098 | | | | LTC | 09/14/05 | None |

| Quantity Ordered | Quantity Shipped Back Ordered | Item Number Item Description | Unit of Measure | Unit Price Discount % Tax | Extended Price |
|---|---|---|---|---|---|
| 406 | 406 0 | 16644532 LIFT GATE CHANNEL - 29 BXS ON 1 SKID @ 800# | PCS | 2.68380 N | 1089.62 |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 1089.62 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 1089.62 |

Duplicate

Page 1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61748**
**Invoice Date  09/14/05**

Ship To:
DELPHIS & LCMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | | F.O.B. | | | Terms | |
|---|---|---|---|---|---|---|---|
| DELTRY | PJAX | | | | | Net 30 Days | |
| | Purchase Order Number | | | Salesperson | Order Date | Our Order Number | |
| | 0550061098 | | | LTC | 09/14/05 | None | |
| Qty. Ordered | Qty. Shipped / Backordered | Item Number / Item Description | | Unit of Measure | | | |
| 406 | 406 / 0 | 16644532  GQQ6<br>LIFT GATE CHANNEL - 29 BXS ON 1 SKID @ 800# | | PCS | | | |

Page  1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**STRAIGHT BILL OF LADING** ORIGINAL – NOT NEGOTIABLE

Shipper No. __61748__

Carrier No. _____

**PJAX**
(Name of Carrier)                                    (SCAC)

Date __9/14/05__

| | |
|---|---|
| TO: Consignee **DELPHI S & I CMM** | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1

| | | |
|---|---|---|
| Street **3301 NAFTA PARKWAY, SUITE B** | Street **23500 JOHN GORSUCH DRIVE** | |
| Destination **BROWNSVILLE TX 78521** Zip Code | Origin **CLINTON TWP, MI** | Zip Code **48036** |

Vehicle Number

Route **P.O. #0550061098**

| No. Shipping Units | ★ HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS – 406 PCS – 29 BXS | 800# | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PJAX** FREIGHT SYSTEM 12127250 4 PJAX SHIPPERS COPY

| | | |
|---|---|---|
| REMIT C.O.D. TO: ADDRESS | COD   Amt: $ | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ |
| | | TOTAL CHARGES: $ |

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

**FREIGHT CHARGES**

FREIGHT PREPAID   Check Box if
except when box   Charges are to be
at right is   **XXX** COLLECT
checked

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if-on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

PER

CARRIER

PER

DATE __9/14/05__

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**Invoice 61805**

**Invoice Date** 09/20/05



**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| DELTRY | PJAX | | | | Net 30 Days | |
| | | | | Salesperson | Order Date | Our Order Number |
| Purchase Order Number | | | | LTC | 09/20/05 | None |
| 05500  61098 | | | | | | |

| Quantity Ordered | Quantity Shipped | Item Number | Unit of Measure | Unit Price | | Extended Price |
|---|---|---|---|---|---|---|
| | Back Ordered | Item Description | | Discount % | Tax | |
| 532 | 532 | 16644532 | PCS | 2.68380 | | 1427.78 |
| | 0 | LIFT GATE CHANNEL – 38 BOXES ON 1 SKID | | | N | |

|  |  |
|---|---|
| Nontaxable Subtotal | 1427.78 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1427.78 |

Duplicate

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61805**
**Invoice Date 09/20/05**

*ASN successful AW*

Ship To:

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | | F.O.B. | | | Terms | |
|----------|----------|---|--------|---|---|-------|---|
| DELTRY | PJAX | | | | | Net 30 Days | |

| Purchase Order Number | | | | Salesperson | Order Date | Our Order Number | |
|---|---|---|---|---|---|---|---|
| 05500 61098 | | | | LTC | 09/20/05 | None | |

| Qty. Ordered | Qty. Shipped | Item Number | | Unit of Measure | | | |
| | Backordered | Item Description | | | | | |
|---|---|---|---|---|---|---|---|
| 532 | 532 | 16644532 | *1174 6* | PCS | | | |
| | 0 | LIFT GATE CHANNEL - 38 BOXES ON 1 SKID | | | | | |

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. __61805__

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Date __9/20/05__

**PJAX**

(Name of Carrier)                    (SCAC)

TO: Consignee **DELPHI SAFETY & INTERIOR CMM**

FROM: Shipper **LTC ROLL & ENGINEERING**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name  ·  or as otherwise provided in Item 430, Sec. 1.

Street **3301 NAFTA PARKWAY – SUITE B**

**23500 JOHN GORSUCH DRIVE**

Street **CLINTON TWP, MI**

Destination **BROWNSVILLE, TX**     Zip Code **78521**

Origin

Zip Code **48036**

Vehicle Number

Route **P.O. #0550061098**

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| SKID | | AUTO PARTS – PT#16644532 – 38 BOXES – 532 PCS. ~~XXX~~ | | | |
| | | | 1025# | | |

**PJAX** FREIGHT SYSTEM  **PJXI**  **SHIPPERS COPY**  **12345925 7**

REMIT C.O.D. TO:

ADDRESS

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

COD   Amt: $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES: $

**FREIGHT CHARGES**

FREIGHT PREPAID   Check Box if
except when box   Charges are to be
at right is   __XXX__ COLLECT
checked

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

PER

CARRIER  P J A X

PER

DATE 9-20-05

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1





**Invoice** 61814

**Invoice Date** 09/21/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

| Bill To: | Ship To: |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | DELPHI S & I CMM |
| M/C 480-009-115 | 3301 NAFTA PARKWAY |
| 1401 CROOKS ROAD | SUITE B |
| TROY, MI 48084 | BROWNSVILLE, TX 78521 |

| Customer | Ship Via | F.O.B | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550061098 | LTC | 09/21/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 532 | 532 / 0 | 16644532 LIFT GATE CHANNEL - 38 BXS ON 1 SKID @ 1100# | PCS | 2.68380 | N | 1427.78 |

| | |
|---|---|
| Nontaxable Subtotal | 1427.78 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1427.78 |

