This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61878**
Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

XXX PJAX _____ Date **9/27/05**
(Name of Carrier)                          (SCAC)

| | |
|---|---|
| TO: Consignee **DELPHI S & I CMM** | FROM: **LTC ROLL & ENGINEERING** Shipper |
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec.1 | |
| Street **3301 NAFTA PARKWAY, SUITE BX** | Street **23500 JOHN GORSUCH DRIVE** |
| Destination **BROWNSVILLE TX 78521**    Zip Code | Origin **CLINTON TWP, MI**    Zip Code **48036** |

Route    **P.O. #0550061098**                                        Vehicle Number

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644532 AUTO PARTS – 52 BXS – 728 PCS | 1500# | | |
| | | | | | |
| | | **PJAX**   **12125835 4** FREIGHT SYSTEM   PJXI   SHIPPERS COPY | | | |
| | | | | | |
| | | SHIPPED | | | |
| | | DATE _____ | | | |
| | | TIME IN _____ | | | |
| | | TIME OUT _____ | | | |
| | | RECEIVED BY _____ | | | |

REMIT
C.O.D. TO:
ADDRESS

COD    Amt: $

C.O.D. FEE:
PREPAID ☐  $
COLLECT ☐

TOTAL CHARGES: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

### FREIGHT CHARGES
FREIGHT PREPAID    Check Box if
except when box    Charges are to be
at right is
checked    **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**          CARRIER **PJAX 7011**

PER                                        PER ) Beck (Ret)    DATE 9-27-05

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**1**



**Invoice 61657**

Invoice Date **09/01/05**



**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B | Terms |
|----------|----------|-------|-------|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|-----------------------|-------------|-----------|------------------|
| 0550022278 | LTC | 09/01/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 294 | 294 / 0 | 16644498 / LIFTGATE ARM / 21 BXS ON 1 SKID @ 600# | PCS | 2.33280 | N | 685.84 |

| | |
|---|---|
| Nontaxable Subtotal | 685.84 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 685.84 |

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61657**
**Invoice Date   09/01/05**

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELCOL | CONNECTION | | | Net 30 Days |
| | Purchase Order Number | | Salesperson | Order Date | Our Order Number |
| | 0550022278 | | LTC | 09/01/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 294 | 294 | 16644498 _3448?_ | PCS |
| | 0 | LIFTGATE ARM / 21 BXS ON 1 SKID @ 600# | |

_Called truck @ 12:37pm._

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are
in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No.  **61657**

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Carrier No.

### CONNECTION

(Name of Carrier)                              (SCAC)

Date  **9/1/05**

| TO: Consignee | **DELPHI SAFETY & INTERIOR** | FROM: Shipper | **LTC ROLL & ENGINEERING** |
|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1

| Street | **200 GEORGESVILLE RD** | Street | **23500 JOHN GORSUCH DRIVE** |
|---|---|---|---|
| Destination | **COLUMBUS OH  43228**   Zip Code | Origin | **CLINTON TWP, MI**   Zip Code   **48036** |

| Route | **P.O. #0550022278** | Vehicle Number | |
|---|---|---|---|

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644498 AUTO PARTS – 294 PCS – 21 BXS | 600# | | |

THE CONNECTION CO.

**09-0543369-5**

SCAC:CONQ

SHIPPER COPY

SHIPPED

DATE

TIME IN

TIME OUT

RECEIVED BY

REMIT C.O.D. TO: ADDRESS

COD   Amt: $

C.O.D. FEE: PREPAID ☐  $
COLLECT ☐

TOTAL CHARGES: $

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

**FREIGHT CHARGES**

FREIGHT PREPAID    Check Box if
except when box     Charges are to be
at right is            collect
checked

**XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | **LTC ROLL & ENGINEERING** | CARRIER | |
|---|---|---|---|
| PER | | PER | DATE |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice 61669**

