This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**STRAIGHT BILL OF LADING** ORIGINAL – NOT NEGOTIABLE

Shipper No. **61803**
Carrier No. _____

**CONNECTION**
(Name of Carrier)                (SCAC)

Date **9/20/05**

| | |
|---|---|
| TO: Consignee **DELPHI SAFETY & INTERIOR SYSTEMS** | FROM: Shipper **LTC ROLL & ENGINEERING** |
| Street **200 GEORGESVILLE ROAD** | Street **23500 JOHN GORSUCH DRIVE** |
| Destination **COLUMBUS, OH**   Zip Code **43228** | Origin **CLINTON TWP, MI**   Zip Code **48036** |

Route **P.O. #0550022278**

Vehicle Number

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| SKID | | AUTO PARTS – PT #16644498 – 196 PCS. 14 BOXES | 400# | | |

THE CONNECTION CO.

13-0606377-2

SCAC:CONQ

SHIPPER COPY

REMIT C.O.D. TO:
ADDRESS

COD  Amt: $

C.O.D. FEE:
PREPAID ☐  $
COLLECT ☐

TOTAL CHARGES: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if except when box   Charges are to be at right is checked   **XXX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**    CARRIER  Conn (py)

PER                                    PER  ᔕ71ᔕ  9/20/05    DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1:50

1



**Invoice 61809**
Invoice Date 09/20/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

**COPY**

Telephone: 586/465-1023

**Bill To:**
DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELCOL | LTC TRUCK | | | Net 30 Days |

| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
|---|---|---|---|---|
| 0550022278 | | LTC | 09/20/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 448 | 448 / 0 | 16644498 / LIFTGATE ARM / 32 BXS ON 1 SKID @ 900# | PCS | 2.33280 / / N | 1045.09 |

| | |
|---|---|
| Nontaxable Subtotal | 1045.09 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| **Total Invoice** | **1045.09** |

Duplicate                                                                 Page    1



# PACKING SLIP

T.C. ROLL & ENGINEERING CO.
500 John Gorsuch Drive
nton Twp, MI 48036

ephone: 586/465-1023

*ASN Successfully Created*

Invoice  61809
Invoice Date  09/20/05

| omer | Ship Via | J.O.B. | | Terms |
|---|---|---|---|---|
| COL | LTC TRUCK | | | Net 30 Days |
| | Purchase Order Number | | Salesperson | Order Date | Our Order Number |
| | 0550022278 | | LTC | 09/20/05 | None |
| Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure | | |
| 448 | 448 / 0 | 16644498  317834  PCS  LIFTGATE ARM / 32 BXS ON 1 SKID @ 900# | | | |

Page  1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. __61809__

Carrier No. _____

## STRAIGHT BILL OF LADING  ORIGINAL – NOT NEGOTIABLE

**LTC TRUCK** (Name of Carrier) _____ (SCAC)

Date __9/20/05__

**TO: Consignee:** DELPHI SAFETY & INTERIOR

**FROM: Shipper:** LTC ROLL & ENGINEERING

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1

**Street:** 200 GEORGESVILLE RD

**Street:** 23500 JOHN GORSUCH DRIVE

**Destination:** COLUMBUS OH  43228    Zip Code

**Origin:** CLINTON TWP, MI    Zip Code 48036

Vehicle Number:

**Route:** P.O. #0550022278

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644498 AUTO PARTS – 448 PCS – 32 BXS | 900# | | |

BOB Ayers

C.O.D. TO:
ADDRESS
COD Amt: $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID
Check Box if except when box at right is checked
Charges are to be
☐ COLLECT

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER** LTC ROLL & ENGINEERING

**CARRIER**

PER

PER        DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



# INVOICE 61867

**Invoice Date** 09/26/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**COPY**

**Bill To:**
DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550022278 | LTC | 09/26/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 252 | 252 / 0 | 16644498 / LIFTGATE ARM / FINISHED PACIFICA | PCS | 2.33280 / / N | 587.87 |

|  |  |
|---|---|
| Nontaxable Subtotal | 587.87 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| **Total Invoice** | **587.87** |

