**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matters of: | Case No: 05-44481 (RDD) |
| | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, et al., | |
| Debtors-in-Possession | Hon. Robert D. Drain |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, **LTC Roll & Engineering Co.'s Response to Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(B) and Fed. R. Bankr. P. 3007 to Certain (a) Insufficiently Documented Claims, (b) Claims not Reflected on Debtors' Books and Records, (c) Untimely Claims, and (d) Claims Subject to Modification** was served upon the following parties, by US Postal Service:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John W. Butler Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

**STROBL & SHARP, P.C.**

/s/ Dennis W. Loughlin
Lynn M. Brimer (P43291)
Dennis W. Loughlin (P57084)
Strobl & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; fax (248) 645-2690
Attorneys for LTC Roll & Engineering Co.

Dated: April 10, 2007    dloughlin@stroblpc.com

J:\DOCS\57072\001\pldg\SB200245.DOC