**Ted Strickland**
Governor



Helen E. Jones-Kelley
Director

P.O. Box 182404  Columbus, Ohio 43218-2404
jfs.ohio.gov

March 28, 2007

Bankruptcy Clerk
United States Bankruptcy Court
Southern District Of New York
One Bowling Green, 6th Floor
New York, NY 10004-1408

RE:    CASE #05-44632
ODJFS #1405051-00-8
DELPHI AUTOMOTIVE SYSTEMS
HUMAN RESOURCES, LLC

Dear Clerk:

On April 11, 2006, this Bureau forwarded you an Administrative Proof of Claim for $18,716.32 to have been filed in the above referenced case.

We wish to advise at this time that this claim was filed on Case #05-44632 in error, and it is therefore requested that this claim of the Ohio Department of Job and Family Services (formerly the Bureau of Employment Services) be withdrawn from the proceedings.

Sincerely,

Janet Wise, Supervisor
Litigation Unit

*Marlene Delp*

By:  Marlene Delp, Examiner
(614) 466-2319 x22005

enclosures

JDW/mmd

An Equal Opportunity Employer
Printed in-house

COPY

| United States Bankruptcy Court | Administrative Proof of Claim |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | |
| In re: (Name of Debtor) DELPHI AUTOMOTIVE SYSTEMS SERVICES, LLC DEBTOR-IN-POSSESSION | Case Number 05-44632 |

**Name of Creditor**
(The person or entity to whom the debtor owes the money)

**Ohio Department of Job and Family Services**

Name and addresses where notices should be sent

The Ohio Department of Job and Family Services
PO Box 182404
Columbus, OH 43218-2404

Telephone (614) 466-2781

☐ Check box if you are aware anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

Account or other number identifying debtor
1405051-00-8

Check here if this claim: ☐ Replaces  ☐ Amends   a previously filed claim dated:

**1. BASIS FOR CLAIM**
- Goods Sold
- Services performed
- Money loaned
- Personal Injury/wrongful death
- ☑ Taxes
- Other (Describe briefly)

- Retiree Benefits as defined in 11 U.S.C. 1114(a)
- Wages, Salaries and compensation (Fill out below)
- your Social Security Number _____
- Unpaid compensation for services performed
- from _____ to _____

**2. Date Debt was incurred**
See Attached

**3. If Court Judgment, Date Obtained**

**4. Classification of claim.** Under the Bankruptcy Code, all claims are classified as one or more of the following: (1) Unsecured non-priority (2) Unsecured priority, (3) Secured; It is possible for part of a claim to be in one category and part in another. check the appropriate box or boxes that best describes your claim and state the amount of your claim

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe Briefly)
Amount of arrearage and other charges included in secured claim above
If any $

☑ UNSECURED NONPRIORITY CLAIM   $ -
A claim is unsecured if there is no collateral or lien on property of the debtor securing a claim or to the extent that the value of such property is less than the amount of the claim

■ UNSECURED PRIORITY CLAIM   $ 18,716.32
Specify the priority of the claim

☐ Wages, salaries or commissions (up to 20,000.00) earned more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. 507(a)(3).

☐ Contributions to an employee benefit plan -- 11 U.S.C. 507(a)(4)

☐ Up to $900.00 of deposits toward purchase, lease, or rental of property or services for personal, family or household use -- 11 U.S.C. 507(a)(6)

■ Taxes or penalties of government units -- 11 U.S.C. 507(a)(8)

☐ Other -- 11 U.S.C. 507(a)(5) -- (Describe briefly)

| 5. TOTAL AMOUNT OF CLAIM AT TIME CASE WAS FILED | $ - (NON-PRIORITY) | $ _____ (SECURED) | $ 18,716.32 (PRIORITY) | $ 18,716.32 (GRAND TOTAL) |

☐ Check this box if claim includes pre-petition charges in addition to the principal amount of the claim. Attach itemized statement of additional charges

**6 CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts claimant owes to the debtor.

THIS SPACE FOR COURT USE ONLY

**7 SUPPORTING DOCUMENTS:** Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments or evidence of security interest. If the documents are not available, explain. If documents are voluminous, attach summary.

**8. TIME STAMPED COPY:** To receive an acknowledgement of the filing of your claim, Enclose a stamped self-addressed envelope and copy of your proof of claim.

Date: April 11, 2006

Sign and print the name and title, if any, of the creditor or other person Authorized to file this claim (attach power of attorney, if any)

/S/ JANET D. WISE
Janet D. Wise, Supervisor

Administrative    POC

INTEREST DETAIL --- LITIGATION SECTION

| BAR DATE |
|---|
| Not Set |

| TYPE | | CASE # | ACCOUNT |
|---|---|---|---|
| CHPT | 11 | 05-44632 | 1405051-00-8 |

NAME   DELPHI AUTOMOTIVE SYSTEMS SERVICES, LLC
       DEBTOR-IN-POSSESSION
       5725 DELPHI DRIVE
       TROY, MI 48098-2815

| FILE DATE |
|---|
| 10/8/2005 |

SOUTHERN DISTRICT OF NEW YORK

| QTR/YR | DEBIT DATE | CONTRIBUTIONS DUE | FORFEITURE | FORFEITURE INTEREST | CONTRIBUTION INTEREST | TOTAL |
|---|---|---|---|---|---|---|
| 4/05 | 02/09/2006 | $ 18,076.24 | | | $ 640.08 | $ 18,716.32 |
| TOTALS | | $ 18,076.24 | $ - | $ - | $ 640.08 | $ 18,716.32 |

PRIORITY       $ 18,716.32
NON-PRIORITY   $    -

Prepared by   LJ
04/11/06