UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.,* | (Jointly Administered) |
| Delphi Automotive Systems, LLC | |
| | |
| Debtors. | |

-----------------------------------------------------------X

### NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)  Debt Acquisition Company of America V, LLC
                               1565 Hotel Circle South, Suite 310
                               San Diego, CA  92108

A transfer in the amount of $1,392.20 from:

ACCU-CHEK INC (Transferor)
8385 STATE RD 64
GEORGETOWN IN 47122

is acknowledged.

***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                          ) Chapter 11
                                                                ) Case No. 05-44481 (RDD)
                                                                )
DELPHI CORPORATION, et al.,                                     ) Jointly Administered
DELPHI AUTOMOTIVE SYSTEMS LLC                                   )
                                                                ) NOTICE OF TRANSFER OF CLAIM
       Debtors.                                                 ) OTHER THAN FOR SECURITY AND
                                                                ) WAIVER OF NOTICE
                                                                ) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of ACCU-CHEK INC ("Transferor") against the Debtor in the amount of $1,392.20, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,392.20 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**ACCU-CHEK INC**
**8385 STATE RD 64  GEORGETOWN IN 47122**

Print Name: Ginger Mathes                     Title: Accounting
Signature: Ginger Mathes                      Date: 3-28-07
Updated Address (if needed): _____
Phone: 812-951-2220 x21   Fax: 812-951-2262   E-Mail: ginger.mathes@accuchek.com

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
           Tom Scheidt

Mail Ref# 8-766
2584823

1