Pitney Bowes Credit Corporation filed an unsecured nonpriority claim in the amount of $1,212.86 on 3/6/07 in the Delphi Corporation bankruptcy case.  I have attached a copy of this claim.  I would like to withdraw this claim.  Please note your records accordingly.

Eva Milanowski
Bankruptcy Specialist
Pitney Bowes Inc
27 Waterview Drive
Shelton, CT  06484
800-243-9506 x4582
203-617-6307 (Fax)
Eva.Milanowski@pb.com

**U.S. Bankruptcy Court**

**Southern District of NY**

| In re (Name of Debtor) | Case Number 05-44481 |
|---|---|
| Delphi Corporation | Chapter 11 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor**
(The Person or other entity to whom the debtor owes money or property)

*Pitney Bowes Credit Corporation*

Name and Address Where Notices Should be Sent

**Pitney Bowes Credit Corporation**
Attn: Recovery Dept.
27 Waterview Drive
Shelton, CT  06484-4361

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR
7448823-001

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

□ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

Check here if this claim □replaces    a previously filed claim
□ amends  claim, dated

**1.  BASIS FOR CLAIM**
- □ Goods sold
- □ Services performed
- □ Money loaned
- □ Personal injury/wrongful death
- □ Taxes
- ■ Other (Describe briefly)

Lease(s)

- □ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- □ Wages, salaries, and compensation (Fill out below)
  Your social security number _____
  Unpaid compensation for services performed
  From _____ to _____
  (date)           (date)

**2.  DATE DEBT WAS INCURRED**
6/30/2004

**3.  IF COURT JUDGMENT, DATE OBTAINED**

3. CLASSIFICATION OF CLAIM.  Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

**4.  SECURED CLAIM** $
Attach evidence of perfection of security interest
Brief Description of Collateral:
- □ Real Estate  □ Motor Vehicle  □ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any

■ **UNSECURED NONPRIORITY CLAIM** 1,212.86
 A claim is unsecured if there is no collateral or lien on
 property of the debtor securing the claim or to the extent that
 the value of such property is less than the amount of the claim.

□ **UNSECURED PRIORITY CLAIM** $
- □  Arrears

Specify the priority of the claim.
- □ Wages, salaries, or commissions (up to $4000),*earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a)(3)
- □ Contributions to an employee benefit plan–11 U.S.C. §507 (a)(4)
- □ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use–11 U.S.C. § 507 (a)(6)
- □ Alimony, maintenance, or support owed to a spouse, former spouse, or child–11 U.S.C. §507 (a)(7)
- □ Taxes or penalties of governmental units–11 U.S.C. §507 (a)(8)
- □ Other–Specify applicable paragraph of 11 U.S.C 507 (a)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

**5.  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

| Secured Claim | Unsecured Non Priority | Unsecured Priority | |
|---|---|---|---|
| | 1,212.86 | | 1,212.86 *
(Total) |

□ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

THIS SPACE IS FOR COURT USE ONLY

6. CREDITS AND SETOFFS: The amount of all payments on this claim have been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary..

8. TIME STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | |
|---|---|---|
| 3/6/07 | *Eva Milanowski* | RECEIVED
MAR - 9 2007
CLAIMS PROCESSING CENTER
USBC, SDNY |
| | Eva Milanowski, Bankruptcy Specialist | |

**\*If legal or collection fees are incurred, they may be added to this total.**

COPY

SOUTHERN DISTRICT OF NEW YORK

IN RE:  DELPHI CORPORATION

CASE NO.  05-44481

CHAPTER 11