**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

| | |
|---|---|
| In re:<br><br>**DELPHI CORPORATION, et al,**<br><br><br><br>Debtors. | In Proceedings For A<br>Reorganization Under<br>Chapter 11<br>Case No.: 05-44481<br>Jointly Administered |

------------------------------------------------------------------------X

**Claim Nos.: 524**

**NOTICE** OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)      JSA Tool & Engineering Inc.
                      P.O. Box 78772
                      Milwaukee, WI  53278-0772
                      Attn:  Scott A. Seidel, President

The transfer of your claim as shown above, in the amount of **$17,400.00** has been transferred (unless previously expunged by court order) to:

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
    UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
    NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                                        CLERK OF THE COURT

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____
                                         _____
                                                        Deputy Clerk