WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT3738)
(Admitted *Pro Hac Vice*)

Attorneys for Robert Bosch Corporation and Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
   In re                                        :   Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :   Case No. 05-44481 (RDD)
                                                :
                                                :   (Jointly Administered)
                                                :
           Debtors.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on April 11, 2007 a copy of the **RESPONSE OF RT SUB, LLC TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (Claim No. 16507)** was served upon the parties listed below electronically and by Federal Express overnight delivery:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

John K Lyons
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Lisa Diaz
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Joseph N. Wharton
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Dated: April 11, 2007                    /s/ Jayne M. Scott
                                         Jayne M. Scott, Legal Secretary
                                         Warner Norcross & Judd LLP
                                         900 Fifth Third Center
                                         111 Lyon Street, N.W.
                                         Grand Rapids Michigan 49503
                                         (616) 752-2000
                                         Attorneys for RT Sub, LLC

1395164