# UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |
|---|---|
| In Re: | Case No. 05-44481-rdd |
| DELPHI CORP., | Chapter 11 |
| Debtor. | |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On April 11, 2007, a true and correct copy of the *(Full Transfer) Full Transfer of the general unsecured portion of claim #12233 (claim amount $1,029,932.14) from SAIA BURGESS AUTOMOTIVE INC. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,* in the above captioned proceeding was caused to be served on the parties listed on the attached Service List via first class mail.

                                                                 **Dreier LLP**

                                                          By: _/s/Jean L. Guerrier_____
                                                               **Jean L. Guerrier**

**Sworn to before me this**
**11th day of April, 2007.**

_/s/ Lori Rudolph_
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2010**

{00242981.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098


**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner


**Kurtzman Carson Consultants LLC**
2335 Alaska Avenue
El Segundo, CA 90245



**SAIA BURGESS AUTOMOTIVE INC.**
303 Gregson Drive
Cary, NC 27511

{00242981.DOC;}