

2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
517-764-2730
(Fax) 517-764-5843

**GENERAL PRODUCTS CORPORATION**

April 29, 2004

Aaron E. Smith
Commodity Buyer
Delphi Energy & Chassis Systems
M/C 480-405-120
5820 Delphi Drive
Troy, MI 48098-2815
Aaron.smith@delphi.com

Dear Aaron,

General Products has compiled our evidence book for charges associated with the early cancellation of the control arm assemblies used on the Saturn L series vehicle.

These charges consist of one year of fixed assets, obsolete perishable and durable tools and obsolete component inventory.

We have taken into consideration three years of service requirements based on the average service kit sales over the production life of the product. If this claim is not honored and equitably settled then our service commitment is subject to renegotiation. Note also that we are working to a balance out cum of 10,393 sets of control arms per 830 release dated 4/26/04 as discussed in our meeting of this week.

Please expedite the processing of our claim for we would like to have final disposition and payment of cancellation charges no later than May 15, 2004

Thank you for help in this matter.

*Bill*

Bill Best
Sales Manager

WDB:mh
Cc: R. Andary – Delphi
D. Kelley – GP
M. Jaska – GP

# SUMMARY

# General Products Corporation
## Delphi/Saturn Control Arm
### Cancellation Claim Summary

| | | | |
|---|---|---|---|
| Original Equipment Investment | | $ | 3,030,710 |
| Based on 6 - year Program Life | divide by | | 6 |
| Investment Not Recoverd Due To Early Cancellation | | $ | 505,118 |
| Perishable Tooling Obsolescence | | $ | 17,980 |
| Line Specific Maintenance / Durables Obsolescence | | $ | 32,334 |
| Exess /Obsolete Component Inventory - GP In-House | | $ | 134,025 |
| Total Recovery Charges/ Costs | | $ | 689,458 |

