| INVOICE NUMBER | DATE | REFERENCE | Entered 04/03/97 15 | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| I005002* | 09/02/97 | | | 295377.00 | 0.00 | 295377.00 |
| | | | TOTAL | 295377.00 | 0.00 | 295377.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

**244259**

74-1292 / 724

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 200071 | 244259 | 10/06/97 |

THE SUM OF  TWO HUNDRED NINETY FIVE THOUSAND
THREE HUNDRED SEVENTY SEVEN AND 00/100

PAY TO THE ORDER OF:
DIMENSION MACHINE ENGINEERING
15773 LEONE DRIVE
MACOMB, MI 48042

$295377.00

NON-NEGOTIABLE

⑆244259⑆ ⑈072412927⑈    00140166⑆

Dimension Machine Engineering, LLC
24750 - 21 Mile Road
Macomb, MI 48042
(810)-598-3880

Invoice No: 1000009
Invoice Date: 12/03/1997

BILL TO:
GENERAL PRODUCTS CORPORATION
200071
2400 EAST SOUTH STREET
JACKSON, MI 49201

SHIP TO:
GENERAL PRODUCTS CORPORATION
200071
2400 EAST SOUTH STREET
JACKSON, MI 49201

ANGOLA
DEC 0 5 1997

| T E R M S | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| NET 15 D | 97100000 | 10003899 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1 | OPERATION #10 - (8) STATION DIAL MACHINE $1,624,835.00 @ 30% MECHANICAL & CONTROL DRAWINGS APPROVED COMPLETE Job#: 97100000 | | 487,450.50 |
| 2 | 1 | 1 | OPERATION #20 - (7) STATION DIAL MACHINE $1,328,935.00 @ 30% MECHANICAL & CONTROL DRAWINGS APPROVED COMPLETE Job#: 97101000 | | 398,680.50 |
| 3 | 1 | 1 | OPERATION #10 DIAL MACHINE AMENDMENT #001 $21,000 @ 40% ENGINEERING DRAWINGS APPROVED Job#: 97100000 | | 8,400.00 |
| 4 | 1 | 1 | OPERATION #20 DIAL MACHINE AMENDMENT #001 $14,800 @ 40% ENGINEERING DRAWINGS APPROVED Job#: 97101000 | | 5,920.00 |

POSTED
DEC 1 0 1997

PLEASE REMIT ALL PAYMENTS TO:
15773 LEONE DRIVE, MACOMB MI 48042

THANK YOU !!!

TOTAL Amount:    900,451.00

PAYMENT DUE DECEMBER 18, 1997

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| I000009* | 12/03/97 | | 900451.00 | 0.00 | 900451.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703

| TOTAL | 900451.00 | 0.00 | 900451.00 |

NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**  245642
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

74-1292

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 200071 | 245642 | 12/19/97 |

THE SUM OF   NINE HUNDRED THOUSAND FOUR HUNDRED FIFTY ONE AND 00/100

PAY TO THE ORDER OF:
DIMENSION MACHINE ENGINEERING     $900451.00
15773 LEONE DRIVE
MACOMB, MI 48042

NON-NEGOTIABLE

⑈245642⑈ ⑆072412927⑆     0014016⑈

Engineering, ...
...le Road
...OMB, MI 48042
(810)-598-3880

Invoice No: I000040

Invoice Date: 06/03/1998

200071

| B I L L | GENERAL PRODUCTS CORPORATION<br>200071<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 | S H I P | GENERAL PRODUCTS CORPORATION<br>200071<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 |
|---|---|---|---|

| T E R M S | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| NET 15 D | 97100000 | 10003899 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1 | OPERATION #10 8 STATION DIAL MACHINE<br>$1,624,835.00 @ 40%<br>DME FLOOR ACCEPTANCE<br>Job#: 97100000 | | 649,934.00 |
| 2 | 1 | 1 | OPERATION #20 7 STATION DIAL MACHINE<br>$1,328,935.00 @ 40%<br>DME FLOOR ACCEPTANCE<br>Job#: 97100000 | | 531,574.00 |
| 3 | 1 | 1 | OPERATION #10 DIAL MACHINE AMENDMENT #001<br>$21000.00 @ 40%<br>DME FLOOR ACCEPTANCE<br>Job#: 97100000 | | 8,400.00 |
| 4 | 1 | 1 | OPERATION #20 7 STATION DIAL MACHINE AMENDMENT #001<br>Job#: 97100000 | | 5,920.00 |

