# Invoice

*[Letterhead partially visible, diagonal:]*
ER DRIVE
LA, IN 46703
PHONE: (219) 665-3001
FAX    : (219) 668-7052

700597

| DATE | INVOICE # |
|---|---|
| 7/28/98 | 3087 |

**BILL TO:**

GENERAL PRODUCTS CORPORATION
2400 E. SOUTH STREET
JACKSON, MI 49201

**SHIP TO:**

GENERAL PRODUCTS CORPORATION
1411 WOHLERT STREET
ANGOLA, IN 46703

ATTN: JERRY ROBINSON

*[Stamp: JUL 29 1998]*

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 10005455 | 2% 10 Net 30 | JMC | 7/28/98 | SCW | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 4000 | | REFERENCE QUOTE NUMBER A2319 MATERIAL AND LABOR TO FABRICATE & SET UP ON SATURN CONTROL ARM DIALS. (ORIGINAL QUOTE ONLY) | 9,879.72 | 9,879.72 |
| | | TAX EXEMPT ON MATERIALS PER GENERAL PRODUCTS CORPORATION | | |

**POSTED**
AUG 06 1998

*[Handwritten: completed QR 7/28/98]*

*[Stamp: RECEIVED JUL 28 1998 ANGOLA]*

I-687332

Disc Y/N   2%
Due         8-7-98
Dispute ____  Hold ____
Approval ____  nt
Ext. Check ____
R # ____ 2172 7382 OS
    3120      3121   √ SA# on P.O.
                     no

*[Handwritten: SB]*

Thank you for your business.

Prescott

**TOTAL**   $9,879.72

| INVOICE NUMBER | DOC. DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 3077* | 07/27/98 | | 572.00 | 11.44 | 560.56 |
| 3078 | 07/27/98 | | 335.58 | 6.71 | 328.87 |
| 3086 | 07/28/98 | | 530.00 | 10.60 | 519.40 |
| 3087* | 07/28/98 | | 9879.72 | 197.59 | 9682.13 |
| | | TOTAL | 11317.30 | 226.34 | 11090.96 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

---

NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

74-1292 / 724

**051340**

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 100397 | 051340 | 08/07/98 |

THE SUM OF   ELEVEN THOUSAND NINETY AND 96/100 ********

PAY TO THE ORDER OF
STEUBEN COUNTY WELDING
344 HOOSIER DR.
ANGOLA, IN   46703

$11090.96

NON-NEGOTIABLE

⑊051340⑊ ⑊072412927⑊          00140086⑊

# Asset 1004

# CENTENNIAL
## TECHNOLOGIES, INC.
1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604-9796
Phone 517-752-6167
FAX 517-752-3184

ANGOLA

JAN 29 1998

**INVOICE**

**N⁰ 5817 AI**

**Sold To**

GENERAL PRODUCTS, INC.

2400 EAST SOUTH STREET

JACKSON, MI 49201

ATTN: DAN PRESCOTT / ED BRISTOW

Date  01/26/98

Shipped To  SAME

| Your Order No. P.O. #10004388 | | | Our Order No. 98-5 | | |
|---|---|---|---|---|---|
| Date Shipped 1/26/98 | Shipped Via U.S. MAIL | | F.O.B. YOUR PLANT | Terms NET 30 DAYS | |
| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
| | 1 LOT | 10% DOWN PAYMENT FOR L.H. & R.H. CONTROL ARM ASSEMBLY MACHINES PER QUOTATION AND P.O. | $ 38,280.00 | LOT | $ 38,280.00 ÷2 =17,640.00 |
| | | | 2160.73 | 82 | 3000.00 |
| | | | 2161.73 | 82 | 3920.00 |

1-080383

ANGOLA

Disc Y/N
Due
Dispute             Hold
Approval    OKB 1/30/98
Ext. Check
R #
3120    3121

(paid) R'd  line 1,2,3,4 - not set up @ 10%

*THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.*

Form No. AIC294

| NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 5817* | 01/26/98 | 05-444-00 DOC 7634-4 Filed 04/11/07 Entered 04/11/07 16:31:10 Exhibit 2 (Part 5) Pg 5 of 20 | 38280.00 | 0.00 | 38280.00 |
| | | TOTAL | 38280.00 | 0.00 | 38280.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703



