# CENTENNIAL TECHNOLOGIES, INC.

1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604-9796
Phone 517-752-6167
FAX 517-752-3184

**INVOICE**

**№ 6072 ✓AI**

**Sold To**
GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET  ANGOLA
JACKSON, MI 49201

Date   JUNE 19, 1998

**Shipped To**
GENERAL PRODUCTS CORPORATION
1411 WOHLERT STREET
ANGOLA, IN 46703

| Your Order No. | Our Order No. |
|---|---|
| P.O. # 10004388 | 98-5 |

| Date Shipped | Shipped Via | F.O.B. | Terms |
|---|---|---|---|
| 6-19-98 | BLAKE TRANSPORTAION | OUR PLANT | NET 30 DAYS |

| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 7382-40-1701 & 1700 ASSY MACHINE RH & LH DESIGN AND BUILD ONE ASSEMBLY MACHINE TO ASSEMBLE LEFT HAND CONTROL ARM PART NUMBER 90 495 582 AS FOLLOWS (REFERENCE CENTENNIAL QUOTATION 1163 DATED 12/11/97 AND AMENDMENT DATED 12/15/97). ASSEMBLY COMPONENTS 2-BALLJOINTS, 1-BUSHING, 1-BRACKET, 1-BOLT, 1-NUT. | $382,800.00 | EA | $382,800.00 |
| 1 | 1 | NEW 3 ½" BORE PARKER-HANNIFIN HYDRAULIC CYLINDERS. | $ 2,880.00 | LOT | $ 2,880.00 |
|  |  | ** LESS PAYMENT RECEIVED 3/16/98 ** |  |  | - 38,280.00- |
|  |  | ** LESS PAYMENT RECEIVED 4/7/98 ** |  |  | -267,960.00- |
|  |  | Only 10% due on shipment  TOTAL DUE |  |  | $ 79,440.00 |
|  |  | ** CLEAR CONSIGNMENTS #45084, 6084, 6021, 45172, 1137, 201555148, 1147. |  |  |  |

Approval
Review
Ext. Ck'd
Date
Acct # 2160.7382   39,720.
       2161.7382   39,720.

John Weed

Rod alexander

THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   19,860.

Form No. A10294

| NUMBER | DATE | | | | | |
|---|---|---|---|---|---|---|
| 6072* | 08/10/98 | | | 79440.00 | 0.00 | 79440.00 |
| | | | TOTAL | 79440.00 | 0.00 | 79440.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201



NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

053166

74-1292 / 724

VENDOR NO. 200075

CHECK NO. 053166

CHECK DATE 10/16/98

THE SUM OF   SEVENTY NINE THOUSAND FOUR HUNDRED FORTY AND 00/100

PAY TO THE ORDER OF
CENTENNIAL TECHNOLOGIES, INC.
1335 AGRICOLA DRIVE
SAGINAW, MI  48604-9796

$79440.00

NON-NEGOTIABLE

⑈053166⑈ ⑆072412927⑆  00140086⑈

# CENTENNIAL TECHNOLOGIES, INC.

1335 AGRICOLA DRIVE
SAGINAW, MICHIGAN 48604
Phone 517-752-6167
FAX 517-752-3184

INVOICE 6072-2?

Sold To  GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

Date JUNE 19, 1998

Shipped To  GENERAL PRODUCTS CORPORATION
2400 EAST SOUTH STREET
JACKSON, MI 49201

| Your Order No. | | Our Order No. | |
|---|---|---|---|
| REF. TO P.O. # 10004388 | | 98-5 | |
| Date Shipped | Shipped Via | F.O.B. | Terms |
| 6-19-98 | BLAKE TRANSPORTAION | OUR PLANT | NET 30 DAYS |

| Quantity Ordered | Quantity Shipped | Stock Number Description | Price | Per | Amount |
|---|---|---|---|---|---|
| 1 | 1 | NEW 3½" BORE PARKER-HANNIFIN HYDRAULIC CYLINDERS. | $2,880.00 | LOT | $2,880.00 |
| | | POSTED | | | |
| | | TOTAL DUE | | | $2,880.00 |
| | | | | | ÷ 2 |
| | | | | | = 1440.00 |

