05-44481-rdd   Doc 7634-7   Filed 04/11/07   Entered 04/11/07 15:31:10   Exhibit
(Part 6)   Pg 1 of 20

# ALRO INDUSTRIAL SUPPLY CORP.

**INVOICE**

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

ANGOLA

MAY 15 2003

PAGE 1

DUNS: 17-493-3994

RD: 538-1447

**BILL TO:**
General Products/Angola
Attn: Accounts Payable
2400 E South St
Jackson, MI 49202

**SHIP TO:**
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: BOB MILLER
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | B10015115 | | 5/13/03 | DEM0237JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 5/13/03 | JI5724216 | UPS | SHIPPING POINT | MIKE GIMENEZ | 01852 |

| QUANTITY ORDERED | DESCRIPTION | LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 EA | SCMT 432-F2 | GRADE TP100 | 10 EA | 8.5800 C EA | | 85.80 |
| | CARBOLOY PART# -4400090 INSERTS | | | | | |
| 50 EA | CNMG 433W-M3 | GRADE TP100 | 50 EA | 6.3900 C EA | | 319.50 |
| | CARBOLOY PART# -4400212 INSERTS | | | | | |

**POSTED**
MAY 16 2003

Vendor # 100030
Disc Date _____
Approval _____
Approval _____
Acct # 1640-20000

5725216

7440.23000

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT 4.06 | INVOICE TOTAL | 413.76 |
|---|---|---|---|---|---|
| 405.30 | | 8.46 | IF PAID BY: 5/25/03 | | |

| GROUP SETTLEMENT TERMS 10TH AND 25 | | | "WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED. |
|---|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS | |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. | |
| B | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS | |
| C | 1.0% | INDUSTRIAL SUPPLIES | |
| NET 30 DAYS | | | |

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

SUBSCRIBE TO ALRO'S NEW
E-MEMBER NEWSLETTER
FOR THE LATEST DEVELOPMENTS AT ALRO
SUBSCRIBE AT WWW.ALRO.COM

ORDER NUMBER   21596005

JUN 19 '03 12:08

PAGE.02

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 100... | ALRO STEEL CORP. | | | 5/5/2003 Check Number | 043907 | |
| 390283 | DCK0230JI | 3/11/2003 | 1,567.42 | 1,567.42 | 0.00 | |
| 390549 | DCM0174JI | 3/13/2003 | 48.10 | 48.10 | 0.00 | |
| 390550 | DCN0263JI | 3/14/2003 | 246.60 | 246.60 | 0.00 | |
| 390551 | DCQ0217JI | 3/17/2003 | 108.81 | 108.81 | 0.00 | |
| 390621 | DCS0233JI | 3/19/2003 | 1,078.95 | 1,078.95 | 0.00 | |
| 390911 | DCU0245JI | 3/21/2003 | 736.23 | 736.23 | 0.00 | |
| 392230 | DBC0195JI | 2/3/2003 | 3,138.62 | 3,138.62 | 0.00 | |
| 392231 | DDH0350JICM | 4/8/2003 | 337.80 | -337.80 | 0.00 | 6,586.93 |

ALRO INDUSTRIAL SUPPLY CORP.

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

# INVOICE

PAGE 1

ANGOLA----

MAR 2 5 2003

RD: 538-1447

BILL TO:

General Products/Angola
Attn: Accounts Payable
2400 E South St
Jackson, MI 49202

SHIP TO: General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: BOB MILLER
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | B10015115 | | 3/21/03 | DCU0245JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 3/21/03 | JI5719786 | UPS | SHIPPING POINT | MIKE GIMENEZ | 01852 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 10 EA | SCMT 432-F2   GRADE TP100 | 10 EA | 8.8660 C EA   *8.58* | | 88.66 |
| | CARBOLOY PART# -4400090 INSERTS | | | | |
| 100 EA | CNMG 433W-M3   GRADE TP100 | 100 EA | 6.3900 C EA ✓ | | 639.00 |
| | CARBOLOY PART# -4400212 INSERTS | | | | |

POSTED
MAR 27 2003

Vendor # _100030_
Disc Date _____
Approval _____
Approval _____
Acct # _1640.20000_

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | 7.28 | INVOICE TOTAL | |
|---|---|---|---|---|---|---|
| 727.66 | | 8.57 | IF PAID BY: | 4/10/03 | | 736.23 |

| GRO COL. | TLEMENT TERMS 10TH AND 25 DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SUBSCRIBE TO ALRO'S NEW
E-MEMBER NEWSLETTER
FOR THE LATEST DEVELOPMENTS AT ALRO
SUBSCRIBE AT WWW.ALRO.COM

```
(   )        ALRO STEEL CORP.                              4/15/03 Check Number        043701
Ref Nbr  Invc Nbr         Invc Date    Invoice Amount    Amount Paid    Disc Taken    Net Check Amt
*** SEE SEPARATE REMITTANCE ADVICE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***
```

| Date: | Tuesday, April 15, 2003 | | | | | | | | | Page: | 1 of 12 |
| Time: | 08:25AM | | | | | | | | | Report: | 03625.rpt |
| User: | JANBAKER | | | | | | | | | Company: | 0000 |

