| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 370232 | 101373500 | 1/28/02 | 151.51 | 151.51 | | 151.51 |



**E & E Engineering, Inc.**
7200 Miller Drive
Warren, MI 48092
(586) 978-3800 FAX (586) 978-8400
WWW.EEENG.COM

ANGOLA
JAN 3 1 2002

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 123456 | 01/28/02 | 1013735-00 |
| P.O. NO. | | PAGE # |
| B10013635 | | 1 |

CUST.#:   1315

SHIP TO: GENERAL PRODUCTS CORP.
ANGOLA PLANT
1411 WOHLERT STREET
ANGOLA, IN 46703

REMIT TO:  E & E Engineering, Inc.
PO Box 77167
Detroit, MI 48277-0167

BILL TO: GENERAL PRODUCTS CORP.
2400 E. SOUTH ST.
ATTN: ACCOUNTS PAYABLE
JACKSON, MI 49201

| INSTRUCTIONS | | CREDIT CARD NUMBER | |
|---|---|---|---|
| SHIP POINT | SHIP VIA | SHIPPED | TERMS |
| E & E Engineering | UPS GROUND | 01/28/02 | 2%10/NET45 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|
| 1 | 058992<br>CL-6-RGFT  CARB TIP ROUND GRIPPER<br>Interchange Prod: CL-6-RGFT<br>PART# 4500454  SHP 1 WK STK C/L 1/21/02 | 4 | 0 | 4 | 7.40 ✓<br>-22090 | 29.60 |
| 2 | 058980<br>CL-510-GSB  GRIPPER SWIVEL CONT. BOLT<br>Interchange Prod: CL-510-GSB<br>PART# 4500353 SHP 1 WK STK C/L 1/21/02 | 4 | 0 | 4 | 28.92 ✓<br>-25050 | 115.68 |

2 Lines Total     Qty Shipped Total     8     Total            145.28
                                              Freight Out        6.23
                                              Invoice Total    151.51

Vendor # 10012\
Disc Date\
Approval\
Approval\
Acct # 7444-

PS
1013735

**POSTED**
FEB 05 2002

U/L 01/02

Cash Discount    2.91 If Paid By 02/07/02

Last Page

Vendor   100121   E & E ENGR. INC                              Check Date 02/15/02

| Ref Nbr | Invc Nbr   | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|------------|-----------|----------------|-------------|------------|---------------|
| 268404  | 1001176100 | 12/13/01  | 221.45         | 221.45      |            | 221.45        |

**E & E Engineering, Inc.**
7200 Miller Drive
Warren, MI 48092
(586) 978-3800 FAX (586) 978-8400
WWW.EEENG.COM

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 123456 | 12/13/01 | 1011761-00 |

| P.O. NO. | | PAGE # |
|---|---|---|
| B 10013510 | 12-07-01 | 1 |

CUS. 1315

## ANGOLA

DEC 1 9 2001

SHIP TO: GENERAL PRODUCTS CORP.
ANGOLA PLANT
1411 WOHLERT STREET
ANGOLA, IN 46703

REMIT TO: E & E Engineering, Inc.
PO Box 77167
Detroit, MI 48277-0167

BILL TO: GENERAL PRODUCTS CORP.
2400 E. SOUTH ST.
ATTN: ACCOUNTS PAYABLE
JACKSON, MI 49201

| INSTRUCTIONS | CREDIT CARD NUMBER |
|---|---|
| | |

| SHIP POINT | SHIP VIA | SHIPPED | TERMS |
|---|---|---|---|
| E & E Engineering | UPS GROUND | 12/13/01 | 2%10/NET45 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|
| 1 | 061285   4500455<br>CL-610-GSB  GRIPPER CONT ACT BOLT<br>1-2 WEEKS  12-21-01 | 6 | 0 | 6 | 35.89 ✓ | 215.34 |
| 1 | Lines Total | Qty Shipped Total | | 6 | Total<br>Freight Out<br>Invoice Total | 215.34<br>6.11<br>221.45 |

