| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| TRC075171 | 11/03/98 | | 922.52 | 9.25 | 913.27 |
| TRC075241 | 11/03/98 | | 495.00 | 4.95 | 490.05 |
| TRC012737 | 11/05/98 | | 508.70 | 15.58 | 2491.82 |
| TRC012851 | 11/05/98 | | 191.56 | 1.54 | 161.56 |
| TRC012971 | 11/05/98 | | 279.90 | 2.72 | 277.02 |
| TRC013501 | 11/03/98 | | 196.91 | 1.90 | 194.05 |
| IRC017271 | 11/04/98 | | 22.38 | 0.22 | 22.16 |
| IRE013291 | 11/05/98 | | 193.65 | 1.94 | 191.71 |
| IRF014131 | 11/06/98 | | 31.10 | 0.31 | 30.79 |
| IRF014291 | 11/04/98 | | 20.93 | 0.21 | 20.72 |
| IRT015911 | 11/02/98 | | 49.00 | 0.47 | 48.53 |
| IRC016691 | 11/09/98 | | 3392.00 | 33.92 | 3368.08 |
| IR7014771 | 11/10/98 | | 5218.00 | 52.18 | 5165.82 |
| IR7014801 | 11/10/98 | | 18.50 | 0.19 | 18.37 |
| TRC020051 | 11/12/98 | | 1923.11 | 19.33 | 1903.89 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

TOTAL      VOID

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054097

74-1292 / 724

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| | VOID | |

THE SUM OF    NO DOLLARS AND 00/100 ************************

PAY TO THE ORDER OF    VOID                                            0.00

NON-NEGOTIABLE

⑈054097⑈ ⑆072412927⑆     00140085⑈



AERO INDUSTRIAL SUPPLY CORP.
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

# INVOICE

PAGE 1

DUNS: 17-493-3994     RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO: General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/10/98 | IKJ0167JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/10/98 | JI5577838 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 4 EA | D106837 DET#1 | 4 EA | 540.2700 EA | C | 2,161.08 |
| | PART# -6400102<br/>SPEC DRILL LESS INSERTS<br/>Q9800395 | | | | |
| 2 EA | D-106830 DET#1 NOSE BODY ONLY | 2 EA | 955.7800 EA | C | 1,911.56 |
| | CARBOLOY<br/>PART# -6400100<br/>Q9800395 10-12 WEEKS | | | | |
| 1 EA | D-106835 DET#1 NOSE BODY ONLY | 1 EA | 555.6000 EA | C | 555.60 |
| | CARBOLOY<br/>PART# -6400101<br/>Q9800395 10-12 WEEKS | | | | |
| 1 EA | D-106836 DET#1 NOSE BODY ONLY | 1 EA | 589.7500 EA | C | 589.75 |

****** CONTINUED *******

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| | | | IF PAID BY: | |

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

# ALRO INDUSTRIAL SUPPLY CORP.

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

**INVOICE**

PAGE 2
**CONTINUED**

DUNS: 17-493-3994

RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO: General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/10/98 | IKJ0167JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/10/98 | JI5577838 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| | CARBOLOY<br>PART# -6400103<br>Q9800395 10-12 WEEKS | | | | |
| 1 EA | D106829 DET#1 PER PRINT | 1 EA | .0100 C<br>EA | | .01 |
| | CARBOLOY<br>PART# -6400105<br>SPEC ADAPTOR ASSY | | | | |

POSTED
NOV 16 1998

ANGOLA

Disc (Y) N
Due 11-25-98

Tes 11/18/98

3120    3121

52.19

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT<br>IF PAID BY: 11/25/98 | INVOICE TOTAL |
|---|---|---|---|---|
| 5,218.00 | | | | 5,218.00 |

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

NEED A NEW AMADA BANDSAW OR AMADA
BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

ORDER NUMBER    12885291

| NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| IFMC1433I | 11/13/98 | | 9.93 | | 9.93 |
| IFMC1427I | 11/13/98 | | 611.25 | 6.11 | 605.14 |
| IFMC1437I | 11/13/98 | | 149.15 | 1.49 | 147.66 |
| | | TOTAL | 14820.14 | 148.19 | 14671.95 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

NBD DEARBORN BANK, N.A.



