| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| DP014611 | 11/13/98 | | 8897.64 | 89.98 | 8808.66 |
| | | TOTAL | 8897.64 | 89.98 | 8808.66 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

3D DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054285

74-1292 / 724

VENDOR NO. 100030

CHECK NO. 054285

CHECK DATE 11/27/98

THE SUM OF  EIGHT THOUSAND EIGHT HUNDRED EIGHT AND 86/100

TO THE ORDER OF
ALRO STEEL CORPORATION
P.O. BOX 30782
LANSING, MI 489097882

$8808.66

NON-NEGOTIABLE

⑈054285⑈ ⑇072412927⑇  00140086⑈

| Ref Nbr | Invc Nbr  | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|-----------|-----------|----------------|-------------|------------|---------------|
| 378837  | 302433202 | 7/19/02   | 1671.64        | 1671.64     |            |               |
| 378899  | 302462601 | 7/23/02   | 36.78          | 36.78       |            |               |
| 379132  | 302462602 | 7/26/02   | 44.08          | 44.08       |            |               |
| 9610    | 302384201 | 7/31/02   | 126.37         | 126.37      |            | 1878.87       |

# E&R INDUSTRIAL SALES
**SUPPLIES & SOLUTIONS FOR INDUSTRY**

ISO 9002 CERTIFIED

# INVOICE

Phone (586) 795-2400    Fax (586) 795-2553

REMIT TO:
DEPARTMENT 77403
E & R INDUSTRIAL SALES, INC.
P.O. BOX 77000
DETROIT, MI  48277-0403

GRP300

## ANGOLA

AUG 0 5 2002

BILL TO:
GENERAL PRODUCTS CORP
2400 E. SOUTH STREET
JACKSON         MI    49201

SHIP TO:
GENERAL PRODUCTS
1411 WOHLERT ST
ANGOLA          IN    46703

| INVOICE NUMBER | SLM | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 3023842-01 | 308 | 05/29/02 | 303 | 10014334 | 07/31/02 |

| INSTRUCTIONS | FRT | PAGE NO |
|---|---|---|
| | B | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 40 | | 40 | | (  1)*RMC052-NL-34 PINS<br>LOCK PINS    6500223 | EA | 1.4500 | 58.00 |
| 40 | | 40 | | (  2)*RMC052-ISSN-322 SEATS<br>SHIM SEATS | EA | 1.0700 | 42.80 |

661080

Vendor # 150705
Disc Date _____
Approval _____
Approval _____
Acct # 7444-22090

freight needs approval 8-5-02 KP

**POSTED**
AUG 1 3 2002

CODE EXPLANATION
* - STATE TAX APPLICABLE    C - CONSIDER COMPLETE
# - FED./OTHER TAX APPLICABLE    D - DIRECT SHIPMENT
% - STATE & FEDERAL TAX    F - FACTORY MINIMUM
+ - BALANCE BACK ORDERED    R - RETURNED CYL

**RETURN POLICY**
SPECIAL ORDERS ARE NOT REFUNDABLE OR CANCELABLE. Items to be returned must be approved by E&R Industrial Sales and assigned an RGA. Items will be subject to a restocking charge.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 25.57 |

NET TERMS: INV    30         DUE: 08/30/02
*** ORDER COMPLETED ***
YOU MAY DEDUCT A CASH DISCOUNT
OF    1.01 IF PAID BY 08/10/02

ORIGINAL    We Accept: Visa / Mastercard / American Express

| | |
|---|---|
| SUB TOTAL | 100.80 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 25.57 |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D. | 0.00 |
| **TOTAL AMT DUE** | **126.37** |

ER 100-0 REV 04/02

# INVOICE

**Haggard & Stocking Associates, Inc.**

**Branch:** 102   Fort Wayne

5318 Victory Dr
Indianapolis, IN 46203

ANGOLA

APR 0 5 2004

317-788-4661

| INVOICE |
|---|
| 9178227 |

| Invoice Date | Page |
|---|---|
| 4/1/2004 12:16:44 | 3 of 3 |

| ORDER NUMBER |
|---|
| 3140423 |

10017959

| Quantities ||||| Item ID | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | UOM Unit Size | Disp. | Item Description | Unit Size | | |
| | | | | | Ordered As: 6500190 | | | |
| 26.0 | 26.0 | 0.0 | EA 1.0 | | PSC536-X90<br>RETENTION KNOB | EA 1 | 15.0000 | 390.00 |
| | | | | | Ordered As: 6500727 | | | |
| 8.0 | 8.0 | 0.0 | EA 1.0 | | S20U-MCLNR 4<br>BAR 1-1/4 VALENITE<br>1-1/4" DIA x 14" NEGATIVE RAKE BORING BAR, VALENITE | EA 1 | 178.0000 | 1,424.00 |
| | | | | | Ordered As: 6400515 | | | |

