NERAL PRODUCTS CORPORATION
CKSON, MI 49201    05-44481-rdd    Doc 7634-11    Filed 04/11/07    Entered 04/11/07 15:31:10    Exhibit 2
(Part 10)    Pg 1 of 20

043735

| Rec Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| | KIM SUPPLY CO. | | 4/15/03 Check Number | | 043735 | |
| 389586 | 241015 | 2/26/03 | 566.90 | 566.90 | 0.00 | |
| 389587 | 241034 | 2/26/03 | 183.69 | 183.69 | 0.00 | |
| 389588 | 241042 | 2/27/03 | 1,115.33 | 1,115.33 | 0.00 | |
| 389997 | 241066 | 3/3/03 | 710.00 | 710.00 | 0.00 | |
| 389998 | 241089 | 3/4/03 | 268.72 | 268.72 | 0.00 | |
| 390296 | 241115 | 3/6/03 | 3,425.75 | 3,425.75 | 0.00 | 6,270.39 |

# INVOICE



JM Supply Co. Inc.
1604 MAGDA DRIVE
MONTPELIER, OHIO 43543
(419) 485-6367
FAX NO. (419) 485-3545

INVOICE NO. 241015
CUSTOMER NO. GEN

**BILL TO:**
GENERAL PRODUCTS CORP.
2400 E. SOUTH STREET
JACKSON, MI 49201

**SHIP TO:**
GENERAL PRODUCTS CORP.
1411 WOHLERT ST.
ANGOLA, IN 46703

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 02/26/03 | UPS | Origin | NET 30 |

| PURCHASE ORDER NO. | DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 10015589 | 02/18/03 | JT | 419917 |

| QUANTITY ORD. | SHIPPED | B.O. | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 12 | 12 |  | 3400041 | .2756" DIA. X 3.75 OAL S/C | 46.87 | 562.44 |
| 12 | 0 | 12 | 3400044 | S/C STEP SQUARE DRILL | 285.00 | 0.00 |
| 1 | 1 |  | SHIP | SHIPPING CHARGES | 4.46 | 4.46 |

*1640.20000*
*1640.20000*

*7440.23000*

POSTED
MAR - 5 2003

Vendor # 00255
Disc Date
Approval
Approval
Acct # 1640.20000
P.S 945230

U/L 02/03

Page 1

NonTaxable Subtotal     566.90
Taxable Subtotal          0.00
Tax                       0.00
Total                   566.90

Safeguard    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR. IF UNKNOWN, CALL 800-523-2422

KIN  PPLY CO.                    100255            10/31/2003 Check Number       049964

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|---------------:|------------:|-----------:|--------------:|
| 400251  | 243171   | 9/2/2003  | 492.20         | 492.20      | 0.00       |               |
| 400720  | 243196P  | 9/4/2003  | 1,586.38       | 1,586.38    | 0.00       |               |
| 400993  | 243229   | 9/8/2003  | 567.02         | 567.02      | 0.00       |               |
| 402417  | 242709   | 7/23/2003 | 628.27         | 628.27      | 0.00       |               |
| 402418  | 243193P  | 9/4/2003  | 8,606.50       | 8,606.50    | 0.00       |               |
| 402507  | 242870   | 8/6/2003  | 23.00          | 23.00       | 0.00       |               |
| 402799  | 243213P  | 9/4/2003  | 3,272.67       | 3,272.67    | 0.00       | 15,176.04     |



# INVOICE



Jim Supply Co Inc.

1604 MAGDA DRIVE
MONTPELIER, OHIO 43543
(419) 485-8367
FAX NO. (419) 485-3545

INVOICE NO. 243229

CUSTOMER NO. GEN

BILL TO:

GENERAL PRODUCTS CORP.
2400 E. SOUTH STREET
JACKSON, MI 49201

SHIP TO:

GENERAL PRODUCTS CORP.
1411 WOHLERT ST.
ANGOLA, IN 46703

ANGOLA

| DATE | SHIP VIA | FOB | TERMS | |
|---|---|---|---|---|
| 09/08/03 | UPS | Origin | NET 30 | |
| PURCHASE ORDER NO. | DATE | SALESPERSON | | OUR ORDER NUMBER |
| 10016726 | 08/20/03 | JT | | 421279 |

| QUANTITY | | | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ORD | SHIPPED | B.O. | | | | |
| 12 | 12 | | 3400041 | .2756" DIA. X 3.75 OAL S/C | 46.88 | 562.56 |
| 1 | 1 | | SHIP | SHIPPING CHARGES | 4.46 | 4.46 |

