037840 CK    05/31/2002100083    CISCO

| RefNbr | Typ | Invc Nbr | Invc Date | Status | Pay Date | Disc Date | Due Date | Discount Amt | Invoice Amt | Disc Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 372859 | VO | 107197001 | 03/28/2002 | A | 05/19/2002 | 05/19/2002 | 05/19/2002 | 0.00 | 1012.70 | 0.00 | 1012.70 |
| 372860 | VO | 107198601 | 03/26/2002 | A | 05/17/2002 | 05/17/2002 | 05/17/2002 | 0.00 | 373.00 | 0.00 | 373.00 |
| 372861 | VO | 107199201 | 03/26/2002 | A | 05/17/2002 | 05/17/2002 | 05/17/2002 | 0.00 | 403.00 | 0.00 | 403.00 |
| 372862 | VO | 107199202 | 03/28/2002 | A | 05/19/2002 | 05/19/2002 | 05/19/2002 | 0.00 | 991.00 | 0.00 | 991.00 |
| 372863 | VO | 107200002 | 03/28/2002 | A | 05/19/2002 | 05/19/2002 | 05/19/2002 | 0.00 | 695.95 | 0.00 | 695.95 |
| 373197 | VO | 107200004 | 04/02/2002 | A | 05/24/2002 | 05/24/2002 | 05/24/2002 | 0.00 | 2231.00 | 0.00 | 2231.00 |
| 373198 | VO | 107201601 | 04/02/2002 | A | 05/24/2002 | 05/24/2002 | 05/24/2002 | 0.00 | 52.60 | 0.00 | 52.60 |
| 373267 | VO | 106969302 | 04/02/2002 | A | 05/24/2002 | 05/24/2002 | 05/24/2002 | 0.00 | 617.60 | 0.00 | 617.60 |
| 373268 | VO | 107169203 | 04/02/2002 | A | 05/24/2002 | 05/24/2002 | 05/24/2002 | 0.00 | 138.80 | 0.00 | 138.80 |
| 373269 | VO | 107195301 | 04/02/2002 | A | 05/24/2002 | 05/24/2002 | 05/24/2002 | 0.00 | 160.80 | 0.00 | 160.80 |
| 373420 | VO | 107210101 | 04/04/2002 | A | 05/26/2002 | 05/26/2002 | 05/26/2002 | 0.00 | 32.25 | 0.00 | 32.25 |
| 373610 | VO | 107188605 | 04/09/2002 | A | 05/31/2002 | 05/31/2002 | 05/31/2002 | 0.00 | 510.85 | 0.00 | 510.85 |
| 373724 | VO | 107169204 | 04/05/2002 | A | 05/27/2002 | 05/27/2002 | 05/27/2002 | 0.00 | 1279.80 | 0.00 | 1279.80 |
| 373726 | VO | 107211701 | 04/04/2002 | A | 05/26/2002 | 05/26/2002 | 05/26/2002 | 0.00 | 144.50 | 0.00 | 144.50 |
| 375596 | AD | 150217401 | 05/14/2002 | A | 07/05/2002 | | 05/31/2002 | 0.00 | 483.00 | 0.00 | -483.00 |

0.00    8160.85

8160.85

# CISCO

**CARPENTER INDUSTRIAL SUPPLY CO.**
3300 CISCO DRIVE / P.O. BOX 743
JACKSON, MICHIGAN 49204-0743

PH. (517) 764-4800          TOLL FREE 1-800-292-0860
                            FAX (517) 764-0110

## INVOICE

| INVOICE NUMBER | DATE |
|---|---|
| 1071970-01 | 03/28/02 |

**BILL TO:** GENERAL PRODUCTS *
2400 E. SOUTH STREET
JACKSON    MI    49201

**SHIP TO:** GENERAL PRODUCTS
1411 WOHLERT
ANGOLA    IN    46703

| SHIPMENT NUMBER | SLSMN. | ORDER DATE | TAKEN BY | CUSTOMER P.O. NUMBER | SHIP DATE | PAGE |
|---|---|---|---|---|---|---|
| 1071970-01 | 110 | 03/19/02 | 819 | 10013917  10/13/17  03/27/02 | | 1 |

