

**ALRO INDUSTRIAL SUPPLY CORE**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

DUNS: 17-493-3994

ANGOLA RD: 538-1447

# INVOICE
PAGE 1

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E South St
Jackson, MI 49202

SHIP TO:
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

AUG 0 6 2002

ORDERED BY: BOB MILLER
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | 10014640 | | 8/02/02 | CHB0170JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 8/02/02 | JI5700263 | UPS DIRECT | SHIPPING POINT | MIKE GIMENEZ | 01852 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 60 EA | CNMG 433W-M3 | GRADE TP100 | 60 EA | 6.3860 C EA | | 383.16 |
| | CARBOLOY INSERTS | | | | | |
| 10 EA | C02205 | LOCKING SCREW | 10 EA | 1.9800 C EA | | 19.80 |
| | CARBOLOY PART# -6500218 | | | | | |

6.39  1640-20000

7444-22090

Vendor # 150030
Disc Date _____
Approval _____
Approval _____
Acct # _____

4118211

**POSTED**
AUG 06 2002

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL | |
|---|---|---|---|---|---|
| 402.96 | | 6.40 | 4.03 | | 409.36 |

IF PAID BY: 8/25/02

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES, ETC. |
| | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SUBSCRIBE TO ALRO'S NEW
E-MEMBER NEWSLETTER
FOR THE LATEST DEVELOPMENTS AT ALRO
SUBSCRIBE AT WWW.ALRO.COM

ORDER NUMBER 20003343

ENERAL PRODUCTS CORPORATION
ACKSON, MI 49201

# 48736

| ALRO STEEL CORP. | | 100030 | | 9/5/2003 Check Number | | 048736 | |
|---|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt | |

