From

DELPHI ENERGY & CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON, OH 45401

Agreement No: **001298-01**
Date Issued: **12/1/2003**

**Buyer:** TOM BRAMER
**Phone:** (937) 455-9345
**FAX:** (937) 455-9133

To

LEMFOERDER METALLWAREN JUERGEN
ULDERUP AG & CO WIESENSTR 30
DAMME, DE49401
GERMANY

Ship To

GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703

## DELPHI DIRECTED SOURCING AGREEMENT

**LEMFOERDER METALLWAREN JUERGEN** ("Supplier") has been selected by Delphi Automotive Systems ("Delphi") as the preferred strategic source of the Products listed below in connection with the production by **GENERAL PRODUCTS** and/or any other company designated by Delphi (collectively, "Buyer") of the following parts and components for Delphi:

| <u>Generic Part Description</u> | <u>Delphi {Tier 1} Buver</u> |
|---|---|
| DELPHI PART | AARON SMITH |

If Supplier accepts this Agreement in writing or commences the supply of Products to Buyer, Supplier will be deemed to have accepted all of the following terms and conditions in consideration of being designated by Delphi as the preferred strategic source of the Products:

## EXTENDING AGREEMENT THROUGH END OF 2004.

1. <u>Purchase of Product</u>. During the term of this Agreement, Supplier agrees to maintain the specified weekly capacity and sell the following products (each referred to as a "Product" and collectively referred to as the "Products") to Buyer at a price which does not exceed the specified maximum unit price (FOB Supplier's plant):

DELPHI DIRECT SOURCING AGREEMENT 1298-01

Date Issued: 12/1/2003

| Part Number | Description | Price Per Thousand | Currency | Req. % | Weekly Capacity* | Begin Date | End Date |
|---|---|---|---|---|---|---|---|
| J495585 | BUSHING | 2,301.00 | EUR | 100 | 0 | 01/01/02 | 12/31/04 |
| 90496700 | BALL JOINT | 3,027.00 | EUR | 100 | 0 | 01/01/02 | 12/31/04 |

Country of manufacture is Germany          *Weekly Capacity = 8 hrs/3 shifts/5 days.

During the term of this Agreement, Supplier will assure that each Product remains competitive in terms of price, technology, design and quality with any similar product available to Buyer. Supplier will not sell any Products (except Products which are standard or stock goods sold by Supplier) to Buyer for any purpose other than use in the production of parts and components for Delphi.

If any of the information in the table above is in error or missing, please contact the following person BEFORE accepting this document:

Attn: Amanda McCoy
Phone: (937) 455-7990

2.    Term. With respect to each Product, the term of this Agreement is from Begin Date through End Date as stated above.

3.    Information. Supplier will provide Delphi with any requested information concerning its actual supply of Products to Buyer, including, without limitation, volume, delivery and pricing data. In addition, Supplier will cooperate to create, maintain, update and share with Delphi and Buyer any designs, specifications, drawings, schematics, mask works, prototypes and other technical information required for the commercial production, including validation and qualification for automotive applications, of all of the Products and products that incorporate the Products (collectively, "Technical Information"). Technical Information will not be subject to any use or disclosure restrictions.

4.    Supply Terms. All Products will be ordered by Buyer, and delivered by Supplier, in accordance with supply agreements and purchase orders (including related delivery releases and shipping instructions) issued by Buyer and accepted by Supplier. Delphi does not guarantee payment or performance of Buyer, including Buyer's purchase of any minimum volumes.

5.    Payments by Delphi. Neither this Agreement nor any activities related to Supplier's sale of Products to Buyer will constitute or imply any promise or intention by Delphi to purchase any production goods or services from Supplier. Delphi will not be obligated to purchase, or pay or reimburse Supplier for, any tooling, prototypes, samples, experimental parts or other goods or services related to Supplier's sale of Products to Buyer unless Delphi issues a separate written purchase order to Supplier concerning such purchase.

6.    Use of Delphi Property. All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, drawings, specifications, equipment and other items that Delphi furnishes, either directly or indirectly, to Supplier (collectively, "Delphi's Property"), will (i) be and remain the property of Delphi, (ii) be held by Supplier on a bailment basis and (iii) be used by Supplier solely for the purpose of supplying Products to Buyer for use in the production of parts and components for Delphi. Supplier will not sell, lend, rent, encumber, pledge, lease, transfer or otherwise dispose of any Delphi Property. Goods manufactured using or based on

Delphi Property may not be used for Supplier's own use or sold to any party other than Buyer without Delphi's express written authorization.

