EXHIBIT A

COPY

| UNITED STATES BANKRUPTCY COURT Southern | DISTRICT OF New York | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi Automotive Systems LLC | Case Number: 05-44640 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
P & R Industries Inc Eft

Name and address where notices should be sent:
P & R Industries Inc Eft
Accounts Receivable
1524 Clinton Ave N
Rochester NY 14621

Telephone number: 585-266-6735

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

The Debtor has listed your claim as Unliquidated and Disputed on Schedule F as a General Unsecured claim in the amount of $366,094.25. If you believe that you have a claim against the Debtor, you are required to complete and return this form.

Master Code: 10408552

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 13-075-2314

Check here ☐ replaces ☐ amends a previously filed claim, dated: _____
if this claim

1. Basis for Claim
☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)    (date)

Received AUG 04 2006 Kurtzman Carson

2. Date debt was incurred: 12/21/04 - 10/5/05
3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $278,019.25 (unsecured) ___ (secured) ___ (priority)   278,019.25 (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Nonpriority Claim $278,019.25
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

RECEIVED CLAIMS PROCESSING CENTER USBC, SDNY

Date: 7/20/2006
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
CHARLES SHEELAR    V.P.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544640060418151721018757

7/20/2006

DELPHI

| P.O.# | OLD P.O.# | LINE ID # | INV.DATE | INV.TOTAL | TOTAL | P&R JOB | PAYMENTS CREDITS | BALANCE | RECLAIM |
|---|---|---|---|---|---|---|---|---|---|
| ROCHESTER | | | | | | | | | |
| 450129222 | RPS41828 | PR116487-001 | AUG.23,2005 | 20,000.00 | | 5101 | | 20,000.00 | |
| 450129395 | RPS43183 | PR089731-002 | MAY 13,2005 | 2,460.00 | | 5599 | | 2,460.00 | |
| 450129477 | RPS44306-003 | PR089741-002 | AUG.24,2005 | 4,500.00 | | 5721 | | 4,500.00 | |
| 450131208 | | 119460 | SEPT.20,2005 | 1,770.00 | | 5879 | | 1,770.00 | |
| 450129608 | RPS45861 | PR089744 | SEPT.20,2005 | 44,950.00 | | 5796 | | 44,950.00 | |
| 450139865 | | PR115139-001 | SEPT.23,2005 | 26,500.00 | | 5788 | | 26,500.00 | |
| 450139865 | | PR115140-001 | SEPT.23,2005 | 10,000.00 | | 5788 | | 10,000.00 | |
| 450140308 | | PR10225440 | SEPT.23,2005 | 15,000.00 | | 5638 | | 15,000.00 | |
| 450123178 | AIS9446 | PR110262-001 | SEPT.28,2005 | 2,228.25 | | 5896 | | 2,228.25 | |
| 450129608 | RPS45910 | PRO89744-006 | SEPT.30,2005 | 8,500.00 | | 5796 | | 0.00 | 8,500.00 |
| 450129608 | RPS45910 | PRO89742 | OCT.5,2005 | 86,400.00 | | 5796 | 2700.00 | 0.00 | 83,700.00 |
| | | | | | 222,308.25 | | | | |
| COOPERSVILLE | | | | | | | | | |
| | CVS40096 | PRK00703-001 | JUNE 23,2005 | 2,625.00 | 2,625.00 | 5353 | | 2,625.00 | |
| PACKARD | | | | | | | | | |
| | P1S46883 | PRM0919Q-001 | AUG.16,2005 | 118,000.00 | | 5729 | | 118,000.00 | |
| SAGINAW | | | | | | | | | |
| | S2M81585 | PR409637-007 | JUNE 24,2005 | 22,986.00 | | 5505 | | 22,986.00 | |
| | S2M81500 | PR403225-002 | DEC.21,2004 | 5,500.00 | | 5162 | | 5,500.00 | |
| | S2S47128 | PR288394-001 | FEB.22,2005 | 1,500.00 | 29,986.00 | 4951 | | 1,500.00 | |
| TOTAL | | | | 372,919.25 | 254,919.25 | | 2,700.00 | 278,019.25 | 92,200.00 |

