UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the **11th day of April, 2007**, I caused the **Response of P & R Industries, Inc. to Debtor's Eleventh Omnibus Objection to Claims** to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system:

I further certify that I have mailed the above-referenced documents via UPS overnight mail to the following:

Skadden, Arps, Slate,
  Meagher & Flom LLP
*Counsel to the Debtors*
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler, Jr.
       John K. Lyons
       Joseph N. Wharton

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

*s/ Susan A. Heffner*