**William M. Hawkins (WH-1865)**
**Jason Blumberg (JB-1033)**
**LOEB & LOEB LLP**
**345 Park Avenue**
**New York, NY 10154**
**(212) 407-4000**

**Attorneys for Kyocera Industrial Ceramics Corporation**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

**NOTICE OF WITHDRAWAL OF MOTION OF KYOCERA INDUSTRIAL CERAMICS CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT IT TO EXERCISE SETOFF AND/OR RECOUPMENT RIGHTS**

Creditor Kyocera Industrial Ceramics Corporation, by and through its undersigned counsel Loeb & Loeb LLP, hereby withdraws its motion to lift the automatic stay (Docket No. 6273) because the parties have resolved the motion as set forth in the stipulation so ordered by the Court on April 11, 2007 (Docket No. 7637).

NY567203.1
208626-10001

Dated: New York, New York
April 11, 2007

         LOEB & LOEB LLP

       By: /s/ Jason Blumberg
         William M. Hawkins (WH-1865)
         Jason Blumberg (JB-1033)
         345 Park Avenue
         New York, NY 10154
         (212) 407-4000
         Attorneys for Kyocera Industrial
         Ceramics Corporation