2

## EXHIBIT B

**Relevant Page from the Objection**

In re Delphi Corporation, et al.  05-44481-rdd   Doc 7639-2   Filed 04/12/07   Entered 04/12/07 09:34:44   Exhibit B - Relevant Page from the Objection   Pg 2 of 2   Tenth Omnibus Claims Objection

EXHIBIT A - DUPLICATE AND AMENDED CLAIMS

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 11620<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>SKF USA INC<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON, DE 19899<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $85,147.45<br>Unsecured: $556,685.09<br>Total: $641,832.54 | Claim Number: 11247<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>SKF USA INC<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON, DE 19899<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $85,147.54<br>Administrative:<br>Unsecured: $556,685.09<br>Total: $641,832.63 |
| Claim Number: 13098<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>SOBH RAIDAN<br>468 CHARING CROSS DR<br>GRAND BLANC, MI 48439<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 13099<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>SOBH RAIDAN<br>468 CHARING CROSS DR<br>GRAND BLANC, MI 48439<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 1224<br>Date Filed: 12/20/2005<br>Creditor's Name and Address:<br>STATE OF MARYLAND COMPTROLLER OF TREASURY<br>STATE OFFICE BLDG RM 409<br>301 W PRESTON ST<br>BALTIMORE, MD 21201<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,307.00<br>Administrative:<br>Unsecured:<br>Total: $2,307.00 | Claim Number: 11837<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>STATE OF MARYLAND COMPTROLLER OF TREASURY<br>STATE OFFICE BLDG RM 409<br>301 W PRESTON ST<br>BALTIMORE, MD 21201<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,445.00<br>Administrative:<br>Unsecured:<br>Total: $2,445.00 |
| Claim Number: 13097<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>TANCEUSZ DAWN<br>13181 WASHBURN RD<br>OTTOR LAKE, MI 48464<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 13096<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>TANCEUSZ DAWN<br>13181 WASHBURN RD<br>OTTOR LAKE, MI 48464<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 2648<br>Date Filed: 04/13/2006<br>Creditor's Name and Address:<br>THE FURUKAWA ELECTRIC CO LTD<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $546,719.03<br>Total: $546,719.03 | Claim Number: 16480<br>Date Filed: 01/11/2007<br>Creditor's Name and Address:<br>THE FURUKAWA ELECTRIC CO LTD<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WAY<br>PALO ALTO, CA 94304-1043<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,067.68<br>Total: $48,067.68 |