**Hearing Date: April 13, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
        In re                                       :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
                                    Debtors.        :    (Jointly Administered)
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED SIXTH CLAIMS HEARING AGENDA

Location Of Hearing:          United States Bankruptcy Court for the Southern District of New
                              York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                              One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Omnibus Claims Objection Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (13 Matters)

        1)    Third Omnibus Claims Objection Matters (4 Matters)

        2)    Fifth Omnibus Claims Objection Matters (3 Matters)

        3)    Seventh Omnibus Claims Objection Matters (5 Matters)

        4)    Ninth Omnibus Claims Objection Matters (1 Matter)

**B.    Continued Or Adjourned Omnibus Claims Objection Matters**

    1.    **"Claims Objection Hearing Regarding Claim Of Eva Orlik"** – Claims Objection Hearing Regarding Claim Of Eva Orlik As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

        *Responses Filed:*    *Response Of Eva Orlik To Debtors' Second And Third Omnibus Objection To Claims (Docket No. 5789)*

                                        *Supplemental Response Of Eva Orlik To Debtors' Third Omnibus Objection To Proof Of Claim No. 12163 (Docket No. 6989)*

        *Replies Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

                                        *Debtors' Supplemental Reply With Respect To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 7008)*

*Related Filings:*     *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12389 (Eva Orlik) (Docket No. 6288)*

*Amended Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 6328)*

*Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 12163 (Eva Orlik) (Docket No. 6406)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 6801)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 7201)*

> *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 7586)*

| | |
|---|---|
| *Status:* | *This matter is being adjourned to the April 27, 2007 claims hearing.* |

## C.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters

### 1)    Third Omnibus Claims Objection Matters

2.    **"Claims Objection Hearing Regarding Claim Of Rasselstein GmbH"** – Claims Objection Hearing Regarding Claim Of Rasselstein GmbH As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response OTTO Wolf U.S. Sales Corporation - Chicago Branch On behalf Of Rasselstein GmbH (Docket No. 6103)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice of Presentment of Joint Stipulation and Agreed Order Compromising And Allowing Proof of Claim Number 9958 (Rasselstein GmbH) (Docket No. 7452)* |

4

|  |  |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

3. **"Claims Objection Hearing Regarding Claim Of Robert Bosch Corporation"** – Claims Objection Hearing Regarding Claim Of Robert Bosch Corporation As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Response Filed:* | *Response of Robert Bosch Corporation to Debtors' Third Omnibus Objection To Claims (Docket No. 5700)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|  | *Notice of Presentment of Joint Stipulation and Agreed Order Resolving Debtors' Third Omnibus Objection To Claims As To Robert Bosch (Docket No. 7598)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

4.    **"Claims Objection Hearing Regarding Claim Of ICX Corporation"** – Claims
Objection Hearing Regarding Claim Of ICX Corporation As Objected To On The
Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And
(C) Claims Subject To Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Response Of ICX Corporation To Debtors' Third Omnibus Objection To Claims (Docket No. 5726)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 13482, 13489, And 13490 (ICX Corporation) (Docket No. 7136)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order To Withdrawal Without Prejudice Of Proof Of Claims 13481, 13482, 13483, 13484, 13485, 13489 And 13490 (ICX Corporation) (Docket No. 7595)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

6

5.    **"Claims Objection Hearing Regarding Claim Of Superior Design Co."** –
Claims Objection Hearing Regarding Claim Of Superior Design Co. As Objected
To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11
U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With
Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And
Records, And (C) Claims Subject To Modification And (II) Motion To Estimate
Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No.
5452)

| | |
|---|---|
| *Response Filed:* | *Affidavit Of Scott R. Stenclik Of Superior Design Co., Inc., In Response To Debtor's Third Omnibus Claims Objection (Docket No. 5854)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 6379 (Superior Design Co., Inc.) (Docket No. 7593)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

7

**2)    Fifth Omnibus Claims Objection Matters**

6.    **"Claims Objection Hearing Regarding Claim Of Textron Financial Corp."** –
Claims Objection Hearing Regarding Claim Of Textron Financial Corp. As
Objected To On The Debtors' (I) Debtors' Fifth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims
With Insufficient Documentation And (B) Claims Not Reflected On Debtors'
Books And Records (Docket No. 6100)

|  |  |
|---|---|
| *Responses Filed:* | *Response Of Textron Financial Corporation To Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed.R.Bankr.P. 3007 To Certain (a) Claims With Insufficient Documentation And (b) Claims Not Reflected On Debtors' Books And Records (Docket No. 6404)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6534)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6687)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12935 (Textron Financial Corp.) (Docket No. 7585)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

7.    **"Claims Objection Hearing Regarding Claim Of Yilmaz Sahinkaya"** – Claims
Objection Hearing Regarding Claim Of Yilmaz Sahinkaya As Objected To On The
Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
Documentation And (B) Claims Not Reflected On Debtors' Books And Records
(Docket No. 6100)

|  |  |
|---|---|
| *Responses Filed:* | *Response To Debtors Fifth Omnibus Objection Filed By Yilmaz Sahinkaya. (Docket No. 6421)* |

*Replies Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6534)*

*Debtors' Supplemental Reply With Respect To Proof Of Claim No. 7907 (Yilmaz Sahinkaya Structural Mechanics Analysis, Inc.) (Docket No. 7299)*

*Related Filings:*    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6687)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 7907 (Yilmaz Sahinkaya Structural Mechanics Analysis Inc.) (Docket No. 6881)*

