**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re:                                                                                  Case No.: _____
                                                                                              Chapter
                            Debtor.
-----------------------------------------------------------------x

                            Plaintiff                                    Adversary Proceeding
                                                                                          No.: _____
                 v.

                            Defendant
-----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, _____, a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, request admission, *pro hac vice*, before the Honorable _____, to represent _____, a _____ in the above referenced  ☐  case   ☐  adversary proceeding.
Mailing address: _____;
E-mail address: _____; telephone number (     ) _____.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: _____
_____, New York                                             _____

_____

### ORDER

**ORDERED**,
that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced  ☐  case  ☐  adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York                      /s/_____
                                                                     UNITED STATES BANKRUPTCY JUDGE