STINSON MORRISON HECKER LLP
Attorneys for ThyssenKrupp Budd Systems,
LLC, ThyssenKrupp Waupaca, Inc. and
ThyssenKrupp Stahl Company
1201 Walnut Street
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
Mark A. Shaiken, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | |
|---|---|
| In re                                                : | |
|                                                          : | **Chapter 11** |
| **DELPHI CORPORATION, <u>et al.</u>,**     : | Case No. 05-44481 (RDD) |
|                                                          : | |
|                                                          : | **(Jointly Administered)** |
| **Debtors.**                           : | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, the **Response of ThyssenKrupp Budd Systems, LLC, ThyssenKrupp Waupaca, Inc. and ThyssenKrupp Stahl Company's (Collectively, "TK Budd Companies") to Debtors' Tenth Omnibus Objection Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicative and Amended Claims and (B) Equity Claims** was served upon the following parties, by overnight courier:

| | |
|---|---|
| Honorable Robert D. Drain | General Counsel |
| United States Bankruptcy Judge | Delphi Corporation |
| United States Bankruptcy Court | 5725 Delphi Drive |
| For the Southern District of New York | Troy, Michigan  48098 |
| One Bowling Green, Room 610 | |
| New York, New York  10004 | |
| | |
| John K. Lyons | Randall G. Reese |
| Skadden Arps Slate Meagher & Flom LLP | Skadden Arps Slate Meagher & Flom LLP |
| 333 West Wacker Drive, Suite 2100 | 333 West Wacker Drive, Suite 2100 |
| Chicago, IL  60606 | Chicago, IL  60606 |

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Joseph N. Wharton
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Lisa Diaz
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Date of Service: April 12, 2007

                                                             */s/ Mark A. Shaiken*
                                                             Mark A. Shaiken

DB03/806244 0004/7493525.1