

**ILMTOOL**
INCORPORATED
23301 CLAWITER ROAD
HAYWARD, CALIFORNIA 94545
(510) 782-0100
Fax (510) 782-5475

April 6, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge,
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Re:    Response to the Debtor - Eleventh Omnibus Objection
       Delphi Corporation, et al, Chapter 11 Case No. 05-44481 (RDD)
       Claim Number 773 filed 11/22/2005 $112,139.54
       Claims Subject to Modification - Modified Debtor 05-44511
       Modified Amount $105,070.76 General Unsecured

This is a response to the Eleventh Omnibus Objection, Notice of Objection to Claim titled as "Claims Subject to Modification". We respectfully disagree with the Eleventh Omnibus Objection. None of our original claim amount of $112, 139.54 was overstated or denominated in foreign currencies. It is correctly classified and is appropriately the debt of Delphi Corporation, et al.

Enclosed please find a list of invoices that correctly total the amount of Delphi Corporation, et al, debt owed to ILM Tool, Inc., which corresponds exactly to our Proof of Clam for $112,139.54 and filed 11/22/2005. The difference between our original claim and the modified amount under the Notice of Objection to Claim is $7,068.78, which agrees with our invoice 14578 dated 9/3/05. We have again included copies of the invoice, purchase order, and proof of delivery. Please acknowledge receipt and show the proper amount.

Regards,

Joseph F. Ilmberger
President

cc:    Delphi Corporation, et al, General Counsel, 5725 Delphi Dr., Troy, MI 48098
       Skadden, Arps, Slate, Meagher & Flom LLP, 333 W. Wacker Dr., Suite 2100,
       Chicago, IL 60606

ILM Tool, Inc.
23301 Clawiter Rd.
Hayward, CA 94545

SUPPORTING DOCUMENT SUMMARY - Delphi Corporation, et al Chapter 11 Case No. 05-44481 (RDD):

| PO# | AMOUNT |
|---|---|
| 700265 | $ 19,200.31 |
| 700266 | $ 9,820.05 |
| 700268 | $ 5,522.60 |
| 700270 | $ 12,637.56 |
| 700271 | $ 17,671.95 |
| 700273 | $ 15,726.29 |
| 700276 | $ 7,289.12 |
| 700277 | $ 2,225.80 |
| 700279 | $ 8,089.78 |
| 700280 | $ 3,671.76 |
| 700282 | $ 8,224.32 |
| 700296 | $ 1,300.00 |
| 700526 | $ 760.00 |
| TOTAL: | $ 112,139.54 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700265 | 14521 | 16445 | 6,396.90 |
| | 14556 | 16480 | 6,396.90 |
| | 14618 | 16549 | 6,406.51 |
| | | | $ 19,200.31 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700266 | 14490 | 16404 | 4,043.55 |
| | 14555 | 16475 | 5,776.50 |
| | | | $ 9,820.05 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700268 | 14520 | 16446 | 5,522.60 |
| | | | $ 5,522.60 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700270 | 14554 | 16477 | 12,637.56 |
| | | | $ 12,637.56 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700271 | 14519 | 16447 | $ 5,890.65 |
| | 14553 | 16476 | 4,712.52 |
| | 14578 | 16502 | 7,068.78 |
| | | | $ 17,671.95 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700273 | 14489 | 16403 | 4,713.66 |
| | 14522 | 16444 | 5,761.14 |
| | 14617 | 16548 | 5,251.49 |
| | | | $ 15,726.29 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700276 | 14488 | 16402 | $ 2,733.42 |
| | 14577 | 16503 | 4,555.70 |
| | | | $ 7,289.12 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700277 | 14551 | 16478 | 2,225.80 |
| | | | $ 2,225.80 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700279 | 14487 | 16401 | $ 2,156.08 |
| | 14552 | 16479 | 3,234.12 |
| | 14616 | 16547 | 2,699.58 |
| | | | $ 8,089.78 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700280 | 14492 | 16400 | 3,671.76 |
| | | | $ 3,671.76 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700282 | 14491 | 16399 | 6,168.24 |
| | 14579 | 16501 | 2,056.08 |
| | | | $ 8,224.32 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700296 | 14589 | 16528 | 1,300.00 |
| | | | $ 1,300.00 |

| PO | INV# | PL# | AMT. |
|---|---|---|---|
| 700526 | 14589 | 16528 | 760.00 |
| | | | $ 760.00 |

# DELPHI

**DUPLICATE**

**PURCHASE ORDER**

| PO # | REV |
|---|---|
| 700271 | 000 |

| DATE | 9/7/05 |
|---|---|
| PAGE # | 1 |

**BILL TO:**

Delphi Medical Systems
Attn: Regina
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8585

