

**Bona Vista**

Enriching Lives...
Enhancing Abilities!

April 3, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, Southern District of New York
One Bowling Green, Room 610
New York, NY  10004

Subject: "Response" to "Claim Subject to Objection", Claim # 9402, Case # 05-44481

Dear Honorable Judge Robert D. Drain,

This "Response" is in objection to the "Claim Subject to Objection" on Claim # 9402. Bona Vista Programs, Inc is a 501(c)3 non profit organization that provides educational and rehabilitation programs for developmentally disabled children and adults. One of our programs is a workshop where some of our adult consumers perform assembly work based on piece rate contracts for Delphi Automotive Systems LLC.

Claim #9402 was reconciled at a lower amount than the initial claim we submitted. We are disputing this lower reconciled amount. Attached is a listing of the invoices we are claiming and whether or not we agree with the reconciliation of the invoice.

Please make special note that we consider Bill of Lading (our invoice) number 77350 for $720.00 and Bill of Lading (our invoice) number 79465 for $8,820.00 as still outstanding. A copy of these invoices is attached. Delphi had paid these invoices on 6/02/05 on remittance ACS050654183 and on 8/02/2005 on remittance ACS070662884. However, they took the payments back on 9/02/2005 on remittance ACS080668511. Therefore, we respectfully ask that these claims be included as part of Claim #9402.

Sincerely,

*James E. Milner, CPA*
James E. Milner, CPA

Cc: Delphi Corporation
    Attn: General Counsel
    5725 Delphi Drive
    Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., John K Lyons, and Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Bona Vista Programs, Inc
Case Number 05-44481
Claim Number 9402
Amount of Claim: 15383.14

| Invoice # | Invoice Date | Original Creditor Claims | Debtor Claim | Creditor decision Agree/Disagree | Final Reconciled Amount Requested | Creditor Comments |
|---|---|---|---|---|---|---|
| 0058193 | 12/31/2002 | $ (1,432.60) | $ - | Agree | $ - | Possible Creditor Error |
| 0066705 | 1/26/2004 | $ 31.50 | $ - | Agree | $ - | Billing Dispute |
| 0071426 | 8/6/2004 | $ 252.00 | $ - | Agree | $ - | Billing Dispute |
| 0076434 | 3/2/2005 | $ 83.52 | $ 83.52 | Agree | $ 83.52 | |
| 0077350 | 4/6/2005 | $ 720.00 | $ - | Disagree | $ 720.00 | Paid on 6/2/05. Took money back 9/2/05. See Attached. |
| 0079091 | 6/3/2005 | $ 198.80 | $ 198.80 | Agree | $ 198.80 | Paid on 6/2/05. Took money back 9/2/05. See Attached. |
| 0079465 | 6/16/2005 | $ 8,820.00 | $ - | Disagree | $ 8,820.00 | Paid on 8/2/05. Took money back 9/2/05. See Attached. |
| 0079478 | 6/17/2005 | $ 31.78 | $ 31.78 | Agree | $ 31.78 | |
| 0081093 | 8/17/2005 | $ 283.50 | $ 283.50 | Agree | $ 283.50 | |
| 0081173 | 8/22/2005 | $ (31.50) | $ - | Agree | $ - | |
| 0081363 | 9/1/2005 | $ 189.00 | $ 189.00 | Agree | $ 189.00 | |
| 0081557 | 9/6/2005 | $ 255.50 | $ 255.50 | Agree | $ 255.50 | |
| 0081781 | 9/12/2005 | $ 233.24 | $ 233.24 | Agree | $ 233.24 | |
| 0081798 | 9/13/2005 | $ 231.14 | $ 231.14 | Agree | $ 231.14 | |
| 0081817 | 9/14/2005 | $ 199.50 | $ 199.50 | Agree | $ 199.50 | |
| 0081834 | 9/15/2005 | $ 63.00 | $ 63.00 | Agree | $ 63.00 | |
| 0081893 | 9/20/2005 | $ 252.28 | $ 252.28 | Agree | $ 252.28 | |
| 0081919 | 9/22/2005 | $ 220.50 | $ 220.50 | Agree | $ 220.50 | |
| 0081999 | 9/26/2005 | $ 189.00 | $ 189.00 | Agree | $ 189.00 | |
| 0082015 | 9/27/2005 | $ 75.74 | $ 75.74 | Agree | $ 75.74 | |
| 0082131 | 10/3/2005 | $ 129.22 | $ 129.22 | Agree | $ 129.22 | |
| 0082313 | 10/5/2005 | $ 1,440.00 | $ 1,440.00 | Agree | $ 1,440.00 | |
| 0082974 | 10/28/2005 | $ 2,948.02 | $ 2,948.02 | Agree | $ 2,948.02 | |
| | | $ 15,383.14 | $ 7,023.74 | | $ 16,563.74 | |

