**Hearing Date: 04/20/07**
                                                       **Time: 10:00 a.m.**

LAW OFFICES OF MAX J. NEWMAN, P.C.
Counsel for Sumitomo Wiring Systems (U.S.A.), Inc.
3000 Middlebury Ln.
Bloomfield Hills, MI  48301
(248) 835-4746
Max J. Newman (Mich. Bar. #P51483)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

                                                        Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                 (Jointly Administered)

                    Debtors.                             Chapter 11
----------------------------------------------------------x

**SUMITOMO WIRING SYSTEMS (U.S.A.), INC.'S RESPONSE TO DEBTORS' ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C §502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS (B) CLAIMS NOT REFECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION
(CLAIM NO. 2111)**

Sumitomo Wiring Systems (U.S.A.), Inc. ("SWS") states:

1.    SWS filed its Proof of Claim, number 2111, on or about February 24, 2006.  A copy of the Proof of Claim is attached to this Response.

2.    Basis for claim:  SWS' claim is for product supplied to the Debtor, Delphi Automotive Systems, LLC ("Delphi") from August 2, 2005 to September 15, 2005.

3.    Delphi filed its objection to Claim 2111 as part of the 11th Omnibus Objection on March 16, 2007.

4.    Delphi seeks to reduce Claim 2111 from $92,057.65 to $58,634.22.

5.    On March 23, 2007, SWS contacted Delphi's counsel and has requested additional information on the basis for the objection to SWS' claim.

6. Although Delphi's counsel was cooperative, at this time SWS has not received any additional information on the basis for the objection to its claim.

7. SWS asserts that the claim should be allowed because it accurately reflects goods actually shipped to Delphi prior to Delphi's Chapter 11 case.  SWS has not received payment for the amounts set forth in Proof of Claim 2111.

8. The Proof of Claim includes SWS' summary of invoices.  Further invoices and shipping documents may be obtained from counsel.

9. Address for responses:  Law Offices of Max J. Newman, P.C., attn:  Max J. Newman, 3000 Middlebury Ln., Bloomfield Hills, MI  48301, (248) 835-4746, mnewman6025@earthlink.net.

WHEREFORE SWS requests that the Court allow Claim 2111 in the full amount, $92,057.65, and grant such other relief as is just and equitable to SWS.

Dated: Bloomfield Hills, MI
April 12, 2007

                LAW OFFICES OF MAX J. NEWMAN, P.C.
                Counsel for Sumitomo Wiring Systems (U.S.A.), Inc.


                /s/     Max J. Newman
                By:  Max J. Newman (Mich. Bar. #P51483)

                3000 Middlebury Ln.
                Bloomfield Hills, MI  48301
                (248) 835-4746
                Mnewman6025@earthlink.net

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT  SOUTHERN  DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **Delphi Automotive Systems LLC** | Case Number: **05-44640-rdd** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Sumitomo Wiring Systems (U.S.A.), Inc.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

Name and address where notices should be sent:
c/o Max J. Newman, Esq.
Schafer and Weiner, PLLC
Attorneys for Sumitomo Wiring Systems (U.S.A.), Inc.
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Telephone number: 248-540-3340

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
Delphi Corporation

Check here if this claim  ☐ replaces  ☐ amends   a previously filed claim, dated: _____

1. Basis for Claim
   ☒ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)         (date)

2. Date debt was incurred: **8/2/05-9/15/05**

3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case filed. See reverse side for important explanations.

Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:  $_____

Unsecured Nonpriority Claim: **$92,057.65**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

6. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:

☐ Domestic support obligations—11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(1) – reclamation claim

5. Total Amount of Claim at Time Case Filed:   $92,057.65 _____ _____ _____ $92,057.65
   *--see attached summary sheet        (Unsecured)   (Secured)   (Priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Dated-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This space for court use only

Date: **Feb. 20, 2006**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any):
*[signature]*
MAX J. NEWMAN (MICHIGAN BAR NUMBER P51483)

FORM B10 (Official Form 10)(4/98)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ---- DEFINITIONS ----

