# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | AMENDED PROOF OF CLAIM |
|---|---|---|
| Name of Debtor(s) Delphi Automotive Systems LLC | Case No.  05-44640 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Lockport City Treasurer | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |
|---|---|
| Name and address where notices should be sent:<br>**Damon & Morey LLP**, Attn: William F. Savino or Beth Bivona<br>298 Main Street, Buffalo, NY 14202 - Tel. No.: (716) 856-5500<br>- and -<br>**Lockport City Treasurer**, City of Lockport, 1 Locks Plaza, Lockport, NY 14094<br>Tel. No.: (716) 439-6744 | ☐ Check box if you never received any notices from the Bankruptcy Court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the Court. |

THIS SPACE IS FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor: **1860 and 1880** | Check here if this claim | ☐ replaces<br>☒ amends a previously-filed claim, dated 7/28/06; claim 12442 |
|---|---|---|

**1. BASIS FOR CLAIM:**
- ☒ Goods Sold
- ☐ Services Performed
- ☐ Money Loaned
- ☐ Personal Injury/Wrongful Death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree Benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below):
  Last 4 digits of your SS# _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)     (date)

**2. Date debt was incurred:** 8/22/05 – 10/7/05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $93,707.30**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(I)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:**  $ 93,707.30 _____ _____ _____ $93,707.30
                                                  (unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date: April 12, 2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*[signature]*<br>**Beth Ann Bivona, Esq., as attorney for City of Lockport** |
|---|---|