DAMON & MOREY LLP
Attorneys for Lockport City Treasurer
Beth Ann Bivona, Esq. (BB3144)
100 Cathedral Place
298 Main Street
Buffalo, New York 14202
(716) 856-5500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | **CHAPTER 11** |
| DELPHI CORPORATION, *ET AL.*, | **CASE NO. 05-44481 (RDD)** |
| Debtors. | **Jointly Administered** |

## CERTIFICATE OF SERVICE

I, Melissa A. Brennan, hereby certify that on April 12, 2007, I electronically filed the OPPOSITION OF THE LOCKPORT CITY TREASURER TO THE DEBTORS' ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION and AFFIDAVIT OF JOHN J. OTTAVIANO, ESQ. with the Clerk of the Bankruptcy Court using the CM/ECF system.

I further hereby certify that I have sent the foregoing via Federal Express Priority Overnight delivery to the following CM/ECF participants and non-participants:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>Room 610<br>New York, New York 10004 | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098 |

| | |
|---|---|
| John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | |

**DATED**:    Buffalo, New York              **DAMON & MOREY LLP**
                    April 12, 2007


                                                        By: /s/ Melissa A. Brennan
                                                            Melissa A. Brennan
                                                            1000 Cathedral Place
                                                            298 Main Street
                                                            Buffalo, New York  14202-4096
                                                            Telephone:  (716) 856-5500

-#1098646