| | |
|---|---|
| HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, New York  10016<br>Telephone:  (212) 592-1400<br>Seth F. Kornbluth (SK-4911) | Hearing Date and Time:  April 20, 2007 at 10:00 a.m. |

- and -

WILLIAMS MULLEN MAUPIN TAYLOR
3200 Beechleaf Ct., Ste. 500
Raleigh, North Carolina  27604-1064
Telephone: (919) 981-4000
Robert K. Imperial
N.C. State Bar No. 34469

*Attorneys for Juki Automation Systems, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| In re: | : | Chapter  11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No 05-44481 (RDD) |
| | : | |
| Debtors, | : | Jointly Administered |
| | : | |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RESPONSE OF JUKI AUTOMATION SYSTEMS, INC. TO DEBTORS' ELEVENTH
OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS,
(C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION**

TO:  THE HONORABLE ROBERT D. DRAIN,
     UNITED STATES BANKRUPTCY JUDGE

Juki Automation Systems, Inc. ("Juki"), a secured creditor in the above-captioned Chapter 11 bankruptcy proceedings, files this Response to Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records,

HF 3591196v.2 #99999/0001

(C) Untimely Claims, and (D) Claims Subject to Modification ("Eleventh Omnibus Claims Objection"), and respectfully submits as follows:

1. On or about November 23, 2005, Juki filed with this Court a secured proof of claim in the above-captioned Chapter 11 bankruptcy cases in the amount of $138,443.00. A true and accurate copy of this proof of claim submitted to the Court is attached hereto and incorporated herein as <u>Exhibit "A"</u>.

2. As illustrated by the documentation attached to Juki's proof of claim, Debtor ordered a KE2060 machine, which is capital equipment used for the production of circuit board assemblies (the "Machine"). The Machine automatically picks and places components on a circuit board. Delphi placed the order on March 31, 2005 and the invoice was generated on September 20, 2005.

3. The Machine was shipped to Delphi on September 21, 2005 as illustrated by the bill of lading attached to Juki's proof of claim.

4. On October 8, 2005, Delphi and several affiliated companies filed the above-captioned Chapter 11 cases. A representative of Delphi, Mr. David Jones, assured Juki post-petition that it would be paid in full for the Machine.

5. Accordingly, the Machine was installed post-petition and an installation acceptance certificate was signed by Juki and Delphi on December 20, 2005. There were no problems with the delivery, installation or continued operation of the Machine. The only service call related to the Machine was a request to upgrade the feeder power supply, which was completed without incident. A true and accurate copy of the Installation Checklist and Acceptance Certificate is attached hereto and incorporated herein as <u>Exhibit "B"</u>.

6. Pursuant to paragraph 8 of the terms and conditions attached hereto as part of

Exhibit "A", Juki would maintain a security interest in the Machine after delivery and until Delphi paid in full. ("After delivery and until Buyer shall have paid in full for all products covered by this agreement, a security interest in the equipment shall be retained by Seller.")

7. On October 5 and 6, 2005, Juki filed the appropriate UCC-1 financing statements with the Secretaries of State in Mississippi, Michigan, Delaware, and Ohio. True and accurate copies of the aforementioned UCC-1 financing statements are attached to this Response as Exhibit "C". Inadvertently, those UCC-1 financing statements were not attached to the proof of claim.

8. Juki's secured proof of claim should not be reclassified as an unsecured claim. The Debtor has denied Juki status under the Court's October 8, 2005 Administrative Expense Order and now is attempting to reclassify Juki's claim as an unsecured claim despite the agreement between the parties that Juki would maintain a security interest in the Machine until paid in full and the perfection of Juki's security interest in the Machine. Furthermore, Delphi representative David Jones assured Juki on numerous occasions that it would be paid in full for the Machine and encouraged Juki to follow through with the installation of the Machine at Delphi's facility in Brookhaven, Mississippi. Having induced Juki's performance, Delphi should now be estopped from claiming the contrary as it has done in the Eleventh Omnibus Claims Objection.

9. As to the amount of Juki's claim, the filed amount was $138,443.00. Juki acknowledges that Delphi made a post-petition payment of $7,950.00 on February 7, 2006 (check # 900536734). No explanation was provided as to why this part of the Machine invoice was paid and the rest of it was not. Nevertheless, the outstanding principal amount is $130,493.00. Interest is due on all past due amounts at the annual rate of ten percent (10%).

HF 3591196v.2 #99999/0001

10. Any copy of any reply to this Response should be forwarded to counsel for Juki as noted below:

    Seth F. Kornbluth, Esq.
    Herrick, Feinstein LLP
    Two Park Avenue
    New York, NY  10016

    - and -

    Robert K. Imperial, Esq.
    Williams Mullen Maupin Taylor
    3200 Beechleaf Ct., Ste. 500
    Raleigh, NC  27604-1064

WHEREFORE, Juki respectfully requests that the Court overrule the Debtors' Objection to Juki's secured proof of claim and allow Juki's claim in the amount of $130,493.00, plus interest, and award Juki such other and further relief as this Court deems just and proper under the circumstances.

Dated: New York, New York
       April 12, 2007

HERRICK, FEINSTEIN LLP

By /s/ Seth F. Kornbluth
    Seth F. Kornbluth (SK-4911)
    Two Park Avenue
    New York, New York  10016
    Telephone:  (212) 592-1400
    Facsimile:   (212) 592-1500

    - and -

WILLIAMS MULLEN MAUPIN TAYLOR
Robert K. Imperial, Esq.
N.C. State Bar No. 34469
3200 Beechleaf Ct., Ste. 500
Raleigh, NC  27604-1064
Telephone: (919) 981-4000
Facsimile:  (919) 981-4300

*Attorneys for Juki Automation Systems, Inc.*