| United States Bankruptcy Court **Southern** District Of **New York** | | **PROOF OF CLAIM** This Space For Court Use Only |
|---|---|---|
| Name of Debtor: **Delphi Corporation** | Case Number **05-44481** | |

This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **Juki Automation Systems, Inc.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
**Juki Automation Systems, Inc.**
**507 Airport Blvd., Suite 101**
**Morrisville, NC 27560**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number: **(919) 460-0111**

Account or other number by which creditor identifies debtor: **Customer ID 233**

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
      (date)        (date)

**2. Date debt was incurred:** **9/20/05**

**3. If court judgment, date obtained:**

**Total Amount of Claim at Time Case Filed:** $ _____ **138,443.00** _____ **138,443.00**
(Unsecured Nonpriority)   (Secured)   (Unsecured Priority)   (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☑ Other **equipment**
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $**138,443.00**

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4-1-07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: **11/15/05**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
**David J. Fraz  David J. Fraz  Secretary/Treasurer**

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

[Stamp: RECEIVED NOV 23 2005 CLAIMS PROCESSING CENTER USBC, SDNY]

COPY

**EXHIBIT A**



**JUKI AUTOMATION SYSTEMS**
Airport Boulevard, Morrisville, NC 27560, USA
Tel (919) 460-0111   Fax (919) 469-0480

**Remit To:**
P.O. Box 601600, Charlotte, NC 28260-1600
Wires: Acct# 2000000569950   ABA# 053000219

### INVOICE

| | |
|---|---|
| Invoice No. | IN0017764 |
| Date | 9/20/2005 |
| Customer ID | 233 |
| Due Date | 10/20/2005 |

**Bill To:**
c/o DELPHI PACKARD ELECTRIC
CITY OF BROOKHAVEN
PO BOX 431
WARREN, OH 44482

**Ship To:**
PLANT #23
DELPHI PACKARD ELECTRIC SYSTEMS
BROOKHAVEN INDUSTRIAL PARK
BROOKHAVEN, MS 39601

| FOB POINT | SHIP VIA | ORDERED BY | CUSTOMER PO |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | 03059 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 3/31/2005 | Net 30 Days | MARTEC | 010 |

| PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| Sequence Ident. No. PRM3910N-001 KE2060L KE2060L SIZE CONVEYOR Serial No. 265-G2252 | 1 | EA | 1 | 119,602.00 | 119,602.00 |
| Sequence Ident. No. PRM3910N-006 -OPTION 20MM TALL COMPONENT HEIGHT OPTION KE2060 | 1 | EA | 1 | 10,000.00 | 10,000.00 |
| Sequence Ident. No. PRM3910N-003 40025195 TOUCH PANEL 2050/2060 (RETROFIT) (40001793) | 1 | EA | 1 | 891.00 | 891.00 |
| 40001794 L WIDE PWB SIZE KE2050/2060 | 1 | EA | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Sales Total | 130,493.00 |
| Shipping & Handling | |
| Misc. Charges | |
| Tax Total | |
| Paid | |
| **Total Due** | **130,493.00** |

# JUKI AUTOMATION SYSTEMS

507 Airport Boulevard, Morrisville, NC 27560, USA
Tel (919) 460-0111    Fax (919) 469-0480

**PACKING SLIP**

| | |
|---|---|
| Shipper ID | SH0014222 |
| Sales Order No. | SO0031860 |
| Order Type | Systems Order |
| Customer ID | 233 |

| BILL TO: | SHIP TO: |
|---|---|
| C/O DELPHI PACKARD ELECTRIC<br>CITY OF BROOKHAVEN<br>PO BOX 431<br>WARREN, OH 44482 | PLANT #23<br>DELPHI PACKARD ELECTRIC SYSTES<br>BROOKHAVEN INDUSTRIAL PARK<br>BROOKHAVEN, MS 39601 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | 03059 |

| ORDER DATE | TERMS | SALES PERSON | SITE | SHIP COMPLETE |
|---|---|---|---|---|
| 3/31/2005 | Net 30 Days | Martec | 010 | No |

