**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]
Colony Keith (919-981-4072)
B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Cameron R. Webb, Esq.
Maupin Taylor, P.A.
P.O. Drawer 19764
Raleigh, NC 27619

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

SECRETARY OF STATE
2005 OCT -6 AM 11:2

1. DEBTOR'S EXACT FULL LEGAL NAME
   1a. ORGANIZATION'S NAME: Delphi Corporation, d/b/a Delphi Packard Electric Systems
   1c. MAILING ADDRESS: 5725 Delphi Drive | CITY: Troy | STATE: MI | POSTAL CODE: 48098 | COUNTRY: USA
   1d./1e./1f./1g.: Corporation | Delaware | DE2184332

3. SECURED PARTY'S NAME
   3a. ORGANIZATION'S NAME: Juki Automation Systems, Inc.
   3c. MAILING ADDRESS: 507 Airport Blvd., Suite 1M | CITY: Morrisville | STATE: NC | POSTAL CODE: 27560 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

See Exhibit A attached hereto and incorporated herein by reference, and the proceeds of any of the described property, whether cash or non-cash, and including insurance proceeds and condemnation awards; and all replacements, substitutes or accessories thereof.

8. OPTIONAL FILER REFERENCE DATA
OH Secretary of State Juki/Delphi (Delphi PO #D3952 & PO527840)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 02/22/02)

Page 1

**EXHIBIT C**

**Exhibit A**
**Collateral**

Page 1 of 3

(1) One KE2060L Serial No.: 265-G2252
    KE2060 L SIZE CONVEYOR
(1) One LH-OPTION
    20MM TALL COMPONENT HEIGHT OPTION KE2060
(1) One 40025195
    TOUCH PANEL 2050/2060 (RETROFIT, (40001793)
(1) One 40001794
    L WIDE PWB SIZE KE2050/2060
(10) Ten FF12NS
    FEEDER 12MM 1 STROKE

Delphi PO #E0059

Exhibit A
Page 2 of 3

**JUKI**
AUTOMATION SYSTEMS
507 Airport Blvd, Morrisville, NC 27560, USA
Tel (919) 460-0111   Fax (919) 465-0483
Remit To: P.O. Box 601500, Charlotte, NC 28260-1500
Wire Acct#: 2000000569056 ABA# 053000219

**INVOICE**

| | |
|---|---|
| Invoice No | 000017764 |
| Date | 9/20/2005 |
| Order No | SO0091850 |
| Customer ID | 223 |
| Due Date | 10/20/2005 |

| Bill To | Ship To |
|---|---|
| C/O DELPHI PACKARD ELECTRIC<br>CITY OF BROOKHAVEN<br>PO BOX 631<br>WARREN, OH 44482 | PLANT #23<br>DELPHI PACKARD ELECTRIC SYSTEMS<br>BROOKHAVEN INDUSTRIAL PARK<br>BROOKHAVEN, MS 39601 |

PAGE 1 of 1

| Shipping Point | Ship Via | Buyer | Customer PO No |
|---|---|---|---|
| To Be Determined | | DAVID JONES | 83038 |

| Order Date | Terms | Sales Rep | Ship |
|---|---|---|---|
| 3/31/2005 | Net 30 Days | Monroe | D10 |

| Part/Description | Quantity | UOM | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| KE2050L<br>KE2050 L SIZE CONVEYOR<br>Serial Nos: 2E2-G2262 | 1 | EA | 1 | 119,502.00 | 119,502.00 |
| LH-OPTION<br>20MM TALL COMPONENT HEIGHT OPTION KE2050 | 1 | EA | 1 | 10,000.00 | 10,000.00 |
| 40023195<br>TOUCH PANEL 2050/2060 (RETROFIT) (40001793) | 1 | EA | 1 | 891.00 | 891.00 |
| 40201704<br>L WIDE PWB SIZE KE2050/2060 | 1 | EA | 1 | 0.00 | 0.00 |

