Exhibit A

Proof of Claim

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

Name of Debtor: Delphi Corporation
Case Number: 05-44481 (RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Caraustar Custom Packaging Group, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☑ Check box if the address differs from the address on the envelope sent to you by the court.

Name and address where notices should be sent:
Attn: Sandra Gregel
P.O. Box 115
Austell, GA 30168-0115

Telephone number: (770) 299-5791

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 231-36945 & 231-36947

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. Basis for Claim
   ☑ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)       (date)

2. Date debt was incurred: 6/30/05 - 8/11/05

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:   $ 42,056.33
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

THIS SPACE IS FOR COURT USE ONLY

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 12/20/2005
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Sandra Gregel, Credit Manager

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

```
ARGOHL2      ARTOHL2                      A R 2 0 0 0   O B L I G A T I O N   H I S T O R Y                              PAGE   1
12/06/2005   15:14:36

COMPANY NUMBER  23100        COMPANY NAME  CARAUSTAR - CHICAGO CARTON              BASE CURRENCY  USD   US DOLLARS

  OBLIGATION           OBLIGATION REFERENCE TO   OBLIGATION     OPEN        TRAN   NET DUE     CLOSED    PROCESSING
  IDENTIFICATION       REFERENCE  OBLIGATION ID  AMOUNT         AMOUNT      TYPE   DATE        DATE     CURRENCY
                                  AS OF DATE

CUSTOMER NUMBER            36945  CUSTOMER NAME  DELPHI AUTOMOTIVE SYSTEMS

USD OBLIGATIONS
...............
CW131311              2936655              6/30/2005            3138.20-    3138.20-    INV    7/01/2005               USD
CW131326              2937451              7/01/2005            5569.91     5569.91     INV    8/30/2005               USD
CW131550              2953952              7/21/2005            9239.32     9239.32     INV    9/19/2005               USD
CW131551              2953963              7/21/2005            1603.74     1603.74     INV    9/19/2005               USD
CW131614              2957765              7/26/2005            2676.86     2676.86     INV    9/24/2005               USD
CW131618              2957769              7/26/2005            1772.16     1772.16     INV    9/24/2005               USD
CW131637              2958989              7/27/2005            7455.59     7455.59     INV    9/25/2005               USD
CW131733              2964923              8/02/2005            6612.98     6612.98     INV   10/01/2005               USD
CW131813              2969543              8/08/2005            4788.94     4788.94     INV   10/07/2005               USD
CW131822              2971854              8/09/2005            3592.09     3592.09     INV   10/08/2005               USD
CW131828              2971860              8/09/2005              71.40       71.40     INV   10/08/2005               USD
CW131860              2971892              8/11/2005             178.50      178.50     INV   10/10/2005               USD
                                                               --------    --------
* TOTAL USD OBLIGATIONS                       12              40423.29    40423.29  BC                                 USD
                                                               ========    ========

** TOTAL CUSTOMER OBLIGATIONS                 12              40423.29    40423.29  BC
   ALL CURRENCIES                                              ========    ========
   DELPHI AUTOMOTIVE SYSTEMS
```

```
ARGOHL2      ARTOHL2                            A R 2 0 0 0   O B L I G A T I O N   H I S T O R Y                              PAGE    1
12/06/2005   15:19:00

COMPANY NUMBER  23100     COMPANY NAME  CARAUSTAR - CHICAGO CARTON          BASE CURRENCY  USD     US DOLLARS

         OBLIGATION      REFERENCE TO    OBLIGATION       OBLIGATION              OPEN       TRAN      NET DUE      CLOSED    PROCESSING
         IDENTIFICATION  REFERENCE       OBLIGATION ID    AS OF DATE              AMOUNT     TYPE      DATE         DATE      CURRENCY

CUSTOMER NUMBER      36947   CUSTOMER NAME   DELPHI AUTOMOTIVE SYSTEMS

USD OBLIGATIONS
         CW131615       2957766                           7/26/2005       816.52        816.52       INV    9/24/2005                   USD
         CW131638       2958990                           7/27/2005       816.52        816.52       INV    9/25/2005                   USD
                                                                       ----------    ----------
* TOTAL USD OBLIGATIONS                            2                     1633.04       1633.04                                          USD
                                                                       ==========    ==========

** TOTAL CUSTOMER OBLIGATIONS                      2                     1633.04 BC    1633.04 BC
ALL CURRENCIES
DELPHI AUTOMOTIVE SYSTEMS
```