Exhibit B

# INVOICE

## Caraustar
### CUSTOM PACKAGING GROUP

**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO BOX 436040
PONTIAC          MI 4834360

| CT. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---------|----------|-------------|--------------|-------|--------------|-------------|
| 013 | 29 | COMMON CARRIER | 07/26/05 | NET 30 DAYS | 07/26/05 | CW131615 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|-----------|-----------|----------------|----------|-------|----------|-------------|----------------|
| 2600506 | 3868 | 550011816 | 19556 | 18 | 3,600 | 226.81 | 816.52 |
| 2600506 MASS AIR FLOW | | | | | | | |

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| TOTAL CASES | | | 18 | PRODUCT SALES: | | | 816.52 |
| | | | | MISC. SALES : | | | 0.00 |

Shipped on BOL # 19556
Pick ticket # 19556
Customer Rel # 19556

ALPHABETICAL

**TOTAL AMOUNT ▶**          816.52

REV02

**Chicago Carton Plant**
**555 North Tripp Ave**
**Chicago, IL  60624**
**(773) 722-0555**

131615

**SOLD TO:**

Automotive Component Group
Disbursement Analysis
PO Box 436040
Pontiac, MI  48343-6040

**SHIP TO:**

Delphi Energy & Engine
4134 Davison Road
605 Indirect Dock #2
Flint, MI  48556

## Purchase Order Number: AES33426 001

| Job # | Item # | Description | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|-----------------|-------------------|----------------|
| 3868 | 2600506 | PRD80955 | 18 | 200 | 3,600 |
| | | | | | - |

**2600506 Box Used For Service of Air Meters- Dept 52-05**

| Number of Pallets | 1 |
|-------------------|---|

| | Date |
|---|------|
| **Customer** Received Material Listed Above In Good Condition | July 25, 2005 |
| **Warehouse** | July 25, 2005 |
| **Administration** | July 25, 2005 |
| **Freight Carrier** | July 25, 2005 |

# Caraustar

### CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**INVOICE**

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO BOX 436040
PONTIAC          MI 4834360

| T. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 13 | 29 | COMMON CARRIER | 07/27/05 | NET 30 DAYS | 07/27/05 | CW131636 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 2600506 | 3868 | 550011816 | 19562 | 18 | 3,600 | 226.81 | 816.52 |
| PRD80955 MASS AIR FLOW | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL CASES | 18 | PRODUCT SALES: | 816.52 |
| | | MISC. SALES : | 0.00 |

Shipped on BOL # 19562
Pick ticket # 19562
Customer Rel # 19562

ALPHABETICAL   *dy l*
*4-28-5*

**TOTAL AMOUNT ▶**   816.52

REV02

**Chicago Carton Plant**
**55 North Tripp Ave**
**Chicago, IL 60624**
**(773) 722-0555**

131638

**SOLD TO:**

Automotive Component Group
Disbursement Analysis
PO Box 436040
Pontiac, MI 48343-6040

**SHIP TO:**

Delphi Energy & Engine
2926 Davison Road
Dock 100
Flint, MI 48556

**Purchase Order Number: AES33426 001**

| Job # | Item # | Description | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|-----------------|-------------------|----------------|
| 3868 | 2600506 | PRD80955 | 18 | 200 | 3,600 |
|  |  |  |  |  | - |

**Attn: Dennis Morgan Dept 75-03**

| Number of Pallets | 1 |
|-------------------|---|

JUL 2 7 2005

*Donna Fisher*
_____    July 27, 2005
Customer  Received Material in Good Condition                Date

_____    July 27, 2005
Warehouse                Date

_____    July 27, 2005
Administration                Date

_____    July 27, 2005
Freight Carrier                Date

INVOICE

# Caraustar
### CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343360

| T. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 08 | 29 | | 06/30/05 | * CREDIT MEMO * | 06/30/05 | CW131311 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0A049622 | 3960 | 550011908 | 1260 | | 340,000- | 9.23 | 3,138.20- |
| 0A049622 41-952 PROPLAT 3-IND | | | | | | | |
| GLUED INSIDE - GLUED CROCKED | | | | | | | |

| TOTAL CASES | | PRODUCT SALES. | 3,138.20- |
|---|---|---|---|
| | | MISC. SALES | 0.00 |

Shipped on BOL #   1260
Pick ticket #
Customer Rel #

REV02                                      ALPHABETICAL          **TOTAL AMOUNT ▶**      3,138.20-

# INVOICE

# Caraustar
### CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 46343

**SHIP TO ▶**

DELPHI ENRGY & ENG MNGMNT
2926 DAVISON RD, RCV405
PLANT 3 810/257-6350
FLINT          MI 48556

| ST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 608 | 29 | COMMON CARRIER | 07/01/05 | NET 30 DAYS | 07/01/05 | CW131328 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 11535 | 3648 | 550011834 | 19495 | 6 | 24,000 | 9.23 | 221.52 |
| #11535 R42TS "S" IND | | | | | | | |
| 11535-3 | 3648 | 550011835 | 19495 | 5 | 2,500 | 35.70 | 89.25 |
| 11535-3 R42TS "S" PACKER 6CT | | | | | | | |
| 11536 | 3657 | 550011832 | 19495 | 24 | 96,000 | 9.23 | 886.08 |
| 11536 R43TS "S" IND | | | | | | | |
| 11536-3 | 3905 | 550011833 | 19495 | 5 | 2,500 | 35.70 | 89.25 |
| 11536-3 R43TS "S" PACKER 6CT | | | | | | | |
| 11536-3 | 3958 | 550011833 | 19495 | 19 | 9,500 | 35.70 | 339.15 |
| 11536-3 R43TS "S" PACKER 6CT | | | | | | | |
| 11539 | 3473 | 550011836 | 19495 | 12 | 48,000 | 9.23 | 443.04 |
| 11539 R43T "S" IND | | | | | | | |
| 11539-3 | 3474 | 550011837 | 19495 | 12 | 6,000 | 35.70 | 214.20 |
| 11539-3 R43T "S" PACKER | | | | | | | |
| 11550 | 3648 | 550011839 | 19495 | 12 | 48,000 | 9.23 | 443.04 |
| 11550 R44LTS "S" IND | | | | | | | |
| 11550-3 | 3648 | 550011838 | 19495 | 11 | 5,500 | 35.70 | 196.35 |
| 11550-3 R44LTS "S" PACKER | | | | | | | |
| 11564 | 4070 | 550011840 | 19495 | 26 | 104,000 | 9.23 | 959.92 |
| 11564 R44T "S" IND | | | | | | | |

