UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| Delphi Corporation, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing RESPONSE TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS upon each of the persons listed below by causing copies of the same to be deposited in the United States mail, first-class postage prepaid and addressed as follows:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606


This 13th day of April, 2007.

/s/ Felton E. Parrish
Felton Parrish
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100