# Hyatt Legal Plans
**A MetLife Company**

# INVOICE

IUE-Delphi

Invoice Number: 00666100105
Invoice Date: 02/08/07
Terms: Net Due Upon Receipt

| Member Count | Description | Rate | Amount |
|---|---|---|---|
| 6,804 | October 2005 Service Payment | $11.80 | $80,287.20 $62,033.84 |
| 6,804 | Total Amount Due | | $18,253.36 |

Questions concerning this invoice?
Call:   Andrew Kohn
        (216) 694-4337
Email:  akohn@legalplans.com

Tax ID#  34-1650967

Make all Checks Payable To:
Hyatt Legal Plans, Inc.
PO Box 714893
Columbus, OH  43271-4893

**THANK YOU!**

1111 Superior Avenue • Cleveland, Ohio 44114-2507 • 216.241.0022 • Fx 216.694.4363
www.legalplans.com

```
Account......: 00666 IUE - Delphi              Period Begin.: 10/01/05
Transaction..: 0000142242                      Tape Rcvd....: 10/13/05
Total Due....:      $80,287.20                 Adjustments..:           0
Pay Amount...:      $62,033.84                 Eligibles....:      10,214
Balance Due..:      $18,253.36
Notes:
Auto generated from eligibility load

Transaction Detail:
Pln  Locl    Tot Eligs    Future Eligs  Rate          Amount    Trans Type
369  2000        3,410               0                   .00    Charge (Amount Spon
     IUE - Delphi                           Retirees
                                                                            +

Payment Detail:
Pay Date   A/R Trans      Amount         Payment Reference    Payment Batch
11/28/05   0000148119      81,148.60     Delphi IUE           0000006124
A                         Wire Transfer
                                                                            +

               F3=Exit       F7=(Un)fold      F12=Return
```