# EXHIBIT A

# Pillarhouse (U.S.A) Inc.
## Accounts Receivable Aging Report - Detail Report

Customer IDs DELNOSA-LOS to DELPHIWI
Aged by Due date

| Inv # | Due Date | Current | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | Balance |
|---|---|---|---|---|---|---|---|
| **DELNOSA-LOS** | **DELPHI DELCO ELECTRONICS** | | | | | | |
| 20001 | 05/29/05 | | | | | 1800.00 | 1800.00 |
| **DELPHI E** | **SISTEMAS ELECTRICOS Y** | | | | | | |
| 20145 | 06/23/05 | | | | | 21.44 | 21.44 |
| 20199 | 07/07/05 | | | | | 85.76 | 85.76 |
| 20440 | 08/19/05 | | | | | 1843.13 | 1843.13 |
| 20685 | 10/07/05 | | | | | 106.78 | 106.78 |
| 20765 | 10/19/05 | | | | | 136.53 | 136.53 |
| **DELPHI/DELCO** | **DELPHI/DELCO** | | | | | | |
| 18990 | 11/20/04 | | | | | 3000.00 | 3000.00 |
| **DELPHIWI** | **DELPHI** | | | | | | |
| 20173 | 06/26/05 | | | | | 10200.00 | 10200.00 |

Exhibit A

**Pillarhouse (U.S.A) Inc.**
635 Touhy Ave
ELK GROVE VILLAGE, IL 60007

# Invoice

Customer No.: DELNOSA-LOS
Invoice No.: 20001

Bill To: **DELPHI DELCO ELECTRONICS**
Do Not Invoice
* Pay on receipt *

Ship to: **DELPHI Electronics & Safety**
Los Indios Distribution Center
702 Joaquin Cavazos Rd.
LOS INDIOS, TX  78567

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 04/29/05 | Consignee |  | 30 days from invoice date |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 450089407 | 02/23/05 |  | 13331 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 |  |  | Software Cost<br>Line Item # 00010<br>Delphi ID# : PR10143203 | 1325.00 | 1325.00 |
| 1 | 1 |  |  | 2nd Topaz Software Set<br>Line Item # 00020<br>Delphi ID# : PR10143203 | 475.00 | 475.00 |
| 1 | 0 | 1 |  | Service and Support<br>Line Item # 00030<br>Delphi ID# : PR10143203 | 8000.00 | 0.00 |
|  |  |  |  | Re: Delphi PO# 450089407<br>Buyer: Greg Drake<br>Attn: Cindy Miller |  |  |
|  |  |  |  | Invoice subtotal |  | 1800.00 |
|  |  |  |  | Invoice total |  | 1800.00 |

Thank You

**Pillarhouse (U.S.A) Inc.**
635 Touhy Ave
ELK GROVE VILLAGE, IL 60007

# Invoice

Customer No.: DELPHI E
Invoice No.: 20145

Bill To: **NO INVOICE REQUIRED**

Ship to: DELPHI SISTEMAS
LAREDO DISTRIBUTION CENTER
8202 KILLAM INDUSTRIAL BLVD.
LAREDO, TX 78041

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 05/24/05 | UPS CONSIGNEE | | 30 days from invoice date |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| JMS41584 | 05/23/05 | | 13655 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | 2 | | 8AA/3656/01 | TESTER PROBE (S4H5G) | 10.72 | 21.44 |
| | | | | Invoice subtotal | | 21.44 |
| | | | | Invoice total | | 21.44 |

Thank You

**Pillarhouse (U.S.A) Inc.**
635 Touhy Ave
ELK GROVE VILLAGE, IL 60007

# Invoice

Customer No.: DELPHI E
Invoice No.: 20199

Bill To: **NO INVOICE REQUIRED**

Ship to: **DELPHI SISTEMAS**
LAREDO DISTRIBUTION CENTER
8202 KILLAM INDUSTRIAL BLVD.
LAREDO, TX 78041

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 06/07/05 | UPS CONSIGNEE | | 30 days from invoice date |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| JMS41584 | 05/23/05 | | 13655 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 8 | 8 | | AA/3656/01 | TESTER PROBE (S4H5G) | 10.72 | 85.76 |

Invoice subtotal    85.76

Invoice total    85.76

Thank You

**Pillarhouse (U.S.A) Inc.**
635 Touhy Ave
ELK GROVE VILLAGE, IL 60007

# Invoice

Customer No.: DELPHI E
Invoice No.: 20440

Bill To: **NO INVOICE REQUIRED**

Ship to: DELPHI AUTOMOTIVE SYSTEMS
13701 MINES RD.
Laredo, TX 78045

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 07/20/05 | UPS CONSIGNEE | | 30 days from invoice date |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| JMS41848 002 | 07/11/05 | | 13830 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | EA/4816/04X | HIGH SPEED OMEGA CONTROLLER CONTROLLER PCB ASSY FOR QU/OC EXCHANGE/REPAIR FAULTY EXCHANGE BOARD WAS RETURNED ON 7/1/05 | 1843.13 | 1843.13 |
| | | | | Invoice subtotal | | 1843.13 |
| | | | | Invoice total | | 1843.13 |

