Jeffrey C. Wisler, Esq.
Christina M. Thompson, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141 (phone)
(302) 658-0380 (fax)
ORIX Warren, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 (RRD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**RESPONSE OF ORIX WARREN, LLC TO MOTION FOR ORDER UNDER
11 U.S.C. § 365(d)(4) FURTHER EXTENDING DEADLINE TO ASSUME OR
REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**

ORIX Warren, LLC ("ORIX"), by and through its undersigned counsel, hereby responds to the *Motion for Order Under 11 U.S.C. § 365(d)(4) Further Extending Deadline to Assume or Reject Unexpired Lease of Nonresidential Real Property* ("Motion"), filed by the above-captioned debtors and debtors-in-possession (collectively, "Debtors") on March 30, 2007, as follows:

1. ORIX and Delphi Automotive Systems, LLC ("Delphi Auto"), one of the Debtors, are parties to a certain *Lease* ("Lease") for non-residential real property located at 4551 Research Parkway, Warren, Ohio.

2. The Debtors request an extension of time to assume or reject the Lease through the earlier of plan confirmation and September 30, 2007 ("Extension Period"). *See* Motion, ¶ 15.

3. Orix does not object to the extension requested by the Debtor because the Extension Period is relatively short. However, Orix expressly reserves its right to object to any future request by the Debtors for an extension of time to assume or reject the Lease beyond the Extension Period, and reserves its right to file a motion to shorten the Extension Period.

Dated: April 13, 2007            CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler
Christina M. Thompson
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

#532621            *Attorneys for ORIX Warren, LLC*

2