## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 13th day of April, 2007, I caused a copy of the **Response of ORIX Warren, LLC to Motion for Order Under 11 U.S.C. § 365(d)(4) Further Extending Deadline to Assume or Reject Unexpired Lease of Nonresidential Real Property** to be served as indicated upon the following counsel.

### VIA FEDERAL EXPRESS OVERNIGHT DELIVERY

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Bonnie Steingart, Esq.<br>Fried, Frank, Harris Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 |
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>   for the Southern District of New York<br>614 Alexander Hamilton Custom House<br>One Bowling Green<br>New York, NY  10004-1400 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel |

 

                      **/s/ Jeffrey C. Wisler**
                            Jeffrey C. Wisler

#532899