KELLEY DRYE & WARREN LLP                    **Hearing Date: April 20, 2007, at 10:00 a.m.**
101 Park Avenue                             **Response Deadline: April 13, 2007, at 4:00 p.m.**
James S. Carr (JC-1603)
Howard S. Steel (HS-5515)
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Counsel for Castrol Industrial North America

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al* | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### RESPONSE OF CASTROL INDUSTRIAL NORTH AMERICA, TO DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION

Castrol Industrial North America (the "Claimant"), by and through its attorneys, Kelley Drye & Warren LLP, hereby files this Response to that Eleventh Omnibus Claims Objection, dated March 16, 2007, of Delphi Corporation and certain of its subsidiaries and affiliates' (collectively, the "Debtors"). In support of the Response, the Claimant respectfully states as follows:

### PRELIMINARY STATEMENT

1.  The Claimant met its initial burden of proof with respect to the Claim (as defined below) by filing a properly executed and documented proof of claim. The Objection does not provide adequate evidence showing that the Claim is invalid, and, therefore the Objection fails to shift the burden to the Claimant to prove the validity of the Claim. The Objection fails to provide a sufficient factual basis for the Debtors' calculation of a reduced claim from

$330,095.92 to $245,023.06.  As a result, the Objection should be denied to the extent it seeks a reduction in the value of the Claim and the Claim should be allowed as filed in the amount of $330,095.92.  The Claimant does not contest the Debtors' modification of the Claim so that it is asserted against Delphi Automotive Systems LLC.

## BACKGROUND

2.	On June 27, 2006, the Claimant filed a proof of claim (Claim No. 8676) in the amount of $330,095.92 (the "Claim"), asserting a general unsecured claim against Delphi Corporation on account of services performed and goods sold and delivered by the Claimant for the Debtors.  A copy of the relevant portions of the Claim are attached hereto as Exhibit A.

3.	Subsequently, on October 19, 2006, the Claimant transferred and assigned the Claim for sufficient consideration to Liquidity Solutions, Inc.  Presently, the Claim is held by Ore Hill Hub Fund Ltd.  The transfer was evidenced by a Notice of Transfer of Claim Other Than For Security filed with the Court on October 30, 2006.  Pursuant to the assignment of claim agreement, the Claimant retains the right to defend the Claim and respond to any objections to the Claim.

4.	On March 16, 2007, the Debtors filed the Objection which seeks, among other things, to modify the Claim so that it is asserted against Delphi Automotive Systems LLC, and reduce the Claim from $330,095.92 to $245,023.06.  For the reasons set forth below, the Claimant objects to the relief requested in the Objection, and asks that the Court deny the Objection and allow the Claim for $330,095.92.

## RESPONSE

5.	The Debtors' request to reduce the Claim is not only inappropriate, but devoid of any factual or legal basis.  The Debtors have failed to adduce any evidence that the Claim is invalid, that the Claim was improperly filed, or that the supporting documentation provided by

the Claimant was lacking in any respect.  To establish an allowed claim, both the liability and the specific amount owing must be proven.  The initial burden of proof relative to a debtor's liability to claimants and the specific amount due is, naturally, upon each claimant.  The debtor then has the burden of demonstrating the basis for an objection to a timely filed claim.

6. The proof of claim evidencing the Claim was signed by Nancy Minton, Credit and Collections Manager for the Claimant, and included, as attachments, computer generated invoices detailing the goods provided and evidencing the outstanding amounts owed to the Claimant.  Thus, the Claimant provided sufficient evidence supporting the validity of the Claim.

7. The Objection merely states that the Debtors dispute the amount of the Claim.  Pursuant to section 502(a) of the Bankruptcy Code, a proof of claim is deemed to be allowed unless a party in interest objects.  11 U.S.C. § 502(a).  Bankruptcy Rule 3001(f) explicitly states, "[a] proof of claim executed and filed in accordance with these rules shall constitute *prima facie* evidence of the validity and the amount of the claim."  Under this rule, a claim is presumed valid until an objecting party has introduced evidence sufficient to rebut the claimant's *prima facie* case.  *See In re Fidelity Holding Co., Ltd.*, 837 F.2d. 696, 698 (5th Cir. 1988); *In re Inter-Island Vessel Co., Inc.*, 98 B.R. 606, 608 (Bankr. D. Mass. 1988).

