# CERTIFICATE OF SERVICE

On April 13, 2007, I caused the service of the **Response of Castrol Industrial North America, to Debtors' Eleventh Omnibus Claims Objection;** upon the parties below via hand delivery, overnight mail and telecopier:

                                                    */s/Howard S. Steel*
                                                  Howard S. Steel

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
Fax:  (248) 813-2673

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  John Wm. Butler, Jr., Esq.
      John K. Lyons, Esq.
      Joseph N. Wharton, Esq.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Fax:  (312) 407-0411