Exhibit A

| Name Of Ordinary Course Professional | Type Of Service | Quarterly Fees | Quarterly Expenses | Aggregate Fees For Chapter 11 Cases | Aggregate Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| Anne Murphy Patent Services | Legal | $1,365 | $125 | $2,150 | $133 |
| Arent, Fox, Kintner, Plotkin & Kahn | Legal | $4,032 | $719 | $17,604 | $719 |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | Legal | $19,013 | - | $61,096 | - |
| Baker & Daniels | Legal | - | - | $53,514 | $2,414 |
| Baker & McKenzie LLP | Tax and Legal Consulting | $24,805 | $816 | $136,945 | $1,930 |
| Balch & Bingham | Legal | 664 | - | $1,973 | $7 |
| Barnett Associates, Inc. | Tax Consulting | $7,500 | - | $44,429 | - |
| Booth Udall, PLC | Legal | $2,123 | $2,217 | $10,342 | $4,901 |
| Brennan Steil & Basting SC | Legal | - | - | $700 | $1 |
| Cadena Law Firm, P.C. | Legal | - | - | $449 | $18 |
| Cardinal Law Group | Legal | $2,580 | $850 | $2,580 | $850 |
| Charles K. Veenstra | Legal | $37,080 | - | $80,760 | - |
| China Patent Agent (H.K.) Ltd. | Legal | $9,153 | $1,309 | $11,813 | $2,179 |
| Christie, Parker & Hale, LLP | Legal | $41 | - | $6,232 | $4,888 |
| Ciara Systems, Inc. | Legal | $12,713 | - | $60,151 | - |
| Clark Consulting | Tax Advisory and Advocacy | $20,000 | - | $120,000 | - |
| Clark, Thomas & Winters | Legal | - | - | $7,380 | $643 |
| Constangy, Brooks & Smith | Legal | $2,542 | - | $2,542 | - |
| Conway McKenzie & Dunleavy Inc. | Legal | - | - | $3,593 | $173 |
| Couch White, LLP | Legal | $5,514 | $5 | $136,911 | $1,784 |
| Crew Buchanan | Legal | - | - | $1,668 | - |
| Currie Kendall PLC | Legal | $4,795 | - | $4,795 | - |
| Dechert LLP | Tax Legal | - | - | $16,231 | - |

| | | | | | |
|---|---|---|---|---|---|
| Dewitt Ross & Stevens | Legal | - | - | $4,597 | $74 |
| Dickinson Wright P.L.L.C. | Legal | - | - | $10,467 | $214 |
| Dierker & Associates, PC | Legal | $5,242 | $2,054 | $35,821 | $3,555 |
| Dinsmore & Shohl, LLP | Legal | $74,890 | $1,363 | $114,868 | $1,870 |
| Drinker Biddle & Reath LLP | Legal | $655 | $9 | $39,818 | $34 |
| DuCharme, McMillan & Associates, Inc. | Tax Compliance | - | - | $43,851 | $1,666 |
| Dykema Gossett P.L.L.C. | Legal | $21,171 | $230 | $98,726 | $1,864 |
| Eldridge Cooper Steichen & Leach, PLLC | Legal | - | - | $380 | $3 |
| Ernst & Young AG | Tax and Custom Consulting | - | - | $18,541 | $390 |
| Falkowski PLLC | Legal | $20,900 | - | $39,160 | - |
| Foster, Swift, Collins & Smith, P.C. | Legal | $32,231 | $2,042 | $49,810 | $3,505 |
| Global Quality Institute | Auditing | - | - | $13,000 | - |
| Goldberg Segalla LLP | Legal | $3,014 | $58 | $6,195 | $514 |
| Gowling Lafleur Henderson LLP | Legal | $3,255 | $3,656 | $6,963 | $3,656 |
| Grant Thorton | Auditing and Tax | - | - | $154,071 | - |
| Hack, Piro, O'Day, Merklinger | Legal | $792 | $13 | $1,894 | $67 |
| Hamilton, Brown & Babst f/k/a Lamothe & Hamilton, APLC | Legal | $1,358 | $1 | $11,579 | $303 |
| Hartman & Hartman P.C. | Legal | $550 | - | $8,825 | $40 |
| Horwood Marcus & Berk | Tax Consulting | $1,063 | - | $33,873 | $532 |
| INDIEC Indiana Industrial Energy Consumers, Inc. | Legal | $19,450 | - | $34,811 | - |
| Ivins, Phillips & Barker Chartered | Legal | $10,500 | - | $242,244 | - |
| J. Gordon Lewis d/b/a J. Gordon Lewis, PLLC | Legal | $58,520 | - | $241,780 | $368 |
| Jefferson Wells | Auditing | $6,205 | $472 | $353,237 | $6,411 |
| Johnston Barton Proctor & Powell LLP | Legal | - | - | $4,380 | $18 |
| Keating, Muething & Klekamp, P.L.L. | Legal | $21,753 | $458 | $24,403 | $458 |
| Keefe and Associates | Legal | $1,200 | - | $20,194 | $1,100 |
| Kenneth Mason | Legal | $840 | - | $840 | - |

