Hearing Date and Time:  April 20, 2007 at 10:00 a.m.
Response Date and Time: April 13, 2007 at 4:00 p.m.

Elena Lazarou (EL-5681)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400


Attorneys for Johnson Controls, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
        In re                                 :
                                              :
DELPHI CORPORATION, et al.,                   :      Chapter 11
                                              :
                        Debtors.              :      Case No. 05-44481 (RDD)
                                              :
                                              :      (Jointly Administered)
                                              :
------------------------------------------------------------x

## RESPONSE OF JOHNSON CONTROLS, INC. (CLAIM NO. 5976) TO DEBTORS' ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502 (b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION

954019

Johnson Controls, Inc. ("JCI") responds to the objection of Delphi Corporation and its debtor affiliates (collectively, the "Debtors") concerning claim number 5976 that JCI's Control Group filed against the Delphi Corporation as a general unsecured claim in the amount of $53,133.90 in May 2006, as follows:

1.     The claim of JCI is based on a series of invoices for goods and services provided to Delphi Corporation from January 2004 through September 2005. Copies of the invoices are attached hereto as Exhibit A. They arise from work done at a variety of the Debtors' facilities. No payments have been received on the invoices and all were due as of the petition date. The details of the goods and services provided are set forth on each of the invoices.

2.     The Debtors' objection suggested that Claim No. 5976 be allowed in the reduced amount of $4,043.46 against Delphi Automotive Systems. There is no explanation provided in support of this objection nor any supporting documents.

3.     In these circumstances, and in particular because the Debtors have failed to provide any reason to reduce JCI claim number 5976, that claim should be allowed in the full amount of $53,133.90. The person authorized to reconcile and resolve the claim on behalf of JCI is Stephen T. Bobo, Reed Smith Sachnoff & Weaver, 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606, (312) 207-6480.


Dated:  April 13, 2007                    RESPECTFULLY SUBMITTED

                                          JOHNSON CONTROLS, INC.


                                          By:  s/Elena Lazarou

                                          REED SMITH LLP
                                          599 Lexington Avenue
                                          New York, NY  10022

954019

Telephone:  212-521-5400
Facsimile:  212-521-5450

Of Counsel

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL  60606
Telephone:  312-207-1000
Facsimile:  312-207-6400



**ORIGINAL INVOICE**

Direct Inquires To: JOHNSON CONTROLS INC
ROCHESTER NY SYSTEMS
7612 MAIN ST-FISHERS
VICTOR, NY 14564-0369
Federal ID#: 39-0380010

Attn: Greg Pfaff
Bill To: DELPHI ENERGY & ENGINE
PO BOX 92700
ROCHESTER, NY 14692

Phone: 585-742-4800
Fax: 585-924-7086

Mail Check To: Johnson Controls, Inc.
PO Box 905240
Charlotte, NC 28290

| Project Name / Project Site / Tax Loc | Purchase Order / Date / Authorized By | JCI Project / CO | JCI Project Manager |
|---|---|---|---|
| Delphi DDC AHU-1,2,&3<br><br>NY1460600 | PO# 450129228<br>12/06/04<br>T Harvey | 5085-0012<br>000 | CHARLES STEUERWALD |

| Period Covered | Application # | Invoice Number | Invoice Date | Terms | Due Date |
|---|---|---|---|---|---|
| 09/01/05 - 09/30/05 | 3 | 00013088569 | 09/21/05 | NET CASH | 09/21/05 |

Original Contract Amount: $11,664
Approved Change Orders: $0
New Contract Amount: $11,664

Work Completed To Date: $9,747
Less Retention: $0
Total Less Retention: $9,747
Less Invoiced To Date: $7,684

Total Amount Due This Invoice: $2,063

The Project Manager named above submits this application with knowledge, information, and belief that the work covered by this application for payment has been completed in accordance with the Contract Documents, that all amounts have been paid for Work for which previous applications for payment were issued and for which payments were received from the Owner and that current payment shown herein is now due.

| Item A | Work Description B | Scheduled Value C | Previous Application D | Work In Place E | Stored Material F | Total Complete and Stored G (D+E+F) | Percent H (G/C) | Balance To Finish I (C-G) | 0% Retention J |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Item # 1 | $4,548 | $1,137 | $1,787 | $0 | $2,924 | 64% | $1,624 | $0 |
| 2 | Item # 2 | $7,116 | $6,547 | $276 | $0 | $6,822 | 96% | $294 | $0 |
| | Totals | $11,664 | $7,684 | $2,063 | $0 | $9,747 | 84% | $1,917 | $0 |

