Hearing Date and Time: April 20, 2007 at 10:00 a.m.
Response Date and Time: April 13, 2007 at 4:00 p.m.

Elena Lazarou (EL-5681)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400

Attorneys for York International, Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | |
| DELPHI CORPORATION, et al., | Chapter 11 |
| Debtors. | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |

-----------------------------------------------------------x

**RESPONSE OF YORK INTERNATIONAL, CORP. (CLAIM NO. 15530)
TO DEBTORS' TENTH OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11
U.S.C. §502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE AND
AMENDED CLAIMS AND (B) EQUITY CLAIMS**

York International, Corp. ("York") responds to the objection of Delphi Corporation and

its debtor affiliates (collectively, the "Debtors") concerning claim number 15530 that York filed

against the Delphi Automotive Systems as a general unsecured claim in the amount of $88,202.55, as follows:

1. Claim number 15530 was filed based on the amount scheduled as owing by Delphi Automotive Systems to York for the purpose of ensuring that a proof of ensuring that a proof of claim was filed listing the name and address of York's counsel and accepting the amount owed as listed in the Schedules.

2. The Debtors' objection contends that the proof of claim should be disallowed as "duplicate and amended." Claim number 15530 does not duplicate anything but merely tracks what is listed in Schedule F for Delphi Automotive Systems. A copy of the relevant page from Schedule F is attached hereto as Exhibit A.

3. In these circumstances, the objection to claim number 15530 should be overruled and that claim should be allowed in the full amount. The person authorized to reconcile and resolve this claim on behalf of York is Stephen T. Bobo, Reed Smith Sachnoff & Weaver, 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606, (312) 207-6480.

Dated: April 13, 2007                     RESPECTFULLY SUBMITTED

                                               York International Corp.

                                             By: s/ Elena Lazarou

                                             REED SMITH LLP
                                             599 Lexington Avenue
                                             New York, NY  10022
                                             Telephone:  212-521-5400
                                             Facsimile:  212-521-5450

Of Counsel

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL  60606
Telephone:  312-207-1000
Facsimile:   312-207-6400

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640   Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1643344 - 10402613<br>YECK BROTHERS COMPANY<br>PO BOX 225<br>DAYTON   OH   45401 | ACCOUNTS PAYABLE | | $50,751.00 |
| 1643347 - 10409182<br>YELLOW FREIGHT SYSTEM INC<br>10990 ROE AVE<br>OVERLAND PARK   KS   66211 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10402614 SCHEDULED FOR $61,241.06 | | $0.00 |
| 1561406 - 10108058<br>YELLOW FREIGHT SYSTEM, INC.<br>10990 ROE AVENUE<br>SHAWNEE MISSION   KS   66211 | ENVIRONMENTAL CLAIMS<br>CERCLA: ANGLO METALS | Contingent, Disputed, Unliquidated | Unknown |
| 1643373 - 10409183<br>YODER INDUSTRIES INC EFT<br>2520 NEEDMORE RD<br>DAYTON   OH   45414 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10402615 SCHEDULED FOR $665,275.73 | Disputed, Unliquidated | $39,537.07 |
| 1043846 - 10007601<br>YODER JOHN<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1643375 - 10402616<br>YOKOWO MANUFACTURING OF AMERICA<br>4811 NORTHWEST PARKWAY<br>HILLIARD   OH   43026 | ACCOUNTS PAYABLE | | $225.00 |
| 1643376 - 10402617<br>YOKOWO MANUFACTURING OF AMERICA<br>4811 NORTHWEST PKWY<br>HILLIARD   OH   43026 | ACCOUNTS PAYABLE | | $2,925.00 |
| 1043856 - 10007602<br>YON RITA<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1043860 - 10007603<br>YORK BARRY<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 05-868439 SI | Contingent, Disputed, Unliquidated | Unknown |
| 1142444 - 10008405<br>YORK BRENDA L<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1643386 - 10411645<br>YORK ELECTRIC MOTORS INC<br>611 ANDRE ST<br>BAY CITY   MI   48706 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10402618 SCHEDULED FOR $351.00 | Disputed, Unliquidated | $351.00 |
| 1643389 - 10409184<br>YORK INTERNATIONAL CORP<br>PO BOX 2901<br>YORK   PA   174052901 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10402619 SCHEDULED FOR $61,360.55 | | $88,202.55 |
| 1561407 - 10108059<br>YORK INTERNATIONAL CORP.<br>631 S. RICHARD AVE.<br>YORK   PA   17403 | ENVIRONMENTAL CLAIMS<br>CERCLA: ANGLO METALS | Contingent, Disputed, Unliquidated | Unknown |