Hearing Date and Time: April 20, 2007 at 10:00 a.m.
Response Date and Time: April 13, 2007 at 4:00 p.m.

Elena Lazarou (EL-5681)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400

Attorneys for York International, Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                        :
:
DELPHI CORPORATION, et al.,                                  :   Chapter 11
:
Debtors.                                     :   Case No. 05-44481 (RDD)
:
:   (Jointly Administered)
:
------------------------------------------------------------x

**RESPONSE OF YORK INTERNATIONAL, CORP. (CLAIM NO. 15531)
TO DEBTORS' ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT
TO 11 U.S.C. § 502 (b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A)
INSUFFICIENTLY DOCUMENTED CLAIMS (B) CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS
SUBJECT TO MODIFICATION**

York International, Corp. ("York") responds to the objection of Delphi Corporation and

its debtor affiliates (collectively, the "Debtors") concerning claim number 15531 that York filed

against the Delphi Corporation as a general unsecured claim in the amount of $74,971.50, as follows:

1. Claim number 15531 is an amendment of claim number 2096 previously filed by York in the amount of $48,128.76. Claim number 15531 attaches an additional invoice in the amount of $26,842.71 for services provided to the Delphi Harrison Thermal facility in Lockport, New York. The Debtors' objection presents no reason to modify claim number 15531.

2. In these circumstances, the objection to Claim number 15531 should be overruled and that claim should be allowed as filed in the amount of $74,971.50. The person authorized to reconcile and resolve this claim on behalf of York is Stephen T. Bobo, Reed Smith Sachnoff & Weaver, 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606, (312) 207-6480.

Dated: April 13, 2007

RESPECTFULLY SUBMITTED

York International, Corp.

By: s/ Elena Lazarou

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

Of Counsel

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400