UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                 :
   In re               :
                 :    Chapter 11
DELPHI CORPORATION, et al.,  :
                 :    Case No. 05-444481 (RDD)
   Debtors.        :
                 :    (Jointly Administered)
                 :
                 :
------------------------------------------------------x

### AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**     )
                                   )  SS:
**COUNTY OF NEW YORK**  )

      I, Mary Collado, being duly sworn, depose and say:

      I am not a party to this action; I am over the age of 18 years and reside in New York, County, New York.

      On April 13, 2007, I served a true copy of the within:

      **1.    RESPONSE OF JOHNSON CONTROLS, INC. (CLAIM NO. 5976) TO DEBTORS' ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502 (b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION**

      **2.    RESPONSE OF YORK INTERNATIONAL, CORP. (CLAIM NO. 15530) TO DEBTORS' TENTH OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11 U.S.C. §502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE AND AMENDED CLAIMS AND (B) EQUITY CLAIMS**

      **3.    RESPONSE OF YORK INTERNATIONAL, CORP. (CLAIM NO. 15531) TO DEBTORS' ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502 (b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION**

- 2 -

by depositing same, enclosed in a postpaid properly addressed wrapper by Federal Express Mail for overnight delivery, within the State of New York as set forth on the Service List below.

*Mary Collado*
Mary Collado

Sworn to before me this
13th Day of April, 2007

*Sandra Anchundia Ramos*
NOTARY PUBLIC

SANDRA ANCHUNDIA-RAMOS
Notary Public, State of New York
No. 31-4919484
Qualified in Queens County
Commission Expires February 16, 20 10

## SERVICE LIST

| | |
|---|---|
| Attn: General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| John Wm. Butler, Jr.<br>John K. Lyons<br>Randal G. Reese<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Kenneth S. Ziman<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| Bonnie Steingart<br>Freid, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | Alicia M. Leonhard<br>Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |