TOGUT, SEGAL & SEGAL LLP
Co-Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean P. McGrath (SM-4676)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE: April 20, 2007<br>AT: 10:00 a.m. |

-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :    Chapter 11
DELPHI CORPORATION, *et al.*,                                :    Case No. 05-44481 [RDD]
                                                             :
                              Debtors.                       :    Jointly Administered
                                                             :
-------------------------------------------------------------x

**DECLARATION OF JOSEPH E. PAPELIAN IN SUPPORT OF
DEBTORS' OBJECTION TO MOTION BY FURUKAWA
ELECTRIC NORTH AMERICA APD AND FURUKAWA ELECTRIC
CO., LTD., FOR (A) ABSTENTION PURSUANT TO 28 U.S.C.
§ 1334 (c); (B) RELIEF FROM AUTOMATIC STAY PURSUANT TO
11 U.S.C. 362(d); AND (C) AN ORDER LIMITING THE SCOPE
<u>OF THE THIRD OMNIBUS CLAIM OBJECTION HEARING</u>**

JOSEPH E. PAPELIAN, hereby declares pursuant to section 1746 of title 28 of the United States Code:

       1.    I am Deputy General Counsel – Litigation of Delphi Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively the "Debtors").

       2.    I am authorized to submit this Declaration on behalf of the Debtors.

3.  Except as otherwise set forth herein, all statements in this Declaration are based on my personal knowledge, my familiarity with the Debtors' books and records, my review of relevant documents, discussion with Delphi's outside counsel in the Delphi Automotive Systems, LLC v. Furukawa Electric North America APD, et. al. case, and my negotiations with counsel for Furukawa. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

4.  I submit this Declaration in support of the Debtors' objection (the "Objection") to the motion (the "Motion") by Furukawa Electric North America APD ("Furukawa North America") and Furukawa Electric Co., Ltd. for an Order for (a) abstention pursuant to 28 U.S.C. 1334(c); (b) relief from the automatic stay pursuant to 362(d) of title 11 of the United States Code (the "Bankruptcy Code"); and (c) for an order limiting the scope of the claim objection hearing scheduled for May 10, 2007,

5.  I have read the Motion and the Objection and am fully familiar with the facts, circumstances and status of the State Court Action.

6.  To the best of my information, knowledge and belief, each of the factual statements contained in the Debtors' Objection are true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: April 13, 2007

          /s/ Joseph E. Papelian
          Joseph E. Papelian