Linowes and Blocher LLP  
7200 Wisconsin Avenue,  
Suite 800  
Bethesda, Maryland 20814  
(301) 961-5171  
(301) 961-5119  
Paul Sweeney  
Attorney for Quest Diagnostics, Inc.

Hearing Date and Time: April 20, 2007 at 10:00am

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| In re:                                       :    Chapter 11
|                                              :
| DELPHI CORPORATION, et al.,                  :    Case No. 05-44481 (RDD)
|                                              :
|                              Debtors,        :    Jointly Administered
|                                              :
---------------------------------------------------------x

**RESPONSE OF CREDITOR QUEST DIAGNOSTICS, INC. TO DEBTOR'S ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS (B) CLAIMS NOT REFLECTED ON THE DEBTORS' BOOKS AND RECORDS, (C) <u>UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION</u>**

Creditor Quest Diagnostics, Inc. ("Quest Diagnostics"), by and through undersigned counsel, files this Response to the Debtor's Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification (the "Eleventh Omnibus Claims Objection"), and states as follows:

1.  On or about November 21, 2005, Quest Diagnostics filed with this Court a proof of claim in the above captioned Chapter 11 bankruptcy cases in the amount of $7,624.92 (Claim No. 677).  A true and accurate copy of the proof of claim is attached hereto as <u>Exhibit A</u>.

2. Quest Diagnostics provided some laboratory services for Delphi Automotive Systems, LLC.

3. On October 8, 2005, Delphi Corporation and several affiliated companies, including Delphi Automotive Systems, LLC, filed petitions under Chapter 11 of the Bankruptcy Code. These bankruptcy cases are jointly administered.

4. In the Eleventh Omnibus Objection, the Debtor seeks to modify Quest Diagnostics' claim by transferring the claim from Delphi Corporation's Chapter 11 case (Case No.5-44481 (RDD)) to Delphi Automotive Systems, LLC's Chapter 11 case (Case No. 5-44640 (RDD)). The amount of the claim, $7,624.92, will remain the same.

5. Quest Diagnostics is not opposed to this modification to the extent that the amount of its claim is not modified and the claim is simply transferred to the appropriate Debtor, Automotive Systems, LLC. However, Quest Diagnostics objects to the extent the Debtor attempts to expunge Quest Diagnostics' claim altogether.

WHEREFORE, Quest Diagnostics, Inc. requests that the Court sustain the Debtor's Objection to the extent that it simply modifies Quest Diagnostics, Inc.'s claim by transferring the claim to the appropriate Chapter 11 case, Delphi Automotive Systems, LLC (Case No. 5-44640(RDD)); and overrule the Debtor's Objection to the extent that the Debtor seeks to expunge Quest Diagnostics, Inc.'s claim altogether.

Date: April 13, 2007                                     Respectfully Submitted,

                                                         LINOWES AND BLOCHER LLP


                                                         _____/s/_____
                                                         Paul Sweeney
                                                         Federal Bar No. 07072
                                                         7200 Wisconsin Avenue, Suite 800
                                                         Bethesda, Maryland 20814
                                                         (301) 961-5119 (telephone)
                                                         (301) 654-2801 (facsimile)
                                                         Email: psweeney@linowes-law.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13TH day of April, 2007, a copy of the foregoing Response to the Debtor's Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification (the "Eleventh Omnibus Claims Objection"), was served electronically on the following parties:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036


                                                         _____/s/_____
                                                         Paul Sweeney

L&B 782228v1/77777.7777