# EXHIBIT

# A

05-44481-rdd    Doc 7679-1    Filed 04/13/07    Entered 04/13/07 15:36:42    Exhibit A
Pg 1 of 2

| FORM B10 (Official Form 10)(4/01) | | # 677 |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK    MANHATTAN DIVISION | | ☐ Ch. 7  ☐ Ch. 13  ☐ Ch. 11<br>PLEASE CHECK CHAPTER |
| Name of Debtor<br>DELPHI CORPORATION, et al | Case Number<br>05-44481 (RDD) | **PROOF OF CLAIM** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**QUEST DIAGNOSTICS INCORPORATED**<br><br>Name and Address where notices should be sent:<br>**QUEST DIAGNOSTICS INCORPORATED**<br>**ATTN: ROBERT R. KHOXAYO**<br>**1355 MITTEL BLVD.**<br>**WOODDALE, IL 60191**<br><br>Telephone number: 847-472-5609 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | Claim #00677<br>USBC SDNY<br>Delphi Corporation, et al.<br>05-44481 (RDD)<br><br>CREDITOR # _____<br><br>THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>22170597 WDL | Check here if ☐ replaces<br>this claim    ☐ amendsa previously filed claim, dated: _____ | |

| 1. | **Basis for Claim**<br>☐ Goods sold<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Your SS #: ___-__-____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date)        (date) | **RECEIVED**<br>NOV 21 2005<br>**KURTZMAN CARSON** |
|---|---|---|---|
| 2. | Date debt was incurred:<br>TO 10/8/2005 | 3. If court judgment, date obtained: | |
| 4. | Total Amount of Claim at Time Case Filed:   $7,624.92 | | |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. | **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate<br>☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral: $ _____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ | 6. **Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $ _____<br>Specify the priority of the claim:<br>☐ Wages, salaries or commissions (up to $4,000*), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U.S.C. §507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $1,800* of deposits toward purchase, lease, or rental of property o services for personal, family, or household use - 11 U.S.C. §507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. | |
|---|---|---|

| 7. | **Credits:** The amount of all payments on this claim have been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY<br><br>**RECEIVED**<br>NOV 18 2005 |
|---|---|---|
| 8. | **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| 9. | **Date-Stamped Copy:** To receive an acknowledge of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date<br>11/17/2005 | Sign and print the name and title, if any, of the creditor or other person or person authorized to file this claim (attach copy of power of attorney, if any):<br>_Judith A. Parsons, Placement & Bankruptcy Analyst_<br>JUDITH A. PARSONS, PLACEMENT & BANKRUPTCY ANALYST | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0544481051118000000000059