TOGUT, SEGAL & SEGAL LLP
Co-Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Lara Sheikh (LS-0879)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------x | | HEARING DATE: April 20, 2007<br>AT: 10:00 a.m. |
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>                     Debtors.<br>-------------------------------------------------------------x | :<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br>Case No. 05-44481 [RDD]<br><br>Jointly Administered |

**DECLARATION OF JOSEPH E. PAPELIAN IN SUPPORT OF DEBTORS'
OBJECTION TO MOTION BY WACHOVIA BANK, NATIONAL ASSOCIATION,
FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH LITIGATION
AGAINST LARRY GRAVES, A DELPHI EMPLOYEE, IN THE CIRCUIT COURT
OF THE SECOND JUDICIAL DISTRICT OF HINDS COUNTY MISSISSIPPI**

JOSEPH E. PAPELIAN, hereby declares pursuant to section 1746 of title 28 of the United States Code:

        1.    I am Deputy General Counsel – Litigation of Delphi Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively the "Debtors").

        2.    I am authorized to submit this Declaration on behalf of the Debtors.

        3.    Except as otherwise set forth herein, all statements in this Declaration are based on my personal knowledge, my familiarity with the Debtors'

books and records, my review of relevant documents, and discussion with Delphi's outside counsel in the SouthTrust vs. Delphi et. al. case. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

    4.    I submit this Declaration in support of the Debtors' objection (the "Objection") to the motion (the "Motion") by Wachovia Bank, National Association, as successor by merger to South Trust Bank, ("Wachovia" or "South Trust") for an Order for relief from the automatic stay to proceed with a Mississippi state court lawsuit (the "State Court Action") against Larry Graves ("Mr. Graves"), one of the Debtors' current employees.

    5.    I have read the Motion and the Objection and am fully familiar with the facts, circumstances and status of the State Court Action.

    6.    To the best of my information, knowledge and belief, each of the factual statements contained in the Debtors' Objection are true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 11, 2007

                              /s/ Joseph E. Papelian
                              Joseph E. Papelian