# EXHIBIT "3"

# Interim Action Credit Offering Report

| Borrower(s): | Lextron Corporation and Lextron Automotive, LLC. (Subsidiary) | SIC Code: 3679 | Date: 1/08/03 |
|---|---|---|---|
| Address: | 249 Mitchell Avenue | Tax ID#: | Dept: Corp. Special Assets |
| City, State: | Jackson, MS    Zip: 39213 | 64-0803735 | Officer: Andy Raine |
| Principals: | Charles Doty (100% owner) | C/L Account #: 0015169856 | Assign Unit: 1530 |
| | | | Ind Vul Code: 3 |
| Nature of Business: Manufacture/Assembly of electr. components used in automotive and telcom industries | Obligor Type: 102 | Current Loan Rating: 9 | Phone #: 5688 Fax #: 4852 |

### Commitments & Outstanding ($ In Thousands)

| Facility | FDIC Rating | Collateral | Fed Class | Bank | Commitments Others | Total | Bank | Outstandings Others | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Commitments under Consideration:** | | | | | | | | | |
| Revolving Line of Credit (working capital) | 9 | 780 | 599 | $4,000.0 | | $4,000.0 | $3,200.0 | | $3,200.0 |
| Term Loan (building) | 9 | 134 | 599 | $913.6 | | $913.6 | $913.6 | | $913.6 |
| Term Loan (equipment) | 9 | 550 | 599 | $194.6 | | $194.6 | $194.6 | | $194.6 |
| Term Loan (residential R/E) | 9 | 120 | 599 | $115.4 | | $115.4 | $115.4 | | $115.4 |
| **Previously Approved Commitments:** | | | | | | | | | |
| IRB Backup Letter of Credit | 9 | 134 | 599 | $1,931.8 | | $1,931.8 | $1,931.8 | | $1,931.8 |
| All other Commitments | | | | | | | | | |
| Related Debt: | | | | | | | | | |
| Grand Totals | | | | $7,155.4 | $0.0 | $7,155.4 | $6,355.4 | $0.0 | $6,355.4 |

### Commitment Expiration Dates

| Acceptance: (1) | Line: 06/30/03 | Acceptance: (2) | Line: | Acceptance: (3) | Line: |
|---|---|---|---|---|---|

### Reason for Request & Recommendation

**Purpose:** 2) Recommend approval of an $800m increase to the Company's Line of Credit that will stop a free-fall liquidation and allow the Company adequate time to stabilize the business with the assistance of a qualified turnaround consultant (Alvarez and Marsal). In addition, approval is requested to defer two months worth of principal payments on the Term Loans for 60 days.

**Comments:** Alavarez and Marsal has performed a liquidation analysis and the results show a large shortfall in the Bank's collateral coverage. YTD Interim statements for 6/30/02 show the Company reporting a Net Loss of ($974m) from Revenues of $7.7mm. (Please see attached liquidation analysis and cash flow budget prepared by Alvarez and Marsal.)

**Collateral:** $3.2MM Line of Credit is secured by blanket lien on all of Borrowers' accounts, contract rights, chattel, inventory and general intangibles. Based on a 1/07/03 Borrower's report, the Company reported total borrowing availability of $1.7mm. Lextron Automotive, LLC has been added as a joint and several borrower. The LLC is a wholly owned subsidary of Lextron Corp. and is the owner of a portion of the collateral.

**Other:** Based on the necessity to avoid a free-fall liquidation and to provide the Company adequate time to stabilize the business with proper assistance from Alvarez and Marsal, approval of the Line increase and principal deferral is recommended as presented.

Are all taxes, regardless of type, current for both Obl and Guarantors? __No__

### APPROVAL

| | Req'd | Date | Approved | Declined | Other Action: |
|---|---|---|---|---|---|
| Recommended By: Andy Raine | | | | | Officer # A60 |
| Approving Authority | | | | | |
| Officer | X | 01/10/03 | | | |
| Senior Loan Committee | X | 01/10/03 | | | |

Revised 10/

PLAINTIFF'S EXHIBIT 17

CONF[IDENTIAL]

ST/Lextron (Delphi)
005744