| Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # | Due Date/Payment Date |
|---|---|---|---|---|---|
| 'W70708500050107 | 1/7/2005 | $50,526.00 | 2092203052 | PEDP4030047 | 12/31/2049 |
| 'W70708400050111 | 1/11/2005 | $50,274.00 | 2092203013 | PEDP4030047 | 12/31/2049 |
| 'BCM291070PF35871 | 6/6/2005 | $2,215.02 | 13923 | SAG90I5646 | 12/31/2049 |
| 'BDM291069PF35871 | 6/6/2005 | ($2,215.02) | 13923 | SAG90I5244 | 12/31/2049 |
| 'BCM291074PF36231 | 6/8/2005 | $2,215.02 | 14288S | SAG90I5646 | 12/31/2049 |
| 'BDM291073PF36231 | 6/8/2005 | ($2,215.02) | 14288S | SAG90I5244 | 12/31/2049 |
| 'BCM291078PF36436 | 6/9/2005 | $2,215.02 | 14405S | SAG90I5646 | 12/31/2049 |
| 'BDM291077PF36436 | 6/9/2005 | ($2,215.02) | 14405S | SAG90I5244 | 12/31/2049 |
| 'BCM291080PF36597 | 6/10/2005 | $2,215.02 | 14597 | SAG90I5646 | 12/31/2049 |
| 'BDM291079PF36597 | 6/10/2005 | ($2,215.02) | 14597 | SAG90I5244 | 12/31/2049 |
| 'BCM291086PF37449 | 6/17/2005 | $2,215.02 | 15254 | SAG90I5646 | 12/31/2049 |
| 'BDM291085PF37449 | 6/17/2005 | ($2,215.02) | 15254 | SAG90I5244 | 12/31/2049 |
| 'BCM291088PF37676 | 6/20/2005 | $2,215.02 | 15444 | SAG90I5646 | 12/31/2049 |
| 'BDM291087PF37676 | 6/20/2005 | ($2,215.02) | 15444 | SAG90I5244 | 12/31/2049 |
| 'BCM291090PF37999 | 6/21/2005 | $2,215.02 | 15619S | SAG90I5646 | 12/31/2049 |
| 'BDM291089PF37999 | 6/21/2005 | ($2,215.02) | 15619S | SAG90I5244 | 12/31/2049 |
| 'BCM291092PF38837 | 6/27/2005 | $2,215.02 | 16259S | SAG90I5646 | 12/31/2049 |
| 'BDM291091PF38837 | 6/27/2005 | ($2,215.02) | 16259S | SAG90I5244 | 12/31/2049 |
| 'BCM291094PF38892 | 6/28/2005 | $2,215.02 | 16296 | SAG90I5646 | 12/31/2049 |
| 'BDM291093PF38892 | 6/28/2005 | ($2,215.02) | 16296 | SAG90I5244 | 12/31/2049 |
| 'BCM291096PF39852 | 7/18/2005 | $4,431.38 | 17991 | SAG90I5646 | 12/31/2049 |
| 'BDM291095PF39852 | 7/18/2005 | ($4,431.38) | 17991 | SAG90I5244 | 12/31/2049 |
| 'BCM291046PF40275 | 7/20/2005 | $2,215.02 | 018229S | SAG90I5646 | 12/31/2049 |
| 'BDM291045PF40275 | 7/20/2005 | ($2,215.02) | 018229S | SAG90I5244 | 12/31/2049 |
| 'BCM291098PF40324 | 7/21/2005 | $2,215.02 | 18265 | SAG90I5646 | 12/31/2049 |
| 'BDM291097PF40324 | 7/21/2005 | ($2,215.02) | 18265 | SAG90I5244 | 12/31/2049 |
| 'BCM291048PF41760 | 7/29/2005 | $4,431.38 | 19313 | SAG90I5646 | 12/31/2049 |
| 'BDM291047PF41760 | 7/29/2005 | ($4,431.38) | 19313 | SAG90I5244 | 12/31/2049 |
| 'BCM291050PF41986 | 8/1/2005 | $2,215.02 | 19417 | SAG90I5646 | 12/31/2049 |
| 'BDM291049PF41986 | 8/1/2005 | ($2,215.02) | 19417 | SAG90I5244 | 12/31/2049 |
| 'BCM291100PF42672 | 8/5/2005 | $2,215.02 | 19912 | SAG90I5646 | 12/31/2049 |
| 'BDM291099PF42672 | 8/5/2005 | ($2,215.02) | 19912 | SAG90I5244 | 12/31/2049 |
