SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
                                                :
      In re                                       :        Chapter 11
                                                 :
DELPHI CORPORATION, et al.,      :        Case No. 05–44481 (RDD)
                                                 :
                        Debtors.     :        (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING
PROOF OF CLAIM NUMBER 14671
(SIERRA LIQUIDITY FUND LLC AS ASSIGNEE OF DELIVERUS NETWORK INC.)

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Sierra Liquidity Fund LLC ("Sierra") as assignee of Deliverus Network, Inc. ("Deliverus") respectfully submit this Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 14671 (Sierra Liquidity Fund LLC as Assignee of Deliverus Network Inc.) (the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Sierra filed proof of claim number 14671 against Delphi Automotive Systems LLC ("DAS LLC") and Delphi on July 31, 2006, which asserts an unsecured non-priority claim in the amount of $22,290.00 (the "Claim") for goods sold.

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6100) (the "Fifth Omnibus Claims Objection"), which was filed on December 8, 2006.

WHEREAS on December 2 and December 9, 2005, the Debtors submitted payment to Deliverus for the invoices referenced in the Claim.

WHEREAS on January 3, 2007, Sierra filed its Response To The Debtors' Fifth Omnibus Claims Objection (Docket No. 6422) (the "Response").

THEREFORE, the Debtors and Sierra stipulate and agree as follows:

2

1. The Claim shall be disallowed and expunged in its entirety.

2. Sierra shall withdraw its Response to the Fifth Omnibus Objection.

So Ordered in New York, New York, this 13th day of April, 2007

    /s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

    - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Scott August

Scott August
SIERRA LIQUIDITY FUND LLC
2699 White Road – Suite 255
Irvine, CA 92614
949-660-1144

Attorney for Sierra Liquidity Fund LLC