TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                    :
In re:                                              :
                                                    :    Chapter 11
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 [RDD]
                                                    :
                    Debtors.                        :    Jointly Administered
                                                    :
-------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER COMPROMISING
## AND ALLOWING PROOF OF CLAIM NUMBER 9958
## (RASSELSTEIN GMBH)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), and Rasselstein GmbH ("Rasselstein") respectfully submit this Joint

Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number

9958 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as amended, in the United States Bankruptcy Court for the Southern District

of New York; and

**WHEREAS,** Rasselstein filed proof of claim number 9958 against Delphi on July 19, 2006, which asserts an unsecured non-priority claim in the amount of $152,461.57 (the "Claim");  and

**WHEREAS**, the Debtors objected to the Claim pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection"), which was filed on October 31, 2006;  and

**WHEREAS,** on November 11, 2006, Rasselstein, through its representative in North America, Otto Wolf U.S. Sales Corporation, filed its Response to Third Omnibus Objection (Docket No. 6103) (the "Response");  and

**WHEREAS,** on March 19, 2007, to resolve the Third Omnibus Claims Objection with respect to the Claim, Delphi Automotive Systems LLC ("DAS LLC") and Rasselstein entered into a settlement agreement (the "Settlement Agreement");  and

**WHEREAS,** pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $152,461.57;  and

**WHEREAS,** DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b)

3

Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and Rasselstein stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $152,461.57 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC.

2. Rasselstein shall withdraw the Response to the Third Omnibus Claims Objection.

Dated: New York, New York
March 21, 2007

                                    DELPHI CORPORATION, et al.,
Debtors and Debtors-in-Possession,
By their Bankruptcy Conflicts Counsel,
TOGUT, SEGAL & SEGAL LLP,
By:

\_\_/s/ Neil Berger\_\_
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

**[signatures concluded on following page]**

4

Dated:   Rosemont, Illinois
         March 21, 2007

                        RASSELSTEIN GMBH,
                        By its Representative in North America,
                        OTTO WOLF U.S. SALES CORPORATION,
                        By:

                        __/s/ John W. Hamilton_____
                        JOHN W. HAMILTON
                        6250 N. River Road
                        Suite 4010
                        Rosemont, Illinois 60018
                        (847) 692-4933

**SO ORDERED**

This 13th day of April, 2007
in New York, New York

_____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

5

6