HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, New York  10016
Telephone:  (212) 592-1400
Seth F. Kornbluth (SK-4911)

- and -

WILLIAMS MULLEN MAUPIN TAYLOR
3200 Beechleaf Ct., Ste. 500
Raleigh, North Carolina  27604-1064
Telephone: (919) 981-4000
Robert K. Imperial
N.C. State Bar No. 34469

*Attorneys for Juki Automation Systems, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| DELPHI CORPORATION, et al., | : Case No 05-44481 (RDD) |
| | : |
| Debtors, | : Jointly Administered |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK     )
                                      ss.:
COUNTY OF NEW YORK   )

Andrew Marks, being duly sworn, deposes and says:

Deponent is not a party to this proceeding, is over 18 years of age and resides at New York, New York.

On April 12, 2007, Deponent served Response of Juki Automation Systems, Inc. to Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification

HF 3591575v.1 #99999/0001

("Eleventh Omnibus Claims Objection"), (*Docket No. 7657*), upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., Esq. John K. Lyons, Esq. and Randall G. Reese, Esq.), (iii) counsel to Debtors' Postpetition Administrative Agent, Davis, Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein, Esq.), (iv) counsel to Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg, Esq.), and (vi) the Office of the United States Trustee, 33 Whitehall Street, 21st Fl., New York, New York 10004-2112 (Att'n: Alicia M. Leonhard, Esq.), by Federal Express for receipt on the next business day.

        */s/ Andrew Marks*
        Andrew Marks

Sworn to before me this
12th day of April, 2007

*/s/ Seth Kornbluth*
Notary Public, State of New York

2

HF 3591575v.1 #99999/0001