Christine M. Pierpont
Squire, Sanders & Dempsey L.L.P
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114-1304
Telephone:  (216) 479-8500
Facsimile:   (216) 479-8780
cpierpont@ssd.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re, | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL AND WITHDRAWAL OF APPEARANCE OF
CHRISTINE M. PIERPONT**

PLEASE TAKE NOTICE that Christine M. Pierpont hereby withdraws her appearance as counsel for The Furukawa Electric Co., Ltd. in the above-captioned cases, gives this notice of withdrawal of her appearance as counsel for The Furukawa Electric Co., Ltd. in the above-captioned cases, and requests that her name and address be removed from all service lists, including without limitation the Master Service List and the 2002 list, in the above-captioned cases.

Dated:  April 13, 2007              SQUIRE, SANDERS & DEMPSEY L.L.P.


                                    By:  /s/ Christine Murphy Pierpont
                                         Christine Murphy Pierpont