**Squire, Sanders & Dempsey L.L.P.**
Attorneys for The Furukawa Electric Co., Ltd.
600 Hansen Way
Palo Alto, CA  94304
Telephone:     (650) 843-3306
Facsimile:      (650) 843-8777

Penn Ayers Butler (CA Bar No. 56663)
Email: pabutler@ssd.com
Eric Marcks (CA Bar No. 212012)
Email: emarcks@ssd.com
Christine M. Pierpont (OH Bar No. 0051286)
Email: cpierpont@ssd.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORPORATION, *et al.*, | ) Case No. 05-44481 (ROD) |
| **Debtors.** | ) (Jointly Administered) |

### CERTIFICATE OF SERVICE

Document Served:     **NOTICE OF WITHDRAWAL AND WITHDRAWAL OF APPEARANCE OF CHRISTINE M. PIERPONT**

The undersigned certifies that a copy of the document listed above was served upon the parties listed below at their respective addresses by overnight courier on the date indicated below.

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, Room 610
New York, New York  10004

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

SANFRANCISCO/217011.1

| | |
|---|---|
| John K. Lyons<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive. Suite 2100<br>Chicago, IL  60606 | Randall G. Reese<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive. Suite 2100<br>Chicago, IL  60606 |
| John Wm. Butler, Jr.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive. Suite 2100<br>Chicago, IL  60606 | Joseph N. Wharton<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive. Suite 2100<br>Chicago, IL  60606 |
| Lisa Diaz<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive. Suite 2100<br>Chicago, IL  60606 | |
| Date of Service: April 16, 2007 | I declare that the statement above is true to the best of my information, knowledge, and belief.<br><br>    /s/ Eric Marcks<br>Eric Marcks |