UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et.al.

Debtors in Possession.

Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

**TECNOMEC S.R.L.'S
RESPONSE TO DEBTORS'
ELEVENTH OMNIBUS
OBJECTION TO CERTAIN (A)
INSUFFICIENTLY
DOCUMENTED CLAIMS, (B)
CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND
RECORDS, (C) UNTIMELY
CLAIMS, AND (D) CLAIMS
SUBJECT TO MODIFICATION.**

RESPONSE TO DEBTORS' ELEVENTH OMNIBUS
OBJECTION TO CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS,
(C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT
TO MODIFICATION

Tecnomec S.r.L., an Italian corporation ("Tecnomec"), by and through its

attorneys, Garvey Schubert Barer, for its Response to the Eleventh Omnibus Claims

Objection filed by Delphi Corporation ("Delphi") and certain of its subsidiaries and

affiliates (collectively, the "Debtors"), states:

1. Tecnomec filed an unsecured Proof of Claim in the amount of $3,788.00 on

March 1, 2006, in Case Number 05-44640. This claim is for automotive merchandise

provided to Delphi on or about January 8, 2002. *See* Exhibit A, page 1.

2. Tecnomec filed an unsecured Proof of Claim in the amount of $360.65 on

March 1, 2006, in Case Number 05- 44640. This claim is for automotive merchandise

provided to Delphi on or about January 15, 2003. *See* Exhibit A, page 7.

3. Tecnomec filed an unsecured Proof of Claim in the amount of $24,742.00 on March 1, 2006, in Case Number 05- 44640. This claim is for automotive merchandise provided to Delphi on or about January 31, 2002 (the costs of equipment for the construction of the Opel Radio Program). *See* Exhibit A, page 11.

4. Tecnomec filed an unsecured Proof of Claim in the amount of $7,291.83 on March 1, 2006, in Case Number 05- 44640. This claim is for automotive merchandise provided to Delphi on or about August 12, 2005. *See* Exhibit A, page 18.

5. Tecnomec filed an unsecured Proof of Claim in the amount of $1,076.77 on March 1, 2006, in Case Number 05- 44640. This claim is for automotive merchandise provided to Delphi on or about August 18, 2005. *See* Exhibit A, page 27.

6. Tecnomec filed an unsecured Proof of Claim in the amount of $4,082.43 on March 1, 2006, in Case Number 05-44640. This claim is for automotive merchandise and services provided to Delphi on or about October 31, 2003 (primarily, the costs of adjustments to a Tecnomec press for the exclusive use of Delphi and for the production of Delphi products). *See* Exhibit A, page 33.

7. Tecnomec filed an unsecured Proof of Claim in the amount of $1,635.00 on March 1, 2006, in Case Number 05-44640. This claim is for automotive merchandise provided to Delphi on or about November 9, 2001. *See* Exhibit A, page 36.

8. Tecnomec filed an unsecured Proof of Claim in the amount of $1,880.39 on March 1, 2006, in Case Number 05-44640. This claim is for automotive merchandise provided to Delphi on or about November 14, 2001. *See* Exhibit A, page 48.

9. Tecnomec filed an unsecured Proof of Claim in the amount of $1,442.59 on March 1, 2006, in Case Number 05-44640. This claim is for automotive merchandise provided to Delphi on or about December 19, 2002. *See* Exhibit A, page 51.

10. Tecnomec filed an unsecured Proof of Claim in the amount of $696.73 on March 1, 2006, in Case Number 05-44640. This claim is for automotive merchandise provided to Delphi on or about November 26, 2001. *See* Exhibit A, page 57.

11. Tecnomec, pursuant to agreement, assigned certain rights regarding the above ten Proofs of Claims (the "Claims") to Liquidity Solutions, Inc. Tecnomec, as assignor, retained the right to defend the Claims in connection with objections submitted by the Debtors.

12. Each of Tecnomec's Claims is supported by invoices and shipping documentation, showing that goods, materials, and services were shipped or provided to Delphi. All of the invoices were issued pursuant to purchase orders from Delphi. The purchase orders are referenced on the invoices provided in support of the Proofs of Claims. In addition, several purchase orders from Delphi are attached to Tecnomec's Claims. All materials covered under the invoices supporting the Claims were shipped to Delphi's facilities at Delphi's direction.

13. The Debtors filed an objection asserting that the Claims should be disallowed because they are not reflected on Debtors' books and records. *See* Debtors Eleventh Omnibus Objection to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims, And (D) Claims Subject To Modification[1].

---

[1] Due to the fact that Tecnomec is based in Italy, and that Debtors sent notice of the Eleventh Omnibus Claims Objection to Liquidity Solutions, Inc., and not to the address provided on Tecnomec's Proofs of

3

14. The Claims arise out of automotive inventory, product, equipment, parts, and related materials and services which were sold, shipped and or provided to Debtors by Tecnomec pursuant to purchase orders submitted by Debtors.

15. With the exception of one small payment, the Debtors have failed or refused to pay for the materials they received pursuant to Tecnomec's invoices. In regards to invoice number 4671 (Exhibit A, page 58), Delphi provided one payment of $54.62 (€ 44.15) which Tecnomec received on June 7, 2004. This payment was taken into account in Tecnomec's Proof of Claim (Exhibit A, page 57). Tecnomec's own books and records do not reflect any other payments.

16. The invoices and related material that Tecnomec has provided in support of its ten Proofs of Claims establish *prima facie*, that Tecnomec has valid claims for goods and services against Delphi that were incurred prior to the Debtors' bankruptcy.

17. The Debtors have provided no proof of payment on the outstanding balance, and have only provided the bare and conclusory assertion that Tecnomec's invoices do not appear on Delphi's books and records. This assertion is seemingly belied by the fact that the Debtors' included almost the entirety of Tecnomec's claims in their debt schedule prior to filing of the Claims. *See* Delphi Automotive Systems LLC, Amended and Restated Schedules of Assets and Liabilities, Schedule F, page 1012, filed April 18, 2006. The Debtors' Books and Records objection has been made without the support of any evidence, and is the only assertion brought against Tecnomec's Proofs of Claims. Tecnomec reserves the right to respond to any new assertions made against the Claims.

---

Claims, Tecnomec only received notice of the Eleventh Omnibus Claims Objection a week before the response due date.

18. Any reply to this response should be addressed to counsel at the address reflected below.

**WHEREFORE**, Tecnomec, prays this Honorable Court deny the relief sought by the Debtor in Possession as to Tecnomec's Claims.

GARVEY SCHUBERT BARER

By: _____

Robert Carrillo, Esq. (RC-0721)
Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY 10005
(212) 431-8700

Attorneys for Tecnomec S.r.L.

Dated: _Apr1_____ _13_, 200 7

# EXHIBIT A

| United States Bankruptcy Court Southern District Of New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
DELPHI AUTOMOTIVE SYSTEMS LLC

**Case Number**
05-44640

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
TECNOMEC S.r.l.

**Name and Address where notices should be sent:**

TECNOMEC S.r.l.
Via Nazionale 11
Regione Remise
11020 Arnad (AO)
ITALY

**Telephone number: 00 39 0125 968 511**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

**Account or other number by which creditor identifies debtor:**
Customer Number 010951

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**
- X☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:**
8 January 2002 (Invoice 5 – copy attached)

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $ 3788.49 (€3062.40)

X☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 3788.49 (€3062.40) (Unsecured)   | $ 3788.49 (€3062.40)(Total) |
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

**Date:**
01 03 06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

1



**TECNOMEC** S.r.l.   Cap. Soc. L. 800.000.000 I.V.

*Direzione, Sede e Stabilimento:*
11020 ARNAD (AO) - Reg. Riondse - Via Nazionale, 11
Tel. 0125 966.511 - Fax 0125 966.574

*Deposito e Recapito:*
10098 GRUGLIASCO (TO) - C.so C. Allamano, 19 - Tel. 011 784.398
Registro Imprese Tribunale Aosta n. AO 002/957 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 00041600073 - VAT n. IT 00041600073

**STAMPAGGIO LAMIERA**
**COSTRUZIONE STAMPI**
**COSTRUZIONI MECCANICHE**

Spett.

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. OEH
46504          PO BOX 9005 KOKOMO IN USA

Cod. fornitore: 823868

| CODICE CLIENTE | PARTITA IVA CLIENTE | | FATTURA | | |
|---|---|---|---|---|---|
| | | | DATA | NUMERO | |
| 010951 | | | 08/01/2002 | 5 | |

| | | | D.D.T. | | % IVA |
|---|---|---|---|---|---|
| | | NUMERO | DATA | | NI |
| | | 97 | 08/01/2002 | | |

**COMMENTO FATTURA**

Pag.  1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITA | PREZZO | IMPORTO | |
|---|---|---|---|---|---|---|---|
| 638600 | L6210630 | SPRING-LOCK - MALLA | N. | 3200,00 | 0,95700 | 3.062,40 | |
| | | PESO NETTO KG 17 | | | | | |
| | | PESO LORDO KG 16 | | | | | |
| 2 | | N. COLLI  01 | | | | | |
| | | VALUTA: EURO | | | | | |
| | | SHIP TO: Delphi Delco Electronics Systems | | | | | |
| | | 601 Joaquin Cavazos Road | | | | | |
| | | Los Indios, Texas 78567   USA | | | | | |

MATERIAL PRODOTTI IN ITALIA

Dichiaro sotto la mia piena e personale responsabilità ed in particolare agli effetti delle vigenti disposizioni valutarie, che il prezzo indicato nella presente fattura a vero e reale e che pertanto nessuna/altra integrazione in qualsiasi forma o con qualsiasi modalità va a favore o a carico dell'impresa da me rappresentata, in relazione all'operazione per cui è stata emessa la fattura stessa.

<<Ai sensi dell'articolo 11 del D.M. 12/3/1964 dichiariamo che i documenti allegati sono veritieri / il presente documento ed verifiche assumendo ogni responsabilità circa la veridicità del loro contenuto/visto contenuto>>

TECNOMEC S.R.L.

| SCARICO GLAVORAZIONE | | |
|---|---|---|
| DATA | NUMERO | |
| | | |

| REPILOGHI I.V.A. | | |
|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA |
| 3.062,40 | NI | Non Imp. Art.8 |

Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del 26/10/72 e successive modificazioni.

| | | TOTALE IMPONIBILE | 3.062,40 |
|---|---|---|---|
| | | TOTALE IMPOSTA | |
| SPESE TRATTA | BOLLI | BOLLI | |
| | | TOTALE FATTURA | 3.062,40 |

EURO        SE & O

**BANCA D'APPOGGIO**

**CONDIZIONI DI PAGAMENTO**
Rimessa diretta  80 gg fine mese

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA | SCAD. 5ª RATA |
|---|---|---|---|---|---|
| | | | | | |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

390125966374

# TECNOMEC S.r.l.  Cap. Soc. L. 800.000.000 I.V.

*Direzione, Sede e Stabilimento:*
11020 ARNAD (AO) - Reg. Remise - Via Nazionale, 11
Tel. 0125.966.511 - Fax 0125 966.374

*Deposito e Recapito:*
10095 GRUGLIASCO (TO) - C.so C. Alamanno, 19 - Tel. 011 784.358
Registro Imprese Tribunale Aosta n. AO 0803577 - R.E.A. n.31119 AOSTA
Cod. Fisc./Part. IVA: 00041690073 - VAT n. IT 00041690073

**STAMPAGGIO LAMIERA**
**COSTRUZIONE STAMPI**
**COSTRUZIONI MECCANICHE**

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CEN
(984  PO BOX 9005 KOKOMO IN USA

| | FATTURA | |
|---|---|---|
| | DATA | NUMERO |
| | 06/01/2002 | 390125966374 |

| Cod. Fornitore: 823B4R | | | % IV | N |
|---|---|---|---|---|

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| D.I8951 | |

**COMMENTO FATTURA**

Pag.

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | D.D.T. | | % IV |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | NUMERO | DATA | |
| 450500 | 16210830 | SPRING-LOCK - MOLLA | N. | 3200,00 | 0,95700 | 3.062,40 | 97 | 06/01/2002 | N |
| 3 | | PESO NETTO KG 17 | | | | | | | |
| | | PESO LORDO KG 18 | | | | | | | |
| | | N. COLLI | | | | | | | |
| | | VALUTA: EURO | | | | | | | |
| | | SHIP TO: Delphi Delco Electronics Systems | | | | | | | |
| | | 601 Joaquin Cavazos Road | | | | | | | |
| | | Los Indios, Texas 78567    USA | | | | | | | |
| | | | | | | MATERIALI PRODOTTI IN ITALIA | | | |

<<Dichiaro sotto la mia piena e personale responsabilità ed, in particolare agli effetti delle Vigenti disposizioni valutarie, che il prezzo indicato nelle presente fattura è vero e reale e che peraltro nessun'altra integrazione in qualsiasi forma o con qualsiasi modalità va a favore o a carico dell'impresa, da me rappresentata, in relazione all'operazione per cui è stata emessa la fattura stessa.

<<ai sensi dell'articolo 11 del D.M. 12/01/1991 dichiariamo che i Documenti allegati sono Veritieri / Il presente documento ed il relativo causamento ogni responsabilità circa la veridicità del tipo contraddistinto contenuto>>

TECNOMEC S.R.L.

**BANCA D'APPOGGIO**

| CONDIZIONI DI PAGAMENTO | | | | |
|---|---|---|---|---|
| Rimessa diretta  60 gg fine mese | | | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

| RIEPILOGHI I.V.A. | | IMPOSTA |
|---|---|---|
| % ALIQUOTA | NI | Nor. Imp. Art. 8 |
| IMPONIBILE | | |
| 3.062,40 | | |
| Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del 26/10/72 e successive modificazioni | | |

| SPESE TRATTA | BOLLI |
|---|---|

| | TOTALE IMPONIBILE |
|---|---|
| | 3.062,40 |
| | TOTALE IMPOSTA |
| | |
| | BOLLI |

| | TOTALE FATTURA |
|---|---|
| EURO | 3.062,40 |
| | R.F.AC |



05-APR-2007  13:53  TECNOMEC SRL  390125966374

| COMUNITÀ EUROPEA | | | 1 DICHIARAZIONE | | | DOGANA DI MILANO | |
|---|---|---|---|---|---|---|---|
| **3** | 2 Speditore / Esportatore  N. 00041600073 | | EX | 1 | T2 | 225 TC/EG | 10/01/02 |

**3** 145604
TECNOMEC SRL
VIA NAZIONALE. 11
11020  ARNAD

PANALPINA S.P.A.
AUT. MIN. N. 0167/CS

| 3 Formulari | 4 Dist. di carico |
|---|---|
| 1|01 | |

| 5 Articoli | 6 Totale dei colli | 7 Numero di riferimento |
|---|---|---|
| | 1 | 00745260158/531592/G |

8 Destinatario  N.
167920
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
78586  LOS INDIOS  TX  USA

9 Responsabile finanziario  N.
10/01/02

| 10 Paese prima | 11 Paese di tran-sazione | 13 P.A.C. |
|---|---|---|

14 Dichiarante/Rappresentante  N. 00745260158
PANALPINA SPA
PANALPINA SPA RAP.IND.

| 15 Paese di spedizione / esportazione | 16 Cod.P. sped./esport. | 17 Cod. P. destinaz. |
|---|---|---|
| ITALIA | a) 005  b) | a) 400  b) |

17 Paese di origine
16 Paese di destinazione
USA

| 18 Identità e nazionalità del mezzo di trasporto alla partenza | | 19 Ctr. | 20 Condizioni di consegna |
|---|---|---|---|
| MNA 280440 | 005 | 0 | EXW PARTENZA |

| 21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera | 22 Moneta ed importo totale fatturato | 23 Tasso di cambio | 24 Natura della |
|---|---|---|---|
| EU | 3062.40 | 1.000 | 1|1 |

| 25 Modo di trasporto alla frontiera | 26 Modo di trasporto interno | 27 Luogo di carico | 28 Dati finanziari e bancari |
|---|---|---|---|
| 3 | 3 | | PROTOCOLLO N.  7  DEL  10/01/02 |

**3**
29 Ufficio di uscita
075140

30 Localizzazione delle merci

| 31 Colli e descrizione delle merci | 32 Articolo | 33 Codice delle merci |
|---|---|---|
| COLLI  1  MOLLE ALTRE DI FERRO O DI ACCIAIO | 01 | N. 73202089  90 |

| 34 Cod. P. di origine | 35 Massa lorda (kg) |
|---|---|
| AO | 18.00 |

| 37 REGIME | 38 Massa netta (kg) | 39 Contingente |
|---|---|---|
| 10 00 | 17.00 | |

40 Dichiarazione sommaria / Documento precedente

41 Unità supplementari

44 Menzioni speciali/ Documenti presentati/ Certificati ed autorizzazioni
FT 5 DEL 080102

Codice MS
RET-EXP

48 Valore statistico
3062 40

| 47 Calcolo del imposizioni | Tipo | Base imponibile | Aliquota | Importo | MP |
|---|---|---|---|---|---|

48 Dilazione di pagamento
S

49 Identificazione del deposito

B DATI CONTABILI

**EXPORT**

Totale:

50 Obbligato principale  N. 00745260158
PANALPINA SPA
VIA LAINATE
20017RHO
rappresentato da: MORRETTA MARCELLO
Luogo e data: MILANO  10/01/02

Firma:

C UFFICIO DI PARTENZA
225TC/EG  10/01/02

51 Uffici di passaggio previsti (e paesi)
P.CHIASSO  CHIASSO

52 Garanzia
non valida per: N. 13 DEL 020600 CIR.DOG.MILANO

| Codice | 53 Ufficio di destinazione (e paese) |
|---|---|
| 1 | LUSSEMBURGO APT |

D CONTROLLO DELL'UFFICIO DI PARTENZA
Risultato: PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS
Suggelli sposti: Numero:
marche: PANALPINA RHO  PANALPINA SPA RHO
Termine (data limite): 25/01/02
Firma:

Timbro:

54 Luogo e data: MILANO
10/01/02

Firma e nome del dichiarante / rappresentante:
PANALPINA SPA
MORRETTA MARCELLO

5

05-APR-2007  13:54          TECNOMEC SRL                    390125966374              P.29/64

390125966374

# PANALPINA
## on 6 continents

VIA LAINATE, 98-100
20017 RHO  MI
Tel:02935341 Fax:293502168
Mittente - *Shipper*

TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO
Destinatario - *Consignee*

DELPHI DELCO

601 JOAQUIN CAVAZOS ROAD
78586 LOS INDIOS  TX  USA
Notifica - *Notify*

TRASMISSIONE DOCUMENTI

RACCOMANDATA

Spett.Ditta
TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO

| Data - *Date* | Nostro Riferimento - *Our reference* | Vostro Riferimento - *Your reference* | B/L or AWB No. | Rep.- *Dept.* |
|---|---|---|---|---|
| 18/01/02 | 280440 | INV. 5 DD 08.01.02 | 172/45229951 | MNA/AEX/COMITE |

Resa Merce - *Delivery terms*: EX WORK          Assicurazione - *Insurance*: NOT COVERED BY US          Dogana - *Customs point*

| A Mezzo - *By* | Il - *Date* | Da - *From* | Per - *To* |
|---|---|---|---|
| TRUCK | | MILAN, ITALY | HOUSTON INTERCONT.TEX.USA |
| | | ITALIA | U.S.A. |

| Colli | Peso lordo | Contenuto |
|---|---|---|
| 1 | 18,00 | AUTOMOTIVE PARTS |

EGREGI SIGNORI ,
CON RIFERIMENTO ALLA SUDDETTA SPEDIZIONE VI TRASMETTIAMO IN ALLEGATO :

    BOLLA DOGANALE MOD.EX 1 T2  NO.225 TCEG 100102

DISTINTI SALUTI.

