UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| In re<br>DELPHI CORPORATION, et al.,<br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

------------------------------------x

### CERTIFICATE OF SERVICE OF BASF CORPORATION'S RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION (SUBSTANTIVE)

### CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I served the following by First Class Mail:

1. BASF Corporation's Response to Debtors' Eleventh Omnibus Objection (Substantive)

upon the following parties at these addresses:

| | |
|---|---|
| John Wm. Butler, Jr.<br>John K. Lyons<br>Joseph N. Wharton<br>Skadden Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Ste. 2100<br>Chicago, IL 60606 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>One Bowling Green, Room 610<br>New York, NY 10004 | |

/s/ Janice M. Southworth
JANICE M. SOUTHWORTH
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Phone  (248) 540-3340
rheilman@schaferandweiner.com
RYAN D. HEILMAN (P63952)

**COUNSEL FOR BASF Corporation**

{00128239}