**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

In re:                                                                    In Proceedings For A
                                                                          Reorganization Under
         **DELPHI CORPORATION, et al,**                      Chapter 11
                                                                          Case No.: 05-44481
                                                                          Jointly Administered

      Delphi Automotive Systems
                       Debtors.                         Case No.: 05-44640

-----------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$36,682.00** from:

        AHEARN & SOPER CO. INC. EFT (Transferor)
        27280 HAGGERTY RD. STE C 19
        FARMINGTON HILLS, MI  48331-5711
        ATTN:  SCOTT HUNT

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                            Deputy Clerk