**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                                          In Proceedings For A
                                                                                                    Reorganization Under
        **DELPHI CORPORATION, et al,**                               Chapter 11
        Case No.: 05-44481
        Jointly Administered

        Delphi Automotive Systems
                Debtors.                         Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$28,044.10** from:

        METAL PREPARATIONS CO. INC. (Transferor)
        P.O. BOX 955
        BUFFALO, NY  14207-0955
        ATTN:  DALE HRCAK

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                            Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                           Deputy Clerk