**Hearing Date: 04/20/07**
**Time: 10:00 a.m.**

LAW OFFICES OF MAX J. NEWMAN, P.C.
Counsel for Sumitomo Wiring Systems (U.S.A.), Inc.
3000 Middlebury Ln.
Bloomfield Hills, MI  48301
(248) 835-4746
Max J. Newman (Mich. Bar. #P51483)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

DELPHI CORPORATION, et al.,

                              Debtors.
--------------------------------------------------------x

Case No. 05-44481(RDD)

(Jointly Administered)

Chapter 11

### CERTIFICATE OF SERVICE OF
**SUMITOMO WIRING SYSTEMS (U.S.A.), INC.'S RESPONSE TO DEBTORS'
ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C
§502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS
AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO
MODIFICATION (CLAIM NO. 2111)**

         I hereby certify that on April 12, 2007, I served the following via Fed-Ex Overnight mail:

         Sumitomo Wiring Systems (U.S.A.), Inc.'s Response to Debtors' Eleventh Omnibus
Objection (Substantive) Pursuant to 11 U.S.C §502(b) and Fed. R. Bankr. P. 3007 to Certain (A)
Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books and Records,
(C) Untimely Claims, and (D) Claims Subject to Modification (Claim No. 2111)

on the following parties at these addresses:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attn:  General Counsel

Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL  60606
Attn:   John Wm. Butler, Jr.

Dated: Bloomfiled Hills, MI
      April 16, 2007

          /s/ Max J. Newman
          LAW OFFICES OF MAX J. NEWMAN, P.C.
          3000 Middlebury Ln.
          Bloomfield Hills, MI  48301
          (248) 835-4746