BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
WACHOVIA BANK, N.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------

**MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice**

I, Jason D. Woodard, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Wachovia Bank, N.A. a creditor in the above referenced case. My address is Burr & Forman LLP, Suite 3400, 420 North 20th Street, Birmingham, Alabama 35203. My e-mail address is jwoodard@burr.com. My telephone number is (205) 458-5188. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: April 16, 2007
Birmingham, Alabama

1561460

BURR & FORMAN LLP

_____
Michael Leo Hall (pro hac granted)
Jason D. Woodard

3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Creditor
WACHOVIA BANK, N.A.

## ORDER

**ORDERED,**

that Jason D. Woodard, is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2007
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

1561460                                    2