# EXHIBIT 4

**Hearing Date:  June 22, 2007**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Albert L. Hogan III (AH 8807)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                          :
     In re                 :     Chapter 11
                          :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                          :
                          :     (Jointly Administered)
           Debtors.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DECLARATION OF WILLIAM LOCRICCHIO IN SUPPORT OF
DEBTORS' SUPPLEMENTAL REPLY WITH RESPECT TO
PROOFS OF CLAIM NUMBERS 837, 838 & 14762
(H.E. SERVICES COMPANY, ROBERT BACKIE & RICHARD JANES)

("LOCRICCHIO DECLARATION – H.E. SERVICES COMPANY, ET AL.")

William Locricchio declares as follows:

1.      Delphi Corporation and certain of its subsidiaries and affiliates are debtors and debtors-in-possession in these chapter 11 cases.  I submit this declaration in support of the Debtors' Supplemental Reply With Respect To Proofs Of Claim 837, 838 & 14762  (H.E. Services Company, Robert Backie and Richard Janes) (the "Supplemental Reply").  Capitalized terms not otherwise defined in this declaration have the meanings ascribed to them in the Supplemental Reply and the Statement of Disputed Issues.

2.      Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, my opinion, and my experience with and knowledge of Delphi Automotive Systems LLC's ("DAS LLC") relationship with H.E. Services Company  ("H.E. Services").  If I were called upon to testify, I could and would testify to the facts set forth herein.

3.      I am employed by Callaway Partners.  I work on a contract basis for DAS LLC as a Proof of Claim Analyst.  I have worked on DAS LLC matters since August 2006.   I am responsible for, among other thing, investigating H.E. Services' claim that DAS LLC failed to pay H.E. Services for $979,239.02 worth of invoices (the "Unpaid Invoices Claim").  My investigation into the Unpaid Invoices Claim is currently on-going.  Subject to my further investigation, and subject to discovery in this matter, I have drawn the following initial conclusions relevant to the Unpaid Invoices Claim:

4.      I began with a review of the exhibits supporting H.E. Services' Unpaid Invoices Claim, which were attached to its Proof of Claim and its Supplemental Response. During this initial review, I discovered that in its Supplemental Response H.E. Services failed to account for $5,304.18 of credit memos (i.e., DAS LLC debits) showing credits H.E. Services

2

provided to DAS LLC.  These credit memos were reflected in the exhibits to H.E. Services'
Proof of Claim.  I also discovered that H.E. Services double counted 19 invoices, totaling
$50,145.92, because these invoices were included twice among H.E. Services' exhibits.

5.    Specifically, as part of its Unpaid Invoices Claim, H.E. Services claims
DAS LLC failed to pay its Universal Inspection Division $247,746.58.  In support of this claim,
H.E. Services cites Exhibit 2 to its Supplemental Response.  My initial review of Exhibit 2
uncovered seven invoices (numbers 166, 193, 197, 260, 273, 288, 291, and 299), which were
included twice in the exhibit.

6.    H.E. Services also claims DAS LLC failed to pay its Ancon
Prototype/Machine division $133,291,20.  In support of this claim, H.E. Services cites Exhibit 3
to its Supplemental Response.  During my initial review of Exhibit 3, I uncovered four invoices
(numbers 7110000068, 7110000149, 7110000166, and 195) that were either included twice in
that exhibit or were already included in Exhibit 2.

7.    H.E. Services also claims DAS LLC failed to pay H.E. Services
Engineering $598,201.44.  In support of this claim, H.E. Services cites Exhibit 4 to its
Supplemental Response.  During my initial review of Exhibit 4, I discovered eight invoices
(numbers 144, 201, 213, 217, 132-133-134, 132-133-134-133a, and 149/15/164) that were either
included twice in that exhibit or were already included in Exhibit 3.

