April 6, 2007


United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O. Box 5058
New York, NY   10274-5058

RE:   Delphi Corporation
      Chapter 11
      Case No 05-44481
      Tenth Omnibus Objection


Dear Clerk of Court:

In response to the Tenth Omnibus Objection, the claim filed by Dennis Dashkovitz was in reference to a workmans compensation
claim awarded by the state of Michigan dated September 27, 2004. To my knowledge this was the only claim filed on this
award.
Please find enclosed copy of the proof of claim and workmans compensation award.

Sincerely,

Dennis Dashkovitz
9310 Buck Road
Freeland  MI   48623
989-695-2694


RECEIVED
APR 11 2007
CLAIMS PROCESSING CENTER
USBC, SDNY

# OPINION/ORDER

Michigan Department of Consumer & Industry Services
Bureau of Workers' and Unemployment Compensation/Board of Magistrates
P O Box 30016, Lansing, MI 48909

| Claimant's Social Security Number | Plaintiff's Name(s) |
|---|---|
| ###-##-0848 | Dennis M. Dashkovitz |

**Defendant(s)/Carrier(s)**
A. Delphi Automotive Systems Corporation
B. General Motors Central Foundry
C.
D.

**Type of Claim** (For statistical purposes only)
☒ A. General Disability   ☐ B. Partial Wage Loss   ☐ C. Specific Loss   ☐ D. Permanent Total   ☐ E. Death   ☐ F. Misc.

**Award Entered**
☒ 1. Granted-Open   ☐ 2. Granted-Closed   ☐ 3. Denied   ☐ 4. Medical Only   ☐ 5. Voluntary Payment   ☐ 6. Voluntary Payment - 115   ☐ 7. Stipulated-Open   ☐ 8. Stipulated-Closed   ☐ 9. Withdrawn   ☐ 10. Dismissed   ☐ 11. Penalty Only   ☐ 12. Other

| Injury Date(s) Established | Average Weekly Wage | Discontinued Fringes | Date Discontinued |
|---|---|---|---|
| 8/27/2001 | $1,480.93 | $ N/A | N/A |
|  | $ |  |  |
|  | $ |  |  |

**IRS Filing Status:** ☐ A. Single   ☐ B. Single/Head of Household   ☒ C. Married/Joint   ☐ D. Married/Separate

**Dependents - Date of Marriage/Birth**

| Name | Date | Name | Date | Name | Date |
|---|---|---|---|---|---|
| N/A | | | | | |

IT IS FOUND that the employee is disabled and compensation shall be paid as follows:

| Defendant/Carrier | At the weekly rate of | From | Through |
|---|---|---|---|
| A | $644.00 | 8/28/2001 | 6/13/2004 |
|  | $ |  |  |
|  | $ |  |  |

IT IS FURTHER FOUND that the employee is still disabled and therefore it is ordered that defendant/carrier ___A___ shall pay compensation at the rate of $ 644.00 per week, until further order. Interest is owed in accordance with Section 801(6) from date each payment was due until paid.

IT IS FURTHER ORDERED that defendant/carrier ___A___ shall be responsible for medical expense(s) pursuant to Section 315 as follows: Defendant Delphi Automotive Systems Corporation pay for all reasonable and necessary medical treatment for Plaintiff's upper extremities because of his injury on 8/27/2001 until further order.

IT IS FURTHER ORDERED that the maximum authorized attorney fee shall not exceed __30__ percent of the compensation accrued. (Subject to the provisions of Section 858 (418.858) and Rule 14, R408.44)

IT IS FURTHER ORDERED that: Defendant Delphi Automotive Systems Corporation is entitled to credit for wages earned subsequent to 8/28/2001 and credit for benefits paid that are subject to coordination under the Act.

