United States Bankruptcy Court
Southern District of New York

In Re:

**Delphi Corporation, et al.**

          Debtors

Chapter 11
Case No. **05-44481**
Claim No. **863**
Court ID:

**Re: Delphi Corporation et al.
– 11th Omnibus Objection**

Dear Whomever it May Concern:

This letter is an objection to Delphi Corporation et al., ("the Debtor") motion to modify the amount of FLEXIBLE AUTOMATION INC's claim ("the Claim") against the Debtor. For the sake of clarity, this letter is in reference to Claim Number 863 and its current Assignee is Redrock Capital Partners ("Current Claimant").

As you can see from your records, in the 11th Omnibus Objection ("Omnibus") the Debtor motioned for the Asserted Claim Amount of $14,900.00 to be reduced to the Modified Claim Amount of $13,410.00. We believe that this 10% reduction in the Claim Amount is in error and is due to the Debtor's Accounts Payable failing to pay the 10% holdback on the invoice amount.

As you can see from the last page of the attached invoice, the payment terms are subject to a 10% holdback. The holdback mechanics are that a 100% of the order is invoiced upon shipment. Upon delivery, the Debtor puts 90% of the invoice into Accounts Payable. The remaining 10% is entered into Accounts Payable once the Debtor deems the goods and services acceptable. Since 100% of the goods delivered and services performed were accepted, the Debtor owes the creditor a 100% of the invoice amount ($14,900.00). Flexible Automation Inc. has concluded that Accounts Payable overlooked entering the holdback.

We hope that this letter removes any confusion and that this matter will be settled quickly. Please contact us for any reason.

Christopher Belitz
/s/ Christopher Belitz

Redrock Capital Partners LLC
111 S. Main Street, Suite C11
PO Box 9095
Breckenridge, CO 80424
970.547.9065

FORM B10
(11/92)

# FORM 10. PROOF OF CLAIM

| United States Bankruptcy Court<br>Southern District of New York | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor)<br>Delphi Corp. | Case Number<br>05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>(The person or entity to whom the debtor owes money or property)<br>Flexible Automation Inc. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and Addresses Where Notices Should be Sent<br>Flexible Automation, Inc.<br>3387 E. Bristol Rd.<br>Burton, MI 48529<br>Telephone No. (810) 742-8540 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:<br>Delphi | Check here if this claim: ☐ replaces<br>☐ amends } a previously filed claim, dated: |
|---|---|

**1. BASIS FOR CLAIM:**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensations (Fill out below)
  Your social security number _____
  Unpaid compensations for services performed
  from _____ to _____
  (date)       (date)

**2. DATE DEBT WAS INCURRED:** 8/26/05

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $

☒ UNSECURED NONPRIORITY CLAIM $
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)—11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)
☐ Other - Specify applicable paragraph of 11 U.S.C. §§ 507(a) _____

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ 14,900.— (Unsecured)  $ _____ (Secured)  $ _____ (Priority)  $ 14,900.— (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>11/17/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>Edward Osterhofer, President |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Electronic Form Copyright © 1995 Fresno LaserGraphics

## INVOICE

**Flexible Automation Inc.**

Robotics, Vision Systems & Special Assembly Machines
3387 E. Bristol Road • Burton, MI 48529
(810) 742-8540 • Fax: (810) 742-8611
www.flexautoinc.com

Invoice #: 4100D          Invoice Date: 8/26/05

**BILL TO:**
Delphi - T & I - Vadalia Plt.
Attn: Delois Patrick
M/C 150
250 Northwoods Blvd
Vandalia, OH 45377

**SHIP TO:**
Delphi - T & I - Adrian Plt.
Delphi Corporation
1450 E. Beecher Street
Adrian, MI 49221

FAI Job # R1050469/470

Customer PO # IVS66753 005

**INVOICE DESCRIPTION:**

Billing for modifications to pushnut machine tooling to allow for the installation of one new pushnut. Please refer to FAI proposal # P051480101 if necessary.

**TERMS:** UPON RECEIPT

| | |
|---|---:|
| Original Contract Amount | $14,900.00 |
| Approved Change Orders | $0.00 |
| Current Contract Amount | $14,900.00 |
| Total Value of Work Performed To Date | $14,900.00 |
| Less Amount Previously Billed | $0.00 |
| Value of Work Associate With This Invoice | $14,900.00 |
| Applied Taxes | $0.00 |
| Balance Due This Invoice | $14,900.00 |

# DELPHI

## PURCHASE ORDER ALTERATION

PAGE
ORDER: IVS66753 005
### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO:
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 10-841-4004
FLEXIBLE AUTOMATION INC
3387 E BRISTOL RD
BURTON MI
48529-1451

RECEIVED JUN 30 2005

SHIP TO:
DELPHI-T&I - ADRIAN PLANT
DELPHI CORPORATION
1450 E BEECHER STREET
ADRIAN, MI
49221
US

INVOICE TO:
DELPHI-T&I - VANDALIA PLT.
ATTN: DELOIS PATRICK
M/C 150
250 NORTHWOODS BLVD
VANDALIA, OH
45377
US

PHONE: 248-655-07
B TIDWELL Buyer
C9
PURCHASING AGENT

ORDER DATE: 01/03/05
ALTERATION ISSUE DATE: 06/21/05
ALTERATION EFFECTIVE DATE: 06/21/05

SHIP VIA: ARTISAN ASSOCIATES INC

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY IVS66753 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | ALTERATION ISSUED FOR ENGINEERING CHANGE PER QUOTE P051480101 | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |
| 00010 | 1 | PRT38477 001 | | GM-5-403694-1-04 MODIFICATIONS TO PUSHNUT MACHINE TOOLING TO ALLOW FOR INSTLLATION OF ONE NEW PUSHNUT WHO ORDERED: SJ/R. FRONING/106 | | 06/30/05 | C 0.00% | 14900.0000 | |

R105A69/4710

LAST PAGE

United States Bankruptcy Court
Southern District of New York

In Re:  )
        )
**Delphi Corporation et al.**  )    Chapter 11
        )    Case No. **05-44481**
        )    Claim No. **16361**
        Debtors  )    Court ID:
        )

**Re: Delphi Corporation et al.**
**– 11th Omnibus Objection**

Dear Whomever it May Concern:

This letter is an objection to Delphi Corporation et al., ("the Debtor") motion to Expunge EPSON ELECTRONICS AMERICA INC's claim ("the Claim") against the Debtor. This motion to Expunge is declared in the 11th Omnibus Objection ("Omnibus"). For the sake of clarity, this letter is in reference to Claim Number 16361, the Claim is in the amount of $53,380.00, and its current Assignee is Redrock Capital Partners ("Current Claimant").

As you can see from your records, the basis for Expungement is that, since the Claim Number 16361 was filed on 10/11/2006, the Claim was filed after the Debtor's bar date. However, the Claim the Omnibus cites was not a claim being filed against the Debtor for the first time. Rather, Claim Number 16361 amends Claim Number 16338, which was filed on 9/28/2006.

As you know, the bankruptcy code allows for amended claims to be filed after the bar date as long as the original claim is filed before the bar date. Since this Claim was filed before the bar date and was only amended after the bar date, the Claim should be removed from the Omnibus and recognized as a current obligation of the Debtor.

We hope that this letter removes any confusion and that this matter will be settled quickly. Please contact us for any reason.

Christopher Belitz
/s/ Christopher Belitz

Redrock Capital Partners LLC
111 S. Main Street, Suite C11
PO Box 9095
Breckenridge, CO 80424
970.547.9065