# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,           Case No. 05-44481
                                            (Jointly Administered)
                                            Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**                  **Central Carolina Products, Inc.**
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 225**          Court Record Address of Transferor
**Greenwich, CT 06830**                     (Court Use Only)
**Attn: Alisa Mumola**
**Phone 203-862-8211**
                                            Last Four Digits of Acct#:  N/A

Last Four Digits of Acct#:  N/A
                                            Name and Current Address of Transferor

Name and Address where transferee payments should be sent
(if different from above)                   **Central Carolina Products, Inc.**
                                            **250 W. Old Glencoe Rd.**
                                            **Burlington, NC  27217-8293**
**Claim No. 11447 for $50,118.34**          **Attn: Anne Faucette**
**Claim No. 16542 for $50,118.34**

                                            Last Four Digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____         Date: _____April 17, 2007_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                           _____
                                            **CLERK OF THE COURT**

## Schedule A
### Central Carolina Products, Inc.

| Debtor | Case Number | Amended Schedule Amount | Proof of Claim filed | Claim No. |
|---|---|---|---|---|
| Delphi Automotive Systems, LLC | 05-44640 | $ 43,026.90 | | |
| Delphi Corporation | 05-44481 | | $ 50,118.34 | 11447 |
| Delphi Automotive Systems, LLC | 05-44640 | | $ 50,118.34 | 16542 |

Initial:
Seller: [signature]
Buyer: [signature]  4-16-07