Lori V. Vaughan
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Judy A. O'Neill (Michigan Bar No. 32142)
David G. Dragich (Michigan Bar No. 63234)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                  )
In re:                )
                  )  Chapter 11
DELPHI CORPORATION, et al.,    )  Case No. 05-44481 (RDD)
                  )  Jointly Administered
    Debtors.         )
------------------------------------------------------------X

**RESPONSE OF ABC TECHNOLOGIES, INC. AND SALGA PLASTICS INC. TO DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION**

  ABC Technologies, Inc. ("ABC") and Salga Plastics Inc. ("Salga") by their attorneys Foley & Lardner LLP, hereby submit this Response (the "Response") to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification (the "Eleventh Omnibus Claims Objection"). In support of their Response, ABC and Salga respectfully represent as follows:

  1.  The Eleventh Omnibus Claims Objection addresses two proofs of claim ABC and Salga duly and timely filed in these jointly administered cases (the "Claims"). According to the

DETR_156471.2

Eleventh Omnibus Claims Objection, the Claims were assigned claim numbers 1168 (ABC) and 1167 (Salga) respectively. Both Claims were filed against Delphi Corporation, case number 05-44481.

2.  The Claims assert unsecured claims against the Debtors in the amount of $70,900.93 (ABC) and $23,602.68 (Salga).

3.  The Debtors' Eleventh Omnibus Claims Objection seeks to disallow and expunge claims 1168 and 1167. The Debtors contend that according to the books and records of the Debtors, they are not liable for such claims.

4.  The Eleventh Omnibus Claims Objection should be denied because the Debtors have already allowed the Claims. On December 12, 2005, this Bankruptcy Court entered an order (the "Assumption Order") that authorized the Debtors to assume certain agreements with suppliers. Accordingly, on February 8, 2006, and pursuant to the Assumption Order, the Debtors, on the one hand, and ABC, Salga, and certain other affiliates, on the other hand, entered into an agreement (the "Assumption Agreement").[1] Among other things, the Assumption Agreement provides:

> [ABC and Salga] will receive an allowed general unsecured claim against the appropriate Debtor for the remaining balance of the amount of the outstanding prepetition liabilities of the Debtors under the Agreement(s) as of the effective date of assumption reflected on the Debtors' books and records or as otherwise reconciled between the Debtors and [ABC and Salga] . . .

---

[1] By its terms, the Assumption Agreement is confidential. Because filing the Assumption Agreement with this Bankruptcy Court and disclosing its contents to third parties could damage the Debtors, ABC and Salga, it is not attached hereto. However, the Debtors have a copy of the Assumption Agreement and one can be made available upon request, after appropriate protective measures are taken.

Assumption Agreement ¶(e).

5.  Even if the Assumption Agreement did not constitute allowance of the Claims, ABC and Salga submit that their Claims are valid, and should be allowed as evidenced by the proofs of claim and documents supporting the Claims annexed as exhibits to the Claims previously filed and submitted.

WHEREFORE, ABC and Salga respectfully request that the Court enter an order denying the Debtors' Eleventh Omnibus Claims Objection with respect to their Claims and award such other and further relief as may be just and proper.

DATE: April 17, 2007

    Respectfully submitted,

    /s/ Lori V. Vaughan
    Lori V. Vaughan
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, NY 10016
    Telephone: (212) 682-7474
    Facsimile: (212) 687-2329

    Judy A. O'Neill (Michigan Bar. No. 32142)
    David G. Dragich (Michigan Bar. No. 63234)
    500 Woodward Ave., Suite 2700
    Detroit, MI 48226
    Telephone: (313) 234-7100
    Facsimile: (313) 234-2800