UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )
In re:                                                      )
                                                            )    Chapter 11
DELPHI CORPORATION, et al.,                                 )    Case No. 05-44481 (RDD)
                                                            )    Jointly Administered
        Debtors.                                            )
------------------------------------------------------------X

## PROOF OF SERVICE

KATHY ROSE, an employee of Foley & Lardner LLP, states that she caused a copy of the **Response to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims,** and **(D) Claims Subject to Modification**, along with this Certificate of Service, to be served upon the following parties via the United States Postal Service and via Electronic mail, where indicated, on April 17, 2007:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attn:  General Counsel

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois  60606
jwharton@skadden.com

                      */s/ Kathy Rose*
                      KATHY ROSE
                      500 Woodward Ave., Suite 2700
                      Detroit, MI 48226

DETR_156753.1

Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Dated: April 17, 2007

2

DETR_156753.1