1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:


DELPHI CORPORATION,


          Debtor.


- - - - - - - - - - - - - - - - - - - -x


                    United States Bankruptcy Court

                    One Bowling Green

                    New York, New York


                    January 5, 2007

                    10:04 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

2

1

2  HEARING re Motion for Order (i) Authorizing Debtors to Obtain

3  Post-Petition Financing and (ii) Authorizing Debtors to

4  Refinance Secured Post-Petition Financing and Pre-Petition

5  Secured Debt

6

7  HEARING re Limited Objection to the Motion for Order (i)

8  Authorizing Debtors to Obtain Post-Petition Financing and (ii)

9  Refinance Secured Post-Petition Financing and Pre-Petition

10  Secured Debt filed by Howard County, Indiana

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Lisa Bar-Leib

3

```
 1
 2   A P P E A R A N C E S :
 3   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
 4        Attorneys for Debtor
 5        333 West Wacker Drive
 6        Chicago, IL 60606
 7
 8   BY:   JOHN WM. BUTLER, JR., ESQ.
 9
10   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
11        Attorneys for Debtor
12        Four Times Square
13        New York, NY 10036
14
15   BY:   KAYALYN A. MARAFIOTI, ESQ..
16         THOMAS J. MATZ, ESQ.
17
18   SHEARMAN & STERLING LLP
19        Attorneys for Debtor
20        599 Lexington Avenue
21        New York, NY 10022
22
23   BY:   DOUGLAS P. BARTNER, ESQ.
24
25
```

4

```
 1

 2   O'MELVENY & MEYERS

 3          Attorneys for Debtor

 4          7 Times Square

 5          New York, NY 10036

 6

 7   BY:   JESSICA KASTIN, ESQ.

 8

 9   MEYER, SUOZZI, ENGLISH & KLEIN

10          Attorneys for Debtor

11          1350 Broadway

12          New York, NY 10018

13

14   BY:   LOWELL PETERSON, ESQ.

15

16   QUINN EMANUEL URQUHARDT OLIVER & HEDGES

17          Attorneys for Debtor

18          865 S. Figueroa Street

19          Los Angeles, CA 90017

20

21   BY:   MATEO FOWLER, ESQ.

22

23

24

25
```

5

```
 1

 2    MAYER, BROWN, ROWE & MAW LLP

 3         Attorneys for Debtor

 4         71 South Wacker Drive

 5         Chicago, IL 60606

 6

 7    BY:   PAUL J.N. ROY, ESQ.

 8

 9    WILMER HALE, LLP

10         Attorneys for Debtor

11         1875 Pennsylvania Avenue, NW

12         Washington, DC 20006

13

14    BY:   ANDREW CURRIE, ESQ.

15         CAROLINE ROGUS, ESQ.

16

17    LATHAM & WATKINS

18         Attorneys for Official Committee of Unsecured Creditors

19         885 Third Avenue

20         New York, NY 10022

21

22    BY:   MITCHELL A. SEIDER, ESQ.

23         MARK A. BROUDE, ESQ.

24         ROBERT J. ROSENBERG, ESQ.

25
```

6

1

2    WARNER STEVENS, LLP

3         Attorneys for Creditors' Committee

4         301 Commerce Street

5         Fort Worth, TX 76102

6

7    BY:   MICHAEL D. WARNER, ESQ.

8

9    WEIL, GOTSHAL & MANGES, LLP

10        Attorneys for General Motors

11        767 Fifth Avenue

12        New York, NY 10153

13

14   BY:   JEFFREY L. TANNENBAUM, ESQ.

15

16   SIMPSON THACHER & BARTLETT, LLP

17        Attorneys for JP Morgan Chase Bank, N.A.

18        as Pre-Petition Agent

19        425 Lexington Avenue

20        New York, NY 10017

21

22   BY:   ROBERT TRUST, ESQ.

23

24

25

7

```
1

2   DAVIS POLK & WARDWELL

3         Attorneys for JPM Morgan Chase Bank, N.A.

4         as DIP Agents

5         450 Lexington Avenue

6         New York, NY 10017

7

8   BY:   BRIAN M. RESNICK, ESQ.

9

10  OFFICE OF THE UNITED STATES TRUSTEES

11        33 Whitehall Street

12        21st Floor

13        New York, NY 10004

14

15  BY:   ALICIA M. LEONHARD, ESQ.

16        TRACY HOPE DAVIS, ESQ.

17

18

19

20

21

22

23

24

25
```

8

1          P R O C E E D I N G S

2          THE COURT:  Please be seated.  Okay.  Delphi

3  Corporation?

4          MR. BUTLER:  Your Honor, good morning.  Jack Butler

5  and Kayalyn Marafioti from the Skadden firm here representing

6  Delphi Corporation on a specially set hearing dealing with our

7  expedited motion for approval of a replacement debtor-in-

8  possession financing facility.  The DIP financing motion was

9  filed at Docket number 6180.

10          Your Honor, there's been only one objection filed to

11  this motion.  It was the limited objection of Howard County,

12  Indiana to the DIP at Docket number 6369 and that matter was

13  based on a concern that Howard County had that somehow the

14  refinancing could negatively affect their tax liens.  That

15  objection was resolved and they understood that the refinancing

16  does not adversely in any material respect their current

17  priority of their tax liens to secure outstanding tax claims

18  relative to other liens.  And we've assured them that the tax

19  liens will have the same priority relative to the first

20  priority DIP liens as they currently have relative to the

21  existing DIP liens and will have the same priority relative to

22  the second priority DIP liens as they currently have relative

23  to the liens held by the pre-petitioned secured lenders.  On

24  that basis, Howard County is not pressing their objection.

25          Your Honor, we also filed, in addition to a reply to

9

1    that objection, we filed a summary of modifications to the form

2    of order of credit agreement, Docket number 6446.  I'd like to

3    briefly address the changes to be made since the filing of the

4    motion.

5              THE COURT:  Okay.

6              MR. BUTLER:  Your Honor, with respect to the proposed

7    order, we have made four changes to conform the order to the

8    underlying agreements between the parties.  First, we changed

9    paragraph 5(b) to reflect that the pre-default carve-out for

10   professional fees will increase from five to ten million

11   dollars.  That's because assuming that at some point the ECPA

12   is approved, the investment agreement is approved.  The

13   transaction expenses defined under that agreement are included

14   within the carve-out and, therefore, the amount of the carve-

15   out was increased.

