DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000
Amy Wallace Potter (213196)
Christie Branson (217926)

Corporate, Employment and Intellectual Property
Counsel for Debtor MobileAria, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

The undersigned herein certifies that copies of:

DLA PIPER US LLP, CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FOURTH INTERIM PERIOD FROM OCTOBER 1, 2006 THROUGH JANUARY 31, 2007 UNDER 11 U.S.C. §§ 330 AND 331

were served on March 29, 2007 via U.S. mail upon the following:

| | |
|---|---|
| Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 | Marissa Wesley, Esq.<br>Simpson Tacher & Barlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022-4802 | Alicia M. Leonhard, Esq.<br>Office of the U.S. Trustee<br>  for the District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |

EM\7216606.1
35116501-1001                                1

John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

John J. Marquess
Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valerie Venable
Credit Manager
GE Plastics America
9930 Kincey Avenue
Huntersville, NC 28078

Dated:   East Palo Alto, California
         March 29, 2007

DLA PIPER US LLP

By: /s/ _____
Amy Wallace Potter (213196)
Christie Branson (217926)
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000

Corporate, Employment and Intellectual
Property Counsel for Debtor MobileAria, Inc.