# UNITED STEELWORKERS



UNITY AND STRENGTH FOR WORKERS

Writer's Direct Dial 412-562-2546
Writer's Fax 412-562-2429

January 29, 2007

Dr. Tonya Rutledge
Medical Director
Delphi Chassis Systems
P.O. Box 1224
Dayton, OH 45401

Mr. Steve Gebbia
Executive Director Employee Benefits
Delphi Headquarters
M/C 483-400-606
Building A
5725 Delphi Drive
Troy, MI 48098

  Re: **Terry Detrick**

Dear Dr. Rutledge and Mr. Gebbia:

  For many year, Terry Detrick, a T & P retired employee of Delphi and a former member of USW Local 87L, has applied to return to work on the basis of his recovery from the psychological condition that rendered him disabled. His treating psychiatrist has certified that Mr. Detrick is "at no greater risk of relapse then for any other employee hired by General Motors Corporation." (See Letter of Ieva Veveris, M.D. dated 9/2/2001).

  At the Company's request, on January 18, 2005, Johnny Carroll, Benefit Committee Chairman of Local 87L submitted to Dr. Rutledge, Medical Director, Delphi Chassis Systems, the <u>complete medical records</u> covering Mr. Detrick's treatment from February 1985 through September 2001. Dr. Rutledge advised the Local that she had forwarded the records to the corporate medical staff for its review and determination. Despite the passage of a full year, however, the Union received no response from the Company as to its decision regarding Me. Detrick's return to employment.

  On February 16, 2006, I wrote to you to demand that Delphi schedule Mr. Detrick for examination by an impartial specialist physician in accordance with Appendix D, Section B 3(i) of the Pension Plan between the Corporation and the Union dated December 8, 1999. On February 22, 2006, you responded by requesting a lengthy list of medical records, which had either already been supplied or which do not exist.

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union

Five Gateway Center, Pittsburgh, PA 15222 • 412-562-2400 • www.usw.org

Tonya Rutledge, M.D.
Mr. Steve Gebbia
January 29, 2007
Page 2

On or about November 2006, the Union filed a Motion in the United States Bankruptcy Court for the Southern District of New York to Compel Delphi Corporation to submit Mr. Detrick's matter to an impartial medical authority. Following briefing of the matter, Bankruptcy Judge Robert Drain denied the Motion without prejudice. In his oral remarks from the bench, the Judge Drain indicated he might be inclined to grant the Motion, but that he found the most recent medical records as supplied to him to be several years' old and suggested obtaining a more current report from the treating psychiatrist and submitting same to the Corporation for its consideration.

In accordance with Judge Drain's direction, we enclose a letter from Dr. Veveris dated January 11, 2007 following an examination on January 6, 2007. Dr. Veveris concludes that she can again confirm her previous letters and medical opinion that Mr. Detrick has made a complete recovery from his anxiety disorder and depression and is able to return to work in an industrial setting.

Once again we request that the Company consider Mr. Detrick's request to return to work in accordance with Appendix D, Section B of the applicable Pension Plan. So as to expedite your consideration of this request, we again enclose for each of you the complete psychological medical file of Mr. Detrick's treatment. He received no drugs, other treatment or tests beyond that reflected in his medical record.

Given the fact that the Company has reviewed this matter several times in the past, you should be able to supply us with your determination within the next three to four weeks. If we have not heard from you within that period of time, we will assume that you are again denying Mr. Detrick's request by inaction. Accordingly, if you do not advise us during that period of time that you will restore Mr. Detrick to employment or agree to submit his case to an impartial medical authority, we will have no choice but to again place the matter before Judge Drain.

Very truly yours,

Melvin P. Stein
Associate General Counsel
United Steelworkers

MPS/rrp
Enclosures

cc:   David McCall, District Director
      Ron Wardrup, Staff Representative
      Johnny L. Carroll, Benefit Committee Chairman, LU 87L
      Lowell Peterson, Esquire
      Terry Detrick

**IEVA VEVERIS, M.D.**
42 EAST RAHN ROAD, SUITE 107
KETTERING, OHIO 45429

TELEPHONE: (937) 433-0788
FAX: (937) 433-0873

January 11, 2007

TO: General Motors Co.

RE: Terry Detrick
   DOB: 09-27-1948
   SSN: 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

To Whom It May Concern:

I am writing to you regarding Mr. Terry Detrick who has been my patient since February 21, 1985.

On my most recent examination on 01-06-2007, I was able to confirm, including any previous letters written on the same subject on 02-27-1998, 09-20-1999 and 01-25-2001, that Mr. Detrick has made a complete recovery from his anxiety disorder and depression. He is able to return to work in an industrial setting and it would be beneficial for him to do so.

I would greatly appreciate your cooperation.

Respectfully,

*Ieva Veveris M.D.*
IEVA VEVERIS, M.D.

IV/feh