

# United Steelworkers of America

AFL-CIO/CLC

DENNIS A. BINGHAM, President
VIC ALEXANDER, Vice President
DARRELL COLLINS, Recording Secretary
JOHNNY L. CARROLL, Financial Secretary
EARL D. SHEPARD, Treasurer

RUBBER/PLASTICS INDUSTRY CONFERENCE
Local Union No. 87-L
21 Abbey Ave.
Dayton, OH 45417
Office: (937) 268-6646
Fax: (937) 262-3542

February 26, 2007

Dr. Tonya Rutledge
Medical Director
Delphi Chassis Systems
P.O. Box 1224
Dayton, OH 45401

Mr. Steve Gebbia
Executive Director Employee Benefits
Delphi Headquarters
M/C 483-400-606
Building A
5725 Delphi Drive
Troy, MI 48098

**Re:   Terry Detrick**

Dear Dr. Rutledge and Mr. Gebbia:

On January 29, 2007, Melvin Stein, Associate General Counsel, for the International Union, again submitted to you on behalf of the Union Terry Detrick's complete psychological medical records as received from Ieva Veveris, M.D., Mr. Detrick's treating physician. As submitted to you, those records included an updated report from Dr. Veveris dated January 11, 2007, stating that, based on an examination on January 6, 2007, she confirmed her prior conclusion that Terry Detrick was completely recovered from his anxiety disorder and depression and is able to return to work. In his letter, Mr. Stein requested that Delphi either reinstate Mr. Detrick or submit the matter to an impartial medical authority in accordance with Appendix D, Section B of the Pension Plan.

Tonya Rutledge, M.D.
Mr. Steve Gebbia
February 26, 2007
Page 2

    Neither Mr. Stein nor the Local Union have received an acknowledgement of the renewed request to reinstate Mr. Detrick. Given Judge Drain's desire to have this matter resolved in accordance with contract procedures, we again appeal to you to grant Mr. Detrick's request to resume his employment or to permit an impartial medical authority to rule on his suitability for work. Failing a response, we will have no alternative but to again raise this matter with Judge Drain.

                                                        Very truly yours,

                                                        Johnny Carroll
                                                        Financial Secretary LU 87-L
                                                        and Union Benefit Representative

cc:    Melvin P. Stein, Esquire
       David McCall, District Director
       Ron Wardrup, Staff Representative
       Lowell Peterson, Esquire
       Terry Detrick