09/16/2002 16:25   513-671-6011                         DIST 1 AREA 3 OFFCY                    PAGE  03

08/15/2002  20:45  143-313-4888                         DMHC DIC PLP
                                                                          262-3542        PAGE  01

# DELPHI
### Automotive Systems

memo

Date: August 19, 2002
To: Eldon House, Local 87
From: Thomas Pace, M.D.
Subject: Terry Detrick

Mr. House,

After thorough examination of reports and records submitted, I find no current documentation to substantiate a reversal of the Total and Permanent Disability that was approved in June, 1983.

Thomas Pace, M.D.