

# United
# Steelworkers of
# America

AFL-CIO/CLC

RUBBER/PLASTICS INDUSTRY CONFERENCE
Local Union No. 87-L
21 Abbey Avenue
Dayton, Ohio 45417
268-6646
Fax 262-3542

DENNIS A. BINGHAM, President
CURT VARNER, Vice President
VIC ALEXANDER, Secretary
JOHNNY L. CARROLL, Treasurer

October 3, 2002

Dr. Tonya Rutledge
Medical Director
Delphi Chassis Systems
P. O. Box 1224
Dayton, Ohio 45401

RE: Terry Detrick

Dear Dr. Rutledge:

Per the attached documents we request an Impartial Medical Opinion be scheduled at the earliest possible time for the employee Terry Detrick.

Please inform the union of your decision in writing.

I am thanking you in advance for your cooperation in this matter.

Sincerely,

*Johnny L. Carroll*

Johnny L. Carroll
Benefit Chairman
USWA Local 87-L
AFL-CIO/CLC

JLC:dw
Opeiu-98



OCT 0 3 2002
PERSONNEL
DEPT.