

# United Steelworkers of America

AFL-CIO-CLC

District 1 / Sub-District 3

1329 E. Kemper Road, Building 400
Suite 4214
Cincinnati, Ohio 45246
Office: (513) 671-8792  •  FAX: (513) 671-6011

---

David R. McCall, *Director*

Dan Winslow, *Assistant Director*
Wm. J. Hocevar, *Assistant Director*

September 8, 2003

Fred Alexander
Director Personnel
Delphi Chassis Systems
2701 Home Avenue
Dayton, OH  45417

**RE:  TERRY DETRICK**

Dear Mr. Alexander,

    I had sent you a letter requesting an Independent Medical Opinion (IMO) for retiree Terry Detrick and am yet to have received a response. I would appreciate at least a statement of the companies' position on this matter.

    I would be happy to meet with any agent of the company to bring resolution to this matter. If you have any questions you may contact me at my office.

    Sincerely,

Ronnie Wardrup
Staff Representative
United Steelworkers of America
Cincinnati Office

RW/jlm

Cc:    David McCall, Director, District One, United Steelworkers of America
       David Caldwell, Sub District Director, District One - Sub District Three, United Steelworkers of America
       Mel Stein, Legal Council, United Steelworkers of America
       John Carroll, Benefits Representative United Steelworkers of America, Local 87L
       Gary Adams, Shop Chairman, United Steelworkers of America, Local 87L
       Tonya Rutledge, Medical Director, Delphi Chassis Systems