

# United Steelworkers of America
AFL-CIO/CLC

DENNIS A. BINGHAM, President
VIC ALEXANDER, Vice President
DARRELL COLLINS, Recording Secretary
JOHNNY L. CARROLL, Financial Secretary
EARL D. SHEPARD, Treasurer

RUBBER/PLASTICS INDUSTRY CONFERENCE
Local Union No. 87-L
21 Abbey Ave.
Dayton, OH 45417
Office: (937) 268-6646
Fax: (937) 262-3542

January 18, 2005

Dr. Tonya Rutledge
Medical Director
Delphi Chassis Systems
P.O. Box 1224
Dayton, OH 45401

RE: Terry Detrick
S.S. #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

Dear Dr. Rutledge:

For the past several years, we have been attempting to secure for Mr. Detrick his contractual right to return to work following his recovery from the anxiety disorder that forced his disability retirement. The Company has refused either to reinstate Mr. Detrick to employment or to cooperate in scheduling an impartial medical opinion to resolve any dispute as to Mr. Detrick's recovery and ability to return to work. Specifically, the Company has insisted that they had insufficient medical information on which to proceed.

Enclosed please find the complete medical records covering Mr. Detrick's treatment from February 1985 through September 2001. We ask that the Company promptly review these records and either agree to reinstate Mr. Detrick or with the participation of the Union, schedule a medical review by a qualified impartial psychiatrist. Such physician must be truly impartial and not have any financial ties or obligations to the Company or Union. Assuming an IMO is required, we submit the following individuals as both qualified and impartial.

Please find enclosed a copy of the HIPAA authorization form pursuant to 45 CFR 164.508 authorizing release of protected health information to: Melvin Stein, Esq.; Ron Wardrup, USWA Field Representative; John Carroll, USWA Local 87L Benefit Chairman & General Motors' representative.

Terry Detrick  
January 18, 2005

Page 2

Dr. Vinod Patwa  
3131 South Dixie Drive  
Moraine, OH  
(937)395-3525

Dr. Mahendra Mahajan & Associates  
9000 N. Main Street  
Englewood, OH  
(937)836-7666

Dr. Amita Patel  
9000 N. Main Street, Suite 222  
Englewood, OH  
(937)832-8883

Should you have any questions, please contact me. We look forward to an early response.

Very truly yours,

*Johnny L. Carroll*

Johnny L. Carroll  
Benefit Committee Chairman  
USWA Local 87L, AFL-CIO/CLC

JLC:dw  
Opeiu-98  
Afl-cio/clc

CC: Ron Wardrup, USWA Staff Representative  
Melvin P. Stein, Senior Counsel USWA Local 87  
Frank Payson, Esquire

ENCL/T.Detrick records