# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| ORE HILL HUB FUND LTD<br>Name of Transferee | HYDRO ALUMINUM ADRIAN, INC<br>Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

ORE HILL HUB FUND LTD
650 FIFTH AVE
9TH FL
NEW YORK, NY 10019

Court Claim # (if known): 12142
Amount of Claim: **570,535.00**
Date Claim Filed: 7/28/2006

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress                         Date: 4/19/2007
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re: DELPHI AUTOMOTIVE SYSTEMS LLC**
**Case No. 05-44640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 12142  (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 4/19/2007.

| | |
|---|---|
| Ore Hill Hub Fund Ltd<br>**Name of Transferee** | Hydro Aluminum Adrian, Inc<br>**Name of Alleged Transferor** |
| Address of Transferee:<br>650 Fifth Ave, 9th Fl<br>New York, NY 10019 | Address of Alleged Transferor:<br>1607 E. Maumee St<br>Adrian, MI 49221 |

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

«CREDITOR»

**TRANSFER NOTICE**

HYDRO ALUMINUM ADRIAN, INC. ("Assignor"), transfers and assigns unto LIQUIDITY SOLUTIONS, INC. as agent for ORE HILL HUB FUND LTD. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the HYDRO ALUMINUM ADRIAN, INC. Claims of Assignor in the aggregate amount of **$ 570,535.00** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment of Claim agreement.

HYDRO ALUMINUM ADRIAN, INC.

BY: _____
Jeffrey L. Caress, as agent and attorney-in-fact
for Hydro Aluminum Adrian, Inc.

LIQUDITY SOLUTIONS, INC. AS AGENT FOR ORE HILL HUB FUND LTD.

BY: _____
Michael Richards