**Hearing Date: April 20, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED SEVENTEENTH OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (5 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (4 Matters)

    D.    Contested Matters (3 Matters)

    E.    Adversary Proceeding (1 Matter)

**B.    Continued Or Adjourned Matters\***

    1.    **"Creditors' Committee GM Claims And Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

        *Response Filed:*    *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)*

        *Reply Filed:*    None.

        *Related Filings:*    *Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4689)*

---

\*    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4778, 4912, 5153, and 6723 (KECP Emergence Incentive Program, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: Delphi Medical Systems Colorado Corporation Adv. Pro. No. 06-01677, Docket No. 2 (Summons with Notice of Pre-Trial Conference), NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), and L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment).

2

*Affidavit In Support Of Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4690)*

*Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4691)*

*Exhibits A & B To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4738)*

*Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4831)*

*So Ordered Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4837)*

*Proposed Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtor's Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4902)*

*Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of*

        *Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)*

        *Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

  *Status:*    *By agreement of the parties this matter is being adjourned to the May 31, 2007 omnibus hearing.*

2.  **"Ex Parte Motion To File Supplemental Objection Under Seal"**– Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5229)

  *Response Filed:*  *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection To Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)*

  *Reply Filed:*  *None.*

  *Related Filings:*  *Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)*

        *Objection Of The Official Committee Of Equity Security Holders To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And*

4

        *Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

    *Status:*    *This matter is being adjourned to the May 31, 2007 omnibus hearing.*

3. **"ATEL Leasing Corporation"**– Motion Of ATEL Leasing Corporation (A) For Allowance And Payment Of Outstanding Post-Petition Amounts As An Administrative Expense Claim; (B) To Compel Assumption Or Rejection Of Unexpired Lease; And (C) For Immediate Turnover Of Equipment Upon Rejection (Docket No. 6990)

    *Response Filed:*    None.

    *Reply Filed:*    None.

    *Related Filings:*    None.

    *Status:*    *By agreement of the parties this matter is being adjourned to the May 31, 2007 omnibus hearing.*

4. **"Wachovia Administrative Claim Motion"**– Motion Of Wachovia Bank, N.A. For Allowance Of Administrative Expense Claim And Request For Payment (Docket No. 7364)

    *Response Filed:*    None.

    *Reply Filed:*    None.

    *Related Filings:*    None.

    *Status:*    *By agreement of the parties this matter is being adjourned to the May 31, 2007 omnibus hearing.*

5. **"Furukawa Electric Relief From Automatic Stay"**– Motion Of Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C § 1334(c); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(d); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7410)

    *Response Filed:*    *Debtors' Objection To Motion By Furukawa Electric North America APD And Furukawa Electric Co., Ltd., For (A) Abstention Pursuant To 28 U.S.C. § 1334(c); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. 362(d); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7678)*

5

  *Reply Filed:*  *None.*

  *Related Filings:*  *None.*

  *Status:*  *By agreement of the parties this matter is being adjourned to the May 31, 2007 omnibus hearing.*

**C.**  **Uncontested, Agreed, Or Settled Matters**

  6.  **"Application Maintenance Motion"**– Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Application Maintenance And Support Agreements (Docket No. 7524)

    *Response Filed:*  *None.*

    *Reply Filed:*  *None.*

    *Related Filings:*  *Ex Parte Application Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Debtors To File Application Maintenance And Support Agreements Under Seal (Docket No. 7438)*

      *Order Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 Authorizing Debtors To File Application Maintenance And Support Agreements Under Seal (Docket No. 7453)*

    *Status:*  *The hearing with respect to this matter will be proceeding.*

  7.  **"Finance Outsourcing Motion"**– Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Finance Outsourcing Agreement (Docket No. 7525)

    *Response Filed:*  *None.*

    *Reply Filed:*  *None.*

    *Related Filings:*  *Ex Parte Application Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Debtors To File Redacted Version Of Finance Outsourcing Agreement (Docket No. 7475)*

      *Order Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 Authorizing Debtors To File Redacted Version Of Finance Outsourcing Agreement (Docket No. 7476)*

6

|  |  |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

8. **"Second 365(d)(4) Deadline Extension Motion"**– Motion For Order Under 11 U.S.C. § 365(d)(4) Further Extending Deadline To Assume Or Reject Leases Of Nonresidential Real Property (Docket No. 7529)

|  |  |
|---|---|
| *Response Filed:* | *Response Of Orix Warren, LLC To Motion For Order Under 11 U.S.C. § 365(d)(4) Further Extending Deadline To Assume Or Reject Unexpired Lease Of Nonresidential Real Property (Docket No. 7666)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

9. **"Third Removal Deadline Extension Motion"**– Motion To Further Extend Time Period Within Which Debtors May Remove Actions Under 28 U.S.C § 1452 And Fed. R. Bankr. P. 9006 And 9027 (Docket No. 7530)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.    Contested Matters**

10. **"Wachovia Bank's Relief From Stay"**– Wachovia Bank, National Association's Motion Pursuant To 11 U.S.C. § 362 For Relief From The Automatic Stay, If Applicable, To Proceed With Litigation Against Larry Graves, A Non-Debtor Delphi Employee, In The Circuit Court Of The Second Judicial District Of Hinds County, Mississippi (Docket No. 5951)

|  |  |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion By Wachovia Bank, National Association, For Relief From Automatic Stay To Proceed With Litigation Against Larry Graves, A Delphi Employee, In The Circuit Court Of The Second Judicial District Of Hinds County Mississippi (Docket No. 7680)* |

7

    *Reply Filed:*    *None.*

    *Related Filings:*    *None.*

    *Status:*    *The hearing with respect to this matter will be proceeding.*

11. **"Tenth Omnibus Claims Objection"** – Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7300)

