

23701 John R.
Hazel Park, MI  48030
Office: 248-548-3076   Fax: 248-548-3712
www.controls-crew.com

04/11/07

To:

United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004
Attn: Honorable Robert D. Drain

And

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: General Counsel

And

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton


Dear Sir/Madam:

This is in response to Case No. 05-44481 (RDD) in which Controls Crew Inc. received a "Notice of Objection to Claim" on 3/21/07.

Controls Crew Inc. DISAGREES with the Eleventh Omnibus Objection.  Controls Crew Inc. is filing this disagreement response and is submitting proof that the claim amount is valid and should be paid in full by Delphi Corporation.  The proof submitted is as follows and attached:

1) Purchase order (#FDS78089) was issued by Delphi Corporation to Controls Crew Inc. to provide engineering services in the amount of 150 hours at a base unit price of $57/hour.  The purchase order was issued on 8/13/04.
2) Services were completed and all engineering drawings and programs given to Delphi Corporation.  An invoice (#2174) was submitted on 9/16/05 along with multiple inquiries thereafter.
3) Proof of Claim was filed on 3/6/06 and acknowledged on 3/13/06 (Claim #2266) in the amount of $8,550.00.

Thank you for your attention to this matter.

Sincerely,


Gus Mattia
Vice President
Controls Crew Inc.