Title of claims objection- "Claims Subject to Modification".

Name of claimant- SFS intec, Inc.

Description of basis for claim amount- At the time of filing for the claim we were unable to produce the proof of deliveries for 5 invoices. We had contacted the freight companies who transported for us and due to the age of the invoices they were unable to archive the information in a timely manner. We have gotten the information but it was after the cut off.

Statement of reasons to consider claim- SFS has obtained the desired information and even though it was after the cut off time we are able to prove the debtor did receive our material.

Claim Number- 1216

Claim Amount- Original = $48089.03  Modified Claim Amount = $40608.54
Allowable Amount = $42988.00

Attached are copies of the proof of deliveries for the invoices in question. There is no change in our address from the prior claim.