SFS intec Inc., AutomotiveProducts
5201 Portside Drive
US-Medina, OH 44256
T +1 330 239 7100, F +1 330 239 7190
www.sfsintec.biz

8484-0051-6191

Delivery from inventory:   LZH / CH


DELPHI AUTOMOTIVE              DELPHI ELECTRONICS AND SAFETY
SYSTEMS                        MRS. ERIKA MALDONADO
DELPHI GLOBAL PURCH.           1401 CROOKS ROAD
S.SAGINAW STREET               TROY, MICHIGAN 48084
USA-48501 FLINT MICHIGAN


19.01.2005   4.940   414.894   388207      I N V O I C E                        1

     17.01.2005 LOCK PIN 28024548                                              PTI

     BY FEDEX, DUTY AND TAX UNPAID          Within 30 days Due net
     FEDEX NO. 2427-3098-4
LZH    18.01.2005       departure          DOBBINS RAY
04                                         T +1 330 239 7134

Supplier code   : 48-001-7896                        EUR              EUR

001  118866.001 A       0759947
Lot-No.:0475277
LOCK PIN 1690 8922
MATERIAL 34 CR4
ANNEALED
1690 8922
8.2 X 21                                 50    50 pcs   19,89 %           9,95
Origin   :Switzerland










                    ,42                                                    EUR
FEDEX
USA                             9,95      ,00      ,00 0%       ,00       9,95

Remittance address for payment:
SFS intec Inc., 5201 Portside Drive, US-Medina, OH 44256

| | | |
|---|---|---|
| FedEx Express<br>Customer Support<br>Domestic Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643 | Telephone 901-369-3600 |



March 27, 2007

SARA KOPP
(610) 376-0932

Dear SARA KOPP:

Our records reflect the following delivery information for the shipment with the tracking number 848400516191.

Delivery Information:

Signed For By:   C.SIECZKOWSKI

Delivered to:    1401 CROOKS RD

Delivery Date:   January 24, 2005

Delivery Time:   09:55 AM

Shipping Information:

Shipment Reference Information:   SFS 388207 PTI

| Tracking No: | 848400516191 | Ship Date: | January 19, 2005 |
|---|---|---|---|
| Shipper: | N.MEIER<br>SFS INTEC AG<br>ROSENBERGSAUSTRASSE 10<br>HEERBRUGG, SG 9435<br>CH | Recipient: | ERIHA MALDONADO<br>DELPHI SAFETY & INTERIOR<br>1401 CROOKS RD<br>TROY, MI 48084<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: 0327014216

This Information is provided subject to the FedEx Service Guide.

SFS intec Inc., AutomotiveProducts
5201 Portside Drive
US-Medina, OH 44256
T +1 330 239 7100, F +1 330 239 7190
www.sfsintec.biz

8484-005T-6103

Delivery from inventory:   LZH / CH

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | PENSKE LOGISTICS |
| DELPHI GLOBAL PURCH. | MR. DANIEL LOZANO |
| S.SAGINAW STREET | 601 JOAQUIN CAVAZOS DR. |
| USA-48501 FLINT MICHIGAN | LOS INDIOS, TX 78567 |

```
27.01.2005   4.940   416.624   389280      I N V O I C E                              1

     27.01.2005 BY FEDEX, DUTY AND TAX UNPAID                                        PTI

     FEDEX NO. 2427-3098-4              Within 30 days Due net

LZH     27.01.2005      departure       DOBBINS RAY
04                                      T +1 330 239 7134

Supplier code  : 48-001-7896                       EUR           EUR

001  120783.001 A      0759947
Lot-No.:0475277
LOCK PIN 1690 8922
MATERIAL 34 CR4
ANNEALED
1690 8922
8.2 X 21                            3000     3000 pcs   19,89 %          596,70
Origin   :Switzerland
```

```
                 25,28                                                           EUR
FEDEX
USA                             596,70      ,00     ,00  0%       ,00     596,70
```

Remittance address for payment:
SFS intec Inc., 5201 Portside Drive, US-Medina, OH 44256

FedEx Express     U.S. Mail: PO Box 727     Telephone 901-369-3600
Customer Support     Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



March 27, 2007

SARA KOPP
(610) 376-0932

Dear SARA KOPP:

Our records reflect the following delivery information for the shipment with the tracking number 848400516103.

Delivery Information:

Signed For By:    J.GAMEZ

Delivered to:    601 JOAQUIN CAVAZOS ROAD

Delivery Date:    January 28, 2005

Delivery Time:    09:58 AM

Shipping Information:

Shipment Reference Information: PTI 389280 DOBBINS RAY

| | | | |
|---|---|---|---|
| Tracking No: | 848400516103 | Ship Date: | January 27, 2005 |
| Shipper: | GEHRIGER PETRA<br>SFS INTEC AG<br>ROSENBERGSAUSTRASSE 10<br>HEERBRUGG, SG 9435<br>CH | Recipient: | D LOZANO<br>PENSKE LOGISTICS<br>601 JOAQUIM CAVAZOS DR<br>LOS INDIOS, TX 78567<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: 0327014118

This Information is provided subject to the FedEx Service Guide.

SFS intec Inc., AutomotiveProducts
5201 Portside Drive
US-Medina, OH 44256
T +1 330 239 7100, F +1 330 239 7190
www.sfsintec.biz

8484-0051-6180

Delivery from inventory:    LZH / CH

DELPHI AUTOMOTIVE                    PENSKE LOGISTICS
SYSTEMS                              MR. DANIEL LOZANO
DELPHI GLOBAL PURCH.                 601 JOAQUIN CAVAZOS DR.
S.SAGINAW STREET                     LOS INDIOS, TX 78567
USA-48501 FLINT MICHIGAN


19.01.2005    4.940    414.994    388209        I N V O I C E                              1

    17.01.2005 LOCK PIN 28024548                                                          PTI

    BY FEDEX, DUTY AND TAX UNPAID           Within 30 days Due net
    FEDEX NO. 2427-3098-4
LZH    18.01.2005        departure          DOBBINS RAY
04                                          T +1 330 239 7134

Supplier code    : 48-001-7896                              EUR              EUR

001  118868.001 A       0759947
Lot-No.:0475277
LOCK PIN 1690 8922
MATERIAL 34 CR4
ANNEALED
1690 8922
8.2 X 21                                300    300 pcs   19,89 %           59,67
Origin    :Switzerland




                2,53                                                        EUR
FEDEX
USA                              59,67       ,00       ,00  0%     ,00    59,67

Remittance address for payment:
SFS intec Inc., 5201 Portside Drive, US-Medina, OH 44256

FedEx Express U.S. Mail: PO Box 727 Telephone 901-369-3600
Customer Support Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



March 27, 2007

SARA KOPP
(610) 376-0932

Dear SARA KOPP:

Our records reflect the following delivery information for the shipment with the tracking number 848400516180.

Delivery Information:

Signed For By: P.HERNANDEZ

Delivered to: 601 JOAQUIN CAVAZOS ROAD

Delivery Date: January 21, 2005

Delivery Time: 09:44 AM

Shipping Information:

Shipment Reference Information: SFS 388209 PTI

| Tracking No: | 848400516180 | Ship Date: | January 19, 2005 |
|---|---|---|---|
| Shipper: | N.MELER<br>SFS INTEC AG<br>ROSENBERGSAUSTRASSE 10<br>HEERBRUGG, SG 9435<br>CH | Recipient: | D.LOZANO<br>PENSHE LOGISTICS<br>601 JOAQUIN CAVAZOS DR.<br>LOS INDIOS, TX 78567<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: 0327014178

This Information is provided subject to the FedEx Service Guide.