UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, et.al.<br><br>Debtors in Possession. | Case No. 05-44481 (RDD)<br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF SERVICE** |

David Gerard, under penalty of perjury, declares and says:

1. I am over eighteen years of age and I am not a party to this action.

2. On April 13, 2007, I caused TECNOMEC S.R.L.'S RESPONSE TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION to be served prior to 4 P.M. EST by the method indicated below to:

| | |
|---|---|
| [_] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[_] via facsimile transmission<br>[X] via hand delivery | John Wm. Butler, Jr.<br>John K. Lyons<br>Randall G. Reese<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>*Counsel to the Debtors*<br>General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>*Debtors in Possession*<br>(Delphi referred process server to Delphi's corporate agent): |

        CT
        30600 Telegraph Road
        Bingham, MI 48025
        *Corporate agent for Delphi*
        *Corporation*

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2007.

        _David Gerard_

# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
### District of New York

Date Filed: _____

Index Number: 05-44481 (RDD)

In Re: Delphi Corporation, et al.

**Debtors in Possession**

For:
New York
Garvey Schubert Barer
20th Floor
100 Wall St.
New York, NY 10005-3708

Received by Front Range Legal Process Service to be served on **Skadden Atps, Slate, Meagher & Flom LLP, JOHN WM. BUTLER JR., 333 West Wacker Drive, Suite 2100, Chicago, IL 60606.**

I, Jason Laning, being duly sworn, depose and say that on the **13th day of April, 2007 at 1:45 pm,** I:

Served the within named corporation by delivering a true copy of the **Tecnomec S.R.L.'S Response to Debtors' Eleventh Omnibus Objection to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtor's Books and Records, (C) Untimely Claims and (D) Claims Subject to Modification** with the date and hour of service endorsed thereon by me to Mary Worten, clerk as person authorized to receive service of process of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above action.

OFFICIAL SEAL
ARICA E. COSTELLO
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sept. 6, 2010

Subscribed and sworn to before me on the 17th day of April, 2007 by the affiant who is personally known to me.

_____
Notary public

Jason Laning
Process Server

Front Range Legal Process Service
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2007002772

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

# AFFIDAVIT OF PROCESS SERVER

Case No: __05-44481 (RDD)__

__US District Bankruptcy - Southern Dist. New York__
(Name of Court)

__In Re: Delphi Corp, et al.__

I, __C.J. OTT__, hereby certify that I am over the age of 18 years and not a party to this action, and that within the boundaries of the State where service was effected, I was authorized by law to perform said service.

Service: I served: __Delphi Corporation__
With Documents: __Response to Debtors Objection__

By leaving with: __Trina Burwell__
Title/Relationship: __Agent for Service__
On: __4/13/07__, at __3:30__ o'clock, __p__.m., at: __C T Corp.__
__30600 Telegraph Rd, Bingham Farms, MI__

Manner of Service:

____ Personal Service: By personally delivering documents to the person being served.

____ Substituted at Residence: By leaving documents at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____, and explaining the general nature of the papers.

____ Corporate Service: By leaving with an officer, director, or person with authority to receive service of process for company.

__X__ Registered Agent or Authorized agent for registered agent.

____ Other: _____

__4/17/07__
Date

__C.J. Ott__
Private Process Server
C.J. OTT

KATHLEEN B. PHILLIPPI
Notary Public Oakland County, Mich.
My Commission Expires 11-12-07