

www.trinary.com

*** **Response** ***
**to Notice of Objection to Claim**
March 9, 2007

| Honorable Robert D. Drain | Delphi Corporation | Skadden, Arps, Slate, Meagher & Flom LLP |
|---|---|---|
| United States Bankruptcy Judge | 5725 Delphi Drive | 333 West Wacker Drive, Suite 2100 |
| United States Bankruptcy Court | Troy Michigan 48098 | Chicago, IL 60606 |
|    for the Southern District of NY | Attn: General Counsel | Attn: John Wm. Butler, Jr., John K. Lyons, |
| One Bowling Green, Room 610 | |    and Joseph N. Wharton |
| New York, New York 10004 | | |

RE:   Case No. 05-44481 (RDD)          Claimant:   Trinary Systems, Inc.
         Chapter 11                                                31553 S. Wixom Road, Suite #100
         Delphi Corporation, et al                             Wixom, MI 48393

| Date Filed | Claim No. | Claim Amt | Basis for Objection | Modified Debtor | Modified Amt | Modified Nature |
|---|---|---|---|---|---|---|
| 11/7/2005 | 393 | $6,250.00 | Subject to Modification | 05-44640 | $6,250.00 | General Unsecured |

Basis for the Claim: Software services were rendered to and left unpaid by Delphi Corporation due to bankruptcy proceedings (invoice attached).

Statement: The claim identified as having a Basis for Objection of *"Claims Subject to Modification"* should not be disallowed and expunged due to the fact that:
1. The amount of the claim was not overstated as the amount is a monthly recurring service fee to assist in Delphi operations (payment for these services continues currently), and/or
2. The claim was not in foreign currencies, and/or
3. The claim did not seek to re-classify the total amount remaining, and/or
4. Trinary Systems, Inc. did not seek to specify the appropriate or different Debtor entity by case number.

None of the *"Claims Subject to Modification"* statements apply to Trinary Systems Inc.'s claim.

Trinary Claim #393 is for a recurring monthly invoice for operational services to Delphi Corporation. Delphi supplier electronic data communications and information are tracked using the ecTrack system provided to Delphi in order to manage it's supply chain. Delphi Corporation has continued to pay for these operational services subsequent to the October 8, 2005 filing and has continued to respect the previous nature of our business relationship.

Trinary Systems, Inc. has sufficient right to payment given Delphi's continuing need for services and it's value to Delphi operations today.

Sincerely,

*[signature]*

Nancie E. Long
Controller

Cc:   Donald Draheim, CEO Trinary Systems, Inc.
         Jerry Baluha, Director of Technology, Trinary Systems, Inc.

Attachments:
         Proof of Claim and Invoice #3289
         ecTrack Tool Description Document

Connecting You With Your Business Partners...

| United States Bankruptcy Court | District Of | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: Delphi Corporation
Case Number: 05-44481

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Trinary Systems Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:

Trinary Systems Inc
30553 S. Wixom, Suite 100
Wixom, MI 48393

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number: (248) 926-6777 x104

This Space For Court Use Only

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**
☐ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)    (date)

**2. Date debt was incurred:** September 1-30, 2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 6,250.—
(Unsecured Nonpriority)    (Secured)    (Unsecured Priority)    (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
    ☐ Real Estate    ☐ Motor Vehicle
    ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 6,250.—
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

RECEIVED NOV - 7 2005 CLAIMS PROCESSING CENTER USBC, SDNY

Date: 11-04-05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Nancie E. [signature], Controller

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**Trinary Systems Inc.**
30553 Wixom Rd, Suite 100
Wixom, MI   48393

248.926.6777, Fax 248.926.8247

| Invoice | 3289 |
|---|---|
| Date | 9/13/2005 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
COLLEEN MICHELS
1441 W. LONG LAKE ROAD
MAIL CODE 480-415-118
TROY MI   48098

**Ship To:**

DELPHI AUTOMOTIVE SYSTEMS
COLLEEN MICHELS
1441 W. LONG LAKE ROAD
MAIL CODE 480-415-118
TROY MI   48098

| Purchase Order No. | Customer ID | Salesperson ID | Territory | Payment Date |
|---|---|---|---|---|
|  | DELPHI-TROY | HOUSE | MI | 10/13/2005 |

| Quantity | U of M | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1.00 | USER | ECTRACK ASP MONTHLY SERVICE FEE<br>Month of September | $0.00 | $6,250.00 | $6,250.00 |

| | |
|---|---|
| Subtotal | $6,250.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $6,250.00 |



# ecTrack™

## The Ultimate Supplier Initiative Tracking Management Tool

**The Challenge**
Successfully coordinate initiative implementations across an organization by optimizing the information and materials flow.

**Meeting The Challenge**
By providing a central information repository for tracking initiative implementations, ecTrack™ allows all functional areas within an organization to access and maintain all relevant information for any or all initiatives.

**The Obstacles:**
- Cut costs and improve quality and speed throughout the supply chain.
- Optimize the flow of information and material through the organization as well as the supply chain.
- Timely and accurate information. across an organization instead of everyone maintaining their own spreadsheet or database within the organization.

**The ecTrack™ Solution:**
- Consistency and congruency tracking information across an organization
- Successful management and coordination of supplier initiatives information, including contacts, capabilities, communication logs, next steps and critical file attachments.
- More rapid benefit realization of the supplier initiatives investment
- Reduces the possibility of miscommunication and allows the organization to track supplier commitments.

Trinary's *ecTrack™* will help an organization to be successful with any supplier initiative by providing the entire organization with consistent and easy access to supplier information





**800-377-9120**

w w w . t r i n a r y . c o m