UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al

               Debtors

Chapter 11
Case No.  05-44481 (RDD)
(Jointly Administered)

## AFFIDAVIT OF SERVICE

Stephen Wyder, being duly sworn, deposes and says:

1. I am an employee of the law firm Lewandowski & Associates, located at 721 Center Road, West Seneca, NY 14224.

2. On Wednesday April 11, 2007 at approximately 4:00 pm I mailed three copies of the enclosed response to Delphi's Eleventh Omnibus Objection to Claim through the United States Postal Service via express overnight delivery mail.

3. Copies of the enclosed papers were served upon Delphi's Bankruptcy Counsel, Skadden Arps at 333 West Wacker Drive, Suite 2100, Chicago Illinois 60606; Delphi's general counsel at Delphi Corporation 5725 Delphi Drive, Troy, Michigan 48098; and the Honorable Robert D. Drain at One Bowling Green Room 610, New York, New York 10004.

Dated: _April_   _11_, 2007

_____
Stephen Wyder

Sworn to before me this _11_

day of _April_, 2007.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*4/20*

---

In re

DELPHI CORPORATION, et al

           Debtors

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

---

## RESPONSE TO ELEVENTH OMNIBUS OBJECTION TO CLAIM

Creditor: Moldtech, Inc.
        1900 Commerce Pky
        Lancaster, NY 14086
Claim No.: 3738
Amount: $ 50, 374.12
Type: General Unsecured
Nature of Objection: Claims Subject to Modification
Modified Amount: $ 46,544.80

### *Statement of Facts*

On May 1, 2006, Moldtech, Inc., one of the creditors in this proceeding, filed a Proof of Claim with supporting documents for the sale of rubber grommets to Debtor between September 7, 2005 and October 13, 2005 for a total of $ 50,374.12. On March 22, 2007, Moldtech received an Objection to Claim for Claims Subject to Modification from the Debtor, dated March 16, 2007. Moldtech's counsel spoke on the phone with Sara Platt, an attorney with Debtor's counsel on March 29, 2007. Ms. Platt indicated that the basis for Debtor's objection was a discrepancy between the $ 50,374.12 amount claimed by Moldtech, and the invoices included with Moldtech's Proof of Claim, which totaled $ 46,544.80.



_Gail Neumann_
Notary Public

My Commission expires on  5/26/07

GAIL NEUMANN
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NIAGARA COUNTY
MY COMMISSION EXPIRES MAY 26, 20 07

*Argument*

It appears that the Proof of Claim served on the Debtor contained all of the supporting invoices except for one, in the amount of $ 3,829.32. A copy of the missing invoice, dated October 13, 2005, along with a copy of the Proof of Claim is attached as **Exhibit A.**

Because the omission in the Proof of Claim served on the Debtor was inadvertent, and no prejudice to Debtor will result from maintaining the original $ 50,374.12 claim, Moldtech requests that the Objection to claim No. 3738 be denied, to the extend that it needs to reduce the amount of the claim.

Submitted by:

Brian N. Lewandowski

Lewandowski & Associates
721 Center Road
West Seneca, NY 14424

716-674-4710

# UNITED STATES BANKRUPTCY COURT    Southern DISTRICT OF New York    PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| Delphi Corporation | 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Moldtech Inc

Name and address where notices should be sent:

Moldtech Inc
1900 Commerce Pky
Lancaster NY 14086

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces    a previously filed claim, dated:_____
if this claim ☐ amends

**1. Basis for Claim**
- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)         (date)

**2. Date debt was incurred:**
SEPTEMBER 7, 2005 TO OCTOBER 13, 2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 50,374.12 _____ _____ 50,374.12
  (unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other_____

Value of Collateral:    $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 50,374.12
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
MAY - 1 2006
CLAIMS PROCESSING CENTER
USBC, SDNY    1

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 4/27/06 | H. WAYNE GERHART    PRESIDENT |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

05444810604101916591234488

```
              0·00    *

#18361
        5,743·98    +
#18375
        6,336·94    +
#18401
       11,487·96    ÷
#18433
       11,487·96    ÷
#18492
        5,743·98    +
#18543
        5,743·98    ÷
#18601
        3,829·32    +


       50,374·12    *
```



# INVOICE

**MOLDTECH, INC.**
1900 COMMERCE PARKWAY
LANCASTER, NY  14086
(716) 685-3344

INVOICE NUMBER:  0018361-IN
INVOICE DATE:  09/07/2005

ORDER NUMBER:  0006140
ORDER DATE:  08/30/2005
SALESPERSON:  0001
CUSTOMER NO:  DEL PAR

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO, NY  14228

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO, NY  14228

CONFIRM TO:
ELLEN McCUTCHEON

| CUSTOMER P.O. 20014 | SHIP VIA BUFTR | F.O.B. SHIPPING POINT | TERMS NET 30 | SHIP DATE 9/7/2005 | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| MT41500 | PCS | 59,400.000 | 29,700.000 | 29,700.000 | 0.1934 | 5,743.98 |
| 5274634 RUBBER GROMMET | | | | | | |



**ISO/TS** 16949:2002

Net Invoice:  5,743.98
Less Discount:  0.00
Handling & Freight:  0.00
Sales Tax:  0.00

**Invoice Total:**  5,743.98



# INVOICE

**Manufacturers of Rubber Molded Products**

*MOLDTECH, INC.*
1900 COMMERCE PARKWAY
LANCASTER, NY  14086
(716) 685-3344

INVOICE NUMBER:  0018375-IN
INVOICE DATE:  09/09/2005

ORDER NUMBER:  0006140
ORDER DATE:  08/30/2005
SALESPERSON:  0001
CUSTOMER NO:  DEL PAR

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

CONFIRM TO:
ELLEN McCUTCHEON

| CUSTOMER P.O. 20014 | SHIP VIA BUFTR | F.O.B. SHIPPING POINT | TERMS NET 30 | SHIP DATE 9/9/2005 |
|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MT41500 | PCS | 29,700.000 | 32,766.000 | 0.000 | 0.1934 | 6,336.94 |
| 5274634 RUBBER GROMMET | | | | | | |

THIS IS THE LAST SHIPMENT WITH THE OLD INSERTS



**ISO/TS 16949:2002**

| | |
|---|---|
| Net Invoice: | 6.336.94 |
| Less Discount: | 0.00 |
| Handling & Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **6,336.94** |

# INVOICE



**MOLD TECH**

*Manufacturers of Rubber Molded Products*

*MOLDTECH, INC.*
1900 COMMERCE PARKWAY
LANCASTER, NY   14086
(716) 685-3344

INVOICE NUMBER: 0018401-IN
INVOICE DATE: 09/15/2005

ORDER NUMBER: 0006141
ORDER DATE: 08/30/2005
SALESPERSON: 0001
CUSTOMER NO: DEL PAR

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

CONFIRM TO:
ELLEN McCUTCHEON

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|
| 20014 | BUFTR | SHIPPING POINT | NET 30 | 9/15/2005 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MT41500 | PCS | 59,400.000 | 59,400.000 | 0.000 | 0.1934 | 11,487.96 |
| 5274634 RUBBER GROMMET | | | | | | |

**ISO/TS**
16949:2002

| | |
|---|---|
| Net Invoice: | 11,487.96 |
| Less Discount: | 0.00 |
| Handling & Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **11,487.96** |



**MOLD TECH**

*Manufacturers of Rubber Molded Products*

*MOLDTECH, INC.*
1900 COMMERCE PARKWAY
LANCASTER, NY  14086
(716) 685-3344

# INVOICE

INVOICE NUMBER:  0018433-IN
INVOICE DATE:  09/21/2005

ORDER NUMBER:  0006182
ORDER DATE:  09/12/2005
SALESPERSON:  0001
CUSTOMER NO:  DEL PAR

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

CONFIRM TO:
ELLEN McCUTCHEON

| CUSTOMER P.O.<br>20014 | SHIP VIA<br>BUFTR | F.O.B.<br>SHIPPING POINT | TERMS<br>NET 30 | SHIP DATE<br>9/21/2005 | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| MT41500<br>5274634 RUBBER GROMMET | PCS | 59,400.000 | 59,400.000 | 0.000 | 0.1934 | 11,487.96 |



**ISO/TS 16949:2002**

| | |
|---|---|
| Net Invoice: | 11,487.96 |
| Less Discount: | 0.00 |
| Handling & Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **11,487.96** |



**MOLD TECH**

*Manufacturers of Rubber Molded Products*

*MOLDTECH, INC.*
1900 COMMERCE PARKWAY
LANCASTER, NY   14086
(716) 685-3344

## INVOICE

INVOICE NUMBER:  0018492-IN
INVOICE DATE:  09/29/2005

ORDER NUMBER:  0006183
ORDER DATE:  09/12/2005
SALESPERSON:  0001
CUSTOMER NO:  DEL PAR

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

CONFIRM TO:
ELLEN McCUTCHEON

| CUSTOMER P.O. 20014 | SHIP VIA BUFTR | F.O.B. SHIPPING POINT | TERMS NET 30 | SHIP DATE 9/29/2005 |
|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MT41500 5274634 RUBBER GROMMET | PCS | 59,400.000 | 29,700.000 | 29,700.000 | 0.1934 | 5,743.98 |

**ISO/TS 16949:2002**

| | |
|---|---|
| Net Invoice: | 5,743.98 |
| Less Discount: | 0.00 |
| Handling & Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **5,743.98** |

# INVOICE



**MOLD TECH**

*Manufacturers of Rubber Molded Products*

**MOLDTECH, INC.**
1900 COMMERCE PARKWAY
LANCASTER, NY  14086
(716) 685-3344

INVOICE NUMBER: 0018543-IN
INVOICE DATE: 10/04/2005

ORDER NUMBER: 0006183
ORDER DATE: 09/12/2005
SALESPERSON: 0001
CUSTOMER NO: DEL PAR

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO, NY  14228

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO, NY  14228

CONFIRM TO:
ELLEN McCUTCHEON

| CUSTOMER P.O.<br>20014 | SHIP VIA<br>BUFTR | F.O.B.<br>SHIPPING POINT | TERMS<br>NET 30 | SHIP DATE<br>10/4/2005 |
|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MT41500<br>5274634 RUBBER GROMMET | PCS | 29,700.000 | 29,700.000 | 0.000 | 0.1934 | 5,743.98 |



**ISO/TS**
16949:2002

| | |
|---|---|
| Net Invoice: | 5,743.98 |
| Less Discount: | 0.00 |
| Handling & Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **5,743.98** |

# INVOICE



## MOLD TECH
*Manufacturers of Rubber Molded Products*

**MOLDTECH, INC.**
1900 COMMERCE PARKWAY
LANCASTER, NY   14086
(716) 685-3344

INVOICE NUMBER: 0018601-IN
INVOICE DATE: 10/13/2005

ORDER NUMBER: 0006278
ORDER DATE: 10/13/2005
SALESPERSON: 0001
CUSTOMER NO: DEL PAR

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO,  NY   14228

CONFIRM TO:
ELLEN McCUTCHEON

| CUSTOMER P.O.<br>20014 | SHIP VIA<br>BUFTR | F.O.B.<br>SHIPPING POINT | TERMS<br>NET 30 | SHIP DATE<br>10/13/2005 | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| MT41500<br>  5274634 RUBBER GROMMET | | PCS | 59,400.000 | 19,800.000 | 39,600.000 | 0.1934 | 3,829.32 |

Net Invoice: 3,829.32
Less Discount: 0.00
Handling & Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** **3,829.32**

ISO/TS
16949:2002

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re

DELPHI CORPORATION, et al

              Debtors

Chapter 11
Case No.  05-44481 (RDD)
(Jointly Administered)

_____

## AFFIDAVIT OF BRIAN LEWANDOWSKI

      Brian N. Lewandowski being duly sworn, deposes and says:

1. I make this affidavit in opposition to the Debtor's Eleventh Omnibus Objection to Claim, with respect to Moldtech, Inc.'s creditor claims.

2. I am an attorney admitted to practice law in the State of New York and admitted to practice before the Federal Western District of New York.

3. I am counsel to Moldtech, Inc., a creditor, in this matter.

4. As counsel to Moldtech, Inc. I am fully familiar with the facts and circumstances surrounding this matter.

5. On or about March 22, 2007 Moldtech, Inc. forwarded to our office a copy of Delphi's Eleventh Omnibus Objection to Claim..

6. On March 27, 2007 I sent an email to Delphi's Bankruptcy counsel, Skadden Arps, seeking clarification regarding Delphi's objection to Moldtech Inc.'s claim.  A copy is attached as **Exhibit A**.

7. On March 29, 2007 I spoke over the phone with Sara Platt, an attorney with Delphi's

Bankruptcy counsel.  A copy of my notes with respect to that conversation are attached as

**Exhibit B**.

8. Ms. Platt indicated that Delphi's objection was based on a discrepancy between the relevant

Proof of Claim filed by Moldtech, Inc. and the invoices attached to that Proof of Claim as

supporting evidence. She believed that a copy of one of the invoices submitted with one of

Moldtech Inc.'s Proofs of Claim has been accidentally omitted.

9. For reasons unknown, it appears that a copy of invoice # 0018601-IN for $ 3,829.32 was not

included with Proof of Claim served upon Delphi by Moldtech, Inc.  A copy of that invoice is

attached as **Exhibit C.**

10. I have attached copies of the Proof of Claim originally filed along with copies of Invoice #

0018601-IN to Moldtech Inc.'s response to Delphi's Eleventh Omnibus Objection to Claim,

and have served these documents on all relevant parties to this action.

Dated: _April___ _11_, 2007

_Brian N. Lewandowski_
Brian N. Lewandowski

Sworn to before me this _11_

day of _April_____, 2007.

_Gail Neumann_
Notary Public

My Commission expires on _5/26/07_

GAIL NEUMANN
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NIAGARA COUNTY
MY COMMISSION EXPIRES MAY 26, 20 07

2

# Lewandowski & Associates

Attorneys at Law
721 Center Road
West Seneca, New York 14224
Phone (716) 674-4710
Fax (716) 674-5595
Email: blewandowski@lewandowskiandassoc.com

Brian N. Lewandowski                                                    Robert L. Besanceney
                                                                          of Counsel

March 27, 2007

Via email to:

delphi@skadden.com

RE:   Mold Tech, Inc.
      Our File No. COR0553

Dear Sir/Madam:

        The undersigned is counsel to Mold Tech, Inc., a creditor in the Delphi
Corporation Bankruptcy (Case No. 05-44481). My client has received a Notice of Objection to
Claim with respect to various claims it had submitted in connection with this bankruptcy. We are
unclear as to the basis for the objection to claims 3737, and 3736. In this regard, based upon the
information provided, it does not appear that the amount of the claim is being contested, but rather
that it is being modified to be listed as a "general unsecured" claim. Since the Proofs of Claim
which were submitted had listed all of these claims as unsecured non-priority claims, we are
somewhat confused as to the basis for objection to those claims.

        Moreover, the amount of claim number 3738 is proposed to be modified from
$50,374.12 to $46,544.80. It would appear that, based upon the amount of the proposed
modification, there may be an issue with invoice number 0018601-IN, dated October 13, 2005 in
the amount of $3,829.32. Once again, I would very much appreciate any information which you
can provide concerning the basis for the proposed reduction in this claim. Please feel free to
contact me either via email or by phone at (716) 674-4710.

                                              Very truly yours,

                                              Brian N. Lewandowski

BNL:gn
S:\bnlclt\cor\0553\letter\delphi032707.bnl

# FILE MEMORANDUM

From:    BNLewandowski

RE:    Moldtech, Inc.
       Our File No. COR0553

DATE:    March 29, 2007

-------------------------------------------------------------------------------------------------------

      Earlier today I received a call from Sara Platt of the Skadden Arps law firm concerning my e-mail inquiry regarding the Notice of Claim disallowance relating to Moldtech. Ms. Platt indicated to me that the primary reason for the inclusion of Moldtech was to indicate the correct name of the entity against which the claim should be processed. The substantive amount of the claim was not being changed. However, there was one claim in which the dollar amount was being challenged. Ms. Platt indicated that she could not tell me why although she suspected that our client had neglected to provide them with copies of all of the invoices which comprise the claim. She had suggested that we file in response to the objections and include all of the invoices for the claim. I advised her that we would do so.

BNL

:bks
S:\bnlclt\cor\0553\memo\file032907.bnl



**MOLD TECH**

*Manufacturers of Rubber Molded Products*

# INVOICE

*MOLDTECH, INC.*
1900 COMMERCE PARKWAY
LANCASTER, NY  14086
(716) 685-3344

INVOICE NUMBER: 0018601-IN
INVOICE DATE: 10/13/2005

ORDER NUMBER: 0006278
ORDER DATE: 10/13/2005
SALESPERSON: 0001
CUSTOMER NO: DEL PAR

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO, NY  14228

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
500 COMMERCE DRIVE
BUFFALO, NY  14228

CONFIRM TO:
ELLEN McCUTCHEON

| CUSTOMER P.O. 20014 | SHIP VIA BUFTR | F.O.B. SHIPPING POINT | TERMS NET 30 | SHIP DATE 10/13/2005 |
|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MT41500 5274634 RUBBER GROMMET | PCS | 59,400.000 | 19,800.000 | 39,600.000 | 0.1934 | 3,829.32 |

**ISO/TS 16949:2002**

| | |
|---|---|
| Net Invoice: | 3,829.32 |
| Less Discount: | 0.00 |
| Handling & Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,829.32** |