**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| DELPHI CORPORATION, et al., | * | Case No. 05-44481 (RDD) |
| | * | |
| | * | (Jointly Administered) |
| Debtors. | * | |
| | * | |

**WITHDRAWAL OF SUPERIOR DESIGN CO., INC.'S**
**RESPONSE TO DEBTORS' (i) THIRD OMNIBUS OBJECTION**
**(SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR.**
**P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICENT DOCUMENTATION,**
**(B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS,**
**AND (C) CLAIMS SUBJECT TO MODIFICATION AND (ii) MOTION TO**
**ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11**
**U.S.C. § 502(c)**

COMES NOW, Superior Design Co., Inc, and withdraws its Response to Debtors'
Third Omnibus Objection.

This 17th day of April, 2007.

Respectfully submitted,

Scott R. Stenclik
President
Superior Design Co., Inc.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
         )  ss:
COUNTY OF ERIE   )

   SCOTT R. STENCLIK, being duly sworn, deposes as follows:

On April 17, 2007 I served a copy of the foregoing WITHDRAWAL OF SUPERIOR
DESIGN CO., INC.'S RESPONSE TO DEBTORS' (i) THIRD OMNIBUS OBJECTION
(SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO CERTAIN (A) CLAIMS WITH INSUFFICENT DOCUMENTATION, (B) CLAIMS
UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS
SUBJECT TO MODIFICATION AND (ii) MOTION TO ESTIMATE CONTINGENT
AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(c) upon:

    John Wm. Butler, Jr., Esq.
    John K. Lyons, Esq.
    Ron E. Meisler, Esq.
    Skadden, Arps, Slate, Meagher & Flom, LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606

    Kayalyn A. Marafioti, Esq.
    Thomas J. Matz, Esq.
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, New York 10036

by placing the same into the United States mail with adequate, first-class postage placed
thereon.

                _____
                SCOTT R. STENCLIK
                President

Sworn to and subscribed
before me this 17th day of
April, 2007.

_____
Notary Public

PHILIP H. McINTYRE
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 30, 2009