


Wilhelm Kächele GmbH · Postfach 11 21 · D-73231 Weilheim/Teck

Chambers of the Honorable Judge D. Drain
US Bancruptcy Court for the Southern District
of New York

One Bowling Green, Room 610, New York
USA, New York 10004

Wilhelm Kächele GmbH
Elastomertechnik
Jahnstraße 9
D-73235 Weilheim/Teck

Telefon 0 70 23 / 103-0
Telefax 0 70 23 / 103-188
http://www.w-kaechele.com
vibrastop@w-kaechele.com

Geschäftsführer:
Bruno Kächele
HRB 493 Kirchheim/Teck

| Ihr Zeichen/ | Unser Zeichen/ | Durchwahl | Fax | Datum |
|---|---|---|---|---|
| Ihre Nachricht vom | unsere Nachricht vom | E-Mail | | |
| | | -142 | -328 | 28.02.2007 |
| | | choepper@w-kaechele.de | | |

## Response to the Objection to Claim No. 5784 –
## Case No. 04-44481 (RDD) – Debtor Delphi Automotive Systems LLC

Dear Sir or Madame,

Hereby we disagree with the objection to claim no. 5784

There are three single qualified claims in total amount of US$ 3,603.73. The overall claim was objected to US$ 270.06 without any reason.

The claim consists of three single invoices:
Invoice 05071237 dated 6th of July, 2005 with EUR 2,552.55 rated 1.20022 = US$ 3,063.63
for delivering goods (P/N 26123697)
Invoice 05071764 dated 20th of July, 2005 with EUR 225.00 rated 1.20022  = US$   270.05
for tooling modification (P/N 26123696)
Invoice 05071765 dated 20th of July, 2005 with EUR 225.00 rated 1.20022  = US$   270.05
for tooling modification (P/N 26123697)

Two (US$ 270.05 and US$ 270.05) of the three claims are from the same date, so it is not comprehensible, that only one single claim is accepted.

Attached find the 3rd reminder of late payment, copies of the above mentioned invoices, bill of delivery for invoice 05071237 and the corresponding international collection manifest.

Regards

Wilhelm Kächele GmbH
Elastomertechnik

i/A.
Christian Höpper

Qualitätsmanagementsystem



DQS zertifiziert nach
DIN EN ISO 9001:2000

# KÄCHELE
VIBRASTOP



Wilhelm Kächele GmbH · Postfach 11 21 · D-73231 Weilheim/Teck

Delphi Packard Electric
System Worldwide Purch.
48 Walter Jones Blv.
El Paso, Texas 79906
USA

Wilhelm Kächele GmbH
Elastomertechnik
Jahnstraße 9
D-73235 Weilheim/Teck

Telefon 0 70 23 / 103-0
Telefax 0 70 23 / 103-188
http://www.w-kaechele.com
vibrastop@w-kaechele.com

Geschäftsführer:
Bruno Kächele
HRB 493 Kirchheim/Teck

3rd Reminder of late payment

| customer number | date | page |
|---|---|---|
| 295481 | 11.10.05 | 1 |

Dear Customer,

we have not as yet received payment on your account for the following invoices. If you have allready sent your payment to us, please accept our thanks. Your payments are considered up to 10.10.05.

| invoice date | invoice number | due date | demand credit | overdue invoices | dunning level |
|---|---|---|---|---|---|
| | | | EUR | EUR | |
| 06.07.05 | 05071237 | 05.08.05 | 2.552,55 | 2.552,55 | 3 |
| 20.07.05 | 05071764 | 20.07.05 | 225,00 | 225,00 | 3 |
| 20.07.05 | 05071765 | 20.07.05 | 225,00 | 225,00 | 3 |
| | | amount due: | | 3.002,55 | |

In case you do not agree with our statement of account, please feel free to dial +49 (0) 7023 / 103 144.

Yours sincerely
W. Kächele GmbH
Accounting department

3.002,55 Euro x 1,20022 = 3,603,73 $

Bank details:
Name:         KSK Esslingen
Bank code:    611 500 20
Account No.:  48 8033 86
BIC:          ESSLDE66
IBAN:         DE90 61150020 0048803386

Qualitätsmanagementsystem

# KÄCHELE



Wilhelm Kächele GmbH · Postfach 11 21 · D-73231 Weilheim/Teck

Wilhelm Kächele GmbH
Elastomertechnik
Jahnstraße 9
D-73235 Weilheim/Teck

DELPHI PACKARD ELECTRIC
SYSTEM WORLDWIDE PURCH.

48 WALTER JONES BLV.

USA 79906 EL PASO, TEXAS

BUCHHALTUNG            3333

Telefon 0 70 23 / 103-0
Telefax 0 70 23 / 103-188
http://www.w-kaechele.com
vibrastop@w-kaechele.com

```
+---------------------------+
I  -  I N V O I C E  -     I
I---------------------------I
I                           I
I INVOICE DATE:   6.07.05 I
I INVOICE-NUMB:  05071237 I
I ORDER NUMBER:     19072 I
I CUSTOMER-NR.:     95481 I
I DELIVERY    :     31297 I
+---------------------------+
```

Geschäftsführer:
Bruno Kächele
HRB 493 Kirchheim/Teck

```
ORDER DATED      : 10.06.05 NR:         S2S53681
DELIVERY ADRESS  : DELPHI AUTOMOTIVE SYSTEMS, BLDG. B DOCK 87 & 88
DATE OF DELIV.   :  6.07.05   KIND OF DELIVERY: TNT
DELIVERY CONDIT. : EX FACTORY, PACKING EXCLUDED
PART NUMBER      : 90.3230.9091
RUBBER QUAL.     :                       SHORE
DRAWING NUMBER   : 26123694

    QUANT. DESCRIPTION                PRICE PRICE UNIT  TOTAL PRICE
    ------ -----------                ----- ----------  -----------
                                      50,00 P.PIECE       2.550,00 EUR
       51  LENKUNGSDAEMPFER
           P/N 26123697
  + PACKING CHARGES                                           2,55 EUR
```

*per 31.12.05 umgebucht auf Kto. 141000*

*Dez.06 umgebucht auf Kto. 255/000*

```
PAYMENT CONDIT.  : 30 DAYS AFTER RECEIPT OF INVOICE NET CASH


DEL.CHARGES      SUMM.UP             %                        INVOICE-
PACK.CHARGES     INVOICE VALUE       VAT          VAT         FINAL VALUE
-----------      -------------       ----         ----        -----------
       2,55          2.552,55        00,0                       2.552,55 EUR


YOUR CONTACT PERSON
SALES                  WOLFGANG HAGELOCH            0049-7023/103-122
PROJECT SERVICE        SONJA WETZLER                0049-7023/103-172
EXECUTION OF ORDER     MARKUS KUHN                  0049-7023/103-171
```

| BANK | BLZ | KONTO | BIC | IBAN | |
|---|---|---|---|---|---|
| KREISSPARKASSE WEILHEIM/TECK | 61150020 | 48803386 | ESSLDE66 | DE90 61150020 0048803386 | Qualitätsmanagementsystem |
| VOLKSBANK KIRCHHEIM-NUERT. EG | 61290120 | 18400000 | GENODES1NUE | DE62 61290120 0018400000 | |
| LBBW ESSLINGEN | 60050101 | 8406008 | SOLA DE ST | DE90 60050101 0008406008 |  |
| BADEN-WUERTT.BANK STUTTGART | 60020030 | 1000913200 | BWBKDE6S600 | DE07 60020030 1000913200 | |
| POSTBANK STUTTGART | 60010070 | 39708-706 | PBNKDEFF | DE61 60010070 0039708706 | |
| DRESDNER BANK KIRCHHEIM/TECK | 61281007 | 157820000 | DRESDEFF612 | DE56 61281007 0157820000 | |

**KÄCHELE**
V I B R A S T O P



Wilhelm Kächele GmbH · Postfach 11 21 · D-73231 Weilheim/Teck

DELPHI PACKARD ELECTRIC
SYSTEM WORLDWIDE PURCH.

48 WALTER JONES BLV.
USA 79906 EL PASO, TEXAS

BUCHHALTUNG

```
----------------------
-   I N V O I C E    -
----------------------
DATE           : 20.07.05
NUMBER         : 05071764
ORDER NUMBER:    17078
PARTNER-NR.
CUSTOMER       : 95481
```

Wilhelm Kächele GmbH
Elastomertechnik
Jahnstraße 9
D-73235 Weilheim/Teck

Telefon 0 70 23 / 103-0
Telefax 0 70 23 / 103-188
http://www.w-kaechele.com
vibrastop@w-kaechele.com

Geschäftsführer:
Bruno Kächele
HRB 493 Kirchheim/Teck

CORE NUMBER        90.3229

PURCHASE ORDER S2S53681 ITEM 00002

1 CAVITY TOOLING MODIFICATION FOR 26123696

                                                                225,00 EUR

WITHOUT AMORTISATION

*[handwritten: Per 31.12.05 umgebucht auf Kto. 1410000 !*
*per 31.12.06     -"-     -"-     -"-    2551000]*

PAYMENT CONDIT. :

IMMEDIATELY AFTER RECEIPT OF INVOICE NET CASH

```
DEL.CHARGES     SUMM.UP                                       INVOICE-
PACK.CHARGES    INVOICE VALUE    %                            FINAL VALUE
-----------     -------------    VAT       VAT                -----------
                     225,00      00,0                              225,00   EUR
```

```
BANK                            BLZ         KONTO           BIC           IBAN
KREISSPARKASSE WEILHEIM/TECK    61150020    48803386        ESSLDE66      DE90 61150020 0048803386
VOLKSBANK KIRCHHEIM-NUERT. EG   61290120    18400000        GENODES1NUE   DE62 61290120 0018400000
LBBW ESSLINGEN                  60050101    8406008         SOLA DE ST    DE90 60050101 0008406008
BADEN-WUERTT.BANK STUTTGART     60020030    1000913200      BWBKDE6S600   DE07 60020030 1000913200
POSTBANK STUTTGART              60010070    39708-706       PBNKDEFF      DE61 60010070 0039708706
DRESDNER BANK KIRCHHEIM/TECK    61281007    157820000       DRESDEFF612   DE56 61281007 0157820000
```

Qualitätsmanagementsystem



# KÄCHELE



Wilhelm Kächele GmbH · Postfach 11 21 · D-73231 Weilheim/Teck

DELPHI PACKARD ELECTRIC
SYSTEM WORLDWIDE PURCH.

48 WALTER JONES BLV.

USA 79906 EL PASO, TEXAS

BUCHHALTUNG

- I N V O I C E -

DATE          : 20.07.05
NUMBER        : 05071765
ORDER NUMBER  : 17077
PARTNER-NR.
CUSTOMER      : 95481

Wilhelm Kächele GmbH
Elastomertechnik
Jahnstraße 9
D-73235 Weilheim/Teck

Telefon 0 70 23 / 103-0
Telefax 0 70 23 / 103-188
http://www.w-kaechele.com
vibrastop@w-kaechele.com

Geschäftsführer:
Bruno Kächele
HRB 493 Kirchheim/Teck

CORE NUMBER       90.3230

PURCHASE ORDER S2S53681 06/10/05 ITEM 00003

1 CAVITY TOOING MODIFICATION FOR 26123697

                                                    225,00 EUR
                       WITHOUT AMORTISATION

*per 31.12.05 umgebucht auf Kto. 141.0000*
*per 31.12.06  -"-     -"- 255/000*

PAYMENT CONDIT.  :

IMMEDIATELY AFTER RECEIPT OF INVOICE NET CASH

| DEL.CHARGES<br>PACK.CHARGES | SUMM.UP<br>INVOICE VALUE | %<br>VAT | VAT | INVOICE-<br>FINAL VALUE |
|---|---|---|---|---|
| | 225,00 | 00,0 | | 225,00 EUR |

| BANK | BLZ | KONTO | BIC | IBAN |
|---|---|---|---|---|
| KREISSPARKASSE WEILHEIM/TECK | 61150020 | 48803386 | ESSLDE66 | DE90 61150020 0048803386 |
| VOLKSBANK KIRCHHEIM-NUERT. EG | 61290120 | 18400000 | GENODES1NUE | DE62 61290120 0018400000 |
| LBBW ESSLINGEN | 60050101 | 8406008 | SOLA DE ST | DE90 60050101 0008406008 |
| BADEN-WUERTT.BANK STUTTGART | 60020030 | 1000913200 | BWBKDE6S600 | DE07 60020030 1000913200 |
| POSTBANK STUTTGART | 60010070 | 39708-706 | PBNKDEFF | DE61 60010070 0039708706 |
| DRESDNER BANK KIRCHHEIM/TECK | 61281007 | 157820000 | DRESDEFF612 | DE56 61281007 0157820000 |

Qualitätsmanagementsystem



```
DELPHI PACKARD ELECTRIC                          * MUSTER *
SYSTEM WORLDWIDE PURCH.          +------------------------------+
48 WALTER JONES BLV.             I    ** A U F T R A G **      I
                                 I------------------------------I
79906 EL PASO, TEXAS             I  AUFTRAG  : 19072            I
                                 I  VOM      : 10.06.05         I
                                 I  TEILE-NR : 90.3230.9091     I
                                 I  ABTEIL.  : 3333             I
KUNDEN-NR. 95481                 I  DATUM    : 16.06.05         I
SACHBEARB.                       +------------------------------+

BEZ.: LENKUNGSDAEMPFER                I SHORE  :      /    I DIN-NR:
                                      I KALIBER:    000   I FARBE :
```

## Lieferschein

| An 95481 DELPHI PACKARD ELECTRIC SYSTEM WORLDWIDE PURCH. 48 WALTER JONES BLV. 79906 EL PASO, TEXAS | (2) Eingangs- und Bearbeitungsvermerke ** MUSTER ** | (3) Nr. 31297 |
| --- | --- | --- |
| | | (4) Versanddatum 06.07.05 |

| (5) Lieferant und Absender/Konto-Nr. beim Empfänger WILHELM KAECHELE GMBH ELASTOMERTECHNIK 73235 WEILHEIM-TECK /UST-ID:DE145912468 | (6) Fracht frei / unfrei | (7) Anlieferung (Ist) Waggon / Spediteur / Frachtgut / fremd Fahrzeug / Expreß / eigen Fahrzeug / Post | Rechnung (8) Nr. (9) vom |

| (10) Ihre Zeichen | (11) Bestellung-Nr./Datum S2553681 10.06.05 | (15) Zusatzdaten des Bestellers | (12) Unsere Abteilung VIBRA | (13) Hausruf | (14) Unsere Auftrags-Nr. 19072 |

| (19) Versandart TNT | frei (20) unfrei | (21) Verpackungsart 1X X KARTON | (22) Versandzeichen 02362000 | (23) Gesamtgewicht kg brutto 0022,5 | (24) netto 0022,0 |

(25) Versandanschrift: DELPHI AUTOMOTIVE SYSTEMS, BLDG. B DOCK 87 & 88    (26) Abladestelle

| (27) Pos. | (28) Sachnummer | (29) Bezeichnung der Lieferung/Leistung (21) Verpackungsart (Einzelheiten) | (30) Menge | (31) Einheit | (40) Empfängervermerke Menge (Ist) | +/- | Vermerke |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 26123694 | LENKUNGSDAEMPFER 90.3230.9091 / + AUSLIEFERUNG | 51 | ST | | | |

P/N 26123697
SI./GEI.
VPK: 00005,00    VSK: 0000000

| (42) Eingangsvermerke | (43) Mengenprüfung | (44) Güteprüfung/Prüfbericht | (45) Empfänger | (46) Rechnungsprüfung |
| --- | --- | --- | --- | --- |
| Datum | | | | |
| Name/Nr. | | | | |

AB WERK, AUSSCHLIESSLICH VERPACKUNG

22 ne.
22,5 br.

# INTERNATIONAL COLLECTION MANIFEST - SUMMARY     00000320

TNT - Speedbooking 3.0 - Advanced

## Date 06.07.05                                    Page 1

Sendungs-Anmeldung online
Kopie für den Absender - Bitte aufbewahren

**Sender Account:** 70138733
**Sender Name:** Wilhelm Kaechele GmbH., Jahnstrasse 9
**& Address** Weilheim
73235, GERMANY

**TNT**

| Consign No | No of Pcs. | Weight (Kgs) | Shipper Ref | City | Destination | Service |
|---|---|---|---|---|---|---|
| GE493454846WW | 1 | 8,500 | | Slusovice ✓ | CZECH REPI | (15N) global express |
| GE493454872WW | 1 | 22,500 | | El Paso, Texas ✓ | UNITED STA' | (15N) global express |

**Sender TNT EXPRESS Totals:**
2         2     31,000

*Si.*       25. Juli 2005

**Account 70138733    Totals:**
2         2     31,000

**International Consignment Totals:**
2         2     31,000

Print Date: 06 Jul 2005      Print Time: 15:20:47

TNT'S LIABILITY FOR LOSS, DAMAGE AND DELAY IS LIMITED BY THE CMR CONVENTION OR THE WARSAW CONVENTION WHICHEVER
IS APPLICABLE THE SENDER AGREES THAT THE GENERAL CONDITIONS, ACCESSIBLE VIA THE HELP TEXT, ARE ACCEPTABLE AND GOVERN THIS