UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| DELPHI CORPORATION, et al. | ) |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## RESPONSE TO
## DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION

The Debtors' Eleventh Omnibus Claims Objection ("Objection") included objections to Claim Numbers 8854, 8864 and 8870 ("Claims") all of which have been assigned to Riverside Claims LLC ("Riverside").

In the case of Claim Number 8854, the Objection would specify Delphi Medical Systems Texas Corp. as the appropriate Debtor. We note that the invoice with respect to the Claim (attached hereto as Exhibit A) is addressed to Delphi Medical Systems in Colorado. Thus, Delphi Medical Systems Colorado Corp. would seem to be the appropriate Debtor. Nevertheless, Riverside does not oppose the Debtors' specification if there is no difference in treatment of the Claim.

In the case of Claim Numbers 8864 and 8870, the Objection would modify the amounts of the Claims. We attach backup documentation for these Claims as Exhibits B and C.

Accordingly, Riverside is filing this Response and requests that the Court overrule the Objection as set forth above.

RESPECTFULLY SUBMITTED,



Riverside Claims LLC
c/o ReGen Capital, LLC
2109 Broadway, Suite 206
New York, NY 10023
(212) 501-0990/7088(fax)
e-mail: notice@regencap.com

RECEIVED
APR 13 2007
USBC-SDNY
RDD

<u>EXHIBIT A</u>

<u>SUPPORTING DOCUMENTATION FOR CLAIM NUMBER 8854</u>

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT | Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| Delphi Medical Systems Colorado | 05-44507 (Manhattan) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **Riverside Claims LLC**

**as assignee for Applied Scintillation Technologies**

Name and address where notices should be sent:
**Riverside Claims LLC**
**PO Box 626-Planetarium Station**
**New York, NY 10024**
Telephone number: **212-501-0990**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
**Various**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

1. Basis for Claim
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date) (date)

2. Date debt was incurred: **various**

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ **3,361.00**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 6/26/06 | Neil Herskowitz-Pres Riverside LLC |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years

**INVOICE No. 28852**

 ## APPLIED SCINTILLATION TECHNOLOGIES

APPLIED SCINTILLATION TECHNOLOGIES LTD
8 ROYDONBURY INDUSTRIAL ESTATE   HARLOW CM19 5BZ   UNITED KINGDOM

TEL: 01279 641234   E-MAIL: ast@appscintech.com
FAX: 01279 413679   WEB:   www.appscintech.com        Registered in England No. 1773459

DELPHI MEDICAL SYSTEMS
Attn: Regina
4300 Road 18
Longmont
CO. 80504
USA

| | |
|---|---|
| Invoice Date | 31 AUG 05 |
| Customer Order No | 700106 |
| Order Ack No | 15747 |
| Currency | $ |

Customer a/c code: 588                              VAT Reg. No.  GB 701 7336 64

| Quantity | Description | Price $ | Value ($) |
|---|---|---|---|
| 22.0000 | 25mm dia CdS:In discos 1mm border aluminised (V400018) AST stock part no. 413115 | 145.00 | 3190.00 |
| 1.0000 | Carriage charge UPS | 171.00 | 171.00 |

This order replaces Applied Bio Systems order 6600335

| | | | |
|---|---|---|---|
| TERMS NETT 30 DAYS | Net | ($) | 3361.00 |
| PAYMENT TO BE FREE OF ALL CHARGES | VAT | | 0.00 |
| | TOTAL INVOICE VALUE | ($) | 3361.00 |

**Payment details:**

$ US Dollars: By cheque or wire transfers should be sent directly to:
c/o HSBC Bank USA, PO Box 5875, Hicksville, NY 11802-5875, USA
For Account No. 37307273  · Applied Scintillation Technologies Limited.
Bank Sort Code: 40-05-15  SWIFT address MIDLGE22  IBAN: GB31 MIDL 4005 1537 3072 73

E&EOE       Applied Scintillation Technologies Ltd. Products are most carefully inspected to ensure constant quality
            and performance but no liability whatsoever can be accepted for consequential loss damage or injury
            arising out of their use.
OWNERSHIP   Until payment in full, the goods shall remain the property of Applied Scintillation Technologies Ltd, but .
            the risk therein and all liability to third parties in respect thereof shall pass to the buyer on delivery.

<u>EXHIBIT B</u>

<u>SUPPORTING DOCUMENTATION FOR CLAIM NUMBER 8864</u>

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT | Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640   (Manhattan) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Riverside Claims LLC<br><br>as assignee for Arnold Engineering Pastiform | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent:<br>Riverside Claims LLC<br>PO Box 626-Planetarium Station<br>New York, NY 10024<br>Telephone number:  212-501-0990 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br><br>Various | Check here<br>if this claim ☐ replaces   a previously filed claim, dated:_____<br>☐ amends |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: ____ ____ ____
  Unpaid compensation for services performed
  from _____ to _____
  (date)               (date)

**2. Date debt was incurred:** various

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**   $ 2,791.95
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650,* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY<br><br>RECEIVED |
|---|---|

# ARNOLD®
*PLASTIFORM DIVISION S*

*107 Industry Road*
*Marietta, Ohio 45750*

Flexmag Industries Inc.
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

09/22/05

INVOICE DATE

# INVOICE

SOLD TO
24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO
2
DELPHI ENERGY-PLANT 35
MFG CROSS DK,  CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT/PREPAID |
|---|---|---|---|---|---|---|---|---|
| 36920 | 07/12/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| | | | | | | |

YOUR CUSTOMER SERVICE REPRESENTATIVE FOR YOUR ACCOUNT IS:
DEBBIE DEITLOFF   402-371-6100 EXT. 173

YOUR ARNOLD SALES REP FOR YOUR ACCOUNT IS:  COMPONENT
TECHNOLOGY  972-633-0077

SHIP ON TREATED PALLETS ONLY!!!!

| | | | | | | |
|---|---|---|---|---|---|---|
| 1300 3201 1033 PLASTIFORM BRAND MAGNET .094" x .266" x 75' 19051307 REV.6 ASN REQUIRED | .1720 | 1,000.000 732.000 | FT | 125.90 268.000 | .00 | 125.90 |

SID# 7584

```
******************************************************
******************************************************
*       3RD PARTY BILLING:                            *
*  DELPHI ENERGY, CISCO 35021                         *
*  C/O DATA2 LOGISSTICS                               *
*  P.O. BOX 9115                                      *
*  NORWOOD, MA  02062-9115                            *
******************************************************
```

KANBAN # FOR DATE: 9-22 ARE:  037
JITCALL NUMBER FOR DATE: 9-22 IS: 1500391355

COMMENTS:

| | |
|---|---|
| | SALE AMOUNT |
| | MISC. CHARGES |
| | SALES TAX |
| | SHIPPING & HANDLING |
| | TOTAL |
| | AMOUNT RECEIVED |
| TERMS | DISC. ALLOWED |
| DUE DATE | BALANCE DUE |

# ARNOLD

*PLASTIFORM DIVISION*

*107 Industry Road*
*Marietta, Ohio 45750*

REMIT TO:
Flex/Ind Industries, Inc.
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

| 09/22/05 |
|---|
| INVOICE DATE |

# INVOICE

SOLD TO
24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO
2
DELPHI ENERGY-PLANT 35
MFG CROSS DK,   CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT CO. LECT PREP |
|---|---|---|---|---|---|---|---|---|
| 36920 | 07/12/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLEC |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| Lot: 87556 5208A04 | | 732.000 | | | | |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 125.90 |
| MISC. CHARGES | .00 |
| SALES TAX | .00 |
| SHIPPING & HANDLING | .00 |
| TOTAL | 125.90 |
| AMOUNT RECEIVED | |
| DISC. ALLOWED | |
| BALANCE DUE ▶ | 125.90 |

TERMS
DUE DATE

15TH/OF 2 MONTH
12/06/05

8

# ARNOLD
*PLASTIFORM DIVISION*
**107 Industry Road**
**Marietta, Ohio 45750**

REMIT TO:
Fleming Industries, Inc.
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

09/19/05

INVOICE DATE

# INVOICE

SOLD TO
24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO
2
DELPHI ENERGY-PLANT 35
MFG CROSS DK,  CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT PREP |
|---|---|---|---|---|---|---|---|---|
| 36920 | 07/12/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| Lot: 87556 5208A04 | | 2,572.000 | | | | |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 442.38 |
| MISC. CHARGES | .00 |
| SALES TAX | .00 |
| SHIPPING & HANDLING | .00 |
| TOTAL | 442.38 |
| AMOUNT RECEIVED | |
| DISC. ALLOWED | |
| BALANCE DUE ▶ | 442.38 |

TERMS        15TH/OF 2 MONTH
DUE DATE     12/03/05

14

# ARNOLD

**FLEXMAG INDUSTRIES**
*107 Industry Road*
*Marietta, Ohio 45750*

Flexmag Industries Inc.
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

REMIT TO

09/19/05

INVOICE DATE

# INVOICE

| SOLD TO | 24170 | SHIP TO | 2 |
|---|---|---|---|
| | DELPHI AUTOMOTIVE SYSTEMS | | DELPHI ENERGY-PLANT 35 |
| | P.O. BOX 1550 | | MFG CROSS DK,  CISCO 35021 |
| | FLINT, MI 48501-1550 | | 32 CELERITY WAGON |
| | USA | | EL PASO, TX 79906 |
| | | | USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT PREPAID |
|---|---|---|---|---|---|---|---|---|
| 36920 | 07/12/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| YOUR CUSTOMER SERVICE REPRESENTATIVE FOR YOUR ACCOUNT IS: DEBBIE DEITLOFF   402-371-6100 EXT. 173 | | | | | | |
| YOUR ARNOLD SALES REP FOR YOUR ACCOUNT IS:  COMPONENT TECHNOLOGY   972-633-0077 | | | | | | |
| SHIP ON TREATED PALLETS ONLY!!!! | | | | | | |
| 1300 3201 | .1720 | 3,200.000 | FT | 442.38 | .00 | 442.38 |
| 1033 PLASTIFORM BRAND MAGNET | | 2,572.000 | | 628.000 | | |
| .094" x .266" x 75' | | | | | | |
| 19051307 REV.6 | | | | | | |
| ASN REQUIRED | | | | | | |
| SID# 7519 | | | | | | |

```
**************************************************************
**************************************************************
*          3RD PARTY BILLING:                               *
*   DELPHI ENERGY, CISCO 35021                              *
*   C/O DATA2 LOGISSTICS                                    *
*   P.O. BOX 9115                                           *
*   NORWOOD, MA  02062-9115                                 *
**************************************************************
```

KANBAN # FOR DATE: 9-19  ARE:  041-043
JITCALL NUMBER FOR DATE: 9-19 IS: 1500390375

COMMENTS:

| | |
|---|---|
| | SALE AMOUNT |
| | MISC. CHARGES |
| | SALES TAX |
| | SHIPPING & HANDLING |
| | TOTAL |
| TERMS | AMOUNT RECEIVED |
| DUE DATE | DISC. ALLOWED |
| | BALANCE DUE |

**ARNOLD** ®

**PLASTIFORM DIVISION**
**NORFOLK, NE**

REMIT TO:
Plastiform
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

169246
09/16/05

INVOICE DATE

# INVOICE

| SOLD TO | SHIP TO |
|---|---|
| 24170<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501-1550<br>USA | 2<br>DELPHI ENERGY-PLANT 35<br>MFG CROSS DK.   CISCO 35021<br>32 CELERITY WAGON<br>EL PASO, TX 79906<br>USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT/PREPD |
|---|---|---|---|---|---|---|---|---|
| 37013 | 07/26/05 | 24170 | NF | 165 | 550006840 | | CENTRAL TRANS | COLLECT |

| ITEM NO.<br>ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED<br>QTY. SHIPPED | UOM | EXTENDED PRICE<br>QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| YOUR CUSTOMER SERVICE REPRESENTATIVE FOR YOUR ACCOUNT IS:<br>DEBBIE DEITLOFF   402-371-6100 EXT. 173 | | | | | | |
| YOUR ARNOLD SALES REP FOR YOUR ACCOUNT IS:  COMPONENT<br>TECHNOLOGY   972-633-0077 | | | | | | |
| SHIP ON TREATED PALLETS ONLY!!!! | | | | | | |
| 1300 3201<br>1033 PLASTIFORM BRAND MAGNET<br>.094" x .266" x 75'<br>    19051307 REV.6<br>    ASN REQUIRED | .1720 | 2,394.000<br>2,394.000 | FT | 411.77 | .00 | 411.77 |
| SID#   7507 | | | | | | |

```
********************************************************
********************************************************
*          3RD PARTY BILLING:                          *
*   DELPHI ENERGY, CISCO 35021                          *
*   C/O DATA2 LOGISSTICS                                *
*   P.O. BOX 9115                                       *
*   NORWOOD, MA  02062-9115                             *
********************************************************
```

KANBAN # FOR DATE: 9-16   ARE: 041-043
JITCALL NUMBER FOR DATE: 9-16 IS: 1500390164

COMMENTS:

| | |
|---|---|
| | SALE AMOUNT |
| | MISC. CHARGES |
| | SALES TAX |
| | SHIPPING & HANDLING |
| | TOTAL |
| | AMOUNT RECEIVED |
| | DISC. ALLOWED |
| | BALANCE DUE $ |

TERMS
DUE DATE

**ARNOLD**
**PLASTIFORM DIVISION**
**NORFOLK, NE**

REMIT TO:
Plastiform
Box# 771938 - 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

169246

09/16/05

INVOICE DATE

| | |
|---|---|
| **SOLD TO** | 24170<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501-1550<br>USA | **SHIP TO** | 2<br>DELPHI ENERGY-PLANT 35<br>MFG CROSS DK,   CISCO 35021<br>32 CELERITY WAGON<br>EL PASO, TX 79906<br>USA |

# INVOICE

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT/PRE |
|---|---|---|---|---|---|---|---|---|
| 37013 | 07/26/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO.<br>ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED<br>QTY. SHIPPED | UOM | EXTENDED PRICE<br>QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| Lot: 87556 5208A04 | | 2,394.000 | | | | |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 411.77 |
| MISC. CHARGES | .00 |
| SALES TAX | .00 |
| SHIPPING & HANDLING | .00 |
| TOTAL | 411.77 |
| AMOUNT RECEIVED | |
| DISC. ALLOWED | |
| BALANCE DUE ▶ | 411.77 |

TERMS          15TH/OF 2 MONTH
DUE DATE       11/30/05

5

# ARNOLD ®

**PLASTIFORM DIVISION**
**NORFOLK, NE**

REMIT TO
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

069235

09/15/05

INVOICE DATE

# INVOICE

SOLD 24170
TO DELPHI AUTOMOTIVE SYSTEMS
   P.O. BOX 1550
   FLINT, MI 48501-1550
   USA

SHIP 2
TO DELPHI ENERGY-PLANT 35
   MFG CROSS DK,  CISCO 35021
   32 CELERITY WAGON
   EL PASO, TX 79906
   USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT PREP |
|---|---|---|---|---|---|---|---|---|
| 37013 | 07/26/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|

YOUR CUSTOMER SERVICE REPRESENTATIVE FOR YOUR ACCOUNT IS:
DEBBIE DEITLOFF   402-371-6100 EXT. 173

YOUR ARNOLD SALES REP FOR YOUR ACCOUNT IS:   COMPONENT
TECHNOLOGY   972-633-0077

SHIP ON TREATED PALLETS ONLY!!!!

| | | | | | | |
|---|---|---|---|---|---|---|
| 80-1300 3201 | .1720 | 2,000.000 | FT | 289.30 | .00 | 289.30 |
| 1033 PLASTIFORM BRAND MAGNET | | 1,682.000 | | 318.000 | | |

.094" x .266" x 75'
   19051307 REV.6
   ASN REQUIRED

   SID#   7494

*********************************************************************
*********************************************************************
*          3RD PARTY BILLING:                                    *
*   DELPHI ENERGY, CISCO 35021                                   *
*   C/O DATA2 LOGISSTICS                                         *
*   P.O. BOX 9115                                                *
*   NORWOOD, MA  02062-9115                                      *
*********************************************************************

KANBAN # FOR DATE: 9-15  ARE: 039,040
JITCALL NUMBER FOR DATE: 9-15 IS: 1500389643

COMMENTS:

| | |
|---|---|
| | SALE AMOUNT |
| | MISC. CHARGES |
| | SALES TAX |
| | SHIPPING & HANDLING |
| | TOTAL |
| | AMOUNT RECEIVED |
| | DISC. ALLOWED |
| | BALANCE DUE ▶ |

TERMS
DUE DATE

**ARNOLD** ®
**PLASTIFORM DIVISION**
**NORFOLK, NE**

REMIT TO:
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

09/15/05
INVOICE DATE

# INVOICE

SOLD TO   24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO   2
DELPHI ENERGY-PLANT 35
MFG CROSS DK,   CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES-PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT/PRE |
|---|---|---|---|---|---|---|---|---|
| 37013 | 07/26/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. / ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED / QTY. SHIPPED | UOM | EXTENDED PRICE / QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| Lot: 86806 5062A02 | | 554.000 | | | | |
| 87556 5208A04 | | 1,128.000 | | | | |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 289.30 |
| MISC. CHARGES | .00 |
| SALES TAX | .00 |
| SHIPPING & HANDLING | .00 |
| TOTAL | 289.30 |
| AMOUNT RECEIVED | |
| DISC. ALLOWED | |
| BALANCE DUE ▶ | 289.30 |

TERMS   15TH/OF 2 MONTH
DUE DATE   11/29/05



# ARNOLD®
**PLASTIFORM DIVISION**
**NORFOLK, NE**

REMIT TO:
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

159192

09/12/05

INVOICE DATE

## INVOICE

SOLD TO  24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO  2
DELPHI ENERGY-PLANT 35
MFG CROSS DK,  CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES-PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT PRE |
|---|---|---|---|---|---|---|---|---|
| 37013 | 07/26/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| YOUR CUSTOMER SERVICE REPRESENTATIVE FOR YOUR ACCOUNT IS: DEBBIE DEITLOFF    402-371-6100 EXT. 173 | | | | | | |
| YOUR ARNOLD SALES REP FOR YOUR ACCOUNT IS:   COMPONENT TECHNOLOGY  972-633-0077 | | | | | | |
| SHIP ON TREATED PALLETS ONLY!!!! | | | | | | |
| 80 1300 3201 | .1720 | 3,400.000 | FT | 504.65 | .00 | 504.65 |
| 1033 PLASTIFORM BRAND MAGNET | | 2,934.000 | | 466.000 | | |
| .094" x .266" x 75´ | | | | | | |
| 19051307 REV.6 | | | | | | |
| ASN REQUIRED | | | | | | |
| SID# | | | | | | |

```
***********************************************************
*          3RD PARTY BILLING:                             *
*  DELPHI ENERGY, CISCO 35021                             *
*  C/O DATA2 LOGISSTICS                                   *
*  P.O. BOX 9115                                          *
*  NORWOOD, MA  02062-9115                                *
***********************************************************
```

KANBAN # FOR DATE: 9-12  ARE: 035,036 ,037,038
JITCALL NUMBER FOR DATE: 9-12 IS: 1500388571/1500388816

COMMENTS:

| | |
|---|---|
| | SALE AMOUNT |
| | MISC. CHARGES |
| | SALES TAX |
| | SHIPPING & HANDLING |
| | TOTAL |
| | AMOUNT RECEIVED |
| | DISC. ALLOWED |
| | BALANCE DUE |

TERMS

DUE DATE

**ARNOLD** ®

PLASTIFORM DIVISION
NORFOLK, NE

Box# 771938 · 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

09/12/05
INVOICE DATE

# INVOICE

SOLD TO  24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO  2
DELPHI ENERGY-PLANT 35
MFG CROSS DK,  CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES-PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT PREP |
|---|---|---|---|---|---|---|---|---|
| 37013 | 07/26/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| Lot: 86806 5062A02 | | 2,216.000 | | | | |
| 87556 5208A04 | | 718.000 | | | | |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 504.65 |
| MISC. CHARGES | .00 |
| SALES TAX | .00 |
| SHIPPING & HANDLING | .00 |
| TOTAL | 504.65 |
| AMOUNT RECEIVED | |
| DISC. ALLOWED | |
| BALANCE DUE ▶ | 504.65 |

TERMS  15TH/OF 2 MONTH
DUE DATE  11/26/05

# ARNOLD ®

**PLASTIFORM DIVISION
NORFOLK, NE**

Plastiform
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

| INVOICE NO. | PAGE |
|---|---|
| 169113 | |
| INVOICE DATE | |
| 09/02/05 | |

## INVOICE

SOLD TO
24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO
2
DELPHI ENERGY—PLANT 35
MFG CROSS DK, CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT PREPA |
|---|---|---|---|---|---|---|---|---|
| 36918 | 07/12/05 | 24170 | NF | 165 | 550006840 | | CENTRAL TRANS | COLLEC |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| YOUR CUSTOMER SERVICE REPRESENTATIVE FOR YOUR ACCOUNT IS: DEBBIE DEITLOFF  402-371-6100 EXT. 173 | | | | | | |
| YOUR ARNOLD SALES REP FOR YOUR ACCOUNT IS:  COMPONENT TECHNOLOGY  972-633-0077 | | | | | | |
| 00 1800 3201 | .1720 | 1,662.000 | FT | 285.86 | .00 | 285.86 |
| 98 PLASTIFORM BRAND MAGNET | | 1,662.000 | | | | |
| .94" x .266" x 75' | | | | | | |
| 19051307 REV.6 | | | | | | |
| ASN REQUIRED | | | | | | |
| ****************************************************** | | | | | | |
| ****************************************************** | | | | | | |
| *      3RD PARTY BILLING:                    * | | | | | | |
| *   DELPHI ENERGY, CISCO 35021              * | | | | | | |
| *   C/O DATA2 LOGISSTICS                    * | | | | | | |
| *   P.O. BOX 9115                           * | | | | | | |
| *   NORWOOD, MA  02062-9115                 * | | | | | | |
| ****************************************************** | | | | | | |
| KANBAN # FOR DATE: 9-2  ARE: 044-045 | | | | | | |
| JITCALL NUMBER FOR DATE: 9-2  IS: 1500386585 | | | | | | |
| Lot: 86806 5062A02 | | 1,662.000 | | | | |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 285.86 |
| MISC. CHARGES | .00 |
| SALES TAX | .00 |
| SHIPPING & HANDLING | .00 |
| TOTAL | 285.86 |
| AMOUNT RECEIVED | |
| DISC. ALLOWED | |
| BALANCE DUE ▶ | 285.86 |

TERMS
DUE DATE
15TH/OF 2 MONTH
11/16/05



**ARNOLD** ®

**PLASTIFORM DIVISION
NORFOLK, NE**

REMIT TO:
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

169027
08/26/05
INVOICE DATE

# INVOICE

SOLD TO
24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO
2
DELPHI ENERGY-PLANT 35
MFG CROSS DK,  CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT PREP |
|---|---|---|---|---|---|---|---|---|
| 36712 | 06/15/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| YOUR CUSTOMER SERVICE REPRESENTATIVE FOR YOUR ACCOUNT IS: DEBBIE DEITLOFF   402-371-6100 EXT. 173 | | | | | | |
| YOUR ARNOLD SALES REP FOR YOUR ACCOUNT IS:  COMPONENT TECHNOLOGY  972-633-0077 | | | | | | |
| 80 1300 3201 .1720<br>83 PLASTIFORM BRAND MAGNET<br>4" x .266" x 75'<br>  19051307 REV.6<br>  ASN REQUIRED | .1720 | 1,464.000<br>1,464.000 | FT | 251.81 | .00 | 251.81 |

```
**********************************************************************
**********************************************************************
*               3RD PARTY BILLING:                                   *
*    DELPHI ENERGY, CISCO 35021                                      *
*    C/O DATA2 LOGISSTICS                                            *
*    P.O. BOX 9115                                                    *
*    NORWOOD, MA  02062-9115                                          *
**********************************************************************
```

KANBAN # FOR DATE: 8-26  ARE: 042,043
JITCALL NUMBER FOR: 8-26  IS: 1500384752
Lot: 84331 5067A03           1,464.000

| | |
|---|---|
| SALE AMOUNT | 251.81 |
| MISC. CHARGES | .00 |
| SALES TAX | .00 |
| SHIPPING & HANDLING | .00 |
| TOTAL | 251.81 |
| AMOUNT RECEIVED | |
| DISC. ALLOWED | |
| BALANCE DUE ▶ | 251.81 |

COMMENTS:

TERMS   15TH/OF 2 MONTH
DUE DATE   11/09/05

8

# ARNOLD

**PLASTIFORM DIVISION**
**NORFOLK, NE**

REMIT TO:
Box# 771938 • 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

08/25/05


INVOICE DATE

# INVOICE

SOLD TO
24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO
2
DELPHI ENERGY-PLANT 35
MFG CROSS DK,   CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | TERMS COLLECT PPD. |
|---|---|---|---|---|---|---|---|---|
| 36712 | 06/15/05 | 24170 | NF | 165 | 550008640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| | | YOUR CUSTOMER SERVICE REPRESENTATIVE FOR YOUR ACCOUNT IS: DEBBIE DEITLOFF   402-371-6100 EXT. 173 | | | | |
| | | YOUR ARNOLD SALES REP FOR YOUR ACCOUNT IS:   COMPONENT TECHNOLOGY   972-633-0077 | | | | |
| 80 1300 3201 | .1770 | 2,000.000 | FT | 294.17 | .00 | 294.17 |
| PLASTIFORM BRAND MAGNET | | 1,662.000 | | 338.000 | | |
| x .266" x 75' | | | | | | |
| 19051307 REV.6 | | | | | | |
| ASN REQUIRED | | | | | | |

```
***********************************************************
***********************************************************
*         3RD PARTY BILLING:                              *
*   DELPHI ENERGY, CISCO 35021                            *
*   C/O DATA2 LOGISSTICS                                  *
*   P.O. BOX 9115                                         *
*   NORWOOD, MA  02062-9115                               *
***********************************************************
```

KANBAN # FOR DATE: 8-25  ARE: 037,038
JITCALL NUMBER FOR: 8-25  IS: 1500384376
Lot: 84331 5067A03           1,662.000

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 294.17 |
| MISC. CHARGES | .00 |
| SALES TAX | .00 |
| SHIPPING & HANDLING | .00 |
| TOTAL | 294.17 |
| AMOUNT RECEIVED | |
| DISC. ALLOWED | |
| BALANCE DUE | 294.17 |

TERMS     15TH/OF 2 MONTH
DUE DATE  11/08/05

6

**ARNOLD** ®
**PLASTIFORM DIVISION**
**NORFOLK, NE**

REMIT TO:
Box# 771938 · 1938 Solutions Center
Chicago, IL 60677-1009
Tel: 740-374-8024
Fax: 740-374-5068

168842    1

08/22/05
INVOICE DATE

# INVOICE

SOLD TO:
24170
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501-1550
USA

SHIP TO:
2
DELPHI ENERGY-PLANT 35
MFG CROSS DK,  CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOCATION | SALES-PERSON | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | FREIGHT COLLECT PREPAID |
|---|---|---|---|---|---|---|---|---|
| 86712 | 06/15/05 | 24170 | NF | 165 | 550006640 | | CENTRAL TRANS | COLLECT |

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| | | | | | | |

YOUR CUSTOMER SERVICE REPRESENTATIVE FOR YOUR ACCOUNT IS:
DEBBIE DEITLOFF    402-371-6100 EXT. 173

YOUR ARNOLD SALES REP FOR YOUR ACCOUNT IS:   COMPONENT
TECHNOLOGY  972-633-0077

| ITEM NO. ITEM DESCRIPTION | UNIT PRICE | QTY. ORDERED QTY. SHIPPED | UOM | EXTENDED PRICE QTY. BACKORDERED | DISC. % | NET PRICE |
|---|---|---|---|---|---|---|
| 80 1300 3201 | .1770 | 2,196.000 | FT | 185.67 | .00 | 185.67 |
| 33 PLASTIFORM BRAND MAGNET | | 1,049.000 | | 1,147.000 | | |
| .04" x .266" x 75' | | | | | | |
| 19051307 REV.6 | | | | | | |
| ASN REQUIRED | | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*          3RD PARTY BILLING:                              \*
\*   DELPHI ENERGY, CISCO 35021                             \*
\*   C/O DATA2 LOGISSTICS                                   \*
\*   P.O. BOX 9115                                          \*
\*   NORWOOD, MA 02062-9115                                 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KANBAN # FOR DATE: 8-22  ARE: 041
JITCALL NUMBER FOR DATE: 8-22 IS: 1500383479
Lot: 84331 5067A03                    1,049.000

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 185.67 |
| MISC. CHARGES | .00 |
| SALES TAX | .00 |
| SHIPPING & HANDLING | .00 |
| TOTAL | 185.67 |
| AMOUNT RECEIVED | |
| DISC. ALLOWED | |
| BALANCE DUE | 185.67 |

TERMS    15TH/OF 2 MONTH
DUE DATE    11/05/05

15

## EXHIBIT C

## SUPPORTING DOCUMENTATION FOR CLAIM NUMBER 8870

UNITED STATES BANKRUPTCY COURT _____ District of New York    PROOF OF CLAIM

| Name of Debtor<br>Delphi Medical Systems Colorado | Case Number<br>05-44507    (Manhattan) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): Riverside Claims LLC<br><br>as assignee for Brillcast Inc | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent:<br>Riverside Claims LLC<br>PO Box 626-Planetarium Station<br>New York, NY 10024<br>Telephone number:   212-501-0990 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br><br>Various | Check here<br>if this claim  ☐ replaces   a previously filed claim, dated:_____<br>☐ amends |
|---|---|

1. **Basis for Claim**
   - X☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Your SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
         (date)        (date)

2. **Date debt was incurred:** various

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 41,662.00
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other_____
   Value of Collateral:  $_____

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>6/26/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Neil Herskowitz-Pres Riverside LLC |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years*

# BRILLCAST INC.

3400 WENTWORTH DRIVE, S.W.
GRAND RAPIDS, MICHIGAN 49519
(616) 534-4977 FAX (616) 534-0880 DUNS #00 601 3189

| | INVOICE | PAGE |
|---|---|---|
| | 119657 | 1 |
| | | DATE |
| | | 9/16/05 |

| SOLD TO | DELPHI MEDICAL SYSTEMS |
|---|---|
| | ATTN: ACCOUNTS PAYABLE |
| | 4300 ROAD 18 |
| | LONGMONT          CO 80504 |

| SHIP TO | SID 119657 |
|---|---|
| | DELPHI MEDICAL SYSTEMS |
| | 4300 ROAD 18 |
| | LONGMONT          CO 80504 |

| CUSTOMER NUMBER | SHIP VIA | ORDER NO. | SLS. NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 1232000 | | | 119657 | | NET 30 DAYS |

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1033349 | 05-0105-06 | EA | 3,900 | 3.14670 | 12,272.13 |
| | PO: 705398 | | | | |
| | HELICOR CLIP CVR 105 F-B CHRM | | | | |
| | | | | | |
| | MAIL INVOICE | | | | |

| TOTAL WEIGHT | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | AMOUNT DUE |
|---|---|---|---|---|
| | | | | 12,272.13 |

DUPLICATE

We hereby certify that these goods were produced in compliance with all
applicable requirements of Sections 6,7 and 12 of the Fair Labor Standards
Act, as amended and of regulations and orders of the United States Dept.

STRAIGHT BILL OF LADING—SHORTFORM—Original—Not Negotiable
RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of Issue of this Original Bill of Lading.

| | SHIPPER / BILL OF LADING | |
|---|---|---|
| | NUMBER | DATE |
| | 119657 | 9/16/05 |

# BRILLCAST INC.

3400 WENTWORTH DR. S.W., GRAND RAPIDS, MI 49519          D-U-N-S 00 601 3189

Page: 1

SOLD TO: [illegible small print]

SHIP TO:
DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT                    CO 80504
DK:

| PPLIER NO. | A.E.T.C. NO. | FOB | CUST. NO. - DEST. NO. | FREIGHT | | | SHIPPER NO. |
|---|---|---|---|---|---|---|---|
| | | | | PP & INV | COL. | PPD. | |
| | | GRAND RAPIDS | 1282000- 1282 | | X | | 119657 |

| REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| 9/16/05 | UPS-Ground | |

| QUANTITY SHIPPED | CUSTOMER PART NO. - NET WEIGHT SUPPLIER PART NO. - CUSTOMER ORDER NO. | CONTAINERS QTY. TYPE | CUMULATIVE | |
|---|---|---|---|---|
| 3,900 | 05-0105-06          #<br>103349          705398<br>DESCRIPTION: HELICOR CLIP CVR 105 | 4 | 5164 | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Received $_____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid.)

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

_____ per _____

Charges Advanced:

$ _____

If charges are to be prepaid, write or stamp here "To be Prepaid".

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD

COLLECT

TAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS

| | CTN | NET WEIGHT | TARE | GROSS |
|---|---|---|---|---|
| IGNED FOR CTRS ... | 4 | 0 | 0 | 0 |

LCAST, INC. _____ Shipper, Per _____          Agent, Per _____
nent post-office address of shipper, 3400 WENTWORTH DR. S.W., GRAND RAPIDS, MI 49519

# BRILLCAST INC.

3400 WENTWORTH DRIVE, S.W.
GRAND RAPIDS, MICHIGAN 49519
(616) 534-4977  FAX (616) 534-0880  DUNS #00 601 3189

| | | INVOICE | PAGE |
|---|---|---|---|
| | | 120456 | 1 |
| | | DATE | |
| | | 10/07/05 | |

SID 120456

**SOLD TO**
DELPHI MEDICAL SYSTEMS
ATTN: ACCOUNTS PAYABLE
4300 ROAD 18
LONGMONT                CO 80504

**SHIP TO**
DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT                CO 80504

| CUSTOMER NUMBER | | SHIP VIA | ORDER NO. | SLS. NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|---|
| 128200U | | | 120456 | | | NET 30 DAYS |

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 05346 | 05-009913 | EA | 600 | 6.22600 | 3,735.60 |
| | PO: 7053398 | | | | |
| | HELICOR FRONT 099 P-B CHRM | | | | |
| | MAIL INVOICE | | | | |

| TOTAL WEIGHT | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 42 | | | 3,735.60 |

**DUPLICATE**

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards

# BRILLCAST INC.

3400 WENTWORTH DRIVE, S.W.
GRAND RAPIDS, MICHIGAN 49519
(616) 534-4977  FAX (616) 534-0880  DUNS #00 601 3189

| | | INVOICE | PAGE |
|---|---|---|---|
| | | 120350 | 1 |
| | | SID 120350 | |
| | | DATE | |
| | | 10/05/05 | |

SOLD TO
DELPHI MEDICAL SYSTEMS
ATTN: ACCOUNTS PAYABLE
4300 ROAD 18
LONGMONT                    CO 80504

SHIP TO
DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT              CO 80504

| CUSTOMER NUMBER | | SHIP VIA | | ORDER NO. | SLS. NO. | REFERENCE NO. | | TERMS | |
|---|---|---|---|---|---|---|---|---|---|
| 1.232000 | | | | 1.20350 | | | | NET 30 DAYS | |

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 03546 | | | | | |
| 05-009513 PO: 705598 HELICOR FRONT 099 P-R CHRM | MAIL INVOICE | EA | 397 | 6.22600 | 2,471.72 |

| TOTAL WEIGHT | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | | | 2,471.72 |

28

hereby certify that these goods were produced in compliance with all
applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards...

BT, INC. _____ Shipper, Per _____ Agent, Per
st-office address of shipper, 3400 WENTWORTH...



# BRILLCAST INC.

3400 WENTWORTH DRIVE, S.W.
GRAND RAPIDS, MICHIGAN 49519
(616) 534-4977 FAX (616) 534-0880 DUNS #00 601 3189

| INVOICE | PAGE |
|---|---|
| 120260 | 1 |
| DATE | |
| 10/04/05 | |

**SOLD TO:**
DELPHI MEDICAL SYSTEMS
ATTN: ACCOUNTS PAYABLE
4300 ROAD 18
LONGMONT                CO 80504

**SHIP TO:**
DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT                CO 80504

SID 120260

| CUSTOMER NUMBER | SHIP VIA | ORDER NO. | SLS. NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 122000 | | 120260 | | | NET 30 DAYS |

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 103342 | 05-0124-07<br>PO: 705398<br>HELICOR BACK PLT 124 F-B CHRM<br>05-0099.17<br>PO: 705393<br>HELICOR FRONT 099 F-B CHRM<br><br>MAIL INVOICE | EA<br><br><br>EA | 670<br><br><br>398 | 7.80000<br><br><br>6.22600 | 5,226.00<br><br><br>2,477.95 |

| TOTAL WEIGHT | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | | | 7,703.95 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Sta...

# BRILLCAST INC.

3400 WENTWORTH DRIVE, S.W.
GRAND RAPIDS, MICHIGAN 49519
(616) 534-4977 FAX (616) 534-0880 DUNS #00 601 3189

| | | | INVOICE | | PAGE |
|---|---|---|---|---|---|
| | | | 120085 | | 1 |
| | | | DATE | | |
| | | | 9/28/05 | | |

SOLD TO
DELPHI MEDICAL SYSTEMS
ATTN: ACCOUNTS PAYABLE
4300 ROAD 18
LONGMONT          CO 80504

SHIP TO
DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT          CO 80504

SID 120085

| CUSTOMER NUMBER | SHIP VIA | ORDER NO. | SLS. NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 033342 | | 200085 | | | NET 30 DAYS |

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 282000 | 05-0124-07 | EA | 600 | 7.80000 | 4,680.00 |
| | PO: 7053598 | | | | |
| | HELICOR BACK PLT 124 P-B CHRM | | | | |
| 033346 | 05-0099 13 | EA | 741 | 6.22350 | 4,611.61 |
| | PO: 7053598 | | | | |
| | HELICOR FRONT 099 P-B CHRM | | | | |
| | | | | | |
| | MAIL INVOICE | | | | |

| TOTAL WEIGHT | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of th...

# BRILLCAST INC.

3400 WENTWORTH DRIVE, S.W.
GRAND RAPIDS, MICHIGAN 49519
(616) 534-4977  FAX (616) 534-0880  DUNS #00 601 3189

| | |
|---|---|
| INVOICE | 119766 |
| PAGE | 1 |
| DATE | 9/20/05 |

SOLD TO

DELPHI MEDICAL SYSTEMS
ATTN: ACCOUNTS PAYABLE
4300 ROAD 18
LONGMONT                    CO 80504

SHIP TO

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT                    CO 80504

STD 119766

| CUSTOMER NUMBER | | SHIP VIA | ORDER NO. | SLS. NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|---|
| 1.283000 | | | 119766 | | | NET 30 DAYS |

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 05-009913 | PO: 705398 | EA | 476 | 6.22350 | 2,962.39 |
| | HELICOR FRONT 099 P-R CHRM | | | | |
| | MAIL INVOICE | | | | |

| TOTAL WEIGHT | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | | | 2,962.39 |

DUPLICATE

We hereby certify that these goods were produced in compliance with all

...ST, INC. _____   Shipper, Per _____   Agent, Per _____

# BRILLCAST INC.

3400 WENTWORTH DRIVE, S.W.
GRAND RAPIDS, MICHIGAN 49519
(616) 534-4977  FAX (616) 534-0880  DUNS #00 601 3189

**SOLD TO:**
DELPHI MEDICAL SYSTEMS
ATTN: ACCOUNTS PAYABLE
4300 ROAD 18
LONGMONT                    CO 80504

**SHIP TO:**
DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT                    CO 80504

| INVOICE | PAGE |
|---------|------|
| 118408  | 1    |

| DATE |
|------|
| 8/09/05 |

SID 118408

| CUSTOMER NUMBER |
|-----------------|
| 1382000 |

| PART NUMBER | DESCRIPTION | SHIP VIA | ORDER NO. | U/M | SLS. NO. | QUANTITY SHIPPED | REFERENCE NO. | NET 30 DAYS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-0124-07 | MAIL INVOICE | | 118408 | | | | | TERMS | | |
| | PO: 705398 | | | | | | | | | |
| | HELICON RACK FLT 124 F-B CHRM | | | EA | | 200 | | | 7.80000 | 1,560.00 |

| TOTAL WEIGHT | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | | | 1,560.00 |

BT, INC.                    Shipper, Per                                    Agent, Per

# BRILLCAST INC.

3400 WENTWORTH DRIVE, S.W.
GRAND RAPIDS, MICHIGAN 49519
(616) 534-4977  FAX (616) 534-0880  DUNS #00 601 3189

| | INVOICE | PAGE |
|---|---|---|
| | 118344 | 1 |
| | DATE | |
| | 8/08/05 | |

SID 118344

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: ACCOUNTS PAYABLE
4300 ROAD 18
LONGMONT                    CO 80504

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT                    CO 80504

| CUSTOMER NUMBER | SHIP VIA | ORDER NO. | SLS. NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 1282000 | UNITED PARCEL SERVICE | | 118344 | | NET 30 DAYS |

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 05-0105-06 PO: 7053398 | MAIL INVOICE | | | | |
| | HELICOR CLIP CVR 105 P-B CHRM | EA | 529 | 3.14670 | 1,664.60 |

| TOTAL WEIGHT | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | | | 1,664.60 |

DUPLICATE

e hereby certify that these goods were produced in compliance with all

ST, INC. _____  Shipper, Per _____  Agent, Per

COMPANY    1
CUSTOMER   1282000

DELPHI MEDICAL SYSTEMS
ATTN: ACCOUNTS PAYABLE
4300 ROAD 18

CITY/ST    LONGMONT         CO
COUNTRY    USA POSTAL 80504
PHONE      303-678-8585

INVOICE
HISTORY <1-3> 1

TERMS 7

| | | |
|---|---|---|
| SERVICE CHGS | .00 | |
| CURRENT CHGS | 13911.27 | |
| CURRENT PMTS | .00 | |
| CURRENT ADJS | 6.07 | |
| PREVIOUS BAL | 27744.66 | |
| CURRENT | 13911.27 | |
| 0 DAY | 24526.13 | |
| 0 DAY | 3224.60 | |
| 0 DAY | .00 | |
| 120 DAY | .00 | |
| | | |
| CREDIT LIMIT | 0 | |
| | | |
| TOTAL DUE | 41662.00 | |

ACCOUNT TYPE    OPEN ITEM
STATEMENT CODE  1
SALESREP        00000
SVC CHARGE CODE 0
SVC CHARGE PCT     0%
LAST PAYMENT    9/07/05

F01 DISPLAY CHART
F05 CREDIT INFORMATION
F06 PAID ITEM HISTORY
F07 FULL ADDRESS
F11 TRANSACTION SUMMARY
F15 NOTE TASKS
F24 END OF INQUIRY

TRANSACTION SUMMARY                    INQUIRY      AMR903    MM

Page 33 of 33

| COMPANY | 1 | DELPHI MEDICAL SYSTEMS | CITY/ST | LONGMONT | CO |
|---|---|---|---|---|---|
| CUSTOMER | 1282000 | ATTN: ACCOUNTS PAYABLE | COUNTRY | USA POSTAL 80504 | |
| | | 4300 ROAD 18 | PHONE | 303-678-8585 | |

LINE
FIND INVOICE:

TERMS 7

| | AG | REF NO | ----- DATES ----- TRANSACT | LAST ACT | INVOICE/CREDIT MEMO AMOUNTS | PAYMENT/ADJUST- MENTS/DISCOUNTS | OUTSTANDING BALANCE |
|---|---|---|---|---|---|---|---|
| 1 | 3 | 072848 | 7/08/05 | 10/12/05 | .00 | .00 | .00 |
| 2 | 2 | 073488 | 8/05/05 | 10/12/05 | .00 | .00 | .00 |
| 3 | 2 | 118344 | 8/08/05 | 8/08/05 | 1664.60 | .00 | 1664.60 |
| 4 | 2 | 118408 | 8/09/05 | 8/09/05 | 1560.00 | .00 | 1560.00 |
| 5 | 1 | 119657 | 9/16/05 | 9/16/05 | 12272.13 | .00 | 12272.13 |
| 6 | 1 | 119766 | 9/20/05 | 9/20/05 | 2962.39 | .00 | 2962.39 |
| 7 | 1 | 120085 | 9/28/05 | 9/28/05 | 9291.61 | .00 | 9291.61 |
| 8 | 0 | 120260 | 10/04/05 | 10/04/05 | 7703.95 | .00 | 7703.95 |
| 9 | 0 | 120350 | 10/05/05 | 10/05/05 | 2471.72 | .00 | 2471.72 |
| 0 | 0 | 120456 | 10/07/05 | 10/07/05 | 3735.60 | .00 | 3735.60 |

F05 CREDIT INFORMATION    F06 PAID ITEM HISTORY
F07 FULL ADDRESS          F10 CUSTOMER SUMMARY      F15 NOTE TASKS
                          F19 RETURN TO SELECT      F24 END OF INQUIRY