

4320 University Boulevard
P. O. Box 499
Laredo, Texas 78042

Phone   956.724.7141
Fax     956.717.1548
e-mail Karen@killamcompanies.com

April 5, 2007

**VIA FEDERAL EXPRESS**
Honorable Robert D. Drain
U.S. Bankruptcy Judge
United States District from the Southern District of New York
One Bowling Green, room 610
New York, New York 10004

  *REF: Case No. 1614*

Dear Judge Drain:

  I represent Killam Companies as General Counsel. We have reached an agreement with Delphi. We release our claims against them. Please contact us if you have any questions or need further information.

          Sincerely,

          Karen Kerr
          General Counsel
KK:al



RECEIVED APR 10 2007 USBC-SDNY RDD