UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
:
In re                                           :    Chapter 11
:
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
:
                    DEBTORS.    :    (Jointly administered)
:
------------------------------x

AZIMUTH NORTH AMERICA LLC
& RELATED ENTITIES,
and
ROBERT MOTHERSHEAD, Individually,

CREDITORS, in pro per.

Delphi Vendor #02-710-7130
18530 Mack Avenue
Grosse Pointe Farms MI USA 48236
+1 (313) 475 1682 (Direct)
+1 (866) 397 4833 (Fax)
azimuthllc @ earthlink.net

---

### CERTIFICATE OF SERVICE

I, Robert A. Mothershead, verify that on April 12, 2007, I served my

**CREDITOR'S REQUEST TO HOLD MATTER IN ABEYANCE, IN RESPONSE TO DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION**, upon the Clerk of the Court, U.S. Bankruptcy Court for the Southern District of New York; upon Judge Robert Drain; and upon the individuals listed below, by placing same in the FedEx box on 2386 Traversefield Drive, in Traverse City, Michigan at 6:00 pm EST, in time for a 6:30pm pick-up, with overnight express delivery charges fully prepaid:

1

John Wm. Butler, Esq.  
John K. Lyons, Esq.  
Joseph N. Wharton, Esq.  
Skadden, Arps, Slate,  
Meagher & Flom, LLP  
333 W. Wacker Dr., Suite 2100  
Chicago, IL 60606

David Sherbin, Esq.  
General Counsel  
Delphi Corp  
5725 Delphi Drive  
Troy, MI 48098

I declare that the statements above are true to the best of my information, knowledge and belief.

*[signature]*

Robert A. Mothershead  
Date: April 12, 2007