

317-783-6413
FAX 317-783-0983

5602 ELMWOOD AVE.
SUITE #222
INDIANAPOLIS, INDIANA 46203

☐ WILLIAM R. WATSON
☐ VIRGIL C. WARREN

February 22, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Re:  Case No.: 05-44481
Claimant: WWG Inc.
Debtor: Delphi Corporation, et al.
Claim No.: 8894

Description for basis of claim:

- We have purchase orders totaling $6,484.00 (copies included)

- We have UPS shipping records/signed packing slip (copies included)

- We have invoices totaling $6,484.00 (copies included)

- We have returned check totaling $2,353.00 (copies included)

- Copy of Proof of Claim stamped and returned to us by claims center

Reasons why the claim should not be Subject to Modification:

- Total of WWG Inc., invoices equal total of Delphi purchase orders

- UPS shipping records verify shipment of parts to Delphi

- Payments received by us for $2,353.00 (part of total amount claimed) were returned to us by our bank

- Remaining dollar amount of $4,131.00 was never paid

- Parts were not rejected by Delphi or returned to us

- Claim was filed in a timely manor

1

**WWG INC.**

317-783-6413
FAX 317-783-0983

5602 ELMWOOD AVE.
SUITE #222
INDIANAPOLIS, INDIANA 46203

☐ WILLIAM R. WATSON
☐ VIRGIL C. WARREN

Thank you for your time and consideration in this matter.

Respectfully Submitted,

Virgil C. Warren
Secretary/Treasurer

cc: Delphi Corporation Attn: General Counsel
    Skadden, Arps, Slate, Meagher & Flom LLP

Enclosure

2

WIRE EDM / DIES / TOOLING / GAUGES / FIXTURES / DISTRIBUTORS OF DIAMOND & BORAZON SUPPLIES

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
| --- | --- |

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 | The Debtor has listed your claim on Schedule F as a General Unsecured claim in the amount of $4,964.00. If you agree with this characterization and amount, you do not need to complete and return this form. If you disagree, please complete and return this form accordingly.<br><br>Master Code: 10409111 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
W W G Inc

Name and address where notices should be sent:

W W G Inc
5602 Elmwood Ave Ste 222
Indianapolis IN 46203

Telephone number: **317-783-6413**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)    (date)

**2. Date debt was incurred:** SEE ATTACHED

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ ____ 4884.00 ____ ____ 4884.00
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 4884.00
+ 0

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

RECEIVED
5 2006
AIMS PROCESSING CENTER

| Date<br>6/30/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>_Virgil Warren_   Sec/Treas. | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

0544640060418151722019389

*Shipping Documents*

# Packing Slip

WWG INC.
1602 ELMWOOD AVENUE
SUITE 222
INDIANAPOLIS, IN 46203-6037
USA
Voice:    317-783-6413
Fax:      317-783-0983

Invoice Number:
15089

Invoice Date:
Sep 20, 2005

Page:
1

Sold To:
DELPHI AUTOMOTIVE SYSTEMS
2100 BURLINGAME AVENUE, S.W.
GRAND RAPIDS, MI  49509

Ship to:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2820 EAST 38TH STREET
ANDERSON, IN  46013

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DELPHI | JES56166 | 1% 10. Net 30 Days | |
| | | Ship Date | Due Date |
| Sales Rep ID | Shipping Method | 9/20/05 | 10/20/05 |
| VCW | DELIVERED VIA WWG | | |

| Order Qty | Item | Description | Shipped Prior | This Shipment | Corrections |
|---|---|---|---|---|---|
| | | | | 1.00 | |
| 1.00 | 1 | 10489959-A15 FORM HOLDER SHEET 12 | | | |

*Jenny Oliveri* 9/20

**YELLOW-WWG**
**WHITE-CUSTOMER**

**THANK YOU**

**JPMorganChase Bank, N.A.**
7610 W Washington St. Indianapolis, IN 46231
Date: Oct 17, 2005    Advice D-512781

*Acct:    053/192943082*

*These items are being charged to
your account and will be assessed a
Return Item fee.
Personal Accounts: 877-226-5663
Business Accounts: 800-404-4111*

**REASON**
Refer to Maker
Refer to Maker

| **SEQ #** | **ITEM AMOUNT** |
|---|---|
| 025435 | 240.00 |
| 025425 | 2,113.00 |

W W G INC
5602 ELMWOOD AVE SUITE 222
INDIANAPOLIS IN 46203

2 items charged totaling $2,353.00

2 items charged a fee totaling $12.00

Advice Total $2,365.00

⑈40233319⑈⑈    0000019294308 2⑈⑈    ⑈000051278⑈⑈

*Returned
Checks*



RD 057828972

Disbursement Services
PO Box 82530
Phoenix, AZ    85082-2530

| | PAYMENT DATE | 9/27/05 |

| RD 057828972 | | | | | | | CHECK NO. | 200838910 |

| VENDER NO. | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| CO NAME | W W G INC | | | | | |
| DESCRIPTION | | | | 240.00 | .00 | 240.00 |
| 00231802634 | 07/29/05 | F6 5205680226001 | 00.0000 | | | |
| 152127819 14957 | | 1.000 | UOM: PC  U/P: | 240.00000 | EXT: | 240.00 |
| DELPHI E&C PLANT | 20 | QTY: | | | | |
| N 54501278190001Q | | | | | | |

RECEIVED
OCT - 3 2005
BY:

FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM / ISSUES(PRICING CALL BUYER)(QTY CALL PLANT)(OTHER CUSTSERV:248-874-4636)    NB

| | TOTAL | 240.00 | .00 | 240. |



Delphi
Disbursement Services (NB)
Box 62530
Phoenix, AZ 85082-2630

DELPHI

RETURN TO: FED UTICA
FOR REASON INDICATED BELOW

REFER TO MAKER

DO NOT REDEPOSIT

OCT 1 3 2005

CHECK No. 900520074

AMOUNT
*************2,113.00

DATE
10/03/05

***********HUNDRED 3 DOLLARS    ***00 CENTS
JP MORGAN CHASE BANK, N.A.
50-987

Delphi
Disbursement Account

*W W G INC*
5602 ELMWOOD AVE STE 222
INDIANAPOLIS IN  46203

PAY
TO THE
ORDER
OF

SIGNATURE

The Chase Manhattan Bank, N.A.
Syracuse, New York

AUDIT

"900520074"  ":021309379":  601"2"50442"        "0000211300"



Disbursements, Services
PO Box 428839
Phoenix, AZ    85082-2530

| CHECK | SUPPLIER |
| --- | --- |
| PAYMENT DATE | 10/05/05 |

RD 087828972                    1

| VISTER NO. | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| NAME   W W G INC | | | 393.00 | .00 | 393.00 |
| INVOICE DATE | | 00.0000 | | | |
| 031825495   08/08/05 | F6 5203688658001 | | | EXT: | 138.00 |
| 0123048  14909           20 | | | 138.00000 | EXT: | 120.00 |
| DELPHI E&C PLANT    QTY: | 1.000 | UOM: PC  U/P: | 120.00000 | EXT: | 135.00 |
| 4501280480010   QTY: | 1.000 | UOM: PC  U/P: | 135.00000 | .00 | 590.00 |
| 4501280480020   QTY: | 1.000 | UOM: PC  U/P: | 590.00 | | |
| 4501280480030   08/31/05 | | 00.0000 | | | |
| 031887123 | F6 5203728527001 | | | EXT: | 590.00 |
| 0141499 18058 | | | 590.00000 | .00 | 1,330.00 |
| DELPHI E&C PLANT    20 | 1.000 | UOM: EA  U/P: | 1,330.00 | | |
| 4501416950010   QTY: | | 00.0000 | | | |
| 031887124   08/31/05 | F6 5203728528001 | | | EXT: | 495.00 |
| 0141499 18058 | | | 165.00000 | EXT: | 375.00 |
| DELPHI E&C PLANT    20 | 3.000 | UOM: EA  U/P: | 375.00000 | EXT: | 460.00 |
| 4501416950020   QTY: | 1.000 | UOM: EA  U/P: | 230.00000 | | |
| 4501416950030   QTY: | 2.000 | UOM: EA  U/P: | | | |
| 4501416950040   QTY: | | | | | |

✗ 1720.00

Court Oct 27
attorney will call after

Nancy
Delphi Supplier Support Center
866-688-8679
Anything billed before 10/7/05

RECEIVED
OCT - 6 2005
BY:

FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM ( ISSUES(PRIC
ING CALL BUYER)(QTY CALL PLANT)(OTHER CUSTSERV:248-874-4634)    NB

| TOTAL | 2,115.00 | .00 | 2,115 |

**WWG INC.**
5602 ELMWOOD AVENUE
SUITE 222
INDIANAPOLIS, IN 46283-6037
USA
Voice:   317-783-6413
Fax:     317-783-0983

**Invoice Number:**

15089

**Invoice Date:**

Sep 20, 2005

**Sold To:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DRIVE
TROY, MI  48098

**Ship to:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 EAST 38TH STREET
ANDERSON, IN  46013

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DELPHI | JES56166 | 1% 10, Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| VCW | DELIVERED VIA WWG | 9/20/05 | 10/20/05 |

| Item | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 1 | 10489959-A15 FORM HOLDER SHEET 12 | 710.00 | 710.00 |

| | |
|---|---|
| Subtotal | 710.00 |
| Sales Tax | 0.00 |
| | 0.00 |
| TOTAL | 710.00 |

**THANK YOU**

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**

## PURCHASE ORDER

JB556166

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C 20A CRIB PLT 20
2620 E. 38TH ST.
ANDERSON IN
46013                                    US

VENDOR NUMBER 05-782-8972

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

SHIP TO:

INVOICE TO:
46013                                    US

************************
* NO INVOICES REQUIRED TO ACCTS
* PAYABLE UNLESS OTHERWISE
* STATED ON PO OR RELEASE
* *******  **
************************

ORDER DATE: 08/19/05
ALTERNATE DUE DATE:

PHONE: 317-579-2907

SHIP VIA: DELPHI  E&EM CALL 800-805-9433
BUYER: M MUDD   3P

PURCHASING AGENT

| PAYMENT TERMS | QTY SOURCE | QTY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | PRO NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | | | | |
| | P0001 | 1 | 000467162 | HOLDHTX | | | 08/25/05 N | 0.00% | 710.0000 | | PCS |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

PER QUOTE DTD 8/18/05

HOLDHTX
10489959-A15 FORM HOLDER
SHEET 12
WHO ORDERED: 20A

BLUEPRINT: 10489959

DETAIL: A15   DATE: 10/27/97

FOLLOW"SHIP TO"INSTRUCTIONS & TRAFFIC DEPT. LETTER.
800 805-9433 FOR ROUTING UPS SHIPMENTS MUST BE VIA
UPS/DELPHI CONSIGNEE AGREEMENT.800 742-5877 FOR
INQUIRIES. DO NOT SHIP PREPAID & ADD.

IF EFT AGREEMENTS AREN'T IN PLACE, DELPHI MAY DEFER
PAYMENT BY CHECK DURING ANY RECOGNIZED HOLIDAY
UNTIL THE NEXT BUSINESS DAY WITHOUT DEFAULTING OR
LOSING CASH DISCOUNTS.
PAYMENT INQUIRIES 248 874-4636
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS
DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIER. SELLER SHALL INDEMNIFY

SUPPLIER

CONTINUE PAGE    2

A001924   USER MARY A MUDD

JOB# 15089

# DELPHI

## DELPHI AUTOMOTIVE SYSTEMS

**PURCHASE ORDER**   JES56166

VENDOR NUMBER 05-782-8972

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256

W M G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C 20A CRIB PLT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

US

INVOICE TO:
46013
*******************************
*******************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
*******************************
*******************************

US

ORDER DATE 08/19/05

PHONE: 317-579-2907

M  M  MUDD
M  3F

DELPHI E&EM CALL 800-805-9433

| NET<br>ITEM<br>SOURCE | 2ND DAY OF 2ND MONTH<br>PAYMENT TERMS | QTY<br>ORDERED | ITEM IDENTIFICATION NUMBER | ITEM NAME | DESCRIPTION | FOB ORIGIN UPS CONSIGNEE BILLING | PO<br>NUMBER | DATE REQUIRED | QTY<br>UOM | PRICE<br>MULTIPLE | UNIT OF<br>MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|

BUYER AGAINST ANY LIABILITY BUYER MAY INCUR
IF THIS REPRESENTATION IS INCORRECT.
OVERSHIPMENTS MAY BE RETURNED AT SELLERS EXPENSE

SALES TAX FOR NON"DIRECT PAY" STATES ARE TO BE
BILLED TO: C/O AFFILIATED COMPUTER SYSTEMS, INC.
            PO BOX 62530
            PHOENIX, AZ 85082-2530
ATT: P.O. SUPPORTED SALES TAX
DIRECT PAY STATES AND SALES TAX LICENSE #'S FOLLOW:
AL-805, GA-300-45870-8, IN-10187021300011 KS 98-003A
WI-38-3431131, NJ-APPLIED FOR, WI-WDP99-01-0010037
NY-DP-3487 OH-98-002667, TX-1-38-3431131-1, MS-APPLIED
FOR. YOUR PACKING SLIP MUST MATCH P.O. U/M PRICE ETC.
ANY ONSITE WORK REQUIRES INSURANCE COVERAGE SEE
TERMS & CONDITIONS OR INSURANCE CLAUSE
********* ATTENTION SUPPLIERS **************
YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION
CLICK ON REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON HERE TO REQUEST
AN IMMEDIATE CONTACT FOR YOUR BUSINESS." FILL
OUT THE FORM AND FOLLOW INSTRUCTIONS.

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S

SUPPLIER

CONTINUE PAGE   3

A001924   USER MARY A MUDD

# DELPHI

## DELPHI AUTOMOTIVE SYSTEMS

DELPHI-B
8750 HAGUE RD.
INDIANAPOLIS IN
46256

**PURCHASE ORDER**  JB856166

PAGE 3

VENDOR NUMBER 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037
US

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-B & C 20A CRIB PLT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

INVOICE TO:
*****************
46013
*********
US
***************************

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING.

01. COPIES OF YOUR INVOICES IN DUPLICATE ACCOMPANY EACH SHIPMENT.
THIS DESCRIPTION AND PO NUMBERS MUST BE SHOWN ON PACKING SLIPS AND
INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR REQUIRE PARCEL
POST.

| ORDER DATE | SHIP VIA | | PHONE: 317-579-2907 |
| --- | --- | --- | --- |
| 08/19/05 | DELPHI | E&EM | CALL 800-805-9433 |

ALTERNATE SHIP DATE / ALTERNATE SHIP SITE

| ALTERNATE EFFECTIVE DATE | | PAGE MULTIPLE | |
| --- | --- | --- | --- |
| | M MUDD | 3P | PURCHASING AGENT |

| PAYMENT TERMS | NET 2ND DAY OF 2ND MONTH | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | HOUR NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED FOB ORIGIN UPS CONSIGNEE BILLING | NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PACK MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

GENERAL TERMS AND CONDITIONS ARE INCORPORATED
IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE
ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS
CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED
TO AS THIS "CONTRACT"). A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND
BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATIONS. ANY ADDITIONS
TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH

CONTINUE PAGE 4

SUPPLIER

A001924   USER MARY A MUDD

PAYMENT TEXAS



# DELPHI
## DELPHI AUTOMOTIVE SYSTEMS

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-B & C 20A CRIB PLT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

**PURCHASE ORDER**

JBS56166

SHIP TO:

VENDOR NUMBER 05-782-8972

DELPHI-B
8750 HAGUE RD.
INDIANAPOLIS IN
46256

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037
US

INVOICE TO:
46013

ORDER DATE: 08/19/05

PHONE: 317-579-2907

ALTERATION REQUEST DATE

*********************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
*********************************
US

SHIP VIA: DELPHI B&EM CALL 800-805-9433

M MUDD
3F

**PURCHASING AGENT**

ALTERNATE EFFECTIVE DATE

F.O.B.
FOR ORIGIN UPS CONSIGNEE BILLING

DESTINATION UNLESS OTHERWISE INDICATED

RFQ NUMBER

DATE REQUIRED

TAX CODE: 1%

BASE UNIT PRICE

PRICE MULTIPLE

UNIT OF MEASURE

PAYMENT TERMS
NET

2ND DAY OF 2ND MONTH

QUANTITY ORDERED

ITEM IDENTIFICATION NUMBER

NOUN NAME

DESCRIPTION

A001924    USER MARY A MUDD

PROPOSALS IN WRITING.  PLEASE IGNORE THE NOTE
BELOW ON TERMS AND CONDITIONS DATED SEPTEMBER
2004.
OTHER TERMS AND CONDITIONS ON WEBSITE SUPERCEDE ALL
OTHER PUBLISHED TERMS & CONDITIONS.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

SUPPLIER

CONTINUE PAGE 5

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**

## PURCHASE ORDER

JBS55994

PHONE: 317-579-2907

| | | |
|---|---|---|
| ORDER DATE | 08/03/05 | M MUDD |
| | ALTERATION ISSUE DATE | 3 P |
| | | BUYER |

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS AND BILLS OF LADING
INVOICE: ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSIDE: PARCEL POST.
(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

SHIP VIA: DELPHI SERM CALL 800-805-9433

PURCHASING AGENT

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-B & C 20A CRIB PLT 20
2620 E. 38TH ST.
ANDERSON IN
46013                                    US

**SHIP TO:**

**VENDOR NUMBER** 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-B
8750 HAGUE RD.
INDIANAPOLIS IN
46256                                    US

**INVOICE TO:**

46013                                    US

```
****************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
****************************
```

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | FOB | DESTINATION UNLESS OTHERWISE INDICATED | PRO NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE MULTIPLE | LINE OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH NET | | | | | FOB ORIGIN UPS CONSIGNEE BILLING | | | | | | | |

ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND
BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS
TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING.  PLEASE IGNORE THE NOTE
BELOW ON TERMS AND CONDITIONS DATED SEPTEMBER
2004.
TERMS AND CONDITIONS ON WEBSITE SUPERCEDE ALL
OTHER PUBLISHED TERMS & CONDITIONS.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

A001913    USER MARY A MUDD

SUPPLIER                                    CONTINUE PAGE 5

WWG INC.
602 ELMWOOD AVENUE
SUITE 222
INDIANAPOLIS, IN 46203-6037
USA
Voice:    317-783-6413
Fax:      317-783-0863

**Invoice Number:**

14957

**Invoice Date:**

Jul 8, 2005

**Sold To:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DRIVE
TROY, MI  48098

**Ship to:**

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 EAST 38TH STREET
ANDERSON, IN  46013

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DELPHI | JES55413 | 1% 10, Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| VCW | UPS | 7/8/05 | 8/7/05 |

| Item | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 1 | 10468368-A DETAIL#86 | 240.00 | 240.00 |

**THANK YOU**

| | |
|---|---|
| Subtotal | 240.00 |
| Sales Tax | 0.00 |
| | 0.00 |
| TOTAL | 240.00 |

# DELPHI

## DELPHI AUTOMOTIVE SYSTEMS

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256

VENDOR NUMBER 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

US

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

INVOICE TO:
***********************
***********************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
46013
***********************
***********************
US

**PURCHASE ORDER**

**JE855413**

PAGE 1

| | ORDER DATE | 05/19/05 | PHONE: 317-579-2907 |
| | ALTERATION/ISSUE DATE | M MUDD | |
| | ALTERATION EFFECTIVE DATE | 3P | BUYER M MUDD |
| | | DELPHI E&EM CALL 800-805-9433 |
| | | PURCHASING AGENT |

THIS BLANKET MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING.
(A) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. THE IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND INVOICES.
INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL POST.

| PAYMENT TERMS | NET ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | SHIP VIA | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | 00001 | 1 | PR166057 001 | | 10468368-A    DET 86 | | 05/18/05 | N | 0.00% | 240.0000 | | PC |

WHO ORDERED: DENNY OLIVER

PER QUOTE DTD 5/11/05

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

FOB ORIGIN UPS CONSIGNEE BILLING

FOLLOW"SHIP TO"INSTRUCTIONS & TRAFFIC DEPT. LETTER.
800 805-9433 FOR ROUTING.UPS SHIPMENTS MUST BE VIA
UPS/DELPHI CONSIGNEE AGREEMENT.800 742-5877 FOR
INQUIRIES. DO NOT SHIP PREPAID & ADD.

IF EFT AGREEMENTS AREN'T IN PLACE, DELPHI MAY DEFER
PAYMENT BY CHECK DURING ANY RECOGNIZED HOLIDAY
UNTIL THE NEXT BUSINESS DAY WITHOUT DEFAULTING OR
LOSING CASH DISCOUNTS.

PAYMENT INQUIRIES 248 874-4636
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS
DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIER. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR
IF THIS REPRESENTATION IS INCORRECT.
OVERSHIPMENTS MAY BE RETURNED AT SELLERS EXPENSE

A001867    USER MARY A MUDD

SUPPLIER                CONTINUE PAGE    2



# DELPHI

## DELPHI AUTOMOTIVE SYSTEMS

**PURCHASE ORDER**  JB855413

PAGE  2

VENDOR NUMBER 05-782-8972

DELPHI-B
8750 HAGUE RD.
INDIANAPOLIS IN
46256

US

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

INVOICE TO:
46013
US

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
************************
************************

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS
PACKAGES AND BILLS OF LADING

(2 COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND
INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL
POST.

| ORDER DATE | SHIP VIA | PHONE: 317-579-2907 |
|---|---|---|
| 05/19/05 | DELPHI E&EM CALL 800-805-9433 | |

| | ALTERNATE EFFECTIVE DATE | PURCHASING AGENT | BUYER |
|---|---|---|---|
| | | M. MUDD | 3P |

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | F.O.B. | DESTINATION UM REQUISITIONER INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET | | | | | | FOB ORIGIN UPS CONSIGNEE BILLING | | | | | | | |

2ND DAY OF 2ND MONTH

A001867  USER MARY A MUDD

SALES TAX FOR NON"DIRECT PAY" STATES ARE TO BE
BILLED TO: C/O AFFILIATED COMPUTER SYSTEMS, INC.
PO BOX 62530
PHOENIX, AZ 85082-2530
ATT: P.O. SUPPORTED SALES TAX
DIRECT PAY STATES AND SALES TAX LICENSE #'S FOLLOW:
AL-805, GA-300-45870-8, IN-10187021300011 KS 98-003A
MI-38-3431131,NJ-APPLIED FOR, WI-WDP99-01-0010037
NY-DP-3487 OH-98-002667,TX-1-38-3431131-1, MS-APPLIED
FOR. YOUR PACKING SLIP MUST MATCH P.O. U/M PRICE ETC.
ANY ONSITE WORK REQUIRES INSURANCE COVERAGE SEE
TERMS & CONDITIONS OR INSURANCE CLAUSE
******** ATTENTION SUPPLIERS ****************
YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION
CLICK ON REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST"
AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL
OUT THE FORM AND FOLLOW INSTRUCTIONS.

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S
GENERAL TERMS AND CONDITIONS ARE INCORPORATED
IN AND A PART OF, THIS CONTRACT AND EACH PURCHASE
ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING

SUPPLIER

CONTINUE PAGE  3

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**

**PURCHASE ORDER**

JB55413

VENDOR NUMBER 05-782-8972

DELPHI-B
8750 HAGUE RD.
INDIANAPOLIS IN
46256

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

US

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

INVOICE TO:
********************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
********************
46013
US

| ORDER DATE | SHIP VIA | |
| --- | --- | --- |
| 05/19/05 | DELPHI E&RM CALL 800-805-9433 | |

ALT BUYER RELEASE DATE: 3P

BUYER: M MUDD

PHONE: 317-579-2907

PURCHASING AGENT

**INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS**
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS
CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED
TO AS THIS "CONTRACT"). A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND
BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS
TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING. PLEASE IGNORE THE NOTE
BELOW ON TERMS AND CONDITIONS DATED SEPTEMBER
2004.

FOB ORIGIN UPS CONSIGNEE BILLING

A001867   USER MARY A MUDD

SUPPLIER

CONTINUE PAGE   4

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**

## PURCHASE ORDER

JES55413

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

SHIP TO:

DELPHI-B
8750 HAGUE RD.
INDIANAPOLIS IN
46256

VENDOR NUMBER 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037
US

INVOICE TO:
*****************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
***********

46013
US

| ORDER DATE | ALTERNATE ISSUE DATE | SHIP VIA | PHONE: 317-579-2907 |
|---|---|---|---|
| 05/19/05 | 3F | DELPHI E&EM CALL 800-805-9433 | |

SHIP VIA: DELPHI E&EM CALL 800-805-9433

ALTERNATE EFFECTIVE DATE

PURCHASING AGENT
M MUDD
BUYER

TERMS AND CONDITIONS ON WEBSITE SUPERCEDE ALL
OTHER PUBLISHED TERMS & CONDITIONS.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

FOB ORIGIN UPS CONSIGNEE BILLING

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | UNIT/RATE | DESCRIPTION | DESTINATION UNLESS OTHERWISE INDICATED P.O. NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NET | | 2ND DAY OF 2ND MONTH | | | | | | | | | |

A001867   USER MARY A MUDD

SUPPLIER                                CONTINUE PAGE   5

WG INC.
502 ELMWOOD AVENUE
UITE 222
DIANAPOLIS, IN 46283-8837
SA
oice:    317-783-8413
ax:    317-783-8983

**Invoice Number:**

14989

**Invoice Date:**

Jul 8, 2005

**Ship to:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 EAST 38TH STREET
ANDERSON, IN  46013

**Sold To:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DRIVE
TROY, MI  48098

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| | | 1% 10, Net 30 Days | |
| DELPHI | JES55671 | Ship Date | Due Date |
| Sales Rep ID | Shipping Method | 7/8/05 | 8/7/05 |
| VCW | UPS | | |

| Item | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 1 | 10468368-A16 BURN START HOLE AND WIRE EDM | 138.00 | 138.00 |
| 1.00 | 2 | 10468368-A18 BURN START HOLE AND WIRE EDM CONTOUR | 120.00 | 120.00 |
| 1.00 | 3 | 10468368-A27 BURN START HOLE AND WIRE EDM CONTOUR ADD MODEL STAMP TO 10482890 BRACKET | 135.00 | 135.00 |

*THANK YOU*

| | |
|---|---|
| Subtotal | 393.00 |
| Sales Tax | 0.00 |
| | 0.00 |
| **TOTAL** | 393.00 |

# PURCHASE ORDER

**JES555671**

## DELPHI AUTOMOTIVE SYSTEMS

**DELPHI**

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256

**VENDOR NUMBER 05-782-8972**

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037
US

**SHIP TO:**
DELPHI-B & C PLANT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

**INVOICE TO:**
46013
US

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
\*\*\*\*\*\*\*\* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER DATE:** 06/13/05
**SHIP VIA:** DELPHI B&M
**PHONE:** 317-579-2907

**PURCHASING AGENT**
M MUDD   3F
**BUYER**
DELPHI B&M CALL 800-805-9433

| PAYMENT TERMS | NET | 2ND DAY OF 2ND MONTH |
| --- | --- | --- |

FOB ORIGIN UPS CONSIGNEE BILLING

| LINE SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | LINE NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00001 | 1 | PR145959 001 | | 10468368-A16 BURN START HOLE AND W E D M  WHO ORDERED: JEFF BRYANT | | 06/10/05 N | 0.00% | 138.0000 | | PC |
| 00002 | 1 | PR145959 002 | | 10468368-A18 BURN START HOLE AND W E D M CONTOUR  WHO ORDERED: JEFF BRYANT | | 06/10/05 N | 0.00% | 120.0000 | | PC |
| 00003 | 1 | PR145959 003 | | 10468368-A27 BURN START HOLE AND W E D M CONTOUR  ADD MODEL STAMP TO 10482890 BRACKET  WHO ORDERED: JEFF BRYANT | | 06/10/05 N | 0.00% | 135.0000 | | PC |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

PER QUOTE DTD 5/11/05

FOLLOW"SHIP TO"INSTRUCTIONS & TRAFFIC DEPT. LETTER.
800 805-9433 FOR ROUTING.UPS SHIPMENTS MUST BE VIA
UPS/DELPHI CONSIGNEE AGREEMENT 800 742-5877 FOR
INQUIRIES. DO NOT SHIP PREPAID & ADD.

IF EFT AGREEMENTS AREN'T IN PLACE, DELPHI MAY DEFER
PAYMENT BY CHECK DURING ANY RECOGNIZED HOLIDAY
UNTIL THE NEXT BUSINESS DAY WITHOUT DEFAULTING OR

**SUPPLIER**

**CONTINUE PAGE** 2

A001883   USER MARY A MUDD

# DELPHI AUTOMOTIVE SYSTEMS

## PURCHASE ORDER

JE3S56671

PHONE: 317-579-2907

**DELPHI**
DELPHI AUTOMOTIVE SYSTEMS

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN 46256

VENDOR NUMBER 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037
US

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

INVOICE TO:
*****************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
*****************************
46013
US

| ORDER DATE | AUTHORIZED ISSUE DATE | DELPHI E&EM CALL 800-805-9433 |
| --- | --- | --- |
| | 06/13/05 | |

ALTERNATIVE EFFECTIVE DATE

| M MUDD | BUYER |
| --- | --- |
| 3F | PURCHASING AGENT |

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING.

FOB ORIGIN UPS CONSIGNEE BILLING

DESTINATION UNLESS OTHERWISE INDICATED

NET 2ND DAY OF 2ND MONTH

PAYMENT TERMS

USER MARY A MUDD

A001883

DESCRIPTION:

LOSING CASH DISCOUNTS.
PAYMENT INQUIRIES 248 874-4636
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS
DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIER. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR
IF THIS REPRESENTATION IS INCORRECT.
OVERSHIPMENTS MAY BE RETURNED AT SELLERS EXPENSE

SALES TAX FOR NON"DIRECT PAY" STATES ARE TO BE
BILLED TO: C/O AFFILIATED COMPUTER SYSTEMS, INC.
PO BOX 62530
PHOENIX, AZ 85082-2530
ATT: P.O. SUPPORTED SALES TAX

DIRECT PAY STATES AND SALES TAX LICENSE #'S FOLLOW:
AL-805, GA-300-458070-8, IN-1018702130011 KS 98-003A
MI-38-3431131,NJ-APPLIED FOR, WI-WDP99-01-0010037
NY-DP-3487 OH-98-002667,TX-1-38-3431131-1, MS-APPLIED
FOR. YOUR PACKING SLIP MUST MATCH P.O. U/M PRICE ETC.
ANY ONSITE WORK REQUIRES INSURANCE COVERAGE SEE
TERMS & CONDITIONS OR INSURANCE CLAUSE
******** ATTENTION SUPPLIERS ***************
YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION

SUPPLIER

CONTINUE PAGE   3

# DELPHI
## DELPHI AUTOMOTIVE SYSTEMS

**PURCHASE ORDER**  JE555671

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 E. 38TH ST.
ANDERSON IN
46013                          US

SHIP TO:

VENDOR NUMBER 05-782-8972

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037                     US

INVOICE TO:

46013                          US

PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE

NO INVOICES REQUIRED TO ACCTS

PHONE: 317-579-2907

ORDER DATE: 06/13/05

SHIP VIA: DELPHI E&M CALL 800-805-9433

ALTERNATE RECEIVING DATE: M MUDD
3F

BUYER: M MUDD

PURCHASING AGENT

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET | | | | | |

2ND DAY OF 2ND MONTH

| QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | | |
|---|---|---|---|---|---|
| | | | | | |

1001883   USER MARY A MUDD

F.O.B.

FOB ORIGIN UPS CONSIGNEE BILLING

CLICK ON REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE FORM AND FOLLOW INSTRUCTIONS.

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR

DESTINATION UNLESS OTHERWISE INDICATED

| RFQ NUMBER | DATE RECEIVED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|
| | | | | | |

SUPPLIER

CONTINUE PAGE   4

# DELPHI

## DELPHI AUTOMOTIVE SYSTEMS

**PURCHASE ORDER**  JE555671

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-B & C PLANT 20
8750 HAGUE RD.
INDIANAPOLIS IN
46256

SHIP TO:
DELPHI-B & C PLANT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

VENDOR NUMBER 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

US

INVOICE TO:
************************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
************ **
46013
US

PHONE: 317-579-2907

| ORDER DATE | SHIP VIA | | PURCHASING AGENT | |
| --- | --- | --- | --- | --- |
| 06/13/05 | DELPHI B&BM | | CALL 800-805-9433 | |
| ALTERATION EFFECTIVE DATE | M MUDD | BUYER | | |
| | 3P | | | |

F.O.B. ORIGIN UPS CONSIGNEE BILLING

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | INFO NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NET 2ND DAY OF 2ND MONTH | | | | | | | | | | |

A001883   USER MARY A MUDD

ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS
TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING. PLEASE IGNORE THE NOTE
BELOW ON TERMS AND CONDITIONS DATED SEPTEMBER
2004.
TERMS AND CONDITIONS ON WEBSITE SUPERCEDE ALL
OTHER PUBLISHED TERMS & CONDITIONS.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

SUPPLIER          CONTINUE PAGE  5

# INVOICE

**WWG INC.**
**5602 ELMWOOD AVENUE**
**SUITE 222**
**INDIANAPOLIS, IN  46203-0037**
**USA**
**Voice:   317-783-6413**
**Fax:      317-783-0963**

**Invoice Number:**

15061

**Invoice Date:**

Sep 2, 2005

**Sold To:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DRIVE
TROY, MI   48098

**Ship to:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 EAST 38TH STREET
ANDERSON, IN   46013

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DELPHI | JES55994 | 1% 10, Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| VCW | UPS | 9/2/05 | 10/2/05 |

| Item | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | 1 | 10496117-B32 LANCE GUIDE | 312.00 | 624.00 |
| 1.00 | 2 | 10496117-B29 LANCE PUNCH | 375.00 | 375.00 |
| 8.00 | 3 | 1989831-A DETAIL#23 INSERT | 95.00 | 760.00 |

*THANK YOU*

| | |
|---|---|
| **Subtotal** | 1,759.00 |
| **Sales Tax** | 0.00 |
| | 0.00 |
| **TOTAL** | 1,759.00 |

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256

## PURCHASE ORDER

JBS55994

PAGE 2

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C 20A CRIB PLT 20
2620 B. 38TH ST.
ANDERSON IN
46013
US

VENDOR NUMBER 05-782-8972
W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037
US

INVOICE TO:
46013

**FOR ORIGIN UPS CONSIGNEE BILLING**

*****************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
*****************************
US

ORDER DATE 08/03/05
ALTERNATIVE RATE DATE 08/03/05

BUYER: M MUDD  3F

PHONE: 317-579-2907

CALL 800-805-9433

| PAYMENT TERMS NET | LINE SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | | PER QUOTES DTD 7/26/05,7/28/05 | | | | | | | |
| | 00001 | 2 | 000182747 | GUIDTSX 10496117-B32 LANCE GUIDE SHEET 11 WHO ORDERED: 20A | DETAIL: B32 DATE: 10/27/97 | | 08/15/05 N | 0.00% | 312.0000 | | PCS |
| | 00002 | 1 | 000182758 | PUNCTPX 10496117-B29 LANCE PUNCH SHEET 11 WHO ORDERED: 20A | DETAIL: B29 DATE: 10/27/97 | | 08/15/05 N | 0.00% | 375.0000 | | PCS |
| | 00003 | 8 | 000471907 | INSRTPX 1989831-A DET 23 INSERT WHO ORDERED: 20A | DETAIL: 23 DATE: 09/15/99 | | 08/15/05 N | 0.00% | 95.0000 | | PCS |
| | | | | BLUEPRINT: 10496117 | | | | | | | |
| | | | | BLUEPRINT: 10496117 | | | | | | | |
| | | | | BLUEPRINT: 1989831-A | | | | | | | |
| | | | | FOLLOW"SHIP TO"INSTRUCTIONS & TRAFFIC DEPT. LETTER. | | | | | | | |

A001913   USER MARY A MUDD

SUPPLIER

CONTINUE PAGE   2

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**

**PURCHASE ORDER**

JB555994

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C 20A CRIB PLT 20

SHIP TO:
2620 E. 38TH ST.
ANDERSON IN
46013
US

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256
US

VENDOR NUMBER 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

INVOICE TO:

*****************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
*******      **
46013                            US
*****************************

| ORDER DATE | SHIP VIA |
|---|---|
| 08/03/05 | DELPHI E&EM CALL 800-805-9433 |

| ALLOCATION EFFECTIVE DATE | M MUDD |
| | 3F |

**PHONE: 317-579-2907**

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | AGMN NAME | DESCRIPTION | PO RPD NUMBER | DATE REQUIRED | TAX CODE /S | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |

**NET   2ND DAY OF 2ND MONTH**

FOR ORIGIN UPS CONSIGNEE BILLING

800 805-9433 FOR ROUTING.UPS SHIPMENTS MUST BE VIA
UPS/DELPHI CONSIGNEE AGREEMENT.800 742-5877 FOR
INQUIRIES. DO NOT SHIP PREPAID & ADD.

IF EFT AGREEMENTS AREN'T IN PLACE, DELPHI MAY DEFER
PAYMENT BY CHECK DURING ANY RECOGNIZED HOLIDAY
UNTIL THE NEXT BUSINESS DAY WITHOUT DEFAULTING OR
LOSING CASH DISCOUNTS.
PAYMENT INQUIRIES 248 874-4636
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS
DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIER. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR
IF THIS REPRESENTATION IS INCORRECT.
OVERSHIPMENTS MAY BE RETURNED AT SELLERS EXPENSE

SALES TAX FOR NON"DIRECT PAY" STATES ARE TO BE
BILLED TO: C/O AFFILIATED COMPUTER SYSTEMS, INC.
                     PO BOX 62530
                     PHOENIX, AZ 85082-2530
          ATT: P.O. SUPPORTED SALES TAX
DIRECT PAY STATES AND SALES TAX LICENSE #'S FOLLOW:
AL-805, GA-300-45870-8, IN-1018702130011 KS 98-003A
MI-38-3431131,NJ-APPLIED FOR, WI-WD899-01-0010037
NY-DP-3487 OH-98-002667,TX-1-38-3431131-1, MS-APPLIED

A001.913   USER MARY A MUDD

SUPPLIER

CONTINUE PAGE   3

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**

DELPHI-B
8750 HAGUE RD.
INDIANAPOLIS IN
46256

VENDOR NUMBER 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

US

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-B & C 20A CRIB PLT 20
2620 E. 38TH ST.
ANDERSON IN
46013

US

INVOICE TO:

DELPHI-B & C 20A CRIB PLT 20
46013

US

## PURCHASE ORDER

JES55994

**PHONE: 317-579-2907**

| ORDER DATE | | | |
|---|---|---|---|
| 08/03/05 | | | |
| AUTHORIZATION/REFERENCE | | SHIP VIA | BUYER |
| | | M MUDD | M MUDD |
| AUTHORIZATION/EFFECTIVE DATE | | | |
| | | 3 F | |

**DELPHI E&M CALL 800-805-9433**

***************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
***************************
***************************

FOR. YOUR PACKING SLIP MUST MATCH P.O. U/M PRICE ETC.
ANY ONSITE WORK REQUIRES INSURANCE COVERAGE SEE
TERMS & CONDITIONS OR INSURANCE CLAUSE ********
******* ATTENTION SUPPLIERS ************
YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION
CLICK ON REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST
AN IMMEDIATE CONTACT FOR YOUR BUSINESS." FILL
OUT THE FORM AND FOLLOW INSTRUCTIONS.

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S
GENERAL TERMS AND CONDITIONS ARE INCORPORATED
IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE
ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS
CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED
TO AS THIS "CONTRACT"). A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER

| F.O.B. | | | |
|---|---|---|---|
| FOB ORIGIN UPS CONSIGNEE BILLING | | | |

| ITEM SCHEDULES | PAYMENT TERMS | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | PO NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| NEXT | 2ND DAY OF 2ND MONTH | | | | | | | | | |

A001913    USER MARY A MUDD

SUPPLIER

CONTINUE PAGE    4

**NWG INC.**
5602 ELMWOOD AVENUE
SUITE 222
INDIANAPOLIS, IN 46203-6037
USA
Voice:    317-783-6413
Fax:       317-783-0983

**Invoice Number:**

15058

**Invoice Date:**

Sep 2, 2005

**Sold To:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DRIVE
TROY, MI  48098

**Ship to:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 EAST 38TH STREET
ANDERSON, IN  46013

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| | | 1% 10, Net 30 Days | |
| DELPHI | JES55975 | Ship Date | Due Date |
| Sales Rep ID | Shipping Method | 9/2/05 | 10/2/05 |
| VCW | UPS | | |

| Item | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 1 | 10477201-A69 DIE BLOCK | 390.00 | 390.00 |
| 3.00 | 2 | 10469907-A13 SHEET 5 DIE INSERT | 165.00 | 495.00 |
| 1.00 | 3 | 10496117-B42 DIE INSERT | 375.00 | 375.00 |
| 2.00 | 4 | 10496117-B41 INSERT | 230.00 | 460.00 |
| | | PARTIAL SHIPMENT | | |

**THANK YOU**

| | |
|---|---|
| Subtotal | 1,720.00 |
| Sales Tax | 0.00 |
| | 0.00 |
| **TOTAL** | 1,720.00 |

**WWG INC.**
**5602 ELMWOOD AVENUE**
**SUITE 222**
**INDIANAPOLIS, IN 46203-6037**
**USA**
**Voice:**   317-783-6413
**Fax:**   317-783-0963

**Invoice Number:**

15058-1

**Invoice Date:**

Sep 14, 2005

**Sold To:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DRIVE
TROY, MI  48098

**Ship to:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 EAST 38TH STREET
ANDERSON, IN  46013

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DELPHI | JES55975 | 1% 10, Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| VCW | UPS | 9/14/05 | 10/14/05 |

| Item | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | 5 | 10469907-A61 FORM & BLANKING INSERT | 380.00 | 1,520.00 |

***THANK YOU***

| | |
|---|---|
| **Subtotal** | 1,520.00 |
| **Sales Tax** | 0.00 |
| | 0.00 |
| **TOTAL** | 1,520.00 |

# DELPHI

## DELPHI AUTOMOTIVE SYSTEMS

**PURCHASE ORDER**

JES55975

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C 20A CRIB PLT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

VENDOR NUMBER 05-782-8972
W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037
US

INVOICE TO:
46013
US

****************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
****************************

**FOB** ORIGIN UPS CONSIGNEE BILLING

| ORDER DATE | 08/02/05 | SHIP VIA DELPHI E&EM CALL 800-805-9433 |
| --- | --- | --- |

PHONE: 317-579-2907

| | M MUDD | 3P |
| BUYER | | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

PER QUOTE DTD 7/26/05

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | PRO NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00001 | 1 | 000470051 | BLOCISX 10477201-A69 DIE BLOCK SHEET #24 WHO ORDERED: 20A | BLUEPRINT: 10477201 DETAIL: A69 DATE: 08/09/05 N 0.00% | | | | 390.0000 | | PCS |
| 00002 | 3 | 000472194 | INSETPX 10469907-A13 SHEET 5 DIE INSERT WHO ORDERED: 20A | BLUEPRINT: 10469907-A13 DETAIL: A69 DATE: 08/09/05 N 0.00% | | | | 165.0000 | | PCS |
| 00003 | 1 | 000182753 | INSETPX 10496117-B42 DIE INSERT SHEET 11 WHO ORDERED: 20A | BLUEPRINT: 10469907-A13 DETAIL: 13 DATE: 08/10/05 N 0.00% | | | | 375.0000 | | PCS |
| | | | | BLUEPRINT: 10496117 DETAIL: B42 DATE: 10/27/97 | | | | | | |

A001912   USER MARY A MUDD

NET  2ND DAY OF 2ND MONTH
PAYMENT TERMS

SUPPLIER

CONTINUE PAGE    2

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**

## PURCHASE ORDER

JBS55975

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

INVOICE AT THE ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL POST

| ORDER DATE | | ALTERATION ISSUE DATE | |
|---|---|---|---|
| 08/02/05 | | 3 F | |

| ALTERATION EFFECTIVE DATE | |
|---|---|

| SHIP VIA | |
|---|---|
| DELPHI B&BM CALL 800-805-9433 | |

| PURCHASING AGENT | |
|---|---|
| M MUDD | |

| BUYER |
|---|

**PHONE: 317-579-2907**

VENDOR NUMBER 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

US

SHIP TO:
DELPHI-B & C 20A CRIB PLT 20
2620 E. 38TH ST.
ANDERSON IN
46013
US

INVOICE TO:
46013
US

*****************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
*******  ***
*****************************

| NET TERMS PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME DESCRIPTION | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | FOB ORIGIN UPS CONSIGNEE BILLING | | | | | | |
| 00004 | 2 | 00018 2839 | INSETPX 10496117-B41 INSERT SHEET 11 WHO ORDERED: 20A | | | 08/10/05 N 0.00% | | 230.0000 | | PCS |
| | | | BLUEPRINT: 10496117 | | DETAIL: B41 DATE: 10/27/97 | | | | | |
| 00005 | 4 | 0004 71715 | INSETPX 10469907-A61 FORM + BLANKING INSERT SHEET #10 WHO ORDERED: 20A | | 08/10/05 N 0.00% | | | 380.0000 | | PCS |
| | | | BLUEPRINT: 10469907 | | DETAIL: A61 DATE: 05/28/99 | | | | | |

FOLLOW"SHIP TO"INSTRUCTIONS & TRAFFIC DEPT. LETTER.
800 805-9433 FOR ROUTING.UPS SHIPMENTS MUST BE VIA
UPS/DELPHI CONSIGNEE AGREEMENT.800 742-5877 FOR
INQUIRIES. DO NOT SHIP PREPAID & ADD.

IF EFT AGREEMENTS AREN'T IN PLACE, DELPHI MAY DEFER
PAYMENT BY CHECK DURING ANY RECOGNIZED HOLIDAY
UNTIL THE NEXT BUSINESS DAY WITHOUT DEFAULTING OR
LOSING CASH DISCOUNTS.
PAYMENT INQUIRIES 248 874-4636
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS

| SUPPLIER | CONTINUE PAGE | 3 |
|---|---|---|

A001912   USER MARY A MUDD

# DELPHI

## DELPHI AUTOMOTIVE SYSTEMS

DELPHI-B
8750 HAGUE RD.
INDIANAPOLIS IN
46256

VENDOR NUMBER 05-782-8972

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN
46203-6037

US

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-B & C 20A CRIB PLT 20
2620 E. 38TH ST.
ANDERSON IN
46013

US

INVOICE TO:
46013

US

************************
*********************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
************ **
*********************
************************

## PURCHASE ORDER

JB555975

PHONE: 317-579-2907

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. ITEM IDENTIFICATION NUMBERS(S) MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSIDE PARCEL POST.

| | | |
|---|---|---|
| F.O.B. | FRT | |
| FOB ORIGIN UPS CONSIGNEE BILLING | | DATE REQUIRED |
| ORDER DATE | | |
| 08/02/05 | | |
| SHIP VIA | | |
| DELPHI B&M CALL 800-805-9433 | | |
| TAX CODE / % | BASE UNIT PRICE | |
| ALTERNATION EFFECTIVE DATE | 3 P | |
| ALTERNATE ISSUE DATE | M MUDD | |
| | PURCHASING AGENT | |

PAYMENT TERMS
NET
NEXT
SEQUENCE

A001912    USER MARY A MUDD

2ND DAY OF 2ND MONTH

QUANTITY
ORDERED

ITEM IDENTIFICATION NUMBER

NOUN NAME

DESCRIPTION

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S
GENERAL TERMS AND CONDITIONS ARE INCORPORATED
IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE
ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS
CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED
TO AS THIS "CONTRACT"). A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND
BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS
TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT

SUPPLIER

CONTINUE PAGE   5

**Invoice Number:**

15144

**Invoice Date:**

Sep 22, 2005

**WWG INC.**
5602 ELMWOOD AVENUE
SUITE 222
INDIANAPOLIS, IN 46203-6037
USA
Voice:   317-783-6413
Fax:      317-783-0963

**Sold To:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DRIVE
TROY, MI  48098

**Ship to:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E & C PLANT 20
2620 EAST 38TH STREET
ANDERSON, IN  46013

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DELPHI | 450138563 | 1% 10, Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| VCW | UPS | 9/22/05 | 10/22/05 |

| Item | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 1 | WIRE CUT DIE BLOCK #19066612-A8 ATTENTION:DENNY OLIVER | 142.00 | 142.00 |

**THANK YOU**

| | |
|---|---|
| Subtotal | 142.00 |
| Sales Tax | 0.00 |
| | 0.00 |
| TOTAL | 142.00 |

# DELPHI

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

| PO Number | Date Issued |
|---|---|
| 450138563 | 19-Sep-2005 |

Version
20-Sep-2005 07:00:39 EST

**Deliver to:**

DELPHI E & C IGNITION-ANDERSON
2620 EAST 38TH STREET
ANDERSON IN 46013

Delivery date:  14-SEP-2005

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN  46203-6037

Vendor No:  1019230
DUNS No:  057828972

Currency  USD

Payment settled on 2nd, 2nd Month



| 00010 | PR10195382 00010 | | 1.000 | F601 DELPHI E & C  IGNITION-ANDERSON |
|---|---|---|---|---|
| 19066612-A8 WIRE EDM..OPENING IN BLK | | | | BRYANT, JEFF |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 14-SEP-2005 | 1.000 | 142.00 | 1 | EA | 142.00 |
| | | | | USD | 142.00 |

| USD | 142.00 |
|---|---|

*****************************************************************
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS
FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN
REQUEST TO THE BUYER.

Purchasing Contact: Mudd, Mary Ann

Phone:  317-579-2907

Fax:  317-579-3392

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
8750 HAGUE ROAD, BLDG 4,
INDIANAPOLIS 46256

Date and Time Printed:  20-Sep-2005 07:00:39 EST

W W G INC
5602 ELMWOOD AVE #222
INDIANAPOLIS IN 46203-6037

PO Number
450138563
Version
20-Sep-2005  07:00:39  EST

Date Issued
19-Sep-2005

*************************************************************************************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*************************************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.


*************************************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*************************************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*************************************************************************************
Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
*************************************************************************************
*************************************************************************************

**********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**********************
*************************************************************************************
If this is your first purchase order with Delphi under this DUNS number or your remittance information has changed, you need to establish a payment link with the following:

Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Fax 602-797-6513
Attention: The UNA Work Group
Disbursements Supplier Relations Phone Number: (248) 874-4636

Energy & Chassis Systems

# DELPHI _____

Page  3  of  4

| | |
|---|---|
| W W G INC<br>5602 ELMWOOD AVE #222<br>INDIANAPOLIS IN 46203-6037 | PO Number                    Date Issued<br>450138563                   19-Sep-2005<br>Version<br>20-Sep-2005  07:00:39  EST |

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNS number.

To request EFT Agreement forms go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header, then click "supplier community portal" & then click on "supplier standards" on supplier page.

You can now view payment status on-line using E-DACOR. You may go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header & "information about payment visibility (e-DACOR-payment status)" on supplier page to find out how to get yourself set up.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. Do, however, send a month end statement of unpaid items and/or additional charges, i.e., freight, tax, setup, etc. to Delphi Automotive Systems Disbursements, P. O. Box 1550, Flint, MI 48501-1550. This is an invoice less system, which generates payment, based on receipt.

If P.O. is in error, please advise the buyer listed below before shipping.
****************************************************************************
****************************************************************************

PAYMENT ISSUES and QUESTIONS REGARDING SHIPPED MATERIAL SHOULD BE DIRECTED to DISBURSEMENT SERVICES at (248)-874-4636.

****************************************************************************
****************************************************************************

Do not bill sales or use tax on items delivered to locations within the states listed below. Delphi Automotive Systems, LLC (" DELPHI ") holds direct pay authority with these states. As a result, in all of the identified states DELPHI will remit directly to taxing authorities, all sales or use tax liability related to its purchase and use of tangible personal property and services. Therefore, effective immediately, this tax clause supersedes all tax code information found on this order except for those states not identified below. For those states not identified below, please continue to follow the specific tax code instructions found on this order. Listed below are Direct Pay Permit or Sales Tax License numbers for the eleven (11) states, or DELPHI locations within a state, where DELPHI holds direct pay authority.

Alabama ------------------805
New Jersey ---------------383-431-131/000
Georgia ------------------300-45870-8
New York -----------------DP-3487
Indiana ------------------1018702130011
Ohio ---------------------98-0002667
Kansas -------------------98-0003a
Texas --------------------1-38-3431131-1
Michigan -----------------38-3431131
Wisconsin ----------------WDP-99-01-010037
Mississippi --------------4375

If this order relates to a construction contract for real property, all applicable sales and use taxes are the responsibility of the contractor, and should be included in the contractor's bid as required pursuant to Section 7 of the DELPHI 1638 (8/00 Rev A), "Construction General Conditions", unless the responsibility for payment of sales & use taxes are otherwise specifically outlined in the contract.

Questions should be directed to:  Delphi Disbursement - Customer Service Phone: (248) 874-4636