

## Computer Staff

In-Parallel Computer Staff Ltd.,
3 Church Street,
Tewkesbury,
Glos GL20 5PA

Tel: (01684) 291133
Fax: (01684) 291144

Email: admin@inparalleluk.com
Website: www.inparalleluk.com

Honorable Robert D Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York
New York 10004
USA

3rd April 2007

**Ref:   DELPHI CORPORATION CHAPTER 11 ELEVENTH OMNIBUS OBJECTION. REGARDING IN-PARALLEL COMPUTER STAFF LTD. CLAIM NO. 1606**

Dear Sirs,

We currently have a claim against Delphi no.1606, which you are raising an objection on under the heading "claims subject to modification".

We have already sent, but include again, documentary evidence of the validity of our claim which was raised in pounds sterling (£2,869.35). Our claim was originally objected to because it was denominated in a foreign currency and subsequently modified by Skadden/Delphi to represent $5,293.31, which we believed was an accepted situation by all parties.

Given that the figure of $5,293.31 was presented to us by the above, we do not understand why you are objecting to the amount. Please can you advise us why this amount has been modified and reduced to $5,050.63.

We reiterate our position as having a valid claim which is substantiated by the documentation that we enclose.

Yours sincerely,

Simon Peach
Director

Encls:  Invoice No. 5794 and signed timesheets, P/O 450073785

# DELPHI

Delphi Electronics and Safety

Page 1 of 3

RECEIVED 03 NOV 2005

| Buyer: | Purchase Order | |
|---|---|---|
| DELPHI<br>DELCO ELECTRONICS OVERSEAS CORP<br>MOORGATE ROAD<br>KIRKBY<br>Liverpool<br>Merseyside<br>L33 7XL | PO Number<br>450073785<br>Version<br>02-Nov-2005 03:41:22 | Date Issued<br>28-Sep-2004 |

**Deliver to:**
DELPHI D LIVERPOOL
Moorgate Road
LIVERPOOL
Merseyside
L33 7XL

Delivery date:  14-OCT-2004

N-PARALLEL COMPUTER STAFF LTD
3 CHURCH ST
TEWKESBURY  GLOUCESTERSHI
GB
GL20 5PA

Vendor No:  1015718
DUNS No:   494273204

**Payment Terms:** ZMN2           **Currency:** GBP
Payment settled on 2nd, 2nd Month

**Incoterms:** EXW

Buyer Tax id: GB616003976
Seller Tax id:

**Invoice to:**
Delphi Delco Electronics Systems
Administrative Service Center
PO Box 75, Delphi House
Windmill Road
LUTON
LU1 3YU
GREAT BRITAIN

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00010 | REF LE103732-HIRE OF TREVOR CASLELNO | 1.000 | U001 DELPHI D LIVERPOOL |

HIRE OF CONTRACTOR TREVOR CASLELNO FOR A 12 MONTH PERIOD
TO COMMENCE 14.10.04 UPTO AND INCLUDING 31.12.05

WITH 1 MONTH TERMINATION CLAUSE
NO ADDITIONAL CHARGE IF KEPT PERM AFTER 12 MONTH PERIOD

RATE OF £33 PER HOUR WILL REMAIN FIXED FOR A 2 YEAR PERIOD

****************************************************************
SITE, SAFETY & ENVIRONMENTAL AGREEMENT FOR CONTRACTORS REF LVP.1100.29A
Please ensure compliance with the above procedure. Details as per LVP FOR 1100.29A. If you require a further copy of this document, please contact the buyer named on the Purchase Order.
****************************************************************

ADDITIONAL FUNDS ADDED TO ORDER AND ORDER EXTENDED UPTO 31.12.2005 REF APO 12201 A SMITH 02.11.05

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 14-OCT-2004 | 1.000 | 77,560.50 | 1 | PU | 77,560.50 |

Purchasing Contact: McGunigle, Annette
Phone: 441515493206
Fax:    441515493422

AM McGUNIGLE
02 NOV 2005
PURCHASING DEPT

Contact Address:
DELPHI ELECTRONICS & SAFETY
MOORGATE ROAD KIRKBY,
LIVERPOOL
L33 7XL

Date and Time Printed: 02-NOV-2005 03:41:22
Moorgate Road, Kirkby, Liverpool L33 7XL, United Kingdom Tel: +44 (0)151 546 2720

# DELPHI

Delphi Electronics and Safety

Page 2 of 3

IN-PARALLEL COMPUTER STAFF LTD
3 CHURCH ST
TEWKESBURY GLOUCESTERSHI
GB
GL20 5PA

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450073785 | 28-Sep-2004 |
| Version | |
| 02-Nov-2005 03:41:22 | |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester | | |
|---|---|---|---|---|---|
| | Net Line Item Value | | | GBP | 77,560.50 |
| | | 1.000 | U001 DELPHI D LIVERPOOL | | |
| 00020 | REF LE103732-MISC. EXPENSES | | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit UOM | Value |
| | 14-OCT-2004 | 1.000 | 2,000.00 | 1 PU | 2,000.00 |
| | | | | GBP | 2,000.00 |
| | Net Line Item Value | | | | |

**Total net value**  GBP  79,560.50

**Notes:**
*********************************************************
It is a condition of purchase that all advice notes/invoices show the correct ORDER NO. and our ITEM NO. quoted on this order. THIS MUST BE ADHERED TO.

HAZARDOUS MATERIALS Restricted, toxic, and hazardous materials - Suppliers are required to comply with the current governmental and safety constraints on restricted, toxic and hazardous materials: as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the saleable product and the manufacturing processes. Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the Delphi Buyer.

PLEASE NOTE;
Where a verbal/advanced order number has been previously advised, it is superseded by the nine digit order number displayed on the top of this order which is issued from our SAP Purchasing System.

CONFIRMATION ORDER where applicable.
*********************************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

*********************************************************
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
*********************************************************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*********************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities,



Delphi Electronics and Safety

Page 3 of 3

IN-PARALLEL COMPUTER STAFF LTD
3 CHURCH ST
TEWKESBURY GLOUCESTERSHI
GB
GL20 5PA

**Purchase Order**

PO Number
450073785

Version
02-Nov-2005 03:41:22

Date Issued
28-Sep-2004

**Item No.  Material No/Item Identifier No  Total Order Quantity  Plant  Requester**
**Description**

**Notes Continued:**
please contact the appropriate Delphi's Buyer.

*********************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*********************************************************
Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
*********************************************************

# CONSULTANTS TIME SHEET

**In-Parallel Computer Staff Ltd.,**
3 Church Street,
Tewkesbury,
Glos GL20 5PA
Tel: (01684) 291133
Fax: (01684) 291144
Email: inparallel@peachs.demon.co.uk

Consultants Name (please print): **TREVOR CASTELINO**

Week commencing Monday: **12.09.05.**

| Day | Arrival | Departure | Less Breaks | Total |
|---|---|---|---|---|
| Monday | 07.00 | 16.30 | 0.30 | 9.0 |
| Tuesday | 07.00 | 16.30 | 0.30 | 9.0 |
| Wednesday | 07.00 | 16.30 | 0.30 | 9.0 |
| Thursday | 07.00 | 16.30 | 0.30 | 9.0 |
| Friday | 07.00 | 11.00 | | 4.0 |
| Saturday | | | | |
| Sunday | | | | |
| | | | **Total Hours Worked** | **37.0** |

Consultants Signature: TSJ Castelino

## CLIENT DECLARATION
The above times stated are an accurate record of hours worked by the Consultant and you are hereby authorised to invoice my company at the agreed rate.

Signature: _____    Company: DELPH EBS
Position: New Programmes Manager    Date: 23.09.05.

Note:
White – In-Parallel Computer Staff Ltd   Blue – In-Parallel Computer Staff Ltd   Pink – Client Copy   Yellow – Contractor Copy

---

# CONSULTANTS TIME SHEET

**In-Parallel Computer Staff**
3 Church Street,
Tewkesbury,
Glos GL20 5PA
Tel: (01684) 291133
Fax: (01684) 291144
Email: inparallel@peachs.demon

Consultants Name (please print): **TREVOR CASTELINO**

Week commencing Monday: **19.09.05.**

| Day | Arrival | Departure | Less Breaks | Total |
|---|---|---|---|---|
| Monday | 07.00 | 16.30 | 0.30 | 9.0 |
| Tuesday | 07.00 | 17.30 | 0.30 | 10.0 |
| Wednesday | 07.00 | 16.30 | 0.30 | 9.0 |
| Thursday | 07.00 | 17.00 | 0.30 | 9.5 |
| Friday | 07.00 | 10.00 | | 3.0 |
| Saturday | | | | |
| Sunday | | | | |
| | | | **Total Hours Worked** | **37.** |

Consultants Signature: TSJ Castelino

## CLIENT DECLARATION
The above times stated are an accurate record of hours worked by the Consultant and you are hereby authorised to invoice my company at the agreed rate.

Signature: _____    Company: DELPH EBS
Position: New Programmes Manager    Date: 23.09.05.

Note:
White – In-Parallel Computer Staff Ltd   Blue – In-Parallel Computer Staff Ltd   Pink – Client Copy   Yellow – Contra...