BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
                                         :
    In re                        :    Chapter 11
                                         :
DELPHI CORPORATION et al.,               :    Case No. 05-44481 (RDD)
                                         :
    Debtors.                     :    (Jointly Administered)
---------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify as follows:

1.    On April 19, 2007, I served the Motion for Admission to Practice, pro hac vice, of Jason D. Woodard (the "Motion"), by transmitting a copy by means of electronic mail, where an e-mail address was provided, and by overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the "Master Service List" dated April 5, 2007, and causing same to be placed into an official depository of Federal Express located within the State of Alabama.

2.    I further served the Motion by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated April 5, 2007.

    Dated: April 19, 2007
    Birmingham, Alabama

1562572

BURR & FORMAN LLP

By: /s/ Michael Leo Hall
    Michael Leo Hall (pro hac vice)
    D. Christopher Carson (pro hac vice)
    Jason D. Woodard (pro hac vice pending)
    Jennifer A. Harris (pro hac vice)

420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION