ORRICK, HERRINGTON & SUTCLIFFE LLP
The Washington Harbour
3050 K Street, N.W.
Washington, DC 20007
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Jonathan P. Guy (Bar No. JG 2634)
Richard H. Wyron (Admitted in DC)
*Counsel to Westwood Associates, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Matthew W. Cheney of Orrick, Herrington & Sutcliffe LLP ("Orrick"), hereby withdraws his appearance as counsel to Westwood Associates, Inc. in the above-referenced bankruptcy proceedings.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal of appearance applies only to the undersigned attorney and that Jonathan Guy and Richard H. Wyron and Orrick continue to represent Westwood Associates, Inc. in the above-referenced cases.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: April 20, 2007    By: /s/ Matthew W. Cheney
Matthew W. Cheney
The Washington Harbour
3050 K Street, N.W.
Washington, DC 20007
Telephone: (202) 339-8400
Facsimile: (202) 339-8500