## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _20_ day of April, 2007, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be served via ECF notice to registered parties and via first class mail, postage prepaid, on the parties as follows:

    John William Butler, Jr., Esquire
    John K. Lyons, Esquire
    Ron E. Meisler, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive, Suite 2100
    Chicago, IL  60606
    *Counsel to the Debtors*

    Kayalyn A. Marafioti, Esquire
    Thomas J. Matz, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036
    *Counsel to the Debtors*

    Alicia M. Leonhard, Esquire
    Office of the United States Trustee
    33 Whitehall Street, Suite 2100
    New York, NY  10004

                        _/s/ Rachael M. B._____
                        Rachael M. Barainca
                        Orrick, Herrington & Sutcliffe LLP