```
                                                              1
 1

 2   UNITED STATES BANKRUPTCY COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   Case No. 05-44481

 5   - - - - - - - - - - - - - - - - - - - - - -x

 6   In the Matter of:

 7

 8   DELPHI CORPORATION, ET AL.,

 9

10            Debtor.

11

12   - - - - - - - - - - - - - - - - - - - - - -x

13

14             U.S. Bankruptcy Court

15             One Bowling Green

16             New York, New York

17

18             April 13, 2007

19             10:06 a.m.

20

21   B E F O R E:

22   HON. ROBERT D. DRAIN

23   U.S. BANKRUPTCY JUDGE

24

25
```

2

1  NOTICE of Adjournment of Hearing Notice Of Adjournment Of
2  Claims Objection Hearing With Respect To Debtors' Objection To
3  Proof Of Claim No. 12163 (Eva Orlik)
4
5  NOTICE of Presentment Notice Of Presentment Of Joint
6  Stipulation And Agreed Order (I) Compromising And Capping Proof
7  Of Claim Number 15452 And (II) Withdrawal Without Prejudice Of
8  Proofs Of Claim Nos. 15449, 15450, 15451, And 15453 (General
9  Electric Capital Corp.)
10
11 NOTICE of Presentment Notice Of Presentment Of Joint
12 Stipulation And Agreed Order Disallowing And Expunging Proof Of
13 Claim Number 16271 (Brenda Lawrence)
14
15 NOTICE of Presentment Notice Of Presentment Of Joint
16 Stipulation And Agreed Order Compromising And Allowing No. 7907
17 (Yilmaz Sahinkaya Structural Mechanics Analysis Inc.)
18
19 NOTICE of Presentment Notice Of Presentment Of Joint
20 Stipulation And Agreed Order Compromising And Allowing Proof Of
21 Claim Number 6379 (Superior Design Co., Inc.)
22
23 NOTICE of Presentment Notice Of Presentment Of Joint
24 Stipulation And Agreed Order Compromising And Allowing Proof Of
25 Claim Number 11812 (Russell Reynolds Associates, Inc.)

```
 1   NOTICE of Presentment Notice Of Presentment Of Joint

 2   Stipulation And Agreed Order To Withdrawal Without Prejudice Of

 3   Proofs Of Claim 13481, 13482, 13483, 13484, 13485, 13489, And

 4   13490 (ICX Corporation)

 5

 6   NOTICE of Presentment Notice Of Presentment Of Joint

 7   Stipulation And Agreed Order Disallowing And Expunging Proof Of

 8   Claim Number 2276 (Georgia Department Of Revenue)

 9

10   NOTICE of Presentment Notice Of Presentment Of Joint

11   Stipulation And Agreed Order Disallowing And Expunging Claim

12   Number 11881 (Board Of Education Of The South-Western City

13   School District)

14

15   NOTICE of Presentment Notice Of Presentment Of Joint

16   Stipulation And Agreed Order Resolving Debtors? Third Omnibus

17   Objection To Claims As To Robert Bosch Corporation

18

19   NOTICE of Presentment Notice Of Presentment Of Joint

20   Stipulation And Agreed Order Disallowing And Expunging Proof Of

21   Claim Number 14671 (Sierra Liquidity Fund LLC As Assignee Of

22   Deliverus Network Inc.)

23

24

25
```

4

1  NOTICE of Presentment Notice Of Presentment Of Joint
2  Stipulation And Agreed Order Compromising And Allowing Proof Of
3  Claim Number 14254 (Sonic Tech Incorporated)
4
5  NOTICE of Presentment Notice Of Presentment Of Joint
6  Stipulation And Agreed Order Compromising And Allowing Proof Of
7  Claim Number 12935 (Textron Financial)
8
9  NOTICE of Presentment Notice Of Presentment Of Joint
10 Stipulation And Agreed Order Compromising And Allowing Proof Of
11 Claim Number 9958 (Rasselstein GmbH)
12
13
14
15
16
17
18
19
20
21
22
23
24 Transcribed By:   Esther Accardi
25

```
                                                              5
 1   A P P E A R A N C E S :

 2   SKADDEN ARPS SLATE MEAGHER & FLOM LLP

 3          Attorneys for Debtor

 4          Four Times Square

 5          New York, New York 10036

 6

 7   BY:    JOHN K. LYONS, ESQ.

 8          THOMAS J. MATZ, ESQ.

 9          LISA DIAZ, ESQ.

10

11   TOGUT SEGAL & SEGAL, LLP

12          Attorneys for Debtor

13          One Penn Plaza

14          New York, New York 10110

15

16   BY:    TALLY M. WIENER, ESQ.

17

18   DUANE MORRIS

19          Attorneys for Bosch

20          744 Broad Street

21          Newark, New Jersey 07102

22

23   BY:    JOSEPH H. LEMKIN, ESQ.

24

25
```

```
                                                              6
 1
 2    LATHAM & WATKINS, LLP
 3         885 Third Avenue
 4         New York, New York 10022
 5
 6    BY:   JUDE GORMAN, ESQ.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                        P R O C E E D I N G S

2            THE COURT: Please be seated. Okay. Delphi
3   Corporation.
4            MR. LYONS: Good morning, Your Honor. John Lyons on
5   behalf of the debtors. And here with me in court today we have
6   Mr. Dean Unrou, the Delphi claims administrator, Tom Matz and
7   Lisa Diaz from Skadden and Tally Wiener at Togut Segal who has
8   been co-counsel to us representing the debtors and certainly
9   has been an integral part of the claims administration process.
10           Your Honor, first of all with your permission, I
11  would just like to turn to the agenda, there are no contested
12  matters so hopefully this hearing will go rather smoothly and
13  expeditiously.
14           THE COURT: Okay. Let's just go through the agenda,
15  that's fine.
16           MR. LYONS: Okay. First, Your Honor, we have item
17  number 1, the claim of Ms. Eva Orlik, that's claim number
18  12163. By agreement of the parties we've adjourned that to
19  April 27th. Your Honor, that one may well go forward on a
20  contested basis, mediation was unsuccessful and it looks like
21  that may go forward with an evidentiary contested basis on the
22  27th.
23           THE COURT: Okay. Are there any contemplated changes
24  from the general procedures that I approved for trial
25  procedures on contested claims in connection with this one.

1          MR. LYONS: Your Honor, I'd have to defer to my
2    partner, Mr. Hogan, but I don't believe so. I believe that the
3    parties worked out any issues.
4          THE COURT: All right.
5          MR. LYONS: So there should not be any discovery
6    disputes. But, again, I'll have to confirm that with Mr.
7    Hogan.
8          THE COURT: Okay.
9          MR. LYONS: Item number 2 on the agenda, and now Your
10   Honor, I'm going to get to the settled stipulations. All of
11   these settlements have been done in accordance with the Court's
12   settlement procedures order that Your Honor entered last year.
13         THE COURT: Okay.
14         MR. LYONS: And we have of the thirteen new
15   settlements where we will have stipulations and also signed
16   releases from the claimants. First, Your Honor, item number 2
17   on the agenda is the claim of Rasselstein GmbH, and that
18   relates to Rasselstein's claim number 9958. The claimant
19   asserted a claim for a 152,461.57 dollars against Delphi
20   Corporation and we've agreed that that's the right number. So
21   we propose to have that amount be an allowed general unsecured
22   claim against Delphi in accordance to the terms of the
23   stipulation, which we'll hand up after the hearing.
24         THE COURT: Okay.
25         MR. LYONS: Item number 3 is a claim that relates to

1   the claims filed by Robert Bosch Corporation.  And this really
2   is  more of a procedural stipulation.  First of all, Robert
3   Bosch filed claim number 13620, which was filed as a secured
4   claim.  By agreement of parties we will reclassify it as an
5   unsecured claim and that claim will also be subject to the
6   claims procedures.  And then pursuant to the terms of the
7   stipulation Bosch asserted a claim, claim number 16467 which I
8   believe related to patent infringement.  They believe that that
9   claim may be assertible against more than one debtor entity.
10  Rather than file twenty-seven more duplicate claims, we've
11  agreed in the stipulation that we will have, for administrative
12  purposes, one claim against DAS LLC.  That claim will be
13  assertible against the other entities.  And again, probably the
14  mechanic of that, they just give us notice of that.  But it
15  will be assertible against the others.
16          THE COURT:  Okay.  And that one has not been objected
17  to yet, the patent claim?
18          MR. LYONS:  That one, I believe -- I'm not sure if
19  we've actually filed -- I believe we have, I think that is
20  subject to the procedures but I'll have to confirm.
21          THE COURT:  Okay.  So the stipulation doesn't change
22  any of those objections or potential objections?
23          MR. LYONS:  Right.  It's an administrative
24  stipulation just to eliminate twenty-seven other duplicative
25  claims.

1          THE COURT:  Okay.

2          MR. LYONS:  All parties' right defenses are fully

3   reserved.

4          THE COURT:  Okay.

5          MR. LYONS:  Item number 4 on the agenda is the claim

6   of ICX, this relates to claim numbers 13481, 13482, 13483,

7   13484, 13485, 1389 and 13490.  ICX filed a claim -- seven

8   claims totally twenty-seven million dollars -- well actually

9   closer to twenty-eight million dollars against either DAS LLC

10  or Delphi Corporation.  The claims are protective in nature

11  seeking damages in case the contracts are rejected.  So they've

12  agreed to withdraw all these claims with prejudice and again if

13  something were to happen in the future where they would have a

14  rejection claim under the bar date order they would have the

15  ability to do so.

16         THE COURT:  Okay.

17         MR. LYONS:  Next, Your Honor, Superior Design, that's

18  item number 5 on the agenda.  The claimant asserted a claim for

19  44,000 dollars and change, this relates to claim number 6379.

20  The debtors have agreed to settle the claim in that amount

21  against DAS LLC.  Item number 6 is the claim of Textron

22  Financial Corporation, this relates to claim number 12935.

23  This is a matter which Togut has handled.  Claimant asserted a

24  claim for 288,000 dollars and change and the parties have

25  agreed that this claim should be disallowed and expunged in its

05-44481-rdd   Doc 7763   Filed 04/19/07   Entered 04/20/07 14:54:01   Main Document
Pg 11 of 19

11

1   entirety.

2           THE COURT:  Okay.

3           MR. LYONS:  Item number 7 on the agenda is the claim

4   filed by Yilmaz Sahinkaya Structural Mechanics Analysis Inc,

5   this relates to claim number 7907.  The claimant asserted a

6   claim for 42,000 dollars and the parties have agreed to settle

7   it for 15,000.

8           THE COURT:  I'm sorry, fifteen?

9           MR. LYONS:  Fifteen thousand, that's fifteen

10  thousand.  And we're still working out -- this actually we need

11  to complete the documentation so we'll submit that sometime

12  after this hearing.

13          THE COURT:  Okay.

14          MR. LYONS:  Item number 8 is the claimant Sierra

15  Liquidity who is an assignee of the original creditor

16  Deliverus.  The claimant asserted a claim for 22,290 dollars

17  and the parties have agreed that this should be expunged in its

18  entirety and be disallowed.  Item number 9 is the claim filed

19  by Georgia Department of Revenue, claim number 2276.  The

20  claimant asserted a claim for 8,600 dollars and the parties

21  have agreed this should be disallowed and expunged in its

22  entirety.  Item number 10 on the agenda, the claim of Sonic

23  Tech, relates to claim 14254.  The claimant asserted a claim

24  for 3,789.04 dollars against Delphi Medical Systems Colorado

25  Corporation and we agreed to allow the claim in that amount in

VERITEXT
212-267-6868                                        516-608-2400

1   favor of the claimant.  Item number 11 on the agenda is the
2   claim related to Russell Reynolds, claim number 11812.  The
3   claimant asserted a claim in the amount of 77,000 dollars in
4   change against Delphi Corporation and Delphi has agreed to
5   settle and allow the claim in that amount.
6             THE COURT:  Okay.
7             MR. LYONS:  Item number 12, Board of Education of
8   South-Western City School District, relates to claim number
9   11881.  Claimant asserted a claim for 164,000 dollars and
10  change and the parties have agreed that it should be disallowed
11  and expunged in its entirety.
12            Item number 13 is the claim of Brenda Lawrence, claim
13  number 16271.  This claimant asserted a claim in an
14  undetermined amount and the parties have agreed that the claim
15  should be disallowed and expunged in its entirety.
16            And finally, Your Honor, item number 14 on the agenda
17  relates to claims filed by GE Capital, claim numbers 15449,
18  15450, 15451, 15452, 15453.  The claimant asserted claims
19  totaling eleven and a half million dollars and change against
20  either DAS LLC, Delphi Corp. or Delphi Integrated Service
21  Solutions.  The claim is for the most part protective in
22  nature.  So what we've agreed to here is in essence cap the
23  claim.  We've agreed to a cap but the claim shall not exceed
24  651,626.18 dollars.  Claim number 15452 is not allowed and
25  remains subject to further objection by the debtor on any

1  grounds except that it's against the incorrect debtor.  And GE
2  Capital --
3           THE COURT:  Which debtor is it going to be against?
4           MR. LYONS:  It's going to be against DAS LLC.
5           THE COURT:  Okay.
6           MR. LYONS:  Actually, let me correct myself.  The
7  claim is going to remain against one of the debtors and I'm not
8  sure which one.  Okay.  It's going to be allowed against any of
9  the three debtors, DAS LLC, Delphi Corp. or as I have in my
10 outline disk, Delphi Integrated Service Solutions.
11          THE COURT:  Okay.
12          MR. LYONS:  So all but one of those estates.
13          THE COURT:  But it will be only against one.
14          MR. LYONS:  It will be only against one, correct.
15          THE COURT:  Okay.
16          MR. LYONS:  And then GE Capital is going to withdraw
17 the four remaining proof of claims, 15449, 15450, 15451 and
18 15453.  So that would resolve at least -- partially resolve the
19 claims of GE Capital, some of which remain subject to further
20 objections.
21          So Your Honor, that's all I have on the agenda.  So
22 we will be submitting those after the hearing, twelve of the
23 settlement agreements and stipulations and then the thirteenth
24 will follow shortly.  We usually give you the summary at the
25 odd number of claims hearings and we will do so.  But just a

1  quick update.  We had about a thousand claims so far that have

2  been kicked into these procedures pursuant to the terms of the

3  procedures order.  And we've resolved five hundred.  So we're

4  doing pretty well, we think we're staying ahead of the curve.

5  We appreciate the Court's time and attention.  I wish we were

6  able to use more of your court's time but we've been successful

7  in settling these so I think settlement is always in the

8  parties' best interest to have a consensual resolution.

9              THE COURT:  Okay, that's fine.  And then I guess I'll

10 see some of you on next Friday, right?

11             MR. LYONS:  Yes.

12             THE COURT:  Okay.

13             MR. LYONS:  Thank you, Your Honor.

14             THE COURT:  Thank you.

15        (Proceeding concluded at 10:16 a.m.)

16

17

18

19

20

21

22

23

24

25

15

# CERTIFICATION

1
2
3   I, Esther Accardi, court approved transcriber, certify that the
4   foregoing is a correct transcript from the official electronic
5   sound recording of the proceedings in the above-entitled
6   matter.
7
8   _____ April 17, 2007_____
9   Signature of Transcriber                Date
10
11  Esther Accardi_____
12  typed or printed name

## A

**ability** 10:15
**able** 14:6
**above-entitled** 15:5
**Accardi** 4:24 15:3 15:11
**adjourned** 7:18
**Adjournment** 2:1,1
**administration** 7:9
**administrative** 9:11 9:23
**administrator** 7:6
**agenda** 7:11,14 8:9 8:17 10:5,18 11:3 11:22 12:1,16 13:21
**agreed** 2:6,12,16,20 2:24 3:2,7,11,16 3:20 4:2,6,10 8:20 9:11 10:12,20,25 11:6,17,21,25 12:4 12:10,14,22,23
**agreement** 7:18 9:4
**agreements** 13:23
**ahead** 14:4
**AL** 1:8
**allow** 11:25 12:5
**allowed** 8:21 12:24 13:8
**Allowing** 2:16,20,24 4:2,6,10
**amount** 8:21 10:20 11:25 12:3,5,14
**Analysis** 2:17 11:4
**appreciate** 14:5
**approved** 7:24 15:3
**April** 1:18 7:19 15:8
**ARPS** 5:2
**asserted** 8:19 9:7 10:18,23 11:5,16 11:20,23 12:3,9,13 12:18
**assertible** 9:9,13,15
**assignee** 3:21 11:15
**Associates** 2:25
**attention** 14:5

**Attorneys** 5:3,12,19
**Avenue** 6:3
**a.m** 1:19 14:15

## B

**B** 1:21
**Bankruptcy** 1:2,14 1:23
**bar** 10:14
**basis** 7:20,21
**behalf** 7:5
**believe** 8:2,2 9:8,8 9:18,19
**best** 14:8
**Board** 3:12 12:7
**Bosch** 3:17 5:19 9:1 9:3,7
**Bowling** 1:15
**Brenda** 2:13 12:12
**Broad** 5:20

## C

**C** 5:1 7:1 15:1,1
**cap** 12:22,23
**Capital** 2:9 12:17 13:2,16,19
**Capping** 2:6
**case** 1:4 10:11
**certainly** 7:8
**certify** 15:3
**change** 9:21 10:19 10:24 12:4,10,19
**changes** 7:23
**City** 3:12 12:8
**claim** 2:3,7,8,13,21 2:25 3:3,8,11,21 4:3,7,11 7:17,17 8:17,18,19,22,25 9:3,4,5,5,7,7,9,12 9:12,17 10:5,6,7 10:14,18,19,20,21 10:22,24,25 11:3,5 11:6,16,18,19,20 11:22,23,23,25 12:2,2,3,5,8,9,12 12:12,13,14,17,21 12:23,23,24 13:7

**claimant** 8:18 10:18 10:23 11:5,14,16 11:20,23 12:1,3,9 12:13,18
**claimants** 8:16
**claims** 2:2 3:17 7:6,9 7:25 9:1,6,10,25 10:8,10,12 12:17 12:18 13:17,19,25 14:1
**closer** 10:9
**Colorado** 11:24
**complete** 11:11
**Compromising** 2:6 2:16,20,24 4:2,6 4:10
**concluded** 14:15
**confirm** 8:6 9:20
**connection** 7:25
**consensual** 14:8
**contemplated** 7:23
**contested** 7:11,20,21 7:25
**contracts** 10:11
**Corp** 2:9 12:20 13:9
**Corporation** 1:8 3:4 3:17 7:3 8:20 9:1 10:10,22 11:25 12:4
**correct** 13:6,14 15:4
**court** 1:2,14 7:2,5,14 7:23 8:4,8,13,24 9:16,21 10:1,4,16 11:2,8,13 12:6 13:3,5,11,13,15 14:9,12,14 15:3
**court's** 8:11 14:5,6
**co-counsel** 7:8
**creditor** 11:15
**curve** 14:4

## D

**D** 1:22 7:1
**damages** 10:11
**DAS** 9:12 10:9,21 12:20 13:4,9

**date** 10:14 15:9
**Dean** 7:6
**debtor** 1:10 5:3,12 9:9 12:25 13:1,3
**debtors** 2:2 3:16 7:5 7:8 10:20 13:7,9
**defenses** 10:2
**defer** 8:1
**Deliverus** 3:22 11:16
**Delphi** 1:8 7:2,6 8:19,22 10:10 11:24 12:4,4,20,20 13:9,10
**Department** 3:8 11:19
**Design** 2:21 10:17
**Diaz** 5:9 7:7
**disallowed** 10:25 11:18,21 12:10,15
**Disallowing** 2:12 3:7 3:11,20
**discovery** 8:5
**disk** 13:10
**disputes** 8:6
**District** 1:3 3:13 12:8
**documentation** 11:11
**doing** 14:4
**dollars** 8:19 10:8,9 10:19,24 11:6,16 11:20,24 12:3,9,19 12:24
**DRAIN** 1:22
**DUANE** 5:18
**duplicate** 9:10
**duplicative** 9:24

## E

**E** 1:21,21 5:1,1 7:1,1 15:1
**Education** 3:12 12:7
**either** 10:9 12:20
**Electric** 2:9
**electronic** 15:4

**eleven** 12:19
**eliminate** 9:24
**entered** 8:12
**entirety** 11:1,18,22
   12:11,15
**entities** 9:13
**entity** 9:9
**ESQ** 5:7,8,9,16,23
   6:6
**essence** 12:22
**estates** 13:12
**Esther** 4:24 15:3,11
**ET** 1:8
**Eva** 2:3 7:17
**evidentiary** 7:21
**exceed** 12:23
**expeditiously** 7:13
**expunged** 10:25
   11:17,21 12:11,15
**Expunging** 2:12 3:7
   3:11,20

**F**

**F** 1:21 15:1
**far** 14:1
**favor** 12:1
**fifteen** 11:8,9,9
**file** 9:10
**filed** 9:1,3,3,19 10:7
   11:4,18 12:17
**finally** 12:16
**Financial** 4:7 10:22
**fine** 7:15 14:9
**first** 7:10,16 8:16
   9:2
**five** 14:3
**FLOM** 5:2
**follow** 13:24
**foregoing** 15:4
**forward** 7:19,21
**four** 5:4 13:17
**Friday** 14:10
**fully** 10:2
**Fund** 3:21
**further** 12:25 13:19
**future** 10:13

**G**

**G** 7:1
**GE** 12:17 13:1,16,19
**general** 2:8 7:24
   8:21
**Georgia** 3:8 11:19
**give** 9:14 13:24
**GmbH** 4:11 8:17
**go** 7:12,14,19,21
**going** 8:10 13:3,4,7
   13:8,16
**Good** 7:4
**GORMAN** 6:6
**Green** 1:15
**grounds** 13:1
**guess** 14:9

**H**

**H** 5:23
**half** 12:19
**hand** 8:23
**handled** 10:23
**happen** 10:13
**hearing** 2:1,2 7:12
   8:23 11:12 13:22
**hearings** 13:25
**Hogan** 8:2,7
**HON** 1:22
**Honor** 7:4,10,16,19
   8:1,10,12,16 10:17
   12:16 13:21 14:13
**hopefully** 7:12
**hundred** 14:3

**I**

**ICX** 3:4 10:6,7
**II** 2:7
**Incorporated** 4:3
**incorrect** 13:1
**infringement** 9:8
**integral** 7:9
**Integrated** 12:20
   13:10
**interest** 14:8
**issues** 8:3
**item** 7:16 8:9,16,25

   10:5,18,21 11:3,14
   11:18,22 12:1,7,12
   12:16

**J**

**J** 5:8
**Jersey** 5:21
**John** 5:7 7:4
**Joint** 2:5,11,15,19
   2:23 3:1,6,10,15
   3:19 4:1,5,9
**JOSEPH** 5:23
**JUDE** 6:6
**JUDGE** 1:23

**K**

**K** 5:7
**kicked** 14:2

**L**

**LATHAM** 6:2
**Lawrence** 2:13
   12:12
**LEMKIN** 5:23
**Let's** 7:14
**Liquidity** 3:21 11:15
**Lisa** 5:9 7:7
**LLC** 3:21 9:12 10:9
   10:21 12:20 13:4,9
**LLP** 5:2,11 6:2
**looks** 7:20
**Lyons** 5:7 7:4,4,16
   8:1,5,9,14,25 9:18
   9:23 10:2,5,17
   11:3,9,14 12:7
   13:4,6,12,14,16
   14:11,13

**M**

**M** 5:16
**matter** 1:6 10:23
   15:6
**matters** 7:12
**Matz** 5:8 7:6
**MEAGHER** 5:2
**mechanic** 9:14
**Mechanics** 2:17

   11:4
**mediation** 7:20
**Medical** 11:24
**million** 10:8,9 12:19
**morning** 7:4
**MORRIS** 5:18

**N**

**N** 5:1 7:1 15:1
**name** 15:12
**nature** 10:10 12:22
**need** 11:10
**Network** 3:22
**new** 1:3,16,16 5:5,5
   5:14,14,21 6:4,4
   8:14
**Newark** 5:21
**Nos** 2:8
**notice** 2:1,1,5,5,11
   2:11,15,15,19,19
   2:23,23 3:1,1,6,6
   3:10,10,15,15,19
   3:19 4:1,1,5,5,9,9
   9:14
**number** 2:7,13,21
   2:25 3:8,12,21 4:3
   4:7,11 7:17,17 8:9
   8:16,18,20,25 9:3
   9:7 10:5,18,19,21
   10:22 11:3,5,14,18
   11:19,22 12:1,2,7
   12:8,12,13,16,24
   13:25
**numbers** 10:6 12:17

**O**

**O** 1:21 7:1 15:1
**objected** 9:16
**objection** 2:2,2 3:17
   12:25
**objections** 9:22,22
   13:20
**odd** 13:25
**official** 15:4
**Okay** 7:2,14,16,23
   8:8,13,24 9:16,21
   10:1,4,16 11:2,13

12:6 13:5,8,11,15
 14:9,12
**Omnibus** 3:16
**order** 2:6,12,16,20
 2:24 3:2,7,11,16
 3:20 4:2,6,10 8:12
 10:14 14:3
**original** 11:15
**Orlik** 2:3 7:17
**outline** 13:10

───── **P** ─────

**P** 5:1,1 7:1
**part** 7:9 12:21
**partially** 13:18
**parties** 7:18 8:3 9:4
 10:2,24 11:6,17,20
 12:10,14 14:8
**partner** 8:2
**patent** 9:8,17
**Penn** 5:13
**permission** 7:10
**Plaza** 5:13
**Please** 7:2
**potential** 9:22
**prejudice** 2:7 3:2
 10:12
**Presentment** 2:5,5
 2:11,11,15,15,19
 2:19,23,23 3:1,1,6
 3:6,10,10,15,15,19
 3:19 4:1,1,5,5,9,9
**pretty** 14:4
**printed** 15:12
**probably** 9:13
**procedural** 9:2
**procedures** 7:24,25
 8:12 9:6,20 14:2,3
**Proceeding** 14:15
**proceedings** 15:5
**process** 7:9
**proof** 2:3,6,12,20,24
 3:7,20 4:2,6,10
 13:17
**Proofs** 2:8 3:3
**propose** 8:21

**protective** 10:10
 12:21
**purposes** 9:12
**pursuant** 9:6 14:2

───── **Q** ─────

**quick** 14:1

───── **R** ─────

**R** 1:21 5:1 7:1 15:1
**Rasselstein** 4:11
 8:17
**Rasselstein's** 8:18
**really** 9:1
**reclassify** 9:4
**recording** 15:5
**rejected** 10:11
**rejection** 10:14
**related** 9:8 12:2
**relates** 8:18,25 10:6
 10:19,22 11:5,23
 12:8,17
**releases** 8:16
**remain** 13:7,19
**remaining** 13:17
**remains** 12:25
**representing** 7:8
**reserved** 10:3
**resolution** 14:8
**resolve** 13:18,18
**resolved** 14:3
**Resolving** 3:16
**Respect** 2:2
**Revenue** 3:8 11:19
**Reynolds** 2:25 12:2
**right** 8:4,20 9:23
 10:2 14:10
**Robert** 1:22 3:17 9:1
 9:2
**Russell** 2:25 12:2

───── **S** ─────

**S** 5:1 7:1
**Sahinkaya** 2:17 11:4
**School** 3:13 12:8
**seated** 7:2
**secured** 9:3

**see** 14:10
**seeking** 10:11
**Segal** 5:11,11 7:7
**Service** 12:20 13:10
**settle** 10:20 11:6
 12:5
**settled** 8:10
**settlement** 8:12
 13:23 14:7
**settlements** 8:11,15
**settling** 14:7
**seven** 10:7
**shortly** 13:24
**Sierra** 3:21 11:14
**Signature** 15:9
**signed** 8:15
**Skadden** 5:2 7:7
**SLATE** 5:2
**smoothly** 7:12
**Solutions** 12:21
 13:10
**Sonic** 4:3 11:22
**sorry** 11:8
**sound** 15:5
**SOUTHERN** 1:3
**South-Western** 3:12
 12:8
**Square** 5:4
**STATES** 1:2
**staying** 14:4
**stipulation** 2:6,12
 2:16,20,24 3:2,7
 3:11,16,20 4:2,6
 4:10 8:23 9:2,7,11
 9:21,24
**stipulations** 8:10,15
 13:23
**Street** 5:20
**Structural** 2:17 11:4
**subject** 9:5,20 12:25
 13:19
**submit** 11:11
**submitting** 13:22
**successful** 14:6
**summary** 13:24
**Superior** 2:21 10:17

**sure** 9:18 13:8
**Systems** 11:24

───── **T** ─────

**T** 15:1,1
**Tally** 5:16 7:7
**Tech** 4:3 11:23
**terms** 8:22 9:6 14:2
**Textron** 4:7 10:21
**Thank** 14:13,14
**think** 9:19 14:4,7
**Third** 3:16 6:3
**thirteen** 8:14
**thirteenth** 13:23
**THOMAS** 5:8
**thousand** 11:9,10
 14:1
**three** 13:9
**time** 14:5,6
**Times** 5:4
**today** 7:5
**Togut** 5:11 7:7
 10:23
**Tom** 7:6
**totaling** 12:19
**totally** 10:8
**Transcribed** 4:24
**transcriber** 15:3,9
**transcript** 15:4
**trial** 7:24
**turn** 7:11
**twelve** 13:22
**twenty-eight** 10:9
**twenty-seven** 9:10
 9:24 10:8
**typed** 15:12

───── **U** ─────

**undetermined** 12:14
**UNITED** 1:2
**Unrou** 7:6
**unsecured** 8:21 9:5
**unsuccessful** 7:20
**update** 14:1
**use** 14:6
**usually** 13:24
**U.S** 1:14,23

| W | | |
|---|---|---|
| **WATKINS** 6:2 | **13485** 3:3 10:7 | **651,626.18** 12:24 |
| we'll 8:23 11:11 | **13489** 3:3 | |
| we're 11:10 14:3,4 | **13490** 3:4 10:7 | **7** |
| we've 7:18 8:20 9:10 9:19 12:22,23 14:3 14:6 | **13620** 9:3 | **7** 11:3 |
| | **1389** 10:7 | **744** 5:20 |
| | **14** 12:16 | **77,000** 12:3 |
| **Wiener** 5:16 7:7 | **14254** 4:3 11:23 | **7907** 2:16 11:5 |
| wish 14:5 | **14671** 3:21 | |
| withdraw 10:12 13:16 | **15,000** 11:7 | **8** |
| | **152,461.57** 8:19 | **8** 11:14 |
| **Withdrawal** 2:7 3:2 | **15449** 2:8 12:17 13:17 | **8,600** 11:20 |
| worked 8:3 | **15450** 2:8 12:18 13:17 | **885** 6:3 |
| working 11:10 | **15451** 2:8 12:18 13:17 | **9** |
| | | **9** 11:18 |
| **X** | **15452** 2:7 12:18,24 | **9958** 4:11 8:18 |
| x 1:5,12 | **15453** 2:8 12:18 13:18 | |
| **Y** | **16271** 2:13 12:13 | |
| year 8:12 | **164,000** 12:9 | |
| **Yilmaz** 2:17 11:4 | **16467** 9:7 | |
| **York** 1:3,16,16 5:5,5 5:14,14 6:4,4 | **17** 15:8 | |
| **0** | **2** | |
| **05-44481** 1:4 | **2** 8:9,16 | |
| **07102** 5:21 | **2007** 1:18 15:8 | |
| | **22,290** 11:16 | |
| **1** | **2276** 3:8 11:19 | |
| **1** 7:17 | **27th** 7:19,22 | |
| **10** 11:22 | **288,000** 10:24 | |
| **10:06** 1:19 | | |
| **10:16** 14:15 | **3** | |
| **10022** 6:4 | **3** 8:25 | |
| **10036** 5:5 | **3,789.04** 11:24 | |
| **10110** 5:14 | | |
| **11** 12:1 | **4** | |
| **11812** 2:25 12:2 | **4** 10:5 | |
| **11881** 3:12 12:9 | **42,000** 11:6 | |
| **12** 12:7 | **44,000** 10:19 | |
| **12163** 2:3 7:18 | | |
| **12935** 4:7 10:22 | **5** | |
| **13** 1:18 12:12 | **5** 10:18 | |
| **13481** 3:3 10:6 | | |
| **13482** 3:3 10:6 | **6** | |
| **13483** 3:3 10:6 | **6** 10:21 | |
| **13484** 3:3 10:7 | **6379** 2:21 10:19 | |