**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 05-44481 |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

<u>**NOTICE OF APPEARANCE AND REQUEST
TO BE PLACED ON SERVICE LIST**</u>

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned

cases on behalf of Siemens Energy & Automation, Inc., creditors in interest in the above-

captioned bankruptcy cases, and, pursuant to Bankruptcy Rules 2002 and 9010(b) and

section 1109(b) of the Bankruptcy Code, request that all notices given or required to be

given and all papers served in this case, be delivered to and served upon the party

identified below at the following address:

> Aaron G. McCollough, Esq.
> McGUIREWOODS LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia  23219-4030
> Telephone: (804) 775-1000
> Facsimile: (804) 775-1061
> E-Mail:  amccollough@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only the notices and papers referred

to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all

orders, applications, motions, petitions, pleadings, requests, complaints or demands,

whether formal or informal, written or oral, transmitted or conveyed by mail delivery,

telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE neither this Notice of Appearance nor any

prior or later appearance, pleading, claim, or suit shall waive the right of Siemens Energy

& Automation, Inc. (1) to have final orders in non-core matters entered only after *de novo*

review by a District Court judge, (2) to trial by jury in any proceeding so triable in this

case or any case, controversy, or proceeding related to this case, (3) to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal, or (4) to any rights, claims, actions, defenses, setoffs, or recoupments, under

agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses,

setoffs, or recoupments are expressly reserved.

Dated: April 20, 2007                          Respectfully Submitted,
       Richmond, Virginia


                                                /s/   Dion W. Hayes
                                               Dion W. Hayes (DH-4754)
                                               Aaron G. McCollough
                                               McGUIREWOODS LLP
                                               One James Center
                                               901 East Cary Street
                                               Richmond, Virginia  23219-4030
                                               Telephone:  (804) 775-1000
                                               Facsimile:  (804) 775-1061

                                               *Counsel to Siemens Energy & Automation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to each of the following this 20th day of April, 2007:

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606-1285

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY  10022

 /s/  Aaron G. McCollough
Aaron G. McCollough

\4501107.1