**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                      Chapter 11

                                                            Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                  Jointly Administered

                         Debtors

-------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Jason D. Woodard, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Jason D. Woodard, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  April 20, 2007
        New York, New York

                                        /s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE