**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BARRY L HUTTON FORMER EMPLOYEE<br>2746 DELAWARE AVE<br>KENMORE, NY 14217 | 16510 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,213.79<br>Total: $48,213.79 | 02/05/2007 | DELPHI CORPORATION (05-44481) |
| CROSS CO<br>PO BOX 65486<br>CHARLOTTE, NC 28265-0486 | 16325 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,908.13<br>Total: $5,908.13 | 09/19/2006 | DELPHI CORPORATION (05-44481) |
| L M GROUP<br>35735 STANLEY DR<br>STERLING HEIGHTS, MI 48312 | 16398 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,369.50<br>Total: $5,369.50 | 10/31/2006 | DELPHI CORPORATION (05-44481) |
| LM GROUP EFT<br>LUCKMARR PLASTICS INC<br>35735 STANLEY DR<br>STERLING HEIGHTS, MI 48312 | 16397 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,369.50<br>Total: $5,369.50 | 10/31/2006 | DELPHI CORPORATION (05-44481) |
| MACHINE VISION PRODUCTS INC<br>5940 DARWIN CT<br>CARLSBAD, CA 92008 | 16513 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,900.00<br>Total: $8,900.00 | 02/07/2007 | DELPHI CORPORATION (05-44481) |
| MACHINE VISION PRODUCTS INC<br>5940 DARWIN CT<br>CARLSBAD, CA 92008 | 16514 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,500.00<br>Total: $9,500.00 | 02/07/2007 | DELPHI CORPORATION (05-44481) |
| REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | 16361 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $53,380.00<br>Total: $53,380.00 | 10/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TIMMONS OIL COMPANY INC<br>PO BOX 691140<br>TULSA, OK 74169-1140 | 16496 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $930.00<br>Total: $930.00 | 01/23/2007 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| **Total:** | **8** | **$137,570.92** | | |