**EXHIBIT E - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ABC TECHNOLOGIES INC<br>ABC GROUP<br>2 NORELCO DR<br>TORONTO, ON M9L 2X6<br>CANADA | 1168 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $70,900.93<br>Total: $70,900.93 | 12/15/2005 | DELPHI CORPORATION (05-44481) |
| AZIMUTH NORTH AMERICA LLC & RELATED ENTITIES ET AL<br>18530 MACK AVE<br>GROSSE POINTE FARMS, MI 48236-3254 | 15630 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $284,487.00<br>Total: $284,487.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CARAUSTAR CUSTOM PACKAGING GROUP INC<br>PO BOX 115<br>AUSTELL, GA 30168-0115 | 1345 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $42,056.33<br>Total: $42,056.33 | 12/28/2005 | DELPHI CORPORATION (05-44481) |
| CONTROLS CREW INC<br>23701 JOHN R<br>HAZEL PK, MI 48030 | 2266 | Secured:<br>Priority: $8,550.00<br>Administrative:<br>Unsecured:<br>Total: $8,550.00 | 03/13/2006 | DELPHI CORPORATION (05-44481) |
| DAVID WRIGHT<br>HASKIN LAUTER LARUE & GIBBONS<br>255 N ALABAMA ST<br>INDIANAPOLIS, IN 46204 | 16474 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,315.70<br>Total: $76,315.70 | 01/08/2007 | DELPHI CORPORATION (05-44481) |
| GENERAL PRODUCTS DELAWARE CORP<br>GENERAL PRODUCTS<br>2400 E SOUTH ST<br>JACKSON, MI 49201 | 8780 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $723,930.00<br>Total: $723,930.00 | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2455 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,291.83<br>Total: $7,291.83 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2449 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $642.11<br>Total: $642.11 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT E - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2448 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,880.39<br>Total: $1,880.39 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2447 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,635.00<br>Total: $1,635.00 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2456 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,076.77<br>Total: $1,076.77 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,442.59<br>Total: $1,442.59 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2450 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,788.49<br>Total: $3,788.49 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2451 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $24,742.00<br>Total: $24,742.00 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $360.65<br>Total: $360.65 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2454 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,082.43<br>Total: $4,082.43 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT E - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LTC ROLL & ENGINEERING CO<br>STROBL CUNNINGHAM & SHARP PC<br>300 E LONG LAKE RD STE 200<br>BLOOMFIELD HILLS, MI 48304 | 5 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,790.84<br><br>$38,722.98<br>$49,513.82 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | 1426 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$5,503.23<br><br><br>$5,503.23 | 01/03/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PLASTIC PLATE INC<br>5460 CASCADE RD SE<br>GRAND RAPIDS, MI 49546 | 15504 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$27,180.00<br>$27,180.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PLASTIC PLATE INC<br>5460 CASCADE RD SE<br>GRAND RAPIDS, MI 49546 | 5855 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,150.00<br><br><br><br>$7,150.00 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| SALGA PLASTICS INC<br>ABC GROUP<br>2 NORELCO DR<br>TORONTO, ON M9L 2X6 | 1167 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,602.68<br>$23,602.68 | 12/15/2005 | DELPHI CORPORATION (05-44481) |
| TAX COMMISSIONER OF THE STATE OF OHIO<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | 8094 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$271.50<br><br><br>$271.50 | 06/16/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 22 | $1,366,403.45 | | | |