05-44481-rdd    Doc 7771-8    Filed 04/23/07    Entered 04/23/07 13:43:13    Exhibit F

In re Delphi Corporation, et al.                    Pg 1 of 1                    Eleventh Omnibus Claims Objection

**EXHIBIT F - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RT SUB LLC FORMERLY KNOWN AS RECEPTTEC LLC<br>RT SUB LLC<br>20791 TORREY PINES WAY<br>ESTERO, FL 33928 | 16507 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$98,790.36<br>$98,790.36 | 02/05/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$98,790.36** | | |