**In re: Delphi Corporation, et al.**                                                                                        Eleventh Omnibus Objection

## EXHIBIT G - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8012<br>Date Filed: 06/15/06<br>Docketed Total:   $856,055.16<br>Filing Creditor Name and Address<br>  BASF CORPORATION<br>  100 CAMPUS DR<br>  FLORHAM PARK NJ 07932 | Claim Holder Name and Address   Docketed Total   $856,055.16<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                          $856,055.16<br>                                                  $856,055.16 | Modified Total   $696,510.71<br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                          $696,510.71<br>                                                  $696,510.71 |
| Claim: 9402<br>Date Filed: 07/12/06<br>Docketed Total:   $15,383.14<br>Filing Creditor Name and Address<br>  BONA VISTA PROGRAMS INC EFT<br>  1220 E LAGUNA<br>  PO BOX 2496<br>  KOKOMO IN 46904-2496 | Claim Holder Name and Address   Docketed Total   $15,383.14<br>BONA VISTA PROGRAMS INC EFT<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO IN 46904-2496<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                                          $15,383.14<br>                                                  $15,383.14 | Modified Total   $7,023.74<br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                          $7,023.74<br>                                                  $7,023.74 |
| Claim: 4298<br>Date Filed: 05/01/06<br>Docketed Total:   $108,481.34<br>Filing Creditor Name and Address<br>  CALVARY DESIGN TEAM INC<br>  CALVARY AUTOMATION<br>  45 HENDRIX RD<br>  WEST HENRIETTA NY 14586 | Claim Holder Name and Address   Docketed Total   $108,481.34<br>CALVARY DESIGN TEAM INC<br>CALVARY AUTOMATION<br>45 HENDRIX RD<br>WEST HENRIETTA NY 14586<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                                          $108,481.34<br>                                                  $108,481.34 | Modified Total   $108,481.34<br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                          $108,481.34<br>                                                  $108,481.34 |
| Claim: 8676<br>Date Filed: 06/27/06<br>Docketed Total:   $330,095.92<br>Filing Creditor Name and Address<br>  CASTROL INDUSTRIAL INC<br>  DBA CASTROL IND NO AMERICA<br>  5331 E SLAUSON<br>  CITY OF COMMERCE CA 90040 | Claim Holder Name and Address   Docketed Total   $330,095.92<br>ORE HILL HUB FUND LTD<br>650 FIFTH AVE 9TH FL<br>NEW YORK NY 10019<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                                          $330,095.92<br>                                                  $330,095.92 | Modified Total   $245,023.06<br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                          $245,023.06<br>                                                  $245,023.06 |

In re: Delphi Corporation, et al.                                                                                                    Eleventh Omnibus Objection

**EXHIBIT G - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12670<br>Date Filed: 07/28/06<br>Docketed Total: $184,138.31<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PLASTIC DECORATORS<br> INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total  $184,138.31<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PLASTIC DECORATORS INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                 $184,138.31<br>                                        $184,138.31 | Modified Total  $60,734.68<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                 $60,734.68<br>                                      $60,734.68 |
| Claim: 12671<br>Date Filed: 07/28/06<br>Docketed Total: $184,138.31<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PLASTIC DECORATORS<br> INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total  $184,138.31<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PLASTIC DECORATORS INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                 $184,138.31<br>                                      $184,138.31 | Modified Total  $23,207.52<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                 $23,207.52<br>                                      $23,207.52 |
| Claim: 12698<br>Date Filed: 07/28/06<br>Docketed Total: $181,840.88<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRELLEBORG PRODYN<br> INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total  $181,840.88<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRELLEBORG PRODYN INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                 $181,840.88<br>                                      $181,840.88 | Modified Total  $173,462.90<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                 $173,462.90<br>                                      $173,462.90 |

In re: Delphi Corporation, et al.                                                                             Eleventh Omnibus Objection

**EXHIBIT G - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9952<br>Date Filed:07/19/06<br>Docketed Total:   $70,551.74<br>Filing Creditor Name and Address<br> FERRO ELECTRONIC MATERIALS<br> FERRO CORPORATION<br> 1000 LAKESIDE AVE<br> CLEVELAND OH 44114 | Claim Holder Name and Address   Docketed Total   $70,551.74<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*       Secured        Priority           Unsecured<br>05-44481        _____      _____        $70,551.74<br>                                                  $70,551.74 | Modified Total   $70,551.74<br><br><br><br><br>Case Number*       Secured        Priority           Unsecured<br>05-44640        _____      _____        $70,551.74<br>                                                  $70,551.74 |
| Claim: 9953<br>Date Filed:07/19/06<br>Docketed Total:   $24,500.00<br>Filing Creditor Name and Address<br> FERRO ELECTRONIC MATERIALS<br> FERRO CORPORATION<br> 1000 LAKESIDE AVE<br> CLEVELAND OH 44114 | Claim Holder Name and Address   Docketed Total   $24,500.00<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*       Secured        Priority           Unsecured<br>05-44481        _____      _____        $24,500.00<br>                                                  $24,500.00 | Modified Total   $18,830.00<br><br><br><br><br>Case Number*       Secured        Priority           Unsecured<br>05-44640        _____      _____        $18,830.00<br>                                                  $18,830.00 |
| Claim: 863<br>Date Filed:11/28/05<br>Docketed Total:   $14,900.00<br>Filing Creditor Name and Address<br> FLEXIBLE AUTOMATION INC<br> 3387 E BRISTOL RD<br> BURTON MI 48529 | Claim Holder Name and Address   Docketed Total   $14,900.00<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*       Secured        Priority           Unsecured<br>05-44481        _____      _____        $14,900.00<br>                                                  $14,900.00 | Modified Total   $13,410.00<br><br><br><br><br>Case Number*       Secured        Priority           Unsecured<br>05-44640        _____      _____        $13,410.00<br>                                                  $13,410.00 |
| Claim: 1928<br>Date Filed:02/09/06<br>Docketed Total:   $18,253.36<br>Filing Creditor Name and Address<br> HYATT LEGAL PLANS INC<br> ATTN ANDREW KOAN<br> 1111 SUPERIOR AVE<br> CLEVELAND OH 44114 | Claim Holder Name and Address   Docketed Total   $18,253.36<br>HYATT LEGAL PLANS INC<br>ATTN ANDREW KOAN<br>1111 SUPERIOR AVE<br>CLEVELAND OH 44114<br><br>Case Number*       Secured        Priority           Unsecured<br>05-44481        _____      $18,253.36      _____<br>                                $18,253.36 | Modified Total   $18,253.36<br><br><br><br><br>Case Number*       Secured        Priority           Unsecured<br>05-44640        _____      _____        $18,253.36<br>                                                  $18,253.36 |

In re: Delphi Corporation, et al.                                                                              Eleventh Omnibus Objection

**EXHIBIT G - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 773<br>Date Filed: 11/22/05<br>Docketed Total:    $112,139.54<br>Filing Creditor Name and Address<br>  ILM TOOL INC<br>  23301 CLAWITER RD<br>  HAYWARD CA 94545 | Claim Holder Name and Address    Docketed Total    $112,139.54<br>ILM TOOL INC<br>23301 CLAWITER RD<br>HAYWARD CA 94545<br><br>Case Number*       Secured          Priority          Unsecured<br>05-44481         _____        _____        $112,139.54<br>                                                   $112,139.54 | Modified Total    $105,070.76<br><br><br><br><br>Case Number*    Secured       Priority       Unsecured<br>05-44511       _____       _____       $105,070.76<br>                                              $105,070.76 |
| Claim: 5976<br>Date Filed: 05/16/06<br>Docketed Total:    $53,133.90<br>Filing Creditor Name and Address<br>  JOHNSON CONTROLS INC<br>  CONTROLS GROUP<br>  PO BOX 905240<br>  CHARLOTTE NC 28290-5240 | Claim Holder Name and Address    Docketed Total    $53,133.90<br>JOHNSON CONTROLS INC<br>CONTROLS GROUP<br>PO BOX 905240<br>CHARLOTTE NC 28290-5240<br><br>Case Number*       Secured          Priority          Unsecured<br>05-44481         _____        _____        $53,133.90<br>                                                   $53,133.90 | Modified Total    $4,043.46<br><br><br><br><br>Case Number*    Secured       Priority       Unsecured<br>05-44640       _____       _____       $4,043.46<br>                                              $4,043.46 |
| Claim: 842<br>Date Filed: 11/23/05<br>Docketed Total:    $138,443.00<br>Filing Creditor Name and Address<br>  JUKI AUTOMATION SYSTEMS INC<br>  507 AIRPORT BLVD STE 101<br>  MORRISVILLE NC 27560 | Claim Holder Name and Address    Docketed Total    $138,443.00<br>JUKI AUTOMATION SYSTEMS INC<br>507 AIRPORT BLVD STE 101<br>MORRISVILLE NC 27560<br><br>Case Number*       Secured          Priority          Unsecured<br>05-44481         $138,443.00      _____        _____<br>                 $138,443.00 | Modified Total    $130,493.00<br><br><br><br>Case Number*    Secured       Priority       Unsecured<br>05-44640       _____       _____       $130,493.00<br>                                              $130,493.00 |
| Claim: 12442<br>Date Filed: 07/28/06<br>Docketed Total:    $93,707.33<br>Filing Creditor Name and Address<br>  LOCKPORT CITY TREASURER<br>  CITY OF LOCKPORT<br>  1 LOCKS PLAZA<br>  LOCKPORT NY 14094 | Claim Holder Name and Address    Docketed Total    $93,707.33<br>LOCKPORT CITY TREASURER<br>CITY OF LOCKPORT<br>1 LOCKS PLAZA<br>LOCKPORT NY 14094<br><br>Case Number*       Secured          Priority          Unsecured<br>05-44640         _____        $23,738.72        $69,968.61<br>                                  $23,738.72        $69,968.61 | Modified Total    $69,968.61<br><br><br><br><br>Case Number*    Secured       Priority       Unsecured<br>05-44640       _____       _____       $69,968.61<br>                                              $69,968.61 |

In re: Delphi Corporation, et al.                                                                    Eleventh Omnibus Objection

**EXHIBIT G - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8787<br>Date Filed: 06/30/06<br>Docketed Total:  $99,659.90<br>Filing Creditor Name and Address<br> MASTERS TOOL & DIE INC<br> 4485 MARLEA LN<br> SAGINAW MI 48601-7230 | Claim Holder Name and Address   Docketed Total   $99,659.90<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $99,659.90<br>                                              $99,659.90 | Modified Total   $98,184.90<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $98,184.90<br>                                              $98,184.90 |
| Claim: 3738<br>Date Filed: 05/01/06<br>Docketed Total:  $50,374.12<br>Filing Creditor Name and Address<br> MOLDTECH INC<br> 1900 COMMERCE PKY<br> LANCASTER NY 14086 | Claim Holder Name and Address   Docketed Total   $50,374.12<br>MOLDTECH INC<br>1900 COMMERCE PKY<br>LANCASTER NY 14086<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $50,374.12<br>                                              $50,374.12 | Modified Total   $46,544.80<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $46,544.80<br>                                              $46,544.80 |
| Claim: 11429<br>Date Filed: 07/27/06<br>Docketed Total:  $278,019.25<br>Filing Creditor Name and Address<br> P & R INDUSTRIES INC EFT<br> ACCOUNTS RECEIVABLE<br> 1524 CLINTON AVE N<br> ROCHESTER NY 14621 | Claim Holder Name and Address   Docketed Total   $278,019.25<br>P & R INDUSTRIES INC EFT<br>ACCOUNTS RECEIVABLE<br>1524 CLINTON AVE N<br>ROCHESTER NY 14621<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $278,019.25<br>                                              $278,019.25 | Modified Total   $269,894.25<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $269,894.25<br>                                              $269,894.25 |
| Claim: 10203<br>Date Filed: 07/21/06<br>Docketed Total:  $17,193.64<br>Filing Creditor Name and Address<br> PILLARHOUSE USA INC<br> J TED DONOVAN<br> FINKEL GOLDSTEIN ROSENBLOOM &<br> NASH<br> 26 BROADWAY STE 711<br> NEW YORK NY 11004 | Claim Holder Name and Address   Docketed Total   $17,193.64<br>PILLARHOUSE USA INC<br>J TED DONOVAN<br>FINKEL GOLDSTEIN ROSENBLOOM & NASH<br>26 BROADWAY STE 711<br>NEW YORK NY 11004<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $17,193.64<br>                                              $17,193.64 | Modified Total   $14,086.44<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $14,086.44<br>                                              $14,086.44 |

*See Exhibit H for a listing of debtor entities by case number                                              Page:   5 of 8

In re: Delphi Corporation, et al.                                                                              Eleventh Omnibus Objection

## EXHIBIT G - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1216<br>Date Filed: 12/19/05<br>Docketed Total: $48,089.03<br>Filing Creditor Name and Address<br>  SFS INTEC INC<br>  SPRING ST & VAN REED RD<br>  PO BOX 6326<br>  WYOMISSING PA 19610 | Claim Holder Name and Address   Docketed Total   $48,089.03<br>SFS INTEC INC<br>SPRING ST & VAN REED RD<br>PO BOX 6326<br>WYOMISSING PA 19610<br><br>Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$48,089.03<br>$48,089.03 | Modified Total   $40,608.54<br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$40,608.54<br>$40,608.54 |
| Claim: 14681<br>Date Filed: 07/31/06<br>Docketed Total: $110,033.10<br>Filing Creditor Name and Address<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE ATLAS PRESSED METALS<br>  ASSIGNOR<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total   $110,033.10<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>ATLAS PRESSED METALS ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$110,033.10<br>$110,033.10 | Modified Total   $105,924.73<br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$105,924.73<br>$105,924.73 |
| Claim: 6321<br>Date Filed: 05/19/06<br>Docketed Total: $31,991.00<br>Filing Creditor Name and Address<br>  SSOE INC<br>  1001 MADISON AVE<br>  TOLEDO OH 43624 | Claim Holder Name and Address   Docketed Total   $31,991.00<br>SSOE INC<br>1001 MADISON AVE<br>TOLEDO OH 43624<br><br>Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$31,991.00<br>$31,991.00 | Modified Total   $25,416.00<br><br><br><br>Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,416.00<br>$25,416.00 |
| Claim: 2111<br>Date Filed: 02/24/06<br>Docketed Total: $92,057.65<br>Filing Creditor Name and Address<br>  SUMITOMO WIRING SYSTEMS USA INC<br>  MAX J NEWMAN ESQ<br>  SCHAFER AND WEINER PLLC<br>  ATTORNEYS FOR SUMITOMO WIRING SYSTE<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address   Docketed Total   $74,887.00<br>JPMORGAN CHASE BANK NA<br>NEELIMA VELUVOLU<br>270 PARK AVE 17TH FL<br>NEW YORK NY 10017<br><br>Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$74,887.00<br><br>$74,887.00 | Modified Total   $58,634.22<br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$58,634.22<br><br>$58,634.22 |

*See Exhibit H for a listing of debtor entities by case number                    Page:   6 of 8

In re: Delphi Corporation, et al.  Eleventh Omnibus Objection

**EXHIBIT G - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2111(Continued) | Claim Holder Name and Address  Docketed Total  $17,170.65<br>SUMITOMO WIRING SYSTEMS USA INC<br>MAX J NEWMAN ESQ<br>SCHAFER AND WEINER PLLC<br>ATTORNEYS FOR SUMITOMO WIRING SYSTE<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $17,170.65 | Modified Total  $0.00<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured |
| Claim: 9106<br>Date Filed:07/07/06<br>Docketed Total:  $407,748.06<br>Filing Creditor Name and Address<br> TECHNICAL MATERIALS INC<br> C O JEAN ROBERTSON<br> MCDONALD HOPKINS CO LPA<br> 600 SUPERIOR AVE E STE 2100<br> CLEVELAND OH 44114 | Claim Holder Name and Address  Docketed Total  $407,748.06<br>TECHNICAL MATERIALS INC<br>C O JEAN ROBERTSON<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND OH 44114<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $407,748.06<br>                                         $407,748.06 | Modified Total  $181,636.12<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $181,636.12<br>                                         $181,636.12 |
| Claim: 2590<br>Date Filed:04/10/06<br>Docketed Total:  $5,926.96<br>Filing Creditor Name and Address<br> WARNER SUPPLY INC & SIERRA<br> LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address  Docketed Total  $5,926.96<br>WARNER SUPPLY INC & SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $5,926.96<br>                                         $5,926.96 | Modified Total  $948.67<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $948.67<br>                                         $948.67 |
| Claim: 2023<br>Date Filed:02/14/06<br>Docketed Total:  $57,085.20<br>Filing Creditor Name and Address<br> WISCONSIN OVEN CORPORATION<br> 2675 MAIN ST<br> PO BOX 873<br> EAST TROY WI 53120 | Claim Holder Name and Address  Docketed Total  $57,085.20<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $57,085.20<br>                                         $57,085.20 | Modified Total  $39,690.90<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $39,690.90<br>                                         $39,690.90 |

In re: Delphi Corporation, et al.                                                                          Eleventh Omnibus Objection

**EXHIBIT G - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15531<br>Date Filed: 07/31/06<br>Docketed Total:   $74,971.50<br>Filing Creditor Name and Address<br>  YORK INTERNATIONAL CORP<br>  STEPHEN BOBO<br>  10 S WACKER DR SUITE 4000<br>  CHICAGO IL 60606 | Claim Holder Name and Address   Docketed Total   $74,971.50<br>YORK INTERNATIONAL CORP<br>STEPHEN BOBO<br>10 S WACKER DR SUITE 4000<br>CHICAGO IL 60606<br><br>Case Number*      Secured         Priority           Unsecured<br>05-44481          _____          _____           $74,971.50<br>                                                    $74,971.50 | Modified Total   $74,971.50<br><br><br><br><br>Case Number*      Secured         Priority           Unsecured<br>05-44640          _____          _____           $74,971.50<br>                                                    $74,971.50<br><br>Total Count of Claims:  27<br>Total Amount as Docketed:        $3,658,911.34<br>Total Amount as Modified:        $2,701,605.95 |