**EXHIBIT C - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16266<br>Date Filed: 08/25/2006<br>Creditor's Name and Address:<br>CALVARY DESIGN TEAM INC DBA CALVARY AUTOMATION SYSTEMS<br>45 HENDRIX RD<br>WEST HENRIETTA, NY 14586<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $113,031.34<br>Total: $113,031.34 | Claim Number: 4298<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br>CALVARY DESIGN TEAM INC<br>CALVARY AUTOMATION<br>45 HENDRIX RD<br>WEST HENRIETTA, NY 14586<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $108,481.34<br>Total: $108,481.34 |
| Claim Number: 16517<br>Date Filed: 02/07/2007<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF APPLIED DATA SYSTEMS INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $147,550.00<br>Total: $147,550.00 | Claim Number: 349<br>Date Filed: 11/04/2005<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $147,550.00<br>Total: $147,550.00 |
| Claim Number: 10835<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>DASHKOVITZ DENNIS<br>9301 BUCK RD<br>FREELAND, MI 48623-0000<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | Claim Number: 10836<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>DASHKOVITZ DENNIS<br>9301 BUCK RD<br>FREELAND, MI 48623-0000<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 |
| Claim Number: 15592<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15589<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15587<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15585<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |

**EXHIBIT C - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 2648<br>Date Filed: 04/13/2006<br>Creditor's Name and Address:<br>THE FURUKAWA ELECTRIC CO LTD<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $546,719.03<br>Total: $546,719.03 | Claim Number: 16480<br>Date Filed: 01/11/2007<br>Creditor's Name and Address:<br>THE FURUKAWA ELECTRIC CO LTD<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WAY<br>PALO ALTO, CA 94304-1043<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,067.68<br>Total: $48,067.68 |
| Claim Number: 16491<br>Date Filed: 01/22/2007<br>Creditor's Name and Address:<br>THYSSENKRUPP STAHL CO<br>111 E PACIFIC<br>KINGSVILLE, MO 64061<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $92,739.83<br>Priority:<br>Administrative:<br>Unsecured: $1,291,657.06<br>Total: $1,384,396.89 | Claim Number: 10724<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>STAHL SPECIALTY COMPANY EFT<br>3155 W BIG BEAVER RD<br>PO BOX 2601<br>TROY, MI 48007-2601<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,384,396.89<br>Total: $1,384,396.89 |
| Claim Number: 16490<br>Date Filed: 01/22/2007<br>Creditor's Name and Address:<br>THYSSENKRUPP WAUPACA<br>PO BOX 249<br>WAUPACA, WI 54981<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $114,352.63<br>Priority:<br>Administrative:<br>Unsecured: $6,563,719.48<br>Total: $6,678,072.11 | Claim Number: 9940<br>Date Filed: 07/19/2006<br>Creditor's Name and Address:<br>THYSSEN KRUPP WAUPACA INC<br>LOCK BOX 68 9343<br>MILWAUKEE, WI 53268-9343<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,678,072.11<br>Total: $6,678,072.11 |
| Claim Number: 16515<br>Date Filed: 02/07/2007<br>Creditor's Name and Address:<br>WASHINGTON LABORATORIES LTD<br>7560 LINDBERGH DR<br>GAITHERSBURG, MD 20879-5414<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,900.00<br>Total: $38,900.00 | Claim Number: 1308<br>Date Filed: 12/27/2005<br>Creditor's Name and Address:<br>WASHINGTON LABORATORIES LTD<br>7560 LINDBERGH DR<br>GAITHERSBURG, MD 20879-5414<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,900.00<br>Total: $38,900.00 |
| Claim Number: 15530<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>YORK INTERNATIONAL CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $88,202.55<br>Total: $88,202.55 | Claim Number: 15531<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>YORK INTERNATIONAL CORP<br>10 S WACKER DR SUITE 4000<br>CHICAGO, IL 60606<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $74,971.50<br>Total: $74,971.50 |

**EXHIBIT C - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
| --- | --- |

                                                **Total Claims to be Expunged:**    10
                                           **Total Asserted Amount to be Expunged:**    $8,996,871.92