## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **PIOLAX CORPORATION** _____ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **PO BOX 101913** _____

   _____

   **ATLANTA, GA 303921913** _____

2.   Please take notice of the transfer of $ **14,802.43** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $14,802.43 to:**
   **Madison Niche Opportunities, LLC** _____ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave** _____
   **Suite 120** _____
   **Overland Park, KS    66202** _____

No action is required if you do not object to the transfer of your claim.

_____

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

April 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

　　　Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
PIOLAX CORPORATION
PO BOX 101913
ATLANTA, GA  303921913

Social Sec. No./Tax ID: 58-1803109

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103839021

## EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS  66202

*Piolax Corporation*
_____[Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the *April 18, 2007*

[NAME OF CLAIMANT] *Piolax Corporation*

By: *Paul Erlandson*
(Signature of Claimant)

Print Name: *Paul Erlandson*

*139 Etowah Industrial Court*
(Address)

*Canton, Georgia 30114*
(Address)

*58-1803109*
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103839021

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC.

By: *Doyle Clark*
                    (signature)

*Doyle Clark*
                    (print name)

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems<br>LLC<br><br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **SES AMERICA INC**_____("Transferor")

   [TRANSFEROR NAME & ADDRESS]

   **PO BOX 901847**_____

   _____

   **SHIN ETSU SILCONES OF AMER INC**_____

   **CLEVELAND, OH 441901847**_____

2.   Please take notice of the transfer of $ **51,432.00**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $51,432.00 to:**

   **Madison Niche Opportunities, LLC**_____("Transferee")

   [TRANSFEREE NAME & ADDRESS]

   **6310 Lamar Ave**_____

   **Suite 120**_____

   **Overland Park, KS____66202**_____

No action is required if you do not object to the transfer of your claim.

Doyle Clark

Madison Liquidity Investors, LLC.

(800) 896-8913

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

April 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
SES AMERICA INC
PO BOX 901847
SHIN ETSU SILCONES OF AMER INC
CLEVELAND, OH  441901847

Social Sec. No./Tax ID: 95-4015700

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103838217

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

SES America Inc. [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the April 19, 2007

[NAME OF CLAIMANT] Shin-Etsu Silicones of America, Inc.

By: _____
(Signature of Claimant)

Print Name: Gaku Takeuchi

1150 Damar Drive
(Address)

Akron, OH 44305
(Address)

95-4015700
(SS#/Tax ID)

By: N/A
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103838217

Accepted:
MADISON LIQUIDITY INVESTORS, LLC

By: _____
(signature)

Doyle Clark
(print name)

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **INTERIM**_____("Transferor")

[TRANSFEROR NAME & ADDRESS]

**DEPT CH 10499**_____

_____

**PALATINE, IL 600550499**_____

2.   Please take notice of the transfer of $ **8,138.99**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $8,138.99 to:

**Madison Niche Opportunities, LLC**_____("Transferee")

[TRANSFEREE NAME & ADDRESS]

**6310 Lamar Ave**_____

**Suite 120**_____

**Overland Park, KS         66202**_____

No action is required if you do not object to the transfer of your claim.

Doyle Clark

Madison Liquidity Investors, LLC.

(800) 896-8913

# Madison Liquidity Investors, LLC.
**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

April 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

> Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
INTERIM
DEPT CH 10499
PALATINE, IL  600550499

Social Sec. No./Tax ID: 35-2194021

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103794647

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

*Interim Healthcare* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the    *3/28/07*

[NAME OF CLAIMANT]    *Interim Healthcare*

By: _____
(Signature of Claimant)

Print Name: *David R. Lawson*

*3020 Willow Knolls Drive*
(Address)

*Peoria, Illinois 61614*
(Address)

*35-2194021*
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103794647

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
(signature)

*Doyle Clark*
(print name)

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Corporation<br>      Reclamation Claims<br><br><br>              Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **CURTIS SCREW CO LLC** _____ ("Transferor")

                [TRANSFEROR NAME & ADDRESS]

                **PO Box 2970** _____


                **BUFFALo, NY 14240-2970** _____


2.    Please take notice of the transfer of $ **52,906.09** _____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

                Transfer $52,906.09 to:

                **Madison Investment Trust - Series 42** _____ ("Transferee")

                [TRANSFEREE NAME & ADDRESS]

                **6310 Lamar Avenue, Suite 120** _____


                **Overland Park, KS    66202** _____


No action is required if you do not object to the transfer of your claim.

_(signature)_

Doyle Clark

Madison Liquidity Investors, LLC.

(800) 896-8913

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

April 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Corporation Reclamation Claims**

Buyer: Madison Investment Trust - Series 42

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
CURTIS SCREW CO LLC
PO Box 2970
BUFFALo, NY  14240-2970

Social Sec. No./Tax ID: 16-1574337

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103838279

EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

_Curtis Screw Company LLC_, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Reclamation Claim(s) of Claimant against Delphi Corporation in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _10th day of April_

Name: _Stanley J. Karwowski II_

By: _[signature]_
(Signature of Claimant)

Print Name: _Curtis Screw Company, LLC_

_50 Thielman Drive_
(Address)
_Buffalo, nY 14206_
(Address)
_16-1574337_
(SS#/Tax ID)

By: _n/a_
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103838279

Accepted: Madison Liquidity Investors, LLC

By: _[signature]_

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

In re:  Delphi Automotive Systems
LLC



Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:     **PRODUCTION TUBE CUTTING INC**_____("Transferor")
[TRANSFEROR NAME & ADDRESS]
**PO BOX 31076**_____


**DAYTON, OH 454310076**_____

2.   Please take notice of the transfer of $ **12,015.00**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $12,015.00 to:**

**Madison Niche Opportunities, LLC**_____("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Ave**_____
**Suite 120**_____
**Overland Park, KS       66202**_____

No action is required if you do not object to the transfer of your claim.

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

April 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
PRODUCTION TUBE CUTTING INC
PO BOX 31076
DAYTON, OH 454310076

Social Sec. No./Tax ID: 31-0618361

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103838268

## EVIDENCE OF TRANSFER OF CLAIM

TO:         New York Southern Bankruptcy Court
AND TO:     Madison Liquidity Investors, LLC.
              6310 Lamar Ave, Suite 120
              Overland Park, KS  66202

Production Tube Cutting, Inc.    [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the  4/18/07

[NAME OF CLAIMANT] Production Tube Cutting, Inc.

By: _____
(Signature of Claimant)

Print Name: R. Bruce Benedict

P.O. Box 31076
(Address)

Dayton, OH  45437
(Address)

31-0618361
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103838268

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                  (signature)

      Doyle Clark
                (print name)

04-19-07A09:07 RCVD

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| In re:  Delphi Automotive Systems LLC | Chapter 11 |
| Debtor. | Case Nos.   05-44481 |
|  | Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **METZGER REMOVAL INC**                    ("Transferor")

[TRANSFEROR NAME & ADDRESS]

**235 RIVER RD**

**NORTH TONAWANDA, NY 14120**

2.   Please take notice of the transfer of $ **14,433.06**      of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $14,433.06 to:**

**Madison Niche Opportunities, LLC**                    ("Transferee")

[TRANSFEREE NAME & ADDRESS]

**6310 Lamar Ave**

**Suite 120**

**Overland Park, KS       66202**

No action is required if you do not object to the transfer of your claim.

*[signature]*

Doyle Clark

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

April 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
METZGER REMOVAL INC
235 RIVER RD
NORTH TONAWANDA, NY  14120

Social Sec. No./Tax ID: 161347577

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103838912

## EVIDENCE OF TRANSFER OF CLAIM

TO:             New York Southern Bankruptcy Court
AND TO:         Madison Liquidity Investors, LLC.
                6310 Lamar Ave, Suite 120
                Overland Park, KS 66202

METZGER REMOVAL INC [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _6th of April, 2007_

[NAME OF CLAIMANT] _METZGER REMOVAL INC_

By: _____
(Signature of Claimant)

Print Name: _BRIAN K METZGER    V PRES_
_235 RIVER ROAD_
(Address)
_NORTH TONAWANDA, NY   14120_
(Address)
_161347577_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103838912

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
(signature)

_Doyle Clark_
(print name)

04-10-07A11:32 RCVD

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Medical Systems<br>Colorado Corporation<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **JCM AMERICAN CORPORATION** ("Transferor")
**[TRANSFEROR NAME & ADDRESS]**
**925 PILOT ROAD**

**Attn ERIC BONN**
**LAS VEGAS, NV 89119**

2.   Please take notice of the transfer of $ **26,098.19** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $26,098.19 to:
**Madison Niche Opportunities, LLC** ("Transferee")
**[TRANSFEREE NAME & ADDRESS]**
**6310 Lamar Ave**
**Suite 120**
**Overland Park, KS        66202**

No action is required if you do not object to the transfer of your claim.

_Doyle Clark_ (signature)
Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

April 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Medical Systems Colorado Corporation**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
JCM AMERICAN CORPORATION
925 PILOT ROAD
Attn ERIC BONN
LAS VEGAS, NV  89119

Social Sec. No./Tax ID: 88-0348042

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103838900

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

*JCM American Corp* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Medical Systems Colorado Corporation in the New York Southern Bankruptcy Court , The case entitled In re Delphi Medical Systems Colorado Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _12th of April, 2007_

[NAME OF CLAIMANT] _JCM American Corporation_

By: _____
(Signature of Claimant)

Print Name: _John Garner Sr. VP of Finance and Administration_

_925 Pilot Rd_
(Address)

_Las Vegas, NV 89119_
(Address)

_88-0348042_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103838900

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
            (signature)

_Doyle Clark_
            (print name)

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:     **ENERGY PIPING INC** _____("Transferor")
         [TRANSFEROR NAME & ADDRESS]
         **PO BOX 10508** _____


         _____

         **JACKSON, MS 392890508** _____


2.   Please take notice of the transfer of $ **2,233.00** _____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

              **Transfer $2,233.00 to:**
              **Madison Niche Opportunities, LLC** _____("Transferee")
              [TRANSFEREE NAME & ADDRESS]
              **6310 Lamar Ave** _____
              **Suite 120** _____
              **Overland Park, KS        66202** _____


No action is required if you do not object to the transfer of your claim.

_____

Doyle Clark

Madison Liquidity Investors, LLC.

(800) 896-8913


999-000/Forms/27475.1

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

April 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
ENERGY PIPING INC
PO BOX 10508
JACKSON, MS  392890508

Social Sec. No./Tax ID: 64-0664624

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103838914

# EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

_____[Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the_____

[NAME OF CLAIMANT] *ENERGY PIPING*

By: _____
(Signature of Claimant)

Print Name: *Energy Piping, Inc DAVID K. MOORE*

*P.O. Box 10508*
(Address)

*Jackson, MS 39289-0508*
(Address)

*64-0664624*
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103838914

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                        (signature)

*Doyle Clark*
                        (print name)

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

In re:  Delphi Automotive Systems
         LLC



                    Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.


## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **ADRONICS ELROB MFG CORP** _____("Transferor")
           [TRANSFEROR NAME & ADDRESS]
           **9 SAND PARK RD** _____

           _____

           _____

           **CEDAR GROVE, NJ 07009** _____


2.   Please take notice of the transfer of $ **154,411.76** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

           **Transfer $154,411.76 to:**
           **Madison Niche Opportunities, LLC** _____("Transferee")
           [TRANSFEREE NAME & ADDRESS]
           **6310 Lamar Ave** _____
           **Suite 120** _____
           **Overland Park, KS      66202** _____


No action is required if you do not object to the transfer of your claim.

_Doyle Clark_ (signature)

Doyle Clark

Madison Liquidity Investors, LLC.

(800) 896-8913

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

April 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

     Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
ADRONICS ELROB MFG CORP
9 SAND PARK RD
CEDAR GROVE, NJ 07009

Social Sec. No./Tax ID: 22-1448689

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103838965

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS  66202

*Adronics/Elrob* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___4|13|07___

[NAME OF CLAIMANT]  *Adronics/Elrob Mfg. Corp.*

By: _____ , *Exec. VP*
(Signature of Claimant)

Print Name: ___*Karen Robinson*___
___*9 Sand Park Rd.*___
(Address)
___*Cedar Grove, NJ  07009*___
(Address)
___*22-144-8689*___
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103838965

**Accepted**:
MADISON LIQUIDITY INVESTORS, LLC

By: ___*Doyle Clark*___
                    (signature)
___*Doyle Clark*___
                    (print name)