**Hearing Date: April 27, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
        In re                                 :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                              Debtors.        :    (Jointly Administered)
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED SEVENTH CLAIMS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
                            York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                            One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.     Introduction

    B.     Continued Or Adjourned Omnibus Claims Objection Matters (1 Matter)

    C.     Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (3 Matters)

        1)     Third Omnibus Claims Objection Matters (3 Matters)

**B.     Continued Or Adjourned Omnibus Claims Objection Matters**

    1.     **"Claims Objection Hearing Regarding Claims Of H.E. Services, Robert Backie, And Richard Janes"** – Claims Objection Hearing Regarding Claim Of (i) H.E. Services Company As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452), (ii) Robert Backie As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452), and (iii) Richard Janes As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

            *Response Filed:*     *H.E. Services Company And Robert Backie's Response To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5679)*

                                                  *Response By Richard Janes To Debtors' Objection To Claim (Docket No. 5742)*

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Debtors' Omnibus Supplemental Reply With Respect To Proofs Of Claim Numbers 837, 838 & 14762 (H.E. Services Company, Robert Backie & Richard Janes) (Docket No. 7710)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2238 (Docket No. 6127)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2237 (Docket No. 6128)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No.14762 (Docket No. 6129)* |
| | *Debtors' Omnibus Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 2237, 2238, And 14762 (Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6625)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 2237, 2238, And 14762* |

> *(Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6822)*
>
> *Response By H.E. Services And Robert Backie To Supplemental Response To Debtor's Third Omnibus Objection (Docket No. 7418)*
>
> *Creditors' First Set Of Interrogatories Filed By H.E. Services Company And Robert Backie (Docket No. 7776)*
>
> *Creditors' First Request For Production Of Documents Filed By H.E. Services Company And Robert Backie (Docket No. 7777)*

> *Status:*      *These matters are being adjourned to the June 22, 2007 claims hearing.*

**C.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

**1)    Third Omnibus Claims Objection Matters**

2.    **"Claims Objection Hearing Regarding Claim Of Eva Orlik"** – Claims Objection Hearing Regarding Claim Of Eva Orlik As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

> *Responses Filed:*      *Response Of Eva Orlik To Debtors' Second And Third Omnibus Objection To Claims (Docket No. 5789)*
>
> *Supplemental Response Of Eva Orlik To Debtors' Third Omnibus Objection To Proof Of Claim No. 12163 (Docket No. 6989)*

> *Replies Filed:*      *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

4

*Debtors' Supplemental Reply With Respect To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 7008)*

Related Filings:    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12389 (Eva Orlik) (Docket No. 6288)*

*Amended Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 6328)*

*Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 12163 (Eva Orlik) (Docket No. 6406)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 6801)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 7201)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 7586)*

Status:    *An agreement in principle has been reached and the parties anticipate submitting a joint stipulation and agreed order for consideration by the Court.*

5

3.    **"Claims Objection Hearing Regarding Claim Of Cherry GmbH"** – Claims
Objection Hearing Regarding Claim Of Cherry GmbH As Objected To On The
Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And
(C) Claims Subject To Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response Of Cherry GMBH To The Debtors' Third Omnibus Objection To Claims (Docket No. 5649)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 10179 (Cherry GmbH) (Docket No. 7005)* |
| | *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 10179 (Cherry GmbH) (Docket No. 7076)* |
| *Status:* | *An agreement in principle has been reached and the parties anticipate submitting a joint stipulation and agreed order for consideration by the Court.* |

6

4. **"Claims Objection Hearing Regarding Claim Of City Of Wyoming, MI"** – Claims Objection Hearing Regarding Claim Of City Of Wyoming, MI As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Response Filed:* | *Response To Debtors' Third Omnibus Objection (Substantive) [D.I. 3920] Pursuant To 11 U.S.C. Section 502(b) And Fed.Bankr.P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Book And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5698)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Capping Proofs Of Claim Numbers 3872 & 11267 (City Of Wyoming, Michigan) (Docket No. 7768)* |

Status:          *A joint stipulation and agreed order will be
                 submitted for consideration by the Court.*

Dated:  New York, New York
        April 26, 2007

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                              By: /s/ John Wm. Butler, Jr.
                                  John Wm. Butler, Jr. (JB 4711)
                                  John K. Lyons (JL 4951)
                                  Ron E. Meisler (RM 3026)
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois  60606
                              (312) 407-0700

                                   - and -

                              By: /s/ Kayalyn A. Marafioti
                                  Kayalyn A. Marafioti (KM 9632)
                                  Thomas J. Matz (TM 5986)
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000

                              Attorneys for Delphi Corporation, et al.,
                                  Debtors and Debtors-in-Possession