United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } |
| | } Case No. |
| | } 05-44640 |
| | } |
| Debtor | } Amount $3,725.57 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**WEST IRVING DIE INC**
**135 S LASALLE DEPT 4019**
**CHICAGO, IL 60674**

The transfer of your claim as shown above in the amount of $3,725.57 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

784544

From: yamila moyano  To: Mr. Tim Foley

## TRANSFER NOTICE

WEST IRVING DIE INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Re: **Delphi Automotive Systems, LLC.** (the "Debtor"), in the aggregate amount of $3,725.57 representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, **Southern District of New York**, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2007.

WEST IRVING DIE INC.
By: _____
(Signature)
Timothy R. Foley
CFO
3-14-07
(Print Name and Title)

By: _____
(Signature)
James Yenzer
(Print Name and Title)

M84544