

**TIMMONS OIL COMPANY INC.**

APRIL 9, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DELPHI CORPORATION CLAIMS
BOWLING GREEN STATION
P. O. BOX 5058
NEW YORK, NEW YORK 10274-5058

RE: NOTICE OF OBJECTION TO CLAIM – ASEC MANUFACTURING GENERAL PARTNERSHIP

GENTLEMEN:

   THE PURPOSE OF THIS WRITING IS TO RESPOND TO THE REFERENCED NOTICE WE RECENTLY RECEIVED.

   OUR INTENTION IN PREPARING OUR LETTER AND THE PROOF OF CLAIM ATTACHED TO IT, DATED JANUARY 17, 2007, WAS INTENDED TO CLARIFY OUR CORPORATE NAME, IN CONJUNCTION WITH THE LIST OF CREDITORS AND THE AMOUNT OF OUR CLAIM IF THERE WAS ANY DIFFERENCE, NOT TO SUBMIT AN ADDITIONAL CLAIM.

   WHEN WE INITIALLY BEGAN RECEIVING INFORMATION ABOUT THE BANKRUPTCY FILINGS OF THE DEBTOR WE REVIEWED INFORMATION AT www.delphidocket.com AND FOUND THAT OUR INVOICE AND ITS PURCHASE ORDER/CONTRACT WAS LISTED THEREFORE WE FELT THAT NO FURTHER INFORMATION OR ACTION WAS REQUIRED. IT WAS SOMEWHAT LATER THAT SOMEONE NOTICED THAT THE COMPANY NAME WAS NOT EXACTLY CORRECT AND THAT SHOULD BE CORRECTED AS THAT TYPE OF ERROR HAS CAUSED PROBLEMS IN OUR PAST IN THESE TYPES OF CASES. WE SEE NO REASON THAT OUR INVOICE SHOULD BE DISPUTED IN THAT WE RESPONDED TO A CUSTOMER ISSUED PURCHASE ORDER WITH OUR PRODUCT DELIVERY AND WE WOULD ASSUME THAT IT WAS SATISFACTORY IN THAT WE HAVE RECEIVED ADDITIONAL ORDERS.

   WE FEEL THAT OUR CLAIM SHOULD BE ALLOWED AS INITIALLY LISTED IN ASEC'S INDEBTEDNESS AS WE HAVE ACCOMPLISHED ALL THAT SHOULD BE REQUIRED OF A SUPPLIER OF A SMALL AMOUNT OF PRODUCT.

   IF I MAY PROVIDE ANY ADDITIONAL INFORMATION. PLEASE ADVISE.

SINCERELY,

MERRILL E. JOHNSON
CONTROLLER

ATTACHMENTS



RECEIVED APR 23 2007 CLAIMS PROCESSING CENTER USBC, SDNY

13003 E. Admiral Pl.  •  P.O. Box 691140  •  Tulsa, Oklahoma 74169-1140  •  (918) 437-6457  •  FAX (918) 437-3367

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                    :    Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :    Case No. 05-44481 (RDD)
                                         :
                    Debtors.             :    (Jointly Administered)
                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF OBJECTION TO CLAIM

Timmons Oil Company Inc:

  Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your claims identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Eleventh Omnibus Objection To Certain Claims (the "Eleventh Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Eleventh Omnibus Objection is set for hearing on April 20, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED ELEVENTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON APRIL 13, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

  The enclosed Eleventh Omnibus Objection identifies four different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

  Claims identified as having a Basis For Objection of "Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

  Claims identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim, and also were not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").



JANUARY 17, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DELPHI CORPORATION CLAIMS
BOWLING GREEN STATION
P. O. BOX 5058
NEW YORK, NEW YORK 10274-5058

RE: PROOF OF CLAIM – ASEC MANUFACTURING GENERAL PARTNERSHIP

GENTLEMEN:

   THE PURPOSE OF THE ATTACHED PROOF OF CLAIM IS TO CLARIFY OUR CORPORATE NAME IN CONJUNCTION WITH LIST OF CREDITORS AND THE AMOUNT OF OUR CLAIM IF THERE IS ANY DIFFERENCE.

   IF I MAY PROVIDE ANY ADDITIONAL INFORMATION. PLEASE ADVISE.

SINCERELY,

MERRILL E. JOHNSON
CONTROLLER

13003 E. Admiral Pl. • P.O. Box 691140 • Tulsa, Oklahoma 74169-1140 • (918) 437-6457 • FAX (918) 437-3367

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** ASEC Manufacturing General Partnership
**Case Number:** 05-44482

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property): Timmons Oil Company, Inc.

**Name and address where notices should be sent:**
Timmons Oil Company, Inc.
P.O. Box 691140
Tulsa, OK 74169-1140

**Telephone number:** (918) 437-6457

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:** Acct. # 4660037 (Purchase Order # M35156)

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:____

**1. Basis for Claim**
☑ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other ____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: ____
Unpaid compensation for services performed
from ____ to ____ (date) (date)

**2. Date debt was incurred:** 9-6-05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ ____ (unsecured) ____ (secured) ____ (priority) ____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other ____

Value of Collateral: $____

Amount of arrearage and other charges **at time case filed** included in secured claim, if any: $____

**6. Unsecured Nonpriority Claim** $ 930.00

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

**Date:** 1-17-07

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):** Merrill E. Johnson, Controller

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Merrill E. Johnson, Controller

# TIMMONS OIL COMPANY INC.

P.O. BOX 691140
TULSA, OK 74169-1140
(918) 437-6457 • FAX (918) 437-3367

| | |
|---|---|
| SOLD TO: | ASEC MANF. [B] |
| DBA: | DELPHI CATALYST |
| | P.O. BOX 1679 |
| | CATOOSA, OK 74015 |

| | |
|---|---|
| SHIP TO: | ASEC MANF. [B] |
| DBA: | DELPHI CATALYST |
| | P.O. BOX 1679 |
| | CATOOSA, OK 74015 |

Ship Date: 09/06/05

| PAGE NO. | WAREHOUSE | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| 1 | 3002 | 09/06/05 | 674801 |

| P.O. NUMBER | ACCOUNT NO. | SHIP VIA | SALES I.D. | B.O.L. / SHIPPING ORDER | TERMS |
|---|---|---|---|---|---|
| RELEASE #: 74801 | 4660037 BOBTL | | 3401 | | NET 30 |

| Product Code/Description | Shipped/Billed UOM | Price Each | Extension |
|---|---|---|---|
| M35156 | | | |
| 01 UNLEADED GASOLINE | 300GALS / 300GALS | 2.74600 | 823.80 |
| OK EXC TAX GAS @ .16 | 300.0 | 0.160000 | 48.00 |
| OK ENVIRO FUND @ .01 | 300.0 | 0.010000 | 3.00 |
| FED EXC TAX GAS @ .184 | 300.0 | 0.184000 | 55.20 |

TOTAL AMOUNT: 930.00

*A service charge of 1.5% per month will be applied on amounts unpaid after 30 days from invoice date.*

ORIGINAL