

# tinoco soares & filho ltda.

Lawyers - Engineers - Technicians
Patents - Trademarks

(Main Office)
04063-001 - São Paulo, SP. - Brazil

Av. Indianópolis, 995
Phones:*(55-11) 5084-5330 / 5084-5331
5084-5332 / 5084-5946 / 5084-1613
Facsimiles: (55-11)  5084-5334
(55-11)  5084-5337
E-Mail: tinoco@tinoco.com.br
INTERNET: http:/ /www.tinoco.com.br

José Carlos Tinoco Soares
José Carlos Tinoco Soares Junior

Your ref :
Our ref :

São Paulo, April 20, 2007.

Attn.
CLERK UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Building Green
New York, NY 10004-1408
U.S.A.

Ref.: Payment of pending invoice issued by TINOCO SOARES et al

According to the lawyer Mr. Paul Marshall from DELPHI LEGAL STAFF (phone 248 813 12 40), we have prepared and attach the affidavit legalized by the US consul in São Paulo, Brazil so that we could receive our payment.

Staying at your disposal, we remain,

Very truly yours,

josé carlos tinoco soares junior
Attorney at law

International Division: - José Carlos Tinoco Soares - Doctor in Law
nale pour la Protection de la Propriété Industrielle; "ASIPI" - Asociación Interamericana de la Propiedad Industrial; Inter-American
"FICPI" - Fédération Internationale des Conseils en Propriété

Federative Republic of Brasil)
State of Sao Paulo          )
City of Sao Paulo           ) ss:
Consulate General of the    )
United States of America    )

## AMERICAN CONSULATE GENERAL
## SAO PAULO, BRAZIL

I, **Michael Stewart, U.S. Vice-Consul** of the United States of America at Sao Paulo, in the State of Sao Paulo, Federative Republic of Brazil, commissioned and qualified, do hereby certify that, **ANA MARIA GALLUCCI DE SOUZA**; whose signature and official stamp are subscribed and affixed to this document, was on the 28th **Day of March 2007**, respectively, the day of the date thereof, a Notary Public in **Sao Paulo,** in the state of **Sao Paulo,** Federative Republic of Brazil. In witness whereof I have hereunto set my hand and affixed the seal of the Consulate General of the United States of America at Sao Paulo on this 29TH day of March 2007.

*[signature]*

**Michael Stewart**
**U.S. Vice-Consul**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
      IN RE                                    :      Chapter 11

DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)

              Debtors.           :      (Jointly Administered)
-------------------------------------------------- x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF SAO PAULO      )
                               ) ss:
COUNTY OF SAO PAULO   )

JOSÉ CARLOS TINOCO SOARES JÚNIOR, being duly sworn, deposes and says:

1. I am a principal of Tinoco Soares & Filho Ltda. ("TSFL") which firm maintains offices at: Av. Indianópolis, 995, 04063-001 – São Paulo, SP. - Brazil.

2. Neither I, TSFL, nor any partner, or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. TSFL has represented and advised the Debtors in intellectual property matters with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and TSFL has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of the title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and TSFL proposes, to render the following services to the Debtors:

- Prepare and file patent applications
- Prepare and file responses to the Brazilian Instituto Nacional da Propriedade Industrial-INPI (National Institute of Industrial Property) office actions and actions in similar proceedings both in Brazil and elsewhere, if appropriate
- Represent and advise on intellectual property matters

5. TSFL's current fees arrangement is on an hourly rate basis, based on the prevailing and reasonable hourly rates of the attorneys, patent agents and legal assistants working on the files.



6. Except as set forth herein, no promises have been received by TSFL or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. TSFL has no agreement with any entity to share with such entity any compensation received by TSFL.

8. TSFL and its partners, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. TSFL does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, TSFL, nor any partner, or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which TSFL is to be engaged.

10. The foregoing constitutes the statement of TSFL pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

José Carlos Tinoco Soares Junior

