OFICIAL REG.CIVIL PESSOAS NATURAIS DE INDIANÓPOLIS - 24º SUBDISTRITO
Av. João Castaldi, 679 - Tel 5543.1519 - OFICIAL: ARACEMA BOQUETTI MEROLA
Válido somente com selo de autenticidade
Reconheço, por semelhança, a firma de: JOSE CARLOS TINOCO SOARES JUNIOR.
São Paulo,    de março de 2007.
Em testemunho    da verdade.

Ana Maria Gallucci de Souza - 2ª Sub
(27/20070328151626) Preço da firma R$