# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

**ASSOCIATED PACKAGING INC**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

Court Claim # (if known):4853
Amount of Claim: **$4,468.63**
Date Claim Filed:5/8/2006

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Robert Minkoff
Transferee/Transferee's Agent

Date: 4/27/2007

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

647661

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4853 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>4/27/2007.</u>

Liquidity Solutions Inc,
<u>d/b/a Revenue Management</u>
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**ASSOCIATED PACKAGING INC**
**Name of Alleged Transferor**

Address of Alleged Transferor:
**ASSOCIATED PACKAGING INC**
**PO BOX 440088**
**NASHVILLE, TN 37244**

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

647661

## TRANSFER NOTICE

ASSOCIATED PACKAGING INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems LLC. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the

aggregate amount of $4,120.26 representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _29_ day of _March_, 2007

ASSOCIATED PACKAGING INC
MANAGEMENT

_(Signature)_

_Lee Lutts   credit Manager_
(Print Name and Title)

REVENUE

_(Signature)_

MICHAEL RICHARDS
(Print Name of Witness)

647661