# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

**SMITH & WHITE CONSTRUCTION GROUP INC**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

Court Claim #:1708 $3,279.00 (filed 1/30/2006)
Claim No. 1648 $4,411.00(filed 1/24/2006)
Total Amount of Claim: **$7,690.00**

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Yamila Moyano
Transferee/Transferee's Agent

Date: 4/27/2007

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1708 & 1648  (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 4/27/2007.

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**SMITH & WHITE CONSTRUCTION GROUP INC**
**Name of Alleged Transferor**

Address of Alleged Transferor:
SMITH & WHITE CONSTRUCTION GROUP INC
731 ORCHARD LANE
BEAVERCREEK, OH 45434

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

876601

## TRANSFER NOTICE

Smith & White Construction Group Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Re: **Delphi Automotive Systems, LLC.** (the "Debtor"), in the aggregate amount of $6,776.00 representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, **Southern District of New York**, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 23 day of Feb, 2007.

Smith & White Construction Group Inc

By: _____
(Signature)

Sean Smith president
(Print Name and Title)

By: _____
(Signature)

James Yenzer
(Print Name and Title)