# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

In re:

    **Delphi Automotive Systems, LLC**

---------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 05-44481
**Claim No.: 5423**

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(2)

To: (Transferor)    **Aleris Aluminum Canada LP, f/k/a Corus LP**
    c/o Holmes, Roberts & Owens LLP
    Attn: Elizabeth Flaagan, Esq.
    1700 Lincoln St., Ste 4100
    Denver, CO 80203

[APR 20 2007]

The transfer of your claim as shown above, in the amount of **$645,056.53** has been transferred (unless previously expunged by court order) to:

    **Bank of America, N.A.**
    **40 W. 57th Street**
    **New York, New York 10019**
    **Attention: Clare Pierce**

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:

    UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK
    One Bowling Green
    New York, NY 10004-1408

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

    CLERK OF THE COURT

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

    _____
    Deputy Clerk

**TRANSFER NOTICE**

Aleris Aluminum Canada LP f/k/a/ Corus LP ("Assignor"), transfers and assigns unto Bank of America, N.A., with offices at 214 N. Tryon Street, NC1-027-14-01, Charlotte, NC 28255, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Delphi Automotive Systems LLC (the "Debtor"), in the aggregate amount of $645,056.53, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the _17_ day of _April_, 2007

ALERIS ALUMINUM CANADA LP                Bank of America, N.A.,
f/k/a Corus LP

_____               _____
(Signature)                               (Signature)

                                          Warren F. Holland
_____               _____
(Print Name and Title)                    (Print Name of Witness)