**Delphi Corporation**

**Executive Financial Planning Program**

**2006 4th Quarter Fees**

| Participant | Total Fees | Initial Year Installment |
|---|---|---|
| Mark Weber | $ 2,000 | |
| Karen Healy | $ 2,000 | |
| Atul Pasricha | $ 1,500 | |
| David Knill | $ 1,500 | |
| William Lloyd | $ 1,500 | |
| Mark Hester | $ 2,750 | 4 of 4 |
| John Sheehan | $ 3,250 | 4 of 4 |
| **Current Fees** | $ 14,500 | |

**PricewaterhouseCoopers provides the following services to the Delphi Executives each quarter:**

**Tax Planning Services**
- Assistance with income tax projections
- Modeling tax impact of company benefits
- Modeling tax impact of life events
- Withholding and estimated tax payment sufficiency analyses

**Personal Financial Planning Services**
- Cash flow and debt management
- Stock options
- Educational funding
- Retirement planning
- Retirement distributions
- Investment strategies
- Estate tax minimization
- Wealth distribution

**Delphi Corporation**

**Executive Financial Planning Program**

**2007 1st Quarter Fees**

| Participant | Total Fees |
|---|---|
| Mark Weber | $ 2,000 |
| Karen Healy | $ 2,000 |
| Atul Pasricha | $ 1,500 |
| David Knill | $ 1,500 |
| William Lloyd | $ 1,500 |
| Mark Hester | $ 2,750 |
| John Sheehan | $ 3,250 |
| **Current Fees** | $ 14,500 |

**PricewaterhouseCoopers provides the following services to the Delphi Executives each quarter:**

**Tax Planning Services**
- Assistance with income tax projections
- Modeling tax impact of company benefits
- Modeling tax impact of life events
- Withholding and estimated tax payment sufficiency analyses

**Personal Financial Planning Services**
- Cash flow and debt management
- Stock options
- Educational funding
- Retirement planning
- Retirement distributions
- Investment strategies
- Estate tax minimization
- Wealth distribution