**Delphi Corporation (Case No. 05-44481)**  Exhibit E
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Fourth Interim Period (October 1, 2006 through January 31, 2007)**

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Sarbanes-Oxley 404 Services** | | | | | | | |
| Partner | Belkasmi, Aziz | Morocco | Standard | Mo6 | 4.0 | $250 | $1,000.00 |
| | Berera, Satyavati | India | Standard | In6 | 5.0 | $250 | $1,250.00 |
| | Bucrek, James | United States | Contract Admin Specialist | Ca6 | 3.0 | $540 | $1,620.00 |
| | cenko, Michael | United States | Tax Specialist | Tx6 | 60.0 | $470 | $28,200.00 |
| | Choi, JH | Korea | Standard | Ko6 | 0.5 | $400 | $200.00 |
| | Cornell, Ralph | United States | Tax Specialist | Tx6 | 10.0 | $470 | $4,700.00 |
| | Decker, Brian | United States | Standard | 6 | 230.2 | $390 | $89,778.00 |
| | Erickson, Dave | United States | Standard | 6 | 38.0 | $390 | $14,820.00 |
| | Fairchild, Simon | United Kingdom | Standard | Uk6 | 2.8 | $400 | $1,120.00 |
| | Fitzgerald, Patrick | China | Standard | Ch6 | 8.9 | $400 | $3,560.00 |
| | Gee, Theresa | United States | Human Resources Specialist | Hr6 | 3.5 | $610 | $2,135.00 |
| | Kohler, Hansjoachim | Germany | Tax Specialist | Tx6 | 3.7 | $470 | $1,739.00 |
| | Ramirez, Adolfo | Mexico | Standard | Mx6 | 63.3 | $325 | $20,572.50 |
| | Rios, Claudia | Mexico | Standard | Mx6 | 23.1 | $325 | $7,491.25 |
| | Sen, Coskun | Turkey | Standard | Tr6 | 1.0 | $350 | $350.00 |
| | Towhill, Brian | France | Standard | Fr6 | 2.0 | $400 | $800.00 |
| **Total - Partner** | | | | | **459.0** | | **$179,335.75** |
| Director | Brown, Stasi | United States | Standard | 5 | 451.7 | $260 | $117,442.00 |
| | Burkheiser, Eric | United States | Tax Specialist | Tx5 | 1.5 | $330 | $495.00 |
| | Christie, Karen | United States | Tax Specialist | Tx5 | 58.5 | $330 | $19,305.00 |
| | Danton, Stephen | United States | Tax Specialist | Tx5 | 36.2 | $330 | $11,946.00 |
| | Fields, Robert | United States | Tax Specialist | Tx5 | 6.7 | $330 | $2,211.00 |
| | Gates, Jason | United States | Standard | 5 | 3.0 | $260 | $780.00 |
| | Herbst, Shannon | United States | Standard | 5 | 554.7 | $260 | $144,222.00 |
| | Lane, Chris | United States | Standard | 5 | 184.5 | $260 | $47,970.00 |
| | Lane, Chris | United States | Technology Specialist | Tn5 | 66.0 | $360 | $23,760.00 |
| | Osterman, Scott | United States | Standard | 5 | 411.9 | $260 | $107,094.00 |
| | Osterman, Scott | United States | Technology Specialist | Tn5 | 96.0 | $360 | $34,560.00 |
| | Perkins, Daniel | United States | Treasury Specialist | Ts5 | 186.1 | $360 | $66,996.00 |
| | Peterson, Michael | United States | Project Mgmt Specialist | Pm5 | 387.9 | $320 | $124,128.00 |
| | Powell, Thomas | United States | Standard | 5 | 1.2 | $260 | $312.00 |
| | roberts, blanche | United States | Treasury Specialist | Ts5 | 3.0 | $360 | $1,080.00 |
| | Sanders, Nicholas | United States | Standard | 5 | 1.5 | $260 | $390.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Director | Schmitz, Karin | United States | Tax Specialist | Tx5 | 173.0 | $330 | $57,090.00 |
| | Stevens, Charles | United States | Standard | 5 | 11.9 | $260 | $3,094.00 |
| | Szuldrzynski, Krzysztof | Poland | Standard | Po5 | 7.0 | $250 | $1,750.00 |
| | Tao, Iris | China | Tax Specialist | Tx5 | 23.0 | $330 | $7,590.00 |
| | Wojdyla, Dennis | United States | Standard | 5 | 371.9 | $260 | $96,681.00 |
| **Total - Director** | | | | | 3,037.2 | | **$868,896.00** |
| Sr Manager | Cano, Carlos | Mexico | Standard | Mx5 | 54.4 | $225 | $12,240.00 |
| | Gnesin, Adam | United States | Standard | 5 | 343.4 | $260 | $89,271.00 |
| | GOH, Bernard | Singapore | Standard | Si5 | 14.0 | $300 | $4,200.00 |
| | Hatfield, Richard | United Kingdom | Standard | Uk5 | 0.0 | $300 | $0.00 |
| | Hatfield, Richard | United Kingdom | Tax Specialist | Tx5 | 7.4 | $330 | $2,442.00 |
| | Hinchliffe, Debbie | United Kingdom | Standard | Uk5 | 86.1 | $300 | $25,830.00 |
| | Kosner, Frank | Germany | Tax Specialist | Tx5 | 53.5 | $330 | $17,655.00 |
| | Lee, SK | Korea | Standard | Ko5 | 52.5 | $300 | $15,750.00 |
| | Renner, Josef | Austria | Standard | As5 | 110.5 | $300 | $33,150.00 |
| | Ricardez, Elvira | Mexico | Standard | Mx5 | 100.2 | $225 | $22,545.00 |
| | Sayah, Kamal | Morocco | Standard | Mo5 | 24.0 | $180 | $4,320.00 |
| | Tao, Iris | China | Tax Specialist | Tx5 | 32.0 | $330 | $10,560.00 |
| | Throup, Zoe | United Kingdom | Standard | Uk5 | 0.0 | $300 | $0.00 |
| | Throup, Zoe | United Kingdom | Tax Specialist | Tx5 | 13.3 | $330 | $4,389.00 |
| | Wild, Travis | Australia | Standard | Au5 | 37.6 | $300 | $11,280.00 |
| | Wild, Travis | Australia | Tax Specialist | Tx5 | 14.2 | $330 | $4,686.00 |
| | Xu, Jasper | China | Standard | Ch5 | 204.0 | $300 | $61,200.00 |
| **Total - Sr Manager** | | | | | 1,147.1 | | **$319,518.00** |
| Manager | Ahuja, Manpreet Singh | India | Standard | In4 | 105.1 | $120 | $12,612.00 |
| | Arif, Hafiz | United Kingdom | Standard | Uk4 | 109.0 | $200 | $21,790.00 |
| | Aslan, Kuray | Turkey | Standard | Tr4 | 18.0 | $175 | $3,150.00 |
| | Barta, Alexander | Austria | Standard | As4 | 101.5 | $200 | $20,300.00 |
| | Bellavia, Simona | Italy | Standard | It4 | 152.0 | $200 | $30,400.00 |
| | Coles, Tamsin | United Kingdom | Standard | Uk4 | 38.5 | $200 | $7,695.00 |
| | delaunay, helene | France | Standard | Fr4 | 90.0 | $200 | $18,000.00 |
| | Ferreira, Sandra | Portugal | Standard | Pg4 | 167.1 | $175 | $29,242.50 |
| | Fisher, Tamara | United States | Project Mgmt Specialist | Pm4 | 640.0 | $280 | $179,186.00 |
| | Galang, Jennifer | United States | Tax Specialist | Tx4 | 191.2 | $230 | $43,976.00 |
| | Jamal, Navaid | United States | Standard | 4 | 1.0 | $165 | $165.00 |
| | Jang, Chang-uk | Korea | Tax Specialist | Tx4 | 2.0 | $230 | $460.00 |
| | Jilka, Nehal | United Kingdom | Standard | Uk4 | 240.9 | $200 | $48,188.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Manager | Johnson, Theresa | United States | Standard | 4 | 212.2 | $165 | $35,013.00 |
| | Krech, Miklos | Hungary | Standard | Hu4 | 16.5 | $175 | $2,887.50 |
| | Kus, Vitezslav | Czech Republic | Standard | Cz4 | 136.3 | $175 | $23,852.50 |
| | Long, David | United States | Treasury Specialist | Ts4 | 32.0 | $280 | $8,960.00 |
| | Massimino, Sarah | United States | Tax Specialist | Tx4 | 15.4 | $230 | $3,542.00 |
| | Monnette, Jeffrey | United States | Standard | 4 | 23.5 | $165 | $3,877.50 |
| | Orf, Darren | United States | Project Mgmt Specialist | Pm4 | 453.6 | $280 | $126,994.00 |
| | Parakh, Siddarth | United States | Standard | 4 | 726.9 | $165 | $119,938.50 |
| | Pascu, Hedy | Romania | Standard | Ro4 | 67.0 | $175 | $11,725.00 |
| | Reed, Brian | United States | Standard | 4 | 362.8 | $165 | $59,862.00 |
| | Rhodes, Carol | United States | Standard | 4 | 417.0 | $165 | $68,805.00 |
| | Rogge, Horst | Germany | Standard | Ge4 | 299.9 | $200 | $59,980.00 |
| | Roller, Kelly | United States | Tax Specialist | Tx4 | 146.0 | $230 | $33,580.00 |
| | Sadaghiyani, Jamshid | United States | Standard | 4 | 378.1 | $165 | $62,386.50 |
| | Scalbert, Jean-max | France | Standard | Fr4 | 69.0 | $200 | $13,800.00 |
| | Smeyers, Rafael | United States | Technology Specialist | Tn4 | 42.5 | $260 | $11,037.00 |
| | Smith, Andrea | United States | Bankruptcy Specialist | Bnkr4 | 251.3 | $360 | $90,468.00 |
| | Sydon, Marcus | Germany | Standard | Ge4 | 86.2 | $200 | $17,240.00 |
| | Taylor, Todd | United States | Standard | 4 | 391.3 | $165 | $64,564.50 |
| | Tee, Alvin | China | Standard | Ch4 | 116.0 | $175 | $20,300.00 |
| | Urban, Piotr | Poland | Standard | Po4 | 113.8 | $175 | $19,915.00 |
| | Van Hyfte, Shelly | United States | Tax Specialist | Tx4 | 56.6 | $230 | $13,018.00 |
| | VanGorder, Kimberly | United States | Standard | 4 | 581.2 | $165 | $95,898.00 |
| | Waclawek, Jan | Poland | Tax Specialist | Tx4 | 9.1 | $230 | $2,093.00 |
| | Weir, Diane | United States | Standard | 4 | 369.9 | $165 | $61,025.25 |
| **Total - Manager** | | | | | **7,230.2** | | **$1,445,926.75** |
| Sr Associate | Abergel, Elise | France | Standard | Fr3 | 1.0 | $160 | $160.00 |
| | Anderson, Michael | United States | Treasury Specialist | Ts3 | 291.0 | $220 | $64,020.00 |
| | Anderson, Molly | United States | Tax Specialist | Tx3 | 68.5 | $155 | $10,617.50 |
| | Arenas, Jesse | Mexico | Standard | Mx3 | 84.0 | $95 | $7,975.25 |
| | Arifi, Fetije | Germany | Tax Specialist | Tx3 | 3.0 | $155 | $465.00 |
| | Bailey, Jonafel | United States | Standard | 3B | 505.7 | $130 | $65,734.50 |
| | Barbos, Alexandru | Romania | Standard | Ro3 | 255.9 | $90 | $23,031.00 |
| | Barbos, Alexandru | Romania | Tax Specialist | Tx3 | 38.0 | $155 | $5,890.00 |
| | Beaver, William | United States | Standard | 3B | 500.1 | $130 | $65,013.00 |
| | Braman, Brandon | United States | Standard | 3B | 345.5 | $130 | $44,908.50 |
| | Caltagirone, Valeria | Italy | Standard | It3 | 164.0 | $160 | $26,240.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Sr Associate | Campos, Rocio | Mexico | Standard | Mx3 | 107.2 | $95 | $10,179.25 |
| | Chang, Douglas | China | Standard | Ch3 | 382.0 | $160 | $61,120.00 |
| | Chew, Chui Peng | Singapore | Standard | Si3 | 64.5 | $160 | $10,320.00 |
| | Chigariro, Shungu | United States | Project Mgmt Specialist | Pm3 | 567.8 | $215 | $122,066.25 |
| | Choudhary, Puja | India | Standard | In3 | 157.7 | $60 | $9,462.00 |
| | Chua, Jim | Singapore | Standard | Si3 | 25.0 | $160 | $4,000.00 |
| | Cid, Nallieli | Mexico | Standard | Mx3 | 353.5 | $95 | $33,577.75 |
| | Contreras, Jorge | Mexico | Standard | Mx3 | 143.9 | $95 | $13,670.50 |
| | Covello, Marcela | United States | Standard | 3A | 489.0 | $120 | $58,680.00 |
| | Dada, Kolade | United States | Standard | 3A | 590.0 | $120 | $70,800.00 |
| | Dauner, Andras | Hungary | Standard | Hu3 | 19.0 | $135 | $2,565.00 |
| | de la Lande, Sebastien | France | Standard | Fr3 | 25.0 | $160 | $4,000.00 |
| | Dell, Paul | United States | Standard | 3A | 425.8 | $120 | $51,096.00 |
| | Dipplinger, Gerald | Austria | Standard | As3 | 28.0 | $160 | $4,480.00 |
| | Doherty, Lisa | United States | Standard | 3A | 16.5 | $120 | $1,980.00 |
| | Dryjski, Bartosz | Poland | Tax Specialist | Tx3 | 18.0 | $155 | $2,790.00 |
| | Fabre, Frederic | France | Standard | Fr3 | 151.5 | $160 | $24,240.00 |
| | Fetije, Arifi | Germany | Tax Specialist | Tx3 | 21.7 | $155 | $3,363.50 |
| | Fingerhut, Mathias | Germany | Standard | Ge3 | 38.0 | $160 | $6,080.00 |
| | Fleckenstein, Ralf | Germany | Standard | Ge3 | 93.0 | $160 | $14,880.00 |
| | Franklin, Stephanie | United States | Standard | 3B | 623.6 | $130 | $81,068.00 |
| | Freimuth, Regine | Germany | Tax Specialist | Tx3 | 82.9 | $155 | $12,849.50 |
| | Godyn, Marcin | Poland | Standard | Po3 | 147.5 | $135 | $19,905.75 |
| | Grimaldi, Anne Marie | United States | Standard | 3A | 137.7 | $120 | $16,524.00 |
| | Gupta, Deepti | India | Standard | In3 | 127.6 | $60 | $7,656.00 |
| | Gutierrez, Gildardo | Mexico | Standard | Mx3 | 37.1 | $95 | $3,524.50 |
| | Gutierrez, Jaime | United States | Standard | 3A | 519.8 | $120 | $62,376.00 |
| | Hamida, Kamel | France | Standard | Fr3 | 68.0 | $160 | $10,880.00 |
| | Hans, Sebastian | Germany | Tax Specialist | Tx3 | 75.8 | $155 | $11,749.00 |
| | Holm, Ilse | Mexico | Standard | Mx3 | 24.6 | $95 | $2,337.00 |
| | Jang, Pil-Seon | Korea | Tax Specialist | Tx3 | 17.5 | $155 | $2,712.50 |
| | Janjua, Imtiaz | United Kingdom | Standard | Uk3 | 40.6 | $140 | $5,684.00 |
| | Kim, You-Na | Korea | Tax Specialist | Tx3 | 18.5 | $155 | $2,867.50 |
| | King, Langdon | United States | Technology Specialist | Tn3 | 508.4 | $200 | $101,680.00 |
| | Knox, Christopher | United States | Standard | 3A | 115.3 | $120 | $13,836.00 |
| | Knox, Christopher | United States | Standard | 3B | 90.1 | $130 | $11,713.00 |
| | Kochanek, Tomasz | Poland | Standard | Po3 | 45.1 | $135 | $6,081.75 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Sr Associate | Kumar, Manoj | India | Standard | In3 | 114.5 | $60 | $6,870.00 |
| | Laforest, Randy | United States | Standard | 3A | 586.0 | $120 | $70,320.00 |
| | Lakrissa, Mehdi | Morocco | Standard | Mo3 | 147.0 | $100 | $14,700.00 |
| | Langone, Adriana | United Kingdom | Standard | Uk3 | 0.0 | $140 | $0.00 |
| | Langone, Adriana | United Kingdom | Tax Specialist | Tx3 | 10.8 | $155 | $1,674.00 |
| | Lyson, Krzysztof | Poland | Standard | Po3 | 230.2 | $135 | $31,070.25 |
| | Łysoń, Krzysztof | Poland | Standard | Po3 | 11.3 | $135 | $1,525.50 |
| | MacKenzie, Nicole | United States | Bankruptcy Specialist | Bnkr3 | 2.5 | $260 | $650.00 |
| | Mok, Ching Lin | China | Standard | Ch3 | 393.0 | $160 | $62,880.00 |
| | Mondair, Rundeep | United Kingdom | Standard | Uk3 | 4.5 | $140 | $630.00 |
| | Moonasar, Satish | United States | Standard | 3A | 40.0 | $120 | $4,800.00 |
| | Navarro, Paola | United States | Standard | 3A | 591.1 | $120 | $70,932.00 |
| | Nazim, Magdalena | Poland | Standard | Po3 | 33.7 | $135 | $4,549.50 |
| | Orf, Anne | United States | Standard | 3A | 149.9 | $120 | $17,988.00 |
| | Ostin, Elizabeth | United States | Tax Specialist | Tx3 | 71.5 | $155 | $11,082.50 |
| | Pacheco, Joana | Portugal | Standard | Pg3 | 113.4 | $135 | $15,309.00 |
| | Patel, Jasmina | United States | Standard | 3A | 380.8 | $120 | $45,696.00 |
| | Paxton, Bridy | United States | Standard | 3A | 201.4 | $120 | $24,168.00 |
| | Pillay, Deshen | United States | Standard | 3A | 481.3 | $120 | $57,756.00 |
| | Pillay, Kumarie | United States | Standard | 3A | 151.8 | $120 | $18,216.00 |
| | Potter, William | United States | Standard | 3A | 24.5 | $120 | $2,940.00 |
| | Pretorius, Martin | United States | Standard | 3A | 487.0 | $120 | $58,440.00 |
| | Radwanska, Monika | Poland | Standard | Po3 | 91.6 | $135 | $12,359.25 |
| | Rao, Vaishali | United States | Standard | 3B | 626.6 | $130 | $81,451.50 |
| | Reed, Brian | United States | Standard | 4 | 124.5 | $165 | $20,542.50 |
| | Rivera, Jose | Mexico | Standard | Mx3 | 32.0 | $95 | $3,040.00 |
| | Rostek, Konrad | Poland | Standard | Po3 | 138.3 | $135 | $18,670.50 |
| | Roy Choudhury, Adity | United Kingdom | Standard | Uk3 | 212.8 | $140 | $29,785.00 |
| | Sadaghiyani, Jamshid | United States | Standard | 4 | 164.3 | $165 | $27,109.50 |
| | Sène-Daïeff, M'Basse | France | Standard | Fr3 | 76.0 | $160 | $12,160.00 |
| | Severin, Jessica | Germany | Standard | Ge3 | 118.7 | $160 | $18,992.00 |
| | Siansi, Cleberson | United States | Standard | 3B | 508.3 | $130 | $66,079.00 |
| | Skarpa, Radim | Czech Republic | Standard | Cz3 | 204.9 | $135 | $27,661.50 |
| | Stefanik, Peter | Czech Republic | Standard | Cz3 | 44.4 | $135 | $5,987.25 |
| | Szollosi, Zoltan | Hungary | Standard | Hu3 | 19.5 | $135 | $2,632.50 |
| | Thiel, Nicole | United States | Tax Specialist | Tx3 | 160.0 | $155 | $24,800.00 |
| | Velazquez, Jorge | Mexico | Standard | Mx3 | 14.0 | $95 | $1,330.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Sr Associate | Williams, Earle | United States | Standard | 3A | 396.1 | $120 | $47,526.00 |
| | Willis, Chris | Australia | Standard | Au3 | 12.1 | $160 | $1,936.00 |
| | Willis, Chris | Australia | Tax Specialist | Tx3 | 34.9 | $155 | $5,409.50 |
| | Woo, Melissa | Singapore | Standard | Si3 | 64.0 | $160 | $10,240.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 447.0 | $260 | $116,220.00 |
| | Yang, Adeline | Singapore | Standard | Si3 | 34.0 | $160 | $5,440.00 |
| | Yuan, Nora | China | Standard | Ch3 | 274.0 | $160 | $43,840.00 |
| | Zuccaro, Serafina | Italy | Standard | It3 | 8.0 | $160 | $1,280.00 |
| **Total - Sr Associate** | | | | | **16,685.4** | | **$2,303,538.25** |
| Associate | Agarwal, Manish | United Kingdom | Standard | Uk2 | 168.2 | $95 | $15,979.00 |
| | Ahmad, Omar | United Kingdom | Standard | Uk2 | 55.5 | $95 | $5,272.50 |
| | Ahmad, Sahir | United Kingdom | Standard | Uk2 | 33.6 | $95 | $3,187.25 |
| | Bains, Sandi | United Kingdom | Standard | Uk2 | 35.8 | $95 | $3,396.25 |
| | Bann, Courtney | United States | Standard | 2B | 120.0 | $110 | $13,200.00 |
| | Beasley, Rashida | United States | Standard | 2B | 280.6 | $110 | $30,866.00 |
| | Bebar, Ivo | Germany | Standard | Ge2 | 79.6 | $130 | $10,341.50 |
| | Beer, Alexander | Germany | Standard | Ge2 | 97.2 | $130 | $12,636.00 |
| | Bieber, Chad | United States | Tax Specialist | Tx2 | 26.6 | $120 | $3,192.00 |
| | Bieterman, Caren | United States | Standard | 2A | 508.6 | $95 | $48,312.25 |
| | Blaha, Martin | Czech Republic | Standard | Cz2 | 228.5 | $105 | $23,992.50 |
| | Blischke, Bjorn | Germany | Standard | Ge2 | 1.0 | $130 | $130.00 |
| | Boudiaf, Aouatif | Morocco | Standard | Mo2 | 147.0 | $75 | $11,025.00 |
| | Broomfield, Jessica | United States | Standard | 2A | 152.0 | $95 | $14,440.00 |
| | Budzinski, Jesse | United States | Tax Specialist | Tx2 | 20.5 | $120 | $2,460.00 |
| | Chen, Ling | Germany | Standard | Ge2 | 171.7 | $130 | $22,321.00 |
| | Cieciel, Dominika | Poland | Standard | Po2 | 115.0 | $105 | $12,075.00 |
| | Cummins, Nathan | United States | Technology Specialist | Tn2 | 528.1 | $165 | $87,128.25 |
| | Cuvillier, Stanislas | France | Standard | Fr2 | 44.0 | $130 | $5,720.00 |
| | Diez, Alexander | Germany | Standard | Ge2 | 236.7 | $130 | $30,764.50 |
| | Diolot, Caroline | France | Standard | Fr2 | 0.5 | $130 | $65.00 |
| | Draganescu, Teodora | Romania | Standard | Ro2 | 140.1 | $60 | $8,406.00 |
| | Dunner, Kristin | United States | Standard | 2A | 55.0 | $95 | $5,225.00 |
| | Ebenhoeh, Bradley | United States | Standard | 2A | 124.3 | $95 | $11,808.50 |
| | Eide, Elizabeth | United States | Standard | 2A | 9.0 | $95 | $855.00 |
| | Erbay, Abdullah | Austria | Standard | As2 | 109.0 | $130 | $14,170.00 |
| | Escandon, Leopoldo | Mexico | Standard | Mx2 | 188.6 | $75 | $14,141.25 |
| | Eyman, Genevieve | United States | Standard | 2A | 394.2 | $95 | $37,449.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Associate | Fairless, Mark | United Kingdom | Standard | Uk2 | 40.8 | $95 | $3,871.25 |
| | Familiari, Francesca | Italy | Standard | It2 | 246.0 | $130 | $31,980.00 |
| | Farkas, Szabolcs | United States | Standard | 2A | 91.7 | $95 | $8,711.50 |
| | Fitoussi, Emmanuel | France | Standard | Fr2 | 111.0 | $130 | $14,430.00 |
| | Garcia Vega, Guadalupe | United States | Standard | 2B | 82.4 | $110 | $9,064.00 |
| | Gavric, Marko | Italy | Standard | It2 | 218.0 | $130 | $28,340.00 |
| | Geraldes, Flávio | Portugal | Standard | Pg2 | 80.0 | $105 | $8,400.00 |
| | Goerl, Sophie | Germany | Standard | Ge2 | 78.8 | $130 | $10,244.00 |
| | Gonzalez, Ismael | Mexico | Standard | Mx2 | 359.5 | $75 | $26,958.75 |
| | Gonzalez, Patricio | United States | Standard | 2B | 189.7 | $110 | $20,867.00 |
| | Gore, Robert | United States | Treasury Specialist | Ts2 | 25.0 | $175 | $4,375.00 |
| | Higgins, Simon | United Kingdom | Standard | Uk2 | 8.5 | $95 | $807.50 |
| | Hil, Maciej | Poland | Standard | Po2 | 40.0 | $105 | $4,200.00 |
| | Holtsclaw, Dustin | United States | Standard | 2A | 27.5 | $95 | $2,612.50 |
| | Hosnofsky, Christian | Germany | Standard | Ge2 | 108.1 | $130 | $14,046.50 |
| | Hrincescu, Radu | Romania | Standard | Ro2 | 181.3 | $60 | $10,878.00 |
| | Huang, Wei | United Kingdom | Standard | Uk2 | 36.8 | $95 | $3,496.00 |
| | Jelinkova, Hana | Czech Republic | Standard | Cz2 | 140.3 | $105 | $14,731.50 |
| | Jones, Mike | United Kingdom | Standard | Uk2 | 73.5 | $95 | $6,982.50 |
| | Kallas, Stefanie | United States | Standard | 2A | 596.4 | $95 | $56,653.25 |
| | Kedzierska, Danuta | Poland | Standard | Po2 | 96.6 | $105 | $10,137.75 |
| | Keener, Stuart | United States | Standard | 2A | 48.1 | $95 | $4,569.50 |
| | Kottelwesch, Eva | Germany | Tax Specialist | Tx2 | 108.4 | $120 | $13,008.00 |
| | Kroll, Andrew | United States | Tax Specialist | Tx2 | 21.0 | $120 | $2,520.00 |
| | Kumar, Manoj | India | Standard | In3 | 50.7 | $60 | $3,042.00 |
| | Laurent, Mathilde | France | Standard | Fr2 | 91.0 | $130 | $11,830.00 |
| | Levit, Igor | Germany | Standard | Ge2 | 243.1 | $130 | $31,603.00 |
| | Lewindon, Chris | United Kingdom | Standard | Uk2 | 70.7 | $95 | $6,716.50 |
| | Lim, Jay | United States | Standard | 2A | 517.8 | $95 | $49,191.00 |
| | Maduraiveeran, Dhinesh | United Kingdom | Standard | Uk2 | 118.9 | $95 | $11,295.50 |
| | Małecki, Filip | Poland | Standard | Po2 | 13.0 | $105 | $1,365.00 |
| | Mougeot, Claire | France | Standard | Fr2 | 169.0 | $130 | $21,970.00 |
| | Multani, Amardeep Singh | United Kingdom | Standard | Uk2 | 31.8 | $95 | $3,021.00 |
| | Natorski, Nicole | United States | Standard | 2A | 5.4 | $95 | $513.00 |
| | Natorski, Nicole | United States | Standard | 2B | 342.8 | $110 | $37,702.50 |
| | Nicolosi, Manuela | France | Standard | Fr2 | 3.0 | $130 | $390.00 |
| | Oprea, Genonia | Romania | Standard | Ro2 | 91.7 | $60 | $5,502.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Associate | Pacala, Liviu | Romania | Standard | Ro2 | 113.3 | $60 | $6,798.00 |
| | Paschek, Andrzej | Poland | Standard | Po2 | 2.0 | $105 | $210.00 |
| | Pickwick, Nathan | United States | Standard | 2A | 32.0 | $95 | $3,040.00 |
| | Piquet, Isabelle | France | Standard | Fr2 | 92.0 | $130 | $11,960.00 |
| | Pistillo, Elena | Italy | Standard | It2 | 282.0 | $130 | $36,660.00 |
| | Piwkowska, Dorota | Poland | Standard | Po2 | 28.0 | $105 | $2,934.75 |
| | Razo, Sergio | Czech Republic | Standard | Cz2 | 246.3 | $105 | $25,861.50 |
| | Rininger, Luke | United States | Standard | 2A | 313.7 | $95 | $29,796.75 |
| | Saenz, Patricio | United States | Standard | 2A | 229.4 | $95 | $21,793.00 |
| | Salato, Nicolas | France | Standard | Fr2 | 81.0 | $130 | $10,530.00 |
| | Sandoval, David | United States | Standard | 2A | 385.6 | $95 | $36,632.00 |
| | Santos, Sofia | Portugal | Standard | Pg2 | 37.8 | $105 | $3,969.00 |
| | Schietinger, Timo | Germany | Standard | Ge2 | 297.2 | $130 | $38,636.00 |
| | Scot-Hoad, Oliver | United Kingdom | Standard | Uk2 | 59.9 | $95 | $5,690.50 |
| | Shaham, Ran | United States | Standard | 2A | 81.0 | $95 | $7,695.00 |
| | Shaw, Helen | United Kingdom | Standard | Uk2 | 16.5 | $95 | $1,567.50 |
| | Shehi, Renis | United States | Standard | 2B | 624.3 | $110 | $68,667.50 |
| | Shuleva, Christopher | United States | Standard | 2A | 38.6 | $95 | $3,662.25 |
| | Smail, James | United Kingdom | Standard | Uk2 | 49.7 | $95 | $4,721.50 |
| | Smith, Sharma | United States | Tax Specialist | Tx2 | 64.3 | $120 | $7,716.00 |
| | Smołka, Michał | Poland | Standard | Po2 | 42.1 | $105 | $4,415.25 |
| | Spiers, Mark | United Kingdom | Standard | Uk2 | 59.7 | $95 | $5,671.50 |
| | Stendahl, Subashi | United States | Standard | 2A | 39.0 | $95 | $3,705.00 |
| | Szot, Maciej | Poland | Standard | Po2 | 16.0 | $105 | $1,680.00 |
| | Tarasiewicz, Aleksandra | Poland | Standard | Po2 | 41.8 | $105 | $4,389.00 |
| | Taylor, Drew | United States | Tax Specialist | Tx2 | 14.5 | $120 | $1,740.00 |
| | Thomas, Rance | United States | Standard | 2A | 571.0 | $95 | $54,240.25 |
| | Tsai, Debby | United States | Standard | 2A | 19.5 | $95 | $1,852.50 |
| | Verma, Siddhant | United States | Standard | 2A | 24.0 | $95 | $2,280.00 |
| | Vidal, Amandine | France | Standard | Fr2 | 178.0 | $130 | $23,140.00 |
| | Voytsekhivskyy, Igor | United States | Standard | 2A | 240.8 | $95 | $22,876.00 |
| | Ward, Richard | United Kingdom | Standard | Uk2 | 14.8 | $95 | $1,406.00 |
| | Wendeln, David | United States | Standard | 2A | 11.7 | $95 | $1,111.50 |
| | Williams, Jim | United States | Standard | 2A | 115.3 | $95 | $10,953.50 |
| | Wilmot, Mark | United States | Tax Specialist | Tx2 | 137.3 | $120 | $16,476.00 |
| | Wootton, Simon | United Kingdom | Standard | Uk2 | 50.8 | $95 | $4,826.00 |
| | Wu, Benny | China | Standard | Ch2 | 40.0 | $130 | $5,200.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Associate | Xiu, Sophia | China | Standard | Ch2 | 16.0 | $130 | $2,080.00 |
| | Zhu, Angeline | China | Standard | Ch2 | 168.0 | $130 | $21,840.00 |
| **Total - Associate** | | | | | **13,703.2** | | **$1,463,008.50** |
| Paraprofessional | Stendahl, Subashi | United States | Bankruptcy Specialist | Bnkr1 | 20.1 | $135 | $2,713.50 |
| **Total - Paraprofessional** | | | | | **20.1** | | **$2,713.50** |
| Administrative | Doherty, Lisa | United States | Standard | 2A | 14.5 | $95 | $1,377.50 |
| | Koenen, Theresa | United States | Standard | 1 | 17.5 | $80 | $1,400.00 |
| | Robertson, Amy | United States | Standard | 1 | 4.0 | $80 | $320.00 |
| | Stendahl, Subashi | United States | Standard | 1 | 15.0 | $80 | $1,200.00 |
| **Total - Administrative** | | | | | **51.0** | | **$4,297.50** |
| **Total - Sarbanes-Oxley 404 Services for the Fourth Interim Period** | | | | | **42,333.0** | | **$6,587,234.25** |
| | | | | **Blended Rate for the Fourth Interim Period** | | | **$155.61** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Fresh Start Accounting Services** | | | | | | | |
| Partner | Banerjee, Srijit | United States | Fresh Start | FS | 71.7 | $700 | $50,190.00 |
| | Coallier, Donna | United States | Fresh Start | FS | 55.3 | $750 | $41,475.00 |
| | Cutrone, Denise | United States | Fresh Start | FS | 32.2 | $700 | $22,540.00 |
| | Knibutat, Kristian | United States | Fresh Start | FS | 32.8 | $750 | $24,600.00 |
| | Lee, Jin | United States | Fresh Start | FS | 63.5 | $650 | $41,275.00 |
| | Ryan, Tom | United States | Fresh Start | FS | 29.0 | $750 | $21,750.00 |
| | Tanner, Doug | United States | Fresh Start | FS | 5.0 | $775 | $3,875.00 |
| **Total - Partner** | | | | | **289.5** | | **$205,705.00** |
| Director | Bichut, Dominique | United States | Fresh Start | FS | 35.5 | $500 | $17,750.00 |
| | Micheluzzi, Reto | United States | Fresh Start | FS | 89.8 | $505 | $45,349.00 |
| | Morris, Brian | United States | Fresh Start | FS | 8.0 | $500 | $4,000.00 |
| | Peterson, Michael | United States | Fresh Start | FS | 55.9 | $290 | $16,211.00 |
| | Rowe, Sean | United States | Fresh Start | FS | 36.5 | $235 | $8,577.50 |
| **Total - Director** | | | | | **225.7** | | **$91,887.50** |
| Manager | Fisher, Tamara | United States | Fresh Start | FS | 10.8 | $270 | $2,916.00 |
| | Mayer, Rudolph | United States | Fresh Start | FS | 15.1 | $260 | $3,926.00 |
| | Somani, Imtiaz | United States | Fresh Start | FS | 10.9 | $235 | $2,561.50 |
| **Total - Manager** | | | | | **36.8** | | **$9,403.50** |
| Sr Associate | Chigariro, Shungu | United States | Fresh Start | FS | 9.1 | $225 | $2,047.50 |
| **Total - Sr Associate** | | | | | **9.1** | | **$2,047.50** |
| Associate | Cornett, Christopher | United States | Fresh Start | FS | 2.0 | $280 | $560.00 |
| | Dutt, Amal | United States | Fresh Start | FS | 1.5 | $280 | $420.00 |
| | Hancey, John Stratton | United States | Fresh Start | FS | 2.5 | $280 | $700.00 |
| | Vanderpool, Lee | United States | Fresh Start | FS | 2.0 | $280 | $560.00 |
| | Villamena, Vincenzo | United States | Fresh Start | FS | 3.0 | $280 | $840.00 |
| | Whitaker, Patrick | United States | Fresh Start | FS | 4.5 | $280 | $1,260.00 |
| | Woloszyn, Mark | United States | Fresh Start | FS | 2.5 | $280 | $700.00 |
| **Total - Associate** | | | | | **18.0** | | **$5,040.00** |
| Administrative | Berlant, Alison | United States | Fresh Start | FS | 1.0 | $95 | $95.00 |
| | Black, Stephanie | United States | Fresh Start | FS | 7.6 | $95 | $722.00 |
| | Eyman, Genevieve | United States | Fresh Start | FS | 34.5 | $95 | $3,277.50 |
| | Nelson, Patricia | United States | Fresh Start | FS | 0.3 | $95 | $28.50 |
| **Total - Administrative** | | | | | **43.4** | | **$4,123.00** |
| Voluntary Reduction | Voluntary Reduction | United States | Fresh Start | FS | | | ($68,206.50) |
| **Total - Voluntary Reduction** | | | | | | | **($68,206.50)** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Total - Fresh Start Accounting Services for the Fourth Interim Perio** | | | | | **622.5** | | **$250,000.00** |
| | | | | **Blended Rate for the Fourth Interim Period** | | | **$401.61** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Project Giant** | | | | | | | |
| Partner | Bissoondial, Hardeo | United States | Project Giant | Gi6 | 1.0 | $775 | $775.00 |
| | Burwell, Michael | United States | Project Giant | Gi6 | 14.7 | $775 | $11,392.50 |
| | Cornell, Ralph | United States | Project Giant | Gi6 | 2.0 | $775 | $1,550.00 |
| | Dilcher, David | United States | Project Giant | Gi6 | 64.7 | $775 | $50,142.50 |
| | Elie, Paul | United States | Project Giant | Gi6 | 15.7 | $775 | $12,167.50 |
| | Hesse, Scott | United States | Project Giant | Gi6 | 12.1 | $775 | $9,377.50 |
| | Kelly, Brian | United States | Project Giant | Gi6 | 52.5 | $775 | $40,687.50 |
| | Malley, Kevin | United States | Project Giant | Gi6 | 22.8 | $775 | $17,670.00 |
| | Medeiros, Gordon | United States | Project Giant | Gi6 | 30.3 | $775 | $23,443.75 |
| | Miller, Eric | United States | Project Giant | Gi6 | 39.6 | $775 | $30,690.00 |
| | Tuohy, Michael | United States | Project Giant | Gi6 | 2.0 | $775 | $1,550.00 |
| | Wittmer, Colin | United States | Project Giant | Gi6 | 144.0 | $775 | $111,600.00 |
| | Zaleski, Jeffrey | United States | Project Giant | Gi6 | 37.2 | $775 | $28,830.00 |
| **Total - Partner** | | | | | **438.6** | | **$339,876.25** |
| Managing Director | Sculnick, Michael | United States | Project Giant | Gi5a | 39.8 | $775 | $30,845.00 |
| | Wiles, Dan | United States | Project Giant | Gi5a | 1.5 | $775 | $1,162.50 |
| **Total - Managing Director** | | | | | **41.3** | | **$32,007.50** |
| Director | Burkheiser, Eric | United States | Project Giant | Gi5 | 17.3 | $515 | $8,909.50 |
| | Chamberland, Charles | United States | Project Giant | Gi5 | 100.1 | $515 | $51,551.50 |
| | Chen, David | United States | Project Giant | Gi5 | 29.1 | $515 | $14,986.50 |
| | Danton, Stephen | United States | Project Giant | Gi5 | 19.9 | $515 | $10,248.50 |
| | Durocher, Philippe | United States | Project Giant | Gi5 | 64.0 | $515 | $32,960.00 |
| | Eastman, Nathan | United States | Project Giant | Gi5 | 46.3 | $515 | $23,844.50 |
| | Frost, Darren | United States | Project Giant | Gi5 | 55.4 | $515 | $28,531.00 |
| | Gulbin, Paul | United States | Project Giant | Gi5 | 81.0 | $515 | $41,715.00 |
| | Martin, Alexander | United States | Project Giant | Gi5 | 21.7 | $515 | $11,175.50 |
| | McCarthy, Paul | United States | Project Giant | Gi5 | 52.7 | $515 | $27,140.50 |
| | Nguyen-Dai, Jean-Marie | United States | Project Giant | Gi5 | 83.7 | $515 | $43,105.50 |
| | Smidt, Peter | United States | Project Giant | Gi5 | 188.0 | $515 | $96,820.00 |
| | Thomas, Dingdi | United States | Project Giant | Gi5 | 14.9 | $515 | $7,673.50 |
| | Verma, Pawan | United States | Project Giant | Gi5 | 31.9 | $515 | $16,428.50 |
| **Total - Director** | | | | | **806.0** | | **$415,090.00** |
| Manager | Bao, Haifeng | United States | Project Giant | Gi4 | 88.8 | $390 | $34,632.00 |
| | Bharkhda, Jeff | United States | Project Giant | Gi4 | 32.9 | $390 | $12,831.00 |
| | Campbell, Albert | United States | Project Giant | Gi4 | 95.0 | $390 | $37,050.00 |
| | Deramaux, Emeric | United States | Project Giant | Gi4 | 36.9 | $390 | $14,391.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Manager | Dietz, Richard | United States | Project Giant | Gi4 | 84.3 | $390 | $32,877.00 |
| | Flakne, Mark | United States | Project Giant | Gi4 | 92.5 | $390 | $36,075.00 |
| | Johnson, Chris | United States | Project Giant | Gi4 | 15.6 | $390 | $6,084.00 |
| | Lloyd, Nicholas | United States | Project Giant | Gi4 | 56.0 | $390 | $21,840.00 |
| | McClellan, John | United States | Project Giant | Gi4 | 9.0 | $390 | $3,510.00 |
| | Moylan, John | United States | Project Giant | Gi4 | 54.7 | $390 | $21,333.00 |
| | Roy, Denis | United States | Project Giant | Gi4 | 8.5 | $390 | $3,315.00 |
| | Samohin, Demetrios | United States | Project Giant | Gi4 | 74.3 | $390 | $28,977.00 |
| | Sexton, Steven | United States | Project Giant | Gi4 | 148.5 | $390 | $57,895.50 |
| | Vasquez, Carlos | United States | Project Giant | Gi4 | 26.1 | $390 | $10,179.00 |
| | Wheeler, Eric | United States | Project Giant | Gi4 | 42.3 | $390 | $16,497.00 |
| **Total - Manager** | | | | | **865.4** | | **$337,486.50** |
| Sr Associate | Alberti, Joseph | United States | Project Giant | Gi3 | 16.5 | $325 | $5,362.50 |
| | Andersen, Blaine | United States | Project Giant | Gi3 | 45.0 | $325 | $14,625.00 |
| | Clouser, Andrew | United States | Project Giant | Gi3 | 15.2 | $325 | $4,940.00 |
| | Fliegel, Charlie | United States | Project Giant | Gi3 | 19.0 | $325 | $6,175.00 |
| | Grundman, Jeffrey | United States | Project Giant | Gi3 | 76.1 | $325 | $24,732.50 |
| | Han, Joseph | United States | Project Giant | Gi3 | 78.4 | $325 | $25,480.00 |
| | Kaplan, Adam | United States | Project Giant | Gi3 | 87.4 | $325 | $28,405.00 |
| | Kimball, Jake | United States | Project Giant | Gi3 | 22.9 | $325 | $7,442.50 |
| | Krawczyk, Rafal | United States | Project Giant | Gi3 | 78.4 | $325 | $25,480.00 |
| | Loose, Russell | United States | Project Giant | Gi3 | 21.7 | $325 | $7,052.50 |
| | Loring, Justin | United States | Project Giant | Gi3 | 13.2 | $325 | $4,290.00 |
| | Ly, Le | United States | Project Giant | Gi3 | 77.8 | $325 | $25,285.00 |
| | McCarty, Justin | United States | Project Giant | Gi3 | 52.0 | $325 | $16,900.00 |
| | Monette, Benoit | United States | Project Giant | Gi3 | 11.2 | $325 | $3,640.00 |
| | Nandwana, Jay | United States | Project Giant | Gi3 | 101.1 | $325 | $32,857.50 |
| | Nguyen, Anh | United States | Project Giant | Gi3 | 68.5 | $325 | $22,262.50 |
| | Purdy, Scott | United States | Project Giant | Gi3 | 20.0 | $325 | $6,500.00 |
| | Roling, Matthew | United States | Project Giant | Gi3 | 136.7 | $325 | $44,427.50 |
| | Sharma, Chetan | United States | Project Giant | Gi3 | 62.4 | $325 | $20,280.00 |
| | Slater, Samuel | United States | Project Giant | Gi3 | 103.5 | $325 | $33,637.50 |
| | Sullivan, Lyndsay | United States | Project Giant | Gi3 | 118.4 | $325 | $38,480.00 |
| | Thiel, Nicole | United States | Project Giant | Gi3 | 67.2 | $325 | $21,840.00 |
| | Whalen, Gretchen | United States | Project Giant | Gi3 | 1.0 | $325 | $325.00 |
| | Wilkinson, Kevin | United States | Project Giant | Gi3 | 108.5 | $325 | $35,262.50 |
| | Winsett, Jake | United States | Project Giant | Gi3 | 59.9 | $325 | $19,467.50 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Sr Associate | Yang, Yan | United States | Project Giant | Gi3 | 25.7 | $325 | $8,352.50 |
| | You, Yang | United States | Project Giant | Gi3 | 33.8 | $325 | $10,985.00 |
| **Total - Sr Associate** | | | | | **1,521.5** | | **$494,487.50** |
| Associate | Bieber, Chad | United States | Project Giant | Gi2 | 0.4 | $290 | $116.00 |
| | Chapman, Justin | United States | Project Giant | Gi2 | 97.4 | $290 | $28,246.00 |
| | Doherty, Lisa | United States | Project Giant | Gi2 | 4.3 | $290 | $1,247.00 |
| | Eyman, Genevieve | United States | Project Giant | Gi2 | 4.4 | $290 | $1,276.00 |
| | Harbert, Raymond | United States | Project Giant | Gi2 | 23.0 | $290 | $6,670.00 |
| | O'Hara, Chris | United States | Project Giant | Gi2 | 15.5 | $290 | $4,495.00 |
| | Sor, Sodany | United States | Project Giant | Gi2 | 27.8 | $290 | $8,062.00 |
| **Total - Associate** | | | | | **172.8** | | **$50,112.00** |
| Administrative | Armes, Donna | United States | Project Giant | Gi1 | 11.3 | $100 | $1,130.00 |
| | Hernandez, Lizette | United States | Project Giant | Gi1 | 3.0 | $100 | $300.00 |
| | Miller, Roberta | United States | Project Giant | Gi1 | 7.3 | $100 | $730.00 |
| **Total - Administrative** | | | | | **21.6** | | **$2,160.00** |
| **Total - Project Giant for the Fourth Interim Period** | | | | | **3,867.1** | | **$1,671,219.75** |
| | | | | **Blended Rate for the Fourth Interim Period** | | | **$432.16** |
| **Grand Totals for the Fourth Interim Period** | | | | | **46,822.6** | | **$8,508,454.00** |
| | | | | **Blended Rate for the Fourth Interim Period** | | | **$181.72** |