**Delphi Corporation (Case No. 05-44481)**                                                        **Exhibit F**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Category and Task Code for the Fourth Interim Period (October 1, 2006 through January 31, 2007)**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Sarbanes-Oxley 404 Services* | | | |
| **Bankruptcy Employment Application and Other Court** | | | |
| Bankruptcy Employment Application | United States | 0.9 | $324.00 |
| **Total - Bankruptcy Employment Application and Other Court** | | **0.9** | **$324.00** |
| **Monthly and Interim Fee Applications** | | | |
| Documentation of time detail | United States | 117.7 | $11,982.50 |
| Manage foreign billing | United States | 98.8 | $35,568.00 |
| Preparation of fee application | United States | 733.9 | $190,150.00 |
| **Total - Monthly and Interim Fee Applications** | | **950.4** | **$237,700.50** |
| **Non-Working Travel Time** | | | |
| Delphi - Travel | Poland | 85.8 | $10,946.75 |
| Delphi - Travel | United States | 556.9 | $96,346.00 |
| Delphi - Travel | United Kingdom | 104.9 | $15,568.25 |
| Delphi - Travel | Portugal | 15.4 | $2,057.00 |
| Delphi - Travel | Morocco | 18.0 | $1,575.00 |
| Delphi - Travel | Mexico | 55.9 | $7,959.00 |
| Delphi - Travel | Korea | 5.0 | $775.00 |
| Delphi - Travel | Italy | 42.0 | $5,970.00 |
| Delphi - Travel | Hungary | 2.0 | $350.00 |
| Delphi - Travel | Germany | 99.3 | $15,613.50 |
| Delphi - Travel | France | 67.0 | $9,700.00 |
| Delphi - Travel | Czech Republic | 9.3 | $1,170.75 |
| Delphi - Travel | Austria | 15.0 | $3,075.00 |
| Delphi - Travel | Romania | 91.5 | $7,155.00 |
| **Total - Non-Working Travel Time** | | **1,167.8** | **$178,261.25** |
| **Validation and Remediation Services** | | | |
| DSC - Remediation | United States | 66.6 | $9,567.00 |
| DSC - Roll forward testing | United States | 47.8 | $6,145.50 |
| DTI - Remediation | United States | 30.7 | $4,363.50 |
| DTI - Roll forward testing | United States | 7.3 | $1,204.50 |
| Engagement management | United States | 1,066.2 | $174,018.00 |
| Foreign coordination | United States | 8.1 | $2,162.00 |
| GMFSS - Remediation | United States | 129.7 | $13,079.00 |
| GMFSS - Roll forward testing | United States | 19.0 | $2,280.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| GMFSS - Validation | United States | 7.2 | $684.00 |
| Medical - Remediation | United States | 40.3 | $4,024.50 |
| Medical - Roll forward testing | United States | 309.7 | $36,994.00 |
| Medical - Validation | United States | 27.0 | $3,165.00 |
| Other | United States | 505.0 | $56,888.00 |
| Planning | France | 14.0 | $2,100.00 |
| Planning | Turkey | 2.0 | $525.00 |
| Planning | Singapore | 18.0 | $3,160.00 |
| Planning | Romania | 48.1 | $6,632.50 |
| Planning | Portugal | 44.7 | $7,822.50 |
| Planning | Poland | 142.7 | $19,157.50 |
| Planning | Morocco | 304.0 | $29,470.00 |
| Planning | Korea | 14.0 | $2,320.00 |
| Planning | Italy | 23.0 | $2,990.00 |
| Planning | Germany | 165.3 | $26,589.00 |
| Planning | United States | 1,489.8 | $194,383.50 |
| Planning | Czech Republic | 32.0 | $3,360.00 |
| Planning | China | 1.2 | $192.00 |
| Planning | Australia | 98.8 | $23,311.50 |
| Planning | India | 20.9 | $1,536.00 |
| Planning | United Kingdom | 33.6 | $5,557.50 |
| Project management | United States | 4,104.3 | $865,106.00 |
| Remediation | Czech Republic | 4.5 | $607.50 |
| Remediation | France | 172.5 | $24,660.00 |
| Remediation | Germany | 54.0 | $8,560.00 |
| Remediation | India | 37.1 | $2,328.00 |
| Remediation | Italy | 363.0 | $52,030.00 |
| Remediation | Romania | 289.9 | $23,930.50 |
| Remediation | Singapore | 13.0 | $2,080.00 |
| Remediation | United States | 2,522.4 | $297,281.00 |
| Remediation | United Kingdom | 262.4 | $27,988.75 |
| Remediation | Portugal | 27.4 | $3,735.00 |
| Remediation | Mexico | 83.2 | $6,476.00 |
| Remediation | Poland | 446.4 | $59,964.50 |
| Review of B process documentation | Romania | 31.8 | $1,908.00 |
| Review of B process documentation | Czech Republic | 44.5 | $4,672.50 |
| Review of B process documentation | Germany | 11.4 | $1,482.00 |
| Review of B process documentation | United Kingdom | 41.3 | $4,847.50 |
| Review of B process documentation | United States | 210.7 | $25,147.00 |
| Review of B process documentation | France | 12.0 | $1,680.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Roll forward testing | Mexico | 650.4 | $82,385.00 |
| Roll forward testing | Singapore | 96.5 | $16,070.00 |
| Roll forward testing | Poland | 393.7 | $48,442.50 |
| Roll forward testing | Portugal | 91.3 | $13,733.50 |
| Roll forward testing | Romania | 215.3 | $14,627.00 |
| Roll forward testing | United Kingdom | 1,003.8 | $132,009.75 |
| Roll forward testing | India | 498.4 | $36,650.00 |
| Roll forward testing | Italy | 297.0 | $40,880.00 |
| Roll forward testing | France | 610.0 | $83,620.00 |
| Roll forward testing | United States | 2,815.5 | $327,649.50 |
| Roll forward testing | Hungary | 46.5 | $6,597.50 |
| Roll forward testing | China | 128.0 | $19,520.00 |
| Roll forward testing | Czech Republic | 374.2 | $51,287.00 |
| Roll forward testing | Germany | 999.3 | $156,784.00 |
| Tax Specialist Assistance for Corporate | United States | 1,114.7 | $248,984.00 |
| Validation | Austria | 25.0 | $4,000.00 |
| Validation | United States | 1,082.4 | $139,960.50 |
| Validation | United Kingdom | 71.9 | $17,292.00 |
| Validation | Singapore | 38.5 | $7,210.00 |
| Validation | Portugal | 141.8 | $17,031.00 |
| Validation | Poland | 171.2 | $23,606.00 |
| Validation | Mexico | 5.7 | $1,282.50 |
| Validation | China | 41.0 | $6,560.00 |
| Validation | Czech Republic | 471.3 | $49,731.50 |
| Validation | Germany | 735.1 | $108,215.00 |
| Validation | Italy | 308.0 | $45,630.00 |
| Validation | Korea | 8.0 | $1,240.00 |
| Validation | Romania | 172.9 | $14,817.50 |
| **Total - Validation and Remediation Services** | | **26,055.9** | **$3,773,982.00** |

### Process Walkthroughs

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Walkthroughs | United Kingdom | 52.1 | $12,205.00 |
| Walkthroughs | Germany | 159.2 | $20,696.00 |
| Walkthroughs | Korea | 9.0 | $1,395.00 |
| Walkthroughs | United States | 26.6 | $6,705.00 |
| **Total - Process Walkthroughs** | | **246.9** | **$41,001.00** |

### IT Validation and Remediation Services

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Expenditure | United States | 763.4 | $93,816.50 |
| Financial Reporting | United States | 284.0 | $39,891.50 |
| Fixed Assets | United States | 285.9 | $39,841.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Grundig Manager Review | United States | 3.9 | $643.50 |
| Grundig Remediation | United States | 38.9 | $5,204.00 |
| Grundig Testing | United States | 145.2 | $17,961.50 |
| Inventory | United States | 869.6 | $124,025.50 |
| IT Inventory | United States | 192.7 | $23,102.00 |
| ITGC Framework | United States | 177.7 | $22,133.00 |
| Packard Testing | United States | 29.5 | $4,757.50 |
| Paris Manager Review | United States | 22.7 | $3,745.50 |
| Paris Remediation | United States | 127.5 | $17,219.00 |
| Paris Testing | United States | 91.6 | $10,354.50 |
| Project Administration (IT) | United States | 918.9 | $149,288.00 |
| Project Management | United States | 596.2 | $117,955.00 |
| QA | United States | 16.4 | $2,706.00 |
| Remediation | United States | 57.2 | $6,464.00 |
| Revenue | United States | 575.5 | $77,289.50 |
| Role Redesign | United States | 1,618.8 | $360,669.00 |
| Security Analysis & Testing | United States | 424.8 | $62,585.00 |
| Special Requests | United States | 719.6 | $91,568.00 |
| Steering Testing | United States | 13.0 | $2,145.00 |
| Test Planning | United States | 95.5 | $10,807.00 |
| **Total - IT Validation and Remediation Services** | | **8,068.5** | **$1,284,171.50** |

**Material Weakness Remediation**

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Account Reconciliation MW | United States | 283.5 | $76,526.50 |
| Certus/Cars Program | United States | 962.1 | $193,855.00 |
| MW PMO | United States | 30.4 | $8,512.00 |
| **Total - Material Weakness Remediation** | | **1,276.0** | **$278,893.50** |

**Contract Administration**

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Other | Singapore | 35.5 | $5,680.00 |
| Other | India | 4.2 | $378.00 |
| Other | United Kingdom | 121.9 | $21,666.50 |
| Other | Turkey | 17.0 | $2,975.00 |
| Other | Romania | 37.8 | $3,159.50 |
| Other | Mexico | 789.9 | $81,480.50 |
| Other | Portugal | 77.7 | $12,541.50 |
| Other | Italy | 37.0 | $7,400.00 |
| Other | Hungary | 6.5 | $1,137.50 |
| Other | Germany | 74.5 | $10,784.00 |
| Other | France | 376.5 | $62,315.00 |
| Other | Czech Republic | 64.9 | $11,257.50 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Other | China | 1,486.7 | $273,898.00 |
| Other | Austria | 309.0 | $65,025.00 |
| Other | Korea | 55.0 | $16,260.00 |
| **Total - Contract Administration** | | **3,494.1** | **$575,958.00** |
| **HR/Pension Assistance** | | | |
| HR/Pension Assistance | United States | 568.3 | $80,487.50 |
| **Total - HR/Pension Assistance** | | **568.3** | **$80,487.50** |
| **Treasury Assistance** | | | |
| Treasury Expertise | United States | 504.1 | $136,455.00 |
| **Total - Treasury Assistance** | | **504.1** | **$136,455.00** |
| **Total - Sarbanes-Oxley 404 Services** | | **42,333.0** | **$6,587,234.25** |
| *Fresh Start Accounting Services* | | | |
| **Fresh Start Accounting Services** | | | |
| Fresh Start Accounting | United States | 622.5 | $250,000.00 |
| **Total - Fresh Start Accounting Services** | | **622.5** | **$250,000.00** |
| **Total - Fresh Start Accounting Services** | | **622.5** | **$250,000.00** |
| *Project Giant* | | | |
| **Project Giant** | | | |
| Autofacts | United States | 16.2 | $7,465.50 |
| Bankruptcy Court Application | United States | 9.0 | $5,805.00 |
| Corporate | United States | 763.9 | $349,089.50 |
| Labor | United States | 38.8 | $29,810.00 |
| Monthly and Interim Fee Applications | United States | 25.5 | $4,203.00 |
| Non - Working Travel Time | United States | 43.7 | $17,095.50 |
| Pension / OPEB | United States | 299.2 | $130,557.00 |
| Product-line Profitability: Electronics & Safety | United States | 386.2 | $157,517.00 |
| Product-line Profitability: Engine & Chassis | United States | 338.5 | $144,104.50 |
| Product-line Profitability: P&SS | United States | 458.0 | $180,995.00 |
| Product-line Profitability: Packard | United States | 248.6 | $111,865.25 |
| Product-line Profitability: Thermal & Interior | United States | 352.8 | $147,525.00 |
| SG&A / Restructuring | United States | 356.7 | $161,789.50 |
| Tax | United States | 530.1 | $223,398.00 |
| **Total - Project Giant** | | **3,867.1** | **$1,671,219.75** |
| **Total - Project Giant** | | **3,867.1** | **$1,671,219.75** |
| **Grand Totals for the Fourth Interim Period** | | **46,822.6** | **$8,508,454.00** |

**Blended Rate for the Fourth Interim Period  $181.72**