**Delphi Corporation**           **Exhibit H**
**Summary of Expenditures for PricewaterhouseCoopers LLP**
**By Transaction Type for the Fourth Interim Period(October 1, 2006 through January 31, 2007)**

| Transaction Type | Total |
|---|---:|
| ***Sarbanes-Oxley*** | |
| Airfare | $116,899.23 |
| Lodging | $170,670.45 |
| Meals | $41,644.74 |
| Mileage Allowance | $41,354.49 |
| Parking | $5,061.30 |
| Public/Ground Transportation | $26,601.20 |
| Rental Car | $40,418.25 |
| Sundry - Other | $69,002.03 |
| **Total Expenditures - Sarbanes-Oxley 404 Services** | **$511,651.69** |
| ***Project Giant*** | |
| Airfare | $13,114.85 |
| Lodging | $7,093.30 |
| Meals | $5,020.97 |
| Mileage Allowance | $1,429.92 |
| Parking | $264.00 |
| Public/Ground Transportation | $1,686.66 |
| Rental Car | $2,526.76 |
| Sundry - Other | $12.95 |
| **Total Expenditures - Project Giant** | **$31,149.41** |
| **Grand Total Expenditures for the Fourth Interim Period** | **$542,801.10** |