Delphi Corporation (Case No. 05-44481)  
Rate Schedule for PricewaterhouseCoopers LLP                                                                             Exhibit I

| Area | Country | Level | Code | Rate '06 | Area | Country | Level | Code | Rate '06 |
|---|---|---|---|---|---|---|---|---|---|
| Standard | Australia | Partner | Au6 | $ 400 | Standard | Mexico | Partner | Mx6 | $ 325 |
| Standard | Australia | Director/Sr Manager | Au5 | $ 300 | Standard | Mexico | Director/Sr Manager | Mx5 | $ 225 |
| Standard | Australia | Manager | Au4 | $ 200 | Standard | Mexico | Manager | Mx4 | $ 150 |
| Standard | Australia | Sr Associate | Au3 | $ 160 | Standard | Mexico | Sr Associate | Mx3 | $ 95 |
| Standard | Australia | Associate | Au2 | $ 130 | Standard | Mexico | Associate | Mx2 | $ 75 |
| Standard | Austria | Partner | As6 | $ 400 | Standard | Morocco | Partner | Mo6 | $ 250 |
| Standard | Austria | Director/Sr Manager | As5 | $ 300 | Standard | Morocco | Director/Sr Manager | Mo5 | $ 180 |
| Standard | Austria | Manager | As4 | $ 200 | Standard | Morocco | Manager | Mo4 | $ 175 |
| Standard | Austria | Sr Associate | As3 | $ 160 | Standard | Morocco | Sr Associate | Mo3 | $ 100 |
| Standard | Austria | Associate | As2 | $ 130 | Standard | Morocco | Associate | Mo2 | $ 75 |
| Standard | Brazil | Partner | Bz6 | $ 350 | Standard | Poland | Partner | Po6 | $ 350 |
| Standard | Brazil | Director/Sr Manager | Bz5 | $ 250 | Standard | Poland | Director/Sr Manager | Po5 | $ 250 |
| Standard | Brazil | Manager | Bz4 | $ 175 | Standard | Poland | Manager | Po4 | $ 175 |
| Standard | Brazil | Sr Associate | Bz3 | $ 100 | Standard | Poland | Sr Associate | Po3 | $ 135 |
| Standard | Brazil | Associate | Bz2 | $ 60 | Standard | Poland | Associate | Po2 | $ 105 |
| Standard | China | Partner | Ch6 | $ 400 | Standard | Portugal | Partner | Pg6 | $ 350 |
| Standard | China | Director/Sr Manager | Ch5 | $ 300 | Standard | Portugal | Director/Sr Manager | Pg5 | $ 250 |
| Standard | China | Manager | Ch4 | $ 175 | Standard | Portugal | Manager | Pg4 | $ 175 |
| Standard | China | Sr Associate | Ch3 | $ 160 | Standard | Portugal | Sr Associate | Pg3 | $ 135 |
| Standard | China | Associate | Ch2 | $ 130 | Standard | Portugal | Associate | Pg2 | $ 105 |
| Standard | Czech Republic | Partner | Cz6 | $ 350 | Standard | Romania | Partner | Ro6 | $ 350 |
| Standard | Czech Republic | Director/Sr Manager | Cz5 | $ 250 | Standard | Romania | Director/Sr Manager | Ro5 | $ 250 |
| Standard | Czech Republic | Manager | Cz4 | $ 175 | Standard | Romania | Manager | Ro4 | $ 175 |
| Standard | Czech Republic | Sr Associate | Cz3 | $ 135 | Standard | Romania | Sr Associate | Ro3 | $ 90 |
| Standard | Czech Republic | Associate | Cz2 | $ 105 | Standard | Romania | Associate | Ro2 | $ 60 |
| Standard | France | Partner | Fr6 | $ 400 | Standard | Singapore | Partner | Si6 | $ 400 |
| Standard | France | Director/Sr Manager | Fr5 | $ 300 | Standard | Singapore | Director/Sr Manager | Si5 | $ 300 |
| Standard | France | Manager | Fr4 | $ 200 | Standard | Singapore | Manager | Si4 | $ 200 |
| Standard | France | Sr Associate | Fr3 | $ 160 | Standard | Singapore | Sr Associate | Si3 | $ 160 |
| Standard | France | Associate | Fr2 | $ 130 | Standard | Singapore | Associate | Si2 | $ 130 |
| Standard | Germany | Partner | Ge6 | $ 400 | Standard | Spain | Partner | Sp6 | $ 400 |
| Standard | Germany | Director/Sr Manager | Ge5 | $ 300 | Standard | Spain | Director/Sr Manager | Sp5 | $ 300 |
| Standard | Germany | Manager | Ge4 | $ 200 | Standard | Spain | Manager | Sp4 | $ 200 |
| Standard | Germany | Sr Associate | Ge3 | $ 160 | Standard | Spain | Sr Associate | Sp3 | $ 125 |
| Standard | Germany | Associate | Ge2 | $ 130 | Standard | Spain | Associate | Sp2 | $ 80 |
| Standard | Hungary | Partner | Hu6 | $ 350 | Standard | Turkey | Partner | Tr6 | $ 350 |
| Standard | Hungary | Director/Sr Manager | Hu5 | $ 250 | Standard | Turkey | Director/Sr Manager | Tr5 | $ 250 |
| Standard | Hungary | Manager | Hu4 | $ 175 | Standard | Turkey | Manager | Tr4 | $ 175 |
| Standard | Hungary | Sr Associate | Hu3 | $ 135 | Standard | Turkey | Sr Associate | Tr3 | $ 135 |
| Standard | Hungary | Associate | Hu2 | $ 105 | Standard | Turkey | Associate | Tr2 | $ 100 |
| Standard | India | Partner | In6 | $ 250 | Standard | United Kingdom | Partner | Uk6 | $ 400 |
| Standard | India | Director/Sr Manager | In5 | $ 200 | Standard | United Kingdom | Director/Sr Manager | Uk5 | $ 300 |
| Standard | India | Manager | In4 | $ 120 | Standard | United Kingdom | Manager | Uk4 | $ 200 |
| Standard | India | Sr Associate | In3 | $ 60 | Standard | United Kingdom | Sr Associate | Uk3 | $ 140 |
| Standard | India | Associate | In2 | $ 50 | Standard | United Kingdom | Associate | Uk2 | $ 95 |
| Standard | Italy | Partner | It6 | $ 400 | Standard | United States | Partner | 6 | $ 390 |
| Standard | Italy | Director/Sr Manager | It5 | $ 300 | Standard | United States | Director/Sr Manager | 5 | $ 260 |
| Standard | Italy | Manager | It4 | $ 200 | Standard | United States | Manager | 4 | $ 165 |
| Standard | Italy | Sr Associate | It3 | $ 160 | Standard | United States | Sr Associate | 3B[2] | $ 130 |
| Standard | Italy | Associate | It2 | $ 130 | Standard | United States | Sr Associate | 3A[1] | $ 120 |
| | | | | | Standard | United States | Associate | 2B[2] | $ 110 |
| Standard | Korea | Partner | Ko6 | $ 400 | Standard | United States | Associate | 2A[1] | $ 95 |
| Standard | Korea | Director/Sr Manager | Ko5 | $ 300 | Standard | United States | Administrative | 1 | $ 80 |
| Standard | Korea | Manager | Ko4 | $ 200 | | | | | |
| Standard | Korea | Sr Associate | Ko3 | $ 160 | | | | | |
| Standard | Korea | Associate | Ko2 | $ 130 | | | | | |

[1] A is for unexperienced.  
[2] B is for experienced.

1

Delphi Corporation (Case No. 05-44481)                                                                                          Exhibit I
Rate Schedule for PricewaterhouseCoopers LLP

| Area | Country | Level | Code | Rate '06 |
|---|---|---|---|---|
| **Specialists** | | | | |
| Bankruptcy | United States | Partner | Bnkr6 | $ 570 |
| Bankruptcy | United States | Director/Sr Manager | Bnkr5 | $ 500 |
| Bankruptcy | United States | Manager | Bnkr4 | $ 360 |
| Bankruptcy | United States | Sr Associate | Bnkr3 | $ 260 |
| Bankruptcy | United States | Associate | Bnkr2 | $ 205 |
| Bankruptcy | United States | Paraprofessional | Bnkr1 | $ 135 |
| | | | | |
| Contract Admin | United States | Partner | Ca6 | $ 540 |
| Contract Admin | United States | Director/Sr Manager | Ca5 | $ 475 |
| Contract Admin | United States | Manager | Ca4 | $ 340 |
| Contract Admin | United States | Sr Associate | Ca3 | $ 250 |
| Contract Admin | United States | Associate | Ca2 | $ 195 |
| | | | | |
| Human Resources | United States | Partner | Hr6 | $ 610 |
| Human Resources | United States | Managing Director | Hr5 | $ 590 |
| Human Resources | United States | Director/Sr Manager | Hr4 | $ 390 |
| Human Resources | United States | Manager | Hr3 | $ 265 |
| Human Resources | United States | Sr Associate | Hr2 | $ 195 |
| | | | | |
| Project Mgmt | United States | Partner | Pm6 | $ 525 |
| Project Mgmt | United States | Managing Director | Pm5a | $ 390 |
| Project Mgmt | United States | Director/Sr Manager | Pm5 | $ 320 |
| Project Mgmt | United States | Manager | Pm4 | $ 280 |
| Project Mgmt | United States | Sr Associate | Pm3 | $ 215 |
| Project Mgmt | United States | Associate | Pm2 | $ 180 |
| | | | | |
| Technology | United States | Partner | Tn6 | $ 430 |
| Technology | United States | Director/Sr Manager | Tn5 | $ 360 |
| Technology | United States | Manager | Tn4 | $ 260 |
| Technology | United States | Sr Associate | Tn3 | $ 200 |
| Technology | United States | Associate | Tn2 | $ 165 |
| | | | | |
| Treasury | United States | Partner | Ts6 | $ 500 |
| Treasury | United States | Managing Director | Ts5a | $ 370 |
| Treasury | United States | Director/Sr Manager | Ts5 | $ 360 |
| Treasury | United States | Manager | Ts4 | $ 280 |
| Treasury | United States | Sr Associate | Ts3 | $ 220 |
| Treasury | United States | Associate | Ts2 | $ 175 |
| | | | | |
| Tax | ALL | Partner | Tx6 | $ 470 |
| Tax | ALL | Director/Sr Manager | Tx5 | $ 330 |
| Tax | ALL | Manager | Tx4 | $ 230 |
| Tax | ALL | Sr Associate | Tx3 | $ 155 |
| Tax | ALL | Associate | Tx2 | $ 120 |

| Area | Country | Level | Code | Rate '06 |
|---|---|---|---|---|
| **Projects, Fixed Fees and Other** | | | | |
| Project Giant | United States | Partner | Gi6 | $ 775 |
| Project Giant | United States | Managing Director | Gi5a | $ 775 |
| Project Giant | United States | Director/Sr Manager | Gi5 | $ 515 |
| Project Giant | United States | Manager | Gi4 | $ 390 |
| Project Giant | United States | Sr Associate | Gi3 | $ 325 |
| Project Giant | United States | Associate | Gi2 | $ 290 |
| Project Giant | United States | Administrative | Gi1 | $ 100 |
| | | | | |
| ITS Compliance | United States | Director/Sr Manager | ITS5 | $ 315 |
| ITS Compliance | United States | Sr Associate | ITS3 | $ 155 |
| ITS Compliance | United States | Associate | ITS2 | $ 110 |
| ITS Compliance | United States | Administrative | ITS1 | $ 80 |
| | | | | |
| Other Tax Services | Canada | Partner | OTS6 | $ 580 |
| Other Tax Services | Canada | Director/Sr Manager | OTS5 | $ 496 |

**Fresh Start Accounting**

As stated in PricewaterhouseCoopers Statement of Work dated October 30, 2006, PricewaterhouseCoopers provided advisory services related to the Debtors fresh start accounting. PricewaterhouseCoopers and the Debtors came to an agreement regarding the amount of fees and expenses allowable for these services, $250,000 fixed fee. PricewaterhouseCoopers has reduced its hours and expenses to match this fixed fee agreement with the Debtors.

**Executive Financial Planning Services**

As stated in PricewaterhouseCoopers retention application, these services are fixed fee by Delphi Executive and billed to the Debtors on a quarterly basis.

**WNTS Advisory Services**

As stated in PricewaterhouseCoopers retention application, these services are fixed fee advisory services billed to the Debtors through a monthly fixed fee.