PRICEWATERHOUSECOOPERS LLP
1900 St Antoine Street
Detroit, Michigan 48226-2263
(313) 394-6000
Brian D. Decker

Providers of Certain Sarbanes-Oxley Compliance, Tax and Financial
    Planning, and Other General Tax Consulting Services for
    Delphi Corporation, et al., Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:    (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :
    In re                          :        Chapter 11
                            :
DELPHI CORPORATION, et al.,   :        Case No. 05-44481 (RDD)
                            :
                   Debtors.   :        (Jointly Administered)
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF HEARING OF THIRD INTERIM FEE AND
EXPENSE APPLICATION OF PRICEWATERHOUSECOOPERS LLP

       PLEASE TAKE NOTICE THAT in accordance with paragraph one of the Sixth

Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation

And Reimbursement Of Expenses Of Professionals (Docket No. 6145), the hearing to consider

the first application for interim or final court approval and allowance of compensation and

reimbursement of expenses (each, a "Fee Application", and collectively, the "Fee Applications"),

has been scheduled for June 26, 2007 at 10:00 a.m. (Prevailing Eastern Time) during the omnibus hearing to be held on that date (the "Hearing").

PLEASE TAKE FURTHER NOTICE THAT the Fee Application of PricewaterhouseCoopers LLP will be considered at the Hearing.

PLEASE TAKE FURTHER NOTICE THAT the deadline for filing and serving an objection to PricewaterhouseCoopers LLP's Fee Application is June 19, 2007 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that objections, to any retained professionals' Fee Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered by this Court on October 26, 2006, as amended (the "Amended Eighth Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425

Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Brian Resnick), (v) counsel for the Official Committee Of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel for the Official Committee Of Equity Security Holders, Fried Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT in the event that a retained professionals' Fee Application is uncontested, a representative of such retained professional need not attend the Hearing.

Dated:  Detroit, Michigan
        April 16, 2007

PRICEWATERHOUSECOOPERS LLP

By: *Brian D. Decker*
    Brian D. Decker
    1900 St Antoine Street
    Detroit, Michigan 48226-2263
    (313) 394-6000

Providers of Certain Sarbanes-Oxley
Compliance, Tax and Financial Planning,
and Other General Tax Consulting Services
for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession