**EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY AND COUNTY OF DENVER TREASURY<br>MCNICHOLS CIVIC CTR BLDG<br>144 W COLFAX AVE ROOM 384<br>DENVER, CO 80202-5391 | 16495 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br><br><br>$0.00 | 01/23/2007 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC<br>(05-44639) |
| **Total:** | **1** | | **$0.00** | | |