**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ALL AMERICAN SEMICONDUCTOR INC<br>16115 NW 52ND AVE<br>MIAMI, FL 33014 | 10414 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $44,275.71<br>Total: $44,275.71 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| BLACKHAWK AUTOMOTIVE PLASTICS<br>800 PENNSYLVANIA AVE<br>SALEM, OH 44460 | 8198 | Secured: $6,330.63<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $6,330.63 | 06/19/2006 | DELPHI CORPORATION (05-44481) |
| BULK TRANSIT CORPORATION<br>7177 INDUSTRIAL PKWY<br>PLAIN CITY, OH 43064 | 5059 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $361.92<br>Total: $361.92 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CALSONIC KANSEI NORTH AMERICA INC<br>BOULT CUMMINGS CONNERS & BERRY PLC<br>1600 DIVISION ST STE 700<br>NASHVILLE, TN 37203 | 11162 | Secured: $3,867,106.33<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,867,106.33 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CAROLINA AUTO RESTYLING<br>6745 NETHERLANDS DR<br>WILMINGTON, NC 28405 | 6020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,500.00<br>Total: $7,500.00 | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $132.69<br>Total: $132.69 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 1659 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $885.80<br>Total: $885.80 | 01/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CITICORP VENDOR FINANCE INC<br>C/O FOSTER & WOLKIND PC<br>80 FIFTH AVENUE SUITE 1401<br>NEW YORK, NY 10011 | 7587 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $26,629.83<br>Total: $26,629.83 | 06/06/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CROWN ENTERPRISES INC<br>STEINBERG SHAPIRO & CLARK<br>24901 NORTHWESTERN HWY STE 611<br>SOUTHFIELD, MI 48075 | 11129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $269,135.33<br>Total: $269,135.33 | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY 5TH FL<br>NEW YORK, NY 10007 | 14154 | Secured: $9,281.26<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $9,281.26 | 07/31/2006 | DELPHI AUTOMOTIVE<br>SYSTEMS SERVICES LLC<br>(05-44632) |
| DONNELLY INDUSTRIES INC<br>26 N CENTER ST<br>ORANGE, NJ 07050 | 60 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $22,196.00<br>Total: $22,196.00 | 10/20/2005 | DELPHI CORPORATION<br>(05-44481) |
| EAGLE EQUIPMENT CORPORATION<br>666 BROOKSIDE BLVD<br>WESTERVILLE, OH 43081 | 1622 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $27,242.74<br>Total: $27,242.74 | 01/23/2006 | DELPHI CORPORATION<br>(05-44481) |
| ELEKTROBAU HEINZ MEISSNER KG<br>KG<br>WESTFALENWEG 256<br>33415 VERLGERMANY | 5951 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $37,182.34<br>Total: $37,182.34 | 05/16/2006 | DELPHI CORPORATION<br>(05-44481) |
| FILTER PRODUCTS CORP<br>5825 S PALO VERDE RD<br>TUCSON, AZ 85706-7737 | 8811 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $214.00<br>Total: $214.00 | 06/30/2006 | DELPHI CORPORATION<br>(05-44481) |
| GENESIS GLOBAL SOLUTIONS INC<br>910 K E REDD RD NO 331<br>EL PASO, TX 79912 | 2302 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,508.00<br>Total: $7,508.00 | 03/15/2006 | DELPHI CORPORATION<br>(05-44481) |
| GEORGIA INSTITUTE OF<br>TECHNOLOG<br>ELECTRICAL & COMPUTER<br>ENGINEER<br>777 ATLANTIC DR<br>ATLANTA, GA 30332 | 12390 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,000.00<br>Total: $6,000.00 | 07/28/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HIDRIA USA<br>202 BEECHTREE BLVD<br>GREENVILLE, SC 29605 | 3734 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30,248.78<br>Total: $30,248.78 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HONEYWELL FRICTION MATERIALS BENDIX<br>39 OLD RIDGEBURY RD<br>DANBURY, CT 06810 | 2180 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $80,658.14<br>Total: $80,658.14 | 03/03/2006 | DELPHI CORPORATION (05-44481) |
| INFASCO NUT<br>390 THOMAS ST<br>INGERSOLL, ON N5C 2G7<br>CANADA | 8254 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $63,004.01<br>Total: $63,004.01 | 06/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| J GORDON LEWIS DBA J GORDON LEWIS PLLC<br>441 NORTH EVANSDALE DR<br>BLOOMFIELD HILLS, MI 48304 | 317 | Secured:<br>Priority: $3,850.00<br>Administrative:<br>Unsecured:<br>Total: $3,850.00 | 11/03/2005 | DELPHI CORPORATION (05-44481) |
| JODY R SWANSON<br>8537 10TH AVE<br>JENISON, MI 49428-9503 | 16259 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $575,000.00<br>Total: $575,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC<br>CONTROLS GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15527 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KUESTER AUTOMOBILOVA TECHNIKA SRO<br>TOVARENSKA 1<br>97631 VLKANOVASLOVAKIA (Slovak Republic) | 11234 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,683.00<br>Total: $7,683.00 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| LAKEVIEW LOCAL SCH DST BOARD OF EDUCATION<br>300 HILLMAN DR<br>CORTLAND, OH 44410 | 12344 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LATHROP GAGE<br>2345 GRAND BLVD<br>KANSAS CITY, MO 64108-2612 | 1484 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,892.37<br>Total: $1,892.37 | 01/09/2006 | DELPHI CORPORATION (05-44481) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 2385 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48.20<br>Total: $48.20 | 03/24/2006 | DELPHI CORPORATION (05-44481) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 2384 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $86.00<br>Total: $86.00 | 03/24/2006 | DELPHI CORPORATION (05-44481) |
| MACLEAN DYNALINK<br>13820 WEST POLO TRAIL DR<br>LAKE FOREST, IL 60045 | 9167 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,664.00<br>Total: $76,664.00 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| METALLURGICAL SERVICES<br>2221 ARBOR BLVD<br>DAYTON, OH 45439 | 2295 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,361.01<br>Total: $7,361.01 | 03/14/2006 | DELPHI CORPORATION (05-44481) |
| MSX INTERNATIONAL INC<br>HONIGMAN MILLER SCHWARTZ AND COHN L<br>2290 FIRST NATIONAL BLDG<br>660 WOODWARD AVE<br>DETROIT, MI 48226 | 11425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $90,809.43<br>Total: $90,809.43 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9708 | Secured:<br>Priority: $701.18<br>Administrative:<br>Unsecured:<br>Total: $701.18 | 07/18/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 2584 | Secured:<br>Priority: $105.97<br>Administrative:<br>Unsecured:<br>Total: $105.97 | 04/07/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

# EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| OCE NORTH AMERICA INC<br>5600 BROKEN SOUND BLVD<br>BOCA RATON, FL 33487 | 7501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $14,465.13<br>Total: $14,465.13 | 06/05/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ORR SAFETY CORP<br>PO BOX 198029<br>LOUISVILLE, KY 40229 | 6849 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,678.32<br>Total: $5,678.32 | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| POLIMOON AS<br>RUSELOKKEVEIEN 6<br>OSLO, 00125<br>NORWAY | 6841 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,362.31<br>Total: $6,362.31 | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | 15282 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $33,920.00<br>Total: $33,920.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| RIZZO SERVICES<br>22449 GROESBECK<br>WARREN, MI 48089 | 983 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,846.63<br>Total: $31,846.63 | 12/05/2005 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH S A DE C V<br>C O ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 13621 | Secured: $446,072.62<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $446,072.62 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SAFETY KLEEN SYSTEMS INC<br>5400 LEGACY DR<br>CLUSTER II BLDG 3<br>PLANO, TX 75024 | 3618 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $743.38<br>Total: $743.38 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1581 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,060.82<br>Total: $1,060.82 | 01/17/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SCP US INC<br>8455 WESTPARK<br>BOISE, ID 83704 | 1112 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,056.56<br>Total: $7,056.56 | 12/12/2005 | DELPHI CORPORATION (05-44481) |
| SHERWIN WILLIAMS CO THE<br>915 MURRAY DR STE 338<br>LEXINGTON, KY 40505 | 4860 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,654.45<br>Total: $15,654.45 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| SOKYMAT AUTOMOTIVE GMBH<br>GEWERBEPARKSTRASSE 10<br>REICHSHOF WEHNRATH, DE 51580<br>GERMANY | 12191 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $142,476.15<br>Total: $142,476.15 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>BANKRUPTCY COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 1452 | Secured:<br>Priority: $10,112.55<br>Administrative:<br>Unsecured:<br>Total: $10,112.55 | 01/05/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| TOYOTA MOTOR CORPORATION<br>FROST BROWN TODD LLC<br>250 WEST MAIN STREET<br>SUITE 2700<br>LEXINGTON, KY 40507 | 15533 | Secured: $51,342.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $51,342.00 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| TRIAD TECHNOLOGIES LLC<br>100 ROCKRIDGE RD<br>ENGLEWOOD, OH 45322 | 2360 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,163.12<br>Total: $20,163.12 | 03/22/2006 | DELPHI CORPORATION (05-44481) |
| UIS PROGRAMMABLE SERVICES INC<br>PO BOX 981123<br>YPSILANTI, MI 48198-1123 | 4964 | Secured: $5,629.49<br>Priority:<br>Administrative:<br>Unsecured: $889.00<br>Total: $6,518.49 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO SCHALTER UND SENSOREN GMBH<br>GUSTAV RAU STR 4<br>86650 WEMDINGGERMANY | 16121 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,311.04<br>Total: $25,311.04 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VWR SCIENTIFIC<br>1230 KENNESTONE CIRCLE<br>MARIETTA, PA 30066 | 8249 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,903.43<br>Total: $1,903.43 | 06/20/2006 | DELPHI CORPORATION (05-44481) |
| VWR SCIENTIFIC PRODUCTS CORP<br>1230 KENNESTONE CIRCLE<br>MARIETTA, GA 30066 | 8248 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $226.14<br>Total: $226.14 | 06/20/2006 | DELPHI CORPORATION (05-44481) |
| WACHOVIA BANK NA SUCCESSOR BY MERGER TO SOUTHTRUST BANK<br>BURR & FORMAN LLP<br>420 N 20TH STREET SUITE 3100<br>BIRMINGHAM, AL 35203 | 14913 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,656,624.92<br>Total: $6,656,624.92 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| YAMAZEN INC<br>735 E REMINGTON RD<br>SCHAUMBURG, IL 60173 | 1231 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,303.95<br>Total: $9,303.95 | 12/21/2005 | DELPHI CORPORATION (05-44481) |
| ZENTRIX TECHNOLOGIES INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVENUE EAST STE 2100<br>CLEVELAND, OH 44114 | 9107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $98,067.90<br>Total: $98,067.90 | 07/07/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:** 53    **$12,855,004.58**