### EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BAY COUNTY TAX COLLECTOR<br>239 E 4TH ST<br>PANAMA CITY, FL 32401 | 16559 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $16,270.91<br><br><br><br>$16,270.91 | 03/01/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HONEYWELL INTERNATIONAL<br>HONEYWELL SERVICE & SOLUTIONS<br>1140 W WARNER RD MS 1233 M<br>TEMPE, AZ 85284-2816 | 16537 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$133.08<br>$133.08 | 02/13/2007 | DELPHI CORPORATION (05-44481) |
| MARICOPA COUNTY TREASURER<br>HEBERT SCHENK PC<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16477 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,742.82<br><br><br><br>$4,742.82 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 16593 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,484.00<br>$3,484.00 | 04/12/2007 | DELPHI CORPORATION (05-44481) |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-5151 | 16594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$586.88<br><br><br>$586.88 | 04/12/2007 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, 48331-3417<br>GERMANY | 16467 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$15,000,000.00<br>$15,000,000.00 | 12/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS ON BEHALF OF THE STATE OF TEXAS TEXAS MUNICIPALITIES TEXAS COUNTIES COLLECTION DIVISION BANKRUPTCY SECT<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 16466 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$242.10<br><br><br>$242.10 | 12/27/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |

Total:    7                    **$15,025,459.79**