05-44481-rdd Doc 7825-6 Filed 04/27/07 Entered 04/27/07 18:22:02 Exhibit C-2 Pg 1 of 1

In re Delphi Corporation, et al. Thirteenth Omnibus Claims Objection

**EXHIBIT C-2 - BOOKS AND RECORDS INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY AND ITS AFFILIATES<br>1400 AMERICAN LN<br>SCHAUMBURG, IL 60196 | 10 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 10/17/2005 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | **$0.00** | | |