**EXHIBIT D-2 - UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 16404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$427,534.25<br><br><br>$427,534.25 | 11/06/2006 | DELPHI CORPORATION (05-44481) |
| HINDS CO MS<br>HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON, MS 39215 | 16274 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$702,798.81<br><br><br>$702,798.81 | 08/28/2006 | DELPHI CORPORATION (05-44481) |
| HINDS COUNTY TAX COLLECTOR<br>PO BOX 1727<br>ADD CHG 1 08 04 CP<br>JACKSON, MS 39215-1727 | 16275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $380,196.10<br>$0.00<br><br><br>$380,196.10 | 08/28/2006 | DELPHI CORPORATION (05-44481) |
| ILLINOIS DEPARTMENT OF REVENUE<br>100 W RANDOLPH ST LEVEL 7 425<br>CHICAGO, IL 60601 | 16470 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$222,477.02<br><br>$35,181.75<br>$257,658.77 | 01/03/2007 | DELPHI CORPORATION (05-44481) |
| ST JOSEPH COUNTY TREASURER<br>COUNTY CITY BLDG<br>227 W JEFFERSON BLVD<br>SOUTH BEND, IN 46601-1830 | 16552 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,105.56<br><br><br>$1,105.56 | 02/23/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64447<br>SAINT PAUL, MN 55164-0447 | 16478 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$599.00<br><br><br>$599.00 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW HAMPSHIRE DEPT OF REVENUE ADMINISTRATION<br>PO BOX 454<br>CONCORD, NH 03302-0454 | 16565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$13,505.35<br><br><br>$13,505.35 | 03/05/2007 | DELPHI CORPORATION (05-44481) |
| VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218 | 16464 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,288.39<br><br><br>$10,288.39 | 12/26/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT D-2 - UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WARREN CITY INCOME TAX DEPT<br>PO BOX 230<br>WARREN, OH 44482 | 16457 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$131,083.00<br><br><br>$131,083.00 | 12/15/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **9** | | **$1,924,769.23** | | |