In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2870**
Date Filed: 04/27/06
Docketed Total:  $3,954.48
Filing Creditor Name and Address
 ANDERSON CO SC
 ANDERSON CO TREASURER
 PO BOX 8002
 ANDERSON SC 29622

Claim Holder Name and Address    Docketed Total    $3,954.48
ANDERSON CO SC
ANDERSON CO TREASURER
PO BOX 8002
ANDERSON SC 29622

Modified Total    $3,033.57

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $3,954.48 | | 05-44640 | | $3,033.57 | |
| | | $3,954.48 | | | | $3,033.57 | |

**Claim: 1502**
Date Filed: 01/10/06
Docketed Total:  $112,252.16
Filing Creditor Name and Address
 BOARD OF COUNTY COMMISSIONERS
 OF JOHNSON COUNTY KANSAS
 JOHNSON COUNTY LEGAL DEPT
 JOHNSON COUNTY ADMIN BLDG
 111 S CHERRY ST STE 3200
 OLATHE KS 66061-3441

Claim Holder Name and Address    Docketed Total    $112,252.16
BOARD OF COUNTY COMMISSIONERS OF
JOHNSON COUNTY KANSAS
JOHNSON COUNTY LEGAL DEPT
JOHNSON COUNTY ADMIN BLDG
111 S CHERRY ST STE 3200
OLATHE KS 66061-3441

Modified Total    $97,459.26

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $112,252.16 | | | 05-44640 | | | $97,459.26 |
| | $112,252.16 | | | | | | $97,459.26 |

**Claim: 1509**
Date Filed: 01/10/06
Docketed Total:  $325,806.69
Filing Creditor Name and Address
 BOARD OF COUNTY COMMISSIONERS
 OF JOHNSON COUNTY KANSAS
 JOHNSON COUNTY LEGAL DEPT
 JOHNSON COUNTY ADMIN BLDG
 111 S CHERRY ST STE 3200
 OLATHE KS 66061-3441

Claim Holder Name and Address    Docketed Total    $325,806.69
BOARD OF COUNTY COMMISSIONERS OF
JOHNSON COUNTY KANSAS
JOHNSON COUNTY LEGAL DEPT
JOHNSON COUNTY ADMIN BLDG
111 S CHERRY ST STE 3200
OLATHE KS 66061-3441

Modified Total    $282,870.92

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $325,806.69 | | 05-44640 | | $282,870.92 | |
| | | $325,806.69 | | | | $282,870.92 | |

**Claim: 1332**
Date Filed: 12/27/05
Docketed Total:  $1,672.13
Filing Creditor Name and Address
 CAMPBELL COUNTY TREASURERS
 OFFICE
 PO BOX 37
 RUSTBURG VA 24588

Claim Holder Name and Address    Docketed Total    $1,672.13
CAMPBELL COUNTY TREASURERS OFFICE
PO BOX 37
RUSTBURG VA 24588

Modified Total    $1,282.73

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,672.13 | | 05-44640 | | $1,282.73 | |
| | | $1,672.13 | | | | $1,282.73 | |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 325**
Date Filed: 11/04/05
Docketed Total:   $551.00
Filing Creditor Name and Address
 CAROLYN P BOWERS MONTGOMERY
 COUNTY TRUSTEE
 PO BOX 1005
 CLARKSVILLE TN 37041

Claim Holder Name and Address    Docketed Total      $551.00
CAROLYN P BOWERS MONTGOMERY COUNTY
TRUSTEE
PO BOX 1005
CLARKSVILLE TN 37041

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $551.00 | | 05-44640 | | $422.68 | |
| | | $551.00 | | | | $422.68 | |

Modified Total      $422.68

---

**Claim: 9558**
Date Filed: 07/17/06
Docketed Total:   $7,331.57
Filing Creditor Name and Address
 CHARTER TOWNSHIP OF BRIGHTON
 HARRIS & LITERSKI
 822 E GRAND RIVER
 BRIGHTON MI 48116

Claim Holder Name and Address    Docketed Total    $7,331.57
CHARTER TOWNSHIP OF BRIGHTON
HARRIS & LITERSKI
822 E GRAND RIVER
BRIGHTON MI 48116

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $7,331.57 | | 05-44640 | | $7,049.59 | |
| | | $7,331.57 | | | | $7,049.59 | |

Modified Total    $7,049.59

---

**Claim: 8763**
Date Filed: 06/29/06
Docketed Total:   $1,410.24
Filing Creditor Name and Address
 CHESTERFIELD CO SC
 CHESTERFIELD CO TAX TREASURER
 PO BOX 750
 CHESTERFIELD SC 29709

Claim Holder Name and Address    Docketed Total    $1,410.24
CHESTERFIELD CO SC
CHESTERFIELD CO TAX TREASURER
PO BOX 750
CHESTERFIELD SC 29709

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,410.24 | | 05-44640 | | $932.72 | |
| | | $1,410.24 | | | | $932.72 | |

Modified Total      $932.72

---

**Claim: 7239**
Date Filed: 05/31/06
Docketed Total:   $73.22
Filing Creditor Name and Address
 CHRIS HUGHES  OKALOOSA COUNTY
 TAX COLLECTOR
 OKALOOSA COUNTY TAX COLLECTOR
 151-C EGLIN PARKWAY NE
 FT WALTON BEACH FL 32548

Claim Holder Name and Address    Docketed Total      $73.22
CHRIS HUGHES  OKALOOSA COUNTY TAX
COLLECTOR
OKALOOSA COUNTY TAX COLLECTOR
151-C EGLIN PARKWAY NE
FT WALTON BEACH FL 32548

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $73.22 | | | 05-44640 | | | $65.65 |
| | $73.22 | | | | | | $65.65 |

Modified Total      $65.65

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7238<br>Date Filed:05/31/06<br>Docketed Total:   $16,756.18<br>Filing Creditor Name and Address<br> CHRIS HUGHES OKALOOSA COUNTY<br> TAX COLLECTOR<br> PHILIP A BATES PA<br> PO BOX 1390<br> PENSACOLA FL 32591-1390 | Claim Holder Name and Address   Docketed Total   $16,756.18<br>CHRIS HUGHES OKALOOSA COUNTY TAX<br>COLLECTOR<br>PHILIP A BATES PA<br>PO BOX 1390<br>PENSACOLA FL 32591-1390<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $16,756.18<br>            $16,756.18 | Modified Total   $16,120.74<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                $16,120.74<br>                                         $16,120.74 |
| Claim: 109<br>Date Filed:10/25/05<br>Docketed Total:   $4.00<br>Filing Creditor Name and Address<br> CITY OF FRANKLIN<br> TAX COLLECTOR<br> PO BOX 705<br> FRANKLIN TN 37065 | Claim Holder Name and Address   Docketed Total   $4.00<br>CITY OF FRANKLIN<br>TAX COLLECTOR<br>PO BOX 705<br>FRANKLIN TN 37065<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $4.00<br>           $4.00 | Modified Total   $3.07<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                      $3.07<br>                              $3.07 |
| Claim: 7561<br>Date Filed:06/06/06<br>Docketed Total:   $16.91<br>Filing Creditor Name and Address<br> CITY OF GORDONSVILLE TENNESSEE<br> JAMIE D WINKLER ESQ<br> BELLAR & WINKLER<br> 212 MAIN ST N<br> PO BOX 332<br> CARTHAGE TN 37030 | Claim Holder Name and Address   Docketed Total   $16.91<br>CITY OF GORDONSVILLE TENNESSEE<br>JAMIE D WINKLER ESQ<br>BELLAR & WINKLER<br>212 MAIN ST N<br>PO BOX 332<br>CARTHAGE TN 37030<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                     $16.91<br>                             $16.91 | Modified Total   $12.97<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                     $12.97<br>                             $12.97 |
| Claim: 6653<br>Date Filed:05/23/06<br>Docketed Total:   $1,370.50<br>Filing Creditor Name and Address<br> CITY OF LAREDO<br> C O LAURA L GOMEZ<br> 212 FLORES AVE<br> LAREDO TX 78040 | Claim Holder Name and Address   Docketed Total   $1,370.50<br>CITY OF LAREDO<br>C O LAURA L GOMEZ<br>212 FLORES AVE<br>LAREDO TX 78040<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                     $1,370.50<br>                             $1,370.50 | Modified Total   $513.63<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                     $513.63<br>                             $513.63 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10138<br>Date Filed:07/21/06<br>Docketed Total:  $532.04<br>Filing Creditor Name and Address<br> CITY OF LYNCHBURG VA<br> CITY OF LYNCHBURG<br> PO BOX 9000<br> LYNCHBURG VA 24505 | Claim Holder Name and Address   Docketed Total        $532.04<br>CITY OF LYNCHBURG VA<br>CITY OF LYNCHBURG<br>PO BOX 9000<br>LYNCHBURG VA 24505<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                              $532.04<br>                                      $532.04 | Modified Total        $277.20<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                              $277.20<br>                                      $277.20 |
| Claim: 3213<br>Date Filed:04/28/06<br>Docketed Total:  $34,386.70<br>Filing Creditor Name and Address<br> CITY OF N KANSAS MO<br> CITY HALL / CITY COLLECTOR<br> PO BOX 7468<br> 2010 HOWELL ST<br> N KANSAS CITY MO 64116 | Claim Holder Name and Address   Docketed Total      $34,386.70<br>CITY OF N KANSAS MO<br>CITY HALL / CITY COLLECTOR<br>PO BOX 7468<br>2010 HOWELL ST<br>N KANSAS CITY MO 64116<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                              $34,386.70<br>                                      $34,386.70 | Modified Total      $26,378.84<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                              $26,378.84<br>                                      $26,378.84 |
| Claim: 425<br>Date Filed:11/07/05<br>Docketed Total:  $71.00<br>Filing Creditor Name and Address<br> CITY OF PULASKI<br> PO BOX 633<br> PULASKI TN 38478 | Claim Holder Name and Address   Docketed Total        $71.00<br>CITY OF PULASKI<br>PO BOX 633<br>PULASKI TN 38478<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                            $71.00<br>                                                    $71.00 | Modified Total        $54.47<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                            $54.47<br>                                                    $54.47 |
| Claim: 6741<br>Date Filed:05/12/06<br>Docketed Total:  $2,132.39<br>Filing Creditor Name and Address<br> CITY OF TORRINGTON CT<br> CITY OF TORRINGTON TAX<br> COLLECTOR<br> PO BOX 839<br> TORRINGTON CT 06790 | Claim Holder Name and Address   Docketed Total      $2,132.39<br>CITY OF TORRINGTON CT<br>CITY OF TORRINGTON TAX<br>COLLECTOR<br>PO BOX 839<br>TORRINGTON CT 06790<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640       $2,132.39<br>               $2,132.39 | Modified Total      $1,983.62<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                            $1,983.62<br>                                                    $1,983.62 |

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5858**
Date Filed: 05/15/06
Docketed Total:   $172.94
Filing Creditor Name and Address
  CLARK COUNTY TREASURER
  31 N LIMESTONE ST
  SPRINGFIELD OH 45502

Claim Holder Name and Address
CLARK COUNTY TREASURER
31 N LIMESTONE ST
SPRINGFIELD OH 45502
Docketed Total  $172.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $172.94 | |
| | | $172.94 | |

Modified Total  $132.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $132.67 | |
| | | $132.67 | |

---

**Claim: 5859**
Date Filed: 05/15/06
Docketed Total:   $134.10
Filing Creditor Name and Address
  CLARK COUNTY TREASURER
  31 N LIMESTONE ST
  PO BOX 1305
  SPRINGFIELD OH 45502

Claim Holder Name and Address
CLARK COUNTY TREASURER
31 N LIMESTONE ST
PO BOX 1305
SPRINGFIELD OH 45502
Docketed Total  $134.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $134.10 | |
| | | $134.10 | |

Modified Total  $102.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $102.87 | |
| | | $102.87 | |

---

**Claim: 6869**
Date Filed: 05/25/06
Docketed Total:   $351.00
Filing Creditor Name and Address
  CLINTON CITY RECORDER
  100 BOWLING ST CITY HALL
  CLINTON TN 37716

Claim Holder Name and Address
CLINTON CITY RECORDER
100 BOWLING ST CITY HALL
CLINTON TN 37716
Docketed Total  $351.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $351.00 | | |
| | $351.00 | | |

Modified Total  $331.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $331.40 |
| | | | $331.40 |

---

**Claim: 2949**
Date Filed: 04/27/06
Docketed Total:   $2,540.94
Filing Creditor Name and Address
  CLINTON COUNTY IN
  CLINTON COUNTY TREASURER
  220 COURTHOUSE SQ
  FRANKFORT IN 46041

Claim Holder Name and Address
CLINTON COUNTY IN
CLINTON COUNTY TREASURER
220 COURTHOUSE SQ
FRANKFORT IN 46041
Docketed Total  $2,540.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,540.94 |
| | | | $2,540.94 |

Modified Total  $2,245.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,245.08 |
| | | | $2,245.08 |

---

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 355<br>Date Filed:11/04/05<br>Docketed Total:   $13,760.40<br>Filing Creditor Name and Address<br>  COLLECTOR OF REVENUE<br>  41 S CENTRAL AVE<br>  CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $13,760.40 | | Modified Total | | $10,555.98 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $13,760.40<br>$13,760.40 | | 05-44640 | | $10,555.98<br>$10,555.98 | |
| Claim: 356<br>Date Filed:11/04/05<br>Docketed Total:   $38.03<br>Filing Creditor Name and Address<br>  COLLECTOR OF REVENUE<br>  41 S CENTRAL AVE<br>  CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $38.03 | | Modified Total | | $29.79 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $38.03<br>$38.03 | | 05-44640 | | $29.79<br>$29.79 | |
| Claim: 357<br>Date Filed:11/04/05<br>Docketed Total:   $3,397.03<br>Filing Creditor Name and Address<br>  COLLECTOR OF REVENUE<br>  41 S CENTRAL AVE<br>  CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $3,397.03 | | Modified Total | | $2,605.94 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $3,397.03<br>$3,397.03 | | 05-44640 | | $2,605.94<br>$2,605.94 | |
| Claim: 3392<br>Date Filed:04/28/06<br>Docketed Total:   $25,358.82<br>Filing Creditor Name and Address<br>  COPIAH COUNTY<br>  TAX COLLECTOR<br>  PO BOX 705<br>  HAZLEHURST MS 39083 | Claim Holder Name and Address<br>COPIAH COUNTY<br>TAX COLLECTOR<br>PO BOX 705<br>HAZLEHURST MS 39083 | Docketed Total | | $25,358.82 | | Modified Total | | $24,620.21 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $25,358.82<br>$25,358.82 | | 05-44640 | | $24,620.21<br>$24,620.21 | |

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4312<br>Date Filed:05/01/06<br>Docketed Total:  $529.30<br>Filing Creditor Name and Address<br> DAVIESS CO KY<br> DAVIESS COUNTY ATTORNEY<br> 212 ST ANN ST<br> OWENSBORO KY 42303 | Claim Holder Name and Address<br>DAVIESS CO KY<br>DAVIESS COUNTY ATTORNEY<br>212 ST ANN ST<br>OWENSBORO KY 42303 | Docketed Total | | $529.30 | Modified Total | | | $272.93 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$529.30<br>$529.30 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$272.93<br>$272.93 | Unsecured |
| Claim: 6361<br>Date Filed:05/19/06<br>Docketed Total:  $128.48<br>Filing Creditor Name and Address<br> DEARBORN COUNTYIN<br> DEARBORN COUNTY TREASURER<br> 215B W HIGH ST<br> NEW ADMINSTRATION BLGD<br> LAWRENCEBURG IN 47025 | Claim Holder Name and Address<br>DEARBORN COUNTYIN<br>DEARBORN COUNTY TREASURER<br>215B W HIGH ST<br>NEW ADMINSTRATION BLGD<br>LAWRENCEBURG IN 47025 | Docketed Total | | $128.48 | Modified Total | | | $66.90 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$128.48<br>$128.48 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$66.90<br>$66.90 | Unsecured |
| Claim: 10038<br>Date Filed:07/20/06<br>Docketed Total:  $392.83<br>Filing Creditor Name and Address<br> DELAWARE COUNTY IN<br> DELAWARE COUNTY TREASURER<br> 100 W MAIN ST<br> ROOM 102<br> MUNCIE IN 47305 | Claim Holder Name and Address<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305 | Docketed Total | | $392.83 | Modified Total | | | $392.83 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$392.83<br>$392.83 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$392.83<br>$392.83 | Unsecured |
| Claim: 10039<br>Date Filed:07/20/06<br>Docketed Total:  $64.31<br>Filing Creditor Name and Address<br> DELAWARE COUNTY IN<br> DELAWARE COUNTY TREASURER<br> 100 W MAIN ST<br> ROOM 102<br> MUNCIE IN 47305 | Claim Holder Name and Address<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305 | Docketed Total | | $64.31 | Modified Total | | | $64.31 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$64.31<br>$64.31 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$64.31<br>$64.31 | Unsecured |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10037<br>Date Filed:07/20/06<br>Docketed Total: $148.02<br>Filing Creditor Name and Address<br> DELAWARE COUNTY TREASURER<br> ROOM 102 COUNTY BLDG<br> 100 W MAIN ST<br> MUNICE IN 47305 | Claim Holder Name and Address<br>DELAWARE COUNTY TREASURER<br>ROOM 102 COUNTY BLDG<br>100 W MAIN ST<br>MUNICE IN 47305 | Docketed Total | | $148.02 | Modified Total | | | $148.02 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$148.02<br>$148.02 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$148.02<br>$148.02 | Unsecured |
| Claim: 3389<br>Date Filed:04/28/06<br>Docketed Total: $43.44<br>Filing Creditor Name and Address<br> EDGEFIELD CO SC<br> EDGEFIELD CO TREASURER<br> PO BOX 22<br> EDGEFIELD SC 29824 | Claim Holder Name and Address<br>EDGEFIELD CO SC<br>EDGEFIELD CO TREASURER<br>PO BOX 22<br>EDGEFIELD SC 29824 | Docketed Total | | $43.44 | Modified Total | | | $28.97 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$43.44<br>$43.44 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$28.97<br>$28.97 |
| Claim: 1545<br>Date Filed:01/17/06<br>Docketed Total: $18.86<br>Filing Creditor Name and Address<br> FORREST BUTCH FREEMAN OKLAHOMA<br> COUNTY TREASURER<br> 320 ROBERT S KERR RM 307<br> OKLAHOMA CITY OK 73102 | Claim Holder Name and Address<br>FORREST BUTCH FREEMAN OKLAHOMA<br>COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY OK 73102 | Docketed Total | | $18.86 | Modified Total | | | $18.86 |
| | Case Number*<br>05-44481 | Secured<br>$18.86<br>$18.86 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$18.86<br>$18.86 |
| Claim: 4415<br>Date Filed:05/02/06<br>Docketed Total: $21.33<br>Filing Creditor Name and Address<br> GLEYN TWILLA<br> CITY TAX COLLECTOR<br> 425 W COURT ST<br> DYERSBURG TN 38024 | Claim Holder Name and Address<br>GLEYN TWILLA<br>CITY TAX COLLECTOR<br>425 W COURT ST<br>DYERSBURG TN 38024 | Docketed Total | | $21.33 | Modified Total | | | $19.95 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$21.33<br>$21.33 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$19.95<br>$19.95 | Unsecured |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 893<br>Date Filed:11/28/05<br>Docketed Total:   $948.13<br>Filing Creditor Name and Address<br> GRAYSON COUNTY<br> F R YOUNG JR TREASURER<br> PO BOX 127<br> INDEPENDENCE VA 24348 | Claim Holder Name and Address    Docketed Total        $948.13<br>GRAYSON COUNTY<br>F R YOUNG JR TREASURER<br>PO BOX 127<br>INDEPENDENCE VA 24348 | | | | Modified Total        $948.13 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $948.13<br>$948.13 | | 05-44640 | | | $948.13<br>$948.13 |
| Claim: 4865<br>Date Filed:05/05/06<br>Docketed Total:   $2,398.16<br>Filing Creditor Name and Address<br> GREENWOOD CO SC<br> GREENWOOD CO TAX TREASURER<br> 528 MONUMENT ST<br> R 101<br> GREENWOOD SC 29646 | Claim Holder Name and Address    Docketed Total      $2,398.16<br>GREENWOOD CO SC<br>GREENWOOD CO TAX TREASURER<br>528 MONUMENT ST<br>R 101<br>GREENWOOD SC 29646 | | | | Modified Total      $1,599.73 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | $2,398.16<br>$2,398.16 | | | 05-44640 | | | $1,599.73<br>$1,599.73 |
| Claim: 2232<br>Date Filed:03/09/06<br>Docketed Total:   $11,927.66<br>Filing Creditor Name and Address<br> HENRY COUNTY TREASURER<br> 101 S MAIN ST<br> NEW CASTLE IN 47362 | Claim Holder Name and Address    Docketed Total     $11,927.66<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE IN 47362 | | | | Modified Total      $2,396.24 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $11,927.66<br>$11,927.66 | | 05-44640 | | $2,396.24<br>$2,396.24 | |
| Claim: 5372<br>Date Filed:05/09/06<br>Docketed Total:   $860.67<br>Filing Creditor Name and Address<br> HILLSBOROUGH COUNTY TAX<br> COLLECTOR<br> PO BOX 172920<br> TAMPA FL 33602 | Claim Holder Name and Address    Docketed Total        $860.67<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>PO BOX 172920<br>TAMPA FL 33602 | | | | Modified Total        $860.67 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | $860.67<br><br>$860.67 | | | 05-44640 | | | $860.67<br><br>$860.67 |

In re: Delphi Corporation, et al.                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5756**
Date Filed: 05/12/06
Docketed Total:   $669.29
Filing Creditor Name and Address
JACKSON COUNTY
MANAGER OF FINANCE
COLLECTION DEPARTMENT
415 E 12TH ST
KANSAS CITY MO 64106-8401

Claim Holder Name and Address   Docketed Total   $669.29
JACKSON COUNTY
MANAGER OF FINANCE
COLLECTION DEPARTMENT
415 E 12TH ST
KANSAS CITY MO 64106-8401

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $669.29 | |
| | | $669.29 | |

Modified Total   $669.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $669.29 | |
| | | $669.29 | |

---

**Claim: 1160**
Date Filed: 12/13/05
Docketed Total:   $636.02
Filing Creditor Name and Address
JOE G TEDDER TAX COLLECTOR
PO BOX 1189
BARTOW FL 33830

Claim Holder Name and Address   Docketed Total   $636.02
JOE G TEDDER TAX COLLECTOR
PO BOX 1189
BARTOW FL 33830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $636.02 | | |
| | $636.02 | | |

Modified Total   $487.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $487.91 |
| | | | $487.91 |

---

**Claim: 7901**
Date Filed: 06/13/06
Docketed Total:   $2,696.25
Filing Creditor Name and Address
JOHNSON COUNTY TREASURER
COURTHOUSE ANNEX
86 W COURT ST
FRANKLIN IN 46131

Claim Holder Name and Address   Docketed Total   $2,696.25
JOHNSON COUNTY TREASURER COURTHOUSE
ANNEX
86 W COURT ST
FRANKLIN IN 46131

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,696.25 | |
| | | $2,696.25 | |

Modified Total   $2,451.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,451.14 | |
| | | $2,451.14 | |

---

**Claim: 6565**
Date Filed: 05/22/06
Docketed Total:   $19.09
Filing Creditor Name and Address
JONES CO MS
JONES CO TAX COLLECTOR
PO BOX 511
LAUREL MS 39441

Claim Holder Name and Address   Docketed Total   $19.09
JONES CO MS
JONES CO TAX COLLECTOR
PO BOX 511
LAUREL MS 39441

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $19.09 | |
| | | $19.09 | |

Modified Total   $19.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $19.09 | |
| | | $19.09 | |

---

In re: Delphi Corporation, et al.

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1328<br>Date Filed:12/27/05<br>Docketed Total:  $269,106.72<br>Filing Creditor Name and Address<br> JUDY PITTS REVENUE<br> COMMISSIONER ETOWAH COUNTY<br> ALABAMA<br> ETOWAH COUNTY COURTHOUSE<br> 800 FORREST AVE RM 5<br> GADSDEN AL 35901 | Claim Holder Name and Address<br>JUDY PITTS REVENUE COMMISSIONER<br>ETOWAH COUNTY ALABAMA<br>ETOWAH COUNTY COURTHOUSE<br>800 FORREST AVE RM 5<br>GADSDEN AL 35901 | Docketed Total | $269,106.72 | | | Modified Total | $269,106.72 | |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority**<br>$269,106.72<br>_____<br>$269,106.72 | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$269,106.72<br>_____<br>$269,106.72 | **Unsecured** |
| Claim: 1448<br>Date Filed:01/04/06<br>Docketed Total:  $4,025.93<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $4,025.93 | | | Modified Total | $3,183.90 | |
| | **Case Number\***<br>05-44640 | **Secured**<br>$4,025.93<br>$4,025.93 | **Priority** | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$3,183.90<br>$3,183.90 |
| Claim: 1449<br>Date Filed:01/04/06<br>Docketed Total:  $4,848.48<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $4,848.48 | | | Modified Total | $3,834.41 | |
| | **Case Number\***<br>05-44640 | **Secured**<br>$4,848.48<br>$4,848.48 | **Priority** | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$3,834.41<br>$3,834.41 |
| Claim: 1450<br>Date Filed:01/04/06<br>Docketed Total:  $3,247.89<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $3,247.89 | | | Modified Total | $2,568.59 | |
| | **Case Number\***<br>05-44640 | **Secured**<br>$3,247.89<br>$3,247.89 | **Priority** | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$2,568.59<br>$2,568.59 |

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1451<br>Date Filed:01/04/06<br>Docketed Total: $924.94<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | | $924.94 | | Modified Total | | $731.49 |
| | Case Number*<br>05-44640 | Secured<br>$924.94<br>$924.94 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$731.49<br>$731.49 |
| Claim: 3331<br>Date Filed:04/28/06<br>Docketed Total: $107.52<br>Filing Creditor Name and Address<br> KING COUNTY TAX COLLECTOR ROOM<br> 600<br> 500 4TH AVE<br> SEATTLE WA 98104-2340 | Claim Holder Name and Address<br>KING COUNTY TAX COLLECTOR ROOM 600<br>500 4TH AVE<br>SEATTLE WA 98104-2340 | Docketed Total | | $107.52 | | Modified Total | | $107.52 |
| | Case Number*<br>05-44481 | Secured<br>$107.52<br>$107.52 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$107.52<br>$107.52 |
| Claim: 1770<br>Date Filed:02/03/06<br>Docketed Total: $110,647.51<br>Filing Creditor Name and Address<br> LEXINGTON COUNTY<br> 212 S LAKE DR<br> LEXINGTON SC 29072 | Claim Holder Name and Address<br>LEXINGTON COUNTY<br>212 S LAKE DR<br>LEXINGTON SC 29072 | Docketed Total | | $110,647.51 | | Modified Total | | $98,010.73 |
| | Case Number*<br>05-44481 | Secured<br>$110,647.51<br>$110,647.51 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$98,010.73<br>$98,010.73 |
| Claim: 3900<br>Date Filed:05/01/06<br>Docketed Total: $279,385.42<br>Filing Creditor Name and Address<br> LIMESTONE COUNTY REVENUE<br> COMMISSIONER<br> 100 S CLINTON ST STE A<br> ATHENS AL 35611 | Claim Holder Name and Address<br>LIMESTONE COUNTY REVENUE<br>COMMISSIONER<br>100 S CLINTON ST STE A<br>ATHENS AL 35611 | Docketed Total | | $279,385.42 | | Modified Total | | $139,692.54 |
| | Case Number*<br>05-44481 | Secured<br>$279,385.42<br>$279,385.42 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$139,692.54<br>$139,692.54 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   12 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4301<br>Date Filed:05/01/06<br>Docketed Total:   $74,750.40<br>Filing Creditor Name and Address<br>  LINCOLN CO MS<br>  LINCOLN COUNTY TAX COLLECTOR<br>  301 SOUTH 1ST ST<br>  ROOM 109<br>  BROOKHAVEN MS 39601 | Claim Holder Name and Address   Docketed Total      $74,750.40<br>LINCOLN CO MS<br>LINCOLN COUNTY TAX COLLECTOR<br>301 SOUTH 1ST ST<br>ROOM 109<br>BROOKHAVEN MS 39601<br><br>Case Number*      Secured       Priority       Unsecured<br>05-44481                                               $74,750.40<br>                                                       $74,750.40 | Modified Total      $74,750.40<br><br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                             $74,750.40<br>                                                     $74,750.40 |
| Claim: 5562<br>Date Filed:05/01/06<br>Docketed Total:   $26,390.76<br>Filing Creditor Name and Address<br>  LINCOLN COUNTY TAX<br>  301 SOUTH 1ST ROOM 109<br>  BROOKHAVEN MS 39601 | Claim Holder Name and Address   Docketed Total      $26,390.76<br>LINCOLN COUNTY TAX<br>301 SOUTH 1ST ROOM 109<br>BROOKHAVEN MS 39601<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                    $26,390.76<br>                                            $26,390.76 | Modified Total      $26,390.76<br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                  $26,390.76<br>                                          $26,390.76 |
| Claim: 1331<br>Date Filed:12/27/05<br>Docketed Total:   $385.25<br>Filing Creditor Name and Address<br>  LOUISVILLE JEFFERSON COUNTY<br>  METRO GOVERNMENT<br>  JEFFERSON COUNTY ATTORNEY'S<br>  OFFICE<br>  FISCAL COURT BUILDING<br>  531 COURT PLACE STE 1001<br>  LOUISVILLE KY 40202 | Claim Holder Name and Address   Docketed Total      $385.25<br>LOUISVILLE JEFFERSON COUNTY METRO<br>GOVERNMENT<br>JEFFERSON COUNTY ATTORNEY'S<br>OFFICE<br>FISCAL COURT BUILDING<br>531 COURT PLACE STE 1001<br>LOUISVILLE KY 40202<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44640          $385.25<br>                  $385.25 | Modified Total      $207.53<br><br><br><br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                             $207.53<br>                                                     $207.53 |
| Claim: 10576<br>Date Filed:07/25/06<br>Docketed Total:   $24,661.06<br>Filing Creditor Name and Address<br>  MADISON CO MS<br>  MADISON CO TAX COLLECTOR<br>  PO BOX 113<br>  CANTON MS 39046 | Claim Holder Name and Address   Docketed Total      $24,661.06<br>MADISON CO MS<br>MADISON CO TAX COLLECTOR<br>PO BOX 113<br>CANTON MS 39046<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44640                        $24,661.06<br>                               $24,661.06 | Modified Total      $18,918.07<br><br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                      $18,918.07<br>                              $18,918.07 |

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16571<br>Date Filed:03/12/07<br>Docketed Total:  $1,064,727.48<br>Filing Creditor Name and Address<br> MADISON COUNTY INDIANA<br> TREASURER<br> C O THOMAS M BEEMAN ATTORNEY<br> AT LAW<br> 33 W 10TH ST STE 200<br> ANDERSON IN 46016 | Claim Holder Name and Address<br>MADISON COUNTY INDIANA TREASURER<br>C O THOMAS M BEEMAN ATTORNEY<br>AT LAW<br>33 W 10TH ST STE 200<br>ANDERSON IN 46016 | Docketed Total | $1,064,727.48 | | | Modified Total | $1,064,727.48 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$1,064,727.48<br>———————<br>$1,064,727.48 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$1,064,727.48<br>———————<br>$1,064,727.48 | Unsecured |
| Claim: 1776<br>Date Filed:02/06/06<br>Docketed Total:  $25,633.36<br>Filing Creditor Name and Address<br> MARION CO TREASURER<br> PO BOX 275<br> MARION SC 29571 | Claim Holder Name and Address<br>MARION CO TREASURER<br>PO BOX 275<br>MARION SC 29571 | Docketed Total | $25,633.36 | | | Modified Total | $25,631.21 | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$25,633.36<br>————<br>$25,633.36 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$25,631.21<br>————<br>$25,631.21 | Unsecured |
| Claim: 4733<br>Date Filed:05/04/06<br>Docketed Total:  $432.23<br>Filing Creditor Name and Address<br> MARION COUNTY TAX COLLECTOR<br> PO BOX 970<br> OCALA FL 34478-0970 | Claim Holder Name and Address<br>MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA FL 34478-0970 | Docketed Total | $432.23 | | | Modified Total | $331.57 | |
| | Case Number*<br>05-44640 | Secured<br>$432.23<br>————<br>$432.23 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$331.57<br>————<br>$331.57 |
| Claim: 3809<br>Date Filed:05/01/06<br>Docketed Total:  $23,506.58<br>Filing Creditor Name and Address<br> MAURY COUNTY TRUSTEE<br> ONE PUBLIC SQUARE<br> COLUMBIA TN 38401 | Claim Holder Name and Address<br>MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA TN 38401 | Docketed Total | $23,506.58 | | | Modified Total | $22,821.92 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$23,506.58<br>————<br>$23,506.58 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$22,821.92<br>————<br>$22,821.92 | Unsecured |

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1508<br>Date Filed: 01/10/06<br>Docketed Total:  $2,185.62<br>Filing Creditor Name and Address<br>MCDONALD COUNTY COLLECTOR<br>CLOTEEL ATKINS<br>BOX 725<br>PINEVILLE MO 64856 | Claim Holder Name and Address  Docketed Total   $2,185.62<br>MCDONALD COUNTY COLLECTOR CLOTEEL<br>ATKINS<br>BOX 725<br>PINEVILLE MO 64856 | | | | | | Modified Total   $2,185.62 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | $2,185.62 | | | 05-44640 | | | $2,185.62 |
| | | $2,185.62 | | | | | | $2,185.62 |
| Claim: 1038<br>Date Filed: 12/06/05<br>Docketed Total:   $806.18<br>Filing Creditor Name and Address<br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY<br>DEPT OF LAW<br>RM 204 METROPOLITAN COURTHOUSE<br>NASHVILLE TN 37201 | Claim Holder Name and Address  Docketed Total   $806.18<br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY<br>DEPT OF LAW<br>RM 204 METROPOLITAN COURTHOUSE<br>NASHVILLE TN 37201 | | | | | | Modified Total   $618.44 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44610 | $806.18 | | | 05-44640 | | | $618.44 |
| | | $806.18 | | | | | | $618.44 |
| Claim: 11121<br>Date Filed: 07/27/06<br>Docketed Total:   $10,929.20<br>Filing Creditor Name and Address<br>MONROE CO MO<br>MONROE CO COLLECTOR<br>300 N MAIN<br>PO BOX 245<br>PARIS MO 65275 | Claim Holder Name and Address  Docketed Total   $10,929.20<br>MONROE CO MO<br>MONROE CO COLLECTOR<br>300 N MAIN<br>PO BOX 245<br>PARIS MO 65275 | | | | | | Modified Total   $10,929.20 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $10,929.20 | | 05-44640 | | $10,929.20 | |
| | | | $10,929.20 | | | | $10,929.20 | |
| Claim: 10557<br>Date Filed: 07/24/06<br>Docketed Total:   $29.87<br>Filing Creditor Name and Address<br>MONROE COUNTY IN<br>MONROE COUNTY TREASURER<br>COURTHUSE ROOM 204<br>BLOOMINGTON IN 47404 | Claim Holder Name and Address  Docketed Total   $29.87<br>MONROE COUNTY IN<br>MONROE COUNTY TREASURER<br>COURTHUSE ROOM 204<br>BLOOMINGTON IN 47404 | | | | | | Modified Total   $28.86 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | $29.87 | | 05-44640 | | $28.86 | |
| | | | $29.87 | | | | $28.86 | |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1456<br>Date Filed: 01/03/06<br>Docketed Total: $6.34<br>Filing Creditor Name and Address<br> MORGAN COUNTY REVENUE<br> COMMISSIONER<br> AMANDA G SCOTT CPA<br> PO BOX 696<br> DECATUR AL 35602 | Claim Holder Name and Address   Docketed Total   $6.34<br>MORGAN COUNTY REVENUE COMMISSIONER<br>AMANDA G SCOTT CPA<br>PO BOX 696<br>DECATUR AL 35602<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640        $6.34<br>_____<br>                $6.34 | Modified Total   $6.34<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $6.34<br>_____<br>                                     $6.34 |
| Claim: 5633<br>Date Filed: 05/11/06<br>Docketed Total: $5,704.18<br>Filing Creditor Name and Address<br> NEWTON CO MS<br> NEWTON CO TAX COLLECTOR<br> PO BOX 7<br> DECATUR MS 39327 | Claim Holder Name and Address   Docketed Total   $5,704.18<br>NEWTON CO MS<br>NEWTON CO TAX COLLECTOR<br>PO BOX 7<br>DECATUR MS 39327<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                $5,704.18<br>_____<br>                        $5,704.18 | Modified Total   $5,484.79<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                $5,484.79<br>_____<br>                        $5,484.79 |
| Claim: 6939<br>Date Filed: 05/26/06<br>Docketed Total: $106.91<br>Filing Creditor Name and Address<br> NEWTON COUNTY IN<br> NEWTON COUNTY TREASURER<br> COURTHOUSE<br> KENTLAND IN 47951 | Claim Holder Name and Address   Docketed Total   $106.91<br>NEWTON COUNTY IN<br>NEWTON COUNTY TREASURER<br>COURTHOUSE<br>KENTLAND IN 47951<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                $106.91<br>_____<br>                        $106.91 | Modified Total   $97.19<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                $97.19<br>_____<br>                        $97.19 |
| Claim: 10248<br>Date Filed: 07/21/06<br>Docketed Total: $8,075.92<br>Filing Creditor Name and Address<br> PIMA COUNTY TREASURER PIMA<br> COUNTY ASSESSOR PIMA COUNTY<br> ARIZONA<br> PIMA COUNTY ATTORNEYS OFFICE<br> CIVIL<br> 32 N STONE AVE STE 2100<br> TUCSON AZ 85701 | Claim Holder Name and Address   Docketed Total   $8,075.92<br>PIMA COUNTY TREASURER PIMA COUNTY<br>ASSESSOR PIMA COUNTY ARIZONA<br>PIMA COUNTY ATTORNEYS OFFICE<br>CIVIL<br>32 N STONE AVE STE 2100<br>TUCSON AZ 85701<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481        $8,075.92<br>_____<br>                $8,075.92 | Modified Total   $7,969.66<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $7,969.66<br>_____<br>                                     $7,969.66 |

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3556<br>Date Filed:05/01/06<br>Docketed Total:   $100.61<br>Filing Creditor Name and Address<br> POPE COUNTY AR<br> POPE COUNTY TAX COLLECTOR<br> 100 WEST MAIN ST<br> RUSSELLVILLE AR 72801 | Claim Holder Name and Address<br>POPE COUNTY AR<br>POPE COUNTY TAX COLLECTOR<br>100 WEST MAIN ST<br>RUSSELLVILLE AR 72801 | Docketed Total | | $100.61 | | Modified Total | | $78.56 |
| | <ins>Case Number*</ins><br>05-44481 | <ins>Secured</ins> | <ins>Priority</ins> | <ins>Unsecured</ins><br>$100.61<br>$100.61 | <ins>Case Number*</ins><br>05-44640 | <ins>Secured</ins> | <ins>Priority</ins> | <ins>Unsecured</ins><br>$78.56<br>$78.56 |
| Claim: 3767<br>Date Filed:05/01/06<br>Docketed Total:   $42,243.59<br>Filing Creditor Name and Address<br> PORTAGE COUNTY TREASURER<br> 449 S MERIDIAN 1ST FL<br> PO BOX 1217<br> RAVENNA OH 44266 | Claim Holder Name and Address<br>PORTAGE COUNTY TREASURER<br>449 S MERIDIAN 1ST FL<br>PO BOX 1217<br>RAVENNA OH 44266 | Docketed Total | | $42,243.59 | | Modified Total | | $36,676.60 |
| | <ins>Case Number*</ins><br>05-44640 | <ins>Secured</ins> | <ins>Priority</ins><br>$42,243.59<br>$42,243.59 | <ins>Unsecured</ins> | <ins>Case Number*</ins><br>05-44640 | <ins>Secured</ins> | <ins>Priority</ins><br>$36,676.60<br>$36,676.60 | <ins>Unsecured</ins> |
| Claim: 5922<br>Date Filed:05/16/06<br>Docketed Total:   $5,452.41<br>Filing Creditor Name and Address<br> RANKIN COUNTY<br> 211 E GOVT ST<br> STE B<br> BRANDON MS 39042 | Claim Holder Name and Address<br>RANKIN COUNTY<br>211 E GOVT ST<br>STE B<br>BRANDON MS 39042 | Docketed Total | | $5,452.41 | | Modified Total | | $5,452.41 |
| | <ins>Case Number*</ins><br>05-44481 | <ins>Secured</ins> | <ins>Priority</ins><br>$5,452.41<br>$5,452.41 | <ins>Unsecured</ins> | <ins>Case Number*</ins><br>05-44640 | <ins>Secured</ins> | <ins>Priority</ins><br>$5,452.41<br>$5,452.41 | <ins>Unsecured</ins> |
| Claim: 424<br>Date Filed:11/07/05<br>Docketed Total:   $717.59<br>Filing Creditor Name and Address<br> RAY VALDES SEMINOLE COUNTY TAX<br> COLLECTOR<br> 1101 E FIRST ST<br> PO BOX 630<br> SANFORD FL 32772 | Claim Holder Name and Address<br>RAY VALDES SEMINOLE COUNTY TAX<br>COLLECTOR<br>1101 E FIRST ST<br>PO BOX 630<br>SANFORD FL 32772 | Docketed Total | | $717.59 | | Modified Total | | $550.48 |
| | <ins>Case Number*</ins><br>05-44481 | <ins>Secured</ins><br>$717.59<br>$717.59 | <ins>Priority</ins> | <ins>Unsecured</ins> | <ins>Case Number*</ins><br>05-44640 | <ins>Secured</ins> | <ins>Priority</ins> | <ins>Unsecured</ins><br>$550.48<br>$550.48 |

*See Exhibit F for a listing of debtor entities by case number                     Page:   17 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8347<br>Date Filed:06/22/06<br>Docketed Total:   $104.09<br>Filing Creditor Name and Address<br> ROGERS COUNTY TREASURER<br> PO BOX 699<br> CLAREMORE OK 74018 | Claim Holder Name and Address<br>ROGERS COUNTY TREASURER<br>PO BOX 699<br>CLAREMORE OK 74018<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured | $104.09<br><br><br><br>Priority<br>$104.09<br>$104.09 | Unsecured | Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured | $90.04<br><br><br><br>Priority<br>$90.04<br>$90.04 | Unsecured |
| Claim: 758<br>Date Filed:11/22/05<br>Docketed Total:   $377.96<br>Filing Creditor Name and Address<br> RONALD A LEGGETT COLLECTOR OF<br> REV<br> RONALD A LEGGETT COLLECTOR OF<br> REVEN<br> 109 CITY HALL<br> ST LOUIS MO 63103 | Claim Holder Name and Address<br>RONALD A LEGGETT COLLECTOR OF REV<br>RONALD A LEGGETT COLLECTOR OF<br>REVEN<br>109 CITY HALL<br>ST LOUIS MO 63103<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br><br>Secured | $377.96<br><br><br><br><br><br>Priority<br>$377.96<br><br>$377.96 | Unsecured | Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br>Secured | $289.94<br><br><br><br><br><br>Priority<br>$289.94<br><br>$289.94 | Unsecured |
| Claim: 5669<br>Date Filed:05/08/06<br>Docketed Total:   $36.47<br>Filing Creditor Name and Address<br> SMITH COUNTY TRUSTEE<br> JAMIE D WINKLER<br> PO BOX 332<br> CARTHAGE TN 37030 | Claim Holder Name and Address<br>SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER<br>PO BOX 332<br>CARTHAGE TN 37030<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured | $36.47<br><br><br><br>Priority<br>$36.47<br>$36.47 | Unsecured | Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured | $33.88<br><br><br><br>Priority<br>$33.88<br>$33.88 | Unsecured |
| Claim: 792<br>Date Filed:11/22/05<br>Docketed Total:   $145.15<br>Filing Creditor Name and Address<br> ST CHARLES COUNTY COLLECTOR<br> 201 N SECOND ST RM 134<br> ST CHARLES MO 63301-2789 | Claim Holder Name and Address<br>ST CHARLES COUNTY COLLECTOR<br>201 N SECOND ST RM 134<br>ST CHARLES MO 63301-2789<br><br>Case Number*<br>05-44610 | Docketed Total<br><br><br><br>Secured | $145.15<br><br><br><br>Priority<br>$145.15<br>$145.15 | Unsecured | Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured | $111.35<br><br><br><br>Priority<br>$111.35<br>$111.35 | Unsecured |

*See Exhibit F for a listing of debtor entities by case number                    Page:   18 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 797<br>Date Filed:11/22/05<br>Docketed Total:  $55,010.23<br>Filing Creditor Name and Address<br> ST CHARLES COUNTY COLLECTOR<br> 201 N SECOND ST RM 134<br> ST CHARLES MO 63301-2789 | Claim Holder Name and Address<br>ST CHARLES COUNTY COLLECTOR<br>201 N SECOND ST RM 134<br>ST CHARLES MO 63301-2789 | Docketed Total | | $55,010.23 | | | Modified Total | $42,199.63 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$55,010.23<br>$55,010.23 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$42,199.63<br>$42,199.63 | Unsecured |
| Claim: 1324<br>Date Filed:12/27/05<br>Docketed Total:  $1,929.19<br>Filing Creditor Name and Address<br> ST JOHNS COUNTY TAX COLLECTOR<br> DENNIS W HOLLINGSWORTH<br> PO BOX 9001<br> ST AUGUSTINE FL 32085-9001 | Claim Holder Name and Address<br>ST JOHNS COUNTY TAX COLLECTOR<br>DENNIS W HOLLINGSWORTH<br>PO BOX 9001<br>ST AUGUSTINE FL 32085-9001 | Docketed Total | | $1,929.19 | | | Modified Total | $1,479.93 |
| | Case Number*<br>05-44481 | Secured<br>$1,929.19<br>$1,929.19 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,479.93<br>$1,479.93 |
| Claim: 7093<br>Date Filed:05/30/06<br>Docketed Total:  $133.12<br>Filing Creditor Name and Address<br> STATE OF LOUISIANA<br> LOUISIANA DEPARTMENT OF<br> REVENUE<br> PO BOX 66658<br> BATON ROUGE LA 70896 | Claim Holder Name and Address<br>STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF<br>REVENUE<br>PO BOX 66658<br>BATON ROUGE LA 70896 | Docketed Total | | $133.12 | | | Modified Total | $133.12 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$133.12<br>$133.12 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$133.12<br>$133.12 | Unsecured |
| Claim: 1327<br>Date Filed:12/27/05<br>Docketed Total:  $2,483.92<br>Filing Creditor Name and Address<br> SUMNER COUNTY TRUSTEE<br> 355 BELVEDERE DR RM 107<br> GALLATIN TN 37066 | Claim Holder Name and Address<br>SUMNER COUNTY TRUSTEE<br>355 BELVEDERE DR RM 107<br>GALLATIN TN 37066 | Docketed Total | | $2,483.92 | | | Modified Total | $1,905.46 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$2,483.92<br>$2,483.92 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$1,905.46<br>$1,905.46 | Unsecured |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2833<br>Date Filed:04/26/06<br>Docketed Total:  $1,104.78<br>Filing Creditor Name and Address<br> TAX COLLECTOR<br> TAX COLLECTOR TOWN OF<br> WATERTOWN<br> PO BOX 224<br> WATERTOWN CT 06795 | Claim Holder Name and Address    Docketed Total    $1,104.78<br>TAX COLLECTOR<br>TAX COLLECTOR TOWN OF<br>WATERTOWN<br>PO BOX 224<br>WATERTOWN CT 06795<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $1,104.78<br>          $1,104.78 | Modified Total    $869.39<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $869.39<br>                                          $869.39 |
| Claim: 4527<br>Date Filed:05/02/06<br>Docketed Total:  $44,542.68<br>Filing Creditor Name and Address<br> TAX COLLECTOR PINELLAS COUNTY<br> ATTN BETTY A GRAMLEY TAX<br> MANAGER<br> PO BOX 2943<br> CLEARWATER FL 33757-2943 | Claim Holder Name and Address    Docketed Total    $44,542.68<br>TAX COLLECTOR PINELLAS COUNTY<br>ATTN BETTY A GRAMLEY TAX<br>MANAGER<br>PO BOX 2943<br>CLEARWATER FL 33757-2943<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $44,542.68<br>          $44,542.68 | Modified Total    $17,084.87<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $17,084.87<br>                                        $17,084.87 |
| Claim: 9271<br>Date Filed:04/26/06<br>Docketed Total:  $2,257.22<br>Filing Creditor Name and Address<br> TAX COLLECTOR SANTA ROSA<br> COUNTY<br> ATTN CINDY GRIMES DELINQUENT<br> TAX DE<br> ROBERT MCCLURE SANTA ROSA TAX<br> COLLE<br> PO BOX 7100<br> MILTON FL 32572 | Claim Holder Name and Address    Docketed Total    $2,257.22<br>TAX COLLECTOR SANTA ROSA COUNTY<br>ATTN CINDY GRIMES DELINQUENT<br>TAX DE<br>ROBERT MCCLURE SANTA ROSA TAX<br>COLLE<br>PO BOX 7100<br>MILTON FL 32572<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $2,257.22<br><br>          $2,257.22 | Modified Total    $2,052.02<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $2,052.02<br><br>                                         $2,052.02 |

*See Exhibit F for a listing of debtor entities by case number          Page:   20 of 22

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8344<br>Date Filed:06/22/06<br>Docketed Total:  $9,379.17<br>Filing Creditor Name and Address<br>  TIPTON COUNTY IN<br>  TIPTON COUNTY TREASURER<br>  COURTHOUSE<br>  TIPTON IN 46072 | Claim Holder Name and Address<br>TIPTON COUNTY IN<br>TIPTON COUNTY TREASURER<br>COURTHOUSE<br>TIPTON IN 46072 | Docketed Total | | $9,379.17 | | | Modified Total | $7,804.36 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$9,379.17<br>$9,379.17 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$7,804.36<br>$7,804.36 | Unsecured |
| Claim: 8225<br>Date Filed:06/19/06<br>Docketed Total:  $612.98<br>Filing Creditor Name and Address<br>  TREASURER OF KOSCIUSKO COUNTY<br>  100 W CTR ST<br>  WARSAW IN 46580 | Claim Holder Name and Address<br>TREASURER OF KOSCIUSKO COUNTY<br>100 W CTR ST<br>WARSAW IN 46580 | Docketed Total | | $612.98 | | | Modified Total | $557.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$612.98<br>$612.98 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$557.25<br>$557.25 |
| Claim: 7835<br>Date Filed:06/12/06<br>Docketed Total:  $6.32<br>Filing Creditor Name and Address<br>  TREASURER OF VIGO COUNTY<br>  DAVID CROCKETT<br>  PO BOX 1466<br>  INDIANAPOLIS IN 46206-1466 | Claim Holder Name and Address<br>TREASURER OF VIGO COUNTY<br>DAVID CROCKETT<br>PO BOX 1466<br>INDIANAPOLIS IN 46206-1466 | Docketed Total | | $6.32 | | | Modified Total | $4.84 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$6.32<br>$6.32 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$4.84<br>$4.84 | Unsecured |
| Claim: 108<br>Date Filed:10/25/05<br>Docketed Total:  $25.00<br>Filing Creditor Name and Address<br>  WILLIAMSON COUNTY TRUSTEE<br>  WALTER J DAVIS TRUSTEE<br>  PO BOX 648<br>  FRANKLIN TN 37065 | Claim Holder Name and Address<br>WILLIAMSON COUNTY TRUSTEE<br>WALTER J DAVIS TRUSTEE<br>PO BOX 648<br>FRANKLIN TN 37065 | Docketed Total | | $25.00 | | | Modified Total | $19.18 |
| | Case Number*<br>05-44481 | Secured<br>$25.00<br>$25.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$19.18<br>$19.18 | Unsecured |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6053<br>Date Filed:05/16/06<br>Docketed Total:   $963.65<br>Filing Creditor Name and Address<br>  WILSON CO TN<br>  WILSON COUNTY TRUSTEE<br>  PO BOX 865<br>  LEBANON TN 37088 | Claim Holder Name and Address   Docketed Total      $963.65<br>WILSON CO TN<br>WILSON COUNTY TRUSTEE<br>PO BOX 865<br>LEBANON TN 37088<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                        $963.65<br>                                $963.65 | Modified Total       $537.75<br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                        $537.75<br>                                $537.75 |
| Claim: 1706<br>Date Filed:01/30/06<br>Docketed Total:   $8,156.89<br>Filing Creditor Name and Address<br>  YORK COUNTY TAX COLLECTOR<br>  1070 HECKLE BEVA BOX 14<br>  ROCK HILL SC 29732-2863 | Claim Holder Name and Address   Docketed Total    $8,156.89<br>YORK COUNTY TAX COLLECTOR<br>1070 HECKLE BEVA BOX 14<br>ROCK HILL SC 29732-2863<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44481        $8,156.89<br>                $8,156.89 | Modified Total     $6,257.34<br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $6,257.34<br>                                                $6,257.34 |

                                                    Total Count of Claims:   85
                                                    Total Amount as Docketed:      $2,691,985.08
                                                    Total Amount as Modified:      $2,392,053.91