In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1139**
Date Filed: 12/13/05
Docketed Total:   $93,039.28
Filing Creditor Name and Address
 ALL RITE INDUSTRIES
 470 OAKWOOD RD
 LAKE ZURICH IL 60047

Claim Holder Name and Address — Docketed Total $93,039.28
ALL RITE INDUSTRIES
470 OAKWOOD RD
LAKE ZURICH IL 60047

Modified Total $93,039.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $93,039.28 | 05-44640 | | $13,280.00 | $79,759.28 |
| | | | $93,039.28 | | | $13,280.00 | $79,759.28 |

**Claim: 15203**
Date Filed: 07/31/06
Docketed Total:   $110,591.58
Filing Creditor Name and Address
 AMI INDUSTRIES INC
 AMI INDUSTRIES PREPETITION
 5093 N RED OAK RD
 LEWISTON MI 49756

Claim Holder Name and Address — Docketed Total $110,591.58
AMI INDUSTRIES INC
AMI INDUSTRIES PREPETITION
5093 N RED OAK RD
LEWISTON MI 49756

Modified Total $110,591.58

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $110,591.58 | 05-44640 | | $184.23 | $110,407.35 |
| | | | $110,591.58 | | | $184.23 | $110,407.35 |

**Claim: 11580**
Date Filed: 07/27/06
Docketed Total:   $22,755.61
Filing Creditor Name and Address
 AMROC INVESTMENTS LLC AS
 ASSIGNEE OF TOTAL COMPONENT
 AS ASSIGNEE OF TOTAL COMPONENT
 ATTN DAVID S LEINWAND
 535 MADISON AVE 15TH FL
 NEW YORK NY 10022

Claim Holder Name and Address — Docketed Total $22,755.61
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Modified Total $19,985.86

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $22,755.61 | 05-44640 | | $900.36 | $19,085.50 |
| | | | $22,755.61 | | | $900.36 | $19,085.50 |

**Claim: 4458**
Date Filed: 05/02/06
Docketed Total:   $11,070.00
Filing Creditor Name and Address
 ARMADA RUBBER MANUFACTURING
  COMPANY
 ROBERT BOVA
 PO BOX 579
 ARMADA MI 48005-0579

Claim Holder Name and Address — Docketed Total $11,070.00
ARMADA RUBBER MANUFACTURING COMPANY
ROBERT BOVA
PO BOX 579
ARMADA MI 48005-0579

Modified Total $11,070.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $1,210.00 | $9,860.00 | 05-44640 | | $1,210.00 | $9,860.00 |
| | | $1,210.00 | $9,860.00 | | | $1,210.00 | $9,860.00 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2182**
Date Filed: 03/03/06
Docketed Total:  $33,163.60
Filing Creditor Name and Address
 ARROW SHEET METAL PRODUCTS CO
 ATTN S TUJILLO
 2890 W 62ND AVE
 DENVER CO 80221

Claim Holder Name and Address — ARROW SHEET METAL PRODUCTS CO, ATTN S TUJILLO, 2890 W 62ND AVE, DENVER CO 80221 — Docketed Total $33,163.60 — Modified Total $33,163.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $33,163.60 | 05-44507 | | $6,367.31 | $26,796.29 |
| | | | $33,163.60 | | | $6,367.31 | $26,796.29 |

**Claim: 1447**
Date Filed: 01/04/06
Docketed Total:  $250,559.17
Filing Creditor Name and Address
 AVNET INC
 2211 S 47TH ST
 PHOENIX AZ 85034-6403

Claim Holder Name and Address — AVNET INC, 2211 S 47TH ST, PHOENIX AZ 85034-6403 — Docketed Total $250,559.17 — Modified Total $223,631.22

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $250,559.17 | 05-44507 | | $67,613.23 | $154,335.84 |
| | | | | 05-44511 | | | $1,382.05 |
| | | | | 05-44624 | | | $300.10 |
| | | | $250,559.17 | | | $67,613.23 | $156,017.99 |

**Claim: 9755**
Date Filed: 07/18/06
Docketed Total:  $119,379.15
Filing Creditor Name and Address
 AVX CORP
 801 17TH AVE S
 MYRTLE BEACH SC 29577-424

Claim Holder Name and Address — AVX CORP, 801 17TH AVE S, MYRTLE BEACH SC 29577-424 — Docketed Total $119,379.15 — Modified Total $116,936.73

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $11,894.48 | $107,484.67 | 05-44567 | | | $419.83 |
| | | | | 05-44640 | | $11,894.48 | $104,622.42 |
| | | $11,894.48 | $107,484.67 | | | $11,894.48 | $105,042.25 |

**Claim: 9105**
Date Filed: 07/07/06
Docketed Total:  $277,159.38
Filing Creditor Name and Address
 BRUSH WELLMAN INC
 C O JEAN ROBERTSON
 MCDONALD HOPKINS CO LPA
 600 SUPERIOR AVENUE EAST STE
 2100
 CLEVELAND OH 44114

Claim Holder Name and Address — BRUSH WELLMAN INC, C O JEAN ROBERTSON, MCDONALD HOPKINS CO LPA, 600 SUPERIOR AVENUE EAST STE 2100, CLEVELAND OH 44114 — Docketed Total $277,159.38 — Modified Total $246,462.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $277,159.38 | 05-44640 | | $31,044.61 | $215,417.67 |
| | | | $277,159.38 | | | $31,044.61 | $215,417.67 |

*See Exhibit F for a listing of debtor entities by case number                              Page:   2 of 29

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14241<br>Date Filed:07/31/06<br>Docketed Total:  $43,119.30<br>Filing Creditor Name and Address<br>  CABLE TECHNOLOGIESINC<br>  GEORGE OBRIEN<br>  3209 AVE E EAST<br>  ARLINGTON TX 76011 | Claim Holder Name and Address   Docketed Total      $43,119.30<br>CABLE TECHNOLOGIESINC<br>GEORGE OBRIEN<br>3209 AVE E EAST<br>ARLINGTON TX 76011<br><br>Case Number*      Secured       Priority          Unsecured<br>05-44511                                  $18,966.38        $24,152.92<br>                                          $18,966.38        $24,152.92 | Modified Total      $43,119.30<br><br><br><br><br>Case Number*      Secured       Priority          Unsecured<br>05-44511                                  $18,966.38        $24,152.92<br>                                          $18,966.38        $24,152.92 |
| Claim: 7659<br>Date Filed:06/08/06<br>Docketed Total:  $298,168.53<br>Filing Creditor Name and Address<br>  CAPSONIC GROUP LLC<br>  460 S 2ND ST<br>  ELGIN IL 60123 | Claim Holder Name and Address   Docketed Total      $298,168.53<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*      Secured       Priority          Unsecured<br>05-44481                                                    $298,168.53<br>                                                            $298,168.53 | Modified Total      $298,168.53<br><br><br><br><br>Case Number*      Secured       Priority          Unsecured<br>05-44640                                  $3,118.89        $295,049.64<br>                                          $3,118.89        $295,049.64 |
| Claim: 10703<br>Date Filed:07/25/06<br>Docketed Total:  $1,380,747.26<br>Filing Creditor Name and Address<br>  CAROLINA FORGE COMPANY LLC EFT<br>  PO BOX 370<br>  WILSON NC 27893 | Claim Holder Name and Address   Docketed Total      $1,380,747.26<br>CAROLINA FORGE COMPANY LLC EFT<br>PO BOX 370<br>WILSON NC 27893<br><br>Case Number*      Secured       Priority          Unsecured<br>05-44640                                  $197,519.25      $1,183,228.01<br>                                          $197,519.25      $1,183,228.01 | Modified Total   $1,380,747.26<br><br><br><br><br>Case Number*      Secured       Priority          Unsecured<br>05-44640                                  $197,519.25      $1,183,228.01<br>                                          $197,519.25      $1,183,228.01 |
| Claim: 10355<br>Date Filed:07/24/06<br>Docketed Total:  $15,049.09<br>Filing Creditor Name and Address<br>  CASCADE DIE CASTING GROUP<br>  7441 S DIVISION AVE STE A1<br>  GRAND RAPIDS MI 49548 | Claim Holder Name and Address   Docketed Total      $15,049.09<br>CASCADE DIE CASTING GROUP<br>7441 S DIVISION AVE STE A1<br>GRAND RAPIDS MI 49548<br><br>Case Number*      Secured       Priority          Unsecured<br>05-44640                                  $11,105.86        $3,943.23<br>                                          $11,105.86        $3,943.23 | Modified Total      $15,049.09<br><br><br><br><br>Case Number*      Secured       Priority          Unsecured<br>05-44640                                  $11,105.86        $3,943.23<br>                                          $11,105.86        $3,943.23 |

*See Exhibit F for a listing of debtor entities by case number                Page:   3 of 29

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11923<br>Date Filed:07/28/06<br>Docketed Total:   $13,569.50<br>Filing Creditor Name and Address<br> CASCO PRODUCTS CORPORATION<br> MR JOHN SPRATTA VP GLOBAL<br> FINANCE<br> ONE WATERVIEW DR<br> SHELTON CT 06484-7367 | Claim Holder Name and Address   Docketed Total   $13,569.50<br>CASCO PRODUCTS CORPORATION<br>MR JOHN SPRATTA VP GLOBAL<br>FINANCE<br>ONE WATERVIEW DR<br>SHELTON CT 06484-7367<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $13,569.50<br>                                         $13,569.50 | Modified Total   $13,321.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                   $5,760.48   $7,560.52<br>                           $5,760.48   $7,560.52 |
| Claim: 9760<br>Date Filed:07/18/06<br>Docketed Total:   $4,041,686.30<br>Filing Creditor Name and Address<br> CATALER NORTH AMERICA CORP<br> 2002 CATALER DR<br> LINCOLNTOWN NC 28092 | Claim Holder Name and Address   Docketed Total   $4,041,686.30<br>SPECIAL SITUATIONS INVESTING GROUP<br>INC<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640               $18,298.73   $4,023,387.57<br>                       $18,298.73   $4,023,387.57 | Modified Total   $4,041,686.30<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640               $18,298.73   $4,023,387.57<br>                       $18,298.73   $4,023,387.57 |
| Claim: 14059<br>Date Filed:07/31/06<br>Docketed Total:   $422,138.00<br>Filing Creditor Name and Address<br> CATALYTIC SOLUTIONS INC<br> 1640 FISKE PL<br> OXNARD CA 93033 | Claim Holder Name and Address   Docketed Total   $422,138.00<br>CATALYTIC SOLUTIONS INC<br>1640 FISKE PL<br>OXNARD CA 93033<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $422,138.00<br>                                         $422,138.00 | Modified Total   $421,112.90<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                   $9,345.36   $411,767.54<br>                           $9,345.36   $411,767.54 |
| Claim: 3853<br>Date Filed:05/01/06<br>Docketed Total:   $24,193.80<br>Filing Creditor Name and Address<br> COATS AMERICAN INC<br> COATS NORTH AMERICA<br> PO BOX 60124<br> CHARLOTTE NC 28260 | Claim Holder Name and Address   Docketed Total   $24,193.80<br>COATS AMERICAN INC<br>COATS NORTH AMERICA<br>PO BOX 60124<br>CHARLOTTE NC 28260<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $24,193.80<br>                                         $24,193.80 | Modified Total   $23,460.46<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                   $3,170.89   $20,289.57<br>                           $3,170.89   $20,289.57 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14247<br>Date Filed: 07/31/06<br>Docketed Total:  $45,870.92<br>Filing Creditor Name and Address<br> CONTINENTAL MIDLAND LLC<br> WILLIAM S HACKNEY<br> MUCH SHELIST<br> 191 N WACKER DR STE 1800<br> CHICAGO IL 60606 | Claim Holder Name and Address    Docketed Total    $45,870.92<br>CONTINENTAL MIDLAND LLC<br>WILLIAM S HACKNEY<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO IL 60606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                               $45,870.92<br>                                                       $45,870.92 | Modified Total    $45,442.05<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $1,386.73    $44,055.32<br>                               $1,386.73    $44,055.32 |
| Claim: 12691<br>Date Filed: 07/28/06<br>Docketed Total:  $1,539,602.72<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF CAMOPLAST<br> INCORPORATED<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 WEST PUTNAM AVENUE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $1,539,602.72<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>CAMOPLAST INCORPORATED<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $98,196.60    $1,441,406.12<br><br>                               $98,196.60    $1,441,406.12 | Modified Total    $1,529,102.05<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $88,544.81    $1,440,557.24<br><br>                               $88,544.81    $1,440,557.24 |
| Claim: 10381<br>Date Filed: 07/24/06<br>Docketed Total:  $166,195.72<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF ETCO<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $166,195.72<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>ETCO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $166,195.72<br>                                             $166,195.72 | Modified Total    $166,195.72<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $1,072.80    $165,122.92<br>                               $1,072.80    $165,122.92 |
| Claim: 12689<br>Date Filed: 07/28/06<br>Docketed Total:  $176,114.66<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF FLOW DRY<br> TECHNOLOGY LTD<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 WEST PUTNAM AVENUE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $176,114.66<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>FLOW DRY TECHNOLOGY LTD<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $42,727.58    $133,387.08<br><br>                               $42,727.58    $133,387.08 | Modified Total    $174,308.42<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $42,727.58    $131,580.84<br><br>                               $42,727.58    $131,580.84 |

In re: Delphi Corporation, et al.                                                                     Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9796**
Date Filed: 07/18/06
Docketed Total:  $572,033.91
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF HITCHINER
 MANUFACTURING CO INC
 CONTRARIAN FUNDS LLC
 ATTN ALPA JIMENEZ
 411 W PUTNAM AVE  STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $572,033.91
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
HITCHINER MANUFACTURING CO INC
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE  STE 225
GREENWICH CT 06830

Modified Total    $572,033.91

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $8,179.67 | $563,854.24 | 05-44640 | | $8,179.67 | $563,854.24 |
| | | $8,179.67 | $563,854.24 | | | $8,179.67 | $563,854.24 |

**Claim: 10382**
Date Filed: 07/24/06
Docketed Total:   $210,732.14
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF MTD TECHNOLOGIES
 INC
 ATTN ALPA JIMENEZ
 411 W PUTNAM AVE STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $210,732.14
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
MTD TECHNOLOGIES INC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

Modified Total    $210,732.14

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $16,294.70 | $194,437.44 | 05-44640 | | $16,294.70 | $194,437.44 |
| | | $16,294.70 | $194,437.44 | | | $16,294.70 | $194,437.44 |

**Claim: 12669**
Date Filed: 07/28/06
Docketed Total:   $1,087,184.23
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF OMRON DUALTEC
 AUTOMOTIVE ELECTRONICS INC
 ALPA JIMENEZ
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $1,087,184.23
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
OMRON DUALTEC AUTOMOTIVE
ELECTRONICS INC
ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

Modified Total    $1,030,332.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $85,411.74 | $1,001,772.49 | 05-44640 | | $85,411.74 | $944,921.15 |
| | | $85,411.74 | $1,001,772.49 | | | $85,411.74 | $944,921.15 |

*See Exhibit F for a listing of debtor entities by case number          Page:   6 of 29

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9792**
Date Filed: 07/18/06
Docketed Total:   $214,580.56
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF PAX MACHINE WORKS
 INC
 ATTN ALPA JIMENEZ
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $214,580.56
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
PAX MACHINE WORKS INC
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $865.58 | $213,714.98 | 05-44640 | | $865.58 | $213,714.98 |
| | | $865.58 | $213,714.98 | | | $865.58 | $213,714.98 |

Modified Total    $214,580.56

**Claim: 12690**
Date Filed: 07/28/06
Docketed Total:   $865,517.60
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF SCHAEFFLER CANADA
 INC
 CONTRARIAN FUNDS LLC
 ATTN ALPA JIMENEZ
 411 WEST PUTNAM AVENUE STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $865,517.60
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
SCHAEFFLER CANADA INC
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $80,774.09 | $784,743.51 | 05-44640 | | $80,774.09 | $784,743.51 |
| | | $80,774.09 | $784,743.51 | | | $80,774.09 | $784,743.51 |

Modified Total    $865,517.60

**Claim: 9791**
Date Filed: 07/18/06
Docketed Total:   $299,745.20
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF SP DIV NMC LLC
 ATTN ALPA JIMENEZ
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE  STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $299,745.20
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
SP DIV NMC LLC
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE  STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $5,367.21 | $294,377.99 | 05-44640 | | $5,367.21 | $294,377.99 |
| | | $5,367.21 | $294,377.99 | | | $5,367.21 | $294,377.99 |

Modified Total    $299,745.20

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|

**Claim: 12692**
Date Filed: 07/28/06
Docketed Total:  $3,398,927.24
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF STRATTEC SECURITY
 CORP
 ALPA JIMENEZ
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $3,398,927.24
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
STRATTEC SECURITY CORP
ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

Modified Total    $3,395,680.90

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $43,124.50 | $3,355,802.74 | 05-44640 | | $43,124.50 | $3,352,556.40 |
| | | $43,124.50 | $3,355,802.74 | | | $43,124.50 | $3,352,556.40 |

**Claim: 9793**
Date Filed: 07/18/06
Docketed Total:   $568,283.69
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF WHIRLAWAY
 CORPORATION
 CONTRARIAN FUNDS LLC
 ATTN ALPA JIMENEZ
 411 W PUTNAM AVE  STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $568,283.69
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
WHIRLAWAY CORPORATION
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE  STE 225
GREENWICH CT 06830

Modified Total    $557,025.45

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $26,238.62 | $542,045.07 | 05-44640 | | $26,238.62 | $530,786.83 |
| | | $26,238.62 | $542,045.07 | | | $26,238.62 | $530,786.83 |

**Claim: 16250**
Date Filed: 08/22/06
Docketed Total:   $40,206.20
Filing Creditor Name and Address
 COORSTEK INC
 ELIZABETH K FLAAGAN HOLME
 ROBERTS &
 1700 LINCOLN ST STE 4100
 DENVER CO 80203

Claim Holder Name and Address    Docketed Total    $40,206.20
COORSTEK INC
ELIZABETH K FLAAGAN HOLME
ROBERTS &
1700 LINCOLN ST STE 4100
DENVER CO 80203

Modified Total    $40,206.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $30,318.20 | $9,888.00 | 05-44640 | | $30,318.20 | $9,888.00 |
| | | $30,318.20 | $9,888.00 | | | $30,318.20 | $9,888.00 |

In re: Delphi Corporation, et al.                                                                                         Thirteenth Omnibus Objection

### EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11279<br>Date Filed:07/27/06<br>Docketed Total:  $34,432.00<br>Filing Creditor Name and Address<br> CTS OF CANADA CO<br> 171 COVINGTON DR<br> BLOOMINGTON IL 60108 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>ATTN LAURA L TORRADO<br>383 MADISON AVE<br>NEW YORK NY 10179 | Docketed Total | | $24,300.00 | | Modified Total | | $24,300.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$3,120.45<br>$3,120.45 | Unsecured<br>$21,179.55<br>$21,179.55 | Case Number*<br>05-44640 | Secured | Priority<br>$3,120.45<br>$3,120.45 | Unsecured<br>$21,179.55<br>$21,179.55 |
| | Claim Holder Name and Address<br>CTS OF CANADA CO<br>171 COVINGTON DR<br>BLOOMINGTON IL 60108 | Docketed Total | | $10,132.00 | | Modified Total | | $0.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$0.00 | Unsecured<br>$10,132.00 | Case Number* | Secured | Priority | Unsecured |
| Claim: 16592<br>Date Filed:04/05/07<br>Docketed Total:  $147,474.32<br>Filing Creditor Name and Address<br> CURTIS SCREW COMPANY LLC<br> ATTN JULIA S KREHER ESQ<br> HODGSON RUSS LLP<br> ONE M&T PLZ STE 2000<br> BUFFALO NY 14203 | Claim Holder Name and Address<br>CURTIS SCREW COMPANY LLC<br>ATTN JULIA S KREHER ESQ<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO NY 14203 | Docketed Total | | $147,474.32 | | Modified Total | | $135,676.23 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$52,906.09<br>$52,906.09 | Unsecured<br>$94,568.23<br>$94,568.23 | Case Number*<br>05-44640 | Secured | Priority<br>$52,906.09<br>$52,906.09 | Unsecured<br>$82,770.14<br>$82,770.14 |
| Claim: 41<br>Date Filed:10/17/05<br>Docketed Total:  $82,859.86<br>Filing Creditor Name and Address<br> EFTEC NORTH AMERICA<br> HB FULLER COMPANY<br> ATTN GREGG WALTERS<br> 2900 GRANADA LN<br> OAKDALE MN 55128 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $65,473.03 | | Modified Total | | $62,972.57 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$11,862.85<br>$11,862.85 | Unsecured<br>$53,610.18<br>$53,610.18 | Case Number*<br>05-44640 | Secured | Priority<br>$14,711.99<br>$14,711.99 | Unsecured<br>$48,260.58<br>$48,260.58 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   9 of 29

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 41(Continued) | Claim Holder Name and Address<br>EFTEC NORTH AMERICA<br>HB FULLER COMPANY<br>ATTN GREGG WALTERS<br>2900 GRANADA LN<br>OAKDALE MN 55128<br><br>Docketed Total  $17,386.83 | Modified Total  $6,678.61 |
|  | Case Number*  Secured  Priority  Unsecured<br>05-44481  $17,386.83  $0.00<br>  $17,386.83 | Case Number*  Secured  Priority  Unsecured<br>05-44640  $6,678.61<br>  $6,678.61 |
| Claim: 2049<br>Date Filed:02/16/06<br>Docketed Total:  $4,342,158.43<br>Filing Creditor Name and Address<br> ENGELHARD CORPORATION<br> MR ROBERT HOUSMAN DIRECTOR OF<br> CREDI<br> 101 WOOD AVE<br> ISELIN NJ 08830 | Claim Holder Name and Address<br>BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C O DAVIDSON KEMPER CAPITAL<br>MANAGEM<br>65 E 55TH ST 19TH FL<br>NEW YORK NY 10022<br><br>Docketed Total  $4,019,539.03 | Modified Total  $4,019,539.03 |
|  | Case Number*  Secured  Priority  Unsecured<br>05-44640  $1,195,184.47  $2,824,354.56<br>  $1,195,184.47  $2,824,354.56 | Case Number*  Secured  Priority  Unsecured<br>05-44640  $4,019,539.03<br>  $4,019,539.03 |
|  | Claim Holder Name and Address<br>ENGELHARD CORPORATION<br>MR ROBERT HOUSMAN DIRECTOR OF<br>CREDI<br>101 WOOD AVE<br>ISELIN NJ 08830<br><br>Docketed Total  $322,619.40 | Modified Total  $127,502.51 |
|  | Case Number*  Secured  Priority  Unsecured<br>05-44640  $322,619.40  $0.00  $0.00<br>  $322,619.40 | Case Number*  Secured  Priority  Unsecured<br>05-44640  $85,576.07  $41,926.44<br>  $85,576.07  $41,926.44 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8946<br>Date Filed:07/05/06<br>Docketed Total:   $653,356.73<br>Filing Creditor Name and Address<br> EPCOS INC<br> ATTN DAVID N CRAPO ESQ<br> GIBBONS PC<br> ONE GATEWAY CTR<br> NEWARK NJ 07102-5310 | Claim Holder Name and Address<br>EPCOS INC<br>ATTN DAVID N CRAPO ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK NJ 07102-5310 | Docketed Total | | $653,356.73 | | Modified Total | | $653,356.73 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$653,356.73<br>$653,356.73 | Case Number*<br>05-44640 | Secured | Priority<br>$72,949.27<br>$72,949.27 | Unsecured<br>$580,407.46<br>$580,407.46 |
| Claim: 2579<br>Date Filed:04/07/06<br>Docketed Total:   $50,085.22<br>Filing Creditor Name and Address<br> FAWN PLASTICS CO INC<br> 1920 GREENSPRING DR STE 140<br> TIMONIUM MD 21093 | Claim Holder Name and Address<br>FAWN PLASTICS CO INC<br>1920 GREENSPRING DR STE 140<br>TIMONIUM MD 21093 | Docketed Total | | $50,085.22 | | Modified Total | | $50,085.22 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$50,085.22<br>$50,085.22 | Case Number*<br>05-44567 | Secured | Priority<br>$26,190.18<br>$26,190.18 | Unsecured<br>$23,895.04<br>$23,895.04 |
| Claim: 16570<br>Date Filed:03/12/07<br>Docketed Total:   $337,154.09<br>Filing Creditor Name and Address<br> GCI TECHNOLOGIES INC<br> 1301 PRECISION DR<br> PLANO TX 75074 | Claim Holder Name and Address<br>GCI TECHNOLOGIES INC<br>1301 PRECISION DR<br>PLANO TX 75074 | Docketed Total | | $337,154.09 | | Modified Total | | $330,859.27 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$5,981.92<br>$5,981.92 | Unsecured<br>$331,172.17<br>$331,172.17 | Case Number*<br>05-44640 | Secured | Priority<br>$5,981.92<br>$5,981.92 | Unsecured<br>$324,877.35<br>$324,877.35 |
| Claim: 4427<br>Date Filed:05/02/06<br>Docketed Total:   $139,123.46<br>Filing Creditor Name and Address<br> HAMMOND GROUP INC<br> 1414 FIELD ST BLDG B<br> HAMMOND IN 46320-173 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $139,123.46 | | Modified Total | | $136,367.30 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$15,397.30<br>$15,397.30 | Unsecured<br>$123,726.16<br>$123,726.16 | Case Number*<br>05-44640 | Secured | Priority<br>$15,397.30<br>$15,397.30 | Unsecured<br>$120,970.00<br>$120,970.00 |

*See Exhibit F for a listing of debtor entities by case number              Page:   11 of 29

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9840<br>Date Filed:07/18/06<br>Docketed Total:  $509,488.17<br>Filing Creditor Name and Address<br> HILITE INTERNATIONAL INC<br> 1671 S BROADWAY ST<br> CARROLLTON TX 75006-7442 | Claim Holder Name and Address    Docketed Total    $509,488.17<br>HILITE INTERNATIONAL INC<br>1671 S BROADWAY ST<br>CARROLLTON TX 75006-7442<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                         $2,422.72   $507,065.45<br>                                 $2,422.72   $507,065.45 | Modified Total    $509,488.17<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                         $2,422.72   $507,065.45<br>                                 $2,422.72   $507,065.45 |
| Claim: 13773<br>Date Filed:07/31/06<br>Docketed Total:   $5,721,969.77<br>Filing Creditor Name and Address<br> HITACHI AUTOMOTIVE PRODUCTS<br> USA INC<br> PAUL J RICOTTA ESQ AND<br> STEPHANIE K<br> MINTZ LEVIN COHN FERRIS<br> GLOVSKY AND<br> 666 THIRD AVENUE<br> NEW YORK NY 10017 | Claim Holder Name and Address    Docketed Total    $27,569.59<br>DEUTSCHE BANK SECURITIES INC<br>ATTN ROSS ROSENFELT & VIKAS<br>MADAN<br>60 WALL ST 3RD FL<br>NEW YORK NY 10005<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $27,569.59<br><br>                                            $27,569.59 | Modified Total    $27,569.59<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                         $27,569.59<br><br>                                 $27,569.59 |
|  | Claim Holder Name and Address    Docketed Total    $5,694,400.18<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $5,694,400.18<br>                                            $5,694,400.18 | Modified Total    $5,694,400.18<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $5,694,400.18<br>                                            $5,694,400.18 |
| Claim: 9540<br>Date Filed:07/14/06<br>Docketed Total:  $39,111.67<br>Filing Creditor Name and Address<br> HOLLINGSWORTH & VOSE CO<br> 112 WASHINGTON ST<br> EAST WALPOLE MA 02032-100 | Claim Holder Name and Address    Docketed Total    $39,111.67<br>HOLLINGSWORTH & VOSE CO<br>112 WASHINGTON ST<br>EAST WALPOLE MA 02032-100<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $39,111.67<br>                                            $39,111.67 | Modified Total    $15,157.96<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                         $5,984.96    $9,173.00<br>                                 $5,984.96    $9,173.00 |

In re: Delphi Corporation, et al.                                                                      Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16255<br>Date Filed: 08/24/06<br>Docketed Total:  $1,898,409.80<br>Filing Creditor Name and Address<br> INTERNATIONAL RESISTIVE<br> COMPANY ADVANCED FILM DIVISION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address    Docketed Total    $77,694.80<br>INTERNATIONAL RESISTIVE COMPANY<br>ADVANCED FILM DIVISION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246 | Modified Total    $77,693.93 |

**Claim 16255 — detail**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $77,693.93 | $0.87 | 05-44640 | | $77,693.93 | |
| | | $77,693.93 | $0.87 | | | $77,693.93 | |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | Claim Holder Name and Address    Docketed Total    $1,820,715.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402 | Modified Total    $1,813,301.97 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,820,715.00 | 05-44640 | | | $1,813,301.97 |
| | | | $1,820,715.00 | | | | $1,813,301.97 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8878<br>Date Filed: 06/30/06<br>Docketed Total:   $170,159.62<br>Filing Creditor Name and Address<br> INTERNATIONAL RESISTIVE<br> COMPANY WIRE & FILM<br> TECHNOLOGIES DIVISION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON P A<br> 101 NORTH TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address    Docketed Total    $3,036.28<br>INTERNATIONAL RESISTIVE COMPANY<br>WIRE & FILM TECHNOLOGIES DIVISION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON P A<br>101 NORTH TRYON ST STE 1900<br>CHARLOTTE NC 28246 | Modified Total    $1,320.21 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $3,036.28 | $0.00 | 05-44640 | | $1,320.21 | |
| | | $3,036.28 | | | | $1,320.21 | |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8878 (Continued) | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402 | Docketed Total | | $167,123.34 | | Modified Total | | $158,918.44 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$167,123.34<br>$167,123.34 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$158,918.44<br>$158,918.44 |
| Claim: 1541<br>Date Filed:01/17/06<br>Docketed Total:   $114,460.81<br>Filing Creditor Name and Address<br>  ITT CANNON NEWTON<br>  ITT INDUSTRIES SHARED SERVICES<br>  2881 EAST BAYARD STREET<br>  SENECA FALLS NY 13148 | Claim Holder Name and Address<br>ITT CANNON NEWTON<br>ITT INDUSTRIES SHARED SERVICES<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | Docketed Total | | $114,460.81 | | Modified Total | | $86,411.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$114,460.81<br>$114,460.81 | Case Number*<br>05-44567 | Secured | Priority<br>$11,604.80<br>$11,604.80 | Unsecured<br>$74,806.50<br>$74,806.50 |
| Claim: 10717<br>Date Filed:07/25/06<br>Docketed Total:   $834,429.82<br>Filing Creditor Name and Address<br>  JIDECO OF BARDSTOWN INC<br>  KENNETH W SHELVER<br>  950 WITHROW CRT<br>  BARDSTOWN KY 40004 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $834,429.82 | | Modified Total | | $834,429.82 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$6,636.00<br>$6,636.00 | Unsecured<br>$827,793.82<br>$827,793.82 | Case Number*<br>05-44640 | Secured | Priority<br>$6,636.00<br>$6,636.00 | Unsecured<br>$827,793.82<br>$827,793.82 |
| Claim: 2066<br>Date Filed:02/21/06<br>Docketed Total:   $49,007.73<br>Filing Creditor Name and Address<br>  KL INDUSTRIES INC<br>  JAMES G MARTIGNON<br>  LEVENFELD PEARLSTEIN LLC<br>  2 N LASALLE STE 1300<br>  CHICAGO IL 60602 | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | Docketed Total | | $37,538.43 | | Modified Total | | $43,676.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$37,538.43<br><br>$37,538.43 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$43,676.20<br><br>$43,676.20 |

In re: Delphi Corporation, et al.                                                                        Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 2066(Continued) | Claim Holder Name and Address<br>KL INDUSTRIES INC<br>JAMES G MARTIGNON<br>LEVENFELD PEARLSTEIN LLC<br>2 N LASALLE STE 1300<br>CHICAGO IL 60602 | Docketed Total | $11,469.30 | | | Modified Total | $4,872.55 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |


| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 2066(Continued)** | Claim Holder Name and Address<br>KL INDUSTRIES INC<br>JAMES G MARTIGNON<br>LEVENFELD PEARLSTEIN LLC<br>2 N LASALLE STE 1300<br>CHICAGO IL 60602 | Docketed Total | | $11,469.30 | | | Modified Total | $4,872.55 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | $11,469.30 | | $0.00 | 05-44640 | | $4,872.55 | |
| | | $11,469.30 | | | | | $4,872.55 | |
| **Claim: 9460**<br>Date Filed:07/13/06<br>Docketed Total:  $29,862.80<br>Filing Creditor Name and Address<br>  LIQUIDITY SOLUTIONS INC AS<br>  ASSIGNEE OF ELGIN DIE MOLD CO<br>C O LIQUIDITY SOLUTIONS INC<br>DBA REV<br>1 UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $29,862.80 | | | Modified Total | $29,862.80 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $29,862.80 | 05-44612 | | | $1,840.00 |
| | | | | | 05-44640 | | $2,668.00 | $25,354.80 |
| | | | | $29,862.80 | | | $2,668.00 | $27,194.80 |
| **Claim: 15458**<br>Date Filed:07/31/06<br>Docketed Total:  $100,584.84<br>Filing Creditor Name and Address<br>  LIQUIDITY SOLUTIONS INC DBA<br>  REVENUE MANAGEMENT AS ASSIGNEE<br>  OF HEXCEL CORPORATION<br>JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 7601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $100,584.84 | | | Modified Total | $100,584.84 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $100,584.84 | 05-44640 | | $33,980.58 | $66,604.26 |
| | | | | $100,584.84 | | | $33,980.58 | $66,604.26 |

In re: Delphi Corporation, et al.                                                                                      Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6146<br>Date Filed:05/17/06<br>Docketed Total:  $16,711.16<br>Filing Creditor Name and Address<br> LITTELFUSE INC<br> PAUL DICKINSON<br> 800 NORTHWEST HWY<br> DES PLAINES IL 60016 | Claim Holder Name and Address<br>BANK OF AMERICA N A<br>ATTN INFORMATION MGR<br>100 N TRYON ST 20TH FL<br>MAIL CODE NCI 007 20 01<br>CHARLOTTE NC 28255 | Docketed Total | $16,711.16 | | | Modified Total | $16,711.16 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>$16,711.16<br>$16,711.16 | **Case Number\***<br>05-44567 | **Secured** | **Priority**<br>$4,125.59<br>$4,125.59 | **Unsecured**<br>$12,585.57<br>$12,585.57 |
| | 05-44567 | | | | | | | |
| Claim: 13974<br>Date Filed:07/31/06<br>Docketed Total:  $1,659,326.20<br>Filing Creditor Name and Address<br> LONGACRE MASTER FUND LTD AS<br> ASSIGNEE/TRANSFEREE OF SHARP<br> ELECTRONICS CORP<br> ATTN VLADIMIR JELISAVCIC<br> 810 SEVENTH AVE 22ND FLOOR<br> NEW YORK NY 10019 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD AS<br>ASSIGNEE/TRANSFEREE OF SHARP<br>ELECTRONICS CORP<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK NY 10019 | Docketed Total | $1,659,326.20 | | | Modified Total | $1,659,326.20 | |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$1,659,326.20<br>$1,659,326.20 | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$40,000.00<br>$40,000.00 | **Unsecured**<br>$1,619,326.20<br>$1,619,326.20 |
| Claim: 12057<br>Date Filed:07/28/06<br>Docketed Total:  $35,063.00<br>Filing Creditor Name and Address<br> M & S MANUFACTURING COMPANY<br> C O BRUCE N ELLIOTT<br> CONLIN MCKENNEY & PHILBRICK PC<br> 350 S MAIN ST STE 400<br> ANN ARBOR MI 48104 | Claim Holder Name and Address<br>M & S MANUFACTURING COMPANY<br>C O BRUCE N ELLIOTT<br>CONLIN MCKENNEY & PHILBRICK PC<br>350 S MAIN ST STE 400<br>ANN ARBOR MI 48104 | Docketed Total | $35,063.00 | | | Modified Total | $35,063.00 | |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$35,063.00<br>$35,063.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$13,620.06<br>$13,620.06 | **Unsecured**<br>$21,442.94<br>$21,442.94 |
| Claim: 351<br>Date Filed:11/04/05<br>Docketed Total:  $635,040.00<br>Filing Creditor Name and Address<br> MABUCHI MOTOR AMERICA CORP<br> 3001 W BIG BEAVER RD STE 520<br> TROY MI 48084-3106 | Claim Holder Name and Address<br>MABUCHI MOTOR AMERICA CORP<br>3001 W BIG BEAVER RD STE 520<br>TROY MI 48084-3106 | Docketed Total | $635,040.00 | | | Modified Total | $635,040.00 | |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$635,040.00<br>$635,040.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$875.54<br>$875.54 | **Unsecured**<br>$634,164.46<br>$634,164.46 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

CLAIM TO BE MODIFIED:
Claim: 10186
Date Filed:07/21/06
Docketed Total:   $130,579.71
Filing Creditor Name and Address
 MAGNESIUM ALUMINUM CORP
 ATTN BOB OMALLEY
 3425 SERVICE RD
 CLEVELAND OH 44111

CLAIM AS DOCKETED:
Claim Holder Name and Address   Docketed Total   $130,579.71
MAGNESIUM ALUMINUM CORP
ATTN BOB OMALLEY
3425 SERVICE RD
CLEVELAND OH 44111

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $130,579.71 |
| | | | $130,579.71 |

CLAIM AS MODIFIED:   Modified Total   $124,346.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $36,684.88 | $87,661.61 |
| | | $36,684.88 | $87,661.61 |

**Row 2**

CLAIM TO BE MODIFIED:
Claim: 12225
Date Filed:07/28/06
Docketed Total:   $17,618.29
Filing Creditor Name and Address
 MARKEL CORP
 435 SCHOOL LN
 PLYMOUTH MEETING PA 19462

CLAIM AS DOCKETED:
Claim Holder Name and Address   Docketed Total   $17,618.29
MARKEL CORP
435 SCHOOL LN
PLYMOUTH MEETING PA 19462

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $8,585.01 | $9,033.28 |
| | | $8,585.01 | $9,033.28 |

CLAIM AS MODIFIED:   Modified Total   $9,033.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $8,585.01 | $448.27 |
| | | $8,585.01 | $448.27 |

**Row 3**

CLAIM TO BE MODIFIED:
Claim: 9989
Date Filed:07/20/06
Docketed Total:   $203,557.41
Filing Creditor Name and Address
 MASTER MOLDED PRODUCTS CORP
 1000 DAVIS RD
 ELGIN IL 60123

CLAIM AS DOCKETED:
Claim Holder Name and Address   Docketed Total   $203,557.41
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $21,774.05 | $181,783.36 |
| | | $21,774.05 | $181,783.36 |

CLAIM AS MODIFIED:   Modified Total   $203,557.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $21,774.05 | $181,783.36 |
| | | $21,774.05 | $181,783.36 |

**Row 4**

CLAIM TO BE MODIFIED:
Claim: 9386
Date Filed:07/12/06
Docketed Total:   $59,437.76
Filing Creditor Name and Address
 METAL CLADDING INC
 ATTN JULIA S KREHER ESQ
 HODGSON RUSS LLP
 ONE M&T PLZ STE 2000
 BUFFALO NY 14203

CLAIM AS DOCKETED:
Claim Holder Name and Address   Docketed Total   $59,437.76
METAL CLADDING INC
ATTN JULIA S KREHER ESQ
HODGSON RUSS LLP
ONE M&T PLZ STE 2000
BUFFALO NY 14203

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,437.76 |
| | | | $59,437.76 |

CLAIM AS MODIFIED:   Modified Total   $59,437.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $14,090.99 | $45,346.77 |
| | | $14,090.99 | $45,346.77 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   17 of 29

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11103<br>Date Filed:07/26/06<br>Docketed Total:   $38,679.38<br>Filing Creditor Name and Address<br> MICRO MOTION INC<br> CUSTOMER FINANCIAL SERVICES<br> 12001 TECHNOLOGY DR AB03<br> EDEN PRAIRIE MN 55344 | Claim Holder Name and Address<br>MICRO MOTION INC<br>CUSTOMER FINANCIAL SERVICES<br>12001 TECHNOLOGY DR AB03<br>EDEN PRAIRIE MN 55344 | Docketed Total | | $38,679.38 | | Modified Total | | $38,640.57 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$5,895.03<br><br>$5,895.03 | Unsecured<br>$32,784.35<br><br>$32,784.35 | Case Number*<br>05-44482<br>05-44640 | Secured | Priority<br>$5,895.03<br><br>$5,895.03 | Unsecured<br>$31,770.54<br>$975.00<br>$32,745.54 |
| Claim: 6710<br>Date Filed:05/23/06<br>Docketed Total:   $88,440.00<br>Filing Creditor Name and Address<br> MICRONAS GMBH<br> CO GLEN K RITNER DIRECTOR<br> MICRONAS SEMICONDUCTORS INC<br> AUTOMOTIVE HEADQUARTERS - THE<br> AMERI<br> 3700 GRAND RIVER STE 215<br> FARMINGTON HILLLS MI 48335 | Claim Holder Name and Address<br>MICRONAS GMBH<br>CO GLEN K RITNER DIRECTOR<br>MICRONAS SEMICONDUCTORS INC<br>AUTOMOTIVE HEADQUARTERS - THE<br>AMERI<br>3700 GRAND RIVER STE 215<br>FARMINGTON HILLLS MI 48335 | Docketed Total | | $88,440.00 | | Modified Total | | $88,440.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$18,090.00<br>$18,090.00 | Unsecured<br>$70,350.00<br>$70,350.00 | Case Number*<br>05-44640 | Secured | Priority<br>$18,090.00<br>$18,090.00 | Unsecured<br>$70,350.00<br>$70,350.00 |
| Claim: 15211<br>Date Filed:07/31/06<br>Docketed Total:   $1,352,891.10<br>Filing Creditor Name and Address<br> MILLENNIUM INDUSTRIES<br> CORPORATION<br> C O JOHN P HENSIEN AND SUSANNA<br> C BR<br> CLARK HILL PLC<br> 500 WOODWARD AVE STE 3500<br> DETROIT MI 48226-3435 | Claim Holder Name and Address<br>MILLENNIUM INDUSTRIES CORPORATION<br>C O JOHN P HENSIEN AND SUSANNA<br>C BR<br>CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT MI 48226-3435 | Docketed Total | | $1,352,891.10 | | Modified Total | | $591,576.77 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$704,727.68<br><br>$704,727.68 | Unsecured<br>$648,163.42<br><br>$648,163.42 | Case Number*<br>05-44640 | Secured | Priority<br>$1,942.04<br><br>$1,942.04 | Unsecured<br>$589,634.73<br><br>$589,634.73 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   18 of 29

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10218<br>Date Filed:07/21/06<br>Docketed Total:  $220,167.50<br>Filing Creditor Name and Address<br> MILLWOOD INC DBA LIBERTY<br> INDUSTRIES INC<br> C O SAM O SIMMERMAN ESQ<br> KRUGLIAK WILKINS GRIFFITHS &<br> DOUGHE<br> 4775 MUNSON ST NW<br> PO BOX 36963<br> CANTON OH 44735-6963 | Claim Holder Name and Address    Docketed Total    $220,167.50<br>MILLWOOD INC DBA LIBERTY INDUSTRIES<br>INC<br>C O SAM O SIMMERMAN ESQ<br>KRUGLIAK WILKINS GRIFFITHS &<br>DOUGHE<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON OH 44735-6963 | | | | Modified Total    $220,167.50 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | $55,995.04 | $164,172.46 | 05-44640 | | $3,946.75 | $216,220.75 |
| | | | $55,995.04 | $164,172.46 | | | $3,946.75 | $216,220.75 |
| Claim: 13815<br>Date Filed:07/31/06<br>Docketed Total:   $223,843.01<br>Filing Creditor Name and Address<br> MULTEK FLEXIBLE CIRCUITS INC<br> ET AL<br> C O STEVEN J REISMAN ESQ<br> CURTIS MALLET PREVOST COLT &<br> MOSLE<br> 101 PARK AVE<br> NEW YORK NY 10178-0061 | Claim Holder Name and Address    Docketed Total    $223,843.01<br>MULTEK FLEXIBLE CIRCUITS INC ET AL<br>C O STEVEN J REISMAN ESQ<br>CURTIS MALLET PREVOST COLT &<br>MOSLE<br>101 PARK AVE<br>NEW YORK NY 10178-0061 | | | | Modified Total    $173,461.71 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | $28,136.03 | $195,706.98 | 05-44640 | | $11,801.03 | $161,660.68 |
| | | | $28,136.03 | $195,706.98 | | | $11,801.03 | $161,660.68 |
| Claim: 11053<br>Date Filed:07/26/06<br>Docketed Total:   $3,725,211.05<br>Filing Creditor Name and Address<br> MURATA ELECTRONICS NORTH<br> AMERICA INC<br> ATTN TREASURER CORP<br> CONTROLLER<br> 2200 LAKE PARK DR<br> SMYRNA GA 30080-7604 | Claim Holder Name and Address    Docketed Total    $3,725,211.05<br>MURATA ELECTRONICS NORTH AMERICA<br>INC<br>ATTN TREASURER CORP<br>CONTROLLER<br>2200 LAKE PARK DR<br>SMYRNA GA 30080-7604 | | | | Modified Total    $3,717,844.93 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | $33,926.12 | $111,941.07 | $3,579,343.86 | 05-44640 | | $111,941.07 | $3,605,903.86 |
| | | $33,926.12 | $111,941.07 | $3,579,343.86 | | | $111,941.07 | $3,605,903.86 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2071<br>Date Filed:02/21/06<br>Docketed Total:  $3,608,175.78<br>Filing Creditor Name and Address<br> NGK AUTOMOTIVE CERAMICS USA<br> INC<br> MICHAEL G CRUSE ESQ<br> WARNER NORCROSS & JUDD LLP<br> 2000 TOWN  CTR STE 2700<br> SOUTHFIELD MI 48075-1318 | Claim Holder Name and Address   Docketed Total    $3,608,175.78<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*      Secured      Priority        Unsecured<br>05-44484                                 $579,972.85    $3,028,202.93<br>_____<br>                                         $579,972.85    $3,028,202.93 | Modified Total    $3,608,175.78<br><br><br><br><br>Case Number*      Secured      Priority        Unsecured<br>05-44482                                 $425,192.03    $3,182,983.75<br>_____<br>                                         $425,192.03    $3,182,983.75 |
| Claim: 7572<br>Date Filed:06/06/06<br>Docketed Total:   $177,776.94<br>Filing Creditor Name and Address<br> NORTHERN ENGRAVING CORP<br> 803 S BLACK RIVER ST<br> SPARTA WI 54656-0377 | Claim Holder Name and Address   Docketed Total      $177,776.94<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*      Secured      Priority        Unsecured<br>05-44567                                                $177,776.94<br>_____<br>                                                        $177,776.94 | Modified Total      $152,672.23<br><br><br><br><br>Case Number*      Secured      Priority        Unsecured<br>05-44567                                 $23,482.06     $129,190.17<br>_____<br>                                         $23,482.06     $129,190.17 |
| Claim: 15222<br>Date Filed:07/31/06<br>Docketed Total:   $392,351.79<br>Filing Creditor Name and Address<br> NOVELIS CORP<br> 6060 PKLAND BLVD<br> CLEVELAND OH 44124-4185 | Claim Holder Name and Address   Docketed Total      $392,351.79<br>NOVELIS CORP<br>6060 PKLAND BLVD<br>CLEVELAND OH 44124-4185<br><br>Case Number*      Secured      Priority        Unsecured<br>05-44481                                 $33,090.25     $359,261.54<br>                                         $33,090.25     $359,261.54 | Modified Total      $392,351.79<br><br><br><br>Case Number*      Secured      Priority        Unsecured<br>05-44640                                 $33,090.25     $359,261.54<br>                                         $33,090.25     $359,261.54 |
| Claim: 7313<br>Date Filed:06/01/06<br>Docketed Total:   $61,384.40<br>Filing Creditor Name and Address<br> NU HORIZONS ELECTRONICS CORP<br> ATTN C SALAZAR<br> 2070 RINGWOOD AVE<br> SAN JOSE CA 95131 | Claim Holder Name and Address   Docketed Total      $61,384.40<br>NU HORIZONS ELECTRONICS CORP<br>ATTN C SALAZAR<br>2070 RINGWOOD AVE<br>SAN JOSE CA 95131<br><br>Case Number*      Secured      Priority        Unsecured<br>05-44507                                                $61,384.40<br>                                                        $61,384.40 | Modified Total      $61,384.40<br><br><br><br>Case Number*      Secured      Priority        Unsecured<br>05-44507                                 $30,455.00     $30,929.40<br>                                         $30,455.00     $30,929.40 |

*See Exhibit F for a listing of debtor entities by case number                Page:   20 of 29

In re: Delphi Corporation, et al.                                                                              Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8259<br>Date Filed: 06/20/06<br>Docketed Total:  $2,583,993.60<br>Filing Creditor Name and Address<br> OLSON INTERNATIONAL CO<br> FRMLY OLSON R MANUFACTURING CO<br> 50 W NORTH AVE<br> LOMBARD IL 60148 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $2,583,993.60 | | | Modified Total | $2,489,744.67 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76 | Unsecured<br>$2,523,138.84 | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76 | Unsecured<br>$2,428,889.91 |
| | | | $60,854.76 | $2,523,138.84 | | | $60,854.76 | $2,428,889.91 |
| Claim: 11566<br>Date Filed: 07/27/06<br>Docketed Total:  $5,764,040.00<br>Filing Creditor Name and Address<br> ON SEMICONDUCTOR COMPONENTS<br> INDUSTRIES LLC<br> QUARLES & BRADY STREICH LANG<br> LLP<br> ONE RENAISSANCE SQUARE<br> TWO N CENTRAL AVE<br> PHOENIX AZ 85004-2391 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR SILVER<br>POINT CAPITAL FUND LP AND SILVER<br>POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | Docketed Total | | $5,764,040.00 | | | Modified Total | $5,764,040.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,764,040.00 | Case Number*<br>05-44640 | Secured | Priority<br>$118,885.06 | Unsecured<br>$5,645,154.94 |
| | | | | $5,764,040.00 | | | $118,885.06 | $5,645,154.94 |
| Claim: 1420<br>Date Filed: 01/03/06<br>Docketed Total:  $6,185,131.57<br>Filing Creditor Name and Address<br> PIONEER NORTH AMERICA INC<br> CO MAX J NEWMAN ESQ<br> SCHAFER AND WEINER PLLC<br> 40950 WOODWARD AVE STE 100<br> BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address<br>CREDIT SUISSE<br>11 MADISON AVE 5TH FL<br>NEW YORK NY 10010 | Docketed Total | | $6,185,131.57 | | | Modified Total | $6,185,131.57 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$3,129,150.38 | Unsecured<br>$3,055,981.19 | Case Number*<br>05-44640 | Secured | Priority<br>$40,059.72 | Unsecured<br>$6,145,071.85 |
| | | | $3,129,150.38 | $3,055,981.19 | | | $40,059.72 | $6,145,071.85 |
| Claim: 3010<br>Date Filed: 04/27/06<br>Docketed Total:  $916.61<br>Filing Creditor Name and Address<br> PRECISION FITTING & GAUGE CO<br> 1214 S JOPLIN AVE<br> TULSA OK 74112 | Claim Holder Name and Address<br>PRECISION FITTING & GAUGE CO<br>1214 S JOPLIN AVE<br>TULSA OK 74112 | Docketed Total | | $916.61 | | | Modified Total | $916.61 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$916.61 | Case Number*<br>05-44482 | Secured | Priority<br>$892.00 | Unsecured<br>$24.61 |
| | | | | $916.61 | | | $892.00 | $24.61 |

*See Exhibit F for a listing of debtor entities by case number                                   Page:   21 of 29

In re: Delphi Corporation, et al.                                                                  Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15627**
Date Filed: 07/31/06
Docketed Total: $147,402.29
Filing Creditor Name and Address
 PREMIER PRODUCTS INC
 3030 KERSTEN CT
 KALAMAZOO MI 49048

Claim Holder Name and Address    Docketed Total    $147,402.29
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE S 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $147,402.29 | 05-44640 | | $10,671.05 | $130,949.87 |
| | | | $147,402.29 | | | $10,671.05 | $130,949.87 |

Modified Total    $141,620.92

---

**Claim: 9021**
Date Filed: 07/05/06
Docketed Total: $121,454.58
Filing Creditor Name and Address
 PTI ENGINEERED PLASTICS
 ACCOUNTS PAYABLE
 44850 CENTRE COURT EAST
 CLINTON TOWNSHIP MI 48038

Claim Holder Name and Address    Docketed Total    $121,454.58
PTI ENGINEERED PLASTICS
ACCOUNTS PAYABLE
44850 CENTRE COURT EAST
CLINTON TOWNSHIP MI 48038

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $121,454.58 | 05-44640 | | $620.00 | $120,834.58 |
| | | | $121,454.58 | | | $620.00 | $120,834.58 |

Modified Total    $121,454.58

---

**Claim: 1419**
Date Filed: 01/03/06
Docketed Total: $13,700.00
Filing Creditor Name and Address
 RAETECH CORPORATION
 4750 VENTURE DR STE 100
 ANN ARBOR MI 48108

Claim Holder Name and Address    Docketed Total    $13,700.00
RAETECH CORPORATION
4750 VENTURE DR STE 100
ANN ARBOR MI 48108

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $13,700.00 | | 05-44640 | | $4,500.00 | $9,200.00 |
| | | $13,700.00 | | | | $4,500.00 | $9,200.00 |

Modified Total    $13,700.00

---

**Claim: 10583**
Date Filed: 07/25/06
Docketed Total: $198,426.72
Filing Creditor Name and Address
 RELIABLE CASTING CORP SIDNEY
 DIV
 3530 SPRING GROVE AVE
 CINCINNATI OH 45223

Claim Holder Name and Address    Docketed Total    $198,426.72
RELIABLE CASTING CORP SIDNEY DIV
3530 SPRING GROVE AVE
CINCINNATI OH 45223

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $37,324.15 | $161,102.57 | 05-44640 | | $37,324.15 | $15,866.15 |
| | | $37,324.15 | $161,102.57 | | | $37,324.15 | $15,866.15 |

Modified Total    $53,190.30

---

*See Exhibit F for a listing of debtor entities by case number                    Page:    22 of 29

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

### EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11264**
Date Filed: 07/27/06
Docketed Total:  $673,272.82
Filing Creditor Name and Address
 REPUBLIC ENGINEERED PRODUCTS
 INC
 SCOTT N OPINCAR ESQ
 MCDONALD HOPKINS CO LPA
 600 SUPERIOR AVE E STE 2100
 CLEVELAND OH 44114

Claim Holder Name and Address    Docketed Total    $673,272.82
REPUBLIC ENGINEERED PRODUCTS INC
SCOTT N OPINCAR ESQ
MCDONALD HOPKINS CO LPA
600 SUPERIOR AVE E STE 2100
CLEVELAND OH 44114

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $673,272.82 |
| | | | $673,272.82 |

Modified Total    $650,319.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $305,961.91 | $344,357.94 |
| | | $305,961.91 | $344,357.94 |

---

**Claim: 11102**
Date Filed: 07/26/06
Docketed Total:  $1,872.50
Filing Creditor Name and Address
 ROSEMOUNT ANALYTICAL
 CUSTOMER FINANCIAL SERVICES
 12001 TECHNOLOGY DR AB03
 EDEN PRAIRIE MN 55344

Claim Holder Name and Address    Docketed Total    $1,872.50
ROSEMOUNT ANALYTICAL
CUSTOMER FINANCIAL SERVICES
12001 TECHNOLOGY DR AB03
EDEN PRAIRIE MN 55344

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,340.00 | $532.50 |
| | | $1,340.00 | $532.50 |

Modified Total    $1,872.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | $1,340.00 | $532.50 |
| | | $1,340.00 | $532.50 |

---

**Claim: 1113**
Date Filed: 12/12/05
Docketed Total:  $88,587.35
Filing Creditor Name and Address
 SCHLEUNIGER INC
 87 COLIN DR
 MANCHESTER NH 03103

Claim Holder Name and Address    Docketed Total    $88,587.35
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $88,587.35 |
| | | | $88,587.35 |

Modified Total    $85,998.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $32,565.75 | $53,432.50 |
| | | $32,565.75 | $53,432.50 |

---

**Claim: 4409**
Date Filed: 05/02/06
Docketed Total:  $156,672.05
Filing Creditor Name and Address
 SCIENTIFIC TUBE INC
 IRA P GOLDBERG
 DI MONTE & LIZAK LLC
 216 W HIGGINS RD
 PARK RIDGE IL 60068

Claim Holder Name and Address    Docketed Total    $156,672.05
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $156,672.05 |
| | | | $156,672.05 |

Modified Total    $155,101.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $31,000.00 | $124,101.69 |
| | | $31,000.00 | $124,101.69 |

---

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1611<br>Date Filed:01/19/06<br>Docketed Total:  $105,930.00<br>Filing Creditor Name and Address<br> SEPR CERAMIC BEADS AND POWDERS<br> A DIVISION OF SAINT GOBAIN<br> CERAMICS & PLASTICS INC<br> CAROL WALKER<br> SAINT GOBAIN CERAMICS AND<br> PLASTICS<br> 1600 WEST  LEE STREET<br> LOUISVILLE KY 40210 | Claim Holder Name and Address    Docketed Total    $105,930.00<br>SEPR CERAMIC BEADS AND POWDERS A<br>DIVISION OF SAINT GOBAIN CERAMICS &<br>PLASTICS INC<br>CAROL WALKER<br>SAINT GOBAIN CERAMICS AND<br>PLASTICS<br>1600 WEST  LEE STREET<br>LOUISVILLE KY 40210 | Modified Total    $105,930.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $35,310.00 | $70,620.00 | 05-44640 | | $35,310.00 | $70,620.00 |
| | | $35,310.00 | $70,620.00 | | | $35,310.00 | $70,620.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8775<br>Date Filed:06/30/06<br>Docketed Total:  $112,408.05<br>Filing Creditor Name and Address<br> SILICON LABORATORIES INC<br> CO JEFFRY A DAVIS DLA PIPER<br> RUDNICK<br> 401 B STREET STE 1700<br> SAN DIEGO CA 92101 | Claim Holder Name and Address    Docketed Total    $102,681.24<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Modified Total    $102,681.24 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $102,681.24 | 05-44640 | | | $102,681.24 |
| | | | $102,681.24 | | | | $102,681.24 |

| | Claim Holder Name and Address    Docketed Total    $9,726.81<br>SILICON LABORATORIES INC<br>CO JEFFRY A DAVIS DLA PIPER<br>RUDNICK<br>401 B STREET STE 1700<br>SAN DIEGO CA 92101 | Modified Total    $9,726.81 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $9,726.81 | | $0.00 | 05-44640 | | $9,726.81 | |
| | $9,726.81 | | | | | $9,726.81 | |

*See Exhibit F for a listing of debtor entities by case number                    Page:   24 of 29

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 8775 (Continued)

---

**Claim: 6117**
Date Filed: 05/17/06
Docketed Total:   $309,164.00
Filing Creditor Name and Address
  SONY ELECTRONICS INC
  ATTN TIMOTHY GRIEBERT
  1 SONY DR
  PARK RIDGE NJ 07656

Claim Holder Name and Address    Docketed Total    $309,164.00
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $309,164.00 |
| | | | $309,164.00 |

Modified Total    $309,164.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,250.00 | $296,914.00 |
| | | $12,250.00 | $296,914.00 |

---

**Claim: 14137**
Date Filed: 07/31/06
Docketed Total:   $2,752,068.75
Filing Creditor Name and Address
  SPCP GROUP LLC AS ASSIGNEE OF
  FUJIKOKI AMERICA INC
  BRIAN JARMAIN
  TWO GREENWICH PLZ 1ST FL
  GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $2,752,068.75
SPECIAL SITUATIONS INVESTING GROUP
INC
ATTN AL DOMBROWSKI
C O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK NY 10004

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,752,068.75 |
| | | | $2,752,068.75 |

Modified Total    $2,752,068.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $102,600.39 | $2,649,468.36 |
| | | $102,600.39 | $2,649,468.36 |

---

**Claim: 8831**
Date Filed: 06/30/06
Docketed Total:   $3,534,443.06
Filing Creditor Name and Address
  SPX CORPORATION CONTECH
  DIVISION
  C O RONALD R PETERSON
  JENNER & BLOCK LLP
  ONE IBM PLAZA
  CHICAGO IL 60611

Claim Holder Name and Address    Docketed Total    $3,534,443.06
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,534,443.06 |
| | | | $3,534,443.06 |

Modified Total    $3,534,433.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $938.28 | $3,533,494.78 |
| | | $938.28 | $3,533,494.78 |

---

*See Exhibit F for a listing of debtor entities by case number                     Page:   25 of 29

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12257**
Date Filed: 07/28/06
Docketed Total:  $217,822.60
Filing Creditor Name and Address
 STANLEY ELECTRIC SALES OF
 AMERICA INC
 C O MARK T FLEWELLING ESQ
 AFRCT LLP
 199 S LOS ROBLES AVE STE 600
 PASADENA CA 91101

Claim Holder Name and Address    Docketed Total    $217,822.60
STANLEY ELECTRIC SALES OF AMERICA
INC
C O MARK T FLEWELLING ESQ
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA CA 91101

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $21,450.40 | $196,372.20 |
| | | $21,450.40 | $196,372.20 |

Modified Total    $217,822.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $43,264.40 | $174,558.20 |
| | | $43,264.40 | $174,558.20 |

---

**Claim: 10439**
Date Filed: 07/24/06
Docketed Total:  $76,900.00
Filing Creditor Name and Address
 TADIRAN BATTERIES
 ATTN SOL JACOBS
 2 SEAVIEW BL
 PORT WASHINGTON NY 11050

Claim Holder Name and Address    Docketed Total    $76,900.00
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK NY 10018

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $76,900.00 |
| | | | $76,900.00 |

Modified Total    $76,900.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,524.40 | $65,375.60 |
| | | $11,524.40 | $65,375.60 |

---

**Claim: 1438**
Date Filed: 01/04/06
Docketed Total:  $791.97
Filing Creditor Name and Address
 THE LIGHTING COMPANY
 1621 BROWNING
 IRVINE CA 92606

Claim Holder Name and Address    Docketed Total    $791.97
THE LIGHTING COMPANY
1621 BROWNING
IRVINE CA 92606

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $791.97 |
| | | | $791.97 |

Modified Total    $791.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $791.97 | |
| | | $791.97 | |

---

**Claim: 13774**
Date Filed: 07/28/06
Docketed Total:  $1,708,509.29
Filing Creditor Name and Address
 TOKICO USA INC
 ATTN PAUL J RICOTTA ESQ AND
 STEPHAN
 MINTZ LEVIN COHN FERRIS
 GLOVSKY AND
 666 THIRD AVE
 NEW YORK NY 10017

Claim Holder Name and Address    Docketed Total    $466.56
DEUTSCHE BANK SECURITIES INC
ATTN ROSS ROSENFELT & VIKAS
MADAN
60 WALL ST 3RD FL
NEW YORK NY 10005

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $466.56 |
| | | | $466.56 |

Modified Total    $466.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $466.56 | |
| | | $466.56 | |

---

*See Exhibit F for a listing of debtor entities by case number                    Page:    26 of 29

In re: Delphi Corporation, et al.

<div align="right">Thirteenth Omnibus Objection</div>

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 13774 (Continued) | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | Docketed Total | $1,708,042.73 | | | Modified Total | $1,706,975.81 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | | | |
| | 05-44640 | | | $1,708,042.73<br>$1,708,042.73 | | | |
| | | | | | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$1,706,975.81<br>$1,706,975.81 |
| Claim: 2677<br>Date Filed:04/18/06<br>Docketed Total: $2,552.56<br>Filing Creditor Name and Address<br>TRANSFER TOOL PRODUCTS INC<br>CO THOMAS G KING & DS HOLMGREN<br>KREIS ENDERLE CALLANDER &<br>HUDGINS E<br>PO BOX 4010<br>KALAMAZOO MI 49003-4010 | Claim Holder Name and Address<br>TRANSFER TOOL PRODUCTS INC<br>CO THOMAS G KING & DS HOLMGREN<br>KREIS ENDERLE CALLANDER &<br>HUDGINS E<br>PO BOX 4010<br>KALAMAZOO MI 49003-4010 | Docketed Total | $2,552.56 | | | Modified Total | $2,552.56 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $2,552.56<br>$2,552.56 | | 05-44640 | | $1,186.74<br>$1,186.74 | $1,365.82<br>$1,365.82 |
| Claim: 10009<br>Date Filed:07/20/06<br>Docketed Total: $88,505.44<br>Filing Creditor Name and Address<br>UNIFRAX CORPORATION<br>ATTN JULIA S KREHER ESQ<br>HODGSON RUSS LLP<br>ONE M&T PLAZA STE 2000<br>BUFFALO NY 14203 | Claim Holder Name and Address<br>UNIFRAX CORPORATION<br>ATTN JULIA S KREHER ESQ<br>HODGSON RUSS LLP<br>ONE M&T PLAZA STE 2000<br>BUFFALO NY 14203 | Docketed Total | $88,505.44 | | | Modified Total | $87,587.37 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $88,505.44<br>$88,505.44 | 05-44640 | | $25,878.10<br>$25,878.10 | $61,709.27<br>$61,709.27 |
| Claim: 52<br>Date Filed:10/19/05<br>Docketed Total: $114,852.50<br>Filing Creditor Name and Address<br>UNITED MACHINING INC<br>6300 18 1/2 MILE RD<br>STERLING HEIGHTS MI 48314 | Claim Holder Name and Address<br>UNITED MACHINING INC<br>6300 18 1/2 MILE RD<br>STERLING HEIGHTS MI 48314 | Docketed Total | $114,852.50 | | | Modified Total | $102,439.10 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $114,852.50<br>$114,852.50 | 05-44640 | | $1,532.85<br>$1,532.85 | $100,906.25<br>$100,906.25 |

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7609<br>Date Filed:06/07/06<br>Docketed Total: $402,499.83<br>Filing Creditor Name and Address<br>  WAKO ELECTRONICS USA INC<br>  ATTN W ROBINSON BEARD<br>  C O STITES & HARBINSON<br>  WAKO ELECTRONICS<br>  400 W MARKET ST STE 1800<br>  LOUISVILLE KY 40202 | Claim Holder Name and Address   Docketed Total   $402,499.83<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                        $402,499.83<br>                                  _____<br>                                                $402,499.83 | Modified Total   $402,499.83<br><br><br><br>Case Number*   Secured       Priority         Unsecured<br>05-44640                     $4,244.00     $398,255.83<br>              _____<br>                             $4,244.00     $398,255.83 |
| Claim: 10208<br>Date Filed:07/21/06<br>Docketed Total:   $2,157,348.20<br>Filing Creditor Name and Address<br>  WAMCO INC<br>  PETER J GURFEIN<br>  AKIN GUMP STRAUSS HAUER & FELD<br>  2029 CENTURY PARK E 24TH FL<br>  LOS ANGELES CA 90067 | Claim Holder Name and Address   Docketed Total   $2,157,348.20<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                        $2,157,348.20<br>                                  _____<br>                                                $2,157,348.20 | Modified Total   $2,157,348.20<br><br><br><br>Case Number*   Secured       Priority         Unsecured<br>05-44640                     $40,599.17    $2,116,749.03<br>              _____<br>                             $40,599.17    $2,116,749.03 |
| Claim: 11188<br>Date Filed:07/26/06<br>Docketed Total:   $119,859.25<br>Filing Creditor Name and Address<br>  WIRE PRODUCTS INC<br>  E MARK YOUNG ESQ<br>  C O ROETZEL & ANDRESS LPA<br>  1375 E NINTH ST<br>  ONE CLEVELAND CTR 9TH FL<br>  CLEVELAND OH 44114 | Claim Holder Name and Address   Docketed Total   $119,859.25<br>WIRE PRODUCTS INC<br>E MARK YOUNG ESQ<br>C O ROETZEL & ANDRESS LPA<br>1375 E NINTH ST<br>ONE CLEVELAND CTR 9TH FL<br>CLEVELAND OH 44114<br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                        $119,859.25<br>                                                $119,859.25 | Modified Total   $119,859.25<br><br><br><br><br><br>Case Number*   Secured       Priority         Unsecured<br>05-44640                     $9,733.72     $110,125.53<br>                             $9,733.72     $110,125.53 |
| Claim: 12374<br>Date Filed:07/28/06<br>Docketed Total:   $33,257.86<br>Filing Creditor Name and Address<br>  ZELLER ELECTRIC OF ROCHESTER<br>  INC AKA ZELLER ELECTRIC INC<br>  ATTN JOHN K MCANDREW<br>  WOODS OVIATT GILMAN LLP<br>  700 CROSSROADS BUILDING<br>  2 STATE ST<br>  ROCHESTER NY 14614 | Claim Holder Name and Address   Docketed Total   $33,257.86<br>ZELLER ELECTRIC OF ROCHESTER INC<br>AKA ZELLER ELECTRIC INC<br>ATTN JOHN K MCANDREW<br>WOODS OVIATT GILMAN LLP<br>700 CROSSROADS BUILDING<br>2 STATE ST<br>ROCHESTER NY 14614<br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                        $33,257.86<br>                                                $33,257.86 | Modified Total   $33,257.86<br><br><br><br><br><br>Case Number*   Secured       Priority         Unsecured<br>05-44640                     $4,000.00     $29,257.86<br>                             $4,000.00     $29,257.86 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | | Total Count of Claims:  93 |
| | | Total Amount as Docketed:      $71,914,151.41 |
| | | Total Amount as Modified:      $70,310,300.80 |