

## MEMORANDUM

Date:   April 3, 2007

To:     Mary Lopez

From:   Richard Kim

Re:     Notice of Withdrawal re: King Collision

---

Mary:

Please find enclosed the Notice of Withdrawal for King Collision to be filed with the Court.

Best Regards,

Richard Kim