United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } |

# NOTICE OF DOCUMENT ENTERED IN ERROR

PLEASE TAKE NOTICE that the transfer of claim **AMERICAN & EFIRD INC** in the amount of **$399,651.69** was transferred in error. **Original claim was transferred under wrong case number**. **[Related Document 7813]**

By:/s/Jeff Caress
Revenue Management
(201) 968-0001