UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
In re:                                                                        :
                                                                                   :    Chapter 11
DELPHI CORPORATION, *et al.*,                        :    Case No. 05-44481 [RDD]
                                                                                   :
                        Debtors.                                       :    Jointly Administered
                                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER DENYING MOTION BY WACHOVIA BANK, NATIONAL ASSOCIATION, FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH LITIGATION AGAINST LARRY GRAVES, A DELPHI EMPLOYEE, IN THE CIRCUIT COURT OF THE SECOND JUDICIAL DISTRICT OF HINDS COUNTY MISSISSIPPI

Wachovia Bank, National Association, as successor by merger to SouthTrust Bank, ("Wachovia") having filed and served a motion (the "Motion") [Docket No. 5951] for an Order for relief from the automatic stay pursuant to Title 11, U.S.C., section 362 (the "Automatic Stay") to proceed with a Mississippi state court action against Larry Graves ("Mr. Graves"), one of the Debtors' current managers, in the Circuit Court of the Second Judicial District of Hinds County Mississippi, Civil Action No. 2003-14 (the "State Court Action");  and the above-captioned Debtors having filed and served an objection to the Motion (the "Objection") [Docket No. 7680];  and Wachovia having filed a reply to the Objection (the "Reply") [Docket Nos. 7739 and 7740];

**AND**, the Court having considered the Motion, the Objection, the Reply and argument by counsel at a hearing conducted before the Court on April 20, 2007 (the "Hearing"); and it appearing that good and sufficient notice of the Motion, the Objection and the Reply having been given; and upon all of the prior pleadings and proceedings had herein; and good and sufficient cause appearing therefor for the reasons stated by the Court in its bench ruling at the Hearing; it is

**ORDERED**, that the Motion be, and it hereby is, denied; and it is further

**ORDERED,** that the Automatic Stay extends to Mr. Graves in the State Court Action; and it is further

**ORDERED,** that the State Court Action against Mr. Graves be, and it hereby is, stayed under 11 U.S.C. § 362(a) pending further order of this Court.

Dated:   New York, New York
         May 2, 2007

                                        /s/Robert D. Drain_____
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE