# United States Bankruptcy Court
## Southern District Of New York

In re: **Delphi Corporation, et al.**          Case No.: **05-44481**

Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Hain Capital Investors, LLC** | **Ericka Parker** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent<br>**Hain Capital Investors, LLC**<br>**301 Route 17, 6th Floor**<br>**Rutherford, NJ 07070**<br>**Attn: Ganna Liberchuk**<br>**Phone: (201) 896 - 6100**<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br><br>**Ericka Parker, Chapter 7 trustee**<br>**for Toledo Professional Temps, Inc**<br>ROETZEL & ANDRESS<br>One SeaGate, Suite 999<br>Toledo, OH 43604 |

Court Claim # (if known): 8324
Claim Amount:        $50,000.00
Date Claim Filed:    6/21/06

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ganna Liberchuk_____          Date: 5/2/07
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                                    _____
                                                                              **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Ericka Parker, chapter 7 trustee for Toledo Professional Temps, Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Holdings, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$50,000.00** associated with proof of claim number **8324** against Delphi Corporation (the "Debtor"), Chapter 11 Case No. 05-44481 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 of April, 2007

ERICKA PARKER, CHAPTER 7
TRUSTEE FOR TOLEDO PROFESSIONAL
TEMPS INC.

By: *(signature)*
Name: ERICKA PARKER
Title: BANKRUPTCY TRUSTEE

HAIN CAPITAL HOLDINGS, LLC
By Hain Capital Group, LLC
Its Managing Member

By: *(signature)*
Name:
Title: Robert Koltai
Manager

112456 v_01 \ 112335.0002