# CARSON FISCHER, P.L.C.

ROBERT M. CARSON
JOSEPH M. FISCHER
WILLIAM C. EDMUNDS
ROBERT A. WEISBERG
LAWRENCE A. LICHTMAN
MICHELLE C. HARRELL
KAREN H. SAFRAN
JEFFREY B. SCHLUSSEL
AMY CARSON SCHLUSSEL
GREGORY T. OBLOY
CHRISTOPHER A. GROSMAN
DAVID E. SCHLACKMAN
PATRICK J. KUKLA
JASON C. SEEWER

4111 ANDOVER ROAD
WEST-SECOND FLOOR
BLOOMFIELD HILLS, MICHIGAN 48302-1924

TELEPHONE
(248) 644-4840

FACSIMILE
(248) 644-1832

April 24, 2007

United States Bankruptcy Court
Southern District of New York
Attn: Court Clerk
One Bowling Green
New York, NewYork 10004-1408

     Re:   *In re: Delphi Corporation, et al.*
             Chapter 11 Case No. 05-44481-RDD

Dear Clerk:

     Enclosed find an original and two (2) copies of a *Notice of Transfer of Claim Pursuant to FRBP Rule 2001(e)(2)* (the "Notice") with respect to the above-captioned matter. Please file the original and return time stamped copies of the Notice in the self-addressed stamped envelope provided herewith.

     Thank your for your assistance in this matter.

                                      Very truly yours,

                                      CARSON FISCHER, P.L.C.

                                      Christopher A. Grosman

:nmj
enclosures

*Original for filing*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                          )   Chapter 11
                                                )   Case No 05-44481-RDD
DELPHI CORPORATION, *et al.*,                   )
                                                )
            Debtors.                            )   *Jointly Administered*
------------------------------------------------------------ x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

TO:   **1599963 Ontario Limited**          Goldman Rosen LLP
      Dean Topolinski                      Steven Goldman
      15 Stockdale Crescent                390 Bay Street, 30th Floor
      Richmond Hill, ON L4C 3T1            Box 3030
                                           Toronto, ON M5H 2Y2
      ("Transferor")
                                           *Notice Party for Transferor*

PLEASE TAKE NOTICE of the transfer of $349,924.38 CDN of your claim represented by Proof of Claim No. 4769, a copy of the first page of which is attached hereto, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

    2088343 Ontario Limited ("Transferee")
    2125 Wyecroft Road
    Oakville, ON L6L 5L7

No action is required if you do not object to the transfer of the Transferred Claim to the Transferee as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

**Mailing Address:**                          **Physical Address:**

United States Bankruptcy Court                United States Bankruptcy Court
Southern District of New York                 Southern District of New York
Delphi Corporation Claim Docketing Center     One Bowling Green
Bowling Green Station, PO Box 5058            New York, NY 10004
New York, NY 10274-5058



RECEIVED APR 30 2007

- 1 -

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

2088343 Ontario Limited
2125 Wyecroft Road
Oakville, ON L6L 5L7

*WITH A COPY TO:*

Carson Fischer, P.L.C.
4111 Andover Road
West - Second Floor
Bloomfield Hills, Michigan 48302
Attention:    Robert A. Weisberg
Telephone:    (248) 644-4840
Facsimile:    (248) 644-1832
E-mail:       RWeisberg@CarsonFischer.com

If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THESE PROCEEDINGS.**

April 3RD, 2007

2088343 ONTARIO LIMITED
By: *Butch Carter* (signature)
Name: BUTCH CARTER
Title: PRESIDENT & CEO

**EVIDENCE OF TRANSFER IS ATTACHED HERETO**