# CARSON FISCHER, P.L.C.

4111 ANDOVER ROAD
WEST-SECOND FLOOR
BLOOMFIELD HILLS, MICHIGAN 48302-1924

ROBERT M. CARSON
JOSEPH M. FISCHER
WILLIAM C. EDMUNDS
ROBERT A. WEISBERG
LAWRENCE A. LICHTMAN
MICHELLE C. HARRELL
KAREN H. SAFRAN
JEFFREY B. SCHLUSSEL
AMY CARSON SCHLUSSEL
GREGORY T. OBLOY
CHRISTOPHER A. GROSMAN
DAVID E. SCHLACKMAN
PATRICK J. KUKLA
JASON C. SEEWER

TELEPHONE
(248) 644-4840

FACSIMILE
(248) 644-1832

May 1, 2007

United States Bankruptcy Court
Southern District of New York
Attn:  Court Clerk
One Bowling Green
New York, New York 10004-1408

Re:   *In re Delphi Corporation, et al.*
      Chapter 11 Case No. 05-44481-RRD

Dear Clerk:

Enclosed find an original and two (2) copies of a Proof of Service with respect to the above-captioned matter. Please file the original and return time stamped copies of the Notice in the self-addressed stamped envelope provided herewith.

Thank you for your assistance in this matter.

Very truly yours,

Carson Fischer, P.L.C.

*Nada M Judge*

Nada M. Judge
Assistant to Christopher A. Grosman

:nmj
enclosure

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                  )     Chapter 11

In re:                )     Case No. 05-44481-RDD

DELPHI CORPORATION, et al.  )

                  )     Jointly Administered

      Debtors.         )

---------------------------------------------------x

### PROOF OF SERVICE

The undersigned, being duly sworn, certifies that she served papers as follows:

1.    Document(s) served:    Notice of Transfer of Claim Pursuant
to FRBP Rule 3001(e)(2)

2.    Served upon:    1599963 ONTARIO LIMITED
Attn: Dean 'Topolinski
15 Stockdale Crescent
Richmond Hill, ON L4C 3T1

GOLDMAN ROSEN, LLP
Attn: Steven Goldman, Esq.
390 Bay Street, 30th Floor
Box 3030
Toronto, ON M5H 2Y2

Skadden, Arps, Slae, Meagher & Flom, LLP
Attn: John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Four Times Square
New York, New York 10036



Latham & Watkins, LLP
Attn: Robert J. Rosenberg, Esq.
885 Third Avenue, Suite 1000
New York, New York 10022-4834

U.S. Department of Justice
Attn: Diana G. Adams, Acting US Trustee
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New Yorik 10004-2111

Kurtzman Carson Consultants
Attn: Delphi Claims Agent
2335 Alaska Avenue
El Segundo, CA 90245

3.   Method of Service:        (X) First Class Mail

4.   Date of Service:          May 1, 2007

I declare that the statements above are true to the best of my information, knowledge and belief.

Nada M. Judge