UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.

Debtors,

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## APPEARANCE

NOW COMES Attorney Joel D. Applebaum of Clark Hill PLC and hereby files his appearance on behalf of 1st Choice Heating & Cooling, Inc. in the above-captioned case and requests to be added to the matrix.

Respectfully Submitted,
**Clark Hill PLC**

Date: May 4, 2007

By: ___/s/ Joel D. Applebaum___
Joel D. Applebaum (P36774);
japplebaum@clarkhill.com
**Attorneys for 1st Choice Heating & Cooling, Inc.**
500 Woodward Ave., Ste 3500
Detroit, MI 48226
Phone: (313) 965-8300
Fax: (313) 965-8252

5437638.1 0000/00000