United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 <br> } <br> } <br> } <br> } <br> } Case No. <br> } 05-44640 |
| Debtor | } Amount $112,000.79 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**A OK CONTROLS ENGINEERING EFT**
**4375 GIDDINGS RD**
**AUBURN HILLS, MI 48326**

The transfer of your claim as shown above in the amount of **$112,000.79** has been transferred to:

> Liquidity Solutions, Inc.
> d/b/a Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions, Inc.
d/b/a Revenue Management
(201) 968-0001

887767

## TRANSFER NOTICE

A-OK Liquidation Inc. (fka A-OK Controls Engineering Inc.) ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Delphi Automotive Systems LLC (the "Debtor"), in the aggregate amount of $112,000.79, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No.05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 20th day of feb, 2007

A-OK Liquidation Inc.
(fka A-OK Controls Engineering Inc.)

_____
(Signature)

Mark R. Morsfield, President
Name/Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

JEFFREY L. CARESS
(Print Name of Witness)