UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

DELPHI CORPORATION, et al.

Debtors,

Chapter 11

Case No.  05-44481 (RDD)

(Jointly Administered)

---

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Documents Served:  *Response to Debtor's 13th Omnibus Objection Pursuant to 11 USC 502(B) and FRBP 3007 Chapter 11*

Method of Service/
Served Upon:  By electronic mail (via the ECF System) upon all parties shown on Exhibit A attached hereto.

Date of Service:  May 7, 2007

/s/  Secret S. Washington
Secret S. Washington
Legal Secretary

5439033.1 28716/116548