HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226-3506
Telephone: (313) 465-7592
Sarah Hiltz Seewer (Michigan Bar No. P64882)

Attorneys for MSX International, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **DELPHI CORPORATION, et al.,** : | **Case No. 05-44481 (RDD)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Sarah Hiltz Seewer, a member in good standing of the bar of the State of
Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to
represent MSX International, Inc., in the above-referenced case.

My address is:    Honigman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226

My e-mail address is: sseewer@honigman.com; my telephone number is (313)
465-7592.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice
*pro hac vice.*

Dated: May 7, 2007
Detroit, Michigan

_____/s/ Sarah Hiltz Seewer_____
Sarah Hiltz Seewer (Michigan Bar No.
P64882)

## ORDER

**ORDERED,**

that Sarah Hiltz Seewer, Esq., is admitted to practice, **pro hac vice,** in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: May __, 2007
New York, New York

_____
Honorable Robert D. Drain
United States Bankruptcy Judge

DETROIT.2614819.1