# United States Bankruptcy Court
## For the Southern District of New York

In re: DELPHI CORPORATION, et al.                    Case No. 05-44481 (RDD)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

| TPG Credit Opportunities Investors, L.P. | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Attn: Shelley Hartman

Phone: (612) 851-3020
Last Four Digits of Acct. #: _____

Court Claim # (if known): 11785 and Proof of Claims listed in Appendix I, attached hereto, against Delphi Automotive Systems LLC (Case No. 05-44640)

Amount of Claim: $221,108.52 of Unsecured Claims and $102,062.70 of Reclamation/Priority Claims.

Date Claim Filed:

Phone:
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above): N/A

Phone: _____
Last Four Digits of Acct. #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

TPG Credit Opportunities Investors, L.P
By: TPG Credit Opportunities Fund, G.P. L.P.
Its General Partner

By: _____    Date: 5/8/07
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

334-011/COURT/1224934.1

# United States Bankruptcy Court
## For the Southern District of New York

In re: <u>DELPHI CORPORATION, et al.</u>   Case No. <u>05-44481 (RDD)</u>

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM 11785 was filed or deemed filed under 11 U.S.C. § 111 (a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on <u>5/8/07</u>.

| JPMorgan Chase Bank, N.A. | TPG Credit Opportunities Investors, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 2700 Park Avenue, 17th Floor<br>New York, NY 10017<br><br>Attn.: Neelima Veluvolu<br>Tel.: (212) 270-2150<br>Facsimile: (212) 270-0575<br>Email: Neelima.Veluvolu@jpmorgan.com | c/o TPG Credit Management, L.P.<br>4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br><br>Attn: Shelley Hartman<br>Tel.: (612) 851-3020<br>Email: shartman@tpgcredit.com |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

334-011/COURT/1224934.1

Appendix I

| Debtor: | Case Number: | Proof of Claim Number: |
| --- | --- | --- |
| ASEC Manufacturing General Partnership | 05-44482 | 11653 |
| ASEC Sales General Partnership | 05-44484 | 11647 |
| Aspire, Inc. | 05-44618 | 11754 |
| Delco Electronics Overseas Corporation | 05-44610 | 11760 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 | 11652 |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 | 11771 |
| Delphi Automotive Systems Human Resources LLC | 05-44639 | 11766 |
| Delphi Automotive Systems International, Inc. | 05-44589 | 11767 |
| Delphi Automotive Systems Korea, Inc. | 05-44580 | 11782 |
| Delphi Automotive Systems LLC | 05-44640 | 11785 |
| Delphi Automotive Systems Overseas Corporation | 05-44593 | 11654 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 | 11768 |
| Delphi Automotive Systems Services LLC | 05-44632 | 11765 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 | 11772 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 | 11775 |
| Delphi China LLC | 05-44577 | 11784 |
| Delphi Connection Systems | 05-44624 | 11764 |
| Delphi Corporation | 05-44481 | 11655 |
| Delphi Diesel Systems Corporation | 05-44612 | 11758 |
| Delphi Electronics (Holding) LLC | 05-44547 | 11648 |
| Delphi Foreign Sales Corporation | 05-44638 | 11769 |
| Delphi Furukawa Wiring System LLC | 05-47452 | 11783 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 | 11752 |
| Delphi International Holdings Corporation | 05-44591 | 11656 |
| Delphi International Services, Inc. | 05-44583 | 11780 |
| Delphi Liquidation Holding Company | 05-44542 | 11650 |
| Delphi LLC | 05-44615 | 11756 |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 11770 |
| Delphi Medical Systems Colorado Corporation | 05-44507 | 11757 |
| Delphi Medical Systems Corporation | 05-44529 | 11753 |
| Delphi Medical Systems Texas Corporation | 05-44511 | 11755 |
| Delphi NY Holdings Corporation | 05-44480 | 11657 |
| Delphi Receivables LLC | 05-47459 | 11781 |
| Delphi Services Holding Corporation | 05-44633 | 11773 |
| Delphi Technologies, Inc. | 05-44554 | 11774 |
| DREAL, Inc. | 05-44627 | 11649 |
| Environmental Catalysts, LLC | 05-44503 | 11759 |
| Exhaust Systems Corporation | 05-44573 | 11762 |
| MobileAria, Inc | 05-47474 | 11779 |
| Packard Hughes Interconnect Company | 05-44626 | 11651 |
| Specialty Electronics International Ltd. | 05-44536 | 11751 |
| Specialty Electronics, Inc. | 05-44539 | 11763 |

## EVIDENCE OF TRANSFER OF CLAIM

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
In re                                            :    Chapter 11 Case
                                                      Case No. 05-44481 (RDD)
Delphi Corporation, et al.,                           (Jointly Administered)
                                                 :
            Debtors.                                  Delphi Automotive Systems LLC
                                                 :    Case No. 05-44640

-------------------------------------------------x    Claim Nos.: 11785 and the claims listed on Appendix I
                                                      hereto

     **JPMORGAN CHASE BANK, N.A.**, (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **TPG CREDIT OPPORTUNITIES INVESTORS, L.P.,** its respective successors and assigns ("Assignee") all rights, title and interest in and to $221,108.52 amount of the general unsecured claims and $102,062.70 amount of priority unsecured claims of Assignor plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC, et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44640 (RDD) (Jointly Administered).  Assignee's payment and delivery instructions are attached hereto as Exhibit A.
     The claim transferred hereby constitutes the claim described in the true copies of the Proofs of Claim filed by Speedline Technologies, Inc. ("Original Assignor"), copies of which are filed against the Debtor and its Affiliates.  Appendix I contains a list of Proofs of Claim against affiliates of the Debtor, all of which are being transferred to Assignee hereby.  A copy of the Notice of Transfer of Claim from Original Assignor to Assignor is available on the Bankruptcy Court's docket (Docket No. 5183). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

334-011/AGR/1225037.1

IN WITNESS WHEREOF, dated the 22 day of September, 2006.

                                TPG Credit Opportunities Investors, L.P.
                                By: TPG Credit Opportunities Fund G.P.,
                                L.P.
                                Its: General Partner
                                As Assignee

                                By: /s/ Julie K. Braun
                                Name: Julie K. Braun
                                Title: Authorized Signor

Accepted and agreed to as of this ___ date of
September, 2006

JPMORGAN CHASE BANK, N.A.
as Assignor

By _____
    Name:
    Title:

465626

IN WITNESS WHEREOF, dated the __ day of September, 2006.

                                  TPG Credit Opportunities Investors, L.P.
                                  By: TPG Credit Opportunities Fund G.P., L.P.
                                  Its: General Partner
                                  As Assignee

                                  By:_____

                                  Name:
                                  Title:

Accepted and agreed to as of this 22nd date of September, 2006

**JPMORGAN CHASE BANK, N.A.**
as Assignor

By _____
   Name:
   Title:    ANDREW OPEL
           AUTHORIZED SIGNATORY

365626

## EXHIBIT A

### Assignee's Payment and Delivery Instructions:

| Contacts/Notification Methods: Borrowings, Paydowns, Interest, Fees, etc. | | |
|---|---|---|
| | **Primary Credit Contact** | **Secondary Credit Contact** |
| Name: | Jonathan Roiter | Kirk Ogren |
| Company: | TPG Credit Management, L.P. | TPG Credit Management, L.P. |
| Title: | Senior Analyst | Portfolio Manager |
| Address: | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Telephone: | 612-851-3014 | 612-851-3006 |
| Facsimile: | 612-851-3001 | 612-851-3001 |
| E-Mail Address: | jroiter@tpgcredit.com | kogren@tpgcredit.com |
| | **Primary Operations Contact** | **Secondary Operations Contact** |
| Name: | Shelley Hartman | Julie Braun |
| Company: | TPG Credit Management, L.P. | TPG Credit Management, L.P. |
| Title: | Operations Manager | COO |
| Address: | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Telephone: | 612-851-3020 | 612-851-3008 |
| Facsimile: | 612-851-3001 | 612-851-3001 |
| E-Mail Address: | confirms@tpgcredit.com<br>shartman@tpgcredit.com | jbraun@tpgcredit.com |

| Lender's Domestic Wire Instructions | |
|---|---|
| Bank Name: | Wells Fargo |
| ABA/Routing No.: | 121000248 |
| Account Name: | TPG Credit Opportunities Investors, L.P. |
| Account No.: | 4121382683 |

1

465184

Appendix I

| Debtor: | Case Number: | Proof of Claim Number: |
|---|---|---|
| ASEC Manufacturing General Partnership | 05-44482 | 11653 |
| ASEC Sales General Partnership | 05-44484 | 11647 |
| Aspire, Inc. | 05-44618 | 11754 |
| Delco Electronics Overseas Corporation | 05-44610 | 11760 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 | 11652 |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 | 11771 |
| Delphi Automotive Systems Human Resources LLC | 05-44639 | 11766 |
| Delphi Automotive Systems International, Inc. | 05-44589 | 11767 |
| Delphi Automotive Systems Korea, Inc. | 05-44580 | 11782 |
| Delphi Automotive Systems LLC | 05-44640 | 11785 |
| Delphi Automotive Systems Overseas Corporation | 05-44593 | 11654 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 | 11768 |
| Delphi Automotive Systems Services LLC | 05-44632 | 11765 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 | 11772 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 | 11775 |
| Delphi China LLC | 05-44577 | 11784 |
| Delphi Connection Systems | 05-44624 | 11764 |
| Delphi Corporation | 05-44481 | 11655 |
| Delphi Diesel Systems Corporation | 05-44612 | 11758 |
| Delphi Electronics (Holding) LLC | 05-44547 | 11648 |
| Delphi Foreign Sales Corporation | 05-44638 | 11769 |
| Delphi Furukawa Wiring System LLC | 05-47452 | 11783 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 | 11752 |
| Delphi International Holdings Corporation | 05-44591 | 11656 |
| Delphi International Services, Inc. | 05-44583 | 11780 |
| Delphi Liquidation Holding Company | 05-44542 | 11650 |
| Delphi LLC | 05-44615 | 11756 |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 11770 |
| Delphi Medical Systems Colorado Corporation | 05-44507 | 11757 |
| Delphi Medical Systems Corporation | 05-44529 | 11753 |
| Delphi Medical Systems Texas Corporation | 05-44511 | 11755 |
| Delphi NY Holdings Corporation | 05-44480 | 11657 |
| Delphi Receivables LLC | 05-47459 | 11781 |
| Delphi Services Holding Corporation | 05-44633 | 11773 |
| Delphi Technologies, Inc. | 05-44554 | 11774 |
| DREAL, Inc. | 05-44627 | 11649 |
| Environmental Catalysts, LLC | 05-44503 | 11759 |
| Exhaust Systems Corporation | 05-44573 | 11762 |
| MobileAria, Inc | 05-47474 | 11779 |
| Packard Hughes Interconnect Company | 05-44626 | 11651 |
| Specialty Electronics International Ltd. | 05-44536 | 11751 |
| Specialty Electronics, Inc. | 05-44539 | 11763 |

465184