GREENBERG TRAURIG, LLP
Maria J. DiConza (MD-4619)
200 Park Avenue
New York, New York 10166
(212) 801-9200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case Nos. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,* :
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x

## VERIFIED STATEMENT PURSUANT TO
## BANKRUPTCY RULE 2019 OF GREENBERG TRAURIG, LLP

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Greenberg Traurig, LLP represents the parties in interest identified below in the above-captioned Chapter 11 case:

| NAME AND ADDRESS | NATURE OF CLAIM OR INTEREST |
|---|---|
| Greystone of Lincoln, Inc.<br>7 Wellington Road<br>Lincoln, RI 02865<br>Attn: Steve Swanson | General unsecured claim, which has been assigned to a third party. |
| Samtech Corporation<br>Building "U" McAllen Foreign Trade Zone<br>6700 South 36th Street<br>McAllen, TX 78503<br>Attn: Mr. Shuichi Chiba | Proof of claim filed; objection and resolution pending. |

| NAME AND ADDRESS | NATURE OF CLAIM OR INTEREST |
|---|---|
| - Banco J.P. Morgan, S.A., Institucion de Banca Multiple, J.P. Grupo Financiero, Division Fiduciaria, not individually, but in its capacity as Trustee of Trust F/00121<br>- Prudential Financial, Inc.<br>- Prudential Investment Management, Inc.<br>- Prudential Real Estate Investors, a division of Prudential Investment Management, Inc.<br>- PLA Holding VI, LLC<br>- PLA Mexico Industrial Manager I LLC<br>- PLA Industrial Fund I, LLC<br><br>8 Campus Drive<br>Parsippany, NJ  07054<br>Attn: Roberto Ordorica | Claim of approximately $2,000,000, based upon contractual indemnification and other rights under various agreements with Delphi Corporation, Delphi Delco Electronics De Mexico, S.A. D.E. C.V. as described more fully in filed proofs of claim. |

Dated: New York, New York
       May 8, 2007

                                        GREENBERG TRAURIG LLP

                                    By: /s/ Maria J. DiConza
                                        Maria J. DiConza (MD-4619)
                                        200 Park Avenue
                                        New York, New York 10166
                                        Tel: (212) 801-9200
                                        Fax: (212) 801-6400