Hearing Date: May 10, 2007
Hearing Time: 10:00 a.m. (Prevailing Eastern Time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
      In re                               :   Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :   Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :   (Jointly Administered)
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED EIGHTH CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New
                        York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                        One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

- A.  Introduction

- B.  Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (11 Matters)

    - 1)  Third Omnibus Claims Objection Matters (3 Matters)

    - 2)  Seventh Omnibus Objection Matters (1 Matter)

    - 3)  Ninth Omnibus Objection Matters (6 Matters)

    - 4)  Eleventh Omnibus Objection Maters (1 Matter)

**B.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

**1)    Third Omnibus Claims Objection Matters**

1.  **"Claims Objection Hearing Regarding Claim Of HB Performance Systems, Inc."** – Claims Objection Hearing Regarding Claim Of HB Performance Systems, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

    *Responses Filed:*    *HB Performance Systems, Inc.'s Response To Debtor's (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5858)*

    *HB Performance Systems, Inc. Motions To I) Require Debtors To Initiate An Adversary Proceeding And II) To Dismiss With Prejudice Debtors' Affirmative Claim For Money Damages Against Claimant; Alternatively, HB Performance Systems, Inc.'s Supplemental Response To Debtors'*

2

|  |  |
|---|---|
|  | *Objection To Claim No. 14012 (HB Performance Systems, Inc.) (Docket No. 6978)* |
|  | *Notice Of Withdrawal Of HB Performance Systems, Inc.'s Motions To I) Require Debtors To Initiate An Adversary Proceeding And II) To Dismiss With Prejudice Debtors' Affirmative Claim For Money Damages Against Claimant (Docket No. 7040)* |
|  | *HB Performance Systems, Inc.'s Supplemental Response To Debtors' Objections To Claim No. 14012 (HB Performance Systems, Inc.) (Docket No. 7473)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|  | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14012 (Docket No. 6579)* |
|  | *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 14012 (HB Performance Systems LLC) (Docket No. 6689)* |
|  | *Affidavit Of Rand McNally In Support Of HB Performance Systems, Inc.'s Supplemental Response (Docket No. 6979)* |

           *Declaration Of Russell A. Dudan In Support Of HB Performance Systems, Inc.'s Supplemental Response (Docket No. 6980)*

           *Amended Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14012 (HB Performance Systems) (Docket No. 7228)*

           *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 14012 (HB Performance Systems LLC) (Docket No. 7379)*

           *Ex Parte Application Under 11 U.S.C. Section 107(b)And Fed. R. Bankr. P. 9018 For Order Authorizing Debtors To File Under Seal The Debtors' Supplemental Reply With Respect To Proof Of Claim No. 14012 (HB Performance Systems Inc) (Docket No. 7662)*

           *Order Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 Authorizing Debtors To File Their Supplemental Reply With Respect To Proof Of Claim No. 14012 (HB Performance Systems Inc) Under Seal (Docket No. 7673)*

    *Status:*       *An agreement in principle has been reached and the parties anticipate submitting a joint stipulation and agreed order for consideration by the Court.*

2. **"Claims Objection Hearing Regarding Claim Of Motorola, Inc. And Temic Automotive Of North America, Inc."** – Claims Objection Hearing Regarding Claim Of Motorola, Inc. And Temic Automotive Of North America, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

    *Responses Filed:*  *Response Of Motorola, Inc. And Temic Automotive Of North America, Inc. To The Debtors' Third Omnibus Objection To Claims (Docket No. 5651)*

4

   *Reply Filed:*  *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

   *Related Filings:*  *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

   *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 8392 And 8393 (Motorola, Inc.) (Docket No. 7131)*

   *Status:*  *Agreements in principle have been reached and the parties anticipate submitting joint stipulations and agreed orders for consideration by the Court.*

3. **"Claims Objection Hearing Regarding Claim Of Century Mold & Tool Co."** – Claims Objection Hearing Regarding Claim Of Century Mold & Tool Co. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

   *Responses Filed:*  None.

   *Reply Filed:*  *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification*

|   |   |
|---|---|
|   | *And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|   | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 4018 (Century Mold & Tool Co.) (Docket No. 7869)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

2) **Seventh Omnibus Claims Objection Matters**

   4. **"Claims Objection Hearing Regarding Claim Of Alstom Power Environmental Consult GmbH"** – Claims Objection Hearing Regarding Claim Of Alstom Power Environmental Consult GmbH As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585)

|   |   |
|---|---|
| *Response Filed:* | *Response To Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Unsufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims Filed On Behalf Of Alstom Power Environmental Consult GmbH (Docket No. 6903)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And* |

6

|  |  |
|---|---|
|  | *Records, And (C) Untimely Claims (Docket No. 6953)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims As Identified In Seventh Omnibus Claims Objection (Docket No. 7050)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 652 (Alstom Power Environmental Consult GmbH) (Docket No. 7847)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**3)   Ninth Omnibus Claims Objection Matters**

   5.   **"Claims Hearing Regarding Claim Of Sealy RG Valley Buildings, L.P."** – Claims Objection Hearing Regarding Claim Of Sealy RG Valley Buildings, L.P. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Sealy RG Valley Buildings, L.P.'s Response To The Debtors' Ninth Omnibus Claims Objection (Docket No. 7045)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8322 (Sealy RG Valley Buildings, L.P.) (Docket No. 7850)*

*Status:*      *A joint stipulation and agreed order will be submitted for consideration by the Court.*

6. **"Claims Hearing Regarding Claim Of Balch & Bingham, LLP"** – Claims Objection Hearing Regarding Claim Of Balch & Bingham, LLP As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

     *Response Filed:*      *Response To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification Filed On Behalf Of Balch & Bingham LLP (Docket No. 7247)*

     *Reply Filed:*      *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

     *Related Filings:*      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 6253 (Balch & Bingham LLP) (Docket No. 7848)*

8

   *Status:*   *A joint stipulation and agreed order will be submitted for consideration by the Court.*

7. **"Claims Hearing Regarding Claim Of B&B Machining & Grinding"** – Claims Objection Hearing Regarding Claim Of B&B Machining & Grinding As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

   *Response Filed:*   *Response Of B&B Machining & Grinding (Undocketed).*

   *Reply Filed:*   *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

   *Related Filings:*   *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)*

       *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 542 (B&B Machining & Grinding (Docket No. 7849)*

   *Status:*   *A joint stipulation and agreed order will be submitted for consideration by the Court.*

8. **"Claims Hearing Regarding Claim Of John Glover"** – Claims Objection Hearing Regarding Claim Of John Glover As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

   *Response Filed:*   *Response Of John Glover (Undocketed).*

|  |  |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 390 (John Glover) (Docket No. 7851)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

9. **"Claims Hearing Regarding Claim Of Root International, Inc. d/b/a/ Cases2Go"** – Claims Objection Hearing Regarding Claim Of Root International, Inc. d/b/a/ Cases2Go As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Response To Notice Of Objection To Claim Filed On Behalf Of Root International, Inc. d/b/a Cases2Go (Docket No. 7292)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C)* |

05-44481-rdd Doc 7886 Filed 05/09/07 Entered 05/09/07 11:56:15 Main Document
Pg 11 of 13

|  | *Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|---|---|
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1641 (Root International, Inc., d/b/a Cases2Go) (Docket No. 7855)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

10. **"Claims Hearing Regarding Claim Of Magnesium Elektron, Inc."** – Claims Objection Hearing Regarding Claim Of Magnesium Elektron, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

| *Response Filed:* | *Objection Of Magnesium Elektron, Inc. To Debtors' Ninth Omnibus Objection Claims (Docket No. 7274)* |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1524 (Magnesium Elektron, Inc.) (Docket No. 7859)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**4)** **Eleventh Omnibus Claims Objection Matters**

11. **"Claims Hearing Regarding Claim Of RSR Corporation, Eco-Bat America, LLC"** – Claims Objection Hearing Regarding Claim Of RSR Corporation, Eco-Bat America, LLC As Objected To On The Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification  (Docket No. 7301)

    *Response Filed:*     None.

    *Reply Filed:*     *Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification  (Docket No. 7755)*

    *Related Filings:*     *Order Pursuant To  11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7771)*

    *Notice Of Presentment Of Joint Settlement Agreement, Stipulation And Agreed Order Between Delphi Automotive Systems, LLC, RSR Corporation And Eco-Bat America, LLC To Disallow And Expunge Claim Numbers 866 And 867 (Docket No. 7830)*

   *Status:*   *A joint stipulation and agreed order will be submitted for consideration by the Court.*

Dated: New York, New York
   May 9, 2007

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By: /s/   John Wm. Butler, Jr.
         John Wm. Butler, Jr. (JB 4711)
         John K. Lyons (JL 4951)
         Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois  60606
        (312) 407-0700

          - and -

        By: /s/   Kayalyn A. Marafioti
         Kayalyn A. Marafioti (KM 9632)
         Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
         Debtors and Debtors-in-Possession