**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

In re:  In Proceedings For A
 Reorganization Under
**DELPHI CORPORATION, et al,** Chapter 11
 Case No.: 05-44481
 Jointly Administered

Delphi Automotive Systems
 Debtors.  Case No.: 05-44640

-----------------------------------------------------------------------X

NOTICE RE **PARTIAL** TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, New York 10022
Attention: David S. Leinwand, Esq.

A transfer in the amount of **$7,510.00** from:

UNITIZE COMPANY, INC. (Transferor)
1101 NEGLEY PL.
S&D OSTERFELD MECH CONT INC.
DAYTON, OH  45407
ATTN:  DAVID GRAYSON

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

 Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

 _____
 Deputy Clerk