HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226-3506
Telephone: (313) 465-7592
Sarah Hiltz Seewer (Michigan Bar No. P64882)

Attorneys for MSX International, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re**                                        :
                                                 :        **Chapter 11**
                                                 :
**DELPHI CORPORATION, et al.,**                  :        **Case No. 05-44481 (RDD)**
                                                 :
              **Debtors.**                       :        **(Jointly Administered)**
                                                 :
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Sarah Hiltz Seewer, a member in good standing of the bar of the State of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent MSX International, Inc., in the above-referenced case.

My address is:    Honigman Miller Schwartz and Cohn LLP
                  2290 First National Building
                  Detroit, MI 48226

My e-mail address is: sseewer@honigman.com; my telephone number is (313) 465-7592.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice.***

Dated: May 7, 2007
Detroit, Michigan

                                        /s/ Sarah Hiltz Seewer
                                        Sarah Hiltz Seewer (Michigan Bar No. P64882)

2

# ORDER

**ORDERED,**
that Sarah Hiltz Seewer, Esq., is admitted to practice, **pro hac vice,** in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: May 9, 2007
New York, New York                    /s/Robert D. Drain
                                      Honorable Robert D. Drain
                                      United States Bankruptcy Judge

DETROIT.2614819.1