B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Delphi Corp.**

Case No. **05-44481**
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| **SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>Name of Transferee | **Robin Mexicana, S. de R.L. de C.V.**<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent<br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>**Two Greenwich Plaza, 1st Floor**<br>**Greenwich, CT 06830**<br>**Attn: Brian A. Jarmain** | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $ 19,576.00** | |
| Name and Address where transferee payments should be sent (if different from above)<br><br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>**Two Greenwich Plaza, 1st Floor**<br>**Greenwich, CT 06830**<br>**Attn: Irene Wu** | Name and Current Address of transferor<br><br>**Robin Mexicana S de RL de CV**<br>**c/o Robin Industries Inc.**<br>**1265 West 65th St.**<br>**Cleveland, OH 44102**<br>**Attn: Gregory Malafarina** |
| Phone: 203-542-4061<br>       203-542-4161 | Phone: 216-631-7000 |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Court Claim # (if known):<br>Date Claim Filed: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: **May 10, 2007**
    **Irene Wu**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**~DEADLINE TO OBJECT TO TRANSFER~**

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____  _____
                              CLERK OF THE COURT

{00241647.DOC;}

**EXHIBIT A TO**
**ASSIGNMENT OF CLAIM**

### EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **ROBIN MEXICANA S. DE R.L. DE C.V.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of the Scheduled Claim Amount of $19,576 (the "Assigned Claim"), against Delphi Automotive Systems, LLC ("Debtor"), the debtor-in-possession in Case No. 05-44640 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 22, 2006.

By: _____
Name of person signing GREGORY MACAFARLANE
Title of person signing V.P. FINANCE AND I.T.
ROBIN INDUSTRIES, INC.

CLE - 984194.1

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1632209 - 10401033<br>ROBIN INDUSTRIES INC<br>ELASTO TEC DIV<br>PO BOX 73360N<br>CLEVELAND   OH   44193 | ACCOUNTS PAYABLE | | $218,759.25 |
| 1632210 - 10401034<br>ROBIN INDUSTRIES INC<br>ROBIN TECH SERVICE GROUP<br>PO BOX 449<br>BERLIN   OH   44610 | ACCOUNTS PAYABLE | | $73,069.31 |
| 1632211 - 10401035<br>ROBIN INDUSTRIES INC EFT<br>HOLMCO INDUSTRIES DIV<br>PO BOX 73359N<br>CLEVELAND   OH   44193 | ACCOUNTS PAYABLE | | $485,344.39 |
| 1562917 - 10395749<br>ROBIN MEXICANA S DE RL DE<br>INDAV LAS MISIONES #9<br>PARQUE IND<br>QUE   76246<br>MEXICO | ACCOUNTS PAYABLE | | $19,576.50 |
| 1551527 - 10008677<br>ROBINSON ALLEN<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1033185 - 10006838<br>ROBINSON COLLEEN<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 70407158 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1551528 - 10008678<br>ROBINSON DALE<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1632226 - 10401036<br>ROBINSON FOUNDRY INC<br>PO BOX 1235<br>ALEXANDER CITY   AL   350105235 | ACCOUNTS PAYABLE | | $13,459.75 |
| 1632228 - 10401037<br>ROBINSON INDUSTRIES INC<br>3051 W CURTICE RD<br>COLEMAN   MI   48618 | ACCOUNTS PAYABLE | | $109,973.32 |
| 1033219 - 10006839<br>ROBINSON JANESSA<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1033225 - 10006840<br>ROBINSON JERRY<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1033228 - 10006841<br>ROBINSON JOANNE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: NJ0000533507 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1551529 - 10008679<br>ROBINSON JOYCE<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |