B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Delphi Corp.**

Case No. **05-44481**
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>Name of Transferee | **GGB LLC**<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>**Two Greenwich Plaza, 1st Floor**<br>**Greenwich, CT 06830**<br>**Attn: Irene Wu** | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $125,419.00** | |
| Name and Address where transferee payments should be sent (if different from above)<br><br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>**Two Greenwich Plaza, 1st Floor**<br>**Greenwich, CT 06830**<br>**Attn: Irene Wu** | Name and Current Address of transferor<br><br>**GGB LLC**<br>**7841 Collection Center Drive**<br>**Chicago, IL 60693**<br>**Attn: Michael Bachich** |
| Phone: **203-542-4061**<br>      **203-542-4161** | Phone: **856-848-3200** |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Court Claim # (if known):<br>Date Claim Filed: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/   Date: **May 10, 2007**
    Irene Wu

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
                                    CLERK OF THE COURT

{00241647.DOC;}

EXHIBIT A TO
ASSIGNMENT OF CLAIM

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, GGB LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $125,419 (the "Assigned Claim"), against Delphi Automotive Systems LLC ("Debtor"), the debtor-in-possession in Case No. 05-44640 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 21, 2006.

By: _____
Name of person signing: Michael A. Bachicell
Title of person signing: Authorized Signatory

Deleted: C:\Documents and Settings\jmayo\Local Settings\Temporary Internet Files\OLK25\Delphi - Garlock - AOC - 12 21 06 (2).doc
Deleted: 1:37:25 PM

\\login\gghna\Users\BachiM\Delphi Chapter 11\Delphi - Garlock - AOC - 12 21 06 (2)rev.doc
1:55:32 PM 2/22/2006

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640     Entity #39

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1612204 - 10398334<br>GETTIG TECHNOLOGIES INC<br>PO BOX 85<br>SPRING MILLS   PA   168750085 | ACCOUNTS PAYABLE | | $1,102.00 |
| 1612205 - 10404626<br>GEVELOT EXTRUSION<br>6 BOUL BINEAU<br>92532 LEVALLOIS PERRET<br>FRANCE | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1612212 - 10398335<br>GFS CHEMICALS INC<br>LOCK BOX L 1694<br>COLUMBUS   OH   432601694 | ACCOUNTS PAYABLE | | $187.10 |
| 1612214 - 10398336<br>GGB LLC<br>7841 COLLECTION CENTER DRIVE<br>CHICAGO   IL   60693 | ACCOUNTS PAYABLE | | $125,419.33 |
| 1612215 - 10398337<br>GH PACKAGE\PRODUCT TESTING<br>& CONSULTING INC<br>4090 THUNDERBIRD LANE<br>FAIRFIELD   OH   450142234 | ACCOUNTS PAYABLE | | $600.00 |
| 1014145 - 10005542<br>GHOLSTON FRANCES<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1014158 - 10005543<br>GIAZZON BENJIE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80114644 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1014160 - 10005544<br>GIAZZON JUDITH<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 89709950 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1014162 - 10005545<br>GIBBONS DEBRA<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1014162 - 10005546<br>GIBBONS DEBRA<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1129774 - 10007881<br>GIBBS ANNIE L<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1612227 - 10404774<br>GIBBS DIE CASTING CORP<br>135 S LASALLE DEPT 6561<br>CHICAGO   IL   606746561 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1129779 - 10007882<br>GIBBS PENNY J<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |