05-44481-rdd    Doc 7912    Filed 05/10/07    Entered 05/10/07 13:07:25    Main Document
Pg 1 of 4

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :    Chapter 11
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 [RDD]
                                                            :
            Debtors.                                        :    Jointly Administered
                                                            :
------------------------------------------------------------x

### JOINT STIPULATION AND AGREED ORDER COMPROMISING
### AND ALLOWING PROOF OF CLAIM NUMBER 8393
### (MOTOROLA, INC./TEMIC AUTOMOTIVE OF NORTH AMERICA, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), Motorola, Inc. ("Motorola") and Temic Automotive of North America, Inc. ("Temic") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8393 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York;  and

**WHEREAS,** Motorola filed proof of claim number 8393 against DAS LLC on June 22, 2006, which asserts a secured claim in the amount of $19,360 (the "Claim"); and

**WHEREAS,** on July 2, 2006, Motorola transferred the Claim to Temic;  and

**WHEREAS,** on August 4, 2006, Motorola filed a Notice of Transfer of Claim Pursuant to Bankruptcy Rule 3001(e)(2) (Docket No. 4858);  and

**WHEREAS**, the Debtors objected to the Claim pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection"), which was filed on October 31, 2006;  and

**WHEREAS,** on November 21, 2006, Motorola and Temic filed their Response of Motorola, Inc. and Temic Automotive of North America, Inc. to the Debtors' Third Omnibus Objection to Claims (Docket No. 5651) (the "Response");  and

**WHEREAS,** on May 7, 2007, to resolve the Third Omnibus Claims Objection with respect to the Claim, DAS LLC, Motorola and Temic entered into a settlement agreement (the "Settlement Agreement");  and

**WHEREAS,** pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $19,360 as a general unsecured non-priority claim; and

**WHEREAS,** DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors, Motorola and Temic stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $19,360 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC.

2. The Response to the Third Omnibus Claims Objection is hereby withdrawn.

3. The Settlement Agreement does not impact, alter or affect any other proofs of claim that Motorola or Temic have filed against the Debtors and relates solely to those matters arising out of or related to the Claim.

Dated:  New York, New York
        May 8, 2007

                                         DELPHI CORPORATION, et al.,
                                         Debtors and Debtors-in-Possession,
                                         By their Bankruptcy Conflicts Counsel,
                                         TOGUT, SEGAL & SEGAL LLP,

By:

  /s/ Neil Berger  
NEIL BERGER (NB-3599)  
A Member of the Firm  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  

**[signatures concluded on following page]**

Dated:   Chicago, Illinois  
         May 7, 2007

MOTOROLA, INC. and TEMIC AUTO-  
    MOTIVE OF NORTH AMERICA, INC.  
By their Counsel,  
MCDERMOTT WILL & EMERY LLP  
By:

  /s/ Peter A. Clark  
PETER A. CLARK  
227 West Monroe Street  
Chicago, Illinois 60606  
(312) 372-2000

**SO ORDERED**

This <u>10th</u> day of <u>May</u>, 2007  
in New York, New York

    /s/Robert D. Drain  
HONORABLE ROBERT D. DRAIN  
UNITED STATES BANKRUPTCY JUDGE