BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: 205-251-8100
Facsimile: 205-226-8799
William Clark Watson

*Attorney for Balch & Bingham LLP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, ) | (Jointly Administered) |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF BALCH & BINGHAM LLP'S RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502 (b) AND FED. R. BANKR. P. 3007 TO CERTAIN (a) INSUFFICIENTLY DOCUMENTS CLAIMS, (b) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (c) UNTIMELY CLAIMS, AND (d) CLAIMS SUBJECT TO <u>MODIFICATION</u>**

Comes now, Balch & Bingham LLP ("<u>B&B</u>"), by and through undersigned counsel and hereby withdraws its Response to Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502 (B) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documents Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification (Docket No. 7247), as a settlement has been reached in regard to Balch &

Bingham, LLP's proof of claim (Claim No. 6253).

Dated: May 10, 2007.

/s/ W. Clark Watson
W. Clark Watson
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone:  205-251-8100
Facsimile:   205-226-8799
E-Mail: cwatson@balch.com

*Attorney for Balch & Bingham LLP*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of Response to Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502 (B) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documents Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification has been served upon the following parties by U.S. Mail, properly addressed and postage prepaid, on the 10th day of May, 2007:

Attn: General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

John William Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

/s/ W. Clark Watson
OF COUNSEL