UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                           :     Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :     Case No. 05-44481 (RDD)
                                    :
              Debtors.   :     (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF Victoria, Australia        )
                                       ) ss:
COUNTY OF                     )

       **Joanne Margaret Cameron**, being duly sworn, deposes and says:

       1.     I am a principal of Mallesons Stephen Jaques ("**Mallesons**") which firm maintains offices at Level 50, Bourke Place, 600 Bourke Street, Melbourne, Victoria, Australia 3000.

       2.     Neither I, Mallesons, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

       3.     Mallesons, has represented and advised the Debtors in Australia with respect to a broad range of aspects of the Debtors' businesses.

       4.     The Debtors have requested, and Mallesons have agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Mallesons proposes, to render the following services to the Debtors: Legal and strategic advice in relation to the Administration and Receivership of Global Engineer Fasteners Pty Ltd (Administrators Appointed) (Receivers and Managers Appointed).

1

5.    Mallesons's current fees arrangement is:

| | |
|---|---|
| Specialist Partner (Tax) | $900.00 |
| Partner: | $595.00 |
| Senior Associate: | $420.00 |
| Solicitor: | $325.00 |

6.    Except as set forth herein, no promises have been received by Mallesons or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.    Mallesons has no agreement with any entity to share with such entity any compensation received by Mallesons.

8.    Mallesons and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases.  Mallesons does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.    Neither I, Mallesons, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Mallesons is to be engaged.

10.    The foregoing constitutes the statement of Mallesons pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_Joanne Cameron_
**Joanne Margaret Cameron**

Subscribed and sworn before me
this 19th day of _February_, 2007

_____
Notary Public

EMILIOS JOHN KYROU
PUBLIC NOTARY
LEVEL 50, 600 BOURKE STREET
MELBOURNE 3000 VICTORIA AUSTRALIA

2



**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

1. Country: Australia

This public document

2. has been signed by E.J. KYROU

3. acting in the capacity of NOTARY PUBLIC

4. bears the seal/stamp of EMILIOS JOHN KYROU NOTARY PUBLIC

Certified

5. at MELBOURNE   6. 27-02-07

7. by VICKI KEAY

8. No. M51830

9. Seal/Stamp   10. Signature