## CERTIFICATE OF SERVICE

Daniel Jacob Snyder, Solicitor, hereby certifies that on 2 May 2007, served a copy of the Affidavit of Legal Ordinary Course Professional, upon the following interested parties via Express Courier International mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated 2 May 2007

Daniel Jacob Snyder
Level 50 Bourke Place
600 Bourke Street
Melbourne  VIC  3000
Australia

Affirmed before me this 2nd day of May 2007.

_____
Notary Public

EMILIOS JOHN KYROU
PUBLIC NOTARY
LEVEL 50, 600 BOURKE STREET
MELBOURNE 3000 VICTORIA AUSTRALIA
TEL: (613) 9643 4184  FAX: (613) 9643 5999
EMAIL: emilios.kyrou@mallesons.com

