B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Delphi Corp.**  Case No. **05-44481**
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Name of Transferee | Epcos Inc.<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Brian A. Jarmain | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $ 653,451.23** | |
| Name and Address where transferee payments should be sent (if different from above)<br><br>SPCP GROUP, L.L.C., as agent for<br>Silver Point Capital Fund, L.P. and<br>Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Irene Wu | Name and Current Address of transferor<br><br>Epcos Inc.<br>PO Box 91731<br>Chicago, IL 60693<br>Attn: Sophia McGauchie |
| Phone: 203-542-4061<br>        203-542-4161 | Phone: 203-790-7800 ext. 2144; ext. 2178 |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Court Claim # (if known):<br>Date Claim Filed: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/ Irene Wu   Date: **May 10, 2007**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____   _____
CLERK OF THE COURT

{00241647.DOC;}

**EXHIBIT A TO**
**ASSIGNMENT OF CLAIM**

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, EPCOS INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $653,451 (the "Assigned Claim"), against Delphi Automotive Systems, LLC ("Debtor"), the debtor-in-possession in Case No. 05-44640 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claims.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 16, 2006.

By: _Sophia McGauchie_
Name of person signing    SOPHIA MCGAUCHIE
Title of person signing    CREDIT MANAGER

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1608705 - 10397944<br>ENVIROQUIP CORP<br>16840 E NINE MILE ROAD<br>EASTPOINTE   MI   48021 | ACCOUNTS PAYABLE | | $470.00 |
| 1644012 - 10395239<br>ENVIROSAFE SERVICES OF OHIO INC<br>876 OTTER CREEK ROAD<br>OREGON   OH   43616 | ENVIRONMENTAL CLAIMS<br>POTENTIAL CLAIM ARISING FROM<br>ENVIRONMENTAL SERVICE PROVIDERS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1608719 - 10397945<br>EOS ENGINEERING INC<br>2501 N LOOP DRIVE #1601<br>AMES   IA   50010 | ACCOUNTS PAYABLE | | $15,500.00 |
| 1561132 - 10107784<br>EPA TRI DATA PROCESSING<br>P.O. BOX 1513<br>LANTHAM   MD   20703 | ENVIRONMENTAL CLAIMS<br>REGULATORY MATTERS: REGULATORY<br>AGENCIES | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1608727 - 10397946<br>EPCO LLC<br>PO BOX 67000 DEPT #161601<br>DETROIT   MI   482671616 | ACCOUNTS PAYABLE | | $42,525.00 |
| 1608728 - 10397947<br>EPCOS INC<br>PO BOX 91731<br>CHICAGO   IL   60693 | ACCOUNTS PAYABLE | | $653,451.23 |
| 1608729 - 10397948<br>EPEC SA<br>RUA AMBROSIO MOLINA 1100<br>SAO JOSE DOSCAMPOS<br>  PE   12100<br>BRAZIL | ACCOUNTS PAYABLE | | $6,078.00 |
| 1608730 - 10397949<br>EPES TRANSPORT SYSTEM<br>PO BOX 35884<br>GREENSBORO   NC   274255884 | ACCOUNTS PAYABLE | | $4,913.96 |
| 1608734 - 10397950<br>EPIC TECHNOLOGIES LLC<br>PO BOX 77000 DEPT # 77159<br>DETROIT   MI   482770159 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $125,685.25 |
| 1608738 - 10397951<br>EPITRONICS CORPORATION<br>DBA ATMI SERVICES<br>550 W JUANITA AVE<br>MESA   AZ   85210 | ACCOUNTS PAYABLE | | $509,595.59 |
| 1608742 - 10397952<br>EPROJECT INC<br>PO BOX 4770<br>SEATTLE   WA   981940770 | ACCOUNTS PAYABLE | | $8,775.00 |
| 1608745 - 10404089<br>EPSITECH INC<br>2323 E MAGNOLIA ST STE 112<br>PHOENIX   AZ   85034 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |