SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
      In re                                   :
                                              :    Chapter 11
DELPHI CORPORATION, et al.,                   :
                                              :    Case No. 05-44481 (RDD)
                      Debtors.                :
                                              :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

NOTICE OF SUFFICIENCY HEARING WITH RESPECT
TO DEBTORS' OBJECTION TO PROOF OF CLAIM
NOS. 8122, 8123, 8124, 8125, 8126, 8127, 8128, AND 8131
(HUSTON FAMILY)

PLEASE TAKE NOTICE that on October 31, 2006, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim numbers 8122, 8123, 8124, 8125, 8126, 8127, 8128, and 8131 (the "Proofs of Claim") filed by members of the Huston family (the "Claimants") pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claim's Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection").[1]

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objection To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Order"), entered

---

[1] Each Proof of Claim was filed by one of the following members of the Huston family: Audrey L. Huston, her late husband Clarence Huston, their son John Terry Huston, and their daughter Kay Schaeffer. The Proofs of Claim are proof of claim number 8122 by the Estate of Clarence Huston against Delphi Automotive Systems LLC, proof of claim number 8123 by John Terry (sic) against Delphi Automotive Systems LLC, claim number 8124 by John Terry Huston against Delphi Corporation, proof of claim number 8125 by the Estate of Clarence Huston against Delphi Corporation, proof of claim number 8126 by Audrey L. Huston against Delphi Corporation, proof of claim number 8127 by Kay Schaeffer against Delphi Corporation, proof of claim number 8128 by Audrey L. Huston against Delphi Automotive Systems LLC, and proof of claim number 8131 by Kay Schaeffer against Delphi Automotive Systems LLC. Each Proof of Claim asserts the same claim.

In the Third Omnibus Claims Objection, the Debtors objected to and sought an order, <u>inter alia</u>, disallowing and expunging the Proofs of Claim. On November 20, 2006, the Claimants filed their Response To The Third Omnibus Claims Objection (Docket No. 5579) (the "Response"). Although the Response was in terms of "the Huston family claims," it cited only proof of claim numbers 8122, 8123, 8125, 8127, 8128 and 8131, and made no reference to proof of claim numbers 8124 and 8126. On December 19, 2006, this Court entered the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing and Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books and Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224) (the "Third Omnibus Claims Objection Order"). In the Third Omnibus Claims Objection Order, this Court listed proof of claim numbers 8123, 8127, and 8131 on Exhibit B-1—Unsubstantiated Claims (Books and Records) which were disallowed and expunged; and listed Claim numbers 8122, 8124, 8125, 8126, and 8128 on Exhibit D-2 – Adjourned Unsubstantiated Claims (Books and Records), claims with respect to which a response had been filed and with respect to which hearing was adjourned.

December 6, 2006, a sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of the Proofs of Claim and whether the Proofs of Claim state a colorable claim against the asserted Debtor is hereby scheduled for May 24, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proofs of Claim.  A copy of the Order is attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimants.


Dated: New York, New York
April 26, 2007

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 9331)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession