**Exhibit A**
**Network Support Services Agreement**

(Filed Under Seal)