BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

| | |
|---|---|
| In re | : Chapter 11 |
| DELPHI CORPORATION et al., | : Case No. 05-44481 (RDD) |
| Debtors. | : (Jointly Administered) |

-----------------------------------------

## NOTICE OF APPEAL

Wachovia Bank, National Association, the appellant and a creditor in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Case"), appeals under 28 U.S.C. § 158(a)(1) from the Order Denying Motion By Wachovia Bank, National Association, For Relief From Automatic Stay To Proceed With Litigation Against Larry Graves, A Delphi Employee, In the Circuit Court Of The Second Judicial District Of Hinds County Mississippi (Docket No. 7840) entered in the Bankruptcy Case on May 2, 2007 (the "Order"), which said Order disposed of Wachovia Bank, National Association's Motion Pursuant To 11 U.S.C. § 362 For Relief From The Automatic Stay, If Applicable, To Proceed With Litigation Against Larry Graves, A Non-Debtor Delphi Employee, In The Circuit Court Of the Second Judicial District Of Hinds County, Mississippi (Docket No. 5951).

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1568378

**Appellant:**

Wachovia Bank, National Association

**Attorney(s) for Appellant:**

Michael Leo Hall
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

D. Christopher Carson
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

Jason D. Woodard
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

Jennifer A. Harris
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

**Appellee:**

Delphi Corporation, *et al.*

**Attorney(s) for Appellee:**

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(202) 594-5000

Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(202) 594-5000

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-8190

Jessica Kastin
O'Melveny & Myers
7 Times Square
New York, NY 10036
(212) 326-2000

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
(312) 407-0700

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Lowell Peterson
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018
(212) 239-4999

Mark S. Lichtenstein
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022
212-223-4000

Mateo Fowler
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street

10th Floor
Los Angeles, CA 90017
(213) 443-3000

Michael O'Hayer
22 North Walnut Street
West Chester, PA 19380
(610) 738-1230

Paul J.N. Roy
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7370

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000

| **Other Parties To The Order:** | **Attorney(s) for Other Parties To The Order:** |
|---|---|
| United States Trustee | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>(212) 510-0508<br><br>Tracy Hope Davis<br>United States Trustee Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500 |
| Official Committee of Unsecured Creditors | Mark A. Broude<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>(212) 906-1200<br><br>Michael D. Warner<br>Warner Stevens, L.L.P.<br>301 Commerce Street |

|  |  |
|---|---|
| | Suite 1700 |
| | Fort Worth, TX 76102 |
| | (817) 810-5250 |
| | |
| | Robert J. Rosenberg |
| | Latham & Watkins |
| | 885 Third Avenue |
| | New York, NY 10022 |
| | (212) 906-1200 |
| Larry Graves | Reuben V. Anderson |
| | Phelps Dunbar LLP |
| | 111 East Capitol Street, Suite 600 |
| | P.O. Box 23066 |
| | Jackson, Mississippi 39225-3066 |
| | (601) 352-2300 |
| | |
| | Frank W. Trapp |
| | 111 East Capitol Street, Suite 600 |
| | P.O. Box 23066 |
| | Jackson, Mississippi 39225-3066 |
| | (601) 352-2300 |
| | |
| | Michael B. Wallace |
| | 111 East Capitol Street, Suite 600 |
| | P.O. Box 23066 |
| | Jackson, Mississippi 39225-3066 |
| | (601) 352-2300 |
| | |
| | Debra M. Brown |
| | 111 East Capitol Street, Suite 600 |
| | P.O. Box 23066 |
| | Jackson, Mississippi 39225-3066 |
| | (601) 352-2300 |

Dated: Birmingham, Alabama
May 11, 2007

BURR & FORMAN LLP

By: /s/ Michael Leo Hall
    Michael Leo Hall (pro hac vice)
    D. Christopher Carson (pro hac vice)

1568378                                    5

Jason D. Woodard (pro hac vice pending)
Jennifer A. Harris (pro hac vice)

420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION

1568378                                    6