**Objection Deadline: May 21, 2007 at 11:30 a.m.**
**Presentment Date: May 21, 2007 at 12:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2689

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

In re                            :       Chapter 11

                                    :

DELPHI CORPORATION et al.,       :       Case No. 05-44481 (RDD)

                                    :

                     Debtors.  :      (Jointly Administered)

                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER
IMPLEMENTING FINAL TRADING ORDER IN RESPECT
OF ACQUISITION AND SALE OF STOCK BY FIDELITAS INVESTMENTS LTD.

("FIDELITAS TRADING ORDER PRESENTMENT")

PLEASE TAKE NOTICE that on January 6, 2006, the Court entered the Final

Order Under 11 U.S.C. §§ 105, 363, And 541 And Fed. R. Bankr. P. 3001 (A) Establishing

Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities

And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity

Securities (the "Final Trading Order") (Docket No. 1780).

PLEASE TAKE FURTHER NOTICE that the above-captioned Debtors will

present the joint stipulation and agreed order attached hereto as Exhibit A (the "Agreed Order"),

which implements the Final Trading Order in respect of the acquisition and sale of stock of

Delphi Corporation by Fidelitas Investments Ltd., to the Honorable Robert D. Drain, United

States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York  10004 (the "Bankruptcy Court"), for signature on

**May 21, 2007 at 12:00 p.m.**

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Agreed Order

must be made in writing and received in the Bankruptcy Judge's chambers and by the

undersigned no later than **May 21, 2007 at 11:30 a.m.**  Unless objections are received by that

time, the Agreed Order may be signed.


Dated:        New York, New York
              May 11, 2007

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                         & FLOM LLP

                                        By:    /s/ John Wm. Butler, Jr.
                                               John Wm. Butler, Jr. (JB 4711)
                                               John K. Lyons (JL 4951)
                                               Ron E. Meisler (RM 3026)
                                        333 West Wacker Drive, Suite 2100
                                        Chicago, Illinois 60606
                                        (312) 407-0700

                                                   - and -

                                        By:    /s/ Kayalyn A. Marafioti
                                               Kayalyn A. Marafioti (KM 9632)
                                               Thomas J. Matz (TM 5986)
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        Attorneys for Delphi Corporation, et al.,
                                          Debtors and Debtors-in-Possession