UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**IN RE:**                                                 Chapter 11

DELPHI CORPORATION, et al.,                    Case No. 05-44481 (RDD)

          Debtors.                                   (Jointly Administered)

_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2007 I electronically filed the *Response of MSX International, Inc. to Thirteenth Omnibus Objection to Claims and Declaration in Support of Response of MSX International, Inc. to Thirteenth Omnibus Objection to Claims* with the Clerk of the Court using the ECF system which will send notification of such filing to the individuals listed on the attached Exhibit A.

      I further certify that on May 14, 2007 I mailed via first class U.S. Mail, postage prepaid, copies of *Response of MSX International, Inc. to Thirteenth Omnibus Objection to Claims and Declaration in Support of Response of MSX International, Inc. to Thirteenth Omnibus Objection to Claims* to the individuals and entites listed on the attached Exhibit B.

                          HONIGMAN MILLER SCHWARTZ AND COHN LLP

                          By: */s/Sarah Hiltz Seewer* _____
                            Sarah H. Seewer (Michigan I.D. P64882)
                        2290 First National Building
                        660 Woodward Avenue
                        Detroit, MI 48226-3506
                        Telephone: (313) 465-7592
Dated: May 14, 2007            Email: sseewer@honigman.com

DETROIT2623588

# EXHIBIT A

## File an answer to a motion:

05-44481-rdd Delphi Corporation

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Seewer, Sarah entered on 5/14/2007 at 10:02 AM and
filed on 5/14/2007

**Case Name:**        Delphi Corporation
**Case Number:**      05-44481-rdd
**Document Number:** 7936

**Docket Text:**
Declaration *in Support of Response of MSX International, Inc. to Thirteenth Omnibus Objection to
Claims* (related document(s)[7825]) filed by Sarah Seewer on behalf of MSX International, Inc..
(Seewer, Sarah)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\JEB\My Documents\MSX Declaration.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=5/14/2007] [FileNumber=5894721-0]
[51f0aa0cdeb77985270f7b03469157d17a35974630eff1f81605495bda38779bbbc0d
76594d4e7b3841ed5b225d96196ec214fbece6c66969eaa67c70807ff77]]

## 05-44481-rdd Notice will be electronically mailed to:

Anne Marie Aaronson      aaronsoa@pepperlaw.com

David B. Aaronson      david.aaronson@dbr.com

Elizabeth Abdelmasieh      elizabeth@regencap.com

Franklin C. Adams      franklin.adams@bbklaw.com

Jason R. Adams      jadams@torys.com

Jennifer L. Adamy      bankruptcy@goodwin.com

Michael J. Alerding      malerding@binghammchale.com

Joseph W. Allen      jallen@jaeckle.com

Christopher A. Andreoff      candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker      philip.anker@wilmerhale.com

Joel D. Applebaum      japplebaum@clarkhill.com

Stephen M. Bales      sbales@zieglermetzger.com

C. David Bargamian      dbargamian@bsdd.com

William J. Barrett      william.barrett@bfkpn.com

David S. Barritt      barritt@chapman.com

Douglas P. Bartner      dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shea

Donald F. Baty      dbaty@honigman.com

Douglas P. Baumstein      dbaumstein@whitecase.com

Ronald Scott Beacher      rbeacher@pitneyhardin.com

W. Robinson Beard      jkirk@stites.com

Christopher Robert Belmonte      cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett      rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;dkarp@kirkland.com

Timothy C. Bennett      tbennett@klng.com

Neil Matthew Berger      neilberger@teamtogut.com,
dgeoghan@teamtogut.com;Jhook@teamtogut.com;abrogan@teamtogut.com;mmortimer@teamtogut.cc

Leslie Ann Berkoff      lberkoff@moritthock.com

Jeffrey Bernstein      jb@carpben.com, ssolazzo@carpben.com

Beth Ann Bivona      bbivona@damonmorey.com,
wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker      monicablacker@akllp.com

Anthony D. Boccanfuso      Anthony_Boccanfuso@aporter.com

Charles E. Boulbol      rtrack@msn.com

Eliza K. Bradley      ebradley@robergelaw.com

William M. Braman      wmbraman@binghammchale.com

Wendy D. Brewer     wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant     abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink     tbrink@lordbissell.com

James L. Bromley     maofiling@cgsh.com

Mark A. Broude     mark.broude@lw.com

Dewitt Brown     dewitt.brown@bipc.com

Daniel E. Bruso     dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant     tab@h2law.com

Deborah M. Buell     maofiling@cgsh.com

Kevin J. Burke     kburke@cahill.com

Michael G. Busenkell     mbusenkell@eckertseamans.com

John Wm. Butler     jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn     cahn@clm.com

Judy B. Calton     jcalton@honigman.com

Scott Cargill     scargill@lowenstein.com

D. Christopher Carson     ccarson@burr.com

Michelle Carter     mcarter@kslaw.com

Linda J. Casey     caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;ki

Madison L. Cashman     nashvillebankruptcyfilings@stites.com

Michael Cassell     mcassell@lefkowitzhogan.com

Ben T. Caughey     ben.caughey@icemiller.com

George B. Cauthen     george.cauthen@nelsonmullins.com

Babette A. Ceccotti     bceccotti@cwsny.com

Erik G. Chappell     egc@lydenlaw.com

Eric J. Charlton     echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@llgm.com, mkhambat@llgm.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com

Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan    mconlan@gibbonslaw.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com, catherine@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@gmhpc.com

Vincent D'Agostino    vdagostino@lowenstein.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com

James J. DeCristofaro    james.decristofaro@lovells.com, karen.ostad@lovells.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jc

Gerard DiConza    gdiconza@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos    william.dornbos@oag.state.ny.us

David B. Draper    ddraper@terra-law.com

Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,

Seth A. Drucker    sdrucker@clarkhill.com

David F. DuMouchel    dumouchd@butzel.com

Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Gayle Ehrlich    gehrlich@sandw.com, pholleman@sandw.com;squirk@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com

Paige Leigh Ellerman    ellerman@taftlaw.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Robert Michael Farquhar    mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com

Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder    ben.feder@thompsonhine.com

Hermann Ferre    hferre@thelenreid.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler    mateofowler@quinnemanuel.com

Edward M. Fox    efox@klng.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

Mark S. Frankel    mfrankel@couzens.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson     lgibson@bsdd.com

Celeste R. Gill     gillcr@michigan.gov, sherwoodj@michigan.com

Eduardo J. Glas     eglas@mccarter.com

Jeffrey R. Gleit     jgleit@kasowitz.com

Larry Ivan Glick     larryglick@erols.com

Matthew Alexander Gold     courts@argopartners.net

Scott R. Goldberg     sgoldber@quarles.com

Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich     nashvillebankruptcyfilings@stites.com

Robert D. Gordon     rgordon@clarkhill.com

Gary A. Gotto     ggotto@krplc.com

Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

Warren R. Graham     wrg@dmlegal.com

Gary E. Green     ggreen@fagelhaber.com

Jonathan S. Green     greenj@millercanfield.com

John T. Gregg     jgregg@btlaw.com

Lisa S. Gretchko     lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross     sgross@hodgsonruss.com

Stephen B. Grow     sgrow@wnj.com, kfrantz@wnj.com

Kevin Grzelak     phcdelphi@priceheneveld.com

Will Guerrant     wbg@ctw.com

Peter J. Gurfein     pgurfein@akingump.com

Dennis M. Haley     dhaley@winegarden-law.com

Michael Leo Hall     mhall@burr.com

Timothy C. Hall     tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

Matthew W. Hamilton    electronicnoticing@aps-capital.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel    lah@groom.com

William M. Hawkins    whawkins@loeb.com

Gerald E. Hawxhurst    leticiabustinduy@quinnemanuel.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    bankr.nyc@tklaw.com, bankr.nyc@tklaw.com,;suhailah.sallie@tklaw.com

William Heuer    william.heuer@bingham.com

David M. Hillman    david.hillman@srz.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl    mholl@mayerbrownrowe.com

Stephanie K. Hoos    skhoos@mintz.com

Patrick Howell    phowell@whdlaw.com, lramirez@whdlaw.com;slarson@whdlaw.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Roland Hwang    hwangr@michigan.gov

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com,
msternstein@sheppardmullin.com;ewaters@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Seth F. Kornbluth    skornbluth@herrick.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com

Glenn M. Kurtz    gkurtz@whitecase.com

Randall D. LaTour    rdlatour@vssp.com, cdfricke@vssp.com

Darryl S. Laddin    bkrfilings@agg.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,

cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerba

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, rpc@rosenpc.com;reception@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel    schnabel@klettrooney.com

Dennis W. Loughlin    dloughlin@stroblpc.com, sfraser@stroblpc.com

Daniel A. Lowenthal    dlowenthal@thelen.com

A. Peter Lubitz    plubitz@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;jmsailliard@pbnlaw.com;cjalvarado@pbnlaw.c

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    kcunningham@pierceatwood.com

Nauni Manty    ecfb@riderlaw.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com, wendy@bindermalter.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus    imarkus@tylercooper.com

John J. Marquess    jjm@legalcost.com

Richard Gary Mason     rgmason@wlrk.com

Victor J. Mastromarco     vmastromar@aol.com

Thomas J. Matz     tmatz@skadden.com

Kristin B. Mayhew     abothwell@pepehazard.com

Daniel P. Mazo     dpm@curtinheefner.com

Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell     rmcdowell@bodmanllp.com

Douglas J. McGill     douglas.mcgill@dbr.com

Frank McGinn     ffm@bostonbusinesslaw.com

Scott S. McKessy     smckessy@reedsmith.com

Greta A. McMorris     gmcmorris@stinsonmoheck.com

Austin L. McMullen     amcmulle@bccb.com

Patrick E. Mears     patrick.mears@btlaw.com

Derek F. Meek     dmeek@burr.com

Barbara S Mehlsack     bmehlsack@gkllaw.com

Timothy Mehok     timothy.mehok@hellerehrman.com

Richard M. Meth     msteen@daypitney.com, rmmnybankruptcy@daypitney.com

Sally Meyer     smeyer@madisonliquidity.com

Merle C. Meyers     mmeyers@gsmdlaw.com

Robert N. Michaelson     rmichaelson@kl.com

Laurie J. Michelson     michelso@butzel.com

Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller     miller@taftlaw.com

Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff     lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan   bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy   jmoloy@dannpecar.com

Michael C. Moody   mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog   amoog@hhlaw.com

Brett S. Moore   bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;jmsailliard@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.c

Brian F. Moore   bmoore@mccarter.com

Gene T. Moore   gtmlaw@bellsouth.net

Thomas R. Morris   morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison   amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison   sarah.morrison@doj.ca.gov

Whitney L. Mosby   wmosby@binghammchale.com

Eric T. Moser   eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola   alisa@contrariancapital.com

Jill L. Murch   jmurch@foley.com, khall@foley.com

James P. Murphy   murph@berrymoorman.com

Bruce S. Nathan   bnathan@lowenstein.com

Lauren Newman   inewman@fagelhaber.com

Marie L. Nienhuis   mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton   rnorton@reedsmith.com

Gordon Z. Novod   gnovod@kramerlevin.com, lbertko@kramerlevin.com

Kasey C. Nye   knye@quarles.com

Michael O'Hayer   mkohayer@aol.com

Martin P. Ochs   martin@oglaw.net

Sean A. Okeefe   sokeefe@winthropcouchot.com

Karen Ostad   kostad@mofo.com

Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com

Charles Palella    cpalella@kurzman.com

Ingrid S. Palermo    ipalermo@hselaw.com

Lansing R. Palmer    lansing.palmer@akerman.com

Richard J. Parks    rparks@mijb.com, mtcraig@mijb.com;ksiegel@mijb.com

Felton E. Parrish    fparrish@kslaw.com

Susan P. Persichilli    persichillisp@bipc.com, fiedleram@bipc.com

Geoffrey J. Peters    gpeters@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com,
dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Jeffrey S. Posta    jposta@stark-stark.com

Constantine Pourakis    cp@stevenslee.com

Susan Power-Johnston    sjohnston@cov.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-
p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards      mrichards@blankrome.com

Craig Philip Rieders      crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer      sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins      mgr@previant.com, em@previant.com

Matthew R. Robbins      mrr@previant.com

Elizabeth A. Roberge      eroberge@robergelaw.com

Jean R. Robertson      jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen      srosen@cb-shea.com

Heath D. Rosenblat      hrosenblat@kayscholer.com

Paul M. Rosenblatt      prosenblatt@kilpatrickstockton.com

David A. Rosenzweig      DRosenzweig@Fulbright.com

David Sol Rosner      ffigueroa@kasowitz.com;jgleit@kasowitz.com;dfliman@kasowitz.com

Robert B. Rubin      brubin@burr.com

E. Todd Sable      tsable@honigman.com

Chester B. Salomon      cs@stevenslee.com

Brian D. Salwowski      bsalwowski@atg.state.in.us

Diane W. Sanders      austin.bankruptcy@publicans.com

William A. Sankbeil      was@krwlaw.com

Thomas P. Sarb      ecfsarbt@millerjohnson.com

Robert V. Sartin      rsartin@fbtlaw.com

William F. Savino      wsavino@damonmorey.com

Thomas J. Schank      tomschank@hunterschank.com

Ilan D. Scharf      ischarf@pszyjw.com

Michael L. Schein      mlschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle      jrs@parmenterlaw.com, lms@parmenterlaw.com

Christopher P. Schueller     christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman     cschulman@sachnoff.com

Bryan I. Schwartz     bschwartz@lplegal.com

Mark S. Scott     mscott@riemerlaw.com

Sarah Seewer     sseewer@honigman.com

Howard Seife     andrew.rosenblatt@chadbourne.com

Jay Selanders     jay.selanders@kutakrock.com

Mark A. Shaiken     mshaiken@stinsonmoheck.com,
jgant@stinsonmoheck.com;amurdock@stinsonmoheck.com

Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill     mark.sherrill@sablaw.com

Joseph E. Shickich     jshickich@riddellwilliams.com

Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman     was@showmanlaw.com

Robert J. Sidman     rjsidman@vssp.com,
bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Paul N. Silverstein     paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman     sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon     jsimon@foley.com

Joseph E. Simpson     jsimpson@hselaw.com

Thomas R. Slome     mail@rsmllp.com

Richard G. Smolev     rsmolev@kayescholer.com,
rrotman@kayescholer.com;cglass@kayescholer.com;maosbny@kayescholer.com

Marc P. Solomon     msolomon@burr.com

Sarah F. Sparrow     ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector     bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Michael A. Spero    jspecf@sternslaw.com

Robert J. Stark    claukamg@brownrudnick.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

James M. Sullivan    jmsullivan@mwe.com

Paul Sweeney    psweeney@linowes-law.com

Robert Szwajkos    rsz@curtinheefner.com

Douglas T. Tabachnik    DTTLAW@aol.com, dttlaw@verizon.net

Jeffrey L. Tanenbaum
garrett.fail@weil.com;johnson.ng@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larn

John E. Taylor    jtaylor@binghammchale.com

Zakarij O. Thomas    zothomas@klettrooney.com

Douglas M. Tisdale    doug@tisdalelaw.com, maxx@tisdalelaw.com

Gordon J. Toering    gtoering@wnj.com

Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Martin B. Tucker    mtucker@fbtlaw.com

Raymond J. Urbanik    rurbanik@munsch.com

Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi    rusadi@cahill.com

Shmuel Vasser    svasser@eapdlaw.com

Lori V. Vaughan    lvaughan@foley.com

Joseph J. Vitale    jvitale@cwsny.com

Arthur T. Walsh    rkirby@omclaw.com

Sean M. Walsh    swalsh@gmhpc.com, jmahar@gmhpc.com

Michael D. Warner    bankruptcy@warnerstevens.com

W. Clark Watson    cwatson@balch.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub    wweintraub@pszyj.com, ischarf@pszyj.com;ljones@pszyjw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni    hzamboni@underbergkessler.com

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

# EXHIBIT B

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

A. Schulman, Inc.
c/o Carrie M. Caldwell
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

Akerman Senterfitt
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, FL 33301-2229

Harvey Altus
30500 Northwestern Hwy.
Suite 500
Farmington Hills, MI 48334

Manda L. Anagnost
1024 N. Michigan Avenue
PO Box 3197
Saginaw, MI 48605-3197

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Thomas M. Beeman
Attorney at Law
33 West 10th Street
Suite 200
Anderson, IN 46016

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger
Togut, Segal & Segal LLP
1 Penn Plaza
Suite 3335
New York, NY 10119

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

Robert F. Brown
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Cadwalader, Wickersham & Taft, LLP
1201 F Street N.W.
Suite 1100
Washington, D.C., 20004

Barbara Lee Caldwell
Herbert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104

Joseph A. Carbone
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Jeffrey G. Carl
6597 Parkwood Drive
Lockport, NY 14094

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Central Transport International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Brad A. Chalker
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Matthew W. Cheney
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Megan E. Clark
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center
Suite 1700
Southfield, MI 48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131

Andrew Currie
Wilmer Hale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Raniero D'Aversa
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820

Craig Alan Damast
Blank Rome, LLP
405 Lexington Avenue
New York, NY 10174

Richard L. Darst
8888 Keystone Crossing Blvd.
Suite 800
Indianapolis, IN 46240

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Dayton Supply & Tool Company
Attn: Dwight Woessner
507 East First Street
Dayton, OH 45402

Gail DeCaire
1714 Delaware
Saginaw, MI 48602

J. Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Debt Acquisition Company of America V, LLC
1565 Hotel Circle Sough
Suite 310
San Diego, CA 92108

Dept of Revenue
Compliance Division
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Deutsche Bank Securities Inc.
60 Wall Street
3rd Floor
New York, NY 10005

Devco Corporation
300 Lanidex Plaza
Parsippany, NJ 07054

Larry R. Dorning
Attorney at Law, P.C.
111 West Main Street
Hohenwalk, TN 38462

Christie Lyman Dowling
Blach & Bingham, LLP
1901 Sixth Avenue N.
Suite 2600
Birmingham, AL 35209

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Frank L. Eaton
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204

Energy Engineering & Consulting Services, LLC
2137 South 800 West
Swayzee, IN 46986

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
#401
Garden City, NY 11530

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Michael D. Fishman
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Elizabeth K. Flaagan
Holme Roberts & Owen LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell &
Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Flow Dry Technology, Ltd.
379 Albert Road
Brookville, OH 45309

Glenn D. Forbis
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Lorna J. Foster
PO Box 245
Plainwell, MI 49080

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

David Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Robert B. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI 48025

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Shumaker Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC 28202

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY 10023

Hain Capital Group, LLC
307 Route 17
6th Floor
Rutherford, NJ 07070

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Harco Brake Systems, Inc.
PO Box 335
Englewood, OH 45322

Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

Daniel J. Harlan
1360 S. Fifth Street
Suite 204
St. Charles, MO 63301

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701

Mark C. Haut
Morgan, Lewis & Bockius, LLP
101 Park Avenue
46th Floor
New York, NY 10178

Dion W. Hayes
McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219-4030

Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Patricia L. Hill
Statman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Marc E. Hirschfield
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

David A. Hodges
212 Center Street
Fifth Floor
Little Rock, AR 72201

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Peggy Ann Housner
Michigan Department of Attorney General
First Floor, Treasury Building
430 West Allegan Street
Lansing, MI 48922

Patrick B. Howell
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Intec Group, Inc.
c/o Vedder, Price, Kaufman & Kammholz, PC
222 North LaSalle Street
Suite 2200
Chicago, IL 60601

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Helen Jarmakowicz
201 Browertown Rd
West Paterson, NJ 07424-2608

William H. Jeffress
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2400

KS Capital Partners, L.P.
11 West 42nd Street
30th Floor
New York, NY 10036

Kardex Systems Inc.
25 Industrial Blvd.
Paoli, PA 19301

William Kerscher
1321 Kings Carriage
Grand Blanc, MI 48439

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Evelyn M. Kiresen
S. Andrews-South Life Care Community
6065 S Verde Trail
Apt # G-321
Boca Raton, FL 33433

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue
22nd Floor
New York, NY 10010

Joseph B. Koczko
Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005

Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018

Laurie Krepto
Montgomery, McCracken Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Kelly A. Kruse
4190 Telegraph Road
Suite 3500
Bloomfield Hills, MI 48302

Diane V. Kuenzel
Kuenzel & Lutes, P.A.
4111 Land O' Lakes Boulevard
Suite 302-D
Land O' Lakes, FL 34639

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street
17th Floor
Boston, MA 02110-1727

Haskin Lauter LaRue & Gibbons
255 North Alabama Street
Indianapolis, IN 46204

Andrew Ladika
3951 River Lane
Rocky River, OH 44116

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, NY 10017

Clifford Leong
3616 Garner Pl.
Encinitas, CA 92024

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

Madison Investment Trust – Series (1-50)
6310 Lamar Ave
Suite 120
Overland Park, KS 66202

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place
7th Floor
New York, NY 10003

New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Wendy G. Marcari
Dreier LLP
4999 Park Avenue
14th Floor
New York, NY 10022

Alan E. Marder
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

McDemott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Daniel A. McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

John P. McNicholas
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street
New York, NY 10016

Methode Electronics, Inc., and its Affiliates
115 South LaSalle Street
Chicago, IL 60603

Moraine Maintenance Co., Inc.
2611 Nordic Road
Dayton, OH 45414

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Newstart Factors, Inc
281 Tresser Blvd.
Suite 1501
Stamford, CT 06901

Thomas R. Noland
Stratman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Ore Hill Hub Fund, Ltd.
650 Fifth Avenue
9th Floor
New York, NY 10019

PML Flightlink, Ltd.
Newman Lane
Alton, Hampshire
United Kingdom 0X16 1XG

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033

George Panters
Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower
Suite 270
1660 West Second Street
Cleveland, OH 44113

Anne M. Peterson
Phillips Lytle Hitchcock Blaine & Huber
3400 HSBC Center
Buffalo, NY 14203

A. Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Marc A. Pifko
Kirkpartick & Lockhart Preston Gates
599 Lexington Avenue
New York, NY 10022

Steven D. Pohl
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Ave.
Suite 1420
Detroit, MI 48226

Amy Wallace Potter
DLI Pipper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Michael Potter
N.38 W.26876 Glacier Road
Pewaukee, WI 53072

Thomas B. Prickett, II
215 Second Avenue East
PO Box 1200
Oneonta, AL 35121

Redrock Capital Partners, LLC
111 S. Main Street
Suite C11
PO Box 9095
Breckenridge, CO 80424

Jo Christine Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

Ira A. Reid
Baker & McKenzie
805 Third Avenue
New York, NY 10022

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Donald P. Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Republic engineered Products, Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Vincent E. Rhynes
1514 W. Manchester Ave
# 5
Los Angeles, CA 90047

Michael P. Richman
Foley & Lardner, LLP
90 Park Avenue
37th Floor
New York, NY 10016

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Terri A. Roberts
32 North Stone Ave
Suite 2100
Tucson, AZ 85701

Caroline Rogus
Wilmer Hale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Andrew Neil Rosenberg
Milbankl Tweek Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NJ 10005-1413

Risa M. Rosenberg
Milbankl Tweek Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NJ 10005-1413

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center
36th Floor
Detroit, MI 48243

Gregory T. Roth
2288 Major Lane
Davison, MI 48423

Paul J.N. Roy
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL. 60606

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Laurent A. Ruessmann
Sidley Austin LLP
Square de Meeus, 35
B-1000 Brussels, Belgium

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX 75219

Marua I. Russell
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Lawrence M. Schwab
Bialson, Bergen & Schwab, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Lesley Shore
110 W College St
Hagerstown, IN 47346

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA 92614

John D. Silk
Rothschild, Barry & Myers
55 West Monroe Street
Suite 3900
Chicago, IL 60603-5017

Rebecca H. Simoni
Von Briesen & Roper, S.C.
411 E. Wisconsin Avenue
Suite 700
Milwaukee, WI 53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051

R. Michael Sment
Law Offices of Michael R. Sment
770 County Square Drive
Suite 210
Ventura, CA 93003-5407

Mary Beth Smith
7339 Bedford Road
Hubbard, OH 44425

Wendy W. Smith
binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Michael J. Sobieray
Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, IN 46032

Solvay Fluorides Inc.
3500 Missouri Ave
East Saint Louis, IL 60055-0236

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Thomas St. George
729 Clifton Dr. Ne.
Warren, OH 44484

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022

Leigh C Taggart
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Seth P. Tompkins
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

Douglas M. Trout
301 West Third Street
PO Box 972
Dayton, OH 45422

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

United States District Court
500 Pearl Street
New York, NY 10007

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

VonWin Capital, L.P.
60 Madison Avenue
2nd Floor
New York, NY 10010

Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Evelyn R. Williams
4861 Kinghurst Drive
San Jose, CA 95124

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Delphi Corpration
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker dr., Ste. 2100
Chicago, IL 60606
Attn: John W. Butler, Jr., John K. Lyons,
Randall G. Reese