UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>**SUBSTITUTION OF COUNSEL** |

　　　　We, the undersigned, hereby consent to the substitution of Sills Cummis Epstein & Gross P.C. as attorneys of record for Doosan Infracore America Corp. in the above-captioned matter.

STERNS & WEINROTH, P.C.  
50 West State Street  
Suite 1400  
Trenton, New Jersey 08607-1298  
Withdrawing Attorneys

By: _____  
　　William J. Bigham

Dated: May 15, 2007

SILLS CUMMIS EPSTEIN & GROSS P.C.  
One Rockefeller Plaza  
New York, New York 10020  
Superseding Attorneys

By: _____  
　　ANDREW H. SHERMAN

Dated: May 15, 2007