BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
                                        :
     In re                              :     Chapter 11
                                        :
DELPHI CORPORATION et al.,              :     Case No. 05-44481 (RDD)
                                        :
     Debtors.                           :     (Jointly Administered)
---------------------------------------------

**CERTIFICATE OF SERVICE**

I hereby certify as follows:

1. On May 11, 2007, I caused to be delivered to the Clerk of Court (i) twenty-three copies of the Notice of Appeal filed by Wachovia Bank, National Association ("Wachovia") on May 11, 2007 (the "Notice of Appeal") and (ii) address labels for counsel of record for the parties to the order from which Wachovia appealed, excluding counsel for the appellant, so as to permit the Clerk of Court to comply with the service requirements of Rule 8004 of the Federal Rules of Bankruptcy Procedure.

2. On May 14, 2007, I caused the Notice of Appeal to be served by transmitting a copy by means of electronic mail, where an e-mail address was provided, and by overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the "Master Service List" dated

1568665 v1

May 8, 2007, and causing same to be placed into an official depository of Federal Express located within the State of Alabama.

3. I further cause the Notice of Appeal to be served by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated May 8, 2007.

Dated: May 16, 2007
Birmingham, Alabama

BURR & FORMAN LLP

By: /s/ Michael Leo Hall
    Michael Leo Hall (pro hac vice)
    D. Christopher Carson (pro hac vice)
    Jason D. Woodard (pro hac vice)
    Jennifer A. Harris (pro hac vice)

420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION