FREESE & GOSS PLLC
2031 2nd Avenue North
Birmingham, Alabama 35203
(205) 871-4144
Richard A. Freese

Attorney for Creditor
WACHOVIA BANK, N.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------
|                              | : | Chapter 11 |
| In re                        | : |            |
| DELPHI CORPORATION et al.,   | : | Case No. 05-44481 (RDD) |
|                              | : | (Jointly Administered) |
| Debtors.                     | : |            |
-------------------------------------------

# MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Richard A. Freese, am a member in good standing of the bars of the State of Alabama and the State of Mississippi and am admitted to practice in the U.S. District Courts for the Northern, Middle, and Southern Districts of Alabama, the U.S. District Courts for the Northern and Southern Districts of Mississippi, and the Fifth, Seventh, Ninth and Eleventh Circuit Courts of Appeals. I hereby request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Wachovia Bank, N.A., a creditor in the above referenced case. My address is 2031 2nd Avenue North, Birmingham, Alabama 35203. My e-mail address is richfreese@aol.com. My telephone number is (205) 871-4144. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

1568566

Dated: May 11, 2007
Birmingham, Alabama

FREESE & GOSS PLLC

Richard A. Freese

2031 2nd Avenue North
Birmingham, Alabma 35203
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

Attorney for Creditor
WACHOVIA BANK, N.A.

## ORDER

**ORDERED,**

that Richard A. Freese, is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2007
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE