BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
                                            :
    In re                                   :       Chapter 11
                                            :
DELPHI CORPORATION et al.,                  :       Case No. 05-44481 (RDD)
                                            :
    Debtors.                                :       (Jointly Administered)
---------------------------------------------

**CERTIFICATE OF SERVICE**

I hereby certify as follows:

1.  On May 14, 2007, I caused the Motion for Admission to Practice, pro hac vice, of Richard A. Freese (the "Motion") to be served by transmitting a copy by means of electronic mail, where an e-mail address was provided, and by overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the "Master Service List" dated May 8, 2007, and causing same to be placed into an official depository of Federal Express located within the State of Alabama.

2.  I further caused the Motion to be served by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated May 8, 2007.

Dated:  May 17, 2007

1569981 v1

2

Birmingham, Alabama

              BURR & FORMAN LLP


            By: /s/ Michael Leo Hall
              Michael Leo Hall (pro hac vice)
              D. Christopher Carson (pro hac vice)
              Jason D. Woodard (pro hac vice)
              Jennifer A. Harris (pro hac vice)

            420 North 20th Street
            Suite 3400
            Birmingham, Alabama 35203
            (205) 251-3000

            Attorneys for Creditor
            WACHOVIA BANK, NATIONAL ASSOCIATION