**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                    Chapter 11

                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,          Jointly Administered

                      Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of Richard A. Freese, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Richard A. Freese, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: May 17, 2007
          New York, New York

                                                      /s/Robert D. Drain_____
                                                      UNITED STATES BANKRUPTCY JUDGE