SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
                                              :
       In re                                  :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05–44481 (RDD)
                                              :
                               Debtors.       :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 7907
<u>(YILMAZ SAHINKAYA STRUCTURAL MECHANICS ANALYSIS, INC.)</u>

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Yilmaz Sahinkaya Structural Mechanics Analysis, Inc. ("Yilmaz SMA") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 7907 (Yilmaz Sahinkaya Structural Mechanics Analysis, Inc.) (the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Yilmaz SMA filed proof of claim number 7907 against Delphi Automotive Systems LLC ("DAS LLC") on June 13, 2006, which asserts an unsecured non-priority claim in the amount of $42,400 (the "Claim") stemming from services provided to DAS LLC.

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6100) (the "Fifth Omnibus Claims Objection"), which was filed on December 8, 2006.

WHEREAS on January 3, 2007 Yilmaz SMA filed its Response To Debtors' Fifth Omnibus Objection (Docket No. 6421) (the "Response").

WHEREAS on April 25, 2007, to resolve the Fifth Omnibus Claims Objection with respect to the Claim, DAS LLC and Yilmaz SMA entered into a settlement agreement (the

2

"Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $15,000.00.

WHEREAS DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

THEREFORE, the Debtors and Yilmaz SMA stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $15,000.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2. Yilmaz SMA shall withdraw its Response to the Fifth Omnibus Objection.


So Ordered in New York, New York, this  17th  day of April, 2007

                                                       /s/Robert D. Drain
                                                UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John Wm. Butler, Jr. | /s/ Don Erickson |
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606-1285<br>(312) 407-0700 | Don Erickson<br>7668 El Camino Real Suite 104 # 627<br>La Costa, CA 92009<br>760-918-0520<br><br>Attorney for Yilmaz Sahinkaya Structural Mechanics Analysis, Inc. |

       - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

4