Robyn J. Spalter, Esq. (RS 0035)
General Counsel
Riverside Claims LLC
2109 Broadway, Suite 206
New York, NY  10023
Phone: (212) 501-0990
Fax: (212) 501-7088
Email:  rspalter@regencap.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                                                   :
In re:                                             :        Chapter 11
                                                   :
DELPHI CORPORATION, *et al.,*                      :        Case No. 05-44481 (RDD)
                                                   :
Debtor.                                            :        (Jointly Administered)
---------------------------------------------------x

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Robyn J. Spalter, a member in good standing of the bar in the States of Florida and Texas and, if applicable, the bar of the U.S. District Courts for the Eastern, Southern and Northern Districts of Texas, the Eastern, Middle and Western Districts of Louisiana, the Fifth and Eleventh U.S. Circuit Courts of Appeal and the Supreme Court of the United States of America, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Riverside Claims LLC, a creditor  in the above referenced case.

My mailing address is:

Robyn J. Spalter, Esq.
General Counsel
Riverside Claims LLC
2109 Broadway, Suite 206
New York, NY  10023

My E-mail address is: rspalter@regencap.com; my telephone number is (212) 501-0990.

I agree to pay the filing fee of $25.00 upon approval of my admission *pro hac vice.*

Dated: May 14, 2007
New York, New York

/s/ Robyn J. Spalter

# ORDER

**ORDERED**, that Robyn J. Spalter, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE