1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:


DELPHI CORPORATION, ET AL.,


        Debtor.


- - - - - - - - - - - - - - - - - - - -x


                U.S. Bankruptcy Court

                One Bowling Green

                New York, New York


                May 10, 2007

                10:04 a.m.


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

2

1    CLAIMS Objection Hearing Regarding Claim of HB Performance

2    Systems, Inc.

3

4    CLAIMS Objection Hearing Regarding Claim of Motorola, Inc. and

5    Temic Automotive of North America, Inc.

6

7    CLAIMS Objection Hearing Regarding Claim of Century Mold & Tool

8    Co.

9

10   CLAIMS Objection Hearing Regarding Claim of Alston Power

11   Environmental Consulting GMHB

12

13   CLAIMS Objection Hearing Regarding Claim of Sealy RG Valley

14   Buildings, L.P.

15

16   CLAIMS Objection Hearing Regarding Claim of Balch & Bingham LLP

17

18   CLAIMS Objection Hearing Regarding Claim of B&B Machining &

19   Grinding

20

21   CLAIMS Objection Hearing Regarding Claim of John Glover

22

23   CLAIMS Objection Hearing Regarding Claim of Root International

24

25

3

1   CLAIMS Objection Hearing Regarding Claim of Magnesium Elektron,

2   Inc.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Transcribed By:  Esther Accardi

25

4

```
 1    A P P E A R A N C E S :

 2    SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

 3           Attorneys for Debtors

 4           333 West Wacker Drive

 5           Chicago, Illinois 60606

 6

 7    BY:   JOHN K. LYONS, ESQ.

 8

 9    SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

10           Attorneys for Debtors

11           4 Times Square

12           New York, New York 10036

13

14    BY:   THOMAS J. MATZ, ESQ.

15           LISA DIAZ, ESQ.

16

17    WHYTE HIRSCHBOECK DUDEK, S.C.

18           Attorneys for HB Performance

19           555 East Wells Street

20           Milwaukee, Wisconsin 53202

21

22    BY:   PATRICK B. HOWELL, ESQ.

23           (Telephonically)

24

25
```

5

P R O C E E D I N G S

1

2          THE COURT:  Please be seated.  All right.  This is

3    deja vu all over again.  Why don't you start from the beginning

4    in Delphi Corporation.

5          MR. LYONS:  Sure.  John Lyons on behalf of the

6    debtors.  In court with me today we have Karen Kraft and Dean

7    Unrou of Delphi.  And Tom Matz and Lisa Diaz from Skadden.

8    Your Honor, I handed up earlier the statistical chart that

9    shows progress in the various categories of the omnibus

10   objection.  And just for a point of reference, I mean, it does

11   show -- certainly prepared in the last chart we sent you

12   additional progress.  Some of the highlights -- approximately,

13   fifty percent of the adjourned claims that are in the

14   procedures have been resolved either through claims objection

15   procedures order or settlements.  So not only are we attacking

16   the claims through the omnibus objections, but also we're

17   making a lot of progress with the claims that have been

18   adjourned under procedures.  So I think that's a good sign that

19   we're making real progress with respect to these claims.

20          Over fifty-three percent of the debtor's total claim

21   population has been ordered disallowed or expunged from the

22   first through the eleventh omnibus claims objection.  So that

23   shows the progress from the front end.  Approximately 2,000

24   claims have been ordered modified in line with the debtor's

25   view of the appropriate class amount and debtor entity against

6

1   which the claim should have been asserted.  Approximately

2   sixty-six percent of all claims against the debtors have been

3   ordered withdrawn, disallowed, expunged or modified by this

4   Court.  Not surprising when you have forty-two debtors there

5   are a lot of duplicative claims so there's been a lot of low

6   hanging fruit procedural objections that, as Your Honor is

7   aware, we've already filed.  With that, Your Honor --

8          THE COURT:  Before you move on to today's agenda is

9   it still the case that the debtors believe that there rough

10   estimate for plan negotiation purposes of allowable claims is

11   still achievable?

12          MR. LYONS:  Yes.

13          THE COURT:  Okay.  All right.

14          MR. LYONS:  Your Honor, then I would like to turn to

15   the agenda.  And, again, we have no contested matters.  So a

16   bunch of settlements I'd like to run through.

17          THE COURT:  Fine.

18          MR. LYONS:  The first matter on the agenda is item

19   number 1, and that's the claims objection hearing regarding the

20   claim of HB Performance Systems.  This claims is rather unique

21   in that not only are we seeking to disallow the claim, we

22   actually had an affirmative counterclaim which the parties have

23   agreed to resolve under these procedures.  And I'm happy to

24   report the parties have, although it's still being documented,

25   there's still some language that needs to be worked out.  But

7

1    the highlight to the agreement will be that HB Performance's

2    claim will be disallowed and expunged.  The counterclaim will

3    be resolved by having HB Performance pay 300,000 dollars to the

4    debtors.  The debtors had taken the position that they were

5    actually owed 1.7 million dollars.  Oh, I'm sorry.  They

6    asserted a counterclaim in the amount of 2.4 million.

7              THE COURT:  But the net is 300,000 going to HB?

8              MR. LYONS:  300 is coming to the debtor.

9              THE COURT:  Coming to the debtor, I'm sorry, from HB.

10             MR. LYONS:  Yeah, that's our counterclaim against HB.

11   And their original claim was 1.778, so that is being disallowed

12   and expunged and we're going to get back 300,000 dollars.

13   Also, the debtors would provide HB Performance with perpetual

14   license to use two of the debtor's proprietary software

15   programs, the brake power software and the BSSDOT software.

16   And again, the parties are working through some of the

17   language.  And, I believe, counsel for HB Performance may be on

18   the line right now.

19             THE COURT:  Right.  Sir, do you have anything to add

20   to that?

21             MR. POWELL:  Attorney Patrick Howell for HB

22   Performance, Your Honor.  He accurately described the process

23   and the resolution.

24             THE COURT:  Okay.  Very well.  So I'll look forward

25   to seeing a stipulation and order.

8

1          MR. LYONS:  Next, Your Honor.  Item number 2.  And

2    this is a matter that's been handled by Togut Segal, the

3    debtor's counsel as well.  And this has resolved a number of

4    proofs of claim filed by Motorola and Temic Automotive of North

5    America.  The debtors have reached an agreement with Motorola

6    relating to proof of claim 8392.  Motorola had asserted a

7    secured claim in the amount of 75,900 dollars against DAS LLC.

8    The parties have agreed to settled that claim on an un -- so it

9    would be an unsecured claim in the amount of 72,835.  And

10   again, that reminds me, Your Honor, we are going to file the

11   motion to clarify that the debtors have the ability to allow

12   claims against particular estates.

13          THE COURT:  Okay.

14          MR. LYONS:  We would seek nunc pro tunc affect to

15   that order as a clarification.

16          THE COURT:  Right.  Again, that was really kind of

17   out of an excess of caution.  But given some of the points

18   raised earlier in the case by Mr. Fox and others, I thought you

19   ought to do it.

20          MR. LYONS:  Very good.  And then the debtors have

21   reached another part of this claims objection.  We've reached

22   another separate agreement with Motorola and Temic Automotive

23   of North America.  There Motorola asserted another secure

24   claim, proof of claim 8393 in the amount of 19,360 dollars.

25   Motorola actually transferred that claim to Temic Automotive of

9

```
 1    North America and the parties have agreed to settle that claim
 2    8393 for an allowed general unsecured claim in the amount of
 3    19,360, the amount stated in the proof of claim.
 4              THE COURT:  Okay.
 5              MR. LYONS:  So that will be submitted to Your Honor.
 6              THE COURT:  Okay.
 7              MR. LYONS:  Item number 3, the claim objection
 8    hearing regarding the claim of Century Mold & Tool.  This
 9    relates to proof of claim number 4018.  The claimant originally
10    asserted an unsecured non-priority claim in the amount of 1.129
11    million and change against Delphi Mechatronics Systems Inc.
12    And a reclamation demand in the amount of 336,752 dollars.  The
13    parties earlier under the reclamation procedures agreed to a
14    reclamation claim of 75,000 dollars.  Of course, all those
15    agreements are subject to the global defenses which may or may
16    not be invoked depending upon how the plan shakes out.  But the
17    parties have agreed to settle claim 4018 for an allowed
18    unsecured claim in the amount of 683,000 dollars and change
19    against Delphi Mechatronic.  And the parties have also agreed
20    that Century could seek priority status to the extent of 75,000
21    on account of the reclamation claim, subject, of course to our
22    reserved defenses.  So that matter and stipulation will be
23    submitted to Your Honor.
24              THE COURT:  Okay.
25              MR. LYONS:  Fourth item on the agenda claim hearing
```

1    relating to Alston Power Environmental Consulting GMHB.  This

2    relates to proof of claim number 652.  This is an unsecured

3    non-priority claim for 2,726 dollars.  The parties have agreed

4    to settle it in that amount against DAS LLC.  It originally was

5    asserted against Delphi World Headquarters Facility Service

6    Group.  And again, we just have agreed to allow it against what

7    we believe to be the appropriate entity.  So that will be

8    submitted to Your Honor.

9           Item number 6 on the agenda is the claims hearing

10   regarding Sealy RG Valley Buildings L.P.  This relates to proof

11   of claim number 8322.  Claimant asserted an unsecured non-

12   priority claim for 66,000 dollars and change against Delphi

13   Automotive Systems LLC.  And the parties have agreed to allow

14   the claim in that amount.

15          Item number 6 is the hearing relating to Balch &

16   Bingham LLP.  That relates to proof of claim 6253.  The

17   claimant asserted initially an unsecured non-priority claim in

18   the amount of 29,618 dollars against Delphi Automotive Systems

19   LLC.  And the parties have agreed to settle this claim for

20   slightly less at 27,517 dollars against DAS LLC.  And again our

21   stipulation will be submitted.

22          THE COURT:  Okay.

23          MR. LYONS:  Item number 7, B&B Machining & Grinding.

24   That relates to proof of claim 542.  Claimant asserted an

25   unsecured non-priority claim in the amount of 996 dollars

11

1    against Delphi Corp.  Parties have agreed to settle it in that

2    amount but it will be against Delphi Medical Systems Colorado

3    Corporation, not Delphi Corporation.

4              THE COURT:  Okay

5              MR. LYONS:  Item number 8, claims hearing regarding

6    John Glover.  Mr. Glover had submitted proof of claim 390.  The

7    claim was initially in the amount of 1,050 dollars against

8    Delphi Corp.  And again, we've agreed to settle the claim for

9    that amount but against Delphi Automotive Systems LLC.

10             Item number 9 on the agenda is the claim hearing of

11   Root International.  And that relates to proof of claim number

12   1641.  Claimant asserted an unsecured non-priority claim in the

13   amount of 7,218 dollars against Delphi Corp.  We've agreed to

14   settle it in that amount but it should be against Delphi

15   Medical Systems Colorado Corporation not Delphi Corp.  So again

16   that will be submitted shortly.

17             Item number 10 on the agenda, the claims hearing of

18   Magnesium Electron Inc.  That is proof of claim number 1524.

19   Claimant asserted an unsecured non-priority claim in the amount

20   of 518,452 dollars against Delphi Corp.  Parties have agreed to

21   settle the claim for 265,694 dollars, just over half of the

22   initial claim amount against debtor ASEC Manufacturing General

23   Partnership.  So again there's a reduction and also it will be

24   against a debtor other than that's stated in the proof of

25   claim.

12

```
 1              And finally, Your Honor, our last item on the agenda
 2    is the claims hearing regarding RSR Corporation Ecobot America
 3    LLC.  That relates to proof of claim numbers 866 and 867.
 4    Ecobot America initially asserted a proof of claim 866, in the
 5    amount of 1.5 million dollars and change against Delphi
 6    Corporation and asserted in claim number 867 a claim of 2.270
 7    thousand dollars and change against Delphi Corporation.  On
 8    September 14, 2005, before we filed the case, the debtors made
 9    a 3.9 million dollar deposit for cash in advance for any
10    shipments made after that deposit for goods sold.  The parties
11    have agreed to apply that 3.9 million dollar deposit that was
12    made pre-petition to the amounts that are owed pre-petition.
13    Togut has handled this matter and Togut has primarily dealt
14    with a lot of the set up matters for -- in this case.  And so
15    under the terms of the stipulation the 3.9 million dollar cash
16    in advance payment will be applied in satisfaction of these two
17    proofs of claims.  And that both claims would be disallowed and
18    expunged in their entirety.
19              THE COURT:  Okay.  So you're not getting anything
20    back from the deposit and they're not getting anything more
21    than the deposit?
22              MR. LYONS:  Correct.
23              THE COURT:  Okay.
24              MS. DIAZ:  We're getting the deposit.
25              MR. LYONS:  Oh, we are getting --
```

13

1          THE COURT:  So you are getting a certain amount back.

2          MR. LYONS:  Yes, I'm sorry, Your Honor. We are

3    getting deposit money back, yes.

4          THE COURT:  Okay.

5          MR. LYONS:  I stand corrected.  Okay.  Well, that's

6    it for the agenda.  A couple of other items, Your Honor.  In

7    omnibus thirteen, which Your Honor will hear on May 31st, we

8    detected a problem with the service of two of the claims listed

9    on Exhibits E-1 and E-2.  Basically, what had happened when

10   they printed the individualized notice some of the fields were

11   mixed up.  So in our view we're just going to renotice those.

12   And instead of having those heard on May 31st they'll be heard

13   on June 22nd.

14         THE COURT:  Okay.

15         MR. LYONS:  So we just wanted to be conservative but

16   we're going to just adjourn those hearings with respect to just

17   those two exhibits to June.

18         Which brings me to another point, Your Honor.  I

19   mean, you can imagine with these thousands and thousands of

20   claims there's occasionally -- a claim may be included on the

21   one of the expunged exhibits inadvertently.  An example would

22   be at the last omnibus hearing for some reason a response

23   didn't get docketed until after we had submitted the agenda and

24   the exhibits to Your Honor.  So there was someone who filed a

25   timely response, although they may not have served us, served

14

1   debtor's counsel with it, and we couldn't pick it up because it

2   was docketed a little bit late.  What we've been doing in those

3   very rare instances, and it was just really a handful, we have

4   been working with the claimants on a consensual basis, we've

5   put them into the procedures and they reserved their rights, we

6   reserve our rights as to whether or not the untimeliness of

7   filing a response and the fact that it was expunged on an

8   order, if we ever aren't able to resolve that that would all

9   then be taken a look at by Your Honor to determine whether you

10  would --

11          THE COURT:  In a motion for reconsideration.

12          MR. LYONS:  In a motion for reconsideration.

13          THE COURT:  Right.

14          MR. LYONS:  But we're telling them that listen, from

15  the date you contact us we're not going to prejudice you by

16  failing to file that motion because we want to try to reduce

17  any unnecessary pleadings since we're going to be trying to

18  resolve it anyway.  But the issue may come back to Your Honor

19  if we can't reach an agreement with counsel and then you would

20  have to take a look at that issue.

21          THE COURT:  Okay.  All right.

22          MR. LYONS:  And then finally a housekeeping matter.

23  We have cancelled, with Your Honor's permission, the May 24th

24  claims hearing as well as the June 14th claims hearing, since

25  we have a claims hearing on June 1st and then one on June 22nd.

15

1          THE COURT:  Okay.  That's fine.  Although I want to

2   reiterate that if it turns out that some of these end up being

3   contested, notwithstanding everyone's efforts to resolve them,

4   you know, you can get them back on the calendar individually,

5   if there's going to be, you know, a real trial on them.

6          MR. LYONS:  Yes.

7          THE COURT:  Just let my chambers know.

8          MR. LYONS:  Will do.  We will do, Your Honor.  Thank

9   you.

10         THE COURT:  All right.  Okay.  Very well, thank you.

11         MR. LYONS:  Thank you.

12      (Proceedings concluded at 10:17 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

16

1

2                        C E R T I F I C A T I O N

3

4    I, Esther Accardi, court approved transcriber, certify that the

5    foregoing is a correct transcript from the official electronic

6    sound recording of the proceedings in the above-entitled

7    matter.

8

9    _____ May 14, 2007_____

10   Signature of Transcriber              Date

11

12   Esther Accardi_____

13   typed or printed name

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**ability** 8:11
**able** 14:8
**above-entitled** 16:6
**Accardi** 3:24 16:4
  16:12
**account** 9:21
**accurately** 7:22
**achievable** 6:11
**add** 7:19
**additional** 5:12
**adjourn** 13:16
**adjourned** 5:13,18
**advance** 12:9,16
**affect** 8:14
**affirmative** 6:22
**agenda** 6:8,15,18
  9:25 10:9 11:10,17
  12:1 13:6,23
**agreed** 6:23 8:8 9:1
  9:13,17,19 10:3,6
  10:13,19 11:1,8,13
  11:20 12:11
**agreement** 7:1 8:5
  8:22 14:19
**agreements** 9:15
**AL** 1:8
**allow** 8:11 10:6,13
**allowable** 6:10
**allowed** 9:2,17
**Alston** 2:10 10:1
**America** 2:5 8:5,23
  9:1 12:2,4
**amount** 5:25 7:6 8:7
  8:9,24 9:2,3,10,12
  9:18 10:4,14,18,25
  11:2,7,9,13,14,19
  11:22 12:5 13:1
**amounts** 12:12
**anyway** 14:18
**applied** 12:16
**apply** 12:11
**appropriate** 5:25
  10:7
**approved** 16:4
**approximately** 5:12

5:23 6:1
**ARPS** 4:2,9
**ASEC** 11:22
**asserted** 6:1 7:6 8:6
  8:23 9:10 10:5,11
  10:17,24 11:12,19
  12:4,6
**attacking** 5:15
**Attorney** 7:21
**Attorneys** 4:3,10,18
**Automotive** 2:5 8:4
  8:22,25 10:13,18
  11:9
**aware** 6:7
**a.m** 1:19 15:12

**B**

**B** 1:21 4:22
**back** 7:12 12:20
  13:1,3 14:18 15:4
**Balch** 2:16 10:15
**Bankruptcy** 1:2,14
  1:23
**Basically** 13:9
**basis** 14:4
**beginning** 5:3
**behalf** 5:5
**believe** 6:9 7:17 10:7
**Bingham** 2:16 10:16
**bit** 14:2
**Bowling** 1:15
**brake** 7:15
**brings** 13:18
**BSSDOT** 7:15
**Buildings** 2:14
  10:10
**bunch** 6:16
**B&B** 2:18 10:23

**C**

**C** 4:1 5:1 16:2,2
**calendar** 15:4
**cancelled** 14:23
**case** 1:4 6:9 8:18
  12:8,14
**cash** 12:9,15
**categories** 5:9

**caution** 8:17
**Century** 2:7 9:8,20
**certain** 13:1
**certainly** 5:11
**certify** 16:4
**chambers** 15:7
**change** 9:11,18
  10:12 12:5,7
**chart** 5:8,11
**Chicago** 4:5
**claim** 2:1,4,7,10,13
  2:16,18,21,23 3:1
  5:20 6:1,20,21 7:2
  7:11 8:4,6,7,8,9,24
  8:24,25 9:1,2,3,7,8
  9:9,10,14,17,18,21
  9:25 10:2,3,11,12
  10:14,16,17,19,24
  10:25 11:6,7,8,10
  11:11,12,18,19,21
  11:22,25 12:3,4,6
  12:6 13:20
**claimant** 9:9 10:11
  10:17,24 11:12,19
**claimants** 14:4
**claims** 2:1,4,7,10,13
  2:16,18,21,23 3:1
  5:13,14,16,17,19
  5:22,24 6:2,5,10
  6:19,20 8:12,21
  10:9 11:5,17 12:2
  12:17,17 13:8,20
  14:24,24,25
**clarification** 8:15
**clarify** 8:11
**class** 5:25
**Colorado** 11:2,15
**come** 14:18
**coming** 7:8,9
**concluded** 15:12
**consensual** 14:4
**conservative** 13:15
**Consulting** 2:11
  10:1
**contact** 14:15
**contested** 6:15 15:3

**Corp** 11:1,8,13,15
  11:20
**Corporation** 1:8 5:4
  11:3,3,15 12:2,6,7
**correct** 12:22 16:5
**corrected** 13:5
**counsel** 7:17 8:3
  14:1,19
**counterclaim** 6:22
  7:2,6,10
**couple** 13:6
**course** 9:14,21
**court** 1:2,14 5:2,6
  6:4,8,13,17 7:7,9
  7:19,24 8:13,16
  9:4,6,24 10:22
  11:4 12:19,23 13:1
  13:4,14 14:11,13
  14:21 15:1,7,10
  16:4

**D**

**D** 1:22 5:1
**DAS** 8:7 10:4,20
**date** 14:15 16:10
**dealt** 12:13
**Dean** 5:6
**debtor** 1:10 5:25 7:8
  7:9 11:22,24
**debtors** 4:3,10 5:6
  6:2,4,9 7:4,4,13
  8:5,11,20 12:8
**debtor's** 5:20,24
  7:14 8:3 14:1
**defenses** 9:15,22
**deja** 5:3
**Delphi** 1:8 5:4,7
  9:11,19 10:5,12,18
  11:1,2,3,8,9,13,14
  11:15,20 12:5,7
**demand** 9:12
**depending** 9:16
**deposit** 12:9,10,11
  12:20,21,24 13:3
**described** 7:22
**detected** 13:8

**determine** 14:9
**Diaz** 4:15 5:7 12:24
**disallow** 6:21
**disallowed** 5:21 6:3
  7:2,11 12:17
**DISTRICT** 1:3
**docketed** 13:23 14:2
**documented** 6:24
**doing** 14:2
**dollar** 12:9,11,15
**dollars** 7:3,5,12 8:7
  8:24 9:12,14,18
  10:3,12,18,20,25
  11:7,13,20,21 12:5
  12:7
**DRAIN** 1:22
**Drive** 4:4
**DUDEK** 4:17
**duplicative** 6:5

**E**
**E** 1:21,21 4:1,1 5:1,1
  16:2
**earlier** 5:8 8:18 9:13
**East** 4:19
**Ecobot** 12:2,4
**efforts** 15:3
**either** 5:14
**Electron** 11:18
**electronic** 16:5
**Elektron** 3:1
**eleventh** 5:22
**entirety** 12:18
**entity** 5:25 10:7
**Environmental** 2:11
  10:1
**ESQ** 4:7,14,15,22
**estates** 8:12
**Esther** 3:24 16:4,12
**estimate** 6:10
**ET** 1:8
**everyone's** 15:3
**example** 13:21
**excess** 8:17
**exhibits** 13:9,17,21
  13:24

**expunged** 5:21 6:3
  7:2,12 12:18 13:21
  14:7
**extent** 9:20
**E-1** 13:9
**E-2** 13:9

**F**
**F** 1:21 16:2
**Facility** 10:5
**fact** 14:7
**failing** 14:16
**fields** 13:10
**fifty** 5:13
**fifty-three** 5:20
**file** 8:10 14:16
**filed** 6:7 8:4 12:8
  13:24
**filing** 14:7
**finally** 12:1 14:22
**fine** 6:17 15:1
**first** 5:22 6:18
**FLOM** 4:2,9
**foregoing** 16:5
**forty-two** 6:4
**forward** 7:24
**Fourth** 9:25
**Fox** 8:18
**front** 5:23
**fruit** 6:6

**G**
**G** 5:1
**general** 9:2 11:22
**getting** 12:19,20,24
  12:25 13:1,3
**given** 8:17
**global** 9:15
**Glover** 2:21 11:6,6
**GMHB** 2:11 10:1
**going** 7:7,12 8:10
  13:11,16 14:15,17
  15:5
**good** 5:18 8:20
**goods** 12:10
**Green** 1:15
**Grinding** 2:19 10:23

**Group** 10:6

**H**
**half** 11:21
**handed** 5:8
**handful** 14:3
**handled** 8:2 12:13
**hanging** 6:6
**happened** 13:9
**happy** 6:23
**HB** 2:1 4:18 6:20 7:1
  7:3,7,9,10,13,17
  7:21
**Headquarters** 10:5
**hear** 13:7
**heard** 13:12,12
**hearing** 2:1,4,7,10
  2:13,16,18,21,23
  3:1 6:19 9:8,25
  10:9,15 11:5,10,17
  12:2 13:22 14:24
  14:24,25
**hearings** 13:16
**highlight** 7:1
**highlights** 5:12
**HIRSCHBOECK**
  4:17
**HON** 1:22
**Honor** 5:8 6:6,7,14
  7:22 8:1,10 9:5,23
  10:8 12:1 13:2,6,7
  13:18,24 14:9,18
  15:8
**Honor's** 14:23
**housekeeping** 14:22
**Howell** 4:22 7:21

**I**
**Illinois** 4:5
**imagine** 13:19
**inadvertently** 13:21
**included** 13:20
**individualized** 13:10
**individually** 15:4
**initial** 11:22
**initially** 10:17 11:7
  12:4

**instances** 14:3
**International** 2:23
  11:11
**invoked** 9:16
**issue** 14:18,20
**item** 6:18 8:1 9:7,25
  10:9,15,23 11:5,10
  11:17 12:1
**items** 13:6

**J**
**J** 4:14
**John** 2:21 4:7 5:5
  11:6
**JUDGE** 1:23
**June** 13:13,17 14:24
  14:25,25

**K**
**K** 4:7
**Karen** 5:6
**kind** 8:16
**know** 15:4,5,7
**Kraft** 5:6

**L**
**language** 6:25 7:17
**late** 14:2
**license** 7:14
**line** 5:24 7:18
**Lisa** 4:15 5:7
**listed** 13:8
**listen** 14:14
**little** 14:2
**LLC** 8:7 10:4,13,19
  10:20 11:9 12:3
**LLP** 2:16 4:2,9
  10:16
**look** 7:24 14:9,20
**lot** 5:17 6:5,5 12:14
**low** 6:5
**Lyons** 4:7 5:5,5 6:12
  6:14,18 7:8,10 8:1
  8:14,20 9:5,7,25
  10:23 11:5 12:22
  12:25 13:2,5,15
  14:12,14,22 15:6,8

15:11
**L.P** 2:14 10:10

**M**

**Machining** 2:18
  10:23
**Magnesium** 3:1
  11:18
**making** 5:17,19
**Manufacturing**
  11:22
**matter** 1:6 6:18 8:2
  9:22 12:13 14:22
  16:7
**matters** 6:15 12:14
**Matz** 4:14 5:7
**MEAGHER** 4:2,9
**mean** 5:10 13:19
**Mechatronic** 9:19
**Mechatronics** 9:11
**Medical** 11:2,15
**million** 7:5,6 9:11
  12:5,9,11,15
**Milwaukee** 4:20
**mixed** 13:11
**modified** 5:24 6:3
**Mold** 2:7 9:8
**money** 13:3
**motion** 8:11 14:11
  14:12,16
**Motorola** 2:4 8:4,5,6
  8:22,23,25
**move** 6:8

**N**

**N** 4:1 5:1 16:2
**name** 16:13
**needs** 6:25
**negotiation** 6:10
**net** 7:7
**New** 1:3,16,16 4:12
  4:12
**non** 10:11
**non-priority** 9:10
  10:3,17,25 11:12
  11:19
**North** 2:5 8:4,23 9:1

**notice** 13:10
**notwithstanding**
  15:3
**number** 6:19 8:1,3
  9:7,9 10:2,9,11,15
  10:23 11:5,10,11
  11:17,18 12:6
**numbers** 12:3
**nunc** 8:14

**O**

**O** 1:21 5:1 16:2
**objection** 2:1,4,7,10
  2:13,16,18,21,23
  3:1 5:10,14,22
  6:19 8:21 9:7
**objections** 5:16 6:6
**occasionally** 13:20
**official** 16:5
**Oh** 7:5 12:25
**Okay** 6:13 7:24 8:13
  9:4,6,24 10:22
  11:4 12:19,23 13:4
  13:5,14 14:21 15:1
  15:10
**omnibus** 5:9,16,22
  13:7,22
**order** 5:15 7:25 8:15
  14:8
**ordered** 5:21,24 6:3
**original** 7:11
**originally** 9:9 10:4
**ought** 8:19
**owed** 7:5 12:12

**P**

**P** 4:1,1 5:1
**part** 8:21
**particular** 8:12
**parties** 6:22,24 7:16
  8:8 9:1,13,17,19
  10:3,13,19 11:1,20
  12:10
**Partnership** 11:23
**Patrick** 4:22 7:21
**pay** 7:3
**payment** 12:16

**percent** 5:13,20 6:2
**Performance** 2:1
  4:18 6:20 7:3,13
  7:17,22
**Performance's** 7:1
**permission** 14:23
**perpetual** 7:13
**pick** 14:1
**plan** 6:10 9:16
**pleadings** 14:17
**Please** 5:2
**point** 5:10 13:18
**points** 8:17
**population** 5:21
**position** 7:4
**POWELL** 7:21
**power** 2:10 7:15
  10:1
**prejudice** 14:15
**prepared** 5:11
**pre-petition** 12:12
  12:12
**primarily** 12:13
**printed** 13:10 16:13
**priority** 9:20 10:12
**pro** 8:14
**problem** 13:8
**procedural** 6:6
**procedures** 5:14,15
  5:18 6:23 9:13
  14:5
**proceedings** 15:12
  16:6
**process** 7:22
**programs** 7:15
**progress** 5:9,12,17
  5:19,23
**proof** 8:6,24 9:3,9
  10:2,10,16,24 11:6
  11:11,18,24 12:3,4
**proofs** 8:4 12:17
**proprietary** 7:14
**provide** 7:13
**purposes** 6:10
**put** 14:5

**R**

**R** 1:21 4:1 5:1 16:2
**raised** 8:18
**rare** 14:3
**reach** 14:19
**reached** 8:5,21,21
**real** 5:19 15:5
**really** 8:16 14:3
**reason** 13:22
**reclamation** 9:12,13
  9:14,21
**reconsideration**
  14:11,12
**recording** 16:6
**reduce** 14:16
**reduction** 11:23
**reference** 5:10
**regarding** 2:1,4,7,10
  2:13,16,18,21,23
  3:1 6:19 9:8 10:10
  11:5 12:2
**reiterate** 15:2
**relates** 9:9 10:2,10
  10:16,24 11:11
  12:3
**relating** 8:6 10:1,15
**reminds** 8:10
**renotice** 13:11
**report** 6:24
**reserve** 14:6
**reserved** 9:22 14:5
**resolution** 7:23
**resolve** 6:23 14:8,18
  15:3
**resolved** 5:14 7:3
  8:3
**respect** 5:19 13:16
**response** 13:22,25
  14:7
**RG** 2:13 10:10
**right** 5:2 6:13 7:18
  7:19 8:16 14:13,21
  15:10
**rights** 14:5,6
**ROBERT** 1:22
**Root** 2:23 11:11

Page 4

**rough** 6:9
**RSR** 12:2
**run** 6:16

---
**S**

**S** 4:1 5:1
**satisfaction** 12:16
**Sealy** 2:13 10:10
**seated** 5:2
**secure** 8:23
**secured** 8:7
**seeing** 7:25
**seek** 8:14 9:20
**seeking** 6:21
**Segal** 8:2
**sent** 5:11
**separate** 8:22
**September** 12:8
**served** 13:25,25
**service** 10:5 13:8
**set** 12:14
**settle** 9:1,17 10:4,19
  11:1,8,14,21
**settled** 8:8
**settlements** 5:15
  6:16
**shakes** 9:16
**shipments** 12:10
**shortly** 11:16
**show** 5:11
**shows** 5:9,23
**sign** 5:18
**Signature** 16:10
**Sir** 7:19
**sixty-six** 6:2
**Skadden** 4:2,9 5:7
**SLATE** 4:2,9
**slightly** 10:20
**software** 7:14,15,15
**sold** 12:10
**sorry** 7:5,9 13:2
**sound** 16:6
**SOUTHERN** 1:3
**Square** 4:11
**stand** 13:5
**start** 5:3

**stated** 9:3 11:24
**STATES** 1:2
**statistical** 5:8
**status** 9:20
**stipulation** 7:25
  9:22 10:21 12:15
**Street** 4:19
**subject** 9:15,21
**submitted** 9:5,23
  10:8,21 11:6,16
  13:23
**Sure** 5:5
**surprising** 6:4
**Systems** 2:2 6:20
  9:11 10:13,18 11:2
  11:9,15
**S.C** 4:17

---
**T**

**T** 16:2,2
**take** 14:20
**taken** 7:4 14:9
**Telephonically** 4:23
**telling** 14:14
**Temic** 2:5 8:4,22,25
**terms** 12:15
**thank** 15:8,10,11
**think** 5:18
**thirteen** 13:7
**THOMAS** 4:14
**thought** 8:18
**thousand** 12:7
**thousands** 13:19,19
**timely** 13:25
**Times** 4:11
**today** 5:6
**today's** 6:8
**Togut** 8:2 12:13,13
**Tom** 5:7
**Tool** 2:7 9:8
**total** 5:20
**Transcribed** 3:24
**transcriber** 16:4,10
**transcript** 16:5
**transferred** 8:25
**trial** 15:5

**try** 14:16
**trying** 14:17
**tunc** 8:14
**turn** 6:14
**turns** 15:2
**two** 7:14 12:16 13:8
  13:17
**typed** 16:13

---
**U**

**un** 8:8
**unique** 6:20
**UNITED** 1:2
**unnecessary** 14:17
**Unrou** 5:7
**unsecured** 8:9 9:2
  9:10,18 10:2,11,17
  10:25 11:12,19
**untimeliness** 14:6
**use** 7:14
**U.S** 1:14,23

---
**V**

**Valley** 2:13 10:10
**various** 5:9
**view** 5:25 13:11
**vu** 5:3

---
**W**

**Wacker** 4:4
**want** 14:16 15:1
**wanted** 13:15
**Wells** 4:19
**West** 4:4
**we're** 5:16,19 7:12
  12:24 13:11,16
  14:14,15,17
**we've** 6:7 8:21 11:8
  11:13 14:2,4
**WHYTE** 4:17
**Wisconsin** 4:20
**withdrawn** 6:3
**worked** 6:25
**working** 7:16 14:4
**World** 10:5

---
**X**

**x** 1:5,12

---
**Y**

**Yeah** 7:10
**York** 1:3,16,16 4:12
  4:12

---
**0**

**05-44481** 1:4

---
**1**

**1** 6:19
**1st** 14:25
**1,050** 11:7
**1.129** 9:10
**1.5** 12:5
**1.7** 7:5
**1.778** 7:11
**10** 1:18 11:17
**10:04** 1:19
**10:17** 15:12
**10036** 4:12
**14** 12:8 16:9
**14th** 14:24
**1524** 11:18
**1641** 11:12
**19,360** 8:24 9:3

---
**2**

**2** 8:1
**2,000** 5:23
**2,726** 10:3
**2.270** 12:6
**2.4** 7:6
**2005** 12:8
**2007** 1:18 16:9
**22nd** 13:13 14:25
**24th** 14:23
**265,694** 11:21
**27,517** 10:20
**29,618** 10:18

---
**3**

**3** 9:7
**3.9** 12:9,11,15
**300** 7:8
**300,000** 7:3,7,12

**31st** 13:7,12
**333** 4:4
**336,752** 9:12
**390** 11:6

### 4

**4** 4:11
**4018** 9:9,17

### 5

**518,452** 11:20
**53202** 4:20
**542** 10:24
**555** 4:19

### 6

**6** 10:9,15
**60606** 4:5
**6253** 10:16
**652** 10:2
**66,000** 10:12
**683,000** 9:18

### 7

**7** 10:23
**7,218** 11:13
**72,835** 8:9
**75,000** 9:14,20
**75,900** 8:7

### 8

**8** 11:5
**8322** 10:11
**8392** 8:6
**8393** 8:24 9:2
**866** 12:3,4
**867** 12:3,6

### 9

**9** 11:10
**996** 10:25