UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF ROBERT N. ROSSETTER

I, Robert N. Rossetter, having been duly sworn under oath, state that, if called upon to testify in the above-referenced matter, my testimony would be as follows:

1.   I am over the age of eighteen (18) and otherwise competent to testify to the matters set forth in this Affidavit.

2.   This Affidavit is made upon my own personal knowledge.

3.   I am an employee of MG Corporation ("MG").  I am authorized to make this affidavit on behalf of MG.  I have reviewed the records kept by MG in connection with Claim No. 10911 filed by MG in the above-captioned bankruptcy matter (the Claim"), which are kept in the regular course of its business, and I am personally familiar with the facts surrounding the Claim.

4.   This Affidavit supplements the Affidavit of Robert N. Rossetter, dated November 21, 2006 (the "Original Affidavit"), which was attached to the Response to the Third Omnibus Claims Objection (Claim No. 10911) filed by MG with the Bankruptcy Court on November 22, 2006.

5.   Attached hereto as Exhibit A and incorporated herein by reference are additional true and accurate copies of the Invoices, as defined in paragraph 5 of my Original Affidavit,

along with true and accurate copies of the following documents which support the labor and

material charges in the Invoices:

    a.    Invoice No. 3752, dated February 28, 2003, with time sheet and summary of material invoices supporting said invoice attached;

    b.    Invoice No. 3785, dated May 31, 2003, with time sheets and summary of material invoices supporting said invoice attached;

    c.    Invoice No. 3824, dated August 31, 2003, with time sheets supporting said invoice attached;

    d.    Invoice No. 3891, dated March 31, 2004, with time sheets and summary of material invoices supporting said invoice attached;

    e.    Invoice No. 3910, dated May 31, 2004, with time sheets and summary of material invoices supporting said invoice attached;

    f.    Invoice No. 3914, dated May 31, 2004, with time sheet and summary of material invoices supporting said invoice attached;

    g.    Invoice No. 3915, dated May 31, 2004, with time sheet and summary of material invoices supporting said invoice attached;

    h.    Invoice No. 3974, dated January 31, 2005, with time sheet supporting said invoice attached;

    i.    Hand-written summary of MG invoices submitted to Delphi for MG Job Nos. 212, 241, 252, 262 and 264;

    j.    Delphi Purchase Order No. DRD-498025, dated February 18, 1997;

    k.    Delphi Purchase Order No. DRD-498025, dated March 13, 1997;

    l.    Delphi Purchase Order No. DRD-661456, dated March 13, 1997; and

    m.    Delphi Purchase Order No. JGB00249, dated October 27, 1997.

6.    As stated in my Original Affidavit, the Invoices have not been paid. As shown by the Invoice Summary attached as Exhibit A to my Original Affidavit, MG is still owed the sum of $16,520.43 from Delphi for labor and materials supplied for the installation of lead acid equipment and lithium polymer parts.

7.    MG is not in possession of any receiving receipts, as those receipts were kept internally at Delphi Automotive Systems, LLC.

**The remainder of this page is left intentionally blank.**

FURTHER AFFIANT SAYTH NOT.

I AFFIRM UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Date: 5/15

Robert N. Rossetter

STATE OF INDIANA          )
                          ) SS:
COUNTY OF MARION          )

Before me the undersigned, a Notary Public in and for said County and State, personally appeared Robert N. Rossetter, and acknowledged the execution of the foregoing instrument this 15th day of May, 2007.

Notary Public

Debra L. Christie
Printed Name

My Commission Expires:              County of Residence:

May 4, 2015                         Morgan

# EXHIBIT A

04/24/2007 14:24 FAX 317 574 3000    BINGHAM MCHALE LLP_    @003/010

05-44481-rdd   Doc 7964-1   Filed 05/17/07   Entered 05/17/07 16:10:41   Supplement
Supplemental Affidavit of Robert N. Rossetter   Pg 5 of 46

# M.G. CORPORATION

7601 E. 88th Place   Indianapolis, Indiana 46256
(317) 579-3775

**INVOICE #**                                    **3752**

**Date**                                 February 28, 2003

**Purchase Order #**                          JGB 00301

GENERAL MOTORS CORPORATION
WORLDWIDE PURCHASING                  **Our #**                                    **241**
P.O. BOX 1360
FLINT, MI 48501-1360                  **Terms:  Net 10th & 25th**

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | UTILITIES FOR PACK CYCLERS & CHAMBERS | | | |
| | GPR-JGB00301001 | | | |
| | UTE PLANT 1 LABOR | 40 | HRS. @ $27.72 | 1,108.80 |
| | DOUBLETIME | | HRS. @ $42.00..... | |
| | GPR-JGB00301002 | | | |
| | UTE MATERIAL | 764.05  +15% | 114.61 | 878.66 |
| | GPR-JGB00301003 | | | |
| | M.G. LABOR | | HRS. @ $27.72 | |
| | DOUBLETIME | | HRS. @ $42.00..... | |
| | GPR-JGB003001004 | | | |
| | Use of EDM Machine | | HRS @ $45.00..... | |
| | Use of Maho Machine | | HRS @ $45.00..... | |

**TOTAL**                                          **$1,987.46**

Partial

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938, as amended. All invoices must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

(1)

9701-241

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 2-18 | 26 | 10 | | | | | | | |
| 2-19 | 26 | 10 | | | | | | | |
| 2-20 | 26 | 10 | | | | | | | |
| 2-21 | 26 | 10 | | | | | | | |
| 40° | | | | | | | | | |
| Billed 2-28-03 | | | | | | | | | |
| 2-24 | 26 | 10 | | | | | | | |
| 2-25 | 26 | 10 | | | | | | | |
| 2-26 | 26 | 10 | | | | | | | |
| 2-27 | 26 | 10 | | | | | | | |
| 2-28 | 26 | 0 | | | | | | | |
| 49. | | | | | | | | | |
| Billed 3-31-03 | | | | | | | | | |
| 6-10 | 26 | 6 | | | | | | | |
| 6-11 | 26 | 4 | | | | | | | |
| 6-13 | 26 | .5 | | | | | | | |
| 18. | Billed 6-30-03 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|--|
| 2-18 | Peerless Electric | 1226093-00 | 394 | 00 |
| 2-19 | Peerless Electric | 1226319-00 | 370 | 05 |
| | | | $ 764 | 05 |
| 2-21 | Peerless Electric | 1226637-00 | 132 | 71 |
| 2-21 | Peerless Electric | 1226733-00 | 42 | 25 |
| 2-21 | Peerless Electric | 1226696-00 | 24 | 00 |
| 2-24 | Peerless Electric | 1226640-00 | (23 | 30) |
| 2-28 | Peerless Electric | 1226817-00 | 484 | 40 |
| 2-19 | Peerless Electric | 1224188-00 | 368 | 00 |
| 3-18 | James Babcock | 030603 | 3,624 | 00 |
| 3-11 | Peerless Electric | 1228366-00 | (257 | 82) |
| 3-17 | Peerless Electric | 1228370-00 | 257 | 82 |
| 3-18 | Peerless Electric | 3051551-00 | 68 | 30 |
| | Billed 3-31-03 | | $ 4720 | 36 |

9701-241

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 02/18/03 | Peerless | 1226093-00 | 394.00 |
| 02/19/03 | Peerless | 1226319-00 | 370.05 |
| | | | $ 764.05 |

04/24/2007 14:24 FAX 317 574 3000     BINGHAM MCHALE LLP     ☒ 004/010

05-44481-rdd   Doc 7964-1   Filed 05/17/07   Entered 05/17/07 16:10:41   Supplement
Supplemental Affidavit of Robert N. Rossetter   Pg 8 of 46

# M.G. CORPORATION

7601 E. 88th Place   Indianapolis, Indiana 46256
(317) 579-3775

| | | |
|---|---|---|
| **INVOICE #** | | **3785** |
| Date | | May 31, 2003 |
| Purchase Order # | | JGB 00301 |
| Our # | | 212 |
| Terms: Net 10th & 25th | | |

GENERAL MOTORS CORPORATION
WORLDWIDE PURCHASING
P.O. BOX 1360
FLINT, MI 48501-1360

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Installation of Lead Acid Equipment | | | |
| | GPR-JGB00301001 | | | |
| 21 | UTE PLANT 1 LABOR | HRS. @ | $27.72 | 582.12 |
| | DOUBLETIME | HRS. @ | $42.00..... | |
| | GPR-JGB00301002 | | | |
| 2,880.51 | UTE MATERIAL | +15% | 432.08 | 3,312.59 |
| | GPR-JGB00301003 | | | |
| 102.5 | M.G. LABOR | HRS. @ | $27.72 | 2,841.30 |
| | DOUBLETIME | HRS. @ | $42.00..... | |
| | GPR-JGB003001004 | | | |
| | Use of EDM Machine | HRS @ | $45.00..... | |
| | Use of Maho Machine | HRS @ | $45.00..... | |

**TOTAL**                     **$6,736.01**

Partial

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended. All invoices must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

(3)

212

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-2 | 728 | 4 | | 00 | | | 5-18 | 504 | 3 | 75 | 00 | | |
| 4. 0 | | | 72 | 00 | | | | 537 | 20 | 190 | 00 | | |
| 3-9 | 728 | 3 | 54 | 00 | | | | 687 | 8.75 | 105 | 00 | | |
| 7. 0 | | | 126 | 00 | | | 81 0 | | | | | 964 | 25 |
| 3-16 | 687 | 10.75 | 129 | 00 | | | 5-25 | 537 | 5 | 47 | 50 | | |
| | 728 | 4 | 108 | 00 | | | | 687 | 12.5 | 150 | 00 | | |
| 21.75 | | | 363 | 00 | | | | 728 | 2 | 36 | 00 | | |
| | Billed | 3-31-03 | | | | | 5-25 | 728 | 2 | 54 | 00 | | |
| 4-20 | 687 | 1 | 12 | 00 | | | 102.5 | see 213 | | 1251 | 75 | | |
| 1 0 | | | | | 12 | 00 | | Billed | 5-31-03 | | | | |
| | Billed | 4-30-03 | | | | | 6-8 | 537 | 15 | 142 | 50 | | |
| 5-4 | 537 | 20 | 190 | 00 | | | 15 0 | | | | | 142 | 50 |
| 5-6 213 | 537 | 5 | 71 | 25 | | | | Billed | 6-30-03 | | | | |
| 9-30-03 | 687 | 12.25 | 147 | 00 | | | 7-6 | 537 | 14.75 | 140 | 13 | | |
| | 728 | 7 | 126 | 00 | | | | 687 | 2 | 24 | 00 | | |
| 44.25 | | | 534.25 | | | | 16.75 | | | | | 164 | 13 |
| 5-11 | 687 | 5 | 60 | 00 | | | 7-20 | 537 | 20 | 190 | 00 | | |
| 49.25 | | | 594. | 25 | | | | 537 | 4.25 | 60 | 56 | | |

MATERIAL  41. ___  414.67

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| | For KNR changed | | | |
| | to 213 on 11-30-03 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9701-212                              (14)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 5-16 | 26 | 1 | | | 6·16 | 26 | 2.5 | | |
| 1° | | | | | 6·17 | 26 | 2.5 | | |
| 5-19 | 26 | 10 | | | 6·19 | 26 | 9 | | |
| 5-20 | 26 | 10 | | | 6·20 | 26 | 1 | | |
| 21° | | | | | | | | | |
| Billed 5-31-63 | | | | | 60.75 | | | | |
| 5·29 | 26 | 5 | | | | Billed 6-30-03 | | | |
| 5·30 | 26 | 3 | | | 6·23 | 26 | 9 | | |
| X. | | | | | 6·24 | 26 | 11 | | |
| 6·3 | 17 | 5 | | | 6·25 | 26 | 5 | | |
| 6·5 | 26 | 5 | | | 6·26 | 26 | 5 | | |
| 6·6 | 26 | .75 | | | 30. | | | | |
| 29.75 | | | | | 6·30 | 26 | 10 | | |
| 6·9 | 26 | 5 | | | 7·1 | 26 | 10 | | |
| 6·10 | 26 | 2 | | | 7·2 | 26 | 8.5 | | |
| 6·11 | 26 | 3 | | | 58.5 | | | | |
| 6·12 | 26 | 5 | | | 7·7 | 26 | 5 | | |
| 57.75 | | | | | 7·8 | 26 | 5 | | |

## MATERIAL 68.5

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|--|
| 5·7 | Herman + Company    16752 | | 3,490 | 00 |
| 5·14 | Nexel | | 88 | 07 |
| 12-14 | NEXTEL | | 87 | 11 |
| 5-19 | PEERLESS ELECTRIC    1241047-00 | | 215 | 33 |
| | 4.01 5-31-03 | | $2,880 | 51 |
| 6·14 | Nextel | | 88 | 07 |
| 6·17 | Peerless Electric    1245781·00 | | 117 | 50 |
| 6·19 | Peerless Electric    1245868·00 | | 49 | 16 |
| | Billed 6-30-03 | | $254 | 73 |
| 6·26 | Peerless Electric    1245803·00 | | 184 | 14 |
| 7·14 | Nextel | | 88 | 09 |
| | Billed 7-31-63 | | 272 | 23 |
| 8-14 | NEXTEL | | 88 | 09 |
| 8-18 | PEERLESS ELECTRIC    1254309-00 | | 242 | 80 |

9701-212

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 05/07/03 | Herman & Company | 16752 | 2,490.00 |
| 05/14/03 | Nextel | | 88.07 |
| 12/14/02 | Nextel | | 87.11 |
| 05/19/03 | Peerless Electric | 1241047-00 | 215.33 |
| | | | $ 2,880.51 |

04/24/2007 14:24 FAX 317 574 3000     BINGHAM MCHALE LLP     ☒005/010

05-44481-rdd   Doc 7964-1   Filed 05/17/07   Entered 05/17/07 16:10:41   Supplement
Supplemental Affidavit of Robert N. Rossetter   Pg 12 of 46

# M.G. CORPORATION

**7601 E. 88th Place   Indianapolis, Indiana 46256**
**(317) 579-8775**

|  |  |
|---|---|
| **INVOICE #** | **3824** |
| Date | August 31, 2003 |
| Purchase Order # | JGB 00301 |
| Our # | 252 |
| Terms: Net 10th & 25th | |

GENERAL MOTORS CORPORATION
WORLDWIDE PURCHASING
P.O. BOX 1360
FLINT, MI 48501-1360

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | **GPR-JGB00301001** | | | |
| 43 | UTE PLANT 1 LABOR | HRS. @ | $27.72 | 1,191.96 |
| | DOUBLETIME | HRS. @ | $42.00..... | |
| | | | | |
| | **GPR-JGB00301002** | | | |
| | UTE MATERIAL | +15% | | |
| | | | | |
| | **GPR-JGB00301003** | | | |
| 63 | M.G. LABOR | HRS. @ | $27.72 | 1,746.36 |
| | DOUBLETIME | HRS. @ | $42.00..... | |
| | | | | |
| | **GPR-JGB003001004** | | | |
| | Use of EDM Machine | HRS @ | $45.00..... | |
| | Use of Maho Machine | HRS @ | $45.00..... | |

|  |  |
|---|---|
| **TOTAL** | **$2,938.32** |

Partial

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended.  All invoices must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

(1)

9701-252

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|--|-------|--|------|---------|-------|--------|--|-------|--|
| 8·5 | 26 | 4 | | | | | | | | | | | |
| 8·6 | 15 | 8 | | | | | | | | | | | |
| | 26 | 11 | | | | | | | | | | | |
| | 28 | 6 | | | | | | | | | | | |
| 8·7 | 26 | 8 | | | | | | | | | | | |
| | 26 | 2 | | | | | | | | | | | |
| | 38 | 1 | | | | | | | | | | | |
| 8·8 | 26 | 3 | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | |
| | Billed 8-31-03 | | | | | | | | | | | | |
| 2·2 | 38 | 3.5 | | | | | | | | | | | |
| 3.5 | | | See 259 | | | | | | | | | | |
| | Billed 8-29-03 | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|------|--------|--|----------|--------|--|
| 8·8 | Butz Lumber | 136440 | | $ 44 | 18 |
| | Billed 9·30·03 | | | $ 44 | 18 |
| 8·6 | Peeler Eng. | 74395 | | 959 | 00 |
| | Billed 10·31·03 | | | # 959 | 00 |

252

(1.

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|------|---------|-------|--------|---|-------|---|------|---------|-------|--------|---|-------|
| 8-10 | 504 | 30 | 750 | 00 | | | | | | | | |
| | 687 | 13 | 156 | 00 | | | | | | | | |
| | 688 | 20 | 180 | 00 | | | | | | | | |
| 639 | | | 1086 | 00 | | | | | | | | |
| Mailed | 8-31-03 | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

04/24/2007 14:24 FAX  317 574 3000    BINGHAM MCHALE LLP                   ☐ 006/010

05-44481-rdd   Doc 7964-1   Filed 05/17/07   Entered 05/17/07 16:10:41   Supplement
Supplemental Affidavit of Robert N. Rossetter   Pg 15 of 46

# M.G. CORPORATION

7601 E. 88th Place   Indianapolis, Indiana 46256
(317) 579-3775

|                              |                    |
|------------------------------|--------------------|
| **INVOICE #**                | **3891**           |
| Date                         | March 31, 2004     |
| Purchase Order #             | JGB 00301          |
| Our #                        | 212                |
| Terms:  Net 10th & 25th      |                    |

GENERAL MOTORS CORPORATION
WORLDWIDE PURCHASING
P.O. BOX 1360
FLINT, MI  48501-1360

| Quantity | Description | Unit Price | Amount |
|----------|-------------|------------|--------|
| | Installation of Lead Acid Equipment | | |
| | GPR-JGB00301001 | | |
| 45 | UTE PLANT 1 LABOR | HRS. @ $27.72 | 1,247.40 |
| | DOUBLETIME | HRS. @ $42.00..... | |
| | GPR-JGB00301002 | | |
| 606.84 | UTE MATERIAL | +15%   91.03 | 697.87 |
| | GPR-JGB00301003 | | |
| | M.G. LABOR | HRS. @ $27.72 | |
| | DOUBLETIME | HRS. @ $42.00..... | |
| | GPR-JGB003001004 | | |
| | Use of EDM Machine | HRS @ $45.00..... | |
| | Use of Maho Machine | HRS @ $45.00..... | |

**TOTAL**          $1,945.27

Partial

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended. All invoices must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

04/24/2007 14:24 FAX 317 574 3000    BINGHAM MCHALE LLP    @007/010

05-44481-rdd    Doc 7964-1    Filed 05/17/07    Entered 05/17/07 16:10:41    Supplement
Supplemental Affidavit of Robert N. Rossetter    Pg 16 of 46

# M.G. CORPORATION

7601 E. 88th Place    Indianapolis, Indiana 46256
(317) 579-3775

| | |
|---|---|
| **INVOICE #** | **3910** |
| Date | May 31, 2004 |
| Purchase Order # | JGB 00301 |
| Our # | 212 |
| Terms: Net 10th & 25th | |

GENERAL MOTORS CORPORATION
WORLDWIDE PURCHASING
P.O. BOX 1360
FLINT, MI 48501-1360

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | Installation of Lead Acid Equipment | | | |
| | GPR-JGB00301001 | | | |
| 3.5 | UTE PLANT 1 LABOR | HRS. @ | $27.72 | 97.02 |
| | DOUBLETIME | HRS. @ | $42.00..... | |
| 143.70 | GPR-JGB00301002 UTE MATERIAL | +15% | 21.56 | 165.26 |
| | GPR-JGB00301003 | | | |
| | M.G. LABOR | HRS. @ | $27.72 | |
| | DOUBLETIME | HRS. @ | $42.00..... | |
| | GPR-JGB003001004 | | | |
| | Use of EDM Machine | HRS @ | $45.00..... | |
| | Use of Maho Machine | HRS @ | $45.00..... | |

**TOTAL**    **$262.28**

Partial

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938, as amended. All invoices must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

(17

9701 — 212

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 3-18 | 26 | 3 | | | | | | | |
| 25° | | | | | | | | | |
| 3.22 | 38 | .1 | | | | | | | |
| 3.23 | 38 | 2 | | | | | | | |
| 3.25 | 26 | 4.5 | | | | | | | |
| | 26 | 1.5 | | | | | | | |
| | 38 | 1 | | | | | | | |
| 3.26 | 26 | 7 | | | | | | | |
| 3.27 | 26 | 3 | | | | | | | |
| 45. | | | | | | | | | |
| Billed 3-31-04 | | | | | | | | | |
| 4.5 | 38 | 1 | | | | | | | |
| 4.7 | 38 | 1 | | | | | | | |
| 2.° | | | | | | | | | |
| Billed 4-30-04 | | | | | | | | | |
| 5.3 | 26 | 2.5 | | | | | | | |
| 5.4 | 38 | 1 | | | | | | | |
| 3.5 | Billed 5.31-04 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(15)

9701-212

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 7-14 | 26 | 5 | | | | 26 | 3 | | |
| 7-15 | 26 | 5 | | | 8-1 | 26 | 6 | | |
| 7-16 | 26 | 4 | | | 29. | | | | |
| 7-17 | 26 | 5 | | | 8-4 | 26 | 6 | | |
| 7-18 | 26 | 2 | | | 8-5 | 26 | 3 | | |
| | 26 | 5 | | | 38. | | | | |
| 94.5 | | | | | 8-11 | 26 | 3 | | |
| 7-21 | 26 | 5 | | | 8-13 | 26 | 2 | | |
| 7-22 | 26 | 5 | | | 3-14 | 26 | 5 | | |
| 7-23 | 26 | 5 | | | 8-15 | 26 | 10 | | |
| 7-24 | 26 | 5 | | | 8-16 | 26 | 7 | | |
| 7-25 | 26 | 6 | Jer RNR | | 65 | | | | |
| 129.5 | ( 58.3 62.5 | 7-31-03 7-31-03 | 2,3 2,3 ) | | 3-18 | 26 | 6 | | |
| Billed 7-31-03 | | | | | 8-19 | 26 | 5 | | |
| 7-28 | 26 | 6 | | | 7-20 | 26 | 5 | | |
| 7-29 | 26 | 5 | | | | 38 | 1 | | |
| 7-30 | 26 | 5 | | | 8-21 | 26 | 5 | | |
| 7-31 | 26 | 4 | | | 3-22 | 26 | 6 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|---|
| 8-21 | PEERLESS ELECTRIC    1256664-00 | | 167 | 50 |
| | Billed 3-31-03 | | ✱ 498 | 39 |
| 9-14 | Nextel | | 145 | 60 |
| | Billed 9-30-03 | | ✱ 145 | 60 |
| 10-17 | Nextel | | 88 | 29 |
| | Billed 10-31-03 | | ✱ 88 | 29 |
| 11-14 | Nextel | | 88 | 14 |
| | Billed 11-30-03 | | ✱ 88 | 14 |
| 12-14 | Nextel | | 88 | 14 |
| | Billed 1-31-04 | | ✱ 88 | 14 |
| 3-15 | Peerless Electric    1289698.00 | | 413 | 48 |
| 3-25 | Lowe's    17644 | | 48 | 26 |
| 3-23 | Peerless Electric)    1291019-00 | | 145 | 10 |
| | Billed 3-31-04 | | ✱ 606 | 84 |

(16)

9701-212

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 8-29 | 26 | 3 | | | 9-25 | 38 | 1 | | |
| 9-8 | (44)0 (52)0 | 8 11 | 8-31-03 9-30-03 | 21 21 2 7 | 5. | | | | |
| 9-5 | -11-1 | 8-31-03 | | | 9-29 | 26 | 2 | | |
| 8-26 | 26 | 5 | | | 9-30 | 26 | 4 | | |
| 8-27 | 26 | 5 | | | 10-1 | 26 | 4 | | |
| 8-28 | 26 | 5 | | | 10-2 | 26 | 2 | | |
| 15. | | | | | 10-3 | 26 | 2 | | |
| 9-9 | 26 | 5 | | | 19. | | | | |
| 9-10 | 26 | 5 | | | 10-6 | 26 | 6 | | |
| 9-11 | 26 | 2 | | | 10-7 | 26 | 5 | | |
| 9-12 | 26 | 4 | | | 10-8 | 26 | 5 | | |
| 21. | | | | | 35° | 2 | -3 | 217 | 10-30-03 |
| 9-15 | 26 | 5 | | | Billed 10-31-03 | | | | |
| 9-18 | 26 | 2 | | | 3-12 | 26 | 2 | | |
| 38° | | | | | 3-13 | 26 | 4 | | |
| Billed 9-30-03 | | | | | 6. | | | | |
| 9-23 | 26 | 2 | | | 3-16 | 26 | 8 | | |
| 9-24 | 26 | 2 | | | 3-17 | 26 | 8 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 5-10 | Hoosier Rubber    7056475-01 | | 143 70 |
| | Billed 5-31-04 | # | 143 70 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

9701-212

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 03/15/04 | Peerless Electric | 1289698-00 | 413.48 . |
| 03/25/04 | Lowe's | 17644 | 48.26 |
| 03/23/04 | Peerless Electric | 1291019-00 | 145.10 |
| | | | $    606.84 |

9701-212

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 05/10/04 | Hoosier Rubber | 1056413-01 | $ 143.70 |

# M.G. CORPORATION

7601 E. 88th Place · Indianapolis, Indiana 46256
(317) 579-3775

| | |
|---|---|
| **INVOICE #** | **3914** |
| Date | May 31, 2004 |
| Purchase Order # | JGB 00301 |
| Our # | 262 |
| Terms: Net 10th & 25th | |

GENERAL MOTORS CORPORATION
WORLDWIDE PURCHASING
P.O. BOX 1360
FLINT, MI 48501-1360

| Quantity | Description | | Unit Price | | Amount |
|---|---|---|---|---|---|
| | LITHIUM POLYMER PARTS | | | | |
| | GPR-JGB00301001 | | | | |
| | UTE PLANT 1 LABOR | HRS. @ | $27.72 | | |
| | DOUBLETIME | HRS. @ | $42.00..... | | |
| | GPR-JGB00301002 | | | | |
| | UTE MATERIAL | 842.89 | +15% | 126.43 | 969.32 |
| | GPR-JGB00301003 | | | | |
| | M.G. LABOR | HRS. @ | $27.72 | | |
| | DOUBLETIME | HRS. @ | $42.00..... | | |
| | GPR-JGB003001004 | | | | |
| | Use of EDM Machine | HRS @ | $45.00..... | | |
| | GPR-JGB00301005 | | | | |
| | Use of Maho Machine | HRS @ | $45.00..... | | |
| | | | **TOTAL** | **$** | **969.32** |
| | | | Partial | | |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended. All invoices must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

(5

9701-262

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 3·31 | Sutton-Garten  143943 | | 387 69 |
| 3·31 | Sutton-Garten  144070 | | 97 04 |
| 3·31 | Sutton-Garten  143697 | | 75 80 |
| 4·15 | Sutton-Garten  145193 | | 271 00 |
| 4·16 | Sutton-Garten  145264 | | 42 00 |
| | Billed 4·30·04 | | 833 53 |
| 4·20 | Sutton-Garten  145391 | | 155 81 |
| 4·30 | Sutton-Garten  145979 | | 155 63 |
| 4·30 | Sutton-Garten  146204 | | 375 82 |
| 5·17 | Sutton-Garten  147608 | | 155 63 |
| | Billed 5·31·04 | | 842 89 |
| 5·31 | Sutton-Garten  148422 | | 358 48 |
| 6·7 | Sutton-Garten  149496 | | 155 63 |
| | Billed 6·30·04 | | 514 11 |

9701-262

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 04/20/04 | Sutton-Garten | 145391 | 155.81 |
| 04/30/04 | Sutton-Garten | 145979 | 155.63 |
| 04/30/04 | Sutton-Garten | 146204 | 375.82 |
| 05/17/04 | Sutton-Garten | 147608 | 155.63 |
| | | $ | 842.89 |

04/24/2007 14:24 FAX 317 574 3000     BINGHAM MCHALE LLP     ☑009/010

05-44481-rdd    Doc 7964-1    Filed 05/17/07    Entered 05/17/07 16:10:41    Supplement
Supplemental Affidavit of Robert N. Rossetter    Pg 25 of 46

# M.G. CORPORATION

7601 E. 88th Place    Indianapolis, Indiana 46256
(317) 579-3775

| | |
|---|---|
| INVOICE # | 3915 |
| Date | May 31, 2004 |
| Purchase Order # | JGB 00301 |
| Our # | 264 |
| Terms: Net 10th & 25th | |

GENERAL MOTORS CORPORATION
WORLDWIDE PURCHASING
P.O. BOX 1360
FLINT, MI 48501-1360

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | ELECTRICAL WORK AROUND LAB | | | |
| | GPR-JGB00301001 | | | 69.30 |
| 2.5 | UTE PLANT 1 LABOR | HRS. @ | $27.72 | |
| | DOUBLETIME | HRS. @ | $42.00..... | |
| | GPR-JGB00301002 | | | 289.22 |
| 251.50 | UTE MATERIAL +15% | | 37.72 | |
| | GPR-JGB00301003 | | | |
| | M.G. LABOR | HRS. @ | $27.72 | |
| | DOUBLETIME | HRS. @ | $42.00..... | |
| | GPR-JGB003001004 | | | |
| | Use of EDM Machine | HRS @ | $45.00..... | |
| | Use of Maho Machine | HRS @ | $45.00..... | |

**TOTAL** $358.52

Partial

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended. All invoices must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

9701 – 26.4

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 4-9 | 38 | 1 | | | 4-22 | 26 | 5.5 | | |
| | 26 | 2 | | | | 26 | 6 | | |
| 3.0 | | | | | 4-23 | 26 | 11 | | |
| 4-12 | 26 | 10 | | | 117.0 | | | | |
| | 38 | 2 | | | Billed 04-30-04 | | | | |
| 4-13 | 26 | 11.5 | | | 4-28 | 26 | 2.5 | | |
| 4-14 | 26 | 11.5 | | | 2.5 | | | | |
| | 38 | 3 | | | Billed 5-31-04 | | | | |
| 4-15 | 26 | 7 | | | 7-19 | 38 | 1 | | |
| | 26 | 4.5 | | | 7-20 | 38 | 2 | | |
| | 38 | 2 | | | 3.0 | | | | |
| 4-16 | 26 | 6.5 | | | Billed 7-31-04 | | | | |
| | 38 | 1 | | | | | | | |
| 62.9 | 1 | | | | | | | | |
| 4-19 | 26 | 11.5 | | | | | | | |
| | 38 | 2 | | | | | | | |
| 4-20 | 26 | 11.5 | | | | | | | |
| 4-21 | 26 | 7.6 | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 4-12 | Grainger | 369-642079-1 | 12 59 |
| 4-12 | Grainger | 369-652943-1 | 204 83 |
| 4-13 | Grainger | 369-715819-8 | 4 60 |
| 4-12 | Peerless Electric | 1293754.00 | 437 08 |
| 4-14 | Lowe's | 25621 | 53 29 |
| 4-14 | Lowe's | 30127 | (17 72) |
| 4-14 | Peerless Electric | 2065603.00 | 124 88 |
| 4-16 | Grainger | 369-033882-2 | 80 24 |
| 4-16 | Peerless Electric | 2065740.00 | 42 31 |
| 4-21 | Peerless Electric | 2065870.00 | 36 07 |
| 4-21 | Peerless Electric | 2065884.00 | 45 86 |
| 4-16 | Plumbers Supply | 647126 | 5 36 |
| 4-14 | Sentinel Fluid Controls | 63874-001 | 190 35 |
| | Billed 4-30-04 | | $1,087 56 |

(2)

9701·264

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|---|---|---|---|---|---|
| 4·23 | Peerless Electric | 2065762.00 | • | 31 | 50 |
| 5·7 | Sutton·Garten | 147140 | • | 220 | 00 |
| | Billed 5·31·04 | | $ | 251 | 50 |
| 9·15 | Sutton·Garten | 156932 | • | 157 | 63 |
| | Billed 9-30-04 | | # | 157 | 63 |
| 10-5 | Sutton-Garten | 158762 | • | 104 | 00 |
| | Billed 10·31·04 | | # | 104 | 00 |
| 11-10-04 | SUTTON-GARTEN | 161348 | • | 421 | 54 |
| | Billed 11·30·04 | | $ | 421 | 54 |

9701-264

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 04/23/04 | Peerless Electric | 2065962-00 | 31.50 |
| 05/07/04 | Sutton-Garten | 147140 | 220.00 |
| | | | **$ 251.50** |

04/24/2007 14:25 FAX 317 574 3000     BINGHAM MCHALE LLP_     ☒010/010

05-44481-rdd   Doc 7964-1   Filed 05/17/07   Entered 05/17/07 16:10:41   Supplement
Supplemental Affidavit of Robert N. Rossetter   Pg 29 of 46

# M.G. CORPORATION

7601 E. 88th Place   Indianapolis, Indiana 46256
(317) 578-3775

**INVOICE #**                                          **3974**

**Date**                              January 31, 2005

**Purchase Order #**              JGB 00301

**Our #**                              262

**Terms:** Net 10th & 25th

GENERAL MOTORS CORPORATION
WORLDWIDE PURCHASING
P.O. BOX 1380
FLINT, MI 48501-1380

| Quantity | Description | | Unit Price | | Amount |
|---|---|---|---|---|---|
| | LITHIUM POLYMER PARTS | | | | |
| | GPR-JGB00301001 | | | | |
| | UTE PLANT 1 LABOR | HRS. @ | $27.72 | | |
| | DOUBLETIME | HRS. @ | $42.00..... | | |
| | GPR-JGB00301002 | | | | 308.35 |
| 268.13 | UTE MATERIAL | +15% | | 40.22 | |
| | GPR-JGB00301003 | | | | |
| | M.G. LABOR | HRS. @ | $27.72 | | |
| | DOUBLETIME | HRS. @ | $42.00..... | | |
| | GPR-JGB003001004 | | | | |
| | Use of EDM Machine | HRS @ | $45.00..... | | |
| | GPR-JGB00301005 | | | | |
| | Use of Maho Machine | HRS @ | $45.00..... | | |
| | | **TOTAL** | | **$** | **308.35** |
| | | Partial | | | |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended. All invoices must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

9701·262

(62)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 10·31 | Sutton-Garten | 160196 | 171 26 |
| 10·31 | Sutton-Garten | 160318 | 78 43 |
|      | Billed 11·30·04 | | $ 1698 31 |
| 11·30 | Sutton-Garten | 162429 | 171 12 |
|      | Billed 12·31·04 | | $ 171 12 |
| 12·31 | Sutton-Garten | 164815 | 84 18 |
| 12·31 | Sutton-Garten | 164697 | 183 95 |
|      | Billed 1·31·05 | | $ 268 13 |

05-44481-rdd   Doc 7964-1   Filed 05/17/07   Entered 05/17/07 16:10:41   Supplement
Supplemental Affidavit of Robert N. Rossetter   Pg 31 of 46

Job No. 212
JGB 00301

4-30-97 PARTIAL
2650        600.31

5-31-97 PARTIAL
2665        669.45

6-30-97 PARTIAL
2687        137.39

7-31-97 PARTIAL
2709        2416.82

8-31-97 PARTIAL
2734        2313.56

9-30-97 PARTIAL
2758        3266.75

10-31-97 PARTIAL
2776        580.40

11-30-97 PARTIAL
2797        306.36

12-31-97 PARTIAL
2817        469.08

1-31-98 PARTIAL
2833        748.68

2-28-98 PARTIAL
2849        6,184.03

3-31-98 PARTIAL
2864        1897.17

4-30-98 PARTIAL
2880        44.95

5-31-98 PARTIAL
2898        505.22

6-30-98 PARTIAL
2913        252.00

7-31-98 PARTIAL
2930        280.00

12-31-98 & 1-31-99 PARTIAL
3021        42.00

2-28-99 PARTIAL
3043        126.00

1-31-02 PARTIAL
3566        4071.22

2-28-02 PARTIAL
3578        101,625.01

3-31-02 PARTIAL
3588        31,516.43

4-30-02 PARTIAL
3599        24,288.32

5-31-02 PARTIAL
3610        18,469.25

6-30-02 PARTIAL
3622        8636.88

7-31-02 PARTIAL
3635        5942.49

8-31-02 PARTIAL
3648        3625.58

9-30-02 PARTIAL
3661        3654.36

10-31-02 PARTIAL
3676        7708.95

11-30-02 PARTIAL
3695        9519.95

12-31-02 PARTIAL
3710        709.39

1-31-03 PARTIAL
3727        4358.35

2-28-03 PARTIAL
3744        922.58

3-31-03 PARTIAL
3760        1450.30

4-30-03 PARTIAL
3776        143.54

5-31-03 PARTIAL
3785        6736.01

6-30-03 PARTIAL
3796        2392.73

7-31-03 PARTIAL
3812        4789.84

8-31-03 PARTIAL
3821        6214.17

9-30-03 PARTIAL
3830        943.60

10-31-03 PARTIAL
3840        1071.73

11-30-03 PARTIAL
3851        101.36

1-31-04 PARTIAL
3867        101.36

3-31-04 PARTIAL
3891        1945.27

4-30-04 PARTIAL
3901        55.44

5-31-04 PARTIAL
3910        262.28

2003

2-28-03   PARTIAL
3752      1987.46
3-31-03   PARTIAL
3766      6786.69

8-31-03   PARTIAL
3824      2938.32
9-30-03   PARTIAL
3833      50.81
10-31-03  PARTIAL
3843      1102.85
2-29-04   PARTIAL
3883      97.02

| Date | No. | Amount |
|---|---|---|
| 10-31-98 PARTIAL | 2983 | 3119.92 |
| 11-30-98 PARTIAL | 3002 | 3363.41 |
| 12-31-98 & 1-31-99 PARTIAL | 3031 | 3203.15 |
| 2-28-99 PARTIAL | 3049 | 3760.67 |
| 3-31-99 PARTIAL | 3065 | 6748.58 |
| 4-30-99 PARTIAL | 3083 | 15,564.01 |
| 5-31-99 PARTIAL | 3100 | 9741.29 |
| 6-30-99 PARTIAL | 3118 | 5823.08 |
| 7-31-99 PARTIAL | 3142 | 10,045.83 |
| 8-31-99 PARTIAL | 3160 | 8358.07 |
| 9-30-99 PARTIAL | 3177 | 6156.23 |
| 10-31-99 PARTIAL | 3193 | 7334.56 |
| 11-30-99 PARTIAL | 3206 | 4776.10 |
| 12-31-99 PARTIAL | 3220 | 6235.39 |
| 1-31-00 PARTIAL | 3234 | 8158.82 |
| 2-29-00 PARTIAL | 3249 | 2330.81 |
| 3-31-00 PARTIAL | 3266 | 632.24 |
| 4-30-00 PARTIAL | 3281 | 238.49 |
| 5-31-00 PARTIAL | 3296 | 1186.82 |
| 6-30-00 PARTIAL | 3309 | 798.30 |
| 7-31-00 PARTIAL | 3323 | 1581.93 |
| 8-31-00 PARTIAL | 3345 | 645.02 |
| 9-30-00 PARTIAL | 3365 | 1052.49 |
| 10-31-00 PARTIAL | 3382 | 297.49 |
| 11-30-00 PARTIAL | 3396 | 584.34 |
| 12-31-00 PARTIAL | 3410 | 1259.32 |
| 1-31-01 PARTIAL | 3421 | 1040.81 |
| 2-28-01 PARTIAL | 3430 | 341.32 |
| 4-30-01 PARTIAL | 3454 | 2386.51 |
| 5-31-01 PARTIAL | 3468 | 6099.17 |
| 6-30-01 PARTIAL | 3480 | 10,098.61 |
| 7-31-01 PARTIAL | 3493 | 1268.63 |
| 8-31-01 PARTIAL | 3507 | 4018.45 |
| 9-30-01 PARTIAL | 3518 | 1738.88 |
| 10-31-01 PARTIAL | 3531 | 1609.29 |
| 11-30-01 PARTIAL | 3544 | 180,483.74 |
| 12-31-01 PARTIAL | 3556 | (110,400.44) |
| 1-31-02 PARTIAL | 3570 | 50,420.62 |
| 2-28-02 PARTIAL | 3581 | (8308.74) |
| 3-31-02 PARTIAL | 3592 | 57,739.55 |
| 4-30-02 PARTIAL | 3603 | 87,235.36 |
| 5-31-02 PARTIAL | 3615 | 39,110.14 |
| 6-30-02 PARTIAL | 3629 | 8894.81 |
| 7-31-02 PARTIAL | 3643 | 11,425.05 |
| 8-31-02 PARTIAL | 3656 | 2875.30 |
| 9-30-02 PARTIAL | 3671 | 5651.50 |
| 10-31-02 PARTIAL | 3690 | 5686.52 |
| 11-30-02 PARTIAL | 3705 | 4337.89 |
| 12-31-02 PARTIAL | 3722 | 2429.51 |
| 1-31-03 PARTIAL | 3739 | 2440.67 |
| 2-28-03 PARTIAL | 3755 | 1084.42 |
| 3-31-03 PARTIAL | 3771 | 830.89 |
| 4-30-03 PARTIAL | 3780 | 787.18 |
| 5-31-03 PARTIAL | 3791 | 1439.48 |
| 6-30-03 PARTIAL | 3807 | 446.81 |
| 7-31-03 PARTIAL | 3816 | 1029.11 |
| 8-31-03 PARTIAL | 3825 | 1668.90 |
| 9-30-03 PARTIAL | 3836 | 813.82 |
| 10-31-03 PARTIAL | 3846 | 4433.79 |
| 11-30-03 PARTIAL | 3855 | 1036.96 |
| 12-31-03 PARTIAL | 3862 | 4592.26 |
| 1-31-04 PARTIAL | 3875 | 1646.90 |
| 2-29-04 PARTIAL | 3886 | 536.97 |
| 3-31-04 PARTIAL | 3897 | 1613.43 |
| 4-30-04 PARTIAL | 3905 | 958.56 |
| 5-31-04 PARTIAL | 3914 | 969.32 |
| 6-30-04 PARTIAL | 3922 | 591.23 |
| 7-31-04 PARTIAL | 3929 | 1,014.91 |
| 8-31-04 PARTIAL | 3937 | 546.7 |
| 9-30-04 PARTIAL | 3944 | 612.57 |
| 10-31-04 PARTIAL | 3952 | 716.45 |
| 11-30-04 PARTIAL | 3960 | 1953.01 |
| 12-31-04 PARTIAL | 3968 | 196.7 |
| 1-31-05 PARTIAL | 3974 | 308.3 |

Job No. 262

| 4-30-04 | PARTIAL |
|---------|---------|
| 3906 | 7099.61 |
| 5-31-04 | PARTIAL |
| 3915 | 358.52 |
| 7-31-04 | PARTIAL |
| 3930 | 83.16 |
| 9-30-04 | PARTIAL |
| 3945 | 181.27 |
| 10-31-04 | PARTIAL |
| 3953 | 119.60 |
| 11-30-04 | PARTIAL |
| 3961 | 484.77 |

```
559355      * PURCHASE ORDER *                                      DATE          Purchase Order No.
POA/PUA     XXXXXXXXXXXXXXXXXXX                                                    498025
```

USE THIS NUMBER ON ALL
PACKING SLIPS & INVOICES

# DELPHI
Energy & Engine
Management Systems

Anderson, Indiana 46018-9986  USA

PAGE   1

**VENDOR**

M G CORPORATION

7601 E. 88TH PLACE
INDIANAPOLIS, IN  46256

**SHIP TO**

DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
C/O MG CORP
7601 E. 88TH PLACE
INDIANAPOLIS IN  46256

**INVOICE TO**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | |
|------|----------|----------------------|--------------------------|------------|--|
| | X | | AMEND PURCHASE ORDER ( NUMBER SHOWN IN UPPER RIGHT | X | |
| | X | | CORNER ) TO READ AS FOLLOWS: | X | |
| | X | | AMENDMENT  AMENDMENT  AMENDMENT | X | |
| | | AMEND TO RE-ADD ITEMS 1,2,3 & 6 AS SHOWN: | | | |
| 001 | | GPR-0498025001 | UTE PLANT 1 LABOR | 26.00000 | |
| | | | ITEM 001 GM 8390   SUB 5001   DEPT 9140 | | |
| | | | AMT      100 % | | |
| 002 | | GPR-0498025002 | UTE MATERIAL | 1.00000 | |
| | | | ITEM 002 GM 8390   SUB 5000   DEPT 9140 | | |
| | | | AMT      100 % | | |
| 003 | | GPR-0498025003 | MG LABOR | 1.00000 | |
| | | | ITEM 003 GM 8390   SUB 5001   DEPT 9140 | | |
| | | | AMT      100 % | | |
| 006 | | GPR-0498025006 | GENERAL BURDEN | 1.00000 | |

EFT/MANUAL CHECK PAYMENTS  SELLER AGREES TO PAYMENT IN ACCORD  WITH ITS CURRENT

These Numbers Must Appear on All
Packing Slips and Invoices

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS & CORRESPONDING INVOICES.

| SUPPLIER | TERMS | FOB COLLECT S. P. | SHIP VIA | DATE TO SHIP |
|----------|-------|-------------------|----------|--------------|
| 52456 | NET 25TH PROX | | | |

| GM GENERAL LEDGER ACCT. | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| | | | | | 93 | 9140 | |

**TERMS & CONDITIONS**—This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 380572515-001-9, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of another article to be manufactured by it. **SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER.** This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer.

SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

**AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX**—The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above operating Division of General Motors Corporation to make direct payment of such tax imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX–REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380572515-002-7

Direct Payment Permits may not be used for the purchase of licensed vehicles or utilities, or for lump sum contracts for improvement of realty.

| D. BOULWARE | 317-579-3764 | * CONTINUED * | PURCHASING MANAGER |
|-------------|--------------|---------------|---------------------|
| **BUYER** | **PHONE** | ORIGINAL | |

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

# DELPHI

Energy & Engine
Management Systems

Anderson, Indiana 46018-9986  USA

PAGE    2

**SHIP TO**
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
C/O MG CORP
7601 E. 88TH PLACE
INDIANAPOLIS  IN   46256

**INVOICE TO**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

**VENDOR**
M G CORPORATION

7601 E. 88TH PLACE
INDIANAPOLIS, IN   46256

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|------|----------|----------------------|--------------------------|------------|---|

EFT PAYMENT AGREEMENT OR, WHERE EFT IS NOT IN PLACE, THAT GM MAY DEFER MAKING
PAYMENT BY PAPER CHECK DURING ANY RECOGNIZED GM HOLIDAY UNTIL THE NEXT GM
BUSINESS DAY WITHOUT BEING IN DEFAULT OR LOSING ANY CASH DISCOUNT PRIVILEGES

THE FOLLOWING PERTAINS TO SHIPMENTS TO INDIANA ONLY. DIRECT PAYMENT PERMIT
#003280489 FOR INDIANA SALES AND TAX USE.

IN ORDER TO COMPLETE OUR RECORDS, IT IS NECESSARY TO HAVE THE ACKNOWLEDGMENT
COPY OF THE PURCHASE ORDER AND/OR AMENDMENT SIGNED AND RETURNED AT ONCE. YOUR
PROMPT ATTENTION AND REPLY WILL BE APPRECIATED.

RETURN THE ACKNOWLEDGEMENT COPY TO:
     DELPHI-E PURCHASING DEPARTMENT
     P.O. BOX 2439
     ANDERSON IN   46018

SHIP TO PLANT SPECIFIED ON PURCHASE ORDER VIA DELPHI ENERGY & ENGINE
MANAGEMENT SYSTEMS TRAFFIC DEPARTMENT INSTRUCTION LETTER. IF NO LETTER ON
FILE CALL 1-800-436-6668. NOTE THAT DELPHI ENERGY & ENGINE MANAGEMENT SYSTEM
HAS A CONSIGNEE BILLING AGREEMENT WITH UPS. THE TOLL FREE NUMBER FOR UPS IS
800 354-7527. PRE-PAID AND ADD MAY NOT BE USED WITH UPS.

DELIVER TO DEPT. MUST APPEAR ON ALL PACKING SLIPS.

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH
FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR

These Numbers Must Appear on All Packing Slips and Invoices

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS & CORRESPONDING INVOICES.

SUBMIT INVOICES
USING THIS
UNIT OF MEASURE

| SUPPLIER | TERMS | FOB | SHIP VIA | DATE TO SHIP |
|----------|-------|-----|----------|--------------|
| 52456 | NET 25TH PROX | COLLECT S. P. | | |

| GM GENERAL LEDGER ACCT. | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| | | | | | 93 | 9140 | |

**TERMS & CONDITIONS**—This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. The Seller warrant that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 380572515-001-9, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of another article to be manufactured by it. **SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER.**  This order is not binding until accepted.  Acceptance should be executed on acknowledgement copy which should be returned to buyer.

**SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.**

**AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX**———The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above operating Division of General Motors Corporation to make direct payment of such tax imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX—REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380572515-002-7

Direct Payment Permits may not be used for the purchase of licensed vehicles or utilities, or for lump sum contracts for improvement of realty.

D. BOULWARE          317-579-3764
**BUYER**                        **PHONE**

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

* CONTINUED *

ORIGINAL

**PURCHASING MANAGER**

DR958 (Rev. 10-96)

USE THIS NUMBER ON ALL
PACKING SLIPS & INVOICES

DRD   498025

# DELPHI
Energy & Engine
Management Systems

PAGE   3

Anderson, Indiana 46018-9986   USA

| | |
|---|---|
| **V E N D O R** | M G CORPORATION <br><br> 7601 E. 88TH PLACE <br> INDIANAPOLIS, IN   46256 |

**SHIP TO**

DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
C/O MG CORP
7601 E. 88TH PLACE
INDIANAPOLIS IN   46256

**INVOICE TO**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|---|---|---|---|---|
| | IF THIS REPRESENTATION IS INCORRECT. | | | | |
| | | | ITEM 006 GM 8390   SUB 5000   DEPT 9140 | | |
| | | | AMT      100 % | | |

These Numbers Must Appear on All
Packing Slips and Invoices

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS & CORRESPONDING INVOICES.

SUBMIT INVOICES
USING THIS
UNIT OF MEASURE

| SUPPLIER | TERMS | FOR COLLECT S. P. | SHIP VIA | DATE TO SHIP |
|---|---|---|---|---|
| 52456 | NET 25TH PROX | | | |

| M GENERAL LEDGER ACCT. | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| | | | | | 93 | 9140 | |

**TERMS & CONDITIONS**—This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 380572515-001-9, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of another article to be manufactured by it. **SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER.** This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer.

**SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.**

**AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX**———The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above operating Division of General Motors Corporation to make direct payment of such tax imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX—REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380572515-002-7

Direct Payment Permits may not be used for the purchase of licensed vehicles or utilities, or for lump sum contracts for improvement of realty.

D. BOULWARE          317-579-3764
**BUYER**                    **PHONE**

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

ORIGINAL

**PURCHASING MANAGER**

559615 05-44481-rdd Doc 7964-1 Filed 05/17/07 Entered 05/17/07 16:10:41 Supplement DRD
POA/POA XXXXXXXXX Supplemental Affidavit of Robert N. Rossetti Pg 39 of 46

# DELPHI

Energy & Engine
Management Systems

Anderson, Indiana 46018-9986 USA

PAGE 1

**Purchase Order No.** 498025

**SHIP TO**
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
C/O MG CORP
7601 E. 88TH PLACE
INDIANAPOLIS IN 46256

**VENDOR**
M G CORPORATION
7601 E. 88TH PLACE
INDIANAPOLIS, IN 46256

**INVOICE TO**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U/ |
|------|----------|----------------------|--------------------------|-----------|-----|
| | | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| | X | | AMEND PURCHASE ORDER ( NUMBER SHOWN IN UPPER RIGHT | X | |
| | X | | CORNER ) TO READ AS FOLLOWS: | X | |
| | | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | X | |
| | X | | AMENDMENT AMENDMENT AMENDMENT | X | |
| | | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | X | |
| 001 | | GPR-0498025001 | THIS AMENDMENT CANCELS | 26.00000 | H |
| | PART NUMBER | ON | ORDER NUMBER | | |
| 002 | | GPR-0498025002 | THIS AMENDMENT CANCELS | 1.00000 | U |
| | PART NUMBER | ON | ORDER NUMBER | | |
| 003 | | GPR-0498025003 | THIS AMENDMENT CANCELS | 1.00000 | U |
| | PART NUMBER | ON | ORDER NUMBER | | |
| 004 | | GPR-0498025004 | THIS AMENDMENT CANCELS | 45.00000 | H |
| | PART NUMBER | ON | ORDER NUMBER | | |
| 005 | | GPR-0498025005 | THIS AMENDMENT CANCELS | 45.00000 | H |
| | PART NUMBER | ON | ORDER NUMBER | | |
| 006 | | GPR-0498025006 | THIS AMENDMENT CANCELS | 1.00000 | U |
| | PART NUMBER | ON | ORDER NUMBER | | |
| | THIS P.O. SUPERSEDED BY 661456 | | | | |

These Numbers Must Appear on All Packing Slips and Invoices.

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS & CORRESPONDING INVOICES.

| SUPPLIER | TERMS | FOB | SHIP VIA | DATE TO SHIP |
|----------|-------|-----|----------|--------------|
| 52456 | NET 25TH PROX | COLLECT S. P. | | |

| GM GENERAL LEDGER ACCT. | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|-------------------------|-------------|------------|------------|-------------------------------------|-----|------------------|--------|
| 7000 | 9972 | 0124 | | | 93 | 9140 | |

TERMS & CONDITIONS—This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 380572515-001-9, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of another article to be manufactured by it. **SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER.** This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer.

SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX———The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above operating Division of General Motors Corporation to make direct payment of such tax imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX–REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380572515-002-7

Direct Payment Permits may not be used for the purchase of licensed vehicles or utilities, or for lump sum contracts for improvement of realty.

| D. BOULWARE | 317-579-3764 | * CONTINUED * | PURCHASING MANAGER |
|-------------|--------------|---------------|---------------------|
| **BUYER** | **PHONE** | ORIGINAL | |

PLEASE ADDRESS ALL CORRESPONDENCE TO THE ATTENTION OF THE BUYER

DR958 (Rev. 10-96)

559615
POA/POA

XXXXXXXXXXXXXX
XXXXXXXX

| DATE | | Purchase Order No. |
|---|---|---|
| | Supplement **DRD** | 498025 |

# DELPHI

Energy & Engine
Management Systems

Anderson, Indiana 46018-9986  USA

PAGE    2

**SHIP TO**
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
C/O MG CORP
7601 E. 88TH PLACE
INDIANAPOLIS  IN  46256

**VENDOR**
M G CORPORATION

7601 E. 88TH PLACE
INDIANAPOLIS,  IN   46256

**INVOICE TO**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|---|---|---|---|---|

EFT/MANUAL CHECK PAYMENTS SELLER AGREES TO PAYMENT IN ACCORD WITH ITS CURRENT
EFT PAYMENT AGREEMENT OR, WHERE EFT IS NOT IN PLACE, THAT GM MAY DEFER MAKING
-PAYMENT BY PAPER CHECK DURING ANY RECOGNIZED GM HOLIDAY UNTIL THE NEXT GM
BUSINESS DAY WITHOUT BEING IN DEFAULT OR LOSING ANY CASH DISCOUNT PRIVILEGES

THE FOLLOWING PERTAINS TO SHIPMENTS TO INDIANA ONLY. DIRECT PAYMENT PERMIT
#003280489 FOR INDIANA SALES AND TAX USE.

IN ORDER TO COMPLETE OUR RECORDS, IT IS NECESSARY TO HAVE THE ACKNOWLEDGMENT
COPY OF THE PURCHASE ORDER AND/OR AMENDMENT SIGNED AND RETURNED AT ONCE. YOU
PROMPT ATTENTION AND REPLY WILL BE APPRECIATED.

RETURN THE ACKNOWLEDGEMENT COPY TO:
     DELPHI-E PURCHASING DEPARTMENT
     P.O. BOX 2439
     ANDERSON IN  46018

SHIP TO PLANT SPECIFIED ON PURCHASE ORDER VIA DELPHI ENERGY & ENGINE
MANAGEMENT SYSTEMS TRAFFIC DEPARTMENT INSTRUCTION LETTER. IF NO LETTER ON
FILE CALL 1-800-436-6668. NOTE THAT DELPHI ENERGY & ENGINE MANAGEMENT SYSTEM
HAS A CONSIGNEE BILLING AGREEMENT WITH UPS. THE TOLL FREE NUMBER FOR UPS IS
800 354-7527. PRE-PAID AND ADD MAY NOT BE USED WITH UPS.

DELIVER TO DEPT. MUST APPEAR ON ALL PACKING SLIPS.

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WIT
FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S

These Numbers Must Appear on All
Packing Slips and Invoices.

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS & CORRESPONDING INVOICES.

| SUPPLIER | TERMS | FOB | SHIP VIA | DATE TO SHIP |
|---|---|---|---|---|
| 52456 | NET 25TH PROX | COLLECT S. P. | | |

| GM GENERAL LEDGER ACCT. | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| 7000 | 9972 | 0124 | | | 93 | 9140 | |

**TERMS & CONDITIONS**—This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 380572515-001-9, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of another article to be manufactured by it.  **SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER.**  This order is not binding until accepted.  Acceptance should be executed on acknowledgement copy which should be returned to buyer.

**SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.**

**AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX**———The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above operating Division of General Motors Corporation to make direct payment of such tax imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX-REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380572515-002-7

Direct Payment Permits may not be used for the purchase of licensed vehicles or utilities, or for lump sum contracts for improvement of realty.

| | | | | |
|---|---|---|---|---|
| D. BOULWARE | 317-579-3764 | * CONTINUED * | | |
| **BUYER** | **PHONE** | ORIGINAL | | **PURCHASING MANAGER** |

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

DR958 (Rev. 10-96)

# DELPHI

Energy & Engine
Management Systems

Anderson, Indiana 46018-9986  USA

PAGE    3

**Purchase Order No.**

**SHIP TO**

DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
C/O MG CORP
7601 E. 88TH PLACE
INDIANPOLIS  IN  46256

**VENDOR**

M G CORPORATION

7601 E. 88TH PLACE
INDIANAPOLIS, IN  46256

**INVOICE TO**

**DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040**

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|------|----------|---------------------|--------------------------|------------|---|
| | | | SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCU IF THIS REPRESENTATION IS INCORRECT. | | |

These Numbers Must Appear on All
Packing Slips and Invoices

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS & CORRESPONDING INVOICES

| SUPPLIER | TERMS | FOR | SHIP VIA | DATE TO SHIP |
|----------|-------|-----|----------|--------------|
| 52456 | NET 25TH PROX | COLLECT S. P. | | |

| GM GENERAL LEDGER ACCT. | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| 7000 | 9972 | 0124 | | | 93 | 9140 | |

**TERMS & CONDITIONS**—This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 380572515-001-9, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of another article to be manufactured by it.  **SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER.**  This order is not binding until accepted.  Acceptance should be executed on acknowledgement copy which should be returned to buyer.

**SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.**

**AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX**———The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above operating Division of General Motors Corporation to make direct payment of such tax imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX–REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380572515-002-7

Direct Payment Permits may not be used for the purchase of licensed vehicles or utilities, or for lump sum contracts for improvement of realty.

D. BOULWARE          317-579-3764
**BUYER**                  **PHONE**

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

ORIGINAL

**PURCHASING MANAGER**

DR958 (Rev. 10-96)

**Purchase Order No.**

**DRD**   661456

# DELPHI

Energy & Engine
Management Systems

Anderson, Indiana 46018-9986   USA

PAGE   1

S
H
I
P
T
O
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
C/O MG CORP
7601 E. 88TH PLACE
INDIANAPOLIS IN  46256

VENDOR

M G CORPORATION

7601 E. 88TH PLACE
INDIANAPOLIS, IN  46256

*212*

I
N
V
O
I
C
E
T
O

**DELPHI AUTOMOTIVE SYSTEMS**
**DISBURSEMENT ANALYSIS DEPT.**
**P.O. BOX 436040**
**PONTIAC, MI 48343-6040**

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|------|----------|----------------------|--------------------------|-----------|---|
| 001 | | GPR-0661456001 | UTE PLANT 1 LABOR | 26.00000 | H |
| | | | ITEM 001 GM 8390   SUB 5001   DEPT 9140 AMT   100 % | | |
| 002 | | GPR-0661456002 | UTE MATERIAL | 1.00000 | U |
| | | | ITEM 002 GM 8390   SUB 5000   DEPT 9140 AMT   100 % | | |
| 003 | | GPR-0661456003 | MG LABOR | 1.00000 | U |
| | | | ITEM 003 GM 8390   SUB 5001   DEPT 9140 AMT   100 % | | |
| 004 | | GPR-0661456004 | EDM MACHINE USE | 45.00000 | H |
| | | | ITEM 004 GM 8390   SUB 5001   DEPT 9140 AMT   100 % | | |
| 005 | | GPR-0661456005 | MAHO MACHINE USE | 45.00000 | H |
| | | | ITEM 005 GM 8390   SUB 5001   DEPT 9140 AMT   100 % | | |
| 006 | | GPR-0661456006 | GENERAL BURDEN | 1.00000 | U |

| These Numbers Must Appear on All Packing Slips and Invoices. | A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS & CORRESPONDING INVOICES. | |
|---|---|---|

| SUPPLIER | TERMS | | FOR | SHIP VIA | | DATE TO SHIP |
|----------|-------|--|-----|----------|--|--------------|
| 52456 | NET 25TH PROX | | COLLECT S. P. | | | |

| M GENERAL LEDGER ACCT. | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| | | | | | 93 | 9140 | |

**TERMS & CONDITIONS**—This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 380572515-001-9, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of another article to be manufactured by it. **SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER.** This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer.

**SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.**

**AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX**————The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above operating Division of General Motors Corporation to make direct payment of such tax imposed on any purchase, use, storage or other consumption of tangible personal property or service. **DO NOT BILL INDIANA SALES TAX**–REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380572515-002-7

Direct Payment Permits may not be used for the purchase of licensed vehicles or utilities, or for lump sum contracts for improvement of realty.

| D. BOULWARE | 317-579-3764 | * CONTINUED * | | |
|-------------|--------------|---------------|--|--|
| **BUYER** | **PHONE** | ORIGINAL | **PURCHASING MANAGER** | |

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

**Purchase Order No.**
Supplement DRD 881456

# DELPHI

Energy &
Management Systems

Anderson, Indiana 46018-9986 USA

PAGE 2

| VENDOR | SHIP TO |
|---|---|
| M G CORPORATION<br><br>7601 E. 88TH PLACE<br>INDIANAPOLIS, IN 46256 | DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS<br>C/O MG CORP<br>7601 E. 88TH PLACE<br>INDIANAPOLIS IN 46256<br><br>**DELPHI AUTOMOTIVE SYSTEMS**<br>**DISBURSEMENT ANALYSIS DEPT.**<br>**P.O. BOX 436040**<br>**PONTIAC, MI 48343-6040** |

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|---|---|---|---|---|

EFT/MANUAL CHECK PAYMENTS SELLER AGREES TO PAYMENT IN ACCORD WITH ITS CURRENT EFT PAYMENT AGREEMENT OR, WHERE EFT IS NOT IN PLACE, THAT GM MAY DEFER MAKIN -PAYMENT BY PAPER CHECK DURING ANY RECOGNIZED GM HOLIDAY UNTIL THE NEXT GM BUSINESS DAY WITHOUT BEING IN DEFAULT OR LOSING ANY CASH DISCOUNT PRIVILEGES

THE FOLLOWING PERTAINS TO SHIPMENTS TO INDIANA ONLY. DIRECT PAYMENT PERMIT #003280489 FOR INDIANA SALES AND TAX USE.

IN ORDER TO COMPLETE OUR RECORDS, IT IS NECESSARY TO HAVE THE ACKNOWLEDGMENT COPY OF THE PURCHASE ORDER AND/OR AMENDMENT SIGNED AND RETURNED AT ONCE. YOU PROMPT ATTENTION AND REPLY WILL BE APPRECIATED.

RETURN THE ACKNOWLEDGEMENT COPY TO:
    DELPHI-E PURCHASING DEPARTMENT
    P.O. BOX 2439
    ANDERSON IN 46018

SHIP TO PLANT SPECIFIED ON PURCHASE ORDER VIA DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS TRAFFIC DEPARTMENT INSTRUCTION LETTER. IF NO LETTER ON FILE CALL 1-800-436-6668. NOTE THAT DELPHI ENERGY & ENGINE MANAGEMENT SYSTEM HAS A CONSIGNEE BILLING AGREEMENT WITH UPS. THE TOLL FREE NUMBER FOR UPS IS 800 354-7527. PRE-PAID AND ADD MAY NOT BE USED WITH UPS.

DELIVER TO DEPT. MUST APPEAR ON ALL PACKING SLIPS.

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WIT

These Numbers Must Appear on All
Packing Slips and Invoices.

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS & CORRESPONDING INVOICES.

| SUPPLIER | TERMS | FOB | SHIP VIA | DATE TO SHIP |
|---|---|---|---|---|
| 52456 | NET 25TH PROX | COLLECT S. P. | | |

| M GENERAL LEDGER ACCT. | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| | | | | | 93 | 9140 | |

**TERMS & CONDITIONS**—This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 380572515-001-9, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of another article to be manufactured by it. **SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER.** This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer.

**SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.**

**AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX**———The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above operating Division of General Motors Corporation to make direct payment of such tax imposed on any purchase, use, storage or other consumption of tangible personal property or service. **DO NOT BILL INDIANA SALES TAX—REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380572515-002-7.**

Direct Payment Permits may not be used for the purchase of licensed vehicles or utilities, or for lump sum contracts for improvement of realty.

| D. BOULWARE | 317-579-3764 | * CONTINUED * | |
|---|---|---|---|
| **BUYER** | **PHONE** | ORIGINAL | **PURCHASING MANAGER** |

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

DR958 (Rev. 10-96)

Purchase Order No.
Supplement
**DRD**   661456

# DELPHI

Energy & Engine
Management Systems

PAGE   3

Anderson, Indiana 46018-9986   USA

**SHIP TO**

DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
C/O MG CORP
7601 E. 88TH PLACE
INDIANAPOLIS  IN   46256

**VENDOR**

M G CORPORATION

7601 E. 88TH PLACE
INDIANAPOLIS, IN   46256

**INVOICE TO**

**DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040**

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U. |
|------|----------|----------------------|--------------------------|------------|-----|
| | | | FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCU IF THIS REPRESENTATION IS INCORRECT. | | |
| | | | ITEM 006 GM 8390     SUB 5000     DEPT 9140 | | |
| | | | AMT       100 % | | |

These numbers Must Appear on All
Packing Slips and Invoices

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS & CORRESPONDING INVOICES.

| SUPPLIER | TERMS | FOB | SHIP VIA | DATE TO SHIP |
|----------|-------|-----|----------|--------------|
| 52456 | NET 25TH PROX | COLLECT S. P. | | |

| GM GENERAL LEDGER ACCT. | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| | | | | | 93 | 9140 | |

**TERMS & CONDITIONS**—This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 380572515-001-9, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of another article to be manufactured by it. **SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER.** This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer.

**SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.**

**AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX**———— The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above operating Division of General Motors Corporation to make direct payment of such tax imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX–REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 380572515-002-7

Direct Payment Permits may not be used for the purchase of licensed vehicles or utilities, or for lump sum contracts for improvement of realty.

D. BOULWARE        317-579-3764
**BUYER**              **PHONE**

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

ORIGINAL

**PURCHASING MANAGER**

DR958 (Rev 10-96)

# DELPHI AUTOMOTIVE SYSTEMS

## PURCHASE ORDER: JGB00249

PAGE 1

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
2900 SCATTERFIELD RD.
ANDERSON IN
46013

US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 765-646-320 |
|---|---|
| 10/27/97 | D. KLOHR   Buyer |
| ALTERATION ISSUE DATE | |
| | PURCHASING AGENT |
| ALTERATION EFFECTIVE DATE | |

VENDOR NUMBER 09-201-2780
M G CORPORATION
7601 E 88TH PLACE
INDIANAPOLIS IN
46256-1260

INVOICE TO:
******************************
*  PAY ON RECEIPT - DO NOT SUBMIT
*  INVOICE UNLESS INDICATED BELOW
*****************************
MUNCIE/INDY IN
47302                              US

This order is not binding until accepted. Acceptance should be extended on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, upon acceptance for the first and/or subsequent shipment hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| SHPT FRATE COLLECT | | CALL (800) 436-6668 |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | | ### | THIS IS A LOCAL BLANKET ORDER  ### | | | | | |
| | | | EFFECTIVE DATE: 10/27/97   EXPIRATION DATE: 10/27/98 | | | | | |
| | | | THIS ORDER LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | THIS BLANKET ORDER HAS BEEN ISSUED TO FACILITATE CONVERSION TO THE GENERAL MOTORS OLIMPIC PURCHASING COMPUTER SYSTEM. * | | | | | |
| | | | THIS ORDER CANCELS & SUPERCEDES BLANKET ORDER DRD661456 * | | | | | |
| | | | CONTACT THE BUYER IF YOU HAVE QUESTIONS OR CONCERNS. ALL TERMS, CONDITIONS AND CLAUSES CONTAINED IN THE SUPERCEDED PURCHASE ORDER REMAIN IN EFFECT ON THE NEW OLIMPIC PURCHASE ORDER. | | | | | |

###ESTABLISHED PER RELEASE###

PAYMENT TERMS
NET 25TH PROX.

```
BUYER NAME: D  KLOHR                                                                      PAGE    2
BUYER CODE: 3K
VENDOR : M  G  CORPORATION
                                             DELPHI AUTOMOTIVE SYSTEMS
                                             BLANKET ORDER ATTACHMENT FORM
                                    ORDER NUMBER JGBOO249 ISSUE DATE 10/27/97

ITEM  VENDOR   ITEM                                                          BASE UNIT PRICE  PRICE  BUY
 SEQ  PERCENT  IDENTIFICATION   NOUN NAME        DESCRIPTION     RFQ NUMBER                    MULT   U/M

00001 100.00%  661456001        DEFAULT                                           26.0000       1    HR
                                UTE PLANT 1 LABOR

00002 100.00%  661456002        DEFAULT                                            1.0000       1    UN
                                UTE MATERIAL

00003 100.00%  661456003        DEFAULT                                            1.0000       1    UN
                                MG LABOR

00004 100.00%  661456004        DEFAULT                                           45.0000       1    HR
                                EDM MACHINE USE

00005 100.00%  661456005        DEFAULT                                           45.0000       1    HR
                                MAHO MACHINE USE

00006 100.00%  661456006        DEFAULT                                            1.0000       1    UN
                                GENERAL BURDEN
```

LAST PAGE

BOOOOO1  USER: