UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### SUPPLEMENTAL AFFIDAVIT OF ROBERT N. ROSSETTER

I, Robert N. Rossetter, having been duly sworn under oath, state that, if called upon to testify in the above-referenced matter, my testimony would be as follows:

1. I am over the age of eighteen (18) and otherwise competent to testify to the matters set forth in this Affidavit.

2. This Affidavit is made upon my own personal knowledge.

3. I am an employee of Universal Tool & Engineering Co., Inc. ("UTE"). I am authorized to make this affidavit on behalf of UTE. I have reviewed the records kept by UTE in connection with Claim No. 11114 filed by UTE in the above-captioned bankruptcy matter (the "Claim"), which are kept in the regular course of its business, and I am personally familiar with the facts surrounding the Claim.

4. This Affidavit supplements the Affidavit of Robert N. Rossetter, dated November 21, 2006 (the "Original Affidavit"), which was attached to the Response to the Third Omnibus Claims Objection (Claim Nos. 6878, 11114 and 2175) filed by UTE with the Bankruptcy Court on November 22, 2006.

5. Attached hereto as <u>Exhibit A</u> and incorporated herein by reference are additional true and accurate copies of the Invoices, as defined in paragraph 10 of my Original Affidavit,

-2-

along with true and accurate copies of the following documents which support the labor and material charges in the Invoices:

    a. Invoice No. 25606, dated January 31, 2002, with Detail Sheets, summaries of material invoices and Labor Cards/time sheets supporting said invoice attached;

    b. Invoice No. 25696, dated October 31, 2002, with Detail Sheets, summaries of material invoices and Labor Cards/time sheets supporting said invoice attached;

    c. Invoice No. 25711, dated December 31, 2002, with Detail Sheets, summaries of material invoices and Labor Cards/time sheets supporting said invoice attached;

    d. Invoice No. 25775, dated September 29, 2003, with material invoice attached;

    e. Invoice No. 25781, dated September 30, 2003, with Detail Sheets, summaries of material invoices and Labor Cards/times sheets supporting said invoice attached;

    f. Invoice No. 25804, dated December 31, 2003 with Detail Sheets, summaries of material invoices and Labor Cards/time sheets supporting said invoice attached; and

    g. Invoice No. 25978, dated October 31, 2005, with Detail Sheets, summaries of material invoices and Labor Cards/time sheets supporting said invoice attached.

6. As stated in my Original Affidavit, the Invoices have not been paid in full. As shown by the Invoice Summary attached as Exhibit B to my Original Affidavit, UTE is still owed the sum of $120,077.19 from Delphi for labor and materials supplied for the development of batteries, as reflected in the Invoices.

7. UTE is not in possession of any receiving receipts, as those receipts were kept internally at Delphi Automotive Systems, LLC.

**The remainder of this page is intentionally blank.**

FURTHER AFFIANT SAYTH NOT.

I AFFIRM UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Date: 5/15

_____
Robert N. Rossetter

STATE OF INDIANA    )
                    ) SS:
COUNTY OF MARION    )

Before me the undersigned, a Notary Public in and for said County and State, personally appeared Robert N. Rossetter, and acknowledged the execution of the foregoing instrument this 15th day of May, 2007.

_____
Notary Public

Debra L. Christie
Printed Name

My Commission Expires:            County of Residence:

May 4, 2015                       Morgan

-3-