# EXHIBIT A

**UNIVERSAL**
### TOOL & ENGINEERING CO., INC.
7601 E. 88th Place    Indianapolis, Indiana  46256
(317)  842-8999

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING

P.O. BOX 1360
FLINT,  MI  48501-1360

| INVOICE # | 25606 |
|---|---|
| Date | January 31, 2002 |
| Purchase Order # | JBB00302 |
| Requisition # | DRD 243699 |
| Our # | SEE ATTACHED |
| Terms: Net 10th & 25th | |

===================================================================
| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
===================================================================

TO COVER LABOR AND MATERIALS FOR DEVELOPMENT OF ELECTRIC
VEHICLEBATTERY PER COST REIMBURSEMENT CONTRACT BA006 & EXHIBIT B.


ITEM 001: GPR-JGB00302001
PLANT 1 LABOR:      785.75 Hrs @ 28.00                          22,001.00
 DOUBLETIME                  Hrs @ 42.00


ITEM 002: GPR-JGB00302002
PLANT 3 LABOR      4,167.25 Hrs @ 28.00                        116,683.00
 DOUBLETIME                  Hrs @ 42.00

ITEM 003: GPR-JGB00302003
PLANT 3 MATERIAL: (SEE ATTACHED)      72,349.07
                Plus 15%              10,852.37
                                                                83,201.44


**TOTAL**        $        221,885.44

PARTIAL

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
 6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended.  All invioces must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

DETAIL SHEET FOR UNIVERSAL INVOICE #          25606      DRD243699/JGB00302

ITEM 001  GPR-JGB00302001          PLANT 1 LABOR
ITEM 002  GPR-JGB00302002          PLANT 3 LABOR
ITEM 003  GPR-JGB00302003          PLANT 3 MATERIALS

**(560)**          X-MET LINE SPEED CONTROL  JEZE 36534

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                                TOTAL

**(562)**          EXPANDER PRESS DEVELOPMENT  JEZE 36529

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                                TOTAL

**(563)**          PASTE BOX DEVELOPMENT  JEZE 36530

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                                TOTAL

**(610)**          TBS SAMPLE BUILDS  JCJC 00216

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                                TOTAL

**(611)**          **THIN GRID DEVELOPMENT   JEZE 39451**

PLANT 1 LABOR          42 HRS. @ $28.00          =                    1,176.00

PLANT 3 LABOR          5 HRS. @ $28.00          =                    140.00

PLANT 3 MATERIALS          374.8  +15%          56.22 =          431.02

                                                            TOTAL          1,747.02 ✓

**(612)**          **CHARGE SPOOLS FOR NEW BRUNSWICK JBJB 00246**

PLANT 1 LABOR          HRS. @ $28.00          =

PLANT 3 LABOR          HRS. @ $28.00          =

PLANT 3 MATERIALS          +15%          =

                                                            TOTAL

**(613)**          **COLLEGE CO-OP  JDJD 00093**

PLANT 1 LABOR          HRS. @ $28.00          =

PLANT 3 LABOR          32 HRS. @ $28.00          =                    896.00

PLANT 3 MATERIALS          +15%          =

                                                            TOTAL          896.00 ✓

**(614)**          **AGM GROUP 65 MARINE BATTERIES  JEJE01144**

PLANT 1 LABOR          HRS. @ $28.00          =

PLANT 3 LABOR          HRS. @ $28.00          =

PLANT 3 MATERIALS          +15%          =

                                                            TOTAL

**(615)**          **DRILL HYDROMETERS  JEZE 37234**

PLANT 1 LABOR          HRS. @ $28.00          =

PLANT 3 LABOR          HRS. @ $28.00          =

PLANT 3 MATERIALS          +15%          =

                                                            TOTAL

**(621)**          **INDEX WHEEL FOR CA-LE**

PLANT 1 LABOR _____ HRS. @ $28.00          =

PLANT 3 LABOR _____ HRS. @ $28.00          =

PLANT 3 MATERIALS _____ +15%     _____ =     _____

                                                      TOTAL

**(622)**          **BMW HR DEVELOPMENT   JEZE 39473**

PLANT 1 LABOR _____ HRS. @ $28.00          =

PLANT 3 LABOR _____ HRS. @ $28.00          =

PLANT 3 MATERIALS _____ +15%     _____ =     _____

                                                      TOTAL

**(623)**          **FORMATION TESTING FOR AGM   JEZE 39611**

PLANT 1 LABOR _____ HRS. @ $28.00          =

PLANT 3 LABOR _____ HRS. @ $28.00          =

PLANT 3 MATERIALS ____197.40__ +15%     __29.61__ =     ___227.01___

                                                      TOTAL     227.01 ✓

**(624)**          **WATERBATH FORMATION   JCJC 00252**

PLANT 1 LABOR _____ HRS. @ $28.00          =

PLANT 3 LABOR _____ HRS. @ $28.00          =

PLANT 3 MATERIALS _____ +15%     _____ =     _____

                                                      TOTAL

**(625)**          **AGM C.O.S. FOR NEST ASSEMBLY   JEJE 01513**

PLANT 1 LABOR _____ HRS. @ $28.00          =

PLANT 3 LABOR _____ HRS. @ $28.00          =

PLANT 3 MATERIALS _____ +15%     _____ =     _____

                                                      TOTAL

**(626)**         **ROLLER ASSEMBLY FOR DR-2  JEZE 39378**

PLANT 1 LABOR         _____ HRS. @ $28.00         =

PLANT 3 LABOR         __7.75__ HRS. @ $28.00         =                    217.00

PLANT 3 MATERIALS         _____ +15%         _____ =         _____

                                                        TOTAL    217.00 ✓

**(627)**         **ASSMBLY FOR PRTL CASE OUT FOR CA-LE JEJE 01446**

PLANT 1 LABOR         _____ HRS. @ $28.00         =

PLANT 3 LABOR         _____ HRS. @ $28.00         =

PLANT 3 MATERIALS         _____ +15%         _____ =         _____

                                                        TOTAL

**(628)**         **CONTINUOUS PASTE MIXING  JEZE 39586**

PLANT 1 LABOR         _____ HRS. @ $28.00         =

PLANT 3 LABOR         _____ HRS. @ $28.00         =

PLANT 3 MATERIALS         _____ +15%         _____ =         _____

                                                        TOTAL

**(629)**         **LUG FORM CUT-OFF DEVELOPMENT JEZE 38206**

PLANT 1 LABOR         _____ HRS. @ $28.00         =

PLANT 3 LABOR         _____ HRS. @ $28.00         =

PLANT 3 MATERIALS         _____ +15%         _____ =         _____

                                                        TOTAL

**(630)**         **LEAN CELL MODIFICATIONS JBJB00235**

PLANT 1 LABOR         _____ HRS. @ $28.00         =

PLANT 3 LABOR         _____ HRS. @ $28.00         =

PLANT 3 MATERIALS         _____ +15%         _____ =         _____

                                                        TOTAL

**(631)**          **N.B. GROUP 41 TOOLING  JBJB00218**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(632)**          **INTERMEDIATE DATE CODE  JCJC 00224**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          13 HRS. @ $28.00          =          364.00

PLANT 3 MATERIALS          1628.52 +15%          244.28 =          1,872.80

                                                            TOTAL          2,236.80 ✓

**(633)**          **FITZGERALD PASTE BOXES  JFJF00194**

PLANT 1 LABOR          249 HRS. @ $28.00          =          6,972.00

PLANT 3 LABOR          492 HRS. @ $28.00          =          13,776.00

PLANT 3 MATERIALS          4,041.19 +15%          606.18 =          4,647.37

                                                            TOTAL          25,395.37 ✓

**(634)**          **DR3 ENCAPSULATOR/COLLATOR  JBJB00211**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(635)**          **PLATE DEVELOPMENT  JEZE 39008**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          2 HRS. @ $28.00          =          56.00

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL          56.00 ✓

**(636)**          **CONVEYOR FOR FITZGERALD**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(637)**          **BECO SHIPPING  JCJC 00227**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(638)**          **NEW LEAD ALLOY  JEZE 39617**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(639)**          **HI-RATE TOOLING FOR NEW BRUNSWICK JBJB00251**

PLANT 1 LABOR          _____ 70.5 HRS. @ $28.00          =          1,974.00

PLANT 3 LABOR          _____ 123 HRS. @ $28.00          =          3,444.00

PLANT 3 MATERIALS          1141.07  +15%          171.16 =          1,312.23

                                                            TOTAL          6,730.23 ✓

**(640)**          **SHANGHAI PRODUCT DEVELOPMENT  JEZE 39474**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(641)**        **3 PLATE PASTE STUDY   JEZE 39456**

PLANT 1 LABOR        _____ HRS. @ $28.00        =

PLANT 3 LABOR        _____ HRS. @ $28.00        =

PLANT 3 MATERIALS        _____ +15%        _____ =        _____

                                                        TOTAL

**(642)**        **STAND-BY POWER CASE-OUT FIXTURE  JEZE 39589**

PLANT 1 LABOR        _____ HRS. @ $28.00        =

PLANT 3 LABOR        _____ HRS. @ $28.00        =

PLANT 3 MATERIALS        _____ 58.72 +15%        8.81 =        67.53

                                                        TOTAL        67.53 ✓

**(643)**        **FINAL DATE CODE FOR AGM(ANAHEIM)  JCJC00239**

PLANT 1 LABOR        177.5 HRS. @ $28.00        =        4,970.00

PLANT 3 LABOR        58 HRS. @ $28.00        =        1,624.00

PLANT 3 MATERIALS        3531.86 +15%        529.78 =        4,061.64

                                                        TOTAL        10,655.64 ✓

**(644)**        **FLOODED BATTERIES/NEW POSITIVE PLATES JEZE39586**

PLANT 1 LABOR        7 HRS. @ $28.00        =        196.00

PLANT 3 LABOR        123.5 HRS. @ $28.00        =        3,458.00

PLANT 3 MATERIALS        879.62 +15%        131.94 =        1,011.56

                                                        TOTAL        4,665.56 ✓

**(645)**        **NEW FREEDOM/LIFETIME BATTERY JEZE39585**

PLANT 1 LABOR        2 HRS. @ $28.00        =        56.00

PLANT 3 LABOR        358 HRS. @ $28.00        =        10,024.00

PLANT 3 MATERIALS        936.95 +15%        140.54 =        1,077.49

                                                        TOTAL        11,157.49 ✓

**(646)**      **CONVEYOR/FINAL DATE CODE  JCJC 00239**

PLANT 1 LABOR          41.75 HRS. @ $28.00          =                    1,169.00

PLANT 3 LABOR          46 HRS. @ $28.00             =                    1,288.00

PLANT 3 MATERIALS      3650.45  +15%      547.57 =                      4,198.02

                                              TOTAL       6,655.02 ✓

**(647)**      **MQ PLATES FOR DRX  JCJC 00214**

PLANT 1 LABOR          _____ HRS. @ $28.00        =

PLANT 3 LABOR          _____ HRS. @ $28.00        =

PLANT 3 MATERIALS      _____ +15%      _____ =    _____

                                              TOTAL

**(648)**      **INTERACTIVE DEVICES  JEZE 36524**

PLANT 1 LABOR          _____ HRS. @ $28.00        =

PLANT 3 LABOR          2.0 HRS. @ $28.00            =                      56.00

PLANT 3 MATERIALS      _____ +15%      _____ =    _____

                                              TOTAL         56.00 ✓

**(649)**      **FLEXIBLE FINISHING CELLS (CONTROLS) JFJF00016**

PLANT 1 LABOR          _____ HRS. @ $28.00        =

PLANT 3 LABOR          93.0 HRS. @ $28.00           =                    2,604.00

PLANT 3 MATERIALS      6,418.02  +15%      962.70 =                      7,380.72

                                              TOTAL       9,984.72 ✓

**(650)**      **J240 TESTING  JEZE 39451**

PLANT 1 LABOR          3 HRS. @ $28.00              =                      84.00

PLANT 3 LABOR          247.3 HRS. @ $28.00          =                    6,923.00

PLANT 3 MATERIALS      _____ +15%      _____ =    _____

                                              TOTAL       7,007.00 ✓

**(651)**              **CUT AWAY/HEAVY DUTY  JEZE 39390**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS      _____  +15%      _____  =      _____

                                                        TOTAL

**(652)**              **SHORT CHECK FOR AGM  JCJC 00263**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          64.0 HRS. @ $28.00               =               1,792.00

PLANT 3 MATERIALS      129.38  +15%      19.41 =               148.79

                                                        TOTAL           1,940.79 ✓

**(653)**              **CREFORM PARTS  JEZE 31054**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS      24,992.51  +15%      3748.88 =          28,741.39

                                                        TOTAL           28,741.39 ✓

**(654)**              **B.E.D.C. GREEN GROUP CELL JEZE 36524**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          50.0 HRS. @ $28.00               =               1,400.00

PLANT 3 MATERIALS      _____  +15%      _____  =      _____

                                                        TOTAL           1,400.00 ✓

**(655)**              **INTERMEDIATE COVER ASSEMBLY  JCJC 00206**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          126.75 HRS. @ $28.00             =               3,549.00

PLANT 3 MATERIALS      437.73  +15%      65.66 =               503.39

                                                        TOTAL           4,052.39 ✓

**(656)**          **HONDA BATTERIES  JEZE 39561**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          2.0 HRS. @ $28.00          =                    56.00

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                  TOTAL          56.00 ✓

**( )**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                  TOTAL

**(702)**          **N.B. GREEN GROUP LEAN CELL INSTALLATION JBJB 00164**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                  TOTAL

**(704)**          **WIDER PLATE (GRAND PRIX) JEZE 39095**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                  TOTAL

**(705)**          **SHANGHAI BATTERIES JEZE 39554**

PLANT 1 LABOR          33 HRS. @ $28.00          =                    924.00

PLANT 3 LABOR          27 HRS. @ $28.00          =                    756.00

PLANT 3 MATERIALS          2559.33 +15%          383.90 =          2,943.23

                                                  TOTAL          4,623.23 ✓

**(706)**　　　　　　**DIN 55 BATTERIES  EIX00241**

PLANT 1 LABOR 　　＿＿＿＿＿HRS. @ $28.00 　　=

PLANT 3 LABOR 　　＿＿＿＿＿HRS. @ $28.00 　　=

PLANT 3 MATERIALS 　　＿＿＿＿＿＿ +15% 　　＿＿＿＿ =　　＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL

**(707)**　　　　　**FINAL CASE-OUT MACHINE  JEJE01303**

PLANT 1 LABOR 　　＿＿＿＿＿HRS. @ $28.00 　　=

PLANT 3 LABOR 　　＿＿＿＿＿HRS. @ $28.00 　　=

PLANT 3 MATERIALS 　　＿＿＿＿＿＿ +15% 　　＿＿＿＿ =　　＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL

**(708)**　　　　　　**SHRINK WRAP  JFJF 00012**

PLANT 1 LABOR 　　＿＿＿＿＿HRS. @ $28.00 　　=

PLANT 3 LABOR 　　＿＿＿＿＿HRS. @ $28.00 　　=

PLANT 3 MATERIALS 　　＿＿＿＿＿＿ +15% 　　＿＿＿＿ =　　＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL

**(709)**　　　　**ROBUST SEPARATOR SHOULDER  JEJE 47336**

PLANT 1 LABOR 　　＿＿＿＿＿HRS. @ $28.00 　　=

PLANT 3 LABOR 　　＿＿＿＿＿1 HRS. @ $28.00 　　= 　　　　28.00

PLANT 3 MATERIALS 　　＿＿＿＿＿＿ +15% 　　＿＿＿＿ =　　＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL 　　28.00 ✓

**(710)**　　　　**SHRINK WRAP CONVEYORS JEJE 00195**

PLANT 1 LABOR 　　＿＿＿＿＿HRS. @ $28.00 　　=

PLANT 3 LABOR 　　＿＿＿＿＿HRS. @ $28.00 　　=

PLANT 3 MATERIALS 　　＿＿＿＿＿＿ +15% 　　＿＿＿＿ =　　＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL

**(720)**　　　　**LIPO MISC & SHIPPING**

PLANT 1 LABOR　　　_____HRS. @ $28.00　　　=

PLANT 3 LABOR　　　____41 HRS. @ $28.00　　　=　　　　　　　　1,148.00

PLANT 3 MATERIALS　　　_____415.48  +15%　　62.32 =　　　　477.80

　　　　　　　　　　　　　　　　　　　　TOTAL　　1,625.80 ✓

**(723)**　　　　**DR2 LOAD ASSIST  JFJF 00129**

PLANT 1 LABOR　　　_____HRS. @ $28.00　　　=

PLANT 3 LABOR　　　_____HRS. @ $28.00　　　=

PLANT 3 MATERIALS　　　_____ +15%　　_____ =　　_____

　　　　　　　　　　　　　　　　　　　　TOTAL

**(725)**　　　　**IMPROVED CASTING STATION  JEJE 01608**

PLANT 1 LABOR　　　_____HRS. @ $28.00　　　=

PLANT 3 LABOR　　　_____HRS. @ $28.00　　　=

PLANT 3 MATERIALS　　　_____ +15%　　_____ =　　_____

　　　　　　　　　　　　　　　　　　　　TOTAL

**(726)**　　　　**E.V. TERMINALS JB2400 00000 75000**

PLANT 1 LABOR　　　_____HRS. @ $28.00　　　=

PLANT 3 LABOR　　　____216 HRS. @ $28.00　　　=　　　　　　　　6,048.00

PLANT 3 MATERIALS　　　_____ +15%　　_____ =　　_____

　　　　　　　　　　　　　　　　　　　　TOTAL　　6,048.00 ✓

**(729)**　　　　**FINAL LEAN CELL CONVEYORS  JFJF 0015**

PLANT 1 LABOR　　　_____HRS. @ $28.00　　　=

PLANT 3 LABOR　　　_____HRS. @ $28.00　　　=

PLANT 3 MATERIALS　　　_____ +15%　　_____ =　　_____

　　　　　　　　　　　　　　　　　　　　TOTAL

**(741)**          **ULTRASONIC GAGE IMPROVEMENTS  JDJD00012**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____  +15%          _____ =          _____

                                                                    TOTAL

**(743)**          **SINGLE CELL & PLATE MIXES  JEZE 38157**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____  +15%          _____ =          _____

                                                                    TOTAL

**(745)**          **SULFATE ANALYSIS  JEZE 39092**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          __13_ HRS. @ $28.00          =                    364.00

PLANT 3 MATERIALS          _____  +15%          _____ =          _____

                                                                    TOTAL          364.00 ✓

**(746)**          **T/T TIG WELDER FOR LEAN GREEN CELL JCJC 00223**

PLANT 1 LABOR          __3_ HRS. @ $28.00          =                    84.00

PLANT 3 LABOR          _108_ HRS. @ $28.00          =                    3,024.00

PLANT 3 MATERIALS          3050.51  +15%          457.58 =          3,508.09

                                                                    TOTAL          6,616.09 ✓

**(748)**          **TEMPORARY BATTERY PALLET JBJB 00219**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____  +15%          _____ =          _____

                                                                    TOTAL

**(749)**          **SHIPPING OF ISUZUI BATTERIES**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

TOTAL

**(751)**          **OSHAWA VERTICAL STACK #2  E1XX 00263**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          15 HRS. @ $28.00          =                    420.00

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

TOTAL          420.00 ✓

**(754)**          **ROBUST TERMINAL BATTERY BUILD  JEZE 39107**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          17.25 HRS. @ $28.00          =                    483.00

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

TOTAL          483.00 ✓

**(758)**          **NEW SIDE TERMINAL DESIGN  JEJE 01715**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

TOTAL

**(759)**          **GRIPPER FINGERS FOR OLATHE JDJD 00084**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

TOTAL

**(761)**          ELEMENT DEVELOPMENT  JCJC 00214

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          19 HRS. @ $28.00          =                    532.00

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL          532.00 ✓

**(762)**          LIFE CYCLE REQUIREMENTS JEZE 39082

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(763)**          CELL DEVELOPMENT  JEZE 39462

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(764)**          TOP TERMINAL HOT MELT UNIT  JCJC 00251

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          59 HRS. @ $28.00          =                    1,652.00

PLANT 3 MATERIALS          472.79 +15%          70.92 =          543.71

                                                            TOTAL          2,195.71 ✓

**(766)**          ELECTRIC PANEL FOR PASTE MIXER JCJC 00253

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          435.60 +15%          65.34 =          500.94

                                                            TOTAL          500.94 ✓

**(772)**        **GREEN GROUP VENTILATION  JBJB 00212**

PLANT 1 LABOR _____ HRS. @ $28.00        =

PLANT 3 LABOR _____ HRS. @ $28.00        =

PLANT 3 MATERIALS _____ +15% _____ = _____

TOTAL

**(773)**        **CA-LE AGM IMPROVEMENT TOOLING JEZE 39582**

PLANT 1 LABOR _____ HRS. @ $28.00        =

PLANT 3 LABOR _____ HRS. @ $28.00        =

PLANT 3 MATERIALS _____ 444.73 +15% _____ 66.71 = _____ 511.44

TOTAL        511.44 ✓

**(774)**        **PLASTIC GAGE  JFJF 00115**

PLANT 1 LABOR _____ HRS. @ $28.00        =

PLANT 3 LABOR _____ HRS. @ $28.00        =

PLANT 3 MATERIALS _____ +15% _____ = _____

TOTAL

**(775)**        **GROUP 41 LEAK TEST TOOLING  JBJB 00218**

PLANT 1 LABOR _____ HRS. @ $28.00        =

PLANT 3 LABOR _____ HRS. @ $28.00        =

PLANT 3 MATERIALS _____ +15% ___ - ___ = _____

TOTAL

**(776)**        **1/2" LUG FORM CUT-OFF FOR SHANGHAI**

PLANT 1 LABOR _____ HRS. @ $28.00        =

PLANT 3 LABOR _____ HRS. @ $28.00        =

PLANT 3 MATERIALS _____ +15% _____ = _____

TOTAL

**(777)**          **REBUILD FRANCE C.O.S.**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                            TOTAL

**(778)**          **2003 AGM X-MET EQUIPMENT**

PLANT 1 LABOR          _____ 149 HRS. @ $28.00          =          4,172.00

PLANT 3 LABOR          _____ 65.25 HRS. @ $28.00          =          1,827.00

PLANT 3 MATERIALS          _____ 1,628.73  +15%          244.31 =          1,873.04

                                            TOTAL          7,872.04 ✓

**(779)**          **GREEN GROUP LEAN CELL CONVEYORS JBJB00239**

PLANT 1 LABOR          _____ 5 HRS. @ $28.00          =          140.00

PLANT 3 LABOR          _____ 86.5 HRS. @ $28.00          =          2,422.00

PLANT 3 MATERIALS          _____ 1,157.60  +15%          173.64 =          1,331.24

                                            TOTAL          3,893.24 ✓

**(780)**          **MACP MOCK-UP  JEJE 01143**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                            TOTAL

**(781)**          **CUTTER PARTS  E1XX 00251**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                            TOTAL

**(788)**          **STAINLESS STEEL TANK  JEZE 39544**

PLANT 1 LABOR          _____ HRS.  @ $28.00          =

PLANT 3 LABOR          _____ HRS.  @ $28.00          =

PLANT 3 MATERIALS          _____  +15%          _____  =          _____

                                                            TOTAL

**(789)**          **N.B.  GROUP 41 ENHANCEMENT FOR C.O.S. JBJB00240**

PLANT 1 LABOR          _____ HRS.  @ $28.00          =

PLANT 3 LABOR          _____ HRS.  @ $28.00          =

PLANT 3 MATERIALS          _____  +15%          _____  =          _____

                                                            TOTAL

**(790)**          **AGM EUROPEAN BATTERIES  JEZE 39471**

PLANT 1 LABOR          _____ HRS.  @ $28.00          =

PLANT 3 LABOR          ___260.75 HRS.  @ $28.00          =                     7,301.00

PLANT 3 MATERIALS          _____  +15%          _____  =          _____

                                                            TOTAL          7,301.00 ✓

**(791)**          **DELTA CAR BATTERY BUILDS JFJF 00169**

PLANT 1 LABOR          _____ HRS.  @ $28.00          =

PLANT 3 LABOR          _____ HRS.  @ $28.00          =

PLANT 3 MATERIALS          _____  +15%          _____  =          _____

                                                            TOTAL

**(792)**          **N.B. GROUP 41 HEAT SEAL JBJB 00217**

PLANT 1 LABOR          _____ HRS.  @ $28.00          =

PLANT 3 LABOR          _____ HRS.  @ $28.00          =

PLANT 3 MATERIALS          _____  +15%          _____  =          _____

                                                            TOTAL

**(793)**          **MATERIALS FOR VALIDATION JBJB 00165**

PLANT 1 LABOR          _____HRS. @ $28.00          =

PLANT 3 LABOR          _____HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                    TOTAL

**(794)**          **ANAHEIM ENCAPSULATOR PROJECT JCJC 00261**

PLANT 1 LABOR          _____HRS. @ $28.00          =

PLANT 3 LABOR          4 HRS. @ $28.00          =          112.00

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                    TOTAL          112.00 ✓

**(795)**          **ACID FILL SYSTEM  JCJC 00226**

PLANT 1 LABOR          3 HRS. @ $28.00          =          84.00

PLANT 3 LABOR          170.25 HRS. @ $28.00          =          4,767.00

PLANT 3 MATERIALS          6168.32 +15%          925.25 =          7,093.57

                                                                    TOTAL          11,944.57 ✓

**(796)**          **LINEAR INDEXERS (BARREL CAM) JCJC 00210**

PLANT 1 LABOR          _____HRS. @ $28.00          =

PLANT 3 LABOR          _____HRS. @ $28.00          =

PLANT 3 MATERIALS          225.33 +15%          33.80 =          259.13

                                                                    TOTAL          259.13 ✓

**(797)**          **LUG FORM DIES (X-MET DIES) JCJC 00211**

PLANT 1 LABOR          _____HRS. @ $28.00          =

PLANT 3 LABOR          526 HRS. @ $28.00          =          14,728.00

PLANT 3 MATERIALS          1921.09 +15%          288.16 =          2,209.25

                                                                    TOTAL          16,937.25 ✓

**(798)**          **EXPANDER DIES  JCJC 00213**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          __199.25__ HRS. @ $28.00          =                    5,579.00

PLANT 3 MATERIALS          __109.98__ +15%          __16.50__ =          __126.48__

                                        TOTAL          5,705.48 ✓

**(799)**          **STRETCH/PERFORATE MACHINE  JBJB 00106**

PLANT 1 LABOR          _____ HRS. @ $28.00

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                        TOTAL

**( )**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                        TOTAL

**( )**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          _____ HRS. @ $28.00          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                        TOTAL

**(934)**          **GROUP 34 & 75 & 78 VALIDATION RUN JCJC 00207**

PLANT 1 LABOR          _____ HRS. @ $28.00          =

PLANT 3 LABOR          __483.75__ HRS. @ $28.00          =                    13,545.00

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                        TOTAL          13,545.00 ✓

**(941)**  **LABEL COLLAR FOR LEAN CELL (OLATHE)  JDJD000111**

PLANT 1 LABOR _____ HRS. @ $28.00 =

PLANT 3 LABOR _____ HRS. @ $28.00 =

PLANT 3 MATERIALS _____ +15% _____ = _____

TOTAL

**(948)**  **C.S.C. SUPPORT  E1ZDG  3000**

PLANT 1 LABOR _____ HRS. @ $28.00 =

PLANT 3 LABOR _____ HRS. @ $28.00 =

PLANT 3 MATERIALS \_\_\_\_ 2,689.00 +15% 403.35 = 3,092.35

TOTAL 3,092.35 ✓

**(955)**  **SMART BATTERY  JEZE  38269**

PLANT 1 LABOR _____ HRS. @ $28.00 =

PLANT 3 LABOR _____ HRS. @ $28.00 =

PLANT 3 MATERIALS _____ +15% _____ = _____

TOTAL

**(958)**  **GASING TEST  JEZE 36519**

PLANT 1 LABOR _____ HRS. @ $28.00 =

PLANT 3 LABOR _____ HRS. @ $28.00 =

PLANT 3 MATERIALS _____ +15% _____ = _____

TOTAL

**(959)**  **PROTO-TYPE EXTRA LOW BATTERIES  JEZE 36500**

PLANT 1 LABOR _____ HRS. @ $28.00 =

PLANT 3 LABOR _____ HRS. @ $28.00 =

PLANT 3 MATERIALS _____ +15% _____ = _____

TOTAL

**(962)**          **GREEN GROUP LEAN CELL CAST-ON REBUILD  JBJB  00018**

    PLANT 1 LABOR     _____ HRS. @ $28.00      =

    PLANT 3 LABOR     _____ 1 HRS. @ $28.00      =      28.00

    PLANT 3 MATERIALS      2,573.95  +15%    386.09 =      2,960.04

                                     TOTAL    2,988.04 ✓

**(963)**          **TERMINAL SUPPORT FOR SAUDI  JEZE  36518**

    PLANT 1 LABOR     _____HRS. @ $28.00      =

    PLANT 3 LABOR     _____HRS. @ $28.00      =

    PLANT 3 MATERIALS     _____ +15%   _____ =     _____

                                       TOTAL

**(970)**          **DR2 ENCAPSULATOR DEBUG & RUNOFF  JFJF  00084**

    PLANT 1 LABOR     _____HRS. @ $28.00      =

    PLANT 3 LABOR     _____HRS. @ $28.00      =

    PLANT 3 MATERIALS     _____ +15%   _____ =     _____

                                       TOTAL

**(980)**          **CA-LE TERMINAL TESTING  JEZE  39079**

    PLANT 1 LABOR     _____HRS. @ $28.00      =

    PLANT 3 LABOR     _____HRS. @ $28.00      =

    PLANT 3 MATERIALS     _____ +15%   _____ =     _____

                                       TOTAL

**(989)**          **NEW BRUNSWICK SLAUGHTER TEST JEJE01503**

    PLANT 1 LABOR     _____HRS. @ $28.00      =

    PLANT 3 LABOR     _____HRS. @ $28.00      =

    PLANT 3 MATERIALS     _____ +15%   _____ =     _____

                                       TOTAL

(996)　　　　　　**PUNCH FOR VENT WRAP JEJE 00203**

PLANT 1 LABOR _____ HRS. @ $28.00　　　=

PLANT 3 LABOR _____ HRS. @ $28.00　　　=

PLANT 3 MATERIALS _____ +15% _____ =　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL

(997)　　　　　　**CHECKING HEAT SEAL PLATENS JCJC 00129**

PLANT 1 LABOR _____ HRS. @ $28.00　　　=

PLANT 3 LABOR ____5 HRS. @ $28.00　　　=　　　140.00

PLANT 3 MATERIALS _____ +15% _____ =　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL　　140.00 ✓

(998)　　　　　　**SIDE TERMINAL ASSEMBLY WELDER JBJB 00245**

PLANT 1 LABOR _____ HRS. @ $28.00　　　=

PLANT 3 LABOR ____4 HRS. @ $28.00　　　=　　　112.00

PLANT 3 MATERIALS ____78.41 +15% ____11.76 =　　　90.17

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL　　202.17 ✓

(999)　　　　　　**CONVEYOR PUSH OVERS JBJB 00164**

PLANT 1 LABOR _____ HRS. @ $28.00　　　=

PLANT 3 LABOR _____ HRS. @ $28.00　　　=

PLANT 3 MATERIALS _____ +15% _____ =　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL

DELCO P.O. #                    DRD-243699

                               OUR JOB #              611

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/12/01 | Alro Steel Corp. | BLL2825IN | 174.08 |
| 12/13/01 | DoAll | 25015913 | 58.72 |
| 01/08/02 | Quality Gage | 60459 | 142.00 |
| | | | $        374.80 |

DELCO P.O. #                           DRD-243699

                                       OUR JOB #        623

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/21/01 | Kirby Risk | 93036898 | $      197.40 |

DELCO P.O. #          DRD-243699

OUR JOB #          632

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/17/01 | Kirby Risk | 93022450 | 215.92 |
| 12/14/01 | Machine Drive Co. | I-79050-0 | 238.91 |
| 12/12/01 | Tapco | 11846-000 | 282.68 |
| 12/12/01 | Kirby Risk | 93010046 | 773.97 |
| 01/08/02 | Kirby Risk | 93066041 | 51.84 |
| 10/17/02 | Wurth/Service Supply | 25025156-5001 | 65.20 |

$    1,628.52

DELCO P.O. #                 DRD-243699

OUR JOB #          633

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/19/01 | Bob's Tool & Cutter | 124251 | 280.50 |
| 12/18/01 | Circle City Heat Treating | 193452 | 133.10 |
| 12/20/01 | Indiana Metal Treating | 239671-1 | 40.00 |
| 12/20/01 | Indiana Metal Treating | 239741-1 | 40.00 |
| 12/27/01 | Indiana Metal Treating | 239900-1 | 40.00 |
| 12/10/01 | Wurth/Service Supply | 25025503-5001 | 14.70 |
| 12/13/01 | DoAll | 25015913 | 58.72 |
| 12/29/01 | Motion Industries | IN54-692548 | 353.93 |
| 12/11/01 | Action Steel | CRPIV-871141 | 240.00 |
| 01/07/02 | Circle City Heat Treating | 193687 | 265.00 |
| 01/04/02 | Indiana Metal Treating | 240037-1 | 300.00 |
| 01/04/02 | Indiana Metal Treating | 240054-1 | 23.80 |
| 01/10/02 | Indiana Metal Treating | 240166-1 | 40.00 |
| 01/15/02 | Applied Industrial | 18374606 | 47.50 |
| 01/16/02 | Cams | 1335 | 68.00 |
| 01/17/02 | Indiana Metal Treating | 240226-1 | 40.00 |
| 01/17/02 | Indiana Metal Treating | 240375-1 | 40.00 |
| 01/17/02 | Indiana Metal Treating | 240376-1 | 41.50 |
| 01/22/02 | Sheats Supply | 1151104-03 | 220.60 |
| 01/22/02 | Sheats Supply | 1151443-01 | 166.96 |
| 01/25/02 | Motion Industries | IN54-693526 | 1,586.88 |

$          4,041.19

DELCO P.O. #                 DRD-243699

                             OUR JOB #          639

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/11/01 | Fastenal Company | CQIN7813 | 16.50 |
| 12/11/01 | McMaster-Carr | 49462663 | 76.57 |
| 12/10/01 | Wurth/Service Supply | 25025454-5001 | 32.72 |
| 12/13/01 | DoAll | 25015913 | 58.72 |
| 12/12/01 | Alro Steel | BLL2823L2 | 343.82 |
| 01/07/02 | W.W. Grainger | 937-409294-9 | 56.94 |
| 01/07/02 | McMaster-Carr | 50149326 | 58.81 |
| 01/19/02 | Motion Industries | IN54-693285 | 28.37 |
| 01/18/02 | DoAll | 25016462 | 318.35 |
| 01/22/02 | Indiana Oxygen | 01722702 | 104.22 |
| 01/23/02 | Wurth/Service Supply | 25028120-01 | 46.05 |

                                             $     1,141.07

DELCO P.O. #                          DRD-243699

                                      OUR JOB #            642

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/13/01 | DoAll | 25015913 | $        58.72 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #          643

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/19/01 | Bob's Tool & Cutter | 124251 | 280.50 |
| 12/18/01 | DoAll | 25015981 | 310.59 |
| 12/21/01 | DoAll | 25016076 | 794.32 |
| 12/12/01 | Neff Engineering | 12474394 | 117.05 |
| 12/13/01 | PrimeTech | F-29835-0 | 68.32 |
| 12/13/01 | DoAll | 25015913 | 58.72 |
| 12/28/01 | Sheats | 1151139-01 | 458.00 |
| 12/28/01 | Sheats | 1150804-02 | 467.00 |
| 12/18/01 | Alro Steel | BLR2765IN | 112.77 |
| 01/15/02 | PrimeTech | F-34221-0 | 237.24 |
| 01/16/02 | Wurth/Service Supply | 25027805-01 | 33.55 |
| 01/18/02 | Wurth/Service Supply | 25027805-02 | 256.00 |
| 01/23/02 | Wurth/Service Supply | 25027805-5001 | 337.80 |

                                                   $      3,531.86

DELCO P.O. #                 DRD-243699

                             OUR JOB #          644

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 01/09/02 | Fisher Scientific | 6404262 | 284.60 |
| 01/10/02 | Fisher Scientific | 6432076 | 280.95 |
| 01/09/02 | W.W. Grainger | 368-598776-4 | 5.52 |
| 01/08/02 | McMaster-Carr | 50199181 | 73.36 |
| 01/17/02 | Lowe's | | 38.09 |
| 01/17/02 | W.W. Grainger | 937-206302-5 | 152.10 |
| 01/24/02 | Indiana Metal | 240408-1 | 22.00 |
| 01/24/02 | Indiana Metal | 240409-1 | 23.00 |

                                                 $      879.62

DELCO P.O. #                    DRD-243699

                                OUR JOB #          645

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/13/01 | Therm Tech Systems | 3604 | 387.25 |
| 01/10/02 | W.W. Grainger | 368-672488-5 | 30.31 |
| 01/16/02 | Duncan Supply | 032647401 | 73.49 |
| 01/16/02 | Indiana Oxygen | 529820 | 445.90 |
| | | | $ 936.95 |

DELCO P.O. #                    DRD-243699

                               OUR JOB #        646

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/20/01 | Alro Steel | BLT2528L2 | 421.91 |
| 12/13/01 | D&V Precision Sheet Metal | 53842 | 700.00 |
| 12/27/01 | Kirby Risk | 93045512 | 118.02 |
| 12/11/01 | KVP Falcon Plastic | 119063-1 | 228.66 |
| 12/13/01 | Motion Industries | IN54-692054 | 65.70 |
| 12/15/01 | Motion Industries | IN54-692137 | 70.87 |
| 12/17/01 | Sherwin-Williams | 9544-9 | 113.24 |
| 12/13/01 | DoAll | 25015913 | 58.72 |
| 12/29/01 | Motion Industries | IN54-692564 | 238.75 |
| 12/29/01 | Motion Industries | IN54-692531 | 676.40 |
| 01/02/02 | Motion Industries | IN54-692585 | 111.99 |
| 12/11/01 | Alro Steel | BLK 2790IN | 136.80 |
| 01/05/02 | Motion Industries | IN54-692683 | 97.09 |
| 01/10/02 | Alro Steel | CAJ2765L2 | 293.95 |
| 01/18/02 | DoAll | 25016462 | 318.35 |

                                               $     3,650.45

DELCO P.O. #                          DRD-243699

                                      OUR JOB #          649

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/19/01 | Kirby Risk | 93030350 | 247.09 |
| 12/14/01 | Neff Engineering | 12474596 | 3,935.03 |
| 12/12/01 | Kirby Risk | 93010047 | 41.67 |
| 01/03/02 | Kirby Risk | 93055930 | 145.00 |
| 01/04/02 | Kirby Risk | 93058876 | 186.33 |
| 01/08/02 | Kirby Risk | 93066042 | 492.80 |
| 01/08/02 | Kirby Risk | 93066043 | -266.56 |
| 01/09/02 | Kirby Risk | 93070405 | 689.42 |
| 01/14/02 | Kirby Risk | 93081551 | 719.24 |
| 01/25/02 | Kirby Risk | 93113450 | 228.00 |

                                                  $      6,418.02

DELCO P.O. #                        DRD-243699

                                   OUR JOB #              652

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/17/01 | McMaster-Carr | 49680479 | 17.25 |
| 12/11/01 | McMaster-Carr | 494447-06 | 112.13 |
|  |  |  | $    129.38 |

DELCO P.O. #              DRD-243699

                         OUR JOB #        653

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/13/01 | Creform | D14676-IN | 24,711.79 |
| 12/17/01 | USF Holland | 44471048 | 258.72 |
| 12/20/01 | Indiana Metal | 239672-1 | 22.00 |
| | | | $ 24,992.51 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #          655

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 01/22/02 | R.L. Guimont | 084675 | 9.33 |
| 01/22/02 | C&E Sales | 6010070 | 428.40 |
| | | | $      437.73 |

DELCO P.O. #                      DRD-243699

                                  OUR JOB #          705

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/20/01 | Indiana Metal Treating | 239692-1 | 40.00 |
| 12/20/01 | Indiana Metal Treating | 239693-1 | 41.50 |
| 12/20/01 | Indiana Metal Treating | 239694-1 | 23.00 |
| 12/20/01 | Indiana Metal Treating | 239781-1 | 40.00 |
| 12/14/01 | Reid Tool Supply | 2458408 | 72.84 |
| 12/20/01 | Turning Point Tool | 1355 | 1699.50 |
| 12/13/01 | Wurth/Service Supply | 25027032-01 | 23.20 |
| 12/13/01 | DoAll | 25015913 | 58.72 |
| 12/17/01 | Hardmetal Tooling | 1638 | 351.95 |
| 12/18/01 | Circle City Heating | 193452 | 141.60 |
| 01/23/02 | Atlanta Belting | 76511 | 67.02 |

                                                  $      2,559.33

DELCO P.O. #                    DRD-243699

                               OUR JOB #          720

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 01/08/02 | Auburn Plastics | 110924 | 110.50 |
| 01/14/02 | Auburn Plastics | 111035 | 276.48 |
| 01/18/02 | J&F Distributing | 181288 | 28.50 |

$    415.48

DELCO P.O. #                      DRD-243699

                                  OUR JOB #              746

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/17/01 | Indiana Oxygen | 524911 | 10.28 |
| 12/18/01 | Praxair | 1526981 | 524.65 |
| 12/17/01 | Sutton-Garten | 088948 | 23.89 |
| 12/11/01 | Alro Steel Corp. | BLK2789PV | 126.14 |
| 01/04/02 | Global Equipment | 82001061 | 772.90 |
| 12/30/01 | Sherwin Williams | 1321 | 138.53 |
| 01/08/02 | Sherwin Williams | 1253-7 | 89.53 |
| 01/16/02 | Sidener Engineering | I-80205-0 | 184.00 |
| 01/16/02 | Neff Engineering | 12476881 | 224.46 |
| 01/21/02 | Tec-Hackett | I-41286-0 | 15.69 |
| 01/25/02 | Mosier Fluid Power | I-45433-0 | 360.22 |
| 01/23/02 | Neff Engineering | 12477453 | 407.82 |
| 01/15/02 | Sutton-Garten | 090627 | 172.40 |

                                                        $    3,050.51

DELCO P.O. #                          DRD-243699

                                      OUR JOB #           764

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/19/01 | Alro Steel | BLS2644IN | 148.99 |
| 01/08/02 | Auburn Plastics | 110924 | 20.42 |
| 01/16/02 | Herman & Company | 16119 | 290.00 |
| 01/16/02 | Rollie Williams Paint | 968169 | 13.38 |

                                                         $    472.79

DELCO P.O. #                    DRD-243699

                                OUR JOB #              766

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/12/01 | Mobile Storage | 1145823-008 | 145.20 |
| 12/27/01 | Mobile Storage | 1149416-008 | 145.20 |
| 01/09/02 | Mobile Storage | 1145823-009 | 145.20 |

                                                    $    435.60

DELCO P.O. #                    DRD-243699

                                OUR JOB #         773

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/14/01 | Neff Engineering | 12474595 | $ 444.73 |

DELCO P.O. #                    DRD-243699

                               OUR JOB #          778

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/18/01 | Associated Spring | 9698615 | 51.81 |
| 12/20/01 | R.L. Guimont Co. | 084080 | 104.06 |
| 12/20/01 | Indiana Metal Treating | 239813-1 | 40.00 |
| 12/27/01 | Indiana Metal Treating | 239888-1 | 40.00 |
| 12/13/01 | DoAll | 25015913 | 58.72 |
| 01/02/02 | Motion Industries | IN54-692600 | 424.22 |
| 12/17/01 | Alro Steel | BLQ2691TL | 456.86 |
| 01/09/02 | Motion Industries | IN54-692798 | 107.12 |
| 01/14/02 | DoAll | 25016354 | 85.44 |
| 01/25/02 | Circle City Heat | 194035 | 260.50 |

                                                  $    1,628.73