DELCO P.O. #                     DRD-243699

                                 OUR JOB #        779

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/10/01 | Wurth/Service Supply | 25025503-5001 | 27.90 |
| 12/17/01 | McMaster-Carr | 49680331 | 70.46 |
| 01/07/02 | Herman & Company | 16111 | 189.00 |
| 01/09/02 | McMaster-Carr | 50258096 | 65.14 |
| 01/16/02 | Kirby Risk | 93088453 | 38.05 |
| 01/14/02 | McMaster-Carr | 50417066 | 217.70 |
| 01/16/02 | Wurth/Service Supply | 2502793401 | 304.92 |
| 01/18/02 | Wurth/Service Supply | 25027798-01 | 51.90 |
| 01/25/02 | Auburn Plastics | 111296 | 162.80 |
| 01/24/02 | Indiana Metal Treating | 240482-1 | 22.00 |
| 01/23/02 | Indiana Metal Treating | 25028164-01 | 7.73 |

                                                      $      1,157.60

DELCO P.O. #                     DRD-243699

OUR JOB #             795

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/20/01 | Wurth/Service Supply | 25026811-01 | 174.22 |
| 12/12/01 | Wurth/Service Supply | 25026962-5001 | 166.42 |
| 12/18/01 | Alro Steel | BLR2766PV | 530.77 |
| 01/07/02 | Auburn Plastics | 110898 | 576.92 |
| 01/02/02 | DoAll | 25016171 | 152.42 |
| 01/04/02 | Harrington Industrial | 02720429 | 142.65 |
| 01/07/02 | Harrington Industrial | 02720445 | 494.10 |
| 01/10/02 | J&F Distributing | 180992 | 177.00 |
| 01/10/02 | Kirby Risk | 93073879 | 122.13 |
| 01/03/02 | McMaster-Carr | 50047381 | 33.37 |
| 01/08/02 | McMaster-Carr | 50198949 | 123.95 |
| 01/04/02 | Wurth/Service Supply | 25027428-01 | 58.12 |
| 01/14/02 | Auburn Plastics | 111035 | 16.80 |
| 01/11/02 | Harrington Industrial | 02720544 | 16.14 |
| 01/14/02 | Harrington Industrial | 02720558 | 29.58 |
| 01/14/02 | J&F Distributing | 181145 | 2.82 |
| 01/11/02 | Kirby Risk | 93077063 | 42.98 |
| 01/10/02 | Wurth/Service Supply | 25027666-01 | 137.75 |
| 01/17/02 | W.W. Grainger | 973-3657432 | 73.75 |
| 01/18/02 | Harrington Industrial | 02720633 | 9.79 |
| 01/18/02 | Ulrich Chemical | 656579 | 1,049.90 |
| 01/18/02 | Venture Measurement | 150307 | 540.14 |
| 01/24/02 | Harrington Industrial | 02720729 | 43.29 |
| 01/22/02 | Indiana Oxygen | 530900 | 104.23 |
| 01/23/02 | J&F Distributing | 181389 | 10.32 |
| 01/23/02 | Kirby Risk | 93106385 | 211.01 |
| 01/24/02 | Kirby Risk | 93109463 | 18.68 |
| 12/19/01 | Alro Steel | BLS2643IN | 302.51 |
| 12/21/01 | Alro Steel | BLU2314IN | 98.56 |
| 12/13/01 | Fastenal Company | CQIN67891 | 3.14 |
| 12/19/01 | Harrington Industrial | 02720236 | 704.86 |

$      6,168.32

DELCO P.O. #                     DRD-243699

                                 OUR JOB #          796

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/19/01 | Bob's Tool & Cutter | 124265 | 40.00 |
| 01/09/02 | Egenolf Contracting | 55254 | 185.33 |
| | | | $   225.33 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #          797

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/31/01 | Butler Tool & Die | B299 | 939.64 |
| 12/21/01 | Williamson Polishing | 077396 | 94.92 |
| 01/17/02 | Butler Tool & Die | 2017 | 393.72 |
| 01/16/02 | R.L. Guimont | 084555 | 49.14 |
| 01/18/02 | Clark & Osborne | 243166 | 188.79 |
| 01/18/02 | Applied Industrial | 18374899 | 7.68 |
| 01/24/02 | Indiana Metal | 240519-1 | 40.00 |
| 01/18/02 | Lee Spring Co. | 267937 | 83.70 |
| 01/24/02 | State Machinery | 1779 | 123.50 |

$       1,921.09

| DELCO P.O. # | | DRD-243699 | | |
| | | OUR JOB # | 798 | |

| Date | Company | Invoice # | | Amount |
|------|---------|-----------|---|--------|
| 12/12/01 | Alro Steel | BLL2824IN | $ | 109.98 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #          948

| Date     | Company       | Invoice #  | Amount |
|----------|---------------|------------|--------|
| 12/11/01 | Dell Computer | 710943234  | $ 2,689.00 |

DELCO P.O. #                     DRD-243699

                                 OUR JOB #          962

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/12/01 | KVP Falcon | 117276-2 | 1,920.00 |
| 12/13/01 | Kirby Risk | 93015048 | 305.95 |
| 01/22/02 | Herman & Company | 16126 | 348.00 |

                                                    $    2,573.95

DELCO P.O. #                    DRD-243699

                               OUR JOB #           998

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 01/15/02 | McMaster-Carr | 50484473 | 33.73 |
| 01/29/02 | Petty Cash | Ham. Co. Trans. | 44.68 |

                                                   $       78.41

1208 - 611

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|------|---------|-------|--------|---|-------|------|---------|-------|--------|---|-------|
| 9-24 | 38 | 3 | | | | | | | | | |
| 9-26 | 38 | 1 | | | | | | | | | |
| 4° | | | | | | | | | | | |
| P. ill = | 10-31-01 | | | | | | | | | | |
| 12-26 | 22 | 4 | 01 | 91 | | | | | | | |
| 12-27 | 22 | 11 | 01 | 91 | | | | | | | |
| 12-28 | 22 | 10 | 01 | 91 | | | | | | | |
| 12-29 | 22 | 3 | 01 | 91 | | | | | | | |
| 28 | | | | | | | | | | | |
| 1-4 | 20 | 2 | 01 | 91 | | | | | | | |
| | 20 | 5 | 01 | 91 | | | | | | | |
| 1-5 | 20 | 1 | 0 | 91 | | | | | | | |
| 31 | | | | | | | | | | | |
| 1-8 | 38 | 2 | | | | | | | | | |
| 1-9 | 38 | 1 | | | | | | | | | |
| 42 | | | | | | | | | | | |
| Billed 1-31-01 | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(3)

611

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 147 | 7 | 80 | 50 | | | | 103 | 1 | 17 | 00 | | |
| | 149 | 3 | 39 | 00 | | | | 104 | 9 | 216 | 00 | | |
| 3:00 | 25 | | 2452 | 88 | | | | 122 | 10 | 180 | 00 | | |
| | Billed | 4-30-01 | | | | | | 123 | 10 | 125 | 00 | | |
| 9:30 | 103 | 1 | 17 | 00 | | | | 123 | 14.5 | 271 | 88 | | |
| 1: | | | | | 17 | 00 | | 125 | 14.5 | 174 | 00 | | |
| | Billed | 10-31-01 | | | | | | 132 | 5 | 88 | 75 | | |
| 1-20 | 103 | 2 | 34 | 00 | | | | 132 | 7.5 | 199 | 69 | | |
| 2: | | | | | 34 | 00 | | 159 | 7.5 | 67 | 50 | | |
| 1-27 | 103 | 2 | 34 | 00 | | | | 161 | 10 | 120 | 00 | | |
| | 125 | 1 | 12 | 00 | | | | 161 | 14.5 | 261 | 00 | | |
| 5: | | | | | 80 | 00 | | 162 | 1 | 9 | 00 | | |
| | Billed | 1-31-02 | | | | | | 162 | 5. | 67 | 50 | | 82 |
| 2-17 | 103 | 2 | 34 | 00 | | | 124 | 5 | | 2030 | | | |
| | 125 | 2 | 34 | 00 | | | | Billed | 2-28-02 | | | | |
| 4: | | | | | 58 | 00 | 3-8 | 103 | 3 | 51 | 00 | | |
| 2-24 | 101 | 6 | 108 | 00 | | | | 107 | 4 | 36 | 00 | | |
| | 102 | 5 | 67 | 50 | | | | 121 | 6 | 54 | 00 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 12-12 | ALRO STEEL CORP   BLL 2885 IN | | 174 | 08 |
| 12-13 | DO ALL   2-5015913 | | 58 | 72 |
| 1-8 | Quality Gage   60459 | | 142 | 00 |
| | Billed 1-31-02 | | 374 | 80 |

613   (2)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 1-6 | 134 | 24 | 192 00 | | 6-16 | 134 | 40 | 320 00 | |
| | 134 | 8 | 96 00 | | 112 | | | | 896.00 |
| 32 | | | 288 00 | | 6-23 | 134 | 40 | 320 00 | |
| | Billed 1-31-02 | | | | 152 | | | | 1216 00 |
| 3-17 | 134 | 40 | 320 00 | | | Billed 6-30-02 | | | | |
| 40 | | | 320 00 | | 6-30 | 134 | 40 | 320 00 | |
| | Billed 3-31-02 | | | | 40 | | | | 320 00 |
| 5-12 | 134 | 40 | 320 00 | | 7-21 | 134 | 40 | 320 00 | |
| 40 | | | 320 00 | | 80 | | | | 640 00 |
| 5-19 | 134 | 40 | 320 00 | | 7-28 | 134 | 40 | 320 00 | |
| 80 | | | 640 00 | | 120 | | | | 960 00 |
| 5-26 | 134 | 40 | 320 00 | | | Billed 7-31-02 | | | | |
| 120 | | | 960 00 | | 8-4 | 134 | 40 | 320 00 | |
| | Billed 5-31-02 | | | | 40 | | | | 320 00 |
| 6-2 | 134 | 32 | 256 00 | | 8-11 | 134 | 40 | 320 00 | |
| 32 | | | 256 00 | | 80 | | | | 640 00 |
| 6-9 | 134 | 40 | 320 00 | | 8-18 | 134 | 40 | 320 00 | |
| 72 | | | 576 00 | | 120 | | | | 960 00 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

623                                    (2)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|------|---------|-------|--------|--|-------|------|---------|-------|--------|--|-------|
| 9-9 | 101 | 11 | 132 | 00 | | | | | | | |
| | 117 | 5 | 100 | 00 | | | | | | | |
| | 132 | 2 | 35 | 50 | | | | | | | |
| | 145 | 9 | 83 | 25 | | | | | | | |
| | 147 | 4.25 | 48 | 88 | | | | | | | |
| | 149 | 1.75 | 22 | 70 | | | | | | | |
| 37. | | | 470 | 38 | | | | | | | |
| 9-16 | 125 | 2 | 24 | 00 | | | | | | | |
| 39° | | | 494 | 38 | | | | | | | |
| 9-23 | 125 | 14 | 168 | 00 | | | | | | | |
| | 125 | | 90 | 00 | | | | | | | |
| 58° | | | 752 | 38 | | | | | | | |
| | Billed | 9-30-01 | | | | | | | | | |
| 11-18 | 161 | 4 | 72 | 00 | | | | | | | |
| 4. | | | 72 | 00 | | | | | | | |
| | Billed | 11-30-01 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|--|
| 11-6 | FIELD RUBBER PRODUCTS | 39803 | 1822 | 00 |
| | Billed 11-30-01 | $ | 1822 | 00 |
| 12-21 | KIRBY RISK | 93036898 | 197 | 40 |
| | Billed 1-31-02 | $ | 197 | 40 |

3

(2)

626

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9·9 | 104 | 5 | 80 | 00 | | | 152 | 5 | 73 | 75 | | |
| | 106 | 6.5 | 97 | 50 | | 32.25 | | | | | 472.25 | |
| | 138 | 3 | 54 | 00 | | 11·11 | 104 | 1 | 16 | 00 | | |
| | 152 | 2 | 29 | 50 | | | 122 | 4 | 48 | 00 | | |
| 23.5 | | | | | 373 00 | | 127 | 10 | 160 | 00 | | |
| 9·16 | 138 | 2 | 36 | 00 | | | 138 | 7 | 126 | 00 | | |
| 36.5 | | | | | 409 00 | | 152 | 10 | 147 | 50 | | |
| | Bill 9·9 | | 30 | 01 | | 64.25 | | | | | 969.75 | |
| 10·21 | 106 | 1 | 10 | 00 | | 11·18 | 152 | 10 | 147 | 50 | | |
| | 127 | 6 | 96 | 00 | | 74.25 | | | | | 1117.25 | |
| 7.0 | | | | | 106 00 | | Billed | 11·30·01 | | | | |
| 10·24 | 127 | 15 | 240 | 00 | | 1·27 | 132 | 2 | 35 | 50 | | |
| | 138 | 2 | 36 | 00 | | | 136 | 3 | 27 | 00 | | |
| 24. | | | | | 382 00 | | 136 | 2.75 | 37 | 13 | | |
| Bill·11·2 10·31·01 | | | | | 7.75 | | | | | 99.63 | |
| 11·4 | 106 | 7.25 | 72 | 50 | | | Billed | 1·31·02 | | | | |
| | 127 | 17 | 272 | 00 | | 2·3 | 107 | 2 | 18 | 00 | | |
| | 138 | 3 | 54 | 00 | | | 122 | 7 | 84 | 00 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 8·31 | Standard Die Supply | 138944 | 29 | 04 |
| 9·4 | Wurth Service Supply | 25022919-02 | 3 | 71 |
| 9·7 | Motion Industries | IN54·688513 | (120 | 12) |
| 9·4 | Emerging Technologies | 204 | 376 | 69 |
| | Bill·3 02·35·01 | | $ 747 | 60 |
| 10·25 | McMASTER-CARR | 47837921 | 37 | 39 |
| 11·2 | Lowe's | 25 877 | 29 | 34 |
| 10·31 | MSC | 19776591 | 34 | 25 |
| 11·5 | INDIANA METAL | 238628-1 | 23 | 00 |
| 11·14 | Indiana Metal Treating | 238742·1 | 40 | 00 |
| | Billed 11·30·01 | | $ 163 | 88 |

632                                    (7)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      |         |       |        |       |      |         |       | 238 | 91 |
|      |         |       |        |       |      |         |       | 282 | 68 |
|      |         |       |        |       |      |         |       | 773 | 97 |
|      |         |       |        |       |      |         |       | 51  | 84 |
|      |         |       |        |       |      |         |       | 65  | 20 |
|      |         |       |        |       |      |         |       | $1,628 | 52 |
|      |         |       |        |       |      |         |       | 111 | 09 |
|      |         |       |        |       |      |         |       | 35  | 50 |
|      |         |       |        |       |      |         |       | $ 146 | 59 |
|      |         |       |        |       |      |         |       | 5   | 07 |
|      |         |       |        |       |      |         |       | 11  | 66 |
|      |         |       |        |       |      |         |       | 22  | 17 |
|      |         |       |        |       |      |         |       | $ 38 | 90 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|---|
| 12-14 | MACHINE DRIVE CO | J-79050-0 | 238 | 91 |
| 12-12 | TAPCO | 11846-000 | 282 | 68 |
| 12-12 | KIRBY RISK | 9301006 46 | 1 773 | 97 |
| 1-8 | Kirby Risk | 93066041 | 51 | 84 |
| 10-17 | Wurth Service Spply | 250251 5 001 | 65 | 20 |
|  |  | Billed 3-31-03 | $1,628 | 52 |
| 2-1 | Primetech | F-37394·0 | 111 | 09 |
| 1·31 | Auburn Plastics | 111395 | 35 | 50 |
|  |  | Billed 2-28-03 | $ 146 | 59 |
| 4-4 | Kirby Risk | 93294470 | 5 | 07 |
| 4-18 | DoAll | 25018362 | 11 | 66 |
| 4-17 | KIRBY RISK | 93325281 | 22 | 17 |
|  |  | Billed 4-30-03 | $ 38 | 90 |

3

(3)

632

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|---|-------|---|------|---------|-------|--------|---|-------|---|
| | 104 | 4 | 96 | 00 | | | 2-17 | 117 | 8 | 160 | 00 | | |
| 18.5 | | | | | 370 | 00 | 47° | | | | | 878 | 00 |
| | Billed | 11-30-01 | | | | | | Billed | 2-28-02 | | | | |
| 12.2 | 104 | 2 | 32 | 00 | | | 3-24 | 155 | 8 | 160 | 00 | | |
| 2. | | | | | 32 | 00 | 8° | | | | | 160 | 00 |
| 12-9 | 104 | 3 | 48 | 00 | | | | Billed | 3-31-02 | | | | |
| 4. | | | | | 80 | 00 | 4-7 | 151 | 1 | 18 | 00 | | |
| | Billed | 12-31-01 | | | | | 1° | | | | | 18 | 00 |
| 1-20 | 127 | 5 | 80 | 00 | | | | Billed | 4-30-02 | | | | |
| 5° | | | | | 80 | 00 | 5-5 | 161 | 4.5 | 54 | 00 | | |
| 1-27 | 155 | 8 | 160 | 00 | | | 4.5 | | | | | 54 | 00 |
| 13° | | | | | 240 | 00 | | Billed | 5-31-02 | | | | |
| | Billed | 1-31-02 | | | | | | | | | | | |
| 2-3 | 117 | 8 | 160 | 00 | | | | | | | | | |
| | 151 | 22 | 396 | 00 | | | | | | | | | |
| 30. | | | | | 556 | 00 | | | | | | | |
| 2-10 | 151 | 9 | 162 | 00 | | | | | | | | | |
| 39. | | | | | 718 | 00 | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|---|
| 9-14 | Neff Engineering | 1246648 | 405 | 65 |
| 9-20 | Applied Industrial | 18369445 | 10 | 76 |
| 9-21 | Dependable Sandblast | 01-2368 | 15 | 00 |
| 9-20 | Indiana Metal Treating | 237245-1 | 250 | 00 |
| 9-20 | Indiana Metal Treating | 237257-1 | 40 | 00 |
| 9-18 | Wurth Service Supply | 25023703 | 96 | 25 |
| 9-19 | Wurth Service Supply | 25023703-03 | 140 | 39 |
| 9-20 | McMaster-Carr | 46555003 | 5 | 20 |
| | Billed 9-30-01 | | $4359 | 13 |
| 9-26 | DoAll | 25014505 | 486 | 90 |
| 9-27 | Indiana Metal Treating | 237459-1 | 20 | 00 |
| 9-27 | Indiana Metal Treating | 237505-1 | 40 | 00 |
| 9-26 | Neff Engineering | 12467595 | 562 | 80 |
| 9-25 | Tooling Technology | 1050619-01 | 53 | 52 |

(18)

1208 = 633

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | 21 | 9 | 10 64 | | | 21 | 7 | 10 24 | |
| | 28 | 8 | 01 89 | | 1·12 | 21 | 3 | 01 64 | |
| 1·4 | 14 | 1.5 | 01 89 | | 238.5 | | | | |
| | 21 | 4 | 10 64 | | 1·16 | 38 | 2 | | |
| | 21 | 6 | 12 64 | | 240.5 | | | | |
| | 28 | 7.25 | 2 37 | | 1·24 | 21 | 2.5 | | |
| 1·5 | 21 | 6 | 2 64 | | 125 | 21 | 2 | | |
| | 23 | 6 | 01 87 | | | 21 | 2 | | |
| | 35 | 6.5 | 01 89 | | 126 | 21 | 2 | | |
| 179 | 75 | | | | 249. 0 | | | | |
| 1·7 | 21 | 10 | 10 64 | | | Billed 1-31-02 | | | |
| | 28 | 6.75 | 01 89 | | 128 | 21 | 3 | | |
| 1·8 | 21 | 10 | 10 64 | | 1·29 | 21 | 3 | | |
| 1·9 | 21 | 10 | 10 64 | | 1·30 | 14 | 6 | 01 96 | |
| | 38 | 1 | | | | 20 | .5 | | |
| 1·10 | 21 | 7 | 10 64 | | | 21 | 1.5 | | |
| | 38 | | | | 1·31 | 14 | 9 | 01 95 | |
| 1·11 | 21 | 3 | 10 64 | | 2·1 | 14 | 8 | 01 96 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(10)

6 33

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|------|--------|--|----------|--------|--|
| 2·20 | DoAll | 25017164 | | 155 | 78 |
| | Billed 3·28·02 | | | $1,008 | 37 |
| 2·22 | Wurth/Service Supply | 25029300·0 | | 51 | 38 |
| 3·1 | Indiana Metal | 24410-1 | | 36 | 80 |
| 3·1 | Indiana Metal | 24391-1 | | 40 | 00 |
| 3·1 | Indiana Metal | 24393- | | 40 | 00 |
| 3·7 | Circle City Heat | 19485 | | 50 | 50 |
| 3·7 | Wurth/Service | 25030148·01 | | 47 | 01 |
| 3-15 | INDIANA METAL TRTNG | 241901-1 | | 138 | 00 |
| | Billed 3·31·02 | | | $403 | 99 |
| 4·3 | Cams | 1407 | | 152 | 00 |
| 3·22 | Circle City | 19542 | | 183 | 50 |
| 3·25 | DoAll | 25017836 | | 195 | 95 |
| 3·29 | DoAll | 25017941 | | 200 | 51 |

(9)

633

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|------|--------|--|----------|--------|--|
| 1·16 | Cams | 1385 | | 68 | 00 |
| 1·17 | Indiana Metal | 240226-1 | | 40 | 00 |
| 1·17 | Indiana Metal | 240375-1 | | 40 | 00 |
| 1·17 | Indiana Metal | 240376-1 | | 41 | 50 |
| 1·22 | Sheats Supply | 1151104-03 | | 220 | 60 |
| 1·22 | Sheats Supply | 1151443-01 | | 166 | 96 |
| 1·25 | Motion Industries | IN54-693536 | | 1,586 | 88 |
| | billed 1·31-02 | | | #4,041 | 19 |
| 1·31 | Indiana Metal | 240801-1 | | 40 | 00 |
| 2·13 | Circle City Heat | 194422 | | 40 | 00 |
| 2·14 | DoAll | 25017046 | | 107 | 72 |
| 2·15 | DoAll | 25017076 | | 56 | 09 |
| 2·18 | McMaster-Carr | 51837457 | | 10 | 02 |
| 2·19 | Motion Industries | IN54-694405 | | 598 | 96 |

633

(6)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 160 | 8 | 112 | 00 | | | 152 | 3 | 66 | 37 | |
| | 162 | 2 | 27 | 00 | | | 160 | 16 | 224 | 00 | |
| 65.5 | | | 943 | 38 | | | 160 | 10 | 210 | 00 | |
| 2-10 | 104 | 7.25 | 116 | 00 | | | | 208 | 75 | | |
| | 106 | 13.25 | 132 | 50 | | 2-24 | 104 | 4 | 64 | 00 | 3787 69 |
| | 106 | 7.5 | 112 | 50 | | | 106 | 12.25 | 122 | 50 | |
| 93.5 | | | | | | | 122 | 6 | 72 | 00 | |
| 2-17 | | | 1,303 | 38 | | | 129 | 10 | 142 | 50 | |
| | 104 | 9 | 144 | 00 | | | 138 | 4 | 72 | 00 | |
| | 104 | 4 | 96 | 00 | | | 143 | 16.5 | 243 | 37 | |
| | 106 | 3 | 30 | 00 | | | 152 | 5 | 73 | 75 | |
| | 127 | 17 | 272 | 00 | | | 160 | 20 | 280 | 00 | |
| | 127 | 9.5 | 228 | 00 | | 316 | | | 48 | 57 | 81 |
| | 129 | 20.75 | 295 | 69 | | | Billed | 2-28-02 | | | |
| | 129 | 8 | 171 | 00 | | 33 | 104 | 3 | 48 | 00 | |
| | 138 | 3 | 54 | 00 | | | 138 | 5 | 90 | 00 | |
| | 143 | 18 | 265 | 50 | | 8. | | | | | |
| | 143 | 10 | 221 | 25 | | 340 | 104 | 4 | 64 | 00 | 138 00 |
| | 152 | 14 | 206 | 50 | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 11-1 | MSC | | | |
| 11-15 | Auburn Plastics | C199291-1 | 354 | 49 |
| 11-9 | Circle City Heat | 110097 | 160 | 24 |
| 11-13 | Dolen Tool Sales | 192849 | 1,279 | 25 |
| 11-13 | Joseph T. Ryerson | 1012017-01 | 57 | 26 |
| 11-17 | Circle City Heat Trtng | 310924 | 102 | 74 |
| 11-15 | Do All | 192970 | 108 | 25 |
| 11-15 | Grainger | 25015449 | 171 | 63 |
| 11-13 | Sheats Supply | 368-495266-0 | 11 | 90 |
| 11-16 | Sheats Supply | 1151104-01 | 15 | 88 |
| | Billed 11-30-01 | 1151104-02 | 15 | 65 |
| 11-29 | Cam's | 1311 | #3,679 | 71 |
| 11-30 | Indiana Metal Treating | 23916 0-1 | 108 | 00 |
| 11-30 | Indiana Metal Treating | 23907 1-1 | 240 | 00 |
| | | | 302 | 40 |

633

(5)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|---|-------|---|------|---------|-------|--------|---|-------|---|
| | 138 | 11 | 198 | 00 | | | | 143 | 12 | 177 | 00 | | |
| | 143 | 36 | 531 | 00 | | | | 152 | 4 | 59 | 00 | | |
| | 143 | 10 | 221 | 25 | | | | 163 | 16 | 224 | 00 | | |
| | 152 | 20 | 295 | 00 | | | 4-19 ° | | | | | 64 34 | 66 |
| | 152 | 4 | 88 | 50 | | | 1-27 | 104 | 6 | 96 | 00 | | |
| | 160 | 37 | 518 | 00 | | | | 104 | 3.5 | 84 | 00 | | |
| | 160 | 7 | 147 | 00 | | | | 106 | 4.25 | 42 | 50 | | |
| | 163 | 40 | 560 | 00 | | | | 106 | 4.25 | 63 | 75 | | |
| | 63 | 7 | 147 | 00 | | | | 143 | 9 | 199 | 12 | | |
| 345.25 | | | 5,446. | 72 | | | | 160 | 36 | 504 | 00 | | |
| 1-20 | 104 | 8.5 | 136 | 00 | | | | 160 | 10 | 210 | 00 | | |
| | 104 | 3.5 | 84 | 00 | | | 4-92 ° | | | | | 77 34 | 03 |
| | 106 | 5 | 50 | 00 | | | Billed 1-31-07 | | | | | | |
| | 122 | 2 | 24 | 00 | | | 2-3 | 104 | 7 | 112 | 00 | | |
| | 127 | 1 | 16 | 00 | | | | 106 | 7 | 70 | 00 | | |
| | 129 | 9.75 | 138 | 94 | | | | 122 | 1 | 12 | 00 | | |
| | 138 | 5 | 90 | 00 | | | | 132 | 4 | 71 | 00 | | |
| | 138 | 7 | 189 | 00 | | | | 143 | 36.5 | 538 | 38 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|---|
| 10-26 | SHEATS SUPPLY | 1150802-01 | 157 | 75 |
| 10-26 | SHEATS SUPPLY | 1150859-01 | 38 | 72 |
| 10-26 | CERTIFIED WELDING | 15118 | 238 | 00 |
| 10-25 | AIRO Steel Corp. | BJY2480IN | 118 | 51 |
| 10-29 | McMaster-Carr | 47974319 | 17 | 95 |
| 10-29 | Sheats Supply | 1150869-01 | 60 | 72 |
| 10-26 | Wurth/Service Supply | 2502550301 | 20 | 50 |
| 10-31 | Do ALL | 2501516 | 50 | 48 |
| 10-31 | DOLEN TOOL SALES | 1012090-01 | 94 | 64 |
| 10-26 | INDIANA METAL TRTNG | 238370-1 | 55 | 80 |
| 10-26 | INDIANA METAL TRTNG | 238459-1 | 40 | 00 |
| 11-5 | INDIANA METAL TRTNG | 238582-1 | 72 | 00 |
| 11-5 | INDIANA METAL TRTNG | 238629-1 | 41 | 50 |
| 11-6 | KIRBY RISK ELECTRICAL | 929/3470 | 80 | 65 |

3

(2)

635

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 156 | 40 | 800 | 00 | | | | 150 | 16 | 352 | 00 | | |
| 387.25 | | | | | 7994 | 00 | | 156 | 32 | 640 | 00 | | |
| Billed 10-31-01 | | | | | | | 80. | | | | | 1639 | 00 |
| 11-4 | 119 | 16 | 320 | 00 | | | 29 | 119 | 16.5 | 330 | 00 | | |
| | 150 | 30.75 | 676 | 50 | | | | 150 | 16 | 352 | 00 | | |
| | 156 | 32 | 640 | 00 | | | | 156 | 17 | 340 | 00 | | |
| 78.75 | | | | | 1636.50 | | 129 | | | | | 2654.00 | |
| 11-11 | 119 | 19 | 380 | 00 | | | | Billed 12-31-01 | | | | | | |
| 97.75 | | | | | 2916.50 | | 1-13 | 122 | 2 | 24 | 00 | | |
| 11-18 | 119 | 16 | 330 | 00 | | | 2. | | | | | 24 | 00 |
| | 150 | 36 | 792 | 00 | | | | Billed 1-31-02 | | | | | | |
| | 156 | 40 | 800 | 00 | | | | | | | | | |
| 189.75 | | | | | 3928.50 | | | | | | | | |
| 11-25 | 122 | 5 | 60 | 00 | | | | | | | | | |
| | 122 | 1 | 18 | 00 | | | | | | | | | |
| 195.75 | | | | | 4006.50 | | | | | | | | |
| Billed 11-30-01 | | | | | | | | | | | | | |
| 122 | 119 | 32 | 640 | 00 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)

1208·659

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|------|---------|-------|--------|--|-------|------|---------|-------|--------|--|-------|
| 12·12 | 8 | 9 | 01 | 89 | | 1·17 | 28 | 9.75 | 01 | 94 | |
| 12·13 | 8 | 9 | 01 | 89 | | 68.5 | | | | | |
| 27. | | | | | | 1·22 | 38 | 1 | | | |
| 12·22 | 8 | 4 | 01 | 89 | | 1·23 | 38 | 1 | | | |
| 31. | | | | | | 70.5 | | | | | |
| | Billed | 12-31-01 | | | | | Billed | 1-31-02 | | | |
| 12·24 | 8 | 7 | 01 | 89 | | | | | | | |
| 12·26 | 8 | 9 | 01 | 89 | | | | | | | |
| 6. | | | | | | | | | | | |
| 1·10 | 28 | 5.75 | 01 | 89 | | | | | | | |
| 1·11 | 28 | 1 | 01 | 89 | | | | | | | |
| | 28 | 3.75 | 01 | 89 | | | | | | | |
| 1·12 | 28 | 6 | 01 | 89 | | | | | | | |
| 37.5 | | | | | | | | | | | |
| 1·14 | 28 | 4.75 | 01 | 89 | | | | | | | |
| | 28 | 5 | 01 | 94 | | | | | | | |
| 1·15 | 28 | 4.75 | 01 | 94 | | | | | | | |
| 1·16 | 28 | 6.75 | 01 | 94 | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3

(3)

639

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 152 | 10 | 147 | 50 | | | 2·3 | 127 | 2 | 32 | 00 | | |
| | 160 | 14 | 196 | 00 | | | | 138 | 2 | 36 | 00 | | |
| | 163 | 7 | 98 | 00 | | | | 152 | 5 | 73 | 75 | | |
| | 163 | 6 | 126 | 00 | | | 9· | | | | | 141 | 75 |
| 76· | | | | | 1,053 | 50 | Billed 2·28·02 | | | | | | |
| 1·13 | 106 | 7 | 70 | 00 | | | | | | | | | |
| | 129 | 3.5 | 49 | 88 | | | | | | | | | |
| | 138 | 5 | 90 | 00 | | | | | | | | | |
| | 152 | 3 | 66 | 38 | | | | | | | | | |
| 94.5 | | | | | 1,529 | 76 | | | | | | | |
| 1·20 | 127 | 3.5 | 56 | 00 | | | | | | | | | |
| | 138 | 6 | 108 | 00 | | | | | | | | | |
| | 163 | 2 | 28 | 00 | | | | | | | | | |
| 106° | | | | | 1521 | 76 | | | | | | | |
| 1·27 | 127 | 10 | 160 | 00 | | | | | | | | | |
| | 138 | 2 | 36 | 00 | | | | | | | | | |
| | 152 | 5 | 73 | 75 | | | | | | | | | |
| 122° | | | | | 1791 | 51 | | | | | | | |

Billed 1-31-02

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 11·28 | Neff Engineering | 124473193 | 192 | 38 |
| 11·30 | Motion Industries | 1N54-691617 | 454 | 95 |
| 12·6 | Airo Steel | BLF2769IN | 467 | 84 |
| 12·10 | Copper and Brass | 387571 | 263 | 24 |
| 12·10 | DoAll | 25015815 | 327 | 97 |
| 12·4 | Fastenal Company | CQIN67689 | 13 | 84 |
| | Billed 12-31-01 | | 2396 | 99 |
| 12·11 | Fastenal Co | CQIN7813 | 16 | 50 |
| 12·11 | Mc Master-Carr | 49462663 | 76 | 57 |
| 12·10 | Wurth/Service Supply | 2502545001 | 82 | 72 |
| 12·13 | Do ALL | 25015913 | 58 | 72 |
| 12·12 | ALRO Steel | BLL2823L2 | 343 | 82 |
| 1·7 | W.W. Grainger | 937-409294·9 | 56 | 94 |
| 1·7 | McMaster·Carr | 50149326 | 58 | 81 |

3

(4)

639

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 1·19 | Motion Industries | IN54·673385 | 28 87 |
| 1·18 | DoAll | 25016462 | 318 35 |
| 1·22 | Indiana Oxygen | 01722702 | 104 22 |
| 1·23 | Wurth Service | 25028120-01 | 46 05 |
|      | Billed 1·3·02 | | $1 141 07 |
| 1·30 | Wurth | 25028120·02 | 30 25 |
|      | billed 2·28·02 | | $ 30 25 |
| 11·7 | DoAll | 25015295 | 124 74 |
|      | **Billed 3·31·02** | | $ 124 74 |
|      | | | |
|      | | | |
|      | | | |

3

(1)

642

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|--|-------|--|------|---------|-------|--------|--|-------|--|
| 10·21 | 101 | 2 | 24 | 00 | | | | 161 | 6 | 108 | 00 | | |
| 2· | | | | | 24 | 00 | 23° | | | | | 328 | 50 |
| | Billed | 10·31·01 | | | | | 12·8 | 103 | 1 | 17 | 00 | | |
| 2·10 | 107 | 8 | 72 | 00 | | | | 125 | 2 | 24 | 00 | | |
| 8· | | | | | 72 | 00 | 26· | | | | | 369 | 50 |
| | Billed | 2·28·02 | | | | | | Billed | 12·31·02 | | | | |
| 10·20 | 103 | 1.5 | 25 | 50 | | | | | | | | | |
| 1.5 | | | | | 25 | 50 | | | | | | | |
| | Billed | 10·31·02 | | | | | | | | | | | |
| 11·17 | 103 | 1 | 17 | 00 | | | | | | | | | |
| 1° | | | | | 17 | 00 | | | | | | | |
| 11·24 | 103 | 1 | 17 | 00 | | | | | | | | | |
| 2° | | | | | 34 | 00 | | | | | | | |
| | Billed | 11·30·02 | | | | | | | | | | | |
| 12·1 | 103 | 1 | 17 | 00 | | | | | | | | | |
| | | 125 | 10 | 120 | 00 | | | | | | | | |
| | | 132 | 2 | 35 | 50 | | | | | | | | |
| | | 161 | 4 | 48 | 00 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|--|
| 10·9 | McMaster·Carr | 47234503 | 667 | 68 |
| 10·12 | Do All | 25014817 | 42 | 49 |
| 10·16 | Joseph T. Ryerson | 18·261786 | 61 | 47 |
| 10·18 | Joseph T. Ryerson | 18·267000 | 144 | 20 |
| 10·23 | Bob's Tool & Cutter | 123854 | 10 | 66 |
| | Billed 10·31·01 | | # 926 | 50 |
| 11·15 | Do All | 25015449 | 171 | 64 |
| 11·13 | Sheats Supply | 115 1104·01 | 15 | 88 |
| 11·16 | Sheats Supply | 115 1104·02 | 15 | 65 |
| | Billed 11·30·01 | | # 203 | 17 |
| 12·6 | Bob's Tool & Cutter | 124153 | 74 | 42 |
| | Billed 12·31·01 | | 74 | 42 |
| 12·13 | Do All | 25015913 | 58 | 72 |
| | Billed 1·31·02 | | # 58 | 72 |

(3)

1208·643

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1·15 | 14 | 9 | 01 | 88 | | | | | | | | |
| 1·16 | 14 | 7 | 01 | 88 | | | | | | | | |
| 1·68· | | | | | | | | | | | | |
| 1·22 | 38 | 1 | | | | | | | | | | |
| 1·23 | 38 | 1 | | | | | | | | | | |
| 1·24 | 21 | 2.5 | | | | | | | | | | |
| 1·25 | 21 | 3 | | | | | | | | | | |
| 1·26 | 21 | 2 | | | | | | | | | | |
| 177.5 | | | | | | | | | | | | |
| Billed | 1-31-02 | | | | | | | | | | | |
| 1·28 | 21 | 3 | | | | | | | | | | |
| 1·29 | 20 | 1 | | | | | | | | | | |
| | 21 | 4 | | | | | | | | | | |
| 1·30 | 21 | 1 | | | | | | | | | | |
| 2·1 | 20 | 2 | | | | | | | | | | |
| 11· | | | | | | | | | | | | |
| Billed | 2-28-02 | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |