(3)

643

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | 152 | 5 | 73 75 | | 2·24 | 117 | 8 | 160 00 | |
| 34° | | | | 547 75 | | 122 | 1 | 12 00 | |
| 1·20 | 122 | 2 | 36 00 | | | 151 | 25 | 450 00 | |
| | 138 | 4 | 108 00 | | 75° | | | | 1329 75 |
| 40° | | | 6 91 | 75 | | Billed | 2-28-02 | | |
| 1·27 | 122 | 18 | 216 00 | | 3·3 | 117 | 6 | 120 00 | |
| 58° | | | 9 07 | 75 | | 160 | 1 | 9 00 | |
| | Billed | 1-31-02 | | | 7.1° | | | | 129 00 |
| 2·3 | 117 | 3 | 60 00 | | | Billed | 3-31-02 | | |
| | 127 | 8.5 | 136 00 | | 4·14 | 161 | 2 | 36 00 | |
| | 138 | 4 | 72 00 | | 2.° | | | | 36 00 |
| 15.5° | | | 268 00 | | 4·21 | 151 | 2 | 54 00 | |
| 2·10 | 122 | 5 | 60 00 | | | 155 | 8 | 160 00 | |
| | 138 | 2 | 54 00 | | | 161 | 8 | 96 00 | |
| | 152 | 5 | 73 75 | | 20.° | | | | 346 00 |
| 27.5° | | | 455 75 | | | Billed | 4-30-02 | | |
| 2·17 | 151 | 14 | 252 00 | | 4·28 | 151 | 1 | 18 00 | |
| 41° | | | 767 75 | | | 155 | 12 | 240 00 | |
| | | | | | 13.° | Billed 5-31-02 | | 258 00 | 258 00 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 10·26 | ALRO Steel | PJZ 2482 IN | 1,821 94 |
| 10·31 | McMaster- Carr. | 48071335 | 45 22 |
| 10·25 | Motion Industries | IN54-690303 | 93 76 |
| 10·31 | Sheats Supply | 1150804 01 | 229 00 |
| 10·26 | Wurth Service | 2502504 0 03 | 32 78 |
| 11-6 | ALRO STEEL Corp | BKF 2722 IN | 674 13 |
| 11-7 | BASTIAN MATERIAL | INV000070 5244 | 177 13 |
| 11-1 | KIRBY RISK ELECTRICAL | 92898 099 | 258 00 |
| 11-6 | KIRBY RISK ELECTRICAL | 929134 70 | 80 65 |
| 11-15 | GRAINGER | 368-495266-0 | 11 90 |
| 11-15 | KIRBY RISK SUPPLY | 929 39842 | 79 56 |
| 11-19 | MOTION INDUSTRIES | IN54-691250 | 80 06 |
| | Billed 11.30.0? | | 9 339 67 |
| 11·30 | Indiana Metal Treating | 23912/-1 | 186 00 |

3

643

(5)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |
|      |         |       |        |       |      |         |       |        |       |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT |
|------|--------|---|----------|--------|
| 12-13 | Do All | 250 1591 3 |  | 58 72 |
| 12.28 | Sheats | 1151139·01 |  | 458 00 |
| 12.28 | Sheats | 1150804·02 |  | 467 00 |
| 12-18 | ALRO STEEL | BLR 2765 | IN | 112 77 |
| 1·15 | PrimeTech | F·34221-0 |  | 237 24 |
| 1·16 | Wurth/Service | 25027805-01 |  | 33 55 |
| 1·18 | Wurth/Service | 25027805·02 |  | 256 00 |
| 1·23 | Wurth/Service | 25027805·5001 |  | 337 80 |
|  | Billed 1·31·02 |  |  | $3531 86 |
| 2·11 | Wurth Service Supply | 25027805-08 |  | 93 14 |
| 2·20 | Neff Engineering | 12480059 |  | 24 59 |
|  | Billed 2·28·05 |  |  | $117 73 |
| 2·19 | Neff Engineering | 12479955 |  | 93 91 |
| 1·22 | Wurth/Service | 25027805·03 |  | 387 83 |

1208- 644

(1)

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|--|-------|--|------|---------|-------|--------|--|-------|--|
| | | | **LABOR** | | | | | | | | | | |
| 11-14 | 38 | 3 | | | | | | | | | | | |
| 3° | | | | | | | 2·19 | 38 | 1 | | | | |
| Billed 11·30-01 | | | | | | | 20° | | | | | | |
| 12/0 | 38 | 3 | | | | | | Billed 2·28·02 | | | | | |
| 3.' | | | | | | | | | | | | | |
| Billed 12·31-01 | | | | | | | | | | | | | |
| 1·24 | 38 | 7 | | | | | | | | | | | |
| 7.' | | | | | | | | | | | | | |
| Billed 1·31-02 | | | | | | | | | | | | | |
| ·30 | 38 | 2 | | | | | | | | | | | |
| 1·31 | 38 | 2 | | | | | | | | | | | |
| 1.' | | | | | | | | | | | | | |
| 2·5 | 38 | 3 | | | | | | | | | | | |
| 7.' | | | | | | | | | | | | | |
| 2·11 | 38 | 3 | | | | | | | | | | | |
| 2·12 | 38 | 3 | | | | | | | | | | | |
| 2·13 | 38 | 3 | | | | | | | | | | | |
| 2·15 | 38 | 3 | | | | | | | | | | | |
| 19.' | | | | | | | | | | | | | |

| DATE | | | | | | **MATERIAL** | | | | INV. NO. | AMOUNT |
|------|--|--|--|--|--|-------------|--|--|--|----------|--------|
| | | | | | | VENDOR | | | | | |

(6)

644

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 149 | 2.75 | 35 | 75 | | | | 149 | 2.75 | 35 | 75 | | 13 |
| | 159 | 4 | 36 | 00 | | | 193° | | | | 2 | 309 | |
| | 162 | 1 | 9 | 00 | | | Billed | 2-28-02 | | | | | |
| 118 | 75 | | | | 1,465.13 | | 3.3 | 125 | 3 | 36 | 00 | | |
| 2-17 | 101 | 4 | 48 | 00 | | | | 132 | 7 | 186 | 38 | | |
| | 102 | 10.5 | 94 | 50 | | | | 149 | 4 | 52 | 00 | | |
| | 103 | 1 | 17 | 00 | | | | 162 | 1 | 9 | 00 | | |
| | 107 | 16 | 144 | 00 | | | 15. | | | | | 283 | 38 |
| | 119 | 4 | 80 | 00 | | | 3 | 101 | 2 | 24 | 00 | | |
| | 122 | 1 | 12 | 00 | | | | 101 | 4 | 72 | 00 | | |
| | 125 | 7 | 84 | 00 | | | | 103 | 5 | 45 | 00 | | |
| | 149 | 9 | 117 | 00 | | | | 102 | 6 | 81 | 00 | | |
| | 161 | 3.5 | 42 | 00 | | | | 107 | 7 | 63 | 00 | | |
| | 162 | 6.5 | 58 | 50 | | 13 | | 122 | 7 | 84 | 00 | | |
| 181 | 25 | | 21 | 62 | | | | 125 | 6 | 72 | 00 | | |
| 2-24 | 101 | 4 | 48 | 00 | | | | 132 | 6 | 106 | 50 | | |
| | 132 | 2 | 35 | 50 | | | | 149 | 3 | 39 | 00 | | |
| | 145 | 3 | 27 | 75 | | | | 162 | 7 | 63 | 00 | | |

MATERIAL 68.                    932.88

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

644

(5)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|  | 106 | 9.5 | 95 00 |  | 2.3 | 102 | 22 | 198 00 |  |
|  | 122 | 2 | 24 00 |  |  | 103 | 2 | 34 00 |  |
|  | 122 | 3 | 54 00 |  |  | 133 | 7 | 87 50 |  |
|  | 123 | 5 | 92 75 |  |  | 125 | 7 | 84 00 |  |
|  | 125 | 7 | 84 00 |  |  | 132 | 2 | 53 25 |  |
|  | 127 | 13 | 208 00 |  |  | 136 | 5 | 45 00 |  |
|  | 152 | 4 | 59 00 |  |  | 149 | 3 | 39 00 |  |
|  | 162 | 8 | 108 00 |  |  | 152 | 5 | 73 75 |  |
| 82° |  |  | 1207 |  |  | 161 | 2 | 24 00 |  |
| 1-27 | 122 | 3 | 36 00 |  |  | 162 | 4 | 36 00 |  |
|  | 123 | 10 | 187 50 |  | 39, |  |  |  | 674.50 |
|  | 125 | 4 | 41 00 |  | 2.10 | 101 | 3 | 36 00 |  |
|  | 127 | 9 | 144 00 |  |  | 102 | 6.5 | 58 50 |  |
|  | 129 | 1 | 21 37 |  |  | 103 | 6 | 102 00 |  |
|  | 132 | 2 | 35 50 |  |  | 125 | 22 | 264 00 |  |
|  | 161 | 2.5 | 30 00 |  |  | 125 | 2 | 36 00 |  |
|  | 162 | 10 | 135 00 |  |  | 132 | 11.5 | 204 13 |  |
| 123° |  |  | 1844 |  |  | 145 | 1 | 9 25 |  |

Billed 1-31-02

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
|  |  |  |  |

3

(2)

644

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | 101 | 1 | 18 00 | | | 101 | 6 | 81 00 | |
| | 103 | 4 | 68 00 | | 240.75 | | | 2,946 39 | |
| | 107 | 10 | 90 00 | | 1-18 | 101 | 16 | 192 00 | |
| | 108 | 10 | 110 00 | | | 101 | 4 | 72 00 | |
| | 122 | 18 | 216 00 | | | 102 | 17 | 153 00 | |
| | 122 | 1 | 18 00 | | | 102 | 1 | 13 50 | |
| | 123 | 11.75 | 146 88 | | | 122 | 3 | 36 00 | |
| | 125 | 10 | 120 00 | | | 123 | 7.75 | 96 87 | |
| | 132 | 7 | 124 25 | | | 132 | 8 | 142 00 | |
| | 132 | 2 | 79 88 | | | 132 | 8.5 | 226 31 | |
| | 147 | 15 | 172 50 | | | 145 | 13 | 120 25 | |
| | 147 | 4 | 77 63 | | | 147 | 9.5 | 109 25 | |
| | 149 | 10 | 130 00 | | | 149 | 13 | 169 00 | |
| | 151 | 8 | 144 00 | | | 159 | 11 | 99 00 | |
| | 151 | 8 | 108 00 | | | 161 | 4 | 72 00 | |
| | 159 | 40 | 361 00 | | | 162 | 20.75 | 186 75 | |
| | 161 | 10 | 130 00 | | | 162 | 5.75 | 77 63 | | 95 |
| | 162 | 40 | 360 00 | | 383. | | | 4711 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | | AMOUNT |
|------|--------|----------|---|--------|
| 1·17 | W.W. GRAINGER | 937206333·5 | e | 152 70 |
| 1·24 | Indiana Metal | 240408-1 | e | 22 00 |
| 1·24 | Indiana Metal | 240409 -1 | e | 23 00 |
| | billed 1·31·02 | | $ | 879 62 |
| 1·29 | DoAll | 25016685 | e | 104 16 |
| 1·28 | Kirby Risk | 9311803I | e | 56 05 |
| 1·24 | PrimeTech | P·36122·0 | e | 40 21 |
| 1·31 | Total Plastics | 728278 | e | 217 85 |
| 1·31 | McMaster·Carr | 51180000 | e | 18 49 |
| 2·4 | McMaster·Carr | 5127472 8 | e | 20 39 |
| 2·7 | W.W. GRAINGER | 937-600281·3 | e | 153 41 |
| 2·8 | McMaster·Carr | 51502340 | e | 53 99 |
| 2·8 | McMaster·Carr | 51502345 | e | 200 88 |
| | billed 2·28·02 | | $ | 865 43 |

(1)

1208-645

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-1 | 38 | 3 5 | | | | 12-13 | 38 | 3 | | | | |
| 16-2 | 38 | 3 | | | | 12-14 | 38 | 6 | | | | |
| 6-5 | | | | | | 21· | | | | | | |
| 11-5 | 38 | 2 | | | | | Billed 12-31-01 | | | | | |
| 11-6 | 38 | 3 | | | | 1-10 | 38 | 1 | | | | |
| 11-7 | 38 | 1 | | | | 1· | | | | | | |
| 11-8 | 38 | 1 | | | | 1-21 | 38 | 1 | | | | |
| 11-9 | 38 | | | | | 2· | | | | | | |
| 16-5 | | | | | | | Billed 1-31-02 | | | | | |
| 11-12 | 38 | 3 | | | | 2-1 | 38 | 4 | | | | |
| 19· | | | | | | 4· | | | | | | |
| 11-20 | 38 | 3 | | | | 2-16 | 8 | 5 | | 01 25 | | |
| 22· | | | | | | 9· | | | | | | |
| | Billed 11-30-01 | | | | | | Billed 2-28-02 | | | | | |
| 11-27 | 38 | 3 | | | | 3-6 | 38 | 3 | | | | |
| 3· | | | | | | 3-8 | 38 | 3 | | | | |
| 12-6 | 8 | 9 | 01 | 82 | | 6· | | | | | | |
| 12· | | | | | | 3-15 | 38 | 4 | | | | |

MATERIAL 10· Billed 3-31-02

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3

(7)

## 645

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 127 | 11 | 176 00 | | | 138 | 8 | 144 00 | |
| | 127 | 4 | 96 00 | | | 140 | 8 | 160 00 | |
| | 132 | 3 | 53 25 | | | 152 | 10 | 147 50 | |
| | 132 | 2 | 53 25 | | | 159 | 4 | 36 00 | |
| | 136 | 5 | 45 00 | | | 162 | 3 | 27 00 | |
| | 138 | 2 | 34 00 | | 2-13 | | | 3 662 75 | |
| | 140 | 16 | 320 00 | | 2-17 | 101 | 4 | 48 00 | |
| | 145 | 7 | 64 75 | | | 102 | 2.5 | 22 50 | |
| | 149 | 6 | 78 00 | | | 103 | 2.5 | 42 50 | |
| | 152 | 5 | 73 75 | | | 106 | 4.25 | 42 50 | |
| | 159 | 13.5 | 121 50 | | | 106 | 4.5 | 67 50 | |
| | 163 | 4 | 56 00 | | | 107 | 3 | 27 00 | |
| 171 | | | 2 290 80 | | | 122 | 2 | 24 00 | |
| 2-16 | 106 | 9 | 90 00 | | | 138 | 2 | 36 00 | |
| | 168 | 25 | 279 00 | | | 149 | 3.5 | 45 50 | |
| | 123 | 25 | 312 50 | | 301 | | | 4 018 25 | |
| | 123 | 9 | 168 75 | | 2-24 | 101 | 15 | 180 00 | |
| | 125 | 1 | 12 00 | | | 102 | 9.5 | 85 50 | |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(8)

## 645

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 103 | 5 | 85 00 | | | 132 | 2 | 35 50 | |
| | 104 | 2 | 32 00 | | | 132 | 4.5 | 119 81 | |
| | 106 | 10.5 | 105 00 | | | 144 | 10 | 90 00 | |
| | 107 | 9 | 81 00 | | | 149 | 5 | 65 00 | |
| | 129 | 20.5 | 292 13 | | | 161 | 10 | 120 00 | |
| | 132 | 2 | 35 50 | | | 6 | 11 | 98 00 | |
| | 138 | 8 | 144 00 | | | 62 | 6 | 81 00 | |
| | 143 | 11.5 | 169 63 | | 81.5 | | | 1 217 63 | |
| | 145 | 15 | 138 75 | 76 | 3-10 | 101 | 2 | 24 00 | |
| 409 | | | 5 366 | | | 102 | 2.5 | 22 50 | |
| | Billed | 2 38 63 | | | | 103 | 9 | 153 00 | |
| 3-3 | 103 | 1 | 17 00 | | | 106 | .25 | 2 50 | |
| | 104 | 3 | 48 00 | | | 106 | 2.75 | 4 25 | |
| | 121 | 4 | 56 00 | | | 107 | 16 | 144 00 | |
| | 123 | 5.75 | 71 88 | | | 121 | 8 | 72 00 | |
| | 133 | 9.25 | 173 44 | | | 6 | 3.5 | 33 75 | |
| | 125 | 3 | 36 00 | | | 122 | 5 | 60 00 | |
| | 125 | 7 | 152 00 | | | 133 | 40 | 500 00 | |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(6)

645

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 162 | 7.5 | 67 | 50 | | | 132 | 4 | 71 | 00 | |
| 196.5 | | | 2 | | 351 25 | | 145 | 14 | 129 | 50 | |
| 1-20 | 101 | .5 | 180 | 00 | | | 149 | 4 | 52 | 00 | |
| | 102 | 10 | 100 | 00 | | | 159 | 1.5 | 13 | 50 | |
| | 103 | 2 | 34 | 00 | | | 162 | 1.5 | 12 | 50 | 50 |
| | 104 | 2 | 22 | 00 | | 258.0 | | | | .4 | 32 |
| | 125 | 10 | 120 | 00 | | | Billed | | 1-31-02 | | |
| | 136 | 10 | 90 | 00 | | 2-3 | 101 | 15 | 180 | 00 | |
| | 145 | 10 | 92 | 50 | | | 102 | 2.5 | 22 | 50 | |
| | 149 | 15.25 | 198 | 25 | | | 103 | 6.5 | 110 | 50 | |
| | 159 | 2.25 | 20 | 25 | | | 104 | 2 | 32 | 00 | |
| | 162 | 21 | 189 | 00 | | | 106 | 26 | 260 | 00 | |
| | 162 | 1.5 | 20 | 25 | | | 106 | 6.5 | 97 | 50 | |
| 295.5 | | | 3462 | | 50 | | 107 | 16 | 144 | 00 | |
| 1-27 | 101 | 11 | 132 | 00 | | | 122 | 7 | 84 | 00 | |
| | 102 | 21.5 | 193 | 50 | | | 122 | 2 | 36 | 00 | |
| | 103 | 1 | 17 | 00 | | | 125 | 5 | 60 | 00 | |
| | 125 | 4 | 48 | 00 | | | 125 | 4 | 72 | 00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

645                                                    (3)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 1-1 | 8 | 144 00 | | | | | | |
| | 162 | 7 | 63 00 | | | 107 | 22 | 198 00 | |
| 87.5 | | | | | | 123 | 3 | 27 50 | |
| 11-11 | | | | 1,219.50 | | 125 | 7 | 84 00 | |
| | 103 | 2 | 34 00 | | | 125 | 3 | 54 00 | |
| | 132 | 1 | 18 00 | | | 129 | 27 | 384 75 | |
| | 132 | 4 | 71 00 | | | 132 | 2 | 35 50 | |
| | 138 | 2 | 36 00 | | | 138 | 12 | 216 00 | |
| | 138 | 4 | 108 00 | | | 138 | 19 | 513 00 | |
| | 150 | 37.25 | 819 50 | | | 143 | 31 | 457 25 | |
| | 151 | 3 | 54 00 | | | 143 | 10 | 221 25 | |
| | | 11 | 221 25 | | | 153 | 10 | 147 50 | |
| | 156 | 16 | 330 00 | | | 159 | 2 | 18 00 | |
| | 163 | 11 | 154 00 | | | 160 | 13 | 182 00 | |
| | | 4 | 84 00 | | | 160 | 8 | 168 00 | |
| 187.75 | | | | | | 161 | 4 | 48 00 | |
| 11-18 | 101 | 9 | 108 00 | 3,139.25 | | 162 | 2 | 18 00 | |
| | 103 | 12.5 | 212 50 | | | 163 | 12 | 168 00 | |
| | 106 | 1 | 10 00 | | | 163 | 8 | 168 00 | |

MATERIAL 299 25                        6588 50

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 12-6 | Herman & Company | | 425 00 |
| 12-13 | Sears | 16086 | 104 99 |
| | Billed 12-31-01 | | 1104 34 |
| 12-13 | THERM TECH SYSTEMS | 3604 | |
| 1-10 | W.W. Grainger | 368-672488-5 | 387 25 |
| 1-16 | Duncan Supply | 03264 74 01 | 30 31 |
| 1-16 | Indian Oxygen | 52.9820 | 73 49 |
| | Billed 1-31-02 | | 445 90 |
| 1-30 | Dawsco oil | | $ 936 95 |
| 1-31 | AIRO Steel | 00 2619 | 36 95 |
| 2-12 | McMaster Carr | CA52557 1N | 84 13 |
| 2-14 | Auburn Plastics | 51605595 | 23 54 |
| 2-12 | DoAll | 11657 | 14 26 |
| 2-19 | McMaster Carr | 250 169 84 | 43 35 |
| | | 51886 m3 | 46 41 |
| | Billed 2-28-02 | | $ 297.64 |

(1)

1208- 646

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|------|---------|-------|--------|---|-------|------|---------|-------|--------|---|-------|
| 12.21 | 8 | 8.75 | 01 | 93 | | | | | | | |
| 12.28 | 8 | 7.25 | 01 | 93 | | | | | | | |
| | 8 | 1.5 | 01 | 93 | | | | | | | |
| 17.5 | | | | | | | | | | | |
| 1.8 | 28 | 3 | 01 | 93 | | | | | | | |
| 1.9 | 28 | 9.75 | 01 | 93 | | | | | | | |
| 1.10 | 28 | 4 | 01 | 93 | | | | | | | |
| 34.25 | | | | | | | | | | | |
| 1.24 | 21 | 2.5 | | | | | | | | | |
| 1.25 | 21 | 3 | | | | | | | | | |
| 1.26 | 21 | 2 | | | | | | | | | |
| 41.75 | | | | | | | | | | | |
| | Billed | 1-31-02 | | | | | | | | | |
| 1.28 | 21 | 4 | | | | | | | | | |
| 1.29 | 21 | 3 | | | | | | | | | |
| 1.30 | 30 | .5 | | | | | | | | | |
| | 21 | 1 | | | | | | | | | |
| 8.5 | Billed | 2-29-02 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

6 46

(2)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|----|-------|---|------|---------|-------|--------|----|-------|---|
| | 131 | 8 | 160 | 00 | | | | 138 | 4 | 108 | 00 | | |
| | 136 | 3 | 27 | 00 | | | 44° | | | | | 277 | 88 |
| | 138 | 2 | 54 | 00 | | | 1-27 | 138 | 2 | 36 | 00 | | |
| | 160 | 4 | 56 | 00 | | 38 | 46° | | | | | 910 | 04 |
| 2-21 | 75 | | 32 | 94 | | | | Billed | 1-31-02 | | | | |
| | Billed | 12-31-01 | | | | | 2-3 | 127 | 4.5 | 72 | 00 | | |
| 1-6 | 122 | 2 | 24 | 00 | | | 4.5 | | | | | 72 | 00 |
| | 122 | 3 | 54 | 00 | | | 2-10 | 122 | 3 | 36 | 00 | | |
| | 127 | 6 | 144 | 00 | | | | 138 | 2 | 36 | 00 | | |
| | 132 | 3 | 79 | 88 | | | 9.5 | | | | | 144 | 00 |
| | 152 | 4 | 89 | 00 | | | | Billed | 2-28-02 | | | | |
| | 152 | 6 | 132 | 75 | | | | | | | | | |
| | | | 493 | 63 | | | | | | | | | |
| 1-13 | 129 | 5 | 71 | 25 | | | | | | | | | |
| | 131 | 2 | 40 | 00 | | | | | | | | | |
| | 138 | 3 | 54 | 00 | | | | | | | | | |
| | | | 658 | 88 | | | | | | | | | |
| 1-20 | 138 | 6 | 108 | 00 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|---|
| 12-11 | KVP FALCON PLASTIC BELTING | 119063-1 | 228 | 66 |
| 12-13 | MOTION INDUSTRIES | IN54-692054 | 65 | 70 |
| 12-15 | MOTION INDUSTRIES | IN54-692137 | 70 | 87 |
| 12-17 | SHERWIN-WILLIAMS | 9544-9 | 113 | 24 |
| 12-13 | DO ALL | 2501 5913 | 58 | 72 |
| 12-29 | Motion Industries | IN54-692564 | 238 | 75 |
| 12-29 | Motion Industries | IN54-692531 | 676 | 40 |
| 1-2 | Motion Industries | IN54-692585 | 111 | 99 |
| 12-11 | ALRO STEEL CORP | BLK 2790 IN | 136 | 80 |
| 1-5 | Motion Industries | IN54-692683 | 97 | 09 |
| 1-10 | AIRO Steel | CAJ276542 | 293 | 95 |
| 1-18 | DoAll | 2501646 2 | 318 | 35 |
| | Billed 1-31-02 | | #3,650 | 45 |

648                                                                (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 11·18 | 104 | 6 | 96 00 | | 10·6 | 108 | 4.75 | 52 25 | |
| | 104 | 2 | 48 00 | | | 108 | 3.25 | 53 63 | |
| | 122 | 2 | 24 00 | | 8. | | | | 105.88 |
| 10° | | | 168 00 | | | Billed 10·31·02 | | | |
| | Billed 11-30-01 | | | | | | | | |
| 12-9 | 104 | 2 | 32 00 | | | | | | |
| 2. | | | 32 00 | | | | | | |
| 12-16 | 104 | 3 | 72 00 | | | | | | |
| | 122 | 3 | 54 00 | | | | | | |
| 8° | | | 158 00 | | | | | | |
| | Billed 12-31-01 | | | | | | | | |
| 1·13 | 104 | 2 | 32 00 | | | | | | |
| 2. | | | 32 00 | | | | | | |
| | Billed 1-31-02 | | | | | | | | |
| 2·3 | 138 | 3 | 54 00 | | | | | | |
| | 138 | 1 | 27 00 | | | | | | |
| 4. | | | 81 00 | | | | | | |
| | Billed 2-28-02 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT |
|------|--------|--|----------|--------|
| 11·14 | Staples | P39469 | Not | 1 046 85 |
| 12-6 | Dell | | Not | 5 138 00 |
| 11·28 | CompUSA | 67378 | 2/10EC | 5,141 95 |
| 11·14 | MicroXpress | 0625596 | -IN 0EC | 2 324 52 |
| 12-14 | Best Buys | | Not | 839 99 |
| | Billed 11-30-01 | | | $14,490 91 |

649

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-11 | 122 | 10 | 120 | 00 | | 1-27 | 151 | 13 | 234 | 00 | | |
| 10. | | | | 120 00 | | | 151 | 2 | 54 | 00 | | |
| 11-8 | 104 | 8 | 128 | 00 | | 93 | 0 | | 1818 | 00 | | |
| 18 | | | | 248 00 | | | Billed | 1-31-02 | | | | |
| | Billed | 11-30-01 | | | | 23 | 127 | 8 | 128 | 00 | | |
| 11-29 | 104 | 2 | 32 | 00 | | | 151 | 1 | 18 | 00 | | |
| 2. | | | | 32 00 | | 9. | | | | 146 00 | | |
| 12-23 | 104 | 3 | 48 | 00 | | | Billed | 2-28-02 | | | | |
| | 136 | 5 | 45 | 00 | | | | | | | | |
| | 151 | 29 | 522 | 00 | | | | | | | | |
| | 151 | 5 | 135 | 00 | | | | | | | | |
| 44 | 0 | | | 782 00 | | | | | | | | |
| | Billed | 12-31-01 | | | | | | | | | | |
| 1-6 | 151 | 24 | 432 | 00 | | | | | | | | |
| | 151 | 9 | 135 | 00 | | | | | | | | |
| 29. | | | | 567 00 | | | | | | | | |
| 1-13 | 151 | 40 | 720 | 00 | | | | | | | | |
| | 151 | 9 | 243 | 00 | | | | | | | | |
| 78. | | | | 1,530.00 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|---|---|---|---|---|---|
| 12-03 | KIRBY RISK | 92982747 | | 11 269 | 84 |
| 12-04 | KIRBY RISK | 92986276 | | 985 | 97 |
| 12-06 | KIRBY RISK | 92993450 | | 3812 | 09 |
| 12-10 | DoAll | 25015814 | | 561 | 15 |
| 12-10 | Kirby Risk Electrical | 93002931 | | 332 | 08 |
| | Billed 12-31-01 | | | 16,961 | 13 |
| 12-19 | KIRBY RISK | 93030350 | | 247 | 09 |
| 12-14 | NEFF ENGINEERING | 12474596 | | 3935 | 03 |
| 12-12 | KIRBY RISK | 93010047 | | 41 | 67 |
| 1-3 | Kirby Risk | 93055930 | | 145 | 00 |
| 1-4 | Kirby Risk | 93058876 | | 186 | 33 |
| 1-8 | Kirby Risk | 93066042 | | 492 | 80 |
| 1-8 | Kirby Risk | 93066043 | | (266 | 56) |
| 1-9 | Kirby Risk | 93070405 | | 689 | 42 |

(2)

649

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 1·14 | Kirby Risk    93081551 | | 719 24 |
| 1·25 | Kirby Risk    93113450 | | 228 00 |
| | Billed 1·31·02 | | $ 6418 02 |
| 3·12 | Kirby Risk    93232270 | | 1 033 60 |
| | **Billed 3·31·02** | | $ 1 033 60 |
| 6·25 | Auburn Plastics    114105 | | 5 40 |
| | Billed 7·31·02 | | $ 5 40 |

(1)

1208-650

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|--|-------|--|------|---------|-------|--------|--|-------|--|
| 1·9 | 58 | 3 | | | | | | | | | | | |
| 3· | | | | | | | | | | | | | |
| Billed 1-31-01 | | | | | | | | | | | | | |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|--|
| | | | | |

650

(2)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-13 | 103 | 6 | 102 | 00 | | | 125 | 8 | 96 | 00 | |
| | 104 | 4 | 64 | 00 | | | 125 | 5 | 90 | 00 | |
| | 107 | 2 | 18 | 00 | | | 132 | 3 | 53 | 25 | |
| | 108 | 30 | 330 | 00 | | | 136 | 5 | 45 | 00 | |
| | 23 | 27.75 | 346 | 88 | | | 145 | 25 | 231 | 25 | |
| | 125 | 16 | 192 | 00 | | | 159 | 17 | 153 | 00 | |
| | 125 | 3.5 | 63 | 00 | | | 162 | 12 | 108 | 00 | 51 |
| | 132 | 7 | 124 | 25 | | 2-13 | | | 2548 | | |
| | 132 | 6 | 159 | 75 | | 1-27 | 122 | 4 | 48 | 00 | |
| | 136 | 10 | 90 | 00 | | | 122 | 2 | 36 | 00 | |
| | 149 | 3 | 39 | 00 | | | 132 | 6 | 106 | 50 | |
| | 159 | 5.5 | 49 | 50 | | | 136 | 11.25 | 101 | 25 | |
| | 161 | 6 | 72 | 00 | | | 159 | 10.5 | 94 | 50 | 76 |
| | 162 | 5.5 | 49 | 50 | | 247.25 | | | 2934 | | |
| 132.25 | | | | | 1,699.88 | Billed | | 1-31-02 | | | |
| 1-20 | 103 | 1 | 17 | 00 | | 2-3 | 191 | 12 | 216 | 00 | |
| | 107 | 3 | 27 | 00 | | | 102 | 2 | 18 | 00 | |
| | 123 | 2.25 | 28 | 13 | | | 102 | 5 | 108 | 00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

3

652

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|--|-------|--|------|---------|-------|--------|--|-------|--|
| 12-23 | 106 | 5 | 50 | 00 | | | | | | | | | |
| | 152 | 5 | 73 | 75 | | | | | | | | | |
| | 163 | 2.5 | 25 | 00 | | | | | | | | | |
| 12⁵ | | | 158 | 75 | | | | | | | | | |
| Billed | 12-31-01 | | | | | | | | | | | | |
| 1-20 | 155 | 40 | 800 | 00 | | | | | | | | | |
| 40⁰ | | | | | 800 | 00 | | | | | | | |
| 1-27 | 155 | 24 | 480 | 00 | | | | | | | | | |
| 64⁰ | | | | | 1280 | 00 | | | | | | | |
| Billed | 1-31-02 | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|------|--------|--|----------|--------|--|
| 12-17 | McMASTER-CARR | 49680479 | | 17 | 25 |
| 12-11 | McMASTER-CARR | 49444700 | | 112 | 13 |
| | Billed 1-3-02 | | | 129 | 38 |
| 5-10 | Petty Cash | HOME DEPOT | | 8 | 63 |
| | Billed 8-31-02 | | | 8 | 63 |

653    (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|------|---------|-------|--------|--|-------|------|---------|-------|--------|--|-------|
| 3·3 | 122 | 2 | 24 | 00 | | | | | | | |
| 2. | | | 24 | 00 | | | | | | | |
| Billed 3-31-02 | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | | AMOUNT | |
|------|--------|----------|--|--------|--|
| 12-13 | C.RE FORM | D14676 – | IN | 24 711 | 79 |
| 12-17 | USF HOLLAND | 4447/048 | | 258 | 72 |
| 12-20 | INDIANA METAL | 239672-1 | | 22 | 00 |
| | Billed 1-31-02 | | | $24,98 | 51 |

654

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-27 | 131 | 38 | 760 | 00 | | | 160 | 36 | 504 | 00 | | |
| | 138 | 7 | 126 | 00 | | | 160 | 10 | 210 | 00 | | |
| | 152 | 5 | 73 | 75 | | | 163 | 16 | 224 | 00 | | |
| 50 | | | | | 259 75 | | | | 204.25 | | 3 113.12 | |
| | Billed 1-31-02 | | | | | 2-17 | 138 | 19 | 342 | 00 | | |
| 2-3 | 104 | 9 | 144 | 00 | | | | | 223.25 | | 3 455.12 | |
| | 106 | 5.5 | 55 | 00 | | | Billed 2-28-02 | | | | | |
| | 122 | 5 | 60 | 00 | | 3-31 | 108 | 10 | 110 | 00 | | |
| | 138 | 11 | 198 | 00 | | | 108 | 8 | 132 | 00 | | |
| | 152 | 2 | 29 | 50 | | 18 | | | | | 242 00 | |
| | 160 | 18 | 252 | 00 | | 4-7 | 108 | 15 | 165 | 00 | | |
| 50.5 | | | | | 738.50 | 33 | | | | | 407.00 | |
| 210 | 122 | 2 | 24 | 00 | | | Billed 4-30-02 | | | | | |
| | 127 | 22 | 352 | 00 | | | | | | | | |
| | 129 | 18.75 | 267 | 18 | | | | | | | | |
| | 138 | 7 | 126 | 00 | | | | | | | | |
| | 143 | 35.5 | 523 | 63 | | | | | | | | |
| | 43 | 6.5 | 143 | 81 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 1-25 | AIRO Steel    CAY2710PV | | 238 | 85 |
| 1-30 | AIRO Steel    CA2813IN | | 455 | 01 |
| 1-30 | AIRO Steel    CA2814IN | | 91 | 28 |
| 1-29 | R.L. Guimont    05486) | | 3 | 20 |
| 1-31 | Herman + Company    16143 | | 48 | 00 |
| 1-30 | Motion Industries    IN54-693688 | | 219 | 55 |
| 1-31 | Motion Industries    IN54-693801 | | 14 | 14 |
| 1-31 | Joseph T. Ryerson    429284 | | 39 | 49 |
| 1-28 | Tec Hackett    F-42134-D | | 35 | 99 |
| 2-7 | Herman & Company    16151 | | 48 | 00 |
| 2-7 | Herman + Company    16152 | | 398 | 00 |
| 2-7 | Indiana Metal    240893-1 | | 40 | 00 |
| 2-7 | Indiana Metal    241046-1 | | 51 | 50 |
| 1-28 | McMaster-Carr    51015858 | | 548 | 14 |

655                                          (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-20 | 152 | 5 | 110 | 63 | | 2-10 | 106 | 2.5 | 25 | 00 | | |
| 50 | | | | | 110 63 | | 127 | 10 | 160 | 00 | | |
| 1-27 | 104 | 8 | 128 | 00 | | | 127 | 5 | 130 | 00 | | |
| | 106 | 23.5 | 235 | 00 | | | 129 | 1.75 | 24 | 94 | | |
| | 122 | 1 | 12 | 00 | | | 129 | 2 | 43 | 75 | | |
| | 129 | 16 | 228 | 00 | | | 138 | 5 | 90 | 00 | | |
| | 129 | 7.25 | 154 | 97 | | | 152 | 5 | 73 | 75 | | |
| | 131 | 1 | 20 | 00 | | | 153 | 2 | 44 | 25 | | |
| | 138 | 7 | 126 | 00 | | | 163 | 5 | 70 | 00 | | |
| | 143 | 24 | 354 | 00 | | | 63 | 9 | 189 | 00 | | |
| | 152 | 10 | 147 | 50 | | 71.75 | | | | 1, | 156 | 94 |
| | 163 | 24 | 336 | 00 | | 2-17 | 104 | 2 | 32 | 00 | | |
| 126 75 | | | | | 1852 | | 104 | 2 | 48 | 00 | | |
| | Billed | | 1-31-03 | | | | 106 | 9 | 90 | 00 | | |
| 2-3 | 122 | 2 | 24 | 00 | | | 122 | 5 | 60 | 00 | | |
| | 129 | 5 | 71 | 25 | | | 127 | 4.5 | 72 | 00 | | |
| | 161 | 14 | 168 | 00 | | | 129 | 3 | 43 | 75 | | |
| | 161 | 3 | 54 | 00 | | | 138 | 2 | 36 | 00 | | |
| 24 | | | 317.25 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|---|---|---|---|---|---|
| 1-22 | R.L. Guimont | 084675 | | 9 | 33 |
| 1-22 | C & F Sales | 6010070 | | 428 | 40 |
| | Billed - 31-02 | | # | 437 | 73 |
| 1-31 | Indiana Metal | 240688-1 | | 40 | 00 |
| 1-31 | Indiana Metal | 240719-1 | | 40 | 00 |
| 2-7 | Indiana Metal | 240952-1 | | 40 | 00 |
| 2-8 | AIRO Steel | CBH27351N | | 50 | 37 |
| 2-14 | Indiana Metal | 241185-1 | | 22 | 00 |
| 2-14 | Indiana Metal | 241143-1 | | 23 | 00 |
| 2-8 | Mahr Federal | 00282068 | | 256 | 60 |
| 2-11 | Motion Industries | 1N54-694101 | | 9 | 48 |
| 2-19 | Motion Industries | 1N54-694445 | | 147 | 77 |
| 2-21 | Indiana Metal | 241348-1 | | 40 | 00 |
| 2-21 | Indiana Metal | 241277-1 | | 22 | 00 |