3

656

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1-27 | 125 | 1 | 12 00 | | | | | | |
| | 103 | 1 | 17 00 | | | | | | |
| 2.0 | | | | 29 00 | | | | | |
| Billed 1-31-02 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(2)

1208-705

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12-31 | 28 | 9.75 | 01 | 85 | | | | | |
| 1-2 | 15 | 9 | 01 | 85 | | | | | |
| | 28 | 9.75 | 01 | 85 | | | | | |
| 1-3 | 28 | 1.75 | 01 | 85 | | | | | |
| 1-4 | 28 | 2.75 | 01 | 89 | | | | | |
| 33 | | | | | | | | | |

Billed 1-31-02

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

3

(7)

705

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 104 | 6 | 96 00 |  | 1-20 | 138 | 2 | 36 00 |  |
|  | 104 | 3 | 72 00 |  | 16° |  |  |  | 234 00 |
|  | 119 | 40 | 800 00 |  | 1-27 | 125 | 2 | 24 00 |  |
|  | 127 | 1 | 16 00 |  |  | 132 | 2 | 25 50 |  |
|  | 136 | 2 | 18 00 |  |  | 136 | 3 | 27 00 |  |
|  | 138 | 11 | 198 00 |  |  | 138 | 4 | 72 00 |  |
|  | 143 | 1 | 14 75 |  | 27° |  |  |  | 292 50 |
|  | 150 | 40 | 880 00 |  |  | Billed 1-31-02 |  |  |  |
|  | 152 | 5 | 73 75 |  | 2-3 | 101 | 9 | 108 00 |  |
|  | 152 | 8 | 177 00 |  |  | 102 | 9.5 | 85 50 |  |
|  | 156 | 24 | 480 00 |  |  | 103 | 1 | 17 00 |  |
|  | 159 | 13 | 117 00 |  |  | 107 | 3 | 27 00 |  |
| 7-25 | 25 |  | 124 03 | 13 |  | 125 | 9 | 108 00 |  |
|  | Billed 12-31-01 |  |  |  |  | 129 | 7.5 | 106 87 |  |
| 1-6 | 122 | 4 | 72 00 |  |  | 132 | 3 | 53 25 |  |
|  | 136 | 6 | 54 00 |  |  | 132 | 2 | 53 25 |  |
| 10.' |  |  | 126 00 |  |  | 136 | 2 | 18 00 |  |
| 1-13 | 138 | 4 | 72 00 |  |  | 138 | 3 | 54 00 |  |
| 14.' |  |  | 198 00 |  |  |  |  |  |  |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
|  |  |  |  |

3

(2)

705

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 147 | 1 | 11 | 50 | | | | 145 | 17 | 157 | 25 | | |
| | 149 | 2 | 39 | 00 | | | | 147 | 10 | 115 | 00 | | |
| 13.° | | | 207. | 88 | | | | 149 | 8 | 104 | 00 | | |
| 6-24 | 132 | 1 | 17 | 75 | | | | 66.25 | | | | 780.37 | |
| 14° | | | 225 | 63 | | | | Billed 8-31-01 | | | | | |
| Billed 6-30-01 | | | | | | | 9.30 | 103 | 1.5 | 25 | 50 | | |
| 7-1 | 101 | 1 | 12 | 00 | | | | 125 | 2 | 36 | 00 | | |
| | 132 | 2 | 35 | 50 | | | 3.5 | | | | | 61.50 | |
| 3.° | | | 47 | 50 | | | 10·7 | 101 | 2 | 24 | 00 | | |
| 7.22 | 101 | 1 | 12 | 00 | | | | 103 | 4 | 68 | 00 | | |
| | 125 | 1 | 12 | 00 | | | | 107 | 8.5 | 76 | 50 | | |
| | 132 | 2 | 35 | 50 | | | | 123 | 13 | 162 | 50 | | |
| 7.° | | | 107. | 00 | | | | 132 | 6 | 106 | 50 | | |
| Billed 7-31-01 | | | | | | | | 132 | 2.5 | 66 | 56 | | |
| 8-26 | 101 | 15 | 180 | 00 | | | | 149 | 2 | 26 | 00 | | |
| | 107 | 1.5 | 13 | 50 | | | | 147 | 2.5 | 48 | 75 | | |
| | 123 | 9.75 | 121 | 87 | | | | 161 | 17 | 204 | 00 | | |
| | 132 | 5 | 88 | 75 | | | 61.4 | | | | | 844.31 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 12-20 | TURNING POINT TOOL | 1355 | 1699 | 50 |
| 12-13 | WURTH/SERVICE SUPPLY | 25027032-01 | 23 | 20 |
| 12-13 | Do ALL | 2501591 3 | 58 | 72 |
| 12-17 | Hardmetal Tooling | 1638 | 351 | 95 |
| 12-18 | CIRCLE CITY HEATING | 193452 | 141 | 60 |
| 1-23 | Atlanta Belting | 7651 | 67 | 02 |
| | Billed 1-31-02 | | $2559 | 33 |
| 1-30 | Turning Point Tool | 1376 | 685 | 00 |
| | Billed 2-28-02 | | $685 | 00 |

3

709                                                                                                 (2)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 7:30 | 101 | 3 | 36.00 | | | 125 | 2 | 24.00 | |
| | 101 | 1 | 18.00 | | | 132 | 5 | 80.00 | |
| | 107 | 4 | 36.00 | | | 145 | 13 | 120.25 | |
| | 107 | 2.5 | 33.75 | | | 147 | 4 | 46.00 | |
| | 125 | 10 | 120.00 | | | 149 | 4 | 52.00 | |
| | 125 | 1 | 18.00 | | | 157 | 2 | 44.00 | |
| | 132 | 9.75 | 156.00 | | | 161 | .5 | 6.00 | |
| | 132 | 3 | 72.00 | | 119.75 | | | | 1,542.50 |
| | 145 | 10 | 92.50 | | 8.13 | 125 | 2 | 24.00 | |
| | 147 | 8 | 92.00 | | 121.75 | | | | 1,566.50 |
| | 147 | 4 | 69.00 | | | Billed 8-31-00 | | | |
| | 149 | 10 | 130.00 | | 1.13 | 127 | 1 | 16.00 | |
| | 157 | 3 | 66.00 | | 1. | | | | 16.00 |
| | 161 | 3 | 36.00 | | | Billed 1-31-02 | | | |
| | 161 | 4 | 72.00 | | | | | | |
| 76.25 | | | | 1,047.25 | | | | | |
| 8-6 | 107 | 11 | 99.00 | | | | | | |
| | 122 | 2 | 24.00 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

720    (5)

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1-20 | 104 | 2 | 22 00 | | | 138 | 1 | 18 00 | |
| | 104 | 3 | 72 00 | | | 152 | 5 | 110 63 | |
| | 129 | 14.75 | 210 19 | | | 160 | 8 | 112 00 | |
| | 129 | 2.25 | 48 09 | | 155.75 | | | 29 59 | 88 |
| | 152 | 6 | 88 50 | | | Billed 2-28-02 | | | |
| 41° | | | | 626 78 | 3-3 | 104 | 8 | 68 00 | |
| | Billed 1-31-02 | | | | | 104 | 3 | 72 00 | |
| 2-10 | 119 | 16 | 320 00 | | | 119 | 32 | 640 00 | |
| 16° | | | | 320 00 | | 132 | 4 | 106 50 | |
| 2-17 | 119 | 36 | 720 00 | | | 152 | 1 | 14 75 | |
| | 122 | 4 | 72 00 | | 48° | | | | |
| 56° | | | | 112 00 | | | | | 961 25 |
| 2-24 | 104 | 7.75 | 124 00 | | 3-10 | 104 | 6 | 96 00 | |
| | 104 | 1 | 24 00 | | | 129 | 8.75 | 124 69 | |
| | 119 | 40 | 800 00 | | | 143 | 3 | 44 25 | |
| | 127 | 29 | 464 00 | | 65.75 | | | 1,226 19 | |
| | 132 | 2 | 36 50 | | 3-17 | 138 | 6 | 108 00 | |
| | 132 | 6 | 59 75 | | | 143 | 7 | 103 25 | |
| | | | | | | 152 | 5 | 73 75 | |

MATERIAL 83 25   1511.19
Billed 3-31-02

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 5-15 | DO ALL | 25018899 | 31 41 |
| 5-15 | McMASTER-CARR | 55280318 | 27 01 |
| 5-16 | McMASTER-CARR | 55335560 | 11 17 |
| 5-16 | DO ALL | 25018935 | 28 79 |
| 5-17 | McMASTER-CARR | 55385158 | 214 90 |
| 5-17 | PLUMBERS SUPPLY Co | 100672 | 5 00 |
| | Billed 5-31-02 | | 502 24 |
| 5-21 | Butz Lumber | I92394 | 72 66 |
| 5-21 | Butz Lumber | I92289 | 194 56 |
| 5-22 | Wurth/Service Supply | 25032799-02 | 15 12 |
| 6-10 | Ace Supply | 273529-01 | 424 97 |
| 6-12 | Auburn Plastics | 113904 | 194 00 |
| 6-11 | McMaster-Carr | 56280434 | 13 98 |
| 6-12 | Reid Tool Supply | 2550665 | 35 67 |

3

720                                                                (3)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9-16 | 129 | 1.25 | 17 81 | | | 143 | 11 | 162 25 | |
| 5.75 | | | 84 74 | | | 123 | 4 | 88 50 | |
| | 107 | 9.25 | | | | 152 | 4 | 59 00 | |
| 9-30 | 107 | 2 | 18 00 | | 91.75 | | | | 1,550.13 |
| 2. | | | | 18 00 | Billed 10-31-01 | | | | |
| 10-7 | 104 | 2 | 32 00 | | 11-11 | 104 | 4 | 64 00 | |
| 4. | | | | 50 00 | 4. | | | | 64.00 |
| 10-14 | 115 | 9 | 135 00 | | 11-18 | 104 | 2 | 32 00 | |
| | | | 108 00 | | | 104 | 3 | 72 00 | |
| | 143 | 2 | 29 50 | | | 106 | .5 | 5 00 | |
| | 152 | 1 | 14 75 | | | 106 | 5.5 | 82 50 | |
| | | | 154 88 | | | 127 | 3 | 72 00 | |
| 27. | | | | 492.13 | | 129 | 6 | 85 50 | |
| 10-21 | | | 88 50 | | | 29 | .25 | 5 34 | |
| | | | 267 75 | | | 132 | 3.5 | 62 13 | |
| 43.75 | | | | 848.38 | | 138 | 2 | 54 00 | |
| 10-28 | 106 | 12 | 120 00 | | 29 | 75 | | | 534 47 |
| | 127 | 17 | 272 00 | | 11-25 | 104 | 4 | 96 00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 1-8 | Auburn Plastics | 110924 | 110 50 |
| 1-14 | Auburn Plastics | 111035 | 276 48 |
| 1-18 | J&F Distributing | 181288 | 28 50 |
| | Billed 1-31-02 | | $ 415 48 |
| 2-15 | McMaster-Carr | 51790051 | 25 89 |
| 2-19 | W.W. Grainger | 973-539657-5 | 4 65 |
| 2-19 | W.W. Grainger | 369-361744-5 | 164 71 |
| | Billed 2-28-02 | | $ 195 25 |
| 3-21 | W.W. Grainger | 937-528988-2 | 117 49 |
| 3-22 | McMaster-Carr | 5203 7913 | 30 08 |
| 3-22 | McMaster-Carr | 5205 8670 | 39 79 |
| 3-1 | Auburn Plastics | 111959 | 229 60 |
| 2-21 | W.W. Grainger | 369-520382-2 | (67 06) |
| 2-19 | W.W. Grainger | 937-384160-1 | 74 91 |

726 (17)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 136 | 5 | 45 | 00 | | 2-3 | 107 | 17 | 153 | 00 | |
| | 149 | 4.5 | 58 | 50 | | | 132 | 3 | 53 | 25 | |
| | 162 | 4 | 36 | 00 | | | 132 | 3 | 79 | 88 | |
| 88° | | | 1182 | 25 | | | 136 | 6 | 54 | 00 | |
| 1-27 | 102 | 15.5 | 139 | 50 | | | 159 | 6 | 144 | 00 | |
| | 102 | 3 | 40 | 50 | | | 162 | 22.5 | 202 | 50 | |
| | 104 | 4 | 64 | 00 | | | 162 | 1 | 13 | 50 | |
| | 107 | 18 | 162 | 00 | | 68.5 | | | | | 700.13 |
| | 123 | 1 | 12 | 50 | | 2-10 | 101 | 2 | 24 | 00 | |
| | 132 | 3 | 52 | 25 | | | 102 | 3.5 | 31 | 50 | |
| | 132 | 3 | 79 | 87 | | | 132 | 7 | 124 | 25 | |
| | 136 | 7 | 63 | 00 | | | 145 | 2 | 18 | 50 | |
| | 136 | 2 | 27 | 00 | | | 149 | 4 | 52 | 00 | |
| | 159 | 22.5 | 202 | 50 | | | 159 | 3 | 40 | 50 | |
| | 161 | 10.5 | 126 | 00 | | | 162 | 5 | 45 | 00 | |
| | 162 | 38.5 | 346 | 50 | | | 162 | 5 | 67 | 50 | |
| 216 | | | 2498 | 27 | | 100 | | | | | 1,103.38 |
| Billed | | 1-31-02 | | | | 2-17 | 101 | 2 | 24 | 00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

3

745

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 10-22 | 125 | 4 | 72 00 |  |  |  |  |  |  |
| 4° |  |  |  | 72.00 |  |  |  |  |  |
| Billed 10-31-00 |  |  |  |  |  |  |  |  |  |
| 12-17 | 125 | 11 | 132 00 |  |  |  |  |  |  |
| 11° |  |  |  | 132.00 |  |  |  |  |  |
| Billed 12-31-00 |  |  |  |  |  |  |  |  |  |
| 1-13 | 159 | 13 | 117 00 |  |  |  |  |  |  |
| 13' |  |  |  | 117.00 |  |  |  |  |  |
| Billed 1-31-02 |  |  |  |  |  |  |  |  |  |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
|  |  |  |  |

1208-746         (3)

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 1·14 | 38 | 1 | | | | | | | |
| 1·15 | 38 | 1 | | | | | | | |
| 3. | | | | | | | | | |
| Billed | 1-31-02 | | | | | | | | |

LABOR

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

(6)

746

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12-9 | 104 | 2 | 32 00 | | 2-3 | 122 | 2 | 24 00 | |
| | | | | 64 00 | | 132 | 2 | 35 50 | |
| 12-16 | 131 | 24 | 480 00 | | | 140 | 22 | 440 00 | |
| 28° | | | | 544 00 | 2-6 | | | | 499.50 |
| | Billed 12-31-01 | | | | 210 | 104 | 2 | 32 00 | |
| 1-6 | 104 | 2 | 32 00 | | | 104 | 4.75 | 114 00 | |
| | 122 | 2 | 24 00 | | | 140 | 32 | 640 00 | |
| 4° | | | | 56 00 | | 159 | 8 | 72 00 | |
| 1-13 | 104 | 3 | 48 00 | | 72.75 | | | | 1,357.50 |
| | 104 | 4 | 96 00 | | 2-17 | 104 | 6 | 96 00 | |
| | 122 | 3 | 36 00 | | | 107 | 2 | 18 00 | |
| | 140 | 8 | 160 00 | | | 159 | 2.75 | 24 75 | |
| 22 | | | | 396.00 | | 162 | 2 | 18 00 | 25 |
| 1-20 | 104 | 5 | 80 00 | | 85 | | | 1,514 | |
| | 122 | 1 | 12 00 | | | Billed 2-28-02 | | | |
| | 140 | 40 | 800 00 | | | | | | |
| 68° | | | | 1288 00 | | | | | |
| 1-27 | 140 | 40 | 800 00 | | | | | | |
| 108.0 | Billed 1-31-02 | | 2088 00 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 2-13 | Behrens Co Inc | 62262 | 34 77 |
| 3-13 | Hoosier Rubber | 1018155-01 | 1,439 06 |
| | Billed 3-31-01 | | $ 1,571 99 |
| 3-19 | Wurth/Service Supply | 22009756-01 | 53 87 |
| | Billed 4-30-01 | | $ 53 87 |
| 5-7 | Kirby Risk | 92403453 | 101 54 |
| 5-11 | Kirby Risk | 92417536 | 17 00 |
| 5-15 | McMaster-Carr | 41861385 | 22 57 |
| | Billed 5-31-01 | | $ 141 11 |
| 8-7 | J+F Distributing | 174788 | 212 71 |
| 8-10 | Plumbers Supply | 810603 | 60 07 |
| | Billed 8-31-01 | | $ 272 78 |
| 9-10 | Mutual Pipe | 1032972-01 | 25 22 |
| 9-10 | Neff Engineering | 12465955 | 349 83 |

(8)

746

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      |         |       |        |       |      |         |       |        |       |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 1-8  | Sherwin-Williams   1253-7 |  | 89 53 |
| 1-16 | Sidener Engineering  I80205-0 |  | 184 00 |
| 1-16 | Neff Engineering   1247688 |  | 224 46 |
| 1-21 | Tec-Hackett   I-41286-0 |  | 15 69 |
| 1-25 | Mosier Fluid Power  I-45433-0 |  | 360 22 |
| 1-23 | Neff Engineering   1247745B |  | 407 82 |
| 1-15 | Sutton-Garten   09027 |  | 172 40 |
|      | billed 1-31-02 |  | $3,050 51 |
| 1-30 | CMT   0100247-IN |  | 492 71 |
| 1-30 | J a F Distributing   181857 |  | 143 00 |
| 1-30 | McMaster-Carr   51086434 |  | 116 35 |
| 1-28 | Neff Engineering   12477869 |  | 40 45 |
| 1-31 | AIRO Steel   CA525571N |  | 95 58 |
| 2-6  | Neff Engineering   12478837 |  | 546 71 |

# 3

(6)

751

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 5-6 | 192 | 1 | 12 00 | | | | | | |
| | 132 | 3 | 72 00 | | | | | | |
| 5- | | | | 96 00 | | | | | |
| Billed 5-31-01 | | | | | | | | | |
| 1-6 | 145 | 15 | 138 75 | | | | | | |
| 15- | | | | 138.75 | | | | | |
| Billed 1-31-02 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(2)

754

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 125 | 1 | 12 00 |  |  |  |  |  |  |
|  | 132 | 7 | 112 00 |  |  |  |  |  |  |
|  | 145 | 5 | 46 25 |  |  |  |  |  |  |
|  | 147 | 4 | 46 00 |  |  |  |  |  |  |
|  | 147 | 4 | 69 00 |  |  |  |  |  |  |
|  | 149 | 1.5 | 19 50 |  |  |  |  |  |  |
| 38.5 |  |  | 471 75 |  |  |  |  |  |  |
| Billed 3-31-01 |
| 12-23 | 103 | 1 | 17 00 |  |  |  |  |  |  |
| 1° |  |  | 17 00 |  |  |  |  |  |  |
| Billed 12-31-01 |
| 1-6 | 101 | 5.25 | 63 00 |  |  |  |  |  |  |
| 5.25 |  |  | 63.00 |  |  |  |  |  |  |
| 1-13 | 101 | 3 | 36 00 |  |  |  |  |  |  |
|  | 101 | 3 | 54 00 |  |  |  |  |  |  |
|  | 145 | 2 | 18 50 |  |  |  |  |  |  |
|  | 145 | 4 | 55 50 |  |  |  |  |  |  |
| 17.25 |  |  | 227.00 |  |  |  |  |  |  |
| Billed 1-31-02 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
|  |  |  |  |

3

(1)

761

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12-24 | 101 | 10 | 120 00 | | | 145 | 2 | 27 75 | |
| | 107 | 10 | 90 00 | | 4. | | | | 46.25 |
| | 111 | 17 | 176 80 | | | Billed 6-30-01 | | | |
| | 122 | 8.75 | 105 00 | | 1-20 | 152 | 3 | 44 25 | |
| | 125 | 4 | 48 00 | | | 160 | 16 | 224 00 | |
| | 125 | 2 | 36 00 | | 19° | | | | 268 25 |
| | 132 | 10 | 160 00 | | | Billed 1-31-02 | | | |
| | 132 | 3 | 72 00 | | 4-28 | 163 | 1.25 | 17 50 | |
| | 147 | 5 | 57 50 | | 1.25 | | | | 17.50 |
| | 147 | 3.5 | 60 38 | | | Billed 5-31-02 | | | |
| | 149 | 11 | 143 00 | | | | | | |
| | 161 | 2 | 24 00 | | | | | | |
| 86.25 | | | 1,092 68 | | | | | | |
| Billed 12-31-00 | | | | | | | | | |
| 3-18 | 101 | 1 | 12 00 | | | | | | |
| 1° | | | 12 00 | | | | | | |
| Billed 3-31-00 | | | | | | | | | |
| 6-3 | 145 | 2 | 18 50 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 2-9-00 | CONSOLIDATED FREIGHTWAYS 758-359825 | | 1157 17 |
| | Billed 3-31-01 | | $ 1157 17 |
| 6-25 | Cole-Parmer | 4467475 | 46 61 |
| | Billed 7-31-01 | | $ 46 61 |

3

764   (3)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 5-20 | 116 | 24 | 480 00 |  | 1-20 | 122 | 3 | 36 00 |  |
| 32. |  |  |  | 640 00 | 43 |  |  |  | 36 00 |
| 5-27 | 116 | 2 | 40 00 |  | 1-27 | 117 | 8 | 160 00 |  |
|  | 117 | 6 | 120 00 |  |  | 155 | 8 | 160 00 |  |
| 40. |  |  |  | 800 00 | 59 |  |  |  | 1156 00 |
| Billed 5-31-01 |  |  |  |  | Billed 1-31-02 |  |  |  |  |
| 7-22 | 138 | 1 | 18 00 |  | 2-3 | 151 | 5 | 90 00 |  |
| 1. |  |  |  | 18 00 |  | 151 | 9 | 243 00 |  |
| Billed 7-31-01 |  |  |  |  | 14. |  |  |  | 333 00 |
| 7-29 | 138 | 2 | 36 00 |  | 2-10 | 117 | 8 | 160 00 |  |
| 2. |  |  |  | 36 00 |  | 151 | 21 | 378 00 |  |
| Billed 8-31-01 |  |  |  |  |  | 151 | 7 | 189 00 |  |
| 12-9 | 152 | 3 | 44 25 |  | 50 |  |  |  | 1,060 00 |
| 3. |  |  |  | 44 25 | Billed 2-28-02 |  |  |  |  |
| 12-23 | 131 | 5 | 100 00 |  | 4-14 | 161 | 2 | 36 00 |  |
| 8 |  |  |  | 144 25 | 2. |  |  |  | 36 00 |
| Billed 12-31-01 |  |  |  |  | 4-21 | 151 | 3 | 54 00 |  |
| 1-13 | 155 | 40 | 800 00 |  |  | 161 | 5 | 60 00 |  |
| 40. |  |  | 800 00 |  | 9. |  |  |  | 150 00 |

MATERIAL   Billed 4-30-02

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 1-18 | D+V Precision | 52447 | 200 00 |
| 3-19 | Wurth Service Supply | 22009602-02 | 59 17 |
|  | Billed 4-30-01 |  | $ 259 17 |
| 5-8 | Wurth Service | 22009602-03 | 107 33 |
|  | Billed 5-31-01 |  | $ 107 33 |
| 7-19 | Joseph T. Ryerson | 18-108951 | 47 30 |
| 7-25 | Joseph T. Ryerson | 18-118984 | 88 63 |
|  | Billed 8-31-01 |  | $ 135 93 |
| 12-10 | Alro Steel | BLJ29161N | 87 68 |
|  | Billed 12-31-01 |  | $ 87 68 |
| 12-19 | Alro Steel | BLS26441N | 148 99 |
| 1-8 | Auburn Plastics | 110924 | 20 42 |
| 1-16 | Herman & Company | 16119 | 290 00 |
| 1-16 | Rollie Williams | 968169 | 13 38 |
|  | Billed 1-31-02 |  | $ 472.79 |

(2)

766

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      |         |       |        |       |      |         |       |        |       |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 10-4 | Mobile Storage | 1149416-005 | 145 20 |
| 10-17 | The Mobile Storage | 1145823-006 | 145 20 |
|  | Billed 10-31-01 | | $ 435 60 |
| 11-1 | The Mobile Storage | 1149416-006 | 145 20 |
|  | Billed 11-30-01 | | $ 145 20 |
| 11-14 | The Mobile Storage | 1145823-007 | 145 20 |
| 11-29 | The Mobile Storage | 1149416-007 | 145 20 |
|  | Billed 12-31-01 | | 290 40 |
| 12-12 | Mobile Storage | 1145823-008 | 145 20 |
| 12-27 | Mobile Storage | 1149416-008 | 145 20 |
| 1-9 | Mobile Storage | 1145823-009 | 145 20 |
|  | Billed 1-31-02 | | $ 435 60 |
| 1-24 | Mobile Storage | 1149416-009 | 145 20 |
| 2-6 | Mobile Storage | 1145823-010 | 145 20 |
|  | Billed 2-28-02 | | $290.40 |