773       (3)

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 5-27 | 122 | 1 | 12 00 | | | | | | |
| 49, | | | | 972 00 | | | | | |
| Billed 5-31-01 | | | | | | | | | |
| 2-10 | 163 | 1 | 14 00 | | | | | | |
| 1: | | | | 14 00 | | | | | |
| Billed 2-28-02 | | | | | | | | | |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 4-9 | INDIANA METAL TRTNG | 232472-1 | 22 00 |
| 4-4 | McMASTER-CARR SUPPLY | 40336566 | 51 62 |
| 4-6 | QUALITY MILL SUPPLY | 2060050-01 | 47 43 |
| 4-10 | TOOLING TECHNOLOGY | 1049188-01 | 34 07 |
| 3-2 | Associated Spring | 963558 | 119 97 |
| | Billed 4-30-01 | | $1,382 98 |
| 4-24 | Indiana Metal Treating | 232802-1 | 55 00 |
| 4-16 | Motion Industries | IN54-683052 | 1,211 17 |
| 4-25 | Standard Die Supply | 132250 | 230 00 |
| | Billed 5-31-01 | | $1,496 17 |
| 5-24 | Indiana Metal Treating | 234015-1 | 115 50 |
| | Billed 6-30-01 | | # 115 50 |
| 12-14 | NEFF ENGINEERING | 1247455 | 444 73 |
| | Billed 1-31-02 | | # 444 73 |

1208-778 (7)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12-21 | 38 | 1 | | | 1-16 | 14 | 2 | 01 92 | |
| 4-4 | Billed 12-31-01 | | | | | 22 | 3 | 01 32 | |
| 12-31 | 22 | 2.5 | 01 92 | | 1-17 | 14 | 6 | 01 92 | |
| 1-2 | 22 | 11 | 01 92 | | 1-18 | 22 | 1 | 01 92 | |
| 1-3 | 22 | 10 | 01 92 | | 1-24 | .5 | | | |
| 1-4 | 22 | 9 | 11 92 | | 1-21 | 38 | 1 | | |
| 1-5 | 22 | 7 | 01 92 | | 1-22 | 20 | 5.5 | 01 92 | |
| 39.5 | | | | | 1-23 | 20 | 10 | 01 92 | |
| 1-7 | 22 | 11 | 01 92 | | 1-24 | 20 | 8 | 01 92 | |
| 1-8 | 22 | 11 | 01 92 | | 1-49 | | | | |
| 1-9 | 22 | 7 | 01 92 | | Billed 1-31-02 | | | | |
| 1-10 | 22 | 5 | 01 92 | | 2-19 | 22 | 7 | 01 98 | |
| | 22 | 1 | 01 92 | | 2-20 | 22 | 8 | 01 98 | |
| 1-11 | 22 | 10 | 01 92 | | 2-21 | 22 | 2 | 01 98 | |
| 1-12 | 22 | 6 | 01 92 | | 2-22 | 22 | 9 | 01 98 | |
| 93.5 | | | | | 2-23 | 22 | 7 | 01 98 | |
| 1-14 | 22 | 9 | 01 92 | | 33 | | | | |
| 1-15 | 22 | 10 | 01 92 | | Billed 2-28-02 | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(7)

## 778 LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1-6 | 138 | 6 | 108 00 |  | 2-3 | 104 | 6 | 96 00 |  |
| 6. |  |  |  | 108.00 |  | 122 | 2 | 24 00 |  |
| 1-13 | 104 | 5 | 80 00 |  |  | 122 | 1 | 18 00 |  |
|  | 108 | 10 | 110 00 |  |  | 132 | 2 | 35 50 |  |
|  | 123 | 10 | 125 00 |  |  | 138 | 10 | 180 00 |  |
|  | 127 | 3 | 48 00 |  |  | 138 | 8 | 216 00 |  |
|  | 138 | 3 | 54 00 |  |  | 162 | 1.5 | 13 50 |  |
|  | 160 | 3 | 42 00 |  |  | 62 | 1 | 13 50 |  |
| 39. |  |  | 567.00 |  | 31.5 |  |  |  | 596.50 |
| 1-20 | 123 | 4.25 | 79 69 |  | 2-10 | 104 | 7 | 112 00 |  |
|  | 127 | 10 | 160 00 |  |  | 106 | 13.75 | 137 50 |  |
|  | 138 | 2 | 36 00 |  |  | 106 | 1 | 15 00 |  |
|  | 152 | 3 | 44 25 |  |  | 122 | 3 | 36 00 |  |
| 58.25 |  |  | 886 94 |  | 56.25 |  |  |  | 897.00 |
| 1-27 | 104 | 2 | 32 00 |  | 2-17 | 104 | 8 | 128 00 |  |
|  | 122 | 1 | 12 00 |  |  | 104 | 4 | 96 00 |  |
|  | 122 | 4 | 72 00 |  |  | 106 | 8 | 80 00 |  |
| 65.25 |  |  | 1002 94 |  |  | 138 | 2 | 26 00 |  |
| Billed 1-31-02 |  |  | MATERIAL 78.25 |  |  |  |  | 1237 00 |  |

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 8-13 | Motion Industries | IN54-687536 | 37 58 |
| 8-21 | Motion Industries | IN54-687848 | 141 68 |
|  | Billed 8-31-01 |  | $4,940 84 |
| 8-28 | Wurth Service Supply | 25023433-01 | 183 63 |
| 8-28 | McMaster-Carr | 45738947 | 4 64 |
| 9-4 | Coatings Technology | 200541 | 80 00 |
| 9-5 | Indiana Metal Treating | 236888-1 | 11 90 |
| 9-5 | Indiana Metal Treating | 236889-1 | 20 00 |
| 9-5 | Indiana Metal Treating | 236925-1 | 22 00 |
| 9-5 | Indiana Metal Treating | 236783-1 | 40 00 |
| 9-5 | Indiana Metal Treating | 236718-1 | 40 00 |
| 9-12 | Associated Spring | 9678846 | 44 31 |
| 9-13 | Indiana Metal Treating | 236954-1 | 40 00 |
| 9-13 | Indiana Metal Treating | 237027-1 | 20 00 |

778 (10)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 5-5 | 103 | 1 | 17 00 | | 5-12 | 104 | 4 | 64 00 | |
| | 104 | 6.5 | 104 00 | | | 106 | 3.5 | 35 00 | |
| | 106 | 4.5 | 45 00 | | | 127 | 10 | 160 00 | |
| | 122 | 2 | 24 00 | | | 129 | 7 | 99 74 | |
| | 123 | 8 | 100 00 | | | 143 | 11 | 162 25 | |
| | 127 | 35 | 560 00 | | | 152 | 8 | 118 00 | |
| | 127 | 4 | 96 00 | | | 152 | 5 | 110 63 | |
| | 129 | 16.75 | 238 68 | | | 160 | 10 | 140 00 | |
| | 138 | 29 | 522 00 | | | 160 | 3 | 63 00 | |
| | 143 | 40 | 590 00 | | | 162 | 2 | 18 00 | |
| | 143 | 10 | 221 25 | | | 162 | 1.5 | 20 25 | |
| | 144 | 4 | 36 00 | | | 163 | 16 | 224 00 | |
| | 153 | 14 | 206 50 | | 5-90 | 75 | | | 8912 55 |
| | 160 | 34 | 476 00 | | 5-19 | 104 | 6 | 96 00 | |
| | 160 | 5 | 105 00 | | | 106 | 27 | 270 00 | |
| | 162 | 4 | 36 00 | | | 127 | 8 | 128 00 | |
| | 163 | 22 | 308 00 | | | 129 | 16.5 | 235 12 | |
| 509.75 | | | 7697.68 | | | 143 | 30 | 442 50 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 12-27 | Indiana Metal | 239888-1 | 40 00 |
| 12-13 | Do All | 2501591 | 58 72 |
| 1-2 | Motion Industries | IN54-692600 | 424 22 |
| 12-17 | ALRO STEEL CORP | BLQ2691TL | 456 86 |
| 1-9 | Motion Industries | IN54-692798 | 107 12 |
| 1-14 | DoAll | 2501635 | 85 44 |
| 1-25 | Circle City Hent | 194035 | 260 50 |
| | Billed 1-31-02 | | #1628 73 |
| 1-31 | R.L. Guimont | 084920 | 2 96 |
| 1-31 | Indiana Metal | 240697-1 | 40 00 |
| 2-1 | Reid Tool Supply | 2479845 | 12 57 |
| 2-4 | ALRO Steel | CBD2493IN | 212 03 |
| 2-5 | Auburn Plastics | 111459 | 37 00 |
| 1-31 | McMaster Carr | 51146291 | 14 93 |

(3)

1208-779

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12.20 | 38 | 1 | | | 3.6 | 20 | 4 | | |
| 12.21 | 38 | 2 | | | 3.7 | 20 | 9 | 02 06 | |
| 3. | | | | | 3.8 | 28 | 3.5 | 02 06 | |
| Billed 12-31-01 | | | | | 3.9 | 28 | 4 | 02 06 | |
| 1.16 | 38 | 2 | | | | 35 | 6.5 | 02 06 | |
| 2. | | | | | 50 | | | 02 12 | |
| 1.23 | 38 | 1 | | | 3.11 | 28 | 9.5 | 02 06 | |
| 1.25 | 38 | 2 | | | | 37 | 1 | 02 12 | |
| 5. | | | | | 3.12 | 28 | 2.25 | 02 06 | |
| Billed 1-31-02 | | | | | | 37 | 4 | 02 12 | |
| 1.28 | 38 | 2 | | | | 38 | 1 | | |
| 2. | | | | | 3.13 | 14 | 9 | 02 06 | |
| 2.7 | 38 | 1 | | | | 21 | .5 | 02 06 | |
| 3. | | | | | | 22 | 1.5 | 02 06 | |
| Billed 2-28-02 | | | | | | 28 | 9.5 | 02 12 | |
| 2.28 | 38 | 1 | | | | 38 | 2 | | |
| 4. | | | | | 3.14 | 14 | 4 | 02 06 | |
| 3.5 | 20 | 2 | 02 06 | | | 14 | 5 | 02 15 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(9)

779

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 143 | 7 | 102 25 |  | 2-10 | 101 | 2 | 24 00 |  |
|  | 143 | 1 | 22 13 |  |  | 101 | 3 | 54 00 |  |
|  | 152 | 10 | 147 50 |  |  | 122 | 15 | 180 00 |  |
|  | 163 | 10 | 210 00 |  |  | 127 | 8 | 128 00 |  |
| 8-6 |  |  | 1405 14 |  |  | 127 | 5 | 120 00 |  |
|  | Billed | 1-31-02 |  |  |  | 129 | 6.5 | 149 62 |  |
| 2-3 | 106 | 1.5 | 15 00 |  |  | 138 | 13 | 234 00 |  |
|  | 122 | 4 | 48 00 |  |  | 138 | 8 | 216 00 |  |
|  | 122 | 5 | 90 00 |  |  | 143 | 4.5 | 66 38 |  |
|  | 127 | 5 | 120 00 |  |  | 152 | 5 | 73 75 |  |
|  | 129 | 20 | 289 00 |  |  | 161 | 29.5 | 354 00 |  |
|  | 129 | 9 | 192 38 |  |  | 161 | 4 | 72 00 |  |
|  | 143 | 3.5 | 51 62 |  |  | 163 | 14 | 196 00 |  |
|  | 143 | 2 | 44 25 |  | 2-12.5 |  |  | 3,336 13 |  |
|  | 152 | 10 | 147 50 |  | 2-17 | 106 | 5.5 | 55 00 |  |
|  | 152 | 5 | 110 63 |  |  | 122 | 5 | 60 00 |  |
|  | 160 | 10 | 140 00 |  |  | 122 | 5 | 90 00 |  |
|  | 163 | 16 | 224 00 |  |  | 127 | 1.5 | 24 00 |  |
| 91. |  | 1,468.38 |  |  |  |  |  |  |  |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 8-31 | Anderson Tool | 18618 | 535 00 |
| 9-19 | Wurth/Service Supply | 25023703-03 | 140 38 |
|  | Billed |  | $ 3,2166 79 |
| 9-19 | Garcor Supply | 1008994-01 | 643 96 |
| 9-24 | Garcor Supply | 1008994-02 | 20 73 |
| 9-27 | Herman & Co. | 15975 | 3,708 00 |
| 9-27 | Herman & Co. | 15976 | 1,992 00 |
| 9-27 | McMaster-Carr | 46785364 | 100 18 |
| 10-3 | Alro Steel | BJC 26441N | 120 48 |
| 10-5 | Jack Dustman | 106801 | 28 31 |
| 9-28 | McMaster-Carr | 46835799 | 37 83 |
| 9-28 | McMaster-Carr | 46848329 | 36 92 |
| 10-2 | McMaster-Carr | 46968087 | 72 59 |
| 10-3 | McMaster-Carr | 46933270 | 122 64 |

(13)

# 779

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      | 143     | 3.5   | 51 62  |       |      |         |       |        |       |
|      | 163     | 18.5  | 259 00 |       |      |         |       |        |       |
|      | 163     | 8     | 168 00 |       |      |         |       |        |       |
| 125.0 |        |       |        | 2034.24 |    |         |       |        |       |
| Billed 12-30-01 | | | | | | | | | |
| 6-30 | 163    | 20    | 280 00 |       |      |         |       |        |       |
|      | 163    | 2     | 42 00  |       |      |         |       |        |       |
| 22   |        |       |        | 322 00 |     |         |       |        |       |
| 7-21 | 111    | 4     | 66 00  |       |      |         |       |        |       |
|      | 138    | 5     | 90 00  |       |      |         |       |        |       |
|      | 152    | 5     | 73 75  |       |      |         |       |        |       |
|      | 163    | 2.5   | 35 00  |       |      |         |       |        |       |
| 38.5 |        |       |        | 586 75 |     |         |       |        |       |
| Billed 7-31-02 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 11-16 | Primetech | F. 25360-0 | 454 22 |
|      | Billed 12-31-01 | | $454 22 |
| 12-10 | Wurth/Serv. Sup | 25025503-5001 | 27 90 |
| 12-17 | Mc. Master-Carr | 49680331 | 70 46 |
| 1-7  | Herman & Company | 16111 | 189 00 |
| 1-9  | McMaster-Carr | 50258096 | 65 14 |
| 1-16 | Kirby Risk | 93688452 | 38 05 |
| 1-14 | McMaster-Carr | 50417066 | 217 70 |
| 1-16 | Wurth/Service | 25027934-01 | 304 92 |
| 1-18 | Wurth/Service | 25027798-01 | 51 90 |
| 1-25 | Auburn Plastics | 111296 | 162 80 |
| 1-24 | Indiana Metal | 240482-1 | 22 00 |
| 1-23 | Indiana Metal | 25028164-01 | 7 73 |
|      | Billed 1-31-02 | | $1,157 60 |

(5)

790

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|---|-------|------|---------|-------|--------|---|-------|---|
|      | 102     | 25    | 225    | 00 |      | 2-3  | 101     | 5     | 60     | 00 |      |   |
|      | 103     | 2     | 34     | 00 |      |      | 107     | 1     | 9      | 00 |      |   |
|      | 107     | 25    | 225    | 00 |      |      | 145     | 9     | 83     | 25 |      |   |
|      | 125     | 4     | 48     | 00 |      |      | 149     | 3     | 39     | 00 |      |   |
|      | 125     | 5     | 90     | 00 |      |      | 159     | 1     | 9      | 00 |      |   |
|      | 132     | 10    | 177    | 50 |      | 19:  |         |       |        |   | 200  | 25 |
|      | 136     | 13    | 117    | 00 |      |      | Billed 2-28-02 | | | | | |
|      | 145     | 5     | 46     | 25 |      | 3-24 | 101     | 9     | 108    | 00 |      |   |
|      | 145     | 5     | 69     | 38 |      |      | 101     | 6     | 108    | 00 |      |   |
|      | 149     | 5     | 65     | 00 |      |      | 107     | 2     | 18     | 00 |      |   |
| 203  | 0       |       | 27     | 17 |      |      | 121     | 4     | 36     | 00 |      |   |
| 1-27 | 101     | 7     | 84     | 00 |      |      | 132     | 3     | 79     | 88 |      |   |
|      | 103     | 1     | 17     | 00 |      |      | 145     | 7     | 64     | 75 |      |   |
|      | 125     | 5     | 60     | 00 |      |      | 145     | 5     | 69     | 38 |      |   |
|      | 132     | 2     | 35     | 50 |      |      | 149     | 6     | 78     | 00 |      |   |
|      | 136     | 4.75  | 42     | 75 |      | 42   | 0       |       |        |   | 562  | 01 |
|      | 145     | 8     | 74     | 00 | 38   |      | Billed 3-31-02 | | | | | |
| 60   | 75      |       | 303    | 0  |      | 3-31 | 121     | 2     | 18     | 00 |      |   |

Billed 1-31-02

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
|      |        |          |        |

(a)

794

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 6-10 | 106 | 10.75 | 107 50 | | | | | | |
|  | 138 | 3 | 54 00 | | | | | | |
| 33.75 | | | 372 50 | | | | | | |
| Billed 6-30-01 | | | | | | | | | |
| 8-26 | 163 | 3 | 42 00 | | | | | | |
| 3. | | | 42 00 | | | | | | |
| Billed 8-31-01 | | | | | | | | | |
| 12-2 | 163 | 8.5 | 119 00 | | | | | | |
| 8.5 | | | 119 00 | | | | | | |
| 12-9 | 161 | 2 | 24 00 | | | | | | |
| 10.5 | | | 143 00 | | | | | | |
| Billed 12-31-01 | | | | | | | | | |
| 1-6 | 102 | 4 | 36 00 | | | | | | |
| 4. | | | 36 00 | | | | | | |
| Billed 1-31-02 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 6-29 | Motion Industries  IN54-686066 | | 1,375 72 |
|  | Billed 7-31-01 | | $1,375 72 |
| 7-18 | Lab Safety  1000937664 | | 11 48 |
|  | Billed 8-31-01 | | $ 11 48 |

(a)

1208-795    (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 5-9  | 38      | 1     |        |       |      |         |       |        |       |
| 5-11 | 38      | 3     |        |       |      |         |       |        |       |
| 4°   |         |       |        |       |      |         |       |        |       |
| Billed 5-31-01 |    |       |        |       |      |         |       |        |       |
| 1-10 | 38      | 3     |        |       |      |         |       |        |       |
| 3.   |         |       |        |       |      |         |       |        |       |
| Billed 1-31-02 |    |       |        |       |      |         |       |        |       |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
|      |        |          |        |

795 (3)

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12-5 | 138 | 1 | 18 00 | | | 117 | 16 | 320 00 | |
| | | | | 18.00 | | 122 | 1 | 12 00 | |
| 12-16 | 104 | 2 | 32 00 | | | 151 | 27 | 486 00 | |
| | 122 | 2 | 24 00 | | | 151 | 7 | 189 00 | |
| 16-5 | | | | 237 00 | | 161 | 5 | 60 00 | |
| 12-23 | 122 | 2 | 24 00 | | 170 25 | | | | |
| 18-5 | | | | 261 00 | | | | 2913 75 | |
| Billed 12-31-01 | | | | | Billed 1-31-02 | | | | |
| 1-13 | 104 | 5 | 72 00 | | 2-3 | 117 | 13 | 260 00 | |
| | 122 | 3 | 36 00 | | | 151 | 8 | 144 00 | |
| 6.1 | | | | 108.00 | 21.1 | | | | 404.00 |
| 1-20 | 122 | 6 | 72 00 | | 2-10 | 104 | 8 | 128 00 | |
| | 151 | 40 | 720 00 | | | 104 | 3 | 72 00 | |
| | 151 | 8.25 | 222 75 | | | 117 | 13. | 260 00 | |
| | 161 | 40 | 480 00 | | | 151 | 10 | 180 00 | |
| | 161 | 10 | 180 00 | | 35. | | | | 1044 00 |
| 110 25 | | | | 1782 75 | 2-17 | 101 | 2 | 24 00 | |
| 1-27 | 104 | 4 | 64 00 | | | 102 | 5 | 45 00 | |
| | | | | | | 104 | 7 | 112 00 | |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 12-20 | Wurth/Serv Sup | 2502631-01 | 174 22 |
| 12-12 | Wurth/Serv Sup | 2502696250-1 | 166 42 |
| 12-18 | Alro Steel Corp | BLR2766PV | 530 77 |
| 1-7 | Auburn Plastics | 110898 | 576 92 |
| 1-3 | DoAll | 2501617 | 152 42 |
| 1-4 | Harrington Industrial | 02720439 | 142 65 |
| 1-7 | Harrington Industrial | 02720445 | 494 10 |
| 1-10 | J+F Distributing | 180992 | 177 00 |
| 1-10 | Kirby Risk | 93073879 | 122 13 |
| 1-3 | McMaster-Carr | 50047381 | 33 37 |
| 1-8 | McMaster-Carr | 50198949 | 123 95 |
| 1-4 | Wurth/Service Supply | 2502742801 | 58 12 |
| 1-14 | Auburn Plastics | 111035 | 16 80 |
| 1-11 | Harrington Industrial | 02720544 | 16 14 |

(4)

795

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 107 | 2 | 18 | 00 | | | | | | | | | |
| | 117 | 12 | 240 | 00 | | | | | | | | | |
| | 159 | 2 | 18 | 00 | | | | | | | | | |
| | 161 | 16.5 | 198 | 00 | | | | | | | | | |
| | 162 | 2 | 18 | 00 | | | | | | | | | |
| 103.5 | | | | | 1717 | 00 | | | | | | | |
| Billed 2-28-02 | | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 1.14 | Harrington Industrial | 02720558 | 29 | 58 |
| 1.14 | J+F Distributing | 181145 | 2 | 82 |
| 1.11 | Kirby Risk | 9307706.3 | 42 | 98 |
| 1.10 | Wurth/Service Supply | 25027666.01 | 137 | 75 |
| 1.17 | W.W. Grainger | 973-365743 | 73 | 75 |
| 1.18 | Harrington Industrial | 02720633 | 9 | 79 |
| 1.18 | Ulrich Chemical | 656579 | 1,049 | 90 |
| 1.18 | Venture Measurement | 150307 | 540 | 14 |
| 1.24 | Harrington | 02720729 | 43 | 29 |
| 1.22 | Indiana Oxygen | 530900 | 104 | 23 |
| 1.23 | J+F Distributing | 181389 | 10 | 32 |
| 1.23 | Kirby Risk | 93106385 | 211 | 01 |
| 1.24 | Kirby Risk | 93109463 | 18 | 68 |
| | Billed 1-31-02 | | $6,168 | 32 |

796 (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 6-17 | 108 | 37.5 | 412 50 | | | | | | |
| 37.5 | | | 412 50 | | | | | | |
| Billed 6-30-01 | | | | | | | | | |
| 7-22 | 119 | 15.75 | 315 00 | | | | | | |
| | 150 | 24 | 528 00 | | | | | | |
| | 156 | 40 | 800 00 | | | | | | |
| 79.75 | | | 1,643 00 | | | | | | |
| Billed 7-31-01 | | | | | | | | | |
| 9-16 | 108 | 8 | 88 00 | | | | | | |
| 8° | | | 88 00 | | | | | | |
| Billed 9-30-01 | | | | | | | | | |
| 12-23 | 104 | 5 | 80 00 | | | | | | |
| 5° | | | 80 00 | | | | | | |
| Billed 12-31-01 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 7-18 | Motion Industries | IN54-686596 | 216 77 |
| 8-6 | Indiana Metal Treating | 235829-1 | 39 50 |
| | Billed 8-31-01 | | $ 256 27 |
| 9-14 | Cams, Inc. | 33921 | 5,560 00 |
| | Billed 9-30-01 | | $ 5,560 00 |
| 12-19 | Bob's Tool & Cutter | 124566 | 40 00 |
| 1-9 | Egenolf Contracting | 55254 | 185 33 |
| | Billed 1-31-02 | | $ 225 33 |

(5)

797

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 152 | 10 | 147 | 50 | | | 2-17 | 104 | 2 | 48 | 00 | | |
| | 156 | 40 | 800 | 00 | | | | 132 | 0 | | | 2493 | 00 |
| | 160 | 4 | 56 | 00 | | | | Billed 2-28-02 | | | | | |
| | 163 | 10 | 140 | 00 | | | 3-10 | 156 | 32 | 640 | 00 | | |
| 52 | 6° | | | | 9792 | 8° | | 32 | ° | | | 640 | 00 |
| | Billed 1-31-02 | | | | | | 3-17 | 119 | 8 | 160 | 00 | | |
| 2-3 | 104 | 4 | 64 | 00 | | | | 156 | 16 | 320 | 00 | | |
| | 119 | 40 | 800 | 00 | | | 56° | | | | | 1120 | 00 |
| | 122 | 5 | 60 | 00 | | | 3-24 | 119 | 36.75 | 735 | 00 | | |
| | 127 | 6 | 96 | 00 | | | | 156 | 32 | 640 | 00 | | |
| | 132 | 2 | 35 | 50 | | | 124 | 75 | | | | 2495 | 00 |
| | 138 | 5 | 90 | 00 | | | | Billed 3-31-02 | | | | | |
| | 152 | 10 | 147 | 50 | | | 3-31 | 119 | 16 | 320 | 00 | | |
| | 156 | 40 | 800 | 00 | | | | 156 | 16 | 320 | 00 | | |
| 112 | | | 2093 | 00 | | | 32 | ' | | | | 640 | 00 |
| 2-10 | 104 | 2 | 32 | 00 | | | | Billed 4-30-02 | | | | | |
| | 119 | 16 | 320 | 00 | | | | | | | | | |
| 130 | | | 2445 | 00 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 10-23 | ALRO STEEL CORP BJW2495DY | | 212 | 56 |
| 11-5 | INDIANA METAL TRING 238506-1 | | 56 | 00 |
| | Billed 11-30-01 | | $ 268 | 56 |
| 12-4 | HARD METAL TOOLING 1619 | | 898 | 72 |
| | Billed 12-31-01 | | $ 898 | 72 |
| 12-31 | Butler Tool & Die | 8299 | 939 | 64 |
| 12-21 | WILLIAMSON POLISHING | 077396 | 94 | 92 |
| 1-17 | Butler Tool & Die | 2017 | 393 | 72 |
| 1-16 | R.L. Guimont | 084555 | 49 | 14 |
| 1-18 | Clark & Osborne | 24316 | 188 | 79 |
| 1-18 | Applied Industrial | 18374899 | 7 | 68 |
| 1-24 | Indiana Metal | 240519-1 | 40 | 00 |
| 1-18 | Lee Spring Co. | 267937 | 83 | 70 |
| 1-24 | State Machinery | 1779 | 123 | 50 |
| | Billed 1-31-02 | | $1,921 | 09 |

798   (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 7-22 | 106 | 2 | 20 00 | | 1-6 | 108 | 24 | 264 00 | |
| | 138 | 4 | 72 00 | | | 108 | 4 | 66 00 | |
| | 143 | 4 | 59 00 | | | 123 | 24 | 300 00 | |
| | 143 | 6 | 132 75 | | | 123 | 3.25 | 60 92 | |
| 16 | | | | 283 75 | 55.25 | | | | 690.92 |
| Billed 7-31-01 | | | | | 1-20 | 108 | 28 | 308 00 | |
| 7-29 | 108 | 13 | 143 00 | | | 108 | 7 | 115 50 | |
| | 143 | 38 | 560 50 | | | 123 | 33 | 412 50 | |
| | 152 | 2 | 44 25 | | | 123 | 5 | 93 75 | |
| 53.0 | | | | 747.75 | 128 | 25 | | | 1620 67 |
| 8-5 | 108 | 10 | 110 00 | | 1-27 | 108 | 35 | 385 00 | |
| | 115 | 5.5 | 123 75 | | | 123 | 36 | 450 00 | |
| | 122 | 2 | 24 00 | | 199 | 25 | | | 2455 67 |
| | 138 | 8 | 216 00 | | Billed 1-31-02 | | | | |
| | 152 | 25 | 368 75 | | 2-3 | 108 | 40 | 440 00 | |
| 103.5 | | | 1590 25 | | | 123 | 32 | 400 00 | |
| Billed 8-31-01 | | | | | 72 | | | | 840.00 |
| 9-16 | 161 | 10 | 120 00 | | 2-10 | 108 | 15 | 165 00 | |
| 10 | | | 120 00 | | | | | | |
| Billed 9-30-01 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 8-6 | Indiana Metal Treating | 236016-1 | 22 00 |
| | Billed 8-31-01 | | $ 22 00 |
| 12-12 | ALRO STEEL CORP | BLL2824 IN | 109 98 |
| | Billed 1-3-02 | | $ 109 98 |
| 2-25 | Employee Expense   B.J.P | | 1,986 81 |
| 3-6 | Dolen Tool Sales | 1014199.01 | 36 87 |
| 3-7 | Circle City | A4851 | 45 00 |
| 3-7 | DoAll | 25017478 | 103 49 |
| 3-7 | R.L. Guimont | 085623 | 38 53 |
| 3-5 | Kirby Risk | 9321325 | 84 03 |
| 3-4 | Kirby Risk | 2481147 | 157 81 |
| | Billed 3-31-02 | | $2452 51 |

934 (27)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-27 | 101 | 22 | 264 | 00 | | | 2-3 | 101 | 9 | 108 | 00 | | |
| | 101 | 11 | 198 | 00 | | | | 103 | 4 | 68 | 00 | | |
| | 102 | 3 | 27 | 00 | | | | 125 | 3 | 36 | 00 | | |
| | 102 | 6 | 81 | 00 | | | | 145 | 9 | 83 | 25 | | |
| | 103 | 9 | 153 | 00 | | | | 149 | 6 | 78 | 00 | | |
| | 107 | 12 | 108 | 00 | | | 31 | | | | | 373 | 25 |
| | 125 | 23 | 276 | 00 | | | 2-10 | 125 | 8.5 | 102 | 00 | | |
| | 125 | 4 | 72 | 00 | | | 39.6 | | | | | 475 | 25 |
| | 132 | 18 | 319 | 50 | | | 2-17 | 101 | 16 | 192 | 00 | | |
| | 132 | 9 | 239 | 63 | | | | 101 | 3 | 54 | 00 | | |
| | 136 | 11 | 99 | 00 | | | | 102 | 16 | 144 | 00 | | |
| | 145 | 18 | 166 | 50 | | | | 102 | 6 | 81 | 00 | | |
| | 145 | 9 | 124 | 88 | | | | 103 | 2 | 34 | 00 | | |
| | 149 | 9.25 | 120 | 25 | | | | 107 | 1 | 9 | 00 | | |
| | 161 | 5 | 60 | 00 | | | | 125 | 12 | 144 | 00 | | |
| | 161 | 5 | 90 | 00 | | | | 125 | 3 | 54 | 00 | | |
| 483.75 | | | 5887 | 63 | | | | 145 | 27 | 249 | 75 | | |
| Billed 1-31-02 | | | | | | | | 145 | 6 | 83 | 25 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| | | | | |

(13)

948

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      |         |       |        |       |      |         |       |        |       |

## MATERIAL

| DATE  | VENDOR                    | INV. NO. | AMOUNT   |
|-------|---------------------------|----------|----------|
| 11-28 | Comp USA                  |          | 152 72   |
|       | Billed 12-31-01           |          | 152 72   |
| 12-11 | Dell Computer  710943234  |          | 2689 00  |
|       | Billed 1-31-02            |          | $2689 00 |

(32)

962

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 159 | 8 | 108 00 |  | 12-9 | 104 | 3 | 48 00 |  |
| 40-4 |  |  | 82 12 |  |  | 122 | 2 | 36 00 |  |
| 11-25 | 102 | 18 | 162 00 |  |  | 131 | 40 | 800 00 |  |
|  | 102 | 2.5 | 33 75 |  |  | 131 | 5 | 150 00 |  |
|  | 104 | 9 | 144 00 |  | 134 | 0 |  |  | 2,550.50 |
|  | 104 | 4 | 96 00 |  | 12-14 | 102 | 3 | 40 50 |  |
|  | 159 | 20 | 180 00 |  | 137 | 0 |  |  |  |
|  | 159 | 6 | 81 00 |  |  |  |  | 2,591 00 |  |
|  | 161 | 9 | 108 00 |  | Billed 12-31-01 |  |  |  |  |
|  | 161 | 7 | 126 00 |  | 1-6 | 104 | 1 | 16 00 |  |
| 480 |  |  | 9142 75 |  |  |  |  |  | 16 00 |
| Billed 11-30-01 |  |  |  |  | Billed 1-31-02 |  |  |  |  |
| 12-2 | 102 | 16.5 | 48 50 |  |  |  |  |  |  |
|  | 104 | 4 | 64 00 |  |  |  |  |  |  |
|  | 117 | 2 | 40 00 |  |  |  |  |  |  |
|  | 131 | 32 | 640 00 |  |  |  |  |  |  |
|  | 131 | 15 | 450 00 |  |  |  |  |  |  |
|  | 161 | 14.5 | 174 00 |  |  |  |  |  |  |
| 84 |  |  | 1,516.50 |  |  |  |  |  |  |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 7-23 | Kirby Risk | 9207673 | 256 08 |
| 7-17 | McMaster-Carr | 44129365 | 43 85 |
| 7-26 | Motion Industries | IN54-686896 | 476 69 |
| 7-26 | Staples | P57050 | 10 46 |
| 7-17 | Wurth/Service Supply | 25021868-01 | 23 10 |
| 6-13 | Petty Cash | Meijer Gas | 4 17 |
| 6-13 | Petty Cash | Ham. Co. Treasurer | 44 68 |
| 7-30 | W.W. Grainger | 937-152249-2 | 65 84 |
| 7-31 | W.W. Grainger | 369-137051-8 | (87 00) |
| 7-31 | McMaster-Carr | 44646269 | 99 05 |
| 7-31 | Plumbers Supply | 801908 | 27 76 |
| 7-30 | R.L. Gumont | 080870 | 66 85 |
| 8-8 | Kirby Risk Electrical | 9365-7238 | 108 73 |
| 8-7 | Wurth/Service Supply | 25021868-02 | 2 75 |

(38)

962

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      |         |       |        |       |      |         |       |        |       |

## MATERIAL

| DATE  | VENDOR                              | INV. NO.       | AMOUNT     |
|-------|-------------------------------------|----------------|------------|
| 11-15 | KIRBY RISK                          | 92939842       | 79 55      |
| 11-19 | EMPLOYEE EXP                        | R.G.M.         | 1057 55    |
| 11-19 | EMPLOYEE EXP                        | R.G.M.         | 1961 05    |
|       | Billed 11-30-01                     |                | $8582 98   |
| 11-9  | Butz Lumber                         | I 74296        | 416 59     |
| 11-29 | Linc Systems                        | 0178425-IN     | 102 70     |
| 11-30 | Duro Flex                           | 17171          | 1,680 00   |
| 11-28 | Consolidated Freightways            | 677-308364     | 752 21     |
| 12-11 | Employee Expense                    | R.G.M.         | 1,679 96   |
| 12-11 | Lowe's                              |                | 14 64      |
|       | Billed 12-31-01                     |                | $4646 10   |
| 12-12 | KVP Falcon Plastic Belting          | 117276-2       | 1,920 00   |
| 12-13 | KIRBY RISK                          | 9301504 8      | 305 95     |
| 1-22  | Herman & Company                    | 16126          | 348 00     |
|       | Billed 1-31-02                      |                | $2573.95   |