# UNIVERSAL

## TOOL & ENGINEERING CO., INC.

7601 E. 88th Place   Indianapolis, Indiana  46256

(317)  842-8999

| | |
|---|---|
| GENERAL MOTORS CORP. | **INVOICE #**　　　**25696** |
| WORLDWIDE PURCHASING | Date　　　October 31, 2002 |
| | Purchase Order #　　JBB00302 |
| P.O. BOX 1360 | Requisition #　　DRD 243699 |
| FLINT,  MI  48501-1360 | Our #　　SEE ATTACHED |
| | Terms:  Net 10th & 25th |

====================================================================

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|

====================================================================

TO COVER LABOR AND MATERIALS FOR DEVELOPMENT OF
BATTERIES PER COST REIMBURSEMENT CONTRACT BA006 & EXHIBIT B.


ITEM 001:  GPR-JGB00302001
PLANT 1 LABOR:

| | | | |
|---|---|---|---|
| | 495.75 Hrs. @ $27.72 | | 13,742.19 |
| DOUBLETIME | _____ Hrs. @ $42.00 | | |

ITEM 002:  GPR-JGB00302002
PLANT 3 LABOR:

| | | | |
|---|---|---|---|
| | 4,529.25 Hrs. @ $27.72 | | 125,550.81 |
| DOUBLETIME | _____ Hrs. @ $42.00 | | |

ITEM 003:  GPR-JGB00302003
PLANT 3 MATERIAL: (SEE ATTACHED)

| | | |
|---|---|---|
| | 37,363.16 | |
| Plus 15% | 5,604.48 | 42,967.64 |


**TOTAL**　　　**$**　　　**182,260.64**

PARTILE / PARTIAL

*[handwritten]* last shows still owed 2495.54

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

"Seller agrees, in connection with the production of the articles and/or the performance of the services specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938, as amended.  All invoices must carry the following certificate in order to be passed for payment:

"Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

DETAIL SHEET FOR UNIVERSAL INVOICE #          25696          DRD243699/JGB00302

ITEM 001  GPR-JGB00302001          PLANT 1 LABOR
ITEM 002  GPR-JGB00302002          PLANT 3 LABOR
ITEM 003  GPR-JGB00302003          PLANT 3 MATERIALS

**(610)**          **TBS SAMPLE BUILDS  JCJC 00216**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ 126.5 HRS. @ $27.72          =          3,506.58

PLANT 3 MATERIALS          _____ 133.85  +15%          20.08 =          153.93

          TOTAL          3,660.51

**(611)**          **THIN GRID DEVELOPMENT  JEZE 39451**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

          TOTAL

**(612)**          **CHARGE SPOOLS FOR NEW BRUNSWICK JBJB 00246**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

          TOTAL

**(613)**          **COLLEGE CO-OP  JDJD 00093**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ 13.5 HRS. @ $27.72          =          374.22

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

          TOTAL          374.22

**(618)**          **DISPLAY BATTERIES  JEZE 39389**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ____1 HRS. @ $27.72          =                          27.72

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                    TOTAL          27.72 ✓

**(621)**          **INDEX WHEEL FOR CA-LE**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                    TOTAL

**(622)**          **BMW HR DEVELOPMENT  JEZE 39473**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                    TOTAL

**(625)**          **AGM C.O.S. FOR NEST ASSEMBLY  JEJE 01513**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                    TOTAL

**(628)**          **CONTINUOUS PASTE MIXING  JEZE 39586**

PLANT 1 LABOR          ____8 HRS. @ $27.72          =                          221.76

PLANT 3 LABOR          ____154.75 HRS. @ $27.72          =                     4,289.67

PLANT 3 MATERIALS          ____360.45 +15%          54.07 =          414.52

                                                    TOTAL          4,925.95 ✓

**(642)**          **STAND-BY POWER CASE-OUT FIXTURE  JEZE 39589**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ___1.5__ HRS. @ $27.72          =                    41.58

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL          41.58 ✓

**(645)**          **NEW FREEDOM/LIFETIME BATTERY JEZE39585**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ___451__ HRS. @ $27.72          =                    12,501.72

PLANT 3 MATERIALS          __1792.5__  +15%          __268.87__ =          __2,061.37__

                                                            TOTAL          14,563.09 ✓

**(646)**          **CONVEYOR/FINAL DATE CODE JCJC 00239**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(647)**          **MQ PLATES FOR DRX  JCJC 00214**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(648)**          **INTERACTIVE DEVICES  JEZE 36524**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ___8.0__ HRS. @ $27.72          =                    221.76

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL          221.76 ✓

**(670)**        LBS MANUFAC. ENG. DEV.  JEZE 31201

PLANT 1 LABOR _____ HRS. @ $27.72          =

PLANT 3 LABOR _____2.0_ HRS. @ $27.72          =                          55.44

PLANT 3 MATERIALS _____ +15%    _____ =    _____

                                                        TOTAL        55.44 ✓

**(671)**          #6 ENCAPSULATOR FOR OLATHE

PLANT 1 LABOR _____ HRS. @ $27.72          =

PLANT 3 LABOR _____ HRS. @ $27.72          =

PLANT 3 MATERIALS _____ +15%    _____ =    _____

                                                        TOTAL

**(672)**          #7 ENCAPSULATOR FOR OLATHE

PLANT 1 LABOR _____ HRS. @ $27.72          =

PLANT 3 LABOR _____ HRS. @ $27.72          =

PLANT 3 MATERIALS _____ +15%    _____ =    _____

                                                        TOTAL

**(673)**        COMINCO LINE (LABOR ONLY) JEZE 36525

PLANT 1 LABOR _____ HRS. @ $27.72          =

PLANT 3 LABOR _____5.0_ HRS. @ $27.72          =                          138.60

PLANT 3 MATERIALS _____ +15%    _____ =    _____

                                                        TOTAL        138.60 ✓

**(674)**        COMINCO LINE (MATERIAL ONLY)  JEZE 36524

PLANT 1 LABOR _____ HRS. @ $27.72          =

PLANT 3 LABOR _____ HRS. @ $27.72          =

PLANT 3 MATERIALS _____ +15%    _____ =    _____

                                                        TOTAL

**(675)**          **AGM GREEN GROUP CONVEYORS JCJC 00297**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(676)**          **GAGE BLOCKS JCJC  00225**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(677)**          **FLASH & BURN MACHINE  JCJC 00308**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(678)**          **ANAHEIM PILOT EXPANDER DIES  JCJC 00318**

PLANT 1 LABOR          ___10 HRS. @ $27.72          =          277.20

PLANT 3 LABOR          ___106.5 HRS. @ $27.72          =          2,952.18

PLANT 3 MATERIALS          ___3717.27  +15%          557.59 =          4,274.86

                                                            TOTAL          7,504.24 ✓

**(679)**          **BUILDING "7" CHARGES  JE8390 09306**

PLANT 1 LABOR          ___17 HRS. @ $27.72          =          471.24

PLANT 3 LABOR          ___59.0 HRS. @ $27.72          =          1,635.48

PLANT 3 MATERIALS          ___484.00  +15%          72.60 =          556.60

                                                            TOTAL          2,663.32 ✓

**(681)**          **ELECTRODE LAMINATOR  JEJE 01806**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          __12.0__ HRS. @ $27.72          =                              332.64

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                    TOTAL          332.64 ✓

**(682)**          **WIRE SCHEDULE DEV.  JEZE 39585**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                    TOTAL

**(683)**          **CA-LE CUTTIN ON JUNCTIONS "R.JONES"**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                    TOTAL

**(684)**          **#1 NEW BRUNSWICK REVITALIZATION JBJB00292**

PLANT 1 LABOR          __113.5__ HRS. @ $27.72          =                              3,146.22

PLANT 3 LABOR          __226.0__ HRS. @ $27.72          =                              6,264.72

PLANT 3 MATERIALS          __1024.59__ +15%          153.69 =          1,178.28

                                                                    TOTAL          10,589.22 ✓

**(685)**          **#2 NEW BRUNSWICK REVITALIZATION JBJB 00293**

PLANT 1 LABOR          __66__ HRS. @ $27.72          =                              1,829.52

PLANT 3 LABOR          __380.8__ HRS. @ $27.72          =                              10,554.39

PLANT 3 MATERIALS          __2186__ +15%          327.90 =          2,513.90

                                                                    TOTAL          14,897.81 ✓

**(687)**         **#4 NEW BRUNSWICK REVITALIZATION JBJB 00295**

PLANT 1 LABOR _____ HRS. @ $27.72         =

PLANT 3 LABOR _____5 HRS. @ $27.72         =         138.60

PLANT 3 MATERIALS _____452.82 +15%     67.92 =     520.74

                                        TOTAL    659.34 ✓

**(688)**         **#5 NEW BRUNSWICK REVITALIZATION JBJB 00296**

PLANT 1 LABOR _____ HRS. @ $27.72         =

PLANT 3 LABOR ____16.0 HRS. @ $27.72         =         443.52

PLANT 3 MATERIALS _____ +15%     _____ =     _____

                                        TOTAL    443.52 ✓

**(690)**         **DUAL HI-RATE (OLATHE) JD 7000 01460**

PLANT 1 LABOR _____ HRS. @ $27.72         =

PLANT 3 LABOR ____17.00 HRS. @ $27.72         =         471.24

PLANT 3 MATERIALS ____1428.94 +15%     214.34 =     1,643.28

                                        TOTAL    2,114.52 ✓

**(691)**         **#1 TERMINAL PROTECTOR PLACERS  JBJB 00299**

PLANT 1 LABOR _____3 HRS. @ $27.72         =         83.16

PLANT 3 LABOR ____165.0 HRS. @ $27.72         =         4,573.80

PLANT 3 MATERIALS ____1914.92 +15%     287.24 =     2,202.16

                                        TOTAL    6,859.12 ✓

**(692)**         **#2 TERMINAL PROTECTOR PLACERS  JBJB 00300**

PLANT 1 LABOR _____ HRS. @ $27.72         =

PLANT 3 LABOR ____255.3 HRS. @ $27.72         =         7,075.53

PLANT 3 MATERIALS ____140.94 +15%     21.14 =     162.08

                                        TOTAL    7,237.61 ✓

**(693)**          **#1 HEAT SEALER  JBJB 00298**

PLANT 1 LABOR          27 HRS. @ $27.72          =          748.44

PLANT 3 LABOR          251.5 HRS. @ $27.72          =          6,971.58

PLANT 3 MATERIALS          8508.67  +15%     1276.30 =          9,784.97

                                        TOTAL     17,504.99

**(694)**          **#2 HEAT SEALER  JBJB 00297**

PLANT 1 LABOR          27.5 HRS. @ $27.72          =          762.30

PLANT 3 LABOR          263.3 HRS. @ $27.72          =          7,297.29

PLANT 3 MATERIALS          8,800.97  +15%     1,320.15  =          10,121.12

                                        TOTAL     18,180.71

**(695)**          **E. V. PLATE RUNS  JB2400**

PLANT 1 LABOR          HRS. @ $27.72          =

PLANT 3 LABOR          HRS. @ $27.72          =

PLANT 3 MATERIALS          +15%          =

                                        TOTAL

**(696)**          **COOLING CONVEYORS(ANAHEIM) JCJC 00243**

PLANT 1 LABOR          HRS. @ $27.72          =

PLANT 3 LABOR          HRS. @ $27.72          =

PLANT 3 MATERIALS          +15%          =

                                        TOTAL

**( )**

PLANT 1 LABOR          HRS. @ $27.72          =

PLANT 3 LABOR          HRS. @ $27.72          =

PLANT 3 MATERIALS          +15%          =

                                        TOTAL

**(702)**           **N. B. GREEN GROUP LEAN CELL INST. JBJB00164**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                                TOTAL

**(705)**           **SHANGHAI BATTERIES  JEZE 39554**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                                TOTAL

**( )**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                                TOTAL

**(712)**           **PROCESS CHECK GAGES  JDJD 00058**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                                TOTAL

**(720)**           **LIPO MISC & SHIPPING**

PLANT 1 LABOR          3 HRS. @ $27.72          =          83.16

PLANT 3 LABOR          329.75 HRS. @ $27.72          =          9,140.67

PLANT 3 MATERIALS          973.06 +15%          145.96 =          1,119.02

                                                                                TOTAL          10,342.85

**(723)**          **DR2 LOAD ASSIST  JFJF 00129**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(726)**          **E.V. TERMINALS JB2400 00000 75000**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(729)**          **FINAL LEAN CELL CONVEYORS  JFJF 0015**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(741)**          **ULTRASONIC GAGE IMPROVEMENTS  JDJD00012**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(749)**          **SHIPPING OF ISUZUI BATTERIES**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____23 HRS. @ $27.72          =                          637.56

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL          637.56 ✓

**(790)**        **AGM EUROPEAN BATTERIES  JEZE 39471**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____=          _____

                                                        TOTAL

**(791)**        **DELTA CAR BATTERY BUILDS JFJF 00169**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____=          _____

                                                        TOTAL

**(792)**        **N.B. GROUP 41 HEAT SEAL JBJB 00217**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____=          _____

                                                        TOTAL

**(793)**        **MATERIALS FOR VALIDATION JBJB 00165**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____=          _____

                                                        TOTAL

**(816)**        **#4 HEAVY DUTY CUT-OFF FOR X-MET LINE JDJD00149**

PLANT 1 LABOR          _____HRS. @ $27.72

PLANT 3 LABOR          72.75 HRS. @ $27.72          =          2,016.63

PLANT 3 MATERIALS          _____ +15%          _____=          _____

                                                        TOTAL          2,016.63 √

**(818)**          **PASTE BOX  JDJD 00152**

PLANT 1 LABOR      220.75 HRS. @ $27.72          =                    6,119.19

PLANT 3 LABOR      491.5 HRS. @ $27.72           =                    13,624.38

PLANT 3 MATERIALS          838.55  +15%    125.78 =                   964.33

                                              TOTAL    20,707.90

**(819)**          **AGM CONVEYOR 18240-UB  JCJC 00243**

PLANT 1 LABOR          HRS. @ $27.72          =

PLANT 3 LABOR          HRS. @ $27.72          =

PLANT 3 MATERIALS             +15%          =

                                              TOTAL

**(820)**          **NAO MY PROGRAMS JEZE 36500**

PLANT 1 LABOR          HRS. @ $27.72          =

PLANT 3 LABOR      607 HRS. @ $27.72          =                    16,826.04

PLANT 3 MATERIALS          326.17  +15%    48.93 =                   375.10

                                              TOTAL    17,201.14

**(821)**          **ANNEALING DEVELOPMENT  JEZE 36617**

PLANT 1 LABOR          HRS. @ $27.72          =

PLANT 3 LABOR          HRS. @ $27.72          =

PLANT 3 MATERIALS          749.36  +15%    112.40 =                  861.76

                                              TOTAL    861.76

**(822)**          **CELL PARTS FOR LUXEMBOURG JEZE 39472**

PLANT 1 LABOR          HRS. @ $27.72          =

PLANT 3 LABOR      2 HRS. @ $27.72          =                    55.44

PLANT 3 MATERIALS             +15%          =

                                              TOTAL    55.44

**(823)**        **FIELD TESTS  JEZE 37233**

PLANT 1 LABOR _____ HRS. @ $27.72      =

PLANT 3 LABOR _____ HRS. @ $27.72      =

PLANT 3 MATERIALS _____ +15%      _____ =      _____

                                             TOTAL

**(824)**        **SEMI-AUTOMATED S/T SPIN  JBJB 00245**

PLANT 1 LABOR _____ HRS. @ $27.72      =

PLANT 3 LABOR ___128.5 HRS. @ $27.72      =                3,562.02

PLANT 3 MATERIALS ____865.44 +15%      129.82 =        995.26

                                             TOTAL      4,557.28 ✓

**(825)**        **G-34 FORMATION TESTING JEZE 36500**

PLANT 1 LABOR _____ HRS. @ $27.72      =

PLANT 3 LABOR ____1 HRS. @ $27.72      =                27.72

PLANT 3 MATERIALS _____ +15%      _____ =      _____

                                             TOTAL      27.72 ✓

**(826)**        **DI-ELECTRIC JCJC 00217**

PLANT 1 LABOR _____ HRS. @ $27.72      =

PLANT 3 LABOR ___47.5 HRS. @ $27.72      =                1,316.70

PLANT 3 MATERIALS ____282.39 +15%      42.36 =        324.75

                                             TOTAL      1,641.45 ✓

**(827)**        **HONDA  JEZE 39554**

PLANT 1 LABOR _____ HRS. @ $27.72      =

PLANT 3 LABOR ___24 HRS. @ $27.72      =                665.28

PLANT 3 MATERIALS _____ +15%      _____ =      _____

                                             TOTAL      665.28 ✓

**(828)**          **CUT-AWAY CELLS**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          89.25 HRS. @ $27.72          =                    2,474.01

PLANT 3 MATERIALS          18.72  +15%          2.81 =                    21.53

                                                  TOTAL          2,495.54 ✓

**(829)**          **10" S.T. ROBUST EXPERIMENT JEZE 38159**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          26.5 HRS. @ $27.72          =                    734.58

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                  TOTAL          734.58 ✓

**(833)**          **INSTALLATION OF ACTIVATION MACHINE JEJE 01805**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          48 HRS. @ $27.72          =                    1,330.56

PLANT 3 MATERIALS          _____ +15%          _____ =

                                                  TOTAL          1,330.56 ✓

**(994)**          **ADVANCED POWDER METAL**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          2363.55  +15%          354.53 =          2,718.08

                                                  TOTAL          2,718.08 ✓ •

**(998)**          **SIDE TERMINAL ASSEMBLY WELDER JBJB00245**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          118 HRS. @ $27.72          =                    3,270.96

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                  TOTAL          3,270.96 ✓

DELCO P.O. #                    DRD-243699

                               OUR JOB #            610

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 10/02/02 | Tapco | 24042-000 | $ 133.85 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #              628

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 10/11/02 | Advantage Electronics | 64944EL | 95.00 |
| 10/15/02 | McMaster-Carr | 61501005 | 31.78 |
| 10/15/02 | McMaster-Carr | 61507048 | 233.67 |
| | | | $   360.45 |

DELCO P.O. #                    DRD-243699

OUR JOB #           645

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/18/02 | Butz Lumber | I5534 | 32.32 |
| 09/25/02 | McMaster-Carr | 60631577 | 867.88 |
| 10/07/02 | McMaster-Carr | 61108124 | 17.29 |
| 10/16/02 | Auburn Plastics | 116155 | 155.65 |
| 10/17/02 | Harrington Ind. | 02725238 | 259.30 |
| 10/17/02 | Indiana Oxygen | 585502 | 445.90 |
| 10/16/02 | McMaster-Carr | 61592267 | 14.16 |

$     1,792.50

DELCO P.O. #                        DRD-243699

                                    OUR JOB #              678

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/26/02 | Butler Tool & Die | 2194 | 464.31 |
| 09/30/02 | W.W. Grainger | 368-048286-0 | 40.95 |
| 09/30/02 | W.W. Grainger | 369-994251-6 | 35.10 |
| 09/30/02 | W.W. Grainger | 937-002252-8 | 78.54 |
| 10/07/02 | Clark & Osborne | 254834 | 1,912.79 |
| 10/02/02 | Gold Star Coatings | IN91334631 | 613.50 |
| 10/03/02 | Indiana Metal | 247010-1 | 40.00 |
| 09/30/02 | Dolen Tool Sales | 1017583-01 | 119.55 |
| 10/10/02 | Gold Star Coatings | IN91335187 | 102.53 |
| 09/30/02 | Perfecto Tool | 35255 | 270.00 |
| 10/11/02 | Indiana Metal | 247263-1 | 40.00 |

                                                    $        3,717.27

DELCO P.O. #                    DRD-243699

                                OUR JOB #          679

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/24/02 | Sears | 3785 | 8.36 |
| 10/09/02 | W.W.Grainger | 368-708634-2 | 241.07 |
| 10/11/02 | DoAll | 25021675 | 144.57 |
| 10/14/02 | Shell | | 90.00 |
| | | | $   484.00 |

DELCO P.O. #                           DRD-243699

                                       OUR JOB #              684

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/25/02 | Alro Steel | CIY2833IN | 120.61 |
| 09/27/02 | Indiana Metal | 246832-1 | 40.00 |
| 09/24/02 | McMaster-Carr | 60580539 | 25.75 |
| 10/01/02 | McMaster-Carr | 60882602 | 9.34 |
| 10/01/02 | J&F Distributing | 192892 | 56.94 |
| 10/03/02 | Indiana Metal | 247013-1 | 23.00 |
| 10/03/02 | Indiana Metal | 247046-1 | 40.00 |
| 10/03/02 | Indiana Metal | 247047-1 | 23.00 |
| 10/03/02 | Indiana Metal | 247107-1 | 40.00 |
| 10/03/02 | Indiana Metal | 247146-1 | 40.00 |
| 10/03/02 | Indiana Metal | 247192-1 | 40.00 |
| 10/04/02 | Motion Industries | IN54-702992 | 488.95 |
| 10/11/02 | Indiana Metal | 247330-1 | 54.00 |
| 10/11/02 | Indiana Metal | 247331-1 | 23.00 |

                                                         $       1,024.59

DELCO P.O. #                              DRD-243699

                                         OUR JOB #            685

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/30/02 | Certified Welding Co. | 15581 | 45.00 |
| 09/20/02 | Circle City Heat | 198241 | 43.50 |
| 09/20/02 | Circle City Heat | 198241 | 98.00 |
| 09/25/02 | Mahr Federal | 00307065 | 440.10 |
| 09/23/02 | Motion Industries | IN54-702512 | 236.14 |
| 09/30/02 | Circle City Heat | 198370 | 225.50 |
| 10/03/02 | Indiana Metal Treating | 247161-1 | 40.00 |
| 10/02/02 | Motion Industries | IN54-702883 | 525.34 |
| 10/02/02 | Motion Industries | IN54-702889 | 215.69 |
| 10/11/02 | Motion Industries | IN54-703249 | 12.01 |
| 10/11/02 | Indiana Metal Treating | 247394-1 | 36.50 |
| 10/17/02 | Indiana Metal Treating | 247576-1 | 40.00 |
| 10/17/02 | Indiana Metal Treating | 247577-1 | 36.50 |
| 10/16/02 | Staples | P13549 | 146.98 |
| 09/11/02 | W.W. Grainger | 937-639695-9 | 44.74 |

                                                         $     2,186.00

DELCO P.O. #                     DRD-243699

                                 OUR JOB #          687

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/25/02 | Butler Tool | 2197 | 365.80 |
| 10/03/02 | Motion Industries | IN54-702965 | 36.52 |
| 10/02/02 | R.Q. Associates | 6318 | 50.50 |

                                                    $    452.82