DELCO P.O. #                          DRD-243699

                                      OUR JOB #            690

| Date      | Company          | Invoice # | Amount   |
|-----------|------------------|-----------|----------|
| 09/20/02  | DoAll            | 25021283  | 40.89    |
| 09/25/02  | DoAll            | 25021369  | 211.27   |
| 09/30/02  | DoAll            | 25021482  | 35.60    |
| 09/24//02 | Neff Engineering | 12498723  | 1,104.06 |
| 10/15/02  | McMaster-Carr    | 61515664  | 5.94     |
| 10/17/02  | McMaster-Carr    | 61642499  | 31.18    |

                                                 $    1,428.94

DELCO P.O. #                          DRD-243699

                                      OUR JOB #              691

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/30/02 | Allied Automation | I-59657-0 | 97.00 |
| 09/26/02 | Boc Gases | 26637201 | 1,165.61 |
| 10/01/02 | Dolen Tool | 1017582-01 | 60.87 |
| 09/25/02 | Neff Engineering | 12498832 | 354.79 |
| 10/03/02 | Sheats Supply | 1154385-01 | 174.17 |
| 10/07/02 | Dolen Tool | 1017582-02 | 62.48 |

                                                              $    1,914.92

DELCO P.O. #                    DRD-243699

                               OUR JOB #            692

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 10/01/02 | Dolen Tool | 1017582-01 | 60.87 |
| 09/30/02 | Kirby Risk | 93757540 | 80.07 |

                                                    $        140.94

DELCO P.O. #                DRD-243699

OUR JOB #        693

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/26/02 | Alro Steel | CIZ2927PV | 178.96 |
| 09/26/02 | Alro Steel | CIZ2929PV | 548.32 |
| 09/26/02 | Alro Steel | CIZ2928IN | 61.22 |
| 09/27/02 | Alro Steel | CI12871L2 | 63.88 |
| 09/27/02 | Alro Steel | CI12870PV | 504.62 |
| 10/01/02 | Kirby Risk | 93761151 | 122.25 |
| 09/25/02 | KVP | 132770-1 | 95.55 |
| 09/26/02 | Neff Engineering | 12498946 | 207.13 |
| 09/30/02 | Neff Engineering | 12499121 | 486.18 |
| 09/20/02 | Sentinel Fluid | 92400195 | 1,672.34 |
| 10/03/02 | Sheats Supply | 1154385-01 | 174.16 |
| 10/03/02 | Alro Steel | CJC2832IN | 657.37 |
| 10/02/02 | Alro Steel | CJB2772L2 | 1,972.85 |
| 10/02/02 | Fastenal | ININ273839 | 33.87 |
| 10/07/02 | J&F Distributing | 192542 | 150.65 |
| 10/02/02 | Motion Industries | IN54-702881 | 525.00 |
| 10/08/02 | Alro Steel | CJH3010L2 | 161.61 |
| 10/09/02 | Kirby Risk | 93782979 | 117.44 |
| 10/10/02 | Kirby Risk | 93786948 | 22.02 |
| 10/10/02 | McMaster-Carr | 61302164 | 105.10 |
| 10/10/02 | Motion Industries | IN54-703236 | 41.01 |
| 10/17/02 | Allied Automation | I-59945-0 | 113.36 |
| 10/14/02 | Alro Steel | CJN2682PV | 231.40 |
| 10/10/02 | Fastenal | ININ274037 | 21.75 |
| 10/15/02 | Motion Industries | IN54-703363 | 139.04 |
| 10/15/02 | Motion Industries | IN54-703408 | 101.59 |

$    8,508.67

DELCO P.O. #                           DRD-243699

                                       OUR JOB #            694

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/26/02 | Alro Steel | CIZ2927PV | 178.97 |
| 09/26/02 | Alro Steel | CIZ2929PV | 548.33 |
| 09/26/02 | Alro Steel | CIZ2928IN | 61.22 |
| 09/27/02 | Alro Steel | CI12871L2 | 63.88 |
| 09/27/02 | Alro Steel | CI12870PV | 504.63 |
| 10/01/02 | Kirby Risk | 93761151 | 122.25 |
| 09/25/02 | KVP | 132770-1 | 95.55 |
| 09/26/02 | Neff Engineering | 12498945 | 207.28 |
| 09/30/02 | Neff Engineering | 12499121 | 486.18 |
| 09/20/02 | Sentinel | 92400195 | 1,672.34 |
| 10/03/02 | Sheats Supply | 1154385-01 | 174.17 |
| 10/03/02 | Alro Steel | CJC2832IN | 657.36 |
| 10/02/02 | Alro Steel | CJB2772L2 | 1,972.85 |
| 10/02/02 | Fastenal | ININ273839 | 33.88 |
| 10/07/02 | J&F Distributing | 192542 | 150.65 |
| 10/02/02 | Motion Industries | IN54-702881 | 525.00 |
| 10/02/02 | DoAll | 25021515 | 487.07 |
| 10/09/02 | Kirby Risk | 93782979 | 117.45 |
| 10/10/02 | McMaster-Carr | 61302164 | 105.11 |
| 10/10/02 | Motion Industries | IN54-703236 | 41.02 |
| 10/17/02 | Allied Automation | I-59945-0 | 113.37 |
| 10/14/02 | Alro Steel | CJN2682PV | 231.40 |
| 10/15/02 | Motion Industries | IN54-703363 | 139.04 |
| 10/15/02 | Motion Industries | IN54-703408 | 101.59 |
| 10/18/02 | Radioshack | 113937 | 10.38 |

$       8,800.97

DELCO P.O. #                          DRD-243699

                                       OUR JOB #          720

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/06/02 | Butz Lumber | 14300 | 58.56 |
| 09/30/02 | DoAll | 25021483 | 62.20 |
| 09/25/02 | McMaster-Carr | 60612101 | 67.84 |
| 09/27/02 | McMaster-Carr | 60760575 | 48.13 |
| 09/30/02 | McMaster-Carr | 60827016 | 321.03 |
| 09/24/02 | Wurth/Service | 25038379-01 | 68.64 |
| 09/24/02 | Wurth/Service | 25038502-01 | 54.06 |
| 10/02/02 | Alro Steel | CJB2773IN | 147.87 |
| 10/14/02 | Ameripak | 66467 | 80.73 |
| 10/12/02 | UPS | | 64.00 |

                                                         $     973.06

DELCO P.O. #                    DRD-243699

                                OUR JOB #                818

| Date     | Company                   | Invoice # | Amount |
|----------|---------------------------|-----------|--------|
| 09/27/02 | Indiana Metal             | 2468337   | 23.00  |
| 09/27/02 | Indiana Metal             | 246881-1  | 40.00  |
| 09/27/02 | Indiana Metal             | 246882-1  | 41.50  |
| 09/27/02 | Indiana Metal             | 246883-1  | 23.00  |
| 09/27/02 | Indiana Metal             | 246936-1  | 40.00  |
| 09/27/02 | Indiana Metal             | 246937-1  | 23.00  |
| 09/27/02 | Indiana Metal             | 246938-1  | 22.00  |
| 09/27/02 | Indiana Metal             | 246961-1  | 40.00  |
| 10/03/02 | Indiana Metal             | 247147-1  | 47.50  |
| 10/03/02 | Indiana Metal             | 247012-1  | 41.50  |
| 10/03/02 | Indiana Metal             | 247011-1  | 23.00  |
| 10/11/02 | Commercial Plating        | 7823      | 90.00  |
| 10/09/02 | DoAll                     | 25021632  | 168.14 |
| 10/11/02 | Indiana Metal             | 247264-1  | 36.50  |
| 10/11/02 | Indiana Metal             | 247370-1  | 40.00  |
| 10/11/02 | Indiana Metal             | 247371-1  | 23.00  |
| 10/11/02 | Indiana Metal             | 247393-1  | 40.00  |
| 10/17/02 | Indiana Metal             | 247496-1  | 23.00  |
| 10/17/02 | Indiana Metal             | 247503-1  | 23.00  |
| 10/18/02 | Reid Tool Supply          | 2615115   | 30.41  |

                                                      $       838.55

DELCO P.O. #                           DRD-243699

                                       OUR JOB #              820

| Date     | Company           | Invoice #    | Amount      |
|----------|-------------------|--------------|-------------|
| 10/14/02 | Butler Tool & Die | 2227         | 85.00       |
| 10/15/02 | Alro Steel        | CJ02786IN    | 210.76      |
| 10/14/02 | Reid Tool Supply  | 2612320      | 30.41       |
|          |                   |              | $   326.17  |

DELCO P.O. #                     DRD-243699

                                 OUR JOB #          821

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/25/02 | Peerless Electric | 2045517-00 | 53.86 |
| 10/17/02 | James Babcock | 101002 | 695.50 |
|  |  |  | $     749.36 |

DELCO P.O. #                          DRD-243699

                                      OUR JOB #              824

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 10/07/02 | Refractory Engineers | | 95.97 |
| 10/09/02 | C&E Sales | 6021580 | 396.15 |
| 10/09/02 | Rollie Williams Paint | 973154 | 31.67 |
| 10/11/02 | Tapco | 24731-000 | 186.10 |
| 10/15/02 | Tapco | 24731-001 | 109.36 |
| 10/16/02 | Tapco | 24731-002 | 46.19 |

                                                      $        865.44

DELCO P.O. #                    DRD-243699

                                OUR JOB #              826

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/25/02 | Butz Lumber | I-6396 | 259.84 |
| 09/25/02 | McMaster-Carr | 60616845 | 22.55 |

                                                  $        282.39

DELCO P.O. #                      DRD-243699

                                  OUR JOB #            828

| Date | Company | Invoice # | Amount | |
|------|---------|-----------|--------|--|
| 10/11/02 | Sherwin-Williams | 4330-4 | $ | 18.72 |

DELCO P.O. #                          DRD-243699

                                      OUR JOB #            994

| Date     | Company           | Invoice #   | Amount   |
|----------|-------------------|-------------|----------|
| 09/25/02 | McMaster-Carr     | 60618075    | 102.04   |
| 09/26/02 | Chromalox         | 556007-300  | 1,108.64 |
| 10/15/02 | Fisher Scientific | 2610822     | 496.53   |
| 10/14/02 | McMaster-Carr     | 61446845    | 621.16   |
| 10/15/02 | McMaster-Carr     | 61475407    | 35.18    |

                                                      $     2,363.55

(10)

610

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|----|-------|---|------|---------|-------|--------|---|-------|---|
| | 132 | 2 | 35 | 50 | | | | | | | | | |
| | 149 | 13.5 | 175 | 50 | | | | | | | | | |
| | 155 | 30 | 600 | 00 | | | | | | | | | |
| | 161 | 12.5 | 150 | 00 | | | | | | | | | |
| 110 | 5 | | | | 1600 | 00 | | | | | | | |
| 10·6 | 123 | 6 | 72 | 00 | | | | | | | | | |
| | 125 | 2 | 36 | 00 | | | | | | | | | |
| | 145 | 2 | 18 | 50 | | | | | | | | | |
| 129.5 | | | | | 1726 | 50 | | | | | | | |
| 1020 | 145 | 6 | 55 | 50 | | | | | | | | | |
| 126.5 | | | | | 1782 | 00 | | | | | | | |
| | Billed 12-31-02 | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|---|
| | | | | |

(9)

610

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|--|-------|------|---------|-------|--------|--|-------|--|
| | 145 | 5 | 69 | 38 | | 9-1 | 104 | 2 | 32 | 00 | | |
| | 155 | 24 | 480 | 00 | | | 125 | 4 | 48 | 00 | | |
| 58° | | | | | 892 | 16' | | | | | 80 | 00 |
| 8-18 | 125 | 8 | 96 | 00 | | 9-15 | 151 | 1 | 18 | 00 | | |
| | 125 | 3 | 36 | 00 | | | 155 | 16 | 320 | 00 | | |
| | 132 | 9 | 159 | 75 | | 23° | | | | | 448 | 00 |
| | 132 | 3 | 79 | 88 | | 9-22 | 104 | 3.5 | 63 | 00 | | |
| | 145 | 14 | 120 | 00 | | | 107 | 5 | 45 | 00 | | |
| | 151 | 2 | 36 | 00 | | | 107 | 4 | 54 | 00 | | |
| | 155 | 24 | 480 | 00 | | | 125 | 4 | 48 | 00 | | |
| | 161 | 9 | 162 | 00 | | | 151 | 1 | 18 | 00 | | |
| | 161 | 4 | 72 | 00 | | | 155 | 26 | 520 | 00 | | |
| 133° | | | | | 2015 | 26.5 | | | | | 1166 | 00 |
| 8-25 | 104 | 4 | 64 | 00 | | Billed 9-30-02 | | | | | | |
| | 125 | 4 | 48 | 00 | | 9-29 | 161 | 23 | 276 | 00 | | |
| | 155 | 12 | 240 | 00 | | | 1.5 | 27 | 00 | | | |
| | 161 | 30.5 | 366 | 00 | | | 132 | 2 | 24 | 00 | | |
| | 161 | 1 | 18 | 00 | | | 125 | 26 | 312 | 00 | | |
| 184.5 Billed 8-31-02 | | | 2821 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|------|--------|--|----------|--------|--|
| 8-21 | CARCOR Supply | 1012297-01 | | 1,792 | 40 |
| | Billed 8-31-02 | | | $1,792 | 40 |
| 10-2 | TAPCO | 24042-000 | | 133 | 35 |
| | | | | 133 | 35 |

613

(3)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.25 | 134 | 29.5 | 226 | 00 | | | 5-18 | 134 | 40 | 320 | 00 | | |
| 149° | 5 | | | | 1186 | 00 | 40° | | | | | 320 | 00 |
| Billed | | 8-31-03 | | | | | 535 | 134 | 40 | 320 | 00 | | |
| 10·13 | 134 | 13.5 | 108 | 00 | | | 80° | | | | | 640 | 00 |
| 13.5° | | | | | 108 | 00 | Billed | | 5-31-03 | | | | |
| Billed | | 10-31-03 | | | | | 6·1 | 134 | 32 | 256 | 00 | | |
| 12·1 | 134 | 32 | 256 | 00 | | | 32° | | | | | 256 | 00 |
| 32° | | | | | 256 | 00 | 6·8 | 134 | 40 | 320 | 00 | | |
| Billed | | 12-31-02 | | | | | 72° | | | | | 576 | 00 |
| 1·12 | 132 | 3 | 79 | 87 | | | 6·15 | 134 | 40 | 320 | 00 | | |
| | 134 | 40 | 320 | 00 | | | 112° | | | | | 896 | 00 |
| 43° | | | | | 399.87 | | 6·23 | 134 | 40 | 320 | 00 | | |
| 1-19 | 134 | 24 | 192 | 00 | | | 152° | | | | | 1216 | 00 |
| 67° | | | | | 591. | 87 | Billed | | 6-30-03 | | | | |
| Billed | | 1-31-03 | | | | | 79 | 134 | 40 | 320 | 00 | | |
| 323 | 134 | 40 | 320 | 00 | | | 40° | | | | | 320 | 00 |
| 40° | | | | | 320 | 00 | 720 | 134 | 40 | 320 | 00 | | |
| Billed | | 2-31-03 | | | | | 80° | | | | | 640 | 00 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

618

(2)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|------|---------|-------|--------|--|-------|------|---------|-------|--------|--|-------|
| 8-4 | 103 | 1 | 17 | 00 | | | 122 | 3 | 36 | 00 | |
| | 107 | 3 | 27 | 00 | | | 123 | 9.75 | 121 | 88 | |
| | 132 | 7 | 124 | 25 | | | 145 | 7 | 64 | 75 | |
| | 145 | 3 | 27 | 75 | | | 145 | 2 | 27 | 75 | |
| | 145 | 3 | 41 | 62- | | | 149 | 12.5 | 162 | 50 | |
| | 149 | 5 | 65 | 00 | | 36.25 | | | | | 446.88 |
| 22. | | | 342 | 62 | | 9-15 | 103 | 1 | 17 | 00 | |
| 8-11 | 103 | 1.5 | 25 | 50 | | 37.25 | | | | | 463.88 |
| | 132 | 1 | 17 | 75 | | Billed | 9-30-02 | | | | |
| | 145 | 3 | 27 | 75 | | 10:30 | 103 | 1 | 17 | 00 | |
| | 149 | 3 | 39 | 00 | | 1. | | | | | 17 00 |
| | 149 | 1.5 | 29 | 25 | 87 | Billed | 10-31-02 | | | | |
| 22° | | | 441 | | | | | | | | |
| 8-25 | 107 | 9 | 81 | 00 | | | | | | | |
| | 132 | 2 | 25 | 50 | | | | | | | |
| 4°° | | | 558 | 87 | | | | | | | |
| Billed | 8-31-02 | | | | | | | | | | |
| 9-1 | 103 | 2 | 34 | 00 | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

(1)

1208-628

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10·9 | 38 | 3 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 10·15 | 38 | 3 | | | | | | | | | | | |
| 10·17 | 38 | 2 | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |
| Billed 10-31-02 | | | | | | | | | | | | | |
| 9·27 | 25 | 4 | | | 4 | | | | | | | | |
| 9·30 | 25 | 4.75 | | | 4 | | | | | | | | |
| 8.75 | | | | | | | | | | | | | |
| 10·13 | 25 | 2 | | | | | | | | | | | |
| 10.75 | | | | | | | | | | | | | |
| Billed 10-31-03 | | | | | | | | | | | | | |
| 12·15 | 25 | 1 | | | 8 | | | | | | | | |
| 1.° | | | | | | | | | | | | | |
| Billed 01-31-04 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

628  (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-19 2. | 122 | 2 | 24 | 00 |  | 10-20 | 103 | 2.5 | 42 | 50 |  |
|  |  |  | 24 | 00 |  |  | 108 | 1 | 11 | 00 |  |
| Billed 8-31-01 |  |  |  |  |  |  | 125 | 23 | 276 | 00 |  |
| 12-9 10. | 108 | 10 | 110 | 00 |  |  | 145 | 16 | 148 | 00 |  |
|  |  |  | 110 | 00 |  |  | 151 | 3 | 54 | 00 |  |
| Billed 12-31-01 |  |  |  |  |  | 13-1 |  |  | 1,6 | 21.75 |  |
| 10-6 1-1 | 103 | 1 | 17 | 00 |  | 10-27 | 101 | 6.5 | 78 | 00 |  |
|  |  |  |  |  | 17 00 |  | 103 | 1 | 17 | 00 |  |
| 10-13 | 101 | 5 | 60 | 00 |  |  | 104 | 4 | 64 | 00 |  |
|  | 103 | 7.5 | 127 | 50 |  |  | 108 | 3 | 33 | 00 |  |
|  | 104 | 2 | 32 | 00 |  |  | 145 | 9.25 | 89 | 56 |  |
|  | 122 | 5 | 60 | 00 |  | 154.75 |  |  | 1899.31 |  |  |
|  | 123 | 24 | 300 | 00 |  | Billed 10-31-02 |  |  |  |  |  |
|  | 125 | 20 | 240 | 00 |  | 11-3 1. | 103 | 1 | 17 | 00 |  |
|  |  |  | 54 | 00 |  |  |  |  |  |  | 17 00 |
|  | 145 | 10 | 92 | 50 |  | 11-10 4. | 103 | 3 | 51 | 00 |  |
|  | 149 | 7.5 | 97 | 50 |  |  |  |  |  |  | 68 00 |
|  |  |  | 9 | 75 |  | Billed 11-30-02 |  |  |  |  |  |

85.50  1,090.25

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 8-15 | Advantage Engineering | 3582 | | 50 | 00 |
| 8-10 | McMaster-Carr | 45076933 | 160 | 45 |
| | Billed 8-31-01 | | $ 210 | 45 |
| 10-11 | Advantage Electronics | 64944EL | 95 | 00 |
| 10-15 | McMaster-Carr | 61501005 | 31 | 78 |
| 10-15 | McMaster-Carr | 61507048 | 233 | 67 |
| | Billed 10-31-02 | | $ 360 | 45 |
| 10-21 | GRAINGER | 369-510626-4 | 3 | 34 |
| | Billed 11-30-02 | | $ 3 | 34 |
| 1-30 | IndyDrum | 057028 | 126 | 00 |
| | Billed 2-28-03 | | $ 126 | 00 |
| 4-17 | FISHER SCIENTIFIC | 7078199 | 320 | 90 |
| | Billed 4-30-03 | | $ 320 | 90 |
| 5-7 | McMaster-Carr | 70652884 | 9 | 70 |

642

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-21 | 101 | 2 | 24 | 00 | | | 161 | 6 | 108 | 00 | | |
| 2° | | | 24 | 00 | | 2° | | | | | 328 | 50 |
| | Billed 10-31-01 | | | | | | | | | | | |
| 2-10 | 107 | 8 | 72 | 00 | | 12.8 | 103 | 1 | 17 | 00 | | |
| 8° | | | 72 | 00 | | 26. | 125 | 2 | 24 | 00 | | |
| | Billed 2-28-02 | | | | | | | | | | 369 | 50 |
| 10-20 | 103 | 1.5 | 25 | 50 | | | Billed 12-31-01 | | | | | |
| 1.5° | | | 25 | 50 | | | | | | | | |
| | Billed 10-31-02 | | | | | | | | | | | |
| 11-17 | 103 | 1 | 17 | 00 | | | | | | | | |
| 1° | | | 17 | 00 | | | | | | | | |
| 11-24 | 103 | 1 | 17 | 00 | | | | | | | | |
| 2° | | | 34 | 00 | | | | | | | | |
| | Billed 11-30-02 | | | | | | | | | | | |
| 12-1 | 103 | 1 | 17 | 00 | | | | | | | | |
| | 135 | 10 | 120 | 00 | | | | | | | | |
| | 132 | 2 | 35 | 50 | | | | | | | | |
| | 161 | 4 | 48 | 00 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|---|---|---|---|---|---|
| 10-9 | McMaster-Carr | 4 234503 | | 667 | 68 |
| 10-12 | DoAll | 2501481 7 | | 42 | 49 |
| 10-16 | Joseph T. Ryerson | 18-261786 | | 61 | 47 |
| 10-18 | Joseph T. Ryerson | 18-267000 | | 144 | 20 |
| 10-23 | Bob's Tool & Cutter | 123854 | | 10 | 66 |
| | Billed | | | $ 926 | 50 |
| 11-15 | DoAll | 2501544 9 | | 171 | 64 |
| 11-13 | SHEATS Supply | 1151104-01 | | 15 | 88 |
| 11-16 | SHEATS Supply | 1151104-02 | | 15 | 65 |
| | Billed 11-30-01 | | | $ 203 | 17 |
| 12-6 | Bob's Tool & Cutter | 124153 | | 74 | 42 |
| 12-13 | Do All | | | 74 | 42 |
| | Billed 12-31-01 | 2501591 3 | | 58 | 72 |
| | Billed 1-31-02 | | | $ 58 | 72 |

(33)

645

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|--|-------|--|------|---------|-------|--------|--|-------|--|
| | 149 | 9.5 | 123 | 50 | | | | 103 | 10 | 170 | 00 | | |
| | 149 | .50 | 9 | 75 | | | | 122 | 5 | 60 | 00 | | |
| | 161 | 13 | 156 | 00 | | | | 125 | 4 | 48 | 00 | | |
| 239.75 | | | 3 | 001.88 | | | | 149 | 11.75 | 152 | 75 | | |
| 10·13 | 101 | 29 | 548 | 00 | | | | 161 | 12.5 | 150 | 00 | | |
| | 103 | 10 | 170 | 00 | | | 451 | | | 5 | 697.63 | | |
| | 104 | 3 | 48 | 00 | | | Billed 10-31-02 | | | | | | |
| | 107 | 5 | 45 | 00 | | | 11·3 | 103 | 1 | 17 | 00 | | |
| | 108 | 26.25 | 288 | 75 | | | 1. | | | | | 17 | 00 |
| | 122 | 2 | 24 | 00 | | | 11·24 | 101 | 1 | 12 | 00 | | |
| | 125 | 20 | 240 | 00 | | | | 101 | .5 | 90 | 00 | | |
| | 145 | 25 | 231 | 25 | | | | 125 | 3 | 54 | 00 | | |
| | 149 | 15.5 | 201 | 50 | | | | 145 | 1 | 9 | 25 | | |
| | 161 | 13 | 156 | 00 | | | | 145 | 2 | 27 | 75 | | |
| | | 1.5 | 27 | 00 | | | 13° | | | | | 210 | 00 |
| 390° | | | 4 | 781.38 | | | Billed 11-30-02 | | | | | | |
| 10·20 | 101 | 14 | 168 | 00 | | | 12·19 | 138 | 1 | 18 | 00 | E | |
| 101 | 3.75 | | 67 | 50 | | | 1. | | | | | 18 | 00 |

MATERIAL ─ Billed 12-31-02

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|--|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(18)

645

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|------|---------|-------|--------|---|-------|---|------|---------|-------|--------|---|-------|---|
| | 132 | 3 | 79 | 88 | | | | 123 | 7.75 | 145 | 31 | | |
| | 138 | 2 | 36 | 00 | | | | 125 | 21 | 252 | 00 | | |
| | 144 | 11 | 99 | 00 | | | | 125 | 6 | 108 | 00 | | |
| | 144 | 3 | 40 | 50 | | | | 132 | 6 | 106 | 50 | | |
| | 149 | 15.25 | 198 | 25 | | | | 138 | 2 | 36 | 00 | | |
| | 161 | 22 | 264 | 00 | | | | 144 | 9 | 81 | 00 | | |
| | 162 | 8 | 72 | 00 | | | | 144 | 10 | 135 | 00 | | |
| | 162 | 2.5 | 33 | 75 | | | | 145 | 27 | 249 | 75 | | |
| 458 | | | | | 5,773. | 51 | | 149 | 15 | 195 | 00 | | |
| 7.28 | 101 | 25.75 | 309 | 00 | | | | 152 | 3 | 44 | 25 | | |
| | 101 | 4.75 | 85 | 50 | | | | 160 | 4 | 56 | 00 | | |
| | 103 | 19 | 323 | 00 | | | | 162 | 11 | 99 | 00 | | |
| | 104 | 4 | 64 | 00 | | | | 151 | 1 | 18 | 00 | | |
| | 106 | 5 | 80 | 00 | | | 735 | | | | 9 | 258. | 70 |
| | 107 | 7 | 63 | 00 | | | | Billed | 7-31-82 | | | | |
| | 108 | 40 | 440 | 00 | | | 8-4 | 101 | 40 | 480 | 00 | | |
| | 108 | 5.75 | 94 | 88 | | | | 101 | 8.75 | 157 | 50 | | |
| | 123 | 40 | 500 | 00 | | | | 103 | 12 | 204 | 00 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|---|
| 8.29 | Kline's | | 124 | 10 |
| 8.26 | McMaster-Carr | 3349 07 | 127 | 92 |
| 9.12 | McMaster-Carr | 5929767 | 136 | 45 |
| 9.17 | McMaster-Carr | 6006770 | 111 | 39 |
| 9.20 | McMaster-Carr | 6042973 | 110 | 65 |
| | Billed 9-30-82 | | | |
| 9-18 | Butz Lumber | I 5534 | 610 | 51 |
| 9.25 | McMaster-Carr | 6063157 | 32 | 32 |
| 10-7 | McMaster-Carr | 6110812 | 867 | 88 |
| 10-16 | Auburn Plastics | 116155 | 17 | 39 |
| 10-17 | Harrington Ind. | 0272523 | 155 | 65 |
| 10.17 | Indiana Oxygen | 58550 | 259 | 30 |
| 10-16 | McMaster-Carr | 6159226 | 445 | 90 |
| | Billed 10-31-82 | | 14 | 16 |
| | | | $ 1792 | 50 |

648

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 11-18 | 104 | 6 | 96 00 | | 10-6 | 108 | 4.75 | 52 25 | |
| | 104 | 2 | 48 00 | | | 108 | 3.25 | 53 63 | |
| | 122 | 2 | 24 00 | | 8 | | | | 105.88 |
| 10° | | | 168 00 | | | Billed 10-31-02 | | | |
| | Billed 11-30-01 | | | | | | | | |
| 12-9 | 104 | 2 | 32 00 | | | | | | |
| 2 | | | 32 00 | | | | | | |
| 12-16 | 104 | 3 | 72 00 | | | | | | |
| | 122 | 3 | 54 00 | | | | | | |
| 8° | | | 158 00 | | | | | | |
| | Billed 12-31-01 | | | | | | | | |
| 1-13 | 104 | 2 | 32 00 | | | | | | |
| 2 | | | 32 00 | | | | | | |
| | Billed 1-31-02 | | | | | | | | |
| 2-3 | 138 | 3 | 54 00 | | | | | | |
| | 38 | 1 | 27 00 | | | | | | |
| 4 | | | 81 00 | | | | | | |
| | Billed 2-28-02 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 11-14 | Staples | P39469 | 1,046 85 |
| 12-6 | DELL | | 51 38 00 |
| 11-28 | CompUSA | 67378 | 5,141 95 |
| 11-14 | MicroXpress | 0625595 | 2,324 52 |
| 12-14 | Best Buys | | 1,839 99 |
| | Billed 11-30-01 | | $14,490 91 |