(1)

670

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-7 | 106 | 1 | 10 | 00 | | | 2-16 | 156 | 20 | 400 | 00 | B | |
| | 123 | 5 | 62 | 50 | | | 20. | | | | | 400 | 00 |
| | 127 | 15 | 240 | 00 | | | | Billed 2-28-03 | | | | | |
| | 127 | 6 | 144 | 00 | | | 3-2 | 156 | 16 | 320 | 00 | | |
| | 132 | 2 | 35 | 50 | | | 16. | | | | | 320 | 00 |
| | 132 | 5 | 133 | 13 | | | | Billed 3-31-03 | | | | | |
| | 151 | 1.5 | 27 | 00 | | | 5-25 | 127 | 6 | 96 | 00 | | |
| | 152 | 10 | 147 | 50 | | | 6. | | | | | 96 | 00 |
| 45.5 | | | 799 | 63 | | | | Billed 5-31-03 | | | | | |
| 4-14 | 161 | 1.5 | 18 | 00 | | | 6-1 | 127 | 2.5 | 40 | 00 | | |
| 47. | | | | | 817 | 63 | 2.5 | | | | | 40 | 00 |
| | Billed 4-30-02 | | | | | | | Billed 6-30-03 | | | | | |
| 9-1 | 138 | 3 | 54 | 00 | A | | 10-10 | 152 | 1 | 14 | 75 | A | |
| 3. | | | | 54 | 00 | | 1. | | | | | 14 | 75 |
| | Billed 9-30-02 | | | | | | 10-17 | 152 | 6 | 88 | 50 | A | |
| 10-13 | 122 | 2 | 24 | 00 | A | | 7. | | | | | 103 | 25 |
| 2. | | | | 24 | 00 | | | Billed 10-31-04 | | | | | |
| | Billed 10-31-02 | | | | | | | | | | | | |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 4-4 | Motion Industries | IN54-696274 | 18 | 66 |
| | Billed 4-30-03 | | # 18 | 66 |
| 6-4 | Motion Industries | IN54-698608 | 91 | 81 |
| | Billed 6-30-03 | | $ 91 | 81 |
| A 10-6 | McMaster-Carr | 11073497 | 34 | 42 |
| A 10-7 | AIRO Steel | EJG35071N | 268 | 97 |
| | Billed 10-31-04 | | # 303 | 39 |

(1)

673

| LABOR |
| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-14 | 104 | 12 | 192 | 00 | | 6-9 | 104 | 7 | 112 | 00 | |
| | 161 | 9 | 108 | 00 | | | 108 | 4 | 44 | 00 | |
| | 162 | 4 | 54 | 00 | | | 132 | 3 | 52 | 25 | |
| 25 | | | 354 | 00 | | | 144 | 23 | 207 | 00 | |
| 4-21 | 104 | 11 | 176 | 00 | | | 151 | 1 | 18 | 00 | |
| | 151 | 35.5 | 639 | 00 | | | 161 | 37.5 | 450 | 00 | |
| | 161 | 13 | 156 | 00 | | | 161 | 5.25 | 94 | 50 | |
| | 161 | 4 | 72 | 00 | | 80.75 | | | | 978 | 75 |
| 88.5 | | | 1397 | 00 | | 6-16 | 161 | 6 | 72 | 00 | |
| Billed 4-30-02 | | | | | | 86.75 | | | | 1050 | 75 |
| 4-28 | 106 | 1.5 | 15 | 00 | | Billed 6-30-02 | | | | | |
| | 161 | 11 | 132 | 00 | | 10-6 | 161 | 5 | 60 | 00 | |
| | 161 | 9 | 162 | 00 | | 5 | | | | 60 | 00 |
| 21.5 | | | 309 | 00 | | Billed 10-31-02 | | | | | |
| 5-5 | 104 | 2 | 32 | 00 | | 11-24 | 103 | 7 | 119 | 00 | |
| | 125 | 3 | 36 | 00 | | | 104 | 2 | 22 | 00 | |
| | 161 | 28 | 336 | 00 | | | 108 | 25 | 275 | 00 | |
| | 161 | 3 | 36 | 00 | | | 132 | 3 | 36 | 00 | |
| 56.5 Billed 5-31-02 | | | 749 | 00 | | | | | | | |

| MATERIAL |
| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 4-25 | HORNER ELECTRIC | 311631 | 170 | 00 |
| | Billed 5-31-02 | | $ 170 | 00 |
| 6-6 | Standard Die | 152880 | 19 | 40 |
| | Billed 6-30-02 | | $ 19 | 40 |
| 7-18 | Lowe's | 25283 | 43 | 63 |
| | Billed 7-31-02 | | $ 43 | 63 |
| 12-11 | DoAll | 25022757 | 23 | 10 |
| | Billed 12-31-02 | | $ 23 | 10 |

(3)

1208-678

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 | 2 | 02 | 45 | | 9·18 | 21 | 5.5 | E | | |
| | 21 | 2.5 | B | | | | 38 | 1 | | | |
| | 21 | 1 | A | | | 9·20 | 35 | 1 | | | |
| 8·23 | 20 | 1 | 02 | 45 | A | 27. | | | | | |
| | 20 | 8 | 02 | 45 | B | | Billed 9-30-02 | | | | |
| | 21 | 1 | | | | 9·30 | 38 | 1 | | | |
| | 21 | 1 | B | | | 10·1 | 37 | 7 | E | | |
| | 21 | 6 | 02 | 45 | A | 10·2 | 37 | 2 | E | | |
| 224.25 | | | | | | 10· | | | | | |
| | Billed 8-31-02 | | | | | | Billed 10-31-02 | | | | |
| 8·26 | 20 | 6.5 | 02 | 45 | A | 12-17 | 20 | 5 | 02 | 62 | G |
| | 20 | 4 | 02 | 45 | B | 12·18 | 20 | 5 | 02 | 62 | G |
| | 21 | 2 | 02 | 45 | A | 10. | | | | | |
| 8·27 | 20 | 5 | 02 | 45 | A | | Billed 12-31-02 | | | | |
| 17.5 | | | | | | | | | | | |
| 9-10 | 38 | 1 * | | | | | | | | | |
| 18.5 | | | | | | | | | | | |
| 9·16 | 38 | 1 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(4)

678

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 119 | 16 | 320 00 | | 11-24 | 108 | 10 | 165 00 | |
| | 122 | 7.5 | 90 00 | | | 119 | 16 | 320 00 | |
| | 122 | 3 | 54 00 | | | 150 | 16 | 352 00 | |
| | 132 | 2 | 35 50 | | 166° | | | 2237 | -0 |
| | 138 | 1 | 18 00 E | | | Billed 11-30-02 | | | |
| 101.5 | | | 2,001.50 | | 12-1 | 119 | 24 | 480 00 | |
| 10-11 | 104 | 5 | 80 00 | | | 150 | 8 | 176 00 | |
| 106.5 | | | 2,081.50 | | | 156 | 8 | 160 00 | |
| Billed 10-31-02 | | | | | 40° | | | | 816 00 |
| 11-3 | 119 | 32 | 640 00 | | 12.8 | 119 | 32.25 | 645 00 | |
| | 150 | 32 | 704 00 | | 72.25 | | | | 1,461 00 |
| | 156 | 26.25 | 525 00 | | Billed 12-31-02 | | | | |
| 90.25 | | | 1,869.00 | | 3-2 | 104 | 2 | 48 00 | |
| 11-10 | 119 | 25 | 500 00 | | 2. | | | | 48 00 |
| | 152 | 2 | 27 50 50 | | 3-9 | 119 | 24 | 480 00 | |
| 117 25 | | | 2398 | | | 156 | 40 | 800 00 | |
| 11-17 | 132 | 3 | 53 25 | | | 156 | .5 | 15 00 | |
| | 149 | 3.75 | 48 75 | | 66.5 | | | | 1,343 00 |
| 124.0 | | | 2500 50 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-30 | Grainger | 937-0022 52-8 | 78 54 |
| 10-7 | Clark & Osborne | 254834 | 1912 79 |
| 10-2 | Gold Star Coatings | IN91334631 | 613 50 |
| F 10-3 | Indiana Metal | 247010-1 | 40 00 |
| 9-30 | Dolen Tool Sales | 1017583-01 | 119 55 |
| 10-10 | Gold Star Coatings | IN91335187 | 102 53 |
| 9-30 | Perfecto Tool | 35255 | 270 00 |
| E 10-11 | Indiana Metal | 247263-1 | 40 00 |
| | | | $3717 27 |
| 11-7 | Indiana Metal | 248004-1 | 57 00 |
| 11-7 | Commercial Plating | 7960 | 90 00 |
| 11-13 | McMaster-Carr | 62843463 | 44 01 |
| 11-11 | Wurth/Service | 25040499-01 | 37 51 |
| | Billed 11-30-02 | | $228 52 |

(3)

679

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 149 | 8 | 104 00 |  | 10-20 | 104 | 8 | 128 00 |  |
|  | 161 | 2 | 24 00 |  |  | 104 | 2 | 72 00 |  |
| 55.5 |  |  | 857.26 |  |  | 161 | 3 | 36 00 |  |
|  | Billed | 9-30-02 |  |  | 45. |  |  |  | 748. |
| 9-29 | 104 | 4 | 64 00 |  | 10-27 | 104 | 6 | 96 00 |  |
|  | 164 | 2 | 48 00 |  |  | 104 | 6 | 120 00 |  |
|  | 122 | 1 | 12 00 |  |  |  |  | 79 88 |  |
| 7. |  |  | 124.00 |  | 59. |  |  |  | 1043.88 |
| 10-6 | 104 | 6 | 96 00 |  |  | Billed | 10-31-02 |  |  |
|  | 122 | 2 | 24 00 |  | 11-3 | 104 | 8 | 128 00 |  |
|  | 122 | 1 | 18 00 |  |  |  |  | 48 00 |  |
|  | 161 | 2 | 24 00 |  |  | 132 | 3 | 53 25 |  |
| 18. |  |  | 282 00 |  | 13. |  |  |  | 229.25 |
| 10-13 | 104 | 7 | 112 00 |  | 11-10 | 104 | 6 | 96 00 |  |
|  |  | 3 | 72 00 |  |  | 132 | 3 | 53 25 |  |
|  | 125 |  | 18 00 |  | 22 |  |  |  | 378 50 |
|  | 161 | 2 | 24 00 |  | 11-17 | 104 | 3 | 72 00 |  |
| 31. |  |  | 512 00 |  | 25 |  |  |  | 450 50 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 12-13 | Shell |  | 77 87 |
| 11-12 | USF Holland | 5357370 0 | 445 67 |
| 1-16 | McMaster-Carr | 6534389 9 | 89 18 |
|  | Billed 1-31-03 |  | $ 612 72 |
| 2-13 | SHELL |  | 21 00 |
| 2-19 | Grainger | 369-815185-3 | 81 00 |
| 2-20 | McMaster-Carr | 66944655 | 52 01 |
|  | Billed 2-28-03 |  | $ 154 01 |
| 2-20 | Grainger | 369-974419-3 | 61 08 |
| 1-14 | Shell |  | 75 00 |
| 2-24 | Fisher Scientific | 5861535 | 204 42 |
| 3-14 | Shell |  | 69 00 |
|  | Billed 3-31-03 |  | $ 409 50 |
| 4-7 | Indy Lift | 150846 0 | 58 50 |

(a)

679

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 162 | 2 | 27 00 |  | 8·25 | 104 | 6 | 96 00 |  |
| 53. |  |  | 552.50 |  |  | 104 | 3.5 | 84 00 |  |
| 7·21 | 104 | 7.5 | 120 00 |  |  | 161 | 2.5 | 30 00 |  |
|  | 106 | 2 | 20 00 |  | 34.25 |  |  |  | 570 |
|  | 161 | 1 | 12 00 |  |  | Billed | 8·31-02 |  |  |
| 63.5 |  |  | 704.50 |  | 9-1 | 104 | 7.5 | 120 00 |  |
| 7·28 | 104 | 3 | 48 00 |  | 7.5 |  |  |  | 120 00 |
|  | 161 | 1 | 12 00 |  | 9·8 | 104 | 4 | 64 00 |  |
| 67.5 |  |  | 764.50 |  |  | 132 | 3 | 53 25 |  |
| Billed | 7-31-02 |  |  |  | 14.5 |  |  |  | 237 25 |
| 8·4 | 104 | 10 | 160 00 |  | 9-15 | 132 | 2 | 24 00 |  |
|  | 161 | 1.75 | 31 50 |  |  | 161 | 2.5 | 30 00 |  |
| 11.75 |  |  | 191.50 |  |  | 161 | 1.5 | 27 00 |  |
| 8·11 | 104 | 2 | 32 00 |  | 20.5 |  |  |  | 318 25 |
|  | 161 | .5 | 9 00 |  | 9·22 | 104 | 7 | 112 00 |  |
| 14.25 |  |  | 232.50 |  |  | 104 | .5 | 12 00 |  |
| 8·18 | 104 | 8 | 128 00 |  |  | 122 | 9 | 108 00 |  |
| 22 |  |  | 260 50 |  |  | 132 | 4 | 71 00 |  |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9·24 | Sears | 3785 | 8 36 |
| 10·9 | Grainger | 368·708634·2 | 241 07 |
| 10-11 | DoAll | 25021675 | 144 57 |
| 10·14 | Shell |  | 90 00 |
|  | Billed 10-31-02 |  | * 484 00 |
| 10·25 | DoAll | 25021937 | 144 57 |
| 11-13 | Shell |  | 158 00 |
| 11-13 | DoAll | 25022271 | 144 57 |
|  | Billed 11-30-02 |  | $ 447 14 |
| 11-12 | Duro Flex | 19319 | 1050 00 |
| 12-11 | DoAll | 25022757 | 90 48 |
| A 12-12 | DoAll | 25022778 | 37 63 |
| A 12-12 | McMaster-Carr | 16409831 | 42 56 |
| 6-11 | Motion Industries | IN54-69851 | 7 13 |
|  | Billed 12-31-02 |  | $ 1237.80 |

(2)

681

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 10/13 | 145 | 1 | 9 25 | | | | | | |
| 6. | | | | 55 00 | | | | | |
| 10/20 | 125 | 3 | 36 00 | | | | | | |
| | 145 | 3 | 27 75 | | | | | | |
| 12. | | | | 118.75 | | | | | |
| Billed 10-31-02 | | | | | | | | | |
| 12-1 | 104 | 3 | 48 00 | | | | | | |
| 2. | | | | 48 00 | | | | | |
| 12.8 | 104 | .5 | 12 00 | | | | | | |
| 3.5 | | | | 60 00 | | | | | |
| Billed 12-31-02 | | | | | | | | | |
| 3-2 | 104 | 2 | 32 00 | | | | | | |
| 2' | | | | 32 00 | | | | | |
| Billed 3-31-03 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(5)

1208-684

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 10·7 | 37 | 3 | A | | | | | | |
| 10·8 | 37 | 9 | A | | | | | | |
| 10·9 | 37 | 3 | A | | | | | | |
| 10·10 | 37 | 4.5 | A | | | | | | |
| 11·3 | 5 | | | | | | | | |
| Billed 10-31-02 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

(4)

684

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 108 | 9 | 99 | 00 | | | | 152 | 3 | 44 | 25 | B | |
| | 122 | 2 | 24 | 00 | A | | | 161 | 30 | 360 | 00 | | |
| | 122 | 5 | 60 | 00 | | | | 161 | 10 | 180 | 00 | | |
| | 161 | 16.5 | 198 | 00 | | | 81.75 | | | | | 1,057 | 75 |
| | | .5 | 27 | 00 | | | 2.9 | 104 | 1 | 16 | 00 | | |
| 220 | 5 | | | | 357 | 25 | | 106 | 2 | 20 | 00 | C | |
| 10.20 | 106 | 1 | 10 | 00 | A | | | 119 | 36 | 720 | 00 | | |
| | 161 | 4.5 | 54 | 00 | | | | 122 | 7 | 84 | 00 | | |
| 22.6 | | | | | 3,043 | 25 | | 138 | 2 | 36 | 00 | B | |
| Billed 10-31-02 | | | | | | | | 152 | 4 | 59 | 00 | C | |
| 1-26 | 106 | 5.25 | 52 | 50 | A | | | 156 | 32 | 640 | 00 | | |
| 5.25 | | | 52 | 50 | | | | 161 | 15 | 180 | 00 | | |
| Billed 1-31-03 | | | | | | | | 161 | | 148 | 30 | | |
| 2.2 | 104 | 10 | 160 | 00 | | | 189.0 | | | 2,961 | 25 | | |
| | 106 | 6 | 60 | 00 | A | | 2.16 | 104 | 1.75 | 28 | 00 | | |
| | 106 | 15.75 | 157 | 50 | B | | | 119 | 28 | 560 | 00 | | |
| | 122 | 5 | 60 | 00 | | | | 138 | 2 | 36 | 00 | A | |
| | 138 | 2 | 36 | 00 | B | | | 152 | 4 | 59 | 00 | C | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 9-17 | Sheats Supply | 1154172-01 | 137 | 76 |
| | Billed 9-30-02 | | $2,483 | 27 |
| 9-25 | Airo Steel | CIY28331N | 120 | 61 |
| 9-27 | Indiana Metal | 246832-1 | 40 | 00 |
| 9-24 | McMaster-Carr | 6058053 | 25 | 75 |
| 10-1 | McMaster-Carr | 6088260-2 | 9 | 34 |
| 10-1 | J&F Distributing | 19289 | 56 | 94 |
| A 10-3 | Indiana Metal | 247013-1 | 23 | 00 |
| A 10-3 | Indiana Metal | 247046-1 | 40 | 00 |
| 10-3 | Indiana Metal | 247047-1 | 23 | 00 |
| A 10-3 | Indiana Metal | 247107-1 | 40 | 00 |
| 10-3 | Indiana Metal | 247146-1 | 40 | 00 |
| A 10-3 | Indiana Metal | 247192-1 | 40 | 00 |
| 10-4 | Motion Industries | IN54-702992 | 488 | 95 |

(5)

684

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|      | 161     | 40    | 480.00 |       |      |         |       |        |       |
|      | 161     | 9     | 162.00 |       |      |         |       |        |       |
| 273.75 |       |       |        | 4,286.25 |   |         |       |        |       |
| 222  | 138     | 2     | 36.00  | A     |      |         |       |        |       |
| 275.75 |       |       |        | 4,322.25 |   |         |       |        |       |
|      | Billed  | 2-28-03 |      |       |      |         |       |        |       |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| A 10-11 | Indiana Metal | 247330-1 | 54.00 |
| 10-11 | Indiana Metal | 247331-1 | 23.00 |
|  |  |  | 1024.59 |
| 10-9 | Butz Lumber | I 7992 | 283.54 |
| 10-21 | Butz Lumber | I 9090 | 90.04 |
| 11-14 | Motion Industries | IN54-704489 | 794.02 |
|  | Billed 11-30-02 |  | $1,167.60 |
| 1-28 | Applied Industrial | 1839344B | 1,107.78 |
| 1-28 | Applied Industrial | 1839344 | 36.14 |
| 1-28 | Associated Spring | 9780804 | 82.00 |
| A 1-29 | Grainger | 001-452113-2 | 218.94 |
| 1-30 | R.L. Quimont | 092551 | 136.10 |
| 1-28 | Associated Spring | 9780934 | 52.14 |
| A 2-6 | Indiana Metal | 250105-1 | 40.00 |

(2)

1208-685

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 20 | 3.5 | 02 | 48 A | | 20 | 4.5 | 02 | 49 A |
| | 22 | 11 | 02 | 48 A | 9.28 | 20 | 6 | 02 | 49 A |
| | 28 | 3.5 | 02 | 48 A | 24.5 | | | | |
| | 38 | 2 | | A | 9.30 | 20 | 5.5 | 02 | 49 A |
| 9.19 | 22 | 5 | 02 | 48 A | 10.2 | 20 | 2 | 02 | 48 A |
| | 22 | 4 | | A | 10.3 | 20 | 8.5 | 02 | 48 A |
| | 38 | 2 | | A | | 20 | 1 | 02 | 49 A |
| 9.20 | 22 | 9 | 02 | 48 A | 41.5 | | | | |
| 9.21 | 20 | 3 | 02 | 48 A | 10.9 | 38 | 1 | | A |
| | 22 | 7 | 02 | 48 A | 10.10 | 8 | 10 | | A |
| 228. | 25 | | | | | 38 | 1 | | A |
| | Billed | 9-30-02 | | | 10.11 | 8 | 6.25 | | A |
| 9.23 | 20 | 2.5 | 02 | 48 A | | 8 | 3.25 | | A |
| | 38 | 1 | | A | | 38 | 1 | | |
| 9.24 | 38 | 1 | | A | 64. | | | | |
| 9.25 | 28 | 4 | 02 | 48 A | 10.14 | 38 | 1 | | |
| 9.26 | 38 | 1 | | A | 10.17 | 38 | 1 | | |
| 9.27 | 20 | 4.5 | 02 | 48 | 66. | Billed 10-31-02 | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(2)

685

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 127 | 18 | 288 00 | A |  | 152 | 9 | 132 75 | A |
|  | 127 | 9 | 216 00 |  | 10-20 | 131 | 1 | 20 00 | A |
|  | 129 | 33.25 | 473 81 | A | 10-27 | 129 | 16.75 | 234 44 |  |
|  | 138 | 15 | 270 00 | A | 280 75 |  |  |  |  |
|  | 143 | 6 | 88 50 | A |  |  |  | 562 44 |  |
|  | 163 | 25.5 | 357 00 | A |  | Billed 10-31-02 |  |  |  |
| 196.75 |  |  | 2997 81 |  | 11-3 | 104 | 3 | 48 00 |  |
| 10-27 | 104 | 3 | 48 00 | A |  | 104 | 1 | 16 00 | A |
|  | 106 | 28 | 280 00 | A |  | 106 | 4 | 40 00 | A |
|  |  |  | 123 75 |  |  | 127 | 40 | 640 00 | A |
|  | 122 | 6 | 72 00 |  |  |  |  | 96 00 |  |
|  | 122 | 2 | 24 00 | A |  | 129 | 34.75 | 495 19 | A |
|  |  |  | 54 00 |  |  | 138 | 16 | 288 00 | A |
|  | 123 | 29.5 | 368 75 | A |  |  |  | 5 53 |  |
|  | 127 | 40 | 640 00 | A |  | 152 | 7 | 103 25 | A |
|  |  |  | 144 00 |  |  | 152 | 3 | 66 38 |  |
|  | 129 | 23.75 | 338 44 | A | 113 |  |  | 1798 35 |  |
|  | 138 | 8.75 | 157 50 | A | 11-10 | 104 | 2 | 32 00 |  |
|  |  |  |  |  |  | 122 | 7 | 126 00 | A |

## MATERIAL

| DATE | VENDOR |  | INV. NO. | AMOUNT |
|---|---|---|---|---|
| 9-17 | Copper and Brass | LJ2642 |  | 234 53 |
| 9-16 | McMaster Carr | 60174150 |  | 11 99 |
| 9-17 | Reeder & Kline | 11254 |  | 277 75 |
| 9-17 | Sheats Supply | 1154172-01 |  | 137 75 |
| 9-18 | Motion Industries | IN54-702311 |  | 307 13 |
|  | Billed 9-30-02 |  |  | $2824 45 |
| 9-30 | Certified Welding Co. | 15581 |  | 45 00 |
| 9-20 | Circle City Heat | 198241 |  | 43 50 |
| 9-20 | Circle City Heat | 198241 |  | 98 00 |
| 9-25 | Mahr Federal | M307065 |  | 440 10 |
| 9-23 | Motion Industries | IN54-702512 |  | 236 14 |
| 9-30 | Circle City Heat Trtng | 198370 |  | 225 50 |
| 10-3 | Indiana Metal Trtng | 247161-1 |  | 40 00 |
| 10-2 | Motion Industries | IN54-702883 |  | 525 34 |

(3)

685

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 127 | 28 | 448 | 00 | A | | 129 | 20.5 | 292 | 13 | | |
| | 129 | 28.75 | 409 | 69 | A | | 138 | 10 | 180 | 00 | A | |
| | 138 | 22 | 396 | 00 | A | | 143 | 25.5 | 376 | 12 | A | |
| | 143 | 32 | 472 | 00 | A | | 152 | 20 | 295 | 00 | A | |
| | 143 | 8 | 177 | 00 | A | | 161 | 14 | 168 | 00 | A | |
| | 152 | 9 | 132 | 75 | A | | 161 | 1.5 | 27 | 00 | A | |
| | 161 | 9 | 108 | 00 | A | | 163 | 23 | 322 | 00 | A | |
| | 161 | 8 | 144 | 00 | A | 478° | | | | 7284 | 04 | |
| | 163 | 5.75 | 80 | 50 | A | 11-24 | 104 | 3 | 48 | 00 | A | |
| 273.5 | | | 4324 | 29 | | | 106 | 6 | 60 | 00 | A | |
| 11-17 | 104 | 3 | 48 | 00 | A | | 122 | 5.5 | 66 | 00 | | |
| | 104 | 4 | 96 | 00 | A | | 138 | 15 | 270 | 00 | A | |
| | 106 | 29.5 | 395 | 00 | A | | 138 | 5 | 125 | 00 | A | |
| | 106 | 7.5 | 112 | 50 | A | | 143 | 5.5 | 121 | 69 | A | |
| | 122 | 10 | 120 | 00 | A | | 163 | 8.5 | 119 | 00 | A | |
| | 122 | 2 | 36 | 00 | A | 526.5 | | | 8103 | 73 | | |
| | 127 | 31 | 496 | 00 | A | | Billed 11-30-02 | | | | | |
| | 127 | 4 | 96 | 00 | A | 12-1 | 104 | 1 | 16 | 00 | A | |

MATERIAL   1.° Billed 12-31-02  16.00

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 10-2 | MOTION INDUSTRIES | IN54-702889 | 215 | 69 |
| 10-11 | Motion Industries | IN54-703249 | 12 | 01 |
| 10-11 | Indiana Metal | 247394-1 | 36 | 50 |
| 10-17 | Indiana Metal | 247576-1 | 40 | 00 |
| 10-17 | Indiana Metal | 247577-1 | 36 | 50 |
| 10-16 | Staples | P13549 | 146 | 98 |
| 9-11 | GRAINGER | 937-639695-9 | 44 | 74 |
| | | | $ 2186 | 00 |
| 10-23 | DO ALL | 25021887 | 22 | 06 |
| A 10-24 | INDIANA METAL TRTNG | 247677-1 | 40 | 00 |
| A 10-24 | INDIANA METAL TRTNG | 247678-1 | 22 | 00 |
| A 10-24 | INDIANA METAL TRTNG | 247679-1 | 22 | 00 |
| A 10-24 | INDIANA METAL TRTNG | 247680-1 | 22 | 00 |
| A 10-25 | McMASTER-CARR | 62015918 | 147 | 11 |

(1)

687

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.28 | 160 | 14 | 196 | 00 | | 1-19 | 104 | 2 | 32 | 00 | A | |
| 14. | | | | | 196 00 | | 104 | 3 | 72 | 00 | A | |
| Billed 7-31-02 | | | | | | | 106 | 6 | 60 | 00 | A | |
| 8.4 | 160 | 7 | 98 | 00 | | | 122 | 2 | 24 | 00 | A | |
| 7. | | | | | 98 00 | | 127 | 1 | 16 | 00 | A | |
| Billed 8-31-02 | | | | | | | 138 | 1 | 18 | 00 | A | |
| 9.1 | 143 | 3.5 | 51 | 62 | A | | 143 | 16.25 | 239 | 69 | A | |
| | 143 | 2 | 44 | 25 | | | 152 | 3 | 44 | 25 | A | |
| | 161 | 1.5 | 18 | 00 | | | 152 | 5 | 110 | 63 | A | |
| 7. | | | | | 113.87 | | 163 | 22 | 208 | 00 | A | 57 |
| 9.8 | 104 | 2 | 32 | 00 | | 61.25 | | | | | 924 | |
| | 143 | 31 | 457 | 25 | A | 1-26 | 106 | 1 | 10 | 00 | A | |
| | 143 | 1.5 | 33 | 19 | A | | 127 | 8 | 128 | 00 | A | |
| 41.5 | | | | | 636.31 | | 138 | 7 | 126 | 00 | A | |
| Billed 9-30-02 | | | | | | | 152 | 4 | 59 | 00 | A | |
| 10.6 | 104 | 4 | 64 | 00 | | 81.25 | | | | | 1,247.57 | |
| 4. | | | | | 64 00 | Billed 1-31-03 | | | | | | |
| 10.13 | 104 | 1 | 16 | 00 | | 2.16 | 101 | 33 | 396 | 00 | | |
| 5. Billed 10-31-02 | | | | 80 00 | | | | | | | | |

## MATERIAL

| | DATE | VENDOR | | INV. NO. | AMOUNT | |
|---|---|---|---|---|---|---|
| | 8-7 | Indiana Metal | 245607-1 | | 40 | 00 |
| | | Billed 8-31-02 | | | $ 40 | 00 |
| A | 8-27 | Airo Steel | CH12734PV | | 373 | 52 |
| | 8-28 | DoAll | 25020858 | | 35 | 04 |
| A | 9-5 | Reid Tool Supply | 2592237 | | 78 | 35 |
| | | | | | $ 486 | 91 |
| | 9-25 | Butler Tool | 2197 | | 365 | 80 |
| | 10-3 | Motion Industries | IN54-702965 | | 36 | 52 |
| | 10-2 | R.Q Associates | 6318 | | 50 | 50 |
| | | | | | 452 | 82 |
| A | 1-13 | Finch Automation | 129010 | | 62 | 49 |
| A | 1-13 | R.L. Guimont | 092213 | | 5 | 40 |
| A | 1-14 | McMaster-Carr | 65200821 | | 8 | 95 |
| | 1-14 | McMaster-Carr | 6522889? | | 25 | 47 |

(1)

688

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-9 | 106 | 2 | 20 | 00 | | | 11-3 | 106 | 10.75 | 107 | 50 | A | |
| | 152 | 2 | 29 | 50 | | | | 106 | 6.25 | 93 | 75 | A | |
| 4.0 | | | | | 49 | 50 | | 138 | 2 | 36 | 00 | A | |
| 6-16 | 143 | 29.5 | 435 | 13 | | | 19.: | | | | | 237 | 25 |
| | 143 | 10 | 221 | 25 | | | 11-10 | 106 | 20 | 200 | 00 | A | |
| | 152 | 3 | 44 | 25 | | | | 106 | 4 | 40 | 00 | B | |
| | 160 | 18 | 252 | 00 | | | | 106 | 8 | 120 | 00 | B | |
| 64.5 | | | | | 1002 | | 13 | 138 | 3 | 54 | 00 | B | |
| 6-23 | 143 | 5 | 73 | 75 | | | | 138 | 8 | 216 | 00 | B | |
| 69.5 | | | | | 1076 | | | 152 | 10 | 147 | 50 | B | |
| Billed 6-30-02 | | | | | | | | 152 | 4 | 59 | 00 | A | |
| 10:20 | 101 | 4 | 48 | 00 | | | | 152 | 4 | 88 | 50 | B | |
| | 125 | 4 | 48 | 00 | | | | 163 | 17.25 | 241 | 50 | B | |
| | 149 | 4 | 52 | 00 | | | | 163 | 3.75 | 78 | 75 | B | |
| 12. | | | | | 148 | 00 | 101.0 | | | | | 1482 | 50 |
| 10:27 | 101 | 2 | 24 | 00 | | | 11-17 | 138 | 2 | 36 | 00 | A | |
| | 125 | 2 | 54 | 00 | | | | 138 | 4 | 72 | 00 | B | |
| 16.. | | | | | 196 | 00 | | 152 | 5.5 | 81 | 13 | B | |
| Billed 10-31-02 | | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 11-8 | Applied Industrial  18389411 | | 5 | 88 |
| 11-11 | Applied Industrial  18389412 | | 8 | 79 |
| 11-15 | Indiana Metal Treating 248141-1 | | 22 | 00 |
| | Billed 11-30-02 | | 36 | 67 |
| 11-26 | R.L. Guimont  091392 | | 23 | 95 |
| 11-22 | Indiana Metal TRTNG 248448-1 | | 40 | 00 |
| 11-26 | Applied Industrial 18390267 | | 2 | 40 |
| | Billed 12-31-02 | | 66 | 35 |

(3)

690

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 127 | 15 | 240 | 00 | B | | 152 | 3 | 44 | 25 | B | |
| | 129 | 31.5 | 448 | 88 | B | | 229.5 | | | | 3585.99 | |
| | 138 | 10 | 180 | 00 | B | | Billed 9-30-02 | | | | | |
| | 143 | 6.5 | 143 | 81 | B | 10-20 | 101 | 2 | 24 | 00 | A | |
| | 152 | 3 | 44 | 25 | B | | 122 | 5 | 60 | 00 | | |
| | 153 | 2 | 44 | 25 | B | | 125 | 2 | 24 | 00 | A | |
| 138 | | | | | 2057.63 | | 152 | 5 | 73 | 75 | B | |
| 9-15 | 127 | 40 | 640 | 00 | B | | 152 | 3 | 44 | 25 | A | |
| | 127 | 6 | 144 | 00 | B | 17.1 | | | | | 226 | 00 |
| | 143 | 13.5 | 199 | 11 | B | | Billed 10-31-02 | | | | | |
| | 152 | 2 | 29 | 50 | B | 11-10 | 108 | 2 | 36 | 00 | C | |
| | 152 | 4 | 88 | 50 | B | | 152 | 3 | 44 | 25 | C | |
| | 161 | 1.5 | 18 | 00 | B | | 152 | 4 | 88 | 50 | C | |
| | 161 | .5 | 9 | 00 | B | 9° 74 | | | | | 168.75 | |
| 205 | | | 3185 | 74 | | 11-17 | 143 | 4.5 | 66 | 38 | C | |
| 9-22 | 104 | 1 | 16 | 00 | A | | 143 | 6 | 132 | 75 | C | |
| | 127 | 10 | 160 | 00 | B | 19.5 | | | | | 367 | 26 |
| | 138 | 10 | 180 | 00 | B | 11-24 | 106 | 5 | 50 | 00 | C | |

## MATERIAL

| | DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|---|
| E | 8-26 | Lee Spring Co. | 326628 | 80 | 19 |
| 6 | 8-29 | Airo Steel | CH32751L 2 | 503 | 66 |
| 10 | 9-3 | Airo Steel | CIC.2444 PV | 109 | 08 |
| 6 | 8-28 | Copper and Brass | 2A56.86 | 353 | 48 |
| | 9-3 | McMaster-Carr | 59632816 | 17 | 37 |
| B | 9-9 | Airo Steel Corp | CII356J2 | 514 | 85 |
| | 9-3 | DoAll | 25020940 | 88 | 11 |
| | 9-3 | DoAll | 25020939 | 219 | 83 |
| | 9-4 | DoAll | 25020972 | 19 | 42 |
| | 9-4 | Indiana Oxygen | 576449 | 85 | 90 |
| | 9-9 | McMaster Carr | 59868126 | 68 | 18 |
| | | Bill 9-30-02 | | $2262.95 | |
| E | 9-20 | DoAll | 25021283 | 40 | 89 |
| | 9-25 | DoAll | 25021369 | 211 | 27 |

(4)

690

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 143 | 5 | 73 | 75 | C |  |  |  |  |  |  |
| 29.5 |  |  |  |  | 491 | 63 |  |  |  |  |  |
| Billed | 11-30-02 |  |  |  |  |  |  |  |  |  |  |
| 12.8 | 138 | 5 | 90 | 00 | C |  |  |  |  |  |  |
| 5. |  |  |  |  | 90 | 00 |  |  |  |  |  |
| Billed | 12-31-02 |  |  |  |  |  |  |  |  |  |  |
| 10.5 | 104 | 2 | 32 | 00 | D |  |  |  |  |  |  |
| 2. |  |  |  |  | 32 | 00 |  |  |  |  |  |
| Billed | 10-31-03 |  |  |  |  |  |  |  |  |  |  |

### MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|---|---|---|---|---|---|
| 9-30 | DoAll | 25C21482 |  | 35 | 60 |
| 9-24 | Neff Engineering | 1298723 |  | 1,104 | 06 |
| 10-15 | McMaster-Carr | 61515664 |  | 5 | 94 |
| 10-17 | McMaster-Carr | 6164299 |  | 31 | 18 |
|  |  |  |  | $ 1428 | 94 |
| 10-18 | Wurth/Serv. Sup | 2503950 3-01 |  | 156 | 81 |
|  | Billed 11-30-02 |  |  | $ 156 | 81 |