(1)

1208-691

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 6-20 | 38 | 1 | | | | | | | |
| 6-21 | 38 | 1 | | | | | | | |
| 2. | | | | | | | | | |
| Billed 6-30-02 | | | | | | | | | |
| 7-30 | 38 | 1 | | | | | | | |
| 1. | | | | | | | | | |
| Billed 8-31-02 | | | | | | | | | |
| 9-26 | 38 | 3 | | | | | | | |
| 3. | | | | | | | | | |
| Billed 10-31-02 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

(4)

691

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 140 | 8 | 160 00 |  | 11-3 | 104 | 2 | 32 00 |  |
|  | 151 | 9 | 162 00 |  |  | 155 | 2 | 40 00 |  |
| 20: |  |  |  | 370 00 | 4. |  |  |  | 72 00 |
| 10-6 | 104 | 2 | 32 00 |  | 11-10 | 104 | 2 | 32 00 |  |
|  | 122 | 1 | 12 00 |  |  | 151 | 10 | 180 00 |  |
|  | 151 | 14 | 252 00 |  | 16. |  |  |  | 284 00 |
|  | 151 | 3 | 81 00 |  | 11-17 | 151 | 8 | 144 00 |  |
|  | 155 | 40 | 800 00 |  |  | 155 | 8 | 160 00 |  |
| 80' |  |  |  | 1,547 00 | 32 |  |  |  | 588 00 |
| 10-13 | 140 | 8 | 160 00 |  | 11-24 | 125 | 4 | 48 00 |  |
|  | 155 | 20 | 400 00 |  |  | 132 | 2.5 | 44 38 |  |
| 108. |  |  |  | 2107 00 |  | 151 | 5 | 90 00 |  |
| 10-20 | 140 | 20 | 400 00 |  | 43. |  |  |  | 770 38 |
|  | 155 | 36 | 720 00 |  |  | Billed 11-30-02 |  |  |  |
| 64. |  |  | 3,227 00 |  |  |  |  |  |  |
| 10-27 | 104 | 1 | 16 00 |  |  |  |  |  |  |
| 105. |  |  | 3,243 00 |  |  |  |  |  |  |
| Billed 10-31-02 |  |  |  |  |  |  |  |  |  |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-19 | R.L. (illegible) | 089789 | 58 49 |
| 9-20 | Home Depot | 000914 | 7 46 |
|  | Billed 9-30-02 |  | $2,701 35 |
| 9-30 | Allied Automation | I-59657-0 | 97 00 |
| 9-26 | BLC Gases | 2663720-1 | 1,165 61 |
| 10-1 | Dolen Tool | 1017582-01 | 60 87 |
| 9-25 | Neff Engineering | 1249883-2 | 354 79 |
| 10-3 | Sheats Supply | 1154385-01 | 174 17 |
| 10-7 | Dolen Tool Sales | 1017582-02 | 62 48 |
|  | Billed 10-31-02 |  | 914 92 |
| 10-21 | C & E Sales Inc | 6022122 | 214 02 |
| 10-17 | EMEDCO | 558764-00 | 18 64 |
| 10-24 | Kirby Risk Electrical | 9382605-2 | 118 19 |
| 10-25 | Kirby Risk Electrical | 9382866-2 | 190 83 |

(4)

692

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9-29 | 117 | 8 | 160 00 | | | | | | |
| | 122 | 7 | 84 00 | | 10-27 | 104 | 2 | 32 00 | |
| | 132 | 2 | 35 50 | | | 117 | 8 | 160 00 | |
| | 140 | 32 | 640 00 | | | 132 | 5 | 88 75 | |
| | 151 | 18 | 324 00 | | | 140 | 40 | 800 00 | |
| 67. | | | | | | 151 | 24 | 432 00 | |
| | | | | 1,243.50 | 255.25 | | | | 4868.75 |
| 10-6 | 104 | 2 | 32 00 | | | Billed 10-31-02 | | | |
| | 117 | 2 | 40 00 | | 11-3 | 104 | 2 | 32 00 | |
| | 140 | 40 | 800 00 | | | 117 | 6 | 120 00 | |
| | 151 | 9 | 162 00 | | | 155 | 22 | 440 00 | |
| 120. | | | | 2,277.50 | 30 | | | | 592 00 |
| 10-13 | 117 | 4 | 80 00 | | 11-10 | 117 | 8 | 160 00 | |
| | 140 | 24 | 480 00 | | | 140 | 20 | 400 00 | |
| 148. | | | | 2,837.50 | | 151 | 13 | 234 00 | |
| 10-20 | 117 | 8 | 160 00 | | | 155 | 16 | 32 00 | |
| | | | 31 50 | | 87° | | | | 1706 00 |
| | 140 | 14.5 | 290 00 | | 11-17 | 140 | 8 | 160 00 | |
| | 145 | 4 | 37 00 | | | 151 | 8 | 144 00 | |
| 176.25 | | | | 5,886.00 | | | | | 2010 00 |

MATERIAL 103.°

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-12 | McMaster-Carr | 60075264 | |
| 9-16 | Kirby Risk | 9373517C | 14 85 |
| | | | (165 67) |
| 10-1 | Dolen Tool | | 1,411 53 |
| 9-30 | Kirby Risk | 1017582-01 | 60 87 |
| | | 9375754C | 80 07 |
| 10-21 | C & E Sales Inc | 602212 | 140 94 |
| 10-17 | Emedco | 558764-00 | 214 03 |
| 10-24 | Kirby Risk Sup. Elect | 9382605 2 | 18 64 |
| 10-25 | Kirby Risk Sup Elect | 93828062 | 118 18 |
| 10-30 | Kirby Risk | 9384464 | 190 83 |
| 11-8 | Grainger | 937-012979-4 | 671 36 |
| 11-15 | J&F Distributing | 194611 | 37 98 |
| 11-1 | Kirby Risk | 93848760 | 84 78 |
| | | | 311 50 |

(1)

1208-693

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8-14 | 38 | 2 | X | | | 21 | 2 | A | |
| 2. | | | | | 27° | | | | |
| | Billed | 8-31-02 | | | | Billed | 10-31-02 | | |
| 9-16 | 38 | 1 | | | 11-13 | 15 | 9 | | |
| L. | | | | | | 20 | 3 | 0253A | |
| | Billed | 9-30-02 | | | | 21 | 2.5 | 0253H | |
| 10-4 | 38 | 1 | | | | 21 | .5 | 0253A | |
| L. | | | | | | 22 | 5.5 | 0253A | |
| 10-14 | 21 | 3 | A | | | 28 | 2.5 | 0253A | |
| 10-15 | 21 | 3.5 | C | | | 37 | 1.5 | 0253A | |
| | 21 | 1 | A | | 11-14 | 20 | 3 | 0253A | |
| 10-16 | 21 | 3 | A | | | 22 | 1 | 0253A | |
| | 21 | 3.5 | C | | | 22 | 1.5 | 0253A | |
| 10-17 | 21 | 3 | A | | | 28 | 4 | 0253A | |
| 10-18 | 21 | 1 | A | | | 37 | 2.5 | 0253A | |
| | | | | | | 38 | 1 | A | |
| 22.5 | | | | | 11-15 | 15 | 5 | | |
| 10-21 | 21 | 2.5 | C | | | 21 | 2.5 | A | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

693    (4)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 152 | 3 | 44 25 | D |  |  |  |  |  |
|  | 152 | 10 | 88 50 |  |  | 152 | 3 | 66 38 |  |
|  | 161 | 17.5 | 147 50 | A |  | 152 | 3 | 44 25 | C |
|  | 161 |  | 210 00 |  |  | 161 | 18 | 44 25 | D |
|  | 163 | 15 | 90 00 |  |  |  | 3 | 216 00 | A |
|  |  |  | 210 00 | A |  | 163 | 4.5 | 63 00 |  |
| 251.5 |  |  | 26 25 |  |  | 87.25 |  | 63 00 | A |
| 11.3 | Billed 10-31-02 |  | 418 59 | 11-10 | 104 | 5 |  | 4308.34 |  |
|  | 104 | 2 | 32 00 | B |  | 106 | 4 | 80 00 |  |
|  | 106 | 1 | 16 00 |  |  | 138 | 2 | 40 00 | D |
|  | 106 | 9 | 90 00 |  |  | 151 | 2 | 36 00 | D |
|  | 122 | 3 | 36 00 | D |  | 161 | 3 | 54 00 |  |
|  | 138 | 2 | 36 00 |  |  |  | 7.5 | 90 00 | A |
|  |  |  |  | D |  | 163 | 3.5 | 49 00 | A |
|  | 143 | 8.5 | 135 00 |  |  | 112.25 |  | 1057.34 |  |
|  |  |  | 272 87 | A | 11-17 | 104 | 2 | 32 00 |  |
|  | 152 | 9 | 60 84 |  |  | 104 | 4 | 22 00 |  |
|  |  |  | 132 75 | A |  | 129 | 3 | 96 00 |  |
|  |  |  |  |  |  | 138 | 5 | 42 75 | A |
|  |  |  |  |  |  |  |  | 90 00 | A |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-18 | Airo Steel |  |  |
| 9-18 | Airo Steel |  |  |
| 9-18 | Airo Steel | CIR29321V |  |
| 9-18 | Airo Steel | CIR2931L2 | 62 19 |
| 9-16 | Auburn Plastics | CIR2936L2 | 209 93 |
| 9-13 | Kirby Risk | CIR2928IN | 186 23 |
| 9-20 | Copper & Brass | 115593 | 319 26 |
| 9-20 | Copper & Brass | 9371 2359 | 33 25 |
| 9-20 | Copper & Brass | 1J3601 | 40 44 |
| 9-19 | McMaster-Carr | 1J3602 | 91 29 |
| 9-23 | McMaster-Carr | 1J3600 | 165 27 |
| 9-19 | McMaster-Carr | 6038846 | 110 84 |
| 9-19 | Motion Industries | 60455573 | 9 99 |
| 9-23 | Sentinel | IN 54-702345 | 12 55 |
|  | Sentinel | 92400175 | 25 86 |
|  |  | 92400217 | 4 85 |
|  |  |  | 14 04 |

(7)

# 693

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 138 | 5 | 135 | 00 | A | | 104 | 3 | 72 | 00 | | |
| | 138 | 5.5 | 99 | 00 | C | | 104 | 4 | 64 | 00 | E | |
| | 151 | 7 | 126 | 00 | | | 106 | 6 | 60 | 00 | E | |
| | 152 | 3.5 | 51 | 63 | C | | 122 | 14 | 168 | 00 | | |
| | 152 | 4.5 | 97 | 56 | E | | 127 | 6.5 | 104 | 00 | A | |
| | 155 | 8 | 160 | 00 | | | 129 | 5 | 71 | 25 | C | |
| | 163 | 13.25 | 185 | 50 | C | | 138 | 5 | 90 | 00 | C | |
| | 163 | 6.25 | 131 | 25 | C | | 138 | 5 | 135 | 00 | C | |
| 483.5 | | | | | 7830.70 | | 138 | 5 | 90 | 00 | A | |
| | Billed | 12-31-02 | | | | | 140 | 8 | 160 | 00 | | |
| 1.5 | 104 | 4.5 | 72 | 00 | | | 143 | 7.25 | 106 | 94 | C | |
| | 129 | 1.5 | 21 | 38 | D | | 149 | 7 | 91 | 00 | | |
| | 138 | 4.5 | 81 | 00 | A | | 152 | 6 | 88 | 50 | E | |
| | 143 | 6 | 88 | 50 | C | | 152 | 2 | 29 | 50 | A | |
| | 152 | 6 | 88 | 50 | E | | 155 | 12 | 240 | 00 | | |
| | 163 | 6.5 | 91 | 00 | C | | 161 | 20 | 240 | 00 | | |
| 29.1 | | | | | 442.38 | | 161 | 5 | 90 | 00 | | |
| 1.12 | 104 | 3 | 48 | 00 | | | 163 | 6.5 | 91 | 00 | C | |

MATERIAL 159.25          2,481.57

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 10-15 | Motion Industries | IN54-703408 | 101 | 59 |
| | | | 850 | 67 |
| 10-22 | Do ALL | 25021869 | 25 | 30 |
| 10-18 | KVP Falcon Plastic | 133956-1 | 338 | 53 |
| 10-19 | Motion Industries | IN54-703578 | 25 | 87 |
| 10-23 | Sheats Supply | 115438 5-02 | 261 | 25 |
| 10-29 | Kirby Risk | 93836472 | 68 | 17 |
| 10-26 | Motion Industries | IN54-703766 | 189 | 20 |
| 11-4 | Airo Steel | CKD2683PV | 224 | 21 |
| 10-30 | Motion Industries | IN54-703922 | 30 | 54 |
| 11-5 | Airo Steel | CKE2904PV | 66 | 64 |
| 11-6 | Airo Steel | CKF2999PV | 70 | 80 |
| 11-7 | Indiana Metal | 247961-1 | 40 | 00 |
| 11-7 | Airo Steel | CKG2863L2 | 391 | 14 |

(1)

1208- 694

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9.16 | 38 | 1 | | | 11-13 | 21 | 2.5 | | 0253B |
| 1' | | | | | | 22 | 5.5 | | 0253A |
| 13 | Billed | 9-30-02 | | | | 28 | 2.5 | | 0253B |
| 10.4 | 38 | 1 | | | | 37 | 1.5 | | 0253B |
| 1' | | | | | 11-14 | 15 | 9 | | |
| 10.14 | 21 | 2 | B | | | 22 | 2.5 | | 0253A |
| 10.15 | 21 | 3.5 | D | | | 28 | 4 | | 0253B |
| | 21 | 1.5 | B | | | 37 | 2.5 | | 0253B |
| 10.16 | 21 | 3 | B | | | 38 | 1 | | B |
| 10.17 | 21 | 3.5 | D | | 11-15 | 15 | 4 | | |
| | 21 | 3 | B | | | 22 | 2.5 | | 0253A |
| 10.18 | 21 | 1.5 | B | | | 28 | 1 | | 0253B |
| | | | | | | 28 | 3.75 | | 0253B |
| 22.5 | | | | | 11-16 | 28 | 3.75 | | 0253B |
| 10-21 | 21 | 2.5 | D | | 46 | | | | |
| | 21 | 2.5 | B | | 11-18 | 21 | 2 | | B |
| 27.5 | | | | | | 21 | 2 | | C |
| Billed | 10-31-02 | | | | | 28 | 4.75 | | C253B |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

694 (4)

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 90 00 |  |  | 161 | 18 | 216 00 | B |
|  | 163 | 15 | 210 00 | B |  | 161 | 3.5 | 63 00 |  |
| 263.25 |  |  |  | 4,536.09 | 163 | 4.5 | 63 00 | B |  |
|  | Billed | 10-31-02 |  |  | 121 |  |  | 2,116.10 |  |
| 11-3 | 104 | 2 | 32 00 | B | 11-10 | 104 | 2 | 32 00 |  |
|  | 104 |  | 96 00 |  |  | 106 | 4 | 40 00 | D |
|  | 106 | 2.75 | 27 50 | D |  | 122 | 2 | 24 00 | D |
|  | 138 | 5 | 90 00 | A |  | 138 | 2 | 36 00 | D |
|  | 138 | 5 | 90 00 | B |  | 151 | 5.25 | 141 75 |  |
|  | 138 | 2 | 36 00 | D |  | 161 | 7.5 | 90 00 | B |
|  |  |  | 135 00 |  |  | 163 | 3.5 | 49 00 | B | 85 |
|  | 143 | 18.5 | 272 88 | B | 147.25 |  |  | 2528 |  |
|  |  |  | 60 84 |  | 11-17 | 104 | 1 | 16 00 |  |
|  | 151 | 25 | 450 00 |  |  | 138 | 5 | 90 00 | B |
|  |  |  | 270 00 |  | 152.25 |  |  |  | 2,634.85 |
|  | 152 | 9 | 132 75 | B | 11-24 | 104 | 2 | 32 00 |  |
|  | 152 | 1 | 14 75 | D |  | 104 | 6 | 144 00 |  |
|  |  |  | 66 38 |  |  | 122 | 2 | 24 00 |  |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-20 | Copper + Brass | 1J3601 | 91 30 |
| 9-20 | Copper + Brass | 1J3602 | 165 27 |
| 9-20 | Copper + Brass | 1J3600 | 110 85 |
| 9-19 | McMaster Carr | 6038846.3 | 9 99 |
| 9-19 | Motion Industries | 1N54-702345 | 25 86 |
| 9-23 | Sentinel | 924000217 | 14 05 |
| 9-16 | USF Holland | 43732377 | 24 00 |
| 9-16 | USF Holland | 43732415 | 24 00 |
|  | Billed 9-30-02 |  | $4,718.86 |
| 9-26 | Airo Steel | CIZ2927PV | 178 97 |
| 9-26 | Airo Steel | CIZ2929PV | 548 33 |
| 9-26 | Airo Steel | CIZ2928IN | 61 32 |
| 9-27 | Airo Steel | CI12871L2 | 63 88 |
| 9-27 | Airo Steel | CI12870PV | 504 63 |

(6)

694

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 127 | 4 | 96 | 00 | B | | 138 | 5.5 | 99 | 00 | C |
| | 129 | 12.75 | 181 | 69 | B | | 138 | 5 | 135 | 00 | B |
| | 129 | .50 | 10 | 69 | B | | 140 | 8 | 160 | 00 | |
| | 138 | 10 | 180 | 00 | B | | 152 | 3 | 44 | 25 | B |
| | 138 | 5 | 135 | 00 | B | | 152 | 2.5 | 36 | 88 | C |
| | 138 | 4 | 72 | 00 | A | | 152 | 4.5 | 99 | 56 | E |
| | 138 | 2 | 36 | 00 | C | | 155 | 8 | 160 | 00 | |
| | 143 | 13.75 | 202 | 81 | B | | 163 | 16.75 | 234 | 50 | C |
| | 152 | 10 | 147 | 50 | B | 391 | | | 6,218 | 14 | |
| | 163 | 7 | 98 | 00 | B | | Billed 12-31-02 | | | | |
| 275.25 | | | 4,282 | 26 | | 1-5 | 104 | 2.5 | 40 | 00 | |
| 12-22 | 104 | 4.5 | 72 | 00 | B | | 104 | 2 | 28 | 00 | |
| | 106 | 12.75 | 127 | 50 | C | | 129 | 1.25 | 17 | 21 | C |
| | 127 | 5 | 80 | 00 | B | | 129 | .25 | 5 | 34 | C |
| | 127 | 15 | 240 | 00 | C | | 138 | 4.5 | 81 | 00 | B |
| | 129 | 4.25 | 228 | 06 | C | | 143 | 6 | 79 | 50 | C |
| | 129 | .5 | 64 | 13 | B | | 149 | 2 | 26 | 00 | |
| | 138 | 10 | 180 | 00 | B | | 152 | 4 | 50 | 00 | E |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 10-10 | Motion Industries | IN54-703236 | 41 | 02 |
| 10-17 | Allied Automation | I-59945-0 | 113 | 37 |
| 10-14 | AIRO Steel | CJN2682PV | 231 | 40 |
| 10-15 | Motion Industries | IN54-703363 | 139 | 04 |
| 10-15 | Motion Industries | IN54-703408 | 101 | 59 |
| 10-18 | Radioshack | 113937 | 10 | 38 |
| | | | 8,200 | 97 |
| 10-22 | Do ALL IND | 25021867 | 25 | 30 |
| 10-18 | KVP Falcon Plastic | 133956-1 | 338 | 53 |
| 10-19 | Motion Indust | IN54-703578 | 25 | 88 |
| 10-23 | Sheats Sup Serv | 115435-02 | 261 | 25 |
| 10-30 | DoAll | 25022033 | 111 | 35 |
| 10-31 | Indiana Metal | 247727-1 | 21 | 00 |
| 10-29 | Kirby Risk | 9383647.2 | 83 | 32 |

(2)

1208-720

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 6-3 | 14 | 2 | 0231 | | 9-24 | 38 | 1 | G | |
|  | 15 | 9 | 0231 | | 3. | | | | |
| 6-8 | 37 | 3.5 | 0231 | | | Billed | 10-31-02 | | |
| 14.5 | | | | | 5-14 | 38 | 2 | | |
| 6-12 | 38 | 2 | | | 2° | | | | |
| 6-14 | 38 | 2 | | | | Billed | 5-31-03 | | |
| 18° | | | | | 6-3 | 21 | 2 | I | |
| | Billed | 6-30-02 | | | 6-4 | 21 | 3 | I | |
| 8-16 | 25 | 3 | 0246 | | 6-5 | 21 | 3 | I | |
| 3. | | | | | 8. | | | | |
| 8-19 | 28 | 2.5 | 0246 | | | Billed | 6-30-03 | | |
| 8-21 | 38 | 1 | | | | | | | |
| 6.5 | | | | | | | | | |
| | Billed | 8-31-02 | | | | | | | |
| 9-5 | 38 | 1 | | | | | | | |
| 1. | | | | | | | | | |
| | Billed | 9-30-02 | | | | | | | |
| 9-23 | 38 | 2 | G | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

(13)

720

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-13 | 104 | 6 | 96 | 00 | | | 152 | 3 | 66 | 38 | L | |
| | 104 | - | 96 | 00 | | 377.75 | | | 4,431 | 63 | | |
| | 106 | 4 | 60 | 00 | I | 10-27 | 104 | 9 | 144 | 00 | | |
| | 125 | 1 | 18 | 00 | | | 106 | 3 | 30 | 00 | K | |
| | 131 | 2 | 40 | 00 | J | | 122 | 12 | 144 | 00 | | |
| | 138 | 2 | 36 | 00 | J | | 132 | 2 | 79 | 88 | | |
| | 149 | 4 | 52 | 00 | | | 138 | 1 | 18 | 00 | K | |
| | 161 | 2 | 24 | 00 | | | 149 | 5.5 | 71 | 50 | | |
| 223.25 | | | 3528 | 37 | | | 152 | 2 | 29 | 50 | K | |
| 10-20 | 104 | 3 | 48 | 00 | | | 152 | 1.5 | 22 | 13 | M | |
| | 106 | 1 | 16 | 00 | I | | 163 | 10 | 140 | 00 | K | |
| | 127 | 7 | 112 | 00 | J | | | | 105 | 00 | | |
| | 131 | 13 | 260 | 00 | J | 329.75 | | | 5,215 | 64 | | |
| | 138 | 3 | 54 | 00 | J | Billed 10-31-02 | | | | | | |
| | 143 | 4.5 | 66 | 38 | K | 11-3 | 104 | 2 | 32 | 00 | | |
| | 149 | 2 | 26 | 00 | | | 106 | 12 | 120 | 00 | M | |
| | 152 | 10 | 147 | 50 | I | | 132 | 2 | 35 | 50 | | |
| | 152 | 8 | 118 | 00 | J | | 138 | 2 | 36 | 00 | M | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(8)

**720**

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 143 | 2 | 29 50 |  | 6-2 | 104 | 4 | 64 00 |  |
|  | 152 | 10 | 147 50 |  |  | 104 |  | 24 00 |  |
|  | 152 | 4 | 88 50 |  |  | 106 | 4 | 40 00 |  |
|  | 160 | 4 | 84 00 |  |  | 106 | 6 | 90 00 |  |
|  | 161 | 4 | 48 00 |  |  | 143 | 9 | 132 75 |  |
|  | 161 | 3.5 | 45 00 |  |  | 143 | .75 | 16 59 |  |
|  | 162 | 5 | 45 00 |  |  | 149 | 13 | 169 00 |  |
|  | 163 | 28 | 392 00 |  |  | 152 | 15 | 221 25 |  |
|  | 163 | 6 | 126 00 |  |  | 152 | 6 | 132 75 |  |
| 214.25 |  |  | 3,212.87 |  |  | 156 | 7.75 | 155 00 |  |
| 5-26 | 104 | 4 | 64 00 |  |  | 156 | .25 | 7 50 |  |
|  | 104 | 3.75 | 90 00 |  |  | 162 | 5 | 45 00 |  |
|  | 106 | 6 | 60 00 |  |  | 163 | 27 | 378 00 |  |
|  | 149 | 12 | 156 00 |  |  | 163 | 3 | 63 00 |  |
|  | 152 | 7 | 103 25 |  | 101.75 |  |  |  | 1,538.84 |
|  | 161 | 4.5 | 54 00 |  | 6-9 | 104 | 6 | 96 00 |  |
|  | 163 | 1 | 14 00 |  |  | 106 | 11.75 | 117 50 |  |
| 252.5 |  |  | 3754.12 |  |  | 127 | 5.5 | 88 00 |  |

Billed 5-31-02

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-6 | Butz Lumber | I4300 | 58 56 |
| 9-30 | DoAll | 25021483 | 62 20 |
| 9-25 | McMaster Carr | 6061210 | 67 84 |
| 9-27 | McMaster-Carr | 6076057S | 48 13 |
| 9-30 | McMaster-Carr | 6082706 | 321 03 |
| 9-24 | Wurth/Service | 25038379-01 | 68 64 |
| 9-24 | Wurth/Service | 25038502-01 | 54 06 |
| 10-2 | Alro Steel | CJB27731N | 147 87 |
| 10-14 | Ameripak | 66467 | 80 73 |
| 10-13 | UPS |  | 64 00 |
|  | Billed 10-31-02 |  | * 973 06 |
| 10-25 | Alro Steel Corp | CJY27271N | 150 84 |
| 10-24 | McMaster-Carr | 6194644 | 21 74 |
| 10-24 | Reid Tool Supply | 2618370 | 12 45 |

749 (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-5 | 101 | 2 | 24 | 00 | | | 149 | 3 | 39 | 00 | |
| | 104 | 2 | 32 | 00 | | 13° | | | | | 199 00 |
| | 125 | 2 | 24 | 00 | | | Billed | 1-28-01 | | | |
| 6° | | | 80 | 00 | | 10-27 | 104 | 4 | 96 | 00 | |
| 11-12 | 101 | 1 | 18 | 00 | | | 125 | 4 | 72 | 00 | |
| | 104 | 11 | 264 | 00 | | | 132 | 4 | 71 | 00 | |
| | 107 | 1 | 9 | 00 | | | 145 | 3.75 | 34 | 69 | |
| | 122 | 1 | 18 | 00 | | | 149 | 7.25 | 94 | 25 | |
| 20° | | | 389 | 00 | | 23.° | | | | | 367.94 |
| Billed 11-30-00 | | | | | | Billed 10-31-01 | | | | | |
| 12-10 | 111 | 10 | 104 | 00 | | | | | | | |
| | 122 | 9 | 108 | 00 | | | | | | | |
| 19° | | | 212 | 00 | | | | | | | |
| 12-24 | 104 | 13 | 208 | 00 | | | | | | | |
| | 110 | 8 | 72 | 00 | | | | | | | |
| 40.° | | | 492.00 | | | | | | | | |
| Billed 12-31-00 | | | | | | | | | | | |
| 2-4 | 104 | 10 | 160 | 00 | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 11-10 | CarQuest Auto Parts C80895 | | 19 | 85 |
| 11-10 | HP Products 493776 | | 215 | 75 |
| | Billed 11-30-00 | | $ 235 60 | |
| 11-27 | Butz Lumber I 35676 | | 170 | 24 |
| 11-13 | Butz Lumber I 34383 | | 48 | 69 |
| | Billed 12-31-00 | | # 218 | 93 |
| 5-17 | McMaster-Carr 4991456 | | 976 | 77 |
| | Billed 5-31-01 | | # 976 | 77 |
| 5-17 | American Freightways 013614773 | | 48 | 96 |
| | Billed 6-30-01 | | $ 48 | 96 |

(1)

816

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10·6 | 106 | 5 | 50 | 00 | A | 11·3 | 122 | 2 | 24 | 00 | |
| | 138 | 2 | 36 | 00 | A | 2· | | | | | 24 00 |
| | 152 | 2 | 29 | 50 | A | | Billed 11-30-02 | | | | |
| 9·  | | | | | 115.50 | | | | | | |
| 10·20 | | | 90 | 00 | | | | | | | |
| | 108 | 21 | 231 | 00 | | | | | | | |
| | | | 72 | 00 | | | | | | | |
| | 151 | 4.25 | 76 | 50 | | | | | | | |
| 43.25 | | | | | 585.50 | | | | | | |
| 10·27 | 101 | 6 | 72 | 00 | | | | | | | |
| | 104 | 2 | 32 | 00 | | | | | | | |
| | 106 | 9 | 90 | 00 | B | | | | | | |
| | | | 15 | 00 | | | | | | | |
| | 125 | 5 | 60 | 00 | | | | | | | |
| | 132 | 3 | 53 | 25 | | | | | | | |
| | 138 | 2 | 36 | 00 | B | | | | | | |
| | 152 | 1.5 | 22 | 13 | B | | | | | | |
| 72.75 | | | | | 965.38 | | | | | | |

Billed 10-31-02

## MATERIAL

| DATE | VENDOR | | INV. NO. | AMOUNT | |
|---|---|---|---|---|---|
| 10·21 | Butz Lumber | I 9248 | | 32 | 32 |
| 10·22 | Butz Lumber | I 9318 | | 158 | 67 |
| 10·22 | Butz Lumber | I 9350 | | 84 | 23 |
| 10·31 | INDIANA Metal | 247801-1 | | 22 | 00 |
| 10·31 | INDIANA METAL | 247802-1 | | 39 | 50 |
| | Billed 11-30-02 | | | $ 336 | 72 |
| 3-10 | Butler Tool & Die | 2294 | | 1,364 | 46 |
| | Billed 3-31-03 | | | $1,364 | 46 |