818

(4)

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9/13 | 138 | 12 | 246.00 | | | | | | |
| | 152 | 4 | 59.00 | | | | | | |
| 10/76.50 | 104 | 3 | 74.10.36 | | | | | | |
| 10.27 | | 11 | 33.00 | | | | | | |
| | 122 | 2 | 36.00 | | | | | | |
| 91.50 | | | | 7610.26 | | | | | |
| Billed 10-31-02 | | | | | | | | | |
| 9.13 | 138 | 6 | 108.00 | | | | | | |
| | 143 | 3 | 44.25 | | | | | | |
| Billed 11-30-02 | | | 152.25 | | | | | | |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-2 | Boman & Company | 16440 | 890.00 |
| 9-6 | Indiana Metal | 246449-1 | 40.00 |
| 9-6 | McMaster-Carr | 9788277 | 111.32 |
| | Billed 9-30-02 | | 42,037.83 |
| 9-27 | Indiana Metal | 246833-1 | 23.00 |
| 9-27 | Indiana Metal | 246881-1 | 40.00 |
| 9-27 | Indiana Metal | 246882-1 | 41.50 |
| 9-27 | Indiana Metal | 246883-1 | 23.00 |
| 9-27 | Indiana Metal | 246930-1 | 40.00 |
| 9-27 | Indiana Metal | 246937-1 | 23.00 |
| 9-27 | Indiana Metal | 246938-1 | 22.00 |
| 10-3 | Indiana Metal | 246961-1 | 40.00 |
| 10-3 | Indiana Metal | 247147-1 | 47.50 |
| | Indiana Metal | 247018-1 | 41.50 |

818

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | 152 | 7 | 103 25 | |
| | 16.3 | 14.5 | 203 00 | |
| | | 3.5 | 73 50 | |
| | | | | 878 37 |
| Billed 8-30-03 | | | | |
| | 161 | 10 | 100 00 | |
| | 152 | 2 | 29 50 | |
| | | 11.5 | 18 00 | 127 50 Bld |
| | 104 | 3 | 48 00 | |
| | 106 | 10 | 108 00 | |
| | 138 | 8 | 177 00 | |
| | 152 | 12 | 177 00 | |
| | 163 | 12 | 168 00 | |
| | | 1 | 21 00 | 751.00 |
| | 138 | 3 | 54 00 | |
| | 122 | 2 | 24 00 | |
| | 163 | 7 | 168 35 | |
| | 152 | 1 | 21 00 | |

1169.35 MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | Airo Steel | C45297512N | 463 59 |
| | Airo Steel | C462631TL | 216 63 |
| 8.3 | Auburn Plastics | 114746 | 112 00 |
| 7.31 | Mahr Federal | 0030058 | 531 10 |
| 8.5-1 | Reeder & Kline | 11158 | 333 00 |
| 8.2 | Ryerson Tull | 18-731383 | 362 41 |
| 7.31 | Standard Die | 155446 | 158 72 |
| | Wurth | 2503597001 | 249 47 |
| | Wurth | 2503597002 | 13 60 |
| 8.1 | Wurth | 2502205.18 | 114 64 |
| 8.13 | DoAll | 2457401 | 40 00 |
| 8.9 | Indiana Metal | IN54-700853 | 306 88 |
| 8.9 | Motion Industries | IN51-701003 | 66 85 |
| 8.13 | Motion Industries | | |

---

818

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | 138 | 5 | 135 00 | |
| | 143 | 12 | 177 00 | |
| | | | 154 88 | |
| | | | | 894.88 |
| 10.6 | 104 | 2 | 32 00 | |
| | 106 | 1 | 24 00 | |
| | 122 | 4 | 48 00 | |
| | 131 | 2 | 35 50 | |
| | 132 | 2 | 48 00 | |
| | 138 | 4 | 72 00 | |
| | 143 | 28 | 413 00 | |
| | 152 | 3 | 29 50 | |
| | 163 | 10 | 232 25 | |
| | | 8 | 168 00 | |
| 10.20 | 104 | 2 | 463 00 | |
| 10.13 | 104 | 6 | 96 00 | 406.75 |
| | 106 | 13.5 | 128 00 | |
| | 163 | | | |
| | 104 | 8 | 128 00 | |
| | 106 | 15 | 240 00 | |
| | 127 | | | |
| | 129 | 13.25 | | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 8.15 | Motion Industries | IN54-701104 | 56 26 |
| 8.15 | Motion Industries | IN54-701111 | 31 79 |
| 8.19 | Certified Welding | | 55 00 |
| 8.16 | Circle City Metal | 19763D | 298 50 |
| 8.22 | Indiana Metal | 2446022-1 | 91 96 |
| 8.12 | Motion Industries | IN54-701115 | 517 32 |
| | Billed 8-31-03 | | #7340.71 |
| 8.27 | Circle City Metal | 1977104 | 317 00 |
| 8.33 | DoAll | 2502071 | 15 12 |
| 8.27 | DoAll | 2502082.7 | 61 66 |
| 8.21 | Indiana Metal | 2462101-1 | 51 50 |
| 8.29 | Indiana Metal | | 40 00 |
| 8.22 | Motion Industries | IN54-701398 | 10 17 |
| 8.27 | Motion Industries | IN54-701560 | 471 66 |

82C

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 104 | 2 | 33.00 | | | 101 | ? | 139.50 | |
| | 108 | 37 | 407.00 | | | 103 | 7 | 119.00 | |
| | 115 | ?.5 | 123.75 | | | 104 | 5 | 80.00 | |
| | 119 | 32 | 640.00 | | | 105 | ? | 120.00 | |
| | 123 | 6 | 72.00 | | | 108 | 5 | 55.00 | |
| | 125 | 23 | 276.00 | | | 122 | 35 | 420.00 | |
| | 133 | 8 | 149.00 | | | 125 | 24 | 288.00 | |
| | | 4 | 106.50 | | | 132 | 10 | 144.00 | |
| | 143 | 2 | 29.50 | | | 133 | | 78.00 | |
| | 145 | 15 | 138.75 | | | | | 177.50 | |
| | 149 | 4 | 50.00 | | | 140 | 40 | 800.00 | |
| | 150 | 33 | 726.00 | | | 145 | 31 | 286.75 | |
| | 151 | 9 | 162.00 | | | 149 | 2525 | 328.25 | |
| | 256 | 11 | 220.00 | | | 151 | 15 | 270.00 | |
| | 161 | 5 | 60.00 | | | 101 | 20 | 240.00 | |
| 11-01/16 | billed 10-31-02 | | 6,931.00 | | 11-10 | 101 | 5 | 90.00 | 3,545.35 |
| | | | 240.00 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 11-3 | GRAINGER | 001-030745-3 | 26.78 |
| 11-11 | DAII | 250237.57 | 23.10 |
| 12-10 | Grainger | 001-039207-4 | 49.88 |
| | Billed 12-31-03 | | 29.18 |
| | | | $29.18 |

(4)

## Page (2) — Job 820

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | 125 | 2 | 36.00 | |
| | 132 | 21.5 | 387.63 | |
| | 132 | 6.5 | 06 | |
| | 145 | 28 | 173.06 | |
| | 131 | 5 | 259.00 | |
| | 145 | 3.5 | 69.38 | |
| | 149 | | 452 | |
| | | | | 4,320.39 |
| | 101 | 21 | 252.00 | |
| | 103 | 7 | 119.00 | |
| | 108 | 20.25 | 222.75 | |
| | 123 | 14.5 | 181.25 | |
| | 125 | 22 | 264.00 | |
| | 132 | 7 | 124.25 | |
| | 145 | 31 | 286.75 | |
| | 149 | 6.75 | 87.75 | |
| | 3.25 | 43 | 88 | |

### MATERIAL

| DATE | MAN NO. | HOURS | AMOUNT | INV. NO. | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | 161 | 2 | 24.00 | | | 6118.02 |
| | | | | | | |
| 480 | 101 | 9.5 | 114.00 | | 60.00 | |
| | 103 | 3 | 51.00 | | | |
| | 107 | 9 | 62.50 | | | |
| | 125 | 3 | 36.00 | | | |
| | 133 | 5 | 81.00 | | | |
| | 145 | 19 | 175.75 | | | |
| (Billed 9-30-02) | | | | | 6093.37 | |
| | 533 | | | | | |
| 921 | 101 | 3 | 36.00 | | | |
| | 103 | 6 | 102.00 | | | |
| | 107 | 9 | 81.00 | | | |
| | 111 | 5 | 94.50 | | | |
| | 132 | 5 | 60.00 | | | |

## Page (3) — Job 820

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | 135 | 3 | 36.00 | |
| | 132 | 5 | 54.00 | |
| | 145 | 9 | 83.35 | |
| | | | 69.38 | |
| 75.5 | 149 | 4.75 | 61 | |
| 10.6 | 101 | 26 | 312.00 | 1054.44 |
| | 103 | 7.5 | 127.50 | |
| | 107 | 19 | 198.00 | |
| | 125 | 22 | 228.00 | |
| | 132 | 4 | 72.00 | |
| | 145 | 11.5 | 145.00 | |
| | 149 | 30 | 149.50 | 2326.44 |
| 10.13 | 107 | 10 | 90.00 | |
| 185.50 | 149 | 10 | 352.00 | 1037.44 |
| 150 | 16 | | | |
| | 152 | 1 | 14.75 | A |
| | 156 | 16 | 320.00 | 3103.19 |
| | 103 | 1 | 17.00 | |
| | 104 | 8 | 88.00 | |
| | 108 | 32 | 640.00 | |
| | 119 | 15.5 | 154.88 | |
| | 143 | 10.5 | 228.63 | |
| | 150 | 40 | 90.00 | |
| | 151 | 13 | 234.00 | |
| | 156 | .5 | 15.00 | |
| | 150 | .5 | | |
| | 101 | 9 | 108.00 | 3440.00 |
| | 103 | 7 | 119.00 | |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-14 | Butler Tool + Die | 3237 | 85.07 |
| 10-15 | Alro Steel | WI02786W | 310.76 |
| 10-14 | Reid Tool Supply | 26103340 | 304.12 |
| 10-18 | Butter Tool + Die | Billed 10-11 | 336.11 |
| 10-21 | Alro Steel Corp CSR3T51IN | 25031888 | 214.30 |
| 10-23 | Do All | 97334.10 | 50.41 |
| 11-8 | Rollie William Paint Spot | 66952 | 17.84 |
| 10-31 | AmeriPak | 192452 | 33.93 |
| 10-31 | DuroFlex | 281662 | 363.50 |
| 11-11 | Lowe's | 28145 | 28.81 |
| 11-8 | Lowe's | 110144 | 5.88 |
| 10-31 | Sutton-Garren | 4038969 | 33.90 |
| 11-31 | USF Holland | 301173 | 73.75 |
| 11-31 | Real Mechanical | Billed 11-30-02 | 202.50 |
| | | | $1113.71 |

## Page 824 (1)

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | 132 | 3 | 79.88 | |
| | 149 | 4 | 52.00 | |
| | 161 | .5 | 9.00 | 140.88 |
| | 101 | 2 | 21.60 | |
| | 103 | 2 | 34.00 | |
| | 123 | 5 | 62.50 | |
| | 123 | 2 | 25.00 | |
| | 145 | 4 | 8335 | |
| | 145 | 1 | 20.00 | |
| 9-30-02 | | | | 534.94 |
| | 149 | 28 | 350.00 | |
| | 133 | 10 | 125.00 | |
| | 132 | 3 | 37.50 | |
| | 133 | 3 | 53.25 | 565.75 |

### MATERIAL

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 10-6 | 106 | 7 | 70.00 | A |
| 10-13 | 153 | 3 | 44.25 | A 1680.00 |
| | 104 | 3 | 48.00 | |
| | 117 | 4 | 80.00 | |
| | 122 | 3.75 | 45.00 | |
| | 133 | 16 | 200.00 | 112.50 |
| | 131 | 2 | 40.00 | 112.50 A |
| | 131 | 5 | 100.00 | |
| | 151 | 3 | 62.50 | 1472.00 B |
| 10-30 | 139 | 2.5 | 35.63 | 6347 C |
| | | | | 634.50 |
| | | | | |
| 11-6 | | 112.5 | 144.00 |  |

### VENDOR / INV. NO. / AMOUNT

| VENDOR | INV. NO. | AMOUNT |
|---|---|---|
| Refractory Engineers | 602 1586 | 75.97 |
| C+E Sales | C-JX-275014 | |
| Rollie Williams Paint | 973154 | 396.15 |
| Tapco | 24731-001 | 31.67 |
| Tapco | 24731-001 | 186.10 |
| Tapco | 24731-002 | 109.34 |
| | billed 11-30-02 | 46.19 |
| Alro Steel Corp | | 446.12 |
| Community Hospitals | 85091 | 130.00 |
| American | 66952 | 33.92 |
| Duro Flex | 19245 | 263.50 |
| Sutton-Garten | 101144 | 73.75 |
| USF Holland | 4038190? | 111.96 |
| Billed 11-30-02 | | $1,058.25 |

## Page 824 (2)

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 11-3 | 132 | 4 | 71.00 | |
| | 151 | 4 | 72.00 | 1923.50 |
| 10-31-02 | | | | |
| | 104 | 7 | 113.00 | |
| | 117 | 3 | 40.00 | |
| | 122 | 5 | 88.75 | |
| | 133 | 1 | 14.75 D | |
| | 152 | 8 | 96.00 | |
| | 155 | 6 | 120.00 | 446.75 |
| 11-10 | 104 | 5 | 80.00 | |
| | 108 | 18 | 198.00 | |
| | 132 | 6 | 106.50 | |
| | 161 | 8 | 96.00 | 887.25 |
| 11-17 | 104 | 3 | 48.00 | |
| | 132 | 2 | 36.00 | 85 |
| | | | | |
| 1-20 | 161 | 18 | 216.00 | |
| | 161 | 6 | 108.00 | |
| 1-31-03 | | | | 324.00 |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 11-6 | Butz Lumber | I-1092 | 287.22 |
| Billed 11-30-02 1011.86 | | | |
| | | 12-31-02 | 287.22 |

835

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 10-30 | 103 | 1 | 17.00 | |
| | Billed 10-31-02 | | 17.00 | |
| 11-24 | 101 | 7 | 126.00 | |
| | 101 | 5 | 120.00 | |
| | 104 | 7 | 168.00 | |
| | 104 | 5 | 160.00 | |
| | Billed 11-30-02 | | 574.00 | |
| 12-1 | 103 | 2 | 34.00 | |
| | 104 | 1 | 16.00 | |
| 3.0 | | | 60.00 | |
| 12-8 | 122.5 | | | 110.00 |
| 8.1 | | | 60.00 | |
| 2.9 | 145 | 2 | 1850 | 18.50 |
| | Billed 2-28-03 | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(1)

886

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9.29 | 133 | 1 | 12.00 | | 1.26 | 133 | 1 | 12.00 | |
| | 127 | 10 | 160.00 A | | | | | | 5.75 |
| 10.6 | 106 | 3.5 | 35.00 | | | | | | 57.19 |
| 14.1 | 127 | 26 | 416.00 A | 246.25 | | | | | |
| | 152 | 3 | 44.25 A | | | | | | |
| | 131 | 1 | 20.00 A | | | | | | |
| | 138 | 2 | 36.00 A | | Billed 2-28-03 | | | | 103.25 |
| | 152 | 1 | 14.75 | 738.00 | 3.2 | 106 | 6 | 60.00 A | |
| | | | | 16.25 | | 129 | 10.25 | 146.06 A | |
| Billed 10-31-02 | | | | | Billed 3-31-03 | | | | 206.06 |
| 11.22 | 129 | 2 | 28.50 B | | | | | | |
| 12.5 | 152 | 1 | 14.75 B | | | | | | |
| Billed 12-31-02 | | | 43.25 | | | | | | |
| 1.15 | 129 | 2.75 | 39.19 B | | | | | | |
| 1.23 | 138 | 2 | 36.00 B | 39.19 | | | | | |

47.5
5.75
75
6/2

## MATERIAL — 75.A

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9.25 | Butz Lumber | I 6396 | 259.84 |
| 9.25 | McMaster-Carr | 606184 | 22.55 |
| | Billed 10-31-02 | | 282.39 |
| 1.3 | Indiana Metal | 249261-1 | 22.00 |
| | Billed 1-31.03 | | 22.00 |

(1)

827

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9-29 | 125 | 5 | 90.00 | | | 145 | 7 | 64.75 | |
| 13. | 132 | 8 | 142.00 | | | 149 | 4.5 | 58.50 | |
| 10-27 | 103 | 2 | 34.00 | 282.00 | | 150 | 8 | 176.00 | |
| 10-27 | 103 | 2 | 36.00 | | | 156 | 8 | 160.00 | |
| | 125 | 3 | 54.00 | | | 161 | 4 | 48.00 | |
| | 145 | 3 | 54.00 | | | 61 | 3 | 54.00 | |
| 24. | 132 | 3 | 53.25 | 409.25 | 13-5 | | | | 2,007.00 |
| | | | | Billed 10-31-02 | 11-10 | 101 | 3 | 108.00 | |
| 11-3 | 101 | 14 | 168.00 | | | 103 | 4 | 68.00 | |
| | 103 | 10 | 170.00 | | | 125 | 21 | 252.00 | |
| | 108 | 35 | 325.00 | | | 126 | 4 | 72.00 | |
| | 109 | 7 | 115.50 | | | 132 | 3 | 53.25 | |
| | 119 | 8 | 160.00 | | | 133 | 4 | 106.50 | |
| | 125 | 12 | 144.00 | | | 145 | 5 | 46.25 | |
| | 132 | 8 | 108.00 | | | 145 | 6 | 83.25 | |
| | 145 | | 53.25 | | | 149 | 3.5 | 48.75 | 2,899.00 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-24 | Grainger | 296-810827-0 | 133.53 |
| 11-8 | Ameripak | 66952 | 33.93 |
| 10-31 | Duro Flex | 193+5 | 268.50 |
| 11-8 | Sutton-Garten | 401444 | 73.75 |
| 10-31 | USF Holland | 403819.09 | 111.96 |
| | Billed 11-30-02 | | 614.65 |
| 11-22 | GRAINGER | 001-030740-3 | 26.78 |
| 12-11 | DoAll | 25023757 | 33.10 |
| 12-10 | Grainger | 001-091224-8 | 89.81 |
| 12-10 | Grainger | 368-089325-8 | 47.21 |
| 12-11 | Micro-Press | 066887C-IN | 260.00 |
| 12-18 | Micro-Press | 066-9567-IN | 581.00 |
| 12-18 | Micro-Press | 066950-IN | 135.00 |
| | Billed 12-31-02 | | $1,162.90 |

(1)

828

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 10.13 | 101 | 6 | 72 00 | |
| | 101 | 10 | 180 00 | |
| | 103 | 3.5 | 59 50 | |
| | 107 | 5 | 45 00 | |
| | 125 | 5 | 90 00 | |
| | 10.7 | 4 | 37 00 | |
| | 145 | 3 | 41 63 | |
| | 161 | 6.5 | 78 00 | |
| | 141 | 3 | 54 00 | |
| 10.20 | 101 | 15 | 180 00 | 657.13 |
| | 103 | 2 | 34 00 | |
| | 103 | 4 | 48 00 | |
| 46 | 125 | 6 | 72 00 | |
| | 145 | 10.25 | 123 00 | |
| | 149 | 10.25 | 59 25 | |
| 89.25 | 145 | | 55 50 | |
| Billed 10-31-02 | | | | 1,305.93 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-11 | Sherwin-Williams Billed 10-31-02 | 4330-4 | $ 18 72 |
| 10.24 | Grainger Billed 11.30.02 | 896-810827-0 | $ 132 63 |
| 10.31 | Duro Flex | 19245 | $ 263 50 |
| | | | $ 395 02 |

(1)

829

(1)

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 10-27 | 101 | 2 | 24 00 | | | 125 | 4 | 72 00 | |
| | 103 | 11 | 187 00 | | | 132 | 3 | 53 25 | |
| | 125 | 3 | 36 00 | | | 145 | 3 | 27 75 | |
| | 144 | 2 | 54 00 | | | 149 | 6.75 | 87 76 | |
| | 132 | 3 | 53 25 | | 11-17 | 103 | 1 | 17 00 | |
| | 149 | 4.5 | 58 50 | | | 132 | 2 | 27 00 | 200 00 |
| Billed 10-31-02 | | | | 42.75 | Billed 11-30-02 | | | | 94 00 |
| 11-3 | 101 | 10 | 120 00 | | | 131 | 40 | 800 00 | |
| | 103 | 1 | 17 00 | | 12-8 | 125 | 3.5 | 62 13 | |
| | 125 | 4 | 48 00 | | | 132 | 6 | 159 75 | |
| | 132 | 3 | 53 25 | | | 132 | 3.25 | 39 00 | |
| | 145 | 2 | 18 50 | | | 161 | 3.25 | 39 00 | |
| | 149 | 10.25 | 133 25 | | 1-12 | 142 | 6 | 1060 88 | 1021 88 |
| | 101 | 3 | 36 00 | | | 143 | 7.5 | 110 65 | |
| | 149 | 1.5 | 29 25 | 79.35 | | 145 | 2.5 | 55 31 | A |
| 11-75 | 103 | 3 | 207 00 | | | | | | |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 11-6 | Community Hospitals | 396-810327-0 | 65 00 |
| 10-24 | Grainger | 25041 | 132 52 |
| 1-13 | DoAll | Billed 11-30-02 | 197 53 |
| 2-24 | AIRO Steel | 2502319 0 | 89 80 |
| 2-27 | McMaster-Carr | Billed 1-31-03 | 89 80 |
| 2-27 | Wurth/Service | D8X2831IV | 94 33 |
| 3-12 | Alpha Resources | 67249198 | 19 92 |
| | | 25044829-01 | 23 91 |
| | | 35359 | 54 96 |
| | | Billed 3-31-03 | $ 143 13 |
| 4-30 | Real Mechanical | 31714 | 97 50 |
| 5-3 | Auburn Plastics | 11980 | 270 00 |
| 6-6 | Lexington Industrial | 0272 7967 | 29 70 |
| 3-14 | Heemart Company | 16660 | 344 00 |

833

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 10-27 | 104 | 6 | 144 00 | | 11-24 | 104 | 7 | 112 00 | |
| | 131 | 40 | 800 00 | | | 131 | 40 | 96 00 | |
| | 149 | 2 | 26 00 | | | 155 | 14 | 800 00 | |
| | | | 970 00 | Billed 10-31-02 | | | | 280 00 | |
| | | | | | | | | | 341 Billed 11-30-02 |
| 11-3 | 104 | 5 | 80 00 | | 12-1 | 104 | 1 | 16 00 | |
| | 131 | 24 | 480 00 | | | 131 | 24 | 480 00 | |
| | 132 | 3 | 53 25 | | | 155 | | 12 00 | |
| | 155 | 2 | 40 00 | | | | | | 508 |
| | | | 653 25 | | 12-8 | 104 | 4 | 64 00 | |
| | | | | | | 131 | | | |
| | 104 | 3 | 48 00 | | | | | | 572 |
| | 131 | 32 | 640 00 | | 12-15 | 104 | 2 | 32 00 | |
| | 132 | 2 | 26 50 | | | 131 | | | |
| | | | | | | | | | 604 |
| | 132 | 2 | 40 00 | | 12-22 | 104 | 2 | 32 00 | |
| | 140 | 1 | 14 43 | | | 131 | 40 | 800 00 | |
| | | | | | | | | | 436 |
| | 117 | 2 | 40 00 | | | | | | |
| | 131 | 32 | 640 00 | | | | | | |
| | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-25 | McMaster-Carr | 6203458 | 497 64 |
| 10-28 | ARO Steel | CJ22795N | 210 56 |
| 10-29 | Flex-Line Automation | 01436 | 456 67 |
| 10-28 | McMaster-Carr | 62105483 | 34 16 |
| 10-29 | McMaster-Carr | 62114629 | 42 63 |
| 10-30 | Indiana Oxygen | 590536 | 557 82 |
| 10-12 | McMaster-Carr | 6294507 | 131 42 |
| 11-4 | Wurth Service | 25040499-01 | 14 64 |
| 11-11 | McMaster-Carr | 6262698R | 663 23 |
| 11-7 | McMaster-Carr | 63070031 | 60 77 |
| 11-18 | Peerless | 13106590 | 64 00 |
| 11-18 | Wurth | 25040499-03 | 79 |
| | | Billed 11-30-02 | $2,733 99 |
| 11-26 | Auburn Plastics | 116912 | 99 46 |

998

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 10/20 | 101 | 5 | 60.00 | |
| | 107 | 26 | 234.00 | |
| | 108 | 7.75 | 85.25 | |
| | 123 | 37 | 397.50 | |
| | 133 | 2 | 36.00 | |
| | 145 | 5 | 46.25 | |
| | 1:20 | | | |
| | 143 | 1.5 | 83.25 | |
| | | | 29.25 | |
| 10-27 | 101 | 11.5 | 138.00 | 961.50 |
| | 104 | 4 | 64.00 | |
| | 125 | 2 | 24.00 | |
| | 145 | 12 | 111.00 | |
| | ½ hr | | 58.97 | |
| | | | | 1,357.47 |
| | Billed 10-31-02 | | | |
| 118.0 | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(10)