# UNIVERSAL

## TOOL & ENGINEERING CO., INC.
7601 E. 88th Place   Indianapolis, Indiana  46256
(317) 842-8999

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING

P.O. BOX 1360
FLINT, MI  48501-1360

| | |
|---|---|
| **INVOICE #** | **25711** |
| Date | December 31, 2002 |
| Purchase Order # | JBB00302 |
| Requisition # | DRD 243699 |
| Our # | SEE ATTACHED |
| Terms: Net 10th & 25th | |

=================================================================

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|

=================================================================

TO COVER LABOR AND MATERIALS FOR DEVELOPMENT OF
BATTERIES PER COST REIMBURSEMENT CONTRACT BA006 & EXHIBIT B.

| | | | |
|---|---|---|---|
| ITEM 001: GPR-JGB00302001 | | | |
| PLANT 1 LABOR: | 999.75 Hrs. @ $27.72 | | 27,713.07 |
|  DOUBLETIME | _____ Hrs. @ $42.00 | | |
| | | | |
| ITEM 002: GPR-JGB00302002 | | | |
| PLANT 3 LABOR: | 3,560.50 Hrs. @ $27.72 | | 98,697.06 |
|  DOUBLETIME | 103.75 Hrs. @ $42.00 | | 4,357.50 |
| | | | |
| ITEM 003: GPR-JGB00302003 | | | |
| PLANT 3 MATERIAL: (SEE ATTACHED) | 13,041.26 | | |
| Plus 15% | 1,956.20 | | 14,997.46 |

**TOTAL**      **$**      **145,765.09**

PARTIAL

*list shows a balan owed*
*· 12,189.72*

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended.  All invioces must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

DETAIL SHEET FOR UNIVERSAL INVOICE #        25711        DRD243699/JGB00302

ITEM 001  GPR-JGB00302001        PLANT 1 LABOR
ITEM 002  GPR-JGB00302002        PLANT 3 LABOR
ITEM 003  GPR-JGB00302003        PLANT 3 MATERIALS

**(613)**            **COLLEGE CO-OP  JDJD 00093**

PLANT 1 LABOR            _____ HRS. @ $27.72            =

PLANT 3 LABOR            _____32 HRS. @ $27.72            =                        887.04

PLANT 3 MATERIALS            _____ +15%        _____ =        _____

                                            TOTAL        887.04 ✓

**(619)**            **LEAN LEAK TEST CART**

PLANT 1 LABOR            _____ HRS. @ $27.72            =

PLANT 3 LABOR            _____40 HRS. @ $27.72            =                        1,108.80

PLANT 3 MATERIALS            _____ +15%        _____ =        _____

                                            TOTAL        1,108.80 ✓

**(621)**            **INDEX WHEEL FOR CA-LE**

PLANT 1 LABOR            _____ HRS. @ $27.72            =

PLANT 3 LABOR            _____ HRS. @ $27.72            =

PLANT 3 MATERIALS            _____ +15%        _____ =        _____

                                            TOTAL

**(628)**            **CONTINUOUS PASTE MIXING  JEZE 39586**

PLANT 1 LABOR            _____ HRS. @ $27.72            =

PLANT 3 LABOR            _____18 HRS. @ $27.72            =                        498.96

PLANT 3 MATERIALS            _____ +15%        _____ =        _____

                                            TOTAL        498.96 ✓

**(629)**          **LUG FORM CUT-OFF DEVELOPMENT JEZE 38206**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                        TOTAL

**(633)**          **FITZGERALD PASTE BOXES  JFJF00194**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                        TOTAL

**(636)**          **CONVEYOR FOR FITZGERALD**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                        TOTAL

**(637)**          **BECO SHIPPING  JCJC 00227**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                        TOTAL

**(642)**          **STAND-BY POWER CASE-OUT FIXTURE JEZE 39589**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          26 HRS. @ $27.72          =          720.72

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                        TOTAL          720.72

**(644)**        **FLOODED BATTERIES/NEW POSITIVE PLATES JEZE 39586**

PLANT 1 LABOR _____ HRS. @ $27.72        =

PLANT 3 LABOR _____2 HRS. @ $27.72        =                                55.44

PLANT 3 MATERIALS _____ +15% _____ =        _____

                                                        TOTAL        55.44

**(645)**        **NEW FREEDOM/LIFETIME BATTERY JEZE39585**

PLANT 1 LABOR _____ HRS. @ $27.72        =

PLANT 3 LABOR _____1 HRS. @ $27.72        =                                27.72

PLANT 3 MATERIALS _____ +15% _____ =        _____

                                                        TOTAL        27.72

**(646)**        **CONVEYOR/FINAL DATE CODE JCJC 00239**

PLANT 1 LABOR _____ HRS. @ $27.72        =

PLANT 3 LABOR _____ HRS. @ $27.72        =

PLANT 3 MATERIALS _____ +15% _____ =        _____

                                                        TOTAL

**(647)**        **MQ PLATES FOR DRX  JCJC 00214**

PLANT 1 LABOR _____ HRS. @ $27.72        =

PLANT 3 LABOR _____ HRS. @ $27.72        =

PLANT 3 MATERIALS _____ +15% _____ =        _____

                                                        TOTAL

**(648)**        **INTERACTIVE DEVICES  JEZE 36524**

PLANT 1 LABOR _____ HRS. @ $27.72        =

PLANT 3 LABOR _____ HRS. @ $27.72        =

PLANT 3 MATERIALS _____ +15% _____ =        _____

                                                        TOTAL

**(670)**          **LBS MANUFAC. ENG. DEV.  JEZE 31201**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____  +15%          _____ =          _____

                                                              TOTAL

**(671)**          **#6 ENCAPSULATOR FOR OLATHE**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____  +15%          _____ =          _____

                                                              TOTAL

**(672)**          **#7 ENCAPSULATOR FOR OLATHE**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____  +15%          _____ =          _____

                                                              TOTAL

**(673)**          **COMINCO LINE (LABOR ONLY) JEZE 36525**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          245.3 HRS. @ $27.72          =          6,798.33

PLANT 3 MATERIALS          23.10  +15%          3.47 =          26.57

                                                              TOTAL          6,824.90 ✓

**(674)**          **COMINCO LINE (MATERIAL ONLY)  JEZE 36524**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          1.0 HRS. @ $27.72          =          27.72

PLANT 3 MATERIALS          298.80  +15%          44.82 =          343.62

                                                              TOTAL          371.34 ✓

**(675)**          **AGM GREEN GROUP CONVEYORS JCJC 00297**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(676)**          **GAGE BLOCKS JCJC  00225**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(677)**          **FLASH & BURN MACHINE  JCJC 00308**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(678)**          **ANAHEIM PILOT EXPANDER DIES  JCJC 00318**

PLANT 1 LABOR          ____10 HRS. @ $27.72          =          277.20

PLANT 3 LABOR          ____72.3 HRS. @ $27.72          =          2,002.77

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL          2,279.97

**(679)**          **BUILDING "7" CHARGES  JE8390 09306**

PLANT 1 LABOR          ____11 HRS. @ $27.72          =          304.92

PLANT 3 LABOR          ____71.0 HRS. @ $27.72          =          1,968.12

PLANT 3 MATERIALS          ____1227.80 +15%          __184.17 =          1,411.97

                                                            TOTAL          3,685.01

**(681)**          **ELECTRODE LAMINATOR  JEJE 01806**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ___3.5___ HRS. @ $27.72          =                              97.02

PLANT 3 MATERIALS      _____ +15%      _____ =      _____

                                                                TOTAL        97.02 ✔

**(682)**          **WIRE SCHEDULE DEV.  JEZE 39585**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS      _____ +15%      _____ =      _____

                                                                TOTAL

**(683)**          **CA-LE CUTTIN ON JUNCTIONS "R.JONES"**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS      _____ +15%      _____ =      _____

                                                                TOTAL

**(684)**          **#1 NEW BRUNSWICK REVITALIZATION JBJB00292**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS      _____ +15%      _____ =      _____

                                                                TOTAL

**(685)**          **#2 NEW BRUNSWICK REVITALIZATION JBJB 00293**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ___1.0___ HRS. @ $27.72          =                              27.72

PLANT 3 MATERIALS      ___181.86___ +15%      27.28 =      209.14

                                                                TOTAL        236.86 ✔

**(687)**          **#4 NEW BRUNSWICK REVITALIZATION JBJB 00295**

    PLANT 1 LABOR          _____ HRS. @ $27.72          =

    PLANT 3 LABOR          _____ HRS. @ $27.72          =

    PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                            TOTAL

**(688)**          **#5 NEW BRUNSWICK REVITALIZATION JBJB 00296**

    PLANT 1 LABOR          _____ HRS. @ $27.72          =

    PLANT 3 LABOR          4.0 HRS. @ $27.72          =          110.88

    PLANT 3 MATERIALS          66.35 +15%          9.95 =          76.30

                                            TOTAL          187.18

**(690)**          **DUAL HI-RATE (OLATHE) JD 7000 01460**

    PLANT 1 LABOR          75.25 HRS. @ $27.72          =          2,085.93

    PLANT 3 LABOR          5.00 HRS. @ $27.72          =          138.60

    PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                            TOTAL          2,224.53

**(691)**          **#1 TERMINAL PROTECTOR PLACERS  JBJB 00299**

    PLANT 1 LABOR          _____ HRS. @ $27.72          =

    PLANT 3 LABOR          _____ HRS. @ $27.72          =

    PLANT 3 MATERIALS          369.41 +15%          55.41 =          424.82

                                            TOTAL          424.82

**(692)**          **#2 TERMINAL PROTECTOR PLACERS  JBJB 00300**

    PLANT 1 LABOR          _____ HRS. @ $27.72          =

    PLANT 3 LABOR          _____ HRS. @ $27.72          =

    PLANT 3 MATERIALS          369.4 +15%          55.41 =          424.81

                                            TOTAL          424.81

**(693)**          **#1 HEAT SEALER  JBJB 00298**

PLANT 1 LABOR          372.75 HRS. @ $27.72                =                          10,332.63

PLANT 3 LABOR          485.5 HRS. @ $27.72                =                          13,458.06

PLANT 3 MATERIALS                    1751.02   +15%        262.65 =                  2,013.67

                                                                    TOTAL          25,804.36

**(694)**          **#2 HEAT SEALER  JBJB 00297**

PLANT 1 LABOR          368.5 HRS. @ $27.72                =                          10,214.82

PLANT 3 LABOR          391.0 HRS. @ $27.72                =                          10,838.52

PLANT 3 MATERIALS              1,426.93   +15%        214.04  =                      1,640.97

                                                                    TOTAL          22,694.31

**(695)**          **E. V. PLATE RUNS  JB2400**

PLANT 1 LABOR          _____HRS. @ $27.72              =

PLANT 3 LABOR          _____HRS. @ $27.72              =

PLANT 3 MATERIALS              _____   +15%        _____ =        _____

                                                                    TOTAL

**(696)**          **COOLING CONVEYORS(ANAHEIM) JCJC 00243**

PLANT 1 LABOR          _____HRS. @ $27.72              =

PLANT 3 LABOR          _____HRS. @ $27.72              =

PLANT 3 MATERIALS              _____   +15%        _____ =        _____

                                                                    TOTAL

**(702)**          **N. B. GREEN GROUP LEAN CELL INST. JBJB00164**

PLANT 1 LABOR          _____HRS. @ $27.72              =

PLANT 3 LABOR          _____HRS. @ $27.72              =

PLANT 3 MATERIALS              _____   +15%        _____ =        _____

                                                                    TOTAL

**(706)**　　　　　　　**DIN 55 BATTERIES E1XX 00241**

PLANT 1 LABOR　　　_____HRS. @ $27.72　　　=

PLANT 3 LABOR　　　_____HRS. @ $27.72　　　=

PLANT 3 MATERIALS　　　_____ +15%　　　_____ =　　　_____

　　　　　　　　　　　　　　　　　　　　　　TOTAL

**( )**

PLANT 1 LABOR　　　_____HRS. @ $27.72　　　=

PLANT 3 LABOR　　　_____HRS. @ $27.72　　　=

PLANT 3 MATERIALS　　　_____ +15%　　　_____ =　　　_____

　　　　　　　　　　　　　　　　　　　　　　TOTAL

**(712)**　　　　　　**PROCESS CHECK GAGES  JDJD 00058**

PLANT 1 LABOR　　　_____HRS. @ $27.72　　　=

PLANT 3 LABOR　　　_____HRS. @ $27.72　　　=

PLANT 3 MATERIALS　　　_____ +15%　　　_____ =　　　_____

　　　　　　　　　　　　　　　　　　　　　　TOTAL

**(720)**　　　　　　　**LIPO MISC & SHIPPING**

PLANT 1 LABOR　　　_____HRS. @ $27.72　　　=

PLANT 3 LABOR　　　26.25 HRS. @ $27.72　　　=　　　727.65

PLANT 3 MATERIALS　　　64.00 +15%　　　9.60 =　　　73.60

　　　　　　　　　　　　　　　　　　　　　　TOTAL　　　801.25

**(726)**　　　　　　**E.V. TERMINALS JB2400 00000 75000**

PLANT 1 LABOR　　　_____HRS. @ $27.72　　　=

PLANT 3 LABOR　　　15 HRS. @ $27.72　　　=　　　415.80

PLANT 3 MATERIALS　　　_____ +15%　　　_____ =　　　_____

　　　　　　　　　　　　　　　　　　　　　　TOTAL　　　415.80

**(730)**          **OSHAWA GAGES  JEJE 91464**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                          TOTAL

**(742)**          **NO GO GAGE JCJC 00214**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                          TOTAL

**(749)**          **SHIPPING OF ISUZUI BATTERIES**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                          TOTAL

**(763)**          **CELL DEVELOPMENT  JEZE 39462**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                                          TOTAL

**(767)**          **CELL DEVELOPMENT WORK  JEZE 39454**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          \_\_\_\_ 32 HRS. @ $27.72          =                    887.04

PLANT 3 MATERIALS          \_\_\_\_ 41.70  +15%          \_\_ 6.25 =          47.95

                                                              TOTAL          934.99

**(793)**          **MATERIALS FOR VALIDATION JBJB 00165**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(816)**          **#4 HEAVY DUTY CUT-OFF FOR X-MET LINE JDJD00149**

PLANT 1 LABOR          _____ HRS. @ $27.72

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(818)**          **PASTE BOX  JDJD 00152**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          452.98  +15%          67.95 =          520.93

                                                            TOTAL          520.93 ✓

**(819)**          **AGM CONVEYOR 18240-UB  JCJC 00243**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                            TOTAL

**(820)**          **NAO MY PROGRAMS JCJC 00343**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          843.75 HRS. @ $27.72          =          23,388.75
PLANT 3 D.T. LABOR          103.75 HRS. @ $42.00          =          4,357.50
PLANT 3 MATERIALS          49.88  +15%          7.48 =          57.36

                                                            TOTAL          27,803.61 ✓

**(821)**        **ANNEALING DEVELOPMENT  JEZE 36617**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%      _____ =          _____

TOTAL

**(822)**        **CELL PARTS FOR LUXEMBOURG JEZE 39472**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%      _____ =          _____

TOTAL

**(823)**        **FIELD TESTS  JEZE 37233**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%      _____ =          _____

TOTAL

**(824)**        **SEMI-AUTOMATED S/T SPIN  JBJB 00245**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          _____HRS. @ $27.72          =

PLANT 3 MATERIALS          289.92  +15%      43.49 =          333.41

TOTAL          333.41

**(825)**        **G-34 FORMATION TESTING JEZE 36500**

PLANT 1 LABOR          _____HRS. @ $27.72          =

PLANT 3 LABOR          ____8 HRS. @ $27.72          =          221.76
                                                                =

PLANT 3 MATERIALS          _____ +15%      _____ =          _____

TOTAL          221.76

**(826)**          **DI-ELECTRIC JCJC 00217**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          3 HRS. @ $27.72          =                    83.16

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                        TOTAL          83.16

**(827)**          **HONDA  JEZE 39554**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          388.5 HRS. @ $27.72          =                    10,769.22

PLANT 3 MATERIALS          1162.9 +15%          174.44 =          1,337.34

                                                        TOTAL          12,106.56

**(828)**          **CUT-AWAY CELLS**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                        TOTAL

**(829)**          **10" S.T. ROBUST EXPERIMENT JEZE 38159**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          52.75 HRS. @ $27.72          =                    1,462.23

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                        TOTAL          1,462.23

**(830)**          **INSTALLATION OF BICELL LAMINATOR JEJE 01806**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          73.5 HRS. @ $27.72          =                    2,037.42

PLANT 3 MATERIALS          203.3 +15%          30.49 =          233.79

                                                        TOTAL          2,271.21

**(831)**          **INSTALLATION OF DRYING OVEN JEJE 01800**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ____4 HRS. @ $27.72          =                    110.88

PLANT 3 MATERIALS          _____141.32  +15%          ____21.20 =          162.52

                                                      TOTAL          273.40

**(832)**          **INSTALLATION OF STACK/WELD ENVELOPE JEJE01803**

PLANT 1 LABOR          ____14.5 HRS. @ $27.72          =                    401.94

PLANT 3 LABOR          ____75 HRS. @ $27.72          =                    2,079.00

PLANT 3 MATERIALS          ____200.42  +15%          ____30.06 =          230.48

                                                      TOTAL          2,711.42

**(833)**          **INSTALLATION OF ACTIVATION MACHINE JEJE 01805**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ____74 HRS. @ $27.72          =                    2,051.28

PLANT 3 MATERIALS          ____589.34  +15%          ____88.40 =          677.74

                                                      TOTAL          2,729.02

**(834)**          **INSTALLATION OF (3) FORMATION UNITS JEJE 01804**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          ____294.61  +15%          ____44.19 =          338.80

                                                      TOTAL          338.80

**(835)**          **INSTALLATION OF DEGAS & CONVEYORS JEJE -1810**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____ HRS. @ $27.72          =

PLANT 3 MATERIALS          ____52.58  +15%          ____7.89 =          60.47

                                                      TOTAL          60.47

**(836)**  **INSTALLATION OF CELL STACK EQUIP. JEJE 02003**

PLANT 1 LABOR _____ HRS. @ $27.72 =

PLANT 3 LABOR ___47.75 HRS. @ $27.72 = 1,323.63

PLANT 3 MATERIALS ____160.46 +15% ___24.07 = 184.53

TOTAL 1,508.16

**(837)**  **INSTALLATION OF MODULE PACK WELDER JEJE 02004**

PLANT 1 LABOR _____ HRS. @ $27.72 =

PLANT 3 LABOR ___28.5 HRS. @ $27.72 = 790.02

PLANT 3 MATERIALS ____37.72 +15% ___5.66 = 43.38

TOTAL 833.40

**(838)**  **AGM COVER MACHINE & MISC  JCJC 00301**

PLANT 1 LABOR _____ HRS. @ $27.72 =

PLANT 3 LABOR _____ HRS. @ $27.72 =

PLANT 3 MATERIALS ____53.05 +15% ___7.96 = 61.01

TOTAL 61.01

**(839)**  **SAUDI IC LEAK TEST  JEZE 36525**

PLANT 1 LABOR _____ HRS. @ $27.72 =

PLANT 3 LABOR ___62.25 HRS. @ $27.72 = 1,725.57

PLANT 3 MATERIALS ___2845.97 +15% ___426.90 = 3,272.87

TOTAL 4,998.44

**(840)**  **N. B. PASTE BOX  JBJB 00323**

PLANT 1 LABOR ___147.75 HRS. @ $27.72 = 4,095.63

PLANT 3 LABOR ___56 HRS. @ $27.72 = 1,552.32

PLANT 3 MATERIALS ____350.87 +15% ___52.63 = 403.50

TOTAL 6,051.45

**(844)**          **FORMATION - TESTING WATERBATH JEZE 37240**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          _____9 HRS. @ $27.72          =                         249.48

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                          TOTAL          249.48

**(845)**          **GM 355  JFJF 00159**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ___340.25 HRS. @ $27.72          =                         9,431.73

PLANT 3 MATERIALS          _____138.25 +15%          20.74 =          158.99

                                                          TOTAL          9,590.72

**(846)**          **MATERIALS SENT TO CA-LE JEZE 39591**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ___6.75___6.8 HRS. @ $27.72          =                         187.11

PLANT 3 MATERIALS          _____ +15%          _____ =          _____

                                                          TOTAL          187.11

**(994)**          **ADVANCED POWDER METAL**

PLANT 1 LABOR          _____ HRS. @ $27.72          =

PLANT 3 LABOR          ___15.75 HRS. @ $27.72          =                         436.59

PLANT 3 MATERIALS          ___197.32 +15%          29.60 =          226.92

                                                          TOTAL          663.51

DELCO P.O. #                    DRD-243699

                                OUR JOB #              673

| Date     |        | Company | Invoice # | Amount |       |
|----------|--------|---------|-----------|--------|-------|
| 12/11/02 | DO ALL |         | 25022757  |        | 23.10 |
|          |        |         |           | $      | 23.10 |

DELCO P.O. #                     DRD-243699

                                 OUR JOB #          674

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/22/02 | GRAINGER | 001-030740-3 | 26.78 |
| 11/27/02 | SENTINEL | 92401818 | 272.02 |
| | | | $  298.80 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #        679

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/12/02 | DURO FLEX | 19319 | 1050.00 |
| 12/11/02 | DO ALL | 25022757 | 90.48 |
| 12/12/02 | DO ALL | 25022778 | 37.63 |
| 12/12/02 | McMASTER-CARR | 64099831 | 42.56 |
| 06/11/02 | MOTION INDUSTRIES | IN54-698851 | 7.13 |

                                                  $     1,227.80

DELCO P.O. #                  DRD-243699

                              OUR JOB #          685

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/15/02 | DO ALL | 25022315 | 99.72 |
| 11/22/02 | INDIANA METAL TREATING | 248340-1 | 43.20 |
| 11/25/02 | WURTH/SERVICE SUPPLY | 25041144-01 | 35.84 |
| 06/11/02 | MOTION INDUSTRIES | IN54-698849 | 3.10 |

                                                  $      181.86

DELCO P.O. #                    DRD-243699

                               OUR JOB #          688

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/26/02 | R.L. GUIMONT CO. | 091392 | 23.95 |
| 11/22/02 | INDIANA METAL TREATING | 248448-1 | 40.00 |
| 11/26/02 | APPLIED INDUSTRIAL | 18390267 | 2.40 |

$      66.35