DELCO P.O. #                    DRD-243699

                                OUR JOB #           691

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/26/02 | BUTZ LUMBER | I12801 | 45.69 |
| 12/02/02 | NEFF ENGINEERING | 12504225 | 323.72 |

                                                    $      369.41

DELCO P.O. #                          DRD-243699

                                      OUR JOB #          692

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/26/02 | BUTZ LUMBER | I12801 | 45.69 |
| 12/02/02 | NEFF ENGINEERING | 12504225 | 323.71 |

                                                     $      369.40

DELCO P.O. #                    DRD-243699

                                OUR JOB #          693

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/26/02 | ALRO STEEL CORP | CKZ2875L2 | 458.79 |
| 11/21/02 | CIRCLE CITY HEAT TREATING | 199258 | 193.75 |
| 11/26/02 | INDIANA OXYGEN | 593351 | 53.04 |
| 11/20/02 | McMASTER-CARR SUPPLY | 63205333 | 22.46 |
| 11/26/02 | McMASTER-CARR SUPPLY | 63432806 | 80.43 |
| 11/26/02 | RYERSON-TULL | 18-908926 | 233.60 |
| 11/25/02 | WURTH/SERVICE SUPPLY | 25041144-01 | 35.83 |
| 12/02/02 | DO ALL | 25022578 | 25.11 |
| 12/02/02 | DO ALL | 25022579 | 42.42 |
| 12/04/02 | DOLEN TOOL | 1018568-01 | 104.04 |
| 12/05/02 | INDIANA METAL TREATING | 248677-1 | 36.50 |
| 12/11/02 | DO ALL | 25022757 | 23.10 |
| 12/06/02 | ALRO STEEL CORP | CLF2837IN | 65.59 |
| 12/09/02 | ALRO STEEL CORP | CLI2988DY | 14.02 |
| 12/09/02 | McMASTER-CARR SUPPLY | 63891254 | 17.21 |
| 12/10/02 | SUTTON-GARTEN | 112121 | 76.75 |
| 12/09/02 | WURTH/SERVICE SUPPLY | 25041656-01 | 23.42 |
| 12/19/02 | DEPENDABLE  SANDBLAST | 02-2969 | 25.00 |
| 12/13/02 | INDIANA METAL TREATING | 248971-1 | 23.00 |
| 12/13/02 | INDIANA METAL TREATING | 248914-1 | 40.00 |
| 12/13/02 | McMASTER-CARR SUPPLY | 64146593 | 5.35 |
| 12/10/02 | PETTY CASH | ACE HARDWARE | 9.43 |
| 12/16/02 | QUALITY CONTROL | 030811 | 60.50 |
| 12/11/02 | SHEATS SUPPLY | 1154838-01 | 81.68 |

                                                    $     1,751.02

DELCO P.O. #                      DRD-243699

                                  OUR JOB #        694

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/26/02 | ALRO STEEL CORP | CKZ2875L2 | 458.80 |
| 11/20/02 | McMASTER-CARR | 63205333 | 22.47 |
| 11/26/02 | McMASTER-CARR | 63432806 | 80.44 |
| 11/26/02 | RYERSON-TULL | 18-908926 | 199.26 |
| 12/02/02 | DO ALL | 25022579 | 42.42 |
| 12/04/02 | DO ALL | 25022638 | 107.86 |
| 12/04/02 | DOLEN TOOL SALES | 1018568-01 | 104.05 |
| 12/05/02 | INDIANA METAL TREATING | 248834-1 | 23.00 |
| 12/06/02 | ALRO STEEL CORP | CLF2837IN | 65.59 |
| 12/09/02 | ALRO STEEL CORP | CLI2988DY | 14.02 |
| 12/09/02 | McMASTER-CARR | 63891254 | 17.22 |
| 12/10/02 | SUTTON GARTEN | 112121 | 76.75 |
| 12/09/02 | WURTH/SERVICE SUPPLY | 25041656-01 | 23.43 |
| 12/10/02 | PETTY CASH | ACE HARDWARE | 9.44 |
| 12/13/02 | INDIANA METAL TREATING | 248970-1 | 40.00 |
| 12/16/02 | QUALITY CONTROL SALES | 030811 | 60.50 |
| 12/11/02 | SHEATS SUPPLY | 1154838-01 | 81.68 |

                                                $     1,426.93

| DELCO P.O. # | | DRD-243699 | | |
|---|---|---|---|---|
| | | OUR JOB # | 720 | |

| Date | Company | Invoice # | | Amount |
|---|---|---|---|---|
| 12/07/02 | UPS | | $ | 64.00 |

| DELCO P.O. # | | DRD-243699 | | |
|---|---|---|---|---|
| | | OUR JOB # | 767 | |
| Date | Company | Invoice # | | Amount |
| 12/16/02 | GLOBE INDUSTRIAL SUPPLIES | 143111 | $ | 41.70 |

|  | DELCO P.O. # | DRD-243699 |  |  |
|--|--------------|-----------|--|--|
|  |  | OUR JOB # | 818 |  |

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/08/02 | BUTZ LUMBER | I11304 | $    452.98 |

DELCO P.O. #                          DRD-243699

                                      OUR JOB #                  820

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/22/02 | GRAINGER | 001-030740-3 | 26.78 |
| 12/11/02 | DO ALL | 25022757 | 23.10 |
|  |  |  | $ 49.88 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #          824

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/06/02 | BUTZ LUMBER | I10912 | 289.92 |

$    289.92

DELCO P.O. #                      DRD-243699

                                  OUR JOB #          827

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/22/02 | GRAINGER | 001-030740-3 | 26.78 |
| 12/11/02 | DO ALL | 25022757 | 23.10 |
| 12/10/02 | GRAINGER | 001-089224-8 | 89.81 |
| 12/10/02 | GRAINGER | 368-089225-8 | 47.21 |
| 12/11/02 | MICROX-PRESS | 0668860-IN | 260.00 |
| 12/18/02 | MICROX-PRESS | 0669567-IN | 581.00 |
| 12/18/02 | MICROX-PRESS | 0669570-IN | 135.00 |

                                                      $     1,162.90

DELCO P.O. #                          DRD-243699

                                      OUR JOB #          830

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/09/02 | ALRO STEEL CORP | CLI2989IN | 143.18 |
| 12/11/02 | HARRINGTON INDUSTRIAL | 02726076 | 20.92 |
| 12/16/02 | WURTH/SERVICE SUPPLY | 25042016-01 | 39.20 |
|  |  |  | $    203.30 |

| DELCO P.O. # | | DRD-243699 | | |
| --- | --- | --- | --- | --- |
| | | OUR JOB # | 831 | |

| Date | Company | Invoice # | | Amount |
| --- | --- | --- | --- | --- |
| 11/22/02 | INDIANA OXYGEN | 592828 | $ | 141.32 |

DELCO P.O. #                          DRD-243699

                                      OUR JOB #          832

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/05/02 | McMASTER-CARR | 63740880 | 16.00 |
| 12/.09/02 | ALRO STEEL CORP | CLI2990IN | 156.46 |
| 12/13/02 | McMASTER-CARR | 64157898 | 27.96 |
| | | | $   200.42 |

DELCO P.O. #                     DRD-243699

                                 OUR JOB #              833

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/26/02 | AUBURN PLASTICS | 116912 | 99.46 |
| 11/21/02 | INDIANA OXYGEN | 592574 | 194.41 |
| 11/20/02 | McMASTER-CARR | 63201734 | 64.38 |
| 11/22/02 | McMASTER-CARR | 63307613 | 13.48 |
| 11/22/02 | MSC | 773463 | 22.67 |
| 12/02/02 | McMASTER-CARR | 63559081 | 70.26 |
| 11/25/02 | MSC | 77690172 | 16.99 |
| 11/29/02 | MSC | 78242922 | 6.67 |
| 12/10/02 | McMASTER-CARR | 63978166 | 26.49 |
| 12/12/02 | McMASTER-CARR | 64094945 | 74.53 |

                                                        $        589.34

| | DELCO P.O. # | DRD-243699 | | |
|---|---|---|---|---|
| | | OUR JOB # | 834 | |

| Date | Company | Invoice # | Amount | |
|---|---|---|---|---|
| 12/06/02 | McMASTER-CARR | 63820442 | $ | 294.61 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #          835

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/22/02 EMEDCO | | 58493-00 | $ 52.58 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #           836

| Date | Company | Invoice # | | Amount |
|------|---------|-----------|---|--------|
| 12/17/02 | AUBURN PLASTICS | 117270 | $ | 160.46 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #              837

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/06/02 | DO ALL | 25022696 | $          37.72 |

DELCO P.O. #                    DRD-243699

                                OUR JOB #          838

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/26/02 | INDIANA OXYGEN | 593351 | $ 53.05 |

DELCO P.O. #                     DRD-243699

                                 OUR JOB #          839

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/26/02 | ALRO STEEL CORP | CKZ2876PV | 207.34 |
| 11/19/02 | KIRBY RISK SUPPLY | 93896714 | 32.89 |
| 11/26/02 | KIRBY RISK SUPPLY | 93918281 | 101.34 |
| 11/26/02 | McMASTER-CARR | 63451856 | 54.51 |
| 11/19/02 | SIDENER ENGINEERING | 201477-001 | 71.30 |
| 11/21/02 | SIDENER ENGINEERING | 201495-001 | 1489.01 |
| 11/21/02 | TEC-HACKETT | I-63959-0 | 157.46 |
| 12/05/02 | INDIANA METAL TREATING | 248833-1 | 55.00 |
| 12/02/02 | McMASTER-CARR | 63601734 | 31.54 |
| 11/27/02 | SIDENER ENGINEERING | 201478-001 | 28.06 |
| 12/09/02 | J & F DISTRIBUTING | 195302 | 501.20 |
| 12/17/02 | SHERWIN-WILLIAMS | 1030-9 | 116.32 |

                                             $      2,845.97

DELCO P.O. #                     DRD-243699

                                 OUR JOB #          840

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/27/02 | INDIANA METAL TREATING | 248642-1 | 65.40 |
| 11/25/02 | WURTH/SERVICE SUPPLY | 25040689-02 | 16.42 |
| 11/29/02 | CIRCLE CITY HEAT TREATING | 199384 | 78.75 |
| 11/27/02 | WURTH/SERVICE SUPPLY | 25040689-03 | 63.59 |
| 12/10/02 | APPLIED INDUSTRIAL TECH. | 18390848 | 45.03 |
| 12/11/02 | SHEATS SUPPLY | 1154838-01 | 81.68 |

                                                    $      350.87

DELCO P.O. #                    DRD-243699

                                OUR JOB #        845

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/21/02 | CIRCLE CITY HEAT TREATING | 199258 | 93.25 |
| 11/22/02 | INDIANA METAL | 248447-1 | 23.00 |
| 12/13/02 | INDIANA METAL | 248915-1 | 22.00 |
|  |  |  | $    138.25 |

| DELCO P.O. # | DRD-243699 |
|---|---|
|  | OUR JOB #   994 |

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 11/21/02 | McMASTER-CARR | 63255602 | $      197.32 |