6/3

(3)

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|---|------|---------|-------|--------|-------|
| 8·25 | 134 | 29.5 | 236.00 | | | 5·18 | 134 | 40 | 320.00 | |
| 1·9 | 134 | 13.5 | 108.00 | | | 5·35 | 134 | 40 | 320.00 | 640.00 |
| 10/3 | 134 | 13.5 | 108.00 | | | 80 | | | | |
| 10/3 | Billed 8·31·03 | | | | | 6·1 | 134 | 40 | 320.00 | |
| 12·1 | 134 | 33 | 256.00 | | | 80 | | | | |
| 12·3 | Billed 12·3·03 | | | 256.00 | | 6·8 | 134 | 40 | 320.00 | 640.00 |
| 1/13 | 134 | 40 | 320.00 | | | 78. | | | | |
| 1/13 | 132 | 3 | 79.87 | 399.87 | | 6·15 | 134 | 40 | 320.00 | |
| 1·19 | 134 | 24 | 192.00 | | | 112 | | | | 736.00 |
| 1·27 | Billed 1·31·03 | | | 591.87 | | 6·22 | 134 | 40 | 320.00 | |
| 323 | 134 | 40 | 320.00 | | | 152 | | | | 896.00 |
| 10· | | | | 320.00 | | 40. | 134 | 40 | 320.00 | |
| | | | | | | 730 | 134 | 40 | 320.00 | 610.00 |

628

(2)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2-8 | 101 | 4 | 48.00 | | | 132 | 6 | 106.50 | |
| | 145 | 9 | 83.25 | | | | 11 | 101.75 | |
| | 149 | 3 | 39.00 | | | | | 45.50 | |
| 16. | 103 | 1 | 170.25 | | 1-19 | 49 | 3.5 | | |
| 17. | | | 170.00 | | | 103 | 3 | 51.00 | 788.25 |
| 12-19 | 103 | 1 | 87.25 | | | 132 | 11 | | |
| 18. | 102 | 1 | 207.25 | | | 108 | 13 | 143.00 | |
| 1-5 | 108 | 12.35 | 134.75 | | | 132 | 12 | 144.00 | |
| | 132 | 13 | 12.31-0.2 | | | 125 | 8 | 96.00 | |
| | 132 | 3.5 | 44.37 | | | 132 | 4 | 73.00 | |
| | 131 | 3 | 37.— | | | 132 | 3 | 53.25 | |
| 20.75 | 132 | 79 | 88 | | 117 | 161 | 4 | 31.00 | |
| 1-12 | 101 | 3.5 | 60.00 | 245.40 | 120 | 149 | 4 | 52.00 | |
| | 103 | 5 | 60.00 | | | 161 | 4 | 48.00 | |
| | 103 | 3.5 | 59.20 | | | 101 | 3 | 54.00 | |
| | 132 | 4 | 48.00 | | | 161 | 3 | | |
| 12.5 | | 6 | 73.00 | | | 75 | 8 | 216.00 | 1638.30 |
| | | | | | | 103 | 6 | 108.00 | |
| | | | | | | 108 | 3 | 143.00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | TOTAL |
|---|---|---|---|---|
| 5-16 | GRAINGER | 364-770192-2 | 40.60 | |
| 5-12 | McMASTER-CARR | 70833417 | 41.8.60 | |
| 5-16 | McMASTER-CARR  Billed 6-31-03 | 71120-5 | 309.91 | |
| 5-22 | GRAINGER | 143-3200639-7 | 38.00 | |
| 5-22 | McMaster-Carr  Billed 6-30-03 | 71367254 | 30.00 | |
| 7-15 | Fisher Scientific  Billed 7-31-03 | 8973590 | 53.01 | |
| | Billed 7-31-03 | | 174.57 | 174.57 |

See Page 6

642

(1)

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 10/11 | 101 | 2 | 24 00 | 24 00 |

**MATERIAL**

| DATE | VENDOR | INV. NO | AMOUNT |
|---|---|---|---|
| 10-9 | McMASTER-CARR | #723-3503 | 467 68 |
| 10-12 | DoALL | 250 4581 | 42 49 |
| 10-16 | Joseph T. Ryerson | 18-261786 | 61 47 |
| 10-18 | Joseph T. Ryerson | 18-267000 | 144 20 |
| 10-23 | BOB'S TOOL & CUTTER | 123854 | 10 66 |
| | Billed 11-30-01 | 11-31-01 | # 926 50 |
| 1-15 | DoALL | 250 5449 | 1 171 64 |
| 1-13 | SHEATS SUPPLY | 115 1104-01 | 15 88 |
| 1-16 | SHEATS SUPPLY | 115 104-02 | 15 65 |
| | BOB'S TOOL & CUTTER | Billed 11-30-01 | # 203 17 |
| 1-26 | BOB'S TOOL & CUTTER | 124453 | 74 42 |
| | Billed 12-31-01 | 250 5913 | 1 581 72 |
| 2-13 | Do ALL | Billed 1-31-02 | # 58 73 |

644

(8)

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 111-76 | 145 | 3 | 27.75 | |
| 4/4 | 151 | 5 | 90.00 | 1312.00 |
| 101 | 101 | 3 | 72.00 | |
| 101 | 6 | 54.00 | |
| 121 | 6 | 54.00 | |
| 145 | 2.5 | 34.68 | |
| 149 | 6.25 | 68.25 | |
| 5-5 103 | 103 | 1 | 17.25 | 45.43 |
| 5-12 108 | 108 | 1.75 | 17.00 | |
| 2.75 | Billed 4-30.02 | 26.25 | |
| 101 | 101 | 5 | 60.00 | |
| 103 | 103 | 2 | 18.00 | |
| 107 | 6 | 60.00 | |
| 125 | | | |
| 132 | 7 | 134.25 | |

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 149 | 8 | 101.00 | 456.50 |
| 162 | 4 | 36.00 | |
| 9.125 101 | 4 | 48.00 | |
| 103 | 2 | 34.00 | |
| 107 | 9 | 81.00 | |
| 125 | 13 | 156.00 | |
| 132 | 2 | 35.50 | |
| 149 | 4 | 59.00 | |
| 162 | 4 | 36.00 | 898.00 |
| 72.75 | | | |
| 5-19 101 | 1 | 5-3-02 | |
| Billed 11-30.02 | 18.00 | 18.00 | |
| 11-34 101 | 1 | | |
| 2.15 103 | 2 | 34.00 | 34.00 |
| 2. | Billed 12-31-02 | | |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |



(33)

6.73

(2)

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | VENDOR | INV. NO. | AMOUNT | | LABOR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
| 80.25 | 161 | 4.25 | 48.00 | | | | | | | 135 | 135.00 | 135.00 | |
| | 135 | 4 | 48.00 | | | | | | 127 | 135 | 11.75 | 235.00 | |
| | | 4.25 | 420.00 | | | | | | 132 | 2.75 | 47.50 | |
| 12-1 | 161 | | 84.50 | | | | | | 122 | 23 | 476.00 | |
| | | | 1-30-02 | | | | | | 125 | 18.5 | 332.1 | |
| | 101 | 8 | 96.00 | 1046 | | | | | 145 | 5 | 46.25 | |
| | 103 | 12 | 204.00 | | | | | | 149 | 1.5 | 149.50 | |
| 108 | 19 | 207.00 | | | | | | 151 | 11 | 798.00 | |
| 125 | 6 | 72.00 | | | | | | 151 | 5 | 135.00 | |
| 132 | 4 | 71.00 | | | | | | 161 | 16 | 180.00 | |
| 149 | 20 | 106.50 | | | | | | 103 | 1 | 17.00 | |
| 161 | 4 | 52.00 | 1050 | | | | | 108 | | 88.00 | |
| 101 | 7 | 340.00 | | | | | | 132 | 12 | 213.00 | |
| 103 | 4.5 | 84.00 | | | | | | 130.2 | 10.75 | 139.75 | |
| 108 | 19 | 76.00 | | | | | | 149 | | 144.00 | |
| 108 | 3.5 | 209.00 | | | | | | 151 | 2 | 24.00 | |
| 161 | | 47.25 | | | | | | 161 | | 2,881.63 | |
| | | | | | MATERIAL 245.25 | Billed 12-31-02 | 3,483.63 | | 208.5 | | | |

6 74

(1)

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|
| 4-7 | 123 | 2 | 25 00 | |
| | 144 | 4 | 36 00 | |
| 6 | | | 6/ 00 | |
| 4-28 Billed 4-30-03 | 104 | 2 | 32 00 | |
| 2. | | | 32 00 | |
| 5-5 | 125 | 3 | 30 00 | |
| 8. | 106 | 3 | 30 00 | |
| 6-9 Billed 5-31-03 | 106 | 4.25 | 42 50 | |
| 4.25 | | | 42 50 | |
| 12-1 Billed 12-31-03 | 104 | 1 | 16 00 | |
| 1. | | | 16 00 | |
| 2.2 Billed 12-31-03 | 103 | 2 | 34 00 | |
| 2. | | | 34 00 | |
| Billed 2-28-03 | | | | |

| DATE | VENDOR | INV. NO. | AMOUNT | TOTAL |
|------|--------|----------|--------|-------|
| 4-6 | PEERLESS ELECTRIC Billed 11-5-04-90 | 11-5-04-90 | $ 4 787 61 | $ 103 50 |
| 4-30 | Consolidated Freightways 657-915013 | 657-915013 | $ 787 61 | |
| 4-89 | DuPont Flex Billed 4-30-03 | 18246 | $ 103 50 | |
| 11-3-03 | Billed 5-31-03 | | $ 1,2 000 00 | |
| 11-22 | GRAINGER 001-030740-3 | 001-030740-3 | $ 27 87 61 | |
| 11-27 | Sentinel Billed 12-31-03 | 9240 1818 | # 26 78 | |
| | Billed 12-31-03 | | # 272 02 | |
| | | | # 298 80 | |



1208-678

(3)

678

(4)

### MATERIAL

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 10.5 | 138 | 1 | 18.00 | E |
| 10.5 | 138 | 2 | 36.00 | |
| 10.3 | 132 | 3 | 54.00 | |
| 10.2 | 132 | 7.5 | 90.00 | |
| | 119 | 16 | 280.00 | |
| 10.11 | 104 | 5 | 80.00 | 2,001.50 |
| 11-7 | 132 | 3 | 53.00 | 48.75 |
| 11-7 | 149 | 3.75 | 48.75 | |
| 11-10 | 119 | 33 | 640.00 | 12.1 |
| 11.10 | 150 | 33 | 70.00 | |
| 90.25 | 156 | 20.25 | 520.00 | |
| | | | | 12.1 |
| 11.3 | 119 | | 807.00 | 40 |
| billed 10-31-02 | | | 2,081.50 | |
| | | | | 3.9 |
| | | | | 13 |
| 11-7 | 749 | 3.75 | 48.75 | 26.5 |

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 11-27 | 108 | 70 | 165.00 | |
| | 119 | 16 | 280.00 | |
| | 150 | 16 | 352.00 | |
| | billed 11-30-02 | | | 3,337.02 |
| 106 | billed | | | 818 |
| 10.8/119 | 119 | 24 | 480.00 | |
| 150 | 8 | 176.00 | |
| 156 | | 16.00 | |
| billed 12-31-02 | | | 1,461.00 |
| 72.25 | | | |
| 33.25/146 | | | |
| 104 | 2 | 48.00 | 48.00 |
| 2.9 | 119 | 24 | 480.00 | |
| 3.3 | | | |
| 56.5 | 140 | 800.00 | |
| 56.5 | 13 | | |
| 1,343.00 | | | |

### VENDOR

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-30 | GRAINGER | 437-00 2853-8 | 78.35 |
| 9.30 | CLARK & OSBORNE | 254134 | 191.74 |
| 10-2 | Gold Star Castings | IN91334631 | 6.13.58 |
| 10-3 | INDIANT METAL | 247010-1 | 40.00 |
| 9-30 | Dalen Tool Sales | IN17583-71 | 119.55 |
| 10-10 | Gold Star Castings | IN91335187 | 102.53 |
| 9-80 | Perfecto Tool | 35255 | 270.00 |
| E 10-11 | Indiana Metal | 347263-1 | 40.00 |
| 10-11 | Indiana Metal billed 10-31-06 | | $27117.27 |
| 11-7 | Indiana Metal | 248004-1 | 57.00 |
| 11-7 | Commercial Plating | 7960 | 90.00 |
| 11-13 | McMaster-Carr | 6389843 | 47.01 |
| 11-11 | Wilson Service | 35040049-01 | 37.51 |
| | billed 11-30-02 | | $238.52 |

J208-679

(2)

| MATERIAL | | | | LABOR | | | |
|---|---|---|---|---|---|---|---|
| DATE | VENDOR | INV. NO. | AMOUNT | DATE | MAN NO. HOURS | AMOUNT | TOTAL |

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9-18 | 38 | 3 | | | 10-25 | 38 | 3 | | |
| 9 | 38 | 2 | | | 10-28 | 38 | 2 | | |
| 9-18 | 38 | 3 | | | 11-26 | 38 | 3 | | |
| 12 | | | Billed 9-30-02 | | 9 | | | Billed 11-30-02 | |
| 9-23 | 38 | 3 | | | 11-18 | 38 | 3 | | |
| 6 | | 3½ | | | 6 | | | | |
| 9-29 | 38 | 3½ | | | 11-16 | 38 | 3 | | |
| 9-27 | 38 | 3 | | | 3. | | | | |
| | | Billed 8-31-02 | 0.5 | | 10-28 | 38 | 3 | Billed 10-31-02 | |
| 2-23 | 38 | | | | 17 | 38 | | 10-31-02 | |

679

(4)

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 4-14 | SHELL | Billed 4·30·03 | 53.00 |
| 5-16 | FISHER SCIENTIFIC | Billed 4·30·03   770.49 | 770.49 |
| | | Billed 5·31·03   902.54 | 902.54 |
| 6-13 | Shell | | |
| 6-14 | Shell | Billed 6·30·03 | 26.00 |
| | | | 77.00 |
| 7-14 | Shell | Billed 7·31·03 | 77.00 |
| 7-14 | Shell | | 28.00 |
| 8-13 | Shell | | 27.00 |
| 7-25 | Questar Inc. | 47954 | 556.00 |
| 9-9 | Induron | 152890 | 1,190.65 |
| 9-16 | Shell | | 62.00 |
| | Billed 9·30·03 | | 55.00 |
| | | | $1,307.65 |

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 11-24 | 104 | 4 | 64.00 | | | 138 | 4 | 35.50 | |
| | 122 | 2 | 24.00 | 638 | | 138 | 2 | 39.00 | A |
| 31 | Billed 11·30·02 | | | | | 144 | 3 | | A |
| 12-1 | 104 | 1 | 16.00 | | | 152 | 1 | 206 | 50 |
| | 108 | 1 | 11.00 | | 1-63 | | 2 | 28.00 | A |
| 2-8 | 107 | 5 | 80.00 | | | Billed 12·31·02 | | | 148.75 |
| 71 | 132 | 2 | 35.50 | 27.00 | 1-5 | 104 | 3 | 48.00 | |
| 12-15 | 104 | 9 | 144.00 | 142.50 | | 122 | 3 | 36.00 | |
| | 104 | 4 | 76.00 | | | 133 | 3 | 33.25 | |
| | 152 | 9 | 132.75 | A | 1-19 | 144 | 4 | 55.00 | |
| | 132 | 2 | 88.50 | 63.75 | 25.25 | 107 | 6 | 96.00 | |
| | 104 | 4 | 64.00 | | 13. | 144 | 4 | 81.25 | 189.25 |
| 35. | 104 | 7 | | | 132 | 104 | 2 | 35.50 | 366.50 |
| | | | | | 1-19 | 104 | 2 | 64.00 | |

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 6.18 | 45 | 1 | 925 | 8 |  |  |  |  |  |
| 1020 135 | 145 3 | 3 36 | 3775 00 | 118.75 |  |  |  |  |  |
| 2. | Billed 10-31-02 | 104 3 | 48 00 | 48 00 |  |  |  |  |  |
| 2.8 2.1 | 104 .5 | 12 00 | 60 00 |  |  |  |  |  |  |
| 3.5 | Billed 2-31-02 | 104 .5 | 12 00 | 60 00 |  |  |  |  |  |
| 32 | 104 2 | 32 00 | 32 00 |  |  |  |  |  |  |
| Billed 3-31-03 |  |  |  | 32 00 |  |  |  |  |  |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
|  |  |  |  |

685

( 3 )

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 12-7 | 28 | | 448.00 | A |
| 12-9 | 33.75 | | 409.69 | A |
| 138 | 32 | | 396.00 | A |
| 143 | 32 | | 472.00 | A |
| 152 | 9 | | 177.00 | A |
| 161 | | | 131.75 | A |
| 161 | 9 | | 108.00 | A |
| 163 | 8 | | 144.00 | A |
| 163 | | | 80.50 | A |
| | | 6,733 | | 4,824.27 |

## MATERIAL 1. ° Billed 12-31-02 16.00

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12-1 | 104 | 1 | 16.00 | A | | | |
| 127 | 31 | | 496.00 | A | | | |
| 122 | 2 | | 36.00 | A | | | |
| 106 | 10 | | 120.00 | A | | | |
| 104 | 3 | | 48.00 | A | | | |
| 163 | 6.735 | | | 1184 | | 632.5 | Billed |
| 163 | | | 1184 | | 478° | | |
| 161 | 1.5 | | 24.00 | A | | | |
| 161 | 1.5 | | 24.00 | A | | | |
| 152 | 20 | | 245.00 | A | | | |
| 143 | 14 | | 163.00 | A | | | |
| 138 | 25.5 | | 376.00 | A | | | |
| 138 | 15 | | 270.00 | A | | | |
| 122 | 5.5 | | 135.00 | A | | | |
| 106 | 6 | | 66.00 | A | | | |
| 104 | 3 | | 48.00 | A | | | |
| 129 | 20.5 | | 292.00 | A | | | |
| 128 | 10 | | 180.00 | A | | | |
| 127 | 13 | | | | | | |
| | | | 8,103.73 | | | 11,120.0 | A |

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-2 | MOTION INDUSTRIES | IN54-703249 | 212.64 |
| 10-11 | Motion Industries | IN54-703249 | 12.01 |
| 10-11 | Indiana Motor | 247394 | 32.50 |
| 10-17 | Indiana Metal | 247576-1 | 40.00 |
| 10-17 | Indiana Metal | 247577-1 | 36.60 |
| 10-16 | STAPLES | P13549 | 146.98 |
| 9-11 | GRAINGER | 937-632645-2 | 44.74 |
| 10-23 | DO ALL | 25021887 | 22.06 |
| 10-24 | INDIANA METAL TRNG | 247167-1 | 40.00 |
| 10-24 | INDIANA METAL TRNG | 247167-1 | 23.00 |
| 10-24 | INDIANA METAL TRNG | 247167-1 | 22.00 |
| 10-24 | INDIANA METAL TRNG | 247681-1 | 22.00 |
| 10-25 | McMASTER-CARR | 62015918 | 147.11 |

688

(2)

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
|      |        |          |        |

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 11-24 | 181 | 6 | | | | | | | |
| | 163 | 7 | 98.00 B | 1799 B | | | | | |
| | 152-2 | | 29.60 B | 79 | | | | | |
| | 104 | 1 | 16.00 A | | | | | | |
| | 122 | 3 | 96.00 | | | | | | |
| | 122 | 8 | 64.00 | | | | | | |
| | 138 | 1 | 12.00 A | | | | | | |
| | 6 | 10 | 180.00 A | | | | | | |
| 12-1 | 104 | 2 | 32.00 A | 215.713 B | | | | | |
| | 122 | 2 | 24.00 | | | | | | |
| 4.0 | Billed 12-31-02 | | | | | | | | |
| 144 6 | Billed 11-30-02 | | | | | | | | |

1208-690

(1)

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 14 | 28 | 7.75 | 0247 | B |
| 9.6 | 28 | 8.5 | 0247 | A |
| 9.6 | 38 | 2 | 0247 | B |
| 12.25 | 2X | | | |
| | Billed | Billed | 12-30-02 | |
| 25 | 22 | 6 | 0256C | |
| 26 | 22 | 9 | 0256C | |
| 27 | 22 | 8 | 0256C | |
| | 22 | 1 | 0356C | C. |
| | 22 | 11 | 0356C | C. |
| | 22 | 10 | 0356C | C. |
| 31 | 22 | 7 | | C. |
| 14 | 21 | 7.5 | 0256C | C. |
| | 31 | 9 | | C. |
| | 31 | 8.5 | | |
| | 14 | 5.25 | | |

**VENDOR** | **INV. NO.** | **AMOUNT**

Billed 12-31-02

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | | | | |

(4)

690

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 24.5 | 143 | 5 | 13.75 | C. 791.03 | | | | | |
| 13.8 | 138 | 5 | 490.00 | C. | | | | | |
| Billed 11-30-03 | | | | | | | | | |
| 5. | 104 | 2 | 32.00 | D | | | | | |
| Billed 12-31-03 | | | | | | | | | |
| 10.5 | 104 | | 32.00 | | | | | | |
| Billed 10-31-03 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 9.30 | DO ALL | | 351.60 |
| 9.34 | N-F-L Engineering | 2582 2482 | 351.60 |
| 10.15 | McMaster-Carr | 124 18723 | 4104.26 |
| 10.17 | McMaster-Carr | 6151966 4 | 5.94 |
| 10.17 | McMaster-Carr | 6164 2471 | 31.18 |
| 10.8 | WURTH/SERV. SUP | 35034503-01 | 4428.94 |
| | Billed 11-30-03 | | 4 156.81 |

1208-693

(2)

1208-693

(3)

1208-693

(4)

| LABOR | | | | | MATERIAL | | | |
|---|---|---|---|---|---|---|---|---|
| DATE / MAN NO. | HOURS | AMOUNT | TOTAL | VENDOR | DATE / MAN NO. | HOURS | INV. NO. | AMOUNT |
| 15 | 9 | | A | | | | | |
| 20 | 3.5 | 0259 | A | | | | | |
| 21 | 4.5 | A | A | | | | | |
| 3.3 | 3 | 0260 | A | | | | | |
| 33 | 10.5 | A | 0258 A | | 14 | 4.5 | 0259 A | |
| 38 | 4 | 0258 A | 0258 A | | 14 | 1 | 0258 A | |
| 37 | 4 | 0258 A | 0258 A | | 28 | 4.5 | 0257 A | |
| 20 | 5.25 | 0258 A | 0259 A | | 21 | 5 | 0259 A | |
| 8 | 4.5 | 0259 A | 0258 A | | 14 | 4.25 | 0258 A | |
| | | A | 12.13 | | 14 | 5 | 0257 A | |
| | | | | | 20 | 2.75 | 0260 A | |
| | | | | | 21 | 1.5 | 0258 A | |
| | | | | | 23 | .5 | 0260 A | |
| | | | | | 28 | 4.25 | 0258 A | |
| | | 3.5 | 0253 A | 12.16 | 37 | 5.5 | 0258 A | |
| | | 9 | A | | 15 | 5 | 0259 A | |
| | | 4.75 | | | | | | |

1208-693

(5)

| LABOR | | | | | MATERIAL | | | |
|---|---|---|---|---|---|---|---|---|
| DATE / MAN NO. | HOURS | AMOUNT | TOTAL | VENDOR | DATE / MAN NO. | HOURS | INV. NO. | AMOUNT |
| 20 | 5 | | 0260 A | | 23 | 5.5 | 026A | 58A |
| 37 | 4 | 0258 A | | | 28 | 3.5 | 0261A | |
| 14 | 4.5 | 0259 A | | | 28 | 3.5 | 026A | |
| 14 | 4 | 0259 A | | | 21 | 2.25 | 026A | |
| 20 | 3.5 | 0256 A | | | 20 | 5 | 026A | |
| 28 | 4.75 | 0258 A | | | 14 | 4.25 | 026A | |
| 3.5 | 1 | A | | 12.30 | 14 | 4.25 | 026A | |
| 14 | 4.5 | 0245 A | | | | | | |
| 14 | 4.5 | 026A | | | 21 | 2 | 0258A | |
| 20 | 3.5 | 0260 A | | 3/2/75 | 20 | 5 | 026A | |
| 21 | 2.5 | 0261 A | | Billed | 21 | 2.75 | 026A | |
| 38 | 4.75 | 025 A | | Billed 12-31-02 | | | | |
| 14 | 3.5 | A | | 1288 | 14 | 1 | 0295A | |
| 14 | 4.5 | 0295A | | | 14 | .5 | 026A | |
| | | 026A | | | 21 | 4.75 | 026A | |
| | | 0261A | | | 28 | 4.75 | 026A | |
| | | | | | 37 | 2 | 026A | |

693

(7)

| LABOR | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL | |
| | | | | | | | | | | |

**VENDOR / INV. NO. / AMOUNT / MATERIAL**

| VENDOR | INV. NO. | AMOUNT |
|---|---|---|
| Motion Industries | IN54-703483 | 101.58 |
| Do ALL | 2502.31869 | 85.30 |
| KVP FALCON PLASTIC | 139056-1 | 338.53 |
| MOTION INDUSTRIES | IN54-703578 | 35.87 |
| SHEATS SUPPLY | 116 43625-02 | 361.86 |
| KIRBY RISK | 938 34478 | 68.17 |
| Motion INDUSTRIES | IN54-703766 | 189.20 |
| ARO Steel | CRD26.83PV | 224.24 |
| Motion Industries | IN54-703933 | 30.54 |
| ARO Steel | CRE291.4PV | 66.54 |
| ARO Steel | CRE259.9PV | 70.80 |
| Lyburn Metal | 347 9101-1 | 40.00 |
| ARO Steel | CRD286.3L-2 | 391.14 |

MATERIAL   159.25   2481.57