(4)

1208-694

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 22 | 3 | | 0260 B | | 38 | 1 | | |
| | 28 | 5 | | 0258 B | 12-12 | 15 | 9 | | B |
| | 37 | 4 | | 0258 B | | 28 | 5 | | 0258 B |
| 10 | 8 | 4.5 | | 0258 B | | 37 | 5 | | 0259 B |
| | 15 | 9 | | B | 12-13 | 20 | 1 | | 0260 B |
| | 20 | 5.25 | | 0259 B | | 21 | 2.75 | | 0260 B |
| | 21 | 2 | | B | | 23 | 7.5 | | 0258 B |
| | 22 | 4.5 | | 0260 B | | 28 | 4.75 | | 0258 B |
| | 23 | 8 | | 0258 B | | 37 | 5.5 | | 0259 B |
| | 28 | 4.75 | | 0258 B | 295.75 | | | | |
| | 37 | 2.5 | | 0259 B | 12-16 | 15 | 4 | | |
| 11 | [illegible] | 4 | | 0258 B | | 20 | 5 | | 0260 B |
| | [illegible] | 2.5 | | 0259 B | | 28 | 4.75 | | 0258 B |
| | 20 | 3.5 | | 0259 B | | 37 | 4 | | 0259 B |
| | 21 | 4.75 | | B | 12-17 | 20 | 2.5 | | 0260 B |
| | 22 | 5.5 | | 0260 B | | 28 | 4.75 | | 0258 B |
| | 38 | 5 | | 0258 B | | 38 | 1 | | B |
| | 37 | 5 | | 0259 B | 12-18 | 20 | 2.5 | | 0260 B |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(5)

1208-694

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 21 | 3.5 | | 0261 B | 12-24 | 15 | 3 | | |
| | 28 | 4.75 | | 0258 B | | 15 | 2 | | |
| | 38 | 1 | | B | | 21 | 3.25 | | 0258 B |
| 12-19 | 20 | 5 | | 0260 B | | 28 | 2 | | 0260 B |
| | 21 | 2 | | 0261 B | | 38 | 1 | | B |
| | 28 | 2.5 | | 0258 B | 24.5 | | | | |
| | 28 | 2.25 | | 0260 B | 12-30 | 21 | 3 | | B |
| 12-20 | [illegible] | 5 | | 0260 B | | 28 | 4.25 | | 0261 B |
| | 21 | 4.75 | | 0258 B | | 28 | .5 | | 0260 B |
| | 23 | 8.75 | | | 12-31 | 15 | 9 | | |
| | [illegible] | 4.75 | | 0258 B | | 22 | 2 | | 0258 B |
| 36.5 | | | | | | 28 | 3 | | 0261 B |
| Billed 12-31-02 | | | | | | 38 | 1.75 | | 0259 B |
| 12-23 | 20 | .5 | | 0260 B | | 37 | 4 | | 0263 C |
| | 21 | 5 | | 0258 B | 1-2 | 14 | 4 | | 0263 C |
| | 28 | 4.75 | | 0260 B | | 20 | 1.5 | | 0261 B |
| | 37 | 2 | | 0263 C | | 22 | 1.5 | | 0258 [illegible] |
| | 38 | 1 | | C. | | 28 | 4.75 | | 0251 B |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(5)

694

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 127 | 3 | 48.00 | A | | 163 | 12 | 168.00 | B |
| | 138 | 2.5 | 67.50 | B | | 163 | 1.5 | 31.50 | B |
| | 143 | 1.75 | 25.81 | B | 75• | | | | 1188.25 |
| | 143 | 2.25 | 49.78 | B | 12-8 | 104 | 6.25 | 100.00 | |
| | 151 | 3 | 54.00 | | | 106 | 8.5 | 85.00 | B |
| | 163 | 3.5 | 49.00 | B | | 106 | 5 | 75.00 | B |
| | 163 | 3 | 62.00 | B | | 138 | 12 | 216.00 | B |
| 18[illegible].25 | | | | 3191.94 | | 138 | 5 | 135.00 | B |
| Billed 1-30-02 | | | | | | 143 | 19.25 | 283.94 | B |
| 2-[illegible] | 106 | 5 | 50.00 | B | | 143 | 5 | 110.63 | B |
| | 106 | 1.5 | 22.50 | B | | 152 | 10 | 147.50 | B |
| | 127 | 12 | 192.00 | B | | 163 | 20 | 280.00 | B |
| | 127 | 2 | 48.00 | B | | 163 | 1.75 | 36.75 | B |
| | 129 | 8.5 | 121.13 | B | 167.75 | | | | 2,658.67 |
| | 138 | 12 | 216.00 | B | 12-15 | 104 | 4 | 64.00 | B |
| | 138 | 3 | 81.00 | B | | 106 | 19.5 | 195.00 | B |
| | 143 | 9.5 | 140.12 | B | | 106 | 2.5 | 37.50 | B |
| | 152 | 8 | 118.00 | B | | 127 | 10.5 | 168.00 | B |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-1 | Kirby Risk | 93761151 | 122.25 |
| 9-25 | KVP | 132770-1 | 95.55 |
| 9-26 | Neff Engineering | 12498945 | 207.28 |
| 9-30 | Neff Engineering | 12499121 | 486.18 |
| 9-20 | Sentinel | 92400195 | 1,672.34 |
| 10-3 | Sheats Supply | 11543850-1 | 174.17 |
| 10-3 | ALRO STEEL | CJC28321N | 657.36 |
| 10-2 | ALRO STEEL | CJB27724-2 | 1972.85 |
| 10-2 | FASTENAL | ININ273839 | 33.88 |
| 10-7 | J&F DISTRIBUTING | 192542 | 150.65 |
| 10-2 | MOTION INDUSTRIES | IN54-702881 | 525.00 |
| 10-2 | DoAll | 35021515 | 487.07 |
| 10-9 | Kirby Risk | 93782979 | 117.45 |
| 10-10 | McMaster Carr | 61302164 | 105.11 |

(6)

694

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | 4 | 96.00 | B | | 138 | 5.5 | 99.00 | C |
| | 129 | 12.75 | 181.69 | B | | 138 | 5 | 135.00 | B |
| | [illegible] | [illegible] | 10.69 | B | | 140 | 8 | 160.00 | |
| | 138 | 10 | 180.00 | B | | 152 | 3 | 44.25 | B |
| | [illegible] | 5 | 135.00 | B | | 152 | 2.5 | 36.88 | C |
| | 138 | 4 | 72.00 | A | | 152 | 4.5 | 99.56 | E |
| | 138 | 2 | 36.00 | C | | 155 | 8 | 160.00 | |
| | 143 | 13.75 | 202.81 | B | | 163 | 16.75 | 234.50 | C |
| | 152 | 10 | 147.50 | B | 391. | | | | 6,218.14 |
| | 163 | 7 | 98.00 | B | Billed 12-31-02 | | | | |
| 275.[illegible] | | | | 4,282.26 | 1-5 | 104 | 2.5 | 40.00 | |
| 12-22 | 104 | 4.5 | 72.00 | B | | 104 | 2 | 48.00 | |
| | 106 | 12.75 | 127.50 | C | | 129 | 1.25 | 17.81 | C |
| | 127 | 5 | 70.00 | B | | 129 | .25 | 5.34 | C |
| | 127 | 15 | 240.00 | C | | 138 | 4.5 | 81.00 | B |
| | 129 | 14.25 | 203.06 | C | | 143 | 6 | 82.50 | C |
| | 124 | [illegible] | 64.13 | B | | 149 | 2 | 26.00 | |
| | 138 | 10 | 180.00 | B | | 152 | 4 | [illegible].00 | E |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-10 | Motion Industries | IN54-703236 | 41.02 |
| 10-17 | Allied Automation | I-59945-0 | 113.37 |
| 10-14 | AlRO Steel | CJN26822V | 231.40 |
| 10-15 | Motion Industries | IN54-703363 | 139.04 |
| 10-15 | Motion Industries | IN54-703408 | 101.59 |
| 10-18 | Radioshack | 113937 | 10.38 |
| | [illegible] | # | 8,[illegible].97 |
| 10-22 | Do All Ind | 35021869 | 25.30 |
| 10-18 | KVP Falcon Plastic | 133956-1 | 338.53 |
| 10-19 | Motion Indust | IN54-703578 | 25.88 |
| 10-23 | Sheats Sup Serv | 11543[illegible]5-02 | 261.25 |
| 10-30 | DoAll | 35022033 | 111.35 |
| 10-31 | Indiana Metal | 247727-1 | 21.00 |
| 10-29 | Kirby Risk | 93836472 | 83.32 |

(14)

720

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 152 | 1 | 14 | 75 | O | | 11-24 | 104 | 3 | 48 | 00 | | |
| | 152 | 3 | 44 | 25 | K | | | 143 | 15 | 221 | 25 | R | |
| | 152 | 3 | 44 | 25 | M | | 102.25 | | | | | 1493.87 | |
| | 163 | 7 | 98 | 00 | K | | Billed 11-30-02 | | | | | | |
| | 163 | 14 | 196 | 00 | M | | 12-1 | 152 | 6 | 132 | 75 | S | |
| | 163 | 6 | 84 | 00 | N | | 6.0 | | | | | 132.75 | |
| | 163 | 4 | 56 | 00 | O | | 12-8 | 104 | 5 | 80 | 00 | | |
| | 163 | 7.75 | 162 | 75 | O | | | 106 | 4.75 | 47 | 50 | S | |
| 63.75 | | | | | 933.50 | | | 122 | 5 | 60 | 00 | | |
| 11-10 | 138 | 1 | 18 | 00 | O | | | 138 | 3 | 54 | 00 | S | |
| | 152 | 4 | 59 | 00 | P | | | 143 | 1.5 | 22 | 13 | S | |
| | 163 | 2 | 28 | 00 | O | | 25.25 | | | | | 396.38 | |
| 20.75 | | | | | 1028.50 | | 12-15 | 104 | 1 | 16 | 00 | | |
| 1/9? | 122 | 2 | 24 | 00 | M | | 26.25 | | | | | 412.38 | |
| | 129 | 8 | 114 | 00 | Q | | Billed 12-31-02 | | | | | | |
| | 138 | 2 | 36 | 00 | Q | | 1-5 | 104 | 4 | 64 | 00 | | |
| | 152 | 1.5 | 22 | 12 | Q | | | 132 | 5 | 88 | 75 | | |
| 84.25 | | | | | 1224.62 | | | 149 | 2 | 26 | 00 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(24)

726

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 149 | 12.5 | 162.50 | | | 145 | 26 | 240.50 | |
| | 161 | 3 | 36.00 | | | 119 | [illegible] | 111.00 | |
| | 161 | 2.5 | 45.00 | | | 149 | 11 | 143.00 | |
| | 162 | 8 | 72.00 | | | 151 | 9 | 162.00 | |
| 150 | | | | 1,951.00 | | 151 | 1 | 27.00 | |
| 7-21 | 108 | 7 | 77.00 | | | 132 | 1 | 22.13 | |
| | 132 | 3 | 36.00 | | 112.75 | | | | 1,494.50 |
| 160 | | | | 2064.00 | 1-19 | 101 | 12 | 144.00 | |
| Billed 7-31-02 | | | | | | 122 | 5 | 60.00 | |
| 12-8 | 122 | 15 | 180.00 | | | 125 | 1 | 12.00 | |
| 15 | | | | 180.00 | | 132 | 2 | 35.50 | |
| Billed 12-31-02 | | | | | | 132 | 4 | 106.50 | |
| 1-12 | 101 | 23.75 | 285.00 | | | 145 | 15 | 138.75 | |
| | 122 | 11 | 132.00 | | | 149 | 2 | 26.00 | |
| | 122 | 3 | 54.00 | | | 151 | 15 | 270.00 | |
| | 125 | 8 | 96.00 | | 168.75 | | | | 2287.25 |
| | 132 | 8 | 142.00 | | Billed 1-31-03 | | | | |
| | 132 | 3 | 79.87 | | 2-9 | 145 | 1 | 9.25 | |

## MATERIAL

1. 9.25

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(12)

767

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 5.5 | 106 | 1 | 10.00 | | | 125 | 6 | 72.00 | |
| 1.0 | | | | 10.00 | | 125 | 2 | [illegible] | |
| Billed 5-31-02 | | | | | | 132 | 2.5 | 44.37 | |
| 12.15 | 103 | 3 | 51.00 | | | 149 | 4 | 52.00 | |
| | 125 | 4 | 48.00 | | 24.5 | | | | 324.37 |
| | 125 | 3 | 54.00 | | 1.12 | 103 | 4 | 68.00 | |
| | 132 | 3 | 55.25 | | | 108 | 20 | 220.00 | |
| | 149 | 1.5 | 19.50 | | | 122 | 5 | 60.00 | |
| | 152 | 1 | 14.75 | | | 125 | 8 | 96.00 | |
| | 161 | 10 | 130.00 | | | 125 | 10 | 180.00 | |
| | 161 | 2 | 36.00 | | | 132 | 10 | 177.50 | |
| 27.5 | | | | 396.50 | | 152 | 1 | 14.75 | |
| 12.22 | 103 | 1 | 17.00 | | 82.5 | | | | 1140.62 |
| | 161 | 3.5 | 42.00 | | 1.19 | 103 | 3.5 | 59.50 | |
| 32. | | | | 455.50 | | 145 | 5 | 46.25 | |
| Billed 12-31-02 | | | | | 91.0 | | | | 1246.37 |
| 1.5 | 101 | 8 | 96.00 | | Billed 1-31-03 | | | | |
| | 122 | 2 | 24.00 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 12-16 | Globe Industrial Supplies | 14311 | 41.70 |
| | Billed 12-31-02 | | # 41.70 |

(8)

820

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 145 | 11 | 101 75 | | 2-9 | 125 | 2 | 24 00 | |
| | 145 | 6 | 83 25 | | 2 | | | | 24.00 |
| | 149 | 21 | 273 00 | | | Billed | | 2-28-03 | |
| | 150 | 37.5 | 825 00 | | | | | | |
| | 151 | 12 | 216 00 | | | | | | |
| | 161 | 27.25 | 327 00 | | | | | | |
| [illegible] | 843.75 | | | 16,202.32 | | | | | |
| Billed 12-31-02 | | | | | | | | | |
| 1-[illegible] | 101 | 3 | 36 00 | | | | | | |
| | 101 | 2 | 36 00 | | | | | | |
| | 122 | 2 | 24 00 | | | | | | |
| | 122 | 2 | 36 00 | | | | | | |
| | 125 | 5 | 60 00 | | | | | | |
| | | | | 192.00 | | | | | |
| 1-2 | 103 | 2 | 34 00 | | | | | | |
| | 125 | 5 | 60 00 | | | | | | |
| 2-[illegible] | | | | 286.00 | | | | | |
| Billed 1-31-03 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(6)

820

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 101 | 7 | 84 00 | | | 145 | 5 | 46 25 | |
| | 103 | 2 | 34 00 | | | 149 | 15 | 195 00 | |
| | 104 | 5 | 80 00 | | | 151 | 15 | 270 00 | |
| | 125 | 4 | 48 00 | | | 151 | 5 | 135 00 | |
| | 132 | 9.5 | 168 63 | | | 161 | 21 | 252 00 | |
| | 132 | 3 | 79 87 | | | 161 | 2 | 36 00 | |
| | 145 | 17.25 | 159 56 | | 220.5 | | | | 3,218 75 |
| | 149 | 7.25 | 94 25 | | 12/15 | 101 | 32 | 384 00 | |
| [illegible] | | | | 748 31 | | 101 | 21.5 | 387 00 | |
| [illegible] | 101 | 23 | 276 00 | | | 101 | 6 | 144 00 | |
| | 101 | 8 | 144 00 | | | 103 | 4 | 68 00 | |
| | 103 | 8.5 | 144 50 | | | 104 | 15.5 | 372 00 | |
| | 104 | 2.5 | 40 00 | | | 104 | 11 | 352 00 | |
| | 108 | 21 | 231 00 | | | 106 | 10 | 150 00 | |
| | 125 | 15 | 180 00 | | | 106 | 9.25 | 185 00 | |
| | 125 | 6 | 108 00 | | | 108 | 5.75 | 63 25 | |
| | 132 | 9 | 159 75 | | | 108 | 10.5 | 173 25 | |
| | 132 | 9.5 | 252 94 | | | 108 | 11 | 242 00 | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(7)

820

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 117 | 4 | 80 00 | | | 152 | 9 | 265 50 | |
| | 122 | 27 | 324 00 | | | 156 | 7.5 | 150 00 | |
| | 125 | 10 | 120 00 | | | 156 | 10.5 | 315 00 | |
| | 125 | 10 | 180 00 | | | 161 | 18.5 | 333 00 | |
| | 125 | 10 | 240 00 | | 103.75 | 161 | 11 | 264 00 | |
| | 132 | 13 | 230 75 | | 542.75 | | | | 11,643.63 |
| | 132 | 20 | 532 50 | | 12/22 | 101 | 26 | 312 00 | |
| | 132 | 11.5 | 408 25 | | | 101 | 5 | 90 00 | |
| | 145 | 32 | 296 00 | | | 103 | 12 | 204 00 | |
| | 145 | 17 | 235 88 | | | 104 | 7 | 112 00 | |
| | 145 | 6 | 111 00 | | | 108 | 35.75 | 393 25 | |
| | 149 | 10 | 130 00 | | | 117 | 9 | 180 00 | |
| | 149 | 8 | 156 00 | | | 122 | 10 | 120 00 | |
| | 150 | 8 | 352 00 | | | 122 | 4 | 72 00 | |
| | 151 | 15 | 270 00 | | | 125 | 34 | 408 00 | |
| | 151 | 12.5 | 337 50 | | | 125 | 11 | 198 00 | |
| | 151 | 11 | 396 00 | | | 132 | 25 | 443 75 | |
| | 152 | 8 | 177 00 | | | 132 | 7.5 | 199 69 | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(1)

825

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 10-20 | 103 | 1 | 17 00 | | | | | | |
| 1:: | | | 17 00 | | | | | | |
| Billed 10-31-02 | | | | | | | | | |
| 11-24 | 101 | 7 | 126 00 | | | | | | |
| | 101 | 5 | 120 00 | | | | | | |
| | 104 | 7 | 168 00 | | | | | | |
| | 104 | 5 | 160 00 | | | | | | |
| 10:: 140 | | | 574 00 | | | | | | |
| Billed 11-30-02 | | | | | | | | | |
| 12-1 | 103 | 2 | 34 00 | | | | | | |
| | 104 | 1 | 16 00 | | | | | | |
| | | | 50 00 | | | | | | |
| 12-8 | 122 | 5 | 60 00 | | | | | | |
| | | | 110 00 | | | | | | |
| Billed 12-31-02 | | | | | | | | | |
| 2-9 | 145 | 2 | 18 50 | | | | | | |
| | | | 18 50 | | | | | | |
| Billed 2-28-03 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(1)

826

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9.29 | 122 | 1 | 12.00 | | 1-26 | 122 | 1 | 12.00 | |
| | 127 | 10 | 160.00 | A | 5.75 | | | | 87.19 |
| | 152 | 3 | 44.25 | A | | Billed | | 1-31-03 | |
| 14. | | | | 216.25 | 2.2 | 143 | 7 | 103.25 | |
| 10.6 | 106 | 3.5 | 35.00 | A | 7. | | | | 103.25 |
| | 127 | 26 | 416.00 | A | | Billed | | 2-28-03 | |
| | 131 | 1 | 20.00 | A | 3.2 | 106 | 6 | 60.00 | A |
| | 138 | 2 | 36.00 | A | | 129 | 10.25 | 146.06 | A |
| | 152 | 1 | 14.75 | A | 16.25 | | | | 206.06 |
| 47.5 | | | | 738.00 | | Billed | | 3-31-03 | |
| Billed 10-31-02 | | | | | | | | | |
| 12.22 | 129 | 2 | 28.50 | B | | | | | |
| | 152 | 1 | 14.75 | B | | | | | |
| 3. | | | | 43.25 | | | | | |
| Billed 12-31-02 | | | | | | | | | |
| 1.5 | 129 | 2.75 | 39.19 | B | | | | | |
| 2.75 | | | | 39.19 | | | | | |
| 1.12 | 138 | 2 | 36.00 | B | | | | | |

4.75 75.19 **MATERIAL**

| | DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|---|
| | 9.25 | Butz Lumber I 6396 | | 259.84 |
| A | 9.25 | McMaster-Carr 60616845 | | 22.55 |
| | | Billed 10-31-02 | | # 282.39 |
| B | 1.3 | Indiana Metal 249261-1 | | 22.00 |
| | | Billed 1.31.03 | | $ 22.00 |

(4)

827

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 151 | 9 | 162 00 | | | | | | |
| | 161 | 6 | 72 00 | | | | | | |
| | 161 | 4 | 72 00 | | | | | | |
| | 125 | 2 | 24 00 | | | | | | |
| | 151 | 9 | 162 00 | | | | | | |
| | 151 | 2 | 54 00 | 41 | | | | | |
| | | | 54 21 | | | | | | |
| Billed | | | 12-31-02 | | | | | | |
| | 101 | 5 | 60 00 | | | | | | |
| | 122 | 2 | 36 00 | | | | | | |
| | 125 | 5 | 60 00 | | | | | | |
| | 149 | 3 | 39 00 | | | | | | |
| | | | | 195.00 | | | | | |
| | 103 | 1 | 17 00 | | | | | | |
| | | | 212. | | | | | | |
| Billed | | | 1-31-03 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(2)

827

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| -17 | 101 | 11.25 | 135.00 | |
| | 101 | 3.75 | 67.50 | |
| | 103 | 7.5 | 127.50 | |
| | 104 | 2 | 32.00 | |
| | 122 | 6 | 72.00 | |
| | 125 | 14 | 168.00 | |
| | 125 | 8 | 144.00 | |
| | 132 | 7.25 | 128.69 | |
| | 140 | 4 | 80.00 | |
| | 145 | 25 | 231.25 | |
| | 145 | 1 | 13.88 | |
| | 149 | 12.25 | 159.25 | |
| 301[illegible] | | | 4258 | .07 |
| -24 | [illegible]01 | 11 | 132.00 | |
| | 101 | 4 | 72.00 | |
| | [illegible]03 | 4 | 68.00 | |
| | [illegible]08 | 15 | 165.00 | |
| | [illegible]22 | 2.5 | 30.00 | |

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | 125 | 13 | 156.00 | |
| | 125 | 4 | 72.00 | |
| | 145 | 14 | 129.50 | |
| | 145 | 6 | 83.25 | |
| | 149 | 8.25 | 107.25 | .07 |
| 383° | | | 5273 | |
| | Billed | | 11-30-02 | |
| 12-1 | 101 | 7 | 84.00 | |
| | 101 | 1.25 | 22.50 | |
| | 103 | 2 | 34.00 | |
| | 122 | 2 | 36.00 | |
| | 132 | 8.5 | 150.88 | |
| | 132 | 3 | 79.87 | |
| | 145 | 6.75 | 62.44 | |
| | 145 | 3.25 | 45.09 | |
| | 149 | 5 | 65.00 | 78 |
| 38.75 | | | 579 | |
| 12-8 | 101 | 5 | 60.00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 12-28 | Comp USA | | 370.80 |
| [illegible]8 | TigerDirect P39998330101 | | 158.25 |
| [illegible]15 | Micro X-Press 0672096-IN | | 549.00 |
| [illegible]21 | Micro X-Press 0672612-IN | | 241.87 |
| | Billed 1·31·03 | | $1,319.92 |
| 1-30 | McMaster·Carr 65976022 | | 28.37 |
| | Billed 2·28·03 | | $ 28.37 |

(3)

827

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | 103 | 2 | 34.00 | |
| | 125 | 7 | 126.00 | |
| | 145 | 20 | 185.00 | |
| | 145 | 7 | 97.12 | |
| | 149 | 3.5 | 45.50 | |
| | 151 | 3 | 54.00 | |
| 86.25 | | | | 1181.40 |
| 12.15 | 101 | 4 | 48.00 | |
| | 103 | 8 | 136.00 | |
| | 108 | 33.25 | 365.75 | |
| | 108 | 3.75 | 61.88 | |
| | 117 | 4 | 80.00 | |
| | 122 | 2 | 24.00 | |
| | 125 | 26 | 312.00 | |
| | 132 | 11 | 195.25 | |
| | 132 | 3 | 79.88 | |
| | 145 | 8 | 74.00 | |
| | 149 | 13.75 | 178.75 | |

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | 151 | 8 | 144.00 | |
| | 161 | 27.5 | 330.00 | |
| 238.5 | | | | 3,210.91 |
| 12.22 | 101 | 14 | 168.00 | |
| | 101 | 10 | 180.00 | |
| | 103 | 7 | 119.00 | |
| | 104 | 6 | 96.00 | |
| | 108 | 3 | 33.00 | |
| | 117 | 4 | 80.00 | |
| | 122 | 6 | 72.00 | |
| | 122 | 3 | 54.00 | |
| | 125 | 4 | 48.00 | |
| | 125 | 4 | 72.00 | |
| | 132 | 11 | 195.25 | |
| | 132 | 4 | 106.50 | |
| | 145 | 29 | 268.25 | |
| | 145 | 4 | 55.50 | |
| | 149 | 9 | 117.00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(1)

829

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 10·27 | 101 | 2 | 24 00 | | | 125 | 4 | 72 00 | |
| | 103 | 11 | 187 00 | | | 132 | 3 | 53 25 | |
| | 125 | 3 | 36 00 | | | 145 | 3 | 27 75 | |
| | 125 | 3 | 54 00 | | | 149 | 6.75 | 87 75 | |
| | 132 | 3 | 53 25 | | 63.5 | | | | 900 00 |
| | 149 | 4.5 | 58 50 | | 11-17 | 103 | 1 | 17 00 | |
| 26.5 | | | | 412.75 | | 122 | 2 | 24 00 | |
| Billed 10-31-02 | | | | | 66.5 | | | | 941 00 |
| 11·3 | 101 | 10 | 120 00 | | Billed 11-30-02 | | | | |
| | 103 | 1 | 17 00 | | 128 | 131 | 40 | 800 00 | |
| | 125 | 4 | 48 00 | | | 132 | 3.5 | 62 13 | |
| | 132 | 3 | 53 25 | | | 132 | 6 | 159 75 | |
| | 145 | 2 | 18 50 | | 49.5 | | | | 1,021 88 |
| | 149 | 10.25 | 133 25 | | 12-22 | 161 | 3.25 | 39 00 | |
| | 149 | 1.5 | 29 25 | | 52.75 | | | | 1,060. 88 |
| 31.75 | | | | 419.25 | Billed 12-31-02 | | | | |
| 11-10 | 101 | 3 | 36 00 | | 1-12 | 143 | 7.5 | 110 63 | A |
| | 103 | 12 | 204 00 | | | 143 | 2.5 | 55 31 | A |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 11-6 | Community Hospitals 35091 | | 65 00 |
| 10·24 | Grainger 296-810827-0 | | 132 52 |
| | Billed 11-30-02 | | $ 197 52 |
| A 1-13 | DoAll 25023190 | | 89 80 |
| | Billed 1·31·03 | | $ 89 80 |
| 2·24 | AIRO Steel DBX2831IN | | 94 33 |
| 2·27 | McMaster-Carr 67299198 | | 19 92 |
| 2·27 | Wurth/Service 25044829-01 | | 23 91 |
| 3-12 | Alpha Resources 35359 | | 54 96 |
| | Billed 3·31-03 | | $ 193 12 |
| 4-30 | Real Mechanical 31714 | | 97 50 |
| B 5·2 | Auburn Plastics 119806 | | 270 00 |
| 5-6 | Harrington Industrial 0272 | 7967 | 29 70 |
| 3·14 | Herman & Company 16672 | | 344 00 |

(1)

830

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12-8 | 104 | 1 | 16 00 | | 2-2 | 104 | 5 | 80 00 | |
| 1. | | | | 16 00 | | 151 | 3.5 | 63 00 | |
| 12-15 | 129 | 7.5 | 106 88 A | | 8.5 | | | | 143 00 |
| | 131 | 40 | 800 00 | | 2-9 | 104 | 4 | 64 00 | |
| | 138 | 2 | 36 00 A | | 12.5 | | | | 207.00 |
| | 143 | 4 | 59 00 A | | Billed 2-28-03 | | | | |
| | 152 | 5 | 73 75 A | | 3-9 | 106 | 5.75 | 57 50 | B |
| | 163 | 4 | 56 00 A | | | 127 | 11 | 176 00 | B |
| 63.5 | | | | 1,147.63 | | 138 | 9 | 162 00 | B |
| 12-22 | 104 | 2 | 32 00 | | | 143 | 12 | 177 00 | B |
| | 122 | 8 | 96 00 | | | 152 | 6 | 88 50 | B |
| 73.5 | | | | 1,275.63 | 43.75 | | | | 661.00 |
| Billed 12-31-02 | | | | | Billed 3-31-03 | | | | |
| 1-5 | 131 | 8 | 160 00 | | | | | | |
| 8. | | | | 160 00 | | | | | |
| 1-12 | 155 | 8 | 160 00 | | | | | | |
| 16. | | | | 320.00 | | | | | |
| 1-26 | 151 | 3 | 54 00 | | | | | | |

19. Billed 1-31-03 374.00

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 12-9 | AIRO Steel | CL129891N | 143 18 |
| 12-11 | Harrington Industrial | 02726076 | 20 92 |
| 12-16 | Wurth Service | 25042016-01 | 39 20 |
| | Billed 12-31-02 | | # 203 30 |
| 12-19 | McMaster-Carr | 64382633 | 10 16 |
| | Billed 1-31-03 | | $ 10 16 |
| 1-30 | AIRO Steel | DA429851N | 154 62 |
| 1-29 | McMaster-Carr | 65922119 | 22 31 |
| 1-31 | AIRO Steel | DA528921N | 89 62 |
| 2-5 | Indiana Oxygen | 606004 | 40 16 |
| 2-5 | McMaster-Carr | 66243373 | 146 01 |
| 2-7 | Sutton-Garten | 115936 | 108 22 |
| 2-12 | AIRO Steel | DBL30221N | 144 00 |
| | Billed 2-28-03 | | 704 94 |

831

(1)

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 12-22 | 104 | 2 | 32 00 | |
| | 122 | 2 | 24 00 | |
| 4: | | | 56.00 | |
| Billed 12-31-02 | | | | |
| 1-5 | 104 | 1 | 16 00 | |
| | 131 | 8 | 160 00 | |
| | 132 | 2 | 53 25 | |
| | 151 | 3 | 54 00 | |
| 14: | | | 283.25 | |
| 1-12 | 104 | 2 | 32 00 | |
| 16: | | | 315.25 | |
| Billed 1-31-03 | | | | |
| 2-16 | 104 | 4 | 64 00 | |
| | 122 | 13 | 156 00 | |
| 17: | | | 220.00 | |
| Billed 2-28-03 | | | | |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 11-22 | INDIANA OXYGEN | 592828 | 141 32 |
| | Billed 12-31-02 | | $ 141 32 |
| 12-24 | J&F Distributing | 196518 | 63 48 |
| 12-19 | McMaster-Carr | 64377324 | 15 51 |
| 12-19 | McMaster-Carr | 64398259 | 59 47 |
| 1-6 | McMaster-Carr | 64802178 | 184 82 |
| | Billed 1-31-03 | | $ 323 28 |
| 2-10 | Swagelok | 165191 | 55 20 |
| 2-11 | Swagelok | 165261 | 121 80 |
| | Billed 2-28-03 | | $ 177 00 |
| 5-8 | McMaster-Carr | 70733854 | 219 40 |
| 5-21 | McMaster-Carr | 71306777 | 93 75 |
| | Billed 5-31-03 | | 313 15 |

(1)

1208-832

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1:27 | 20 | 1 | | | 1:29 | 20 | 2 | | C |
| | 21 | 1.5 | | | 1:31 | 20 | .5 | | C |
| 1:29 | 15 | 5 | | | 2.5 | | | | |
| | 20 | 3 | | | Billed | | | 2-28-03 | |
| | 20 | 4 | | | | | | | |
| 14.5 | | | | | | | | | |
| Billed | | 12-31-02 | | | | | | | |
| 1-14 | 14 | .5 | | B | | | | | |
| | 20 | 1 | | B | | | | | |
| | 21 | 1 | | B | | | | | |
| 1-15 | 14 | .5 | | B | | | | | |
| | 15 | 9 | | B | | | | | |
| | 20 | 6 | | B | | | | | |
| | 21 | 3 | | B | | | | | |
| | 28 | 2.5 | | B | | | | | |
| | 37 | 3 | | B | | | | | |
| 26.5 | | | | | | | | | |
| Billed | | 1-31-03 | | | | | | | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(1)

832

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 11·3 | 106 | 1.5 | 15.00 | A | | 163 | 10 | 140.00 | A |
| 1.5 | | | | 15.00 | 71.25 | | | | 1,052.56 |
| Billed | | 11-30-02 | | | 1-19 | 106 | 5.75 | 57.50 | B |
| 12·8 | 104 | 1 | 16.00 | | | 143 | 14 | 206.50 | B |
| | 155 | 24 | 480.00 | | | 152 | 7 | 103.25 | B |
| 25.: | | | | 496.00 | | 163 | 4 | 56.00 | B 81 |
| 12·15 | 104 | 2 | 32.00 | | 102° | | | | 1475 |
| | 155 | 32 | 640.00 | | 1-26 | 138 | 6 | 108.00 | A |
| 59.: | | | | 1,168.00 | 108.: | | | | 1,583.81 |
| 12·22 | 155 | 16 | 320.00 | | Billed | | | 1-31-03 | |
| 75.: | | | | 1,488.00 | 2·2 | 152 | 3 | 44.25 | C |
| Billed | | 12-31-02 | | | 3.: | | | | 44.25 |
| 1·12 | 106 | 10 | 100.00 | A | 2·16 | 106 | 1 | 10.00 | D |
| | 127 | 27 | 432.00 | A | | 138 | 1 | 18.00 | D |
| | 127 | 2 | 48.00 | A | | 138 | 1 | 18.00 | F |
| | 129 | 15.25 | 217.31 | A | | 138 | 1 | 18.00 | E |
| | 132 | 4 | 71.00 | A | | 143 | 1 | 14.75 | F |
| | 152 | 3 | 44.25 | A | | 143 | 1 | 14.75 | D |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 12-5 | McMaster-Carr 63740880 | | 16.00 ✓ |
| 12·9 | AIRo Steel CLI29901N | | 156.46 ✓ |
| 12·13 | McMaster-Carr 64157898 | | 27.96 |
| | Billed 12-31-02 | | # 200.42 |
| 1·14 | Royal oak Name Plate 179399 | | 60.36 ✓ |
| | Billed 1·31-03 | | # 60.36 |
| 3-17 | FASTENAL ININ277567 | | 12.62 ✓ |
| | Billed 4-30·03 | | # 12.62 |

(1)

833

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 10·27 | 104 | 6 | 144.00 | | 11·24 | 104 | 7 | 112.00 | |
| | 131 | 40 | 800.00 | | | 104 | 4 | 96.00 | |
| | 149 | 2 | 26.00 | | | 131 | 40 | 800.00 | |
| 48. | | | | 970.00 | | 155 | 14 | 280.00 | 38 |
| Billed 10-31-02 | | | | | 173° | | | | 3411 |
| 11·3 | 104 | 5 | 80.00 | | Billed 11-30-02 | | | | |
| | 131 | 24 | 480.00 | | 12-1 | 104 | 1 | 16.00 | |
| | 132 | 3 | 53.25 | | | 122 | 1 | 12.00 | |
| | 155 | 2 | 40.00 | | | 131 | 24 | 480.00 | |
| 34. | | | | 653.25 | 26. | | | | 508.00 |
| 11-10 | 104 | 3 | 48.00 | | 12-8 | 104 | 4 | 64.00 | |
| | 131 | 32 | 640.00 | | 30. | | | | 572.00 |
| | 132 | 2 | 35.50 | | 12·15 | 104 | 2 | 32.00 | |
| | 132 | 1 | 26.63 | | 32. | | | | 604.00 |
| | 140 | 2 | 40.00 | 38 | [illegible] | 104 | 2 | 32.00 | |
| 74° | | | | 1443 | | 131 | 40 | 800.00 | |
| 11-17 | 117 | 2 | 40.00 | | 74. | | | | 1,436.00 |
| | 131 | 32 | 640.00 | 38 | Billed 12-31-02 | | | | |

108° 2123

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-25 | McMASTER-CARR | 62034482 | 497.64 |
| 10·28 | AIRO Steel | CJ227951N | 210.56 |
| 10·29 | Flex-Line Automation | 014361 | 456.67 |
| 10·28 | McMaster-Carr | 62105483 | 34.16 |
| 10·30 | McMaster-Carr | 62214629 | 42.63 |
| 11·12 | Indiana Oxygen | 590536 | 557.82 |
| 11-14 | McMaster-Carr | 62945038 | 131.49 |
| 11-11 | Wurth/Service | 25040499-01 | 14.64 |
| 11-7 | McMaster-Carr | 62626982 | 663.22 |
| 11-18 | McMaster-Carr | 63070031 | 60.77 |
| 11-18 | Peerless | 1210659-00 | 64.00 |
| 11-18 | Wurth | 25040499-02 | .39 |
| | Billed 11-30-02 | | $2,733.99 |
| 11-26 | AUBURN PLASTICS | 116912 | 99.46 |

(1)

836

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible].15 | 152 | 3 | 66 | 38 | A | | | | | |
| | | | | | 66.38 | | | | | |
| 12/22 | 106 | 11.25 | 112 | 50 | A | | | | | |
| | 129 | 9.5 | 135 | 37 | A | | | | | |
| | 138 | 5 | 90 | 00 | A | | | | | |
| | 152 | 11 | 162 | 25 | A | | | | | |
| | 163 | 8 | 112 | 00 | A | | | | | |
| 47.75 | | | | | 678.50 | | | | | |
| Billed 12-31-02 | | | | | | | | | | |
| 1/[illegible] | 129 | 2.5 | 35 | 62 | A | | | | | |
| | 138 | 3 | 54 | 00 | A | | | | | |
| | 163 | 5 | 70 | 00 | A | | | | | |
| 10.5 | | | | | 159.62 | | | | | |
| Billed 1-31-03 | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| A 12.17 | Auburn Plastics 117270 | | 160 | 46 |
| | Billed 12-31-02 | | # 160 | 46 |

(1)

837

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12.8 | 106 | 16 | 160 00 | A | | | | | |
| | 152 | 5 | 73 75 | A | | | | | |
| | | | | 233.75 | | | | | |
| 2.15 | 129 | 6.5 | 92 62 | B | | | | | |
| | 138 | 1 | 18 00 | B | | | | | |
| | | | | 344.37 | | | | | |
| Billed | | | 12-31-02 | | | | | | |
| 2.16 | 129 | 3 | 42 75 | B | | | | | |
| | 152 | 1 | 14 75 | B | | | | | |
| | 152 | 1 | 14 75 | A | | | | | |
| | 163 | 11 | 154 00 | A | | | | | |
| | | | | 226 25 | | | | | |
| | 152 | 2 | 29 50 | A | | | | | |
| | 163 | 1 | 14 00 | A | | | | | |
| | | | | 269.75 | | | | | |
| Billed | | | 3-31-03 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 12.6 | DoAll 25022696 | | 37 72 |
| | Billed 12.31-02 | | $ 37 72 |

(1)

839

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-17 | 104 | 6 | 96 | 00 | | | | 151 | 5 | 90 | 00 | | |
| | 145 | 2 | 18 | 50 | | | 50.75 | | | | | 778.19 | |
| | | | | 114 | 50 | | 12-22 | 104 | 3 | 48 | 00 | | |
| 11-24 | 104 | 6 | 96 | 00 | | | | 104 | 1 | 16 | 00 | A | |
| | 145 | 1 | 9 | 25 | | | | 101 | 1 | 24 | 00 | A | |
| | 151 | 19 | 342 | 00 | | | | 104 | 3.5 | 84 | 00 | | |
| | 151 | 4 | 108 | 00 | 75 | | | 132 | 3 | 79 | 88 | | |
| 27.0 | | | | 669 | | | 62.25 | | | | | 1,030 | 57 |
| Billed | | | 11-30-02 | | | | | Billed | 12-31-02 | | | | |
| 12-11 | 129 | 6.5 | 72 | 63 | A | | 1-5 | 151 | 12 | 216 | 00 | | |
| | 152 | 3 | 44 | 25 | A | | 12.0 | | | | | 216 | 00 |
| | | | | | 136 | 88 | 1-12 | 104 | 2 | 32 | 00 | | |
| [illegible] | 104 | 6 | 96 | 00 | | | | 117 | 16 | 320 | 00 | | |
| | 129 | 16.25 | 231 | 56 | A | | | 151 | 25 | 450 | 00 | | |
| | 138 | 3 | 54 | 00 | A | | 55.0 | | | | | 1,018 | 00 |
| | 152 | 5 | 73 | 75 | A | | 1-19 | 101 | 2 | 24 | 00 | | |
| [illegible]5 | | | | | 592.19 | | | 117 | 8 | 160 | 00 | | |
| [illegible] | 104 | 6 | 96 | 00 | | | | 145 | 2 | 18 | 50 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 11-11 | C&E Sales 6023183 | | 123 | 51 |
| 11-11 | Copper and Brass 2B3695 | | 27 | 82 |
| 11-12 | Kirby Risk 93875116 | | 8,493 | 90 |
| 11-14 | Kirby Risk 93883834 | | 169 | 32 |
| 11-18 | Neff Engineering 12503117 | | 487 | 88 |
| | Billed 11-30-02 | | $9,301 | 43 |
| A 11-26 | ALRO STEEL CORP CKZ2876PV | | 207 | 34 |
| 11-19 | KIRBY RISK ELECTRICAL 93896714 | | 32 | 89 |
| 11-26 | KIRBY RISK ELECTRICAL 93918281 | | 101 | 34 |
| 11-26 | McMASTER-CARR 63451856 | | 54 | 51 |
| 11-19 | SIDENER ENGINEERING 201477-001 | | 71 | 30 |
| 11-21 | SIDENER ENGINEERING 201495-001 | | 1489 | 01 |
| 11-21 | TEC-HACKETT I-63959-0 | | 157 | 46 |
| 12-5 | Indiana Metal 248833-1 | | 55 | 00 |

(1)

1208-840

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 11-19 | 20 | 2 | 02 | 55A | 12-2 | 20 | 10.5 | 02 | 55 A |
| 11-20 | 20 | 7 | 02 | 55A | | 38 | 1 | | |
| 11-21 | 20 | 10 | 02 | 55A | 12-3 | 20 | 10 | 02 | 55 A |
| 11-22 | 20 | 1 | 02 | 55A | | 22 | 8 | 02 | 55 A |
| | 20 | 4 | 02 | 55A | | 38 | 2 | | |
| 11-23 | 20 | 1.5 | 02 | 55A | 12-4 | 20 | 3 | 02 | 55 A |
| | 38 | 1 | | A | | 21 | 9.5 | | A |
| 31.75 | | | | | | 22 | 8 | 02 | 55 A |
| Billed 11-30-02 | | | | | 12-5 | 21 | 9 | | A |
| 11-25 | 38 | 1 | | A | | 22 | 7 | 02 | 55 A |
| 11-26 | 38 | 1 | | A | | 22 | 4 | 02 | 55 A |
| 11-27 | 20 | 3 | 02 | 55A | 12-6 | 21 | 5 | | A |
| | 37 | 3.5 | 02 | 55A | | 21 | 2.5 | | A |
| | 38 | 1 | | | | 22 | 11 | 02 | 55 A |
| 11-29 | 20 | 2 | 02 | 55A | 12-7 | 22 | 5 | 02 | 55 A |
| | 38 | 1 | | | 114. | | | | |
| 11-30 | 20 | 6 | 02 | 55A | 12-9 | 14 | 9 | 02 | 55 |
| 18.5 | | | | | | 22 | 3 | 02 | 55A |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(2)

1208-840

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12-10 | 14 | 4.5 | 02 | 55 | | | | | |
| 12-11 | 14 | 3 | 02 | 55 | | | | | |
| | 38 | 1 | A | | | | | | |
| 12-12 | 21 | 4.25 | 02 | 55A | | | | | |
| | 38 | 1 | A | | | | | | |
| 12-13 | 20 | 5 | 02 | 55A | | | | | |
| | 20 | 3 | 02 | 55A | | | | | |
| 147.75 | | | | | | | | | |
| Billed 12-31-02 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(1)

840

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 11-17 | 138 | 2 | 36 00 | A | 12-15 | 104 | 8 | 128 00 | A |
| | 152 | 4 | 88 50 | A | | 122 | 3 | 36 00 | A |
| 6 | | | 124 50 | | | 138 | 2 | 36 00 | B |
| 11-24 | 106 | 10.25 | 102 50 | A | | 143 | 7.5 | 110 63 | B |
| | 106 | 4.25 | 63 75 | A | | 152 | 2.5 | 36 87 | B |
| | 127 | 11 | 176 00 | A | | 152 | .3 | 66 38 | A |
| | 129 | 22.75 | 324 19 | | 44. | | | | 612.63 |
| | 138 | 5 | 90 00 | A | 12-22 | 104 | 2 | 32 00 | A |
| | 143 | 16.5 | 243 38 | A | | 122 | 5 | 60 00 | A |
| | 161 | 2.5 | 30 00 | A | | 152 | 5 | 73 75 | A |
| | 16.3 | .5 | 70 00 | A | 56. | | | | 778.38 |
| 83.25 | | | 1224.32 | | Billed 12-31-02 | | | | |
| Billed 11-30-02 | | | | | 1-12 | 129 | 2.5 | 35 63 | A |
| 12-1 | 104 | 2 | 32 00 | A | 2.5 | | | | 35.63 |
| | 106 | 14 | 140 00 | A | Billed 1-31-03 | | | | |
| | 122 | 1 | 12 00 | | | | | | |
| | 152 | 1 | 14 75 | A | | | | | |
| 18 | | | 198 75 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| A 11-13 | Associated Spring 9766740 | | 68 77 |
| 11-14 | Standard Die 160618 | | 20 40 |
| 11-18 | AIRO Steel CKR28961N | | 93 28 |
| 11-18 | AIRO Steel CKR2897TL | | 504 61 |
| 11-18 | Wurth 25040689-01 | | 276 24 |
| | Billed 11-30-02 | | $ 963 30 |
| A 11-27 | INDIANA METAL TRTNG 248642-1 | | 65 40 |
| 11-25 | WURTH/SERV SUP 25040689-02 | | 16 42 |
| A 11-29 | Circle City Heat 199384 | | 78 75 |
| A 11-27 | Wurth/Service 25040689-03 | | 63 59 |
| B 12-10 | Applied Ind. Tech. 18390848 | | 45 03 |
| 12-11 | Sheats Supply 1154838-01 | | 81 68 |
| | Billed 12-31-02 | | $ 350 87 |
| A 12-9 | Circle City Heat 199531 | | 56 25 |

(1)

845

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| -17 | 106 | 2.5 | 25.00 | A | | 122 | 2 | 24.00 | A |
| | 117 | 6 | 120.00 | | | 127 | 18 | 288.00 | A |
| | 127 | 1 | 16.00 | A | | 127 | 2 | 48.00 | A |
| | 127 | 2 | 48.00 | A | | 127 | 8 | 192.00 | |
| | 140 | 16 | 320.00 | | | 129 | 9.25 | 131.81 | A |
| | 143 | 2 | 29.50 | A | | 138 | 10 | 180.00 | A |
| | 143 | 2 | 44.25 | A | | 140 | 40 | 800.00 | |
| | 151 | 12 | 216.00 | | | 155 | 26 | 520.00 | |
| | 152 | 3 | 44.25 | A | | 161 | 2.5 | 30.00 | A |
| | 152 | 4 | 88.50 | A | | 163 | 19.5 | 273.00 | A |
| | 155 | 16 | 320.00 | | 255.6 | | | | 4537.81 |
| | 161 | 7 | 84.00 | A | | Billed | | 11-30-02 | |
| | 163 | 2 | 28.00 | A | 12-1 | 103 | 2 | 34.00 | |
| | 163 | 6 | 126.00 | A | | 104 | 2 | 32.00 | |
| 31 | | | 1509.50 | | | 117 | 15 | 300.00 | |
| 24 | [illegible]3 | 2 | 34.00 | | | 122 | 20 | 240.00 | |
| | 106 | 18.75 | 187.50 | | | 132 | 3 | 79.87 | |
| | [illegible]7 | 16 | 320.00 | | | 140 | 24 | 480.00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 11-14 | AIRD Steel CKN28801 | N | 217.70 |
| 11-20 | Sherwin Williams 7968-2 | | 20.94 |
| | Billed 11-30-02 | | # 238.64 |
| 11-21 | CIRCLE CITY 199258 | | 93.25 |
| 11-22 | INDIANA METAL 248447-1 | | 23.00 |
| 12-13 | INDIANA METAL 248915-1 | | 22.00 |
| | Billed 12-31-02 | | # 138.25 |
| 1-10 | Grainger 001-039207-4 | | 29.17 |
| | Billed 1-31-03 | | # 29.17 |
| 1-30 | IndyDrum 057028 | | 126.00 |
| 1-31 | Applied Industrial 18393669 | | 38.10 |
| 1-30 | Gold Star Coatings IN91342271 | | 161.37 |
| 2-4 | Standard Die 164215 | | 55.84 |
| 2-6 | Standard Die 164383 | | 268.02 |

(2)

845

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 143 | 5 | 73.75 | B | 12-15 | 101 | 4 | 48.00 | |
| | 143 | 6 | 132.75 | B | | 103 | 2 | 34.00 | |
| | 151 | 24 | 432.00 | | | 117 | 8 | 160.00 | |
| | 152 | 1 | 14.75 | B | | 122 | 2 | 24.00 | |
| | 155 | 24 | 480.00 | | | 127 | 1 | 16.00 | D |
| 126. | | | 2299.12 | | | 127 | 18 | 288.00 | E |
| 12-8 | 101 | 3 | 54.00 | C | | 138 | 2 | 36.00 | E |
| | 103 | 3 | 51.00 | | | 140 | 40 | 800.00 | |
| | 117 | 16 | 320.00 | | | 151 | 4 | 72.00 | |
| | 127 | 2 | 48.00 | D | | 152 | 2.5 | 36.88 | D |
| | 132 | 6 | 106.50 | | | 163 | 5 | 70.00 | D |
| | 132 | 2 | 53.25 | | 305.25 | | | | 5686.75 |
| | 138 | 3 | 54.00 | B | 12-22 | 117 | 3 | 60.00 | |
| | 140 | 40 | 800.00 | | | 140 | 32 | 640.00 | |
| | 140 | .25 | 7.50 | | 340.25 | | | | 6386.75 |
| | 151 | 3 | 54.00 | | | Billed | | 12-31-02 | |
| | 155 | 8 | 160.00 | | 1-5 | 132 | 3 | 53.25 | |
| | 163 | 4.5 | 94.50 | D | | 140 | 15 | 300.00 | |

216.75 4,101.87 18. 353.25

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 2-13 | Employee Expense B.P. | | 951.51 |
| | Billed 2-28-03 | | $1,590.84 |
| 1-16 | Petty Cash Deals | | 3.18 |
| 3-12 | Alpha Resources 35359 | | 54.96 |
| | Billed 3-31-03 | | # 58.14 |

846

(1)

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12-1 | 149 | 3.75 | 48.75 | | | | | | |
| | 149 | 1 | 19.50 | | | | | | |
| 4.75 | | | | 68.25 | | | | | |
| 12-8 | 138 | 2 | 36.00 | A | | | | | |
| 6.75 | | | | 104.25 | | | | | |
| Billed 12-31-02 | | | | | | | | | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(3)

994

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9.8 | 104 | 4 | 64 00 | | 12-1 | 117 | 1 | 20 00 | |
| | 106 | 3 | 30 00 | A | 1° | | | | 20 00 |
| | 152 | 1 | 14 75 | A | 12-8 | 132 | 3 | 53 25 | |
| 8.' | | | | 108.75 | | 151 | 1 | 18 00 | |
| 9-15 | 122 | 2 | 24 00 | | 5.' | | | | 91.25 |
| | 131 | 2 | 40 00 | D | 12-15 | 161 | .5 | 6 00 | |
| | 151 | 2 | 36 20 | | 5.5 | | | | 97.25 |
| | 152 | 2 | 27 50 | D | 12-22 | 132 | 4 | 106 50 | |
| | 152 | 4 | 59 00 | C | | 149 | 3.25 | 42 25 | |
| | 161 | 1 | 12 00 | | | 151 | 3 | 54 00 | |
| | 161 | 1 | 12 00 | C | 15.75 | | | | 300.00 |
| | 163 | 1.5 | 21 00 | B | Billed 12-31-02 | | | | |
| | 163 | 4 | 56 00 | C | 1-26 | 151 | 3 | 54 00 | |
| | 163 | 3 | 63 00 | C | 3.' | | | | 54.00 |
| 30.5 | | | | 461.25 | Billed 1-31-03 | | | | |
| Billed 9-30-02 | | | | | 2-2 | 101 | 3 | 36.00 | |
| 11-24 | 151 | 1 | 18 00 | | 3.' | | | | 36.00 |
| 1° | | | | 18.00 | 2-9 | 101 | 7 | 84.00 | |

Billed 11-30-02

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 7-24 | McMASTER-CARR | 5785075 8 | 49 85 |
| 7-26 | NEWARK ELECTRONICS | 6348761 | 188 76 |
| 8-6 | Garcor Supply | 1012047-01 | 112 87 |
| 7.29 | McMaster-Carr | 58017590 | 49 85 |
| 8-1 | McMaster-Carr | 58277496 | 31 72 |
| 8-5 | McMaster-Carr | 58368182 | 20 04 |
| 7.26 | Sears | 1304 | 20 99 |
| 8.6 | Kirby Risk | 93609534 | 100 71 |
| | Billed 8-31-02 | | $1,989 92 |
| 9.3 | McMaster-Carr | 59620728 | 186 27 |
| 9-5 | McMaster-Carr | 59757584 | 334 52 |
| 9-11 | Meyer Plastics | 1084506 | 142 56 |
| 9-11 | DoAll | 2502104 | 81 04 |
| | Billed [illegible] | | $744 39 |