**UNIVERSAL**
**TOOL & ENGINEERING CO., INC.**
7601 E. 88th Place    Indianapolis, Indiana 46256

| GENERAL MOTORS CORPORATION | INVOICE # | 25775 |
|---|---|---|
| WORLDWIDE PURCHASING | Date | Sept. 29, 2003 |
| P.O. Box 1360 | Purchase Order # | JGS 14921 |
| FLINT, MI 48501-1360 | Our # | |
| | Terms: | Net 10th & 25th |

============================================================================
Quantity                                          Unit Price        Amount
============================================================================

INSTALLATION OF SPRINKLER SYSTEM PER ED WRIN

LABOR & MATERIALS PROVIDED BY KOORSEN PROTECTION SERVICES.

| | |
|---|---:|
| INSTALLATION LABOR | 5152.00 |
| TRUCK CHARGES | 100.00 |
| FABRICATION | 448.00 |
| MATERIALS | 1925.00 |
| 5% SALES TAX ON MATERIALS - WORK COMPLETED 10/18/02 | 96.00 |
| TOTAL ... | $ 7,721.00 |

COMPLETE

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

"Seller agrees, in connection with the production of the articles and/or the performance of the services specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938, as amended. All invioces must carry the following certificate in order to be passed for payment:

"Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

# Koorsen Protection Services
Fire, Safety & Security Specialists Since 1946

**INVOICE**
www.koorsen.com

REMIT TO:
Koorsen Protection Services, Inc.
2719 N. Arlington Ave.
Indianapolis, IN 46218-3322

Please include Invoice Number on check.

SERVICE BRANCH
***REPRINT***
INDIANAPOLIS
(317) 542-1800
800-745-2719

| INVOICE NUMBER | 625604 | SERVICE DATE | 10/18/02 | CUST. P.O. NO. | PER ED WRIN |
|---|---|---|---|---|---|
| INVOICE DATE | 10/18/02 | SERV. ORD. # | 147331 | DATE DUE | 11/12/02 |

Invoice to: 01UNI1195           TERMS: Net 25 Days           Job #: 989184
Service Location:

UNIVERSAL TOOL & ENGINEERING          SPRINK/DELPHI BATTERY
7601 E 88TH PL                        DELPHI BATTERY
INDIANAPOLIS, IN 46256                8750 HAUGE ROAD

| QUANTITY | ITEM # | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
|  |  | INSTALLATION OF SPRINKLER SYSTEM PER ED WRIN |  |  |
| 1.00 |  | INSTALLATION LABOR |  | 5152.00 |
| 1.00 |  | TRUCK CHARGES |  | 100.00 |
| 1.00 |  | FABRICATION |  | 448.00 |
| 1.00 |  | MATERIALS |  | 1925.00 |
|  |  | Sub total |  | 7625.00 |
|  |  | Amount Due |  | 7625.00 |
|  |  | 5.00% INDIANA SALES TAX on $ 1925.00 |  | 96.00 |
|  |  | Total amount due |  | 7721.00 |

217X

PAID 11-7-02
ck# 81049

To pay by credit card, please phone or return to us:

Card number ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___
☐ Visa    ☐ MasterCard    ☐ American Express
Name on card _____    Expiration date ___/___
Signature X _____

| TOTAL SALES | TAXABLE SALES | TAX AMOUNT | SHIPPING CHARGE | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|
|  |  |  |  | 7721.00 |

Federal ID # 35-1153549

A service charge of 1½% per month (18% annual) will be charged on past due accounts.

CUSTOMER COPY