# UNIVERSAL

## TOOL & ENGINEERING CO., INC.
7601 E. 88th Place   Indianapolis, Indiana 46256
(317) 842-8999

| | |
|---|---|
| GENERAL MOTORS CORP.<br>WORLDWIDE PURCHASING<br><br>P.O. BOX 1360<br>FLINT, MI 48501-1360 | **INVOICE #**     **25781**<br>Date     September 30, 2003<br>Purchase Order #     JBB00302<br>Requisition #     DRD 243699<br>Our #     SEE ATTACHED<br>Terms: Net 10th & 25th |

==================================================================================

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|

==================================================================================

TO COVER LABOR AND MATERIALS FOR DEVELOPMENT OF
BATTERIES PER COST REIMBURSEMENT CONTRACT BA006 & EXHIBIT B.

ITEM 001: GPR-JGB00302001
| | | | |
|---|---|---|---|
| PLANT 1 LABOR: | 138.50 Hrs.@ | $27.72 | 3,839.22 |
|   DOUBLETIME | _____ Hrs.@ | $42.00 | |

ITEM 002: GPR-JGB00302002
| | | | |
|---|---|---|---|
| PLANT 3 LABOR | 3,084.00 Hrs.@ | $27.72 | 85,488.48 |
|   DOUBLETIME | _____ Hrs.@ | $42.00 | |

ITEM 003: GPR-JGB00302003
| | | |
|---|---|---|
| PLANT 3 MATERIAL: (SEE ATTACHED) | 15,898.87 | |
|     Plus 15% | 2,384.83 | 18,283.70 |

                                            **TOTAL**     $     **107,611.40** ✓

                                              **PARTIAL**

*[handwritten: PAID $104,019.16   STILL OWE   $3,592.24]*

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."

"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended. All invioces must carry the following certificate in order to be passed for payment:

"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

DETAIL SHEET FOR UNIVERSAL INVOICE #           25781     DRD243699/JGB00302

    ITEM 001   GPR-JGB00302001           PLANT 1 LABOR
    ITEM 002   GPR-JGB00302002           PLANT 3 LABOR
    ITEM 003   GPR-JGB00302003           PLANT 3 MATERIALS

(613)        COLLEGE CO-OP   JDJD 00093

    PLANT 1 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 LABOR    72 HRS. @    $27.72    =    1,995.84

    PLANT 3 MATERIALS    _____ +15%    _____ =    _____

        TOTAL    1,995.84 ✓

(621)        INDEX WHEEL FOR CA-LE

    PLANT 1 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 LABOR    61 HRS. @    $27.72    =    1,690.92

    PLANT 3 MATERIALS    _____ +15%    _____ =    _____

        TOTAL    1,690.92 ✓

(628)        CONTINUOUS PASTE MIXING   JEZE K3161

    PLANT 1 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 LABOR    484.25 HRS. @    $27.72    =    13,423.41

    PLANT 3 MATERIALS    1166.20 +15%    174.93 =    1,341.13

        TOTAL    14,764.54 ✓

(633)        FITZGERALD PASTE BOXES   JFJF00194

    PLANT 1 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 MATERIALS    _____ +15%    _____ =    _____

        TOTAL

**(645)**        **NEW FREEDOM/LIFETIME BATTERY**             **JEZE K3067**

    PLANT 1 LABOR        _____ HRS. @        $27.72    =    _____

    PLANT 3 LABOR        _____ HRS. @        $27.72    =    _____

    PLANT 3 MATERIALS    _____    +15%    _____ =    _____

                                                                                                 TOTAL

**(663)**        **FITZGERALD CUT-OFFS    JFJF 00195**

    PLANT 1 LABOR        _____ HRS. @        $27.72    =    _____

    PLANT 3 LABOR        _____ HRS. @        $27.72    =    _____

    PLANT 3 MATERIALS    _____    +15%    _____ =    _____

                                                                                                 TOTAL

**(670)**        **LBS MANUFAC. ENG. DEV.   JEZE 31201**

    PLANT 1 LABOR        _____ HRS. @        $27.72    =    _____

    PLANT 3 LABOR        _____ HRS. @        $27.72    =    _____

    PLANT 3 MATERIALS    _____    +15%    _____ =    _____

                                                                                                 TOTAL

**(678)**        **ANAHEIM PILOT EXPANDER DIES   JCJC 00318**

    PLANT 1 LABOR        _____ HRS. @        $27.72    =    _____

    PLANT 3 LABOR        _____ HRS. @        $27.72    =    _____

    PLANT 3 MATERIALS    _____    +15%    _____ =    _____

                                                                                                 TOTAL

**(679)**        **BUILDING "7" CHARGES   JE8390 09306**

    PLANT 1 LABOR        3 HRS. @        $27.72    =    83.16

    PLANT 3 LABOR        25.5 HRS. @        $27.72    =    706.86

    PLANT 3 MATERIALS    1307.65    +15%    196.15 =    1,503.80

                                                                                                  TOTAL        2,293.82

**(690)**        **DUAL HI-RATE (OLATHE) JD 7000 01460**

    PLANT 1 LABOR    _____ HRS. @    $27.72    = 

    PLANT 3 LABOR    _____ HRS. @    $27.72    = 

    PLANT 3 MATERIALS    _____ +15%    _____ =    _____

                                                                                           TOTAL

**(695)**        **E. V. PLATE RUNS  JB2400**

    PLANT 1 LABOR    _____ HRS. @    $27.72    = 

    PLANT 3 LABOR    6.00 HRS. @    $27.72    =    166.32

    PLANT 3 MATERIALS    _____ +15%    _____ =    _____

                                                                                           TOTAL    166.32 ✓

**( )**

    PLANT 1 LABOR    _____ HRS. @    $27.72    = 

    PLANT 3 LABOR    _____ HRS. @    $27.72    = 

    PLANT 3 MATERIALS    _____ +15%    _____ =    _____

                                                                                          TOTAL

**(712)**        **PROCESS CHECK GAGES  JDJD 00058**

    PLANT 1 LABOR    _____ HRS. @    $27.72    = 

    PLANT 3 LABOR    _____ HRS. @    $27.72    = 

    PLANT 3 MATERIALS    _____ +15%    _____ =    _____

                                                                                          TOTAL

**(720)**        **LIPO MISC & SHIPPING**

    PLANT 1 LABOR    _____ HRS. @    $27.72    = 

    PLANT 3 LABOR    92 HRS. @    $27.72    =    2,550.24

    PLANT 3 MATERIALS    177.27 +15%    26.59 =    203.86

                                                                                          TOTAL    2,754.10 ✓

**(817)**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | 83.25 HRS. @ | $27.72 | = | 2,307.69 |
| PLANT 3 MATERIALS | _____ +15% | | _____ = | _____ |
| | | | TOTAL | 2,307.69 ✓ |

**(818)    PASTE BOX   JDJD 00152**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | _____ +15% | | _____ = | _____ |
| | | | TOTAL | |

**(821)    JEZE K3062**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | 19.5 HRS. @ | $27.72 | = | 540.54 |
| PLANT 3 LABOR | 677.5 HRS. @ | $27.72 | = | 18,780.30 |
| PLANT 3 MATERIALS | 6309.02 +15% | | 946.35 = | 7,255.37 |
| | | | TOTAL | 26,576.21 ✓ |

**(823)    FIELD TESTS   JEZE K3079**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | _____ +15% | | _____ = | _____ |
| | | | TOTAL | |

**(829)    10" S.T. ROBUST EQUIPMENT JEZE K3061**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $72.72 | = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | _____ +15% | | _____ = | _____ |
| | | | TOTAL | |

**(851)      SEPERATOR TESTING  JEZE K3000**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72  = | |
| PLANT 3 LABOR | 4.0 HRS. @ | $27.72  = | 110.88 |
| PLANT 3 MATERIALS | _____ +15% | _____ = | _____ |
| | | TOTAL | 110.88 |

**(852)      ADVANCED BATTERY LAB MATERIALS JEZE K3058**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72  = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72  = | |
| PLANT 3 MATERIALS | _____ +15% | _____ = | _____ |
| | | TOTAL | |

**(853)      HONDA COMPLEX LIFE CYCLES JEZE K3104**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72  = | |
| PLANT 3 LABOR | 65.25 HRS. @ | $27.72  = | 1,808.73 |
| PLANT 3 MATERIALS | 1780.63 +15% | 267.09 = | 2,047.72 |
| | | TOTAL | 3,856.45 |

**(854)      AGM DI-ELECTRIC JCJC 00236**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72  = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72  = | |
| PLANT 3 MATERIALS | _____ +15% | _____ = | _____ |
| | | TOTAL | |

**(856)      UTILITY DROPS "LEC"LAB AREA JEJE 02165**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72  = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72  = | |
| PLANT 3 MATERIALS | 349.97 +15% | 52.50 = | 402.47 |
| | | TOTAL | 402.47 |

**(859)**         **BALL MILL PASTE MIX  JEZE K3089**

    PLANT 1 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 MATERIALS    _____    +15%    _____ =    _____

                                                                                TOTAL

**(860)**         **GMT 355  JEZE K3029**

    PLANT 1 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 MATERIALS    34.51    +15%    5.18 =    39.69

                                                                                TOTAL    39.69

**(862)**         **SODIUM SULFATE DISPENSING EQUIPMENT JCJC 00355**

    PLANT 1 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 MATERIALS    _____    +15%    _____ =    _____

                                                                         TOTAL

**(863)**         **INSULATOR INSERTOR  JBJB 00334**

    PLANT 1 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 MATERIALS    _____    +15%    _____    _____

                                                                         TOTAL

**(864)**         **PASTE/GRID INTERFACE IMPROVEMENTS JEZE K3161**

    PLANT 1 LABOR    _____ HRS. @    $27.72    =

    PLANT 3 LABOR    36.25 HRS. @    $27.72    =    1,004.85

    PLANT 3 MATERIALS    123.32    +15%    18.50 =    141.82

                                                                                TOTAL    1,146.67

**(865)**  **TETRA BASIC CRYSTAL SIZE JEZE K3088**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | 43.75 HRS. @ | $27.72 | = | 1,212.75 |
| PLANT 3 LABOR | 289.5 HRS. @ | $27.72 | | 8,024.94 |
| PLANT 3 MATERIALS | 192.50 +15% | 28.87 | = | 221.37 |
| | | | TOTAL | 9,459.06 |

**(866)**  **X-MET LINE TOOLING   JCJC 00352**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | 18.5 HRS. @ | $27.72 | = | 512.82 |
| PLANT 3 MATERIALS | 365.39 +15% | 54.81 | = | 420.20 |
| | | | TOTAL | 933.02 |

**(867)**  **SULFATE TESTING   JEZE K3091**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | _____ +15% | _____ | = | |
| | | | TOTAL | |

**(868)**  **HI-TEMP S/T JDJD 00106**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | _____ +15% | _____ | = | |
| | | | TOTAL | |

**(869)**  **AGM T/T WELD MACHINE   JCJC 00223**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | _____ +15% | _____ | = | |
| | | | TOTAL | |

**(870)**       **HEAT SEALS**

    PLANT 1 LABOR       _____ HRS. @       $27.72       =

    PLANT 3 LABOR       _____ HRS. @       $27.72       =

    PLANT 3 MATERIALS       _____       +15%       _____ =       _____

                                 TOTAL

**(871)**       **INSERTER   JBJB 00334**

    PLANT 1 LABOR       _____ HRS. @       $27.72       =

    PLANT 3 LABOR       _____ HRS. @       $27.72       =

    PLANT 3 MATERIALS       31.72       +15%       4.76 =       36.48

                                 TOTAL       36.48

**(873)**       **MILLIRONS TIME   JEJE 01999**

    PLANT 1 LABOR       _____ HRS. @       $27.72       =

    PLANT 3 LABOR       152.0 HRS. @       $27.72       =       4,213.44

    PLANT 3 MATERIALS       _____       +15%       _____ =       _____

                                 TOTAL       4,213.44

**(875)**       **WIDE PLATE   JCJC 00342**

    PLANT 1 LABOR       _____ HRS. @       $27.72       =

    PLANT 3 LABOR       _____ HRS. @       $27.72       =

    PLANT 3 MATERIALS       _____       +15%       _____ =       _____

                                 TOTAL

**(876)**       **SCRAPING CASES   JCJC 00270**

    PLANT 1 LABOR       _____ HRS. @       $27.72       =

    PLANT 3 LABOR       42.0 HRS. @       $27.72       =       1,164.24

    PLANT 3 MATERIALS       _____       +15%       _____ =       _____

                                 TOTAL       1,164.24

**(877)**     **JEKE K3160**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = |
| PLANT 3 MATERIALS | _____ +15% | _____ = | _____ |
| | | TOTAL | |

**(879)**     **MACHINE ANVIL JEJE 01999**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = |
| PLANT 3 LABOR | 182.0 HRS. @ | $27.72 | = 5,045.04 |
| PLANT 3 MATERIALS | 175.21 +15% | 26.28 = | 201.49 |
| | | TOTAL | 5,246.53 ✓ |

**(880)**     **ELECTROCHEMICAL DESIGN & SUPPORT JEZE K3065**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | 4.75 HRS. @ | $27.72 | = 131.67 |
| PLANT 3 LABOR | 86.25 HRS. @ | $27.72 | = 2,390.85 |
| PLANT 3 MATERIALS | 315.82 +15% | 47.37 = | 363.19 |
| | | TOTAL | 2,885.71 ✓ |

**(882)**     **DETAILS FOR SENSOR JEJE 01808**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = |
| PLANT 3 LABOR | 4 HRS. @ | $27.72 | = 110.88 |
| PLANT 3 MATERIALS | _____ +15% | _____ = | _____ |
| | | TOTAL | 110.88 ✓ |

**(883)**     **BMW DEVELOPMENT JEZE K3096**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = |
| PLANT 3 LABOR | 64.50 HRS. @ | $27.72 | = 1,787.94 |
| PLANT 3 MATERIALS | 508.33 +15% | 76.25 = | 584.58 |
| | | TOTAL | 2,372.52 ✓ |

**(885)**         **WAFER INSERTOR (NEW BRUNSWICK) JBJB 00348**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 = | |
| PLANT 3 MATERIALS | 31.81 +15% | 4.77 = | 36.58 |
| | | TOTAL | 36.58 |

**(886)**         **WAFER INSERTOR (OLATE) JDJD 00179**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 = | |
| PLANT 3 LABOR | 1.0 HRS. @ | $27.72 = | 27.72 |
| PLANT 3 MATERIALS | _____ +15% | _____ = | _____ |
| | | TOTAL | 27.72 |

**(887)**         **WAFER INSERTOR (FITZGERALD) JFJF00208**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 = | |
| PLANT 3 LABOR | 46.75 HRS. @ | $27.72 = | 1,295.91 |
| PLANT 3 MATERIALS | 136.61 +15% | 20.49 = | 157.10 |
| | | TOTAL | 1,453.01 |

**(888)**         **FORMATION DESIGN  JEJE 02182**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | 13 HRS. @ | $27.72 = | 360.36 |
| PLANT 3 LABOR | 97.0 HRS. @ | $27.72 = | 2,688.84 |
| PLANT 3 MATERIALS | _____ +15% | _____ = | _____ |
| | | TOTAL | 3,049.20 |

**(889)**         **TOYOTA CUSTOMER SAMPLES JEZE K3111**

| | | | |
|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 = | |
| PLANT 3 LABOR | 192.0 HRS. @ | $27.72 = | 5,322.24 |
| PLANT 3 MATERIALS | 123.33 +15% | 18.50 = | 141.83 |
| | | TOTAL | 5,464.07 |

(890)  **RADIOUS CORNER CONVERSION  JEJE 02196**

    PLANT 1 LABOR  _____ HRS. @  $27.72  =

    PLANT 3 LABOR  48.⁷⁵ HRS. @  $27.72  =  1,351.35

    PLANT 3 MATERIALS  2769.58  +15%  415.44 =  3,185.02

                                     TOTAL  4,536.37 ✓

(891)  **DEVELOPMENT EXPENSES  JEZE X3503**

    PLANT 1 LABOR  _____ HRS. @  $27.72  =

    PLANT 3 LABOR  _____ HRS. @  $27.72  =

    PLANT 3 MATERIALS  _____  +15%  _____ =  _____

                                     TOTAL

(892)  **ROUNDED CORNER PLATES  JEZE K3159**

    PLANT 1 LABOR  _____ HRS. @  $27.72  =

    PLANT 3 LABOR  25.25 HRS. @  $27.72  =  699.93

    PLANT 3 MATERIALS  _____  +15%  _____ =  _____

                                     TOTAL  699.93 ✓

(893)  **SHIPPING BATTERY TRAYS JEZE K3163**

    PLANT 1 LABOR  _____ HRS. @  $27.72  =

    PLANT 3 LABOR  _____ HRS. @  $27.72  =

    PLANT 3 MATERIALS  _____  +15%  _____ =  _____

                                     TOTAL

(894)  **NEGATIVE PLATE CURING  JEZE K3064**

    PLANT 1 LABOR  6.75 HRS. @  $27.72  =  187.11

    PLANT 3 LABOR  48.0 HRS. @  $27.72  =  1,330.56

    PLANT 3 MATERIALS  _____  +15%  _____ =  _____

                                     TOTAL  1,517.67 ✓

**(895)**          **MODIFICATION OF TOOLING  JBJB 03359**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | 47.75 HRS. @ | $27.72 | = | 1,323.63 |
| PLANT 3 LABOR | 150.75 HRS. @ | $27.72 | = | 4,178.79 |
| PLANT 3 MATERIALS | | +15% | = | |
| | | | TOTAL | 5,502.42 ✓ |

**(897)**          **CUT-AWAY BATTERIES**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | 28.75 HRS. @ | $27.72 | = | 796.95 |
| PLANT 3 MATERIALS | | +15% | = | |
| | | | TOTAL | 796.95 ✓ |