DELCO P.O. #            DRD-243699

OUR JOB #            628

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/28/03 | Indiana Metal Treating | 255391-1 | 37.00 |
| 08/22/03 | Leco Corp. | 411003-00 | 77.14 |
| 08/22/03 | Rollie Williams | 978299 | 20.70 |
| 08/29/03 | Alro Steel | DH32921IN | 104.00 |
| 08/01/03 | Commercial Plating | 9343 | 90.00 |
| 09/09/03 | Fuchs Lubricants | 00142342800 | 31.81 |
| 09/08/03 | Indiana Oxygen Co. | 649377 | 80.60 |
| 09/09/03 | Mahr Federal | 00341649 | 134.85 |
| 07/25/03 | Questar Inc. | 41954 | 192.50 |
| 09/03/03 | Sutton-Garten | 129544 | 226.25 |
| 09/03/03 | Sutton-Garten | 129545 | 116.85 |
| 09/18/03 | Quality Control | 032630 | 54.50 |

$    1,166.20

DELCO P.O. #    DRD-243699

OUR JOB #    679

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 07/25/03 | Questar, Inc. | 41954 | 1,190.65 |
| 09/09/03 | Indylift | 1523910 | 62.00 |
| 09/15/03 | Shell | | 55.00 |
| | | | $ 1,307.65 |

DELCO P.O. #        DRD-243699

OUR JOB #           720

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/27/03 | Ameripak | 72125 | 80.70 |
| 08/30/03 | UPS | | 51.74 |
| 09/13/03 | UPS | | 44.83 |
| | | $ | 177.27 |

DELCO P.O. #    DRD-243699

OUR JOB #    821

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/22/03 | Commercial Plating | 9300 | 90.00 |
| 08/21/03 | Fisher Scientific | 9815365 | 269.09 |
| 08/22/03 | Fisher Scientific | 9843723 | 2,350.16 |
| 08/28/03 | Indiana Metal | 255287-1 | 52.00 |
| 08/22/03 | Leco Corporation | 411003-00 | 77.14 |
| 08/22/03 | McMaster-Carr | 75601966 | 146.35 |
| 08/20/03 | Sigma-Aldrich | 501748357 | 878.35 |
| 08/22/03 | Tapco | 36216-000 | 597.42 |
| 08/19/03 | USF Holland | 59738442 | 33.82 |
| 09/02/03 | Alro Steel | DIB2097IN | 222.80 |
| 09/03/03 | Alro Steel | DIC2960MS | 254.82 |
| 09/08/03 | Indiana Oxygen | 649377 | 80.60 |
| 09/03/03 | DoAll | 25027374 | 48.23 |
| 08/26/03 | Fisher Scientific | 9905225 | 70.90 |
| 08/26/03 | Fisher Scientific | 9905223 | 165.91 |
| 09/03/03 | Grainger | 001-948088-8 | 120.36 |
| 09/11/03 | Indiana Metal | 255587-1 | 23.00 |
| 09/09/03 | Sigma-Aldrich | 501889546 | 141.79 |
| 09/11/03 | McMaster-Carr | 76558246 | 242.99 |
| 09/16/03 | Markleville Lumber | 035064 | 63.00 |
| 09/15/03 | Univar | IN-682036 | 26.50 |
| 09/08/03 | Fastenal Company | ININ281971 | 7.48 |
| 09/18/03 | Fisher Scientific | 0541789 | 108.78 |
| 09/18/03 | McMaster-Carr | 76911285 | 237.53 |
| | | $ | 6,309.02 |

DELCO P.O. #         DRD-243699

OUR JOB #         853

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/04/03 | Petty Cash | Menards | 8.22 |
| 08/26/03 | Petty Cash | Radioshack | 17.54 |
| 08/28/03 | Micro X-Press | 0689100-IN | 158.00 |
| 09/03/03 | Napa | 042759 | 1.45 |
| 09/15/03 | Broadway Photo |  | 555.00 |
| 09/08/03 | Indiana Oxygen | 649377 | 80.60 |
| 09/08/03 | Grainger | 369-212876-6 | 155.00 |
| 06/05/03 | Petty Cash | Menards | 13.24 |
| 05/07/03 | Petty Cash | CompUSA | 10.58 |
| 08/29/03 | Dell | 450699583 | 781.00 |

$    1,780.63

DELCO P.O. #         DRD-243699

OUR JOB #         856

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/26/03 | Applied Industrial | 18304601 | $ 349.97 |

DELCO P.O. #          DRD-243699

OUR JOB #          860

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 09/16/03 | Applied Industrial | 18305775 | 13.65 |
| 09/17/03 | Applied Industrial | 18305777 | 20.86 |
| | | $ | 34.51 |

| | DELCO P.O. # | DRD-243699 | | |
|---|---|---|---|---|
| | | OUR JOB # | 864 | |

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/19/03 | USF Holland | 59738442 | 33.82 |
| 09/16/03 | Markleville Lumber | 035064 | 63.00 |
| 09/15/03 | Univar | IN-682036 | 26.50 |
| | | | $ 123.32 |

DELCO P.O. #         DRD-243699

OUR JOB #            865

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 07/25/03 | Questar, Inc. | 41954 | $ 192.50 |

| | DELCO P.O. # | DRD-243699 | |
|---|---|---|---|
| | | OUR JOB # | 866 |

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/20/03 | Field Rubber | 42804 | 359.70 |
| 08/28/03 | McMaster-Carr | 75905992 | 5.69 |
| | | | $ 365.39 |

DELCO P.O. #        DRD-243699

OUR JOB #        871

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/22/03 | DoAll | 25027168 | $ 31.72 |

      DELCO P.O. #                    DRD-243699

                                 OUR JOB #        879

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 09/02/03 | McMaster-Carr | 76044746 | 112.21 |
| 09/11/03 | Indiana Metal | 255502-1 | 40.00 |
| 09/11/03 | Indiana Metal | 255503-1 | 23.00 |
| | | | $ 175.21 |

    DELCO P.O. #           DRD-243699

                      OUR JOB #    880

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/19/03 | USF Holland | 59738442 | 33.82 |
| 07/25/03 | Questar, Inc. | 41954 | 192.50 |
| 09/16/03 | Markleville Lumber | 035064 | 63.00 |
| 09/15/03 | Univar | IN-682036 | 26.50 |
|  |  | $ | 315.82 |

|  | DELCO P.O. # | DRD-243699 |  |
|---|---|---|---|
|  |  | OUR JOB # | 883 |

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/19/03 | USF Holland | 59738442 | 33.83 |
| 07/25/03 | Questar, Inc. | 41954 | 385.00 |
| 09/16/03 | Markleville | 035064 | 63.00 |
| 09/15/03 | Univar | IN-682036 | 26.50 |
|  |  | $ | 508.33 |

DELCO P.O. #           DRD-243699

OUR JOB #              885

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 09/09/03 | Fuchs Lubricants | 001423428-00 | $ 31.81 |

| | DELCO P.O. # | DRD-243699 | | |
|---|---|---|---|---|
| | | OUR JOB # | 887 | |

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 09/03/03 | Fort Wayne Anodizing | I-00114617 | 104.79 |
| 09/09/03 | Fuchs Lubricating | 001423428-00 | 31.82 |
| | | | $ 136.61 |

DELCO P.O. #               DRD-243699

OUR JOB #                  889

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 08/19/03 | USF Holland | 59738442 | 33.83 |
| 09/16/03 | Markleville Lumber | 035064 | 63.00 |
| 09/15/03 | Univar | IN-682036 | 26.50 |
| | | $ | 123.33 |