Duplicate

Page  1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice** 61814
**Invoice Date** 09/21/05

*ASN Successfully Submitted*

**Ship To:**
DELPHI S&I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE TX 78521

| Customer | Ship Via | | F.O.B. | | Terms |
|---|---|---|---|---|---|
| DELTRY | PJAX | | | | Net 30 Days |
| | Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
| | 0550061098 | | | LTC | 09/21/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | | Unit of Measure | |
|---|---|---|---|---|---|
| 532 | 532 / 0 | 16644532  *1 2278* | PCS | | |
| | | LIFT GATE CHANNEL - 38 BXS ON 1 SKID @ 1100# | | | |

*truck called @ 11:35 am - Donna*

Page 1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61814**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**PJAX**

(Name of Carrier)                    (SCAC)

Date **9/21/05**

| | |
|---|---|
| TO: Consignee **DELPHI S & I CMM** | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1

Street **3301 NAFTA PARKWAY – SUITE B**

Street **23500 JOHN GORSUCH DRIVE**

Destination **BROWNSVILLE TX 78521**    Zip Code

Origin **CLINTON TWP, MI**    Zip Code **48036**

Route    **P.O. #0550061098**

Vehicle Number

| No. Shipping Units | ★ HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS – 38 BXS – 532 PCS | 1100# | | |
| | | **PJAX** 12125897 4 | | | |
| | | FREIGHT SYSTEM   PJX1   SHIPPERS COPY | | | |

SHIPPED

DATE _____

TIME IN _____

TIME OUT _____

RECEIVED BY   *TRL 2001   9/21/05*

REMIT C.O.D. TO: ADDRESS

COD   Amt: $

C.O.D. FEE: PREPAID ☐ $ COLLECT ☐

TOTAL CHARGES: $

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID   Check Box if except when box   Charges are to be at right is checked   **XXX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

CARRIER

PER

PER

DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice 61826**

Invoice Date 09/22/05

## L.T.C. ROLL & ENGINEERING CO.

23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023



COPY

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/22/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 406 | 406 | 16644532 | PCS | 2.68380 | 1089.62 |
| | 0 | LIFT GATE CHANNEL - 29 BXS ON 1 SKID @ 800# | | N | |

| | |
|---|---|
| Nontaxable Subtotal | 1089.62 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1089.62 |

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61826**
**Invoice Date   09/22/05**

Ship To:
DELPHIS & ECMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELTRY | PJAX | | | Net 30 Days |

| Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|---|
| 0550061098 | | | LTC | 09/22/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure | | |
|---|---|---|---|---|---|
| 406 | 406 / 0 | 16644532 | PCS | | |
| | | LIFT GATE CHANNEL - 29 BXS ON 1 SKID @ 800# | | | |

truck called @ 12:38 pm - Donna

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61826**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**PJAX**

(Name of Carrier)          (SCAC)

Date **9/22/05**

| TO: Consignee | **DELPHI S & I CMM** | FROM: Shipper | **LTC ROLL & ENGINEERING** |
|---|---|---|---|
| | On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1 | Street | **23500 JOHN GORSUCH DRIVE** |
| Street | **3301 NAFTA PARKWAY, SUITE B** | | |
| Destination | **BROWNSVILLE TX 78521** Zip Code | Origin | **CLINTON TWP, MI** Zip Code **48036** |

Route    **P.O. #0550061098**

Vehicle Number _____

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS – 406 PCS – 29 BXS | 800# | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | PJAX   12347396 9   PJAX  SHIPPERS COPY  FREIGHT SYSTEM | | | |
| | | | | | |
| | | | | | |

| REMIT C.O.D. TO: ADDRESS | | COD Amt: $ | C.O.D. FEE: PREPAID ☐ COLLECT ☐ $ | TOTAL CHARGES: $ |
|---|---|---|---|---|

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____ per ____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

**FREIGHT CHARGES**

FREIGHT PREPAID    Check Box if Charges are to be

except when box at right is checked    **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER **LTC ROLL & ENGINEERING** | CARRIER | 9.22.05 |
|---|---|---|
| PER | PER | DATE **#6511** |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**1**



**INVOICE 61878**

Invoice Date 09/27/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036



Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
M/C 480-009-115
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI S & I CMM
3301 NAFTA PARKWAY
SUITE B
BROWNSVILLE, TX 78521

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELTRY | PJAX | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/27/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 728 | 728 | 16644532 | PCS | 2.68380 | | 1953.81 |
| | 0 | LIFT GATE CHANNEL - 52 BXS ON 1 SKID @ 1500# | | | N | |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 1953.81 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 1953.81 |

Duplicate

Page      1

**PACKING SLIP**

## L.T.C. ROLL & ENGINEERING CO.
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice** 61878
**Invoice Date** 09/27/05

Ship To:
DELPHI'S & TCMM
3301 NAFTA PARKWAY
SUITE D
BROWNSVILLE, TX 76521

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELTRY | PJAX | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550061098 | | LTC | 09/27/05 | None |

| Qty. Ordered | Qty. Shipped Backordered | Item Number Item Description | | Unit of Measure |
|---|---|---|---|---|
| 728 | 728 0 | 16644532  1341 2 | | PCS |
| | | LIFT GATE CHANNEL - 52 BXS ON 1 SKID @ 1500# | | |

*Called truck @ 1:24pm - Donna*

Page   1