**Invoice Date** 09/02/05

## COPY

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 055002278 | | LTC | 09/02/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % Tax | Extended Price |
|---|---|---|---|---|---|
| 308 | 308 / 0 | 16644498 / LIFTGATE ARM / 22 BXS ON 1 SKID @ 600# | PCS | 2.33280 / N | 718.50 |

| | |
|---|---|
| Nontaxable Subtotal | 718.50 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 718.50 |

Duplicate

Page 1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61669**
**Invoice Date 09/02/05**

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 055002278 | LTC | 09/02/05 | None |

| Qty. Ordered | Qty. Shipped / BackOrdered | Item Number / Item Description | Unit of Measure | |
|---|---|---|---|---|
| 308 | 308 / 0 | 16644498  34790   PCS LIFTGATE ARM / 22 BXS ON 1 SKID @ 600# | | |

called truck @ 12:48 pm - RB

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are
in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61669**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL -- NOT NEGOTIABLE

**CONNECTION**

(Name of Carrier)                                    (SCAC)

Date **61669**

| | |
|---|---|
| **TO:** Consignee    **DELPHI SAFETY & INTERIOR** | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name -- or as otherwise provided in Item 430, Sec. 1.

| | | | |
|---|---|---|---|
| Street    **200 GEORGESVILLE RD** | | Street    **23500 JOHN GORSUCH DRIVE** | |
| Destination    **COLUMBUS OH 43228**    Zip Code | | Origin    **CLINTON TWP, MI**    Zip Code | **48036** |

Vehicle Number

Route    **P.O. #055002278**

| No. Shipping Units | ★ HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | **PT #16644498 AUTO PARTS -- 22 BXS -- 308 PCS** | 600# | | |

SHIPPED

SCAC:CONQ

THE CONNECTION CO.

**13-0606278-2**    SHIPPER COPY

RECEIVED BY

| | |
|---|---|
| REMIT C.O.D. TO: ADDRESS | C.O.D. FEE: PREPAID ☐ $    COLLECT ☐ |
| **COD**    Amt: $ | TOTAL CHARGES: $ |

Note--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

**FREIGHT CHARGES**

FREIGHT PREPAID    Check Box if
except when box    Charges are to be
at right is
checked    **XX** COLLECT

$ _____ per _____

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

CARRIER _Cone (pi_

PER

PER _____    DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**1**



**Invoice 61685**

**Invoice Date 09/06/05**

**L.T.C. ROLL & ENGINEERING CO.**

**COPY**

23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

| Bill To: | Ship To: |
|---|---|
| DELPHI AUTOMOTIVE SYTEMS | DELPHI SAFETY & INTERIOR SYSTEMS |
| 1401 CROOKS ROAD | 200 GEORGESVILLE RD |
| TROY, MI 48084 | COLUMBUS, OH 43228-0512 |

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/06/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 294 | 294 | 16644498 | PCS | 2.33280 | | 685.84 |
| | 0 | LIFTGATE ARM / 21 BXS ON 1 SKID @ 600# | | | N | |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 685.84 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 685.84 |

Duplicate

Page    1

# PACKING SLIP

*ASN Successfully*

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61685**
**Invoice Date  09/06/05**

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Your Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/06/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 294 | 294 / 0 | 16644498  35194 | PCS |
| | | LIFTGATE ARM / 21 BXS ON 1 SKID @ 600# | |

*Called truck @ 1:00pm*

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61685**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**CONNECTION**

(Name of Carrier)          (SCAC)

Date **9/6/05**

| TO: Consignee | **DELPHI SAFETY & INTERIOR** | FROM: Shipper | **LTC ROLL & ENGINEERING** |
|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1.

Street    **200 GEORGESVILLE  RD**

Street    **23500 JOHN GORSUCH DRIVE**

Destination    **COLUMBUS OH  43228**    Zip Code

Origin    **CLINTON TWP, MI**    Zip Code    **48036**

Route    **P.O. #0550022278**

Vehicle Number

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644498 AUTO PARTS - 294 PCS - 21 BXS | 600# | | |

SHIPPED

SCAC:CONQ

13-0606288-0

REMIT C.O.D. TO:
ADDRESS

DATE
COD   Amt: $

THE CONNECTION CO.

SHIPPER COPY   HT CHARGES

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section delivered to the co consignor shall sign
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

FREIGHT PREPAID    Check Box if
except when box    Charges are to be
at right is
checked    **XXX** COLLECT

$ _____ per _____

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

CARRIER *Conc (p)*

PER

PER _____ 9/6/05    DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice** 64708

**Invoice Date** 09/08/05

## L.T.C. ROLL & ENGINEERING CO.

23500 John Gorsuch Drive
Clinton Twp, MI 48036



Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B | | Terms |
|---|---|---|---|---|
| DELCOL | CONNECTION | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/08/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 252 | 252 | 16644498 | PCS | 2.33280 | | 587.87 |
| | 0 | LIFTGATE ARM / 18 BXS ON 1 SKID @ 500# | | | N | |

| | |
|---|---|
| Nontaxable Subtotal | 587.87 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 587.87 |

Duplicate

Page 1

**PACKING SLIP**

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61708**
**Invoice Date   09/08/05**

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|----------|----------|--------|-------|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/08/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 252 | 252 | 16644498   *35884* | PCS |
| | 0 | LIFTGATE ARM / 18 BXS ON 1 SKID @ 500# | |

Page   1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Shipper No. **61708**

Carrier No. _____

**CONNECTION**

(Name of Carrier)          (SCAC)          Date **9/8/05**

| | |
|---|---|
| TO: Consignee  **DELPHI SAFETY & INTERIOR** | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1

Street    **200 GEORGESVILLE RD**    Street    **23500 JOHN GORSUCH DRIVE**

Destination    **COLUMBUS OH  43228**    Zip Code _____    Origin    **CLINTON TWP, MI**    Zip Code    **48036**

Route    **P.O. #0550022278**    Vehicle Number _____

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| **1 SKID** | | **PT #16644498 AUTO PARTS – 252 PCS – 18 BXS** | **500#** | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SHIPPED

THE CONNECTION CO.

SCAC:CONQ

**13-0606306-8**    SHIPPER COPY

RECEIVED BY _____

| | | | |
|---|---|---|---|
| REMIT C.O.D. TO: ADDRESS | COD    Amt: $ | C.O.D. FEE: PREPAID ☐  $ COLLECT ☐ | TOTAL CHARGES: $ |

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID    Check Box if Charges are to be

except when box at right is checked    **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**    CARRIER *Conq (D)*

PER    PER *E 17/98 9/8/05*    DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice 61716**

Invoice Date **09/09/05**

## L.T.C. ROLL & ENGINEERING CO.

23500 John Gorsuch Drive
Clinton Twp, MI 48036



Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|---|
| 0550022278 | | | LTC | 09/09/05 | None |

| Quantity Ordered | Quantity Shipped | Item Number | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | Back Ordered | Item Description | | Discount % / Tax | |
| 266 | 266 | 16644498 | PCS | 2.33280 | 620.52 |
| | 0 | LIFTGATE ARM / 19 BOXES ON 1 SKID @ 600# | | N | |

| | |
|---|---|
| Nontaxable Subtotal | 620.52 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 620.52 |

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

*ASN Sent Successfully*

**Invoice 61716**
**Invoice Date   09/09/05**

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/09/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 266 | 266 / 0 | 16644498  *36150*  LIFTGATE ARM / 19 BOXES ON 1 SKID @ 600# | PCS |

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61716**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

### CONNECTION

(Name of Carrier)          (SCAC)

Date **9/9/05**

| | |
|---|---|
| TO: Consignee **DELPHI SAFETY & INTERIOR SYSTEMS** | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430 Sec. 1

Street **200 GEORGESVILLE ROAD**     Street **23500 JOHN GORSUCH DRIVE**

| | | | |
|---|---|---|---|
| **COLUMBUS, OH** | 43228 | **CLINTON TWP, MI** | 48036 |
| Destination | Zip Code | Origin | Zip Code |

Vehicle Number

Route   **P.O. #XXXXX8888X**   0550022278

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | SKID | PT #16644498 LIFT GATE ARM – 19 BOXES | 600# | | |

THE CONNECTION CO.

SCAC:CONQ

**13-0606311-1**    SHIPPER COPY

REMIT C.O.D. TO: ADDRESS

COD   Amt: $

C.O.D. FEE: PREPAID ☐ $ COLLECT ☐

TOTAL CHARGES: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

**FREIGHT CHARGES**

FREIGHT PREPAID ☐   Check Box if except when box   Charges are to be at right is   checked   **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

CARRIER  Cong (?)

PER _____

PER _____  9/9/05   DATE _____

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice 61732**

**Invoice Date 09/12/05**

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

**COPY**

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | | F.O.B. | | Terms |
|---|---|---|---|---|---|
| DELCOL | CONNECTION | | | | Net 30 Days |

| Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|---|
| 0550022278 | | | LTC | 09/12/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 252 | 252 | 16644498 | PCS | 2.33280 | | 587.87 |
| | 0 | LIFTGATE ARM / 18 BXS ON 1 SKID @ 500# | | | N | |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 587.87 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 587.87 |

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

Invoice  61732
Invoice Date   09/12/05

*Successfully Created*

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELCOL | CONNECTION | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/12/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | | Unit of Measure |
|---|---|---|---|---|
| 252 | 252 / 0 | 16644498  *36402*  LIFTGATE ARM / 18 BXS ON 1 SKID @ 500# | | PCS |

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61732**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

### CONNECTION

(Name of Carrier)                    (SCAC)

Date **9/12/05**

| | |
|---|---|
| TO: Consignee  **DELPHI SAFETY & INTERIOR** | FROM: Shipper **LTC ROLL & ENGINEERING** |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1

Street  **200 GEORGESVILLE RD**

23500 JOHN GORSUCH DRIVE

Street

Destination  **COLUMBUS OH  43228**    Zip Code

Origin  **CLINTON TWP, MI**    Zip Code  **48036**

Vehicle Number

Route    **P.O. #0550022278**

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644498 AUTO PARTS – 252 PCS | 500# | | |

SHIPPED

DATE

TIME IN

TIME OUT

RECEIVED BY

THE CONNECTION CO.

13-0606329-1

SCAC:CONQ

SHIPPER COPY

REMIT C.O.D. TO: ADDRESS

Note–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

COD    Amt: $

C.O.D. FEE: $
PREPAID ☐
COLLECT ☐

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

TOTAL CHARGES: $

**FREIGHT CHARGES**

FREIGHT PREPAID    Check Box if
except when box    Charges are to be
at right is    checked
checked    **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER  **LTC ROLL & ENGINEERING**

PER

CARRIER  Cong (Ipv

PER _____  9/12/05    DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice 61761**

Invoice Date 09/16/05



**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

| Bill To: | Ship To: |
|---|---|
| DELPHI AUTOMOTIVE SYTEMS | DELPHI SAFETY & INTERIOR SYSTEMS |
| 1401 CROOKS ROAD | 200 GEORGESVILLE RD |
| TROY, MI 48084 | COLUMBUS, OH 43228-0512 |

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550022278 | LTC | 09/16/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 210 | 210 | 16644498 | PCS | 2.33280 | | 489.89 |
| | 0 | LIFTGATE ARM / 15 BXS ON 1 SKID @ 400# | | | N | |

| | | |
|---|---|---|
| Nontaxable Subtotal | 489.89 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 489.89 |

Duplicate

Page    1



# PACKING SLIP



**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61761**
**Invoice Date  09/16/05**

*ASN*
*sucessful*
*CW*

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELCOL | CONNECTION | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/16/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 210 | 210 / 0 | 16644498  *36 994*  <br>LIFTGATE ARM / 15 BXS ON 1 SKID @ 400# | PCS |

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61761**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

_____**CONNECTION**_____

(Name of Carrier)                    (SCAC)

Date __**9/16/05**__

TO: Consignee **DELPHI SAFETY & INTERIOR SYSTEMS**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · or as otherwise provided in Item 430, Sec. 1

Street **200 GEORGESVILLE ROAD**

Destination **COLUMBUS, OH   43228**        Zip Code

FROM: Shipper **LTC ROLL & ENGINEERING**

Street **23500 JOHN GORSUCH DRIVE**

Origin **CLINTON TWP, MI**        Zip Code **48036**

Vehicle Number

Route **PO# 0550022278**

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1  SKID | | PT #16644498 – 15 BOXES – 210 PCS. | 400# | | |
| | | AUTO PARTS | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SHIPPED

DATE _9-16-05_

TIME IN _220 P_

TIME OUT _225 P_

RECEIVED BY _B_

THE CONNECTION CO.

SCAC:CONQ

13-0609755-8    SHIPPER COPY

REMIT C.O.D. TO: ADDRESS

COD    Amt: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

C.O.D. FEE: PREPAID ☐ $ COLLECT ☐

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

TOTAL CHARGES: $

FREIGHT CHARGES

FREIGHT PREPAID    Check Box if except when box    Charges are to be at right is    Charges if checked    **XXX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

PER _____

CARRIER _Core_ (W)

PER _____ 9/16/05    DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice 61757**

Invoice Date 09/14/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023



**COPY**

**Bill To:**

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | | F.O.B | | Terms | |
|---|---|---|---|---|---|---|
| DELCOL | CONNECTION | | | | Net 30 Days | |
| Purchase Order Number | | | | Salesperson | Order Date | Our Order Number |
| 0550022278 | | | | LTC | 09/14/05 | None |

| Quantity Ordered | Quantity Shipped | Item Number | Unit of Measure | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|
| | Back Ordered | Item Description | | Discount % | | |
| 182 | 182 | 16644498 | PCS | 2.33280 | | 424.57 |
| | 0 | LIFTGATE ARM / 13 BXS ON 1 SKID @ 400# | | | N | |

| | | |
|---|---|---|
| Nontaxable Subtotal | | 424.57 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 424.57 |

Duplicate

Page    1

# PACKING SLIP

**Invoice 61757**
**Invoice Date   09/14/05**

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/14/05 | None |

| Qty. Ordered | Qty. Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 182 | 182 / 0 | 16644498  *36784*  LIFTGATE ARM / 13 BXS ON 1 SKID @ 400# | PCS |

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61757**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Date **9/15/05**

**CONNECTION**
(Name of Carrier)                    (SCAC)

| | |
|---|---|
| TO: Consignee **DELPHI SAFETY & INTERIOR SYSTEMS** | FROM: Shipper **LTC ROLL & ENGINEERING** |
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1 | **23500 JOHN GORSUCH DRIVE** |
| Street **200 GEORGESVILLE ROAD** | Street |
| | **CLINTON TWP, MI**    Zip Code **48036** |
| Destination **COLUMBUS, OH**    Zip Code **43228** | Origin |
| | Vehicle Number |

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| Route **P.O. #0550022278** | | | | | |
| **1 SKID** | | **AUTO PARTS – PT #16644498– 13 BOXES–182 PCS.** | **400#** | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | SCAC:CONQ | | |
| | | THE CONNECTION CO. **13-0606469-1** | SHIPPER COPY | | |

COD FEE:
PREPAID ☐  $
COLLECT ☐

TOTAL CHARGES: $

REMIT C.O.D. TO: ADDRESS

COD    Amt: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID    Check Box if Charges are to be except when box at right is checked    **XX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

CARRIER Conc **Qw**

PER _7178_ 9/15/05    DATE

PER _____

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**1**



**Invoice 61780**

**Invoice Date 09/19/05**

**L.T.C. ROLL & ENGINEERING CO.**

23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

COPY

**Bill To:**

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/19/05 | None |

| Quantity Ordered | Quantity Shipped Back Ordered | Item Number Item Description | Unit of Measure | Unit Price Discount % Tax | Extended Price |
|---|---|---|---|---|---|
| 196 | 196 | 16644498 | PCS | 2.33280 | 457.23 |
| | 0 | LIFTGATE ARM / 14 BXS ON 1 SKID @ 400# | | N | |

| | |
|---|---|
| Nontaxable Subtotal | 457.23 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 457.23 |

Duplicate

Page   1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

*A5N Successfully Created* (handwritten)

**Invoice 61780**
**Invoice Date 09/19/05**

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-1512

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELCOL | CONNECTION | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/19/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure | |
|---|---|---|---|---|
| 196 | 196 / 0 | 16644498  *37190* <br> LIFTGATE ARM / 14 BXS ON 1 SKID @ 400# | PCS | |

*Called truck @ 12:18 pm* (handwritten)

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61780**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

### CONNECTION

(Name of Carrier)          (SCAC)

Date **9/19/05**

| TO: Consignee | **DELPHI SAFETY & INTERIOR** | FROM: Shipper **LTC ROLL & ENGINEERING** |
|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - - or as otherwise provided in Item 430, Sec. 1.

| Street | **200 GEORGESVILLE RD** | Street **23500 JOHN GORSUCH DRIVE** |
|---|---|---|
| Destination | **COLUMBUS OH  43228**   Zip Code | Origin **CLINTON TWP, MI**   Zip Code **48036** |

Route          **P.O. #0550022278**

Vehicle Number **V19625**

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644498 AUTO PARTS – 196 PCS | 400# | | |

THE CONNECTION CO.

13-0606472-6

SCAC:CONQ

SHIPPER COPY

SHIPPED

DATE _____
TIME IN _____
TIME OUT _____
RECEIVED BY _____

| REMIT C.O.D. TO: ADDRESS | | COD   Amt: $ | C.O.D. FEE: PREPAID ☐  $ COLLECT ☐ | TOTAL CHARGES: $ |
|---|---|---|---|---|

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID except when box at right is checked

Check Box if Charges are to be

**XXX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER **LTC ROLL & ENGINEERING** | CARRIER CONQ J)   (PU |
|---|---|
| PER | PER D. Hendon   DATE 9-19-05 |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1

**Invoice 61803**

**Invoice Date** 09/20/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

# COPY

Telephone: 586/465-1023

**Bill To:**

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | | F.O.B. | | | Terms | |
|---|---|---|---|---|---|---|---|
| DELCOL | CONNECTION | | | | | Net 30 Days | |
| | Purchase Order Number | | | Salesperson | Order Date | Our Order Number | |
| | 0550022278 | | | LTC | 09/20/05 | None | |
| Quantity Ordered | Quantity Shipped | Item Number | | Unit of Measure | Unit Price | | Extended Price |
| | Back Ordered | Item Description | | | Discount % | Tax | |
| 196 | 196 | 16644498 | PCS | | 2.33280 | N | 457.23 |
| | 0 | LIFTGATE ARM / FINISHED  PACIFICA - 14 BOXES ON 1 SKID | | | | | |

|  |  |
|---|---|
| Nontaxable Subtotal | 457.23 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 457.23 |

Duplicate

Page        1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice  61803**
**Invoice Date   09/20/05**

*ASN successful CW*

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | | F.O.B. | | | Terms | |
|---|---|---|---|---|---|---|---|
| | | | | | | Net 30 Days | |
| DELCOL | CONNECTION | | | Salesperson | Order Date | Our Order Number | |
| | Purchase Order Number | | | LTC | 09/20/05 | None | |
| | 0550022278 | | | | | | |

| Qty. Ordered | Qty. Shipped | Item Number | | Unit of Measure | |
|---|---|---|---|---|---|
| | Backordered | Item Description | | | |
| 196 | 196 | 16644498 | *37386* | PCS | |
| | 0 | LIFTGATE ARM / FINISHED  PACIFICA - 14 BOXES ON 1 SKID | | | |

Page    1