Duplicate

Page   1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

Invoice 61867
Invoice Date 09/26/05

Ship To:
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

*ASN successful CW*

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELCOL | CONNECTION | | | Net 30 Days |
| Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
| 0550022278 | | | LTC | 09/26/05 | None |

| Qty. Ordered | Qty. Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 252 | 252 / 0 | 16644498 / LIFTGATE ARM / FINISHED PACIFICA | PCS |

*500# 1 skid*

Page 1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61867**
Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

_Connection_ (Name of Carrier)   (SCAC)

Date **09-26-05**

| | |
|---|---|
| TO: Consignee **DELPHI SAFETY & INTERIOR SYSTEMS** | FROM: Shipper **LTC ROLL & ENGINEERING** |
| Street **200 GEORGESVILLE ROAD** | Street **23500 JOHN GORSUCH DRIVE** |
| Destination **COLUMBUS, OH  43228**  Zip Code | Origin **CLINTON TWP, MI**  Zip Code **48036** |

Vehicle Number: _____

Route  PO # 0550022278

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644498 AUTO PARTS – 252 PCS (18 BXS) | 500# | | |

THE CONNECTION CO.   13-0606427-2   SCAC:CONQ   SHIPPER COPY

REMIT C.O.D. TO:
ADDRESS
COD  Amt: $
C.O.D. FEE: PREPAID ☐  COLLECT ☐  $
TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if except when box at right is checked   **XXX** COLLECT

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in al or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shippe and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**
PER _____

CARRIER _Cone(lu)_
PER _17178 9/26/05_   DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**Invoice 61840**
Invoice Date 09/23/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

**COPY**

Telephone: 586/465-1023

Bill To:

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

Ship To:

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms | |
|---|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days | |
| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
| 0550022278 | | LTC | 09/23/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 504 | 504 / 0 | 16644498 / LIFTGATE ARM / 36 BXS ON 1 SKID @ 1000# | PCS | 2.33280 / / N | 1175.73 |

| | |
|---|---|
| Nontaxable Subtotal | 1175.73 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1175.73 |

Duplicate

Page 1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

Invoice 61840
Invoice Date   09/23/05

*Successfully Submitted*

**Ship To**
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELCOL | CONNECTION | | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550022278 | LTC | 09/23/05 | None |

| Qty. Ordered | Qty. Shipped / Backordered | Item Number / Item Description | | Unit of Measure | |
|---|---|---|---|---|---|
| 504 | 504 / 0 | 16644498  38800  <br> LIFTGATE ARM / 36 BXS ON 1 SKID @ 1000# | | PCS | |

*called truck @ 10:26 am*

Page    1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61840**
Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**CONNECTION**
(Name of Carrier)      (SCAC)

Date **9/23/05**

TO: Consignee **DELPHI SAFETY & INTERIOR**
FROM: Shipper **LTC ROLL & ENGINEERING**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - or as otherwise provided in Item 430, Sec. 1

Street **200 GEORGESVILLE RD**
Street **23500 JOHN GORSUCH DRIVE**

Destination **COLUMBUS OH 43228**   Zip Code
Origin **CLINTON TWP, MI**   Zip Code **48036**

Vehicle Number

Route **P.O. #0550022278**

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644498 AUTO PARTS – 504 PCS – 36 BXS | 1000# | | |

SCAC:CONQ

THE CONNECTION CO.   13-0606405-8   SHIPPER COPY

SHIPPED

DATE _____
TIME IN _____
TIME OUT _____
RECEIVED BY _____

REMIT C.O.D. TO:
ADDRESS

COD Amt: $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐ $

TOTAL CHARGES: $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if except when box   Charges are to be at right is checked   **XXX** COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**
PER

CARRIER _Cona (py_
PER _171Y  9/27/05_  DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1




**Invoice** 61879

Invoice Date 09/27/05

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

**COPY**

Telephone: 586/465-1023

**Bill To:**
DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550022278 | LTC | 09/27/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 42 | 42 / 0 | 16644498 / LIFTGATE ARM / 3 BOXES @ 90# | PCS | 2.33280 / / N | 97.98 |

| | |
|---|---|
| Nontaxable Subtotal | 97.98 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 97.98 |

Duplicate

Page 1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

Invoice 61879
Invoice Date 09/27/05

*LTC* *Successfully Created*

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | | | Terms |
|---|---|---|---|---|---|
| DELCOL | CONNECTION | | | | Net 30 Days |
| Purchase Order Number | | | Salesperson | Order Date | Our Order Number |
| 0550022278 | | | LTC | 09/27/05 | None |

| Qty. Ordered | Qty. Shipped / Backordered | Item Number / Item Description | Unit of Measure | | |
|---|---|---|---|---|---|
| 42 | 42 / 0 | 16644498  39200<br>LIFTGATE ARM / 3 BOXES @ 90# | PCS | | |

truck called @ 1:54 pm

Page 1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61879**

Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Date **9/27/05**

**CONNECTION**
(Name of Carrier) _____ (SCAC)

**TO:** Consignee ~~DELPHI SAFETY & INTERIOR~~

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - or as otherwise provided in Item 430, Sec. 1.

**FROM:** Shipper **LTC ROLL & ENGINEERING**

Street **23500 JOHN GORSUCH DRIVE**

Street ~~200 GEORGESVILLE RD~~

Origin **CLINTON TWP, MI**    Zip Code **48036**

Destination ~~COLUMBUS OH 43228~~    Zip Code

Vehicle Number

Route ~~P.O. #0550022278~~

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 3 BXS | | PT #16644498 AUTO PARTS – 42 PCS | 90# | | |

SHIPPED
DATE _____
TIME IN _____
~~TIME OUT~~
RECEIVED BY _____

THE CONNECTION CO.

13-0606354-9

SCAC:CONQ

SHIPPER COPY

REMIT
C.O.D. TO:
ADDRESS

COD Amt: $

C.O.D. FEE: PREPAID ☐ $  COLLECT ☐

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked    Check Box if Charges are to be **XXX** COLLECT

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**

PER _____

CARRIER *Cone (pu)*

PER *47178 9/27/05*    DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1



**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

**Invoice 61825**
Invoice Date 09/22/05

**COPY**

Bill To:

DELPHI AUTOMOTIVE SYTEMS
1401 CROOKS ROAD
TROY, MI 48084

Ship To:

DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550022278 | LTC | 09/22/05 | None |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 462 | 462 / 0 | 16644498 / LIFTGATE ARM / 33 BXS ON 1 SKID @ 1000# | PCS | 2.33280 / / N | 1077.75 |

| | |
|---|---|
| Nontaxable Subtotal | 1077.75 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1077.75 |

Duplicate

Page    1

# PACKING SLIP

**L.T.C. ROLL & ENGINEERING CO.**
23500 John Gorsuch Drive
Clinton Twp, MI 48036

Telephone: 586/465-1023

Invoice 61825
Invoice Date 09/22/05

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
200 GEORGESVILLE RD
COLUMBUS, OH 43228-0512

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELCOL | CONNECTION | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0550022278 | LTC | 09/22/05 | None |

| Qty Ordered | Qty Shipped / Backordered | Item Number / Item Description | Unit of Measure |
|---|---|---|---|
| 462 | 462 / 0 | 16644498<br>LIFTGATE ARM / 33 BXS ON 1 SKID @ 1000# | PCS |

*truck called @ 12:37 pm*

Page 1

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **61825**
Carrier No. _____

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

**CONNECTION**
(Name of Carrier)     (SCAC)

Date **9/22/05**

**TO:** Consignee **DELPHI SAFETY & INTERIOR**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name – or as otherwise provided in Item 430, Sec. 1

Street **200 GEORGESVILLE RD**
Destination **COLUMBUS OH 43228** Zip Code

**FROM:** Shipper **LTC ROLL & ENGINEERING**
Street **23500 JOHN GORSUCH DRIVE**
Origin **CLINTON TWP, MI** Zip Code **48036**

Vehicle Number

Route **P.O. #0550022278**

| No. Shipping Units | ★ HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | PT #16644498 AUTO PARTS – 462 PCS – 33 BXS | 1000# | | |

SHIPPED
DATE ____
TIME IN ____
TIME OUT ____
RECEIVED BY ____

REMIT C.O.D. TO:
ADDRESS

COD Amt: $

**THE CONNECTION CO.**
**13-0606347-9**

SCAC:CONQ

TOTAL CHARGES: $

SHIPPER COPY

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if except when box at right is checked   Charges are to be **XX COLLECT**

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **LTC ROLL & ENGINEERING**
PER

CARRIER _Conn_
PER _____  9/22/05   DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

1