**Note:** **Excludes any allowance for cancellation claim for component suppliers**

# EQUIPMENT COST

# General Products Corporation

## Saturn Equipment Costs

| Machine | Vendor Name | Invoice Number | Check Number | Check Date | Invoice Amount | Invoice Date | Comments |
|---|---|---|---|---|---|---|---|
| **Op 10 - (8) Station Dial Machine** | | | | | | | |
| | Dimension Machine Engineering | I000002 | 244259 | 10/6/1997 | 162,483.50 | 9/2/1997 | Payment on Dial Machine |
| | Dimension Machine Engineering | I000009 | 245642 | 12/19/1997 | 387,215.50 | 12/3/1997 | Payment on Dial Machine |
| | Dimension Machine Engineering | I000009 | 245642 | 12/19/1997 | 8,400.00 | 12/3/1997 | Engineering Drawings |
| | Dimension Machine Engineering | I000040 | 50659 | 7/10/1998 | 517,834.00 | 6/3/1998 | Payment on Dial Machine |
| | Dimension Machine Engineering | I000040 | 50659 | 7/10/1998 | 6,080.00 | 6/3/1998 | DME floor acceptance |
| | Dimension Machine Engineering | I000018 | 249097 | 5/15/1998 | (4,932.00) | 3/25/1998 | Credit |
| | Dimension Machine Engineering | I000065 | 55742 | 1/22/1999 | 324,967.00 | 10/30/1998 | Payment on Dial Machine |
| | Stegner Electric Controls, Inc. | 15605 | 51530 | 8/14/1998 | 7,000.00 | 6/30/1998 | Rewiring of dial machine |
| | | | | | 1,409,048.00 | | 1006/1006A |
| **Op 20 - (7) Station Dial Machine** | | | | | | | |
| | Dimemsion Machine Engineering | I000002 | 244259 | 10/6/1997 | 90,488.50 | 9/2/1997 | Payment on Dial Machine |
| | Dimension Machine Engineering | I000009 | 245642 | 12/19/1997 | 270,305.50 | 12/30/1997 | Payment on Dial Machine |
| | Dimension Machine Engineering | I000009 | 245642 | 12/19/1997 | 5,920.00 | 12/3/1997 | Engineering Drawings |
| | Dimension Machine Engineering | I000040 | 50659 | 7/10/1998 | 361,954.00 | 6/3/1998 | Payment on Dial Machine |
| | Dimension Machine Engineering | I000040 | 50659 | 7/10/1998 | 5,920.00 | 6/3/1998 | DME floor acceptance |
| | Dimension Machine Engineering | I000018 | 249097 | 5/15/1998 | (4,932.00) | 3/25/1998 | Credit |
| | Dimension Machine Engineering | I000065 | 55742 | 1/22/1999 | 265,787.00 | 10/30/1998 | Payment on Dial Machine |
| | Stegner Electric Controls, Inc. | 15605 | 51530 | 8/14/1998 | 6,500.00 | 6/30/1998 | Rewiring of dial machine |
| | | | | | 1,001,943.00 | | 1007/1007A |
| **Other Dial Machine Costs** | | | | | | | |
| | Dimension Machine Tool, Inc. | I002660 | 244095 | 9/19/1997 | 95,000.00 | 7/31/1997 | Engineering Design |
| | Garman Midwest Electric, Inc | 3482 | 51207 | 7/31/1998 | 1,919.00 | 6/16/1998 | Install powerfeeds for op 10 and op20 dials |
| | Garman Midwest Electric, Inc | 3844 | 57463 | 3/26/1999 | 3,641.00 | 12/10/1998 | Wire Saturn Control Arm washer |
| | Garman Midwest Electric, Inc | 339 | 10273 | 5/7/1999 | 2,314.00 | 3/22/1999 | Asseble and install coveyers, gravity feed and table top on lift / tilt |
| | Steuben County Welding | 3087 | 51340 | 8/7/1998 | 9,879.72 | 7/28/1998 | Material and labor to fabricate & setup Saturn Control Arm dials |
| | | | | | 112,753.72 | | 595 |
| **L.H. Control Arm Assembly Machine** | | | | | | | |
| | Centennial Technologies | 5817 | 247455 | 3/13/1998 | 17,640.00 | 1/26/1998 | Payment on Assembly Machine |
| | Centennial Technologies | 5868 | 247990 | 4/3/1998 | 123,480.00 | 2/18/1998 | Payment on Assembly Machine |
| | Centennial Technologies | 6072-1 | 51378 | 8/7/1998 | 19,415.00 | 6/19/1998 | Payment on Assembly Machine |
| | Centennial Technologies | 6072 | 53166 | 10/16/1998 | 19,860.00 | 6/19/1998 | Payment on Assembly Machine |
| | Centennial Technologies | 6072-2 | 51378 | 8/7/1998 | 1,440.00 | 6/19/1998 | New Hydraulic Cylinders |
| | | | | | 181,835.00 | | 1004 |
| **R.H. Control Arm Assembly Machine** | | | | | | | |
| | Centennial Technologies | 5817 | 247455 | 3/13/1998 | 17,640.00 | 1/26/1998 | Payment on Assembly Machine |
| | Centennial Technologies | 5868 | 247990 | 4/3/1998 | 123,480.00 | 2/18/1998 | Payment on Assembly Machine |
| | Centennial Technologies | 6072-1 | 51378 | 8/7/1998 | 19,415.00 | 6/19/1998 | Payment on Assembly Machine |
| | Centennial Technologies | 6072 | 53166 | 10/16/1998 | 19,860.00 | 6/19/1998 | Payment on Assembly Machine |
| | Centennial Technologies | 6072-2 | 51378 | 8/7/1998 | 1,440.00 | 6/19/1998 | New Hydraulic Cylinders |
| | | | | | 181,835.00 | | 1005 |
| **Clarmatic Vacuum Media Filtrations System - 2 vacuums** | | | | | | | |
| | Clarmatic Industries | 2653 | 50759 | 7/17/1998 | 40,220.00 | 6/2/1998 | Serial number 97156 |
| | Clarmatic Industries | 2653 | 50759 | 7/17/1998 | 38,209.00 | 6/2/1998 | Serial number 97256 |
| | Clarmatic Industries | 2654 | 50759 | 7/17/1998 | 650.00 | 6/2/1998 | Shipping charges |
| | | | | | 79,079.00 | | 1008 |
| **Concrete Work for Saturn Control Arm** | | | | | | | |
| | Rousset Concrete Construction | 7218 | 247985 | 4/3/1998 | 15,641.00 | 3/27/1998 | Concrete work Floor Prop |
| | | | | | 15,641.00 | | |
| **Vision Inspection System** | | | | | | | |
| | InoSys, Inc. | 1557 | 14649 | 10/22/1999 | 12,390.40 | 10/14/1999 | Payment on Vision System |
| | InoSys, Inc. | 1599 | 20981 | 6/16/2000 | 12,390.40 | 1/19/2000 | Payment on Vision System |
| | InoSys, Inc. | 1654 | 22036 | 7/28/2000 | 6,320.20 | 5/22/2000 | Payment on Vision System |
| | | | | | 31,101.00 | | 1145 |
| **Load Monitors** | | | | | | | |
| | Roberts Electric Services | A9908-1 | 13891 | 9/24/1999 | 5,242.50 | 8/22/1999 | Install 5 Load Monitors on Op 10 |
| | Roberts Electric Services | A9902-2 | 16322 | 12/17/1999 | 8,737.50 | 10/28/1999 | Install 5 Load Monitors on Op 10 |
| | Roberts Electric Services | A9902-3 | 16322 | 12/17/1999 | 3,495.00 | 12/6/1999 | Install 5 Load Monitors on Op 10 |
| | | | | | 17,475.00 | | |
| **Grand Total** | | | | | 3,030,710.72 | | |

# Asset 1006 / 1006A

Dimension Machine Engineering, LLC
15773 Leone Drive
Macomb, MI 48042
(810)-786-1100

Invoice No: E000002
Invoice Date: 09/02/1997

ANGOLA
SEP 11 1997

BILL:
GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

SHIP:
GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

| TERMS | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| Net 15 D | 97100000 | 10003899 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | | OPERATION #10 - (8) STATION DIAL MACHINE $1,624,835.00 @ 10% Job#: 97100000 | line 1 | 162,483.50 ✓ 2161.7382 |
| 2 | 1 | | OPERATION #20 - (7) STATION DIAL MACHINE $1,328,935.00 @ 10% Job#: 97101000 | line 9 90,488.50 → 2161.7382; line 13 42405.00 → 2160.7382 | 132,893.50 |

POSTED
SEP 15 1997

TOTAL Amount: 295,377.00

1-087382
OK [signature] 9/10/97

ANGOLA
Disc Y/N
Due
Dispute
Hold
Approval [signature] 9-16-97
Ext. Check
R #
3120 3121

John Weed

| INVOICE NUMBER | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| I000002* | 09/02/97 | | 295377.00 | 0.00 | 295377.00 |
| | | TOTAL | 295377.00 | 0.00 | 295377.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703

NBD DEARBORN BANK, N.A.

74-1292
724

**GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

244259

VENDOR NO. 200071

CHECK NO. 244259

CHECK DATE 10/06/97

THE SUM OF TWO HUNDRED NINETY FIVE THOUSAND THREE HUNDRED SEVENTY SEVEN AND 00/100

PAY TO THE ORDER OF
DIMENSION MACHINE ENGINEERING
15773 LEONE DRIVE
MACOMB, MI 48042

$295377.00

NON-NEGOTIABLE

⑈244259⑈ ⑆072412927⑆ 00140166⑈

Dimension Machine Engineering, LLC
24750 - 21 Mile Road
Macomb, MI 48042
(810)-598-3880

200071

Invoice No: I000009
Invoice Date: 12/03/1997

BILL TO:
GENERAL PRODUCTS CORPORATION
200071
2400 EAST SOUTH STREET
JACKSON, MI 49201

SHIP TO:
GENERAL PRODUCTS CORPORATION
200071
2400 EAST SOUTH STREET
JACKSON, MI 49201

ANGOLA
DEC 0 5 1997

| TERMS | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| NET 15 D | 97100000 | 10003899 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1 | OPERATION #10 - (8) STATION DIAL MACHINE $1,624,835.00 @ 30% MECHANICAL & CONTROL DRAWINGS APPROVED COMPLETE Job#: 97100000 | line 2 388,375.50 line 6 99,075.00 20.3% | 487,450.50 |
| 2 | | 1 | OPERATION #20 - (7) STATION DIAL MACHINE $1,328,935.00 @ 30% MECHANICAL & CONTROL DRAWINGS APPROVED COMPLETE Job#: 97101000 | line 10 271,465.50 line 14 127,215.00 | 398,680.50 |
| 3 | | | OPERATION #10 DIAL MACHINE AMENDMENT #001 $21,000 @ 40% ENGINEERING DRAWINGS APPROVED Job#: 97100000 | | 8,400.00 |
| 4 | | | OPERATION #20 DIAL MACHINE AMENDMENT #001 $14,800 @ 40% ENGINEERING DRAWINGS APPROVED Job#: 97101000 | | ~~5,920.00~~ |

POSTED
DEC 10 1997

John Wood
1-087382
ANGOLA

Y (N)
Due
Hold
Approval 12-9-97
Ext. Check
R# 2164 7382
3120 3121

2161.7382
2160.7382
2164.7382
671,841.00
226,290.00
2320.00

PLEASE REMIT ALL PAYMENTS TO:
15773 LEONE DRIVE, MACOMB MI 48042

TOTAL Amount: 900,451.00

THANK YOU !!!

PAYMENT DUE DECEMBER 18, 1997

388,375.50
<1160.00>
387,215.50

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| I000009* | 12/03/97 | | 900451.00 | 0.00 | 900451.00 |
| | | TOTAL | 900451.00 | 0.00 | 900451.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703

COMERICA DEARBORN BANK, N.A.

74-1292
724

**GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

245642

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 200071 | 245642 | 12/19/97 |

THE SUM OF NINE HUNDRED THOUSAND FOUR HUNDRED FIFTY ONE AND 00/100

PAY TO THE ORDER OF
DIMENSION MACHINE ENGINEERING
15773 LEONE DRIVE
MACOMB, MI 48042

$900451.00

NON-NEGOTIABLE

⑈245642⑈ ⑆072412927⑆ 00140166⑈

.le Road
..., MI 48042
(810)-598-3880

Invoice Date: 06/03/1998

200071

| BILL | SHIP |
|---|---|
| GENERAL PRODUCTS CORPORATION<br>200071<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 | GENERAL PRODUCTS CORPORATION<br>200071<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 |

| TERMS | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| NET 15 D | 97100000 | 10003899 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1 | OPERATION #10 8 STATION DIAL MACHINE<br>$1,624,835.00 @ 40%<br>DME FLOOR ACCEPTANCE<br>Job#: 97100000<br>line 3 + 7 | 2161.7382<br>2160.7382 | 649,934.00<br>517834.00<br>132,100.00<br>20.3 |
| 2 | 1 | 1 | OPERATION #20 7 STATION DIAL MACHINE<br>$1,328,935.00 @ 40%<br>DME FLOOR ACCEPTANCE<br>Job#: 97100000<br>line 11 + 15 | 2161.7382<br>2160.7382 | 531,574.00<br>361,954.00<br>169,620.00 |
| 3 | 1 | 1 | OPERATION #10 DIAL MACHINE AMENDMENT #001<br>$21000.00 @ 40%<br>DME FLOOR ACCEPTANCE<br>Job#: 97100000<br>line 18 + 21 4 units | 2164.7382<br>2161.7382 | 8,400.00<br>2320.00<br>6080.00 |
| 4 | 1 | 1 | OPERATION #20 7 STATION DIAL MACHINE AMENDMENT #001<br>Job#: 97100000<br>line 24 4 units | 2161.7382 | 5,920.00 |

POSTED
JUN 30 1998

1.087382

Partial Shipment

PLEASE REMIT ALL PAYMENTS TO:
15773 LEONE DRIVE, MACOMB MI 48042

TOTAL Amount: 1,195,828.00

THANK YOU !!!

| | |
|---|---|
| 2160.7382 | 301,720.00 |
| 2161.7382 | 891,788.00 |
| 2164.7382 | 2,320.00 |

PAYMENT DUE JUNE 18, 1998

GM -0- Biller

ok per ... 6-29-98
7/9/98

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| I0000040* | 06/03/98 | | 1195828.00 | 0.00 | 1195828.00 |
| | | TOTAL | 1195828.00 | 0.00 | 1195828.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

NBD DEARBORN BANK, N.A.

74-1292
724

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

050659

VENDOR NO. 200071

CHECK NO. 050659

CHECK DATE 07/10/98

THE SUM OF ONE MILLION ONE HUNDRED NINETY FIVE THOUSAND EIGHT HUNDRED TWENTY EIGHT AND 00/100

PAY TO THE ORDER OF
DIMENSION MACHINE ENGINEERING
15773 LEONE DR.
MACOMB, MI 48042

$1195828.00

NON-NEGOTIABLE

⑈050659⑈ ⑆072412927⑆ 00140086⑈

Dimension Machine Engineering LLC
24750 - 21 Mile Rd
Macomb, MI 48042
(810)-598-3880

Invoice No I000018
Invoice Date: 03/25/1998

200071

| | BILL | | SHIP |
|---|---|---|---|
| | GENERAL PRODUCTS CORPORATION<br>200071<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 | | GENERAL PRODUCTS CORPORATION<br>200071<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 |

ANGOLA
MAR 3 1 1998

| TERMS | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| NET 15 DAY | 97100000 | 10003899 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1 | CONTROL ARM EQUIPMENT<br>Job#: 97100000 | | -9,864.00 |

PLEASE REMIT ALL PAYMENTS TO:
15773 LEONE DRIVE, MACOMB MI 48042

TOTAL Amount: -9,864.00

THANK YOU !!!

9864.00/2 =
4932.00

POSTED
APR 0 1 1998

OK B 3/30/98

1-087332
ANGOLA

Disc Y/(N)
Due
Dispute Hold
Approval ml
Ext. Check 2161.7382
R #
3120 3121

| INVOICE NUMBER | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 26718* | 03/31/98 | | 27328.00 | 0.00 | 27328.00 |
| CI000018 | 03/25/98 | | -9864.00 | 0.00 | -9864.00 |
| | | TOTAL | 17464.00 | 0.00 | 17464.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703

NBD-DEARBORN BANK, N.A.

74-1292
724

**GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

249097

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 200009 | 249097 | 05/15/98 |

THE SUM OF SEVENTEEN THOUSAND FOUR HUNDRED SIXTY FOUR AND 00/100

$17464.00

PAY TO THE ORDER OF
DIMENSION MACHINE TOOL, INC.
15773 LEONE DR.
MACOMB, MI 48042

NON-NEGOTIABLE

⑈249097⑈ ⑆072412927⑆ 00140166⑈

Dimension Machine Engineering, LLC
24750 - 21 Mile Roa
Macomb, MI 48042
(810)-598-3880

Invoice No: 1000065
Invoice Date: 10/30/1998

200071

BILL:
GENERAL PRODUCTS CORPORATION
200071
2400 EAST SOUTH STREET
JACKSON, MI 49201

SHIP:
GENERAL PRODUCTS COMPANY
1411 WOHLERT
ANGOLA, IN 46703

| TERMS | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| NET 15 D | 97100000 | 10003899 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1 | OPERATION #10 8 STATION DIAL MACHINE $1,624.835.00 @ 20% FINAL ACCEPTANCE Job#: 97100000 | | 324,967.00 |
| 2 | 1 | 1 | OPERATION #20 7 STATION DIAL MACHINE $1,328,935 @ 20% FINAL ACCEPTANCE Job#: 97100000 | | 265,787.00 |
| 3 | 1 | 1 | OPERATION #10 DIAL MACHINE AMENDMENT #001 $21000.00 @ 20% FINAL ACCEPTANCE Job#: 97100000 | | 4,200.00 |
| 4 | 1 | 1 | OPERATION #20 7 STATION DIA MACHINE AMENDMENT #001 FINAL ACCEPTANCE Job#: 97100000 | | 2,960.00 |

Order Complete

PLEASE REMIT ALL PAYMENTS TO:
15773 LEONE DRIVE, MACOMB MI 48042

TOTAL Amount: 597,914.00

THANK YOU !!!

1-19-99 Ed - needs rec'd + your sign off. Thx - Mary

ok to pay [signature] 12-14-98
[signature] 12/14/98
OK [signature] 1/19/99

7,8,12,16

2161.7382
2160.7382
590,754.00
7,160.00

| INVOICE NUMBER | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 65 | 10/30/98 | 127,12 | 597914.00 | 0.00 | 597914.00 |
| | | TOTAL | 597914.00 | 0.00 | 597914.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

055742

74-1292
724

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 200071 | 055742 | 01/22/99 |

THE SUM OF: FIVE HUNDRED NINETY SEVEN THOUSAND NINE HUNDRED FOURTEEN AND 00/100

PAY TO THE ORDER OF: DIMENSION MACHINE ENGINEERING
15775 LEONE DR.
MACOMB, MI 48042

$597914.00

NON-NEGOTIABLE

⑈055742⑈ ⑆072412927⑆ 00140086⑈

100598

PAGE: 1

INVOICE NUMBER: 0015605-IN

# STEGNER ELECTRIC CONTROLS, INC.

NUMERICAL AND PROGRAMMABLE CONTROL SYSTEMS FOR AUTOMATION

SOLD TO
GENERAL PRODUCTS CORPORATION
ATTN: ACCOUNTS PAYABLE
2400 EAST SOUTH STREET
JACKSON MI 49201

ANGOLA

DATE 06/30/98
CUSTOMER'S ORDER NO. 10005343
OUR JOB NO. 0024648
OUR SHIPPER NO.

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | LINE #001 NONINVENTORY REWIRING OF DIAL MACHINES IN ANGOLA: | | |
| 1.000 | OP 10 DIAL DMT 1000 SJ24557 | 7,000.000 | 7,000.00 |
| 1.000 | OP 20 DIAL DMT 1010 SJ24558 | 6,500.000 | 6,500.00 |

1-087382

ANGOLA

Disc Y (N)
Due
Dispute Hold
Approval 7-7-98
Ext. Check
2172.7382
3121

Dan Prescott

INVOICE TOTAL: 13,500.00

35432 INDUSTRIAL ROAD • LIVONIA, MI 48150-1234 • (734) 464-2222 • FAX (734) 464-2563

| INVOICE NUMBER | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 15605*-5 | 06/30/98 | | 13500.00 | 0.00 | 13500.00 |
| GENERAL PRODUCTS CORPORATION JACKSON, MI 49201 | | TOTAL | 13500.00 | 0.00 | 13500.00 |

NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

74-1292
724

051530

VENDOR NO. 100596

CHECK NO. 051530

CHECK DATE 08/14/98

THE SUM OF THIRTEEN THOUSAND FIVE HUNDRED AND 00/100

PAY TO THE ORDER OF
STEGNER ELECTRIC
35432 INDUSTRIAL ROAD
LIVONIA, MI 48150-1234

$13500.00

NON-NEGOTIABLE

⑈051530⑈ ⑆072412927⑆ 0014008б⑈

# Asset 1007 / 1007A

Dimension Machine Engineering, LLC
15773 Leone Drive
Macomb, MI 48042
(810)-786-1100

Invoice No: I000002
Invoice Date: 09/02/1997

ANGOLA
SEP 11 1997

BILL
GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

SHIP
GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

| TERMS | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| Net 15 D | 97100000 | 10003899 | OUR DEL | GENPRO |

| n# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | | OPERATION #10 - (8) STATION DIAL MACHINE $1,624,835.00 @ 10% Job#: 97100000 | line | 162,483.50 ✓ 2161.7382 |
| 2 | 1 | | OPERATION #20 - (7) STATION DIAL MACHINE $1,328,935.00 @ 10% Job#: 97101000 | line 9 90,488.50 → 2161.7382; line 13 42405.00 → 2160.7382; 31.9% | 132,893.50 |

POSTED
SEP 15 1997

TOTAL Amount: 295,377.00

1-087382
9/10/97

ANGOLA
Disc Y/N
Due
Dispute Hold
Approval 9-16-97
Ext. Check
R #
3120 3121

9/10

John Weed