Handwritten annotations:
- line 3 + 7:  2161.7382  517,834.00
-              2160.7382  132,100.00
- line 11 + 15: 2161.7382  361,954.00
-               2160.7382  169,620.00
- line 18 + 21  4 units  31.9%
-   2164.7382  2320.00
-   2161.7382  6080.00
- line 24  4 units  2161.7382
- 1.087382

POSTED JUN 30 1998

Partial Shipment

PLEASE REMIT ALL PAYMENTS TO:
15773 LEONE DRIVE, MACOMB MI  48042

TOTAL Amount:  1,195,828.00

THANK YOU !!!

2160.7382   301,720.00
2161.7382   891,783.00
2164.7382     2,320.00

PAYMENT DUE JUNE 18, 1998

GM  -0- willet

10 of per  signatures 6-24-98  7/9/98
June

| INVOICE NUMBER | DATE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| I0000040 | 06/03/98 | 1195828.00 | 0.00 | 1195828.00 |
| | | | | |
| GENERAL PRODUCTS CORPORATION JACKSON, MI 49201 | TOTAL | 1195828.00 | 0.00 | 1195828.00 |

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

74-1292 / 724

**050659**

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 200071 | 050659 | 07/10/98 |

THE SUM OF: ONE MILLION ONE HUNDRED NINETY FIVE THOUSAND EIGHT HUNDRED TWENTY EIGHT AND 00/100

PAY TO THE ORDER OF:
DIMENSION MACHINE ENGINEERING
15773 LEONE DR.
MACOMB, MI 48042

$1195828.00

NON-NEGOTIABLE

⑆050659⑆ ⑉072412927⑉ 00140086⑈

Dimension Machine Engineering, LLC
24750 - 21 Mile Rd
Macomb, MI 48042
(810)-598-3880

Invoice No: I000018
Invoice Date: 03/25/1998

200071

| B I L L | GENERAL PRODUCTS CORPORATION<br>200071<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 | ANGOLA<br>MAR 31 1998 | S H I P | GENERAL PRODUCTS CORPORATION<br>200071<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 |
|---|---|---|---|---|

| TERMS | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| NET 15 DAY | 97100000 | 10003899 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1 | CONTROL ARM EQUIPMENT<br>Job#: 97100000 | | -9,864.00 |

PLEASE REMIT ALL PAYMENTS TO:
15773 LEONE DRIVE, MACOMB MI  48042

TOTAL Amount:        -9,864.00

THANK YOU !!!

9864.00/2 =
4932.00

POSTED
APR 01 1998

OK B 3/30/98

1-087332
ANGOLA

Disc Y/N
Due
Dispute ___ Hold
Approval  ML
Ext. Check  2166.7332
R#
3120        3121

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 2671B* | 03/31/98 | | 27328.00 | 0.00 | 27328.00 |
| CI0000185 | 03/25/98 | | -9864.00 | 0.00 | -9864.00 |
| | | TOTAL | 17464.00 | 0.00 | 17464.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703

NBD DEARBORN BANK, N.A.



GENERAL PRODUCTS CORPORATION
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

249097

74-1292
724

VENDOR NO.
200009

CHECK NO.
249097

CHECK DATE
05/15/98

THE SUM OF   SEVENTEEN THOUSAND FOUR HUNDRED SIXTY FOUR AND 00/100

PAY TO THE ORDER OF
DIMENSION MACHINE TOOL, INC.
15773 LEONE DR.
MACOMB, MI  48042

$17464.00

NON-NEGOTIABLE

⑈249097⑈ ⑉072412927⑊    00140166⑈

Dimension Machine ~~Meeting LLC~~
24750 - 21 Mile Roa
Macomb, MI 48042
(810)-598-3880

Invoice Date: 10/30/1998

200071

| B I L L | GENERAL PRODUCTS CORPORATION<br>200071<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 | S H I P | GENERAL PRODUCTS COMPANY<br>1411 WOHLERT<br>ANGOLA, IN 46703 |

| TERMS | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| NET 15 D | 97100000 | 10003899 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1 | OPERATION #10 8 STATION DIAL MACHINE<br>$1,624,835.00 @ 20%<br>FINAL ACCEPTANCE<br>Job#: 97100000 | | 324,967.00 |
| 2 | 1 | 1 | OPERATION #20 7 STATION DIAL MACHINE<br>$1,328,935 @ 20%<br>FINAL ACCEPTANCE<br>Job#: 97100000 | | 255,787.00 |
| 3 | 1 | 1 | OPERATION #10 DIAL MACHINE AMENDMENT #001<br>$21000.00 @ 20%<br>FINAL ACCEPTANCE<br>Job#: 97100000 | | 4,200.00 |
| 4 | 1 | 1 | OPERATION #20 7 STATION DIAL MACHINE AMENDMENT #001<br>FINAL ACCEPTANCE<br>Job#: 97100000 | | 2,960.00 |

Order Complete

1-19-99 Ed—
needs rec'd +
your sign off.
Thx—
Mary

PLEASE REMIT ALL PAYMENTS TO:
15773 LEONE DRIVE, MACOMB MI 48042

TOTAL Amount: 597,914.00

THANK YOU !!!

ok to pay    12-14-98
"   "   "    12/14/98
OKB 1/19/99

2161.7382    590,754.00
2160.7382      7,160.00

DIMENSION MACHINE    PAGE.22

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 65* | 10/30/98 | 127.12 | 597914.00 | 0.00 | 597914.00 |
| GENERAL PRODUCTS CORPORATION JACKSON, MI 49201 | | TOTAL | 597914.00 | 0.00 | 597914.00 |

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**055742**

74-1292
724

VENDOR NO. 200071

CHECK NO. 055742

CHECK DATE 01/22/99

THE SUM OF  FIVE HUNDRED NINETY SEVEN THOUSAND
NINE HUNDRED FOURTEEN AND 00/100

PAY TO THE ORDER OF
DIMENSION MACHINE ENGINEERING
15775 LEONE DR.
MACOMB, MI  48042

$597914.00

NON-NEGOTIABLE

⑈055742⑈ ⑆072412927⑆     00160086⑈

100596

PAGE: 1

INVOICE NUMBER: 0015605-IN

# STEGNER ELECTRIC CONTROLS, INC.

NUMERICAL AND PROGRAMMABLE CONTROL SYSTEMS FOR AUTOMATION

SOLD TO: GENERAL PRODUCTS CORPORATION
ATTN: ACCOUNTS PAYABLE
2400 EAST SOUTH STREET
JACKSON    MI  49201

ANGOLA

DATE: 06/30/98
CUSTOMER'S ORDER NO.: 10005343
OUR JOB NO.: 0024648
OUR SHIPPER NO.:

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | LINE #001 NONINVENTORY REWIRING OF DIAL MACHINES IN ANGOLA: |  |  |
| 1.000 | OP 10 DIAL DMT 1000 SJ24557 | 7,000.000 | 7,000.00 |
| 1.000 | OP 20 DIAL DMT 1010 SJ24558 | 6,500.000 | 6,500.00 |

1-087382

ANGOLA

Disc Y/N
Due
Dispute      Hold
Approval     7-7-98
Ext. Check
             2172.7382
         3121

Dan Prescott

INVOICE TOTAL: 13,500.0

35432 INDUSTRIAL ROAD • LIVONIA, MI 48150-1234 • (734) 464-2222 • FAX (734) 464-2563

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 15605* | 06/30/98 | | 13500.00 | 0.00 | 13500.00 |
| | | TOTAL | 13500.00 | 0.00 | 13500.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

74-1292 / 724

**051530**

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 100596 | 051530 | 08/14/98 |

THE SUM OF   THIRTEEN THOUSAND FIVE HUNDRED AND 00/100

PAY TO THE ORDER OF
STEGNER ELECTRIC
35432 INDUSTRIAL ROAD
LIVONIA, MI  48150-1234

$13500.00

NON-NEGOTIABLE

⑈051530⑈ ⑆072412927⑆      00140086⑈

# Asset 595

Dimension Machine Tool, Inc.
15773 Leone Driv
Macomb, MI 48042
(810)-786-1100

Invoice No: I002660
Invoice Date: 07/31/1997

700009

ANGOLA
AUG 0 4 1997

| B I L L | GENERAL PRODUCTS CORPORATION<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 | S H I P | GENERAL PRODUCTS CORPORATION<br>2400 EAST SOUTH STREET<br>JACKSON, MI 49201 |
|---|---|---|---|

| TERMS | Our Order No | Cust Order No | Ship Via | Cust# |
|---|---|---|---|---|
| Net 30 Days | 97314000 | 10003423 | OUR DEL | GENPRO |

| Ln# | Ord Qty | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1 | ENGINEERING DESIGN APPROVAL COMPLETED ON JULY 28TH FOR AUTHORIZED LIMIT OF $95,000.00 PROJECT NOW ON HOLD, PENDING FINAL RELEASE OF FULL DESIGN<br><br>AND BUILD ORDER AS PER DMT PROPOSAL #97-1418 REVISION "B" INTERMET/DELPHI/SATURN CONTROL ARM PROJECT<br>Job#: 97314000 | 95,000.00 | 95,000.00 |

POSTED
AUG 1 2 1997

TOTAL Amount: 95,000.00

SA# 1-057350

ANGOLA

Disc Y/N
Due
Dispute_____ Hold
Approval _____ 8/6/97  8/8/97
E.t. Check
R n_____ 2160 - 7350
       3120        3121

| INVOICE NUMBER | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 2660* | 07/31/97 | | 95000.00 | 0.00 | 95000.00 |
| 2660 | 08/07/97 | | 695.00 | 0.00 | 695.00 |
| DM12746* | 09/03/97 | | -12000.00 | 0.00 | -12000.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703

**TOTAL** 83695.00 | 0.00 | 83695.00

---

NBD-DEARBORN BANK, N.A.

 **GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

**244095**

74-1292 / 724

VENDOR NO. 200009

CHECK NO. 244095

CHECK DATE 09/19/97

THE SUM OF   EIGHTY THREE THOUSAND SIX HUNDRED NINETY FIVE AND 00/100

PAY TO THE ORDER OF:
DIMENSION MACHINE TOOL, INC.
155773 LEONE DR
MACOMB, MI 48042

$83695.00

NON-NEGOTIABLE

⑆244095⑆ ⑈072412927⑈ 00140166⑆

200012

```
GARMAN MIDWEST ELECTRIC, INC.              INVOICE NO. 34...
         P.O. BOX 598
       ANGOLA, IN  46703                    DATE  06/16/98
         (219) 665-7773


      GENERAL PRODUCTS      ANGOLA     JOB NAME/LOCATION
      2400 E SOUTH ST.
      JACKSON, MI  49201               PO#10005301-----------
```

DESCRIPTION OF WORK

| QTY | MATERIAL | AMOUNT | QTY | MATERIAL | AMOUNT |
|-----|----------|--------|-----|----------|--------|
| | INSTALL (2) 200 AMP 480 VOLT | | | | |
| | POWERFEEDS FOR THE SATURN CONTROL | | | | |
| | ARM OP10 AND OP20 | | | | |
| | QUOTED PRICE | 1919.00 | | | |

J-051350
ANGOLA
Disc Y/N
Due
Dispute
Approval
E/L Check
R =
3120  3121

Jerry Robinson

| LABOR | HOURS | RATE | | | |
|-------|-------|------|--|--|--|
| | | | TOTAL MATERIAL | $ | . |
| | | | TOTAL LABOR | $ | . |
| | | | TRIP CHARGE | $ | . |
| | | | TAX | $ | . |
| | | | PLEASE PAY THIS AMOUNT | $ | 1919.00 |

A LATE CHARGE IS ADDED EACH MONTH IN THE AMOUNT OF 1 3/4% PER MONTH (21% ANNUAL PERCENTAGE RATE) ON ACCOUNTS THIRTY (30) DAYS PAST DUE.

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 3492* | 04/16/98 | | 1919.00 | 0.00 | 1919.00 |
| | | TOTAL | 1919.00 | 0.00 | 1919.00 |

:NERAL PRODUCTS CORPORATION
CKSON, MI 49201

) DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

051207

74-1292 / 724

VENDOR NO. 200012

CHECK NO. 051207

CHECK DATE 07/31/98

THE SUM OF    ONE THOUSAND NINE HUNDRED NINETEEN AND 00/100

P.
TO THE
ORDER OF

GARMAN MIDWEST ELECTRIC CO.
P.O. BOX 599
ANGOLA, IN 46703

$1919.00

NON-NEGOTIABLE

⑈051207⑈ ⑉072412927⑉:       00140086⑈

200017

**GARMAN MIDWEST ELECTRIC, INC.**
P.O. BOX 598
ANGOLA, IN  46703
(219) 665-7773

INVOICE NO. 3844

DATE   12/10/98

GENERAL PRODUCTS
1411 WOHLERT ST.
ANGOLA, IN  46703
ATTN: JERRY ROBINSON

JOB NAME/LOCATION

P.O. #10006421

## DESCRIPTION OF WORK

| QTY | MATERIAL | AMOUNT | QTY | MATERIAL | AMOUNT |
|---|---|---|---|---|---|
|  | WIRE SATURN CONTROL ARM |  |  |  |  |
|  | WASHER AND CONVEYORS |  |  |  |  |
|  | QUOTED PRICE | 3641.00 |  |  |  |

1-05735
2161.7350  GL

| LABOR | HOURS | RATE |  |  |
|---|---|---|---|---|
|  |  |  | TOTAL MATERIAL | $ |
|  |  |  | TOTAL LABOR | $ |
|  |  |  | TAX | $ |
|  |  |  | TRIP CHARGE | $ |
|  |  |  | PLEASE PAY THIS AMOUNT | $ 3641.00 |

Supply Center

A  TE CHARGE IS ADDED EACH MONTH IN THE AMOUNT OF 1 3/4% PER MONTH (21%
   UAL PERCENTAGE RATE) ON ACCOUNTS THIRTY (30) DAYS PAST DUE.

| INVOICE NUMBER | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 3844 | 12/10/98 | | 3641.00 | 0.00 | 3641.00 |
| | | TOTAL | 3641.00 | 0.00 | 3641.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201



NBD DEARBORN BANK, N.A.

GENERAL PRODUCTS CORPORATION
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

057463

74-1292
724

VENDOR NO. 200012

CHECK NO. 057463
CHECK DATE 03/26/99

THE SUM OF THREE THOUSAND SIX HUNDRED FORTY ONE AND 00/100

TO THE ORDER OF
GARMAN MIDWEST ELECTRIC CO.
P.O. BOX 598
ANGOLA, IN 46703

$3641.00

NON-NEGOTIABLE

⑂057463⑂ ⑆072412927⑆ 00440086⑂



# GARMAN MIDWEST ELECTRIC, INC.                    INVOICE

P.O. BOX 598
ANGOLA, IN 46703                           219-665-7773

| SOLD TO: | |
|---|---|
| GENERAL PRODUCTS CORP. | INVOICE NUMBER: 339 |
| ATTN: GERRY ROBINSON | INVOICE DATE: 3-22-99 |
| 1411 WOHLERT ST. | PO NUMBER: |
| ANGOLA, IN 46703 | |

ANGOLA

MAR 25 1999

JOB NAME/LOCATION
PO #10007015

PREPAID or COLLECT

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | ASSEMBLE AND INSTALL 3 12' CONVEYERS, GRAVITY FEED AND TABLE TOP ON LIFT/TILT. ALSO INSTALL THE ELECTRICAL POWERFEEDS TO 4 LIFT/TILT AND INSTALL LIFT/TILT | | |
| | QUOTED PRICE | | 2,314.00 |

L-057350
ANGOLA

Ext. C......
R #........ 2161-7350
            3121

Completed
JR
3/23/99

Jerry Robinson

| | TOTAL THIS PAGE | 2,314.00 |
|---|---|---|
| | | $2,314.00 PAY THIS AMOUNT |

Questions concerning this invoice?
Call:    BRENDA
         219-665-7773

MAKE ALL CHECKS PAYABLE TO:
GARMAN MIDWEST ELECTRIC, INC.

***THANK YOU FOR YOUR BUSINESS!***

MAR 24 1999

| Vendor | 200012 | GARMAN MIDWEST ELECTRIC CO | | Check Date 05/07/15 | | Check Number 010273 |
|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
| 000713 | 339* | 03/22/1999 | 2314.00 | 2314.00 | | 2314.00 |