NBD DEARBORN BANK, N.A.
GENERAL PRODUCTS CORPORATION
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

247455     74-1292/724

VENDOR NO. 200075

CHECK NO. 247455     CHECK DATE 03/13/98

THE SUM OF   THIRTY EIGHT THOUSAND TWO HUNDRED EIGHTY AND 00/100

PAY TO THE ORDER OF
CENTENNIAL TECHNOLOGIES, INC
1535 AGRICOLA DRIVE
SAGINAW, MI 48604-9797

$38280.00

NON-NEGOTIABLE

⑆247455⑆ ⑈072412927⑈ 00140166⑆

# CENTENNIAL
## TECHNOLOGIES, INC.

1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604-9796
Phone 517-752-6167
FAX 517-752-3184

**INVOICE**

**No 5868 AI**

Sold To

GENERAL PRODUCTS, INC.

2400 EAST SOUTH STREET

JACKSON, MI 49201

Date: FEBRUARY 18, 1998

Shipped To: SAME

ANGOLA
FEB 20 1998

ATTN: DAN PRESCOTT / ED BRISTOW

Your Order No.: P.O. #10004388

Our Order No.: 98-5

Date Shipped: 2/18/98

Shipped Via: U.S. MAIL

F.O.B.: YOUR PLANT

Terms: NET 10 DAYS

| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
|---|---|---|---|---|---|
| | 1 LOT | 30%: ENGINEERING PAYMENT (DUE DATE 1/16/98) | $114,840.00 | lot | $114,840.00 |
| | 1 LOT | 40%: MATERIAL & PURCHASE COMPONENTS 2/16/98 | $153,120.00 | lot | $153,120.00 |
| | | TOTAL | | | $267,960.00 |

POSTED
FEB 27 1998

PAYMENT PER P.O. #10004388

Handwritten notes:
Sue
Receive all four (4) lines 1/16/98 and 2/16/98 quantities (30 & 40).

SB 2/23/98

1-030353

3120  3121

2160 7353  21,000.00
2161 232   246,960.00

-2-
123,480.

THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

Form No. AI0294

| NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | 02/18/98 | | 114840.00 | 0.00 | 114840.00 |
| | 02/18/98 | | 153120.00 | 0.00 | 153120.00 |
| | | TOTAL | 267960.00 | 0.00 | 267960.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703

DEARBORN BANK N.A.

**GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

247990

VENDOR NO.

CHECK NO. 247990
CHECK DATE 04/03/98

THE SUM OF: TWO HUNDRED SIXTY SEVEN THOUSAND NINE HUNDRED SIXTY AND 00/100

PAY TO THE ORDER OF: CENTENNIAL TECHNOLOGIES, INC.
1335 AGRICOLA DRIVE
SAGINAW, MI 48604-9798

$267960.00

NON-NEGOTIABLE

⑈247990⑈ ⑆072412727⑆ 00140166⑈

# CENTENNIAL
## TECHNOLOGIES, INC.

1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604
Phone 517-752-6167
FAX 517-752-3184

INVOICE    6072-1

**Sold To**
GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI  49201

**Date** JUNE 19, 1998

**Shipped To**
GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI  49201

| Your Order No. | | Our Order No. | |
|---|---|---|---|
| P.O. # 10004388 | | 98-5 | |
| Date Shipped | Shipped Via | F.O.B. | Terms |
| 6-19-98 | BLAKE TRANSPORTATION | OUR PLANT | NET 30 DAYS |

| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 7382-40-1701 & 1700 ASSY MACHINE RH & LH | $382,800.00 | EA. | $382,800.00 |
| | | DESIGN AND BUILD ONE ASSEMBLY MACHINE TO | | | |
| | | ASSEMBLE LEFT HAND CONTROL ARM PART | | | |
| | | NO. 90 495 582 AS FOLLOWS (REF. CENTENNIAL | | | |
| | | QUOTE #1163 DATED 12/11/97 AND AMENDMENT | | | |
| | | DATED 12/15/97). | | | |
| | | SUB-TOTAL | | | $382,800.00 |
| | | 10% DUE UPON RUN OFF ACCEPTANCE AT CTI | | | $ 38,280.00 |
| | | SUB-TOTAL DUE | | | $ 38,280.00 |
| 1 | 1 | SHIPPING CHARGES | | | $    550.00 |
| | | TOTAL DUE | | | $ 38,830.00 |

POSTED

*handwritten: i-082382*
*handwritten: ANGOLA*
*handwritten: ÷2 = 19,415.00*
*handwritten: D. Pryor*

THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

I-0689A

| | | | |
|---|---|---|---|
| 21* 04/19/98 | | 2880.00 0.00 | 2880.00 |

| | TOTAL | 41710.00 | 0.00 | 41710.00 |
|---|---|---|---|---|

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

3D DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**051378**

74-1292 / 724

VENDOR NO. 200075

CHECK NO. 051378

CHECK DATE 09/07/98

THE SUM OF   FORTY ONE THOUSAND SEVEN HUNDRED TEN AND 00/100

PAY TO THE ORDER OF
CENTENNIAL TECHNOLOGIES, INC.
1335 AGRICOLA DRIVE
SAGINAW, MI 48604-9796

$41,710.00

NON-NEGOTIABLE

⑆051378⑆ ⑈072412927⑈ 00140085⑈

# CENTENNIAL
## TECHNOLOGIES, INC.

1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604-9796
Phone 517-752-6167
FAX 517-752-3184

**INVOICE**

N° 6072 ⅄AI

**Sold To**

GENERAL PRODUCTS CORPORATION

2400 EAST SOUTH STREET  ANGOLA

JACKSON, MI  49201

**Date** JUNE 19, 1998

**Shipped To** GENERAL PRODUCTS CORPORATION

1411 WOHLERT STREET

ANGOLA, IN  46703

| Your Order No. | | Our Order No. | |
|---|---|---|---|
| P.O. # 10004388 | | 98-5 | |
| Date Shipped | Shipped Via | F.O.B. | Terms |
| 6-19-98 | BLAKE TRANSPORTAION | OUR PLANT | NET 30 DAYS |

| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 7382-40-1701 & 1700 ASSY MACHINE RH & LH DESIGN AND BUILD ONE ASSEMBLY MACHINE TO ASSEMBLE LEFT HAND CONTROL ARM PART NUMBER 90 495 582 AS FOLLOWS (REFERENCE CENTENNIAL QUOTATION 1163 DATED 12/11/97 AND AMENDMENT DATED 12/15/97). ASSEMBLY COMPONENTS 2-BALLJOINTS, 1-BUSHING, 1-BRACKET, 1-BOLT, 1-NUT. | $382,800.00 | EA | $382,800.00 |
| 1 | 1 | NEW 3 ¼" BORE PARKER-HANNIFIN HYDRAULIC CYLINDERS. | $ 2,880.00 | LOT | $ 2,880.00 |
| | | ** LESS PAYMENT RECEIVED 3/16/98 ** | | | - 38,280.00- |
| | | ** LESS PAYMENT RECEIVED 4/7/98 ** | | | -267,960.00- |
| | | Only 10% due on shipment | | | |
| | | TOTAL DUE | | | $ 79,440.00 |
| | | ** CLEAR CONSIGNMENTS #45084, 6084, 6021, 45172, 1137, 201555148, 1147. | | | |

1-087382

Approval [signature] 10-7-98
Review MW 10-7-98
Ext, Ck'd
Date

Acct. # 2160.7382  39,720.
2161.7382  39,720.

Rod alexander

John Weed

19,860.00

*THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.*

Form No. AI0294

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL PRODUCTS CORPORATION<br>JACKSON, MI 49201 | | | | TOTAL | 79440.00 | 0.00 | 79440.00 |



NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

053166

74-1292
724

VENDOR NO. 200075

CHECK NO. 053166

CHECK DATE 10/16/98

THE SUM OF  SEVENTY NINE THOUSAND FOUR HUNDRED FORTY AND 00/100

PAY TO THE ORDER OF
CENTENNIAL TECHNOLOGIES, INC.
1335 AGRICOLA DRIVE
SAGINAW, MI 48604-9796

$79440.00

NON-NEGOTIABLE

⑊053166⑊ ⑉072412927⑉ 00140086⑊

# CENTENNIAL TECHNOLOGIES, INC.

1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604
Phone 517-752-6167
FAX 517-752-3184

INVOICE    6072-2X

**Sold To** GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

**Date** JUNE 19, 1998

**Shipped To** GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

| Your Order No. REF. TO P.O. # 10004388 | | Our Order No. 98-5 | | |
|---|---|---|---|---|
| Date Shipped 6-19-98 | Shipped Via BLAKE TRANSPORTAION | F.O.B. OUR PLANT | Terms NET 30 DAYS | |
| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
| 1 | 1 | NEW 3¼" BORE PARKER-HANNIFIN HYDRAULIC CYLINDERS. | $2,880.00 | LOT | $2,880.00 |
| | | POSTED  ⁄ 9 1998 | | | |
| | | TOTAL DUE | | | $2,880.00 |
| | | | | | ÷2= |
| | | | | | 1440.00 |

1-087332
ANGOLA

Disc Y/N
Due
B...
A... ✗... 7-20-98
E... mw
R... 2161.7332
3120    3121

b. Vincent

*THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.*

I-0689A

05-44481-rdd Doc 7634-4 Filed 04/11/07 Entered 04/11/07 15:31:10 Exhibit 2 (Part 3) Pg 13 of 20

| | | | | | |
|---|---|---|---|---|---|
| 60721* | 06/18/98 | | 3850.00 | 0.00 | 3850.00 |
| 60722* | 06/19/98 | | 2880.00 | 0.00 | 2880.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

TOTAL → 41710.00 | 0.00 | 41710.00



BD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**051378**

74-1292 / 724

VENDOR NO. 200075

CHECK NO. 051378

CHECK DATE 08/07/98

THE SUM OF   FORTY ONE THOUSAND SEVEN HUNDRED TEN AND 00/100

PAY TO THE ORDER OF
CENTENNIAL TECHNOLOGIES, INC.
1335 AGRICOLA DRIVE
SAGINAW, MI 48604-9796

$41710.00

NON-NEGOTIABLE

⑈051378⑈ ⑆072412927⑆ 00140086⑈

# Asset 1005

# CENTENNIAL TECHNOLOGIES, INC.

1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604-9796
Phone 517-752-6167
FAX 517-752-3184

ANGOLA
JAN 29 1998

**INVOICE**
**Nº 5817 AI**

Sold To

GENERAL PRODUCTS , INC.

2400 EAST SOUTH STREET

JACKSON, MI  49201

ATTN: DAN PRESCOTT/ ED BRISTOW

Date    01/26/98

Shipped To  SAME

Your Order No.  P.O. #10004388

Our Order No.  98-5

Date Shipped  1/26/98

Shipped Via  U.S. MAIL

F.O.B.  YOUR PLANT

Terms  NET 30 DAYS

| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
|---|---|---|---|---|---|
| | 1 LOT | 10% DOWN PAYMENT FOR L.H. & R.H. CONTROL ARM ASSEMBLY MACHINES PER QUOTATION AND P.O. | $ 38,280.00 | LOT | $ 38,280.00 ÷2 =17,640.00 |

POSTED
FEB 04 15..

1-030332
ANGOLA

Disc Y/N
D/e
D/spe....       Paid        2160.73  82       3100.00
Approval        0183 1/30/FX 2101.73  82       392?0.00
Ext. Check      nu
R#
3120     3121

(invalid) Ned line 1,2,3, +4 - not set up @ 10%

THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

Form No. AIC294

| NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 5817 | 01/26/98 | DOC 1034 4 Filed 04/11/02 Part 38280.00 of 20 | 38280.00 | 0.00 | 38280.00 |
| | | **TOTAL** | 38280.00 | 0.00 | 38280.00 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703



NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

247455          74-1292

VENDOR NO. 700075

CHECK NO. 247455   CHECK DATE 03/11/98

THE SUM OF   THIRTY EIGHT THOUSAND TWO HUNDRED EIGHTY AND 00/100

CENTENNIAL TECHNOLOGIES INC
1535 AGRICOLA DRIVE
SAGINAW, MI 48604-9792

$38,280.00

NON-NEGOTIABLE

⑈247455⑈ ⑆072412927⑆   0014016⑈

# CENTENNIAL
## TECHNOLOGIES, INC.
1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604-9796
Phone 517-752-6167
FAX 517-752-3184

**INVOICE**

**N⁰ 5868 AI**

**Sold To**

GENERAL PRODUCTS, INC.

2400 EAST SOUTH STREET

JACKSON, MI  49201

ATTN: DAN PRESCOTT/ ED BRISTOW

**Date** FEBRUARY 18, 1998

**Shipped To** SAME

ANGOLA

FEB 20 1998

| Your Order No. | | Our Order No. | |
|---|---|---|---|
| P.O. #10004388 | | 98-5 | |
| Date Shipped | Shipped Via | F.O.B. | Terms |
| 2/18/98 | U.S. MAIL | YOUR PLANT | NET 10 DAYS |

| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
|---|---|---|---|---|---|
| | 1 LOT | 30%: ENGINEERING PAYMENT (DUE DATE 1/16/98) | $114,840.00 | lot | $114,840.00 |
| | 1 LOT | 40%: MATERIAL & PURCHASE COMPONENTS (DUE 2/16/98) | $153,120.00 | lot | $153,120.00 |
| | | TOTAL.................... | | | $267,960.00 |
| | | PAYMENT PER P.O. #10004388 | | | |

Sue
Receive all four (4)
lines 1/16/98 and 2/16/98
quantities (30 & 40).

BB
2/23/98

THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

Form No. AI0294

123,480.00

Exhibit 2 (Redacted) - Pg 18 of 20

| DATE | REFERENCE | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 02/18/98 | | 114840.00 | 0.00 | 114840.00 |
| 02/18/98 | | 153120.00 | 0.00 | 153120.00 |
| | TOTAL | 267960.00 | 0.00 | 267960.00 |

NERAL PRODUCTS CORPORATION
GOLA, INDIANA 46703

---

DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

VENDOR NO.

CHECK NO. 247990
CHECK DATE 04/03/98

THE SUM OF TWO HUNDRED SIXTY SEVEN THOUSAND NINE HUNDRED SIXTY AND 00/100

PAY TO THE ORDER OF
CENTENNIAL TECHNOLOGIES, INC.
1335 AGRICOLA DRIVE
SAGINAW, MI 48604-9796

$267960.00

NON-NEGOTIABLE

⑆247990⑆ ⑈072412927⑈ 00140166⑈

# CENTENNIAL TECHNOLOGIES, INC.

1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604
Phone 517-752-6167
FAX 517-752-3184

INVOICE    6072-1

**Sold To**
GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

**Date** JUNE 19, 1998

**Shipped To**
GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

| Your Order No. P.O. # 10004388 | | | Our Order No. 98-5 | | |
|---|---|---|---|---|---|
| Date Shipped 6-19-98 | Shipped Via BLAKE TRANSPORTATION | | F.O.B. OUR PLANT | Terms NET 30 DAYS | |
| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
| 1 | 1 | 7382-40-1701 & 1700 ASSY MACHINE RH & LH DESIGN AND BUILD ONE ASSEMBLY MACHINE TO ASSEMBLE LEFT HAND CONTROL ARM PART NO. 90 495 582 AS FOLLOWS (REF. CENTENNIAL QUOTE #1163 DATED 12/11/97 AND AMENDMENT DATED 12/15/97). | $382,800.00 | EA. | $382,800.00 |
| | | SUB-TOTAL | | | $382,800.00 |
| | | 10% DUE UPON RUN OFF ACCEPTANCE AT CTI | | | $ 38,280.00 |
| | | SUB-TOTAL DUE | | | $ 38,280.00 |
| 1 | 1 | SHIPPING CHARGES | | | $    550.00 |
| | | TOTAL DUE | | | $ 38,830.00 |
| | | | | | ÷ 2 |
| | | | | | = 19,415.00 |

POSTED

i-082382

ANGOLA

D. Payat

THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

I-0689A

| NUMBER | DATE | | | | AMOUNT |
|---|---|---|---|---|---|
| 50721* | 05/19/98 | | 58830.00 | 0.00 | 58830.00 |
| 50722* | 06/19/98 | | 2880.00 | 0.00 | 2880.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

| TOTAL | 41710.00 | 0.00 | 41710.00 |



D DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

051378

74-1292 / 724

VENDOR NO. 200075

CHECK NO. 051378

CHECK DATE 08/07/98

THE SUM OF  FORTY ONE THOUSAND SEVEN HUNDRED TEN AND 00/100

PAY TO THE ORDER OF
CENTENNIAL TECHNOLOGIES, INC.
1335 AGRICOLA DRIVE
SAGINAW, MI  48604-9796

$41,710.00

NON-NEGOTIABLE

⑈051378⑈ ⑆072412927⑆  00100086⑈