1-087332
ANGOLA

2161.7332
3120    3121

D. Present

THIS INVOICE INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

1-0689A



# Asset 1008

102087

## CLARMATIC Industries, Inc.

POST OFFICE BOX 186
BOWLING GREEN, OHIO 43402
PHONE 1-800-521-5246
FAX 419-354-1226

# INVOICE

| DATE | INVOICE # |
|---|---|
| 6/2/98 | 2653 |

**BILL TO:**

General Products
2400 E South St
Jackson, MI 49201
Attention Accounts Payble

**SHIP TO:**

ANGOLA

General Products
1411 Wohlert Street
Angola, IN 46703

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 10004620 | Net 30 | SDM | 6/3/98 | VanGuard | Pemberville | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | Filter | CLARMATIC VACUUM MEDIA FILTRATION SYSTEM, MODEL 12-120-5, SERIAL NUMBER 97156. PER CLARMATIC QUOTATION 1197156 | 1    40,220.00 | 40,220.00 |
| | Filter | CLARMATIC VACUUM MEDIA FILTRATION SYSTM, MODEL NUMBER 12-120-5, SERIAL NUMBER 97256 AT A 5% DISCOUNT | 1    38,209.00 | 38,209.00 |

1-087332

ANGOLA

Disc Y (N)
Due
Dispute _____ Hold
Approval _____
            no
Ext. Check _____
R # _____ 2101.7382 __
     3120      3121

k you for your business.

| | TOTAL | $78,429.00 |
|---|---|---|

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 2453* | 06/02/98 | | 78429.00 | 0.00 | 78429.00 |
| 2454* | 06/02/98 | | 650.00 | 0.00 | 650.00 |
| | | TOTAL | 79079.00 | 0.00 | 79079.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

---

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**050759**

74-1292
724

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 100087 | 050759 | 07/17/98 |

THE SUM OF    SEVENTY NINE THOUSAND SEVENTY NINE AND 00/100

PAY TO THE ORDER OF    CLARMATIC INDUSTRIES, INC.
P.O. BOX 186
BOWLING GREEN, OH  43402-0186

$79079.00

NON-NEGOTIABLE

⑆050759⑆  ⑉072412927⑉      00140086⑈

# CLARMATIC Industries, Inc.

POST OFFICE BOX 186
BOWLING GREEN, OHIO 43402
PHONE 1-800-521-5246
FAX 419-354-1226

**INVOICE**

| DATE | INVOICE # |
|---|---|
| 6/2/98 | 2654 |

**BILL TO:**
General Products
2400 E South St
Jackson, MI 49201
Attention Accounts Payble

**SHIP TO:**
General Products
1411 Wohlert Street
Angola, IN 46703

ANGOLA

| P.O. NUMBER | TERMS | REP. | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 10004620 | Net 30 | SDM | 6/3/98 | Bloom Cartage | Pemberville | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| Shipping | | SHIPPING FOR CLARMATIC FILTRATION UNITS 9TT56 Rate varies | 1   650.00 | 650.00 |

1-087382
ANGOLA
Disc Y (N)
Due
Dispute
Approval ____ Hold
Ext. Check  n/u
R #
3120    2101.7382
         3121

D. Prescott
Thank you for your business.

| | TOTAL | $650.00 |

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 2653* | 06/02/98 | | 78429.00 | 0.00 | 78429.00 |
| 2654* | 06/02/98 | | 650.00 | 0.00 | 650.00 |
| | | TOTAL | 79079.00 | 0.00 | 79079.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

---

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**050759**

74-1292 / 724

VENDOR NO. 100087

CHECK NO. 050759

CHECK DATE 07/17/98

THE SUM OF   SEVENTY NINE THOUSAND SEVENTY NINE AND 00/100

PAY TO THE ORDER OF
CLARMATIC INDUSTRIES, INC.
P.O. BOX 186
BOWLING GREEN, OH  43402-0186

$79079.00

NON-NEGOTIABLE

⑈050759⑈ ⑉072412927⑊  00140086⑈

# ROUSSEL
## CONCRETE CONSTRUCTION, INC.
621 E. Washington Boulevard
FORT WAYNE, INDIANA 46802-3213

Phone (219) 422-4314

r-00033

# INVOICE

7218
7216

| DATE | March 27, 1998 |
|---|---|
| CUSTOMER ORDER NO. | P/O 10004844 |
| SALESPERSON | |
| VIA | |

TO: General Products
2400 E. South St
Jackson  MI  49201

ANGOLA

MAR 30 1998

TERMS: 2% 10 days

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Original price with extras as per P/O. | | 15641.00 ✓ |

1-087382
ANGOLA

Disc (Y) N  2%
Due  4-3-98
Dispute _____  Hold _____
Approval _____
Ext. Check  mu
R # 3168-7382
3120    3121

ORIGINAL

*Thank You!*

---

### INSTRUCTIONS TO SELLER

1. Sign and return acknowledgment copy of this order promptly. This Order is not valid and its acceptance is not binding on Buyer until the acknowledgment copy has been signed and returned to Buyer.
2. Render invoice on day of shipment accompanied by complete shipping data. All must show this Purchase Order number.
3. S[hipme]nts must include packing slips showing Purchase Order number and [shippi]ng number of packages.
4. U[nle]ss specified, the material covered by this order is for use in manufacturing, industrial processing or resale and is exempt from sales or use tax.

☐ CONFIRMING ORDER TO
☐ MATERIAL REC'D – DO NOT DUPLICATE

IMPORTANT – SEE CONDITIONS ON REVERSE SIDE

Seller's acceptance:
Roussel Concrete Const., Inc.
(NAME OF FIRM)
By: John F. Roussel
(NAME OF PERSON SIGNING)
Its: Pres.
(POSITION / OFFICE OF PERSON SIGNING)
Date: 3/24/98

BUYER, HEREBY AGREES TO PURCHASE AND RECEIVE, AND SELLER AGREES TO SELL AND DELIVER MATERIALS, GOODS OR SERVICES SPECIFIED HEREIN, SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, AND CONTAINED IN ANY RIDERS OR OTHER ATTACHMENTS REFERENCED BELOW. ACCEPTANCE OF THIS ORDER IS EXPRESSLY LIMITED TO THE TERMS STATED HEREIN AND ANY ADDITIONAL, INCONSISTENT OR CONTRARY TERMS PROPOSED BY SELLER ARE REJECTED UNLESS AGREED TO BY BUYER IN WRITING.

By: T. Dermit
PURCHASING DEPT

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 7218* | 03/27/98 | | 15641.00 | 312.82 | 15328.18 |
| GENERAL PRODUCTS CORPORATION<br>ANGOLA, INDIANA 46703 | | TOTAL | 15641.00 | 312.82 | 15328.18 |

NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

247985

74-1292
724

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 000033 | 247985 | 04/03/98 |

THE SUM OF    FIFTEEN THOUSAND THREE HUNDRED TWENTY EIGHT AND 18/100

PAY TO THE ORDER OF    ROUSSEL CONCRETE CONST.           $15328.18
621 E. WASHINGTON BLVD.
FT. WAYNE, IN  46802

NON-NEGOTIABLE

⑈247985⑈  ⑆072412927⑆         00140166⑈

# Asset 1145

**InoSys, Inc.**
1334 Winchester St.
Naperville, IL 60563-2122
630-961-9971 Phone/Fax

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/14/1999 | 1557 |

|  | SHIP TO |
|---|---|
| General Products Corporation<br>Accounts Payable Dept.<br>2400 E. South St.<br>Jackson, MI 49201 | General Products Corporation<br>Mr. Ed Palyo<br>1411 Wohlert St.<br>Angola, IN 46703 |

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB |
|---|---|---|---|---|---|
| B 10008287 | 40% / 40% / 20% | 10/14/1999 | 10/14/1999 | BEST WAY | West Chicago |

| ITEM CODE | DESCRIPTION | QTY. SHIPPED |
|---|---|---|
| F45-004 | Filter/Grill Package 4'H X 4'W for SCE-642424 NEMA-12 Enclosure | 0.4 |
| C26-052 | Casters (4) / SCE-642424 NEMA-12 Enclosure | 0.4 |
|  | Enclosure - NEMA-12 Complete with Keyboad/Mouse shelf, 2 Internal Shelves, Fan & Filter Package, Locking Castors - A'ssy Req'd |  |
| M63-001 | Module DC Output 0-60VDC for use W/ SSR Rack Boards | 2.4 |
| M63-002 | Module DC Input - 3 - 32 VDC | 2.4 |
| Labor-Develop | In House Hardware / Software Development Per Day | 1.6 |
| Labor-Onsite | On site Vision System Installation per day | 1.2 |
| Labor/Fixture | Custom Fixturing - Wiring of enclosure using PLC and Components<br>ADDED 6572.32 TEMP. TO 30976.00 - EDIT ON TOTAL LATER | 0.4 |
| Misc | Misc. Hardware for Vision System | 0.4 |
|  | PAYMENT DUE W/PURCHASE ORDER PER QUOTE 1074-A 7/23/99. PER INOSYS AGREEMENT. WORK WILL ON ORDER WILL BEGIN WHEN DOWN PAYMENT IS RECEIVED. FOR QUESTIONS, CONTACT ED BRISTOW |  |

*asset 1145*

*13-99 6034*
*2135.26034*

| 40% DOWN PAYMENT DUE W/PURCHASE ORDER!<br>THANK YOU FOR YOUR ORDER, WE APPRECIATE IT! | **Total** | $12,390.40 |
|---|---|---|

RA# Needed for Parts Returned. 20% Restocking
 e Due on Cancelled Orders. Claims for Damaged
 oods Must Be Made Within 5 Days After Receipt.

NERAL PRODUCTS CORPORATION
CKSON, MI 49201

| Vendor | 200103 | INOSYS, INC. | | | | | Date 10/22/1999 | U14649 |
|---|---|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt | |
| 312793 | 1557P | | 10/14/1999 | 12390.40 | 12390.40 | | 12390.40 | |

200103

**InoSys, Inc.**
1334 Winchester St.
Naperville, IL 60563-2122
630-961-9971 Phone/Fax

ANGOLA
FEB 2 8 2000

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 1/19/2000 | 1599 |

| | SHIP TO |
|---|---|
| General Products Corporation<br>Accounts Payable Dept.<br>2400 E. South St.<br>Jackson, MI 49201 | General Products Corporation<br>Mr. Odin Clifton<br>1411 Wohlert St.<br>Angola, IN 46703 |

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB |
|---|---|---|---|---|---|
| B-10008287 | 40% / 40% / 20% | 1/19/2000 | 1/19/2000 | ISI Delivered | West Chicago |

| ITEM CODE | DESCRIPTION | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| V47-002 | One Vision System. Per Quote 1074A. TERMS ARE 40% DUE WITH ORDER, 40% DUE UPON SHIPMENT OF SYSTEM, AND 20% DUE NET 30 DAYS AFTER COMPLETION OF INSTALLATION, TRAINING AND MACHINE ACCEPTANCE BY GENERAL PRODUCTS CORPORATION OF $30,976.00, PLUS SHIPPING CHARGES AND ANY OTHER EQUIPMENT ADDED TO ORDER. | 0.4 | 30,976.00 | 12,390.40 |

Attention: Odin Clifton

3-996034
2135.26034

Ed Palyo

2ND 40% DUE ON RECEIPT OF INVOICE FOR DELIVERY OF VISION SYSTEM. THANK YOU FOR YOUR BUSINESS!!

**Total** $12,390.40

PLEASE INSPECT GOODS ON RECEIPT!
RMA# NEEDED FOR RETURN. MINIMUM 20%
RESTOCKING FEE DUE. ANY PRODUCT
RETURNED W/O RMA# WILL BE REFUSED &
RETURNED TO SENDER!

Please Re...

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 330360 | 1599P | 1/19/00 | 12390.40 | 12390.40 | | 12390.40 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201    05-44481-rdd    Doc 7634-5    Filed 04/11/07    Entered 04/11/07 15:31:10    Exhibit 2
   Vendor    200103    INOSYS, INC.         (Part 4)    Pg 16 of 20 ate 06/16/00



200103

InoSys, Inc.

1334 Winchester St.
630-961-9971 Fax 630-416-8849
Naperville, IL 60563-2122

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/22/2000 | 1654 |

|  | SHIP TO |
|---|---|
| General Products Corporation<br>Accounts Payable Dept.<br>2400 E. South St.<br>Jackson, MI 49201     ANGOLA | General Products Corporation<br>Mr. Odin Clifton<br>1411 Wohlert St.<br>Angola, IN  46703 |

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB |
|---|---|---|---|---|---|
| 10008287 | Net 30 Days | 6/21/2000 | 5/22/2000 | BEST WAY | West Chicago |

| ITEM CODE | DESCRIPTION | QTY SHIPP... | UNIT PRICE | QTY ORDER | AMOUNT |
|---|---|---|---|---|---|
| V47-002 | One Vision Inspection System, Per InoSys Quote-1074A. Turn-Key Vision System, including Two Table Top Work Stations and all necessary cables and on sight installation.<br><br>TERMS OF THIS ORDER ARE AS FOLLOWS: 40% OF $30,976.00 or $12,390.40 DUE WITH CUSTOMER ORDER, & $12,390.40 DUE UPON SHIPMENT OF SYSTEM, AND 20% OR $6195.20 DUE NET 30 DAYS AFTER COMPLETION OF INSTALLATION, TRAINING, AND FINAL RUN-OFF. PLUS ACCRUED SHIPPING AND HANDLING CHARGES ADDED TO FINAL INVOICE.<br><br>FINAL TESTING AND RUN-OFF TEST COMPLETED BY RICH SCHWARZBACH 5/19, 5/20 & 5/22. FOR QUESTIONS ON THIS INVOICE, PLEASE CONTACT ODIN CLIFTON, AT ANGOLA, INDIANA PLANT. | 1 | 6,195.20 | 1 | 6,195.20 |
| Shipping/Hndl | UPS and Federal Express Shipping and Handling Charges |  | 125.00 |  | 125.00 |

ANGOLA
3-996034

Disc Y/N
Due
Dispute
Approval
Ext. Check

THANK YOU FOR DOING BUSINESS WITH INOSYS, WE APPRECIATE IT.

Ed Baylo

**Total** $6,320.20

INSPECT GOODS ON RECEIPT! RMA#
NEEDED FOR RETURN, MINIMUM 20%
RESTOCKING FEE DUE, PRODUCT
RETURNED W/O RMA# WILL BE REFUSED &
RETURNED TO SENDER!

| Vendor | 200103 | INOSYS, INC. | | Check Date 04/28/00 | | | 022062 |
|---|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | | Net Check Amt |
| 332955 | 1654P | 05/22/2000 | 6320.20 | 6320.20 | | | 6320.20 |

# Asset 1051 / 1052 / 1053 / 1054 / 1055

# Roberts Electric Services
2400 Northgate Blvd * Auburn, IN 46706-1015 * 219-927-0952

♦♦♦ **INVOICE**

ANGOLA

**TO:** General Products
1411 Wohlert Street
Angola, IN 46703

SEP 2 8 1999

**SHIP TO:** General Products
1411 Wohlert Street
Angola, IN 46703

| INVOICE NO. | INVOICE DATE | DATE SHIPPED | SHIPPED VIA | FOB |
|---|---|---|---|---|
| A9908-1 | 8/22/99 | | | |

| P.O. NUMBER | PREPAID/COLL | SALESPERSON | TAX EXEMPT? | EXEMPTION NO. |
|---|---|---|---|---|
| 10008004 | | | | |

TERMS: Your company's credit terms

| QTY | ITEM NO. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| Job | 99-02 | Install 5 load monitors | 17475.00 | 17475.00 |
| Job | 99-08 | Fault annunciation on (2) assembly machine | 2400.00 | 2400.00 |
| | | 30% due at P.O. | | -5962.00 |
| | | Remaining Balance | | 13912.50 |

**PLEASE MAKE CHECKS PAYABLE TO:**
Roberts Electric Services
2400 Northgate Blvd
Auburn, IN 46706-1015

| | |
|---|---|
| SUBTOTAL | 5962.50 |
| TAX RATE | |
| SHIPPING AND HANDLING | |
| Rush order or other expense | |
| CURRENT TOTAL DUE: | 5962.50 |

line 1
line 4

17,475.00
x 30%
———
5,242.50

3-99 6023

**ANGOLA**

Disc Y (N)
Due
_____ Hold
_____
_____  2135.2000
           3121

Ed Paylo