# General Products Corporation
## Detailed Remittance Advice
### Period: 04-03 As of: 4/15/03

| Check Nbr | Check Type | Check Date | | | | | | | | | Net Check Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 043701 | CK | 4/15/03 | | | | | | | | | 10,495.68 |

| Ref Nbr | Check Type | Invc Nbr | Vendor ID | Vendor Name | Invc Date | Status | Pay Date | Disc Date | Due Date | Discount Amt | Disc Taken | Invoice Amt | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 100030 | ALRO STEEL CORP. | | | | | | | | | |
| 389355 | VO | DBX0215JI | | | 2/24/03 | A | 4/10/03 | 4/10/03 | 4/10/03 | 0.00 | 0.00 | 45.00 | 45.00 |
| 389356 | VO | DBX0216JI | | | 2/24/03 | A | 4/10/03 | 4/10/03 | 4/10/03 | 0.00 | 0.00 | 184.86 | 184.86 |
| 389383 | VO | DBX0217JI | | | 2/24/03 | A | 4/10/03 | 4/10/03 | 4/10/03 | 0.00 | 0.00 | 1,982.30 | 1,982.30 |
| 389449 | VO | DBZ0209JI | | | 2/26/03 | A | 4/12/03 | 4/12/03 | 4/12/03 | 0.00 | 0.00 | 243.59 | 243.59 |
| 389794 | VO | DCC0215JI | | | 3/3/03 | A | 4/17/03 | 4/17/03 | 4/17/03 | 0.00 | 0.00 | 1,111.52 | 1,111.52 |
| 389795 | VO | DCC0216JI | | | 3/3/03 | A | 4/17/03 | 4/17/03 | 4/17/03 | 0.00 | 0.00 | 1,770.10 | 1,770.10 |
| 389796 | VO | DCC0217JI | | | 3/3/03 | A | 4/17/03 | 4/17/03 | 4/17/03 | 0.00 | 0.00 | 125.55 | 125.55 |
| 389842 | VO | DB24353IN | | | 2/28/03 | A | 4/14/03 | 4/14/03 | 4/14/03 | 0.00 | 0.00 | 54.62 | 54.62 |
| 389843 | VO | DCC0218JI | | | 3/3/03 | A | 4/17/03 | 4/17/03 | 4/17/03 | 0.00 | 0.00 | 729.60 | 729.60 |
| 388844 | VO | DCC3995F W | | | 3/3/03 | A | 4/17/03 | 4/17/03 | 4/17/03 | 0.00 | 0.00 | 829.79 | 829.79 |
| 389983 | VO | DCE0232JI | | | 3/5/03 | A | 4/19/03 | 4/19/03 | 4/19/03 | 0.00 | 0.00 | 63.69 | 63.69 |
| 389984 | VO | DCE0233JI | | | 3/5/03 | A | 4/19/03 | 4/19/03 | 4/19/03 | 0.00 | 0.00 | 1,025.85 | 1,025.85 |
| 389985 | VO | DCF0223JI | | | 3/6/03 | A | 4/20/03 | 4/20/03 | 4/20/03 | 0.00 | 0.00 | 127.80 | 127.80 |
| 390059 | VO | DCD0260JI | | | 3/4/03 | A | 4/18/03 | 4/18/03 | 4/18/03 | 0.00 | 0.00 | 181.60 | 181.60 |
| 390208 | VO | DCE0230JI | | | 3/5/03 | A | 4/19/03 | 4/19/03 | 4/19/03 | 0.00 | 0.00 | 404.65 | 404.65 |
| 390209 | VO | DCE0231JI | | | 3/5/03 | A | 4/19/03 | 4/19/03 | 4/19/03 | 0.00 | 0.00 | 361.17 | 361.17 |
| 390210 | VO | DCF0222JI | | | 3/6/03 | A | 4/20/03 | 4/20/03 | 4/20/03 | 0.00 | 0.00 | 115.00 | 115.00 |
| 390211 | VO | DCG0193JI | | | 3/7/03 | A | 4/21/03 | 4/21/03 | 4/21/03 | 0.00 | 0.00 | 748.10 | 748.10 |
| 390653 | VO | CLJ0223JI | | | 12/10/02 | A | 1/24/03 | 1/24/03 | 1/24/03 | 0.00 | 0.00 | 418.93 | 418.93 |
| 391425 | VO | CLI0214JI | | | 3/27/03 | A | 3/28/03 | 3/28/03 | 3/28/03 | 0.00 | 0.00 | 63.86 | 63.86 |
| 391426 | AD | DC10239JI | | | 3/27/03 | | | 3/28/03 | 3/28/03 | | 0.00 | -63.86 | -63.86 |
| 391708 | AD | DDB0302JI CM | | | 4/2/03 | A | 4/3/03 | 4/3/03 | 4/3/03 | 0.00 | 0.00 | -28.04 | -28.04 |

# INVOICE

**ALRO INDUSTRIAL SUPPLY CORP.**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

PAGE 1

/ANGOLA
FEB 28 2003

RD:    538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E South St
Jackson, MI 49202

SHIP TO:
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: BOB MILLER
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | B10015115 |  | 2/26/03 | DBZ0209JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 2/26/03 | JI5717578 | UPS | SHIPPING POINT | MIKE GIMENEZ | 01852 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 22 EA | TNMA 322 GRADE TX150 W/ .0005  CARBOLOY  PART# -4400127  HONE PER QUOTE 51251 (68043) | 12 EA BACK ORDER | 19.6000 C EA |  | 235.20 |

Vendor # 100030
_____
Approval _____
Approval _____
Acct # 1640-20000

5717578

POSTED
FEB 28 2003

7440-23000

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| 235.20 |  | 8.39 | 2.35 | 243.59 |

IF PAID BY: 3/10/03

**GROUP SETTLEMENT TERMS 10TH AND 25**

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SUBSCRIBE TO ALRO'S NEW
E-MEMBER NEWSLETTER
FOR THE LATEST DEVELOPMENTS AT ALRO
SUBSCRIBE AT WWW.ALRO.COM

ORDER NUMBER    21090164

ENERAL PRODUCTS CORPORATION
CKSON, MI 49201

045266

ALRO STEEL CORP.                100030                    7/3/03 Check Number        045266

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|----------------|-------------|------------|---------------|

*** SEE SEPARATE REMITTANCE ADVICE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***



Date: Wednesday, July 02, 2003
Time: 04:41PM
User: JROGERS

General Products Corporation
Detailed Remittance Advice
Period: 07-03 As of: 7/2/03

Page: 1 of 10
Report: 03625.rpt
Company: 0000

05-44481-rdd    Doc 7634-7    Filed 04/11/07    Entered 04/11/07 15:31:10    Exhibit 2 (Part 6)    Pg 8 of 20

| Check Nbr | Check Type | Check Date |
|---|---|---|
| 045266 | CK | 7/3/03 |

Vendor ID: 100030  Vendor Name: ALRO STEEL CORP.

| Ref Nbr | Type | Invc Nbr | Invc Date | Status | Pay Date | Disc Date | Due Date | Discount Amt | Invoice Amt | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 15,713.42 |
| 393002 | VO | DEA0203JI | 5/7/03 | A | 6/21/03 | 6/21/03 | 6/21/03 | 0.00 | 735.80 | 0.00 | 735.80 |
| 393006 | VO | DEB0200JI | 5/2/03 | A | 6/16/03 | 6/16/03 | 6/16/03 | 0.00 | 656.80 | 0.00 | 656.80 |
| 393173 | VO | DEB0203JI | 5/2/03 | A | 6/16/03 | 6/16/03 | 6/16/03 | 0.00 | 72.14 | 0.00 | 72.14 |
| 393414 | VO | DEF0247JI | 5/6/03 | A | 6/20/03 | 6/20/03 | 6/20/03 | 0.00 | 192.20 | 0.00 | 192.20 |
| 393415 | VO | DEF0248JI | 5/6/03 | A | 6/20/03 | 6/20/03 | 6/20/03 | 0.00 | 9.21 | 0.00 | 9.21 |
| 393499 | VO | DEI0177JI | 5/9/03 | A | 6/23/03 | 6/23/03 | 6/23/03 | 0.00 | 125.55 | 0.00 | 125.55 |
| 393500 | VO | DEI0172JI | 5/9/03 | A | 6/23/03 | 6/23/03 | 6/23/03 | 0.00 | 4,310.40 | 0.00 | 4,310.40 |
| 393727 | VO | DEB0202JI | 5/2/03 | A | 6/16/03 | 6/16/03 | 6/16/03 | 0.00 | 71.65 | 0.00 | 71.65 |
| 393728 | VO | DEE0207JI | 5/5/03 | A | 6/19/03 | 6/19/03 | 6/19/03 | 0.00 | 126.25 | 0.00 | 126.25 |
| 393729 | VO | DEG0199JI | 5/7/03 | A | 6/21/03 | 6/21/03 | 6/21/03 | 0.00 | 3,147.00 | 0.00 | 3,147.00 |
| 393730 | VO | DEG0200JI | 5/7/03 | A | 6/21/03 | 6/21/03 | 6/21/03 | 0.00 | 1,710.95 | 0.00 | 1,710.95 |
| 393731 | VO | DEG0201JI | 5/7/03 | A | 6/21/03 | 6/21/03 | 6/21/03 | 0.00 | 182.15 | 0.00 | 182.15 |
| 393828 | VO | DEG0197JI | 5/7/03 | A | 6/21/03 | 6/21/03 | 6/21/03 | 0.00 | 70.89 | 0.00 | 70.89 |
| 393829 | VO | DEL0227JI | 5/12/03 | A | 6/26/03 | 6/26/03 | 6/26/03 | 0.00 | 237.01 | 0.00 | 237.01 |
| 393830 | VO | DEM0237JI | 5/13/03 | A | 6/27/03 | 6/27/03 | 6/27/03 | 0.00 | 413.76 | 0.00 | 413.76 |
| 393953 | VO | DEG0198JI | 5/7/03 | A | 6/21/03 | 6/21/03 | 6/21/03 | 0.00 | 212.39 | 0.00 | 212.39 |
| 393954 | VO | DEN4306FW | 5/14/03 | A | 6/28/03 | 6/28/03 | 6/28/03 | 0.00 | 754.75 | 0.00 | 754.75 |
| 394002 | VO | DEL0226JI | 5/12/03 | A | 6/26/03 | 6/26/03 | 6/26/03 | 0.00 | 16.11 | 0.00 | 16.11 |
| 394003 | VO | DEM0236JI | 5/13/03 | A | 6/27/03 | 6/27/03 | 6/27/03 | 0.00 | 922.40 | 0.00 | 922.40 |
| 394004 | VO | DEN0183JI | 5/14/03 | A | 6/28/03 | 6/28/03 | 6/28/03 | 0.00 | 256.90 | 0.00 | 256.90 |
| 394105 | VO | DEO0176JI | 5/15/03 | A | 6/29/03 | 6/29/03 | 6/29/03 | 0.00 | 88.30 | 0.00 | 88.30 |
| 394106 | VO | DEO0178JI | 5/15/03 | A | 6/29/03 | 6/29/03 | 6/29/03 | 0.00 | 179.77 | 0.00 | 179.77 |
| 395725 | AD | DFK0322JI | 6/11/03 | | 6/12/03 | 6/12/03 | 6/12/03 | 0.00 | -5.20 | 0.00 | -5.20 |
| 395872 | VO | DC10159JI | 3/27/03 | | 5/11/03 | 5/11/03 | 5/11/03 | 0.00 | 599.75 | 0.00 | 599.75 |
| 395873 | VO | DC10160JI | 3/27/03 | | 5/11/03 | 5/11/03 | 5/11/03 | 0.00 | 204.39 | 0.00 | 204.39 |
| 396115 | AD | CMDFS034 | 6/19/03 | | 6/20/03 | 6/20/03 | 6/20/03 | 0.00 | -34.50 | 0.00 | -34.50 |
| 396116 | VO | DDA0198JI 1JI | 4/1/03 | A | 5/16/03 | 5/16/03 | 5/16/03 | 0.00 | 456.60 | 0.00 | 456.60 |

**ALRO STEEL CORPORATION**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

**ANGOLA**

JUN 20 2003

RD: 538-1447

**INVOICE**

PAGE 1

General Products/Angola
Attn: Accounts Payable
2400 E South St
Jackson, MI 49202

General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: BOB MILLER
Please refer to invoice number on all inquiries

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | NUMBER |
|---|---|---|---|---|
| 06340100 | B10015115 | | 3/27/03 | DC10160JI |

| DATE SHIPPED | PACKING SLIP NO | SHIP VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 3/27/03 | JI5720240 | UPS | SHIPPING POIN | MIKE GIMENEZ | 01852 |

| QUANTITY ORDERED | DESCRIPTION LENGTH SIZE | UNITS SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 10 EA | TNMA 322 GRADE TX150 W/ .0005 | 10 EA | 19.6000 C EA | 196.00 |
| | CARBOLOY PART# -4400127 HONE PER QUOTE 51251 (68043) | | | |

**POSTED**
JUN 23 2003

P.S
572024

Vendor # 100030
Disc Date _____
Approval _____
Approval _____
Acct # 1640.20000

1440.23000

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| 196.00 | | 8.39 | 1.96 4/10/03 IF PAID BY | 204.39 |

PLEASE REMIT TO:
ALRO GROUP
P.O. BOX 30382
LANSING, MI 48909-7882

** DUPLICATE **
** DUPLICATE **

ORDER NUMBER 21090164

JUN 19 '03 12:08    PAGE.03

ENERAL PRODUCTS CORPORATION
ACKSON, MI - 9201

AI    STEEL CORP.              100030              9/5/2003 Check Number      048736

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|----------------|-------------|------------|---------------|

*** SEE SEPARATE REMITTANCE ADVICE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***



ENERAL PRODUCTS CORPORATION
ACKSON, MI - 9201
05-44481-rdd    Doc 7634-7    Filed 04/11/07    Entered 04/11/07 15:31:10    Ex 48736
                                (Part 6)    Pg 10 of 20

AI    STEEL CORP.              100030              9/5/2003 Check Number      048736

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|----------------|-------------|------------|---------------|

*** SEE SEPARATE REMITTANCE ADVICE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***

Date: Friday, September 05, 2003  
Time: 04:13PM  
User: JANBAKER

**General Products Corporation**  
**Detailed Remittance Advice**  
Period: 09-03 As of: 9/5/2003

Page: 1 of 23  
Report: 03625.rpt  
Company: 0000

| Check Nbr | Check Type | Check Date | Ref Nbr | Vendor ID | Vendor Name | Invc Nbr | Invc Date | Status | Pay Date | Disc Date | Due Date | Discount Amt | Invoice Amt | Disc Taken | Net Check Amt Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048736 | CK | 9/5/2003 | | 100030 | ALRO STEEL CORP. | | | | | | | | | | 26,471.56 |
| | | | 395952 | | | DFQ00239JI | 6/17/2003 | A | 8/1/2003 | 8/1/2003 | 8/1/2003 | 0.00 | 128.00 | 0.00 | 128.00 |
| | | | 395953 | | | DFQ00240JI | 6/17/2003 | A | 8/1/2003 | 8/1/2003 | 8/1/2003 | 0.00 | 108.85 | 0.00 | 108.85 |
| | | | 396041 | | | DFT0197JI | 6/20/2003 | A | 8/4/2003 | 8/4/2003 | 8/4/2003 | 0.00 | 172.14 | 0.00 | 172.14 |
| | | | 396042 | | | DFW0213JI | 6/23/2003 | A | 8/7/2003 | 8/7/2003 | 8/7/2003 | 0.00 | 471.79 | 0.00 | 471.79 |
| | | | 396117 | | | DFS0245JI | 6/19/2003 | A | 8/3/2003 | 8/3/2003 | 8/3/2003 | 0.00 | 1,248.80 | 0.00 | 1,248.80 |
| | | | 396118 | | | DFS0246JI | 6/19/2003 | A | 8/3/2003 | 8/3/2003 | 8/3/2003 | 0.00 | 291.00 | 0.00 | 291.00 |
| | | | 396119 | | | DFT0196JI | 6/20/2003 | A | 8/4/2003 | 8/4/2003 | 8/4/2003 | 0.00 | 1,167.40 | 0.00 | 1,167.40 |
| | | | 396120 | | | DFW0210JI | 6/23/2003 | A | 8/7/2003 | 8/7/2003 | 8/7/2003 | 0.00 | 90.00 | 0.00 | 90.00 |
| | | | 396121 | | | DFW0211JI | 6/23/2003 | A | 8/7/2003 | 8/7/2003 | 8/7/2003 | 0.00 | 31.30 | 0.00 | 31.30 |
| | | | 396122 | | | DFW0212JI | 6/23/2003 | A | 8/7/2003 | 8/7/2003 | 8/7/2003 | 0.00 | 128.00 | 0.00 | 128.00 |
| | | | 396177 | | | DFX0236JI | 6/24/2003 | A | 8/8/2003 | 8/8/2003 | 8/8/2003 | 0.00 | 103.10 | 0.00 | 103.10 |
| | | | 396178 | | | DFX0237JI | 6/24/2003 | A | 8/8/2003 | 8/8/2003 | 8/8/2003 | 0.00 | 61.00 | 0.00 | 61.00 |
| | | | 396365 | | | DFX0238JI | 6/25/2003 | A | 8/9/2003 | 8/9/2003 | 8/9/2003 | 0.00 | 265.15 | 0.00 | 265.15 |
| | | | 396366 | | | DFY0239JI | 6/25/2003 | A | 8/9/2003 | 8/9/2003 | 8/9/2003 | 0.00 | 61.00 | 0.00 | 61.00 |
| | | | 396445 | | | DDF10209JI | 6/27/2003 | A | 8/11/2003 | 8/11/2003 | 8/11/2003 | 0.00 | 167.40 | 0.00 | 167.40 |
| | | | 396446 | | | DF10210JI | 6/27/2003 | A | 8/11/2003 | 8/11/2003 | 8/11/2003 | 0.00 | 68.70 | 0.00 | 68.70 |
| | | | 396447 | | | DF40214JI | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 50.12 | 0.00 | 50.12 |
| | | | 396448 | | | DF44049JX | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 341.90 | 0.00 | 341.90 |
| | | | 396449 | | | DF44050JX | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 84.06 | 0.00 | 84.06 |
| | | | 396450 | | | DF44051JX | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 53.04 | 0.00 | 53.04 |
| | | | 396451 | | | DF44052TL | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 154.57 | 0.00 | 154.57 |
| | | | 396452 | | | DFZ0221JI | 6/26/2003 | A | 8/10/2003 | 8/10/2003 | 8/10/2003 | 0.00 | 790.40 | 0.00 | 790.40 |
| | | | 396527 | | | DFZ0238JI | 6/24/2003 | A | 8/8/2003 | 8/8/2003 | 8/8/2003 | 0.00 | 1,466.32 | 0.00 | 1,466.32 |
| | | | 396528 | | | DFY0240JI | 6/25/2003 | A | 8/9/2003 | 8/9/2003 | 8/9/2003 | 0.00 | 282.79 | 0.00 | 282.79 |
| | | | 396529 | | | DFY0241JI | 6/25/2003 | A | 8/9/2003 | 8/9/2003 | 8/9/2003 | 0.00 | 3,258.81 | 0.00 | 3,258.81 |
| | | | 396599 | | | DGA0207JI | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 529.80 | 0.00 | 529.80 |
| | | | 396600 | | | DGA0208JI | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 4,310.40 | 0.00 | 4,310.40 |
| | | | 396601 | | | DGA0209JI | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 96.10 | 0.00 | 96.10 |
| | | | 396602 | | | DGA0210JI | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 492.60 | 0.00 | 492.60 |
| | | | 396603 | | | DGA0211JI | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 1,217.00 | 0.00 | 1,217.00 |
| | | | 396719 | | | DGB3900TL | 7/2/2003 | A | 8/16/2003 | 8/16/2003 | 8/16/2003 | 0.00 | 192.17 | 0.00 | 192.17 |
| | | | 396720 | | | DGC0169JI | 7/3/2003 | A | 8/17/2003 | 8/17/2003 | 8/17/2003 | 0.00 | 269.40 | 0.00 | 269.40 |
| | | | 396721 | | | DGC0170JI | 7/3/2003 | A | 8/17/2003 | 8/17/2003 | 8/17/2003 | 0.00 | 652.00 | 0.00 | 652.00 |
| | | | 396722 | | | DGH0184JI | 7/8/2003 | A | 8/22/2003 | 8/22/2003 | 8/22/2003 | 0.00 | 63.80 | 0.00 | 63.80 |
| | | | 396723 | | | DGH0183JI | 7/8/2003 | A | 8/22/2003 | 8/22/2003 | 8/22/2003 | 0.00 | 242.75 | 0.00 | 242.75 |
| | | | 396833 | | | DGH0185JI | 7/10/2003 | A | 8/24/2003 | 8/24/2003 | 8/24/2003 | 0.00 | 472.00 | 0.00 | 472.00 |
| | | | 396834 | | | DGJ0185JI | 7/10/2003 | A | 8/24/2003 | 8/24/2003 | 8/24/2003 | 0.00 | 192.20 | 0.00 | 192.20 |
| | | | 396930 | | | DGB0750JI | 7/2/2003 | A | 8/16/2003 | 8/16/2003 | 8/16/2003 | 0.00 | 534.02 | 0.00 | 534.02 |
| | | | 396931 | | | DGB0752JI | 7/2/2003 | A | 8/16/2003 | 8/16/2003 | 8/16/2003 | 0.00 | 106.21 | 0.00 | 106.21 |
| | | | 396932 | | | DGB0753JI | 7/2/2003 | A | 8/16/2003 | 8/16/2003 | 8/16/2003 | 0.00 | 90.60 | 0.00 | 90.60 |
| | | | 396933 | | | DGG0194JI | 7/7/2003 | A | 8/21/2003 | 8/21/2003 | 8/21/2003 | 0.00 | 49.19 | 0.00 | 49.19 |
| | | | 396934 | | | DGG0195JI | 7/7/2003 | A | 8/21/2003 | 8/21/2003 | 8/21/2003 | 0.00 | 52.19 | 0.00 | 52.19 |
| | | | | | | DGH0185JI | 7/8/2003 | A | 8/22/2003 | 8/22/2003 | 8/22/2003 | 0.00 | | 0.00 | |



ALRO INDUSTRIAL SUPPLY CORP.

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

# INVOICE

PAGE 1

DUNS: 17-493-3994

**ANGOLA**   RD:   538-1447

JUN 3 0 2

BILL TO:

General Products/Angola
Attn: Accounts Payable
2400 E South St
Jackson, MI 49202

SHIP TO:

General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: BOB MILLER
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | B10014961 | 10015115 | 6/25/03 | DFY0240JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON |
|---|---|---|---|---|
| 6/25/03 | JI5727958 | UPS | SHIPPING POINT | MIKE GIMENEZ   01852 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 14 EA | 60843 TNMA 322 GRADE TX150 | 14 EA | 19.6000 C EA | | 274.40 |
| | CARBOLOY PART# -4400127 W/.0005 QUOTE#51251   (SPECIAL) | | | | |

POSTED
JUL 0 8 2003

Vendor # 108030
Disc Date _____
Approval _____
Approval _____
Acct # 7640.20000

N/L 06/03           7440.23000

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| 274.40 | | 8.39 | 2.74 | 282.79 |

IF PAID BY: 7/10/03

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL, ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

SUBSCRIBE TO ALRO'S E-MEMBER NEWSLETTER.  SIGN UP AT ALRO.COM

ALRO INDUSTRIAL SUPPLY NOW CARRIES CRAFTSMAN TOOLS.  CONTACT US TODAY FOR A CATALOG.

ORDER NUMBER   20492858

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| IGH0099JI | 07/08/98 | | 394.00 | 3.94 | 390.06 |
| IGI0113JI | 07/09/98 | | 635.50 | 6.36 | 629.14 |
| IGI0114JI | 07/09/98 | | 130.30 | 1.30 | 129.00 |
| IG 118JI | 07/10/98 | | 717.64 | 7.18 | 710.46 |
| IGN0110JI | 07/14/98 | | 1416.00 | 14.16 | 1401.84 |
| IGN0111JI | 07/14/98 | | 148.39 | 1.10 | 147.29 |
| IG0125JI | 07/15/98 | | 294.34 | 2.94 | 291.40 |
| IG0126JI | 07/15/98 | | 477.00 | 4.77 | 472.23 |
| | | TOTAL | 12224.62 | 120.13 | 12104.49 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

050953

74-1292 / 724

VENDOR NO. 100030

CHECK NO. 050953

CHECK DATE 07/24/98

THE SUM OF   TWELVE THOUSAND ONE HUNDRED FOUR AND 49/100

PAY TO THE ORDER OF
ALRO STEEL CORPORATION
P.O. BOX 30382
LANSING, MI 489097882

*12104.49

NON-NEGOTIABLE

⑈050953⑈ ⑆072412927⑈        00140086⑈



# ALRO INDUSTRIAL SUPPLY CORP

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

15  30

DUNS: 17-493-3994

# INVOICE

PAGE 3
**CONTINUED**

RD: 538-1447

| BILL TO: | SHIP TO: |
|---|---|
| General Products/Angola<br>Attn: Accounts Payable<br>2400 E. South St.<br>Jackson, MI 49202 | ANGOLA    General Products/Angola<br>1411 WOHLERT ST<br>ANGOLA, IN 46703 |

ORDERED BY: BOB MILLER
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005482 |  | 7/01/98 | IGA0128JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 7/01/98 | JI5565327 | CC KDS | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
|  | CARBOLOY<br>PART# -2600031 | | GP Part # 2600030 | | |
| 2 EA | 43109 SCFCR10CA-09 CARTRIDGE | 2 EA | 65.1500 EA | C | 130.30 |
|  | CARBOLOY<br>PART# -2600032 | | | | 7444.2090 |
| 7 EA | C05012   LOCKING SCREW | 7 EA | 3.1000 EA | C | 21.70 |
|  | CARBOLOY<br>PART# -6500228 | | | | |

POSTED
JUL 1 1998

ANGOLA
Y 170
7-24-98
Date _____ Hold _____
Approval _____
Ext. Check _____ mw
R# _____
3120    3121

E-mailed Bob 7-6-98

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT 34.82 | INVOICE TOTAL | 3,481.75 |
|---|---|---|---|---|---|
| 3,481.75 | | | IF PAID BY: 7/25/98 | | |

| GROUP SETTLEMENT TERMS 10TH AND 25 | | | "WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED. |
|---|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS | |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. | |
| E | 0.5% | STEEL, ALUMINUM, PLASTICS, OTHER METALS | |
| C | 1.0% | INDUSTRIAL SUPPLIES | |
| NET 30 DAYS | | | |

NEED A NEW AMADA BANDSAW OR AMADA
BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

ORDER NUMBER    12575174

JUL 08 '98 15:41      1 219 665 6727      PAGE.02

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 304663 | 60310861  | 06/05/1999 | 675.00  | 675.00  |       |         |
| 304664 | 60310861P | 06/05/1999 | 1450.00 | 1450.00 |       |         |
| 305266 | 60310871  | 07/05/1999 | 475.00  | 465.50  | 9.50  |         |
| 305267 | 60310872  | 07/05/1999 | 250.00  | 245.00  | 5.00  |         |
| 305268 | 60310877  | 07/06/1999 | 480.00  | 470.40  | 9.60  |         |
| 305574 | 60310878  | 07/06/1999 | 1060.00 | 1038.80 | 21.20 |         |
| 305575 | 60310879  | 07/06/1999 | 1000.00 | 980.00  | 20.00 | 5324.70 |

# THRASHER
## Welding & Machine Shop
2085S 600W ANGOLA, IN 46703
FAX (219) 475-1001  PHONE (219) 475-5550
NATIONWIDE TOLL FREE 1-800-475-5560

*Invoice*

| Invoice # | Date |
|---|---|
| 60310878 | 07/06/99 |

**SOLD TO:**
General Products Corporation
2400 East South Street
Jackson, MI 49201

ANGOLA

**SHIP TO:**
General Products Corporation
1411 Wohlert Street
Angola, IN 46703

| Purchase Order # | Order Date | Ship Date | Ship Via | FOB |
|---|---|---|---|---|
| 10007566 | 07/06/99 | 07/06/99 | Our Trk | |

| Payment Terms | Due Date |
|---|---|
| 2% 10 / NET 30 | 08/05/99 |

| Item ID | Ordered | Shipped | Description | Unit Cost | Extension |
|---|---|---|---|---|---|
| FABRICATE | 4.00 | 4.00 | Blocl For OP 50 (4500327) | 265.00 | 1,060.00 |

POSTED         ANGOLA
JUL 15 1999    Disc (Y)N  2%
               Due -  7.16.99
               Dispute ____ Hold ____
               Approval ____
               Ext. Check ____ MW
               R # 7444.22090
               3120        3121

Customer Signature: _____

$21.20 Discount if paid by 7/16/99

Check #: _____

THIRTY (30) DAYS AFTER DELIVERY ANY
PAID PORTION OF "CHARGE" SALES
ARE SUBJECT TO A FINANCE CHARGE OF
1 1/2% MINIMUM $.50 - ANNUAL RATE 18%.
In case of default, Purchaser agrees to pay
all reasonable costs of collection, attorney fees
and court cost

Sub-Total
Tax
Shipping/Shipping Tax
                    1,060.00
**Total**




| HI | PRECISION MACHINING, INC. | Check Date | | 1/31/03 | Check Number | 042201 | |
|---|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt | |
| 386199 | 4460 | 12/20/02 | 148.00 | 148.00 | 0.00 | 148.00 | |

# Hull Precision Machining, Inc.

PAGE 1

P.O. Box 113
Spencerville, IN 46788

Phone: 260-238-4372
Fax: 260-238-4379

ANGOLA
DEC 3 0 2002

| INVOICE # | DATE: |
|---|---|
| 00004460 | 12/20/02 |

Bill to:

General Products Corporation
2400 East South Street
Jackson, MI 49210

Ship to:

General Products Corporation
1411 Wohlert Street
Angola, IN 46703

POSTED
JAN 0 6 2003

| Purchase Order # | Order Date | Delivery Date | | |
|---|---|---|---|---|
| B10015224 | 12/20/02 | 12/20/02 | our Delivery | |
| Payment terms: | | Due Date: | | |
| 2% 10 Net 30 | | 01/19/03 | | |

| Job | Order | Ship | Desc | Ea | Total |
|---|---|---|---|---|---|
| Job 617937 | 4 | 4 | 4500361 | 37.00 | 148.00 |

Vendor # 100631
Disc Date _____
Approval _____
Approval _____
Acct # 7444-22090

On U/L
12/02

$2.96 Discount if paid by 12/30/02

Total Invoice Due    148.00

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201
Vendor 100595 THRASHER WELDING & MACHINE Check Date 01/15/2002 035378

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 366354 | 60311372 | 11/04/2001 | 552.00 | 552.00 | | |
| 366355 | 60311373 | 11/04/2001 | 125.00 | 125.00 | | |
| 367223 | 60311376 | 11/06/2001 | 360.00 | 360.00 | | |
| 367630 | 60311381 | 11/21/2001 | 76.96 | 76.96 | | |
| 367631 | 60311382 | 11/24/2001 | 367.50 | 367.50 | | |
| 367752 | 60311371P | 11/04/2001 | 175.00 | 175.00 | | 1656.46 |

# THRASHER
## Welding & Machine

20855 600W Angola, IN 46703
FAX (219) 475-1001  Phone (219) 475-5550
Nationwide Toll Free 1-800-475-5560

*Invoice*

| Invoice # | Date |
|---|---|
| 60311372 | 11/04/01 |

**Sold To:**
General Products Corporation
2400 East South Street
Jackson, MI 49201

ANGOLA
NOV 07 2001

**Ship To:**
General Products Corporation
1411 Wohlert Street
Angola, IN 46703

| Purchase Order # | Order Date | Ship Date | Ship Via | FOB |
|---|---|---|---|---|
| 10012366 | 11/04/01 | 11/04/01 | | |

| Payment Terms | Due Date |
|---|---|
| 2% 10 / NET 30 | 12/04/01 |

| Item ID | Ordered | Shipped | Description | Unit Cost | Extension |
|---|---|---|---|---|---|
| FABRICATE | 2.0 | 2.0 | Lct Block (4500389) | 105.00 | 210.00 |
| FABRICATE | 6.0 | 6.0 | Locator Pin (4600352) | 57.00 | 342.00 |

Vendor # 100595
Due Date _____
Approval _____     062601
Approval _____
Acct # 7444-22090

25010

**POSTED**
NOV 09 2001

Customer Signature: _____

$11.04 Discount if paid by 11/14/01

Check #: _____

THIRTY (30) DAYS AFTER DELIVERY ANY UNPAID PORTION OF "CHARGE" SALES ARE SUBJECT TO A FINANCE CHARGE OF 1 1/2% MINIMUM $.50 · ANNUAL RATE 18%.
In case of default, Purchaser agrees to pay all reasonable costs of collection, attorney fees and court cost





Sub-Total
Tax
Shipping/Shipping Tax
**Total**  552.00