POSTED
DEC 1 9 2001

Vendor # 100121
Use Date _____
Approval _____
Approval _____
Acct # 7444-22090

Cash Discount    4.31   If Paid By 12/23/01

Last Page

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 374127 | 60311456 | 04/18/2002 | 712.23 | 712.23 | | |
| 374356 | 60311462 | 04/23/2002 | 300.00 | 300.00 | | |
| 374468 | 60311469 | 04/24/2002 | 85.65 | 85.65 | | |
| 374469 | 60311470 | 04/24/2002 | 207.90 | 207.90 | | |
| 374470 | 60311471 | 04/24/2002 | 414.24 | 414.24 | | |
| 374637 | 60311455P | 04/18/2002 | 483.04 | 483.04 | | |
| 374638 | 60311461 | 04/23/2002 | 182.12 | 182.12 | | 2385.18 |



# THRASHER
## Welding & Machine

2085S 600W Angola, IN 46703
FAX (219) 475-1001  Phone (219) 475-5550
Nationwide Toll Free  1-800-475-5560

(Invoice)

| Invoice # | Date |
|---|---|
| 60311461 | 04/23/02 |

**Sold To:**
General Products Corporation
2400 East South Street
Jackson, MI 49201

**Ship To:**
General Products Corporation
1411 Wohlert Street
Angola, IN 46703

| Purchase Order # | Order Date | Ship Date | Ship Via | FOB |
|---|---|---|---|---|
| 10013831 | 04/23/02 | 04/23/02 | | |

| Payment Terms | Due Date | |
|---|---|---|
| 2% 10 / NET 30 | 05/23/02 | Del Inv# 667588 |

| Item ID | Ordered | Shipped | Description | Unit Cost | Extension |
|---|---|---|---|---|---|
| FABRICATE | 2.0 | 2.0 | P/N 4800059 | 91.06 | 182.12 |

*Bob, this is a receipt out there (350?) for a quantity of 1. Did we receive 2?*

*Thanks,*
*Jaime*

Vendor # 100595
Disc Date _____
Approval _____
Approval _____
____ # 7444-22098

350?

on U/L 4/02    Set up 4/02

Customer Signature: _____

$3.64 Discount if paid by 5/ 3/2002

THIRTY (30) DAYS AFTER DELIVERY ANY
UNPAID PORTION OF "CHARGE" SALES
ARE SUBJECT TO A FINANCE CHARGE OF
1 ½% MINIMUM $.50 - ANNUAL RATE 18%.

In case of default, Purchaser agrees to pay
all reasonable costs of collection, attorney fees
and court cost.

Check #: _____




Sub-Total
Tax
Shipping/Shipping Tax

**Total**  182.12



# ALRO

**ALRO INDUSTRIAL SUPPLY CORP**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

# INVOICE

PAGE 1

DUNS: 17-493-3994       RD:     538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO:
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 |  | 11/13/98 | IKM0144JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/13/98 | JI5578287 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 1 EA | D106833 DET#3 BODY ONLY | 1 EA | 1880.3900 EA | C | 1,880.39 |
|  | CARBOLOY PART# -6400114  3 |  |  |  | 2090 |
|  | Q9800395 10-12 WEEKS |  |  |  |  |
| 2 EA | D106833 DET#9 BORING NOSE BODY | 2 EA | 675.2500 EA | C | 1,350.50 |
|  | CARBOLOY PART# -6400113  4 |  |  |  |  |
|  | ONLY Q9800395 10-12 WEEKS |  |  |  |  |
| 2 EA | D-106834 DET# 3 DRAW BAR BODY | 2 EA | 1666.7500 EA | C | 3,333.50 |
|  | CARBOLOY PART# -4800066  9 |  |  |  |  |
|  | ONLY 10-12 WEEKS Q9800395 |  |  |  |  |
| 1 EA | D-106834 DET#8 NOSE PC BODY | 1 EA | 709.4500 EA | C | 709.45 |
|  | ****** CONTINUED ******* |  | D.50 |  |  |

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL | |
|---|---|---|---|---|---|
|  |  |  | IF PAID BY: |  |  |

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

# ALRO INDUSTRIAL SUPPLY CORP
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

**INVOICE**

PAGE  2
**CONTINUED**

DUNS: 17-493-3994

RD:   538-1447

| BILL TO: | | SHIP TO: | |
|---|---|---|---|
| | General Products/Angola<br>Attn: Accounts Payable<br>2400 E. South St.<br>Jackson, MI 49202 | | General Products/Angola<br>1411 WOHLERT ST<br>ANGOLA, IN 46703 |

ANGOLA

NOV 17 1998

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/13/98 | IKM0144JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/13/98 | JI5578287 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| | PART# -6400106-A<br>ONLY Q9800395 10-12 WEEKS | | | | |
| 2 EA | D-106834 DET#14 SLIDE BODY<br>CARBOLOY<br>PART# -6400124<br>ONLY Q9800395 10-12 WEEKS | 2 EA | 812.0000 C<br>EA | | 1,624.00<br>2090 |

ANGOLA

Disc Y/N _____
Due _____ 11-20-98

POSTED
NOV 24 1998

Dispute _____ hold
Approval _____ mw
Ext. Check _____
R # _____ 7444, 2090
3120    3121

88.98

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL | |
|---|---|---|---|---|---|
| 8,897.84 | | | 11/25/98<br>IF PAID BY: | | 8,897.84 |

NEED A NEW AMADA BANDSAW OR AMADA
BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

| GROUP SETTLEMENT TERMS 10TH AND 25 | | |
|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| F | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

ORDER NUMBER    12885291

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| ICR01440I | 11/13/98 | | 8897.84 | 89.98 | 8808.86 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

TOTAL | 8897.84 | 88.98 | 8808.86

BD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054285

74-1292
724

VENDOR NO. 100030

CHECK NO. 054285

CHECK DATE 11/27/98

THE SUM OF EIGHT THOUSAND EIGHT HUNDRED EIGHT AND 86/100

TO THE ORDER OF
ALRO STEEL CORPORATION
P.O. BOX 30392
LANSING, MI 489097882

$8808.86

NON-NEGOTIABLE

⑈054285⑈ ⑇072412727⑇ 00140026⑇



**ALRO INDUSTRIAL SUPPLY CORP**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

# INVOICE
PAGE 1

DUNS: 17-493-3994        RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO: General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/10/98 | IKJ0167JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/10/98 | JI5577838 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 4 EA | D106837 DET#1 | 4 EA | 540.2700 EA | C | 2,161.08 |
| | PART# -6400102 SPEC DRILL LESS INSERTS Q9800395 | | | | |
| 2 EA | D-106830 DET#1 NOSE BODY ONLY | 2 EA | 955.7800 EA | C | 1,911.56 |
| | CARBOLOY PART# -6400100 Q9800395 10-12 WEEKS | | | | |
| 1 EA | D-106835 DET#1 NOSE BODY ONLY | 1 EA | 555.6000 EA | C | 555.60 |
| | CARBOLOY PART# -6400101 Q9800395 10-12 WEEKS | | | | |
| 1 EA | D-106836 DET#1 NOSE BODY ONLY | 1 EA | 589.7500 EA | C | 589.75 |

****** CONTINUED *******

Handwritten notations: 1031.57 ; 7444.2090

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| | | | IF PAID BY: | |

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| P | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS



**ALRO INDUSTRIAL SUPPLY CORP**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

# INVOICE

PAGE    2
**CONTINUED**

DUNS: 17-493-3994

RD:    538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO: General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/10/98 | IKJ0167JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/10/98 | JI5577838 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| | CARBOLOY PART# -6400103 Q9800395 10-12 WEEKS | | | | |
| 1 EA | D106829 DET#1 PER PRINT | 1 EA | .0100 C EA | | .01 |
| | CARBOLOY PART# -6400105 SPEC ADAPTOR ASSY | | | | |

POSTED
NOV 18 1998
ANGOLA

Disc (Y) N  _____
Due _____ 11-30-98

52.19

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| 5,218.00 | | | 11/25/98 IF PAID BY: | 5,218.00 |

| GROUP SETTLEMENT TERMS 10TH AND 25 | | | "WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED. |
|---|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS | |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. | |
| | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS | |
| C | 1.0% | INDUSTRIAL SUPPLIES | |
| | NET 30 DAYS | | |

NEED A NEW AMADA BANDSAW OR AMADA BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

ORDER NUMBER    12885291

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

| INVOICE NUMBER | DATE | REFERENCED | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| IPM01413I | 11/13/98 | | 596.25 | 5.96 | 590.29 |
| IPM01423I | 11/13/98 | | 611.25 | 6.11 | 605.14 |
| IPM01437I | 11/13/98 | | 149.15 | 1.49 | 147.66 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

TOTAL   14820.14   148.19   14671.95

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**054098**

74-1292
724

VENDOR NO. 100030

CHECK NO. 054098

CHECK DATE 11/20/98

THE SUM OF   FOURTEEN THOUSAND SIX HUNDRED SEVENTY ONE AND 95/100

PAY TO THE ORDER OF

ALRO STEEL CORPORATION
P.O. BOX 30362
LANSING, MI 489097982

$14671.95

NON-NEGOTIABLE

⑃054098⑃ ⑉072412927⑉   0014008⑆

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| IKB01513I | 11/02/98 | | 922.52 | 9.25 | 913.27 |
| IKC01263I | 11/03/98 | | 495.00 | 4.95 | 490.05 |
| IKC01273I | 11/03/98 | | 1508.00 | 15.08 | 1492.92 |
| IKC01283I | 11/03/98 | | 193.50 | 1.94 | 191.56 |
| IKC01293I | 11/03/98 | | 279.80 | 2.78 | 277.02 |
| IKC01303I | 11/03/98 | | 196.01 | 1.96 | 194.05 |
| IKD01327I | 11/04/98 | | 22.39 | 0.22 | 22.16 |
| IKE01329I | 11/05/98 | | 193.65 | 1.94 | 191.71 |
| IKF01411I | 11/06/98 | | 31.10 | 0.31 | 30.79 |
| IKF01421I | 11/06/98 | | 20.93 | 0.21 | 20.72 |
| IKI01591I | 11/09/98 | | 49.00 | 0.49 | 48.51 |
| IKJ01663I | 11/10/98 | | 3372.00 | 23.92 | 3348.08 |
| IKJ01673I | 11/10/98 | | 5218.00 | 52.18 | 5165.82 |
| IKJ01683I | 11/10/98 | | 18.50 | 0.19 | 18.31 |
| IKL02063I | 11/12/98 | | 1923.12 | 19.23 | 1903.89 |
| GENERAL PRODUCTS CORPORATION JACKSON, MI 49201 | | TOTAL | | | VOID |



NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054097

74-1292 / 724

VENDOR NO.

CHECK NO. VOID

CHECK DATE

THE SUM OF    NO DOLLARS AND 00/100 ************************

PAY TO THE ORDER OF    VOID ***************     0.00

NON-NEGOTIABLE

⑈054097⑈ ⑆072412927⑆    00140085⑈



# INVOICE

PAGE 1

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO: General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/10/98 | IKJ0167JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/10/98 | JI5577838 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 4 EA | D106837 DET#1 | 4 EA | 540.2700 C EA | | 2,161.08 |
| | PART# -6400102 SPEC DRILL LESS INSERTS Q9800395 | | | | |
| 2 EA | D-106830 DET#1 NOSE BODY ONLY | 2 EA | 955.7800 C EA | | 1,911.56 |
| | CARBOLOY PART# -6400100 Q9800395 10-12 WEEKS | | | | |
| 1 EA | D-106835 DET#1 NOSE BODY ONLY | 1 EA | 555.6000 C EA | | 555.60 |
| | CARBOLOY PART# -6400101 Q9800395 10-12 WEEKS | | | | |
| 1 EA | D-106836 DET#1 NOSE BODY ONLY | 1 EA | 589.7500 C EA | | 589.75 |

****** CONTINUED *******

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL | |
|---|---|---|---|---|---|
| | | | IF PAID BY: | | |

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES. TAXES. ETC. |
| F | 0.5% | STEEL ALUMINUM. PLASTICS. OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS



# INVOICE

PAGE  2
**CONTINUED**

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994                                RD:     538-1447

BILL TO:                                         SHIP TO:  General Products/Angola
General Products/Angola                                    1411 WOHLERT ST
Attn: Accounts Payable                                     ANGOLA, IN 46703
2400 E. South St.
Jackson, MI 49202

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 |  | 11/10/98 | IKJ0167JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/10/98 | JI5577838 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
|  | CARBOLOY |  |  |  |  |
|  | PART# -6400103 |  |  |  |  |
|  | Q9800395 10-12 WEEKS |  |  |  |  |
| 1 EA | D106829 DET#1 PER PRINT | 1 EA | .0100 C EA |  | .01 |
|  | CARBOLOY |  |  |  |  |
|  | PART# -6400105 |  |  |  |  |
|  | SPEC ADAPTOR ASSY |  |  |  |  |

POSTED
NOV 16 1998
ANGOLA

Disc (Y) N   _____
Date  11-20-98
Tes 11/18/98
7dd. 2065
3120     3121

52.19

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| 5,218.00 |  |  | 11/25/98 IF PAID BY: | 5,218.00 |

| GROUP SETTLEMENT TERMS 10TH AND 25 | | |
|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
|  | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |
| NET 30 DAYS | | |

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

NEED A NEW AMADA BANDSAW OR AMADA
BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

ORDER NUMBER   12885291

| NUMBER | DATE | | | | |
|---|---|---|---|---|---|
| IFMC14330 | 11/10/98 | | | 3.11 | 205.14 |
| CFMC34277 | 11/13/98 | | | 3.11 | 205.14 |
| IFMC14331 | 11/13/98 | | 149.15 | 1.47 | 147.68 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

TOTAL  14520.14  149.19  14671.95

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**054098**

74-1292 / 724

VENDOR NO.
100030

CHECK NO.
054098

CHECK DATE
11/20/98

THE SUM OF   FOURTEEN THOUSAND SIX HUNDRED SEVENTY ONE AND 95/100

Y THE ORDER OF
ACME STEEL CORPORATION
P.O. BOX 54382
LANSING, MI 48909-7882

$14671.95

NON-NEGOTIABLE

⑆054098⑆ ⑈073412927⑈   00140038⑈

| NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| TKI015131 | 11/02/98 | | 923.00 | 9.33 | 913.37 |
| TRI016260I | 11/03/98 | | 495.00 | 4.95 | 490.05 |
| IKI01373I | 11/03/98 | | 1506.70 | 15.09 | 1491.82 |
| IKI01380I | 11/03/98 | | 191.56 | 1.93 | 161.56 |
| IKI01393I | 11/03/98 | | 279.90 | 2.79 | 277.02 |
| IKI01500I | 11/03/98 | | 154.31 | 1.03 | 134.05 |
| IKI01775I | 11/04/98 | | 22.39 | 0.23 | 22.36 |
| TKI01125I | 11/05/98 | | 193.65 | 1.94 | 191.71 |
| IKF014135I | 11/06/98 | | 71.10 | 0.31 | 30.79 |
| IKF01423I | 11/06/98 | | 20.93 | 0.21 | 20.72 |
| TKI015931 | 11/09/98 | | 49.00 | 0.49 | 48.51 |
| IKI01664I | 11/10/98 | | 3392.00 | 23.92 | 3348.08 |
| IKI016777I | 11/10/98 | | 5218.00 | 52.18 | 5165.81 |
| IKI01480I | 11/10/98 | | 15.50 | 0.15 | 15.37 |
| IKI06687I | 11/12/98 | | 1923.12 | 19.23 | 1903.89 |
| | | **TOTAL** | | | VOID |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201



NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

74-1292
724

**054097**

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| | VOID | |

THE SUM OF   NO DOLLARS AND 00/100 ********************************

Y
J THE
ORDER OF   VOID ****************                                0.00

NON-NEGOTIABLE

⑈054097⑈ ⑆072412927⑆        0014008⑈



# INVOICE

PAGE  1

ALRO INDUSTRIAL SUPPLY CORP.
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

RD:    538-1447

**BILL TO:**
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

**SHIP TO:** General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/10/98 | IKJ0167JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/10/98 | JI5577838 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | C O D E | AMOUNT |
|---|---|---|---|---|---|
| 4 EA | D106837 DET#1 | 4 EA | 540.2700 EA | C | 2,161.08 |
|  | PART# -6400102 |  |  |  |  |
|  | SPEC DRILL LESS INSERTS |  |  |  |  |
|  | Q9800395 |  |  |  |  |
| 2 EA | D-106830 DET#1 NOSE BODY ONLY | 2 EA | 955.7800 EA | C | 1,911.56 |
|  | CARBOLOY |  |  |  |  |
|  | PART# -6400100 |  |  |  |  |
|  | Q9800395 10-12 WEEKS |  |  |  |  |
| 1 EA | D-106835 DET#1 NOSE BODY ONLY | 1 EA | 555.6000 EA | C | 555.60 |
|  | CARBOLOY |  |  |  |  |
|  | PART# -6400101 |  |  |  |  |
|  | Q9800395 10-12 WEEKS |  |  |  |  |
| 1 EA | D-106836 DET#1 NOSE BODY ONLY | 1 EA | 589.7500 EA | C | 589.75 |

****** CONTINUED *******

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT IF PAID BY: | INVOICE TOTAL |
|---|---|---|---|---|
| | | | | |

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS



ALRO INDUSTRIAL SUPPLY CORP.
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

# INVOICE

PAGE 2
**CONTINUED**

RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO: General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/10/98 | IKJ0167JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/10/98 | JI5577838 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| | CARBOLOY PART# -6400103 Q9800395 10-12 WEEKS | | | | |
| 1 EA | D106829 DET#1 PER PRINT | 1 EA | .0100 C EA | | .01 |
| | CARBOLOY PART# -6400105 SPEC ADAPTOR ASSY | | | | |

POSTED
NOV 16 1998

ANGOLA

Disc (Y) N
Due  11-25-98

Tes 11/18/98

3120    3121

52.19

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL | |
|---|---|---|---|---|---|
| 5,218.00 | | | 11/25/98 IF PAID BY: | | 5,218.00 |

NEED A NEW AMADA BANDSAW OR AMADA
BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

ORDER NUMBER  12885291

| GROUP SETTLEMENT TERMS 10TH AND 25 | | |
|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| | 0.5% | STEEL, ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |
| NET 30 DAYS | | |

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

NET 30 DAYS

| NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| IPM014131 | 11/13/98 | | 50.00 | 0.00 | 50.00 |
| IPM014272 | 11/13/98 | | 411.75 | 6.17 | 405.58 |
| IPM014351 | 11/13/98 | | 149.15 | 1.49 | 147.66 |
| | | TOTAL | 14820.14 | 148.19 | 14671.95 |

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054098

74-1292 / 724

VENDOR NO. 100030

CHECK NO. 054098

CHECK DATE 11/20/98

THE SUM OF   FOURTEEN THOUSAND SIX HUNDRED SEVENTY ONE AND 95/100

THE ORDER OF
ACME STEEL CORPORATION
P.O. BOX 57392
LANSING, MI 48909-7392

$14671.95

NON-NEGOTIABLE

⑆054098⑆ ⑇073412927⑇   0014003⑈

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201