GENERAL PRODUCTS CORPORATION
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054098

74-1292
724

VENDOR NO. 100030

CHECK NO. 054098

CHECK DATE 11/20/98

THE SUM OF    FOURTEEN THOUSAND SIX HUNDRED SEVENTY ONE AND 95/100

TO THE ORDER OF
AJAX STEEL CORPORATION
P.O. BOX 54382
LANSING, MI 48909-7882

$14671.95

NON-NEGOTIABLE

⑈054098⑈ ⑆072412927⑆    0014508⑈

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| TKO01517I | 11/02/98 | | 922.54 | 9.25 | 913.27 |
| TKO01526I | 11/03/98 | | 495.00 | 4.95 | 490.05 |
| TKO01527I | 11/03/98 | | 508.10 | 15.20 | 2493.90 |
| TKO01286I | 11/03/98 | | 165.50 | 1.53 | 161.56 |
| TKO01297I | 11/03/98 | | 279.90 | 2.79 | 277.02 |
| TKO01502I | 11/03/98 | | 196.01 | 1.90 | 194.05 |
| TKO01777I | 11/04/98 | | 22.39 | 0.23 | 22.16 |
| TKO01529I | 11/05/98 | | 193.65 | 1.94 | 191.71 |
| IKF01413I | 11/06/98 | | 31.10 | 0.31 | 30.79 |
| IKF01423I | 11/06/98 | | 29.93 | 0.21 | 29.72 |
| TKT01591I | 11/09/98 | | 49.00 | 0.49 | 48.51 |
| TKO01661I | 11/10/98 | | 2392.00 | 23.92 | 2368.08 |
| TKO01477I | 11/10/98 | | 5218.00 | 52.17 | 5165.81 |
| TKO01481I | 11/10/98 | | 18.50 | 0.19 | 18.31 |
| TKO1608TI | 11/13/98 | | 1923.12 | 19.23 | 1903.89 |
| | | TOTAL | | | VOID |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054097

74-1292 / 724

VENDOR NO.

CHECK NO.
VOID

CHECK DATE

THE SUM OF    NO DOLLARS AND 00/100 ************************

PAY TO THE ORDER OF    VOID ******************    0.00

NON-NEGOTIABLE

⑈054097⑈ ⑆072412927⑆    0014008⑈

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| TEM014131 | 11/13/98 | | 596.25 | 5.96 | 590.29 |
| 014231 | 11/13/98 | | 611.25 | 6.11 | 605.14 |
| 014331 | 11/13/98 | | 149.15 | 1.49 | 147.66 |
| | | TOTAL | 14820.14 | 148.19 | 14671.95 |

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054098

74-1292
724

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 100030 | 054098 | 11/20/98 |

THE
'M OF    FOURTEEN THOUSAND SIX HUNDRED SEVENTY ONE AND 95/100

PAY
TO THE     ALRO STEEL CORPORATION                                    $14671.95
ORDER OF   P.O. BOX 30582
           LANSING, MI 489097982

NON-NEGOTIABLE

⑈054098⑈ ⑉072412927⑊     0014008⑈

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| IKB015171 | 11/02/98 | | 922.54 | 9.23 | 913.27 |
| IKC01263I | 11/03/98 | | 495.00 | 4.95 | 490.05 |
| IKC01273I | 11/03/98 | | 1508.00 | 15.08 | 1492.92 |
| IKC01285I | 11/03/98 | | 193.50 | 1.94 | 191.56 |
| IKC01293I | 11/03/98 | | 279.80 | 2.78 | 277.02 |
| IKC01300I | 11/03/98 | | 196.01 | 1.96 | 194.05 |
| IKD01377I | 11/04/98 | | 22.38 | 0.22 | 22.16 |
| IKE01323I | 11/05/98 | | 193.65 | 1.94 | 191.71 |
| IKF01411I | 11/06/98 | | 31.10 | 0.31 | 30.79 |
| IKF01420I | 11/06/98 | | 20.93 | 0.21 | 20.72 |
| IKI01591I | 11/09/98 | | 49.00 | 0.49 | 48.51 |
| IKJ01663I | 11/10/98 | | 2392.00 | 23.92 | 2368.08 |
| IKJ01677I | 11/10/98 | | 5218.00 | 52.18 | 5165.82 |
| IKJ01680I | 11/10/98 | | 18.50 | 0.19 | 18.31 |
| IKL02087I | 11/12/98 | | 1923.12 | 19.23 | 1903.89 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

TOTAL → VOID



NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**054097**

74-1292
724

VENDOR NO.    CHECK NO. VOID    CHECK DATE

THE SUM OF    NO DOLLARS AND 00/100 ****************

PAY TO THE ORDER OF    VOID *************    0.00

NON-NEGOTIABLE

⑈054097⑈ ⑆072412927⑇    00140086⑈

# ALRO INDUSTRIAL SUPPLY CORP.

# INVOICE

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

PAGE    1

DUNS: 17-493-3994

RD:    538-1447

BILL TO:

General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO:  General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ANGOLA
NOV 17 1998

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/12/98 | IKL0208JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/12/98 | JI5578147 | JI TRUCK | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| | PRICE WAS UNKNOWN UNTIL TIME OF SHIPMENT MAIL INVOICE REFERENCE INV# IKJ0167JI INV DATE 19981110 ORIGINAL ORDER# 012885291 ORIGINAL P/S# JI5577838 | | | | |
| 1- EA | D106829 DET#1 PER PRINT CARBOLOY PART# -6400105 | 1- EA | .0100 EA | C | .01- |
| 1 EA | D106829 DET#1 PER PRINT CARBOLOY PART# -6400105 | 1 EA | 1923.1300 EA | C | 1,923.13 |

POSTED
NOV 18 1998

ANGOLA

Disc (Y) N _____
Due _11-20-98_
Dispute _____ Hold
Approval _TES 11/18/98_
Ext. Check _____
R # _____

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| 1,923.12 | | | 19.23 | 1,923.12 |

IF PAID BY: 11/25/98

| GROUP SETTLEMENT TERMS 10TH AND 25 | | |
|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

NEED A NEW AMADA BANDSAW OR AMADA BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

GENE[ PRODUCTS CORPORATION
ACKS  109201  100389   SPECIALTY TOOL, INC.            Check Date 04/30/2002          037306

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 371712 | 148521 | 02/28/2002 | 1741.45 | 1741.45 | | |
| 371829 | 148603 | 03/01/2002 | 1162.52 | 1162.52 | | 2903.97 |

```
FORT WAYNE          INDIANAPOLIS         EVANSVILLE                                    DATE: FEB 28 2002
260-493-6351        317-782-3532         812-925-8198                                   ORDER# :V109419
                                                                                        PAGE NO:    1 [MAIN]
F   260-749-5890    Fax: 317-782-4812    Fax: 812-925-8195              V109419         SLSM NO:  J-C
```

```
            (219)665-8441 [FAX#: (219)665-6727]                  (219)665-8441
SOLD TO: GENERAL PRODUCTS                              SHIP TO: GENERAL PRODUCTS
         2400 E SOUTH STREET                                    1411 WOHLERT ST.
         JACKSON MI 49201                                       ANGOLA IN 46703
```

[Acct#:GENPR-GENPR]

| ACCOUNT# | LOCATION | DEPARTMENT | CUSTOMER PO NO. | RELEASE# | BUYER | TERMS | DUE BY | SHIPPED | VIA |
|---|---|---|---|---|---|---|---|---|---|
| GENPR | GENPR | D | 810013628 | | | NET 30 | 03/30/02 | 02/21/02 | UPS-200 |

| QTY ORD | QTY SHIP | QTY B/O | UM | PRODUCT CODE – DESCRIPTION | TX | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | | EA | *** DIRECT [CBY] *** <br> CBY-14126 <br> D-106834 DET.8 NOSE PIECE SPECIAL <br> GENERAL PRODUCTS# 6400106-A | NT | | 865.18 EA | 1730.36 |
| | | | | ITEM COUNT =    1 <br> SKU COUNT  =    2 | | | | |

```
                      28253

               Vendor # 100389
               Disc Date_____
               Approval_____
               Approval_____
               Acct # 7444-2090
```

SPECIALTY TOOL WOULD LIKE TO INFORM YOU  
WE NOW ··· ISO 9002 CERTIFIED

| | |
|---|---|
| Subtotal | 1730.36 |
| Freight | 11.09 |
| ** TOTAL | 1741.45 |

Printed:02-28-02 15:45



# INVOICE

PAGE 1

**AERO INDUSTRIAL SUPPLY CORP**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994  RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO:
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/13/98 | IKM0144JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/13/98 | JI5578287 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 1 EA | D106833 DET#3 BODY ONLY | 1 EA | 1880.3900 EA | C | 1,880.39 |
| | CARBOLOY PART# -6400114  3 Q9800395 10-12 WEEKS | | | | 2590 |
| 2 EA | D106833 DET#9 BORING NOSE BODY | 2 EA | 675.2500 EA | C | 1,350.50 |
| | CARBOLOY PART# -6400113  4 ONLY Q9800395 10-12 WEEKS | | | | |
| 2 EA | D-106834 DET# 3 DRAW BAR BODY | 2 EA | 1666.7500 EA | C | 3,333.50 |
| | CARBOLOY PART# -4800066  9 ONLY 10-12 WEEKS Q9800395 | | | | |
| 1 EA | D-106834 DET#8 NOSE PC BODY | 1 EA | 709.4500 EA | C | 709.45 |

****** CONTINUED *******

0.50

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT IF PAID BY: | INVOICE TOTAL ▶ | |
|---|---|---|---|---|---|

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL, ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS



ALRO INDUSTRIAL SUPPLY CORP.
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

# INVOICE
PAGE 2
**CONTINUED**

RD: 538-1447

**BILL TO:**
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

**SHIP TO:**
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ANGOLA
NOV 17 1998

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/13/98 | IKM0144JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/13/98 | JI5578287 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| | PART# -6400106-A | | | | |
| | ONLY Q9800395 10-12 WEEKS | | | | |
| 2 EA | D-106834 DET#14 SLIDE BODY | 2 EA | 812.0000 | C | 1,624.00 |
| | CARBOLOY | | EA | | 2090 |
| | PART# -6400124 | | | | |
| | ONLY Q9800395 10-12 WEEKS | | | | |

ANGOLA
Disc Y/N   8 1% 27
Due        11-20-98
Dispute    _____ nvid
Approval   nv
Ext. Check
R #        nvuu 8090
           3120    3121

POSTED
NOV 24 1998

88.98

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT IF PAID BY: 11/25/98 | INVOICE TOTAL ▶ 8,897.84 |
|---|---|---|---|---|
| 8,897.84 | | | | |

| GROUP SETTLEMENT TERMS 10TH AND 25 | | | "WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED. |
|---|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS | |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. | |
| F | ).5% | STEEL ALUMINUM, PLASTICS, OTHER METALS | |
| C | 1.0% | INDUSTRIAL SUPPLIES | |

NEED A NEW AMADA BANDSAW OR AMADA
BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

ORDER NUMBER   12885291

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| DRM014.01 | 11/13/98 | | 8897.84 | 89.98 | 8808.86 |
| | | TOTAL | 8897.84 | 89.98 | 8808.86 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201



3D DEARBORN BANK, N.A.

VENDOR NO. 100030

GENERAL PRODUCTS CORPORATION
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054285

74-1292 / 724

CHECK NO. 054285

CHECK DATE 11/27/98

THE SUM OF   EIGHT THOUSAND EIGHT HUNDRED EIGHT AND 86/100

TO THE ORDER OF
ALRO STEEL CORPORATION
P.O. BOX 30782
LANSING, MI 489097882

$8808.86

NON-NEGOTIABLE

⑊054285⑊  ⑉072412927⑉     00140026⑊

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

**037585**

Vendor 100389   SPECIALTY TOOL, INC.    Check Date 05/15/2002

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 372177 | 149347 | 03/12/2002 | 657.14 | 657.14 | | |
| 372178 | 149400 | 03/12/2002 | 771.07 | 771.07 | | |
| 372325 | 149314 | 03/11/2002 | 1507.26 | 1507.26 | | |
| 372544 | 149262 | 03/11/2002 | 51.98 | 51.98 | | 2987.45 |

# SPECIALTY TOOL, INC

7007 Trafalgar Street   Fort Wayne, IN 46803-3288

| FORT WAYNE | INDIANAPOLIS | EVANSVILLE |
|---|---|---|
| 260-493-6351 | 317-782-3532 | 812-925-8198 |
| 260-749-5890 | Fax: 317-782-4812 | Fax: 812-925-8195 |

INVOICE
149400 [SCCS]
DATE   : MAR 12 2002
ORDER# : BV109419
PAGE NO:   1 [MAIN]
V109419
SLSM NO:  J-C

(219)665-8441 [FAX#: (219)665-6727]   ANGOLA   (219)665-8441

SOLD TO: GENERAL PRODUCTS
         2400 E SOUTH STREET
         JACKSON MI 49201

SHIP TO: GENERAL PRODUCTS
         1411 WOHLERT ST.
         ANGOLA IN 46703

[Acct#:GENPR-GENPR]

| ACCOUNT# | LOCATION | DEPARTMENT | CUSTOMER PO NO. | RELEASE# | BUYER | TERMS | DUE BY | SHIPPED | VIA |
|---|---|---|---|---|---|---|---|---|---|
| GENPR | GENPR | D | B10013628 | | | NET 30 | 04/11/02 | 03/04/02 | UPS-200 |

| QTY ORD | QTY SHIP | QTY B/O | UM | PRODUCT CODE – DESCRIPTION | TX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EA | \*\*\* DIRECT [CBY] \*\*\*<br>CBY-14122<br>D-106833 DET 9 BODY ONLY SPECIAL NOSE PC<br>GENERAL PRODUCTS# 6400113<br><br>ITEM COUNT = 1<br>SKU COUNT  = 1 | NT | 760.20 EA | 760.20 |

P.d.
28332

Vendor # 100389
Disc Date _____
Approval _____
Approval _____
Acct # 7444-22090

POSTED

SPECIALTY TOOL WOULD LIKE TO INFORM YOU
RE NOW -- ISO 9002 CERTIFIED

Subtotal   760.20
Freight     10.87
\*\* TOTAL   771.07

Printed:03-13-02 07:45



05-44481-rdd Doc 7634-9 Filed 04/11/07 Entered 04/11/07 15:31:10 Exhibit 2 (Part 8) Pg 16 of 20

**ALRO INDUSTRIAL SUPPLY CORP.**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

**INVOICE**
PAGE 1

DUNS: 17-493-3994  RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO:
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/13/98 | IKM0144JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/13/98 | JI5578287 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 1 EA | D106833 DET#3 BODY ONLY<br>CARBOLOY<br>PART# -6400114  3<br>Q9800395 10-12 WEEKS | 1 EA | 1880.3900 EA | C | 1,880.39<br>2090 |
| 2 EA | D106833 DET#9 BORING NOSE BODY<br>CARBOLOY<br>PART# -6400113  4<br>ONLY Q9800395 10-12 WEEKS | 2 EA | 675.2500 EA | C | 1,350.50 |
| 2 EA | D-106834 DET# 3 DRAW BAR BODY<br>CARBOLOY<br>PART# -4800066  9<br>ONLY 10-12 WEEKS<br>Q9800395 | 2 EA | 1666.7500 EA | C | 3,333.50 |
| 1 EA | D-106834 DET#8 NOSE PC BODY | 1 EA | 709.4500 EA | C | 709.45 |

****** CONTINUED ******

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| | | | IF PAID BY: | |

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 2.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL, ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

05-44481-rdd   Doc 7634-9   Filed 04/11/07   Entered 04/11/07 15:11:00   Exhibit 01.2 (Part 8)   Pg 17 of 20



ALRO INDUSTRIAL SUPPLY CORP.
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

# INVOICE

PAGE 2
**CONTINUED**

RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO:
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ANGOLA
NOV 17 1998

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/13/98 | IKM0144JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/13/98 | JI5578287 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| | PART# -6400106-A | | | | |
| | ONLY Q9800395 10-12 WEEKS | | | | |
| 2 EA | D-106834 DET#14 SLIDE BODY | 2 EA | 812.0000 EA | C | 1,624.00 |
| | CARBOLOY | | | | 2090 |
| | PART# -6400124 | | | | |
| | ONLY Q9800395 10-12 WEEKS | | | | |

ANGOLA

Disc Y/N  9 1% 97
Due  11-20-98
Dispute  hold
Approval
Ext. Check  MW
R#  MJYU 2090
    3120    3121

POSTED
NOV 24 1998

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| 8,897.84 | | | 88.98 IF PAID BY: 11/25/98 | 8,897.84 |

| GROUP SETTLEMENT TERMS 10TH AND 25 | | |
|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| E | .5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |
| NET 30 DAYS | | |

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

NEED A NEW AMADA BANDSAW OR AMADA BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

ORDER NUMBER   12885291

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

| INVOICE NUMBER | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 01401401 | 11/15/98 | | 8897.84 | 89.98 | 8808.86 |
| | | TOTAL | 8897.84 | 89.98 | 8808.86 |

DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**054285**

74-1292 / 724

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

VENDOR NO. 
100030

CHECK NO. 054285

CHECK DATE 11/27/98

THE SUM OF   EIGHT THOUSAND EIGHT HUNDRED EIGHT AND 86/100

TO THE ORDER OF
ALRO STEEL CORPORATION
P.O. BOX 30782
LANSING, MI 48909-7882

$8808.86

NON-NEGOTIABLE

⑆054285⑆ ⑈072412727⑈     00140086⑉



ALRO INDUSTRIAL SUPPLY CORP.
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

**INVOICE**

PAGE 1

DUNS: 17-493-3994        RD:    538-1447

BILL TO:

General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO: General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: TES
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/13/98 | IKM0144JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/13/98 | JI5578287 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 1 EA | D106833 DET#3 BODY ONLY | 1 EA | 1880.3900 EA | C | 1,880.39 |
| | CARBOLOY PART# -6400114  3 Q9800395 10-12 WEEKS | | | | 2090 |
| 2 EA | D106833 DET#9 BORING NOSE BODY | 2 EA | 675.2500 EA | C | 1,350.50 |
| | CARBOLOY PART# -6400113  4 ONLY Q9800395 10-12 WEEKS | | | | |
| 2 EA | D-106834 DET# 3 DRAW BAR BODY | 2 EA | 1666.7500 EA | C | 3,333.50 |
| | CARBOLOY PART# -4800066  9 ONLY 10-12 WEEKS Q9800395 | | | | |
| 1 EA | D-106834 DET#8 NOSE PC BODY | 1 EA | 709.4500 EA | C | 709.45 |
| | ****** CONTINUED ****** | | | | 0.50 |

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| | | | IF PAID BY: | |

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS



# INVOICE

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

PAGE 2
**CONTINUED**

DUNS: 17-493-3994

RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E. South St.
Jackson, MI 49202

SHIP TO:
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ANGOLA

NOV 17 1998

ORDERED BY: TES

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10005943 | | 11/13/98 | IKM0144JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 11/13/98 | JI5578287 | CC BEST WAY | SP | TIM PAUL | 01382 |

| QUANTITY ORDERED | DESCRIPTION LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| | PART# -6400106-A | | | | |
| | ONLY Q9800395 10-12 WEEKS | | | | |
| 2 EA | D-106834 DET#14 SLIDE BODY | 2 EA | 812.0000 EA | C | 1,624.00 |
| | CARBOLOY | | | | 2090 |
| | PART# -6400124 | | | | |
| | ONLY Q9800395 10-12 WEEKS | | | | |

ANGOLA

Disc Y/N  @ 1% 27
Due   11-20-98
Dispute _____ huid
Approval _____
Ext. Check _____ mw
R# _____ ndyu 2090

POSTED
NOV 24 1998

3120  3121

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| 8,897.84 | | | 88.98 11/25/98 IF PAID BY: | ▶ 8,897.84 |

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| F | 1.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

NEED A NEW AMADA BANDSAW OR AMADA BANDSAW BLADES?
CALL ALRO INDUSTRIAL AT
(800) 788-3212

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

ORDER NUMBER   12885291