Total Lines: 18

SUB-TOTAL:   6,974.14
TAX:   0.00
**AMOUNT DUE:**   **6,974.14**

POSTED

APR 20 2004

Vendor # 100718
Disc Date
Approval
Approval  SKB
Acct # 2134.28096

9178227

# INVOICE

**Haggard & Stocking Associates, Inc.**

**Branch:** 102   Fort Wayne

5318 Victory Dr
Indianapolis, IN 46203

**REMIT TO
HAGGARD & STOCKING
Drawer #641449
Detroit, MI 48264-1449**

| INVOICE | |
|---|---|
| 9178227 | |
| Invoice Date | Page |
| 4/1/2004 12:16:44 | 1 of 3 |
| ORDER NUMBER | |
| 3140423 | |

317-788-4661

**Bill To:**

General Products
2400 East South Street
Jackson, MI 49201

**Ship To:**

General Products
1411 Wohlert Street
Angola, IN 46703

**Customer ID:** 20356

| PO Number | Terms Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| B10017959 | 5% 10, net 30 | 05/01/04 | 04/11/04 | 348.71 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/9/2004 08:24:4 | 5177314 | Kevin Burnett | JBURNETT |

| Quantities | | | | | Item ID / Item Description | Pricing UOM Unit Size | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | UOM Unit Size | Disp. | | | | |

Order Note: MARK ALL PACKAGES: ATTN
MATT CRYER - BEARING COVER PROJECT

Delivery Instructions: MARK ALL PACKAGES: "ATTN: MATT CRY
ER - BEARING COVERS"

Carrier: UPS Ground - PPA     Tracking #:

| 130.0 | 130.0 | 0.0 | EA | 1.0 | CNGA432T-SX8<br>Insert CNGA432T NTKSX8<br>CNGA432T-SX8 CERAMIC INSERT   GRADE SX8 NTK | EA  1 | 6.9000 | 897.00 |

Ordered As: 4400299

| 130.0 | 130.0 | 0.0 | EA | 1.0 | CNGA431-SX8<br>Insert CNGA431 NTKSX8<br>CNGA431 SX8 CERAMIC INSERT   NTK/NG | EA  1 | 6.9000 | 897.00 |

Ordered As: 4400305

| 50.0 | 10.0 | 0.0 | EA | 1.0 | APMT090308R-F56 WQK25<br>INSERT SPMT090308R-F56 GRADE WQK25 WALTER | EA  1 | 7.7500 | 77.50 |

Ordered As: 4400306

| 10.0 | 10.0 | 0.0 | EA | 1.0 | 330290<br>TAP 3/4-16 STR.FL.H5 3705-HDCI CAST IRO<br>QUOTE# V12-67713 THRU 4/04 | EA  1 | 36.1000 | 361.00 |

Ordered As: 6000080

| 30.0 | 30.0 | 0.0 | EA | 1.0 | DCMT32.52-PS5 WAK10<br>INSERT DCMT32.52-PS5 GRADE WAK10 WALTER | EA  1 | 8.9000 | 267.00 |

Ordered As: 4400307

# INVOICE

Haggard & Stocking Associates, Inc.

**Branch:** 102    Fort Wayne

5318 Victory Dr
Indianapolis, IN 46203

317-788-4661

| INVOICE |
|---|
| 9178227 |

| Invoice Date | Page |
|---|---|
| 4/1/2004 12:16:44 | 2 of 3 |

| ORDER NUMBER |
|---|
| 3140423 |

| Quantities ||| UOM Unit Size | Disp. | Item ID / Item Description | Pricing UOM Unit Size | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | | | | | | |
| 30.0 | 30.0 | 0.0 | EA 1.0 | | SDET53PDER8GB-KC920M<br>INSERT SDET53PDER8GB GRADE KC920M | EA 1 | 7.5200 | 225.60 |
| | | | | | *Ordered As:* 4400308 | | | |
| | | | | | *Order Line Notes:* GRADE KC992M IS SAME GRADE. KC920M IS THE NEW GRADE, BUT KENNAMETAL STILL HAD STOCK THAT SAID KC992M. | | | |
| 40.0 | 20.0 | 0.0 | EA 1.0 | | C7BB<br>INSERT, CARBIDE C7BB E Z BURR | EA 1 | 39.0000 | 780.00 |
| | | | | | *Ordered As:* 4400309 | | | |
| 10.0 | 10.0 | 0.0 | EA 1.0 | | BFTX0511N<br>SCR M5X0.8 SUMITOMO | EA 1 | 2.7600 | 27.60 |
| | | | | | *Ordered As:* 6500734 | | | |
| 40.0 | 40.0 | 0.0 | EA 1.0 | | XNS47<br>SCREW XNS-47 VALENITE<br>DIFFERENTIAL SCREW | EA 1 | 2.7000 | 108.00 |
| | | | | | *Ordered As:* 6500722 | | | |
| 40.0 | 40.0 | 0.0 | EA 1.0 | | CLI-20<br>CLP CLI20 VALENITE | EA 1 | 6.5500 | 262.00 |
| | | | | | *Ordered As:* 6500723 | | | |
| 20.0 | 20.0 | 0.0 | EA 1.0 | | CL-2<br>CLAMP CL-2 VALENITE | EA 1 | 9.1500 | 183.00 |
| | | | | | *Ordered As:* 6500446 | | | |
| 100.0 | 100.0 | 0.0 | EA 1.0 | | 80163<br>SCREW10-32X3/8 F80163<br>10-32X3/8 HOLOKROME SHCS | EA 1 | 0.1600 | 16.00 |
| | | | | | *Ordered As:* 6500724 | | | |
| 4.0 | 4.0 | 0.0 | EA 1.0 | | CRB0406-B<br>DEBURRING TOOL CRB0406-B E Z BURR | EA 1 | 160.0000 | 640.00 |
| | | | | | *Ordered As:* 6400513 | | | |
| 2.0 | 2.0 | 0.0 | EA 1.0 | | C50E125400<br>HOLDER CAT50 1-1/4X4 T M SMITH<br>ENDMILL HOLDER | EA 1 | 65.7200 | 131.44 |
| | | | | | *Ordered As:* 6400514 | | | |
| 40.0 | 40.0 | 0.0 | EA 1.0 | | NL44<br>LOCK PIN NL44 | EA 1 | 6.5000 | 260.00 |
| | | | | | *Ordered As:* 6500224 | | | |
| 10.0 | 10.0 | 0.0 | EA 1.0 | | PT 559T<br>SCR PT-559-T VALENI<br>PT-559T INSERT HOLDER SCREW | EA 1 | 2.7000 | 27.00 |

# OP 20 Perishable Tooling

# OP 20 Durable Tooling

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 45257 | 09/22/98 | | 1074.81 | 0.00 | 1074.81 |
| | | TOTAL | 1074.81 | 0.00 | 1074.81 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**053727**

74-1292 / 724

| VENDOR NO. | CHECK NO. | CHECK DATE |
|---|---|---|
| 100389 | 053727 | 11/06/98 |

THE SUM OF    ONE THOUSAND SEVENTY FOUR AND 81/100 ****

PAY TO THE ORDER OF
SPECIALTY TOOL, INC.
7007 TRAFALGAR ST.
FT. WAYNE, IN  46803

$1074.81

**NON-NEGOTIABLE**

⑆053727⑆ ⑈072412927⑈    0014 0086 ⑈

**SPECIALTY TOOL, INC**
7007 Trafalgar Street
Fort Wayne, IN 46803-3288
219-493-6351
Fax: 219-749-5890

DATE: SEP 22 1998
ORDER#: V030268
PAGE NO: 1 [MAIN]
V030268
SLSM NO: KAF

(219)665-8441 [FAX#: (219)665-6727]
SOLD TO: GENERAL PRODUCTS
2400 E SOUTH STREET
JACKSON MI 49201

OCT 07 1998

(219)665-8441
SHIP TO: GENERAL PRODUCTS
1411 WOHLERT ST.
ANGOLA IN 46703

[Acct#:GENPR-GENPR]

| ACCOUNT# | LOCATION | DEPARTMENT | CUSTOMER PO NO. | RELEASE# | BUYER | TERMS | DUE BY | SHIPPED | VIA |
|---|---|---|---|---|---|---|---|---|---|
| GENPR | GENPR | | 10005714 | | | NET 30 | 10/22/98 | 09/22/98 | UPS-200 |

| QTY ORD | QTY SHIP | QTY B/O | UM | PRODUCT CODE – DESCRIPTION | TX | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | EA | *** DIRECT [TOOFA] *** <br> TOOFA #3000009 <br> INDEXABLE S'FACE, C'BORE <br> 1.0390/2.00 "OD 5.750 "L, 1.00 " SSWT <br> PER DRAWING #3000009 | NT | | 589.03 EA | 589.03 |
| 1 | 1 | | EA | TOOFA #3000010 <br> SPECIAL INDEXABLE SPOT FACER <br> 1.3430"OD 5.50 "L .8750"SSWT <br> PER DRAWING 3000010 | NT | | 481.43 EA | 481.43 |

ITEM COUNT = 2
SKU COUNT = 2

POSTED
OCT 07 1998

ANGOLA

Disc Y/N
Due
Dispute ___ Hold
Approval
Ext. Check
R#
3120    3121

Subtotal  1070.46
Freight   4.35
** TOTAL  1074.81

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

011370

| Vendor | 100389 | SPECIALTY TOOL, INC. | | Check Date 06/18/19 | | Check Number 011370 |
|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
| 2450 | 59967 | 05/04/1999 | 1541.92 | 1541.92 | | |
| 451 | 60525 | 05/06/1999 | 1049.50 | 1049.50 | | |
| 2452 | 60525A | 05/06/1999 | 618.40 | 618.40 | | 3209.82 |

05-44481-rdd    Doc 7634-10    Filed 04/11/07    Entered 04/11/07 15:31:10    Exhibit 2
(Part 9)    Pg 10 of 20

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

| Vendor | 100389 | SPECIALTY TOOL, INC. | | Check Date 06/18/19 | | Check Number 011370 |
|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
| | | | 1541.92 | 1541.92 | | |

7007 Trafalgar Street  
Fort Wayne, IN 46803-3288  
219-493-6351  
Fax: 219-749-5890

DIVISION OF SPECIALTY TOOL, INC.  
5575 Elwood Ave., Suite G  
Indianapolis, IN 46203  
317-782-3532  
Fax: 317-782-4812

I·N·V·O·I·C·E  
060525 [JRT]  
DATE    :MAY 06 1999  
ORDER#  :V043308  
PAGE NO:    1 [MAIN]  
SLSM NO: KAF

160389

(219)665-8441 [FAX#: (219)665-6727]  
SOLD TO: GENERAL PRODUCTS  
2400 E SOUTH STREET  
JACKSON MI 49201

ANGOLA  
MAY 18 1999

(219)665-8441  
SHIP TO: GENERAL PRODUCTS  
1411 WOHLERT ST.  
ANGOLA IN 46703

V043308

[Acct#:GENPR-GENPR]

| ACCOUNT# | LOCATION | DEPARTMENT | CUSTOMER PO NO. | RELEASE# | BUYER | TERMS | DUE BY | SHIPPED | VIA |
|---|---|---|---|---|---|---|---|---|---|
| GENPR | GENPR | D | 10007080 | | BOB | NET 30 | 06/05/99 | 05/06/99 | UPS-200 |

| QTY ORD | QTY SHIP | QTY B/O | UM | PRODUCT CODE – DESCRIPTION | TX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | *** DIRECT [TOOFA] *** | | | |
| 2 | 2 | | EA | GP#3000009<br>SPOT FACE TOOL | NT | 519.55 EA | 1039.10 |
| 2 | 2 | | EA | GP#3000010<br>SPOT FACE TOOL | NT | 309.20 EA | 618.40 |
| | | | | ITEM COUNT =    2<br>SKU COUNT  =    4 | | | |

not rec'd  
5-25-99  Bob –  
anything?

POSTED  
JUN 03 1999

ANGOLA

Disc Y (N)  
Due  
Dispute _____ Hold  
_____ rvd  
7444 22090

Subtotal   1657.50  
Freight      10.40  
** TOTAL   1667.90



**Jackson Tool Sales, Inc**
967 AIRPORT ROAD • P.O. BOX 229 • JACKSON, MI 49203-0229
517-787-6320 • 1-800-292-0520 • (FAX) 517-787-3310
FED. TAX I.D. # 38-1503190 • E-mail: jacksontool@sbcglobal.net
ISO 9001: 2000 CERTIFIED

## ANGOLA

APR 0 1 2004

### INVOICE

| ORDER NUMBER | DATE | NUMBER |
|---|---|---|
| 00006245 | 03/29/04 | 046147 |

**BILL TO:**
GENPRO
GENERAL PROD CORP
2400 E SOUTH ST
JACKSON, MI 49201

**SHIP TO:**
000001
GENERAL PRODUCTS COR
1411 WOHLERT ST
ANGOLA, IN 46703

| ORDER DATE | SHIP DATE | SALESPERSON | SHIPPED VIA | CUSTOMER ORDER NUMBER | TERMS / FOB SHIP POINT | LOC |
|---|---|---|---|---|---|---|
| 03/26/04 | 03/29/04 | 000003 | OUR TRUCK | 00010491 | 2.00% / 10 DAYS | 01 |

| QUANTITY ORDERED | SHIPPED | B.O. | UM | PART NUMBER / DESCRIPTION | UNIT PRICE | NET EXTENSION |
|---|---|---|---|---|---|---|
| 5 | 4 | 1 | EA | W25-00830  KS-3 90DEG. NOBURSINK HS  S000011  #121072 3/8" SHANK  TOTAL | 39.78000 | 159.12  159.12 |

POSTED
APR 12 2004

open

Vendor # 100237
Disc Date _____
Approval _____
Approval _____
Acct # 1640.20000
000069502

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 354295 | 232162 | 04/12/2001 | 1442.10 | 1442.10 | | |
| 354627 | 232225 | 04/17/2001 | 1720.04 | 1720.04 | | 3162.14 |

# INVOICE



**Kim Supply Co.**

1604 MAGDA DRIVE
MONTPELIER, OHIO  43543
(419) 485-8367
FAX NO. (419) 485-3545

INVOICE NO.  232225

CUSTOMER NO.  GEN

## ANGOLA

APR 2 3 2001

BILL TO:

GENERAL PRODUCTS CORP.
2400 E. SOUTH STREET
JACKSON, MI 49201

SHIP TO:

GENERAL PRODUCTS CORP.
1411 WOHLERT ST.
ANGOLA, IN 46703

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/17/01 | UPS | Origin | NET 30 |

| PURCHASE ORDER NO. | DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 10011610 | 02/20/01 | JT | 37505 |

| QUANTITY REQ. | SHIPPED | B.O. | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 6 | 7 | | 3000013 | 4 FLUTE CORE SF 1.039X2X5.750 | 245.72 | 1720.04 |

Vendor # 100255
Disc Date _____
Approval _____
Approval _____
Acct # 1640-20000

**POSTED**

APR 25 2001

NonTaxable Subtotal   1720.04
Taxable Subtotal         0.00
Tax                      0.00
Total                 1720.04

Page 1

Safeguard  LITHO USA SF/JS 8004 (R 4/94)   REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422   SF10034M 12/00 233-0

TRI-STAR ENGR. INC.                          6/4/2003 Check Number        044539

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|----------------|-------------|------------|---------------|
| 392631  | 49427    | 4/14/2003 | 886.72         | 886.72      | 0.00       | 886.72        |

# INVOICE

**Tri-Star Engineering, Inc.**
2455 Pan Am Blvd. Elk Grove Village, IL 60007
www.tristareng.com
(847) 595-3377    FAX (847) 766-3377

```
                                    DATE        NUMBER  PG
                                   --------    -------  --
                                   04/14/03    0049427   1
```

SOLD TO:                                SHIP TO:
GENERAL PRODUCTS                        GENERAL PRODUCTS
2400 E. SOUTH ST.       ANGOLA          2400 E. SOUTH ST.
JACKSON, MI  49201                      JACKSON, MI  49201
                        APR 17 2003

```
CUST P O #   ORD DATE  SLS CUST #  OUR ORD   SHIP VIA    SHIP DATE    TERMS         PACKING LIST
B10015721              H   000077  0049559   UPS                      1.5% 14 DAYS NET 30
             03/17/03      HOUSE ACCOUNT                 04/14/03                   0032406

ORDERED      SHIPPED        BCKORD    ITEM NO. AND DESC.     REV    PRICE U/M  EXT. PRICE
  9.00         9.00          0.00     3400040A               A      98.00 EA     882.00
                                      REFORM
```

GENERAL PRODUCTS SHIPPER # 52441

R 49559

Vendor # __100423__
Disc Date _____
Approval _____
Approval _____
Acct # __7443-2-2090__

**POSTED**

APR 29 2003

SALE AMOUNT        882.00

FREIGHT              4.72
PLEASE PAY BY 05/14/03 ---> TOTAL DUE       886.72

IF PAID BY 04/28/03, A 1.5% PROMPT PAYMENT DISCOUNT OF 13.23 MAY BE TAKEN

GENERAL PRODUCTS CORPORATION
CKSON, MI 49201
Vendor   190425    TRI STAR ENGR. INC.                                        Check Dated 04/11/02    035996

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 368417 | 46008 | 12/14/01 | 1954.57 | 1954.57 | | |
| 368803 | 46039 | 12/19/01 | 3210.31 | 3210.31 | | 5164.88 |

I N V O I C E

**Tri-Star Engineering, Inc.**
2455 Pan Am Blvd. Elk Grove Village, IL 60007
www.tristareng.com
(847) 595-3377     FAX (847) 766-3377

ANGOLA
DEC 2 3 2001

| DATE | NUMBER | PG |
|---|---|---|
| 12/19/01 | 0046039 | 1 |

SOLD TO:
GENERAL PRODUCTS
2400 E. SOUTH ST.
JACKSON, MI   49201

SHIP TO:
GENERAL PRODUCTS CORP.
1411 WOHLERT ST.
ANGOLA, IN   46703

| CUST P O # | ORD DATE | SLS | CUST # | OUR ORD | SHIP VIA | SHIP DATE | TERMS | PACKING LIST |
|---|---|---|---|---|---|---|---|---|
| 10013332 | 11/02/01 | M MARIO | 000077 | 0047919 | UPS | 12/19/01 | 1.5% 14 DAYS NET 30 | 0029032 |

| ORDERED | SHIPPED | BCKORD | ITEM NO. AND DESC. | REV | PRICE | U/M | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 14.00 | 14.00 | 0.00 | 3400040A RETIP | A | 229.00 | EA | 3206.00 |

GENERAL PRODUCTS SHIPPER # 50603

Vendor # 100423
Acct # 7443-22090

POSTED
JAN 0 2 2002

Set up 12/01

SALE AMOUNT       3206.00
FREIGHT              4.31
PLEASE PAY BY 01/18/02 ---> TOTAL DUE   3210.31

IF P'TD BY 01/02/02, A 1.5% PROMPT PAYMENT DISCOUNT OF 48.09 MAY BE TAKEN

045325

| TRI-STAR ENGR. INC. | 100423 | | 7/3/03 Check Number | 045325 | | |
|---|---|---|---|---|---|---|
| Re   r Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
| 394  2  49580 | 5/5/03 | 1,378.72 | 1,378.72 | 0.00 | 1,378.72 |

INVOICE

POSTED

MAY 3 0 2003

**Tri-Star Engineering, Inc.**
2455 Pan Am Blvd. Elk Grove Village, IL 60007
www.tristareng.com
(847) 595-3377    FAX (847) 766-3377

| DATE | NUMBER | PG |
|---|---|---|
| 05/05/03 | 0049580 | 1 |

SOLD TO:
GENERAL PRODUCTS
2400 E. SOUTH ST.
JACKSON, MI  49201

ANGOLA

MAY 0 8 2003

SHIP TO:
GENERAL PRODUCTS
2400 E. SOUTH ST.
JACKSON, MI  49201

| CUST P O # | ORD DATE | SLS | CUST # | OUR ORD | SHIP VIA | SHIP DATE | TERMS | PACKING LIST |
|---|---|---|---|---|---|---|---|---|
| B10015721 | | H | 000077 | 0049559 | UPS | | 1.5% 14 DAYS NET 30 | |
| | 03/17/03 | | HOUSE ACCOUNT | | | 05/05/03 | | 0032556 |

| ORDERED | SHIPPED | BCKORD | ITEM NO. AND DESC. | REV | PRICE | U/M | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 6.00 | 6.00 | 0.00 | 3400040A | A | 229.00 | EA | 1374.00 |
| | | | RETIP | | | | |

GENERAL PRODUCTS SHIPPER # 52441

Vendor # __100423__
Disc Date _____
Approval _____
Approval _____
Acct # __7443-22090__

PS
 0049559

Bob- Not Rec'd 5/12

SALE AMOUNT    1374.00

FREIGHT    4.72
PLEASE PAY BY 06/04/03 ---> TOTAL DUE    1378.72

IF PAID BY 05/19/03, A 1.5% PROMPT PAYMENT DISCOUNT OF  20.61 MAY BE TAKEN