7440.23000

p.s 3557740

Vendor # 100255
Disc Date _____
Approval _____
Approval _____
Acct # 1640.30000

NonTaxable Subtotal        567.02
Taxable Subtotal             0.00
Tax                          0.00
Total                      567.02

Page 1

Safeguard   LITHO USA SFMS 8004 (R 4/94)    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR. IF UNKNOWN, CALL 800-523-2422

100255      KIM SUPPLY CO.                          4/15/03 Check Number      043735

| Re     | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|--------|----------|-----------|---------------:|------------:|-----------:|--------------:|
| 389    | 241015   | 2/26/03   | 566.90         | 566.90      | 0.00       | "             |
| 389587 | 241034   | 2/26/03   | 183.69         | 183.69      | 0.00       |               |
| 389588 | 241042   | 2/27/03   | 1,115.33       | 1,115.33    | 0.00       |               |
| 389997 | 241066   | 3/3/03    | 710.00         | 710.00      | 0.00       |               |
| 389998 | 241089   | 3/4/03    | 268.72         | 268.72      | 0.00       |               |
| 390296 | 241115   | 3/6/03    | 3,425.75       | 3,425.75    | 0.00       | 6,270.39      |

# INVOICE

**Aim Supply Co. Inc.**

1604 MAGDA DRIVE
MONTPELIER, OHIO 43543
(419) 485-8367
FAX NO (419) 485-3545

INVOICE NO. 241115

CUSTOMER NO. GEN

MAR 1 2003

**BILL TO:**
GENERAL PRODUCTS CORP.
2400 E. SOUTH STREET
JACKSON, MI 49201

**SHIP TO:**
GENERAL PRODUCTS CORP.
1411 WOHLERT ST.
ANGOLA, IN 46703

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 03/06/03 | UPS | Origin | NET 30 |

| PURCHASE ORDER NO. | DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 10015589 | 02/18/03 | JT | 419917 |

| QUANTITY ORD | SHIPPED | B.O. | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 12 | 12 | | 3400044 | S/C STEP SQUARE DRILL | 285.00 | 3420.00 |
| 1 | 1 | | SHIP | SHIPPING CHARGES | 5.75 | 5.75 |

7440-2-3000

2 5
419917 A

**POSTED**
MAR 17 2003

Vendor # 100255
Disc Date _____
Approval _____
Approval _____
Acct # 1640-2-0000

NonTaxable Subtotal    3425.75
Taxable Subtotal          0.00
Tax                       0.00
Total                  3425.75

Page 1

Safeguard    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR. IF UNKNOWN, CALL 800-523-2422

GENERAL PRODUCTS CORPORATION
JACKSON, MI 492 05-44481-rdd   Doc 7634-11   Filed 04/11/07   Entered 04/11/07 15:31:10   Exhibit 7
                              (Part 10)   Pg 7 of 20

51147

KI  UPPLY CO.                    100255              1/15/2004 Check Number        051147

| Re. Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|----------------|-------------|------------|---------------|

*** SEE SEPARATE REMITTANCE ADVICE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***

Date: Thursday, January 15, 2004
Time: 09:49AM
User: JANBAKER

**General Products Corporation**
<u>Detailed Remittance Advice</u>
Period: 01-04 As of: 1/15/2004

Page: 9 of 21
Report: 03625.rpt
Company: 0000

| Check Nbr | Check Type | Check Date | Vendor ID | Vendor Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 051147 | CK | 1/15/2004 | 100255 | KIM SUPPLY CO. | | | | | | | | |

| Ref Nbr | Type | Invc Nbr | Invc Date | Status | Pay Date | Disc Date | Due Date | Discount Amt | Invoice Amt | Disc Taken | Net Check Amt / Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 404090 | VO | 243907 | 11/7/2003 | A | 12/22/2003 | 12/22/2003 | 12/22/2003 | 0.00 | 34.69 | 0.00 | 34.69 |
| 404893 | VO | 243896 | 11/6/2003 | A | 12/21/2003 | 12/21/2003 | 12/21/2003 | 0.00 | 903.65 | 0.00 | 903.65 |
| 404894 | VO | 243937 | 11/10/2003 | A | 12/25/2003 | 12/25/2003 | 12/25/2003 | 0.00 | 1,955.04 | 0.00 | 1,955.04 |
| 404895 | VO | 243939 | 11/10/2003 | A | 12/25/2003 | 12/25/2003 | 12/25/2003 | 0.00 | 315.17 | 0.00 | 315.17 |
| 404896 | VO | 243958 | 11/11/2003 | A | 12/26/2003 | 12/26/2003 | 12/26/2003 | 0.00 | 475.47 | 0.00 | 475.47 |
| 404897 | VO | 243996 | 11/12/2003 | A | 12/27/2003 | 12/27/2003 | 12/27/2003 | 0.00 | 365.92 | 0.00 | 365.92 |
| 404898 | VO | 244033 | 11/18/2003 | A | 1/2/2004 | 1/2/2004 | 1/2/2004 | 0.00 | 202.25 | 0.00 | 202.25 |
| 404899 | VO | 244034 | 11/18/2003 | A | 1/2/2004 | 1/2/2004 | 1/2/2004 | 0.00 | 268.45 | 0.00 | 268.45 |
| 404565 | VO | 244103 | 11/21/2003 | A | 1/5/2004 | 1/5/2004 | 1/5/2004 | 0.00 | 100.75 | 0.00 | 100.75 |
| 405566 | VO | 244115P | 11/24/2003 | A | 1/8/2004 | 1/8/2004 | 1/8/2004 | 0.00 | 3,974.75 | 0.00 | 3,974.75 |
| 405567 | VO | 244139 | 11/24/2003 | A | 1/8/2004 | 1/8/2004 | 1/8/2004 | 0.00 | 518.84 | 0.00 | 518.84 |
| 405568 | VO | 244158 | 11/25/2003 | A | 1/9/2004 | 1/9/2004 | 1/9/2004 | 0.00 | 146.14 | 0.00 | 146.14 |
| 406033 | VO | 244169 | 12/1/2003 | A | 1/15/2004 | 1/15/2004 | 1/15/2004 | 0.00 | 348.82 | 0.00 | 348.82 |
| 406296 | VO | 244133 | 11/24/2003 | A | 1/8/2004 | 1/8/2004 | 1/8/2004 | 0.00 | 69.67 | 0.00 | 69.67 |
| 406297 | VO | 244179 | 12/1/2003 | A | 1/15/2004 | 1/15/2004 | 1/15/2004 | 0.00 | 92.06 | 0.00 | 92.06 |

Net Check Amt: 9,771.67



# Kim Supply Co. Inc.

1604 MAGDA DRIVE
MONTPELIER, OHIO  43543
(419) 485-8367
FAX NO. (419) 485-3545

## INVOICE

**ANGOLA**

INVOICE NO.  243937
CUSTOMER NO.  GEN

**BILL TO:**
GENERAL PRODUCTS CORP.
2400 E. SOUTH STREET
JACKSON, MI 49201

**SHIP TO:**
GENERAL PRODUCTS CORP.
1411 WOHLERT ST.
ANGOLA, IN 46703

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 11/10/03 | UPS | Origin | NET 30 |

| PURCHASE ORDER NO. | DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 10016907 | 10/06/03 | JT | 421603 |

| QUANTITY REQ. | SHIPPED | B.O. | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 6 | 7 |  | 3400045-B | .500X.8750 SC STEP SQ DRILL | 278.56 ✓ | 1949.92 |
| 12 | 0 | 12 | 5200101 | .500 SOLID CARBIDE ENDMILL 4 FLT. | 53.72 | 0.00 |
| 1 | 1 |  | SHIP | SHIPPING CHARGES | 5.12 | 5.12 |
| 6 | 0 | 6 | 47405000 | .500 STANDARD ENDMILL | 35.14 | 0.00 |

POSTED
DEC 09 2003

P.S. 421603-D

Vendor #  100255
Disc Date
Approval
Approval
Acct #  1640.20000

NonTaxable Subtotal    1955.04
Taxable Subtotal          0.00
Tax                       0.00
Total                  1955.04

Page 1

Safeguard  LITHO USA SF/AS 8004 (R 4/94)    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR. IF UNKNOWN, CALL 800-523-2422    SF190034M 9-03 237-01

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 366076 | 235011 | 11/01/2001 | 369.29 | 369.29 | | |
| 366612 | 233074 | 11/05/2001 | 1245.25 | 1245.25 | | |
| 366613 | 235096 | 11/06/2001 | 1676.21 | 1676.21 | | |
| 366614 | 235108 | 11/08/2001 | 1385.35 | 1385.35 | | |
| 366615 | 235109 | 11/08/2001 | 369.29 | 369.29 | | |
| 366616 | 235113 | 11/08/2001 | 390.39 | 390.39 | | |
| 367163 | 235245 | 11/19/2001 | 390.18 | 390.18 | | |
| 367164 | 235249 | 11/19/2001 | 454.68 | 454.68 | | |
| 367748 | 235149 | 11/12/2001 | 144.11 | 144.11 | | 6424.75 |

# INVOICE

**Kim Supply Co. Inc.**
1604 MAGDA DRIVE
MONTPELIER, OHIO 43543
(419) 485-8367
FAX NO. (419) 485-3545

INVOICE NO. 235096
CUSTOMER NO. GEN

*Angela*
JACKSON

**BILL TO:**
GENERAL PRODUCTS CORP.
2400 E. SOUTH STREET
JACKSON, MI 49201

**SHIP TO:**
GENERAL PRODUCTS CORP.
1411 WOHLERT ST.
ANGOLA, IN 46703

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 11/06/01 | UPS | Origin | NET 30 |

| PURCHASE ORDER NO. | DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 10013047 | 09/27/01 | JT | 40201 |

| QUANTITY REQ | SHIPPED | B.O. | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1 |  | SHIP | SHIPPING CHARGES | 4.85 | 4.85 |
| 6 | 6 |  | 3400045-B | .500X.8750 SC STEP SQ DRILL | 278.56 ✓ | 1671.36 |

*7440-23000*

**POSTED**
**NOV 13 2001**

Vendor # *100255*
Disc Date _____
Approval _____
Approval _____
Acct # *1640-20000*

|  |  |
|---|---|
| NonTaxable Subtotal | 1676.21 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 1676.21 |

Page 1

Safeguard  LITHO USA SFMS 8004 (R 4/94)    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR. IF UNKNOWN, CALL 800-523-2422    SF10034M

ENERAL PRODUCTS CORPORATION
ACKSON MI 49201
Vendor    100030    ALRO STEEL CORPORATION    Check Date 07/31/02    038899

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|

*** SEE SEPARATE REMITTANCE ADVISE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***

```
Date: 07/30/02 07:55am                                          General Products Corporation                                                    Page 1
07-02-839                                                  Detailed Remittance Advice - Standard                                                Rept 03.625
                                                           Period: 07-02 As of: 07/30/02
```

| Check Nbr | Check Type | Check Date | Vendor ID | Vendor Name | | | | | | | Net Check Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 038899 | CK | 7/31/02 | 100030 | ALRO STEEL CORP. | | | | | | | 17683.11 |

| RefNbr | Typ | Invc Nbr | Invc Date | Status | Pay Date | Disc Date | Due Date | Discount Amt | Invoice Amt | Disc Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 376077 | VO | CE20186JI | 5/28/02 | A | 7/19/02 | 7/19/02 | 7/19/02 | 0.00 | 111.60 | 0.00 | 111.60 |
| 376137 | VO | CE30197JI | 5/29/02 | A | 7/20/02 | 7/20/02 | 7/20/02 | 0.00 | 6452.53 | 0.00 | 6452.53 |
| 376188 | VO | CE50176JI | 5/31/02 | A | 7/22/02 | 7/22/02 | 7/22/02 | 0.00 | 1830.60 | 0.00 | 1830.60 |
| 376189 | VO | CE50177JI | 5/31/02 | A | 7/22/02 | 7/22/02 | 7/22/02 | 0.00 | 1749.00 | 0.00 | 1749.00 |
| 376190 | VO | CE50178JI | 5/31/02 | A | 7/22/02 | 7/22/02 | 7/22/02 | 0.00 | 98.22 | 0.00 | 98.22 |
| 376267 | VO | CE30196K2 | 5/29/02 | A | 7/20/02 | 7/20/02 | 7/20/02 | 0.00 | 20.08 | 0.00 | 20.08 |
| 376268 | VO | CE40190JI | 5/30/02 | A | 7/21/02 | 7/21/02 | 7/21/02 | 0.00 | 3194.21 | 0.00 | 3194.21 |
| 376269 | VO | CE50174JI | 5/31/02 | A | 7/22/02 | 7/22/02 | 7/22/02 | 0.00 | 8.54 | 0.00 | 8.54 |
| 376416 | VO | CFD0176JI | 6/4/02 | A | 7/26/02 | 7/26/02 | 7/26/02 | 0.00 | 23.16 | 0.00 | 23.16 |
| 376438 | VO | CE50175JI | 5/31/02 | A | 7/22/02 | 7/22/02 | 7/22/02 | 0.00 | 30.40 | 0.00 | 30.40 |
| 376439 | VO | CFC0199JI | 6/3/02 | A | 7/25/02 | 7/25/02 | 7/25/02 | 0.00 | 288.50 | 0.00 | 288.50 |
| 376440 | VO | CFC0200JI | 6/3/02 | A | 7/25/02 | 7/25/02 | 7/25/02 | 0.00 | 1341.00 | 0.00 | 1341.00 |
| 376441 | VO | CFC0201JI | 6/3/02 | A | 7/25/02 | 7/25/02 | 7/25/02 | 0.00 | 6.65 | 0.00 | 6.65 |
| 376442 | VO | CFD0174JI | 6/4/02 | A | 7/26/02 | 7/26/02 | 7/26/02 | 0.00 | 250.80 | 0.00 | 250.80 |
| 376443 | VO | CFD0175JI | 6/4/02 | A | 7/26/02 | 7/26/02 | 7/26/02 | 0.00 | 34.02 | 0.00 | 34.02 |
| 376597 | VO | CFG0197JI | 6/7/02 | A | 7/29/02 | 7/29/02 | 7/29/02 | 0.00 | 1450.80 | 0.00 | 1450.80 |
| 376606 | VO | CFG0196JI | 6/7/02 | A | 7/29/02 | 7/29/02 | 7/29/02 | 0.00 | 793.00 | 0.00 | 793.00 |
| | | | | | | | | | | 0.00 | 17683.11 |

# ALRO INDUSTRIAL SUPPLY CORP.

**INVOICE**

PAGE 1

3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

RD: 538-1447

**BILL TO:**
General Products/Angola
Attn: Accounts Payable
2400 E South St
Jackson, MI 49202

**SHIP TO:**
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ANGOLA
MAY 31 2002

ORDERED BY: TES/BOB MILLER

PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | B10014306 |  | 5/29/02 | CE30197JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON |
|---|---|---|---|---|
| 5/29/02 | JI5694697 | UPS | YP | MIKE GIMENEZ   01852 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | C/O/D/E | AMOUNT |
|---|---|---|---|---|---|
| 20 EA | SPG 433F    GRADE 883 INSERTS | 20 EA | 5.7350 EA | C | 114.70 |
|  | CARBOLOY PART# -4400097 |  |  |  | 1640-20000 |
| 20 EA | SCMT-32.52-F2    GRADE TP100 | 20 EA | 6.5700 EA | C | 131.40 |
|  | CARBOLOY INSERTS  4400099 |  |  |  |  |
| 50 EA | SNHF 53ZZN-M14    GRADE T150M | 50 EA | 10.5090 EA | C | 525.45 |
|  | CARBOLOY PART# -4400130 INSERTS |  |  |  |  |
| 160 EA | SEAN 1604AFTN-M19    GRADE T150M | 160 EA | 9.1200 EA | C | 1,459.20 |
|  | CARBOLOY |  |  |  |  |

****** CONTINUED ******

Acct #_____

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
|  |  |  | IF PAID BY: |  |

**GROUP SETTLEMENT TERMS 10TH AND 25**

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
|  | 0.5% | STEEL, ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

ORDER NUMBER    19594510



**ALRO INDUSTRIAL SUPPLY CORP.**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

# INVOICE

ANGOLA

APR 2 8 2004

PAGE 1

RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E South St
Jackson, MI 49202

SHIP TO:
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: BOB MILLER
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | B10015115 | 067 | 4/23/04 | EDW0250JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 4/23/04 | JI5755079 | UPS | SHIPPING POINT | MIKE GIMENEZ | 01852 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 120 EA | SPG 433F   GRADE 883 INSERTS | 120 EA | 5.7350/C EA | | 688.20 |
| | CARBOLOY | | | | |
| | PART# -4400097 | | | | |

Vendor # 10030
Disc Date
Approval
Approval
Acct # 1640.2000

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | 6.88 | INVOICE TOTAL | |
|---|---|---|---|---|---|---|
| 688.20 | | 9.76 | IF PAID BY: 5/10/04 | | | 697.96 |

| GROUP SETTLEMENT TERMS 10TH AND 25 | | |
|---|---|---|
| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| B | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |
| NET 30 DAYS | | |

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

NEED A COLD SAW? TALK TO YOUR REP TODAY ABOUT DAKE AND THEIR OFFERING OF SAWS FOR EVERY NEED.

ALRO NOW CARRIES CRAFTSMAN TOOLS. CONTACT US TODAY FOR A CATALOG.

ORDER NUMBER  23567195

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 104504702 | 04/30/96 | | 163.30 | 0.00 | 163.30 |
| 104587801 | 04/25/96 | | 24.30 | 0.00 | 24.30 |
| C150158801 | 05/14/96 | | -21.00 | 0.00 | -21.00 |
| | | TOTAL | 166.60 | 0.00 | 166.60 |

GENERAL PRODUCTS CORPORATION
ANGOLA, INDIANA 46703

---

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
ANGOLA FACILITY
1411 WOHLERT STREET
ANGOLA, INDIANA 46703
(517) 764-2730

74-1292
724

**239452**

VENDOR NO. 100083
CHECK NO. 239452
CHECK DATE 06/14/96

THE SUM OF  ONE HUNDRED SIXTY SIX AND 60/100 *******

PAY TO THE ORDER OF
CISCO
CARPENTER IND. SUPPLY
P.O. BOX 743
JACKSON, MI  49204

$166.60

NON-NEGOTIABLE

⑈239452⑈ ⑆072412927⑆      00140166⑈

1000F 3

BENPRO

# CISCO

**CARPENTER INDUSTRIAL SUPPLY CO.**
3300 CISCO DRIVE / P.O. BOX 743
JACKSON, MICHIGAN 49204-0743

PH. (517) 764-4800   MICH. TOLL FREE 1-800-292-0860
FAX (517) 764-0110

ANGOLA
MAY 0 2 1996

## INVOICE

| INVOICE NUMBER | DATE |
|---|---|
| 1045047-02 | 04/30/96 |

| BILL TO: | SHIP TO: |
|---|---|
| GENERAL PRODUCTS<br>2400 E. SOUTH STREET<br>JACKSON   MI   49201 | GENERAL PRODUCTS<br>1411 WOHLERT<br>ANGOLA   IN   46703 |

| SHIPMENT NUMBER | SLSMN. | ORDER DATE | TAKEN BY | CUSTOMER P.O. NUMBER | SHIP DATE | PAGE |
|---|---|---|---|---|---|---|
| 1045047-02 | 110 | 02/22/96 | 0 | 10000837 | 04/26/96 | 1 |

HOLD FOR RELEASE

| QUANTITY | | | | SHIPPING INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | BACK ORD. | SHIPPED | E D P NUMBER | T/A/X/E | MANUFACTURER • CATALOGUE NO. • DESCRIPTION | U/M | FRT |

| 4 | | 2 | | | * 52-204 NTP 2 ADAPTOR | EA | B |
| 3 | | | 3600020 | | 1/4 PIPE TAP | EA | |
| | | 3 | | | 51-004 | | |
| | | | | | NTA 1 ADAPTOR 1/4 TAP | | |

| UNIT PRICE | AMOUNT | CD% |
|---|---|---|
| 38.8000 | 77.60 | |
| 27.4500 | 82.35 | |

POSTED
MAY 06 1996

7/44, 2040 M.C. 16124.4/9C
16/10   R2.90    16/25  4/96

7/44 20/16  1640

UNLESS OTHERWISE
NOTED: TERMS ARE
NET 10TH & 25TH

Disc   I/N
Due
Dispute _____ Hold _____
Approval
Ext. Check
R #   (3120)

ANGOLA   3121

CODE EXPLANATION
* STATE TAX APPLICABLE
# FED./OTHER TAX APPLICABLE
+ STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER SHIPMENT COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM

*** ORDER COMPLETED ***

| | FREIGHT IN | FREIGHT OUT |
|---|---|---|
| | 0.00 | 3.35 |

NET TERMS: PROX 10 25 DUE: 05/10/96

| SUB TOTAL | 159.95 |
|---|---|
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 3.35 |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D. | |
| **TOTAL AMOUNT DUE** | **163.30** |

ORIGINAL

ENERAL PRODUCTS CORPORATION
CKSON, MI 49201
Vendor 100065 cusco
05-44481-rdd Doc 7634-11    Filed 04/11/07    Entered 04/11/07 15:31:10    Exhibit
                            (Part 10)    Pg 18 of 20
Check Date 08/15/02
039163

| Ref Nbr | Invc Nbr  | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|-----------|-----------|----------------|-------------|------------|---------------|
| 376723  | 107262201 | 6/11/02   | 73.00          | 73.00       |            |               |
| 376724  | 107262202 | 6/11/02   | 58.10          | 58.10       |            |               |
| 76725   | 107264101 | 6/11/02   | 1231.05        | 1231.05     |            |               |
| 5726    | 107267701 | 6/11/02   | 116.45         | 116.45      |            |               |
| .6937   | 107273401 | 6/13/02   | 284.20         | 284.20      |            |               |
| 377152  | 107279301 | 6/20/02   | 307.37         | 307.37      |            | 2070.17       |

# CISCO

**CARPENTER INDUSTRIAL SUPPLY CO.**
3300 CISCO DRIVE / P.O. BOX 743
JACKSON, MICHIGAN 49204-0743

PH. (517) 764-4800        TOLL FREE 1-800-292-0860
FAX (517) 764-0110

## INVOICE

| INVOICE NUMBER | DATE |
|---|---|
| 1072677-01 | 06/11/02 |

GENPRO

| BILL TO: | SHIP TO: |
|---|---|
| GENERAL PRODUCTS * | GENERAL PRODUCTS |
| 2400 E. SOUTH STREET | 1411 WOHLERT |
| JACKSON    MI    49201 | ANGOLA    IN    46703 |

*ANGOLA*

JUN 13 2002

| SHIPMENT NUMBER | SLSMN | ORDER DATE | TAKEN BY | CUSTOMER P.O. NUMBER | SHIP DATE | PAGE | FRT |
|---|---|---|---|---|---|---|---|
| 1072677-01 | 110 | 06/06/02 | 819 | 10014386 | 06/06/02 | 1 | B |

UNLESS OTHERWISE NOTED: TERMS ARE NET 10TH & 25TH

| QUANTITY ORDERED | BACK ORD. | SHIPPED | E D P NUMBER | MANUFACTURER • CATALOGUE NO. • DESCRIPTION | U/M | UNIT PRICE | AMOUNT | CD% |
|---|---|---|---|---|---|---|---|---|
| 4 | | 4 | 360-0138 | 51-009 NTA 1 ADAPTOR 9/16 TAP | EA | 28.3000 | 113.20 | |

POSTED
JUN 14 2002

Vendor #
Due Date
Approved

1444-22060

100063

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 3.25 |

NET TERMS: PROX   10   25   DUE: 06/25/02

| SUB TOTAL | 113.20 |
|---|---|
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 3.25 |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D | |
| **TOTAL AMT DUE** | **116.45** |

ORIGINAL

ENERAL PRODUCTS CORPORATION
CK#GN.#b49201   05-44481-rdd   Doc 7634-11   Filed 04/11/07   Entered 04/11/07 15:31:10   Exhibit 2840
                                             (Part 10)    Pg 20 of 20

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|

*** SEE SEPARATE REMITTANCE ADVISE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***