UNLESS OTHERWISE
NOTED: TERMS ARE
NET 10TH & 25TH

| QUANTITY BACK ORD. | SHIPPED | E D P NUMBER | T/C/A/X/E | MANUFACTURER • CATALOGUE NO. • DESCRIPTION | FRT | U/M | UNIT PRICE | AMOUNT | CD% |
|---|---|---|---|---|---|---|---|---|---|
| | 6 | | | REF: PKG SLIP# 51170<br>* 221-217 HOLDER - REPAIR<br>360005/<br><br>Vendor # 60083<br>Disc Date<br>Approval<br>7444-22070<br>C8.6719 7011 | B | EA | 168.0000 | 1008.00 | |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 4.70 |

| SUB TOTAL | 1,008.00 |
|---|---|
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 4.70 |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D. | |
| **TOTAL AMOUNT** | **1,012.70** |

NET TERMS:  PROX  10  25  DUE: 04/10/02

ORIGINAL

| FL   L HOLDERS | | 100458    | 9/15/2003 Check Number | | 049121 | |
|---|---|---|---|---|---|---|
| Rel Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
| 397491 | 207901  | 7/17/2003 |    68.00 |    68.00 | 0.00 | |
| 397784 | 207926  | 7/21/2003 |   156.00 |   156.00 | 0.00 | |
| 398012 | 207930P | 7/22/2003 | 3,471.00 | 3,471.00 | 0.00 | 3,695.00 |

**FL Tool Holders**
36010 Industrial Road
Livonia, Michigan 48150
Phone (734) 591-0134
Fax (734) 591-7866

**Invoice No 0000207901**

**Customer   000046**

ANGOLA.

JUL — — 2003

Bill to :

GENERAL PRODUCTS
ACCOUNTS PAYABLE DEPT.
2400 E. SOUTH STREET
JACKSON  MI 49201

Sold to :

GENERAL PRODUCTS
2400 E. SOUTH STREET
JACKSON  MI 49201

Phone (517)764-2730        Fax (517)764-5843

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| B10016460 | 07/17/2003 | NET 30 | OUR PLANT | UPS | FL |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | 3002-FIN          Rev  000     U/M EA<br>3002 SERIES COLLET WITH SNAP RING FOR 7.00 MM SHANK DIAMETER<br>INTERNAL #3700219<br>FL# 3002-M7.00       B10016460<br>FL-Z<br>Packing List No/Item No:  007948/000001<br>Sales Order No:            206724<br>Customer PO No: | 1.00 | 62.00 | 0.00 | 62.00 |
| 000020 | SHIPPING          Rev  NS<br>Shipping/Freight Charge, Ref Shipper No 007948<br>Shipped on 07/17/2003 | 1.00 | 6.00 | 0.00 | 6.00 |

POSTED
JUL 23 2003

| | |
|---|---|
| Total Item Price | 62.00 |
| Shipping | 6.00 |
| Sales Tax | 0.00 |
| **Total Inv Price** | **US$ 68.00** |

SHIPPED TO ADDRESS:
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA  IN 46703

Please pay balance due by Saturday August 16 2003.

R 20672400

Vendor # _100458_
Disc Date _____
Approval _____
Approval _____
Acct # _7444.22090_

**Customer Copy**

Page  1                              Authorized Signature

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 356120 | 203565 | 05/15/2001 | 456.00 | 456.00 | | 456.00 |



**F TOOL HOLDERS**
36010 Industrial Road
Livonia, Michigan 48150
Phone (734) 591-0134
Fax (734) 591-7866

Invoice No 0000203565

Customer   000046

ANGOLA
MAY 17 2001

Bill to :

GENERAL PRODUCTS
ACCOUNTS PAYABLE DEPT.
2400 E. SOUTH STREET
JACKSON  MI 49201

Sold to :

GENERAL PRODUCTS
2400 E. SOUTH STREET
JACKSON  MI 49201

POSTED
MAY 18 2001

Phone (517)764-2730        Fax (517)764-5843

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| B10012200 | 05/15/2001 | NET 30 | OUR PLANT | UPS | FL |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | 3002-B         Rev 000    U/M EA<br>TAPERED DRILL HOLDER BODY<br>FL-Z   6400110<br>Packing List No/Item No:  003598/000001<br>Sales Order No:          202981<br>Customer PO No: | 3.00 | 150.00 | 0.00 | 450.00 |
| 000020 | SHIPPING         Rev NS<br>Shipping/Freight Charge, Ref Shipper No 003598<br>Shipped on 05/15/2001 | 1.00 | 6.00 | 0.00 | 6.00 |

|  |  |
|---|---|
| Total Item Price | 450.00 |
| Shipping | 6.00 |
| Sales Tax | 0.00 |
| **Total Inv Price** | **US$ 456.00** |

SHIPPED TO ADDRESS:
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA  IN 46703

Please pay balance due by Thursday June 14 2001.

Vendor # __100458__
Disc Date _____
Approval _____
Approval _____
Acct # __7-444-22090__

**Customer Copy**

Page  1                                Authorized Signature

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 126915 | 10/30/98 | | 130.00 | 0.00 | 130.00 |
| 126926 | 10/30/98 | | 506.00 | 0.00 | 506.00 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

| | TOTAL | 636.00 | 0.00 | 636.00 |
|---|---|---|---|---|

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

054785

74-1292
724

**VENDOR NO.**
100458

**CHECK NO.**
054785

**CHECK DATE**
12/11/98

THE SUM OF   SIX HUNDRED THIRTY SIX AND 00/100 ******

PAY TO THE ORDER OF
FL TOOL HOLDERS
12170 GLOBE RD.
LIVONIA, MI 48150

$636.00

NON-NEGOTIABLE

⑈054785⑈ ⑆072412927⑆   CC140085⑈



# FL-Tool Holders
Formerly A Division of Air Gage Co.
36010 Industrial Rd. • Livonia, MI 48150
(734) 591-0134   Fax (734) 591-7866

**Remit To:**
12170 Globe Rd.
Livonia, MI 48150
(734) 591-9220

| ACCOUNT NO. | | | | | Invoice No. 126926 |
|---|---|---|---|---|---|
| 126926 | | | | | Shipper No. 126926 |

**SOLD TO:**
GENERAL PRODUCTS
ACCOUNTS PAYABLE DEPT.
2400 E. SOUTH STREET
JACKSON, MI 49201

**SHIP TO:**
ANGOLA GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703
JOB # 126926

| DATE | TERMS | SHIP VIA | CUSTOMER ORDER NUMBER | DATE SHIPPED | PAGE |
|---|---|---|---|---|---|
| 10/30/98 | NET 30 | UPS | 10005767 | 10/30/98 | 1 |

| QUANTITY ORDERED/SHIPPED | TOOL NUMBER | JOB NUMBER | DESCRIPTION | PRICE/UNIT | AMOUNT |
|---|---|---|---|---|---|
| 1 | 6400111 | F141158 | *** FL TOOLHOLDERS *** <br> LINE 3 <br> SPECIAL 5000 ADAPTER, TOOLHOLDER <br> GP DWF DATE 12-10-97 <br> REFERENCE GP PO #10004450 <br> REFERENCE FL #F155502 <br> DELIVERY 11-16-98 <br> CONTACT T DERMIT 517-764-2730 <br> D-T | $500.00 | $500.00 |

DELIVERY CHARGE            $6.00

POSTED NOV 06 1998

Pay Y(N)
Due
Dispute
Approval  Hold
Ext. Check
R #

5120    3121

REPRESENTATIVE:  FEPCO TOOL & SUPPLY              TOTAL    $506.00

| Vendor | 05042481 TRI-STAR ENGR. INC | | Filed 04/11/07 | Check Date 04/12/1999 Entered 04/11/07 15:31:10 | | Exhibit 2 |
|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount (Page 11) Pg 9 of 20 | Amount Paid | Disc Taken | Net Check Amt |
| 311057 | 37410 | 09/08/1999 | 3077.00 | 3077.00 | | |
| 312500 | 37744 | 10/08/1999 | 494.00 | 489.10 | 4.90 | 3566.10 |

100023

## MANUFACTURERS OF CUTTING TOOLS
## TRI-STAR ENGINEERING, INC.

2455 PAN AM BLVD. • ELK GROVE VILLAGE, IL 60007
(847) 595-3377 • FAX (847) 766-3377

| DATE | NUMBER | PG |
|---|---|---|
| 09/08/99 | 0037410 | 1 |

SOLD TO:
GENERAL PRODUCTS
2400 E. SOUTH ST.
JACKSON, MI 49201

ANGOLA
SEP 1 3 1999

SHIP TO:
GENERAL PRODUCTS CORP.
1411 WOHLERT ST.
ANGOLA, IN 46703

| CUST P O # | ORD DATE | SLS | CUST # | OUR ORD | SHIP VIA | SHIP DATE | TERMS | PACKING LIST |
|---|---|---|---|---|---|---|---|---|
| 10007572 | 06/22/99 | M MARIO | 000077 | 0044375 | UPS | 09/08/99 | 1% 14 DAYS NET 30 | 0020459 |

| ORDERED | SHIPPED | BCKORD | ITEM NO. AND DESC. | REV | PRICE | U/M | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 16.00 | 2.00 | 0.00 | 3400040A NEW | | 224.00 | EA | 448.00 |
| 8.00 | 8.00 | 0.00 | 6400159 NEW | | 328.00 | EA | 2624.00 |

9-16-99 Bob —
anything?

POSTED

ANGOLA

Disc Y/N ____ 1% ____ lost discount not rec'd in time
Due ____ 9-17-99
Dispute ____ Hold ____
Approval ____
Ext. Check ____
R # ____

3120  3121

SALE AMOUNT  3072.00
FREIGHT  5.00

PLEASE PAY BY 10/08/99 ---> TOTAL DUE  3077.00

IF ___ D BY 09/22/99, A 1% PROMPT PAYMENT DISCOUNT OF 30.72 MAY BE TAKEN

GENERAL PRODUCTS CORPORATION
ACKSON, MI 49201
  Vendor   100458    FL TOOL HOLDERS                         Check Date 07/20/01        031731

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 57306 | 203702 | 6/1/01 | 1432.00 | 1432.00 | | 1432.00 |

05-44481-rdd    Doc 7634-12    Filed 04/11/07    Entered 04/11/07 15:31:10    Exhibit 2 (Part 11)    Pg 11 of 20

GENERAL PRODUCTS CORPORATION
ACKSON, MI 49201

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 57306 | 203702 | 6/1/01 | | | | 1432.00 |

**FL Tool Holders**
36010 Industrial Road
Livonia, Michigan 48150
Phone (734) 591-0134
Fax (734) 591-7866

Invoice No 0000203702

Customer   000046

Bill to :

GENERAL PRODUCTS
ACCOUNTS PAYABLE DEPT.
2400 E. SOUTH STREET
JACKSON  MI 49201

Sold to :

GENERAL PRODUCTS
2400 E. SOUTH STREET
JACKSON  MI 49201

JACKSON
JUN 0 5 2001

POSTED
JUN 0 8 2001

Phone (517)764-2730     Fax (517)764-5843

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| B10012269 | 06/01/2001 | NET 30 | OUR PLANT | UPS | FL |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | 4001-5           Rev  000    U/M EA<br>POSITIVE DRIVE & PRE-SET SCREW ASSY<br>FL# 4002-5<br>INTERNAL #6500007<br><br>FL-Z              B10012269<br>Packing List No/Item No:  003735/000001<br>Sales Order No:          203034<br>Customer PO No: | 7.00 | 30.00 | 0.00 | 210.00 |
| 000002 | 3001-3           Rev  000    U/M EA<br>POSITIVE DRIVE & PRE-SET SCREW ASSY<br>FL# 3002-3<br>INTERNAL #6500209<br><br>FL-Z              B10012269<br>Packing List No/Item No:  003735/000002<br>Sales Order No:          203034<br>Customer PO No: | 4.00 | 25.00 | 0.00 | 100.00 |
| 000003 | 4002-FIN         Rev  000    U/M EA<br>COLLET (FINISHED) WITH SNAP RING<br>FL# 4002-E.7500<br>INTERNAL #3700135<br><br>FL-Z              B10012269<br>Packing List No/Item No:  003735/000003<br>Sales Order No:          203034<br>Customer PO No: | 3.00 | 62.00 | 0.00 | 186.00 |

Handwritten annotations:
- 2.5050
- 2.2090
- 2.5050
- Vendor # 100458
- Disc Date
- Approval
- Approval
- Acct # 74442

**Customer Copy**

Page 1                                          Authorized Signature

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 124214 | 08/03/98 | | 56.00 | 0.00 | 56.00 |
| 124227 | 08/04/98 | | 349.50 | 0.00 | 349.50 |
| | | TOTAL | 405.50 | 0.00 | 405.50 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

NBD DEARBORN BANK, N.A.

**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

052424

74-1292 / 724

VENDOR NO.
100458

CHECK NO.
052424

CHECK DATE
09/18/98

THE SUM OF    FOUR HUNDRED FIVE AND 50/100 ***********

PAY TO THE ORDER OF
FL TOOL HOLDERS
12170 GLOBE RD.
LIVONIA, MI  48150

$405.50

NON-NEGOTIABLE

⑊052424⑊ ⑉072412927⑊    00140086⑊

Exhibit 2



# FL-ToolHolders
*Formerly A Division of Air Gage Co.*

36010 Industrial Rd. • Livonia, MI 48150
(734) 591-0134    Fax (734) 591-7866

**Remit To:**
12170 Globe Rd.
Livonia, MI 48150
(734) 591-9220

| ACCOUNT NO. | | | | |
|---|---|---|---|---|
| 300000292-000 | | | | |

**SOLD TO:**
124227
GENERAL PRODUCTS
ACCOUNTS PAYABLE DEPT.
2400 E. SOUTH STREET
JACKSON , MI 49201

**SHIP TO:**
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA , IN 46703

Invoice No. 124227
Shipper No. 124227
JOB # F141040

| DATE | QUANTITY ORDERED | QUANTITY SHIPPED | TERMS | SHIP VIA | CUSTOMER ORDER NUMBER | DATE SHIPPED | PAGE |
|---|---|---|---|---|---|---|---|
| 08/04/98 | | | NET 30 | UPS | 10005663 | 08/04/98 | 1 |

| QTY | TOOL NUMBER | JOB NUMBER | DESCRIPTION | PRICE/UNIT | AMOUNT |
|---|---|---|---|---|---|
| 3 | 5002RW-20 | F141040 | *** FL TOOLHOLDERS ***<br>LINE 1<br>FL TOOL HOLDERS RUBBER WASHER<br>FL PART #5002RW-20 | $5.00 | $15.00 |
| 3 | 5002-TSR | F141040 | *** FL TOOLHOLDERS ***<br>LINE 2<br>FL TOOL HOLDERS TOOLHOLDER SNAP RING<br>FL PART #5002-TSR | $.50 | $1.50 |
| 3 | 5002-CR | F141040 | *** FL TOOLHOLDERS ***<br>LINE 3<br>FL TOOL HOLDERS COLLAR AND RETAINING RING<br>FL PART #5002-CR   6500211 | $85.00 | $255.00 |
| 2 | 6500210 | F141040 | *** FL TOOLHOLDERS ***<br>LINE 4<br>SCREW, POSITIVE DRIVE/PRE-SET<br>FAS-LOC5002-6 | $18.00 | $36.00 |

Continue on Next Form ***



# FL-Tool Holders
*Formerly A Division of Air Gage Co.*

36010 Industrial Rd. • Livonia, MI 48150
(734) 591-0134   Fax (734) 591-7866

**Remit To:**
12170 Globe Rd.
Livonia, MI 48150
(734) 591-9220

| ACCOUNT NO. | | | | | | Invoice No. | 124227 |
|---|---|---|---|---|---|---|---|
| 000000292-000 | | | | | | Shipper No. | 124227 |

**SOLD TO:**
124227
GENERAL PRODUCTS
ACCOUNTS PAYABLE DEPT.
2400 E. SOUTH STREET
JACKSON, MI 49201

**SHIP TO:**
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703

JOB #
F141040

AUG 10 1998

| DATE | TERMS | SHIP VIA | CUSTOMER ORDER NUMBER | DATE SHIPPED | PAGE |
|---|---|---|---|---|---|
| 08/04/98 | NET 30 | UPS | 10005663 | 08/04/98 | 2 |

| QUANTITY SHIPPED | TOOL NUMBER | JOB NUMBER | DESCRIPTION | PRICE/UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | | 9/16"-24 LH OD-.313 "SLOT | | |
| | | | FL #3002-6 | | |
| | | | *** FL TOOLHOLDERS *** | | |
| | | | LINE 5 | | |
| 2 | 6500209 | F141040 | SCREW, POSITIVE DRIVE/PER SET | $18.00 | $36.00 |
| | | | FAS-LOC 3002-3 | | |
| | | | 9/16"-24 LH OD-.172 "SLOT | | |
| | | | FL #3002-3 | | |
| | | | CONTACT T DERMIT 517-764-2730 | | |
| | | | D-T | | |
| | | | DELIVERY CHARGE ANGOLA | | $6.00 |

POSTED
AUG 12 1998

Disc Y/N

REPRESENTATIVE: FEPCO TOOL & SUPPLY   TOTAL   $349.50

| INVOICE NUMBER | DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 124214 | 08/03/98 | | 56.00 | 0.00 | 56.00 |
| 124227 | 08/04/98 | | 349.50 | 0.00 | 349.50 |
| | | TOTAL | 405.50 | 0.00 | 405.50 |

GENERAL PRODUCTS CORPORATION
JACKSON, MI 49201

NBD DEARBORN BANK, N.A.



**GENERAL PRODUCTS CORPORATION**
JACKSON FACILITY
2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730

**052424**

74-1292 / 724

VENDOR NO. 100458

CHECK NO. 052424

CHECK DATE 09/18/98

THE SUM OF   FOUR HUNDRED FIVE AND 50/100 ************

PAY TO THE ORDER OF
FL TOOL HOLDERS
12170 GLOBE RD.
LIVONIA, MI  48150

$405.50

NON-NEGOTIABLE

⑆052424⑆ ⑆072412927⑆   00140086⑆

# FL-Tool Holders

*Formerly A Division of Air Gage Co.*

36010 Industrial Rd. • Livonia, MI 48150
(734) 591-0134    Fax (734) 591-7866

**SOLD TO:**
GENERAL PRODUCTS
ACCOUNTS PAYABLE DEPT.
2400 E. SOUTH STREET
JACKSON , MI 49201

**SHIP TO:**
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA , IN 46703

**Remit To:**
12170 Globe Rd.
Livonia, MI 48150
(734) 591-9220

| ACCOUNT NO. | Invoice No. 124227 |
|---|---|
| 0-0000292-000 | Shipper No. 124227 |
| 124227 | JOB # F141040 |

| DATE | TERMS | SHIP VIA | CUSTOMER ORDER NUMBER | DATE SHIPPED | PAGE |
|---|---|---|---|---|---|
| 08/04/98 | NET 30 | UPS | 1005663 | 08/04/98 | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | TOOL NUMBER | JOB NUMBER | DESCRIPTION | PRICE / UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| 3 | 3 | 5002RW-20 | F141040 | *** FL TOOLHOLDERS *** LINE 1 FL TOOL HOLDERS RUBBER WASHER FL PART #5002RW-20 | $5.00 | $15.00 |
| 3 | 3 | 5002-TSR | F141040 | *** FL TOOLHOLDERS *** LINE 2 FL TOOL HOLDERS TOOLHOLDER SNAP RING FL PART #5002-TSR | $.50 | $1.50 |
| 3 | 3 | 5002-CR | F141040 | *** FL TOOLHOLDERS *** LINE 3 FL TOOL HOLDERS COLLAR AND RETAINING RING FL PART #5002-CR   6500211 | $85.00 | $255.00 |
| 2 | 2 | 6500210 | | *** FL TOOLHOLDERS *** LINE 4 SCREW, POSITIVE DRIVE/PRE-SET FAS-LDC3002-6 | $18.00 | $36.00 |

*** Continue on Next Form ***



# FL-Tool Holders
*Formerly A Division of Air Gage Co.*

36010 Industrial Rd. • Livonia, MI 48150
(734) 591-0134   Fax (734) 591-7866

**Remit To:**
12170 Globe Rd.
Livonia, MI 48150
(734) 591-9220

**SOLD TO:**
GENERAL PRODUCTS
ACCOUNTS PAYABLE DEPT.
2400 E. SOUTH STREET
JACKSON        , MI  49201

**SHIP TO:**
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA        , IN  46703

**ACCOUNT NO.:** 32-0000292-000
**Invoice No.:** 124227
**Shipper No.:** 124227
**JOB #:** F141040

| DATE | TERMS | SHIP VIA | CUSTOMER ORDER NUMBER | DATE SHIPPED | PAGE |
|---|---|---|---|---|---|
| 08/04/98 | NET 30 | UPS | 10005663 | 08/04/98 | 2 |

| QUANTITY ORDERED | QUANTITY SHIPPED | TOOL NUMBER | JOB NUMBER | DESCRIPTION | PRICE / UNIT | AMOUNT |
|---|---|---|---|---|---|---|
|  | 2 | 6500209 | F141040 | 9/16"-24 LH OD- .313 "SLOT<br>FL #3002-6<br>*** FL TOOLHOLDERS ***<br>LINE 5<br>SCREW, POSITIVE DRIVE/PER SET<br>FAS-LOC 3002-3<br>9/16"-24 LH OD- .172 "SLOT<br>FL #3002-3<br>CONTACT T DERMIT 517-764-2730<br>D-T<br>DELIVERY CHARGE | $18.00 | $36.00 |
|  |  |  |  |  |  | $6.00 |

ANGOLA

Disc Y (N)

POSTED
AUG 12 1998

REPRESENTATIVE: FEPCO TOOL & SUPPLY

**TOTAL   $349.50**

ENERAL PRODUCTS CORPORATION
CKSON MI 49201

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|----------------|-------------|------------|---------------|

*** SEE SEPARATE REMITTANCE ADVISE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|----------------|-------------|------------|---------------|

*** SEE SEPARATE REMITTANCE ADVISE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***

```
Date 09/26/02 10:03am                      General Products Corporation                              Page      1
09-02-871                                Detailed Remittance Advice - Standard                       Rept 03.625
                                         Period: 09-02 As of: 09/26/02
```

| Check Nbr | Check Type | Check Date | Vendor ID | Vendor Name | | | | | | | Net Check Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 040016 | CK | 9/30/02 | 100030 | ALRO STEEL CORP. | | | | | | | 6168.02 |

| RefNbr | Typ | Invc Nbr | Invc Date | Status | Pay Date | Disc Date | Due Date | Discount Amt | Invoice Amt | Disc Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 379196 | VO | CHB0170JI | 8/2/02 | A | 9/23/02 | 9/23/02 | 9/23/02 | 0.00 | 409.36 | 0.00 | 409.36 |
| 379275 | VO | CHB0169JI | 8/2/02 | A | 9/23/02 | 9/23/02 | 9/23/02 | 0.00 | 33.47 | 0.00 | 33.47 |
| 379458 | VO | CHE0217JI | 8/5/02 | A | 9/26/02 | 9/26/02 | 9/26/02 | 0.00 | 172.50 | 0.00 | 172.50 |
| 379459 | VO | CHE0218JI | 8/5/02 | A | 9/26/02 | 9/26/02 | 9/26/02 | 0.00 | 76.80 | 0.00 | 76.80 |
| 379545 | VO | CHG0148JI | 8/7/12 | A | 9/28/02 | 9/28/02 | 9/28/02 | 0.00 | 479.50 | 0.00 | 479.50 |
| 379546 | VO | CHH0171JI | 8/8/02 | A | 9/29/02 | 9/29/02 | 9/29/02 | 0.00 | 45.24 | 0.00 | 45.24 |
| 379589 | VO | CHF0212JI | 8/6/02 | A | 9/27/02 | 9/27/02 | 9/27/02 | 0.00 | 855.80 | 0.00 | 855.80 |
| 379646 | VO | CHI0166JI | 8/9/02 | A | 9/30/02 | 9/30/02 | 9/30/02 | 0.00 | 531.96 | 0.00 | 531.96 |
| 379801 | VO | CHM4007KO | 8/13/02 | A | 9/30/02 | 9/30/02 | 9/30/02 | 0.00 | 55.01 | 0.00 | 55.01 |
| 379828 | VO | CHN0171JI | 8/14/02 | A | 9/30/02 | 9/30/02 | 9/30/02 | 0.00 | 1657.20 | 0.00 | 1657.20 |
| 380024 | VO | CHO0162JI | 8/15/02 | A | 9/29/02 | 9/29/02 | 9/29/02 | 0.00 | 995.75 | 0.00 | 995.75 |
| 380147 | VO | CHP0202JI | 8/16/02 | A | 9/30/02 | 9/30/02 | 9/30/02 | 0.00 | 95.90 | 0.00 | 95.90 |
| 380683 | VO | CIC0152JI | 8/3/02 | A | 9/23/02 | 9/23/02 | 9/23/02 | 0.00 | 735.80 | 0.00 | 735.80 |
| 381515 | VO | CFJ0183JI | 6/10/02 | A | 7/25/02 | 7/25/02 | 7/25/02 | 0.00 | 22.80 | 0.00 | 22.80 |
| 381518 | AD | DM5421 | 9/23/02 | A | 11/7/02 | 11/7/02 | 11/7/02 | 0.00 | 6.60 | 0.00 | -6.60 |
| 381648 | VO | CGQ0142JI | 7/17/02 | A | 8/31/02 | 8/31/02 | 8/31/02 | 0.00 | 320.96 | 0.00 | 320.96 |
| 381720 | AD | CMCHG025JI | 8/7/02 | A | 8/31/02 | 9/21/02 | 9/21/02 | 0.00 | 313.43 | 0.00 | -313.43 |
| | | | | | | | | | | 0.00 | 6168.02 |