*** SEE SEPARATE REMITTANCE ADVICE REPORT FOR LISTING OF ALL ITEMS PAID ON THIS CHECK ***

Date: Friday, September 05, 2003
Time: 04:13PM
User: JANBAKER

# General Products Corporation
## Detailed Remittance Advice
### Period: 09-03 As of: 9/5/2003

Page: 1 of 23
Report: 03625.rpt
Company: 0000

| Check Nbr | Check Type | Check Date | Ref Nbr | CK Type | Invc Nbr | Vendor ID | Vendor Name | Invc Date | Status | Pay Date | Disc Date | Due Date | Discount Amt | Invoice Amt | Disc Taken | Net Check Amt Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048736 | CK | 9/5/2003 | | | | 100030 | ALRO STEEL CORP. | | | | | | | | | 26,471.56 |
| | | | 395952 | VO | DFQ0239JI | | | 6/17/2003 | A | 8/1/2003 | 8/1/2003 | 8/1/2003 | 0.00 | 128.00 | 0.00 | 128.00 |
| | | | 395953 | VO | DFQ0240JI | | | 6/17/2003 | A | 8/1/2003 | 8/1/2003 | 8/1/2003 | 0.00 | 108.85 | 0.00 | 108.85 |
| | | | 396041 | VO | DFT0197JI | | | 6/20/2003 | A | 8/4/2003 | 8/4/2003 | 8/4/2003 | 0.00 | 172.14 | 0.00 | 172.14 |
| | | | 396042 | VO | DFW0213JI | | | 6/23/2003 | A | 8/7/2003 | 8/7/2003 | 8/7/2003 | 0.00 | 471.79 | 0.00 | 471.79 |
| | | | 396117 | VO | DFS0245JI | | | 6/19/2003 | A | 8/3/2003 | 8/3/2003 | 8/3/2003 | 0.00 | 1,248.80 | 0.00 | 1,248.80 |
| | | | 396118 | VO | DFS0246JI | | | 6/19/2003 | A | 8/3/2003 | 8/3/2003 | 8/3/2003 | 0.00 | 291.00 | 0.00 | 291.00 |
| | | | 396119 | VO | DFT0196JI | | | 6/20/2003 | A | 8/4/2003 | 8/4/2003 | 8/4/2003 | 0.00 | 1,167.40 | 0.00 | 1,167.40 |
| | | | 396120 | VO | DFW0210JI | | | 6/23/2003 | A | 8/7/2003 | 8/7/2003 | 8/7/2003 | 0.00 | 90.00 | 0.00 | 90.00 |
| | | | 396121 | VO | DFW0211JI | | | 6/23/2003 | A | 8/7/2003 | 8/7/2003 | 8/7/2003 | 0.00 | 31.30 | 0.00 | 31.30 |
| | | | 396122 | VO | DFW0212JI | | | 6/23/2003 | A | 8/7/2003 | 8/7/2003 | 8/7/2003 | 0.00 | 128.00 | 0.00 | 128.00 |
| | | | 396177 | VO | DFX0236JI | | | 6/24/2003 | A | 8/8/2003 | 8/8/2003 | 8/8/2003 | 0.00 | 103.10 | 0.00 | 103.10 |
| | | | 396178 | VO | DFX0237JI | | | 6/24/2003 | A | 8/8/2003 | 8/8/2003 | 8/8/2003 | 0.00 | 61.00 | 0.00 | 61.00 |
| | | | 396365 | VO | DFY0238JI | | | 6/25/2003 | A | 8/9/2003 | 8/9/2003 | 8/9/2003 | 0.00 | 265.15 | 0.00 | 265.15 |
| | | | 396366 | VO | DFY0239JI | | | 6/25/2003 | A | 8/9/2003 | 8/9/2003 | 8/9/2003 | 0.00 | 61.00 | 0.00 | 61.00 |
| | | | 396445 | VO | DDF10209JI | | | 6/27/2003 | A | 8/11/2003 | 8/11/2003 | 8/11/2003 | 0.00 | 167.40 | 0.00 | 167.40 |
| | | | 396446 | VO | DF10210JI | | | 6/27/2003 | A | 8/11/2003 | 8/11/2003 | 8/11/2003 | 0.00 | 68.70 | 0.00 | 68.70 |
| | | | 396447 | VO | DF40214JI | | | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 50.12 | 0.00 | 50.12 |
| | | | 396448 | VO | DF44049JX | | | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 341.90 | 0.00 | 341.90 |
| | | | 396449 | VO | DF44050JX | | | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 84.06 | 0.00 | 84.06 |
| | | | 396450 | VO | DF44051JX | | | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 53.04 | 0.00 | 53.04 |
| | | | 396451 | VO | DF44052TL | | | 6/30/2003 | A | 8/14/2003 | 8/14/2003 | 8/14/2003 | 0.00 | 154.57 | 0.00 | 154.57 |
| | | | 396452 | VO | DFZ0221JI | | | 6/26/2003 | A | 8/10/2003 | 8/10/2003 | 8/10/2003 | 0.00 | 790.40 | 0.00 | 790.40 |
| | | | 396527 | VO | DFZ0238JI | | | 6/24/2003 | A | 8/8/2003 | 8/8/2003 | 8/8/2003 | 0.00 | 1,466.32 | 0.00 | 1,466.32 |
| | | | 396528 | VO | DFY0240JI | | | 6/25/2003 | A | 8/9/2003 | 8/9/2003 | 8/9/2003 | 0.00 | 282.79 | 0.00 | 282.79 |
| | | | 396529 | VO | DFY0241JI | | | 6/25/2003 | A | 8/9/2003 | 8/9/2003 | 8/9/2003 | 0.00 | 3,258.81 | 0.00 | 3,258.81 |
| | | | 396599 | VO | DGA0207JI | | | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 529.80 | 0.00 | 529.80 |
| | | | 396600 | VO | DGA0208JI | | | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 4,310.40 | 0.00 | 4,310.40 |
| | | | 396601 | VO | DGA0209JI | | | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 96.10 | 0.00 | 96.10 |
| | | | 396602 | VO | DGA0210JI | | | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 492.60 | 0.00 | 492.60 |
| | | | 396603 | VO | DGA0211JI | | | 7/1/2003 | A | 8/15/2003 | 8/15/2003 | 8/15/2003 | 0.00 | 1,217.00 | 0.00 | 1,217.00 |
| | | | 396719 | VO | DGB3900TL | | | 7/2/2003 | A | 8/16/2003 | 8/16/2003 | 8/16/2003 | 0.00 | 192.17 | 0.00 | 192.17 |
| | | | 396720 | VO | DGC0169JI | | | 7/3/2003 | A | 8/17/2003 | 8/17/2003 | 8/17/2003 | 0.00 | 269.40 | 0.00 | 269.40 |
| | | | 396721 | VO | DGC0170JI | | | 7/3/2003 | A | 8/17/2003 | 8/17/2003 | 8/17/2003 | 0.00 | 652.00 | 0.00 | 652.00 |
| | | | 396722 | VO | DGH0184JI | | | 7/8/2003 | A | 8/22/2003 | 8/22/2003 | 8/22/2003 | 0.00 | 63.80 | 0.00 | 63.80 |
| | | | 396723 | VO | DGH1183JI | | | 7/8/2003 | A | 8/22/2003 | 8/22/2003 | 8/22/2003 | 0.00 | 242.75 | 0.00 | 242.75 |
| | | | 396833 | VO | DGB0750JI | | | 7/2/2003 | A | 8/16/2003 | 8/16/2003 | 8/16/2003 | 0.00 | 472.00 | 0.00 | 472.00 |
| | | | 396834 | VO | DGJ0185JI | | | 7/10/2003 | A | 8/24/2003 | 8/24/2003 | 8/24/2003 | 0.00 | 192.20 | 0.00 | 192.20 |
| | | | 396930 | VO | DGB0752JI | | | 7/2/2003 | A | 8/16/2003 | 8/16/2003 | 8/16/2003 | 0.00 | 534.02 | 0.00 | 534.02 |
| | | | 396931 | VO | DGB0753JI | | | 7/2/2003 | A | 8/16/2003 | 8/16/2003 | 8/16/2003 | 0.00 | 106.21 | 0.00 | 106.21 |
| | | | 396932 | VO | DGG0194JI | | | 7/7/2003 | A | 8/21/2003 | 8/21/2003 | 8/21/2003 | 0.00 | 90.60 | 0.00 | 90.60 |
| | | | 396933 | VO | DGG0195JI | | | 7/7/2003 | A | 8/21/2003 | 8/21/2003 | 8/21/2003 | 0.00 | 49.19 | 0.00 | 49.19 |
| | | | 396934 | VO | DGH0185JI | | | 7/8/2003 | A | 8/22/2003 | 8/22/2003 | 8/22/2003 | 0.00 | 52.19 | 0.00 | 52.19 |

# INVOICE

**ALRO INDUSTRIAL SUPPLY CORP**
3100 E. HIGH ST.
JACKSON, MI 49204-0927
PHONE 517 787-5500

PAGE 1

DUNS: 17-493-3994

RD: 538-1447

BILL TO:
General Products/Angola
Attn: Accounts Payable
2400 E South St
Jackson, MI 49202

SHIP TO:
General Products/Angola
1411 WOHLERT ST
ANGOLA, IN 46703

ORDERED BY: BOB MILLER
PLEASE REFER TO INVOICE NUMBER ON ALL INQUIRIES

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | CUSTOMER RELEASE NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 06340100 | B10016428 | | 7/07/03 | DGG0195JI |

| DATE SHIPPED | PACKING SLIP NO. | SHIPPED VIA | F.O.B. | SALESPERSON | |
|---|---|---|---|---|---|
| 7/07/03 | JI5728918 | UPS | SHIPPING POINT | MIKE GIMENEZ | 01852 |

| QUANTITY ORDERED | DESCRIPTION / LENGTH / SIZE | UNITS SHIPPED | UNIT PRICE | CODE | AMOUNT |
|---|---|---|---|---|---|
| 20 EA C02205 | LOCKING SCREW | 20 EA | 2.0400 C EA | | 40.80 |
| | CARBOLOY PART# -6500218 | | | | |

**POSTED**

JUL 17 2003

Vendor # 100030
Disc Date
Approval
Approval
Acct # 7444.22090

PS 5728918

| GROSS AMOUNT | SALES TAX | FREIGHT | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| 40.80 | | 8.39 | .41 | 49.19 |

IF PAID BY: 7/25/03

GROUP SETTLEMENT TERMS 10TH AND 25

| CODE | DISCOUNT PERCENTAGE | PRODUCTS |
|---|---|---|
| A | 0.0% | PROCESSING SERVICES, TAXES. ETC. |
| | 0.5% | STEEL ALUMINUM, PLASTICS, OTHER METALS |
| C | 1.0% | INDUSTRIAL SUPPLIES |

NET 30 DAYS
SEE BACK FOR ADDITIONAL TERMS AND CONDITIONS

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF." ANY ITEM PROVING DEFECTIVE WILL BE REPLACED BUT NO CLAIMS FOR LABOR OR DAMAGES WILL BE ALLOWED.

SUBSCRIBE TO ALRO'S E-MEMBER NEWSLETTER. SIGN UP AT ALRO.COM

ALRO INDUSTRIAL SUPPLY NOW CARRIES CRAFTSMAN TOOLS. CONTACT US TODAY FOR A CATALOG.

ORDER NUMBER 21921332

7/18/03

# COMPONENT INVENTORY

# COMPONENT INVENTORY

**GENERAL PRODUCTS CORPORATION**
**DELPHI/SATURN CONTORL ARM**
**INVENTORY LEVELS @ END OF PROGRAM**

| End of Program Saturn Control Arm Inventory | | QOH | Cost/Unit | Amount | Usage |
|---|---|---|---|---|---|
| 11094487 | Nut | 171 | $0.0897 | $15.34 | 1 |
| 11096651 | Bolt | 46 | $0.2074 | $9.54 | 1 |
| 11093961 | Screw | 6646 | $0.0585 | $388.79 | 1 |
| 90575472 ** | Small bracket - Support | 9093 | $0.4462 | $4,056.95 | 1 |
| 90575473 ** | Small bracket - Support | 9213 | $0.4462 | $4,110.49 | 1 |
| 90539036 ** | Clip | 168846 | $0.0305 | $5,148.78 | 1 |
| 90495585 ** | Tail Bushing | 7746 | $2.7888 | $21,602.14 | 1 |
| 90496700 ** | Ball Joint | 23492 | $3.6687 | $86,185.66 | 2 |
| 9127784 ** | Bracket | 48 | $3.1727 | $152.29 | 1 |
| 9127785 ** | Bracket | 73 | $3.1727 | $231.61 | 1 |
| 90445758 | Brake Hose | 5046 | $1.5770 | $7,957.54 | 1 |
| 18060914A | Painted Control Arm | 0 | $12.0600 | $0.00 | 1 |
| 18060915A | Painted Control Arm | 0 | $12.0600 | $0.00 | 1 |
| 9224176 | Hard Pipe | 3976 | $0.5300 | $2,107.28 | 1 |
| 9224177 | Hard Pipe | 3885 | $0.5300 | $2,059.05 | 1 |
| TOTAL | | | | **$134,025.45** | |

Note: ** Purchased from Europe    Euro Exchange Rate    1.212
Service support and requirement not included above

# DELPHI
## Automotive Systems

From

DELPHI ENERGY & CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON, OH 45401

Agreement No: 001023-00
Date Issued: 03/31/2000

Buyer: BECKY DAULTON
Phone: (937) 455-7292
FAX: (937) 455-9133

To

FEDERAL SCREW WORKS
535 GRISWOLD ST   STE 2400
DETROIT, MI 48226

Ship To

GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703

## DELPHI DIRECTED SOURCING AGREEMENT

**FEDERAL SCREW WORKS** ("Supplier") has been selected by Delphi Automotive Systems ("Delphi") as the preferred strategic source of the Products listed below in connection with the production by **GENERAL PRODUCTS** and/or any other company designated by Delphi (collectively, "Buyer") of the following parts and components for Delphi:

<u>Generic Part Description</u>
DELPHI PART

<u>Delphi {Tier 1} Buyer</u>
TOM IOANES

If Supplier accepts this Agreement in writing or commences the supply of Products to Buyer, Supplier will be deemed to have accepted all of the following terms and conditions in consideration of being designated by Delphi as the preferred strategic source of the Products:

1. <u>Purchase of Product</u>. During the term of this Agreement, Supplier agrees to maintain the specified weekly capacity and sell the following products (each referred to as a "Product" and collectively referred to as the "Products") to Buyer at a price which does not exceed the specified maximum unit price (FOB Supplier's plant):

**DELPHI DIRECTED SOURCING**

Agreement No: **001023-00**
Date Issued: **03/31/2000**

| Part Number | Description | Price Per Thousand | Currency | Req. % | Weekly Capacity* | Begin Date | End Date |
|---|---|---|---|---|---|---|---|
| 11094487 | NUT - HEXAGON HEAD M12 | ok 89.70 to m | USD | 100 | 0 | 01/02/00 | 12/31/00 |

Country of manufacture is U.S.A.    *Weekly Capacity = 8 hrs/3 shifts/5 days.

During the term of this Agreement, Supplier will assure that each Product remains competitive in terms of price, technology, design and quality with any similar product available to Buyer. Supplier will not sell any Products (except Products which are standard or stock goods sold by Supplier) to Buyer for any purpose other than use in the production of parts and components for Delphi.

If any of the information in the table above is in error or missing, please contact the following person **BEFORE** accepting this document:

   Attn: Joan Philpot
   Phone: (937) 455-9588

2.   Term. With respect to each Product, the term of this Agreement is from Begin Date through End Date as stated above.

3.   Information. Supplier will provide Delphi with any requested information concerning its actual supply of Products to Buyer, including, without limitation, volume, delivery and pricing data. In addition, Supplier will cooperate to create, maintain, update and share with Delphi and Buyer any designs, specifications, drawings, schematics, mask works, prototypes and other technical information required for the commercial production, including validation and qualification for automotive applications, of all of the Products and products that incorporate the Products (collectively, "Technical Information"). Technical Information will not be subject to any use or disclosure restrictions.

4.   Supply Terms. All Products will be ordered by Buyer, and delivered by Supplier, in accordance with supply agreements and purchase orders (including related delivery releases and shipping instructions) issued by Buyer and accepted by Supplier. Delphi does not guarantee payment or performance of Buyer, including Buyer's purchase of any minimum volumes.

5.   Payments by Delphi. Neither this Agreement nor any activities related to Supplier's sale of Products to Buyer will constitute or imply any promise or intention by Delphi to purchase any production goods or services from Supplier. Delphi will not be obligated to purchase, or pay or reimburse Supplier for, any tooling, prototypes, samples, experimental parts or other goods or services related to Supplier's sale of Products to Buyer unless Delphi issues a separate written purchase order to Supplier concerning such purchase.

6.   Use of Delphi Property. All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, drawings, specifications, equipment and other items that Delphi furnishes, either directly or indirectly, to Supplier (collectively, "Delphi's Property"), will (i) be and remain the property of Delphi, (ii) be held by Supplier on a bailment basis and (iii) be used by Supplier solely for the purpose of supplying Products to Buyer for use in the production of parts and components for Delphi. Supplier will not sell, lend, rent, encumber, pledge, lease, transfer or otherwise dispose of any Delphi Property. Goods manufactured using or based on

Delphi Property may not be used for Supplier's own use or sold to any party other than Buyer without Delphi's express written authorization.

## ACCEPTED AND AGREED TO:

### FEDERAL SCREW WORKS

By:_____
   *(Signature)*

Name:_____
   *(Please print)*

Title:_____
   *(Please print)*

Phone:_____

Dated:_____

Return to: BECKY DAULTON   1-08
           DELPHI ENERGY & CHASSIS SYSTEMS
           P.O. BOX 1042
           DAYTON, OH 45401

   Phone: (937) 455-7292
   FAX:   (937) 455-9133



# GENERAL PRODUCTS CORPORATION

2400 EAST SOUTH STREET
JACKSON, MICHIGAN 49201
(517) 764-2730 • FAX (517) 764-5843

**PURCHASE ORDER**
BLANKET
PURCHASE ORDER NUMBER
B 10004424

| VENDOR CODE |
|---|
| S00115 |

EFFECTIVE DATE: 12/23/97
EXPIRATION DATE: 12/31/03

PAGE NUMBER: 1 of 2

HP CORPORATION
1225 UTICA ROAD
P.O. BOX 189002
UTICA          , MI 48318-9002

CONTACT: RON HOLLIS
PHONE: (810)254-1320
FAX #: (586)726-5665

CURRENCY:
*** CONFIRMATION ORDER ***

| PAYMENT TERMS | FREIGHT TERMS | TAXABLE | CARRIER |
|---|---|---|---|
|  |  |  | INDIANA FREIGHT |

| LINE | VENDOR PART NUMBER / ITEM DESCRIPTION | UOM | TAXABLE | DATE REQUIRED | QUANTITY ORDERED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 | INTERNAL#: 11096651  BOLT, BUSHING SATURN LS C.A.  PARTS MANUFACTURED AGAINST THIS PURCHASE ORDER ARE TO BE IN COMPLIANCE WITH THE CURRENT DRAWING AND SPECIFICATIONS DEFINED HEREIN:  CHANGE - NONE 12/22/93 | EA |  |  |  | 0.207420 |  |

FORM NO. 110  REV. 1

**DELPHI**
From Automotive Systems

```
DELPHI ENERGY & CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON, OH 45401
```

Agreement No: 001022-00
Date Issued: **03/31/2000**

Buyer: BECKY DAULTON
Phone: (937) 455-7292
FAX: (937) 455-9133

To

```
ELCO INDUSTRIES INC
1111 SAMUELSON RD
ROCKFORD, IL 61125
```

Ship To

```
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703
```

## DELPHI DIRECTED SOURCING AGREEMENT

ELCO INDUSTRIES INC ("Supplier") has been selected by Delphi Automotive Systems ("Delphi") as the preferred strategic source of the Products listed below in connection with the production by **GENERAL PRODUCTS** and/or any other company designated by Delphi (collectively, "Buyer") of the following parts and components for Delphi:

**Generic Part Description**
DELPHI PART

**Delphi {Tier 1} Buyer**
TOM IOANES

If Supplier accepts this Agreement in writing or commences the supply of Products to Buyer, Supplier will be deemed to have accepted all of the following terms and conditions in consideration of being designated by Delphi as the preferred strategic source of the Products:

1. **Purchase of Product.** During the term of this Agreement, Supplier agrees to maintain the specified weekly capacity and sell the following products (each referred to as a "Product" and collectively referred to as the "Products") to Buyer at a price which does not exceed the specified maximum unit price (FOB Supplier's plant):

**DELPHI DIRECTED SOURCING**

Agreement No: **001022-00**
Date Issued: **03/31/2000**

| Part Number | Description | Price Per Thousand | Currency | Req. % | Weekly Capacity* | Begin Date | End Date |
|---|---|---|---|---|---|---|---|
| 11093961 | SCREW - M6 | 58.47 | USD | 100 | 0 | 01/02/00 | 12/31/00 |

Country of manufacture is U.S.A.          *Weekly Capacity = 8 hrs/3 shifts/5 days.

During the term of this Agreement, Supplier will assure that each Product remains competitive in terms of price, technology, design and quality with any similar product available to Buyer. Supplier will not sell any Products (except Products which are standard or stock goods sold by Supplier) to Buyer for any purpose other than use in the production of parts and components for Delphi.

If any of the information in the table above is in error or missing, please contact the following person **BEFORE** accepting this document:

   Attn: Joan Philpot
   Phone: (937) 455-9588

2.   Term. With respect to each Product, the term of this Agreement is from Begin Date through End Date as stated above.

3.   Information. Supplier will provide Delphi with any requested information concerning its actual supply of Products to Buyer, including, without limitation, volume, delivery and pricing data. In addition, Supplier will cooperate to create, maintain, update and share with Delphi and Buyer any designs, specifications, drawings, schematics, mask works, prototypes and other technical information required for the commercial production, including validation and qualification for automotive applications, of all of the Products and products that incorporate the Products (collectively, "Technical Information"). Technical Information will not be subject to any use or disclosure restrictions.

4.   Supply Terms. All Products will be ordered by Buyer, and delivered by Supplier, in accordance with supply agreements and purchase orders (including related delivery releases and shipping instructions) issued by Buyer and accepted by Supplier. Delphi does not guarantee payment or performance of Buyer, including Buyer's purchase of any minimum volumes.

5.   Payments by Delphi. Neither this Agreement nor any activities related to Supplier's sale of Products to Buyer will constitute or imply any promise or intention by Delphi to purchase any production goods or services from Supplier. Delphi will not be obligated to purchase, or pay or reimburse Supplier for, any tooling, prototypes, samples, experimental parts or other goods or services related to Supplier's sale of Products to Buyer unless Delphi issues a separate written purchase order to Supplier concerning such purchase.

6.   Use of Delphi Property. All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, drawings, specifications, equipment and other items that Delphi furnishes, either directly or indirectly, to Supplier (collectively, "Delphi's Property"), will (i) be and remain the property of Delphi, (ii) be held by Supplier on a bailment basis and (iii) be used by Supplier solely for the purpose of supplying Products to Buyer for use in the production of parts and components for Delphi. Supplier will not sell, lend, rent, encumber, pledge, lease, transfer or otherwise dispose of any Delphi Property. Goods manufactured using or based on

Delphi Property may not be used for Supplier's own use or sold to any party other than Buyer without Delphi's express written authorization.

## ACCEPTED AND AGREED TO:

### ELCO INDUSTRIES INC

By:_____
        (Signature)

Name:_____
        (Please print)

Title:_____
        (Please print)

Phone:_____

Dated:_____


Return to: BECKY DAULTON   1-08
          DELPHI ENERGY & CHASSIS SYSTEMS
          P.O. BOX 1042
          DAYTON, OH 45401

   Phone: (937) 455-7292
   FAX:   (937) 455-9133

**DELPHI**
From Automotive Systems

```
DELPHI ENERGY & CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON, OH 45401
```

Agreement No: 001280-02
Date Issued: 12/19/2003

Buyer: CAROL HOLLEY
Phone: (937) 455-7605
FAX: (937) 455-9133

To

```
GEBRUDER BINDER GMBH
MASTENWEG 5
WELDENSTETTEN,  D89197
GERMANY
```

Ship To

```
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703
```

## DELPHI DIRECTED SOURCING AGREEMENT

**GEBRUDER BINDER GMBH** ("Supplier") has been selected by Delphi Automotive Systems ("Delphi") as the preferred strategic source of the Products listed below in connection with the production by **GENERAL PRODUCTS** and/or any other company designated by Delphi (collectively, "Buyer") of the following parts and components for Delphi:

**Generic Part Description**           **Delphi {Tier 1} Buyer**
DELPHI PART                            CESAR BERNABE

If Supplier accepts this Agreement in writing or commences the supply of Products to Buyer, Supplier will be deemed to have accepted all of the following terms and conditions in consideration of being designated by Delphi as the preferred strategic source of the Products:

**EXTEND AGREEMENT THRU 12/31/04**

1.  **Purchase of Product.** During the term of this Agreement, Supplier agrees to maintain the specified weekly capacity and sell the following products (each referred to as a "Product" and collectively referred to as the "Products") to Buyer at a price which does not exceed the specified maximum unit price (FOB Supplier's plant):

| Part Number | Description | Price Per Thousand | Currency | Req. % | Weekly Capacity* | Begin Date | End Date |
|---|---|---|---|---|---|---|---|
| 3575472 | SUPPORT - PRESSURE HOSE | 368.12 | EUR | 100 | 0 | 01/01/02 | 12/31/04 |
| 90575473 | SUPPORT - PRESSURE HOSE | 368.12 | EUR | 100 | 0 | 01/01/02 | 12/31/04 |

Country of manufacture is Germany            *Weekly Capacity = 8 hrs/3 shifts/5 days.

During the term of this Agreement, Supplier will assure that each Product remains competitive in terms of price, technology, design and quality with any similar product available to Buyer. Supplier will not sell any Products (except Products which are standard or stock goods sold by Supplier) to Buyer for any purpose other than use in the production of parts and components for Delphi.

If any of the information in the table above is in error or missing, please contact the following person **BEFORE** accepting this document:

   Attn: Amanda McCoy
   Phone: (937) 455-7990

2.    Term. With respect to each Product, the term of this Agreement is from Begin Date through End Date as stated above.

3.    Information. Supplier will provide Delphi with any requested information concerning its actual supply of Products to Buyer, including, without limitation, volume, delivery and pricing data. In addition, Supplier will cooperate to create, maintain, update and share with Delphi and Buyer any designs, specifications, drawings, schematics, mask works, prototypes and other technical information required for the commercial production, including validation and qualification for automotive applications, of all of the Products and products that incorporate the Products (collectively, "Technical Information"). Technical Information will not be subject to any use or disclosure restrictions.

4.    Supply Terms. All Products will be ordered by Buyer, and delivered by Supplier, in accordance with supply agreements and purchase orders (including related delivery releases and shipping instructions) issued by Buyer and accepted by Supplier. Delphi does not guarantee payment or performance of Buyer, including Buyer's purchase of any minimum volumes.

5.    Payments by Delphi. Neither this Agreement nor any activities related to Supplier's sale of Products to Buyer will constitute or imply any promise or intention by Delphi to purchase any production goods or services from Supplier. Delphi will not be obligated to purchase, or pay or reimburse Supplier for, any tooling, prototypes, samples, experimental parts or other goods or services related to Supplier's sale of Products to Buyer unless Delphi issues a separate written purchase order to Supplier concerning such purchase.

6.    Use of Delphi Property. All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, drawings, specifications, equipment and other items that Delphi furnishes, either directly or indirectly, to Supplier (collectively, "Delphi's Property"), will (i) be and remain the property of Delphi, (ii) be held by Supplier on a bailment basis and (iii) be used by Supplier solely for the purpose of supplying Products to Buyer for use in the production of parts and components for Delphi. Supplier will not sell, lend, rent, encumber, pledge, lease, transfer or otherwise dispose of any Delphi Property. Goods manufactured using or based on

Delphi Property may not be used for Supplier's own use or sold to any party other than Buyer without Delphi's express written authorization.

## ACCEPTED AND AGREED TO:

### GEBRUDER BINDER GMBH

By: _____
      (Signature)

Name: _____
        (Please print)

Title: _____
        (Please print)

Phone: _____

Dated: _____

Return to:  CAROL HOLLEY  1-08
            DELPHI ENERGY & CHASSIS SYSTEMS
            P.O. BOX 1042
            DAYTON, OH 45401

Phone: (937) 455-7605
FAX:   (937) 455-9133

**CONTRACT REVIEW**

| Part Number: ✓ | GP Quote Number: N/A |
| Unit Price: ✓ | Tooling Capacity: N/A |
| Tooling Amount: N/A | Production Plant: Anglc |
| Effective Date: 1/1/04 thru 12/31/04 | Design Revision: ✗ |
| Other: ___ | Terms & Conditions: ✓ |

1/9/04
Date                    Account Manager

CC: Ti Mauro

**DELPHI**
Automotive Systems

From

```
DELPHI ENERGY & CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON, OH 45401
```

Agreement No: 001296-02
Date Issued: 12/19/2003

Buyer: CAROL HOLLEY
Phone: (937) 455-7605
FAX:   (937) 455-9133

To

```
HUGO BAUER
GEORGESTR 16 WALD
SOLINGEN,  DE 42701
GERMANY
```

Ship To

```
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703
```

## DELPHI DIRECTED SOURCING AGREEMENT

**HUGO BAUER** ("Supplier") has been selected by Delphi Automotive Systems ("Delphi") as the preferred strategic source of the Products listed below in connection with the production by **GENERAL PRODUCTS** and/or any other company designated by Delphi (collectively, "Buyer") of the following parts and components for Delphi:

**Generic Part Description**
DELPHI PART

**Delphi {Tier 1} Buyer**
CESAR BERNABE

If Supplier accepts this Agreement in writing or commences the supply of Products to Buyer, Supplier will be deemed to have accepted all of the following terms and conditions in consideration of being designated by Delphi as the preferred strategic source of the Products:

**EXTEND AGREEMENT THRU 12/31/04**

1.   <u>Purchase of Product</u>.  During the term of this Agreement, Supplier agrees to maintain the specified weekly capacity and sell the following products (each referred to as a "Product" and collectively referred to as the "Products") to Buyer at a price which does not exceed the specified maximum unit price (FOB Supplier's plant):

| Part Number | Description | Price Per Thousand | Currency | Req. % | Weekly Capacity* | Begin Date | End Date |
|---|---|---|---|---|---|---|---|
| 539036 | BRAKE HOSE CLIP | 25.16 | EUR | 100 | 0 | 01/01/02 | 12/31/04 |

Country of manufacture is Germany    *Weekly Capacity = 8 hrs/3 shifts/5 days.

During the term of this Agreement, Supplier will assure that each Product remains competitive in terms of price, technology, design and quality with any similar product available to Buyer. Supplier will not sell any Products (except Products which are standard or stock goods sold by Supplier) to Buyer for any purpose other than use in the production of parts and components for Delphi.

If any of the information in the table above is in error or missing, please contact the following person **BEFORE** accepting this document:

   Attn: Amanda McCoy
   Phone: (937) 455-7990

2.    Term. With respect to each Product, the term of this Agreement is from Begin Date through End Date as stated above.

3.    Information. Supplier will provide Delphi with any requested information concerning its actual supply of Products to Buyer, including, without limitation, volume, delivery and pricing data. In addition, Supplier will cooperate to create, maintain, update and share with Delphi and Buyer any designs, specifications, drawings, schematics, mask works, prototypes and other technical information required for the commercial production, including validation and qualification for automotive applications, of all of the Products and products that incorporate the Products (collectively, "Technical Information"). Technical Information will not be subject to any use or disclosure restrictions.

4.    Supply Terms. All Products will be ordered by Buyer, and delivered by Supplier, in accordance with supply agreements and purchase orders (including related delivery releases and shipping instructions) issued by Buyer and accepted by Supplier. Delphi does not guarantee payment or performance of Buyer, including Buyer's purchase of any minimum volumes.

5.    Payments by Delphi. Neither this Agreement nor any activities related to Supplier's sale of Products to Buyer will constitute or imply any promise or intention by Delphi to purchase any production goods or services from Supplier. Delphi will not be obligated to purchase, or pay or reimburse Supplier for, any tooling, prototypes, samples, experimental parts or other goods or services related to Supplier's sale of Products to Buyer unless Delphi issues a separate written purchase order to Supplier concerning such purchase.

6.    Use of Delphi Property. All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, drawings, specifications, equipment and other items that Delphi furnishes, either directly or indirectly, to Supplier (collectively, "Delphi's Property"), will (i) be and remain the property of Delphi, (ii) be held by Supplier on a bailment basis and (iii) be used by Supplier solely for the purpose of supplying Products to Buyer for use in the production of parts and components for Delphi. Supplier will not sell, lend, rent, encumber, pledge, lease, transfer or otherwise dispose of any Delphi Property. Goods manufactured using or based on

Delphi Property may not be used for Supplier's own use or sold to any party other than Buyer without Delphi's xpress written authorization.

## ACCEPTED AND AGREED TO:

### HUGO BAUER

By: _____
      (Signature)

Name: _____
      (Please print)

Title: _____
      (Please print)

Phone: _____

Dated: _____


Return to: CAROL HOLLEY   1-08
          DELPHI ENERGY & CHASSIS SYSTEMS
          P.O. BOX 1042
          DAYTON, OH 45401

Phone: (937) 455-7605
FAX: (937) 455-9133



Page 3 of 48