## ACCEPTED AND AGREED TO:

### LEMFOERDER METALLWAREN JUERGEN

By:_____
      *(Signature)*

Name:_____
      *(Please print)*

Title:_____
      *(Please print)*

Phone:_____

Dated:_____

Return to: TOM BRAMER  1-08
      DELPHI ENERGY & CHASSIS SYSTEMS
      P.O. BOX 1042
      DAYTON, OH 45401

  Phone: (937) 455-9345
    FAX: (937) 455-9133

---

**CONTRACT REVIEW**

| | |
|---|---|
| Part Number: ✓ | GP Quote Number: N A |
| Unit Price: ✓ | Tooling Capacity: N A |
| Tooling Amount: N/A | Production Plant: Angol |
| Effective Date: 1/1/04 - 12/31/04 | Design Revision: |
| Other: | Terms & Conditions: |

1/9/04
Date

Account Manager

*CCI Ti Marno*

# DELPHI

### Automotive Systems

From

DELPHI ENERGY & CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON, OH 45401

Agreement No: **001279-01**
Date Issued: **12/19/2003**

**Buyer:** CAROL HOLLEY
**Phone:** (937) 455-7605
**FAX:** (937) 455-9133

To

MUHR UND BENDER
AUF DEN SCHLACHTWIESEN 4
POSTFACH 360
ATTENDORN,  57427
GERMANY

Ship To

GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703

## DELPHI DIRECTED SOURCING AGREEMENT

**MUHR UND BENDER** ("Supplier") has been selected by Delphi Automotive Systems ("Delphi") as the preferred strategic source of the Products listed below in connection with the production by **GENERAL PRODUCTS** and/or any other company designated by Delphi (collectively, "Buyer") of the following parts and components for Delphi:

| **Generic Part Description** | **Delphi {Tier 1} Buyer** |
|---|---|
| DELPHI PART | CESAR BERNABE |

If Supplier accepts this Agreement in writing or commences the supply of Products to Buyer, Supplier will be deemed to have accepted all of the following terms and conditions in consideration of being designated by Delphi as the preferred strategic source of the Products:

## EXTEND AGREEMENT THRU 12/31/04

1.    <u>Purchase of Product</u>.  During the term of this Agreement, Supplier agrees to maintain the specified weekly capacity and sell the following products (each referred to as a "Product" and collectively referred to as the "Products") to Buyer at a price which does not exceed the specified maximum unit price (FOB Supplier's plant):

DELPHI DIRECTED SOURCING

Agreement No: 001279-01
Date Issued: 12/19/2003

| Part Number | Description | Price Per Thousand | Currency | Req. % | Weekly Capacity* | Begin Date | End Date |
|---|---|---|---|---|---|---|---|
| 9127784 | BRACKET | 2,617.75 | EUR | 100 | 0 | 01/01/02 | 12/31/04 |
| 9127785 | BRACKET | 2,617.75 | EUR | 100 | 0 | 01/01/02 | 12/31/04 |

Country of manufacture is Germany          *Weekly Capacity = 8 hrs/3 shifts/5 days.

During the term of this Agreement, Supplier will assure that each Product remains competitive in terms of price, technology, design and quality with any similar product available to Buyer. Supplier will not sell any Products (except Products which are standard or stock goods sold by Supplier) to Buyer for any purpose other than use in the production of parts and components for Delphi.

If any of the information in the table above is in error or missing, please contact the following person **BEFORE** accepting this document:

Attn: Amanda McCoy
Phone: (937) 455-7990

2.    Term. With respect to each Product, the term of this Agreement is from Begin Date through End Date as stated above.

3.    Information. Supplier will provide Delphi with any requested information concerning its actual supply of Products to Buyer, including, without limitation, volume, delivery and pricing data. In addition, Supplier will cooperate to create, maintain, update and share with Delphi and Buyer any designs, specifications, drawings, schematics, mask works, prototypes and other technical information required for the commercial production, including validation and qualification for automotive applications, of all of the Products and products that incorporate the Products (collectively, "Technical Information"). Technical Information will not be subject to any use or disclosure restrictions.

4.    Supply Terms. All Products will be ordered by Buyer, and delivered by Supplier, in accordance with supply agreements and purchase orders (including related delivery releases and shipping instructions) issued by Buyer and accepted by Supplier. Delphi does not guarantee payment or performance of Buyer, including Buyer's purchase of any minimum volumes.

5.    Payments by Delphi. Neither this Agreement nor any activities related to Supplier's sale of Products to Buyer will constitute or imply any promise or intention by Delphi to purchase any production goods or services from Supplier. Delphi will not be obligated to purchase, or pay or reimburse Supplier for, any tooling, prototypes, samples, experimental parts or other goods or services related to Supplier's sale of Products to Buyer unless Delphi issues a separate written purchase order to Supplier concerning such purchase.

6.    Use of Delphi Property. All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, drawings, specifications, equipment and other items that Delphi furnishes, either directly or indirectly, to Supplier (collectively, "Delphi's Property"), will (i) be and remain the property of Delphi, (ii) be held by Supplier on a bailment basis and (iii) be used by Supplier solely for the purpose of supplying Products to Buyer for use in the production of parts and components for Delphi. Supplier will not sell, lend, rent, encumber, pledge, lease, transfer or otherwise dispose of any Delphi Property. Goods manufactured using or based on

05-44481-rdd    Doc 7634-14    Filed 04/11/07    Entered 04/11/07 15:81:10    Exhibit 1279-01
DELPHI DIRECTED SOURCING Agreement Exhibit
(13)    Pg 6 of 12

Date Issued: **12/19/2003**

Delphi Property may not be used for Supplier's own use or sold to any party other than Buyer without Delphi's press written authorization.

## ACCEPTED AND AGREED TO:

### MUHR UND BENDER

By:_____
*(Signature)*

Name:_____
*(Please print)*

Title:_____
*(Please print)*

Phone:_____

Dated:_____

Return to: CAROL HOLLEY   1-08
DELPHI ENERGY & CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON, OH 45401

Phone: (937) 455-7605
FAX: (937) 455-9133

---

**CONTRACT REVIEW**

Part Number: ✓                GP Quote Number: N/A
Unit Price: ✓                 Tooling Capacity: N/A
Tooling Amount: N/A           Production Plant: Angola
Effective Date: 1/1/04 - 12/31/04    Design Revision:
Other:                        Terms & Conditions:

1/9/04
**Date**                      **Account Manager**

CC: T. Mauro

# DELPHI
## Automotive Systems

From

DELPHI ENERGY & CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON, OH 45401

Agreement No: **001020-06**
Date Issued: **12/3/2003**

**Buyer:** TOM BRAMER
**Phone:** (937) 455-9345
**FAX:** (937) 455-9133

To

TI GROUP AUTOMOTIVE SYSTEMS CORP
ATTN:  GENERAL MOTORS BUSINESS UNIT
12345 E 9 MILE RD
WARREN, MI 48090-2001
USA

Ship To

GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703

## DELPHI DIRECTED SOURCING AGREEMENT

**TI GROUP AUTOMOTIVE SYSTEMS CORP** ("Supplier") has been selected by Delphi Automotive Systems ("Delphi") as the preferred strategic source of the Products listed below in connection with the production by **GENERAL PRODUCTS** and/or any other company designated by Delphi (collectively, "Buyer") of the following parts and components for Delphi:

**Generic Part Description**
DELPHI PART

**Delphi {Tier 1} Buyer**
AARON SMITH

If Supplier accepts this Agreement in writing or commences the supply of Products to Buyer, Supplier will be deemed to have accepted all of the following terms and conditions in consideration of being designated by Delphi as the preferred strategic source of the Products:

## EXTEND DELPHI DIRECTED SOURCING AGREEMENT THROUGH 12/31/04.

1. <u>Purchase of Product</u>. During the term of this Agreement, Supplier agrees to maintain the specified weekly capacity and sell the following products (each referred to as a "Product" and collectively referred to as the "Products") to Buyer at a price which does not exceed the specified maximum unit price (FOB Supplier's plant):

**DELPHI DIRECTED SOURCING**

Agreement No: **001020-06**
Date Issued: 12/3/2003

| Part Number | Description | Price Per Thousand | Currency | Req. % | Weekly Capacity* | Begin Date | End Date |
|---|---|---|---|---|---|---|---|
| 224176 | DRUM BRAKE PIPE | 530.00 | USD | 100 | 0 | 01/02/00 | 12/31/04 |
| 9224177 | DRUM BRAKE PIPE | 530.00 | USD | 100 | 0 | 01/02/00 | 12/31/04 |

Country of manufacture is U.S.A.          *Weekly Capacity = 8 hrs/3 shifts/5 days.

During the term of this Agreement, Supplier will assure that each Product remains competitive in terms of price, technology, design and quality with any similar product available to Buyer. Supplier will not sell any Products (except Products which are standard or stock goods sold by Supplier) to Buyer for any purpose other than use in the production of parts and components for Delphi.

If any of the information in the table above is in error or missing, please contact the following person **BEFORE** accepting this document:

    Attn:  Amanda McCoy
    Phone:  (937) 455-7990

2.    Term.  With respect to each Product, the term of this Agreement is from Begin Date through End Date as stated above.

3.    Information.  Supplier will provide Delphi with any requested information concerning its actual supply of Products to Buyer, including, without limitation, volume, delivery and pricing data.  In addition, Supplier will cooperate to create, maintain, update and share with Delphi and Buyer any designs, specifications, rawings, schematics, mask works, prototypes and other technical information required for the commercial production, including validation and qualification for automotive applications, of all of the Products and products that incorporate the Products (collectively, "Technical Information").  Technical Information will not be subject to any use or disclosure restrictions.

4.    Supply Terms.  All Products will be ordered by Buyer, and delivered by Supplier, in accordance with supply agreements and purchase orders (including related delivery releases and shipping instructions) issued by Buyer and accepted by Supplier.  Delphi does not guarantee payment or performance of Buyer, including Buyer's purchase of any minimum volumes.

5.    Payments by Delphi.  Neither this Agreement nor any activities related to Supplier's sale of Products to Buyer will constitute or imply any promise or intention by Delphi to purchase any production goods or services from Supplier.  Delphi will not be obligated to purchase, or pay or reimburse Supplier for, any tooling, prototypes, samples, experimental parts or other goods or services related to Supplier's sale of Products to Buyer unless Delphi issues a separate written purchase order to Supplier concerning such purchase.

6.    Use of Delphi Property.  All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, drawings, specifications, equipment and other items that Delphi furnishes, either directly or indirectly, to Supplier (collectively, "Delphi's Property"), will (i) be and remain the property of Delphi, (ii) be held by Supplier on a bailment basis and (iii) be used by Supplier solely for the purpose of supplying Products to Buyer for use in the production of parts and components for Delphi.  Supplier will not sell, lend, rent, encumber, ¬ledge, lease, transfer or otherwise dispose of any Delphi Property.  Goods manufactured using or based on

**DELPHI DIRECTED SOURCING**                                 Agreement No: **001020-06**
                                                            Date Issued: **12/3/2003**

Delphi Property may not be used for Supplier's own use or sold to any party other than Buyer without Delphi's
press written authorization.

## ACCEPTED AND AGREED TO:

**TI GROUP AUTOMOTIVE SYSTEMS CORP**

By:_____
         *(Signature)*

Name:_____
         *(Please print)*

Title:_____
         *(Please print)*

Phone:_____

Dated:_____

Return to: TOM BRAMER   1-08
           DELPHI ENERGY & CHASSIS SYSTEMS
           P.O. BOX 1042
           DAYTON, OH 45401

   Phone: (937) 455-9345
   FAX: (937) 455-9133

## CONTRACT REVIEW

| | |
|---|---|
| Part Number: ✓ | GP Quote Number: — |
| Unit Price: ✓ | Tooling Capacity: N/A |
| Tooling Amount: N/A | Production Plant: Dodge |
| Effective Date: 1/1/04 | Design Revision: ✓ |
| Other: | Terms & Conditions: |

1/13/04
Date

*Michael Dash*
Account Manager

CC: T. Mains

# DELPHI
## Automotive Systems

From

Agreement No: **001020-06**
Date Issued: **12/3/2003**

```
DELPHI ENERGY & CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON, OH 45401
```

**Buyer:** TOM BRAMER
**Phone:** (937) 455-9345
**FAX:**   (937) 455-9133

To

Ship To

```
TI GROUP AUTOMOTIVE SYSTEMS CORP
ATTN:   GENERAL MOTORS BUSINESS UNIT
12345 E 9 MILE RD
WARREN, MI 48090-2001
USA
```

```
GENERAL PRODUCTS
1411 WOHLERT STREET
ANGOLA, IN 46703
```

## DELPHI DIRECTED SOURCING AGREEMENT

**TI GROUP AUTOMOTIVE SYSTEMS CORP** ("Supplier") has been selected by Delphi Automotive Systems ("Delphi") as the preferred strategic source of the Products listed below in connection with the production by **GENERAL PRODUCTS** and/or any other company designated by Delphi (collectively, "Buyer") of the following parts and components for Delphi:

| Generic Part Description | Delphi {Tier 1} Buyer |
|---|---|
| DELPHI PART | AARON SMITH |

If Supplier accepts this Agreement in writing or commences the supply of Products to Buyer, Supplier will be deemed to have accepted all of the following terms and conditions in consideration of being designated by Delphi as the preferred strategic source of the Products:

## EXTEND DELPHI DIRECTED SOURCING AGREEMENT THROUGH 12/31/04.

1.   <u>Purchase of Product</u>. During the term of this Agreement, Supplier agrees to maintain the specified weekly capacity and sell the following products (each referred to as a "Product" and collectively referred to as the "Products") to Buyer at a price which does not exceed the specified maximum unit price (FOB Supplier's plant):

**DELPHI DIRECTED SOURCING**

Agreement No. 001020-06

Date Issued: 12/3/2003

| Part Number | Description | Price Per Thousand | Currency | Req. % | Weekly Capacity* | Begin Date | End Date |
|---|---|---|---|---|---|---|---|
| _224176 | DRUM BRAKE PIPE | 530.00 | USD | 100 | 0 | 01/02/00 | 12/31/04 |
| 9224177 | DRUM BRAKE PIPE | 530.00 | USD | 100 | 0 | 01/02/00 | 12/31/04 |

Country of manufacture is U.S.A.        *Weekly Capacity = 8 hrs/3 shifts/5 days.

During the term of this Agreement, Supplier will assure that each Product remains competitive in terms of price, technology, design and quality with any similar product available to Buyer. Supplier will not sell any Products (except Products which are standard or stock goods sold by Supplier) to Buyer for any purpose other than use in the production of parts and components for Delphi.

If any of the information in the table above is in error or missing, please contact the following person **BEFORE** accepting this document:

Attn: Amanda McCoy
Phone: (937) 455-7990

2.    Term. With respect to each Product, the term of this Agreement is from Begin Date through End Date as stated above.

3.    Information. Supplier will provide Delphi with any requested information concerning its actual supply of Products to Buyer, including, without limitation, volume, delivery and pricing data. In addition, Supplier will cooperate to create, maintain, update and share with Delphi and Buyer any designs, specifications, awings, schematics, mask works, prototypes and other technical information required for the commercial production, including validation and qualification for automotive applications, of all of the Products and products that incorporate the Products (collectively, "Technical Information"). Technical Information will not be subject to any use or disclosure restrictions.

4.    Supply Terms. All Products will be ordered by Buyer, and delivered by Supplier, in accordance with supply agreements and purchase orders (including related delivery releases and shipping instructions) issued by Buyer and accepted by Supplier. Delphi does not guarantee payment or performance of Buyer, including Buyer's purchase of any minimum volumes.

5.    Payments by Delphi. Neither this Agreement nor any activities related to Supplier's sale of Products to Buyer will constitute or imply any promise or intention by Delphi to purchase any production goods or services from Supplier. Delphi will not be obligated to purchase, or pay or reimburse Supplier for, any tooling, prototypes, samples, experimental parts or other goods or services related to Supplier's sale of Products to Buyer unless Delphi issues a separate written purchase order to Supplier concerning such purchase.

6.    Use of Delphi Property. All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, drawings, specifications, equipment and other items that Delphi furnishes, either directly or indirectly, to Supplier (collectively, "Delphi's Property"), will (i) be and remain the property of Delphi, (ii) be held by Supplier on a bailment basis and (iii) be used by Supplier solely for the purpose of supplying Products to Buyer for use in the production of parts and components for Delphi. Supplier will not sell, lend, rent, encumber, 'edge, lease, transfer or otherwise dispose of any Delphi Property. Goods manufactured using or based on

Delphi Property may not be used for Supplier's own use or sold to any party other than Delphi's express written authorization.

## ACCEPTED AND AGREED TO:

### TI GROUP AUTOMOTIVE SYSTEMS CORP

By:_____
     *(Signature)*

Name:_____
        *(Please print)*

Title:_____
       *(Please print)*

Phone:_____

Dated:_____

Return to: TOM BRAMER   1-08
             DELPHI ENERGY & CHASSIS SYSTEMS
             P.O. BOX 1042
             DAYTON, OH 45401

Phone: (937) 455-9345
FAX: (937) 455-9133

## CONTRACT REVIEW

Part Number: ✓                    GP Quote Number: —
Unit Price: ✓                     Tooling Capacity: N/A
Tooling Amount: N/A               Production Plant: Ange
Effective Date: 1/1/04            Design Revision: Ange
Other: _____                   Terms & Conditions: _____

1/13/04
Date

*(signature)*
Account Manager

CC! T. Mauno