370,219.25

← unsecured claim

EXHIBIT B

 

P&R Industries, Inc.
1524 Clinton Ave North
Rochester, NY 14621
Phone # 585-266-6725
Fax # 585-266-0075
Sales@pandrindustries.com

**Invoice No 009831**

**Customer  000163**

Bill to :

DELPHI E&E COOPERSVILLE
999 RANDALL ROAD
COOPERSVILLE  MI 49404
USA

Sold to :

DELPHI E&E COOPERSVILLE
999 RANDALL ROAD
COOPERSVILLE  MI 49404
USA

Phone (616) 837-7493

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| CVS40096 | 06/23/2005 | NET 30 | | | |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | PRK00703 001    Rev NS    U/M | 1.0000 | 2,625.0000 | 0.00 | 2,625.00 |
| | 25350397A MODIFIED (200) | | | | |
| | Sales Order No:         004949 | | | | |
| | Customer PO No:      CVS40096 | | | | |

|  |  |
|---|---|
| Total Item Price | 2,625.00 |
| Shipping | 0.00 |
| Sales Tax | 0.00 |
| Total Inv Price | $ 2,625.00 |

SHIP TO ADDRESS
DELPHI E&E COOPERSVILLE
999 RANDALL ROAD
COOPERSVILLE  MI 49404
USA

Please pay balance due by Saturday July 23, 2005.

*ACCOUNTING COPY*

(4)

Page  1

Authorized Signature

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**
GLOBAL PURCHASE
5500 WEST HENRIETTE RD
P. O. BOX 20366
ROCHESTER NY
14608-0366          US

VENDOR NUMBER 13-075-2314
P & R INDUSTRIES INC
1524 N CLINTON AVE
ROCHESTER NY
14621-2206

**SHIP TO:**
DELPHI E&C - COOPERSVILLE
DELPHI
999 RANDALL ROAD
COOPERSVILLE MI
49404                US

**INVOICE TO:**
DELPHI E & E - COOPERSVILLE
IS PAY ON RECEIPT.
*** DO NOT SEND INVOICE ***
SUPPLIER WILL BE PAID THE
P.O PRICE. MI
49404                US

# PURCHASE ORDER

PAGE    1
CVS40096

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS PACKAGES AND BILLS OF LADING
(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND INVOICES.
INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL POST.

| ORDER DATE | PHONE: 585-359-6220 |
|---|---|
| 09/24/04 | J. DEVOLE |
| ALTERATION ISSUE DATE | 7T    BUYER |
| ALTERATION EFFECTIVE DATE | |

**SHIP VIA:** DELPHI E&EM CALL 800-805-9433
**PURCHASING AGENT**

Handwritten: 5353

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | FOB DESTINATION FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| 00001 | 1 | PRK00703 001 | | 25350397A MODIFIED FROM 25345131A 1 LOT OF 200 PIECES @$2625.00 PER LOT WHO ORDERED: M WIETZKE DEPT118 TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | 10/29/04 | B    0.00% | 2625.0000 | | |

THIS ORDER IS NOT BINDING UNTIL ACCEPTED. ACCEPTANCE SHOULD BE EXECUTED ON ACKNOWLEDGEMENT COPY WHICH SHOULD BE RETURNED TO BUYER.
ON THE REVERSE SIDE HEREOF ARE THE TERMS AND CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THIS ORDER.
THIS ORDER, INCLUDING THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, CONTAINS THE COMPLETE AND FINAL AGREEMENT BETWEEN BUYER AND SELLER AND NO OTHER AGREEMENT IN ANY WAY MODIFYING ANY OF SAID TERMS AND CONDITIONS WILL BE BINDING UPON THE BUYER UNLESS MADE IN WRITING AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVE.
ANY GOVERNMENT CONTRACT NUMBER IS SHOWN HEREON, ADDITIONAL TERMS AND CONDITIONS ATTACHED HERETO APPLY.

CONTINUE PAGE    2

SUPPLIER

A004265    USER KELLY M CARRIS



**P&R INDUSTRIES, INC.**
Rochester, N.Y. 14621

SHIPPED FROM: ☐ 1524 CLINTON AVE. N.
585-266-6725  FAX 585-266-0075
☐ 300 NORTON STREET
585-544-1811  FAX 585-544-3159

National Tooling & Machining Association

**NTMA**
PRECISION
Member

**PACKING SLIP #**
**Nº 08570**

SOLD TO: DELPHIE E&C
999 RANDALL ROAD
COOPERSVILLE MI  49404

SHIPPED TO:

ATTENTION:

SHIPPED VIA: DHL

DATE: DECEMBER 2, 2004

| CUSTOMER'S ORDER NO. | OUR ORDER NO. | BOXES | SKIDS | CRATES | REJECTION NO. | ORDER STATUS |
|---|---|---|---|---|---|---|
| CVS40096 | 5353 | | | | | ☒ PART  ☐ COMPL.  ☐ REPL. |

| QUANTITY | PART OR TOOL NO. | DESCRIPTION |
|---|---|---|
| 1 | PRK00703 001 | 25350397A (200 PIECES) THIS SHIPMENT (83 PIECES) |

EXHIBIT C

 

P&R Industries, Inc.
1524 Clinton Ave North
Rochester, NY 14621
Phone # 585-266-6725
Fax # 585-266-0075
Sales@pandrindustries.com

Invoice No 009190

Customer   000180

Bill to :

DELPHI SAGINAW STEERING
3900 HOLLAND ROAD
SAGINAW  MI 48601
USA

Sold to :

DELPHI SAGINAW STEERING
3900 HOLLAND ROAD
SAGINAW  MI 48601
USA

Phone (517) 757-4071

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| S2M81500 | 12/21/2004 | NET 30 | | | |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | PR403225 002        Rev  NS      U/M EA | 1.0000 | 5,500.0000 | 0.00 | 5,500.00 |
| | CENTERLESS GRINDER AUTOLOAD #10 10% | | | | |
| | Sales Order No:         004757 | | | | |
| | Customer PO No:       S2M81500 | | | | |

Total Item Price         5,500.00
Shipping                  0.00
Sales Tax                 0.00
Total Inv Price      $ 5,500.00

SHIP TO ADDRESS
DELPHI SAGINAW STEERING
3900 HOLLAND ROAD
SAGINAW  MI 48601
USA

Please pay balance due by Thursday January 20, 2005

*Customer Copy*

Page  1

Authorized Signature

# PURCHASE ORDER: S2M81500

PAGE 2

**DELPHI SAGINAW STEERING SYS.**

ORDER DATE: 06/04/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 989-757-4071
Buyer: K HUNTER
S17

PURCHASING AGENT

This Number Must Appear On All Invoices, Packages and Bills of Lading.
Packing Slips, (2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO: DELPHI SAGINAW STEERING SYS. (301) PLANT #5
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

TO: VENDOR NUMBER 13-075-2314
P & R INDUSTRIES INC
1524 N CLINTON AVE
ROCHESTER NY
14621-2206
US

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER
SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 1 | PR403225 001 | CENTERLESS GRINDER AUTOLOADER #9 WHO ORDERED: CHARLEBOIS/757-9016 | | 06/11/04 B | 0.00% | 55000.0000 | | EA |
| 0002 | 1 | PR403225 002 | CENTERLESS GRINDER AUTOLOADER #10 WHO ORDERED: CHARLEBOIS/757-9016 | | 06/11/04 B | 0.00% | 55000.0000 | | EA |

REFERENCE TAG #136452 AND 136453

**THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

ATTENTION*************************************************
SUPPLIER AGREES TO A CHARGE OF 1.00% PER WEEK
FOR EACH WEEK THE SUPPLIER IS LATE FROM THE
AGREED UPON DELIVERY DATE. ADDITIONAL CHARGES
INCURRED BY THE SUPPLIER TO ACHIEVE AGREED UPON
DELIVERY DATE ARE THE SUPPLIER'S RESPONSIBILITY
AND WILL NOT BE REIMBURSED BY DELPHI.
ATTENTION ALL CONSTRUCTION/MAINTENANCE
ALL CURRENT AND POTENTIAL DELPHI
SAGINAW SITE CONSTRUCTION/MAINTENANCE CONTRACTORS:

000950 USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE 2

SMDL03 01/15/2003