*Statement Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 7907 (Yilmaz Sahinkaya Structural Mechanics Analysis, Inc.) (Docket No. 6954)*

*Status:*    *An agreement in principle has been reached and the parties anticipate submitting a joint stipulation and an agreed order for consideration by the Court.*

8.    **"Claims Objection Hearing Regarding Claim Of Sierra Liquidity Fund LLC As Assignee Of Deliverus Network Inc."** – Claims Objection Hearing Regarding Claim Of Sierra Liquidity Fund LLC As Assignee Of Deliverus Network Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Response Filed:*    *Response To Debtors Fifth Omnibus Objection; Filed By Sierra Liquidity Fund On Behalf Of Deliverus Network, Inc. (Docket No. 6422)*

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Fifth Omnibus Objection (Substantive) Pursuant To*

*11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007
To Certain (A) Claims With Insufficient
Documentation And (B) Claims Not Reflected On
Debtors' Books And Records (Docket No. 6534)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 Disallowing And Expunging Certain
(A) Claims With Insufficient Documentation And (B)
Claims Not Reflected On Debtors' Books And
Records (Docket No. 6687)*

*Notice Of Presentment Of Joint Stipulation And
Agreed Order Disallowing And Expunging Proof Of
Claim Number 14671 (Sierra Liquidity Fund LLC As
Assignee Of Deliverus Network Inc.) (Docket No.
7599)*

*Status:*          *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

**3)          Seventh Omnibus Claims Objection Matters**

9.          **"Claims Objection Hearing Regarding Georgia Department of Revenue"** –
Claims Objection Hearing Regarding Claim Of Georgia Department Of Revenue
As Objected To On The Debtors' Seventh Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books
And Records, And (C) Untimely Claims (Docket No. 6585)

*Response Filed:*          *Response To Debtors' Seventh Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. Section 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A)
Unsufficiently Documented Claims, (B) Claims Not
Reflected On Debtors' Books And Records, And (C)
Untimely Claims Filed On Behalf Of Georgia
Department Of Revenue (Docket No. 6829)*

10

> *Reply Filed:* *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)*

> *Related Filings:* *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims As Identified In Seventh Omnibus Claims Objection (Docket No. 7050)*

> *Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 2276 (Georgia Department Of Revenue) (Docket No. 7596)*

> *Status:* *A joint stipulation and agreed order will be submitted for consideration by the Court.*

10. **"Claims Objection Hearing Regarding Sonic Tech Incorporated"** – Claims Objection Hearing Regarding Claim Of Sonic Tech As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585)

> *Response Filed:* *Response To Motion Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Unsufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims On Behalf Of Sonic Tech (Docket No. 6907)*

> *Reply Filed:* *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)*

11

|  | |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims As Identified In Seventh Omnibus Claims Objection (Docket No. 7050)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 14254 (Sonic Tech Incorporated) (Docket No. 7600)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

11. **"Claims Objection Hearing Regarding Russell Reynolds Associates"** – Claims Objection Hearing Regarding Claim Of Russell Reynolds Associates As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585)

|  | |
|---|---|
| *Response Filed:* | *Response of Russell Reynolds Associates In Opposition to Debtors' Seventh Omnibus Objections To Claims (Docket No. 6849)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims As Identified In Seventh Omnibus Claims Objection (Docket No. 7050)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11812 (Russell Reynolds Associates, Inc.) (Docket No. 7594)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

12

12. **"Claims Objection Hearing Regarding Board Of Education Of The South-Western City School District"** – Claims Objection Hearing Regarding Claim Of Board Of Education Of The South-Western City School District As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585)

|  |  |
|---|---|
| *Response Filed:* | *Response To Debtor's Seventh Omnibus Objections (Substantive) Filed By South-Western City School District Board Of Education (Docket No. 6883)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims As Identified In Seventh Omnibus Claims Objection (Docket No. 7050)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 11881 (Board Of Education Of The South-Western City School District) (Docket No. 7597)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

13. **"Claims Objection Hearing Regarding Brenda Lawrence"** – Claims Objection Hearing Regarding Claim Of Brenda Lawrence As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585)

*Response Filed:*      *Response To Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Unsufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims On Behalf Of Brenda Lawrence (Docket No. 6789)*

*Reply Filed:*      *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)*

*Related Filings:*      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims As Identified In Seventh Omnibus Claims Objection (Docket No. 7050)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16271 (Brenda Lawrence) (Docket No. 7592)*

*Status:*      *A joint stipulation and agreed order will be submitted for consideration by the Court.*

**4)**      **Ninth Omnibus Claims Objection Matters**

14.      **"Claims Hearing Regarding Claim Of G.E. Capital"** – Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

*Response Filed:*      *None.*

*Reply Filed:*      *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And*

14

*Records, (C) Untimely Claims, And (D) Claims
Subject To Modification (Docket No. 7372)*

*Related Filings:*        *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 Disallowing And Expunging Certain
(A) Insufficiently Documented Claims, (B) Claims
Not Reflected On Debtors' Books And Records, (C)
Untimely Claims, And (D) Claims Subject To
Modification (Docket No. 7507)*

*Notice Of Presentment Of Joint Stipulation And
Agreed Order (i) Compromising And Capping Proof
Of Claim Number 15452 And (ii) Withdrawal
Without Prejudice of Proofs of Claim Nos. 15449,
15450, 15451, and 15453 (General Electric Capital
Corp.) (Docket No. 7591)*

*Status:*        *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

Dated:  New York, New York
        April 12, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 4951)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

15