**TO:**

ILM TOOL, INC.
JOE
23301 CLAWITER ROAD

HAYWARD, CA 94545

**SHIP TO:**

Delphi Medical Systems Houston
13215 N. Promenade Blvd.
Stafford, TX 77477
USA

**BUYER:** Terry Freeman

| VENDOR | CONFIRMING | TERMS | SHIP VIA | CLT | PPD | FOB | TAXABLE | INSPECTION |
|---|---|---|---|---|---|---|---|---|
| 20183 | | MNS2-2 | SEE FRT CARRIER LIST | | X | EX-WORKS | NO | |

| BUYER | VENDOR CONTACT | REQUISITIONER | SHIP INSTRUCTIONS | REMARKS |
|---|---|---|---|---|
| 200 | Fax# 510-782-5475 | TERRY FREEMAN | | PO 6601580 |

| LN | DL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 5 | PC | 4334519 | B | ASSY,VLV BLK 11-PORT .031 | 1178.1300 | 5890.65 | 9/9/2005 |
| 01 | 02 | 4/10 | PC | 4334519 | B | ASSY,VLV BLK 11-PORT .031 | 1178.1300 | 11781.30 | 9/30/2005 |
| 01 | 03 | 10 | PC | 4334519 | B | ASSY,VLV BLK 11-PORT .031 | 1178.1300 | 11781.30 | 10/21/2005 |
| 01 | 04 | 10 | PC | 4334519 | B | ASSY,VLV BLK 11-PORT .031 | 1178.1300 | 11781.30 | 11/11/2005 |
| 01 | 05 | 25 | PC | 4334519 | B | ASSY,VLV BLK 11-PORT .031 POS AFLAS | 1178.1300 | 29453.25 | 1/6/2006 |

17504

PO 01: Please include the Delphi Medical Systems
PO 02: purchase order number, Delphi Medical
PO 03: Systems part number, description, and
PO 04: quantity on the packing slip.
PO 05:
PO 06: Please acknowledge this purchase order
PO 07: within 24 hours of receipt. An email or fax
PO 08: confirmation is acceptable. Fax: (281)
PO 09: 340-6230.
PO 10:
PO 11: Confirming this purchase order also confirms
PO 12: that the Delphi Medical Systems Purchase
PO 13: Order Terms and Conditions, which can be
PO 14: located on www.delphimedical.com in the
PO 15: supplier information section, are accepted
PO 16: by the supplier.

| job number | quantity |
|---|---|
| 17504 | 5 |
| packing list number | invoice number |
| 16447 | 14519 |

| job number | quantity |
|---|---|
| 17504 | 4 |
| packing list number | invoice number |
| 16476 | 14553 |

| job number | quantity |
|---|---|
| 17504 | 6 |
| packing list number | invoice number |
| 16502 | 14578 |

_signature_ 9/7/05
AUTHORIZED SIGNATURE

Carl Swoveln 7 Sep 05
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

# DELPHI

**PURCHASE ORDER**

DUPLICATE

| PO # | REV |
|---|---|
| 700271 | 000 |

| DATE | 9/7/05 |
|---|---|
| PAGE # | 2 |

**BILL TO:**

Delphi Medical Systems
Attn: Regina
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8585

**TO:**

ILM TOOL, INC.
JOE
23301 CLAWITER ROAD

HAYWARD , CA 94545

**SHIP TO:**

Delphi Medical Systems Houston
13215 N. Promenade Blvd.
Stafford, TX 77477
USA

**BUYER:**
Terry Freeman

| VENDOR | CONFIRMING | TERMS | SHIP VIA | CLT | PPD | FOB | TAXABLE | INSPECTION |
|---|---|---|---|---|---|---|---|---|
| 20183 | | MNS2-2 | SEE FRT CARRIER LIST | | X | EX-WORKS | NO | |

| BUYER | VENDOR CONTACT | REQUISITIONER | SHIP INSTRUCTIONS | REMARKS |
|---|---|---|---|---|
| 200 | Fax# 510-782-5475 | TERRY FREEMAN | | PO 6601580 |

| LN | DL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| PO | 17: | | | | | | | | |
| PO | 18: | | | | | Confirming this purchase order confirms that | | | |
| PO | 19: | | | | | the supplier has all of the documentation | | | |
| PO | 20: | | | | | for the revision level of the product or | | | |
| PO | 21: | | | | | service required on the purchase order. | | | |
| PO | 22: | | | | | GRAND TOTAL $ | | 70,687.80 | |

AUTHORIZED SIGNATURE

*[signature] 7Sep05*

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

ILM TOOL, INC.
23301 Clawiter Road
Hayward, CA  94545
USA

Ph:  510-782-0100
Fax: 510-782-5475

## Invoice

Number: 14578    Date: 30-Sep-05

**To**

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
USA

**Ship To**

Delphi Medical Systems
13215 N. Promenade Blvd.
Stafford, TX 77477
USA

Ph: 303-678-8585

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
|  | 30-Sep-05 | UPS |  |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 6 ea | ASSY, VLV BLK 11-PORT .031 POS | $1,178.13 | $7,068.78 |
|  | Packing List: 16502          Shipped On: 30-Sep-05 |  |  |
|  | Part: 4334519                       Rev: B |  |  |
|  | PO: 700271                           Job: 17504 |  |  |
|  | We appreciate your business. | Sales Tax: | $0.00 |
|  |  | Invoice Total: | $7,068.78 |
|  |  | Amount Paid: | $0.00 |
|  |  | Amount Due: | $7,068.78 |

Page 1 of 1

ILM TOOL, INC.
23301 Clawiter Road
Hayward, CA 94545
USA

Ph: 510-782-0100
Fax: 510-782-5475

## Pack List

Number: 16502　　　　　　　　　　　　　Date: 30-Sep-05

**To**
Delphi Medical Systems
13215 N. Promenade Blvd.
Stafford, TX 77477
USA

**Ship To**
Terry Freeman
Delphi Medical Systems
13215 N. Promenade Blvd.
Stafford, TX 77477
USA

Ph: 303-678-8585　　　　　　　　　　　Ph: 303-678-8585

| Terms | Ship Via |
|---|---|
|  | UPS |

| Quantity | Description |
|---|---|
| 6 ea | Part: 4334519　　　　　　　　　　Rev: B<br>ASSY, VLV BLK 11-PORT .031 POS<br>Job: 17504　　　PO: 700271　　　Line: |

RECEIVED: 1Z96444503 41596398  1496192

DATE: 9/30/05

INVOICED
14578 / 9-30-05


OFFICE COPY

Page 1 of 1

# ILM TOOL, INC.
## DAILY SHIPMENT DETAIL REPORT
### 09/30/05 02:42 PM

**Pickup Date:** 09/30/05
**Pickup Record No.:** 7361694 75 6

**UPS Account No.:** 9(
**Sorted By:** Order of Ship

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| **Ship To:**<br>Delphi Medical Systems<br>13215 N. Promenade Blvd.<br>Stafford TX 77477-3957<br><br>**Ship From:** Glenn S<br>ILM TOOL, INC.<br>23301 Clawiter Road<br>HAYWARD CA 94545 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1: | UPS GROUND<br>2<br>No<br>30.0<br>Freight Collect<br>700271, 700276 & 700282 | Shipment Service Charge: | $ | 20.87 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1: | 1Z96444450341596388<br>Package<br>25.0<br>700271, 700276 & 700282 | Package Service Charge: | $ | 15.12 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1: | 1Z96444450341496192<br>Package<br>5.0<br>700271, 700276 & 700282 | Package Service Charge:<br><br>Receiver Amt: (16068W)<br>UPS Total Charge: | $<br><br>$<br>$ | 5.75<br><br>20.87<br>20.87 |
| **Ship To:** BobThompson<br>General Magnaplate<br>2707 Palma<br>Ventura CA 93003-7651<br><br>**Ship From:** Glenn S<br>ILM TOOL, INC.<br>23301 Clawiter Road<br>HAYWARD CA 94545 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1: | UPS GROUND<br>1<br>No<br>6.0<br>Prepaid<br>PO# 18114 | Shipment Service Charge: | $ | 4.49 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1: | 1Z96444450341232609<br>Package<br>6.0<br>PO# 18114 | Package Service Charge:<br><br>Shipper Amt:<br>UPS Total Charge: | $<br><br>$<br>$ | 4.49<br><br>4.49<br>4.49 |
| **Ship To:** Carina Case<br>Advanced Pressure Technology<br>687 Technology Way<br>NAPA CA 94558-7512<br><br>**Ship From:** Glenn S<br>ILM TOOL, INC.<br>23301 Clawiter Road<br>HAYWARD CA 94545 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>1<br>No<br>3.0<br>Prepaid | Shipment Service Charge: | $ | 3.70 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z96444450341281619<br>Package<br>3.0 | Package Service Charge:<br>Shipper Amt:<br>UPS Total Charge: | $<br>$<br>$ | 3.70<br>3.70<br>3.70 |

**Summary Totals:**

| Shipment Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|
| Package Option | | Pkgs | Ref Charges |

| Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|
| Prepaid | 2 | 2 | $ 8.19 |
| Freight Collect | 1 | 2 | $ 20.87 |
| TOTAL CHARGES | | | $ 29.06 |

3 Shipment(s)
4 Package(s)



☒ Close Window

# Tracking Detail

**Your package has been delivered.**

Tracking Number:    1Z 964 445 03 4159 638 8
Type:               Package
Status:             **Delivered**
Delivered on:       10/06/2005  11:13 A.M.
Signed by:          BRAIN
Location:           OFFICE
Delivered to:       STAFFORD, TX, US
Service Type:       GROUND

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| STAFFORD, TX, US | 10/06/2005 | 11:13 A.M. | DELIVERY |

Tracking results provided by UPS: 04/06/2007  5:53 P.M.  EST (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒ Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.

☒ Close Window



# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 964 445 03 4149 619 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 10/06/2005 11:13 A.M. |
| Delivered to: | STAFFORD, TX, US |
| Signed by: | BRAIN |
| Service Type: | GROUND |

Tracking results provided by UPS: 04/06/2007 5:53 P.M. EST (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒ Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.