***** INVOICE ****                                                    : 1

```
                                    SID# (2S)77350
BONA VISTA PROGRAMS, INC.           INVOICE NUMBER: 0077350-IN
1220 EAST LAGUNA
P.O. BOX 2496                       INVOICE DATE: 04/06/05
KOKOMO, IN 46904-2496
                                    SALESPERSON:
(765) 457-8273
                                    TAX SCHEDULE: IN


DELPHI DELCO ELECTRONICS SYSTE      CUSTOMER NO: 00-0002200
ONE CORPORATE CENTER                CUSTOMER P.O.: 550063865
P.O. BOX 9005   MAIL 9A241
KOKOMO              IN 46904-9005      SHIP VIA:
CONTACT:                               TERMS:
                                    NET 30
------------------------------------------------------------------------
SALES CD DESCRIPTION                QUANTITY      PRICE       AMOUNT
------------------------------------------------------------------------
 INSUBK  28014575            EA      96.000       7.500       720.00
         DVD KIT


    4 BOXES - 24 PER BOX


    DUN & BRADSTREET # 094461712
    VENDOR # 1006854

    SHIP TO: PLANT CODE 1006854
```

RECEIVED BY _IEI0202 RKean_

DATE RECEIVED _3-7-05_

```
                                         ---------------
                            NET INVOICE:         720.00
                               FREIGHT:            .00
                             SALES TAX:            .00
                                         ---------------
                         INVOICE TOTAL:          720.00
```

***** INVOICE *****                                                                  1

```
                                            SID# (2S)79465
   BONA VISTA PROGRAMS, INC.                 INVOICE NUMBER: 0079465-IN
   1220 EAST LAGUNA
   P.O. BOX 2496                             INVOICE DATE: 06/16/05
   KOKOMO, IN 46904-2496
                                             SALESPERSON:
   (765) 457-8273
                                             TAX SCHEDULE: IN


   DELPHI DELCO ELECTRONICS SYSTE            CUSTOMER NO: 00-0002200
   ONE CORPORATE CENTER                      CUSTOMER P.O.: 550063865
   P.O. BOX 9005  MAIL 9A241
   KOKOMO            IN   46904-9005         SHIP VIA:
   CONTACT:                                      TERMS:
                                             NET 30
-----------------------------------------------------------------------------
SALES CD DESCRIPTION                         QUANTITY      PRICE       AMOUNT
-----------------------------------------------------------------------------
   INSUBK  28014575-DVD             EA      1176.000       7.500      8,820.00
           49 BOXES - 24 PER BOX


   DUN & BRADSTREET # 094461712

   VENDOR # 1006854


   SHIP TO: PLANT CODE DA88
            KOKOMO IN 46902
```

RECEIVED BY _____

DATE RECEIVED   6-16-05

```
                                             NET INVOICE:    8,820.00
                                                 FREIGHT:         .00
                                               SALES TAX:         .00
                                             INVOICE TOTAL:  8,820.00
```

DELPHI AUTOMOTIVE SYSTEMS
DISBURSMENT SERVICES
PO BOX 62530
PHOENIX, AZ  850822530

CUSTOMER SERVICE NUMBERS:

EDS*GEP : 586 947 6392
International: +1 586 947 6392

## GLOBAL EFT PROCESS
### REMITTANCE ADVICE
-- Avis de Paiement -- Zahlungsanweisung -- Aviso de Pagamento -- Aviso de Pago --

BONA VISTA PROGRAMS INC
PO BOX 2496
KOKOMO, IN  469042496

Bank Account #:
Supplier DUNS:
Check Trace #
Net Payment:
Settlement:
Currency:

05042135
94461712
ACS050654183
18616.22
2005-06-02
USD

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202251753001 | 2005-04-06 | 77349A | D0550054387 | DA | 201.18 | 0.00 | 201.18 |
| Description D0550054387 77349A | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482827 | | Qty 1152.00 | | UOM PC | | | U/P 0.1400000 |
| Part Number 10482830 | | Qty 285.00 | | UOM PC | | | U/P 0.1400000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202350440001 | 2005-04-13 | 77605 | D0550054387 | DA | 142.24 | 0.00 | 142.24 |
| Description D0550054387 77605 | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482821 | | Qty 248.00 | | UOM PC | | | U/P 0.1400000 |
| Part Number 10482827 | | Qty 768.00 | | UOM PC | | | U/P 0.1400000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202385938001 | 2005-04-20 | 77703 | D0550054387 | DA | 193.20 | 0.00 | 193.20 |
| Description D0550054387 77703 | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482827 | | Qty 1380.00 | | UOM PC | | | U/P 0.1400000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202451659001 | 2005-04-27 | 78001 | D0550054387 | DA | 113.40 | 0.00 | 113.40 |
| Description D0550054387 78001 | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482803 | | Qty 384.00 | | UOM PC | | | U/P 0.1400000 |
| Part Number 10482828 | | Qty 225.00 | | UOM PC | | | U/P 0.1400000 |
| Part Number 10483139 | | Qty 201.00 | | UOM PC | | | U/P 0.1400000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202465352001 | 2005-04-29 | 78046 | D0550054387 | DA | 63.00 | 0.00 | 63.00 |
| Description D0550054387 78046 | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482828 | | Qty 450.00 | | UOM PC | | | U/P 0.1400000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 059239190001 | 2005-04-29 | 0078120-IN | EKS57592 | DJ | 3779.13 | 0.00 | 3779.13 |
| Description EKS57592 0078120-IN | | | | | | | |
| Plant DELCO ELECTRONICS | | | | | | | |
| Part Number PR990189001 | | Qty 3779.13 | | UOM DO | | | U/P 1.0000000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202716949001 | 2005-04-26 | 77999-IN | D0450101225 | DJ | 5400.72 | 0.00 | 5400.72 |
| Description D0450101225 77999-IN | | | | | | | |
| Plant DELCO ELECTRONICS | | | | | | | |
| Part Number 45010122500010 | | Qty 936.00 | | UOM PC | | | U/P 5.7700000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202759005001 | 2005-04-29 | 0078096-IN | D0450089619 | DJ | 764.97 | 0.00 | 764.97 |

Description D0450089619 0078096-IN
Plant DELCO ELECTRONICS

| Part Number 45008961900010 | Qty 1.00 | UOM EA | U/P 764.9700000 |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202759006001 | 2005-04-29 | 0078097-IN | D0450089619 | DJ | 1112.16 | 0.00 | 1112.16 |

Description D0450089619 0078097-IN
Plant DELCO ELECTRONICS

| Part Number 45008961900010 | Qty 1.00 | UOM EA | U/P 1112.1600000 |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202759007001 | 2005-04-29 | 0078114-IN | D0450083275 | DJ | 892.09 | 0.00 | 892.09 |

Description D0450083275 0078114-IN
Plant DELCO ELECTRONICS

| Part Number 45008327500010 | Qty 1.00 | UOM EA | U/P 892.0900000 |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202759008001 | 2005-04-29 | 0078094-IN | D0450097585 | DJ | 568.55 | 0.00 | 568.55 |

Description D0450097585 0078094-IN
Plant DELCO ELECTRONICS

| Part Number 45009758500010 | Qty 1.00 | UOM EA | U/P 568.5500000 |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202759009001 | 2005-04-29 | 0078093-IN | D0450097585 | DJ | 514.58 | 0.00 | 514.58 |

Description D0450097585 0078093-IN
Plant DELCO ELECTRONICS

| Part Number 45009758500010 | Qty 1.00 | UOM EA | U/P 514.5800000 |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202759010001 | 2005-04-29 | 0078095-IN | D0450089619 | DJ | 1091.00 | 0.00 | 1091.00 |

Description D0450089619 0078095-IN
Plant DELCO ELECTRONICS

| Part Number 45008961900010 | Qty 1.00 | UOM EA | U/P 1091.0000000 |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202268434001 | 2005-04-08 | 77350 | D0550063865 | DS | 720.00 | 0.00 | 720.00 |

Description D0550063865 77350
Plant DELPHI DELCO DIRECT SHIP

| Part Number 28014575 | Qty 96.00 | UOM PC | U/P 7.5000000 |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202362874001 | 2005-04-15 | 77606 | D0550063865 | DS | 1800.00 | 0.00 | 1800.00 |

Description D0550063865 77606
Plant DELPHI DELCO DIRECT SHIP

| Part Number 28014575 | Qty 240.00 | UOM PC | U/P 7.5000000 |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202464390001 | 2005-04-29 | 78014 | D0550063865 | DS | 1260.00 | 0.00 | 1260.00 |

Description D0550063865 78014
Plant DELPHI DELCO DIRECT SHIP

| Part Number 28014575 | Qty 168.00 | UOM PC | U/P 7.5000000 |
|---|---|---|---|

**** End of Remittance ****

DELPHI AUTOMOTIVE SYSTEMS
DISBURSMENT SERVICES
PO BOX 62530
PHOENIX, AZ  850822530

CUSTOMER SERVICE NUMBERS:

EDS*GEP : 586 947 6392
International: +1 586 947 6392

## GLOBAL EFT PROCESS
### REMITTANCE ADVICE
-- *Avis de Paiement* -- *Zahlungsanweisung* -- *Aviso de Pagamento* -- *Aviso de Pago* --

BONA VISTA PROGRAMS INC
PO BOX 2496

KOKOMO, IN  469042496

Bank Account #:         05042135
Supplier DUNS:          944461712
**Check Trace #**       ACS070662884
Net Payment:            20937.45
Settlement:             2005-08-02
Currency:               USD

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5203017375001 | 2005-06-08 | 79147 | D0550054387 | DA | 57.54 | 0.00 | 57.54 |
| Description D0550054387 79147 ||||||||
| Plant DELCO ELECTRONICS KOKOMO ||||||||
| Part Number 10482803 || Qty 411.00 || UOM PC ||| U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203044850001 | 2005-06-09 | 79230 | D0550054387 | DA | 152.74 | 0.00 | 152.74 |
| Description D0550054387 79230 ||||||||
| Plant DELCO ELECTRONICS KOKOMO ||||||||
| Part Number 10482803 || Qty 68.00 || UOM PC ||| U/P 0.1400000 |
| Part Number 10482820 || Qty 384.00 || UOM PC ||| U/P 0.1400000 |
| Part Number 10482827 || Qty 304.00 || UOM PC ||| U/P 0.1400000 |
| Part Number 10482828 || Qty 200.00 || UOM PC ||| U/P 0.1400000 |
| Part Number 10482832 || Qty 135.00 || UOM PC ||| U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203112671001 | 2005-06-15 | 79437 | D0550054387 | DA | 61.88 | 0.00 | 61.88 |
| Description D0550054387 79437 ||||||||
| Plant DELCO ELECTRONICS KOKOMO ||||||||
| Part Number 10482803 || Qty 380.00 || UOM PC ||| U/P 0.1400000 |
| Part Number 10482827 || Qty 62.00 || UOM PC ||| U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203137363001 | 2005-06-16 | 79458 | D0550054387 | DA | 63.00 | 0.00 | 63.00 |
| Description D0550054387 79458 ||||||||
| Plant DELCO ELECTRONICS KOKOMO ||||||||
| Part Number 10482828 || Qty 450.00 || UOM PC ||| U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203148077001 | 2005-06-17 | 79480 | D0550054387 | DA | 33.46 | 0.00 | 33.46 |
| Description D0550054387 79480 ||||||||
| Plant DELCO ELECTRONICS KOKOMO ||||||||
| Part Number 10482832 || Qty 239.00 || UOM PC ||| U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203185303001 | 2005-06-22 | 79528 | D0550054387 | DA | 230.72 | 0.00 | 230.72 |

| Description D0550054387 79528 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482803 | | | Qty 157.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482820 | | | Qty 121.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482827 | | | Qty 1157.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482831 | | | Qty 213.00 | | UOM PC | | U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203211659001 | 2005-06-28 | 79616 | D0550054387 | DA | 63.00 | 0.00 | 63.00 |
| Description D0550054387 79616 | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482828 | | | Qty 450.00 | | UOM PC | | U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203229505001 | 2005-06-30 | 79647 | D0550054387 | DA | 49.84 | 0.00 | 49.84 |
| Description D0550054387 79647 | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482827 | | | Qty 356.00 | | UOM PC | | U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203301253001 | 2005-06-27 | 0079605-IN | D0450099426 | DJ | 121.24 | 0.00 | 121.24 |
| Description D0450099426 0079605-IN | | | | | | | |
| Plant DELCO ELECTRONICS | | | | | | | |
| Part Number 45009942600010 | | | Qty 1.00 | | UOM EA | | U/P 121.2400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203301255001 | 2005-06-27 | 0079611-IN | D0450099426 | DJ | 213.92 | 0.00 | 213.92 |
| Description D0450099426 0079611-IN | | | | | | | |
| Plant DELCO ELECTRONICS | | | | | | | |
| Part Number 45009942600010 | | | Qty 1.00 | | UOM EA | | U/P 213.9200000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203301256001 | 2005-06-30 | 0079746-IN | D0450097585 | DJ | 850.17 | 0.00 | 850.17 |
| Description D0450097585 0079746-IN | | | | | | | |
| Plant DELCO ELECTRONICS | | | | | | | |
| Part Number 45009758500010 | | | Qty 1.00 | | UOM EA | | U/P 850.1700000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203301257001 | 2005-06-30 | 0079745-IN | D0450099426 | DJ | 1333.26 | 0.00 | 1333.26 |
| Description D0450099426 0079745-IN | | | | | | | |
| Plant DELCO ELECTRONICS | | | | | | | |
| Part Number 45009942600010 | | | Qty 1.00 | | UOM EA | | U/P 1333.2600000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203301258001 | 2005-06-30 | 0079743-IN | D0450097585 | DJ | 575.09 | 0.00 | 575.09 |
| Description D0450097585 0079743-IN | | | | | | | |
| Plant DELCO ELECTRONICS | | | | | | | |
| Part Number 45009758500010 | | | Qty 1.00 | | UOM EA | | U/P 575.0900000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203301275001 | 2005-06-20 | 0079490-IN | D0450089619 | DJ | 949.87 | 0.00 | 949.87 |

DELPHI AUTOMOTIVE SYSTEMS
DISBURSMENT SERVICES
PO BOX 62530
PHOENIX, AZ  850822530

CUSTOMER SERVICE NUMBERS:

EDS*GEP : 586 947 6392
International: +1 586 947 6392

## GLOBAL EFT PROCESS
### REMITTANCE ADVICE
*-- Avis de Paiement -- Zahlungsanweisung -- Aviso de Pagamento -- Aviso de Pago --*

BONA VISTA PROGRAMS INC
PO BOX 2496

KOKOMO, IN  469042496

Bank Account #: 05042135
Supplier DUNS: 94461712
**Check Trace #** ACS080668511
Net Payment: 2186.66
Settlement: 2005-09-02
Currency: USD

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5203250873001 | 2005-07-11 | 79824 | D0550054387 | DA | 224.00 | 0.00 | 224.00 |
| **Description** D0550054387 79824 ||||||||
| **Plant** DELCO ELECTRONICS KOKOMO ||||||||
| **Part Number** 10482827 || **Qty** 900.00 || **UOM** PC ||| **U/P** 0.1400000 |
| **Part Number** 10482828 || **Qty** 700.00 || **UOM** PC ||| **U/P** 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203250877001 | 2005-07-11 | 79929 | D0550054387 | DA | 251.72 | 0.00 | 251.72 |
| **Description** D0550054387 79929 ||||||||
| **Plant** DELCO ELECTRONICS KOKOMO ||||||||
| **Part Number** 10482820 || **Qty** 576.00 || **UOM** PC ||| **U/P** 0.1400000 |
| **Part Number** 10482827 || **Qty** 1125.00 || **UOM** PC ||| **U/P** 0.1400000 |
| **Part Number** 10482832 || **Qty** 97.00 || **UOM** PC ||| **U/P** 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203250880001 | 2005-07-11 | 80149 | D0550054387 | DA | 369.32 | 0.00 | 369.32 |
| **Description** D0550054387 80149 ||||||||
| **Plant** DELCO ELECTRONICS KOKOMO ||||||||
| **Part Number** 10482803 || **Qty** 838.00 || **UOM** PC ||| **U/P** 0.1400000 |
| **Part Number** 10482827 || **Qty** 1800.00 || **UOM** PC ||| **U/P** 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203258985001 | 2005-07-13 | 80220 | D0550054387 | DA | 138.18 | 0.00 | 138.18 |
| **Description** D0550054387 80220 ||||||||
| **Plant** DELCO ELECTRONICS KOKOMO ||||||||
| **Part Number** 10482803 || **Qty** 700.00 || **UOM** PC ||| **U/P** 0.1400000 |
| **Part Number** 10482832 || **Qty** 287.00 || **UOM** PC ||| **U/P** 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203277052001 | 2005-07-18 | 80270 | D0550054387 | DA | 328.02 | 0.00 | 328.02 |
| **Description** D0550054387 80270 ||||||||
| **Plant** DELCO ELECTRONICS KOKOMO ||||||||
| **Part Number** 10482827 || **Qty** 1575.00 || **UOM** PC ||| **U/P** 0.1400000 |
| **Part Number** 10482832 || **Qty** 384.00 || **UOM** PC ||| **U/P** 0.1400000 |

https://www.gmsupplypower.com/apps/remit//servlet/RemitProcessV2?parameters=ACS08...    9/2/2005

| Part Number 10483139 | | | Qty 384.00 | | UOM PC | | U/P 0.1400000 |
|---|---|---|---|---|---|---|---|
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203289642001 | 2005-07-20 | 80281 | D0550054387 | DA | 157.50 | 0.00 | 157.50 |
| Description D0550054387 80281 | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482827 | | | Qty 675.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482831 | | | Qty 450.00 | | UOM PC | | U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203328231001 | 2005-07-27 | 80415 | D0550054387 | DA | 443.66 | 0.00 | 443.66 |
| Description D0550054387 80415 | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482820 | | | Qty 1540.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482827 | | | Qty 675.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482831 | | | Qty 675.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482832 | | | Qty 279.00 | | UOM PC | | U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203328232001 | 2005-07-21 | 80360 | D0550054387 | DA | 274.26 | 0.00 | 274.26 |
| Description D0550054387 80360 | | | | | | | |
| Plant DELCO ELECTRONICS KOKOMO | | | | | | | |
| Part Number 10482827 | | | Qty 900.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482828 | | | Qty 225.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482831 | | | Qty 450.00 | | UOM PC | | U/P 0.1400000 |
| Part Number 10482832 | | | Qty 384.00 | | UOM PC | | U/P 0.1400000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203269115001 | 2005-07-15 | 80239 | D0550063865 | DS | 15840.00 | 0.00 | 15840.00 |
| Description D0550063865 80239 | | | | | | | |
| Plant DELPHI DELCO DIRECT SHIP | | | | | | | |
| Part Number 28014575 | | | Qty 2112.00 | | UOM PC | | U/P 7.5000000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| ESD5203242776001 | 2005-07-06 | 77350 | | DS | -720.00 | 0.00 | -720.00 |
| Description D055006386577350 | | | | | | | |
| Plant DELPHI DELCO DIRECT SHIP | | | | | | | |
| Part Number 28014575 | | | Qty -96.00 | | UOM PC | | U/P 7.5000000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| ESD5203242777001 | 2005-07-06 | 79465 | | DS | -8820.00 | 0.00 | -8820.00 |
| Description D055006386579465 | | | | | | | |
| Plant DELPHI DELCO DIRECT SHIP | | | | | | | |
| Part Number 28014575 | | | Qty -1176.00 | | UOM PC | | U/P 7.5000000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| ESD5203242779001 | 2005-07-06 | 79494 | | DS | -6300.00 | 0.00 | -6300.00 |
| Description D055006386579494 | | | | | | | |

| Plant DELPHI DELCO DIRECT SHIP | | | |
|---|---|---|---|
| Part Number 28014575 | Qty -840.00 | UOM PC | U/P 7.5000000 |

\*\*\*\* End of Remittance \*\*\*\*

| Description D0450089619 0079490-IN | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plant DELCO ELECTRONICS | | | | | | | |
| Part Number 45008961900010 | | | Qty 1.00 | | UOM EA | | U/P 949.8700000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203301276001 | 2005-06-20 | 0079491-IN | D0450089619 | DJ | 818.72 | 0.00 | 818.72 |
| Description D0450089619 0079491-IN | | | | | | | |
| Plant DELCO ELECTRONICS | | | | | | | |
| Part Number 45008961900010 | | | Qty 1.00 | | UOM EA | | U/P 818.7200000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203146449001 | 2005-06-17 | 79465 | D0550063865 | DS | 8820.00 | 0.00 | 8820.00 |
| Description D0550063865 79465 | | | | | | | |
| Plant DELPHI DELCO DIRECT SHIP | | | | | | | |
| Part Number 28014575 | | | Qty 1176.00 | | UOM PC | | U/P 7.5000000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203166216001 | 2005-06-21 | 79494 | D0550063865 | DS | 6300.00 | 0.00 | 6300.00 |
| Description D0550063865 79494 | | | | | | | |
| Plant DELPHI DELCO DIRECT SHIP | | | | | | | |
| Part Number 28014575 | | | Qty 840.00 | | UOM PC | | U/P 7.5000000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203159209001 | 2005-06-20 | 79455 | D0550042217 | DU | 27.00 | 0.00 | 27.00 |
| Description D0550042217 79455 | | | | | | | |
| Plant DELPHI DELCO CUNEO | | | | | | | |
| Part Number 16200366 | | | Qty 360.00 | | UOM PC | | U/P 0.0750000 |
| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
| 5203159210001 | 2005-06-20 | 79488 | D0550042217 | DU | 216.00 | 0.00 | 216.00 |
| Description D0550042217 79488 | | | | | | | |
| Plant DELPHI DELCO CUNEO | | | | | | | |
| Part Number 16200366 | | | Qty 2880.00 | | UOM PC | | U/P 0.0750000 |

**** End of Remittance ****

Delphi Automotive Systems Analysis of Claim # 9402

| Document Description | Co. # | Invoice Date | Date of Service | Claimed per POC | Scheduled Amount | Schedule Variance | Reconciled Amount | Recon Type | Claimed Amount | Resolution |
|---|---|---|---|---|---|---|---|---|---|---|
| 0058193-IN | 39 | 12/31/02 | | 1,432.60 | | (1,432.60) | | R8 - Other Reconciling Adjustments | (1,432.60) | Paid # 622185 11/03/04 |
| PYMT CR125618 | 39 | 12/31/02 | | -1,432.60 | | (1,432.60) | | R8 - Other Reconciling Adjustments | (1,432.60) | Paid # 622185 11/03/04 |
| PYMT CR133921 | 39 | 12/31/02 | | -1,432.60 | | (1,432.60) | | R8 - Other Reconciling Adjustments | (1,432.60) | Claimant made adjustments to account |
| CREDIT MEMO | 39 | 12/31/02 | | -1,432.60 | | (1,432.60) | | R8 - Other Reconciling Adjustments | (1,432.60) | Claimant made adjustments to account |
| DEBIT MEMO | 39 | 12/31/02 | | 1,432.60 | | 1,432.60 | | R8 - Other Reconciling Adjustments | 1,432.60 | Claimant made adjustments to account |
| 0066705-IN | 39 | 01/26/04 | | 150.36 | | 150.36 | | R5 - Billing Disputes - Pricing, Interest, L | (150.36) | Short paid invoice # 638229 03/01/04 |
| PYMT CR128433 | 39 | 01/26/04 | | -118.86 | | (118.86) | | R5 - Billing Disputes - Pricing, Interest, L | 118.86 | Short paid invoice # 638229 03/01/05 |
| 0071426-IN | 39 | 08/06/04 | | 252.00 | | 252.00 | | R5 - Billing Disputes - Pricing, Interest, L | (252.00) | Paid # 616014 10/04/04 and applied credit to invoice |
| PYMT CR124372 | 39 | 08/06/04 | | -252.00 | | (252.00) | | R5 - Billing Disputes - Pricing, Interest, L | 252.00 | Paid # 616014 10/04/04 and applied credit to invoice |
| PYMT CR124372 | 39 | 08/06/04 | | 252.00 | | 252.00 | | R5 - Billing Disputes - Pricing, Interest, L | (252.00) | Paid # 616014 10/04/04 and applied credit to invoice |
| PYMT CR125004 | 39 | 08/06/04 | | -252.00 | | (252.00) | | R5 - Billing Disputes - Pricing, Interest, L | 252.00 | Paid # 616014 10/04/04 and applied credit to invoice |
| PYMT CR125004 | 39 | 08/06/04 | | 252.00 | | 252.00 | | R5 - Billing Disputes - Pricing, Interest, L | (252.00) | Paid # 616014 10/04/04 and applied credit to invoice |
| PYMT CR125004 | 39 | 08/06/04 | | -252.00 | | (252.00) | | R5 - Billing Disputes - Pricing, Interest, L | 252.00 | Paid # 616014 10/04/04 and applied credit to invoice |
| 0076434-IN | 39 | 03/02/05 | | 83.52 | | | 83.52 | R8 - Other Reconciling Adjustments | | POC agree to Schedule |
| 0077350-IN | 39 | 04/06/05 | | 720.00 | | 720.00 | | R3 - Pre-Petition Paid Invoices | (720.00) | Paid # 654183 06/02/05 |
| PYMT CR131163 | 39 | 04/06/05 | | -720.00 | | (720.00) | | R8 - Other Reconciling Adjustments | 720.00 | Claimant made adjustments to account |
| PYMT CR133631 | 39 | 04/06/05 | | 720.00 | | 720.00 | | R8 - Other Reconciling Adjustments | (720.00) | Claimant made adjustments to account |
| 0079091-IN | 39 | 06/03/05 | | 198.80 | | | 198.80 | R8 - Other Reconciling Adjustments | | Not recorded in E-Decor |
| 0079465-IN | 39 | 06/16/05 | | 8,820.00 | | 8,820.00 | | R3 - Pre-Petition Paid Invoices | (8,820.00) | Paid #662884 08/02/05 |
| PYMT CR132904 | 39 | 06/16/05 | | -8,820.00 | | (8,820.00) | | R8 - Other Reconciling Adjustments | 8,820.00 | Claimant made adjustments to account |
| PYMT CR133631 | 39 | 06/16/05 | | 8,820.00 | | 8,820.00 | | R8 - Other Reconciling Adjustments | (8,820.00) | Claimant made adjustments to account |
| 0079478-IN | 39 | 06/17/05 | | 31.78 | | | 31.78 | R8 - Other Reconciling Adjustments | | Not recorded in E-Decor |
| 0081093-IN | 39 | 08/17/05 | | 283.50 | 283.50 | | 283.50 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0081173-IN | 39 | 08/22/05 | | 337.82 | | 337.82 | | R3 - Pre-Petition Paid Invoices | (337.82) | Paid # 675239 10/04/05, Over paid |
| PYMT CR134566 | 39 | 08/22/05 | | -369.32 | | (369.32) | | R3 - Pre-Petition Paid Invoices | 369.32 | Paid # 675239 10/04/05, Over paid |
| 0081363-IN | 39 | 09/01/05 | | 189.00 | 189.00 | | 189.00 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0081557-IN | 39 | 09/06/05 | | 255.50 | 255.50 | | 255.50 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0081781-IN | 39 | 09/12/05 | | 233.24 | 233.24 | | 233.24 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0081798-IN | 39 | 09/13/05 | | 231.14 | 231.14 | | 231.14 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0081817-IN | 39 | 09/14/05 | | 199.50 | 199.50 | | 199.50 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0081834-IN | 39 | 09/15/05 | | 63.00 | 63.00 | | 63.00 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0081893-IN | 39 | 09/20/05 | | 252.28 | 252.28 | | 252.28 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0081919-IN | 39 | 09/22/05 | | 220.50 | 220.50 | | 220.50 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0081999-IN | 39 | 09/26/05 | | 189.00 | 189.00 | | 189.00 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0082015-IN | 39 | 09/27/05 | | 75.74 | 75.74 | | 75.74 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0082131-IN | 39 | 10/03/05 | | 129.22 | 129.22 | | 129.22 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0082313-IN | 39 | 10/05/05 | | 1,440.00 | 1,440.00 | | 1,440.00 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| 0082974-IN | 39 | 10/01/05 | | 2,948.02 | 2,948.02 | | 2,948.02 | R4 - Pre-Petition Unpaid Invoices | | POC agree to Schedule |
| | | | | | | | 7,023.74 | | | |