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and party nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**7. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**8. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

| Invoice Number | Invoice Date | Due Date | Reference Number | Invoice Tot | Paid Total | Unpaid total |
|---|---|---|---|---|---|---|
| 125919 | 8/2/2005 | 16-Sep-05 | PEDP5840073 | 16234.80 | 0.00 | 16234.80 |
| 137643 | 8/25/2005 | 24-Oct-05 | PEDP4840121 | 201.60 | 0.00 | 201.60 |
| 137704 | 8/26/2005 | 10-Oct-05 | PEDP4840121 | 287.50 | 0.00 | 287.50 |
| 137705 | 8/26/2005 | 10-Oct-05 | PEDP4840121 | 2492.50 | 0.00 | 2492.50 |
| 137706 | 8/26/2005 | 25-Oct-05 | PEDP4840121 | 201.60 | 0.00 | 201.60 |
| 137707 | 8/26/2005 | 10-Oct-05 | PEDP4840121 | 190.00 | 0.00 | 190.00 |
| 137708 | 8/26/2005 | 10-Oct-05 | PEDP4840121 | 308.75 | 0.00 | 308.75 |
| 137709 | 8/26/2005 | 25-Oct-05 | PEDP4840121 | 1625.00 | 0.00 | 1625.00 |
| 137865 | 8/29/2005 | 13-Oct-05 | PEDP4840121 | 138.75 | 0.00 | 138.75 |
| 137866 | 8/29/2005 | 13-Oct-05 | PEDP4840121 | 1729.40 | 0.00 | 1729.40 |
| 137867 | 8/29/2005 | 28-Oct-05 | PEDP4840121 | 1625.00 | 0.00 | 1625.00 |
| 137868 | 8/29/2005 | 28-Oct-05 | PEDP4840121 | 201.60 | 0.00 | 201.60 |
| 137869 | 8/29/2005 | 13-Oct-05 | PEDP4840121 | 137.50 | 0.00 | 137.50 |
| 137870 | 8/29/2005 | 13-Oct-05 | PEDP4840121 | 425.00 | 0.00 | 425.00 |
| 137934 | 8/30/2005 | 14-Oct-05 | PEDP4840121 | 488.75 | 0.00 | 488.75 |
| 137935 | 8/30/2005 | 14-Oct-05 | PEDP4840121 | 380.00 | 0.00 | 380.00 |
| 137948 | 8/31/2005 | 15-Oct-05 | PEDP4840121 | 554.00 | 0.00 | 554.00 |
| 137985 | 8/31/2005 | 30-Oct-05 | PEDP4840121 | 1189.50 | 0.00 | 1189.50 |
| 137986 | 8/31/2005 | 30-Oct-05 | PEDP4840121 | 1625.00 | 0.00 | 1625.00 |
| 137987 | 8/31/2005 | 15-Oct-05 | PEDP4840121 | 6104.80 | 0.00 | 6104.80 |
| 137988 | 8/31/2005 | 15-Oct-05 | PEDP4840121 | 380.00 | 0.00 | 380.00 |
| 137989 | 8/31/2005 | 15-Oct-05 | PEDP4840121 | 636.25 | 0.00 | 636.25 |
| 138082 | 9/1/2005 | 16-Oct-05 | PEDP5840121 | 138.75 | 0.00 | 138.75 |
| 138083 | 9/1/2005 | 16-Oct-05 | PEDP5840121 | 320.00 | 0.00 | 320.00 |
| 138160 | 9/2/2005 | 17-Oct-05 | PEDP5840121 | 190.00 | 0.00 | 190.00 |
| 138161 | 9/2/2005 | 17-Oct-05 | PEDP5840121 | 2289.30 | 0.00 | 2289.30 |
| 138162 | 9/2/2005 | 17-Oct-05 | PEDP5840121 | 174.00 | 0.00 | 174.00 |
| 138163 | 9/2/2005 | 17-Oct-05 | PEDP5840121 | 320.00 | 0.00 | 320.00 |
| 138250 | 9/6/2005 | 21-Oct-05 | PEDP5840121 | 487.50 | 0.00 | 487.50 |
| 138254 | 9/6/2005 | 5-Nov-05 | PEDP5840121 | 1625.00 | 0.00 | 1625.00 |
| 138255 | 9/6/2005 | 21-Oct-05 | PEDP5840121 | 308.75 | 0.00 | 308.75 |
| 138257 | 9/6/2005 | 21-Oct-05 | PEDP5840121 | 137.50 | 0.00 | 137.50 |
| 138258 | 9/6/2005 | 21-Oct-05 | PEDP5840121 | 380.00 | 0.00 | 380.00 |
| 138309 | 9/7/2005 | 22-Oct-05 | PEDP4840121 | 617.50 | 0.00 | 617.50 |
| 138310 | 9/7/2005 | 22-Oct-05 | PEDP4840121 | 138.75 | 0.00 | 138.75 |
| 138311 | 9/7/2005 | 6-Nov-05 | PEDP4840121 | 1625.00 | 0.00 | 1625.00 |
| 138312 | 9/7/2005 | 22-Oct-05 | PEDP4840121 | 1526.20 | 0.00 | 1526.20 |
| 138386 | 9/8/2005 | 23-Oct-05 | PEDP4840121 | 327.50 | 0.00 | 327.50 |
| 138387 | 9/8/2005 | 23-Oct-05 | PEDP4840121 | 137.50 | 0.00 | 137.50 |
| 138388 | 9/8/2005 | 23-Oct-05 | PEDP4840121 | 670.00 | 0.00 | 670.00 |
| 138389 | 9/8/2005 | 23-Oct-05 | PEDP4840121 | 1936.20 | 0.00 | 1936.20 |
| 138390 | 9/8/2005 | 7-Nov-05 | PEDP4840121 | 201.60 | 0.00 | 201.60 |
| 138391 | 9/8/2005 | 23-Oct-05 | PEDP4840121 | 517.50 | 0.00 | 517.50 |
| 138442 | 9/9/2005 | 24-Oct-05 | PEDP4840121 | 138.75 | 0.00 | 138.75 |
| 138443 | 9/9/2005 | 24-Oct-05 | PEDP4840121 | 2289.30 | 0.00 | 2289.30 |
| 138444 | 9/9/2005 | 24-Oct-05 | PEDP4840121 | 190.00 | 0.00 | 190.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 138527 | 9/12/2005 | 27-Oct-05 | PEDP4840121 | 498.75 | 0.00 | 498.75 |
| 138537 | 9/12/2005 | 27-Oct-05 | PEDP4840121 | 468.75 | 0.00 | 468.75 |
| 138538 | 9/12/2005 | 27-Oct-05 | PEDP4840121 | 1936.20 | 0.00 | 1936.20 |
| 138539 | 9/12/2005 | 11-Nov-05 | PEDP4840121 | 201.60 | 0.00 | 201.60 |
| 138623 | 9/13/2005 | 28-Oct-05 | PEDP4840121 | 308.75 | 0.00 | 308.75 |
| 138624 | 9/13/2005 | 28-Oct-05 | PEDP4840121 | 328.75 | 0.00 | 328.75 |
| 138625 | 9/13/2005 | 28-Oct-05 | PEDP4840121 | 148.75 | 0.00 | 148.75 |
| 138626 | 9/13/2005 | 28-Oct-05 | PEDP4840121 | 721.25 | 0.00 | 721.25 |
| 138627 | 9/13/2005 | 28-Oct-05 | PEDP4840121 | 2346.20 | 0.00 | 2346.20 |
| 138628 | 9/13/2005 | 28-Oct-05 | PEDP4840121 | 190.00 | 0.00 | 190.00 |
| 138629 | 9/13/2005 | 28-Oct-05 | PEDP4840121 | 190.00 | 0.00 | 190.00 |
| 138692 | 9/14/2005 | 29-Oct-05 | PEDP4840121 | 2699.30 | 0.00 | 2699.30 |
| 138693 | 9/14/2005 | 29-Oct-05 | PEDP4840121 | 174.00 | 0.00 | 174.00 |
| 138694 | 9/14/2005 | 29-Oct-05 | PEDP4840121 | 765.80 | 0.00 | 765.80 |
| 138695 | 9/14/2005 | 13-Nov-05 | PEDP4840121 | 1625.00 | 0.00 | 1625.00 |
| 19956 | | 30-Sep-05 | | 491.02 | 0.00 | 491.02 |
| 20086 | 9/2/2005 | 17-Oct-05 | | 16679.63 | | 16679.63 |
| | | | | 83617.65 | 0.00 | 83617.65 |
| 64456 | 9/1/2005 | 10/31/2005 | 550037417 | 2900.00 | 0.00 | 2900.00 |
| 64457 | 9/1/2005 | 10/16/2005 | 550037353 | 225.00 | 0.00 | 225.00 |
| 64458 | 9/1/2005 | 10/16/2005 | 550037374 | 2320.00 | 0.00 | 2320.00 |
| 64696 | 9/9/2005 | 10/24/2005 | 550037353 | 450.00 | 0.00 | 450.00 |
| 64877 | 9/15/2005 | 10/30/2005 | 550037374 | 2320.00 | 0.00 | 2320.00 |
| 64878 | 9/15/2005 | 10/30/2005 | 550037353 | 225.00 | 0.00 | 225.00 |
| | | | | 8440.00 | | 8440.00 |