| LINE | PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | BIN LOCATION |
|---|---|---|---|---|---|
| 00001 | KE2060L | 1 | EA | 1 | WH.10 |
| | KE2060 L SIZE CONVEYOR | | | | |
| | Serial Nos: 265-G2252 | | | | |
| 00002 | UHOPTION | | EA | | |
| | 20MM TALL COMPONENT HEIGHT OPTION KE2060 | | | | |
| | 40025195 | 1 | EA | 1 | 8--A-6 |
| | TOUCH PANEL 2050/2060 (RETROFIT) (40001793) | | | | |
| 00007 | 40001794 | | EA | | WH.10 |
| | L WIDE PWB SIZE KE2050/2060 | | | | |

| | | | |
|---|---|---|---|
| Boxes | | Pulled | 9·21 |
| Total Weight | | Inspected | DO |
| Charges | | Packed | |

Last Updated by: DD 9/19/2005

**PURCHASE ORDER** NO: 03059

DELPHI PACKARD ELECTRIC SYSTEMS
BROOKHAVEN, MISSISSIPPI 39601

Send invoices in Triplicate to:
City of Brookhaven
c/o DELPHI PACKARD ELECTRIC SYSTEMS
P.O. BOX 431  WARREN, OHIO 44482

DATE OF ORDER: 3-23-05
PAGE 1 OF 1

THIS NUMBER TOGETHER WITH PLANT NUMBER, PART NUMBER AND SPECIFICATION NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS AND BILLS OF LADING.

F-1687-Z

Juki Automation Systems Inc.
507 Airport Blvd
Morrisville, NC 27560

DELIVER TO:
Delphi Packard Electric Systems
Brookhaven Industrial Park
Brookhaven, MS 39601
PLT. 23

Please address all correspondence concerning this order to the attention of DELPHI PACKARD ELECTRIC SYSTEMS, WARREN, OHIO 44482

PLEASE ENTER OUR ORDER AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS ON THE BACK HEREOF:

SHIP VIA: see attached — STANDING INSTRUCTIONS
F.O.B.: OPFC
TERMS: MNS2
BUYER: SE

| SEQUENCE IDENT. NO. | CRIB/ITEM PART NO. | DESCRIPTION | PRICE/U.O.M. | U.O.M. | CD. | QUANTITY ORD. | SHIP'T. DATE |
|---|---|---|---|---|---|---|---|
| PRM3910N-001 | KE2060LL | KE2060 SMT/odd component placer | $119,602.00 | PCS | | 2-PCS | 3-17-05 |
| PRM3910N-002 | | barcode reader system | $24,900.00 | PCS | | 2-PCS | 3-17-05 |
| PRM3910N-003 | | touch panel option | $891.00 | PCS | | 2-PCS | 3-17-05 |
| PRM3910N-004 | | Feeder set-up module | $5,500.00 | PCS | | 2-PCS | 3-17-05 |
| PRM3910N-005 | | software translator | $3,500.00 | PCS | | 2-PCS | 3-17-05 |
| 3910N-006 | | LH option, 20 mm tall comp capability | $10,000.00 | sets | | 2-sets | 3-17-05 |

\*\*\*RFQ  02-SE-04-026\*\*\*

\*\*\* ALL DELPHI TERMS AND CONDITIONS APPLY\*\*\*

\*\*\* SEE ATTACHED FOR DETAILED DESCRIPTION\*\*\*

L-WIDE

WHEN GIVEN THE SEQUENCE IDENT. NO. MUST APPEAR ON ALL PACKING SLIPS AND INVOICES.

**SUBMIT ALL INVOICES IN TRIPLICATE.** SUPPLIER MUST NOTIFY DELPHI PACKARD ELECTRIC SYSTEMS IN WRITING AND OBTAIN WRITTEN APPROVAL THROUGH PACKARD ELECTRIC PURCHASING, PRIOR TO MAKING ANY CHANGE IN THE FORMULATION, COMPOSITION AND / OR MANUFACTURING PROCESS OF PM MATERIAL AND / OR PURCHASED PARTS ORIGINALLY APPROVED AND SUPPLIED UNDER THIS SPECIFICATION.

ALL SHIPMENTS MUST BE ACCOMPANIED BY PACKING SLIP SHOWING ORDER NUMBER, PART OR SPECIFICATION NUMBER, QUANTITY AND BRIEF DESCRIPTION OF GOODS.

OHIO STATE SALES TAX  The Department of Taxation of Ohio has issued Permit No. 98000623 to this Company authorizing it to purchase tangible personal property without payment of tax at the time of purchase. We agree to maintain adequate records of all purchases and pay tax on the taxable items directly to the Treasurer of State.

**DELPHI PACKARD ELECTRIC SYSTEMS**
P. O. BOX 431   WARREN, OHIO 44486
WARREN, OHIO PHONE: (216) 373-3050
CLINTON, MISS. PHONE: (601) 924-7411

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIES.

IMPORTANT This order is not binding until accepted. Acceptance must be executed on acknowledgment copy which must be returned to Buyer.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

BUYER
RICHARD PATRICK
PURCHASING MANAGER

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order.

Carbon, and retained by the Agent.

described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CARRIER: Central Transportation        DATE 9-21-05
FROM: Juki Automation System            Shipper's No. _____
AT 507 Airport Blvd. Morrisville NC 27560    Agent's No. _____
(Mail or street address of consignee-For purposes of notification only)
Consigned to: Delphi Automotive Systems
Destination 925 Ind. Park Dr Hwy 51    State of _____    County of _____
Route #23 Receiving Dock Brookhaven, MS. 39601

Delivering Carrier _____    Vehicle or Car Initial _____ No. _____

| NO. PKGS. | HM | DESCRIPTION OF MATERIALS, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUB. TO CORR.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|---|
| 2 | | Electronic Equipment | 4150 | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____ (Signature of Consignor)

If the charges are to be prepaid, write or stamp here "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier
Per _____
(The signature here acknowledges only the amounts prepaid.)

Charges Advanced:
$ _____

C.O.D. SHIPMENT
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

274-361455-9
SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

packaged, marked and labeled, and are in proper condition for transportation
the bill of lading shall state whether it is "carrier's or shipper's weight."
State Commerce Commission,
in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.    EMERGENCY RESPONSE PHONE NUMBER
CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____    Shipper _____

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

permanent post office address of shipper
When transporting hazardous materials include the technical or chemical name for n.o.s. (not otherwise specified) or generic description of material with appropriate UN or NA number as defined in USDOT Emergency Response Communication Standard HM126C. Provide Emergency Response Phone Number in case of incident or accident.

2

| | |
|---|---|
| Boxes | Pulled 9-21 |
| Total Weight | Inspected DO |
| Charges | Packed |

Last Updated by: DD 9/19/2005



507 Airport Boulevard
Morrisville, NC 27560, USA
Tel (919) 460-0111
Fax (919) 469-0480

www.jas-smt.com

November 9, 2004                    Sales Order Acknowledgement

David Jones
Delphi Packard Electric Systems
6000 Youngstown-Warren Road
Warren, OH 44446

Dear David:

I would like to take this opportunity to thank you for your recent decision to purchase your Surface Mount Equipment from Juki Automation Systems. We currently are in receipt of your purchase order number 03342 and would like to advise you that this has been accepted under our terms and conditions and is being processed for delivery.

The information listed below has been scheduled for shipment per Juki quote number E04194-152825C:

| Part Number | Description | Qty |
| --- | --- | --- |
| KE2060LL | SMT Machine | 3 |
| LH Option | Extended Height Option 20mm Component | 3 |
| CAMX | Software to support standard CAMX interface | 3 |
| 40001793 | Touch Panel | 3 |
| FSS1 | Feeder Setup System Module | 3 |
| BCR | 2D Bar Code Reader | 3 |
| CSSF | Custom Stack Stick Feeder for Delphi | 12 |
| FF12NS | 12mm Tape Feeder | 6 |

Below is a list of contact numbers that you might find useful in contacting Juki Automation Systems regarding this and future orders.

| | |
| --- | --- |
| Closest Service Office | (919) 460-0111 ext 139 or (510) 249-6700 ext 202 |
| Spare Parts | (919) 460-0111 ext 105 or (919) 460-0111 ext 134 |
| Applications | (919) 460-0111 ext 120 or (919) 460-0111 ext 130 |

For questions regarding the shipment of your order I may be reached at (919) 460-0111 ext 130 or gryden@jas-smt.com. Thank you again for choosing Juki Automation Systems for your SMT equipment needs.

Best Regards,

Geron Ryden
Sales Administrator/Applications Group
Juki Automation Systems
507 Airport Blvd.
Morrisville, NC 27560
Fax: 919-469-0480

Electronics Assembly and Packaging                    Juki Automation Systems, Inc.



## Terms and Conditions

### 1. DEFINITIONS
Seller means Juki Automation Systems, Inc. Buyer means the person to whom this document is addressed.

### 2. CONDITIONS OF AGREEMENT MODIFICATION
These terms and conditions, together with the provisions of the document to which they are attached, may not be modified without written approval of Seller and if accepted by Buyer, constitute the entire agreement between the parties and thereafter may be modified or terminated only by a written instrument executed by both parties. Should Buyer place an order with Seller referring therein in any way to a quotation of Seller, or otherwise incorporating in such order any price, delivery or other information contained in Seller's quotation, then in that event, these terms and conditions shall be deemed to be accepted by Buyer, incorporated in Buyer's order and to be in lieu of any other terms or conditions in Buyer's order which are inconsistent with these terms and conditions. Any price or delivery quotation by Seller shall remain valid for 60 days unless otherwise stated in the document to which this is attached. Any orders are subject to acceptance by Seller and are subject to credit approval.

### 3. DELIVERY
A) Estimated lead time is given at time of quotation. Delivery date will be established at the time a formal purchase order is received and acknowledged.

B) The delivery date is Seller's best estimate of the time products will be shipped from the factory. Seller will use its best efforts to meet the delivery date but Seller shall have no liability for loss, damage or consequential damages due to delay in delivery.

C) All delivery dates are based upon timely receipt from Buyer of any drawings, parts, test components, instructions or any other things or information which Seller requires Buyer to furnish to Seller.

D) Seller shall not be responsible for and Buyer shall have no right of cancellation for delays in Seller's performance due to causes beyond the control and without the fault of negligence of Seller, including, but not limited to, acts of God, fire, strikes, and failure of suppliers to deliver due to causes beyond their control and without their fault or negligence.

### 4. PAYMENT TERMS
Unless otherwise stated on the invoice issued upon the acceptance of Buyer's order, payment shall be in U.S. Currency and payable:

   Net 30

In the event installation and start up is delayed for reasons outside the control of Seller, payments will be made no later than 45 days after the date of delivery. Any past due payments will be assessed an interest charge at 10% annually.

If Buyer accepts partial deliveries, Buyer agrees to pay for partial deliveries in accordance with stated payment terms.

### 5. WARRANTY
Seller warrants that its products will conform to official published specifications in effect at time of order placement. These specifications are available upon request. Seller further warrants its products to be free from defects in material and workmanship for either a period of one (1) year from completion of installation or 2,000 hours of operation, whichever shall occur first, provided the products are installed as specified by Seller, maintained by qualified service personnel and are operated in accordance with published operating procedures. For purposes of the foregoing warranties, the "completion of installation" shall be that date on which the products are installed and operating to the published specifications. If Buyer believes a product to be defective in material or workmanship or to fail to meet the specifications, Buyer shall notify Seller of such alleged defect or failure. Seller shall have a reasonable opportunity to investigate any alleged defect or failure, and upon its confirmation of the existence thereof Seller shall promptly remedy the same by repair or replacement at its discretion and without charge. Seller warrants parts repaired or replaced pursuant to this warranty for the duration of the original warranty period.

This warranty does not apply to (1) "wear parts" as they may be defined in the spare parts kit lists for the respective product, or (2) defects or failures as a result of noncompliance with Seller's installation specifications, or (3) Buyer's failure to perform recommended normal maintenance, set-up and adjustment of the product(s), or (4) Buyer's alteration/modification to product(s) without Seller's prior written approval, or (5) damages resulting from noncompliance with published operating procedures, or movement of product(s) from the original installation location, or (6) the use of replacement parts not supplied by Seller or Seller's approved suppliers.

Seller does not represent or warrant that the products supplied hereunder comply with any local laws or ordinances and Buyer will assume complete responsibility for compliance with local laws and ordinances and obtain all permits, licenses, authorizations or certificates required by any regulatory body for installation or use of the products.

Seller is not liable for any consequential or special damages resulting directly or indirectly from the design, material, workmanship, operation or installation of any of its products and neither assumes nor authorizes any other person to assume for it any other liability in connection herewith.
THIS WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER STATUTORY, EXPRESS, OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF FITNESS FOR USE AND MERCHANTABILITY, EXCEPT AS TO TITLE.

Replacement Parts Warranty
Seller warrants replacement parts sold by its Replacement Parts Division to be free from defects in material and workmanship upon leaving its facility. Seller's obligation under this paragraph is limited to repairing or exchanging, at its discretion, and without charge, items returned to Seller's factory, transportation charges prepaid, within 90 days from shipment of said items to Buyer's facility.

### 6. NO INDEMNIFICATION FOR USE
Seller makes no warranty that the products specified herein will not, when used in their normal manner, infringe any claims of any United States or foreign patents. Seller will not indemnify Buyer or its customers for any claims brought against Buyer or its customers for infringement of any such patents.

### 7. CHANGES
Any order may be amended from time to time by written change orders signed by both parties, setting forth the particular changes to be made and the effect of such changes on the price and time of delivery.

### 8. SHIPMENT, TITLE AND RISK OF LOSS
Except as otherwise set forth herein, delivery will occur and shipment will be Freight On Board (F.O.B.) Ex-works, and the price includes packing and packaging for international shipment by air and for domestic shipment by padded air van or truck. An extra charge will be made for special packing. Seller will use appropriate air and surface transportation unless otherwise specified in the order and assumes no responsibility for delay, breakage or damage after the product(s) are delivered to the carrier in good order. Risk of loss will pass to Buyer upon delivery of the product(s) to the carrier at Seller's plant. Claims for breakage and damage should be made to the carrier.

After delivery and until Buyer shall have paid in full for all products covered by this agreement, a security interest in the equipment shall be retained by Seller.

### 9. INSTALLMENT DELIVERY
If Buyer's order provides for delivery in installments, Seller may manufacture or have manufactured the entire quantity of ordered products at one time, subject to delivery in accordance with the order. If Buyer defaults in any way, under the order subsequent to such completion of manufacture, the balance of the entire purchase price remaining unpaid will forthwith become due.

### 10. OSHA
In the designing and manufacturing of the product(s), subject to this order, Seller or its manufacturer will comply in good faith with the safety standards of the Occupational Safety and Health Act of 1970 as they exist on the date of acceptance of any order. Seller welcomes the inspection by Buyer's authorized representatives with regard to OSHA. Additions to, or modifications of, the product(s) requested at that time will be quoted on a time and material basis.

### 11. ELECTRICAL CODES
In the designing and manufacturing of the product(s), Seller or its manufacturer shall comply in good faith with the electrical standards of the International Electrotechnical Commission (IEC) as they exist on the date of acceptance of an order. Seller welcomes the inspection by Buyer's authorized representatives) with regard to electrical codes. Additions to, or modifications of, the product(s) requested at that time will be quoted on a time and material basis.

### 12. SOFTWARE
All software is the property of the Seller. Without the prior written consent of Seller, Buyer will not; (A) use, copy, merge or transfer copies of the software or the documentation provided in connection with or as a part of the products (the "Software"), except as specifically authorized in connection with the use of the products; (B) use the backup or archival copy of the Software for permit any third party to use such copy) for any purpose other than to replace the original copy in the event that it is destroyed or becomes defective; or (C) rent, lease, sublicense, distribute, transfer, copy or modify the Software, or any of its rights associated with the Software, except as expressly authorized in this Agreement; (D) reverse engineer, disassemble, decompile or otherwise attempt to access the source code of the Software; or (E) use the Software, or any part of either of it except in connection with the products.

### 13. SPECIAL FEATURES
Tools, dies and facilities embody Seller's design and experience, and any charges made for them represent only a portion of their cost. Accordingly, Seller retains title and all rights to their possession.

### 14. TAXES
Buyer is responsible for payment of any applicable sales use, turnover or other taxes due to any, federal, state or local taxing authority imposing the same. If said transaction is exempt from sales and/or use tax, Buyer shall provide Seller with a statement of such exemption.

### 15. INSOLVENCY
Either party shall have the right to cancel any order resulting from this quotation in the event that the other party becomes bankrupt or makes assignment for benefit of creditors.

### 16. LAW
This agreement shall be governed by, subject to and construed according to the laws of the State of North Carolina.



507 Airport Blvd
Morrisville, NC 27560
Tel (919) 460-0111
Fax (919) 469-0480

**Company**  Delphi Automotive Systems (OH)      **Contact:**  David Jones
6000 Youngstown-Warren Road
Warren, OH 44446
330-373-7413

*Quote Number:* E04194-152825C                                                *Quote Date:*  10/26/2004

| Main Item | Description | List Price (Ea) | Price (Ea) | Qty | Product Total |
|---|---|---|---|---|---|
| KE2060LL | KE 2060 with L-Wide Size Conveyor (14"x20") | $179,900.00 | $179,900.00 | 3 | $539,700.00 |

Included with this Item:
One Multi-Nozzle Laser Head with Four Nozzles and One High Precision Placement Head with One Nozzle
Vision Centering System featuring:
Tri-Color, Tri-Directional Lighting, All-Ball Recognition and Multi-Imaging
Front and Rear Feeder Float Detectors
Board Fiducial Offset Correction System
Front and Rear Feeder Banks - Accomodates (80) 8MM Tape Feeders
Automatic Nozzle Change Station
(17) Nozzles: 5ea-500's, 5ea-504's, 2ea of 505's, 506's, 507's, & 1ea-508
Teach Pendant, PC Keyboard and Trackball
Board Edge Clamping System
Self Calibration Jig
2 Micron Resolution Linear Encoders
Vision Monitor
12" Color LCD Monitor
3-Stage Pass Thru-Conveyor
NT Operating System & System Optimization Software
(12) Board Support Pins
5th Generation High Rigidity Cast Frame
Installation & On-Site Training
2 Training Credits for Advanced Machine & Operating Training Courses at JUKI Location

**Options**

| | | | | | |
|---|---|---|---|---|---|
| **Accessories** | | | | | |
| 40001793 | Touch Panel for KE2050/KE2060 | $1,195.00 | $1,195.00 | 3 | $3,585.00 |
| LH Option | Extended Height Option for 20mm Component Height | $10,000.00 | $10,000.00 | 3 | $30,000.00 |
| CAMX | Software to support CAMX standard interfac | $3,500.00 | $3,500.00 | 3 | $10,500.00 |
| FSS1 | Feeder Setup System Module 1 - At machine feeder verification | $5,500.00 | $5,500.00 | 3 | $16,500.00 |
| BCR | 2D Bar Code Reader and Software for Automatic Change Over and Serial Number Detection | $24,900.00 | $24,900.00 | 3 | $74,700.00 |
| **Feeders (Stick)** | | | | | |
| CSSF | Custom Stack Stick Feeder for Delphi | $11,950.00 | $11,950.00 | 12 | $143,400.00 |
| **Feeders (Tape)** | | | | | |
| FF12NS | 12mm Tape Feeder (1 stroke) | $795.00 | $795.00 | 6 | $4,770.00 |

26-Oct-04                    **Company Confidential**                    Page 1 of 2

| Main Item | Description | List Price (Ea) | Price (Ea) | Qty | Product Total |
|---|---|---|---|---|---|

|  |  |
|---|---|
| Main Product SubTotal | $539,700.00 |
| OptionSubTotal | $283,455.00 |
| Total Price: | $823,155.00 |
| Additional Discount: | $169,940.00 |
| Net Investment: | $653,215.00 |

**Lease**
Interest: 0
Payment:
Duration:

All terms and conditions are incorporated as part of this offer.
Prices current as of date shown. Prices valid for 30 days.
Price includes installation, training, and one (1) year non-wear parts/labor warranty on new equipment and 6 months on used/refurbished equipment. Price does not include freight, duty, or state or local taxes if applicable.

Notes:
\*\*Juki will provide (2) sets of manuals on CD
\*\*Juki will offer a 6000 hour/2 year warranty
\*\*Juki will provide CAD drawings of the machines showing clearance zones as well as air, power, and LAN connection points
\*\*Delivery is FOB destination with freight being paid collect
\*\*Conveyor is set for right to left operation
\*\*Operator, maintenance, programming and advanced programming training for up to six sessions is included with the purchase of this system
\*\*Machine software upgrades will be at no charge during the warranty period

# JUKI AUTOMATION SYSTEMS

507 Airport Boulevard, Morrisville, NC 27560, USA
Tel (919) 460-0111    Fax (919) 469-0480

**PACKING SLIP**

| | |
|---|---|
| Shipper ID | SH0014223 |
| Sales Order No. | SO0032627 |
| Order Type | fter Systems Sales Ord. |
| Customer ID | 233 |

| BILL TO: | SHIP TO: |
|---|---|
| C/O DELPHI PACKARD ELECTRIC<br>CITY OF BROOKHAVEN<br>PO BOX 431<br>WARREN, OH  44482 | DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI PACKARD-MISS OPERATIONS<br>925 IND. PARK DRIVE, HWY. 51<br>#23 RECEIVING DOCK<br>BROOKHAVEN, MS  39601 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | P3S27649 |

| ORDER DATE | TERMS | SALES PERSON | SITE | SHIP COMPLETE |
|---|---|---|---|---|
| 8/29/2005 | Net 30 Days | Martec | 010 | No |

| LINE | PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | BIN LOCATION |
|---|---|---|---|---|---|
| 00001 | FF12NS<br>FEEDER 12MM 1 STROKE | 10 | EA | 10 | WH.10 |

(SHIPPED WITH #SH0014222) DD

| | | | |
|---|---|---|---|
| Boxes | | Pulled | 9·21 |
| Total Weight | | Inspected | *(signature)* |
| Charges | | Packed | |

Last Updated by: DD 9/19/2005

# JUKI
## AUTOMATION SYSTEMS

\_irport Boulevard, Morrisville, NC 27560, USA

Tel (919) 460-0111   Fax (919) 469-0480

**Remit To:**
P.O. Box 601600, Charlotte, NC 28260-1600
Wires: Acct# 2000000569950   ABA# 053000219

### INVOICE

| | |
|---|---|
| Invoice No. | IN0017766 |
| Date | 9/20/2005 |
| Customer ID | 233 |
| Due Date | 10/20/2005 |

| Bill To: | Ship To: |
|---|---|
| c/o DELPHI PACKARD ELECTRIC<br>CITY OF BROOKHAVEN<br>PO BOX 431<br>WARREN, OH 44482 | PLANT #23<br>DELPHI PACKARD ELECTRIC SYSTEMS<br>BROOKHAVEN INDUSTRIAL PARK<br>BROOKHAVEN, MS 39601 |

| FOB POINT | SHIP VIA | ORDERED BY | CUSTOMER PO |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | P3S27649 |
| **ORDER DATE** | **TERMS** | **SALES PERSON** | **SITE** |
| 8/29/2005 | Net 30 Days | MARTEC | 010 |

| PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| Sequence Ident. No. PRT4817A-001<br>FF12NS<br>FEEDER 12MM 1 STROKE | 10 | EA | 10 | 795.00 | 7,950.00 |

| | |
|---|---|
| Sales Total | 7,950.00 |
| Shipping & Handling | |
| Misc. Charges | |
| Tax Total | |
| Paid | |
| **Total Due** | **7,950.00** |