"We Now Accept Mastercard and VISA"

| | |
|---|---|
| Sales Total | 130,493.00 |
| Shipping & Handling | 0.00 |
| Misc Charges | 0.00 |
| Tax Total | 0.00 |
| Paid | 0.00 |
| **TOTAL DUE** | **130,493.00** |

Exhibit A
Page 3 of 3

**JUKI**
**AUTOMATION SYSTEMS**
507 Airport Blvd, Morrisville, NC 27560, USA
Tel (919) 460-0111  Fax (919) 469-0410

Remit To: P.O Box 601600, Charlotte, NC 28260-1600
Wire Acct#: 2060000560050 ABA# 053000219

**INVOICE**

| | |
|---|---|
| Invoice No. | IN0017720 |
| Date | 9/20/2005 |
| Order No | SO0002227 |
| Customer ID | 223 |
| Due Date | 10/20/2005 |

| BILL TO: | SHIP TO: |
|---|---|
| C/O DELPHI PACKARD ELECTRIC<br>CITY OF BROOKHAVEN<br>PO BOX 491<br>WARREN, OH 44482 | DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI PACKARD-MSS OPERATIONS<br>925 IND. PARK DRIVE, HWY. 51<br>#73 RECEIVING DOCK<br>BROOKHAVEN, MS 39601 |

PAGE 1 of 1

| F.O.B. | SHIP VIA | SALES REP | CUSTOMER P.O. NO. |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | P4527049 |

| ORDER DATE | TERMS | SOURCE FROM | SHIP |
|---|---|---|---|
| 9/20/2005 | Net 30 Days | Nashua | 01D |

| PART NUMBER | QUANTITY | UNIT | QTY SHIPPED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| FF12NS<br>FEEDER 12MM 1 STROKE | 10 | EA | 10 | 785.00 | 7,850.00 |

| | | |
|---|---|---|
| | Sales Total | 7,850.00 |
| *We Now Accept Mastercard and VISA* | Shipping & Handling | 0.00 |
| | Misc Charges | 0.00 |
| | Tax Total | 0.00 |
| | Paid | 0.00 |
| | **TOTAL DUE** | **7,850.00** |

Page 4

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Colleen Kaluel (919-981-4072)

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)
Camden R. Webb, Esq.
Maupin Taylor, P.A.
P.O. Drawer 19764
Raleigh, NC 27619

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:57 PM 10/06/2005
INITIAL FILING NUM: 5307556 2
AMENDMENT NUMBER: 0000000
SRV: 050813351

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME
1a. ORGANIZATION'S NAME: Delphi Corporation, d/b/a Delphi Packard Electric Systems
1c. MAILING ADDRESS: 5725 Delphi Drive | CITY: Troy | STATE: MI | POSTAL CODE: 48098 | COUNTRY: USA
1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: Delaware | 1g. ORGANIZATIONAL ID #: DE2944832

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME
(blank)

3. SECURED PARTY'S NAME
3a. ORGANIZATION'S NAME: Juki Automation Systems, Inc.
3c. MAILING ADDRESS: 507 Airport Blvd., Suite 101 | CITY: Morrisville | STATE: NC | POSTAL CODE: 27560 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

See Exhibit A attached hereto and incorporated herein by reference, and the proceeds of any of the described property, whether cash or non-cash, and including insurance proceeds and condemnation awards; and all replacements, substitutions or accessions thereof

8. OPTIONAL FILER REFERENCE DATA
DE Secretary of State  Juki/Delphi (Delphi PO #03D59 & P3527649)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV 05/22/02)

## Exhibit A
## Collateral

Page 1 of 3

(1) One  KE2060L Serial No.: 265-G2252
         KE2060 L SIZE CONVEYOR
(1) One  LH-OPTION
         20MM TALL COMPONENT HEIGHT OPTION KE2060
(1) One  40025195
         TOUCH PANEL 2050/2060 (RETROFIT) (40001793)
(1) One  40001794
         L WIDE PWB SIZE KE2050/2060
(10) Ten FF12NS
         FEEDER 12MM 1 STROKE

Delphi PO #03059

**Exhibit A**
Page 2 of 3

# JUKI
**AUTOMATION SYSTEMS**
507 Airport Blvd, Morrisville, NC 27560, USA
Tel (919) 460-0111   Fax (919) 469-0480

Remit To: P. O. Box 601600, Charlotte, NC 28260-1600
Wire Acct#: 2000000569050 ABA# 053000219

### INVOICE

| | |
|---|---|
| Invoice No | IND017784 |
| Date | 9/20/2005 |
| Order No | SO0031850 |
| Customer ID | 233 |
| Due Date | 10/20/2005 |

**BILL TO:**
C/O DELPHI PACKARD ELECTRIC
CITY OF BROOKHAVEN
PO BOX 431
WARREN, OH 44482

**SHIP TO:**
PLANT #29
DELPHI PACKARD ELECTRIC SYSTES
BROOKHAVEN INDUSTRIAL PARK
BROOKHAVEN, MS 39601

PAGE 1 of 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | 03059 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 3/31/2005 | Net 30 Days | Marco | D10 |

| PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| KE2060L | 1 | EA | 1 | 119,602.00 | 119,602.00 |
| KE2060 L SIZE CONVEYOR | | | | | |
| Serial No: 285-G2252 | | | | | |
| LH-OPTION | 1 | EA | 1 | 10,000.00 | 10,000.00 |
| 20MM TALL COMPONENT HEIGHT OPTION KE2060 | | | | | |
| 40025195 | 1 | EA | 1 | 891.00 | 891.00 |
| TOUCH PANEL 2050/2060 (RETROFIT) (40001783) | | | | | |
| 40001794 | 1 | EA | 1 | 0.00 | 0.00 |
| L WIDE PWB SIZE KE2050/2060 | | | | | |

*We Now Accept Mastercard and VISA*

| | |
|---|---|
| Sales Total | 130,493.00 |
| Shipping & Handling | 0.00 |
| Misc Charges | 0.00 |
| Tax Total | 0.00 |
| Paid | 0.00 |
| **TOTAL DUE** | **130,493.00** |

Exhibit A
Page 3 of 3

# JUKI
**AUTOMATION SYSTEMS**
507 Airport Blvd, Morrisville, NC 27560, USA
Tel (919) 469-0111   Fax (919) 469-0480
Remit To: P. O. Box 601600, Charlotte, NC 28260-1600
Wires: Acct#: 2000000569950 AB/A# 053000219

## INVOICE

| | |
|---|---|
| Invoice No. | IN0017766 |
| Date | 8/20/2005 |
| Order No | SO0032527 |
| Customer ID | 233 |
| Due Date | 10/20/2005 |

**BILL TO:**
C/O DELPHI PACKARD ELECTRIC
CITY OF BROOKHAVEN
PO BOX 431
WARREN, OH 44482

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI PACKARD-MISS OPERATIONS
525 IND. PARK DRIVE, HWY. 51
1/25 RECEIVING DOCK
BROOKHAVEN, MS 39601

PAGE 1 of 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | P3527649 |

| ORDER DATE | TERMS | SALESPERSON | SITE |
|---|---|---|---|
| 8/20/2005 | Net 30 Days | Martec | 010 |

| PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| FF12NS FEEDER 12MM 1 STROKE | 10 | EA | 10 | 795.00 | 7,950.00 |

*We Now Accept Mastercard and VISA*

| | |
|---|---|
| Sales Total | 7,950.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| Paid | 0.00 |
| **TOTAL DUE** | **7,950.00** |



## MICHIGAN DEPARTMENT OF STATE
Uniform Commercial Code Section
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

### Filing Acknowledgement

October 05, 2005

**Job Number**
U20051005-0101

**Initial Filing Number**
2005172533-8

**Filing Description**
Initial Financing Statement

**Document Filing Number**
2005172533-8

**Date/Time of Filing**
10/05/2005 08:55 AM

**Debtors**
DELPHI CORPORATION,
D/B/A DELPHI PACKARD
ELECTRIC SYSTEMS
5725 DELPHI DRIVE
TROY MI 48098

**Secured Parties**
JUKI AUTOMATION
SYSTEMS, INC.
507 AIRPORT BLVD.,
SUITE 101
MORRISVILLE NC 27560

The attached document(s) were filed with the Michigan Secretary of State, Uniform Commercial Code Section. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Michigan Department of State
Jeffry C. Nickerson
Filing Officer

2005172533-8   10/05/05 08:55 AM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Colleen Knibisl (919-981-4072)    A 3.29

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Camden R. Webb, Esq.
Maupin Taylor, P.A.
P.O. Drawer 19764
Raleigh, NC 27619

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME

1a. ORGANIZATION'S NAME: Delphi Corporation, d/b/a Delphi Packard Electric Systems

1c. MAILING ADDRESS: 5725 Delphi Drive | CITY: Troy | STATE: MI | POSTAL CODE: 48098 | COUNTRY: USA

1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: Delaware | 1g. ORGANIZATIONAL ID #: DE2944832

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: Juki Automation Systems, Inc.

3c. MAILING ADDRESS: 507 Airport Blvd., Suite 101 | CITY: Morrisville | STATE: NC | POSTAL CODE: 27560 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

See Exhibit A attached hereto and incorporated herein by reference, and the proceeds of any of the described property, whether cash or non-cash, and including insurance proceeds and condemnation awards; and all replacements, substitutions or accessions thereof

8. OPTIONAL FILER REFERENCE DATA
MI Secretary of State Juki/Delphi (Delphi PO #03059 & P3627649)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV 05/22/02)

# Exhibit A
## Collateral

Page 1 of 3

(1) One  KE2060L Serial No.: 265-G2252
        KE2060 L SIZE CONVEYOR
(1) One  LH-OPTION
        20MM TALL COMPONENT HEIGHT OPTION KE2060
(1) One  40025195
        TOUCH PANEL 2050/2060 (RETROFIT) (40001793)
(1) One  40001794
        L WIDE PWB SIZE KE2050/2060
(10) Ten FF12NS
        FEEDER 12MM 1 STROKE

Dolph PO #03039

Exhibit A
Page 2 of 3

**JUKI**
**AUTOMATION SYSTEMS**
507 Airport Blvd, Morrisville, NC 27560, USA
Tel (919) 460-0111   Fax (919) 460-0480

Remit To: P. O. Box 601600, Charlotte, NC 28260-1600
Wires: Acct#: 2000000509950 ABA# 053000219

**INVOICE**

| | |
|---|---|
| Invoice No | IND017784 |
| Date | 8/20/2005 |
| Order No | SO0051860 |
| Customer ID | 233 |
| Due Date | 10/20/2005 |

**BILL TO:**
C/O DELPHI PACKARD ELECTRIC
CITY OF BROOKHAVEN
PO BOX 431
WARREN, OH 44402

**SHIP TO:**
PLANT #23
DELPHI PACKARD ELECTRIC SYSTEMS
BROOKHAVEN INDUSTRIAL PARK
BROOKHAVEN MS 39601

PAGE 1 of 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER PO NO |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | 03059 |

| ORDER DATE | TERMS | SALESPERSON | SITE |
|---|---|---|---|
| 3/31/2005 | Net 30 Days | Marino | 010 |

| PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | PRICE | EXT PRICE |
|---|---|---|---|---|---|
| KE2080L | 1 | EA | 1 | 119,602.00 | 119,602.00 |
| KE2050 L SIZE CONVEYOR | | | | | |
| Serial Nos: 205-07202 | | | | | |
| LH-OPTION | 1 | EA | 1 | 10,000.00 | 10,000.00 |
| 20MM TALL COMPONENT HEIGHT OPTION KE2080 | | | | | |
| 40025185 | 1 | EA | 1 | 891.00 | 891.00 |
| TOUCH PANEL 2050/2080 (RETROFIT) (40001784) | | | | | |
| 40001784 | 1 | EA | 1 | 0.00 | 0.00 |
| L WIDE PWB SIZE KE2050/2080 | | | | | |

*We Now Accept Mastercard and VISA*

| | |
|---|---|
| Sales Total | 130,493.00 |
| Shipping & Handling | 0.00 |
| Misc Charges | 0.00 |
| Tax Total | 0.00 |
| Paid | 0.00 |
| **TOTAL DUE** | **130,493.00** |

Exhibit A
Page 3 of 3

# JUKI
**AUTOMATION SYSTEMS**
507 Airport Blvd, Morrisville, NC 27560, USA
Tel (919) 469-0111   Fax (919) 469-0480

Remit To: P O Box 601600, Charlotte, NC 28260-1600
Wires Acct#: 2000000560950 ABA# 053000219

**INVOICE**

| | |
|---|---|
| Invoice No. | IN0017766 |
| Date | 9/20/2005 |
| Order No. | SO0032627 |
| Customer ID | Z33 |
| Due Date | 10/20/2005 |

**BILL TO:**
C/O DELPHI PACKARD ELECTRIC
CITY OF BROOKHAVEN
PO BOX 431
WARREN, OH 44482

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI PACKARD-MOB OPERATIONS
923 IND. PARK DRIVE HWY 51
#23 RECEIVING DOCK
BROOKHAVEN, MS 39601

PAGE 1 of 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | PJS27649 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 8/29/2005 | Net 30 Days | Manac | 010 |

| PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | PRICE | EXT PRICE |
|---|---|---|---|---|---|
| FF12NS<br>FEEDER 12MM 1 STROKE | 10 | EA | 10 | 785.00 | 7,850.00 |

*We Now Accept Mastercard and VISA*

| | |
|---|---|
| Sales Total | 7,850.00 |
| Shipping & Handling | 0.00 |
| Misc Charges | 0.00 |
| Tax Total | 0.00 |
| Paid | 0.00 |
| **TOTAL DUE** | **7,850.00** |

755592 OCT -5

File Number: 20050200804B
Date Filed: 10/05/2005 12:00 PM
Eric Clark
Secretary of State

## Mississippi - UCC1 FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Colleen Knittel (919-981-4072)

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Camden R. Webb, Esq.
Maupin Taylor, P.A.
P.O. Drawer 19764
Raleigh, NC 27619

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Delphi Corporation, d/b/a Delphi Packard Electric Systems

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | 1d. COUNTRY |
|---|---|---|---|---|
| 5725 Delphi Drive | Troy | MI | 48098 | NA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| | Corporation | Delaware | DE2944832 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: Juki Automation Systems, Inc.

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 507 Airport Blvd., Suite 101 | Morrisville | NC | 27560 | USA |

4. This FINANCING STATEMENT covers the following collateral:

See Exhibit A attached hereto and incorporated herein by reference, and the proceeds of any of the described property, whether cash or non-cash, and including insurance proceeds and condemnation awards; and all replacements, substitutions or accessions thereof

8. OPTIONAL FILER REFERENCE DATA
MS Secretary of State Juki/Delphi (Delphi PO #03059 & P3S27649)

FILING OFFICE COPY — MISSISSIPPI UCC FINANCING STATEMENT (FORM UCC1) (REV 12/10/01)

755592 OCT -5

## Exhibit A
### Collateral

Page 1 of 3

(1) One  KE2060L Serial No.: 265-G2252
         KE2060 L SIZE CONVEYOR
(1) One  LH-OPTION
         20MM TALL COMPONENT HEIGHT OPTION KE2060
(1) One  40025195
         TOUCH PANEL 2050/2060 (RETROFIT) (40001793)
(1) One  40001794
         L WIDE PWB SIZE KE2050/2060
(10) Ten FF12NS
         FEEDER 12MM 1 STROKE

Delphi PO #03059

755592 OCT -5

**Exhibit A**
Page 2 of 3

# JUKI
## AUTOMATION SYSTEMS
507 Airport Blvd, Morrisville, NC 27560, USA
Tel (919) 460-0111    Fax (919) 469-0480

Remit To: P. O. Box 601600, Charlotte, NC 28260-1600
Wire: Acct#: 2000000569950 ABA# 053000219

| | INVOICE |
|---|---|
| Invoice No | IND017764 |
| Date | 9/20/2005 |
| Order No | SO0031860 |
| Customer ID | 233 |
| Due Date | 10/20/2005 |

| BILL TO | SHIP TO |
|---|---|
| C/O DELPHI PACKARD ELECTRIC<br>CITY OF BROOKHAVEN<br>PO BOX 431<br>WARREN, OH 44482 | PLANT #23<br>DELPHI PACKARD ELECTRIC SYSTES<br>BROOKHAVEN INDUSTRIAL PARK<br>BROOKHAVEN, MS 39601 |

PAGE 1 of 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | 03058 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 3/31/2005 | Net 30 Days | Marlac | 010 |

| PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | PRICE | EXT PRICE |
|---|---|---|---|---|---|
| KE2060L<br>KE2060 L SIZE CONVEYOR<br>Serial No: 266-G2252 | 1 | EA | 1 | 119,602.00 | 119,602.00 |
| LH-OPTION<br>20MM TALL COMPONENT HEIGHT OPTION KE2060 | 1 | EA | 1 | 10,000.00 | 10,000.00 |
| 40025195<br>TOUCH PANEL 2050/2060 (RETROFIT) (40001793) | 1 | EA | 1 | 891.00 | 891.00 |
| 40001794<br>L WIDE PWB SIZE KE2050/2060 | 1 | EA | 1 | 0.00 | 0.00 |

*We Now Accept Mastercard and VISA*

| | |
|---|---|
| Sales Total | 130,493.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| Paid | 0.00 |
| **TOTAL DUE** | **130,493.00** |

11/03/2005 09:15 FAX 919 460 0480   JUKI AUTOMATION SYS   ☒027

**755592 OCT -5**

Exhibit A
Page 3 of 3

# JUKI
## AUTOMATION SYSTEMS
507 Airport Blvd, Morrisville, NC 27560, USA
Tel (919) 460-0111  Fax (919) 460-0480

Remit To: P.O. Box 601600, Charlotte, NC 28260-1600
Wire: Acct#: 2000000569950 ABA# 053000219

| INVOICE | |
|---|---|
| Invoice No. | IND017766 |
| Date | 8/20/2005 |
| Order No | SO0032627 |
| Customer ID | 233 |
| Due Date | 10/20/2005 |

| BILL TO: | SHIP TO: |
|---|---|
| C/O DELPHI PACKARD ELECTRIC<br>CITY OF BROOKHAVEN<br>PO BOX 431<br>WARREN, OH 44482 | DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI PACKARD-MISS OPERATIONS<br>925 IND. PARK DRIVE, HWY. 51<br>#23 RECEIVING DOCK<br>BROOKHAVEN, MS 39601 |

PAGE 1 of 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| Shipping Point | To Be Determined | DAVID JONES | P3S27649 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 8/28/2005 | Net 30 Days | Marlec | 010 |

| PART NUMBER | QUANTITY | UNITS | QTY SHIPPED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| FF12NS<br>FEEDER 12MM 1 STROKE | 10 | EA | 10 | 795.00 | 7,950.00 |

*We Now Accept Mastercard and VISA*

| | |
|---|---|
| Sales Total | 7,950.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| Paid | 0.00 |
| **TOTAL DUE** | **7,950.00** |