**CONTINUED ON NEXT PAGE**

ALPHABETICAL

**TOTAL AMOUNT ▶**

REV02

# INVOICE

## Caraustar
### CUSTOM PACKAGING GROUP

**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555  FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC        MI 48343

**SHIP TO ▶**

DELPHI ENRGY & ENG MNGMNT
2926 DAVISON RD, RCV405
PLANT 3 810/257-6350
FLINT          MI 48556

| ST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 008 | 29 | COMMON CARRIER | 07/01/05 | NET 30 DAYS | 07/01/05 | CW131326 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 11569 | 3648 | 550011848 | 19495 | 4 | 16,000 | 9.23 | 147.66 |
| 11569 R45T "S" IND | | | | | | | |
| 11569-S | 3646 | 550011849 | 19495 | 4 | 2,000 | 35.70 | 71.40 |
| 11569-S R45T "S" PACKER 6CT | | | | | | | |
| 11568-S | 4071 | 550011854 | 19495 | 24 | 12,000 | 35.70 | 428.40 |
| 11568-S R45TS "S" PACKER 6CT | | | | | | | |
| 0A049601 | 3697 | 550011967 | 19495 | 7 | 28,000 | 9.23 | 258.44 |
| 0A049601 41-906 PROPLAT S-IND | | | | | | | |
| 0A049602 | 3698 | 550011901 | 19495 | 7 | 3,000 | 35.70 | 124.95 |
| 0A049602 41-906 PROPLAT S-PKR | | | | | | | |
| 0A063304 | 3648 | 550015476 | 19495 | 7 | 28,000 | 9.23 | 258.44 |
| 0A063304 41-950 PRPOPLAT S-IND | | | | | | | |
| 0A063304 | 3697 | 550015476 | 19495 | 5 | 20,000 | 9.23 | 184.60 |
| 0A063304 41-950 PRPOPLAT S-IND | | | | | | | |
| 0A063305 | 3698 | 550015311 | 19495 | 12 | 6,000 | 35.70 | 214.20 |
| 0A063305 41-950 PRPOPLAT S-PKR | | | | | | | |

TOTAL CASES        202

PRODUCT SALES:        5,569.91
MISC. SALES :         0.00

Shipped on BOL #  19495
Pick ticket #
Customer Rel #

REV02        ALPHABETICAL        **TOTAL AMOUNT ▶**        5,569.91

Chicago Carton Plant
**555 North Tripp Ave**
**Chicago, IL 60624**
**(773) 722-0555**

**SOLD TO:**

Automotive Component Group
Disbursement Analysis
PO Box 436040
Pontiac, MI 48343-6040

**SHIP TO:**

Delphi Energy & Engine
Plant 3 Receiving Area 405
2926 Davison Road
Flint, MI 48556

| Job # | Item # | Description | P.O. # | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|--------|-----------------|-------------------|----------------|
| 3648 | 1153500 | 1153500 | 550011834 | 6 | 4000 | 24,000 |
| 3646 | 1153503 | 1153503 | 550011835 | 5 | 500 | 2,500 |
| 3897 | 1153600 | 1153600 | 550011832 | 24 | 4000 | 96,000 |
| 3905 | 1153603 | 1153603 | 550011833 | 5 | 500 | 2,500 |
| 3959 | 1153603 | 1153603 | 550011833 | 19 | 500 | 9,500 |
| 3473 | 1153900 | 1153900 | 550011836 | 12 | 4000 | 48,000 |
| 3474 | 1153903 | 1153903 | 550011837 | 12 . | 500 | 6,000 |
| 3648 | 1155000 | 1155000 | 550011839 | 12 | 4000 | 48,000 |
| 3646 | 1155003 | 1155003 | 550011838 | 11 | 500 | 5,500 |
| 4070 | 1156400 | 1156400 | 550011840 | 26 | 4000 | 104,000 |
| 3648 | 1156900 | 1156900 | 550011848 | 4 | 4000 | 16,000 |
| 3646 | 1156903 | 1156903 | 550011849 | 4 | 500 | 2,000 |
| 4071 | 1158803 | 1158803 | 550011854 | 24 | 500 | 12,000 |
| 3897 | 0A049601 | A049601 | 550011967 | 7 | 4000 | 28,000 |
| 3898 | 0A049602 | A049602 | 550011901 | 7 | 500 | 3,500 |
| 3648 | 0A063304 | A063304 | 550015476 | 7 | 4000 | 28,000 |
| 3897 | 0A063304 | A063304 | 550015476 | 5 | 4000 | 20,000 |
| 3898 | 0A063305 | A063305 | 550015311 | 12 | 500 | 6,000 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |

_signature_ July 1, 2005
Customer Approved Material Described Above in Good Condition Date

_signature_ July 1, 2005
Warehouse Date

_signature_ July 1, 2005
Administration Date

_signature_ July 1, 2005
Freight Carrier Date

Number of Pallets  18

JUL 0 1 2005
J Green

INVOICE

# Caraustar
## CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| ST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---------|----------|-------------|--------------|-------|--------------|-------------|
| 008 | 29 | COMMON CARRIER | 07/21/05 | NET 30 DAYS | 07/21/05 | CW131550 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|-----------|-----------|----------------|----------|-------|----------|-------------|----------------|
| 11565 | 3897 | 550011843 | 19510 | 4 | 16,000 | 9.23 | 147.68 |
| 11565 R44TX "S" IND | | | | | | | |
| 11565-3 | 3269 | 550011844 | 19510 | 1 | 500 | 35.70 | 17.85 |
| 11565-3 R44TX "S" PACKER 8CT | | | | | | | |
| 11565-3 | 3898 | 550011844 | 19510 | 4 | 2,000 | 35.70 | 71.40 |
| 11565-3 R44TX "S" PACKER 8CT | | | | | | | |
| 11569 | 3897 | 550011846 | 19510 | 12 | 48,000 | 9.23 | 443.04 |
| 11569 R4ST "S" IND | | | | | | | |
| 11569-3 | 3959 | 550011849 | 19510 | 12 | 6,000 | 35.70 | 214.20 |
| 11569-3 R4ST "S" PACKER 8CT | | | | | | | |
| 11570 | 3897 | 550011846 | 19510 | 12 | 48,000 | 9.23 | 443.04 |
| 11570 R4STSX "S" IND | | | | | | | |
| 11570-3 | 3898 | 550011847 | 19510 | 12 | 6,000 | 35.70 | 214.20 |
| 11570-3 R4STSX "S" PACKER | | | | | | | |
| 11587 | 3897 | 550011855 | 19510 | 12 | 48,000 | 9.23 | 443.04 |
| 11587 R44TS "S" IND | | | | | | | |
| 11587-3 | 3898 | 550011856 | 19510 | 12 | 6,000 | 35.70 | 214.20 |
| 11587-3 R44TS "S" PACKER 8CT | | | | | | | |
| 11588-3 | 4071 | 550011854 | 19510 | 43 | 21,500 | 35.70 | 767.55 |
| 11588-3 R4STS "S" PACKER 8CT | | | | | | | |

**CONTINUED ON NEXT PAGE**

ALPHABETICAL          **TOTAL AMOUNT ▶**

9 REV02

# INVOICE

# Caraustar
### CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555    FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
**CUSTOM PACKAGING GROUP**
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| T. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0B | 29 | COMMON CARRIER | 07/21/05 | NET 30 DAYS | 07/21/05 | CW131556 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 11593 | 3904 | 500011859 | 19510 | 13 | 52,000 | 9.23 | 479.96 |
| 11593 CR43TS "S" IND | | | | | | | |
| 11593 | 3958 | 500011859 | 19510 | 36 | 144,000 | 9.23 | 1,329.12 |
| 11593 CR43TS "S" IND | | | | | | | |
| 11593-3 | 3959 | 500011860 | 19510 | 87 | 21,000 | 35.70 | 749.70 |
| 11593-3 CR43TS "S" PACKER 8CT | | | | | | | |
| 11623 | 3904 | 500011845 | 19510 | 17 | 68,000 | 9.23 | 627.64 |
| 11623 R40LTS6 "S" IND | | | | | | | |
| 11640 | 3958 | 500011868 | 19510 | 22 | 88,000 | 9.23 | 812.24 |
| 11640 41-601 "S" IND | | | | | | | |
| 11640-3 | 3959 | 500011869 | 19510 | 21 | 10,500 | 35.70 | 374.85 |
| 11640-3 41-601 "S" PACKER 8CT | | | | | | | |
| 11640-3 | 4071 | 500011869 | 19510 | 5 | 2,500 | 35.70 | 89.25 |
| 11640-3 41-601 "S" PACKER 8CT | | | | | | | |
| 11643-3 | 4071 | 500011866 | 19510 | 11 | 5,500 | 35.70 | 196.35 |
| 11643-3 CR43TSM "S" PACKER 8CT | | | | | | | |
| JA049623 | 3959 | 500011965 | 19510 | 24 | 12,000 | 35.70 | 428.40 |
| JA049623 41-932 PROPLAT S-PKR 8CT | | | | | | | |
| JA049637 | 4070 | 500015372 | 19510 | 28 | 112,000 | 9.23 | 1,033.76 |
| JA049637 41-948 PROPLAT S-IND | | | | | | | |

**CONTINUED ON NEXT PAGE**

REV02          ALPHABETICAL          **TOTAL AMOUNT ▶**

# Caraustar
## CUSTOM PACKAGING GROUP

**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| T. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 06 | 29 | COMMON CARRIER | 07/21/05 | NET 30 DAYS | 07/21/05 | CW131550 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0A049637 | 4070 | 550015372 | 19010 | 1 | 3,500 | 9.23 | 32.31 |
| 0A049637 41-748 PROFLAT 5 IND | | | | | | | |
| 0A060363 | 3144 | 550015900 | 19010 | 2 | 1,000 | 35.70 | 35.70 |
| 0A060363 RFB8 PERF 8-PACKER | | | | | | | |
| 0A060364 | 3145 | 550015901 | 19010 | 2 | 8,000 | 9.23 | 73.84 |
| 0A060364 RFB0 FULL 8 IND | | | | | | | |

| | TOTAL CASES | 348 | PRODUCT SALES: | 9,239.32 |
|---|---|---|---|---|
| | | | MISC. SALES : | 0.00 |

Shipped on BOL #  19010
Pick Ticket # 19010
Customer Rel # 19010

REV02                OWL  7/22/05      ALPHABETICAL      **TOTAL AMOUNT ▶**      9,239.32

Chicago Carton Plant
355 North Tripp Ave
Chicago, IL  60624
(773) 722-0555

Date  07/21/05

131550

**SOLD TO:**

Automotive Component Group
Disbursement Analysis
PO Box 436040
Pontiac, MI  48343-6040

**SHIP TO:**

Delphi Energy & Engine
Plant 3 Receiving Area 405
2926 Davison Road
Flint, MI  48556

| Job # | Item # | Description | P.O. # | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|--------|-----------------|-------------------|----------------|
| 3897 | 1156500 | 1156500 | 550011843 | 4 | 4000 | 16,000 |
| 3269 | 1156503 | 1156503 | 550011844 | 1 | 500 | 500 |
| 3898 | 1156503 | 1156503 | 550011844 | 4 | 500 | 2,000 |
| 3897 | 1156900 | 1156900 | 550011848 | 12 | 4000 | 48,000 |
| 3959 | 1156903 | 1156903 | 550011849 | 12 | 500 | 6,000 |
| 3897 | 1157000 | 1157000 | 550011840 | 12 | 4000 | 48,000 |
| 3898 | 1157003 | 1157003 | 550011847 | 12 | 500 | 6,000 |
| 3897 | 1158700 | 1158700 | 550011855 | 12 | 4000 | 48,000 |
| 3898 | 1158703 | 1158703 | 550011856 | 12 | 500 | 6,000 |
| 4071 | 1158803 | 1158803 | 550011854 | 43 | 500 | 21,500 |
| 3904 | 1159300 | 1159300 | 550011859 | 13 | 4000 | 52,000 |
| 3958 | 1159300 | 1159300 | 550011859 | 36 | 4000 | 144,000 |
| 3959 | 1159303 | 1159303 | 550011860 | 42 | 500 | 21,000 |
| 3904 | 1162300 | 1162300 | 550011845 | 17 | 4000 | 68,000 |
| 3958 | 1164000 | 1164000 | 550011868 | 22 | 4000 | 88,000 |
| 3959 | 1164003 | 1164003 | 550011869 | 21 | 500 | 10,500 |
| 4071 | 1164003 | 1164003 | 550011869 | 5 | 500 | 2,500 |
| 4071 | 1164303 | 1164303 | 550011866 | 11 | 500 | 5,500 |
| 3959 | A049623 | 0A049623 | 550011969 | 24 | 500 | 12,000 |
| 4070 | A049637 | 0A049637 | 550015372 | 28 | 4000 | 112,000 |
| 4070 | A049637 | 0A049637 | 550015372 | 1 | 3500 | 3,500 |
| 3144 | A060363 | 0A060363 | 550011930 | 2 | 500 | 1,000 |
| 3143 | A060364 | 0A060364 | 550011931 | 2 | 4000 | 8,000 |

Number of Pallets    25

Customer                                July 21, 2005
                                        Date

Warehouse                               July 21, 2005
                                        Date

Administration                          July 21, 2005
                                        Date

Freight Carrier                         July 21, 2005
                                        Date

JUL 2 1 2005

# INVOICE

# Caraustar
## CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**SOLD TO ▶**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| CUST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 008 | 29 | COMMON CARRIER | 07/21/05 | NET 30 DAYS | 07/21/05 | CW131551 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0A063304 | 3897 | 550015476 | 0 | 27 | 108,000 | 9.23 | 996.84 |
| 0A063304 41-950 PRPOPLAT S-IND | | | | | | | |
| 0A063305 | 3896 | 550015311 | 0 | 34 | 17,000 | 35.70 | 606.90 |
| 0A063305 41-950 PRPOPLAT S-PKR | | | | | | | |

|  |  |  |  |
|---|---|---|---|
| TOTAL CASES | 61 | PRODUCT SALES: | 1,603.74 |
| | | MISC. SALES : | 0.00 |

Shipped on BOL #          0
Pick ticket #
Customer Rel # 19511

REV02          CJL  7/22/05          ALPHABETICAL          **TOTAL AMOUNT ▶**          1,603.74

araustar Custom Packaging
hicago Carton Plant

55 North Tripp Ave
hicago, IL  60624
773) 722-0555

SHIP TO: 131551

SOLD TO:

utomotive Component Group
isbursement Analysis
O Box 436040
ontiac, MI  48343-6040

SHIP TO:

Delphi Energy & Engine
Plant 3 Receiving Area 405
2926 Davison Road
Flint, MI  48556

| Job # | Item # | Description | P.O. # | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|--------|-----------------|-------------------|----------------|
| 3897 | A063304 | 0A063304 | 550015476 | 27 | 4000 | 108,000 |
| 3898 | A063305 | 0A063305 | 550015311 | 34 | 500 | 17,000 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |

Number of Pallets   25

Customer _____    July 21, 2005
                                  Date

Warehouse _____    July 21, 2005
                                  Date

Administration _____    July 21, 2005
                                  Date

Freight Carrier _____    July 21, 2005
                                  Date

JUL 2 1 2005

# INVOICE

## Caraustar
### CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| CUST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 008 | 29 | COMMON CARRIER | 07/26/05 | NET 30 DAYS | 07/26/05 | CW131614 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 11557 | 3897 | 550011841 | 19555 | 8 | 32,000 | 9.23 | 295.36 |
| 11557 R42LTS "S" IND | | | | | | | |
| 11557-3 | 3646 | 550011842 | 19555 | 12 | 6,000 | 35.70 | 214.20 |
| 11557-3 R42LTS "S" PACKER 8CT | | | | | | | |
| 11608-3 | 3474 | 550005648 | 19555 | 6 | 3,000 | 35.70 | 107.10 |
| 11608-3 R44LTSM "S" PACKER 8CT | | | | | | | |
| 11639 | 3904 | 550011870 | 19555 | 4 | 16,000 | 9.23 | 147.68 |
| 11639 R44LTSM6 "S" IND | | | | | | | |
| 0A049622 | 3938 | 550011906 | 19555 | 24 | 96,000 | 9.23 | 886.08 |
| 0A049622 41-932 PROPLAT S-IND | | | | | | | |
| 0A049628 | 4070 | 550011909 | 19555 | 8 | 32,000 | 9.23 | 295.36 |
| 0A049628 41-940 PROPLAT S-IND | | | | | | | |
| 0A049631 | 3897 | 550011911 | 19555 | 12 | 32,000 | 9.23 | 343.04 |
| 0A049631 41-942 PROPLAT S-IND | | | | | | | |
| 0A049632 | 3898 | 550011912 | 19555 | 12 | 6,000 | 35.70 | 214.20 |
| 0A049632 41-942 PROPLAT S-PKR | | | | | | | |
| 0A060372 | 3958 | 550011939 | 19555 | 2 | 8,000 | 9.23 | 73.84 |
| 0A060372 RF#12 PERF S-INDIVIDUAL | | | | | | | |

|  | TOTAL CASES | 88 | PRODUCT SALES: | 2,676.86 |
|---|---|---|---|---|
|  |  |  | MISC. SALES  : | 0.00 |

Shipped on BOL # 19555
Pick ticket # 19555
Customer Rel # 19555

ALPHABETICAL          **TOTAL AMOUNT ▶**          2,676.86

**Chicago Carter Plant**
**555 North Tripp Ave**
**Chicago, IL  60624**
**(773) 722-0555**

Date   07/25/05

131614

**SOLD TO:**

Automotive Component Group
Disbursement Analysis
PO Box 436040
Pontiac, MI  48343-6040

**SHIP TO:**

Delphi Energy & Engine
Plant 3 Receiving Area 405
2926 Davison Road
Flint, MI  48556

| Job # | Item # | Description | P.O. # | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|--------|-----------------|-------------------|----------------|
| 3897 | 1155700 | 1155700 | 550011841 | 8 | 4000 | 32,000 |
| 3646 | 1155703 | 1155703 | 550011842 | 12 | 500 | 6,000 |
| 3474 | 1160803 | 1160803 | 550015648 | 6 | 500 | 3,000 |
| 3904 | 1163900 | 1163900 | 550011870 | 4 | 4000 | 16,000 |
| 3958 | A049622 | 0A049622 | 550011906 | 24 | 4000 | 96,000 |
| 4070 | A049628 | 0A049628 | 550011909 | 8 | 4000 | 32,000 |
| 3897 | A049631 | 0A049631 | 550011911 | 12 | 4000 | 48,000 |
| 3898 | A049632 | 0A049632 | 550011912 | 12 | 500 | 6,000 |
| 3958 | A060372 | 0A060372 | 550011939 | 2 | 4000 | 8,000 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |

*Donna Fisher*                                    July 25, 2005
Customer  Received Material Quantities Above In Good Condition          Date

*[signature]*                                        July 25, 2005
Warehouse                                            Date

*[signature]*                                        July 25, 2005
Administration                                       Date

*[signature]*                                        July 25, 2005
Freight Carrier                                      Date

Number of Pallets    9

"JUL 2 5 2005
DJFV

# INVOICE

# Caraustar
## CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555    FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| T. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 08 | 29 | COMMON CARRIER | 07/26/05 | NET 30 DAYS | 07/26/05 | CW131618 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 11588 | 4070 | 550011853 | 19559 | 48 | 192,000 | 9.23 | 1,772.16 |
| 11588 R45TS "S" IND | | | | | | | |

| | | TOTAL CASES | 48 | PRODUCT SALES: | 1,772.16 |
|---|---|---|---|---|---|
| | | | | MISC. SALES : | 0.00 |

Shipped on BOL # 19559
Pick Ticket # 19559
Customer Rel # 19559

ALPHABETICAL    **TOTAL AMOUNT ▶**    1,772.16

REV02

**Chicago Carton Plant**
**555 North Tripp Ave**
**Chicago, IL  60624**
**(773) 722-9555**

Date Ex 07/26/05

131618

**SOLD TO:**
Automotive Component Group
Disbursement Analysis
PO Box 436040
Pontiac, MI  48343-6040

**SHIP TO:**
Delphi Energy & Engine
Plant 3 Receiving Area 405
2926 Davison Road
Flint, MI  48556

| Job # | Item # | Description | P.O. # | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|--------|-----------------|-------------------|----------------|
| 4070 | 1158800 | 1158800 | 550011853 | 48 | 4000 | 192,000 |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |
|  |  |  |  |  |  | - |

**Number of Pallets**    2

_Donna Fisher_                    July 26, 2005
Customer  Received Material in Good Above in Good Condition    Date

_[signature]_                    July 26, 2005
Warehouse    Date

_[signature]_                    July 26, 2005
Administration    Date

_[signature]_                    July 26, 2005
Freight Carrier    Date

JUL 2 6 2005

# Caraustar

### CUSTOM PACKAGING GROUP

**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555  FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC        MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC        MI 4834360

| ST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 008 | 29 | COMMON CARRIER | 07/27/05 | NET 30 DAYS | 07/27/05 | CW131637 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 11536<br>11536 R43TS "S" IND | 3897 | 550011832 | 19561 | 7 | 28,000 | 9.23 | 258.44 |
| 11536-3<br>11536-3 R43TS "S" PACKER 8CT | 3959 | 550011833 | 19561 | 5 | 2,500 | 35.70 | 89.25 |
| 11588<br>11588 R45TS "S" IND | 4070 | 550011853 | 19561 | 16 | 64,000 | 9.23 | 590.72 |
| 11588-3<br>11588-3 R45TS "S" PACKER 8CT | 4071 | 550011854 | 19561 | 24 | 12,000 | 35.70 | 428.40 |
| 11593<br>11593 CR43TS "S" IND | 3958 | 550011859 | 19561 | 24 | 96,000 | 9.23 | 886.08 |
| 11593-3<br>11593-3 CR43TS "S" PACKER 8CT | 3959 | 550011860 | 19561 | 48 | 24,000 | 35.70 | 856.80 |
| 11608-3<br>11608-3 R44LTS "S" PACKER 8CT | 3474 | 55005648 | 19561 | 10 | 5,000 | 35.70 | 178.50 |
| 11640-3<br>11640-3 41-601 "S" PACKER 8CT | 4071 | 550011869 | 19561 | 8 | 4,000 | 35.70 | 142.80 |
| 0A049592<br>0A049592 41-902 PROFLAT 3-IND | 3648 | 550011895 | 19561 | 3 | 12,000 | 9.23 | 110.76 |
| 0A049592<br>0A049592 41-902 PROFLAT 3-IND | 3897 | 550011895 | 19561 | 9 | 36,000 | 9.23 | 332.28 |

**\*\*CONTINUED ON NEXT PAGE\*\***

REV02

ALPHABETICAL

**TOTAL AMOUNT ▶** 

# INVOICE

# Caraustar
### CUSTOM PACKAGING GROUP

CHICAGO CARTON PLANT
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC        MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC        MI 4634360

| CUST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 08 | 29 | COMMON CARRIER | 07/27/05 | NET 30 DAYS | 07/27/05 | CW131637 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| OA049593 | 3646 | 550011896 | 19561 | 5 | 2,500 | 35.70 | 89.25 |
| OA049593 41-902 PROPLAT S-PKR 8CT | | | | | | | |
| OA049593 | 3898 | 550011896 | 19561 | 7 | 3,500 | 35.70 | 124.95 |
| OA049593 41-902 PROPLAT S-PKR 8CT | | | | | | | |
| OA049622 | 3958 | 550011906 | 19561 | 48 | 192,000 | 9.23 | 1,772.16 |
| OA049622 41-932 PROPLAT S-IND | | | | | | | |
| OA049623 | 3959 | 550011969 | 19561 | 48 | 24,000 | 35.70 | 856.80 |
| OA049623 41-932 PROPLAT S-PKR 8CT | | | | | | | |
| OA049628 | 4070 | 550011905 | 19561 | 16 | 64,000 | 9.23 | 590.72 |
| OA049628 41-940 PROPLAT S-IND | | | | | | | |
| OA060360 | 1761 | 550011937 | 19561 | 4 | 16,000 | 9.23 | 147.68 |
| OA060360 RF #6 PERF S-IND | | | | | | | |

TOTAL CASES        282

Shipped on BOL #  19561
Pick ticket # 19561
Customer Rel # 19561

PRODUCT SALES:        7,455.59
MISC. SALES  :           0.00

ALPHABETICAL

**TOTAL AMOUNT ▶**        7,455.59

REV02

**Chicago Carton Plant**
**555 North Tripp Ave**
**Chicago, IL 60624**
**(773) 722-0555**

Date 07/27/05

131637

**SOLD TO:**

Automotive Component Group
Disbursement Analysis
PO Box 436040
Pontiac, MI 48343-6040

**SHIP TO:**

Delphi Energy & Engine
Plant 3 Receiving Area 405
2926 Davison Road
Flint, MI 48556

| Job # | Item # | Description | P.O. # | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|--------|-----------------|-------------------|----------------|
| 3897 | 1153600 | 1153600 | 550011832 | 7 | 4000 | 28,000 |
| 3959 | 1153603 | 1153603 | 550011833 | 5 | 500 | 2,500 |
| 4070 | 1158800 | 1158800 | 550011853 | 16 | 4000 | 64,000 |
| 4071 | 1158803 | 1158803 | 550011854 | 24 | 500 | 12,000 |
| 3958 | 1159300 | 1159300 | 550011859 | 24 | 4000 | 96,000 |
| 3959 | 1159303 | 1159303 | 550011860 | 48 | 500 | 24,000 |
| 3474 | 1160803 | 1160803 | 550015648 | 10 | 500 | 5,000 |
| 4071 | 1164003 | 1164003 | 550011869 | 8 | 500 | 4,000 |
| 3648 | A049592 | 0A049592 | 550011895 | 3 | 4000 | 12,000 |
| 3897 | A049592 | 0A049592 | 550011895 | 9 | 4000 | 36,000 |
| 3646 | A049593 | 0A049593 | 550011896 | 5 | 500 | 2,500 |
| 3898 | A049593 | 0A049593 | 550011896 | 7 | 500 | 3,500 |
| 3958 | A049622 | 0A049622 | 550011906 | 48 | 4000 | 192,000 |
| 3959 | A049623 | 0A049623 | 550011969 | 48 | 500 | 24,000 |
| 4070 | A049628 | 0A049628 | 550011909 | 16 | 4000 | 64,000 |
| 1761 | A060360 | 0A060360 | 550011937 | 4 | 4000 | 16,000 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |

JUL 27 2005

**Number of Pallets** | **15**

*Donna Fisher*
Customer Received Material Checked as Above in Good Condition          July 27, 2005
Date

*[signature]*
Warehouse          July 27, 2005
Date

*[signature]*
Administration          July 27, 2005
Date

*[signature]*
Freight Carrier          July 27, 2005
Date

# Caraustar
### CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**INVOICE**

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| CUST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 08 | 29 | | 08/02/05 | NET 30 DAYS | 08/02/05 | CW131733 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 11582<br>11582 R44LTS6 "S" IND | 4070 | CRANE | 19615 | 15 | 60,000 | 9.23 | 553.80 |
| 11588<br>11588 R45TS "S" IND | 4070 | 550011853 | 19615 | 16 | 64,000 | 9.23 | 590.72 |
| 11588-3<br>11588-3 R45TS "S" PACKER 8CT | 4071 | 550011854 | 19615 | 12 | 6,000 | 35.70 | 214.20 |
| 11593<br>11593 CR43TS "S" IND | 3958 | 550011859 | 19615 | 21 | 84,000 | 9.23 | 775.32 |
| 11593-3<br>11593-3 CR43TS "S" PACKER 8CT | 3959 | 550011860 | 19615 | 48 | 24,000 | 35.70 | 856.80 |
| 11608<br>11608 R44LTSM "S" IND | 4070 | 550011850 | 19615 | 24 | 96,000 | 9.23 | 886.08 |
| 11608-3<br>11608-3 R44LTSM "S" PACKER 8CT | 3474 | 55005646 | 19615 | 6 | 3,000 | 35.70 | 107.10 |
| 0A049622<br>0A049622 41-932 PROPLAT S-IND | 3958 | 550011906 | 19615 | 5 | 20,000 | 9.23 | 184.60 |
| 0A049622<br>0A049622 41-932 PROPLAT S-IND | 4070 | 550011906 | 19615 | 43 | 172,000 | 9.23 | 1,587.56 |
| 0A049623<br>0A049623 41-932 PROPLAT S-PKR 8CT | 3959 | 550011969 | 19615 | 48 | 24,000 | 35.70 | 856.80 |

**\*\*CONTINUED ON NEXT PAGE\*\***

REV02

ALPHABETICAL

**TOTAL AMOUNT ▶**

# Caraustar

**CUSTOM PACKAGING GROUP**

CHICAGO CARTON PLANT
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

SHIP TO ▶

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| T. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|--------|----------|-------------|--------------|-------|--------------|-------------|
| 0B | 29 | | 08/02/05 | NET 30 DAYS | 08/02/05 | CW131733 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|-----------|-----------|----------------|----------|-------|----------|-------------|----------------|
| | | | | | | | |

TOTAL CASES            238            PRODUCT SALES:          6,612.98
                                      MISC. SALES  :             0.00

Shipped on BOL #  19615
Pick ticket #  19615
Customer Rel #  19615

ALPHABETICAL



**TOTAL AMOUNT ▶**          6,612.98

REV02

**Caraustar Custom Packaging Group**

**Chicago Carton Plant**

**555 North Tripp Ave**

**Chicago, IL  60624**

**(773) 722-0555**

Packing Slip Number **19615**

Date **08/01/05**

131733

**SOLD TO:**

Automotive Component Group
Disbursement Analysis
PO Box 436040
Pontiac, MI  48343-6040

**SHIP TO:**

Delphi Energy & Engine
Plant 3 Receiving Area 405
2926 Davison Road
Flint, MI  48556

| Job # | Item # | Description | P.O. # | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|--------|-----------------|-------------------|----------------|
| 4070 | 1158200 | 1158200 | 550011863 | 15 | 4000 | 60,000 |
| 4070 | 1158800 | 1158800 | 550011853 | 16 | 4000 | 64,000 |
| 4071 | 1158803 | 1158803 | 550011854 | 12 | 500 | 6,000 |
| 3958 | 1159300 | 1159300 | 550011859 | 21 | 4000 | 84,000 |
| 3959 | 1159303 | 1159303 | 550011860 | 48 | 500 | 24,000 |
| 4070 | 1160800 | 1160800 | 550011850 | 24 | 4000 | 96,000 |
| 3474 | 1160803 | 1160803 | 550015648 | 6 | 500 | 3,000 |
| 3958 | A049622 | 0A049622 | 550011906 | 5 | 4000 | 20,000 |
| 4070 | A049622 | 0A049622 | 550011906 | 43 | 4000 | 172,000 |
| 3959 | A049623 | 0A049623 | 550011969 | 48 | 500 | 24,000 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |

**Number of Pallets**    **11**

Customer    August 1, 2005    Date

Warehouse    August 1, 2005    Date

Administration    August 1, 2005    Date

Freight Carrier    August 1, 2005    Date

RECEIVED

AUG 2  2005

BY: J Gree

# INVOICE

# Caraustar
### CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**SOLD TO ▶**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| UST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|----------|----------|-------------|--------------|-------|--------------|-------------|
| 008 | 29 | COMMON CARRIER | 08/08/05 | NET 90 DAYS | 08/08/05 | CW131813 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|-----------|-----------|----------------|----------|-------|----------|-------------|----------------|
| 11587<br>11587 R44TS "S" IND | 3897 | 550011855 | 19638 | 12 | 48,000 | 9.23 | 443.04 |
| 11587-3<br>11587-3 R44TS "S" PACKER 8CT | 3898 | 550011856 | 19638 | 10 | 5,000 | 35.70 | 178.50 |
| 11593<br>11593 CR43TS "S" IND | 3958 | 550011859 | 19638 | 48 | 192,000 | 9.23 | 1,772.16 |
| 11593-3<br>11593-3 CR43TS "S" PACKER 8CT | 3959 | 550011860 | 19638 | 48 | 24,000 | 35.70 | 856.80 |
| 11640<br>11640 41-601 "S" IND | 4070 | 550011868 | 19638 | 24 | 96,000 | 9.23 | 886.08 |
| 11640-3<br>11640-3 41-601 "S" PACKER 8CT | 4071 | 550011869 | 19638 | 12 | 6,000 | 35.70 | 214.20 |
| 0A060373<br>0A060373 RF#14 PERF S-PACKER | 3959 | 550011940 | 19638 | 8 | 4,000 | 35.70 | 142.80 |
| 0A060374<br>0A060374 RF#14 PERF S-INDIVIDUAL | 3958 | 550011941 | 19638 | 8 | 32,000 | 9.23 | 295.36 |

| | | |
|---|---|---|
| TOTAL CASES | 170 | |
| PRODUCT SALES: | | 4,788.94 |
| MISC. SALES : | | 0.00 |

Shipped on BOL #  19638
Pick Ticket # 19638
Customer Rel # 19638

REV02

ALPHABETICAL  c/c
8/9/05

**TOTAL AMOUNT ▶**   4,788.94

**Caraustar Custom Packaging Group**
**Chicago Carton Plant**
**555 North Tripp Ave**
**Chicago, IL 60624**
**(773) 722-0555**

Packing Slip Number | **19638**
Date | **08/08/05**

*131813*

**SOLD TO:**

Automotive Component Group
Disbursement Analysis
PO Box 436040
Pontiac, MI 48343-6040

**SHIP TO:**

Delphi Energy & Engine
Plant 3 Receiving Area 405
2926 Davison Road
Flint, MI 48556

| Job # | Item # | Description | P.O. # | Number of Cases | Quantity Per Case | Total Quantity |
|-------|--------|-------------|--------|-----------------|-------------------|----------------|
| 3897 | 1158700 | 1158700 | 550011855 | 12 | 4000 | 48,000 |
| 3898 | 1158703 | 1158703 | 550011856 | 10 | 500 | 5,000 |
| 3958 | 1159300 | 1159300 | 550011859 | 48 | 4000 | 192,000 |
| 3959 | 1159303 | 1159303 | 550011860 | 48 | 500 | 24,000 |
| 4070 | 1164000 | 1164000 | 550011868 | 24 | 4000 | 96,000 |
| 4071 | 1164003 | 1164003 | 550011869 | 12 | 500 | 6,000 |
| 3959 | A060373 | 0A060373 | 550011940 | 8 | 500 | 4,000 |
| 3958 | A060374 | 0A060374 | 550011941 | 8 | 4000 | 32,000 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |

**Number of Pallets** | 9

Customer *Received Material Described Above in Good Condition* — August 8, 2005 — Date

Warehouse — August 8, 2005 — Date

Administration — August 8, 2005 — Date

Freight Carrier — August 8, 2005 — Date

# Caraustar
### CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**INVOICE**

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**BILL TO ▶**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**SHIP TO ▶**
DELPHI ENRGY & ENG MNGMNT
2926 DAVISON RD, RCV405
PLANT 3 810/257-6350
FLINT          MI 48556

| CUST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 008 | 29 | TRISTATE/PREPAI | 08/09/05 | NET 30 DAYS | 08/09/05 | CW131822 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 11536 | 4233 | 55001832 | 48385 | 24 | 96,000 | 9.23 | 886.08 |
| 11536 R43TS "S" IND | | | | | | | |
| 11536-3 | 4230 | 550011833 | 48385 | 48 | 24,000 | 35.70 | 856.80 |
| 11536-3 R43TS "S" PACKER 8CT | | | | | | | |
| 11588 | 4233 | 550011853 | 48385 | 33 | 132,000 | 9.23 | 1,218.36 |
| 11588 R45TS "S" IND | | | | | | | |
| 0A049601 | 4233 | 550011967 | 48385 | 5 | 20,000 | 9.23 | 184.60 |
| 0A049601 41-906 PROPLAT S-IND | | | | | | | |
| 0A049602 | 4230 | 550011901 | 48385 | 25 | 12,500 | 35.70 | 446.25 |
| 0A049602 41-906 PROPLAT S-PKR | | | | | | | |

|  | TOTAL CASES | 135 | PRODUCT SALES: | 3,592.09 |
|---|---|---|---|---|
|  |  |  | MISC. SALES : | 0.00 |

Shipped on BOL # 48385
Pick ticket # 61604
Customer Rel #

ACCOUNTING/NUMERICAL    8/10/05    **TOTAL AMOUNT ▶**    3,592.09

9 REV02

# Caraustar

**CUSTOM PACKAGING GROUP**

**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

INVOICE

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 48343

**S H I P  T O ▶**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC          MI 4834360

| T. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 08 | 29 | COMMON CARRIER | 08/09/05 | NET 90 DAYS | 08/09/05 | CW131826 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0A049686 | 4071 | CRANE | 19647 | 4 | 2,000 | 35.70 | 71.40 |
| 0A049686 BLANK PROPLAT S-PKRS | | | | | | | |

*Rebulled
adop two
132079*

| | TOTAL CASES | 4 | PRODUCT SALES: | | 71.40 |
|---|---|---|---|---|---|
| | | | MISC. SALES : | | 0.00 |

Shipped on BOL #   19647
Pick ticket # 19647
Customer Rel # 19647

REV02                    ALPHABETICAL   8/10/05   **TOTAL AMOUNT ▶**   71.40

INVOICE

Caraustar
CUSTOM PACKAGING GROUP
CHICAGO CARTON PLANT
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555 FAX (773) 722-3510

PLEASE REMIT NO.
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC MI 48343

SHIP TO ▶

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC MI 4834360

| NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 8 | 29 | COMMON CARRIER | 08/09/05 | * CREDIT MEMO * | 08/25/05 | CW132078 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| A049686 | 4071 | CRANE | 19647 | 4 | 2,000- | 35.70 | 71.40- |
| A049686 BLANK PROFLAT S-PKRS | | | | | | | |

TOTAL CASES 4

Shipped on BOL # 19647
Pick ticket # 19647
Customer Rel # 19647

PRODUCT SALES: 71.40-
MISC. SALES : 0.00

EV02 ALPHABETICAL 9/6 8-25

TOTAL AMOUNT ▶ 71.40-

# Caraustar
### CUSTOM PACKAGING GROUP
**CHICAGO CARTON PLANT**
555 N. TRIPP AVENUE
CHICAGO, IL 60624
PHONE (773) 722-0555   FAX (773) 722-3510

**PLEASE REMIT NO.**
BANK OF AMERICA
CUSTOM PACKAGING GROUP
4874 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEP
PO. BOX 436040
PONTIAC        MI 48343

**SHIP TO ▶**

DELPHI ENRGY & ENG MNGMNT
2926 DAVISON RD, RCV405
PLANT 3 810/257-6350
FLINT          MI 48556

| ST. NO. | SALESMAN | SHIPPED VIA | DATE SHIPPED | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 008 | 29 | CUST PICK UP/CO | 08/11/05 | NET 30 DAYS | 08/11/05 | CW131860 |

| ITEM CODE | ORDER NO. | CUST. P.O. NO. | REL. NO. | CASES | QUANTITY | PRICE PER M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 11588-3 | 4230 | 550011854 | 48399 | 10 | 5,000 | 35.70 | 178.50 |
| 11588-3 R45TS "S" PACKER 8CT | | | | | | | |

TOTAL CASES        10

PRODUCT SALES:        178.50
MISC. SALES  :        0.00

Shipped on BOL # 48399
Pick ticket # 61622
Customer Rel #

REV02

ALPHABETICAL

**TOTAL AMOUNT ▶**        178.50

Ship Date: 08/11/05                    Page: 1              Bill of Lading No.:**48399

                                                           Pick ticket No.   :  61622

CLASS - FOLDING CARTONS KDF NOT CORR.

NOTICE: Any DISCREPANCY or SHORTAGE Claims                    *131860*
        MUST be reported to us within 24 hrs
-------------------------------------------------------------------------------
Ship to:                                       Shipper:

DELPHI ENRGY & ENG MNGMNT                       Caraustar Chicago Carton
2926 DAVISON RD, RCV405                         555 North Tripp Avenue
PLANT 3 810/257-6350                            Chicago          IL 60624
FLINT          MI 48556

Frt: COLLECT  Ship Via:CUST PICK UP
              del.8-11-05 call for dock appt.

-------------------------------------------------------------------------------
Cust PO    Rel #              Our   <----------- Shipped --------------
Product Description       Item ID  Order Pal Cases Packed  Quantity    Weight
-------------------------------------------------------------------------------
550011854                11588-3   4230   1   10 @   500     5,000        180
11588-3 R45TS "S" PACKER 8CT
                                         ----------------------------------
              Item Totals:             1                     5,000        180
-------------------------------------------------------------------------------


                                                  Pallet weight        54
------------------------------------------------------------------------------
Pallets shipped :        1    SHIPMENT TOTAL:    10          5,000        180
                              ------------------------------------------------
Pallets received: _____

Received by   : _____        I have received this load with all
                                       contents dry and in good condition.
Shipping clerk: _____ 8/11/05

                                       Driver : _____

                                                        8/12/05