Thank You

**Pillarhouse (U.S.A) Inc.**
635 Touhy Ave
ELK GROVE VILLAGE, IL 60007

# Invoice

Customer No.: DELPHI E
Invoice No.: 20685

Bill To: **NO INVOICE REQUIRED**

Ship to: DELPHI
9440 BALL STREET
ATTN: TONY LOYO - DOCK 28 & 29
San Antonio, TX 78217

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 09/07/05 | UPS RED 6YF585 | | 30 days from invoice date |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| JMS41801 001 | 09/07/05 | | 14007 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | | AA/9868/01 | THERMOCOUPLE PROTECT SLEEVE FOR TOPAZ | 53.39 | 106.78 |
| | | | | Invoice subtotal | | 106.78 |
| | | | | Invoice total | | 106.78 |

Thank You

**Pillarhouse (U.S.A) Inc.**
635 Touhy Ave
ELK GROVE VILLAGE, IL 60007

# Invoice

Customer No.: DELPHI E
Invoice No.: 20765

Bill To: **NO INVOICE REQUIRED**

Ship to: DELPHI SISTEMAS DE ENERGIA
S.ADE C.V (PLANT II)
9440 BALL STREET DOCK 28Y29
San Antonio, TX 78217

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 09/19/05 | UPS RED CONSIGNEE | | 30 days from invoice date |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| JMS42733 | 09/16/05 | | 14055 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | EA/2793/01 | QUADRON THERMOCOUPLE ASSY | 136.53 | 136.53 |
| | | | | Invoice subtotal | | 136.53 |
| | | | | Invoice total | | 136.53 |

Thank You

**Pillarhouse (U.S.A) Inc.**
635 Touhy Ave
ELK GROVE VILLAGE, IL 60007

# Invoice

Customer No.: DELPHI/DELCO
Invoice No.: 18990

Bill To: **DELPHI/DELCO Electronics**
Attn: Processing MS-9A241
PO Box 9005
Kokomo, IN 46904-9005

Ship to: **DELPHI DELNOSA**
PLANT 1-4
601 JOAQUIN CAVAZOS RD
Los Indios, TX 78567

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/21/04 | Collect | | 30 days from invoice date |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 450086731 | 07/27/04 | | 12867 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | | High Solder Level Detector<br>Delphi Line Item # 00010<br>ID# PR10090757 00010 | 3000.00 | 3000.00 |
| 2 | 0 | | 2 EE/1220/01 | VERTICAL BOARD STOP ASSY<br>Delphi Line Item # 00020<br>ID # PR10090757 00020 | 919.50 | 0.00 |
| 1 | 1 | | | Insallation<br>Delphi Line Item # 00040<br>ID# PR10090757 00040 | 1800.00 | 1800.00 |

Re: Delphi PO# 450066731
Buyer: Greg Drake
Req'd by: Carlos Gamiz

| | |
|---|---|
| Invoice subtotal | 4800.00 |
| Invoice total | 4800.00 |

Thank You

**Pillarhouse (U.S.A) Inc.**
635 Touhy Ave
ELK GROVE VILLAGE, IL 60007

# Invoice

Customer No.: DELPHIWI
Invoice No.: 20173

Bill To: DELPHI D
* Do Not Invoice *

Ship to: DELPHI D
Milwaukee
7929 S HOWELL AVE
OAK CREEK, WI 53154

| Date | Ship Via | F.O.B | Terms |
|---|---|---|---|
| 05/27/05 | Panalpina | | 30 days from invoice date |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 450096632 | 03/23/05 | | 13438 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | | Pillarhouse Topaz E200<br>Line Item # 00010<br>Delphi ID# PR10155421<br><br>Topaz E200 + Emerald SPF100<br>Fluxer + Emerald PH100<br>Preheater<br><br>Machine Serial #'s :<br>TC167   IH059   IF143<br><br>RFQ: 6F-006537-GAR<br>Req': C. Garcia<br>Buyer: Greg Drake | 213663.00 | 213663.00 |
| 1 | 1 | | | Pallets to Hold QT-2 GMT900<br>Line Item # 00020<br>Delphi ID# PR10155421<br><br>All freight and customs<br>charges to be responsibility<br>of customer per quote -<br><br>Note: Special Warranty Terms<br>per quote -<br>2 years Parts / 1 year Labor | 10200.00 | 10200.00 |

Invoice subtotal    223863.00

Invoice total    223863.00

Thank You