8. The burden of proof then shifts to the debtor to produce sufficient evidence to negate the *prima facie* validity of the claim.  *In re Reilly*, 245 B.R. 768, 773 (2d Cir. BAP 2000); *In re Michigan-Wisconsin Transp. Co.*, 161 B.R. 628, 636 (Bankr. W.D. Mich. 1993) ("[A] party objecting to a claim must present affirmative evidence to overcome the presumptive validity of a properly filed proof of claim").  An objecting party, such as the Debtors, must present contradictory evidence of at least equivalent value to the evidence supporting the proof of claim, before the burden of demonstrating the validity of the claim shifts to the creditor.  *In re Holm*, 931 F.2d 620, 623 (9th Cir. 1991); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173 (3d Cir. 1992);

*In re Nejedlo*, 2005 WL 941534 (Bankr. E.D. Wisc. Apr. 14, 2005); *In re Nat'l Steel Corp.*, 321 B.R. 901, 905 (Bankr. N.D. Ill. 2005) (In practice, the objector must produce evidence which, if believed, would "refute at least one of the allegations that is essential to the claim's legal sufficiency.") (*quoting Allegheny Int'l, Inc.,* 954 F.2d at 173). Thus, unless the objecting party introduces evidence as to the invalidity of the claim or the excessiveness of the amount, the claimant need offer no further proof of the merits of the claim.

        9.       Here, the Objection was not supported by an affidavit of a person with personal knowledge of the Debtors' books and records, or any detailed explanation as to the basis of the Objection or the calculation of the proposed reduction of the Claim. The Objection fails to shift the burden to the Claimant to prove the validity of the Claim. Moreover, the evidence that was attached to the Claim adequately establishes the validity of the amounts owed to the Claimant from the Debtors. As such, the Claimant requests that the Court overrule the Objection and allow the Claim, in the amount of $330,095.92.

        **WHEREFORE**, the Claimant respectfully requests that this Court enter an Order (i) overruling the Objection as it pertains to the Claim, (ii) allowing the Claim in its entirety; and (iii) granting the Claimant such other and further relief as may be just and proper.

Date:   New York, New York
           April 13, 2007

                                                  KELLEY DRYE & WARREN LLP

                                                  By: */s/ James S. Carr*
                                                      James S. Carr (JC-1603)
                                                      Howard S. Steel (HS-5515)
                                                  101 Park Avenue
                                                  New York, NY  10178
                                                  Tel:  (212) 808-7800
                                                  Fax:  (212) 808-7897

                                                  COUNSEL FOR CASTROL INDUSTRIAL
                                                  NORTH AMERICA

# EXHIBIT A

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT  Southern  DISTRICT OF  New York

| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Castrol Industrial Inc

Name and address where notices should be sent:

Castrol Industrial Inc
Dba Castrol Ind No America
5331 E Slauson
City Of Commerce CA 90040

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces  ☐ amends  a previously filed claim, dated: _____
if this claim

1. **Basis for Claim**
   ☑ Goods Sold / Services Performed
   ☐ Customer Claim
   ☑ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
       Last four digits of SS #: _____
       Unpaid compensation for services performed
       from _____ to _____
            (date)        (date)

2. **Date debt was incurred:**

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 330,095.92
   (unsecured)    (secured)    (priority)    (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 6/12/06 | [signature] Nancy Minton |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191345032161

# Castrol

| INVOICE DATE | INVOICE NUMBER | | | | |
|---|---|---|---|---|---|
| 09/30/05 | 979477 RI | | | | |

Toll Free: 877 641 1600
Direct: 630 637 6026
Fax Toll free: 877 648 9801
Fax Direct: 630 420 4911

CASTROL INDUSTRIAL NORTH AMERICA INC
150 WEST WARRENVILLE ROAD
MAIL CODE 605-3E
NAPERVILLE IL 60563

Page 1 of 1

**SOLD TO:** 20038889
DELPHI
PO BOX 436040
PONTIAC MI 48343

**SHIP TO:** 20061744
DELPHI
3900 HOLLAND ROAD
SAGINAW MI 48601

**Delivery Instructions**

| CUSTOMER ORDER NO. | RELEASE NUMBER | OUR ORDER NO. | DATE SHIPPED | Federal Tax ID |
|---|---|---|---|---|
| S2S53112 | | 371280 SM | | 363722181 |

| SHIP VIA | FREIGHT TERMS | SHIPPING POINT |
|---|---|---|
| | | EXEC-BALANCE SHEET BU |

| NUMBER OF CONTAINERS | UNITS PER CONTAINER | DESCRIPTION | EXTENDED QUANTITY | U/M | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 EA | 1.00 EA | CAST<br>CASTROL PRODUCTS | 1 | EA | $2,594.6200 | $2,594.62 |
| 1 EA | 1.00 EA | SECT<br>SECOND TIER | 1 | EA | $73,348.6600 | $73,348.66 |
| 1 EA | 1.00 EA | SECT<br>WASTE TREATMENT COST | 1 | EA | $.0000 | $ |
| 1 EA | 1.00 EA | EQUIP<br>EQUIPMENT | 1 | EA | $.0000 | $ |
| 1 EA | 1.00 | FRT<br>FREIGHT | 1 | EA | $.0000 | $ |
| 0 | 1.00 | PLANT 3 | 0 | | $ | $ |
| 0 | 1.00 | BILLING FOR SEPT 16 - 30, 2005 | 0 | | $ | $ |

**PLEASE REMIT TO:** CASTROL INDUSTRIAL NORTH AMERICA INC.
12294 Collections Center Drive
Chicago IL 60693

**TERMS:** Net 30 Days

| Sub Total | | $75,943.28 |
|---|---|---|
| Tax Rate / Tax Amt. | 0 % | |
| Invoice Payable in U.S. Funds | | $75,943.28 |

This is to certify that merchandise covered by this invoice has been produced in accordance with the Fair Labor Standards Act of 1938, as amended.

**Castrol**

CASTROL INDUSTRIAL NORTH AMERICA INC
150 WEST WARRENVILLE ROAD
MAIL CODE 605-3E
NAPERVILLE IL 60563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 09/30/05 | 979476  RI |

Toll Free: 877 641 1600
Direct: 630 637 6026
Fax Toll free: 877 648 9801
Fax Direct: 630 420 4911

Page 1 of 1

**SOLD TO:** 20038889
DELPHI
PO BOX 436040
PONTIAC MI 48343

**SHIP TO:** 20061744
DELPHI
3900 HOLLAND ROAD
SAGINAW MI 48601

Delivery Instructions

| CUSTOMER ORDER NO. | RELEASE NUMBER | OUR ORDER NO. | DATE SHIPPED | Federal Tax ID. |
|---|---|---|---|---|
| S2S53112 | | 371279  SM | | 363722181 |

| SHIP VIA | FREIGHT TERMS | SHIPPING POINT |
|---|---|---|
| | | EXEC-BALANCE SHEET BU |

| NUMBER OF CONTAINERS | UNITS PER CONTAINER | DESCRIPTION | EXTENDED QUANTITY | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 EA | 1.00 EA | CAST<br>CASTROL PRODUCTS | 1 | EA | $2,622.2900 | $2,622.29 |
| 1 EA | 1.00 EA | SECT<br>SECOND TIER | 1 | EA | $55.2500 | $55.25 |
| 1 EA | 1.00 EA | BILL<br>FREIGHT CHARGES | 1 | EA | $.0000 | $ |
| 0 | 1.00 | PLANT 1 | 0 | | $ | $ |
| 0 | 1.00 | BILLING FOR SEPT 16 - 30, 2005 | 0 | | $ | $ |

**PLEASE REMIT TO:** CASTROL INDUSTRIAL NORTH AMERICA INC.
12294 Collections Center Drive
Chicago IL 60693

TERMS: Net 30 Days

| Sub Total | | $2,677.54 |
|---|---|---|
| Tax Rate / Tax Amt. | 0 % | |
| Invoice Payable in U.S. Funds | | $2,677.54 |

This is to certify that merchandise covered by this invoice has been produced in accordance with the Fair Labor Standards Act of 1938, as amended.

# Castrol

**CASTROL INDUSTRIAL NORTH AMERICA INC**
150 WEST WARRENVILLE ROAD
MAIL CODE 605-3E
NAPERVILLE IL 60563

INVOICE DATE: 09/30/05
INVOICE NUMBER: 979478 RI

Page 1 of 1

Toll Free: 877 641 1600
Direct: 630 637 6026
Fax Toll free: 877 648 9801
Fax Direct: 630 420 4911

**SOLD TO:** 20038889
DELPHI
PO BOX 436040
PONTIAC MI 48343

**SHIP TO:** 20061744
DELPHI
3900 HOLLAND ROAD
SAGINAW MI 48601

Delivery Instructions

| CUSTOMER ORDER NO. | RELEASE NUMBER | OUR ORDER NO. | DATE SHIPPED | Federal Tax ID |
|---|---|---|---|---|
| S2S53112 | | 371281 SM | | 363722181 |

| SHIP VIA | FREIGHT TERMS | SHIPPING POINT |
|---|---|---|
| | | EXEC-BALANCE SHEET BU |

| NUMBER OF CONTAINERS | UNIT PER CONTAINER | DESCRIPTION | EXTENDED QUANTITY | U/M | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 EA | 1.00 EA | CAST<br>CASTROL PRODUCTS | 1 | EA | $4,228.6000 | $4,228.60 |
| 1 EA | 1.00 EA | SECT<br>SECOND TIER | 1 | EA | $58,220.6600 | $58,220.66 |
| 1 EA | 1.00 EA | BILL<br>FREIGHT | 1 | EA | $.0000 | $ |
| 0 | 1.00 | PLANT 4 | 0 | | $ | $ |
| 0 | 1.00 | BILLING FOR SEPT 16 - 30, 2005 | 0 | | $ | $ |

**PLEASE REMIT TO:** CASTROL INDUSTRIAL NORTH AMERICA INC.
12294 Collections Center Drive
Chicago IL 60693

**TERMS:** Net 30 Days

| Sub Total | | $62,449.26 |
|---|---|---|
| Tax Rate / Tax Amt. | 0 % | |
| Invoice Payable in U.S. Funds | | $62,449.26 |

This is to certify that merchandise covered by this invoice has been produced in accordance with the Fair Labor Standards Act of 1938, as amended.

| 09/30/05 | 979479 RI |
|---|---|

**Castrol**

Toll Free: 877 641 1600
Direct: 630 637 6026
Fax Toll free: 877 648 9801
Fax Direct: 630 420 4911

CASTROL INDUSTRIAL NORTH AMERICA INC
150 WEST WARRENVILLE ROAD
MAIL CODE 605-3E
NAPERVILLE IL 60563

Page 1 of 1

SOLD TO: 20038889
DELPHI
PO BOX 436040
PONTIAC MI 48343

SHIP TO: 20061744
DELPHI
3900 HOLLAND ROAD
SAGINAW MI 48601

Delivery Instructions

| CUSTOMER ORDER NO | RELEASE NUMBER | OUR ORDER NO | DATE SHIPPED | Federal Tax ID |
|---|---|---|---|---|
| S2S53112 | | 371282 SM | | 363722181 |

| SHIP VIA | FREIGHT TERMS | SHIPPING POINT |
|---|---|---|
| | | EXEC-BALANCE SHEET BU |

| NUMBER OF CONTAINERS | UNITS PER CONTAINER | DESCRIPTION | EXTENDED QUANTITY | U/M | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 EA | 1.00 EA | CAST<br>CASTROL PRODUCTS | 1 | EA | $19,108.3700 | $19,108.37 |
| 1 EA | 1.00 EA | SECT<br>SECOND TIER | 1 | EA | $71,124.0400 | $71,124.04 |
| 1 EA | 1.00 EA | BILL<br>FREIGHT | 1 | EA | $.0000 | $ |
| 0 | 1.00 | PLANT 5 | 0 | | $ | $ |
| 0 | 1.00 | BILLING FOR SEPT 16 - 30, 2005 | 0 | | $ | $ |

PLEASE REMIT TO: **CASTROL INDUSTRIAL NORTH AMERICA INC.**
**12294 Collections Center Drive**
**Chicago IL 60693**

TERMS: Net 30 Days

| Sub Total | | $90,232.41 |
|---|---|---|
| Tax Rate / Tax Amt. | 0 % | |
| Invoice Payable in U.S. Funds | | $90,232.41 |

This is to certify that merchandise covered by this invoice has been produced in accordance with the Fair Labor Standards Act of 1938, as amended.

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 09/30/05 | 979480 RI |

**Castrol**

Toll Free: 877 641 1600
Direct: 630 637 6026
Fax Toll free: 877 648 9801
Fax Direct: 630 420 4911

CASTROL INDUSTRIAL NORTH AMERICA INC
150 WEST WARRENVILLE ROAD
MAIL CODE 605-3E
NAPERVILLE IL 60563

Page 1 of 1

SOLD TO: 20038889
DELPHI
PO BOX 436040
PONTIAC MI 48343

SHIP TO: 20061744
DELPHI
3900 HOLLAND ROAD
SAGINAW MI 48601

Delivery Instructions

| CUSTOMER ORDER NO. | RELEASE NUMBER | OUR ORDER NO. | DATE SHIPPED | Federal Tax I.D. |
|---|---|---|---|---|
| S2S53112 | | 371283 SM | | 363722181 |

| SHIP VIA | FREIGHT TERMS | SHIPPING POINT |
|---|---|---|
| | | EXEC-BALANCE SHEET BU |

| NUMBER OF CONTAINERS | UNITS PER CONTAINER | DESCRIPTION | EXTENDED QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 EA | 1.00 EA | CAST<br>CASTROL PRODUCTS | 1 | EA | $2,263.9600 | $2,263.96 |
| 1 EA | 1.00 EA | SECT<br>SECOND TIER | 1 | EA | $7,968.6400 | $7,968.64 |
| 1 EA | 1.00 EA | BILL<br>FREIGHT | 1 | EA | $.0000 | $ |
| 0 | 1.00 | PLANT 6 | 0 | | $ | $ |
| 0 | 1.00 | BILLING FOR SEPT 16 - 30, 2005 | 0 | | $ | $ |

PLEASE REMIT TO: **CASTROL INDUSTRIAL NORTH AMERICA INC.**
**12294 Collections Center Drive**
**Chicago IL 60693**

TERMS: Net 30 Days

| | | |
|---|---|---|
| Sub Total | | $10,232.60 |
| Tax Rate / Tax Amt. | 0 % | |
| Invoice Payable in U.S. Funds | | $10,232.60 |

This is to certify that merchandise covered by this invoice has been produced in accordance with the Fair Labor Standards Act of 1938, as amended.

| INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|
| 09/30/05 | 979481  RI | | |

**Castrol**

Toll Free: 877 641 1600
Direct: 630 637 6026
Fax Toll free: 877 648 9801
Fax Direct: 630 420 4911

CASTROL INDUSTRIAL NORTH AMERICA INC
150 WEST WARRENVILLE ROAD
MAIL CODE 605-3E
NAPERVILLE IL 60563

Page 1 of 1

SOLD TO: 20038889
DELPHI
PO BOX 436040
PONTIAC MI 48343

SHIP TO: 20061744
DELPHI
3900 HOLLAND ROAD
SAGINAW MI 48601

**Delivery Instructions**

| CUSTOMER ORDER NO. | RELEASE NUMBER | OUR ORDER NO. | DATE SHIPPED | Federal Tax ID |
|---|---|---|---|---|
| S2S53112 | | 371284  SM | | 363722181 |

| SIR M/A | | FREIGHT TERMS | | SHIPPING POINT |
|---|---|---|---|---|
| | | | | EXEC-BALANCE SHEET BU |

| NUMBER OF CONTAINERS | UNITS PER CONTAINER | DESCRIPTION | EXTENDED QUANTITY | U/M | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 EA | 1.00 EA | CAST<br>CASTROL PRODUCTS | 1 | EA | $16,661.4800 | $16,661.48 |
| 1 EA | 1.00 EA | SECT<br>SECOND TIER | 1 | EA | $26,315.3500 | $26,315.35 |
| 1 EA | 1.00 EA | BILL<br>FREIGHT | 1 | EA | $.0000 | $ |
| 0 | 1.00 | PLANT 7 | 0 | | $ | $ |
| 0 | 1.00 | BILLING FOR SEPT 16 - 30, 2005 | 0 | | $ | $ |

PLEASE REMIT TO: **CASTROL INDUSTRIAL NORTH AMERICA INC.**
**12294 Collections Center Drive**
**Chicago IL  60693**

TERMS: Net 30 Days

| Sub Total | | $42,976.83 |
|---|---|---|
| Tax Rate / Tax Amt. | 0 % | |
| Invoice Payable in U.S. Funds | | $42,976.83 |

This is to certify that merchandise covered by this invoice has been produced in accordance with the Fair Labor Standards Act of 1938, as amended.

| INVOICE DATE | INVOICE NUMBER | | | | |
|---|---|---|---|---|---|
| 09/30/05 | 979482  RI | | | | |

Toll Free: 877 641 1600
Direct: 630 637 6026
Fax Toll free: 877 648 9801
Fax Direct: 630 420 4911

**Castrol**
CASTROL INDUSTRIAL NORTH AMERICA INC
150 WEST WARRENVILLE ROAD
MAIL CODE 605-3E
NAPERVILLE IL 60563

Page 1 of 2

SOLD TO: 20038889
DELPHI
PO BOX 436040
PONTIAC MI 48343

SHIP TO: 20061744
DELPHI
3900 HOLLAND ROAD
SAGINAW MI 48601

Delivery Instructions

| CUSTOMER ORDER NO. | RELEASE NUMBER | OUR ORDER NO. | DATE SHIPPED | Federal Tax ID |
|---|---|---|---|---|
| S2S53112 | | 371285  SM | | 363722181 |

| SHIP VIA | FREIGHT TERMS | SHIPPING POINT |
|---|---|---|
| | | EXEC-BALANCE SHEET BU |

| NUMBER OF CONTAINERS | UNITS PER CONTAINER | DESCRIPTION | EXTENDED QUANTITY | UM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 EA | 1.00 EA | MGMT PLANT 1 | 1 | EA | $421.1200 | $421.12 |
| 1 EA | 1.00 EA | MGMT PLANT 3 | 1 | EA | $2,839.5700 | $2,839.57 |
| 1 EA | 1.00 EA | MGMT PLANT 4 | 1 | EA | $8,813.7500 | $8,813.75 |
| 1 EA | 1.00 EA | MGMT PLANT 5 | 1 | EA | $4,891.9700 | $4,891.97 |
| 1 EA | 1.00 EA | MGMT PLANT 6 | 1 | EA | $1,451.8900 | $1,451.89 |
| 1 EA | 1.00 EA | MGMT PLANT 7 | 1 | EA | $3,665.7000 | $3,665.70 |
| 1 EA | 1.00 EA | STAFF PLANT 1 | 1 | EA | $448.1200 | $448.12 |
| 1 EA | 1.00 EA | STAFF PLANT 3 | 1 | EA | $3,021.6400 | $3,021.64 |
| 1 EA | 1.00 EA | STAFF PLANT 4 | 1 | EA | $9,378.8700 | $9,378.87 |
| 1 EA | 1.00 EA | STAFF PLANT 5 | 1 | EA | $5,205.6400 | $5,205.64 |
| 1 EA | 1.00 EA | STAFF | 1 | EA | $1,544.9800 | $1,544.98 |
| CONTINUE | | | | | CONTINUE | |

PLEASE REMIT TO: **CASTROL INDUSTRIAL NORTH AMERICA INC.**
12294 Collections Center Drive
Chicago IL 60693

TERMS: Net 30 Days

| Sub Total | | CONTINUE |
|---|---|---|
| Tax Rate / Tax Amt. | | |
| Invoice Payable in U.S. Funds | | CONTINUE |

This is to certify that merchandise covered by this invoice has been produced in accordance with the Fair Labor Standards Act of 1938, as amended.

| INVOICE DATE | INVOICE NUMBER | | | |
|---|---|---|---|---|
| 09/30/05 | 979482 RI | | | |

Toll Free: 877 641 1600
Direct: 630 637 6026
Fax Toll free: 877 648 9801
Fax Direct: 630 420 4911

**Castrol**

CASTROL INDUSTRIAL NORTH AMERICA INC
150 WEST WARRENVILLE ROAD
MAIL CODE 605-3E
NAPERVILLE IL 60563

SOLD TO: 20038889
DELPHI
PO BOX 436040
PONTIAC MI 48343

SHIP TO: 20061744
DELPHI
3900 HOLLAND ROAD
SAGINAW MI 48601

Delivery Instructions

| CUSTOMER ORDER NO. | RELEASE NUMBER | OUR ORDER NO. | DATE SHIPPED | Federal Tax ID |
|---|---|---|---|---|
| S2S53112 | | 371285 SM | | 363722181 |

| SHIP VIA | FREIGHT TERMS | SHIPPING POINT |
|---|---|---|
| | | EXEC-BALANCE SHEET BU |

| NUMBER OF CONTAINERS | UNITS PER CONTAINER | DESCRIPTION | EXTENDED QUANTITY | U/M | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| | | PLANT 6 | | | | |
| 1 EA | 1.00 EA | STAFF | 1 | EA | $3,900.7500 | $3,900.75 |
| | | PLANT 7 | | | | |
| 0 | 1.00 | | 0 | | $ | $ |
| | | BILLING FOR SEPT 16 - 30, 2005 | | | | |

PLEASE REMIT TO: **CASTROL INDUSTRIAL NORTH AMERICA INC.**
12294 Collections Center Drive
Chicago IL 60693

TERMS: Net 30 Days

| Sub Total | | $45,584.00 |
|---|---|---|
| Tax Rate / Tax Amt. | 0 % | |
| Invoice Payable in U.S. Funds | | $45,584.00 |

This is to certify that merchandise covered by this invoice has been produced in accordance with the Fair Labor Standards Act of 1938, as amended.