| | | | | | |
|---|---|---|---|---|---|
| Kenyon & Kenyon | Legal | - | - | $13,426 | $98 |
| Kevin P. Weldon | Legal | $1,200 | - | $5,700 | - |
| Kim & Chang | Legal | $10,465 | $1,867 | $20,259 | $3,003 |
| Kirton & McConkie | Legal | - | - | $56 | - |
| KPMG, Canada | Tax Consulting | $7,840 | - | $7,840 | - |
| KPMG, Hungary | Tax | $13,503 | - | $25,854 | - |
| L.C. Begin & Associates, PLLC | Legal | - | - | $46,317 | $11,707 |
| Lathrop & Gage | Legal | $249 | - | $3,048 | $281 |
| Lavin O'Neil Ricci Cedrone | Legal | - | - | $2,717 | $92 |
| Law Offices of Albert Gutierrez | Legal | $345 | $179 | $3,703 | $564 |
| Law Offices of Brian C. Pauls | Legal | $11,979 | $2,151 | $50,647 | $9,229 |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Legal | $1,353 | $1 | $22,232 | $317 |
| Locke Reynolds LLP | Legal | $2,389 | $12 | $10,053 | $608 |
| Mark A. Navarre | Legal | $31,700 | $2,233 | $165,979 | $3,840 |
| Marshall, Gerstein & Borun | Legal | - | - | $103 | - |
| McCarter & English, LLP | Tax Consulting | $5,518 | $32 | $5,518 | $32 |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | Legal | $2,727 | $25 | $15,224 | $657 |
| McGlinchey Stafford | Legal | $14,931 | $508 | $14,931 | $508 |
| McGlynn & Luther | Legal | - | - | $1,877 | $30 |
| McNees Wallace & Nurick LLC | Legal | $13,591 | $22 | $41,055 | $22 |
| Michael D. Schloff, PLLC | Legal | $18 | - | $1,068 | $9 |
| Moffatt Thomas Barrett Rock & Fields | Legal | $387 | $142 | $387 | $142 |
| Momsen, Leonardos & Cia | Legal | - | - | $160 | $85 |
| Morgan, Lewis & Bockius LLP | Legal | - | - | $22,261 | $5 |
| Neal Gerber & Eisenberg, LLP | Legal | $13,699 | $654 | $123,043 | $6,091 |
| Ogne, Alberts & Stuart, P.C. | Legal | $54 | - | $380 | $3 |
| Paul, Hastings, Janofsky & Walker LLP | Legal | - | - | - | 35 |
| Phelps Dunbar LLP | Legal | $37,321 | $1,364 | $102,121 | $52,720 |

| | | | | | |
|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Legal | - | - | $23,869 | $351 |
| Porterfield, Harper & Mills, P.A. | Legal | $1,149 | - | $4,571 | $53 |
| Prichard , Hawkins, McFarland & Young, LLP | Legal | $21,215 | $1,606 | $23,401 | $4,209 |
| Quattlebaum, Groom, Tull & Burrow PLLC | Legal | $297 | $5 | $3,846 | $66 |
| Reising, Ethington, Barnes Kisselle, P.C. | Legal | $71,587 | $3,844 | $261,186 | $13,140 |
| Rogitz & Associates | Legal | $4,500 | - | $25,500 | - |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | Legal | - | - | $3,878 | - |
| Sidley Austin Brown & Wood LLP | Tax and Custom Consulting | - | - | $16,926 | - |
| Stout Risius Ross, Inc. | Valuation | $5,162 | - | $33,817 | $443 |
| Swift Currie McGhee & Hiers, LLP | Legal | - | - | $731 | $35 |
| The Legal Department PLLC | Legal | $73,238 | - | $73,238 | - |
| Thorn, Gershon, Tymann | Legal | $2,413 | $234 | $3,345 | $240 |
| Turner Reid Duncan Loomer & Patton P.C. | Legal | - | - | $218 | $13 |
| Vorys, Sater, Seymour and Pease LLP | Tax | $1,455 | - | $3,352 | - |
| Ward Norris Heller & Reidy, LLP | Legal | $594 | - | $2,872 | $41 |
| Wax Law Group | Legal | $32,024 | - | $119,715 | - |
| Wells, Anderson & Race, LLC | Legal | - | - | $4,093 | $11 |
| Weston Hurd LLP | Legal | $6,398 | $142 | $6,398 | $142 |
| Wimer Law Offices, P.C. | Legal | - | - | $570 | $4 |
| Wolff & Samson PC | Legal | $20,862 | $369 | $20,862 | $369 |
| Wood, Herron & Evans, L.L.P. | Legal | $12,046 | $145 | $46,096 | $3,938 |
| Wooden & McLaughlin, LLP | Legal | $3,733 | $13 | $15,562 | $373 |
| Young & Basile P.C. | Legal | $17,532 | $8,389 | $69,291 | $11,370 |
| Yuasa & Hara | Legal | $74,652 | $21,705 | $289,885 | $29,944 |