Page 1 of 1



**JOHNSON CONTROLS**

**Controls Group**
**Federal ID 39-0380010**

**ORIGINAL INVOICE**

| | | | |
|---|---|---|---|
| Invoice: | 0508030343 | Invoice Date: | 08-03-2005 |
| Authorization: | LPS-93780 | Service Order: | 936-1001928 |
| Customer: | 1028301 | Order Type: | Service Order |

**Bill To:**

MICHAEL PAUL
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
BLDG 9, 9A MAINT
LOCKPORT NY 14094

**Work Site:**

DELPHI HARRISON BUILDING 9, 9A
200 UPPER MOUNTAIN ROAD
BLDG 9, 9A MAINT
LOCKPORT NY 14094

**Requested By:** PAUL MICHAEL
**Phone:**  7164394656

**Invoice Comments:**  THANK YOU FOR YOUR BUSINESS. WORK PERFORMED IN BUILDING 9A. COPY OF SERVICE ORDER ATTACHED FOR DESCRIPTION OF WORK.

| Qty | Description | Unit Price | Sub Total | Tax $ | Net Price |
|---|---|---|---|---|---|
| | Expenses | | | | |
| 370 | Mileage | $1.00 | $370.00 | $0.00 | $370.00 |
| | **Sub-Total** | | **$370.00** | **$0.00** | **$370.00** |
| | Materials | | | | |
| 24 | MECHANIC-SUB, LABOR | $80.00 | $1,920.00 | $0.00 | $1,920.00 |
| | **Sub-Total** | | **$1,920.00** | **$0.00** | **$1,920.00** |
| | Services | | | | |
| 30 | Labor, Mechanical Resource - Regular | $80.00 | $2,400.00 | $0.00 | $2,400.00 |
| | **Sub-Total** | | **$2,400.00** | **$0.00** | **$2,400.00** |
| | | | Invoice Sub-Total | | $4,690.00 |
| | | | Taxes | | $0.00 |
| | | | Total Due | USD | $4,690.00 |

**Preferred pricing has been applied: O-Industrial (Standard)**

Any zero dollar line item on this invoice is covered under customer contract or otherwise free of charge.

Consumable material listed on this invoice may include charges for one or more of the following: miscellaneous electrical, pneumatic, welding supplies, hardware materials, cleaning supplies, tool charge, or refrigerant reclaim disposal.  A lump sum charge was applied rather than itemizing usage.

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8606887151**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**

Johnson Controls, Inc.
PO Box 905240
Charlotte, NC, 28290-5240

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct #55-14347
Type of Account: Checking

Please indicate invoice with your payment. Send payment to the address noted on this invoice.                    (61)

SV0503151268@@6                                                                                            Page 1 of 1


**JOHNSON CONTROLS**

**Controls Group**
**Federal ID 39-0380010**

**ORIGINAL INVOICE**

| | | | |
|---|---|---|---|
| **Invoice:** | 0508030334 | **Invoice Date:** | 08-03-2005 |
| **Authorization:** | LPS93780 | **Service Order:** | 936-1001929 |
| **Customer:** | 1028301 | **Order Type:** | Service Order |

**Bill To:**

MICHAEL PAUL
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
BLDG 9, 9A MAINT
LOCKPORT NY 14094

**Work Site:**

DELPHI HARRISON BUILDING 9, 9A
200 UPPER MOUNTAIN ROAD
BLDG 9, 9A MAINT
ATTN: SCOTT BARBER
LOCKPORT NY 14094

**Requested By:**  PAUL MICHAEL
**Phone:**        7164394656

**Item:**  ATC System Basic Coverage
**Tag:**   ATCBASIC

**Invoice Comments:**    THANK YOU FOR YOUR BUSINESS.  PNEUMATIC WORK BUILDING 9 / 9A.  COPY OF SERVICE ORDER ATTACHED FOR DESCRIPTION OF WORK.

| Qty | Description | Unit Price | Sub Total | Tax $ | Net Price |
|---|---|---|---|---|---|
| | **Expenses** | | | | |
| 350 | Mileage | $1.00 | $350.00 | $0.00 | $350.00 |
| | **Sub-Total** | | **$350.00** | **$0.00** | **$350.00** |
| | **Materials** | | | | |
| 10 | JC_5309, ALLEN HEAD FLEX SCRWDRVR | $9.50 | $95.00 | $0.00 | $95.00 |
| 1 | T-5210-1009, TRANS 0/100F 8' AVG | $127.20 | $127.20 | $0.00 | $127.20 |
| | **Sub-Total** | | **$222.20** | **$0.00** | **$222.20** |
| | **Services** | | | | |
| 25.5 | Labor, Mechanical Resource - Regular | $80.00 | $2,040.00 | $0.00 | $2,040.00 |
| | **Sub-Total** | | **$2,040.00** | **$0.00** | **$2,040.00** |
| | | | **Invoice Sub-Total** | | $2,612.20 |
| | | | **Taxes** | | $0.00 |
| | | | **Total Due** | USD | $2,612.20 |

**Preferred pricing has been applied: O-Industrial (Standard)**

Any zero dollar line item on this invoice is covered under customer contract or otherwise free of charge.
Consumable material listed on this invoice may include charges for one or more of the following: miscellaneous electrical, pneumatic, welding supplies, hardware materials, cleaning supplies, tool charge, or refrigerant reclaim disposal.  A lump sum charge was applied rather than itemizing usage.

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8606887151**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**

Johnson Controls, Inc.
PO Box 905240
Charlotte, NC, 28290-5240

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct  #55-14347
Type of Account: Checking



**JOHNSON CONTROLS**

Controls Group
Federal ID 39-0380010

## ORIGINAL INVOICE

| | | | |
|---|---|---|---|
| Invoice: | 0509200702 | Invoice Date: | 09-20-2005 |
| Authorization: | MICHAEL PAUL / LPS93780 | Service Order: | 936-1001930 |
| Customer: | 1028301 | Order Type: | Service Order |

**Bill To:**
MICHAEL PAUL
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
BLDG 9, 9A MAINT
LOCKPORT NY 14094

**Work Site:**
CONTACT:MICHAEL PAUL
DELPHI HARRISON BUILDING 9, 9A
200 UPPER MOUNTAIN ROAD
BLDG 9, 9A MAINT
LOCKPORT NY 14094

**Requested By:** PAUL MICHAEL
**Phone:** 7164394656

**Invoice Comments:** THANK YOU FOR YOUR BUSINESS. AUGUST SSV BUILDING 9/9A WORKED ON PNEUMATIC CONTROLS, KITCHEN COOLERS & 9A CONTROLS. SERVICE ORDER ATTACHED.

| Qty | Description | Unit Price | Sub Total | Tax $ | Net Price |
|---|---|---|---|---|---|
| | Expenses | | | | |
| 295 | Mileage | $1.00 | $295.00 | $0.00 | $295.00 |
| | Sub-Total | | $295.00 | $0.00 | $295.00 |
| | Materials | | | | |
| 32 | ADECCO LABOR, HOWARD R. LORISH | $80.00 | $2,560.00 | $0.00 | $2,560.00 |
| | Sub-Total | | $2,560.00 | $0.00 | $2,560.00 |
| | Services | | | | |
| 24 | Labor, Mechanical Resource - Regular | $80.00 | $1,920.00 | $0.00 | $1,920.00 |
| | Sub-Total | | $1,920.00 | $0.00 | $1,920.00 |
| | | | Invoice Sub-Total | | $4,775.00 |
| | | | Taxes | | $0.00 |
| | | | Total Due | USD | $4,775.00 |

**Preferred pricing has been applied: O-Industrial (Standard)**

Any zero dollar line item on this invoice is covered under customer contract or otherwise free of charge.
Consumable material listed on this invoice may include charges for one or more of the following: miscellaneous electrical, pneumatic, welding supplies, hardware materials, cleaning supplies, tool charge, or refrigerant reclaim disposal. A lump sum charge was applied rather than itemizing usage.

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8606887151**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**
Johnson Controls, Inc.
PO Box 905240
Charlotte, NC, 28290-5240

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct #55-14347
Type of Account: Checking

Please indicate invoice with your payment. Send payment to the address noted on this invoice.
SV0503151268@@8

(61)
Page 1 of 1



**JOHNSON CONTROLS**

Controls Group
Federal ID 39-0380010

**ORIGINAL INVOICE**

| | | | |
|---|---|---|---|
| Invoice: | 0505230540 | Invoice Date: | 05-23-2005 |
| Authorization: | 52S41269 PR368638-001 | Service Order: | 806-1003242 |
| Customer: | 1095780 | Order Type: | Service Order |

**Bill To:**

DELPHI STEERING SYSTEMS
ATTN  DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**

CONTACT:JD KAUFMANN
DELPHI PLANT 6
3900 HOLLAND RD
SAGINAW MI 48601

| | |
|---|---|
| Requested By: | KAUFMANN JD |
| Phone: | 5179209021 |
| Accepted By: | KAUFMANN J |

**Invoice Comments:**    THANK YOU FOR YOUR BUSINESS.  NO AC IN THE OFFICE   4/20; OFFICE AREA TO WARM. FOUND NORTH AC COMPRESSOR OFF, ADJ COLD DECK TEMP & N-1000 SWITCH OVER. SOUTH AC COMP FLAT & OUT OF R-22, PLT HVAC MECH WILL REPAIR LEAKS & RECHARGE. 4/21; 2ND FLR OFFICES COLD. VAV BOXES NOT WORKING. ORDER NEW ELECTRIC DUCT HEATERS. SITE ELEC WILL INSTALL IT.  5/19: DROP OFF ELEC COILS IN MAINT DEPT.

| | |
|---|---|
| Total Quote Price | $1,200.68 |
| Taxes | $0.00 |
| **Total Due** USD | $1,200.68 |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries
To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**

Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013   Depositor Acct  #55-14347
Type of Account: Checking

**Please indicate invoice with your payment. Send payment to the address noted on this invoice.**
SV0504210905@@1

Page 1 of 1

 **JOHNSON CONTROLS**

Controls Group
Federal ID 39-0380010

**ORIGINAL INVOICE**

| | | | |
|---|---|---|---|
| Invoice: | 0505312402 | Invoice Date: | 05-31-2005 |
| Authorization: | PR 393872009 | Service Order: | 806-1003421 |
| Customer: | 1095780 | Order Type: | Service Order |

**Bill To:**
DELPHI STEERING SYSTEMS
ATTN DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**
CONTACT:LALEMAN MARK
DELPHI STEERING PLANT 3
HOLLAND AVE
SAGINAW MI 48601

| | |
|---|---|
| **Requested By:** | LALENA MARK |
| **Phone:** | 9897574261 |
| **Accepted By:** | LALENA MARK |

**Invoice Comments:**   THANK YOU FOR YOUR BUSINESS. WORKING ON FANS, 32 33, 35   5/19:  CHECKED TEST CELL FANS 32, 33, 35. 33 FAN - 60 HP, AREA MEZZ OFFICE LAB AREA. 33 RETURN FAN 40 HP. 35 FAN - 10 HP, AREA H/A TEST CELL 1280CC 35 RA 5 HP. 32 FAN -60 HP, AREA GENERAL LAB 32 RA 40HP. SITE ELECTRICIAN WILL TEST FAN MOTOR IN #35 FOR GROUND . ALSO, REPLACED OR REPAIR CIRCUT BREAKER IN RA FAN 35./   05-23-05  FAN DRIVES ARE SQUARD D TYPE #33 ELECTRICAN WILL CHECK MOTOR.  #35 PROBLEM IN DRIVE.  SQUARE D FROM JCI. C

| | | |
|---|---|---|
| Total Quote Price | | $1,525.68 |
| Taxes | | $0.00 |
| | Total Due USD | $1,525.68 |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct #55-14347
Type of Account: Checking



**JOHNSON CONTROLS**

Controls Group
Federal ID 39-0380010

## ORIGINAL INVOICE

| | |
|---|---|
| **Invoice:** 0507130718 | **Invoice Date:** 07-13-2005 |
| **Authorization:** S2S44848 / PR393872-002 | **Service Order:** 806-1003557 |
| **Customer:** 1095780 | **Order Type:** Service Order |

**Bill To:**

DELPHI STEERING SYSTEMS
ATTN DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**

CONTACT:LALEMAN MARK
DELPHI STEERING WATER TREATMENT CTR
HOLLAND AVE
SAGINAW MI 48601

**Requested By:** LALEMAN MARK
**Phone:** 9897574261
**Accepted By:** JEFF G.

**Invoice Comments:** THANK YOU FOR YOUR BUSINESS. WORK ON HVAC AND ATC SYSTEM. TIME AND MATERIAL. 6/10: CHECKED 1ST FLOOR LAB AREA MAINT WILL REPAIR. REFRIGERANT PROBLEM AND DAMPER TO OPEN AND CLOSE 100%. EVAP WILL NEED CLEANING. ALSO, ROOFTOP AIR COOLED COND. I WILL RETURN AFTER MAINT REPAIRS PROBLEM.

| | | |
|---|---|---|
| Total Quote Price | | $270.86 |
| Taxes | | $0.00 |
| | Total Due USD | $270.86 |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**

Johnson Controls, Inc.
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013   Depositor Acct #55-14347
Type of Account: Checking



**JOHNSON CONTROLS**

**Controls Group**
**Federal ID 39-0380010**

## ORIGINAL INVOICE

| | | | |
|---|---|---|---|
| **Invoice:** | 0506301963 | **Invoice Date:** | 06-30-2005 |
| **Authorization:** | PR393872-011 S2S44848 | **Service Order:** | 806-1003600 |
| **Customer:** | 1095780 | **Order Type:** | Service Order |

**Bill To:**

DELPHI STEERING SYSTEMS
ATTN DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**

CONTACT:LALEMAN MARK
DELPHI STEERING PLANT 3
HOLLAND AVE
SAGINAW MI 48601

| | |
|---|---|
| **Requested By:** | LALEMAN MARK |
| **Phone:** | 9897574261 |
| **Accepted By:** | LALEMAN MARK |

**Invoice Comments:**    THANK YOU FOR YOUR BUSINESS. MET LAB. WORK ON THE ATC FOR AHU A AND B. 6/15;  CHECK PNEUMATICS FOR  AHU A&B,  SMALL AMOUNT OF OIL IN CONTROLS. I WILL MAKE A LIST & ORDER CONTROLS. 6/20; ADJ N-1000 OUTSIDE AIR CONTROL. TEST COOLING VALVE.

| | | |
|---|---|---|
| Total Quote Price | | $433.11 |
| Taxes | | $0.00 |
| **Total Due** | USD | **$433.11** |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**

Johnson Controls, Inc.
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**

Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct  #55-14347
Type of Account: Checking

Please indicate invoice with your payment. Send payment to the address noted on this invoice.
SV0506151217@@1



**JOHNSON CONTROLS**

**Controls Group**
Federal ID 39-0380010

**ORIGINAL INVOICE**

| | |
|---|---|
| Invoice: **0506301933** | Invoice Date: **06-30-2005** |
| Authorization: **S2S44848 PR393872-006** | Service Order: **806-1003622** |
| Customer: **1095780** | Order Type: **Service Order** |

**Bill To:**

DELPHI STEERING SYSTEMS
ATTN  DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**

CONTACT:JD KAUFMANN
DELPHI PLANT 6
3900 HOLLAND RD
SAGINAW MI 48601

| | |
|---|---|
| Requested By: | KAUFMAN JD |
| Phone: | 5179209021 |
| Accepted By: | J. KAUFMAN |

**Invoice Comments:**    THANK YOU FOR YOUR BUSINESS. WORK ON OFFICE AIR CONDITIONING UNIT. 6/20; CHECK TRANE AC COMPRESSOR. I WILL HELP MAINT CHANGE COMPRESSOR & START UP. CHECK COMP ROOMS, COLD. ELECTRIC WILL GET ELC ELEMENT TO REPLACE.  6/22; TEST AIR FLOWS/MANUAL  DAMPER CLOSE, OPEN & CHECK STATIC PRESS 1.3' WC. AC RUNNING ON #2 CHILLER, DISC AIR 60 DEG RETURN AIR TEMP 78 DEG. CONF RM 1&2 MEETING IN PM. CK 3&4 TITUS DUCT HEATER ORDER # 19690 SER#F-19690-93 BOX DHI208 10SESV3000.

| | | |
|---|---|---|
| Total Quote Price | | $1,357.92 |
| Taxes | | $0.00 |
| Total Due | USD | $1,357.92 |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**

Johnson Controls, Inc.
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct  #55-14347
Type of Account: Checking

Please indicate invoice with your payment. Send payment to the address noted on this invoice.
SV0506201023@@1



# JOHNSON CONTROLS

**Controls Group**
**Federal ID 39-0380010**

**ORIGINAL INVOICE**

| | |
|---|---|
| Invoice: 0508150515 | Invoice Date: 08-15-2005 |
| Authorization: S2S 43036 PR385398-002 | Service Order: 806-1003658 |
| Customer: 1095780 | Order Type: Service Order |

**Bill To:**

DELPHI STEERING SYSTEMS
ATTN DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**

CONTACT:LALEMAN MARK
DELPHI STEERING PLANT 3
HOLLAND AVE
SAGINAW MI 48601

| | |
|---|---|
| **Requested By:** LALEMAN MARK | |
| **Phone:** 9897574261 | |
| **Accepted By:** WEILER BILL | |

**Invoice Comments:** THANK YOU FOR YOUR BUSINESS. WARRANTY MATERIALS LAB   06-24-05  CEILING HVAC ADJUSTED MAIN AIR PRESSURE TO 20 PSI (WAS 12 PSI). I WILL ORDER PARTS. CYCLED HVAC & CHECK OPERATION OF OA DAMPERS. 8/4:  COMPLETED CHECK OUT OF SYSTEM. AIR DRYER NOT WORKING R-12 SYSTEM. I WILL FAX A QUOTE TO REPLACE.

| | | | |
|---|---|---|---|
| Total Quote Price | | | $630.34 |
| Taxes | | | $0.00 |
| | **Total Due** | USD | $630.34 |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**

Johnson Controls, Inc.
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct  #55-14347
Type of Account: Checking

Please indicate invoice with your payment. Send payment to the address noted on this invoice.
SV0506240151@@1

(70)
Page 1 of 1



**JOHNSON CONTROLS**

**Controls Group**
**Federal ID 39-0380010**

### ORIGINAL INVOICE

| | |
|---|---|
| Invoice: **0508251404** | Invoice Date: **08-25-2005** |
| Authorization: S2S44848/PR393872-006 | Service Order: 806-1003748 |
| Customer: 1095780 | Order Type: Service Order |

**Bill To:**
DELPHI STEERING SYSTEMS
ATTN DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**
CONTACT:JD KAUFMANN
DELPHI PLANT 6
3900 HOLLAND RD
SAGINAW MI 48601

**Requested By:** KAUFMAN JD
**Phone:** 5179209021
**Accepted By:** SIGNATURE ILLEGIBLE

**Invoice Comments:** THANK YOU FOR YOUR BUSINESS. WORK ON OFFICE AC  07/21/05: P/U PARTS IN PLT. CALL FACTORY ABOUT CONTROL WIRING. HAVE COMPRESSOR ELECTRICAL PARTS NEXT DAY AIRED TO PLT 6. PHIL IN REFRIG. DEPT HAS NEW COMPRSSOR IN VACCUUM  7/29; SET SCREWS CHILLER SHORT. CALL TRANE & RESHIP.  8/4:  MET PHIL HE WILL INSTALL SET SCREWS ELECTRIC TERMINALS COMPRESSOR #1 8/12; SHOW MAINT WHERE TO CUT DUCT WORK TO REPLACE ELECTRIC HEAT ELEMENT VAV BOXES 2ND FLR CONF ROOMS 1,2,3,4 & WORK TO BE DONE SEPT.

| | |
|---|---|
| Total Quote Price | $1,299.82 |
| Taxes | $0.00 |
| **Total Due** USD | **$1,299.82** |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**
Johnson Controls, Inc.
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct  #55-14347
Type of Account: Checking

Please indicate invoice with your payment. Send payment to the address noted on this invoice.
SV0507191646@@1

Page 1 of 1

 **JOHNSON CONTROLS**

**Controls Group**
**Federal ID 39-0380010**

**ORIGINAL INVOICE**

| | | | |
|---|---|---|---|
| Invoice: | 0509290465 | Invoice Date: | 09-29-2005 |
| Authorization: | S2S44848 PR393872-009 | Service Order: | 806-1004090 |
| Customer: | 1095780 | Order Type: | Service Order |

**Bill To:**

DELPHI STEERING SYSTEMS
ATTN  DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**

CONTACT:LALEMAN MARK
DELPHI ADVANCED STEERING BUILDING
HOLLAND AVE
SAGINAW MI 48601

Requested By: LALEMAN MARK
Phone:        9897574261
Accepted By:  VICOR JOHN

**Invoice Comments:**    THANK YOU FOR YOUR BUSINESS. WORKING ON AIR HOUSE 32, NO MAIN FAN
OPERATION, AND FREQUENCY DRIVES.   9/22: CHECK AIR HOUSE 32 & DRIVES WORK WITH PLANT
ELECTRICIAN.  TEST OPERATION OF SQ D DRIVE.  MAIN FAN 60 HP WAS OFF OVERLOAD FAULT.  RESET
CHECK PROGRAM.  START SUPPLY & RETURN FAN DRIVES.  INCREASE TIME FOR SOFT START.  GO TO ROOF
& CHECK SUPPLY & RETURN FANS - OK.

| | | | |
|---|---|---|---|
| Total Quote Price | | | $349.48 |
| Taxes | | | $0.00 |
| | Total Due | USD | $349.48 |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued
under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**

Johnson Controls, Inc.
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct  #55-14347
Type of Account: Checking



**Controls Group**
Federal ID 39-0380010

### ORIGINAL INVOICE

| | | | |
|---|---|---|---|
| Invoice: | 0510220320 | Invoice Date: | 10-22-2005 |
| Authorization: | S2S-44848 PR393872-006 | Service Order: | 806-1004035 |
| Customer: | 1095780 | Order Type: | Service Order |

**Bill To:**
DELPHI STEERING SYSTEMS
ATTN DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**
DELPHI TRAINING CENTER
3900 HOLLAND RD
SAGINAW MI 48601

**Requested By:** LALEMAN MARK
**Phone:** 9897577952
**Accepted By:** W DILA

**Invoice Comments:**   THANK YOU FOR YOUR BUSINESS. WORKING ON THE VAV BOXES FOR THE FIRST AND SECOND FLOORS AND AHU 1 AND 2.   9/13: WORKED WITH PHIL (PLANT MAINT) STARTED TO HEAT AND CORRECT PROBLEMS VAV AND TEMPERATURE CONTROLS. TESTED GLYCOL IN HEATING SYSTEM. GLYCOL NEEDS TO BE ADDED BEFORE WINTER, LEVEL IS UNSAFE.   10/10: SHOWED PHIL HOW TO CALIBRATE JCI PNEUMATIC STATS T-4000-201 AHU #2 HAS NOISY FAN BEARING. ADVISED PHIL AND HE WILL REPLACE.

| | | |
|---|---|---|
| Total Quote Price | | $419.30 |
| Taxes | | $0.00 |
| Total Due | USD | $419.30 |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**

Johnson Controls, Inc.
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct #55-14347
Type of Account: Checking

 **JOHNSON CONTROLS**

**Controls Group**
Federal ID 39-0380010

**ORIGINAL INVOICE**

Invoice:        0510220321
Authorization: S2S-41269 PR368638-001
Customer:    1095780

Invoice Date:  10-22-2005
Service Order: 806-1003948
Order Type:  Service Order

**Bill To:**
DELPHI STEERING SYSTEMS
ATTN  DISBURSEMENT
3900 HOLLAND RD
SAGINAW MI 48601

**Work Site:**
CONTACT:JD KAUFMANN
DELPHI PLANT 6
3900 HOLLAND RD
SAGINAW MI 48601

Requested By: KAUFAMMAN JD
Phone:       5179209021
Accepted By: G ROSA

**Invoice Comments:**   THANK YOU FOR YOUR BUSINESS. WORKING ON 2ND FLOOR CONFERENCE ROOMS
REHEAT COILS.    8/19:  MET SHEETMETAL PERSON FROM (MAINT). SHOWED WHERE I NEEDED HOLES CUT
IN DISCHARGE SIDE OF VAV BOXES. TEST ELECTRIC TO BOXES ROOF CHECK BROKEN LINE FROM TRANE
ROOF TOP A/C  08/26/05:  RT FOR CONF ROOM NEEDS COND FAN. MET MIKE IN REFRIG. DEPT WILL ORDER &
INSTALL NEW MOTOR.  ADJ VAV CONTROL FOR CONF ROOM 1 .

| Total Quote Price | | $1,359.76 |
|---|---|---|
| Taxes | | $0.00 |
| Total Due | USD | $1,359.76 |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued
under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8002342995**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**
Johnson Controls, Inc.
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct  #55-14347
Type of Account: Checking

Please indicate invoice with your payment. Send payment to the address noted on this invoice.
SV0508190192@@1

Page 1 of 1

 **JOHNSON CONTROLS**

Controls Group
Federal ID 39-0380010

**ORIGINAL INVOICE**

| | |
|---|---|
| Invoice:  **0506270711** | Invoice Date:  **06-27-2005** |
| Authorization: 158894 | Service Order: 926-1004611 |
| Customer:  1025261 | Order Type:  Service Order |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN FRANK HANEY
2509 HAYES AVE
SANDUSKY OH 44870

**Work Site:**
CONTACT:HELD DAVE
DELPHI CHASSIS SYSTEMS
2509 HAYES AVE
SANDUSKY OH 44870

**Requested By:** MUNSON DAVE
**Phone:** 4196277169
**Accepted By:** CHARLES DIETER

**Invoice Comments:**   THANK YOU FOR YOUR BUSINESS.  NAE OFFLINE TO SERVER    FOUND TIME OFF
BETWEEN ADS AND NAE.PROMOTED NAE AND CHANGED TIME.DEMOTED AND CAME BACK ONLINE WITH
ADS.CHECKED SEVERAL PROBLEMS WITH AAWS.FOUND BAD MA SENSOR AND CURRENT RELAYS.ALSO
FOUND POINTS IN OVERRIDE.

| | | | |
|---|---|---|---|
| **Total Quote Price** | | | **$1,000.00** |
| **Taxes** | | | **$0.00** |
| | **Total Due** | **USD** | **$1,000.00** |

We hereby certify that these goods are produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued
under section 14 thereof.

**Payment Terms: NET CASH**

**Direct Billing Inquiries**
**To Service Department: 8009557507 X5972**

**To Remit Via Credit Card:**
Call the phone number listed above.

**Remit Payment To:**
Johnson Controls, Inc.
Drawer #242
Milwaukee, WI, 53278-0242

**To Remit Via ACH Wire Transfers:**
Bank One - One First National Plaza Chicago, IL 60670
ABA #071-000013  Depositor Acct  #55-14347
Type of Account: Checking

**Please indicate invoice with your payment. Send payment to the address noted on this invoice.**
SV0506241723@@1

Page 1 of 1

Invoice Detail                                                                Page 1 of 1

# Invoice Detail

|  |  |
|---|---|
| **Invoice:** CGMX45501-M5 | PSA_STANDARD |
| **Transaction Class:** INV |  |
| **Customer:** 175-1318840-01 | DELPHI AUTOMOTIVE SYSTEMS, S.A DE C.V. |
| **Billing Address:** |  |
| **Job:** 4175-7035 |  |
| **Project Name:** DELPHI AUTOM SYST HVAC FA |  |
| **Purchase Order:** |  |
| **Non-Payment Reason:** Pending -- No Customer Contact |  |
| **Invoiced Currency:** MXN |  |
| **Comments:** |  |

**Change Invoice View To:** Invoice Copy 🔲 [ Load ]

| Date | Type | Amount | Balance | Details |
|---|---|---|---|---|
| 01/23/2004 | Invoice | MXN 6,455.00 | MXN 6,455.00 | PSA_STANDARD |
|  | Tax | MXN 968.25 | MXN 7,423.25 |  |
|  | Remaining Balance | | MXN 7,423.25 |  |

**Customer's Undistributed Cash:** MXN 0.00

Job Notes          Invoice Notes

*Note: The data on this page may be updated in real time. Transactions which have been posted since the last summarization may cause the totals on this page to be out of sync with the totals on summary pages elsewhere in A/R Collections and other applications. These transactions will be incorporated in the next recalculation.*

[CG-IBS Home Page] [A/R Collections Home Page] [A/R Collections Help]
*A/R Collections -- Version 3.4*

http://fiws.cg.na.jci.com/ar/app/invoiceDetail?invoiceId=3741759                    5/15/2006

# Invoice Detail

**Invoice:** CGMX54357-MS                    SVC_STANDARD
**Transaction Class:** INV
**Customer:** 175-1318840-01                  DELPHI AUTOMOTIVE SYSTEMS, S.A DE C.V.
**Billing Address:**
**Job:** 175-0000000
**Project Name:** UNKNOWN
**Purchase Order:** 57S02965
**Non-Payment Reason:** Pending -- No Customer Contact
**Invoiced Currency:** MXN
**Comments:**

**Change Invoice View To:** Invoice Copy 🔲 [Load]

| Date | Type | Amount | Balance | Details |
|------|------|--------|---------|---------|
| 05/24/2005 | Invoice | MXN 5,980.00 | MXN 5,980.00 | SVC_STANDARD |
|  | Tax | MXN 897.00 | MXN 6,877.00 |  |
|  | Remaining Balance | | MXN 6,877.00 | |

Customer's Undistributed Cash: MXN 0.00

Job Notes                    Invoice Notes

*Note: The data on this page may be updated in real time. Transactions which have been posted since the last summarization may cause the totals on this page to be out of sync with the totals on summary pages elsewhere in A/R Collections and other applications. These transactions will be incorporated in the next recalculation.*

[CG-IBS Home Page] [A/R Collections Home Page] [A/R Collections Help]
*A/R Collections -- Version 3.4*