| 'BCM291052PF43368 | 8/10/2005 | $2,215.02 | 020477S | SAG90I5646 | 12/31/2049 |
| 'BDM291051PF43368 | 8/10/2005 | ($2,215.02) | 020477S | SAG90I5244 | 12/31/2049 |
| 'BCM291102PF43421 | 8/11/2005 | $4,431.38 | 20515 | SAG90I5646 | 12/31/2049 |
| 'BDM291101PF43421 | 8/11/2005 | ($4,431.38) | 20515 | SAG90I5244 | 12/31/2049 |
| 'BCM291054PF43775 | 8/12/2005 | $4,431.38 | 020755S | SAG90I5646 | 12/31/2049 |
| 'BDM291053PF43775 | 8/12/2005 | ($4,431.38) | 020755S | SAG90I5244 | 12/31/2049 |
| 'BCM291056PF44160 | 8/16/2005 | $2,215.02 | 021080S | SAG90I5646 | 12/31/2049 |
| 'BDM291055PF44160 | 8/16/2005 | ($2,215.02) | 021080S | SAG90I5244 | 12/31/2049 |
| 'BCM291036PF45379 | 8/24/2005 | $2,221.72 | S021932S | SAG90I5646 | 12/31/2049 |
| 'BDM291035PF45379 | 8/24/2005 | ($2,221.72) | S021932S | SAG90I5244 | 12/31/2049 |
| 'BCM291104PF45476 | 8/25/2005 | $2,215.02 | 22059 | SAG90I5646 | 12/31/2049 |
| 'BDM291103PF45476 | 8/25/2005 | ($2,215.02) | 22059 | SAG90I5244 | 12/31/2049 |
| '5203542619001 | 9/1/2005 | $924.00 | 289321 | D0550000567 | 12/31/2049 |
| '5203542619002 | 9/1/2005 | $3,333.00 | 289321 | D0550005219 | 12/31/2049 |
| '5203542619003 | 9/1/2005 | $5,220.00 | 289321 | D0550051420 | 12/31/2049 |
| '5203542619004 | 9/1/2005 | $3,916.08 | 289321 | D0550052647 | 12/31/2049 |
| '5203543423001 | 9/1/2005 | $3,085.60 | 2092567789 | D0550071676 | 12/31/2049 |
| '022878IPF4661102 | 9/1/2005 | $5,456.00 | 22878 | SAG90I5244 | 12/31/2049 |
| '228320IPF4646602 | 9/1/2005 | $1,818.30 | 22832 | SAG90I5244 | 12/31/2049 |
| '5203550518001 | 9/2/2005 | $1,958.04 | 2092575686 | D0550052647 | 12/31/2049 |
| '5203550555001 | 9/2/2005 | $1,668.50 | 289810 | D0550000307 | 12/31/2049 |
| '5203550555002 | 9/2/2005 | $924.00 | 289810 | D0550000567 | 12/31/2049 |
| '5203550555003 | 9/2/2005 | $2,088.00 | 289810 | D0550051420 | 12/31/2049 |
| '5203550555004 | 9/2/2005 | $1,958.04 | 289810 | D0550052647 | 12/31/2049 |
| '5203550555005 | 9/2/2005 | $1,613.08 | 289810 | D0550055663 | 12/31/2049 |
| '5203550618001 | 9/2/2005 | $1,958.04 | 2092576159 | D0550052647 | 12/31/2049 |
| '022998IPF4679503 | 9/2/2005 | $9,093.70 | 22998 | SAG90I5244 | 12/31/2049 |
| '22934SIPF4666003 | 9/2/2005 | $4,033.32 | 22934S | SAG90I5244 | 12/31/2049 |
| 'BCM291106PF46660 | 9/2/2005 | $2,215.02 | 22934S | SAG90I5646 | 12/31/2049 |
| 'BDM291105PF46660 | 9/2/2005 | ($2,215.02) | 22934S | SAG90I5244 | 12/31/2049 |
| '5203547795001 | 9/2/2005 | $24,618.00 | 2092562909 | D0550057019 | 12/31/2049 |
| '5203547832001 | 9/2/2005 | $5,130.00 | 2092572300 | D0550057018 | 12/31/2049 |
| '5203556824001 | 9/3/2005 | $2,942.28 | 2092566207 | D0550058476 | 12/31/2049 |
| '5203566071001 | 9/5/2005 | $6,048.00 | 2092569555 | D0550033900 | 12/31/2049 |
| '5203566072001 | 9/5/2005 | $2,139.84 | 2092571204 | D0550058476 | 12/31/2049 |
| '5203565601001 | 9/5/2005 | $6,006.00 | 2092572664 | D0550071676 | 12/31/2049 |
| '5203571259001 | 9/6/2005 | $20,790.00 | 2092576198 | D0550015255 | 12/31/2049 |
| '5203571259002 | 9/6/2005 | $15,100.00 | 2092576198 | D0550015290 | 12/31/2049 |

| Item | Date | Amount | Ref1 | Ref2 | End Date |
|---|---|---|---|---|---|
| '5203572318001 | 9/6/2005 | $1,848.00 | 290322 | D0550000567 | 12/31/2049 |
| '5203572318002 | 9/6/2005 | $1,111.00 | 290322 | D0550005219 | 12/31/2049 |
| '5203572318003 | 9/6/2005 | $1,044.00 | 290322 | D0550051420 | 12/31/2049 |
| '5203572318004 | 9/6/2005 | $979.02 | 290322 | D0550052647 | 12/31/2049 |
| 'S02316IPF4700107 | 9/6/2005 | $7,852.85 | S023168S | SAG90I5244 | 12/31/2049 |
| '5203571038001 | 9/6/2005 | $24,750.00 | 2092576195 | D0550057019 | 12/31/2049 |
| '5203581062001 | 9/7/2005 | $924.00 | 291124 | D0550000567 | 12/31/2049 |
| '5203581062002 | 9/7/2005 | $2,088.00 | 291124 | D0550051420 | 12/31/2049 |
| '5203581062003 | 9/7/2005 | $5,874.12 | 291124 | D0550052647 | 12/31/2049 |
| 'ESD5203581655001 | 9/7/2005 | ($3,333.00) | 289321 | D0550005219 | 12/31/2049 |
| 'S02328IPF4720008 | 9/7/2005 | $10,913.10 | S023283S | SAG90I5244 | 12/31/2049 |
| '5203588921001 | 9/8/2005 | $54,792.00 | 2092579396 | D0550074323 | 12/31/2049 |
| '5203589040001 | 9/8/2005 | $604.50 | 291582 | D0550000307 | 12/31/2049 |
| '5203589040002 | 9/8/2005 | $924.00 | 291582 | D0550000567 | 12/31/2049 |
| '5203589040003 | 9/8/2005 | $2,222.00 | 291582 | D0550005219 | 12/31/2049 |
| '5203589040004 | 9/8/2005 | $3,132.00 | 291582 | D0550051420 | 12/31/2049 |
| '5203589040005 | 9/8/2005 | $5,874.12 | 291582 | D0550052647 | 12/31/2049 |
| '5203589097001 | 9/8/2005 | $3,085.60 | 2092576267 | D0550071676 | 12/31/2049 |
| 'S-0234IPF4741109 | 9/8/2005 | $7,273.20 | S-023467S | SAG90I5244 | 12/31/2049 |
| 'S02283IPF4728609 | 9/8/2005 | $3,637.70 | S022831S | SAG90I5244 | 12/31/2049 |
| 'S02346IPF4741009 | 9/8/2005 | $2,198.49 | S023467S | SAG90I5244 | 12/31/2049 |
| '5203585675001 | 9/8/2005 | $19,804.50 | 2092567336 | D0550057017 | 12/31/2049 |
| '5203585557001 | 9/8/2005 | $7,560.00 | 2092580793 | D0550057018 | 12/31/2049 |
| '000000IPF4761910 | 9/9/2005 | $3,637.70 | 000000IPF4 | SAG90I5244 | 12/31/2049 |
| '235330IPF4747910 | 9/9/2005 | $7,275.40 | 23533 | SAG90I5244 | 12/31/2049 |
| '235590IPF4748010 | 9/9/2005 | $2,198.49 | 23559 | SAG90I5244 | 12/31/2049 |
| 'BCM291038PF47623 | 9/9/2005 | $2,215.02 | S023600S | SAG90I5646 | 12/31/2049 |
| 'BDM253022PF47619 | 9/9/2005 | ($3,637.70) | S023600S | SAG90I5244 | 12/31/2049 |
| 'BDM291037PF47623 | 9/9/2005 | ($2,215.02) | S023600S | SAG90I5244 | 12/31/2049 |
| 'S02360IPF4762310 | 9/9/2005 | $5,852.72 | S023600S | SAG90I5244 | 12/31/2049 |
| '236600IPF4767513 | 9/12/2005 | $4,033.32 | 23660 | SAG90I5244 | 12/31/2049 |
| 'BCM291108PF47675 | 9/12/2005 | $2,215.02 | 23660 | SAG90I5646 | 12/31/2049 |
| 'BDM291107PF47675 | 9/12/2005 | ($2,215.02) | 23660 | SAG90I5244 | 12/31/2049 |
| '5203628365001 | 9/14/2005 | $3,024.00 | 2092580493 | D0550033900 | 12/31/2049 |
| 'BCM291058PF48205 | 9/14/2005 | $2,215.02 | 024002S | SAG90I5646 | 12/31/2049 |
| 'BCM291110PF48054 | 9/14/2005 | $2,215.02 | 23950 | SAG90I5646 | 12/31/2049 |
| 'BDM291057PF48205 | 9/14/2005 | ($2,215.02) | 024002S | SAG90I5244 | 12/31/2049 |
| 'BDM291109PF48054 | 9/14/2005 | ($2,215.02) | 23950 | SAG90I5244 | 12/31/2049 |
| 'BCM291112PF48247 | 9/15/2005 | $2,215.02 | 24109 | SAG90I5646 | 12/31/2049 |
| 'BDM291111PF48247 | 9/15/2005 | ($2,215.02) | 24109 | SAG90I5244 | 12/31/2049 |
| 'BCM291060PF49001 | 9/20/2005 | $4,431.38 | 024576S | SAG90I5646 | 12/31/2049 |
| 'BDM291059PF49001 | 9/20/2005 | ($4,431.38) | 024576S | SAG90I5244 | 12/31/2049 |
| 'BCM291062PF49235 | 9/21/2005 | $2,215.02 | 024713S | SAG90I5646 | 12/31/2049 |
| 'BDM291061PF49235 | 9/21/2005 | ($2,215.02) | 024713S | SAG90I5244 | 12/31/2049 |
| '5203675040001 | 9/22/2005 | $50,505.48 | 2092327122 | D0550011304 | 12/31/2049 |
| 'DMP5203675053001 | 9/22/2005 | ($50,505.48) | 2092327122 | D0550011304 | 12/31/2049 |
| '5203682575001 | 9/22/2005 | $2,942.28 | 2092591554 | D0550058476 | 12/31/2049 |
| '5203682577001 | 9/22/2005 | $3,024.00 | 2092591552 | D0550033900 | 12/31/2049 |
| 'BCM291068PF49505 | 9/22/2005 | $2,198.49 | 137392 | SAG90I5646 | 12/31/2049 |
| 'BCM291072PF49503 | 9/22/2005 | $4,398.31 | 142671 | SAG90I5646 | 12/31/2049 |
| 'BCM291076PF49504 | 9/22/2005 | $4,398.31 | 143934 | SAG90I5646 | 12/31/2049 |
| 'BCM291082PF49502 | 9/22/2005 | $4,398.31 | 149672 | SAG90I5646 | 12/31/2049 |
| 'BCM291084PF49501 | 9/22/2005 | $4,398.31 | 149748 | SAG90I5646 | 12/31/2049 |
| 'BCM291114PF49287 | 9/22/2005 | $2,215.02 | 24800 | SAG90I5646 | 12/31/2049 |
| 'BDM291067PF49505 | 9/22/2005 | ($2,293.04) | 137392 | SAG90I5244 | 12/31/2049 |
| 'BDM291071PF49503 | 9/22/2005 | ($4,587.47) | 142671 | SAG90I5244 | 12/31/2049 |
| 'BDM291075PF49504 | 9/22/2005 | ($4,587.47) | 143934 | SAG90I5244 | 12/31/2049 |
| 'BDM291081PF49502 | 9/22/2005 | ($4,587.47) | 149672 | SAG90I5244 | 12/31/2049 |
| 'BDM291083PF49501 | 9/22/2005 | ($4,587.47) | 149748 | SAG90I5244 | 12/31/2049 |
| 'BDM291113PF49287 | 9/22/2005 | ($2,215.02) | 24800 | SAG90I5244 | 12/31/2049 |
| 'ADM9260504 | 9/26/2005 | ($30,282.00) | 9260504 | | 12/31/2049 |
| '5203718773001 | 9/28/2005 | $13,860.00 | 2092613312 | D0550015255 | 12/31/2049 |
| '5203720075001 | 9/28/2005 | $1,848.00 | 298650 | D0550000567 | 12/31/2049 |
| '5203720075002 | 9/28/2005 | $1,111.00 | 298650 | D0550005219 | 12/31/2049 |
| '5203720075003 | 9/28/2005 | $4,176.00 | 298650 | D0550051420 | 12/31/2049 |
| '5203720075004 | 9/28/2005 | $4,895.10 | 298650 | D0550052647 | 12/31/2049 |
| '025424IPF5033429 | 9/28/2005 | $10,913.10 | 025424S | SAG90I5244 | 12/31/2049 |
| 'BCM291040PF50166 | 9/28/2005 | $2,215.02 | S025383S | SAG90I5646 | 12/31/2049 |
| 'BDM291039PF50166 | 9/28/2005 | ($2,215.02) | S025383S | SAG90I5244 | 12/31/2049 |
| 'S02538IPF5016629 | 9/28/2005 | $2,215.02 | S025383S | SAG90I5244 | 12/31/2049 |
| 'ADM12279 | 9/28/2005 | ($17,820.00) | AFC22836 | | 12/31/2049 |

| ID | Date | Amount | Ref1 | Ref2 | End Date |
|---|---|---|---|---|---|
| '5203729291001 | 9/29/2005 | $7,682.67 | 2092612632 | D0550074323 | 12/31/2049 |
| '5203728990001 | 9/29/2005 | $1,064.00 | 299126 | D0550000307 | 12/31/2049 |
| '5203728990002 | 9/29/2005 | $2,222.00 | 299126 | D0550005219 | 12/31/2049 |
| '5203728990003 | 9/29/2005 | $2,088.00 | 299126 | D0550051420 | 12/31/2049 |
| '5203728990004 | 9/29/2005 | $2,937.06 | 299126 | D0550052647 | 12/31/2049 |
| '5203728990005 | 9/29/2005 | $1,613.08 | 299126 | D0550055663 | 12/31/2049 |
| '5203730668001 | 9/29/2005 | $3,024.00 | 2092602505 | D0550033900 | 12/31/2049 |
| '5203730699001 | 9/29/2005 | $5,795.40 | 2092604088 | D0550058476 | 12/31/2049 |
| '5203729268001 | 9/29/2005 | $3,141.60 | 2092612513 | D0550071676 | 12/31/2049 |
| '5203729269001 | 9/29/2005 | $6,283.20 | 2092612515 | D0550071676 | 12/31/2049 |
| '025576IPF5050630 | 9/29/2005 | $10,816.66 | 025576S | SAG90I5244 | 12/31/2049 |
| 'BCM291042PF50383 | 9/29/2005 | $2,215.02 | S025502S | SAG90I5646 | 12/31/2049 |
| 'BDM291041PF50383 | 9/29/2005 | ($2,215.02) | S025502S | SAG90I5244 | 12/31/2049 |
| 'S02550IPF5038330 | 9/29/2005 | $3,975.02 | S025502S | SAG90I5244 | 12/31/2049 |
| '5203724488001 | 9/29/2005 | $4,860.00 | 2092613076 | D0550057018 | 12/31/2049 |
| '5203738254001 | 9/30/2005 | $1,064.00 | 299682 | D0550000307 | 12/31/2049 |
| '5203738254002 | 9/30/2005 | $1,848.00 | 299682 | D0550000567 | 12/31/2049 |
| '5203738254003 | 9/30/2005 | $1,111.00 | 299682 | D0550005219 | 12/31/2049 |
| '5203738254004 | 9/30/2005 | $3,132.00 | 299682 | D0550051420 | 12/31/2049 |
| '5203738254005 | 9/30/2005 | $2,937.06 | 299682 | D0550052647 | 12/31/2049 |
| '025767IPF5075201 | 9/30/2005 | $9,711.38 | 025767S | SAG90I5244 | 12/31/2049 |
| 'BCM291064PF50752 | 9/30/2005 | $4,431.38 | 025767S | SAG90I5646 | 12/31/2049 |
| 'BDM291063PF50752 | 9/30/2005 | ($4,431.38) | 025767S | SAG90I5244 | 12/31/2049 |
| 'S02573IPF5058101 | 9/30/2005 | $1,760.00 | S025732S | SAG90I5244 | 12/31/2049 |
| '5203733140001 | 9/30/2005 | $14,850.00 | 2092612833 | D0550057019 | 12/31/2049 |
| 'ADM12280 | 9/30/2005 | ($7,940.00) | AFC22843 | | 12/31/2049 |
| '5203732828001 | 9/30/2005 | $57,198.60 | 2092612868 | D0550057017 | 12/31/2049 |
| 'ADMDISCTS1005 | 10/1/2005 | ($76.90) | DISCTS1005 | | 12/31/2049 |
| 'ADMDISCTS1105V | 10/1/2005 | ($207.90) | DISCTS1105 | | 12/31/2049 |
| 'ADMDISCTS1005 | 10/1/2005 | ($76.83) | DISCTS1005 | | 12/31/2049 |
| 'ADMDISCTS1105A | 10/1/2005 | ($548.40) | DISCTS1105 | | 12/31/2049 |
| 'ACM11DRTRF742 | 10/1/2005 | $20,582.11 | N/A | | 12/31/2049 |
| 'ADMACM11DRTRF742 | 10/1/2005 | ($20,582.11) | N/A | N/A | 12/31/2049 |
| 'ADMAFC41185 | 10/1/2005 | ($50,400.00) | AFC41185 | | 12/31/2049 |
| 'ADMAFC41190 | 10/1/2005 | ($100,791.78) | AFC41190 | | 12/31/2049 |
| 'ADMP4030047 | 10/1/2005 | ($3,031.30) | N/A | P4030047 | 12/31/2049 |
| 'ADMDISCTS1005 | 10/1/2005 | ($604.97) | DISCTS1005 | | 12/31/2049 |
| 'ADMDISCTS1105B | 10/1/2005 | ($677.99) | DISCTS1105 | | 12/31/2049 |
| '10010515821328 | 10/1/2005 | $158,213.28 | 1001051582 | | 12/31/2049 |
| 'ACMADM12269 | 10/1/2005 | $141,745.89 | 12269 | | 12/31/2049 |
| 'ADM12269 | 10/1/2005 | ($141,745.89) | 12269 | | 12/31/2049 |
| 'ADM12270 | 10/1/2005 | ($62,860.00) | 12270 | | 12/31/2049 |
| 'ADM12371 | 10/1/2005 | ($94,500.00) | 12371 | | 12/31/2049 |
| 'ADMDISCTS1005 | 10/1/2005 | ($92.58) | DISCTS1005 | | 12/31/2049 |
| 'ADMDISCTS1105C | 10/1/2005 | ($92.59) | DISCTS1105 | | 12/31/2049 |
| 'ADMDISCTS1005 | 10/1/2005 | ($184.80) | DISCTS1005 | | 12/31/2049 |
| '5203743983001 | 10/1/2005 | $19,440.00 | 2092612590 | D0550057017 | 12/31/2049 |
| 'ADMDISCTS1005 | 10/1/2005 | ($91.60) | DISCTS1005 | | 12/31/2049 |
| '5203750458001 | 10/3/2005 | $1,064.00 | 300111 | D0550000307 | 12/31/2049 |
| '5203750458002 | 10/3/2005 | $1,111.00 | 300111 | D0550005219 | 12/31/2049 |
| '5203750458003 | 10/3/2005 | $2,088.00 | 300111 | D0550051420 | 12/31/2049 |
| '5203750458004 | 10/3/2005 | $2,937.06 | 300111 | D0550052647 | 12/31/2049 |
| '025930IPF5094204 | 10/3/2005 | $3,521.10 | 25930 | SAG90I5244 | 12/31/2049 |
| '258830IPF5080304 | 10/3/2005 | $5,281.10 | 25883 | SAG90I5244 | 12/31/2049 |
| '5203748752001 | 10/3/2005 | $8,910.00 | 2092617096 | D0550057019 | 12/31/2049 |
| '5203749304001 | 10/3/2005 | $8,910.00 | 2092619525 | D0550057019 | 12/31/2049 |
| '5203758902001 | 10/4/2005 | $4,401.00 | 300577 | D0550000307 | 12/31/2049 |
| '5203758902002 | 10/4/2005 | $924.00 | 300577 | D0550000567 | 12/31/2049 |
| '5203758902003 | 10/4/2005 | $3,333.00 | 300577 | D0550005219 | 12/31/2049 |
| '5203758902004 | 10/4/2005 | $3,132.00 | 300577 | D0550051420 | 12/31/2049 |
| '5203758902005 | 10/4/2005 | $6,853.14 | 300577 | D0550052647 | 12/31/2049 |
| '5203759420001 | 10/4/2005 | $6,172.60 | 2092617790 | D0550071676 | 12/31/2049 |
| '5203759487001 | 10/4/2005 | $6,172.60 | 2092617789 | D0550071676 | 12/31/2049 |
| '026061IPF5116805 | 10/4/2005 | $7,297.76 | 026061S | SAG90I5244 | 12/31/2049 |
| '260020IPF5102405 | 10/4/2005 | $3,521.10 | 26002 | SAG90I5244 | 12/31/2049 |
| '5203822959001 | 10/5/2005 | $26,812.80 | 2092620823 | D0550074323 | 12/31/2049 |
| '5203767993001 | 10/5/2005 | $3,333.00 | 301134 | D0550005219 | 12/31/2049 |
| '5203767993002 | 10/5/2005 | $3,132.00 | 301134 | D0550051420 | 12/31/2049 |
| '5203767993003 | 10/5/2005 | $5,874.12 | 301134 | D0550052647 | 12/31/2049 |
| '5203767993004 | 10/5/2005 | $1,613.08 | 301134 | D0550055663 | 12/31/2049 |
| '026174IPF5141706 | 10/5/2005 | $3,521.10 | 026174S | SAG90I5244 | 12/31/2049 |

| | | | | | |
|---|---|---|---|---|---|
| '261290IPF5124706 | 10/5/2005 | $8,802.20 | 26129 | SAG90I5244 | 12/31/2049 |
| 'W70682400051006 | 10/6/2005 | $50,463.00 | 2092624770 | PEDP4030047 | 12/31/2049 |
| '5203775969001 | 10/6/2005 | $4,256.00 | 301575 | D0550000307 | 12/31/2049 |
| '5203775969002 | 10/6/2005 | $924.00 | 301575 | D0550000567 | 12/31/2049 |
| '5203775969003 | 10/6/2005 | $1,111.00 | 301575 | D0550005219 | 12/31/2049 |
| '5203775969004 | 10/6/2005 | $3,132.00 | 301575 | D0550051420 | 12/31/2049 |
| '5203775969005 | 10/6/2005 | $3,916.08 | 301575 | D0550052647 | 12/31/2049 |
| '026295IPF5167407 | 10/6/2005 | $5,537.76 | 026295S | SAG90I5244 | 12/31/2049 |
| '026347IPF5167307 | 10/6/2005 | $5,281.10 | 026347S | SAG90I5244 | 12/31/2049 |
| '262410IPF5148407 | 10/6/2005 | $2,531.10 | 26241 | SAG90I5244 | 12/31/2049 |
| 'BCM300006PF51484 | 10/6/2005 | $990.00 | 26241 | SAG90I5244 | 12/31/2049 |
| '5203771172001 | 10/6/2005 | $10,260.00 | 2092626584 | D0550057018 | 12/31/2049 |
| '5203783978001 | 10/7/2005 | $924.00 | 302092 | D0550000567 | 12/31/2049 |
| '5203783978002 | 10/7/2005 | $1,044.00 | 302092 | D0550051420 | 12/31/2049 |
| '5203783978003 | 10/7/2005 | $979.02 | 302092 | D0550052647 | 12/31/2049 |
| '5203783978004 | 10/7/2005 | $3,226.16 | 302092 | D0550055663 | 12/31/2049 |
| '026458IPF5186308 | 10/7/2005 | $5,281.10 | 026458S | SAG90I5244 | 12/31/2049 |
| 'S02634IPF5171008 | 10/7/2005 | $1,760.00 | S026349S | SAG90I5244 | 12/31/2049 |
| '5203782970001 | 10/7/2005 | $20,790.00 | 2092627650 | D0550057019 | 12/31/2049 |
| '5203783122001 | 10/7/2005 | $19,440.00 | 2092621958 | D0550057017 | 12/31/2049 |
| '5203783174001 | 10/7/2005 | $5,160.00 | 2092615055 | D0550057017 | 12/31/2049 |
| '10010515821328 | 10/1/2005 | $158,213.28 | | 1001051582 | 12/31/2049 |
| | | $854,723.99 | | | |