                          PANALPINA TRASP.MOND.SPA

Sede legale: 20017 Lucernate di Rho (MI), Via San Francesco d'Assisi, 6 - Cap. Soc.EUR 2.000.000
CCIAA Milano  no 274984  Canc. Tribunale  Milano  no 38531 reg.soc. Foro Milano
CF PI/ Tax-VAT-No IT 00745260158-BNL Ag.13,Milano CC 185-ABI 01005-CAB 01613/swift BNL IITRAMNO

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>**DELPHI AUTOMOTIVE SYSTEMS LLC** | Case Number<br>**05-44640** | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**TECNOMEC S.r.l.**<br><br>Name and Address where notices should be sent:<br><br>**TECNOMEC S.r.l.**<br>**Via Nazionale 11**<br>**Regione Remise**<br>**11020 Arnad (AO)**<br>**ITALY**<br><br>**Telephone number: 00 39 0125 968 511** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | <br><br><br><br><br><br><br><br><br><br>This Space For Court Use Only |

| Account or other number by which creditor identifies debtor:<br>Customer Number 010951 | Check here if this claim ☐ replaces or ☐ amends a previously filed claim<br>dated: _____ |
|---|---|

| 1. Basis for Claim | |
|---|---|
| X☐ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Money loaned | Last four digits of SS #: _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ |
| ☐ Other _____ | (date)           (date) |

| 2. Date debt was incurred:<br>15 January 2003 (Invoice 9 – copy attached) | 3. If court judgment, date obtained:<br>Not applicable |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

| Secured Claim. | Unsecured Priority Claim. |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>   ☐ Real Estate  ☐ Motor Vehicle<br>   ☐ Other _____<br>Value of Collateral $ _____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ | ☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $ _____<br>Specify the priority of the claim:<br>☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7). |
| **Unsecured Nonpriority Claim** $360.65(€291.53)<br><br>X☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br>   * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter<br>   with respect to cases commenced on or after the date of adjustment. |

| 5. Total Amount of Claim at Time Case Filed: $360.65(€291.53) (Unsecured) | $360.65(€291.53)(Total) |
|---|---|

(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| | This Space For Court Use Only |
|---|---|
| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>7. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |
| Date:<br><br>01 03 06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

05-74R-200 13:58   TECNOMEC SRL   390125966374   P.43/54

390125966374

**TECNOMEC** s.r.l.   Cap. Soc. euro 416.0001.V.   EURO   416.801 I.V.

**STAMPAGGIO LAMIERA**
**COSTRUZIONE STAMPI**
**COSTRUZIONI MECCANICHE**

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Via Nazionale, 11
Tel. 0125 966.511 - Fax 0125 966.374
E.mail: mail@gruppotecnomec.com

Registro Imprese di Aosta n° iscrizione e C.F. 00041600073
R.E.A. n. 31119 AOSTA - Part. IVA. 00041600073 - VAT n. IT 00041600073

**COMMENTO FATTURA**

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE M.I CORP. CEN
PO BOX 9005 KOKOMO IN USA
46904

| | | | | | | | FATTURA | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DATA | NUMERO |
| | | | | | | | 15/01/2003 | 9 |

Cod. Fornitore: D23840

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| 010051 | |

| | | | | | | | O.D.T. | |
|---|---|---|---|---|---|---|---|---|
| | | | | | NUMERO | | DATA | |
| | | | | | 179 | | 15/01/2003 | |

Pag.   1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO |
|---|---|---|---|---|---|---|
| 479248 | 09351221 | CONNECTOR - PIASTRINA<br>PESO NETTO KG 18<br>PESO LORDO KG 26<br>N. COLLI 02<br>VALUTA: EURO<br>SHIP TO: DELPHI DELCO ELECTRONICS SYSTEMS<br>PLT 74 - CORED SERVICE<br>1125 E. VAILE<br>KOKOMO, IN 46902 | N. | 600,00 | 0,48588 | 291,53 |

VS ORDER NO. 479248 20/11/02

Dichiaro sotto la mia piena e personale responsabilità ed in particolare agli effetti delle vigenti disposizioni valutarie, che il prezzo indicato nella presente fattura è vero e reale e che pertanto nessun'altra integrazione in qualsiasi forma o con qualsiasi modalità va a favore o a carico dell'impresa da me rappresentata, in relazione all'operazione per cui è stata emessa la fattura stessa.

<<Ai sensi dell'articolo 11 del D.M. 12/01/91 dichiariamo che i documenti allegati sono veritieri / il presente documento sai veritario assolvendo ogni responsabilità circa la veridicità dei loro contenuto/veuno contenuto>>

TECNOMEC S.R.L.

**MATERIALI PRODOTTI IN ITALIA**

| | RIEPILOGHI I.V.A. | | |
|---|---|---|---|
| % ALIQUOTA | IMPOSTA | | |
| NI | Non Imp.Art.8 | | |
| | Operazione non imponibile ai sensi dell' Art. 8, D.P.R. 633 del 26/10/72 e successive modificazioni. | | |

| IMPONIBILE | IMPOSTA | | |
|---|---|---|---|
| 291,53 | | | |

| SPESE TRATTA | BOLLI |
|---|---|

| TOTALE IMPONIBILE | 291 |
|---|---|

| TOTALE IMPOSTA | |
|---|---|

| BOLLI | |
|---|---|

| TOTALE FATTURA | |
|---|---|
| EURO | 291 |

| SCARICO C/LAVORAZIONE | | | |
|---|---|---|---|
| DATA | | NUMERO | |

| BANCA D'APPOGGIO | | | | | |
|---|---|---|---|---|---|
| CONDIZIONI DI PAGAMENTO | | | | | |
| Rimessa diretta 90 gg fine mese | | | | | |
| IMPORTO | SCAD. 1° RATA | SCAD. 2° RATA | SCAD. 3° RATA | SCAD. 4° RATA | |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

8

05-APR-2007  13:57    TECNOMEC SRL    390125966374    P.44/64

390125966374

# PANALPINA
## on 6 continents

VIA LAINATE, 98-100
20017 RHO  MI
Tel:02935341 Fax:293502168

| Mittente · Shipper | mittente | 145604 |
|---|---|---|

TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD AO

| | | PAGINA N. | 1 |
|---|---|---|---|

Trasmissione documenti
Originale

145604

| Destinatario · Consignee | destinatario | 998 |
|---|---|---|

DELPHI DELCO ELECTRONICS SYSTEMS
PLT74 CUNEO SERVICE
1125 E.VAILE
KOKOMO, IN 46902 -USA

TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO

Notifica - Notify

SPEDIZIONE VIA:MARE EXPORT    RHO    , 16/07/03 Ora 12:07

| Data - Date | Nostro Riferimento · Our reference | Vostro Riferimento · Your reference | B/L or AWB No. | Reg. - Dept. |
|---|---|---|---|---|
| 20/01/03 | SPL 487429 | INV.9 15.01.03 | CCC 00000000 | SPL/MEX/BIASSONI |

| Resa Merce - Delivery terms | | Assicurazione - Insurance | Dogana - Customs point |
|---|---|---|---|
| EX WORK | | | |

| A Mezzo - By | Il - Date | Da - From | Per - To |
|---|---|---|---|
| TBN VIA ANVERS | 24.01.2003 | ANTWERP | CHICAGO |

|  | Urgenza:  normale | | | | |
|---|---|---|---|---|---|
| Unita di carico | Marche e numeri | | | | |
| Targa | N/T colli | Contenuto | | Kg lordi | Valore Merce |
| | DELPHI DELCO SYSTEMS | | M3 | 0,040 EUR | 291,53 |
| | | INV.9 15.01.03 | | | |
| | 2 CARTONS | 0,32 X  0,20 X  0,32 | | 20,00 | |
| | KOKOMO, IN 46902 | | | | |
| | | AUTO SPARE PARTS | | | |
| | PN 9357221= 600 PCS | | | | |

| | Tot.Colli | 2 | Tot.Peso | 20,00 |
|---|---|---|---|---|

Con riferimento alla suddetta spedizione con la presente Vi trasmettiamo la seguente documentazione.
Allegati:
BOLLA DOGANALE NR. 163 EX/EG DD 230103

Panalpina Spa

Sede legale: 20017 Lucernate di Rho (MI), Via San Francesco d'Assisi, 6 - Cap. Soc.EUR 2.000.000
CCIAA Milano  no  274984  Canc. Tribunale  Milano  no 38531 reg.soc. Foro Milano
CF PI/ Tax-VAT-No IT 00745260158-BNL Ag.13,Milano CC 185-ABI 01005-CAB 01613/swift BNL IITRAMNO

9

05-APR-2007  13:57        TECNOMEC SRL                          390125966374                P.45/64

| COMUNITÀ EUROPEA | | 1 DICHIARAZIONE | | | | | |
|---|---|---|---|---|---|---|---|

390125966374

**3**

2 Speditore / Esportatore        N.   00041000073

TECNOMEC SRL
VIA NAZIONALE 11
11020 ARNAD

*CST*

8 Destinatario          N.

1 DICHIARAZIONE
EX  1

163  EX/EG   23/01/03

**PANALPINA S.P.A.**
**AUT. MIN. N. 0167/CS**

3 Formulari   4 Dist. di carico
1 01

5 Articoli   6 Totale dei colli
            2

7 Numero di riferimento
00745260158/547226/X

9 Responsabile finanziario          N.
23/01/03
252500

10 Paese prima destinaz.  11 Paese di transazione        13 P.A.C.

14 Dichiarante/Rappresentante   N.   0074526015R

PANALPINA SPA
PANALPINA SPA RAP.IND.

15 Paese di spedizione / esportazione   15 Cod.P. sped./export.   17 Cod. P. destinaz.
ITALIA                                  a) 005 b)              a) 400 b)

16 Paese di origine              17 Paese di destinazione
                                 USA

18 Identità e nazionalità del mezzo di trasporto alla partenza        19 Ctr.
MARE                                              005      0

20 Condizioni di consegna
EXW   FRANCO FABBRICA PARTENZA-                1

21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera
EU

22 Moneta e importo totale fatturato   23 Tasso di cambio   24 Natura della transazione
     291.53                           1.000              1 1

25 Modo di trasporto alla frontiera   26 Modo di trasporto interno   27 Luogo di carico
3                                     3

28 Dati finanziari e bancari
PROTOCOLLO N.   15   DEL   23/01/03

29 Ufficio di uscita          30 Localizzazione delle merci
**3**      111107

31 Colli e descrizione delle merci

Marche e numeri - N. contenitori - Quantità e natura
COLLI      2
LAVORI DI FERRO
KG.
20,00

*BBB 9779*

CPSU 4047647

*BBB 9779*

32 Articolo N.   33 Codice delle merci
01              73269097      90

34 Cod. P. di origine   35 Massa lorda (kg)
a) AO                  20.00

37 REGIME       38 Massa netta (kg)   39 Contingent.
10 00           18.00

40 Dichiarazione sommaria / Documento precedente

41 Unità supplementari

44 Menzioni speciali/ Documenti presentati/ Certificati ed autorizzazioni

FT.9 DEL 150103

RET EXP

**AIR SEA BROKER BELGIUM** **218**
Naamloze Vennootschap
Noorderlaan 133 - 2030 Antwerpen 3

Codice MS

46 Valore statistico
291.53

47 Calcolo delle imposizioni   Tipo   Base imponibile   Aliquota   Importo   48 Dilazione di pagamento   49 Identificazione del deposito

B DATI CONTABILI

**EXPORT**

Totale:

50 Obbligato principale         N.                   Firma:

C UFFICIO DI PARTENZA
163   EX/EG   23/01/03

51 Uffici di passaggio previsti (e paesi)   rappresentato da:   Luogo e data:
FREJUS

**AIR SEA BROKER BELGIUM** **218**
Naamloze Vennootschap
Noorderlaan 133 - 2030 Antwerpen 3

52 Garanzia   non valida per

Codice   53 Ufficio di destinazione (e paese)
ANVERSA

D CONTROLLO DELL'UFFICIO DI PARTENZA
Risultato:  **PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS**
Suggelli apposti: Numero:
marche **PANALPINA RHO**   PANALPINA SPA
Termine (data limite):
Firma:

Timbro:

54 Luogo e data:   MILANO   23/01/03

Firma e nome del dichiarante / rappresentante:

PANALPINA SPA
BELOTTI EUGENIO

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor** DELPHI AUTOMOTIVE SYSTEMS LLC trading as Delco Electronics Systems

**Case Number** 05-44640

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

**TECNOMEC S.r.l.**

**Name and Address where notices should be sent:**

**TECNOMEC S.r.l.
Via Nazionale 11
Regione Remise
11020 Arnad (AO)
ITALY**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number: 00 39 0125 968 511**

This Space For Court Use Only

**Account or other number by which creditor identifies debtor:**
Customer Number 010951

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other – costs of material for cancelled Opel Radio Progam pursuant to Purchase Order EKS41566

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from_____ to_____

**2. Date debt was incurred:**
31 January 2002 (Invoice 357 & Purchase Order EKS41566 – copies attached)

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other_____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim** $24,742 (€20,000).
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $24,742 (€20,000) (Unsecured)     $24,742 (€20,000) Total
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

**Date:**
01 03 06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**TECNOMEC** S.r.l.   Cap. Soc. L.800.000.000 I.V.

*Direzione, Sede e Stabilimento:*
11020 ARNAD (AO) - Reg. Remise - Via Nazionale, 11
Tel. 0125.968.511 - Fax 0125.966.374
*Deposito e Recapito:*
10095 GRUGLIASCO (TO) - C.so C. Allamano, 19 - Tel. 011.784.398
Registro Imprese Tribunale Aosta n. AO 003/957 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 00041600073 - VAT n. IT 00041600073

**STAMPAGGIO LAMIERA**
**COSTRUZIONE STAMPI**
**COSTRUZIONI MECCANICHE**

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CEN
46904     PO BOX 9005 KOKOMO IN USA

| | FATTURA | | |
|---|---|---|---|
| | NUMERO | DATA | 15 |
| 390125966374 | 11/01/2001 | | |

Cod. Fornitore: 273340

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| 010451 | |

**COMMENTO FATTURA**

ORDER NO. ERS41566  23/02/01

Pag.      1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | %.IV |
|---|---|---|---|---|---|---|---|
| | ORDER NO. ERS41566  23/02/01 | ORDER No. ERS41566  23/02/01 TO YOUR DEBIT FOR REPAIRING MATERIAL AFTER CANCELLATION OF THE OPEL RADIO PROGRAM VALUTA: EURO | | | | 20.000,00 | N1 |

| | SCARICO C/LAVORAZIONE | | | | D.D.T. | |
|---|---|---|---|---|---|---|
| | DATA | NUMERO | | NUMERO | DATA | |

| RIEPILOGHI I.V.A. | | | |
|---|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA | |
| 20.000,00 | N1 | Non Imp.Art. 8 | |

| SPESE TRATTA | BOLLI |
|---|---|
| | |

| TOTALE IMPONIBILE |
|---|
| 20.000,00 |

| TOTALE IMPOSTA |
|---|
| |

| BOLLI |
|---|
| |

| TOTALE FATTURA |
|---|
| EURO    20.000,00 |

**BANCA D'APPOGGIO**

**CONDIZIONI DI PAGAMENTO**
Rimessa diretta 60 gg fine mese

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA          Contributo Ambientale CONAI Assolto ove dovuto

12

390125966374

Automotive Systems

RICEVUTO 24 GEN. 2002

# PURCHASE ORDER:   EKS41556

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item identification Number(s) must be shown on Packing Slip.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE : 0331 499042
V GRANDMAISON   Buyer
FF2

| ORDER DATE | 01/23/02 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AC

BASE UNIT PRICE

*handwritten: Alexandria*
*handwritten: 29/1/02 OK Gelli*
*handwritten: 5pp*

SHIP TO:

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005                          US

NO SHIPMENT

INVOICE TO:

VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE 11
ARNAD IT
11029
ITALY

TO

INVOICE NOT REQUIRED-PAID BY
PLANT ACTION.INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL.DELPHI-D
KOKOMO IN
46904                               US

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| | FOB ORIGIN,FREIGHT COLLECT |
| SHIP VIA | AS DIRECTED |

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET    2ND DAY OF 2ND MONTH | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | RFQ NUMBER |
| | | | | DATE REQUIRED | TAX CODE/ % |

**********************************************
*  THIS IS A REPRINT DOCUMENT REQUESTED BY   *
*       39-0125-9663740INDG                  *
**********************************************

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
EUR  EUROPEAN CURRENCY UNIT

DO NOT INVOICE FOR SHIPPED MATERIAL.  DELPHI-D IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: MANUAL RECEIPTS PROCESSING MS-A241
P O BOX 9005
KOKOMO, IN  46904-9005

***CALIFORNIA SHIPMENTS*** - DELPHI-D DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO DOES HAVE DIRECT PAY PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

A000000  USER NICOLE I MEY

Automotive Systems

# PURCHASE
## ORDER: EKS41566

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips.
Invoice Attn Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Pure Post.

| ORDER DATE | PHONE: 03314 99042 |
|---|---|
| 01/23/02 | V GRANDMAISON    Buyer |
| ALTERNATION ISSUE DATE | FF2 |
| ALTEGATION EFFECTIVE DATE | PURCHASING, AG |

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005
US

SHIP TO:  NO SHIPMENT
US

VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
ARNAD IT
11029
ITALY

INVOICE TO:
INVOICE NOT REQUIRED-PAID BY
PLANT ACTION.INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL.DELPHI-D
KOKOMO IN
46904
US

PAYMENT TERMS
NET       2ND DAY OF  2ND MONTH

SHIP VIA
AS DIRECTED

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME | ITEM IDENTIFICATION NO. | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED FOB ORIGIN,FREIGHT COLLECT | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTI |
|---|---|---|---|---|---|---|---|---|---|---|

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER PER PACKING SLIP)
- DELPHI-D "ITEM IDENTIFICATION NUMBER (ID)" FROM PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-D DESCRIPTION PER PURCHASE ORDER FOR EACH LINE ITEM DELIVERED FOLLOWED BY YOUR DESCRIPTION IF DESIRED.

ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY INSIDE) OF EACH BOX/CRATE.

****************************************************
ROUTING: REFER TO ROUTING LETTER DATED 05/21/01 FOR
INSTRUCTIONS. CALL DELPHI-D TRANSPORTATION AT
(765)451-4078 OR -4079 FOR ADDITIONAL INFORMATION.
FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT'.
BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER
USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT.
THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN

A000000  USER NICOLE T MFY

14

05-APR-2007  13:54    TECNOMEC SRL                          390125966374        P.33/64

390125966374

# PURCHASE ORDER.    EKS41566

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 033149904;
y GRANDMAISON
Buyer

| ORDER DATE | |
|---|---|
| 01/23/02 | FF2 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING Ac

Automotive Systems

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005
US

SHIP TO:  NO SHIPMENT
US

VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
ARNAD IT
11029
ITALY

INVOICE TO:
INVOICE NOT REQUIRED-PAID BY
PLANT ACTION.INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL.DELPHI-D
KOKOMO IN
46904
US

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
FOB ORIGIN,FREIGHT COLLECT

SHIP VIA
AS DIRECTED

| PAYMENT TERMS |
|---|
| NET   2ND DAY OF  2ND MONTH |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | VENDOR NAME | DESCRIPTION | DATE REQUIRED | INFO NUMBER | TAX CODE/% | BASE UNIT PRICE | PRICE/MULT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT PRIOR APPROVAL FROM DELPHI-D TRANSPORTATION. | | | | | |

************************************************
DELPHI DELCO ELECTRONICS SYSTEMS EXPECTS TO RECEIVE
MATERIALS AND/OR SERVICES THAT ARE IN TOTAL CONFORM-
ANCE WITH THE SPECIFIED REQUIREMENTS ON OUR PURCHASE
ORDERS.

DELPHI DELCO ELECTRONICS SYSTEMS ALSO EXPECTS 100%
ON-TIME DELIVERY FROM OUR SUPPLIERS.IF YOU ANTICIPATE
PROBLEMS IN DELIVERING MATERIALS AND/OR COMPLETING
SERVICES BY THE DATE SPECIFIED ON OUR PURCHASE ORDER,
THE BUYER SHOULD BE NOTIFIED IMMEDIATELY.
************************************************

************************************************
TOOL POSSESSION NOTE - ALL TOOLS COVERED BY THIS
ORDER SHALL BE THE PROPERTY OF DELPHI DELCO ELECTRON-
ICS SYSTEMS DIVISION AND SHALL BE PERMANENTLY AND
LEGIBLY MARKED IN SUCH A MANNER AS TO DENOTE THAT
TOOLS ARE THE PROPERTY OF DELPHI DELCO ELECTRONICS
SYSTEMS, FOR USE IN MANUFACTURE OF PARTS EXCLUSIVELY
FOR US. THEY SHALL BE STORED AND MAINTAINED BY YOU AT
NO EXPENSE TO US AND SHALL BE SUBJECT TO DELIVERY TO

A000000  USER NICOLE 1 MEY

15

05-APR-2007   13:55   TECNOMEC SRL                390125966374        P.34/64

390125966374

# PURCHASE ORDER: EKS41566

PAGE

**Delco Automotive Systems**

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parts Post.

| | |
|---|---|
| PHONE: 0331499904 | |
| V GRANDMAISON | Buyer |
| FF2 | |

| ORDER DATE | 01/23/02 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA   AS DIRECTED

| TAX CODE/ % | BASE UNIT PRICE |
|---|---|

PURCHASING 4L

**SHIP TO:** NO SHIPMENT

US

INVOICE NOT REQUIRED-PAID BY
PLANT ACTION.INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL.DELPHI-D
KOKOMO IN
46904

US

**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED
FOB ORIGIN,FREIGHT COLLECT

RFD NUMBER        DATE REQUIRED //CONSIGNMENT REQUIRED//

DESCRIPTION

NOUN NAME

US AT ANY TIME UPON REQUEST.

*ABANDONED MOLD ACTS*

SELLER HEREBY AGREES TO RETAIN THE TOOLS DESCRIBED
ABOVE FOR A PERIOD OF 5 YEARS AND THEREAFTER TO
RETURN, TRANSFER TO ANOTHER LOCATION OR TO REMIT
THE PROCEEDS OF THE SALE FOR SCRAP TO THE DIRECTOR
OF PURCHASING OF DELPHI DELCO ELECTRONICS SYSTEMS AS
SO INSTRUCTED BY BUYER.

*PAYMENT*

YOUR FINAL INVOICE WILL NOT BE ACCEPTED UNTIL FULL
PPAP APPROVAL HAS BEEN DOCUMENTED. SUPPLIER SHOULD,
THEREFORE, ENSURE THAT NOTIFICATION OF APPROVAL HAS
BEEN RECEIVED BEFORE SUBMITTING FINAL INVOICE.
REFER TO PAYMENT TERMS.

PLEASE SUBMIT YOUR FINAL INVOICE TO:
ATTN: DELPHI DELCO ELECTRONICS SYSTEMS
MANUAL RECEIPTS PROCESSING MS-A241
P.O BOX 9005
KOKOMO, IN 46904-9005

(TP)

*********************************************************
*********************************************************

**TO:** DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005

US

**INVOICE TO:**

VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
ARNAD IT
11029
ITALY

| PAYMENT TERMS | | | |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | |
|---|---|---|---|

A000000  USER NICOLE I MFY

16

# PURCHASE ORDER: EKS41566

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips Invoices.
Invoice Ann Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parc Post.

| ORDER DATE | |
| --- | --- |
| 01/23/02 | |
| ALTERATION ISSUE DATE | |

PHONE: 033149904;
V GRANDMAISON    Buyer
FF2

PURCHASING AC

Automotive Systems

TO: DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005
US

VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
11029
ARNAD IT
ITALY

SHIP TO: NO SHIPMENT
US

INVOICE TO: INVOICE NOT REQUIRED-PAID BY
PLANT ACTION.INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL.DELPHI-D
KOKOMO IN
46904
US

ALTERATION EFFECTIVE DATE

SHIP VIA    AS DIRECTED

DESTINATION UNLESS OTHERWISE INDICATED
FOB ORIGIN,FREIGHT COLLECT

| PAYMENT TERMS | | |
| --- | --- | --- |
| NET   2ND DAY OF 2ND MONTH | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | (REG) NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRIC HELD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00001 | 20000 | | PR922159 001 | PLEASE NOTE THAT THIS PURCHASE ORDER IS BEING ISSUED WITH A NEW PAYMENT TERM. THE TERM 2ND DAY - 2ND MONTH, MEANS THAT FOR AN EXAMPLE, MATERIAL SHIPPED/ RECEIVED IN JANUARY, PAYMENT WOULD BE ISSUED ON MARCH 2. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE BUYER AT THE TELEPHONE NUMBER SHOWN ABOVE.   (25) ****************************************************** SERVICE REMAINING MATERIAL AFTER CANCELLATION OF THE OPEL RADIO PROGRAM WHO ORDERED: EHRMUTH K/ TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | 01/22/02 N | 0.00% | 1.0000 | |

A000000 USER NICOLE I MEY

17

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|

Name of Debtor **DELPHI AUTOMOTIVE SYSTEMS LLC trading as Delphi Saginaw Steering Systems**

Case Number **05-44640**

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**TECNOMEC S.r.l.**

Name and Address where notices should be sent:

**TECNOMEC S.r.l.**
**Via Nazionale 11**
**Regione Remise**
**11020 Arnad (AO)**
**ITALY**

**Telephone number: 00 39 0125 968 511**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Account or other number by which creditor identifies debtor:
Customer Number 010993

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**
- X☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)          (date)

**2. Date debt was incurred:**
12 August 2005 (Invoice 3361- copy attached) Purchase Order S3S32286

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim $7291.83 (E$894.30)**

X☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. Total Amount of Claim at Time Case Filed:** $7291.83 (E$894.30)(Unsecured)          $7291.83 (E$894.30)(Total)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date:
**21 03 06**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

18



**TECNOMEC** s.r.l.   Cap. Soc. € 418.000 I.V.

Direzione, Sede e Stabilimento:
10011 ARRAD (AO) - Via Nazionale, 11
Tel. +39 0125 968.511 - Fax +39 0125 968.374
E-mail: mail@gruppotecnomec.com

N° di registrazione a Cod. Fiscale 00041600073
R.E.A. n° 31116 AOSTA - Part. IVA: 00041600073 - VAT n. IT 00416000073
Soggetta a Direzione e Coordinamento ex Art. 2497bis C.C. da parte di T.H. S.r.l. Arrad (AO) Cod. Fiscale 07741690019

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

Spett.le
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
48601   SAGINAW MICHIGAN - 8494 U

FATTURA — ORDER SSS12280 23/06/05

| CODICE FORNITORE | CODICE CLIENTE | PARTITA IVA CLIENTE |
| --- | --- | --- |
| | 010993 | |

PAG. 1

| CODICE ARTICOLO | DESCRIZIONE | UM | QUANTITÀ | PREZZO | IMPORTO |
| --- | --- | --- | --- | --- | --- |
| 28079910 | BRACKET - STAFFA COMPLETA | N. | 1170,00 | 2,49000 | 2.913,30 |
| 28105509 | BRACKET RAKE | N. | 740,00 | 0,82000 | 606,80 |
| 28105510 | BRACKET PIVOT | N. | 720,00 | 0,45000 | 324,00 |
| 28105520 | BRACKET INTERLOCK | N. | 840,00 | 0,39000 | 327,60 |
| 28110384 | BRACKET ASM | N. | 600,00 | 1,06000 | 636,00 |
| 28114356 | SHROVA BRACKET - STAFFA | N. | 700,00 | 0,47000 | 329,00 |
| 28117788 | BRACKET ASS - STAFFA C. | N. | 180,00 | 1,36000 | 217,60 |
| | WOODEN CONTAINERS | N. | 9,00 | 60,00000 | 540,00 |
| | NET WEIGHT   KG 2230 | | | | |
| | GROSS WEIGHT  KG 2521 | | | | |
| | N. OF ITEMS   020 | | | | |
| | CURRENCY: EURO | | | | |
| | DELIVERY: EXW Arrad | | | | |
| | SHIP TO: | | | | |
| | OMNI WAREHOUSE | | | | |

| D.D.T. NUMERO | DATA | % IVA |
| --- | --- | --- |
| 003691 | 12/08/2005 | NI |
| 003691 | 12/08/2005 | NI |
| 003691 | 12/08/2005 | NI |
| 003691 | 12/08/2005 | NI |
| 003691 | 12/08/2005 | NI |
| 003691 | 12/08/2005 | NI |
| 003691 | 12/08/2005 | NI |

FATTURA NUMERO 3381   DATA 12/08/2005

RIEPILOGHI I.V.A.
% ALIQUOTA   IMPONIBILE   IMPOSTA

SPESE TRATTA   BOLLI

TOTALE IMPONIBILE
TOTALE IMPOSTA
BOLLI
TOTALE FATTURA

E ***

...AMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
...ESSI DI MORA.

390125966374   ORD 32286

# DELPHI

## Saginaw Steering Systems

3900 Holland Road; Saginaw, Michigan 48601-9494  USA

Page: 1 Document Name: untitled

NPT51020                          SPOT BUY ORDER ITEM                     LOC : S3
S3/CZD0DB   /E                                                           DATE: 06/23
                                                                         TIME: 16:31

| SPOT BUY BEG | | ALTERATION | | | | VENDOR | CURRENCY | | | | N | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER # | SEQ # | SEQ | DATE/TIME | | BUYER | CODE | CODE | VERS COMP | | | | |
| 33932286 | | 000 | 062305 16:10 | | S18 | 428688766 | EUR | Y | | | | |
| | | | | | | | BASE | | | | N | |
| ACD AP | SEQ # | PA/PR NO | SEQ | ITEM ID | | QUANTITY | UNIT | PRICE | MULT | | P | B |
| | 00001 | PR413868 | 001 | | | 1170.00 | | 2.4900 | 1 | | | E |
| | 00002 | PR413868 | 002 | | | 740.00 | | 0.8200 | 1 | | | E |
| | 00003 | PR413868 | 003 | | | 720.00 | | 0.4500 | 1 | | | E |
| | 00004 | PR413868 | 004 | | | 840.00 | | 0.3900 | 1 | | | E |
| | 00005 | PR413868 | 005 | | | 600.00 | | 1.0600 | 1 | | | E |
| | 00006 | PR413868 | 006 | | | 700.00 | | 0.4700 | 1 | | | E |
| | 00007 | PR413868 | 007 | | | 800.00 | | 1.3600 | 1 | | | E |

I00003-INQUIRY COMPLETE

PF01: HELP              PF04: BLANK SCREEN   PF07: MORE ITEMS      PF10: VERSION CO
PF02: GO TO            PF05: SPOT HEADER    PF08: PREV VERSION    PF11: SCROLL FWR
PF03: PREVIOUS MENU PF06: SPOT SHIP SCH PF09: NEXT VERSION    PASSWORD:

rel/relordfx/doc/word/dl

05-APR-2007  13:58        TECNOMEC SRL                    390125966374          P.54/64
390125966374

# DELPHI

## Saginaw Steering Systems

3900 Holland Road, Saginaw, Michigan 48601-9494  USA

Page: 1 Document Name: untitled

```
NPT45010                    ORDER STATUS INQUIRY              LOC : S3
S3/CZD0DB  /R                                                 DATE: 06/23
SBO/RL #: S3S32286  BEG SEQ#:        ALT #: 000  SHIP TO: 3PI   TIME: 16:31
VENDOR NAME: TECNOMEC SRL               VDR NUMBER: 428688766  BUYER: S1
                  BUY  ITEM ID/PR#    SEQ COMMON CD DATE   LAST    DATE
PO SEQ #: 00001   U/M  PR413868       001            PROM  REC #  REC'D
QTY ORD :   1170.00 EA                           07/01/05
QTY REC :      0.00     26079510-31 BRACKET, STRG COL SUPPORT
QTY CNTR:      0.00
CNTR ID :                CRIB: LPT N/R:   DIR CHARGE:   RIP:  CHEM CD:
ORD STAT:   OPEN                       WHO ORD: BATTEN 989 757-9007

                  BUY  ITEM ID/PR#    SEQ COMMON CD DATE   LAST    DATE
PO SEQ #: 00002   U/M  PR413868       002            PROM  REC #  REC'D
QTY ORD :    740.00 EA                           07/01/05
QTY REC :      0.00     26206509-06X BRACKET, RAKE
QTY CNTR:      0.00
CNTR ID :                CRIB: LPT N/R:   DIR CHARGE:   RIP:  CHEM CD:
ORD STAT:   OPEN                       WHO ORD: BATTEN 989 757-9007
                                                                    M

PF01: HELP        PF04: BLANK SCREEN  PF07: STOCK STATUS  PF10: PR ITEM
PF02: GO TO       PF05: RECEIPT HDR   PF08: ITEM REC INQ  PF11: SCROLL FWR
PF03: PREVIOUS MENU PF06: ORD REC INQ PF09: ITEM ORD INQ  PASSWORD:
```

rel/relordfx/doc/word/d1

*Tara S Gobey*

# DELPHI

## Saginaw Steering Systems

3900 Holland Road, Saginaw, Michigan 48601-9494  USA

Page: 1  Document Name: untitled

```
NPT45010                    ORDER STATUS INQUIRY              LOC : S3
S3/CZDODB   /E                                               DATE: 06/23
SBO/RL #: 9383286  BEG SEQ#:        ALT #: 000  SHIP TO: 3PI   TIME: 16:32
VENDOR NAME: TECNOMEC SRL  .            VDR NUMBER: 428688766  BUYER: S1
                  BUY   ITEM ID/PR#    SEQ COMMON CD DATE   LAST      DATE
PO SEQ #: 00003   U/M   PR413868       003          PROM    REC #    REC'D
QTY ORD     720.00 EA                         07/01/05
QTY REC :     0.00     26106510-04C BRACKET, PIVOT
QTY CNTR:     0.00
CNTR ID :              CRIB: LPT N/R:  DIR CHARGE:  RIP:   CHEM CD:
ORD STAT:   OPEN                       WHO ORD: BATTEN 989 757-9007

                  BUY   ITEM ID/PR#    SEQ COMMON CD DATE   LAST      DATE
PO SEQ #: 00004   U/M   PR413868       004          PROM    REC #    REC'D
QTY ORD     840.00 EA                         07/01/05
QTY REC :     0.00     26106520-05M BRACKET INTERLOCK
QTY CNTR:     0.00
CNTR ID :              CRIB: LPT N/R:  DIR CHARGE:  RIP:   CHEM CD:
ORD STAT:   OPEN                       WHO ORD: BATTEN 989 757-9007
                                                                        M

PF01: HELP          PF04: BLANK SCREEN  PF07: STOCK STATUS  PF10: PR ITEM
PF02: GO TO         PF05: RECEIPT HDR   PF08: ITEM REC INQ  PF11: SCROLL FWR
PF03: PREVIOUS MENU PF06: ORD REC INQ   PF09: ITEM ORD INQ  PASSWORD:
```

rel/relordfx/doc/word/d1

*Tara S Ebbey*

# DELPHI

## Seginaw Steering Systems

**3900 Holland Road, Saginaw, Michigan 48601-9494  USA**

Page: 1 Document Name: untitled

```
NPT45010
S3/CZD0DB   /E                    ORDER STATUS INQUIRY              LOC : S3
SBO/RL #: 02S32286   BEG SEQ#:          ALT #: 000  SHIP TO: 3PI    DATE: 06/23
VENDOR NAME: TECNOMEC SRL           VDR NUMBER: 428688766           TIME: 16:32
                                                                   BUYER: S1
                    BUY   ITEM ID/PR#    SEQ COMMON CD DATE  LAST     DATE
PO SEQ #: 00005     U/M   PR413868       005               PROM  REC #  REC'D
QTY ORD :   600.00  EA                                 07/01/05
QTY REC :     0.00         26110364-03D BRACKET ASM. SUPPORT
QTY CNTR:     0.00
CNTR ID :                 CRIB: LPT N/R:    DIR CHARGE:   RIP:   CHEM CD:
ORD STAT:   OPEN                        WHO ORD: BATTEN 989 757-9007

                    BUY   ITEM ID/PR#    SEQ COMMON CD DATE  LAST     DATE
PO SEQ #: 00006     U/M   PR413868       006               PROM  REC #  REC'D
QTY ORD :   700.00  EA                                 07/01/05
QTY REC :     0.00         26114356-06H SHROUD, BRACKET
QTY CNTR:     0.00
CNTR ID :                 CRIB: LPT N/R:    DIR CHARGE:   RIP:   CHEM CD:
ORD STAT:   OPEN                        WHO ORD: BATTEN 989 757-9007
                                                                          M

PF01: HELP          PF04: BLANK SCREEN   PF07: STOCK STATUS   PF10: PR ITEM
PF02: GO TO         PF05: RECEIPT HDR    PF08: ITEM REC INQ   PF11: SCROLL FWR
PF03: PREVIOUS MENU PF06: ORD REC INQ    PF09: ITEM ORD INQ   PASSWORD:
```

rel/relordfx/doc/word/dl

# DELPHI

### Saginaw Steering Systems

_____

**3900 Holland Road; Saginaw, Michigan 48601-9494  USA**

Page: 1 Document Name: untitled

```
NPT45010                    ORDER STATUS INQUIRY          LOC : S3
S3/CZD0DB   /E                                            DATE: 06/23
SBO/RL #: S3S32Z85  BEG SEQ#:        ALT #: 000  SHIP TO: 3PI   TIME: 16:32
VENDOR NAME: TECNOMEC SRL                 VDR NUMBER: 428688766  BUYER: S1
               BUY  ITEM ID/PR#      SEQ COMMON CD DATE    LAST      DATE
PO SEQ #: 00007    U/M  PR413858      007           PROM    REC #     REC'D
QTY ORD :      800.00 EA                              07/01/05
QTY REC :        0.00      26117788-06Y BRACKET ASM, COMPRESSION
QTY CNTR:        0.00
CNTR ID :                  CRIB: LPT N/R:   DIR CHARGE:  RIP:   CHEM CD:
ORD STAT:   OPEN                   WHO ORD: BATTEN 989 757-9007

               BUY  ITEM ID/PR#      SEQ COMMON CD DATE    LAST      DATE
PO SEQ #:      U/M                                  PROM    REC #     REC'D
QTY ORD :
QTY REC :
QTY CNTR:
CNTR ID :                  CRIB:     N/R:   DIR CHARGE:  RIP:   CHEM CD:
ORD STAT:                           WHO ORD:
I00003-INQUIRY COMPLETE

PF01: HELP          PF04: BLANK SCREEN  PF07: STOCK STATUS  PF10: PR ITEM
PF02: GO TO         PF05: RECEIPT HDR   PF08: ITEM REC INQ  PF11: SCROLL FWR
PF03: PREVIOUS MENU PF06: ORD REC INQ   PF09: ITEM ORD INQ  PASSWORD:
```

**Da:** Paola Strazza
**Inviato:** giovedì 11 agosto 2005 10.26
**A:** Elisa Pramotton
**Cc:** Osvaldo Tappero
**Oggetto:** I: PO S3S32286 - 26106509, 26106510... Etc

Nella fattura de emettere a DELPHI USA per la merce in partenza venerdì 12/08 vanno aggiunti i costi per le casse legno.
E' stato concordato col cliente 60€ a cassa legno, dovrebbero essere 9 casse. Mettere nelle note "9 wooden containers".

Grazie
Paola
-----Messaggio originale-----
**Da:** alexis.bour [mailto:alexis.bour@delphi.com]
**Inviato:** mercoledì 10 agosto 2005 16.14
**A:** Paola Strazza
**Cc:** Gokey, Tara S; Olson, Dennis
**Oggetto:** RE: PO S3S32286 - 26106509, 26106510... Etc

Yes.

**Alexis Bour**
**Metallic Commodity Manager**
**Delphi - Steering**

**De :** Paola Strazza [mailto:paola.strazza@gruppotecnomec.com]
**Envoyé :** mercredi 10 août 2005 15:31
**À :** Bour, Alexis
**Objet :** R: PO S3S32286 - 26106509, 26106510... Etc

We are going to send all quantities a part from PN 26117788 which will be only partially delivered.
Should we add the containers cost on the invoice?

Thanks and regards
Paola Strazza
Logistic dept Tecnomec

**Da:** alexis.bour [mailto:alexis.bour@delphi.com]
**Inviato:** mercoledì 10 agosto 2005 15.10
**A:** Paola Strazza
**Cc:** Dugdale, Robert
**Oggetto:** RE: PO S3S32286 - 26106509, 26106510... Etc

We will pay for the containers but I need you to confirm that you will ship the full volume (cf my email of yesterday).

Thanks,

**Alexis Bour**
**Metallic Commodity Manager**
**Delphi – Steering**

**De :** Paola Strazza [mailto:paola.strazza@gruppotecnomec.com]
**Envoyé :** mercredi 10 août 2005 14:39
**À :** Osvaldo Tappero; Gokey, Tara S
**Cc :** Curler, Amanda; Batten, Lin R; Olson, Dennis ; Lake, Tom; Stearns, David J; Toth,

Jeffrey ; Dugdale, Robert; Bour, Alexis
**Objet :** R: PO S3S32286 - 26106509, 26106510... Etc

Hi Tara,

we are organizing the shipment of parts required but I have some problem with the packaging.
For PN 26079510, 26110364 and 26114356 we should use wooden container because the parts are very heavy and large.
Of course this causes an increase in costs. The wooden containers cost 60€/each and for the above mentioned parts we are going to use 9/10 containers.
Please let me know how can I manage this problem. I'd like to send the goods on friday 12th.
I wait for your kind replay.
BR
Paola Strazza

**From:** Gokey, Tara S
**Sent:** Monday, July 18, 2005 12:14 PM
**To:** 'osvaldo.tappero@gruppotecnomec.com'
**Cc:** Curler, Amanda; Batten, Lin R; Olson, Dennis ; Lake, Tom; Stearns, David J; Toth, Jeffrey ; Dugdale, Robert
**Subject:** RE: PO S3S32286 - 26106509, 26106510... Etc

Osvaldo TAPPERO

Please ship the parts to ...

Omni Warehouse
966 Bridgeview South
Saginaw, MI 48604

Please ship DHL, using DHL account number 960320293.  I do not think that there is a VAT number, but I am not sure. On the email below, you state that you want us to send you the money before you send the parts.  We can not do that.  Our payment terms are 2nd day, 2nd month.  It takes about 60 + 2 days for the payment.

Tara Gokey
Delphi Steering
989-757-3872

| United States Bankruptcy Court Southern District Of New York | PROOF OF CLAIM |
|---|---|
| | This Space For Court Use Only |

Name of Debtor **DELPHI AUTOMOTIVE SYSTEMS LLC trading as Delphi Saganaw Steering Systems**

Case Number **05-44640**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**TECNOMEC S.r.l.**

Name and Address where notices should be sent:

**TECNOMEC S.r.l.
Via Nazionale 11
Regione Remise
11020 Arnad (AO)
ITALY**

**Telephone number: 00 39 0125 968 511**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Account or other number by which creditor identifies debtor:
Customer Number 010993

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
- X☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
     (date)       (date)

**2. Date debt was incurred:**
18 August 2005 (Invoice 3362 - copy attached) Purchase Order
S3S32286

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describer your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $1076.77 (€870.40)

X☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000,* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $1076.77 (€870.40) (Unsecured)

| | |
|---|---|
| (Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 - see attached) | $1076.77 (€870.40)(Total) |

  * If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

Date: DEC 03 06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any.)

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# TECNOMEC S.r.l.

Cap. Soc. € 416.000 I.V.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Via Nazionale, 11
Tel. +39 0125 966.511 - Fax +39 0125 966.374
E-mail: mail@gruppotecnomec.com

N° di registrazione e Cod. Fiscale 01041600073
R.E.A. n° 31119 AOSTA - Part. IVA: 01041600073 - VAT n. IT 01041600073
Soggetta a Direzione e Coordinamento ex Art. 2497bis C.C. da parte di T.H. S.r.l. Arnad (AO) Cod. Fiscale 07741960019

**STAMPAGGIO LAMIERA**
**COSTRUZIONE STAMPI**
**COSTRUZIONI MECCANICHE**

Spett.le
**DELPHI SAGINAW STEERING SYSTEMS**
3900 HOLLAND ROAD
48601 SAGINAW MICHIGAN - 8494 U

| FATTURA | | |
|---|---|---|
| DATA | NUMERO | % IVA |
| 18/08/2005 | 3082 | |

**PAGAMENTO FATTURA**
P.ORDER SSSS2298 23/06/05

**PARTITA IVA CLIENTE:**
**CODICE CLIENTE:** 010693

**PAG.** 2   **CODICE FORNITORE**

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITA' | PREZZO | IMPORTO |
|---|---|---|---|---|---|---|
| | | preferential origin. | | | | |

Dichiaro sotto la mia propria e personale responsabilità in
proposito che i dati della bolla sopra indicati sono validi, che
la parte venditrice della presente fattura è nata a Verità e che
i prodotti venduti o la transazione in oggetto forma o può
essere mediata va a favore o a carico dell'impresa da me
rappresentata in relazione all'operazione per cui è stata
emessa la bolla stessa.

Ai sensi dell'articolo 11 del D.M. 12-3-1931 dichiariamo
che i documenti allegati sono veritieri / la presente
documentazione è resa nostra responsabilità circa la
schedatura del loro contenuto / sua contenuto.

TECNOMEC S.r.l.

ELISA PRAMOTTON ARNAD 16/08/05

_Elise Pramotton_

| SCARICO DI LAVORAZIONE | |
|---|---|
| DATA | NUMERO |
| | |

| RIEPILOGHI IVA | | |
|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA |
| 870,40 | NI | Non Imp.Art.8 |

Operazione non imponibile ai sensi
Art. 8, D.P.R. 633 del 26.10.72 e
successive modificazioni.

| TOTALE IMPONIBILE | 870,40 |
|---|---|
| TOTALE IMPOSTA | |
| BOLLI | |
| TOTALE FATTURA | 870,40 |

EURO

**BANCA D'APPOGGIO**

**CONDIZIONI DI PAGAMENTO**
R.D. ricevimento fattura

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

28

09-APR-2004  13:59     TECNOMEC SRL     390125966374                    P.60/64
390125966374

# TECNOMEC S.r.l.    Cap. Soc. € 416.000 I.V.

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Via Nazionale, 11
Tel. +39 0125 966.511 - Fax +39 0125 966.374
E-mail: mail@gruppotecnomec.com

N° di registrazione e Cod. Fiscale 00041806073
R.E.A. n° 31119 AOSTA - Part. IVA: 00041806073 - VAT n. IT 00041806073
Soggetta a Direzione e Coordinamento ex Art. 2478bis C.C. da parte di T.H. S.r.l. Arnad (AO) Cod. Fiscale 07741806019

Spett.le

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
48601   SAGINAW MICHIGAN - 9494 U

DOCUMENTO FATTURA
P.ORDER SSSx2260 23/08/05

| PAG. | CODICE FORNITORE | CODICE CLIENTE | PARTITA IVA CLIENTE | | D.D.T. | | FATTURA | |
|---|---|---|---|---|---|---|---|---|
| | | | | | NUMERO | DATA | DATA | NUMERO |
| 1 | | 010993 | | | 003589 | 18/08/2005 | 18/08/2005 | 3382 |

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITA | PREZZO | IMPORTO | % IVA |
|---|---|---|---|---|---|---|---|
| 032208  0060 | 26117788 | BRACKET ASS.- STAFFA C. NET WEIGHT KG 314 GROSS WEIGHT KG 350 N. OF ITEMS  002 CURRENCY: EURO DELIVERY: EXW Arnad SHIP TO: OMNI WAREHOUSE 969 BRIDGEVIEW SOUTH SAGINAW, MI 48604 The exporter of the products covered by this document declares that except where otherwise clearly indicated, these products are of Italy | N. | 640,00 | 1,36000 | 870,40 | NI |
| *** SEGUE *** | | | | | | | |

| SCARICO O LAVORAZIONE | |
|---|---|
| DATA | NUMERO |

| BANCA D'APPOGGIO |
|---|
| CONDIZIONI DI PAGAMENTO |

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|
| | | | | |

| IMPONIBILE | RIEPILOGHI IVA | | | TOTALE IMPONIBILE |
|---|---|---|---|---|
| | % ALIQUOTA | IMPOSTA | | |
| | | | | TOTALE IMPOSTA |
| SPESE TRATTA | BOLLI | | | BOLLI |
| | | | | TOTALE FATTURA |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

29





APESCE

DOGANA DI ORIO AL SERIO (007)
Merce esportata con bolletta cumulativa
raggruppata in possesso del corriere aereo
DHL Express (Italy) Srl Orio al Serio (BG)
(Circ. 290/73 - Prot. 31030/10 24/3/73 D.G.D.)   H A W B :      5 2 3 8 8 3 3 2 7 2
Ex 1 N.      3994      19/08/2005
-N. reg. necc.      49916P   22/08/2005.
Operazione effettuata in procedura domiciliata
PS - AUT.MIN. MI/23/SR COD.MEC.298M
                    Per DHL Express (Italy) Srl
                    p.d. Fabio Asoherio

D O C U M E N T O   F I S C A L E   V A L I D O   A I   F I N I
D E L L E   R E G I S T R A Z I O N I   C O N T A B I L I



RICEVUTO
1 8 NOV. 2005

Spett.
TECNOMEC
VIA NAZIONALE 11 REG RENISE
10020 ARHAD                    AO

Merce uscita dal territorio doganale U.E come da
V. uscire apposto dalla Dogana di Orio al Serio
In data 20/08/2005 sulla bolletta Ex 1 sopra indicata
Circ. 185/D prot. 1031/U 27/06/1997 D.G.D.

-2.11.05
N.10

05 APR 2007 13:59 TECNOMEC SRL 390125966374 P.63/64

390125966374

# TECNOMEC srl

Cap. Soc. € 416.000 I.V.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Via Nazionale, 11
Tel +39 0125 966.211 - Fax +39 0125 966.374
E.mail: mail@gruppoboneri.com

N° di registrazione e Cod. Fiscale 00041600073
R.E.A. n° 31119 AOSTA - Part. IVA: 00041600073 - VAT n. IT 00041600073
Soggetta a Direzione e Coordinamento ex Art. 2497bis C.C. da parte di T.H. S.r.l. Arnad (AO) Cod. Fiscale 0774198001B

**STAMPAGGIO LAMIERA**
**COSTRUZIONE STAMPI**
**COSTRUZIONI MECCANICHE**

Spett.le

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
48601 SAGINAW MICHIGAN - 9484 U

| FATTURA | | |
|---|---|---|
| DATA | NUMERO | |
| 12/08/2005 | 3361 | % IVA |

| COMANDO FATTURA | | | | | | | |
|---|---|---|---|---|---|---|---|
| P.ORDER S3502298 2300805 | | CODICE FORNITORE | CODICE CLIENTE | PARTITA IVA CLIENTE | | | |
| | | | 0100183 | | | | |

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | NUMERO | D.D.T. DATA |
|---|---|---|---|---|---|---|---|---|
| | | 940 BRIDGEVIEW SOUTH SAGINAW, MI 48604 The exporter of the products covered by this document declares that except where otherwise clearly indicated, these products are of Italy preferential origin. | | | | | | |
| | | ELISA PRAMOTTON    ARNAD 12/08/05 | | | | | | |

PAG. 2

Dichiaro sotto la mia libera e personale responsabilità ed a pienissima... (testo poco leggibile)

| SCARICO DI LAVORAZIONE | | |
|---|---|---|
| DATA | NUMERO | |

| BANCA D'APPOGGIO | | | | |
|---|---|---|---|---|
| CONDIZIONI DI PAGAMENTO | | | | |
| R.D. ricevimento fatture | | | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA
Contributo Ambientale CONAI Assolto ove dovuto

| RIEPILOGHI IVA | | |
|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA |
| 5.894,30 | NI | Non Imp.Art.8 |

Operazione non imponibile ai sensi
Art. 8, D.P.R. 1633 del 26.10.72 e
successive modificazioni.

| SPESE TRATTA | BOLLI | |
|---|---|---|

| TOTALE IMPONIBILE | 5.894,30 |
|---|---|
| TOTALE IMPOSTA | |
| BOLLI | |
| TOTALE FATTURA | 5.894,30 |

EURO

32

05-APR-2007   13:5?        TECNOMEC SRL        390125966374        P.46/64

390125966374

## PROOF OF CLAIM
*This Space For Court Use Only*

**United States Bankruptcy Court Southern District Of New York**

Name of Debtor DELPHI AUTOMOTIVE SYSTEMS LLC trading as Delphi Automotive Systems Prototype Operations and Delphi Saginaw Steering Systems

Case Number 05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**TECNOMEC S.r.l.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
**TECNOMEC S.r.l.**
**Via Nazionale 11**
**Regione Remise**
**11020 Arnad (AO)**
**ITALY**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number: 00 39 0125 968 511**

Account or other number by which creditor identifies debtor:
**Customer Number 010993**

*This Space For Court Use Only*

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- X ☐ Other – cost of modifying printer pursuant to Purchase Order S3S24639

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)          (date)

**2. Date debt was incurred:**
31 October 2003(Invoice 4118 Purchase Order S3S24639 copies attached)

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim** $4082.43 (E3300)
x ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

4082.43 (E3300)(Total)

**5. Total Amount of Claim at Time Case Filed:** $ 4082.43 (E3300) (Unsecured)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see-attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

*This Space For Court Use Only*

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 01 03 06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *[signature]*

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

390125966374

# TECNOMEC s.r.l.    Cap. Soc. € 416.000 I.V.

*Direzione, Sede e Stabilimento:*
11020 ARNAD (AO) - Via Nazionale, 11
Tel. +39 0125 966.511 - Fax +39 0125 966.374
E.mail: mail@gruppotecnomec.com

Registro Imprese di Aosta n° iscrizione e C. F. 00041600073
R.E.A. n. 31119 AOSTA - Part. IVA: 00041600073 - VAT n. IT 00041600073

**STAMPAGGIO LAMIERA**
**COSTRUZIONE STAMPI**
**COSTRUZIONI MECCANICHE**

Spett.le
DELPHI AUTOMOTIVE SYSTEMS PROTOTYPE OPERATIONS
1900 HOLLAND RD. DEPT. 14
09080   48601 SAGINAW MI   US

| | FATTURA | |
|---|---|---|
| | NUMERO | 418 |
| | DATA | DATA |
| | 31/10/2003 | |

| Cod. Fornitore: | |
|---|---|
| CODICE CLIENTE | PARTITA IVA CLIENTE |
| 010493 | Non Imp.Art.8 |

Pag. 1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | SCARICO C/ LAVORAZIONE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DATA | NUMERO |
| POWDER S3524439 10/09/03 | | MODIFICA ATTREZZATURA REF P/N 2R096579 - DESIGN & BUILD INSERT FOR EXISTING PRODUCTION TOOLING POWDER S3524439 10/09/03 ITEM SEQUENCE 00001 ITEM IDENTIFICATION NO PR393511 001 | N. | 1,00 | 3300,00000 | 3.300,00 | | |

COMMENTO FATTURA

| REPILOGHI I.V.A. | | |
|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA |
| 3.300,00 | NI. | Non Imp.Art.8 |

| TOTALE IMPONIBILE | 3.300,0 |
|---|---|
| TOTALE IMPOSTA | |
| BOLLI | |
| TOTALE FATTURA | 3.300,0 |

EURO

| BANCA D'APPOGGIO | | | | |
|---|---|---|---|---|
| CONDIZIONI DI PAGAMENTO | | | | |
| Rimessa diretta 60 gg fine mese | | | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
| | | | | |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

34

05-APR-2007  13:57      TECNOMEC SRL                                    390125966374        P.48/64

390125966374

# PURCHASE

## ORDER: S3S24639

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item identification Number(s) must be shown on Packing Slip.

| | |
|---|---|
| PHONE: 989-757- | Buyer |
| J. SANBORN | |
| S18 | PURCHAS |

| ORDER DATE | |
|---|---|
| 09/18/03 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

3300.0000

OK S.
SHAW

SHIP VIA: SEE BELOW

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**TO:**
VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
ARNAD IT
11029
ITALY

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | |
| | | | ENGINEERING CONTROLLED - NO INSPECTION REQUIRED | | 0.00% | |
| 00001 | 1 | PR392511 001 | 26096579--- DESIGN & BUILD INSERT FOR EXISTING PRODUCTION TOOLING. (REF P/N 26096579) WHO ORDERED: D.GEITEL/757-3316 | 10/01/03 H | | |
| | | | 26096579--- DESIGN & BUILD INSERT FOR EXISTING PRODUCTION TOOLING (REF P/N 26096579) | | | |
| | | | *********SHIPPING AND ROUTING INSTRUCTIONS*********** LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL, FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW | | | |
| | | | IF SHIPPING FROM---USE THESE CARRIERS: | | | |
| | | | MI,IN,IL,WI,OH ON,(ONTARIO) | ALVAN MOTOR FRT U.S.F.HOLLAND | | |

CONTINUE PAGE 2

ORIGINAL

A000766  USER MELISSA L KALEYTA

35

| United States Bankruptcy Court Southern District Of New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
DELPHI AUTOMOTIVE SYSTEMS LLC

**Case Number** 05-44640

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
TECNOMEC S.r.l.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Address where notices should be sent:**
TECNOMEC S.r.l.
Via Nazionale 11
Regione Remise
11020 Arnad (AO)
ITALY

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number:** 00 39 0125 968 511

This Space For Court Use Only

**Account or other number by which creditor identifies debtor:**
Customer Number 010951

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
- x☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)    (date)

**2. Date debt was incurred:**
9 November 2001 (Invoice 4495 - copy attached) ✔

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $1635 (€1321.64)
x☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $1635 (€1321.64) (Unsecured)                    (Total) $1635 (€1321.64)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

**Date:**
01 03 06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

05-44481-rdd   13:46   TECNOMEC SRL   390125966374   P.03/64

390125966374

**TECNOMEC S.r.l.**   Cap. Soc. L. 800.000.000 I.V.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Reg. Remise - Via Nazionale, 11
Tel. 0125 966.511 - Fax 0125 966.374
Deposito e Recapito:
10065 GRUGLIASCO (TO) - C.so C. Allamano, 19 - Tel. 011 784.398
Registro Imprese Tribunale Aosta n. AO 0039557 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 0004180073 - VAT n. IT 0004180073

**FATTURA**

| | DATA | NUMERO |
|---|---|---|
| | 09/11/2001 | 4485 |

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CEN
46004   PO BOX 9005 KOKOMO IN USA

Cod. Fornitore: 023848

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| 019451 | |

**COMMENTO FATTURA**

Pag.   1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | % IV. |
|---|---|---|---|---|---|---|---|
| 453509 | 16210830 | SPRING-LOCK - MOLLA | N. | 13512,00 | 0,095 | 1.321,64 | N. |
| | | PESO NETTO KG 65 | | | | | |
| | | PESO LORDO KG 70 | | | | | |
| | | N. COLLI 14 | | | | | |
| | | VALUTA: EURO) | | | | | |
| | | SHIP TO: Delphi Delco Electronics Systems | | | | | |
| | | 601 Joaquin Cavazos Road | | | | | |
| | | Los Indios, Texas 78567   USA | | | | | |

D.D.T.

| NUMERO | DATA |
|---|---|
| 4558 | 09/11/2001 |

MATERIALI PRODOTTI IN ITALIA

<<Ai sensi dell'articolo 11 del D.M. 12/07/691 dichiariamo
che i documenti allegati sono veritieri / la presente
documento est veritiero assumendo ogni responsabilità
circa la veridicità del tivo costantoducio contenuto>>

Diciaro sotto la mia piena e personale responsabilità ed
in particolare agli effetti delle vigenti disposizioni valutarie,
che il prezzo indicato nella presente fattura è vero e reale
e che pertanto nessun'altra integrazione in qualsiasi forma
o con qualsiasi modalità va a favore o a carico dell'impresa
da me rappresentata in relazione all'operazione per cui è
state emessa la fattura stessa.

| IMPONIBILE LIT | 2.559.057 | IVA LIT | TOT.FATTURA LIT | 2.559.057 |
|---|---|---|---|---|

**RIEPILOGHI I.V.A.**

| N. | % ALIQUOTA | IMPONIBILE | IMPOSTA |
|---|---|---|---|
| N1 | Non 1op. Art. 8 | 1.321,64 | |

Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del
28/10/72 e successive modificazioni

| SCARICO CL/LAVORAZIONE | | |
|---|---|---|
| DATA | NUMERO | |

SCAD. CL/LAVORAZIONE

| TOTALE IMPONIBILE | 1.321,64 |
|---|---|
| TOTALE IMPOSTA | |

BOLLO

| SPESE TRATTA | BOLLI |
|---|---|

| | TOTALE FATTURA |
|---|---|
| EUR | 1.321,64 |

**BANCA D'APPOGGIO**

**CONDIZIONI DI PAGAMENTO**

Rimessa diretta  60 gg fine mese

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

37

COMUNITÀ EUROPEA

**3**

Direzione Compartimentale delle Dogane e delle II. II. REG. LOMBARDIA = AUT.NE PRESTAMPA NR. 11894/REL'27.08.90 AUT.NE PRENUMERAZIONE NR. 3329 DEL 21.08.1994.

Esemplare per lo spedizioniere / esportatore

| 2 Speditore / Esportatore | N. 00041600073 | 1 DICHIARAZIONE | | |
|---|---|---|---|---|
| 145604 | | EX 1 T2 | 313 TC/EG | 13/11/01 |
| TECNOMEC SRL | | 3 Formulari | PANALPINA S.P.A. | |
| VIA NAZIONALE. 11 | | 1 01 | AUT. MIN. N. 0167/CS | |
| 11020    ARNAD | | 5 Articoli | 6 Totale dei colli | 7 Numero di riferimento |
| | | 1 | 14 | 00745260158/529430/X |

8 Destinatario          N.

9 Responsabile finanziario          N.

13/11/01

DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNT PAYABLE N 1 CORP. CEN
46904 PO BOX 9005 KOKOMO USA

| 10 Paese prima destinaz | 11 Paese di transizione | 13 P.A.C. |
|---|---|---|

| 14 Dichiarante/Rappresentante N.00745260158 | 15 Paese di spedizione / esportazione | 16 Cod. P. sped./export. | 17 Cod. P. destinaz. |
|---|---|---|---|
| PANALPINA SPA | ITALIA | 005 | 400 |
| PANALPINA SPA RAP.IND | 16 Paese di origine | 17 Paese di destinazione | |
| | USA | | |

| 18 Identità e nazionalità del mezzo di trasporto alla partenza | 19 Ctr. | 20 Condizioni di consegna | | |
|---|---|---|---|---|
| 513 0070 9236 | 005 0 | EXW PARTENZA | | 1 |
| 21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera | 22 Moneta ed importo totale fatturato | 23 Tasso di cambio | 24 Natura della transazione |
| | 900 | 1321.64 | 1936.270 | 11 |

| 25 Modo di trasporto alla frontiera | 26 Modo di trasporto interno | 27 Luogo di carico | 28 Dati finanziari e bancari |
|---|---|---|---|
| 3 | 3 | | PROTOCOLLO N 221 DEL 13/11/01 |

| 29 Ufficio di uscita | 30 Localizzazione delle merci | |
|---|---|---|
| 075140 | | |

| 31 Colli e descrizione delle merci | Marche e numeri - N. contenitori - Quantità e natura | 32 Articolo N. | 33 Codice delle merci |
|---|---|---|---|
| | COLLI      14 | 011 | 73202089   90 |
| | MOLLE ALTRE DI FERRO O DI ACCIAIO | 34 Cod. P. di origine | 35 Massa lorda (kg) |
| | | AO | 78.00 |
| | | 37 REGIME | 38 Massa netta (kg) | 39 Contingenti |
| | | 10 00 1 | 65.00 | |

40 Dichiarazione sommaria / Documento precedente

41 Unità supplementari

Codice MS

| 44 Menzioni speciali/ Documenti presentati/ Certificati ed autorizzazioni | FATT N 4495 DEL 091101 | 46 Valore statistico |
|---|---|---|
| | | RET-EXP | 2559062 |

| 47 Calcolo delle imposizioni | Tipo | Base imponibile | Aliquota | Importo | MP | 48 Dilazione di pagamento |
|---|---|---|---|---|---|---|
| | | | | | | S |

B DATI CONTABILI

49 Identificazione del deposito

**EXPORT**

Totale:

| 50 Obbligato principale | N. 00745260158 | Firma: | C UFFICIO DI PARTENZA |
|---|---|---|---|
| PANALPINA SPA (SPI) | | | 313TC/EG   13/11/01 |
| VIA LAINATE   905 102 | | | |
| 20017RHO | rappresentato da:   LIRONI GUIDO | | |

51 Uffici di passaggio previsti (e paesi)

Luogo e data: MILANO      13/11/01

P.CHIASSO    CHIASSO

| Codice | 53 Ufficio di destinazione (e paese) |
|---|---|
| 1 LUSSEMBURGO ADP |

| 52 Garanzia non valida per: | N.13 DEL 020600 CIR.DOG.MILANO | Timbro: | 54 Luogo e data: MILANO   13/11/01 |
|---|---|---|---|

Firma e nome del dichiarante / rappresentante:

D CONTROLLO DELL'UFFICIO DI PARTENZA

Risultato: PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS

Suggelli apposti: Numero:

marche: PANALPINA RHO        PANALPINA SPA RHO

Termine (data limite):       28/11/01

Firma:                                          PANALPINA SPA



| PURCHASE ORDER | | | DATE 04/20/99 | Purchase Order No. 450500 |

USE THIS NUMBER ON ALL PACKING SLIPS

# DELPHI
Automotive Systems

RICEVUTO 26 APR. 1999
010951

PAGE   1

SHIP TO:
**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR:
TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD   ITALY
IT   11029

PG VUILLERMON  39-125-96851

| M | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|----------|---------------------|--------------------------|-----------|---|
| )Y | )REQ.CONT | 16210830 | SPRING-LOCK | .10017 | PC |

REQUIREMENTS CONTRACT FOR APPROXIMATELY 100%
OF OUR MODEL YEAR 1999 PURCHASES
SHIP AS SCHEDULED

CURRENCY CODE: ITL   PRICE: 177.30

```
***********************************************
* THIS PURCHASE ORDER IS ISSUED AND IS TO BE  *
* INVOICED IN THE CURRENCY OF THE COUNTRY AS  *
* SHOWN.  THE U.S. DOLLAR AMOUNT IS FOR DELPHI*
* DELCO ELECTRONICS SYSTEMS INTERNAL REFERENCE*
* ONLY.                                       *
***********************************************
```

/////////////////////////////////////////////
/THE ULTIMATE DESTINATION OF THIS PURCHASE ORDER IS MEXI
/WHEN SHIPPING FROM MEXICO, USE THE FOLLOWING "SHIP TO"
/ADDRESS.
/
/                PARQUE INDUSTRIAL DEL NORT
/                H. MATAMOROS TAM.
/                MATAMOROS, MEXICO
/
/        STATE OF TEXAS DIRECT PAYMENT AUTHORIZATION
/        NUMBER 3-00093-5831-5
/
/        THE UNDERSIGNED HEREBY CLAIMS EXEMPTION FROM THE

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| ...ER | TERMS | | FOB FOB ORG , FRT COL | SHIP VIA | SHIP TO ARRIVE |
|-------|-------|---|---------|----------|---------------|
| 2384A | NET  MNS-2 | | | DE NAMED CARRIER | ABOVE |

| ...ERAL LEDGER ACCT | ...00100 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains
...e complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that
...e goods ordered and/or shipped hereunder are by nature subject to Federal sales tax, the following exemption certificate of Registration No. 38 73 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or
...rticles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY
...CCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

EE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

...UTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment
... such imposed on any purchase. ...ere, storage or other consumption of tangible personal property or services.
...O NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 989693611 001 0.

**PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER**

T. PEENEY
BUYER

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

PHONE A/C

39

PURCHASING DIRECTOR

ORIGINAL        PAGE   1 CONTINUED

Rev. 4/971

05-APR-2007  13:49      TECNOMEC SRL                  390125966374      P.06/64
390125966374

| | PURCHASE ORDER | |
|---|---|---|

<table>
<tr><td>DATE</td><td>04/20/99</td><td>Purchase Order No.<br>450500</td></tr>
</table>

USE THIS NUMBER ON ALL
PACKING SLIPS

# DELPHI
### Automotive Systems

PAGE   2

SHIP TO

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD    ITALY
IT    11029

PG VUILLERMON   39-125-96851

INVOICE

| M | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U/ |
|---|---|---|---|---|---|
| | | | / PAYMENT OF STATE, LOCAL AND MTA SALES & USE TAXES<br>/ UPON ITS PURCHASES OF TAXABLE ITEMS.<br>/ PERMIT HOLDER: DELPHI DELCO ELECTRONICS SYSTEMS<br>/////////////////////////////////////////////////////// | | |
| | | | 04/20/99 - EFFECTIVE DATE OF ORDER<br>/// FAILURE ANALYSIS/CORRECTIVE ACTION:<br>///     SUPPLIERS ARE EXPECTED TO PERFORM FAILURE<br>///     ANALYSIS ON DEFECTIVE MATERIAL RETURNED BY<br>///     DELPHI DELCO ELECTRONICS SYSTEMS. IRREVERSIBLE<br>///     CORRECTIVE ACTION PLANS FOR THESE FAILURES<br>///     MUST BE DEVELOPED AND IMPLEMENTED. THE PLANS<br>///     WITH EFFECTIVE DATES ARE TO BE REPORTED BACK<br>///     TO DELPHI-D. | | / |
| | | | **************************************************<br>*  MATERIAL PULL SYSTEM TERMS AND CONDITIONS     *<br>*                                                *<br>* 1. DELIVERY SCHEDULES: THE BUYER SHALL TRANSMIT *<br>* TO THE SELLER A DELIVERY SCHEDULE (PULL SIGNAL) *<br>* FROM TIME TO TIME BY ELECTRONIC MEANS THAT IS   *<br>* SPECIFIED BY THE BUYER. THE PULL SIGNAL SHALL   *<br>* SPECIFY THE REVISION LEVEL, QUANTITY, AND TIME  *<br>* THAT DELIVERY OF GOODS SHALL BE MADE FROM THE   *<br>* SELLER TO THE BUYER. THE BUYER SHALL NOT BE     *<br>* REQUIRED TO MAKE PAYMENT FOR GOODS DELIVERED TO *| | |

These Numbers Must Appear on All
Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| JER | TERMS | FOB | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|---|
| 2384A | NET   MNS-2 | FOB ORG , FRT COL | DE NAMED CARRIER | ABOVE |

| SRAL LEDGER ACCT | SCANT | 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO.<br>OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY | |
|---|---|---|---|---|---|---|---|---|---|

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if this work and material is for use on a United States Government Contract), contains a complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38 73 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or titles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

SE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment of tax imposed on any purchase, use, storage or other consumption of tangible personal property or service.
HOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 082830811 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
BUYER

ONE CORPORATE CENTER · PO BOX 9005
Kokomo, Indiana 46904-9005

PHONE A/C

PURCHASING DIRECTOR

Rev. 4/97)

40
ORIGINAL      PAGE   2 CONTINUED

R

| PURCHASE ORDER | | | DATE 04/20/99 | Purchase Order No. 450500 |
|---|---|---|---|---|

USE THIS NUMBER ON ALL
PACKING SLIPS

# DELPHI
*Automotive Systems*

PAGE   3

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

**VENDOR**

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD     ITALY
IT    11029

PG VUILLERMON  39-125-96851

| M | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| | | | * BUYER WHICH ARE IN EXCESS OF THE QUANTITY * | |
| | | | * SPECIFIED IN THE BUYER'S PULL SIGNAL. * | |
| | | | * 2. MATERIAL COMMITMENT AUTHORIZATION:  THE BUYER * | |
| | | | * AGREES TO PURCHASE FROM THE SELLER A SPECIFIC * | |
| | | | * AMOUNT OF GOODS (HEREAFTER REFERRED TO AS "THE * | |
| | | | * COMMITTED QUANTITY") LISTED ON THE BUYER'S * | |
| | | | * "SUPPLIER PLANNING DOCUMENT" (SPD).  THE * | |
| | | | * COMMITTED QUANTITY SHALL BE MEASURED ON THE SPD * | |
| | | | * AS A TOTAL QUANTITY OVER THE PERIOD OF TIME * | |
| | | | * BETWEEN THE MOST RECENT PLANNING WEEK AND * | |
| | | | * TWELVE (12) CONSECUTIVE, SUBSEQUENT WEEKS, * | |
| | | | * INCLUSIVE. THE BUYER RESERVES THE RIGHT TO UPDATE * | |
| | | | * AND CHANGE THE SPD FROM TIME TO TIME. THE SELLER * | |
| | | | * AGREES THAT NO MORE THAN FOUR WEEKS OF THE * | |
| | | | * COMMITTED QUANTITY SHALL BE PROCESSED INTO A * | |
| | | | * FINISHED STATE THAT IS READY FOR DELIVERY TO THE * | |
| | | | * BUYER UNLESS OTHERWISE APPROVED BY THE BUYER IN * | |
| | | | * WRITING.  THE BALANCE OF THE COMMITTED MATERIAL * | |
| | | | * IS TO BE WORK IN PROCESS VALUED AT NO MORE THAN * | |
| | | | * FIFTY PERCENT (50%) OF THE PURCHASE PRICE. * | |
| | | | * 3. CONFLICTING TERMS: THE MATERIAL PULL SYSTEM * | |
| | | | * TERMS AND CONDITIONS PRINTED ON THE BACK OF OR * | |
| | | | * ATTACHED TO THIS PURCHASE ORDER, SHALL BE * | |
| | | | * CONSTRUED TO THE EXTENT REASONABLE, AS CONSISTENT. * | |
| | | | * IF THEY ARE INCONSISTENT, THE TERMS AND CONDITIONS* | |

These Numbers Must Appear on All
Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| JER | TERMS | FOB | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|---|
| 2384A | NET   MNS-2 | FOB ORG , FRT COL | DE NAMED CARRIER | ABOVE |

| ERAL LEDGER ACCT | 301000 PLANT 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|

ERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract, consti a complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent th s goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 36 73 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article ticles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES I CCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

SE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

.THORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct paym such imposed on any purchase, use, storage or other consumption of tangible personal property or service.
O NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE No. 366533611 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

F. PEENEY
BUYER

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

PHONE A/C

Rev. 4/97)

41

ORIGINAL    PAGE   3 CONTINUED

PURCHASING DIRECTOR

## PURCHASE ORDER

| DATE | Purchase Order No. |
|---|---|
| 04/20/99 | 450500 |

USE THIS NUMBER ON ALL PACKING SLIPS

# DELPHI
### Automotive Systems

PAGE   4

**Delco Electronics Systems**
PLANT 85
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

SHIP TO

INVOICE TO

**VENDOR**
TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD    ITALY
IT   11029

PG VUILLERMON  39-125-96851

| M | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | * ON THE FACE OF THIS PURCHASE ORDER SHALL CONTROL. * <br> ************************************************** <br> "SUPPLIERS ARE REQUIRED TO MEET THE REQUIREMENTS <br> OF DELPHI DELCO ELECTRONICS SYSTEMS (DELPHI-D) <br> PRODUCTION PART APPROVAL PROCESS AS DESCRIBED IN <br> THE SUPPLIER QUALITY IMPROVEMENT PROCESS PLUS FOR <br> SUPPLIERS (SQIP PLUS) AND IN THE PRODUCTION PART <br> APPROVAL PROCESS MANUAL. THE SQIP PLUS MANUAL <br> (GM2500) IS AVAILABLE FROM BOISE CASCADE (810-758- <br> 5400) AND THE PRODUCTION PART APPROVAL PROCESS <br> MANUAL IS AVILABLE FROM AIAG (810-358-3003). <br> SUPPLIERS MUST HAVE PART MANUFACTURING SITE APPROVAL <br> PRIOR TO SHIPPING PRODUCTION QUANTITIES.  CONTACT <br> DELPHI-D ADVANCED QUALITY ENGINEERING REGARDING ANY <br> QUESTIONS ON THE APPROVAL PROCESS OR STATUS. CONTACT <br> DELPHI-D COMPONENT ENGINEERING PARTS TRACKING <br> SERVICES FOR STATUS ONLY QUESTIONS." <br> "THE SUPPLIER AGREES TO SUPPLY SERVICE PARTS TO DELPHI <br> DELCO ELECTRONICS SYSTEMS, AND ANY OF ITS DESIGNATED <br> DEALERS AND/OR DISTRIBUTORS, FOR A PERIOD OF UP TO TEN <br> YEARS (OR LONGER WHERE APPLICABLE) AFTER THE LAST YEAR <br> VOLUME PRODUCTION.  ANY CHANGES TO THE AGREED UPON <br> PRICING, BY THE SUPPLIER, MUST BE REQUESTED IN WRITING, <br> SUFFICIENTLY IN ADVANCE OF THAT CHANGE, SO THAT <br> APPROPRIATE ACTION CAN BE TAKEN.  IF AFTER A MINIMUM OF | | |

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS

| IER | TERMS | FOB | FOB ORG , FRT COL | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|---|---|
| 2384A | NET   MNS-2 | | | DE NAMED CARRIER | ABOVE |
| ERAL LEDGER ACCT | SUB-ACCT 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY | |

ERMS & CONDITIONS - This order, including the terms and conditions on this face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains is complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that is goods ordered and/or shipment hereunder are by nature subject to Federal excise tax, the following exemption certificate at Registration No. 36 73 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or rticles specified in this order will be used by it as material in the Manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY CCEPTANCE OF THE ORDER. This order is not binding unal accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

BE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

UTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment f such imposed on any purchase, use, storage or other consumption of tangible personal property or service. O NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 340093511 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

Γ. PEENEY
BUYER                                    PHONE A/C

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

PURCHASING DIRECTOR

42
ORIGINAL      PAGE  4 CONTINUED

Rev. 4/97)                                                                                    R

05-APR-2007  13:50          TECNOMEC SRL                    390125966374      P.09/64

390125966374

## PURCHASE ORDER

| | |
|---|---|
| DATE | Purchase Order No. |
| 04/20/99 | 450500 |

USE THIS NUMBER ON ALL PACKING SLIPS

# DELPHI
### Automotive Systems

PAGE  5

**Delco Electronics Systems**
SHIP TO:
PLANT 88
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR:
TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD    ITALY
IT   11029

PG VUILLERMON  39-125-96851

| QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U/ |
|---|---|---|---|---|
| | | TEN YEARS, THE SUPPLIER PLANS TO DISCONTINUE A MANUFACTU | | |
| | | TECHNOLOGY AND/OR PROCESS THAT WILL IMPACT A DELPHI-D | | |
| | | SERVICE PART, THE SUPPLIER WILL NOTIFY DELPHI-D IN WRITI | | |
| | | IN SUFFICIENT TIME, SO THAT ALTERNATE SOURCING OR A | | |
| | | LIFETIME BUY CAN BE APPROVED.  IN THE MEANTIME, SUPPLIER | | |
| | | MUST CONTINUE SUPPLYING SERVICE PARTS UNTIL AN ALTERNATE | | |
| | | PLAN IS APPROVED BY DELPHI-D. | | |
| | | "SUPPLIERS ARE REQUIRED TO MEET THE DELPHI DELCO | | |
| | | ELECTRONICS SYSTEMS EXPECTATIONS AND REQUIREMENTS | | |
| | | OF SUPPLIERS DETAILED IN THE DELPHI-D SUPPLIER | | |
| | | MANUAL.   THIS MANUAL IS AVAILABLE ON THE WEBSITE | | |
| | | AT WWW.DELPHIAUTO.COM" | | |
| | | RESTRICTED, TOXIC, AND HAZARDOUS MATERIALS - SUPPLIERS A | | |
| | | REQUIRED TO COMPLY WITH CURRENT GOVERNMENTAL AND SAFETY | | |
| | | CONSTRAINTS ON RESTRICTED, TOXIC AND HAZARDOUS MATERIALS | | |
| | | AS WELL AS ENVIRONMENTAL, ELECTRICAL AND ELECTROMAGNETIC | | |
| | | CONSIDERATIONS APPLICABLE TO THE COUNTRY OF MANUFACTURE | | |
| | | SALE.   THIS RELATES TO BOTH THE SALABLE PRODUCT AND THE | | |
| | | MANUFACTURING PROCESSES. (REFER ALSO TO TERMS AND | | |
| | | CONDITIONS NO. 10 "INGREDIENTS DISCLOSURE AND SPECIAL | | |
| | | WARNINGS INSTRUCTIONS"). COMMENCEMENT OF ANY WORK OR | | |
| | | SERVICE UNDER THIS ORDER SHALL CONSTITUTE SELLER'S | | |
| | | ACCEPTANCE OF THESE RESPONSIBILITIES. IF YOU DO NOT ACCE | | |
| | | THESE RESPONSIBILITIES PLEASE CONTACT THE DELPHI DELCO | | |
| | | ELECTRONICS SYSTEMS BUYER. | | |

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS

| ...IER | TERMS | FOR | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|---|
| 2384A | NET  MNS-2 | FOB ORG , FRT COL | DE NAMED CARRIER | ABOVE |

| ...ERAL LEDGER ACCT | ...UNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| 80100 | 1 | | | | | | |

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if this work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38-73-0106A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS AND CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment of such imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 368853611 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
BUYER

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

PHONE A/C

43
ORIGINAL

PURCHASING DIRECTOR

PAGE  5 CONTINUED



| PURCHASE ORDER | | DATE 04/20/99 | Purchase Order No. 450500 |

USE THIS NUMBER ON ALL PACKING SLIPS →

# DELPHI
### Automotive Systems

PAGE   6

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

**VENDOR**
TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD   ITALY
IT   11029

PG VUILLERMON  39-125-96851

| M | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|---|---|---|---|---|
| | | | SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY SELLER, SHALL BE YEAR 2000 COMPLIANT AND SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE PROCESSING (INCLUDING, BUT NOT LIMITED TO, CALCULATING, MANAGING, MANIPULATING, COMPARING AND SEQUENCING) OF DATE AND DATE RELATED DATA, FOR THE YEARS 2000 AND BEYOND. AT BUYER'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. | | |

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS

| LIER | TERMS | | FOB ORG , FRT COL | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|---|---|
| 2384A | NET  MNS-2 | | | DE NAMED CARRIER | ABOVE |

| GENERAL LEDGER ACCT 3010COUNT 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |

**SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.**

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse hereof, (and including additional Terms and Conditions attached herewith if this work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38 73 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that no article or articles specified in this order will be used by as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 82 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment of such imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 982633811 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
**BUYER**

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

PHONE A/C        44        PURCHASING DIRECTOR

ORIGINAL

| | | | |
|---|---|---|---|
| X .11697 1 POA/POA | XXXXXXXXXXXXXXXXXXXXXX X PURCHASE ORDER AMENDMENT X XXXXXXXXXXXXXXXXXXXXXX | DATE 05/21/99 | Purchase Order No. 450500 |

USE THIS NUMBER ON ALL PACKING SLIPS

**DELPHI** RICEVUTO 2 8 MAG. 1999
Automotive Systems
PAGE   1



S H I P T O

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD   ITALY
IT   11029

PG VUILLERMON   39-125-96851

I N V O I C E T O

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| | | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX X AMEND PURCHASE ORDER ( NUMBER SHOWN IN UPPER RIGHT X X CORNER ) TO READ AS FOLLOWS: X XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX X AMENDMENT AMENDMENT AMENDMENT X XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| 001 | REQ.CONT | 16210830 | SPRING-LOCK | |
| | | | EFFECTIVE 06/01/99   0.10302 REQUIREMENTS CONTRACT FOR APPROXIMATELY 100% OF OUR MODEL YEAR 2000 PURCHASES | |
| | | | CURRENCY CODE: ITL   PRICE:  185.30 | |
| | | | *********************************************** * THIS PURCHASE ORDER IS ISSUED AND IS TO BE * * INVOICED IN THE CURRENCY OF THE COUNTRY AS * * SHOWN. THE U.S. DOLLAR AMOUNT IS FOR DELPHI * * DELCO ELECTRONICS SYSTEMS INTERNAL REFERENCE * * ONLY. * *********************************************** | |
| | | | THIS AMENDMENT CORRECTS PRICE AS SHOWN ABOVE | |

↑ These Numbers Must Appear on All Packing Slips   ↑   A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS

| SUPPLIER 82384A | TERMS | FOB | SHIP VIA | SHIP TO ARRIVE ABOVE |
|---|---|---|---|---|
| GM GENERAL LEDGER ACCT | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | FAI | DELIVER TO DEPT. | NOTIFY | |

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), co the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the exte the goods ordered and/or shipped hereunder are by nature subject to Federal sales tax, the following exemption certificate of Registration No. 38 73 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and the articles specified in this order will be used by it as material in the manufacture of, or, as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREI ACCEPTANCE OF THIS ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX: The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct pe of such imposed on any purchase, use, storage or other consumption of tangible personal property of same.
DO NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380820811 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
BUYER   PHONE A/C   PURCHASING DIRECTOR

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005
R 205 (Rev. 4/97)

45   ORIGINAL   PAGE   1 CONTINUED

```
116971    XXXXXXXXXXXXXXXXXXXXXXXXXXX
POA/POA   X PURCHASE ORDER AMENDMENT X
          XXXXXXXXXXXXXXXXXXXXXXXXXXX
```

| DATE | Purchase Order No. |
|------|--------------------|
| 05/21/99 | 450 |

USE THIS NUMBER ON ALL
PACKING SLIPS

# DELPHI
## Automotive Systems

PAGE   2

**VENDOR**

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD   ITALY
IT   11029

PG VUILLERMON   39-125-96851

**SHIP TO / INVOICE TO**

Delco Electronics Systems
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE |
|------|----------|----------------------|--------------------------|------------|

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X AMEND PURCHASE ORDER ( NUMBER SHOWN IN UPPER RIGHT X
X CORNER ) TO READ AS FOLLOWS:                       X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X        AMENDMENT   AMENDMENT   AMENDMENT          X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

THE ULTIMATE DESTINATION OF THIS PURCHASE ORDER IS M
WHEN SHIPPING FROM MEXICO, USE THE FOLLOWING "SHIP T
ADDRESS.
                PARQUE INDUSTRIAL DEL NO
                H. MATAMOROS TAM.
                MATAMOROS, MEXICO

STATE OF TEXAS DIRECT PAYMENT AUTHORIZATION
NUMBER 3-00093-5831-5

THE UNDERSIGNED HEREBY CLAIMS EXEMPTION FROM THE
PAYMENT OF STATE, LOCAL AND MTA SALES & USE TAXES
UPON ITS PURCHASES OF TAXABLE ITEMS.
PERMIT HOLDER: DELPHI DELCO ELECTRONICS SYSTEMS
SELLER, AND ANY GOODS AND SERVICES SUPPLIED
BY SELLER, SHALL BE YEAR 2000 COMPLIANT AND
SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE

These Numbers Must Appear on All
Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| PPLIER | TERMS | | FOB | | | SHIP VIA | |
|--------|-------|--|-----|--|--|----------|--|
| 32384A | | | | | | | |
| ENERAL LEDGER ACCT | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. or PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY | SHIP TO ARRIVE |
| | | | | | | | | ABOVE |

**TERMS & CONDITIONS** - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith) is the work and material is for use on a United States Government Contract, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative, to the extent that articles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

EE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 62 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment if each imposed on any purchase, use, storage or other consumption of tangible personal property or service.
O NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 0822835311 001 0.

**PLEASE ADDRESS ALL CORRESPONDENCE TO**
**THE ATTENTION OF THE BUYER**

• PEENEY
BUYER

ONE CORPORATE CENTER • PO BOX 9005        PHONE A/C
Kokomo, Indiana 46904-9005

(v. 4/97)

46
ORIGINAL    PAGE    2 CONTINUED

PURCHASING DIRECTOR

390125966374                                                                   P.13/64

```
┌──────────┐   XXXXXXXXXXXXXXXXXXXXXXX        ┌─────┐
│ 116971   │   X PURCHASE ORDER AMENDMENT X   │ D A │  05/21/99      450500
│ POA/POA  │   XXXXXXXXXXXXXXXXXXXXXXXXXXXXX   │ T E │  Purchase Order No.
└──────────┘                                  └─────┘
```

USE THIS NUMBER ON ALL
PACKING SLIPS

# DELPHI
### Automotive Systems

PAGE    3

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

```
┌─┐
│V│   TECNOMEC SRL
│E│   VIA NAZIONALE 11 REG REMISE
│N│   ARNAD   ITALY
│D│   IT   11029
│O│
│R│   PG VUILLERMON  39-125-96851
└─┘
```

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE |
|------|----------|----------------------|--------------------------|------------|
| | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| | | X AMEND PURCHASE ORDER ( NUMBER SHOWN IN UPPER RIGHT X | | |
| | | X CORNER ) TO READ AS FOLLOWS: X | | |
| | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| | | X AMENDMENT AMENDMENT AMENDMENT X | | |
| | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| | | PROCESSING (INCLUDING, BUT NOT LIMITED TO, CALCULATING, MANAGING, MANIPULATING, COMPARING AND SEQUENCING) OF DATE AND DATE RELATED DATA, FOR THE YEARS 2000 AND BEYOND. AT BUYER'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. | |

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS

| SUPPLIER | TERMS | FOB | SHIP VIA | SHIP TO ARRIVE |
|----------|-------|-----|----------|----------------|
| 82384A | | | | ABOVE |

| GM GENERAL LEDGER ACCT | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), is the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent the goods ordered under shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 58 79 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the articles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES ACCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment of such imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 362555311 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
BUYER                              PHONE A/C                          PURCHASING DIRECTOR

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

R 205 (Rev. 4/97)                          ORIGINAL

47

| United States Bankruptcy Court Southern District Of New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
DELPHI AUTOMOTIVE SYSTEMS LLC

**Case Number**
05-44640

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
TECNOMEC S.r.l.

**Name and Address where notices should be sent:**
TECNOMEC S.r.l.
Via Nazionale 11
Regione Remise
11020 Arnad (AO)
ITALY

**Telephone number: 00 39 0125 968 511**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

**Account or other number by which creditor identifies debtor:**
Customer Number 010951

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
- X☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred:**
14 November 2001 (Invoice 4500 – copy attached)

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim** $1880.39 (€1520)
X☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if a) none or only part of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 1880.39 (€1520) (Unsecured)  (Total) $1880.39 (€1520)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

Date:
01 03 06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

390125966374

**TECNOMEC S.r.l.**

*Direzione, Sede e Stabilimento:*
11020 ARNAD (AO) - Reg. Remise - Via Nazionale, 11
Tel. 0125 966.311 - Fax 0125 966.374
*Deposito e Recapito:*
10095 GRUGLIASCO (TO) - C.so C. Allamano, 19 - Tel. 011 784.398
Registro Imprese Tribunale Aosta n. AO 0003957 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 00041600073 - VAT n. IT 00041600073

Cap. Soc. L. 600.000.000 I.V.

**STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE**

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP., SER
PO BOX 9005 KOKOMO IN USA
46904

COMMENTO FATTURA

| FATTURA | | |
|---|---|---|
| NUMERO | 390125966374 | % IVA |
| DATA | 14/11/2001 | |

| Cod. Fornitore: 023AA | | |
|---|---|---|
| CODICE CLIENTE | PARTITA IVA CLIENTE | |
| 010951 | 023AA | |

| D.D.T. | |
|---|---|
| NUMERO | DATA |
| 4623 | 11/11/2001 |

Pag.

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO |
|---|---|---|---|---|---|---|
| 650500 | 16210830 | SPRING-LOCK - MOLLA | N. | 26000,00 | 0,095 | 1.520,00 |
| | | PESO NETTO KG 70 | | | | |
| | | PESO LORDO KG 95 | | | | |
| | | N. COLLI    16 | | | | |
| | | VALUTA: EURO | | | | |
| | | SHIP TO: Delphi Delco Electronics Systems | | | | |
| | | 601 Joaquin Cavazos Road | | | | |
| | | Los Indios, Texas 78567    USA | | | | |

MATERIAL PRODOTTI IN ITALIA

49

Dichiaro sotto la mia piena e personale responsabilità ed in particolare agli effetti delle vigenti disposizioni valutarie, che il prezzo complessivo previa presente fattura è vero e reale e che pertanto nessun valore integrazione in qualsiasi forma o con qualsiasi modalità va a favore o a carico dell'impresa da me rappresentata in relazione all'operazione per cui è stata emessa la fattura stessa.

<<Ai sensi dell'articolo 11 del D.M. 12/01/1991 dichiariamo che i documenti eliegati sono veri  / il presente documento est emittido esauriendo negli responsabilità circa la validità dei tipo contenuto/oloso contenuto>>

| IMPONIBILE LIT : | 2.943.138 | IVA LIT : | |
|---|---|---|---|
| IMPONIBILE LIT : | 2.943.138 | IVA LIT : | |

TOT FATTURA LIT :

| BANCA D'APPOGGIO | | | | |
|---|---|---|---|---|
| CONDIZIONI DI PAGAMENTO | | | | |
| Rimessa diretta 60 gg fine mese | | | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

| SCARICO CLAVORAZIONE | |
|---|---|
| DATA | NUMERO |

| RIEPILOGHI I.V.A. | | | |
|---|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA | |
| 1.520,00 | NI | Non imp.Art.6 | |
| Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del 26/10/72 e successive modificazioni. | | | |

| SPESE TRATTA | | BOLLI | |
|---|---|---|---|

| TOTALE IMPONIBILE | 1.520,00 |
|---|---|
| TOTALE IMPOSTA | |
| BOLLI | |

| TOTALE FATTURA | |
|---|---|
| EUR | 1.520 |

05-APR-2007  13:51          TECNOMEC SRL          390125966374          P.15/64

390125966374          489 TC/EG          16/11/01

**COMUNITÀ EUROPEA**

**3**  | 2 Speditore / *Esportazione*   N. 0004100010
145604
TECNOMEC SRL
VIA NAZIONALE, 11
11020    ARNAD

EX  1  T2

**PANALPINA S.P.A.**
**AUT. MIN. N. 0167/CS**

| 3 Formulari | 4 Dist. di carico |
| 1.01 | |

| 5 Articoli | 6 Totale dei colli |
| 1 | 16 |

7 Numero di riferimento
00745260158/529.679/L

8 Destinatario      N.
167920
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
78586      LOS INDIOS   TX  USA

9 Responsabile finanziario    N.
16/11/01

| 10 Paese prima | 11 Paese di tran-sazione | | 13 P.A.C. |

14 Dichiarante/Rappresentante   N. 00745260158
PANALPINA SPA
PANALPINA SPA RAP.IND.

| 15 Paese di spedizione / esportazione | 15 Cod.P. sped./esport. | 17 Cod. P. destinez. |
| ITALIA | a 005 b | 400 |

16 Paese di origine
ITALIA

17 Paese di destinazione
USA

18 Identità e nazionalità del mezzo di trasporto alla partenza    | 19 Cnr. |
172 44666016      005   0

20 Condizioni di consegna
EXW PARTENZA                      1.

21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera
900

22 Moneta ed importo totale fatturato
1520.00

23 Tasso di cambio
1936.270

24 Natu...

| 25 Modo di trasporto alla frontiera | 26 Modo di trasporto interno | 27 Luogo del carico |
| 3 | 3 | |

28 Dati finanziari e bancari
PROTOCOLLO N.   224  DEL 16/11/01

**3** | 29 Ufficio di uscita
075140

30 Località...

31 Colli e descrizione delle merci | Marche e numeri - N. contenitori - Quantità e natura
COLLI  16
ALTRE MOLLE DI FERRO O DI ACCIAIO

| 32 Articolo | 33 Codice delle merci |
| 04 N. | 73209090    90 |

34 Cod. P. di origine
A O

35 Massa lorda (kg)
95.00

37 REGIME
10.00  1

38 Massa netta (kg)
78.00

39 Contingente

40 Dichiarazione sommaria / Documento precedente

41 Unità supplementari

44 Menzioni speciali/ Documenti presentati/ Certificati ed autorizzazioni
FT 4500 DEL 141101

Codice MS

46 Valore statistico
29431.30

RET-EXP

49 Identificazione del deposito
S

47 Calcolo delle imposizioni | Tipo | Base imponibile | Aliquota | Importo | MP

48 Dilazione di pagamento

B DATI CONTABILI

**EXPORT**

Totale: N.   00745260158

50 Obbligato principale
PANALPINA SPA  (SPL)
VIA LAIN...
20017RHO
rappresentato da:  MORRETTA MARCELLO
16/11/01

Firma

C UFFICIO DI PARTENZA
489TC/EG    16/11/01

51 Ufficio di passaggio previsti (e paesi)
Luogo e data: MILANO
P.CHIASSO / CHIASSO

52 Garanzia non valida per:  N.13 DEL 020600 CIR.DOG.MILANO

53 Ufficio di destinazione (e paese)
1.LUSSEMBURGO (APD)

Codice

54 Luogo e data: MILANO
16/11/01

Firma e nome del dichiarante / rappresentante:

D CONTROLLO DELL'UFFICIO DI PARTENZA
Risultato:  PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS
Suggelli apposti: Numero:
marche PANALPINA RHO
Termine (data limite):  01/12/01
Firme:

Timbro

PANALPINA SPA RHO

PANALPINA SPA
MORRETTA MARCELLO

50

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor**

**DELPHI AUTOMOTIVE SYSTEMS LLC**

Case Number
**05-44640**

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

**TECNOMEC S.r.l.**

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:

**TECNOMEC S.r.l.**
**Via Nazionale 11**
**Regione Remise**
**11020 Arnad (AO)**
**ITALY**

□ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number: 00 39 0125 968 511**

This Space For Court Use Only

Account or other number by which creditor identifies debtor:
**Customer Number 010951**

Check here if this claim □ replaces or □ amends a previously filed claim
dated: _____

**1. Basis for Claim**
X□ Goods sold
□ Services performed
□ Money loaned
□ Personal injury/wrongful death
□ Taxes
□ Other _____

□ Retiree benefits as defined in 11 U.S.C. § 1114(a)
□ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
       (date)           (date)

**2. Date debt was incurred: 19 December 2002 (Invoice 4543 copy attached)**

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Secured Claim.**
□ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
□ Real Estate  □ Motor Vehicle
□ Other _____
Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim.**
□ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
□ Domestic support obligations – 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
□ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
□ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
□ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
□ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
□ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Unsecured Nonpriority Claim** $1442.59 (€1166.11)
X□ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**5. Total Amount of Claim at Time Case Filed:** $1442.59 (€1166.11) (Unsecured)

$1442.59 (€1166.11)(Total)

(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
† If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

Date:
01 03 06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

05-APR-2007  13:55  TECNOMEC SRL  390125966374  P.37/64



# TECNOMEC S.r.l.

Cap. Soc. Euro 416.000 I.V.

*Direzione, Sede e Stabilimento:*
11020 ARNAD (AO) - Via Nazionale, 11
Tel. 0125 966.511 - Fax 0125 966.374
E-mail: mail@gruppotecnomec.com

Registro Imprese di Aosta n° Iscrizione e C. F. 00041600073
R.E.A. n. 31118 AOSTA - Part. IVA: 00041600073 - VAT n. IT 00041600073

**STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE**

416.000 I.V.

COMMENTO FATTURA

VS ORDER NO. 479248 20/11/02

FATTURA
DATA: 19/12/2002
NUMERO: 43

390125966374

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CTR
46904   PO BOX 9005 KOKOMO IN USA

| Cod. Fornitore: 873040 | | |
|---|---|---|
| CODICE CLIENTE | PARTITA IVA CLIENTE | |
| 010451 | | |

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO |
|---|---|---|---|---|---|---|
| 479246 | 08967221 | CONNECTOR - PIASTRINA<br>PESO NETTO KG 70<br>PESO LORDO KG 80<br>N. COLLI<br>VALUTA: EURO<br>SHIP TO: DELPHI DELCO ELECTRONICS SYSTEMS<br>PLT 74 - CUNEO SERVICE<br>1125 E. VALLE<br>KOKOMO, IN 46902 | N. | 2400.00 | 0.48500 | 1.166.11 |

Dichiaro sotto la mia piena e personale responsabilità ed in particolare agli effetti delle vigenti disposizioni valutarie, che il prezzo indicato nella presente fattura è vero e reale e che pertanto nessun'altra integrazione in qualsiasi forma o con qualsiasi modalità, vi sa favore o a carico dell'impresa da me rappresentata, in relazione all'operazione per cui è stata emessa la fattura stessa.

«Ai sensi dell'articolo 11 del D.M. 12301981 dichiariamo che i documenti allegati sono veritieri / Il presente documento nel verificato sautiendendo ogni responsabilità circa la validità dei loro contenuti/dchu costitudo»

TECNOMEC S.R.L.

MATERIALI PRODOTTI IN ITALIA

| D.D.T. | |
|---|---|
| NUMERO | DATA |
| 1667 | 19/12/2002 |

| RIEPILOGHI I.V.A. | | |
|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA |
| 1.166.11 | NI | Art. 8, D.P.R. 633 del<br>26/10/72 e successive modificazioni |

Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del 26/10/72 e successive modificazioni.

| TOTALE IMPONIBILE |
|---|
| 1.166.11 |

| TOTALE IMPOSTA |
|---|

| BOLLI |
|---|

| TOTALE FATTURA |
|---|
| EURO   1.166.11 |

SEGUE

| SCARICO CLAVORAZIONE | |
|---|---|
| DATA | NUMERO |

| SPESE TRATTA | BOLLI |
|---|---|

BANCA D'APPOGGIO

CONDIZIONI DI PAGAMENTO
Rimessa diretta 60 gg fine mese

| RIPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO GLI INTERESSI DI MORA

Contributo Ambientale CONAI: Assolto ove dovuto

05-APR-2007 13:59        TECNOMEC SRL                    390125966374        P.38/64
390125966374

VIA LAINATE, 98-100
20017 RHO  MI
Tel:02935341 Fax:293502168

**PANALPINA**
on 6 continents

Mittente · *Shipper*

Destinatario · *Consignee*

▶     TRASMISSIONE BOLLE DOGANALI

Spett.Ditta
TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO

Notifica · *Notify*

**RICEVUTO**
**1 6 GEN. 2003**

| Data · *Date* | Nostro Riferimento · *Our reference* | Vostro Riferimento · *Your reference* | B/L or AWB No. | Rap. · *Dept.* |
|---|---|---|---|---|
| 27/12/02 | | | | GUEST06 |

| Resa Merce · *Delivery terms* | Assicurazione · *Insurance* | Dogana · *Customs point* | |
|---|---|---|---|

| A Mezzo · *By* | Il · *Date* | Da · *From* | Per · *To* |
|---|---|---|---|

EGREGI SIGNORI ,

IN ALLEGATO VI TRASMETTIAMO LE SEGUENTI BOLLE DOGANALI RELATIVE A
SPEDIZIONI EFFETTUATE PER VS CONTO:

| NS. RIF. | VS. RIF. | BOLLA DOG.NR. | TIPO | DATA |
|---|---|---|---|---|
| 475951 | INV. 4543 | 1681 TC/EG T.2 | T2 | 20/12/02 |

DISTINTI SALUTI

PANALPINA TRASP.MOND.SPA

Sede legale: 20017 Lucernate di Rho (MI), Via San Francesco d'Assisi, 6 - Cap. Soc.EUR 2.000.000
CCIAA Milano  no  274984  Canc. Tribunale  Milano  no 38531 reg.soc. Foro Milano
CF PI/ Tax-VAT-No IT 00748260158-BNL Ag.13 Milano CC 185-ABI 01005-CAB 01613/swift BNL IITRAMNO

390125966374

COMUNITA EUROPEA

| 2 Speditore / Esportatore | 1 DICHIARAZIONE | | |
|---|---|---|---|
| 000410000/3 | EX | 1 | T2 |

TECNOMEC SRL
VIA NAZIONALE, 11
11020   ARNAD

| 3 Formulari | 4 Dist. di carico |
| 5 Articoli | 6 Totale dei colli |
| 1  01 | 8 |

7 Numero di riferimento

8 Destinatario          N.

150677
DELPHI PACKARD

00000   WARREN OH

9 Responsabile finanziario          N.
00745260158/546125/J
20/12/02

10 Paese prima     11 Paese di tran-
                     sazione

14 Dichiarante / Rappresentante     N.
00745260158

PANALPINA SPA
PANALPINA SPA-RAP.IND.

15 Paese di spedizione / esportazione
ITALIA
16 Paese di origine

16 Cod.P. sped./esport. 17 Cod. P. destinaz.
008
17 Paese di destinazione
USA

18 Identità e nazionalità del mezzo di trasporto alla partenza
172 47995710     005

19 Ctr.     20 Condizioni di consegna

21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera     22 Moneta ed importo totale fatturato     23 Tasso di cambio
PARTENZA          1168.11

25 Modo di trasporto  26 Modo di trasporto  27 Luogo di carico
alla frontiera        interno
                                                  28 Dati finanziari e bancari

29 Ufficio di uscita          30 Localizzazione delle merci
075140                         PROTOCOLLO N.        048

31 Colli e   Marche e numeri - N. contenitori - Quantità e natura
designazione
delle merci  COLLI    8
KG. LAVORI DI FERRO
88,00

| 32 Articolo N. | 33 Codice delle merci |
| 01 | 73269097     90 |

34 Cod. P. di origine  35 Massa lorda (kg)
al                                88,00
37 REGIME              38 Massa netta (kg)
10 00                  88,00

40 Dichiarazione sommaria / Documento

41 Unità supplementari

Menzioni
speciali /
Documenti
presentati /
Certificati ed
autorizzazioni

FT 4543 DEL 191202

Codice IVA

46 Valore statistico

47 Calcolo   Tipo  Base imponibile  Aliquota  Importo  MP  48 Dilazione di pagamento  49 Identificazione del deposito
delle
imposi-
zioni
                                                  RET-EXP

B DATI CONTABILI

**EXPORT**

50 Obbligato principale                          Totale:
PANALPINA SPA
VIA LAINATE, 98
20017 RHO

00745260158     Firma:

C UFFICIO DI PARTENZA
081   TC/EG   20/12/02

51 Ufficio di   rappresentato da:
passaggio      MORRETTA MARCELLO
previsti       Luogo e data:     MILANO
(e paesi)      P.CHIASSO        CHIASSO
                                 20/12/02

52 Garanzia                                      Codice  53 Ufficio di destinazione (e paese)
non valida per                                   LUSSEMBURGO (LU)

D CONTROLLO DELL'UFFICIO DI PARTENZA     N.11 DEL 030600  CED. DOC. MILANO
Risultato:  PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS     Timbro:
Suggelli apposti: Numero:
  marche PANALPINA RHO          PANALPINA SPA
Termine (data limite):
Firma:            04/01/03

54 Luogo e data:
MILANO
20/12/02
Firma e nome del dichiarante / rappresentante

PANALPINA SPA
MORRETTA MARCELLO

05-44481-rdd:5:   TECNOMEC SRL                    390125966374   P. 40/64

390125966374

| PURCHASE ORDER | | 11/20/02 | Purchase Order No. |
| --- | --- | --- | --- |

RICEVUTO 2 1 NOV. 2002

478248

*Bariella*

USE THIS NUMBER ON ALL PACKING SLIPS

**DELPHI**
*Automotive Systems*

PAGE   1

Delphi Delco Electronics Systems
PLT 74-CUNEO SERVICE
1125 E. VAILE
KOKOMO, IN 46902

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD    ITALY
IT    11029

PG VUILLERMON   39-125-96851

21/12/02   OK Sella

| QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
| --- | --- | --- | --- | --- |
| 3000 | 9357221 | CONVECTOR  ordine parti ricambu | .48588 | PC |
| | | | 1457.64 | |
| | | DATE       3000 11/25/02 | | |

*prem = 0,485 €*

CURRENCY CODE: EUR    PRICE: _____.485

*********************************************
* THIS PURCHASE ORDER IS ISSUED AND IS TO BE *
* INVOICED IN THE CURRENCY OF THE COUNTRY AS *
* SHOWN.   THE U.S. DOLLAR AMOUNT IS FOR *
* DELCO ELECTRONICS CORP. INTERNAL REFERENCE *
* ONLY. *
*********************************************

RESTRICTED, TOXIC, AND HAZARDOUS MATERIALS - SUPPLIERS A
REQUIRED TO COMPLY WITH CURRENT GOVERNMENTAL AND SAFETY
CONSTRAINTS ON RESTRICTED, TOXIC AND HAZARDOUS MATERIALS,
AS WELL AS ENVIRONMENTAL, ELECTRICAL AND ELECTROMAGNETIC
CONSIDERATIONS APPLICABLE TO THE COUNTRY OF MANUFACTURE
SALE.  THIS RELATES TO BOTH THE SALABLE PRODUCT AND THE
MANUFACTURING PROCESSES. (REFER ALSO TO TERMS AND
CONDITIONS NO. 10 "INGREDIENTS DISCLOSURE AND SPECIAL
WARNINGS INSTRUCTIONS"). COMMENCEMENT OF ANY WORK OR
SERVICE UNDER THIS ORDER SHALL CONSTITUTE SELLER'S
ACCEPTANCE OF THESE RESPONSIBILITIES. IF YOU DO NOT ACCE
THESE RESPONSIBILITIES PLEASE CONTACT THE DELCO
ELECTRONICS CORP. BUYER.

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS

SUBMIT INVOICE USING THIS UNIT OF MEASUR

| TERMS | | SHIP VIA | SHIP TO ARRIVE |
| --- | --- | --- | --- |
| 84A  NET  MNS-2 | FOB ORG , FRT COL | DE NAMED CARRIER | ABOVE |

| LEDGER ACCT | DISCOUNT 1 | CHG. DEPT | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | FIU | DELIVER TO DEPT NOTIFY |
| --- | --- | --- | --- | --- | --- | --- |

S & CONDITIONS: This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a Unites States Government Contract), contain plete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that de ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38-73-0102A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to b TANCE OF THE ORDER. This order is not binding until accepted.

EVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

ORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Se
f on any purchase, use, storage or other consumption of tangible personal property or service.
IT BULL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO 31503311 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

DE GRANDMAISON
BUYER
ONE CORPORATE CENTER - PO BOX 9005
Kokomo, Indiana 46904-9005

PHONE A/C

| Post-it® Fax Note | 7671 | Day | pages 2 |
| --- | --- | --- | --- |
| To DINO GIACOMELLI | | From VAL HOFFMANN | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # 765-451-0703 | |
| Fax # 0039-0125-966374 | | Fax # | |

PAGE   1 CONTINUED

**ORIGINAL**

55

05-44481-rdd 13:54 TECNOMEC SRL 390125966374 P.41/64

PURCHASE ORDER

390125966374

11/20/02                                    479248

USE THIS NUMBER ON ALL
PACKING SLIPS

**DELPHI**
Automotive Systems

PAGE     2

Delphi Delco Electronics Systems
PLT 74-CUNEO SERVICE
1125 E. VAILE
KOKOMO, IN 46902

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD     ITALY
IT    11029

PG VUILLERMON   39-125-96851

| QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|---|---|---|---|
| | | /// FAILURE ANALYSIS/CORRECTIVE ACTION: | | |
| | | /// SUPPLIERS ARE EXPECTED TO PERFORM FAILURE | | |
| | | /// ANALYSIS ON DEFECTIVE MATERIAL RETURNED BY | | |
| | | /// DELCO ELECTRONICS CORP. IRREVERSIBLE | | |
| | | /// CORRECTIVE ACTION PLANS FOR THESE FAILURES | | |
| | | /// MUST BE DEVELOPED AND IMPLMENTED. THE PLANS | | |
| | | /// WITH EFFECTIVE DATES ARE TO BE REPORTED BACK | | |
| | | TO DELPHI. | | |

"SUPPLIERS ARE REQUIRED TO MEET THE REQUIREMENTS
OF DELPHI PRODUCTION PART APPROVAL PROCESS AS
DESCRIBED IN THE SUPPLIER PERFORMANCE
DEVELOPMENT PROCESS FOR SUPPLIERS (SPDP)
AND IN THE PRODUCTION PART APPROVAL PROCESS MANUAL.
THE PRODUCTION PART APPROVAL PROCESS MANUAL IS
AVAILABLE FROM AIAG (810-358-3003) AND THE SPDP
DOCUMENTS CAN BE PROVIDED BY THE APPROPRIATE SUPPLIER
QUALITY REPRESENTATIVE. SUPPLIERS MUST HAVE PART
MANUFACTURING SITE APPROVAL PRIOR TO SHIPPING
PRODUCTION QUANTITIES. CONTACT THE APPROPRIATE DELPHI
SUPPLIER QUALITY REPRESENTATIVE REGARDING ANY
QUESTIONS ON THE APPROVAL PROCESS OR APPROVAL STATUS."

These Numbers Must Appear on All
Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

SUBMIT INVOICE
USING THIS
UNIT OF MEASU

| TERMS | | FOB ORG , FRT COL | SHIP VIA | |
|---|---|---|---|---|
| 84A | NET    MNS-2 | | DE NAMED CARRIER | ABOVE |

| LEDGER ACCT 8 | COUNT 1 | CHG. DEPT. | WORK ORDER | PROJECT/CO NO. DR PLANT ORDER NO. | FAI | DELIVER TO DEPT. NOTIFY |
|---|---|---|---|---|---|---|

US & CONDITIONS This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached hereto) if the work and material is for use on a United States Government Contract), contains complete and final agreements between Buyer and Seller and no other agreements in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by buyer's authorized representative. To the extent that the ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38-73-0058A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, can thus this article or as specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THIS ORDER. This order is not binding until accepted.

REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

IORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the Delphi Delco Electronics Systems to make direct payment of such to any purchase, use, storage or other consumption of taxable personal property or service.
OT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO 3T6553511 001 0

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

DE GRANDMAISON
BUYER                                     PHONE A/C
ONE CORPORATE CENTER - PO BOX 9005
Kokomo, Indiana 46904-9005

**ORIGINAL**
56

05-MAR-2007  13:51   TECNOMEC SRL                390125966374       P.17/64

390125966374

| United States Bankruptcy Court Southern District Of New York | PROOF OF CLAIM |
|---|---|
| **Name of Debtor** | This Space For Court Use Only |

**DELPHI AUTOMOTIVE SYSTEMS LLC**

**Case Number** 05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**TECNOMEC S.r.l.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:

**TECNOMEC S.r.l.**
**Via Nazionale 11**
**Regione Remise**
**11020 Arnad (AO)**
**ITALY**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

**Telephone number: 00 39 0125 968 511**

Account or other number by which creditor identifies debtor:
**Customer Number 010951**

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
- x☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred:**
26 November 2001(Invoice 4671 – copy attached) ◄

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $ 696.73(€563.19)

x☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**   $642.11 (€519.04) (Unsecured) Payment $54.62 (€44.15) rec 07/06/04. (Total owing) $642.11 (€519.04)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
† If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date: 01 03 06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

57

05-APR-2007  13:51          TECNOMEC SRL                    390125966374      P.18/64

390125966374

**TECNOMEC** S.r.l.  Cap. Soc. L. 800.000.000 I.V.

*Direzione, Sede e Stabilimento:*
11020 ARNAD (AO) - Reg. Remise - Via Nazionale, 11
Tel. 0125.966.511.- Fax 0125.966.374

*Deposito e Recapito:*
10095 GRUGLIASCO (TO) - C.so C. Alternano, 19 - Tel. 011.784.398
Registro Imprese Tribunale Aosta n. AO 003957 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 00041660073 - VAT n. IT 00041660073

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CEN
46804        PO BOX 9005 KOKOMO IN USA

| | FATTURA | | | |
|---|---|---|---|---|
| | NUMERO | DATA | | |
| | 4671 | 26/11/2001 | | |

| Cod. Fornitore: 073840 | | | | D.D.T. | |
|---|---|---|---|---|---|
| CODICE CLIENTE | PARTITA IVA CLIENTE | | NUMERO | DATA | |
| 010451 | | | 4767 | 26/11/2001 | |

COMMENTO FATTURA

Pag.   1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITA' | PREZZO | IMPORTO | % IVA |
|---|---|---|---|---|---|---|---|
| 4963400 | 16210030 | SPRING-LOCK - MOLLA<br>PESO NETTO KG 27<br>PESO LORDO KG 33<br>N. COLLI  05<br>VALUTA: EURO<br>SHIP TO: Delphi Delco Electronics Systems<br>801 Joaquin Cavazos Road<br>Los Indios, Texas 78567   USA | N. | 5805,00 | 0,09510 | 563,19 | NI |

MATERIALI PRODOTTI IN ITALIA

Dichiaro sotto la mia piena e personale responsabilità ed
in particolare agli effetti delle vigenti disposizioni valutarie,
che il prezzo indicato nella presente fattura è vero e reale
e che pertanto corrisponde a quanto realmente praticato ed
o con qualsiasi modalità va a favore o a carico dell'impresa
da me rappresentata, in relazione all'operazione per cui è
stata emessa la fattura stessa.

TECNOMEC S.R.L.
*[firma]*

<<Ai sensi dell'articolo 11 del D.M. 12/31/91 dichiariamo
che i documenti allegati sono veritieri / Il presente
documento ест veritiero assumendo agli responsabilità
circa la veridicità dei loro contenuto/loro contenuto>>

| | | TOTALE IMPONIBILE | 563,19 |
|---|---|---|---|
| | | TOTALE IMPOSTA | |
| | | BOLLI | |
| | | TOTALE FATTURA | 563,19 |
| | | EURO | |

| SCARICO C/LAVORAZIONE | | RIEPILOGHI I.V.A. | | | |
|---|---|---|---|---|---|
| DATA | NUMERO | IMPONIBILE | % ALIQUOTA | ALIQUOTA | IMPOSTA |
| | | 563,19 | NI | Non Imp. Art. 8 | |

Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del
26/VI/1972 e successive modificazioni.

| SPESE TRATTA | | BOLLI | |
|---|---|---|---|

| BANCA D'APPOGGIO | | | | | | |
|---|---|---|---|---|---|---|
| CONDIZIONI DI PAGAMENTO | | | | | | |
| Rimessa diretta 60 gg fine mese | | | | | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA | | |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

05-APR-2007  13:51        TECNOMEC SRL                      390125966374        P.19/64

390125966374

# PANALPINA
## on 6 continents

VIA LAINATE, 98-100
20017 RHO, MI
Tel:02935341 Fax:293502168
Mittente - *Shipper*

TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO
Destinatario - *Consignee*

DELPHI DELCO

601 JOAQUIN CAVAZOS ROAD
78586 LOS INDIOS  TX  USA
Notifica - *Notify*

TRASMISSIONE DOCUMENTI

RACCOMANDATA

Spett.Ditta
TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO

| Data - *Date* | Nostro Riferimento - *Our reference* | Vostro Riferimento - *Your reference* | B/L or AWB No. | Rep. - *Dept.* |
|---|---|---|---|---|
| 7/01/02 | 259300 | INV. 4671 DD 26.11.01 | 172/44959622 | MNA/AEX/COMITE |
| Resa Merce - *Delivery terms* | | Assicurazione - *Insurance* | Dogana - *Customs point* | |
| EX WORK | | NOT COVERED BY US | | |
| A Mezzo - *By* | Il - *Date* | Da - *From* | Per - *To* | |
| TRUCK | | MILAN,ITALY | HOUSTON INTERCONT.TEX.USA | |
| | | ITALIA | U.S.A. | |

| Colli | Peso lordo | Contenuto |
|---|---|---|
| 6 | 33,00 | AUTOMOTIVE PARTS |

EGREGI SIGNORI ,
CON RIFERIMENTO ALLA SUDDETTA SPEDIZIONE VI TRASMETTIAMO IN ALLEGATO :

     BOLLA DOGANALE MOD.EX 1 T2  NO.840 TCEG 271101

DISTINTI SALUTI.

                          PANALPINA TRASP.MOND.SPA

All agreements and forwarding shipping orders are subject to our our general terms and conditions. After 30 days without receiving any claim, our invoice is considered as tacitly approved.

Tutti gli accordi e gli ordini di spedizione si intendano soggetti alle nostre condizioni generali. Trascorsi 30 giorni senza ricevere alcun reclamo, la fattura s'intende tacitamente approvata.

Sede legale: 20017 Lucernate di Rho (MI), Via San Francesco d'Assisi, 6 - Cap. Soc.EUR 2.000.000
CCIAA Milano  no  274984  Canc. Tribunale Milano  no 38531 reg.soc. Foro Milano
CF PI/ Tax-VAT-No IT 00745260158-BNL Ag.13,Milano CC 185-ABI 01005-CAB 01613/swift BNL IITRAMNO

05-APR-2007  13:52      TECNOMEC SRL                      390125966374      P.20/64

**COMUNITÀ EUROPEA**

| 3 | 2 Speditore / Esportatore      N. 00041600073 | 1 DICHIARAZIONE | | |
|---|---|---|---|---|
| | | EX | 1 | T2 |

145604
TECNOMEC SRL
VIA NAZIONALE, 11
11020    ARNAD

840 TC/EG    27/11/01
PANALPINA S.P.A.
AUT. MIN. N. 0167/CS

| 3 Formulari | 4 Dist. di carico |
|---|---|
| 1 | 01 |

| 5 Articoli | 6 Totale dei colli |
|---|---|
| 1 | 6 |

7 Numero di riferimento
00745260158/530110/T

8 Destinatario            N.
167920
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
78586    LOS INDIOS    TX   USA

9 Responsabile finanziario            N.
27/11/01

| 10 Paese prima | 11 Paese di transazione | 13 P.A.C. |
|---|---|---|

14 Dichiarante/Rappresentante    N. 00745260158
PANALPINA SPA
PANALPINA SPA RAP.IND.

| 15 Paese di spedizione / esportazione | 16 Cod. P. sped./esport. | 17 Cod. P. destinaz. |
|---|---|---|
| ITALIA | a 005 b | a 400 b |

16 Paese di origine
17 Paese di destinazione
USA

| 18 Identità e nazionalità del mezzo di trasporto alla partenza | 19 Ctr. | 20 Condizioni di consegna |
|---|---|---|
| MNA 259300 | 005 | 0 | EXW PARTENZA |

| 21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera | 22 Moneta ed importo totale fatturato | 23 Tasso di cambio |
|---|---|---|
| 900 | 563.19 | 1936.270 |

| 25 Modo di trasporto alla frontiera | 26 Modo di trasporto interno | 27 Luogo di carico | 28 Dati finanziari e bancari |
|---|---|---|---|
| 3 | 3 | | PROTOCOLLO N.    231 DEL |

| 3 | 29 Ufficio di uscita
075140 | 30 Localizzazione delle merci |
|---|---|---|

| 31 Colli e designazione delle merci | 32 Articolo | 33 Codice delle merci |
|---|---|---|
| COLLI     6
ALTRE MOLLE DI FERRO O DI ACCIAIO | 01 | 73209090   90 |

| 34 Cod. P. di origine | 35 Massa lorda (kg) |
|---|---|
| AO | 33.00 |

| 37 REGIME | 38 Massa netta (kg) |
|---|---|
| 10 00   1 | 27.00 |

40 Dichiarazione sommaria / Documento precedente

41 Unità supplementari

| 44 Menzioni speciali/ Documenti presentati/ Certificati ed autorizzazioni | | Codice MS |
|---|---|---|
| FT. 4671 DEL 261101 | | |
| | RET-EXP | 46 Valore statistico
1090487 |

| 47 Calcolo delle | Tipo | Base imponibile | Aliquota | Importo | MP | 48 Dilazione di pagamento | 49 Identificazione del deposito |
|---|---|---|---|---|---|---|---|
| | | | | | | S | |

B DATI CONTABILI

**EXPORT**

Totale:

| 50 Obbligato principale    N.   00745260158 | Firma: | C UFFICIO DI PARTENZA |
|---|---|---|
| PANALPINA SPA   (SPI)
VIA LAINATE
20017RHO | | 840TC/EG   27/11/01 |
| rappresentato da:  MORRETTA MARCELLO | | |
| Luogo e data: MILANO | 27/11/01 | |

| 51 Uffici di passaggio previsti (e paesi) | P.CHIASSO  CHIASSO |
|---|---|

| 52 Garanzia non valida per: | N.13 DEL 020600 CIR.DOG.MILANO | Codice: | 53 Ufficio di destinazione (e paese)
1 LUSSEMBURGO |
|---|---|---|---|

| D CONTROLLO DELL'UFFICIO DI PARTENZA | Timbro: | 54 Luogo e data: MILANO    27/11/01 |
|---|---|---|
| Risultato: | | |
| Suggelli apposti: Numero: | | Firma e nome del dichiarante / rappresentante: |
| marca: PANALPINA RHO | PANALPINA SPA RHO | |
| Termine (data limite): | 12/12/01 | |
| Firma: | | PANALPINA SPA
MORRETTA |

390125966374

**TECNOMEC** S.r.L.   Cap. Soc. L. 800.000.000 I.V.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) – Reg. Prentse – Via Nazionale, 11
Tel. 0125.966.511 – Fax 0125.966.374

Deposito e Recapito:
10095 GRUGLIASCO (TO) – C.so C. Allamano, 19 – Tel. 011.784.398
Registro Imprese Tribunale Aosta n. AO 0003457 – R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 00041600073 – VAT n. IT 00041600073

STAMPAGGIO · LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

| | FATTURA | |
|---|---|---|
| | DATA | NUMERO |
| | 26/11/2001 | 457 |

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CEN
46904   PO BOX 9005 KOKOMO IN USA

| Cod. Fornitore: 823140 | |
|---|---|
| CODICE CLIENTE | PARTITA IVA CLIENTE |
| 010951 | |

% IVA: NI

COMPIMENTO FATTURA

Pag. 1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO |
|---|---|---|---|---|---|---|
| 450580 | 16210030 | SPRING-LOCK - MOLLA<br>PESO NETTO KG 27<br>PESO LORDO KG 33<br>N. COLLI   05<br>VALUTA: EURO<br>SHIP TO: Delphi Delco Electronics Systems<br>601 Joaquin Cavazos Road<br>Los Indios, Texas 78567   USA | N. | \$885,00 | 0,89670 | 563,19 |

MATERIALI PRODOTTI IN ITALIA

(Dichiaro sotto la mia piena e personale responsabilità ed a conoscenza agli effetti delle vigenti disposizioni valutarie, che il prezzo indicato nella presente fattura è vero e reale e che pertanto mancando l'indicazione in qualsiasi forma o con qualsiasi modalità va a favore o a carico dell'impresa la mia responsabilità in relazione all'operazione per cui è stata emessa la fattura stessa.

«Ai sensi dell'articolo 11 del D.M. 125/1984 dichiaratando che i documenti allegati sono verited / il presente scaricamento avit venikov sucamentio ogni responsabilità circa la veridicità del loro contenudavuo contenido»

| SCARICO C/LAVORAZIONE | |
|---|---|
| DATA | NUMERO |

| D.D.T. | |
|---|---|
| NUMERO | DATA |
| 4762 | 26/11/2001 |

| REPILOGHI I.V.A. | | |
|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA |
| 563,19 | NI | Non Imp.Art. 8 |

Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del 26/10/72 e successive modificazioni.

| TOTALE IMPONIBILE | 563,19 |
|---|---|
| TOTALE IMPOSTA | |
| BOLLI | |

| SE TRATTA | BOLLI |
|---|---|

| TOTALE FATTURA | 563,19 |
|---|---|
| EURO | |

BANCA D'APPOGGIO

| CONDIZIONI DI PAGAMENTO | SCAD. 1ª RATA | BCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|
| Rimessa diretta 60 gg fine mese | | | | |
| - IMPORTO | | | | |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto o\_\_\_\_\_ Dovuto

TECNOMEC S.R.L.

61



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

IN RE:

DELPHI CORPORATION, et.al.

Debtors in Possession.

**DECLARATION OF SERVICE**

David Gerard, under penalty of perjury, declares and says:

1.    I am over eighteen years of age and I am not a party to this action.

2.    On April 13, 2007, I caused TECNOMEC S.R.L.'S RESPONSE TO

DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CERTAIN (A)

INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON

DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS

SUBJECT TO MODIFICATION to be served by the method indicated below to:

[_] via first class mail, postage prepaid
[_] via certified mail, return receipt requested
[_] via overnight mail
[_] via facsimile transmission
[X] via hand delivery

John Wm. Butler, Jr.
John K. Lyons
Randall G. Reese
Skadden, Arps, Slate, Meagher &
Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
*Counsel to the Debtors*
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
*Debtors in Possession*

I declare under penalty of perjury that the foregoing is true and correct. Executed on
April 13, 2007.

David Gerard