8.    After reducing H.E. Services' original claim by $55,450.10 to account for
the credit memos and duplicate invoices (making the revised claim amount $923,788.92), I
began to reconcile the Unpaid Invoices Claim to determine what invoices have already been paid.
Although my review is on-going, so far I have discovered $506,904.66 worth of invoices
included in the Unpaid Invoices Claim, which DAS LLC previously paid to H.E. Services.  In

3

some cases, DAS LLC paid the precise amount invoiced by H.E. Services.  (See, e.g., Ex. A (demonstrating that DAS LLC paid the precise amounts invoiced with respect to H.E. Services' invoice numbers 130, 139  and 180).)  In other cases, DAS LLC paid more than the amount invoiced by H.E. Services.  (See, e.g., Ex. B (demonstrating that DAS LLC paid more than the amounts invoiced with respect to H.E. Services invoice numbers 153 and 176).)

9.       Currently, $416,884.26 of H.E. Services' Unpaid Invoices Claim remains unresolved, however, my investigation into this portion of the claim is on-going.  I have requested the retrieval of archived data, which will enable me to accurately reconcile the remaining amount.   Thus far, I have not discovered any invoices from H.E. Services that DAS LLC failed to pay in full.

10.       I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed on April 16, 2007 in Troy, Michigan

                    William Locricchio

                    William Locricchio

# EXHIBIT A



## E-DACOR DOCUMENT SEARCH RESULTS
### Search Results For Duns Number: RD 175211044

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⬤ | 9000029365544 | K9 | 02 | 051740680001 | 02/19/2004 | $9,336.00 | USD | 130 | S2S46221 | PAID | 02/24/2005 | 000637778 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

Bill Locricchio



**E-DACOR SEARCH RESULTS-Part Level Detail**
**Search Results For Document Number: 9000029365544**

| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| PR395300001 | LEAD ENGINEER @ 45/HR. SR.DESIGNER III @ 38/HR. | 9336.000 | DOLS | $9336.00 | USD | S2S46221 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

Bill Locricchio

Engineering/Testing
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice:   (989)753-9015

Fax:     (989)753-7703

# Invoice

Invoice Number:
130

Invoice Date:
Feb 19, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-E. SAVAGE
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46221 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 9,336.00 | PR395300 001 | 1.00 | 9,336.00 | 9017050100 |
| | LEAD ENGINEER | | | |
| | SR. DESIGNER III | | | |
| | AUTOCAD | | | |
| | UNIGRAPHICS | | | |
| | LOW COST COLUMN DEVELOPMENT REF HES #70501 | | | |

Check/Credit Memo No:

Total Invoice Amount                9,336.00

**Remit Payment to:**
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** S2S46221   PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-404. |
|------------|--------------|
| 12/22/03 | S_RUDZINSKI    Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601                    US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                    US

TO:
VENDOR NUMBER 14-423-0695
THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until express acceptance ... [terms and conditions text]

| PAYMENT TERMS | F.O.B. | SHIP VIA |
|---------------|--------|----------|
| NET   2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UN MULTIPLE |
|---------------|------------------|-------------------------|-----------|-------------|------------|---------------|------------|------------------|-------------------|

00001   9500   PR395300 001

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034

LEAD ENGINEER @ 45/HR, SR.DESIGNER III @ 38/HR,
AUTOCAD @ 5/HR, UNIGRAPHICS @ 14/HR - LOW COST
COLUMN DEVELOPMENT REF HES #70501
WHO ORDERED: E.SAVAGE/757-3230

ALL INVOICES MUST BE SENT TO: E.SAVAGE/757-3230
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*                         (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*************SALES TAX CODES*****************(TX)

01/30/04   G   0.00%
                G
                1.0000

#70501

A000843   ..._R STEPHEN PARKS         ORIGINAL

 

## E-DACOR DOCUMENT SEARCH RESULTS
### Search Results For Duns Number: RD 175211044

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9000030202186 | K9 | 02 | 051781610001 | 02/29/2004 | $9,976.00 | USD | 139 | S2S45771 | PAID | 05/04/2005 | 000650560 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

Bill Locricchio



**E-DACOR SEARCH RESULTS-Part Level Detail**
**Search Results For Document Number: 9000030202186**

| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| PR395288001 | SR. DESIGN III - 232 HOURS REF HES #901-718 | 8816.000 | DOLS | $8816.00 | USD | S2S45771 |
| PR395288002 | AUTOCAD - 232 HOURS | 1160.000 | DOLS | $1160.00 | USD | S2S45771 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

Bill Locricchio

**Engineering/Testing
H E Services
225 E. Morley Drive
Saginaw, MI 48601
USA**

# Invoice

Invoice Number:
139

Invoice Date:
Feb 29, 2004

Page:
1

Voice:   (989)753-9015

Fax:    (989)753-7703

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS - BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 8,816.00 | PR395288 001 | 1.00 | 8,816.00 | 9017180000 |
| | SR. DESIGN III | | | |
| 1,160.00 | PR395288 002 | 1.00 | 1,160.00 | 9017180000 |
| | AUTOCAD | | | |
| | REF HES #901-718 | | | |
| | PORTABLE SERVO CART | | | |

Check/Credit Memo No:

Total Invoice Amount        9,976.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

DELPHI

# PURCHASE ORDER: S2S45771

PAGE

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

SHIP TO:

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

VENDOR NUMBER 14-423-0695
THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

| ORDER DATE | | |
| --- | --- | --- |
| 11/25/03 | S. RUDZINSKI | 989-757-40- |
| ALTERATION ISSUE DATE | Buyer | |
| | S12 | |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT | |

This page is not intended with except Acceptance should be recorded on acknowledgement copy which should be returned to Buyer.

SHIP VIA
SEE BELOW

| PAYMENT TERMS | | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NET 2ND DAY OF 2ND MONTH | | | | SHIPPING POINT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2800034 | | | | | |
| 00001 | 8816 | PR395288 001 | | ¢SR. DESIGN III - 232 HOURS REF HES #901-718 WHO ORDERED: T.BENNETT/757-4708 | | 12/22/03 G | 0.00% | 1.0000 | |
| 00002 | 1160 | PR395288 002 | | AUTOCAD - 232 HOURS WHO ORDERED: T. BENNETT/757-4708 | | 12/22/03 G | 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: T.BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR | | | | | |

CONTINUE PAGE

R STEPHEN PARKS            ORIGINAL

A000826

 

## E-DACOR DOCUMENT SEARCH RESULTS
### Search Results For Duns Number: RD 175211044

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9000029273253 | K9 | 02 | 051735790001 | 04/04/2004 | $9,589.00 | USD | 180 | S2S47555 | PAID | 02/15/2005 | 000637141 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

Bill Locricchio

 



### E-DACOR SEARCH RESULTS-Part Level Detail
### Search Results For Document Number: 9000029273253

| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| PR376536001 | SR. DESIGN III - 223 HOURS - CMS GMT-610 & | 8474.000 | DOLS | $8474.00 | USD | S2S47555 |
| PR376536002 | AUTOCAD - 223 HOURS | 1115.000 | DOLS | $1115.00 | USD | S2S47555 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

Bill Locricchio

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

# Invoice

Invoice Number:
18C

Invoice Date:
Apr 4, 2004

Page:
1

Voice:  (989)753-9015

Fax:    (989)753-7703

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47555 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 8,474.00 | PR376536 001 | 1.00 | 8,474.00 | 9016730000,La |
|  | SP. DESIGN III |  |  |  |
| 1,115.00 | PR376536 002 | 1.00 | 1,115.00 | 9016730000,La |
|  | AUTOCAD |  |  |  |
|  | CMS GMT-610 & GMT-345 CABLE DESIGN REF. |  |  |  |
|  | HES #673 |  |  |  |

Check/Credit Memo No:

Total Invoice Amount          9,589.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** S2S47555  PAGE

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

VENDOR NUMBER 14-423-0695
TO:
THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

1145  1595

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parc Post.

PHONE: 989-757-40*
S. RUDZINSKI    Buyer
S12
PURCHASING AGENT

ORDER DATE 03/17/04
ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

In order it is not binding until accepted Acceptance inward is restricted to acknowledgement copy and should be on the terms and conditions which Seller agrees by accepting at this order. This order, including on terms and conditions on the face and reverse side hereof, comprise the complete and final expression between Buyer and Seller and are approved by as the modifying any prior terms and conditions will in binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown hereon, additional Terms and Conditions Attached Hereto Apply.

**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

**SHIP VIA** SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | REFERENCE S2B00034 | | | | | |
| 00001 | 8474 | PR376536 001 | SR. DESIGN III - 223 HOURS - CMS GMT-610 & GMT-345 CABLE DESIGN REF. HES #673 WHO ORDERED: T. BENNETT/7-4708 | 03/31/04 | | G  0.00% | 1.0000 | |
| 00002 | 1115 | PR376536 002 | AUTOCAD - 223 HOURS WHO ORDERED: T. BENNETT/7-4708 | 03/31/04 | | G  0.00% | 1.0000 | |
| | | | ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE (ZH) | | | | | |

**PAYMENT TERMS** NET 2ND DAY OF 2ND MONTH

CONTINUE PAGE   2

A0000897  USER JACQUELINE LEWIS          ORIGINAL

# EXHIBIT B



## E-DACOR DOCUMENT SEARCH RESULTS
### Search Results For Duns Number: RD 175211044



| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 🔘 | 9000025508551 | K9 | 02 | 041514120001 | 02/09/2004 | $1,260.00 | USD | 153 | S2S45116 | PAID | 04/01/2004 | 000588269 |
| 🔘 | 9000028382611 | K9 | 02 | 041677280001 | 02/29/2004 | $9,823.00 | USD | 153 | S2S46548 | PAID | 11/18/2004 | 000623469 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

Bill Locricchio



**E-DACOR SEARCH RESULTS-Part Level Detail**
**Search Results For Document Number: 9000025508551**



| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| PR393213001 | LEAD DESIGNER - SPLINE HELIX ENDING ROLLING HEAD | 1260.000 | DOLS | $1260.00 | USD | S2S45116 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

Bill Locricchio

 

**E-DACOR SEARCH RESULTS-Part Level Detail**

**Search Results For Document Number: 9000028382611**

| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| PR399158001 | COMPLETE LIST OF STACKS FOR THE QUADRASTEER ACTUAT | 9823.000 | DOLS | $9823.00 | USD | S2S46548 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000  All rights reserved

Bill Locricchio

**Engineering/Testing
H E Services
225 E. Morley Drive
Saginaw, MI  48601
USA**

Voice:   (989)753-9015

Fax:     (989)753-7703

# Invoice

Invoice Number:
153

Invoice Date:
Feb 29, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS MCNALLEY
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2846549 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 9,823.00 | PR399158 001<br>COMPLETE LIST OF STACKS FOR THE<br>QUADRASTEER ACTUATOR ASSY FOR NISSAN WZW<br>SUV APPLICATION.  STACKS TO BE SIMILAR IN<br>FORMAT TO GMT 800 AND GMT 900 STACKS<br>PREVIOUSLY COMPLETED BY HES. | 1.00 | 9,823.00 | 9017650000,La |

Check/Credit Memo No:

Total Invoice Amount          9,823.00

**Remit Payment to:**
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S46548

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips & Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-4041 |
|---|---|
| 01/26/04 | S RUDZINSKI  Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 14-423-0695
THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

SHIP VIA
SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE | UP PRICE MULTIPLE UM |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 10000 | PR399158 001 | | | 03/01/04 | G | 0.00% | 1.0000 | |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. SHIPPING POINT   DESTINATION UNLESS OTHERWISE INDICATED

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034

COMPLETE LIST OF STACKS FOR THE QUADRASTEER
ASSY FOR NISSAN WZW SUV APPLICATION. STACKS TO BE
SIMILAR IN FORMAT TO GMT 800 AND GMT 900 STACKS
PREVIOUSLY COMPLETED BY HES.
WHO ORDERED: B.MCNALLEY/757-3665

ALL INVOICES MUST BE SENT TO: B.MCNALLEY/757-3665
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*                    (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.

CONTINUE PAGE

L..R STEPHEN PARKS

ORIGINAL

A0000860



**E-DACOR DOCUMENT SEARCH RESULTS**

**Search Results For Duns Number: RD 175211044**

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9000025855341 | K9 | 02 | 041532040001 | 02/06/2004 | $1,142.00 | USD | 176 | S2S47208 | PAID | 04/01/2004 | 000588269 |
| | 9000027816193 | K9 | 02 | 041645210001 | 04/15/2004 | $136,542.74 | USD | 176 | S2S28280 | PAID | 10/01/2004 | 000616401 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved

Bill Locricchio





## E-DACOR SEARCH RESULTS-Part Level Detail
### Search Results For Document Number: 9000027816193

| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| PR333446001 | SERVICES FOR "CENTRAL LAB SERVICES" | 66625.090 | DOLS | $66625.09 | USD | S2S28280 |
| PR333446002 | SERVICES FOR "COLUMN" PRODUCT GROUP | 1568.090 | DOLS | $1568.09 | USD | S2S28280 |
| PR333446003 | SERVICES FOR "GEAR" PRODUCT GROUP | 4744.860 | DOLS | $4744.86 | USD | S2S28280 |
| PR333446004 | SERVICES FOR "HALFSHAFT" PRODUCT GROUP | 11352.660 | DOLS | $11352.66 | USD | S2S28280 |
| PR333446005 | SERVICES FOR "PUMP & HOSE" PRODUCT GROUP | 10272.110 | DOLS | $10272.11 | USD | S2S28280 |
| PR333446006 | SERVICES FOR "EPS" PRODUCT GROUP | 37900.100 | DOLS | $37900.10 | USD | S2S28280 |
| PR333446007 | SERIVES FOR "Q-STEER" PRODUCT GROUP | 4079.830 | DOLS | $4079.83 | USD | S2S28280 |

*PAID $000 MORE*

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

Bill Locricchio



### E-DACOR SEARCH RESULTS-Part Level Detail
### Search Results For Document Number: 9000025855341

| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| PR301097001 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME | 320.000 | DOLS | $320.00 | USD | S2S47208 |
| PR301097002 | ZEISS ECLIPSE CMM INSPECTION STRAIGHT TIME | 714.000 | DOLS | $714.00 | USD | S2S47208 |
| PR301097003 | GENERAL INSPECTION STRAIGHT TIME (REF. 3 PCS. | 108.000 | DOLS | $108.00 | USD | S2S47208 |

help | site map | user guide | feedback

All content and information on this site is property of General Motors 2000. All rights reserved.

Bill Locricchio

CUSTOMER:   DELPHI SAGINAW STEERING SYSTEMS      INVOICE:        176
            DEVELOPMENT LAB DEPT 26
            3900 HOLLAND RD
            SAGINAW, MI  48601
                                                 HES CONTACT:    AMY PUMPERA

    ATTN.:   STAN KIELAR
                                                 DATE:           15-Apr-04


                                                 PO#             S2S28280



| ITEM CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| PR333446-001 | CENTRAL LAB SERVICES | $66,625.09 |
| PR333446-002 | COLUMN GROUP | $1,568.09 |
| PR333446-003 | GEAR GROUP | $4,744.86 |
| PR333446-004 | HOSE & PUMPS GROUP | $11,352.66 |
| PR333446-005 | HALF-SHAFT GROUP | $10,272.11 |
| PR333446-006 | EPS GROUP | $34,900.10 |
| PR333446-007 | Q-STEER | $4,079.83 |
| | TOTAL INVOICE AMOUNT | $133,542.74 |

## MONTHLY BILLING FOR SERVICES AT OFF-SITE TEST FACILITY FOR MARCH 2004

| Employee | | ST | OT | DT | Central 1505 | Column 1506 | Gear 1507 | Pumps 1508 | Half-Shafts 1509 | EPS 1510 | Quad Steer 1511 | Column Testing 1512 | EPS 1514 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G. Turk | Lead Sup. | 192.0 | | | $ 7,077.12 | $ | $ | $ | $ | $ | $ | | | $ 7,077.12 |
| W. Nordbeck | Tech I | 200.0 | | | $ 3,906.00 | | | $ | $ | | $ | | | $ 3,906.00 |
| H. Pike | Tech II | 189.0 | | | $ 4,692.87 | $ | | | $ | | $ | | | $ 4,692.87 |
| C. Clond | Tech I | 200.0 | | | $ 3,906.00 | | | | | | | | | $ 3,906.00 |
| J. Boduc | Tech I | 210.0 | | 36.0 | | | | | | $ 4,989.95 | | | | $ 4,989.95 |
| D. Jelly | Tech I | | | | $ 1,933.47 | $ | $ | $ | $ | | | | | $ 1,933.47 |
| L. Baldyga | Tech III | | | | $ 4,064.00 | $ 672.00 | $ | $ | $ | $ 186.23 | | | $ | $ 4,922.23 |
| D. Dunlap | Tech III | 160.0 | | | | | $ 4,672.90 | | | | | | | $ 4,672.90 |
| M. O'Brien | Tech III | 199.0 | | | $ | | | $ 5,601.85 | $ | | | | | $ 5,601.85 |
| K. Schneida | Tech II | 200.0 | | | $ | | | $ 5,630.00 | $ | | | | | $ 5,630.00 |
| B. Gromaski | Tech I | 192.0 | | 13.0 | $ | | | | | | $ 4,079.83 | | | $ 4,079.83 |
| T. Matzke | Tech I | 192.0 | | 3.5 | $ 4,102.92 | $ 613.08 | $ | $ | $ 30.15 | $ 3,838.63 | $ | | $ | $ 3,838.63 |
| J. Vanhorn | Tech II | | | | | | | | | | | | | $ 4,716.00 |
| Hengesberg | Tech III | 200.0 | | | $ 5,336.55 | $ 211.05 | $ | $ | $ 90.45 | | $ | | $ | $ 5,666.20 |
| D. Derop | Tech I | 183.0 | 13.5 | | $ 3,916.76 | $ | $ | $ 3,906.00 | | | | | $ 3,906.00 |
| C. Kisser | Tech I | 192.0 | | | $ 3,749.76 | | | | | | | | | $ 3,916.76 |
| B. Ballard | Tech I | 200.0 | 4.0 | | $ 4,007.56 | | | | | | | | | $ 3,749.76 |
| R. Reyiss | | 191.0 | 20.0 | | $ 4,238.03 | | | | | | | | | $ 4,007.56 |
| C. Zuke | | 132.0 | 4.0 | | $ 2,679.52 | | | | | | | | | $ 4,238.03 |
| | | | | | | | | | | | | | | $ 2,679.52 |
| SUB-TOTAL-LABOR | | | | | $ 53,610.56 | $ 1,496.13 | $ 4,672.90 | $ 11,231.85 | $ 3,936.15 | $ 9,105.26 | $ 4,079.83 | $ | $ | $ 86,132.67 |
| Shuttle Moving | | | | | $ 850.00 | $ | $ | $ | $ | $ | $ | | | $ 850.00 |
| Floor Space | | | | | $ 816.00 | $ | $ | $ | $ 6,204.00 | $ 18,809.00 | | | $ | $ 25,869.00 |
| Utilities | | | | | $ 10,807.91 | | | | | $ 2,240.26 | | | | $ 13,138.17 |
| Depart. Supplies | | | | | $ 499.07 | $ 71.96 | $ 71.96 | $ 71.96 | $ 71.96 | $ 4,745.58 | $ | | $ | $ 5,532.49 |
| Credit Memo's | | | | | | | | | | | | | | |
| Engineering Work | | | | | $ | $ | $ | $ | $ | $ | $ | | | $ |
| SUB-TOTAL | | | | | $ 66,625.09 | $ 1,668.09 | $ 4,744.86 | $ 11,352.86 | $ 10,272.11 | $ 34,900.10 | $ 4,079.83 | $ | $ | $ 133,542.73 |
| GRAND TOTAL | $ 133,542.73 | | | | $ 133,542.73 | | | | | | | | | $ 133,542.73 |

DIV 73 LABOR-MATERIAL TRACKING LOG - MAR 2004

Page 1