MAILED
OCT 1 8 2004

RECEIVED
OCT 0 7 2004
WORKERS' COMPENSATION AGENCY
LANSING, MICHIGAN

Paul H. Reinhardt (2170), Magistrate

Signed on September 27, 2004       Saginaw, Michigan

Unless a Claim for Review is filed by either party within 30 days from the date stamped on this Opinion/Order as "Mailed Date," this order shall become final. The Claim for Review should be filed with the Workers' Compensation Appellate Commission, P O Box 30016, Lansing MI 48909.

WC 107(8/94)   Worker's Disability Compensation Act 418 94(7)(c), R418 54(1).   Completion Mandatory

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT **Southern** DISTRICT OF **New York** | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Dashkovitz Dennis | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | This Space is for Court Use Only |
|---|---|---|
| Name and address where notices should be sent: Dashkovitz Dennis 9301 Buck Rd Freeland MI 48623-0000 Telephone number: (989) 695-2694 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | |

Last four digits of account or other number by which creditor identifies debtor: ...0848

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other worker's compensation award
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: ___
  Unpaid compensation for services performed
  from _____ (date) to _____ (date)

**2. Date debt was incurred:** award entered September 27th, 2004

**3. If court judgment, date obtained:** September 27th, 2004

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ 644 per wk. per award

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( 2 ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _____ (unsecured) $ _____ (secured) $ _____ (priority) $644 per wk.* (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

| Date 07/21/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) Dennis Dashkovitz [signature] |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



*Computer Staff*

In-Parallel Computer Staff Ltd.,
3 Church Street,
Tewkesbury,
Glos GL20 5PA

Tel: **(01684) 291133**
Fax: **(01684) 291144**

Email: admin@inparalleluk.com
Website: www.inparalleluk.com

Honorable Robert D Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York
New York 10004
USA

3rd April 2007

**Ref:** **DELPHI CORPORATION CHAPTER 11 ELEVENTH OMNIBUS OBJECTION. REGARDING IN-PARALLEL COMPUTER STAFF LTD. CLAIM NO. 1606**

Dear Sirs,

We currently have a claim against Delphi no.1606, which you are raising an objection on under the heading "claims subject to modification".

We have already sent, but include again, documentary evidence of the validity of our claim which was raised in pounds sterling (£2,869.35). Our claim was originally objected to because it was denominated in a foreign currency and subsequently modified by Skadden/Delphi to represent $5,293.31, which we believed was an accepted situation by all parties.

Given that the figure of $5,293.31 was presented to us by the above, we do not understand why you are objecting to the amount. Please can you advise us why this amount has been modified and reduced to $5,050.63.

We reiterate our position as having a valid claim which is substantiated by the documentation that we enclose.

Yours sincerely,

Simon Peach
*Director*

Encls: Invoice No. 5794 and signed timesheets, P/O 450073785

RECEIVED
03 NOV 2005

# DELPHI

Delphi Electronics and Safety

Page 1 of 3

| Buyer: | Purchase Order | |
|---|---|---|
| DELPHI<br>DELCO ELECTRONICS OVERSEAS CORP<br>MOORGATE ROAD<br>KIRKBY<br>Liverpool<br>Merseyside<br>L33 7XL | PO Number<br>450073785<br>Version<br>02-Nov-2005 03:41:22 | Date Issued<br>28-Sep-2004 |

**Deliver to:**
DELPHI D LIVERPOOL
Moorgate Road
LIVERPOOL
Merseyside
L33 7XL

Delivery date: 14-OCT-2004

N-PARALLEL COMPUTER STAFF LTD
3 CHURCH ST
TEWKESBURY GLOUCESTERSHI
GB
GL20 5PA

Vendor No: 1015718
DUNS No: 494273204

**Payment Terms:** ZMN2    **Currency:** GBP
Payment settled on 2nd, 2nd Month

**Incoterms:** EXW

**Invoice to:**
Delphi Delco Electronics Systems
Administrative Service Center
PO Box 75, Delphi House
Windmill Road
LUTON
LU1 3YU
GREAT BRITAIN

Buyer Tax id: GB616003976
Seller Tax id:

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00010 | | 1.000 | U001 DELPHI D LIVERPOOL |

**REF LE103732-HIRE OF TREVOR CASLELNO**
HIRE OF CONTRACTOR TREVOR CASLELNO FOR A 12 MONTH PERIOD
TO COMMENCE 14.10.04 UPTO AND INCLUDING 31.12.05

WITH 1 MONTH TERMINATION CLAUSE
NO ADDITIONAL CHARGE IF KEPT PERM AFTER 12 MONTH PERIOD

RATE OF £33 PER HOUR WILL REMAIN FIXED FOR A 2 YEAR PERIOD

***************************************************************
SITE, SAFETY & ENVIRONMENTAL AGREEMENT FOR CONTRACTORS REF LVP.1100.29A
Please ensure compliance with the above procedure. Details as per LVP FOR 1100.29A. If you require a further copy of this document, please contact the buyer named on the Purchase Order.
***************************************************************

ADDITIONAL FUNDS ADDED TO ORDER AND ORDER EXTENDED UPTO 31.12.2005 REF APO 12201 A SMITH 02.11.05

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 14-OCT-2004 | 1.000 | 77,560.50 | 1 | PU | 77,560.50 |

Purchasing Contact: McGunigle, Annette
Phone: 441515493206
Fax: 441515493422

AM McGUNIGLE
02 NOV 2005
PURCHASING DEPT

Contact Address:
DELPHI ELECTRONICS & SAFETY
MOORGATE ROAD KIRKBY,
LIVERPOOL
L33 7XL

Date and Time Printed: 02-NOV-2005 03:41:22
United Kingdom, Tel: +44 (0)151 546 2720

# DELPHI

Delphi Electronics and Safety

Page 2 of 3

IN-PARALLEL COMPUTER STAFF LTD
3 CHURCH ST
TEWKESBURY GLOUCESTERSHI
GB
GL20 5PA

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450073785 | 28-Sep-2004 |
| Version | |
| 02-Nov-2005 03:41:22 | |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester | | |
|---|---|---|---|---|---|
| | | | | GBP | 77,560.50 |
| | Net Line Item Value | 1.000 | U001 DELPHI D LIVERPOOL | | |
| 00020 | REF LE103732-MISC. EXPENSES | | | | Value |
| | Delivery Date    Scheduled Quantity | Price | Price Unit | UOM | 2,000.00 |
| | 14-OCT-2004          1.000 | 2,000.00 | 1 | PU | |
| | Net Line Item Value | | | GBP | 2,000.00 |

**Total net value**  GBP  79,560.50

### Notes:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
It is a condition of purchase that all advice notes/invoices show the correct ORDER NO. and our ITEM NO. quoted on this order. THIS MUST BE ADHERED TO.

HAZARDOUS MATERIALS Restricted, toxic, and hazardous materials - Suppliers are required to comply with the current governmental and safety constraints on restricted, toxic and hazardous materials: as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the saleable product and the manufacturing processes. Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the Delphi Buyer.

PLEASE NOTE;
Where a verbal/advanced order number has been previously advised, it is superseded by the nine digit order number displayed on the top of this order which is issued from our SAP Purchasing System.

CONFIRMATION ORDER where applicable.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities,

**DELPHI** _____ Delphi Electronics and Safety

Page 3 of 3

IN-PARALLEL COMPUTER STAFF LTD
3 CHURCH ST
TEWKESBURY  GLOUCESTERSHI
GB
GL20 5PA

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450073785 | 28-Sep-2004 |
| Version | |
| 02-Nov-2005  03:41:22 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**
please contact the appropriate Delphi's Buyer.

*****************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*****************************************************************
Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
*****************************************************************
*****************************************************************

**In-Parallel Computer Staff Ltd**
3 Church Street
Tewkesbury
Glos
GL20 5PA

**Tel: 01684 291133  Fax: 01684 291144**

**Vat Registration Number:  669 8449 61**

Invoice                     Page   1

DELPHI DELCO ELEC SYSTEMS
Administration Service Center
P O Box 75, Delphi House
Windmill Road
Luton
Beds   LU1 3YU

**DOCUMENT No.**   5794

**DATE/TAX POINT**   04/10/2005

**ORDER No.**   450073785

**ACCOUNT No.**   DELPHI

| Service Details | Net Amount | VAT Amount |
|---|---|---|
| Fee in respect to the consultancy service provided by TREVOR CASTELINO for the period 12/9-23/9/05 as per the attached time sheets - 74 hours x £33.00 per hour | 2,442.00 | 427.35 |

*Payment Terms*
*Payment within 30 days of the above date*

*Please contact MELANIE WEDGBURY if you have any queries with this invoice*
*melaniew@peachs.demon.co.uk*

| | |
|---|---|
| **Total Net Amount** | 2,442.00 |
| **Total VAT Amount** | 427.35 |
| **Invoice Total** | 2,869.35 |

SGE 040

# CONSULTANTS TIME SHEET

**In-Parallel Computer Staff Ltd.,**
3 Church Street,
Tewkesbury,
Glos GL20 5PA
Tel: (01684) 291133
Fax: (01684) 291144
Email: inparallel@peachs.demon.co.uk

Consultants Name (please print): **TREVOR CASTELINO**

Week commencing Monday: **12.09.05**

| Day | Arrival | Departure | Less Breaks | Total |
|---|---|---|---|---|
| Monday | 07.00 | 16.30 | 0.30 | 9.0 |
| Tuesday | 07.00 | 16.30 | 0.30 | 9.0 |
| Wednesday | 07.00 | 16.30 | 0.30 | 9.0 |
| Thursday | 07.00 | 16.30 | 0.30 | 9.0 |
| Friday | 07.00 | 11.00 |  | 4.0 |
| Saturday |  |  |  |  |
| Sunday |  |  |  |  |
| | | | Total Hours Worked | 37.0 |

Consultants Signature: **TSJ Castelino**

**CLIENT DECLARATION**
The above times stated are an accurate record of hours worked by the Consultant and you are hereby authorised to invoke my company at the agreed rate.

Signature: _____  Company: **DELPHI E&S**
Position: **NEW PROGRAMMES MANAGER**   Date: **23.09.05**

Note:
White – In-Parallel Computer Staff Ltd   Blue – In-Parallel Computer Staff Ltd   Pink – Client Copy   Yellow – Contractor Copy

---

# CONSULTANTS TIME SHEET

**In-Parallel Computer Staff Ltd.,**
3 Church Street,
Tewkesbury,
Glos GL20 5PA
Tel: (01684) 291133
Fax: (01684) 291144
Email: inparallel@peachs.demon.co.uk

Consultants Name (please print): **TREVOR CASTELINO**

Week commencing Monday: **19.09.05**

| Day | Arrival | Departure | Less Breaks | Total |
|---|---|---|---|---|
| Monday | 07.00 | 16:30 | 0.30 | 9.0 |
| Tuesday | 07.00 | 17.30 | 0.30 | 10.0 |
| Wednesday | 07.00 | 16:30 | 0.30 | 9.0 |
| Thursday | 07.00 | 17.00 | 0.30 | 9.5 |
| Friday | 07.00 | 10.00 |  | 3.0 |
| Saturday |  |  |  |  |
| Sunday |  |  |  |  |
| | | | Total Hours Worked | 37.? |

Consultants Signature: **TSJ Castelino**

**CLIENT DECLARATION**
The above times stated are an accurate record of hours worked by the Consultant and you are hereby authorised to invoice my company at the agreed rate.

Signature: _____  Company: **DELPHI E&S**
Position: **NEW PROGRAMMES MANAGER**   Date: **23.09.05**

Note:
White – In-Parallel Computer Staff Ltd   Blue – In-Parallel Computer Staff Ltd   Pink – Client Copy   Yellow – Contractor Copy