16             We added -- the second thing we did was add a clause

17   3 to the end of paragraph 5(a) to make it clear that the

18   Tranche C super party claims are the pari passu with the right

19   to the setoff claimants.

20             Third, we add a paragraph 10 and amended paragraph 11

21   to clarify that the lenders under both the DIP facility and the

22   pre-petition facility would receive the fees, expenses and

23   indemnities that they're entitled to under the respective loan

24   documents.

25             And, finally, what is now paragraph 14, we added

1    language to make clear that the liens held by the pre-petition

2    lenders are valid and that the pre-petition lenders' claims are

3    valid and oversecured.

4            With respect to the credit agreement, we also filed a

5    blacklined credit agreement yesterday as part of our reply.

6    And there were two primary changes made to that credit

7    agreement since the agreement we filed on December 26th.  Your

8    Honor may recall that while this motion was filed earlier, your

9    scheduling order had indicated that we should file a credit

10   agreement on December 26th.  We did do that and serve it.

11   There were two changes to the credit agreement that is before

12   the Court today.

13           The first is the increase in the carve-out that I

14   just mentioned that was described also in a DIP order.  The

15   second are provisions governing whether the debtors can undergo

16   a change of corporate control without being in default of the

17   terms of the credit agreement.  The change of control provision

18   contained in the December 26th agreement provided the

19   acquisition of a controlling stake in the debtors by the plan

20   investors was not a default but any other change of control

21   constituted default.  Given the Highland offer and given other

22   facts and circumstances, the DIP lenders agreed that the

23   occurrence of a change of control default based on the

24   acquisition of Delphi's stock would be deleted.  And that has

25   been eliminated from the credit agreement.

11

1       Those, Your Honor, are the primary changes to the two

2  documents.  As Your Honor's aware, this motion deals with,

3  really, two facilities the debtors have.  First, our existing

4  DIP facility, which consists of a 1.75 billion dollar revolving

5  line of credit and a 250 million dollar term loan with a

6  maturity date of October 8th, 2007.

7       The second facility this addresses are the secured

8  obligations that arise under a third amended and restated

9  credit agreement in a pre-petition period dated June 14th,

10  2005.  And as of the petition date, the debt to that group of

11  lenders was in the approximate amount of 2.6 billion dollars

12  and it's now just slightly under, I think approximately 2.5

13  billion dollars.

14       Your Honor, this agreement provides for the

15  refinancing of both of those transactions and to a DIP

16  transaction of approximately 4.5 billion dollars.  One thing I

17  want to point out in connection with the pre-petition lenders

18  agreement, this will resolve and will conclude obviously, upon

19  closing, all the cash collateral provisions and protections

20  that have been put in place with respect to the pre-petition

21  facilities.  Your Honor will recall we had some extended

22  litigation about that in the beginning of the case.

23       I do want to point out that the pre-petition lenders

24  have reserved their rights to challenge our ability under a

25  plan of reorganization to discharge certain obligations under

12

1    the facility even though it's been repaid and they reserve the

2    right to raise those issues in the planning confirmation

3    context.   And of course, we reserved our rights to argue to the

4    contrary.   That mostly has to do with indemnifications and

5    other kinds of claims that they might argue would be contingent

6    in nature.

7         Your Honor, with respect to the replacement facility,

8    it is substantially similar in terms of its terms and

9    conditions to the DIP facility.   The primary changes here, from

10   the debtors' perspective, are obviously the size.   It's

11   increased by about 2.5 billion dollars.   But more importantly,

12   it's the economics.   As we said in our motion, we had the

13   opportunity to take advantage of very robust capital markets

14   that allowed us to execute what really is, you know, if not the

15   large -- I think it's approximately the largest DIP ever

16   financed.   This financing at 4.5 billion dollars is being

17   undertaken by our agents and placements on a best efforts

18   basis.   That's resulted in us spending relatively little money

19   in terms of commitment and other transactions and, yet, we have

20   a very reasonable degree of confidence that come next week, if

21   Your Honor approves this, it in fact, will close.   When it

22   closes, we'll save about eight million dollars a month in

23   interest expense as a result of being able to refinance the

24   pre-petition security -- pre-petition facilities rates that are

25   currently running us between twelve and a quarter, thirteen and

13

1    three quarters percent.  And when you look at the base rate

2    calculation under that facility -- to, at the moment, a cost of

3    about 8.6 percent which is calculated at 325 basis points above

4    LIBOR.

5           In addition, our DIP lenders have agreed to reduce

6    the actual interest charged on the DIP itself from a post-

7    petition basis by reducing that by twenty-five basis points.

8    And that reduces the effective interest rate, at least

9    estimated at close, from just over eight percent to about just

10   under 7.9 percent.  And so there's a reduction there.  When you

11   do the math, that saves us, based on the current usage of the

12   DIP, about eight million dollars a month which happens to be

13   about what the cost of putting this facility in place is.  So

14   the payback on this particular transaction is one month.  We

15   should be so fortunate to have those kinds of paybacks in large

16   transactions we bring before the Court.

17          Your Honor, I also wanted to point out that, as this

18   will result in the repayment of the pre-petition credit

19   facility, the proposed order does provide that the January 18,

20   2007 deadline, under paragraph 16 of the existing DIP order for

21   the creditors' committee to review the pre-existing liens and

22   other aspects of the pre-existing transaction, would be

23   terminated upon entry of the proposed order.

24          Your Honor, the last thing I would indicate to the

25   Court, and just in terms of introduction to this, is that the

14

1   refinancing of the existing bank debt is permitted under the

2   relevant transaction documents that we have been dealing with

3   throughout this case.  Article 2.10 of the pre-petition credit

4   facility specifically permits the debtors to prepay the pre-

5   petition credit facility and we had negotiations in connection

6   with the existing DIP facility where the secured lenders waived

7   their right to any prepayment premiums or prepayment penalties.

8   There's also a paragraph of the existing DIP order, paragraph

9   12(c), which permits prepayment of the pre-petition credit

10  facility if that prepayment is part of a transaction in which

11  the obligations of the existing DIP facility and the pre-

12  petition credit facility are repaid or refinanced in whole,

13  which is exactly what the transaction before Your Honor does.

14          We have, Your Honor, in the courtroom Mr. Sheehan,

15  the chief restructuring officer of the company, and Mr. Shaw,

16  our investment banker from Rothschild, who were both

17  instrumental in representing the company's interest in this

18  refinancing transaction, including the solicitation of

19  interests from various lenders, looking at competing facilities

20  and ultimately deciding on the structure moving forward.  We

21  could either proffer that testimony or otherwise present them

22  to Your Honor if Your Honor wants to hear them but there are no

23  objections to the facility.

24          THE COURT:  Well, why don't you give me just a brief

25  proffer since the order refers to it?

15

1          MR. BUTLER:  Your Honor, Mr. Sheehan is here and if

2     called to testify, he would testify that the debtors solicited

3     and entertained offers for replacement financing from lenders

4     who had already conducted extensive due diligence of the

5     debtor.  He would testify that in the debtors' business

6     judgment, the proposal by JP Morgan offered the most favorable

7     terms due to the transaction cost savings and the efficiency

8     that only the debtors' established lending agent could provide

9     in that it gave, from the company's perspective, it was the

10    business judgment that they were the most efficient party to be

11    able to effect this refinancing transaction.

12          Mr. Sheehan would testify that the replacement

13    financing facility will have essentially the same terms as the

14    existing DIP facility except for terms which are, in the

15    judgment of the debtors, more favorable to the debtors and the

16    estates, including an increase in the size of the facility of

17    4.5 billion, a savings of considerable interest as I described

18    to you in terms of the change in interest rates that I've

19    previously described on the record and an economic cost to

20    complete the new transaction in terms of fees of eight million

21    dollars or less based on a best interest refinancing and

22    undertaking by JP Morgan.

23          Mr. Sheehan would testify that the fees charged by JP

24    Morgan and the lender group are, in the judgment of the

25    debtors, comparable to those sought by the other bidding

16

1    investment bank group and the expenses will be recovered early

2    in the first quarter of this year.

3              Your Honor, I think Mr. Sheehan would testify,

4    finally, that, in the debtors' business judgment, the savings

5    and beneficial terms to be achieved by this facility will and

6    should maximize the recovery for all stakeholders and the

7    refinancings in the best interest of the debtors' estates.

8    That would be the sum and substance of Mr. Sheehan's testimony.

9    I also have the proffer of Mr. Shaw.

10             THE COURT:  Okay.  And I'm assuming, given that there

11   are no objections, no one wants to cross-examine Mr. Sheehan?

12   Okay.  I'll hear the other proffer.

13             MR. BUTLER:  With respect to Mr. Shaw called to

14   testify, he would testify that he's the director at Rothschild,

15   Inc., which is the financial advisory investment banker for the

16   debtors.  He would testify that as a result of the favorable

17   conditions in the capital markets coupled with the positive

18   momentum in the debtors' reorganization, the debtors concluded

19   with the assistance of Rothschild that refinancing the debtors'

20   secured debt facilities at this moment in their cases could

21   lead to a considerable savings and better position the debtors

22   to merge from Chapter 11 reorganization.

23             Mr. Shaw would testify that Rothschild assisted the

24   debtors in soliciting and reviewing offers for replacement

25   financing from lenders who had already conducted extensive due

17

1    diligence to the debtors.  He would testify that the proposal

2    submitted by JP Morgan offered, in the opinion of Rothschild

3    and the debtors, the most favorable terms due to the

4    transaction cost savings and the efficiency of the debtors'

5    established lending agent could provide.

6         He would testify that the terms of the replacement

7    financing facility, including the fees charged by the lenders

8    and the interest rates charged for the financing are fair, are

9    comparable to those sought by the other bidding investment bank

10   group and represent, in the opinion of Rothschild, the market

11   rates for financing facility such as these.

12        Mr. Shaw would further testify that the rate

13   decreases described in the motion are not guaranteed and only

14   represent estimates of the rates that will be obtained based on

15   their experience -- JP Morgan's experience in deals of this

16   nature.  But that the lack of underwriting has enabled the

17   debtors to benefit from low fees in terms of fees paid to

18   accomplish and implement the transaction.

19        Mr. Shaw would testify that, in Rothschild's analysis

20   and the debtors' analysis, that the repayment of the pre-

21   petition secured debt is appropriate because it appears to be,

22   and the debtors believe that it is oversecured.  And he would

23   also finally testify that, based on his expertise and that of

24   Rothschild's, Rothschild advised the debtors that the savings

25   and beneficial terms to be achieved through the financing

18

1   facility should maximize the recovery for stakeholders and

2   refinancing was, in his opinion, and is, in his opinion, in the

3   best interest of the debtors' estate.  That would be the sum

4   and substance of Mr. Shaw's testimony.

5            THE COURT:  Okay.  Does anyone want to cross-examine

6   Mr. Shaw?  All right.  I'll accept that proffer.

7            MR. BUTLER:  Thank you, Your Honor.  I have nothing

8   further, Your Honor unless the Court has questions.

9            THE COURT:  You said that this is expected to close

10  next week?

11           MR. BUTLER:  Yes, Your Honor.

12           THE COURT:  And I guess that's why the document was

13  dated January 9th?

14           MR. BUTLER:  Yes, Your Honor.

15           THE COURT:  Okay.  All right.

16           MR. BUTLER:  And that's also why we're asking the

17  Court to make the order immediately effective.

18           THE COURT:  Okay.  And there's no pre-payment premium

19  or penalty on this facility either, is there?

20           MR. BUTLER:  No, Your Honor.  No premium payment or

21  penalty is being paid to anyone.

22           THE COURT:  Okay.  Does anyone have anything to say

23  on this motion?

24           MR. SEIDER:  Yes, Your Honor, if I might be heard

25  briefly.

19

1          THE COURT:  Sure.

2          MR. SEIDER:  Mitchell Seider of Latham & Watkins on

3    behalf of the official committee of unsecured creditors.  Your

4    Honor, after the debtors described the proposed financing to

5    the committee, it certainly sounded attractive and so the

6    committee set about doing diligence.  We reviewed the documents

7    that were filed with the Court as well as the fee letter and

8    the commitment letter and the committee, through its

9    professionals, were satisfied that the economics were as they

10   had been represented to us and, therefore, it was attractive.

11         We along with the assistants of the committee's

12   conflicts counsel made a few comments to the debtors with

13   respect to the proposed order and the credit agreement.  Those

14   comments have been incorporated into the revised order and the

15   revised credit agreement, as Mr. Butler described, and we are

16   now satisfied with the form of order and with the credit

17   agreement and, of course, we'd support the entry of the order.

18         THE COURT:  Okay.  And so your review included an

19   assessment of the pre-petition secured lenders' rights?

20         MR. SEIDER:  Yes, Your Honor, and I thank you for

21   raising that.  Conflicts counsel has been diligencing that

22   issue since the time really of its hire and we are satisfied

23   now that that is appropriate under the circumstances.

24         THE COURT:  All right.  Well, I reviewed the, not

25   only the motion but the blacklined proposed order and

20

1    blacklined agreement and each of the changes made improves the

2    transaction as far as the estates are concerned.  It's

3    obviously somewhat unusual to pay down two and a half billion

4    of pre-petition debt.  However, given the circumstances of this

5    case, not only the committee's review of the lenders' liens but

6    also as reflected by, among other things, the advents of any

7    remaining objection to this motion, I think the various

8    constituents of the debtors, as well as myself, are satisfied

9    that the benefits of this refinancing, and that includes

10   refinancing of the pre-petition debt, exceed the value to the

11   estate of keeping the pre-petition debt in place and keeping

12   the existing DIP in place.

13            So I will approve the refinancing as sought.

14            MR. BUTLER:  Thank you, Your Honor.  Your Honor, I

15   have a clean copy of the final order, if I can pass it up.

16            THE COURT:  That's fine.  So that will get entered

17   today.  Given that there were no remaining objections and the

18   benefit to the debtors of closing the transaction promptly, I

19   have no problem with the waiver of the ten-day period.

20            MR. BUTLER:  Thank you, Your Honor.  Your Honor,

21   that's the only matter on today's agenda.

22            THE COURT:  Okay.  Very well.  Thank you.

23            (Whereupon this proceeding concluded at 10:23 a.m.)

24

25

21

1

2                            **I N D E X**

3

4                          **R U L I N G S**

5    DESCRIPTION                    PAGE           LINE

6    Refinancing motion             16             13

7    approved

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

22

1

2                           C E R T I F I C A T I O N

3

4        I, court approved transcriber, certify that the foregoing is a

5        correct transcript from the official electronic sound recording

6        of the proceedings in the above-entitled matter.

7

8        _____ January 8, 2007

9        Signature of Transcriber            Date

10

11            Lisa Bar-Leib

12        typed or printed name

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

**ability** 11:24
**able** 12:23 15:11
**above-entitled** 22:6
**accept** 18:6
**accomplish** 17:18
**achieved** 16:5 17:25
**acquisition** 10:19,24
**actual** 13:6
**add** 9:16,20
**added** 9:16,25
**addition** 8:25 13:5
**address** 9:3
**addresses** 11:7
**advantage** 12:13
**advents** 20:6
**adversely** 8:16
**advised** 17:24
**advisory** 16:15
**affect** 8:14
**agenda** 20:21
**agent** 6:18 15:8 17:5
**agents** 7:4 12:17
**agreed** 10:22 13:5
**agreement** 9:2,12,13
    10:4,5,7,7,10,11
    10:17,18,25 11:9
    11:14,18 19:13,15
    19:17 20:1
**agreements** 9:8
**ALICIA** 7:15
**allowed** 12:14
**amended** 9:20 11:8
**amount** 9:14 11:11
**analysis** 17:19,20
**ANDREW** 5:14
**Angeles** 4:19
**appears** 17:21
**appropriate** 17:21
    19:23
**approval** 8:7
**approve** 20:13
**approved** 9:12,12
    21:7 22:4
**approves** 12:21
**approximate** 11:11

**approximately**
    11:12,16 12:15
**argue** 12:3,5
**ARPS** 3:3,10
**Article** 14:3
**asking** 18:16
**aspects** 13:22
**assessment** 19:19
**assistance** 16:19
**assistants** 19:11
**assisted** 16:23
**assuming** 9:11 16:10
**assured** 8:18
**Attorneys** 3:4,11,19
    4:3,10,17 5:3,10
    5:18 6:3,10,17 7:3
**attractive** 19:5,10
**Authorizing** 2:2,3,8
**Avenue** 3:20 5:11,19
    6:11,19 7:5
**aware** 11:2
**a.m** 20:23

## B

**B** 1:21
**bank** 6:17 7:3 14:1
    16:1 17:9
**banker** 14:16 16:15
**Bankruptcy** 1:2,14
    1:23
**BARTLETT** 6:16
**BARTNER** 3:23
**Bar-Leib** 2:25 22:11
**base** 13:1
**based** 8:13 10:23
    13:11 15:21 17:14
    17:23
**basis** 8:24 12:18
    13:3,7,7
**beginning** 11:22
**behalf** 19:3
**believe** 17:22
**beneficial** 16:5
    17:25
**benefit** 17:17 20:18
**benefits** 20:9

**best** 12:17 15:21
    16:7 18:3
**better** 16:21
**bidding** 15:25 17:9
**billion** 11:4,11,13,16
    12:11,16 15:17
    20:3
**blacklined** 10:5
    19:25 20:1
**Bowling** 1:15
**BRIAN** 7:8
**brief** 14:24
**briefly** 9:3 18:25
**bring** 13:16
**Broadway** 4:11
**BROUDE** 5:23
**BROWN** 5:2
**business** 15:5,10
    16:4
**Butler** 3:8 8:4,4 9:6
    15:1 16:13 18:7,11
    18:14,16,20 19:15
    20:14,20

## C

**C** 3:2 8:1 9:18 22:2,2
**CA** 4:19
**calculated** 13:3
**calculation** 13:2
**called** 15:2 16:13
**capital** 12:13 16:17
**CAROLINE** 5:15
**carve** 9:14
**carve-out** 9:9,14
    10:13
**case** 1:4 11:22 14:3
    20:5
**cases** 16:20
**cash** 11:19
**certain** 11:25
**certainly** 19:5
**certify** 22:4
**challenge** 11:24
**change** 10:16,17,20
    10:23 15:18
**changed** 9:8

**changes** 9:3,7 10:6
    10:11 11:1 12:9
    20:1
**Chapter** 16:22
**charged** 13:6 15:23
    17:7,8
**Chase** 6:17 7:3
**Chicago** 3:6 5:5
**chief** 14:15
**circumstances**
    10:22 19:23 20:4
**claimants** 9:19
**claims** 8:17 9:18
    10:2 12:5
**clarify** 9:21
**clause** 9:16
**clean** 20:15
**clear** 9:17 10:1
**close** 12:21 13:9
    18:9
**closes** 12:22
**closing** 11:19 20:18
**collateral** 11:19
**come** 12:20
**comments** 19:12,14
**Commerce** 6:4
**commitment** 12:19
    19:8
**committee** 5:18 6:3
    13:21 19:3,5,6,8
**committee's** 19:11
    20:5
**company** 14:15
**company's** 14:17
    15:9
**comparable** 15:25
    17:9
**competing** 14:19
**complete** 15:20
**concern** 8:13
**concerned** 20:2
**conclude** 11:18
**concluded** 16:18
    20:23
**conditions** 12:9
    16:17

conducted 15:4
  16:25
confidence 12:20
confirmation 12:2
conflicts 19:12,21
conform 9:7
connection 11:17
  14:5
considerable 15:17
  16:21
consists 11:4
constituents 20:8
constituted 10:21
contained 10:18
context 12:3
contingent 12:5
contrary 12:4
control 10:16,17,20
  10:23
controlling 10:19
copy 20:15
corporate 10:16
Corporation 1:8 8:3
  8:6
correct 22:5
cost 13:2,13 15:7,19
  17:4
counsel 19:12,21
County 2:10 8:11,13
  8:24
coupled 16:17
course 12:3 19:17
court 1:2,14 8:2 9:5
  10:12 13:16,25
  14:24 16:10 18:5,8
  18:9,12,15,17,18
  18:22 19:1,7,18,24
  20:16,22 22:4
courtroom 14:14
credit 9:2 10:4,5,6,9
  10:11,17,25 11:5,9
  13:18 14:3,5,9,12
  19:13,15,16
creditors 5:18 6:3
  13:21 19:3
cross-examine

16:11 18:5
current 8:16 13:11
currently 8:20,22
  12:25
CURRIE 5:14

**D**

D 1:22 6:7 8:1 21:2
date 11:6,10 22:9
dated 11:9 18:13
DAVIS 7:2,16
DC 5:12
deadline 13:20
dealing 8:6 14:2
deals 11:2 17:15
debt 2:5,10 11:10
  14:1 16:20 17:21
  20:4,10,11
debtor 1:10 3:4,11
  3:19 4:3,10,17 5:3
  5:10 15:5
debtors 2:2,3,8
  10:15,19 11:3
  12:10 14:4 15:2,5
  15:8,15,15,25 16:4
  16:7,16,18,18,19
  16:21,24 17:1,3,4
  17:17,20,22,24
  18:3 19:4,12 20:8
  20:18
debtor-in 8:7
December 10:7,10
  10:18
deciding 14:20
decreases 17:13
default 10:16,20,21
  10:23
defined 9:13
degree 12:20
deleted 10:24
Delphi 1:8 8:2,6
Delphi's 10:24
described 10:14
  15:17,19 17:13
  19:4,15
DESCRIPTION

21:5
diligence 15:4 17:1
  19:6
diligencing 19:21
DIP 7:4 8:8,12,20,21
  8:22 9:21 10:14,22
  11:4,15 12:9,15
  13:5,6,12,20 14:6
  14:8,11 15:14
  20:12
director 16:14
discharge 11:25
DISTRICT 1:3
Docket 8:9,12 9:2
document 18:12
documents 9:24
  11:2 14:2 19:6
doing 19:6
dollar 11:4,5
dollars 9:11 11:11
  11:13,16 12:11,16
  12:22 13:12 15:21
DOUGLAS 3:23
DRAIN 1:22
Drive 3:5 5:4
due 15:4,7 16:25
  17:3

**E**

E 1:21,21 3:2,2 8:1,1
  21:2 22:2
earlier 10:8
early 16:1
economic 15:19
economics 12:12
  19:9
ECPA 9:11
effect 15:11
effective 13:8 18:17
efficiency 15:7 17:4
efficient 15:10
efforts 12:17
eight 12:22 13:9,12
  15:20
either 14:21 18:19
electronic 22:5

eliminated 10:25
EMANUEL 4:16
enabled 17:16
ENGLISH 4:9
entered 20:16
entertained 15:3
entitled 9:23
entry 13:23 19:17
ESQ 3:8,15,16,23
  4:7,14,21 5:7,14
  5:15,22,23,24 6:7
  6:14,22 7:8,15,16
essentially 15:13
established 15:8
  17:5
estate 18:3 20:11
estates 15:16 16:7
  20:2
estimated 13:9
estimates 17:14
exactly 14:13
exceed 20:10
execute 12:14
existing 8:21 11:3
  13:20 14:1,6,8,11
  15:14 20:12
expected 18:9
expedited 8:7
expense 12:23
expenses 9:13,22
  16:1
experience 17:15,15
expertise 17:23
extended 11:21
extensive 15:4 16:25

**F**

F 1:21 22:2
facilities 11:3,21
  12:24 14:19 16:20
facility 8:8 9:21,22
  11:4,7 12:1,7,9
  13:2,13,19 14:4,5
  14:6,10,11,12,23
  15:13,14,16 16:5
  17:7,11 18:1,19

| | | | |
|---|---|---|---|
| **fact** 12:21<br>**facts** 10:22<br>**fair** 17:8<br>**far** 20:2<br>**favorable** 15:6,15<br>  16:16 17:3<br>**fee** 19:7<br>**fees** 9:10,22 15:20<br>  15:23 17:7,17,17<br>**Fifth** 6:11<br>**Figueroa** 4:18<br>**file** 10:9<br>**filed** 2:10 8:9,10,25<br>  9:1 10:4,7,8 19:7<br>**filing** 9:3<br>**final** 20:15<br>**finally** 9:25 16:4<br>  17:23<br>**financed** 12:16<br>**financial** 16:15<br>**financing** 2:3,4,8,9<br>  8:8,8 12:16 15:3<br>  15:13 16:25 17:7,8<br>  17:11,25 19:4<br>**fine** 20:16<br>**firm** 8:5<br>**first** 8:19 9:8 10:13<br>  11:3 16:2<br>**five** 9:10<br>**FLOM** 3:3,10<br>**Floor** 7:12<br>**foregoing** 22:4<br>**form** 9:1 19:16<br>**Fort** 6:5<br>**fortunate** 13:15<br>**forward** 14:20<br>**four** 3:12 9:7<br>**FOWLER** 4:21<br>**further** 17:12 18:8<br><br>**G**<br><br>**G** 8:1 21:4<br>**General** 6:10<br>**give** 14:24<br>**given** 10:21,21 16:10<br>  20:4,17 | **good** 8:4<br>**GOTSHAL** 6:9<br>**governing** 10:15<br>**Green** 1:15<br>**group** 11:10 15:24<br>  16:1 17:10<br>**guaranteed** 17:13<br>**guess** 18:12<br><br>**H**<br><br>**HALE** 5:9<br>**half** 20:3<br>**happens** 13:12<br>**hear** 14:22 16:12<br>**heard** 18:24<br>**hearing** 2:2,7 8:6<br>**HEDGES** 4:16<br>**held** 8:23 10:1<br>**Highland** 10:21<br>**hire** 19:22<br>**HON** 1:22<br>**Honor** 8:4,10,25 9:6<br>  10:8 11:1,14,21<br>  12:7,21 13:17,24<br>  14:13,14,22,22<br>  15:1 16:3 18:7,8<br>  18:11,14,20,24<br>  19:4,20 20:14,14<br>  20:20,20<br>**Honor's** 11:2<br>**HOPE** 7:16<br>**Howard** 2:10 8:11<br>  8:13,24<br><br>**I**<br><br>**ii** 2:3,8<br>**IL** 3:6 5:5<br>**immediately** 18:17<br>**implement** 17:18<br>**importantly** 12:11<br>**improves** 20:1<br>**included** 9:13 19:18<br>**includes** 20:9<br>**including** 14:18<br>  15:16 17:7<br>**incorporated** 19:14<br>**increase** 9:10 10:13 | 15:16<br>**increased** 9:15<br>  12:11<br>**indemnifications**<br>  12:4<br>**indemnities** 9:23<br>**Indiana** 2:10 8:12<br>**indicate** 13:24<br>**indicated** 10:9<br>**instrumental** 14:17<br>**interest** 12:23 13:6,8<br>  14:17 15:17,18,21<br>  16:7 17:8 18:3<br>**interests** 14:19<br>**introduction** 13:25<br>**investment** 9:12<br>  14:16 16:1,15 17:9<br>**investors** 10:20<br>**issue** 19:22<br>**issues** 12:2<br><br>**J**<br><br>**J** 3:16 5:24<br>**Jack** 8:4<br>**January** 1:18 13:19<br>  18:13 22:8<br>**JEFFREY** 6:14<br>**JESSICA** 4:7<br>**JOHN** 3:8<br>**JP** 6:17 15:6,22,23<br>  17:2,15<br>**JPM** 7:3<br>**JR** 3:8<br>**JUDGE** 1:23<br>**judgment** 15:6,10<br>  15:15,24 16:4<br>**June** 11:9<br>**J.N** 5:7<br><br>**K**<br><br>**KASTIN** 4:7<br>**Kayaln** 3:15 8:5<br>**keeping** 20:11,11<br>**kinds** 12:5 13:15<br>**KLEIN** 4:9<br>**know** 12:14 | **L**<br><br>**L** 6:14 21:4<br>**lack** 17:16<br>**language** 10:1<br>**large** 12:15 13:15<br>**largest** 12:15<br>**Latham** 5:17 19:2<br>**lead** 16:21<br>**lender** 15:24<br>**lenders** 8:23 9:21<br>  10:2,2,22 11:11,17<br>  11:23 13:5 14:6,19<br>  15:3 16:25 17:7<br>  19:19 20:5<br>**lending** 15:8 17:5<br>**LEONHARD** 7:15<br>**letter** 19:7,8<br>**Lexington** 3:20 6:19<br>  7:5<br>**LIBOR** 13:4<br>**liens** 8:14,17,18,19<br>  8:20,21,22,23 10:1<br>  13:21 20:5<br>**limited** 2:7 8:11<br>**line** 11:5 21:5<br>**Lisa** 2:25 22:11<br>**litigation** 11:22<br>**little** 12:18<br>**LLP** 3:3,10,18 5:2,9<br>  6:2,9,16<br>**loan** 9:23 11:5<br>**look** 13:1<br>**looking** 14:19<br>**Los** 4:19<br>**low** 17:17<br>**LOWELL** 4:14<br><br>**M**<br><br>**M** 7:8,15<br>**MANGES** 6:9<br>**Marafioti** 3:15 8:5<br>**MARK** 5:23<br>**market** 17:10<br>**markets** 12:13 16:17<br>**MATEO** 4:21<br>**material** 8:16 |

**math** 13:11
**matter** 1:6 8:12
  20:21 22:6
**maturity** 11:6
**MATZ** 3:16
**MAW** 5:2
**maximize** 16:6 18:1
**MAYER** 5:2
**MEAGHER** 3:3,10
**mentioned** 10:14
**merge** 16:22
**MEYER** 4:9
**MEYERS** 4:2
**MICHAEL** 6:7
**million** 9:10 11:5
  12:22 13:12 15:20
**Mitchell** 5:22 19:2
**modifications** 9:1
**moment** 13:2 16:20
**momentum** 16:18
**money** 12:18
**month** 12:22 13:12
  13:14
**Morgan** 6:17 7:3
  15:6,22,24 17:2
**Morgan's** 17:15
**morning** 8:4
**motion** 2:2,7 8:7,8
  8:11 9:4 10:8 11:2
  12:12 17:13 18:23
  19:25 20:7 21:6
**Motors** 6:10
**moving** 14:20

**N**

**N** 3:2 8:1 21:2,4 22:2
**name** 22:12
**nature** 12:6 17:16
**negatively** 8:14
**negotiations** 14:5
**new** 1:3,16,16 3:13
  3:21 4:5,12 5:20
  6:12,20 7:6,13
  15:20
**number** 8:9,12 9:2
**NW** 5:11

**NY** 3:13,21 4:5,12
  5:20 6:12,20 7:6
  7:13
**N.A** 6:17 7:3

**O**

**O** 1:21 8:1 22:2
**objection** 2:7 8:10
  8:11,15,24 9:1
  20:7
**objections** 14:23
  16:11 20:17
**obligations** 11:8,25
  14:11
**Obtain** 2:2,8
**obtained** 17:14
**obviously** 11:18
  12:10 20:3
**occurrence** 10:23
**October** 11:6
**offer** 10:21
**offered** 15:6 17:2
**offers** 15:3 16:24
**OFFICE** 7:10
**officer** 14:15
**official** 5:18 19:3
  22:5
**Okay** 8:2 9:5 16:10
  16:12 18:5,15,18
  18:22 19:18 20:22
**OLIVER** 4:16
**opinion** 17:2,10 18:2
  18:2
**opportunity** 12:13
**order** 2:2,7 9:2,7,7
  10:9,14 13:19,20
  13:23 14:8,25
  18:17 19:13,14,16
  19:17,25 20:15
**outstanding** 8:17
**oversecured** 10:3
  17:22
**O'MELVENY** 4:2

**P**

**P** 3:2,2,23 8:1
**PAGE** 21:5

**paid** 17:17 18:21
**paragraph** 9:9,17,20
  9:20,25 13:20 14:8
  14:8
**pari** 9:18
**part** 10:5 14:10
**particular** 13:14
**parties** 9:8
**party** 9:18 15:10
**pass** 20:15
**passu** 9:18
**PAUL** 5:7
**pay** 20:3
**payback** 13:14
**paybacks** 13:15
**payment** 18:20
**penalties** 14:7
**penalty** 18:19,21
**Pennsylvania** 5:11
**percent** 13:1,3,9,10
**period** 11:9 20:19
**permits** 14:4,9
**permitted** 14:1
**perspective** 12:10
  15:9
**PETERSON** 4:14
**petition** 11:10 13:7
  14:5,12 17:21
**place** 11:20 13:13
  20:11,12
**placements** 12:17
**plan** 10:19 11:25
**planning** 12:2
**Please** 8:2
**point** 9:11 11:17,23
  13:17
**points** 13:3,7
**POLK** 7:2
**position** 16:21
**positive** 16:17
**possession** 8:8
**post** 13:6
**Post-Petition** 2:3,4,8
  2:9
**pre** 14:4,11 17:20
**premium** 18:18,20

**premiums** 14:7
**prepay** 14:4
**prepayment** 14:7,7
  14:9,10
**present** 14:21
**pressing** 8:24
**previously** 15:19
**pre-default** 9:9
**pre-existing** 13:21
  13:22
**pre-payment** 18:18
**pre-petition** 2:4,9
  6:18 9:22 10:1,2
  11:9,17,20,23
  12:24,24 13:18
  14:3,9 19:19 20:4
  20:10,11
**pre-petitioned** 8:23
**primary** 10:6 11:1
  12:9
**printed** 22:12
**priority** 8:17,19,20
  8:21,22
**problem** 20:19
**proceeding** 20:23
**proceedings** 22:6
**professional** 9:10
**professionals** 19:9
**proffer** 14:21,25
  16:9,12 18:6
**promptly** 20:18
**proposal** 15:6 17:1
**proposed** 9:6 13:19
  13:23 19:4,13,25
**protections** 11:19
**provide** 13:19 15:8
  17:5
**provided** 10:18
**provides** 11:14
**provision** 10:17
**provisions** 10:15
  11:19
**put** 11:20
**putting** 13:13

**Q**

**quarter** 12:25 16:2
**quarters** 13:1
**questions** 18:8
**QUINN** 4:16

**R**

**R** 1:21 3:2 8:1 21:4
  22:2
**raise** 12:2
**raising** 19:21
**rate** 13:1,8 17:12
**rates** 12:24 15:18
  17:8,11,14
**really** 11:3 12:14
  19:22
**reasonable** 12:20
**recall** 10:8 11:21
**receive** 9:22
**record** 15:19
**recording** 22:5
**recovered** 16:1
**recovery** 16:6 18:1
**reduce** 13:5
**reduces** 13:8
**reducing** 13:7
**reduction** 13:10
**refers** 14:25
**refinance** 2:4,9
  12:23
**refinanced** 14:12
**refinancing** 8:14,15
  11:15 14:1,18
  15:11,21 16:19
  18:2 20:9,10,13
  21:6
**refinancings** 16:7
**reflect** 9:9
**reflected** 20:6
**relative** 8:18,19,20
  8:21,22
**relatively** 12:18
**relevant** 14:2
**remaining** 20:7,17
**reorganization**
  11:25 16:18,22
**repaid** 12:1 14:12

**repayment** 13:18
  17:20
**replacement** 8:7
  12:7 15:3,12 16:24
  17:6
**reply** 8:25 10:5
**represent** 17:10,14
**represented** 19:10
**representing** 8:5
  14:17
**reserve** 12:1
**reserved** 11:24 12:3
**RESNICK** 7:8
**resolve** 11:18
**resolved** 8:15
**respect** 8:16 9:6
  10:4 11:20 12:7
  16:13 19:13
**respective** 9:23
**restated** 11:8
**restructuring** 14:15
**result** 12:23 13:18
  16:16
**resulted** 12:18
**review** 13:21 19:18
  20:5
**reviewed** 19:6,24
**reviewing** 16:24
**revised** 19:14,15
**revolving** 11:4
**right** 9:18 12:2 14:7
  18:6,15 19:24
**rights** 11:24 12:3
  19:19
**ROBERT** 1:22 5:24
  6:22
**robust** 12:13
**ROGUS** 5:15
**ROSENBERG** 5:24
**Rothschild** 14:16
  16:14,19,23 17:2
  17:10,24
**Rothschild's** 17:19
  17:24
**ROWE** 5:2
**ROY** 5:7

**running** 12:25

**S**

**S** 3:2 4:18 8:1 21:4
**satisfied** 19:9,16,22
  20:8
**save** 12:22
**saves** 13:11
**savings** 15:7,17 16:4
  16:21 17:4,24
**scheduling** 10:9
**seated** 8:2
**second** 8:22 9:16
  10:15 11:7
**secure** 8:17
**secured** 2:4,5,9,10
  8:23 11:7 14:6
  16:20 17:21 19:19
**security** 12:24
**Seider** 5:22 18:24
  19:2,2,20
**serve** 10:10
**set** 8:6 19:6
**setoff** 9:19
**Shaw** 14:15 16:9,13
  16:23 17:12,19
  18:6
**Shaw's** 18:4
**SHEARMAN** 3:18
**Sheehan** 14:14 15:1
  15:12,23 16:3,11
**Sheehan's** 16:8
**Signature** 22:9
**similar** 12:8
**SIMPSON** 6:16
**size** 12:10 15:16
**Skadden** 3:3,10 8:5
**SLATE** 3:3,10
**slightly** 11:12
**solicitation** 14:18
**solicited** 15:2
**soliciting** 16:24
**somewhat** 20:3
**sought** 15:25 17:9
  20:13
**sound** 22:5

**sounded** 19:5
**South** 5:4
**SOUTHERN** 1:3
**specially** 8:6
**specifically** 14:4
**spending** 12:18
**Square** 3:12 4:4
**stake** 10:19
**stakeholders** 16:6
  18:1
**States** 1:2,14 7:10
**STERLING** 3:18
**STEVENS** 6:2
**stock** 10:24
**Street** 4:18 6:4 7:11
**structure** 14:20
**submitted** 17:2
**substance** 16:8 18:4
**substantially** 12:8
**sum** 16:8 18:3
**summary** 9:1
**SUOZZI** 4:9
**super** 9:18
**support** 19:17
**Sure** 19:1

**T**

**T** 22:2,2
**take** 12:13
**TANNENBAUM**
  6:14
**tax** 8:14,17,17,18
**ten** 9:10
**ten-day** 20:19
**term** 11:5
**terminated** 13:23
**terms** 10:17 12:8,8
  12:19 13:25 15:7
  15:13,14,18,20
  16:5 17:3,6,17,25
**testify** 15:2,2,5,12
  15:23 16:3,14,14
  16:16,23 17:1,6,12
  17:19,23
**testimony** 14:21
  16:8 18:4

| | | | |
|---|---|---|---|
| **THACHER** 6:16 | **United** 1:2,14 7:10 | **1** | **5** 1:18 |
| **thank** 18:7 19:20 | **unsecured** 5:18 19:3 | **1.75** 11:4 | **5(a)** 9:17 |
| 20:14,20,22 | **unusual** 20:3 | **10** 9:20 | **5(b)** 9:9 |
| **thing** 9:16 11:16 | **URQUHARDT** 4:16 | **10:04** 1:19 | **599** 3:20 |
| 13:24 | **usage** 13:11 | **10:23** 20:23 | |
| **things** 20:6 | **U.S** 1:23 | **10004** 7:13 | **6** |
| **think** 11:12 12:15 | | **10017** 6:20 7:6 | **60606** 3:6 5:5 |
| 16:3 20:7 | **V** | **10018** 4:12 | **6180** 8:9 |
| **third** 5:19 9:20 11:8 | **valid** 10:2,3 | **10022** 3:21 5:20 | **6369** 8:12 |
| **thirteen** 12:25 | **value** 20:10 | **10036** 3:13 4:5 | **6446** 9:2 |
| **THOMAS** 3:16 | **various** 14:19 20:7 | **10153** 6:12 | |
| **three** 13:1 | | **11** 9:20 16:22 | **7** |
| **time** 19:22 | **W** | **12(c)** 14:9 | **7** 4:4 |
| **Times** 3:12 4:4 | **Wacker** 3:5 5:4 | **13** 21:6 | **7.9** 13:10 |
| **today** 10:12 20:17 | **waived** 14:6 | **1350** 4:11 | **71** 5:4 |
| **today's** 20:21 | **waiver** 20:19 | **14** 9:25 | **76102** 6:5 |
| **TRACY** 7:16 | **want** 11:17,23 18:5 | **14th** 11:9 | **767** 6:11 |
| **Tranche** 9:18 | **wanted** 13:17 | **16** 13:20 21:6 | |
| **transaction** 9:13 | **wants** 14:22 16:11 | **18** 13:19 | **8** |
| 11:16 13:14,22 | **WARDWELL** 7:2 | **1875** 5:11 | **8** 22:8 |
| 14:2,10,13,18 15:7 | **WARNER** 6:2,7 | | **8th** 11:6 |
| 15:11,20 17:4,18 | **Washington** 5:12 | **2** | **8.6** 13:3 |
| 20:2,18 | **Watkins** 5:17 19:2 | **2.10** 14:3 | **865** 4:18 |
| **transactions** 11:15 | **week** 12:20 18:10 | **2.5** 11:12 12:11 | **885** 5:19 |
| 12:19 13:16 | **WEIL** 6:9 | **2.6** 11:11 | |
| **Transcribed** 2:25 | **West** 3:5 | **20006** 5:12 | **9** |
| **transcriber** 22:4,9 | **we'll** 12:22 | **2005** 11:10 | **9th** 18:13 |
| **transcript** 22:5 | **we're** 18:16 | **2007** 1:18 11:6 13:20 | **90017** 4:19 |
| **TRUST** 6:22 | **we've** 8:18 | 22:8 | |
| **TRUSTEES** 7:10 | **Whitehall** 7:11 | **21st** 7:12 | |
| **twelve** 12:25 | **WILMER** 5:9 | **250** 11:5 | |
| **twenty-five** 13:7 | **WM** 3:8 | **26th** 10:7,10,18 | |
| **two** 10:6,11 11:1,3 | **Worth** 6:5 | | |
| 20:3 | | **3** | |
| **TX** 6:5 | **X** | **3** 9:17 | |
| **typed** 22:12 | **x** 1:5,12 21:2 | **301** 6:4 | |
| | | **325** 13:3 | |
| **U** | **Y** | **33** 7:11 | |
| **U** 21:4 | **year** 16:2 | **333** 3:5 | |
| **ultimately** 14:20 | **yesterday** 10:5 | | |
| **undergo** 10:15 | **York** 1:3,16,16 3:13 | **4** | |
| **underlying** 9:8 | 3:21 4:5,12 5:20 | **4.5** 11:16 12:16 | |
| **understood** 8:15 | 6:12,20 7:6,13 | 15:17 | |
| **undertaken** 12:17 | | **425** 6:19 | |
| **undertaking** 15:22 | **0** | **450** 7:5 | |
| **underwriting** 17:16 | **05-44481** 1:4 | | |
| | | **5** | |