    *Responses Filed:*    *Response Of The Furukawa Electric Co., Ltd. To Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7639)*

    *Response Of ThyssenKrupp Budd Systems, LLC, ThyssenKrupp Waupaca, Inc. And ThyseenKrupp Stahl Company's (Collectively, "TK Budd Companies") To Debtors' Tenth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B)Equity Claims (Docket No. 7645)*

    *Hyundai Motor Company's Response To Tenth Omnibus Claims Objection (Docket No. 7651)*

    *Hyundai Motor America's Response To Tenth Omnibus Claims Objection (Docket No. 7652)*

    *Response Of Longacre Master Fund Ltd. To (I) Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims And (II) Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7670)*

    *Response Of Contrarian Funds, LLC To Debtors' Tenth And Eleventh Omnibus Claims Objections (Docket No. 7672)*

|  |  |
|---|---|
|  | *Response Of York International, Corp. (Claim No 15530) To Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7675)* |
|  | *Response Of Dennis Dashkovitz To Tenth Omnibus Objection To Claims (Docket No. 7714)* |
| *Reply Filed:* | *An omnibus reply will be filed.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. The hearing will be adjourned with respect to all other responses to future claims hearing dates upon service of applicable notices of adjournment in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

12. **"Eleventh Omnibus Claims Objection"** – Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, And (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301)

|  |  |
|---|---|
| *Responses Filed:* | *LTC Roll & Engineering Co.'s Response To Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subjection To Modification (Docket No. 7612)* |
|  | *Response Of RT Sub, LLC To Debtors' Eleventh Omnibus Objection To Claims (Claim No. 16507) (Docket No. 7632)* |
|  | *General Products' Response To Debtors' Eleventh Omnibus Objection Seeking To Disallow General Products' Claim (Docket No. 7634)* |

9

*Response Of P & R Industries, Inc. To Debtors' Eleventh Omnibus Objection To Claims (Docket No. 7635)*

*Response Of Technical Materials, Inc. To Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7647)*

*Response Of ILM Tool Incorporated To The Eleventh Omnibus Objection (Docket No. 7648)*

*Response Of Liquidity Solutions, Inc. As Assignee To Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records (C) Untimely Claims And (D) Claims Subject To Modification (Docket No. 7649)*

*Response To Claim Subject To Objection Of Bona Vista (Docket No. 7650)*

*Sumitomo Wiring Systems (U.S.A), Inc.'s Response To Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Claim No. 2111) (Docket No. 7655)*

*Opposition Of The Lockport City Treasurer To The Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7656)*

*Response Of Juki Automation Systems, Inc. To Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books*

10

*And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7657)*

*Response Of Plastic Plate, Inc. To Debtors' Eleventh Omnibus Objection (Substantive) To Claims Not Reflected On Debtors' Books And Records (Docket No. 7659)*

*Response Of Caraustar Custom Packing Group, Inc. To Debtors' Eleventh Omnibus Objection To Certain Claims (Docket No. 7660)*

*Response Of Creditor, Hyatt Legal Plans, Inc. To Debtors' "Eleventh Omnibus Claims Objection" (Docket No. 7661)*

*Opposition Of Pillarhouse (U.S.A), Inc. To Debtors' Eleventh Omnibus Objection To Claim (Claim # 10203) (Docket No. 7664)*

*Creditor's Request To Hold Matter In Abeyance, In Response To Debtors' Eleventh Omnibus Claims Objection Filed By Robert A. Mothershead (Docket No. 7665)*

*Response Of Castrol Industrial North America, To Debtors' Eleventh Omnibus Claims Objection (Docket No. 7668)*

*Response Of Longacre Master Fund Ltd. To (I) Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims And (II) Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, (D) Claims Subject To Modification (Docket No. 7670)*

*Response Of Ohio Department Of Taxation To Debtors' Eleventh Omnibus Objection To Claims (Docket No. 7671)*

*Response Of Contrarian Funds, LLC To Debtors' Tenth And Eleventh Omnibus Claims Objections (Docket No. 7672)*

11

|  |  |
|---|---|
|  | *Response Of Johnson Controls, Inc. (Claim No. 5976) To Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7674)* |
|  | *Response Of York International, Corp. (Claim No. 15531) To Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7676)* |
|  | *Response Of Creditor Quest Diagnostic, Inc. To Debtor's Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7679)* |
|  | *BASF Corporation's Response To Debtors' Eleventh Omnibus Objection (Substantive) (Docket No. 7681)* |
|  | *Tecnomec S.R.L's Response To Debtors' Eleventh Omnibus Objection To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7697)* |
|  | *Response Of Flexible Automation Inc.'s To Eleventh Omnibus Objection (Docket No. 7715)* |
|  | *Response Of ABC Technologies, Inc. And Salga Plastics Inc. To Debtors' Eleventh Omnibus Claims Objection (Docket No. 7721)* |
| *Reply Filed:* | *An omnibus reply will be filed.* |
| *Related Filings:* | *None.* |

|  |  |
|---|---|
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed or for which the Debtors and the respondents have resolved the responses. The hearing will be adjourned with respect to all unresolved responses to future claims hearing dates upon service of applicable notices of adjournment in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

**E.   Adversary Proceeding**

    13.    **"National Union Fire Insurance Company Of Pittsburgh, PA, Declaratory Judgment"**– Complaint For Declaratory Judgment Adversary Proceeding No. 07-01435 (Docket No. 1)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

*Related Filings:*    *Summons And Notice of Pretrial Conference In An Adversary Proceeding (Docket No. 2)*

*Stipulation Extending Time To Answer Or Move (Docket No. 4)*

*Status:*    *A pre-trial conference is scheduled for the April 20, 2007 omnibus hearing.*

Dated: New York, New York
      April 19, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession