| | DELCO P.O. # | DRD-243699 | |
|---|---|---|---|
| | | OUR JOB # | 890 |

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 09/03/03 | Alro Steel | DIC2959IN | 41.00 |
| 08/29/03 | Butler Tool & Die | 2444 | 2,218.25 |
| 08/28/03 | DoAll | 25027294 | 23.48 |
| 08/28/03 | Kennametal | 9012924106 | 99.40 |
| 09/11/03 | Indiana Metal | 255501-1 | 23.00 |
| 09/11/03 | Indiana Metal | 255625-1 | 23.00 |
| 09/08/03 | Indiana Oxygen | 649377 | 80.59 |
| 09/16/03 | DoAll | 25027596 | 182.90 |
| 09/12/03 | Gold Star | IN91357788 | 4.86 |
| 09/12/03 | R.L. Guimont | 097449 | 33.10 |
| 09/17/03 | Standard Die | 174823 | 40.00 |
| | | $ | 2,769.58 |



621 (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 6-24 | 106 | 1 | 10 00 | 10 00 | 9-28 | 143 | 13.5 | 199 13 | |
| Billed 6-30-01 | | | | | | 152 | 2 | 29 50 | 228.63 |
| 7-1 | 152 | 10 | 147 50 | 147.50 | Billed 10-31-01 | | | | |
| 10- | 143 | 21 | 309 75 | 457.25 | 8-14 | 124 | 1 | 9 00 | 9.00 |
| 7-22 | | | | | Billed 2-31-04 | | | | |
| 31- | Billed 7-31-01 | | | | | | | | |
| 7-27 | 115 | 4 | 60 00 | 60.00 | | | | | |
| 4- | Billed 7-31-01 | | | | | | | | |
| 9-14 | 143 | 5 | 73 75 | | | | | | |
| | 163 | 6 | 84 00 | 157.75 | | | | | |
| 9-21 | 143 | 39 | 575 25 | | | | | | |
| | 163 | 11 | 154 00 | 887.00 | | | | | |
| Billed 9-30-03 | | | 1730.03 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 7-9 | Indiana Metal Treating | 235117-1 | 22 00 |
| | Billed 7-31-01 | | 22 00 |

(8)

628

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 151 | 8 | 144.00 | 3 | | 145 | 3 | 27.75 | 2 |
| | 151 | 6 | 108.00 | 2 | | 147 | 18 | 162.00 | 2 |
| | 152 | 1 | 14.75 | | | 149 | 10.5 | 136.50 | |
| | 156 | 16 | 320.00 | 8 | | 151 | 8 | 144.00 | 3 |
| | | | | 7,904.70 | | 153 | 20 | 295.00 | 8 |
| 8-31 | | | | | | 152 | 2 | 44.25 | |
| | 101 | 5 | 60.00 | | | 156 | 40 | 800.00 | 4 |
| | 103 | 10 | 170.00 | 2 | 9-7 | | | 310.50 | |
| | 104 | 4 | 64.00 | | | 101 | 2 | 36.00 | |
| | 107 | 3 | 48.00 | | | 103 | 1 | 17.00 | |
| | 112 | 15 | 127.50 | 2 | | 103 | 4 | 68.00 | |
| | 116 | 40 | 460.00 | 3 | | 104 | 4.5 | 72.00 | |
| | 119 | 8 | 138.00 | 2 | | 126 | 4 | 147.00 | |
| | 125 | 40 | 800.00 | 4 | | 113 | 13 | 110.50 | 2 |
| | 127 | 28 | 336.00 | 2 | | 122 | 10 | 200.00 | |
| | 132 | 29 | 464.00 | 8 | | 125 | 8 | 160.00 | 2 |
| | 133 | 19 | 337.25 | 3 | | 132 | 3 | 53.25 | |
| | 143 | 9 | 132.75 | 2 | | 140 | 8 | 160.00 | |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 1-9 | McMaster-Carr | 83235847 | 13.86 |
| 1-13 | Harrington Industrial | 0373146 | 9.44 |
| 1-9 | Applied Industrial | 1831/330 | 18.07 |
| 1-15 | Harrington Industrial | 02734468 | 27.06 |
| 1-15 | McMaster-Carr | 82631869 | 28.45 |
| 1-9 | Motion Industries | IN50-999383 | 36.89 |
| 1-20 | Newark Irvine | 881-873 | 910.75 |
| 1-20 | Orbit Commun | 4885 | 39.63 |
| 1-16 | Sutton-Garten | 676313 | 30.21 |
| 1-16 | Sutton-Garten | 676.313 | 16.00 |
| 1-26 | Amerpak | 2856 | 191.52 |
| | Billed 1-31-04 | | $2017.33 |
| 1-26 | Harrington Industrial | 0373160 | 137.28 |
| 1-29 | Harrington Industrial | 0373185 | 59.73 |

(9)

628

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 143 | 1 | 14.75 | 8 | | 151 | 8 | 144.00 | 3 |
| | 147 | 10 | 90.00 | 2 | | 153 | 1 | 14.75 | |
| | 152 | 1 | 14.75 | 8 | | 156 | 8 | 160.00 | 2 |
| | 156 | 13.5 | 270.00 | | | 163 | 7.25 | 101.50 | |
| 2-74 | | | 6,016.25 | | 4-87.25 | | | 730.00 | 63 |
| | 101 | 15 | 180.00 | 4 | 9-28 | | | 7-30-03 | |
| | 103 | 5 | 80.00 | | | 101 | 8 | 96.00 | 3 |
| | 104 | 4 | 60.00 | | | 151 | 11 | 198.00 | 4 |
| | 113 | 8 | 59.00 | | 19-1 | | | | |
| | 116 | 4.5 | 160.00 | | 10-5 | 103 | 1 | 17.00 | 2 |
| | 125 | | 63.00 | | | 134 | 7 | 63.00 | 4 |
| | 156 | 8 | 618.25 | 4 | | 145 | 9 | 83.25 | 3 |
| 4-30 | | | 9.00 | 4 | | 151 | 8 | 36.50 | 4 |
| | 101 | 5 | 90.00 | 2 | | 163 | .5 | 7.00 | |
| | 104 | | 24.00 | | 10-12 | | | 38.5 | |
| | 107 | 3 | 52.00 | | | 163 | 2.25 | 21 | |
| | 132 | 3 | 79.88 | 4 | | 126 | 10 | 157.50 | 500.25 |
| | 143 | 2.25 | 29.25 | 2 | 10-19 | | | | 2 |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 2-9 | Grainger | 749-170134-0 | 45.52 |
| 2-5 | Univar | IN-611.24 | 49.25 |
| | Billed 2-29-04 | | $291.78 |
| | SEE AUG 15 | | |

<a>
<s>
</s>
</a>



(4) 1308-679

| LABOR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT |
| 6-19-3 | 38 | 3 | 6-30-03 | | 12/10/3 | 38 | 3 | 01-31-04 |
| 7-18-3 | Billed 38 | 3 | 7-31-03 | | 3-10 | Billed 38 | 1 | |
| 8-7 Billed 3 | 38 | 3 | | | 6-3-3 | Billed 38 | 3 | 3-31-04 |
| 8-22-6 | 38 | 3 | 8-31-03 | | 10-6-1 | Billed 38 | 1 | 6-30-04 |
| 9-11 Billed 3 | 38 | 3 | 9-30-03 | | 1/21-3 | Billed 38 | 3 | 10-31-04 |
| 9-25 Billed 3 | 38 | 3 | | | 3 | Billed | | 2-28-05 |
| 10-22-6 | 38 | 3 | Billed 10-31-03 | | | | | |

<small>(MATERIAL section blank)</small>

(7)

679

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8.10 | 104 | 2 | 32.00 | | 4.28 | 132 | 3.25 | 86.53 | 86.53 |
| | 149 | 3 | 39.00 | | 3.25 | | | | |
| | | | | 147.25 | 10.5 | 104 | 7 | 112.00 | 198.53 |
| 8.24 | 104 | 3.75 | 60.00 | 207.25 | 10.25 | 104 | 2.5 | 40.00 | 238.53 |
| 13.75 | | | | | 10.12 | 104 | | | |
| Billed 8-31-03 | | | | | 13.75 | | | | |
| 8.31 | 104 | 2 | 32.00 | | 10-19 | 104 | 3 | 48.00 | 282.53 |
| | | | | 32.00 | | 104 | 1.5 | 36.00 | |
| 9.7 | 104 | 5 | 80.00 | | 17.25 | 104 | 4 | 64.00 | 386.53 |
| | 104 | 2.5 | 60.00 | | 10.26 | | | | |
| | 104 | 3.5 | 45.50 | | 21.25 | | | | |
| | 149 | | 36.00 | | Billed 10-31-03 | | | | 10-31.03 |
| | 151 | 2 | 36.00 | 253.50 | 11.2 | 104 | 6 | 96.00 | 96.00 |
| 9.14 | 104 | 8.5 | 136.00 | 389.50 | 6 | | | | |
| 23.5 | | | | | 11.9 | 104 | 1 | 16.00 | 112.00 |
| 9.21 | 104 | 2 | 32.00 | 421.50 | 7 | | | | |
| 25.5 | | | | | 11.16 | 104 | 2 | 32.00 | 144.00 |
| Billed 9-30-03 | | | | 9-30-03 | 9 | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10.14 | Shell | | 27.00 |
| Billed 10-31-03 | | | |
| 11.19 | Ameripak | 1505 | 21.00 |
| 11.8 | Grainger | 369-127343-1 | 399.04 |
| 11.13 | Shell | | 85.32 |
| | | | 32.00 |
| Billed 11-30-03 | | | #494.36 |
| 1.9 | Motion Industries | IN50-99383 | 36.88 |
| Billed 1-31-04 | | | 36.88 |
| 3.4 | Grainger | 369-909953-1 | 132.00 |
| 3.2.11 | Duro Flex | 22628 | 1680.00 |
| Billed 2-29-04 | | | #1812.00 |
| 2.12 | Fed-Ex Freight | STXNV135 | 378.35 |
| 2.25 | Fisher Scientific | 2006194 | 479.93 |
| Billed 3-31-04 | | | #858.28 |

695

(a)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 4-22 | 149 | 3 | 39 00 | | | 162 | 16 | 144 00 | 28 |
| 6-16 | 162 | 4 | 36 00 | 5875 84 | | 162 | 3 | 40 50 | 8556 |
|  | 101 | 5 | 60 00 | | 6-25-05 | 625.25 | 6-30-02 | Billed 6-30-02 | |
|  | 103 | 12 | 204 00 | | 6-30 | 108 | 2 | 22 00 | |
|  | 104 | 5.75 | 92 25 | | | 132 | 2 | 35 50 | |
|  | 107 | 26.25 | 236 25 | | | 149 | 7.75 | 100 75 | |
|  | 108 | 10 | 110 00 | | | 161 | 3 | 36 00 | |
|  | 122 | 20 | 240 00 | | | 162 | 8 | 72 00 | |
|  | 123 | 30 | 375 00 | | | 162 | 3 | 40 50 | |
|  | 125 | 19 | 228 00 | | 25-75 | Billed 7-31-02 | | | 306.75 |
|  | 132 | 12.26 | 217 44 | | 9-15 | 132 | 4 | 106 50 | |
|  | 132 | 4 | 106 50 | | | 149 | 2 | 26 00 | |
|  | 144 | 31 | 279 00 | | 6-0 | Billed 9-30-02 | | | 132 |
|  | 145 | 19 | 175 75 | | 9-14 | 145 | 2 | 18 50 | |
|  | 149 | 4 | 52 00 | | | 145 | 4 | 55 50 | 30 2 |
|  | 151 | 2 | 36 00 | | MATERIAL 6. Billed 9-30-03 | | | 74 00 | |
|  | 161 | 7 | 84 00 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
|  |  |  |  |

(20)

720

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 149 | 3 | 39 00 | | 9.7 | 104 | 1 | 76 00 | 76 00 |
| | 152 | 2 | 29 50 | | | 149 | 1 | 13 00 | |
| | 155 | 40 | 800 00 | | | | | | 1741 00 |
| 7.30 | | | | 3532 50 | 8.8 | | | | |
| 8.17 | 104 | 2 | 32 00 | E | 9.2 | 104 | 3 | 48 00 | |
| | 140 | 24 | 480 00 | E | | 149 | 1 | 13 00 | 1802 00 |
| | 155 | 38 | 760 00 | E | 9.8 | Billed 9-30-03 | | | |
| 8.24 | | | | 4804.50 | 10.4.50 | 104 | 2 | 33 00 | E |
| | 104 | 5 | 80 00 | | | 132 | 3 | 35 50 | E |
| | 140 | 40 | 800 00 | | | 140 | 8 | 160 00 | E |
| | 149 | 3.25 | 42 25 | | | 149 | 2 | 26 00 | E |
| | 155 | 25 | 500 00 | | | 55 | 8 | 160 00 | E |
| 8.31 | | | | 6226.75 23 | 10.5 | | | | 413 50 |
| | Billed 8-31-03 | | | | 10 | 104 | 1.5 | 24 00 | |
| 8.31 | 104 | 4 | 64 00 | E | | 149 | 7.5 | 97 50 | 535 |
| | 104 | 3 | 48 00 | | 10.12 | 104 | 3 | 48 00 | 583 00 |
| | 140 | 40 | 800 00 | E | | | | | |
| | 155 | 40 | 800 00 | E | | | | | |

1712 00 MATERIAL

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 7.30 | McMaster-Carr | 74887123 | 64 38 |
| 8.4 | Fastenal Company | ININ 28107A | 8 55 |
| 8.14 | Indiana Metal Treating | 25008-1 | 53 00 |
| 8.9 | UPS | | 67 74 |
| 8.21 | McMaster-Carr | 7551732A | 25 34 |
| | Billed 8-31-03 | | 209 04 |
| 8.27 | Ameripak | 72125 | 80 70 |
| 8.30 | UPS | | 51 74 |
| 9.13 | UPS | | 44 83 |
| | Billed 9-30-03 | | 177 27 |
| 10-11 | UPS | 44193 1413 | 64 00 |
| | Billed 10-31-03 | | 64 00 |
| 10.25 | UPS | | 36 63 |
| 11.8 | UPS | | 38 03 |
| | Billed 11-30-03 | | 74 65 |

817  (2)

### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 3-2 | 104 | 6 | 96 00 | A | 8/10 | 153 | 10 | 147 50 | A |
|  | 138 | 2 | 30 00 | A | | | | | |
|  |  |  | 132 00 | | 22.5 | | | | |
| 3-1 | | | | | (Billed 8-31-03) | | | | |
| 3-9 | 104 | 1.5 | 24 00 | A | 8:31 | 152 | 4 | 88 50 | A 88.50 |
| 9.5 | | | | 136 00 | 4 | | | | |
| 3-23 | 153 | 6 | 88 50 | A | 9-7 | 127 | 9 | 144 00 | A |
| 15.5 | | | 244 50 | | | 129 | 13 | 185 25 | A |
|  | | | | | | 143 | 6 | 88 50 | A |
|  | | | | | | 152 | 5 | 73 75 | A |
|  | | | | | | 163 | 7 | 98 00 | A |
|  | | | | | | | | | 678 00 |
| (Billed 3-31-03) | | | | | 9-14 | 127 | 32 | 512 00 | A |
| 5-25 | 127 | 11 | 176 00 | A | | 143 | 2 | 14 75 | A |
|  | 129 | 7.75 | 110 44 | A | | 163 | 2.75 | 38 50 | A |
|  | | | 286.44 | | | | | 7 243.25 | |
| 18.75 | | | | | 179.75 | | | | |
| (Billed 5-31-03) | | | | | 9-21 | 127 | 3.5 | 56 00 | A |
| 6-1 | 139 | 5.25 | 74 81 | A | | | | 1299.25 | |
|  | | | 74.81 | | 83.25 | | | | |
| (Billed 6-30-03) | | | | | (Billed 9-30-03) | | | | |
| 8-3 | 143 | 5.5 | 81 13 | A | | | | | |
|  | 163 | 7 | 98 00 | A | | | | | |
|  | | | 179.13 | | | | | | |
| 13.5 | | | | | | | | | |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| A 3-17 | Circle City Htg | 200558 | 219 75 |
| A 3-17 | D&M | 35003839 | 39 71 |
| A 3-20 | Indiana Metal Treating | 350670-1 | 23 00 |
| A 3-20 | Indiana Metal Treating | 350669-1 | 40 00 |
|  | (Billed 3-28-03) | | $2,759.54 |
| A 3-28 | Quality Gage Co. | 61237 | $ 300 00 |
|  | (Billed 3-31-03) | | 300 00 |
| A 10-9 | Indiana Metal | 356288-1 | $ 40 00 |
|  | (Billed 10-31-03) | | 40.00 |

1208-821  (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 4-28 | 28 | 2 | | A | 9-29 | 25 | 3 | | 4 |
| | 37 | 5 | | A | | 25 | 3 | | 5 |
| 4-29 | 37 | .75 | | A | 9-30 | 25 | 3 | | 4 |
| 7.75 | | | | | | 25 | 2 | | 5 |
| | | | Billed 5-31-03 | | 32.5 | | | | |
| 9-4 | 8 | 8 | | C | 10-13 | 25 | 3 | | 6 |
| | 20 | 3.5 | | C | | 25 | 5 | | 7 |
| | 21 | 3.5 | | C | 10-15 | | | | |
| 9-5 | 20 | 4.5 | | C | | | | | |
| 29.5 | | | | | 10-20 | 25 | 4 X | | 7 |
| | | | Billed 9-30-03 | | 43.5 | | | | |
| 9-23 | 25 | 2 | | 4 | | Billed 10-31-03 | | | | |
| 9-24 | 25 | 4 | | 4 | 11-10 | 25 | 6 | | 8 |
| | 25 | 4 | | 5 | 11-11 | 25 | 3 | | 8 |
| 9-25 | 25 | 4.25 | | 4 | 11-12 | 25 | 5 | | 8 |
| | 25 | 1.25 | | 5 | 11-13 | 25 | 4 | | 8 |
| 9-26 | 25 | 3 | | 4 | 18° | | | | |
| | 25 | 3 | | 5 | 11-17 | 25 | 10 | | 8 |
| 21.5 | | | | | 11-18 | 25 | 10 | | 6 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

821  (6)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 26 | 4 | 63.00 | 3 | | 119 | 8 | 160.00 | 4 |
| | 32 | 14.5 | 257.28 | 4 | | 119 | 8 | 160.00 | 3 |
| | 32 | 3 | 79.87 | 4 | | 125 | 9 | 108.00 | 4 |
| | 32 | 4.5 | 79.88 | 5 | | 125 | 2 | 24.00 | 3 |
| | 132 | 4 | 106.50 | 5 | | 125 | 3 | 36.00 | 5 |
| | 147 | 28 | 253.00 | 4 | | 126 | 30 | 375.00 | 4 |
| | 147 | 4 | 54.00 | 4 | | 126 | 10 | 157.50 | 4 |
| | 147 | 4 | 54.00 | 5 | | 132 | 3.25 | 39.94 | 4 |
| | 149 | 13.75 | 178.75 | 4 | | 132 | 2 | 35.50 | 5 |
| | 149 | 3.75 | 48.75 | 5 | | 132 | 4 | 106.50 | 3 |
| | 151 | 21.75 | 535.50 | 2 | | 140 | 10. | 200.00 | 4 |
| | 151 | 2 | 36.00 | 4 | | 140 | 10 | 200.00 | 5 |
| | 158 | 17 | 250.75 | 6 | | 147 | 9 | 81.00 | 4 |
| | 152 | 2 | 29.50 | 2 | | 151 | 8 | 144.00 | 2 |
| 5-31 | | | 7586.38 | 7.5 | | 151 | 13 | 234.00 | 4 |
| 7-21 | 103 | 4 | 68.00 | 4 | | 151 | 1 | 18.00 | 5 |
| | 103 | 2 | 34.00 | | | 156 | 8 | 160.00 | 5 |
| | 104 | 2.5 | 40.00 | 5 | | | | 9907.87 | |

MATERIAL   Billed 7-30-03   677.50

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(5) 821

### Page 5 — Job 821

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 104 | 3.5 | 69 00 | 2 | | 152 | 19 | 280 25 | 2 |
| | 126 | 8 | 189 00 | 3 | | 152 | 4 | 88 50 | 2 |
| | 126 | 6 | 94 50 | 3 | | 163 | 20 | 280 00 | 2 |
| | 116 | 16 | 187 00 | 4 | 9.14 | 167.50 | | 396 50 | 4 |
| | 116 | 4 | 62 00 | 4 | | 101 | 3 | 24 00 | |
| | 116 | 16 | 189 00 | 5 | 9.14 | 101 | 2 | 27 00 | 5 |
| | 125 | 4 | 69 00 | 5 | | 103 | 5 | 85 00 | 5 |
| | 125 | 7 | 87 00 | 4 | | 103 | 6 | 102 00 | 5 |
| | 127 | 15 | 240 00 | 3 | | 116 | 2 | 184 00 | 4 |
| | 129 | 13 | 185 25 | C | | 116 | 14 | 161 00 | 5 |
| | 132 | 3 | 53 25 | 4 | | 116 | 8 | 138 00 | 4 |
| | 132 | 2 | 35 50 | 5 | | 119 | 4 | 60 00 | 3 |
| | 143 | 22 | 324 00 | 4 | | 125 | 3 | 36 00 | 4 |
| | 147 | 8 | 72 00 | 3 | | 125 | 15 | 180 00 | 4 |
| | 147 | 8 | 72 00 | 5 | | 126 | 32 | 334 00 | 3 |
| | 151 | 18.25 | 328 50 | 3 | | 126 | 4 | 43 00 | 4 |
| | | | | | | 126 | 4 | 42 00 | 5 |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-18 | McMaster-Carr | 769 255 | 237 53 |
| | #6309 Billed 9-30-03 | | |

See page 42

---

(4) 821

### Page 4 — Job 821

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 133 | 4 | 104 50 | 3 | | 151 | 13 | 234 00 | 2 |
| | 143 | 22 | 324 50 | 6 | | 152 | 8 | 118 00 | 2 |
| | 147 | 12.5 | 162 50 | 3 | | 163 | 24 | 336 00 | 6 |
| | 151 | 16 | 288 00 | 3 | 9.14 | 500.75 | | 701144 | |
| | 152 | 6 | 88 50 | 6 | 8.31 | 107 | 4 | 64 00 | 3 |
| | 156 | 8 | 160 00 | 6 | | 113 | 4 | 34 00 | 3 |
| | 163 | 21.5 | 301 00 | 3 | | 125 | 8 | 96 00 | 3 |
| 8.24 | 280.25 | 5 | 85 00 | 5248.00 | | 132 | 3 | 53 25 | 3 |
| | 103 | 5 | 95 00 | 3 | | 132 | 3 | 53 25 | 3 |
| | 104 | 5.5 | 28 00 | 3 | | 149 | 5.75 | 74 75 | 3 |
| | 122 | 1 | 12 00 | 3 | | 151 | 18 | 234 00 | 2 |
| | 125 | 2 | 24 00 | 6 | | 151 | 1 | 27 00 | 3 |
| | 137 | 16 | 256 00 | 6 | 9.7 | 103 | 6 | 104 00 | 4 |
| | 132 | 3 | 53 25 | 3 | 45.75 | 726.25 | | | |
| | 143 | 31.5 | 464 63 | 6 | | 103 | 2 | 34 00 | 3 |
| | 145 | 4 | 36 00 | 3 | | 103 | 1 | 17 00 | 5 |
| | 147 | 4 | 37 00 | 3 | | 104 | 8 | 124 00 | C |
| | 149 | 1.5 | 19 50 | 3 | | | | | |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-2 | Alro Steel | 21207 IN | 262 80 |
| 9-3 | Alro Steel | DIC 326 OMS | 254 82 |
| 9-8 | Indiana Oxygen | 649377 | 80 60 |
| 9-3 | DCA | 250273 77 | 48 23 |
| 9-3/6 | Fisher Scientific | 990 52 36 | 70 90 |
| 8-26 | Fisher Scientific | 99 052 33 | 165 91 |
| 9-3 | Grainger | 001-94 8088-8 | 120 36 |
| 9-11 | Indiana Metal | 35 558 7-1 | 23 00 |
| 9-9 | Sigma Aldrich | 501 884 594 | 141 79 |
| 9-11 | McMaster-Carr | 7655 8246 | 348 99 |
| 9-16 | Markleville Lumber | 635064 | 63 00 |
| 9-15 | Univar | IN-68203C | 36 50 |
| 9-8 | Fastenal Company | ININ 231971 | 74 78 |
| 9-18 | Fisher Scientific | 054 1789 | 108 78 |

(2)

851

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 3-2 | 101 | 16 | 192 00 | |
| | 125 | 2 | 24 00 | |
| | 132 | 16 | 284 00 | |
| | 145 | 16 | 148 00 | |
| | 149 | 1.25 | 16 25 | |
| | 161 | 6 | 72 00 | 736.25 |
| 57.25 | @Billed 3-31-03 | | | |
| 8-3 | 143 | 6 | 88 50 | 88.50 A |
| 6- | | | | |
| 8-10 | 152 | 1 | 14 75 | 14.75 A 103.25 |
| 7. | Billed 8-31-03 | | | |
| 9-14 | 119 | 4 | 80 00 | 5000 |
| 7. | Billed 9-30-03 | | | |



## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(3)

853

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 149 | 3 | 39.00 |  |  | 104 | 4 | 94.00 |  |
|  | 149 | 5 | 97.50 | 296.50 |  | 151 | 4.25 | 76.50 | 920.50 |
| 18: |  |  |  |  | 8.17 |  |  |  |  |
| 8.17 | 104 | 9 | 144.00 |  | 51.25 |  |  |  |  |
|  | 151 | 8 | 144.00 |  | 9.21 | 104 | 11 | 176.00 |  |
| 35: |  |  |  | 584.50 |  | 135 | 2 | 24.00 |  |
| 8.24 | 104 | 7.25 | 116.00 |  |  | 153 | 1 | 14.75 | 135.25 |
|  | 122 | 1 | 12.00 | 128.00 | 65.25 |  |  |  |  |
| 43.25 |  |  |  |  | Billed 9-30-03 |  |  |  |  |
| Billed 8-31-03 |  |  |  | 718.50 | 9-28 | 104 | 16 | 252.00 |  |
| 8.31 | 104 | 7 | 112.00 |  |  | 125 | 1 | 12.00 |  |
|  | 104 | 3 | 48.00 |  |  | 151 | 4 | 72.00 |  |
|  | 151 | 18 | 216.00 |  |  | 143 | 3 | 48.00 | 382.00 |
| 21. |  |  |  |  | 10.5 | 104 | 5 | 80.00 |  |
| 9.7 | 104 | 3 | 48.00 | 376.00 |  | 104 | 7 | 168.00 |  |
|  | 151 | 10 | 80.00 |  |  | 125 | 1 | 12.00 |  |
| 34 |  |  |  | 60.00 | 37 |  |  |  |  |
| 9.14 | 104 | 9 | 144.00 |  | 10.12 | 104 | 5.5 | 88.00 | 648.00 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 3/19 | Micro X-Press | 067548-IN | $141.00 |
|  | Billed 3-31-03 |  | $3,180.80 |
| 4.2 | TigerDirect | P41172070/01 | 310.93 |
| 4.15 | Micro X-Press | 0679566-IN | 67.00 |
|  | Billed 4-30-03 |  | $377.93 |
| 4.28 | Petty Cash | Wal-Mart | 13.90 |
| 4.30 | Sutton-Garten | 120460 | 155.50 |
| 5.6 | Ken-Tron | 32727 | 70.00 |
| 5.12 | McMaster-Carr | 70865780 | 54.36 |
|  | Billed 5-31-03 |  | 293.66 |
| 6.11 | McMaster-Carr | 72373026 | 477.25 |
|  | Billed 6-30-03 |  | 477.25 |
| 6.23 | CompUSA | 4511321.49 | 149.99 |
| 6.30 | Kirby Risk | 5100/0733.003 | 365.58 |

(4)

864



| LABOR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
| 8-3 | 101 | 3 | 36 00 | 2 | | 152 | 4 | 59 00 | |
| | 103 | 1 | 17 00 | 2 | | 163 | 4.5 | 63 00 | 246.25 |
| | 112 | 4 | 34 00 | 2 | 15.5 | | | | 2 |
| | 145 | 2 | 55 50 | 2 | | | 3.5 | 30 00 | 2 |
| | 145 | 4 | 55 50 | 2 | 9-21 | 101 | 8 | 160 00 | 3 |
| | | | 198 00 | | | 119 | 2 | 26 00 | 2 |
| 8-10 | 132 | 5 | 88 75 | 2 | | 149 | 2 | 14 75 | |
| 8-23 | | | 286.75 | | | 152 | 7.25 | 101 50 | 578.50 |
| 8-17 | 132 | 4 | 71 00 | 2 | 9-25 | 163 | Billed 9-30-03 | | |
| | 149 | 3 | 39 00 | 3 | 10-5 | 163 | .5 | 7 00 | |
| | | | 396.75 | | | | | | 7.00 |
| 8-20 | 122 | 1 | 13 00 | | 10-12 | 163 | 2.25 | 31 50 | 38.50 |
| | 132 | 3 | 79 88 | 2 | 2.75 | | | | |
| | | | 488.63 | | 10-19 | 163 | 4 | 56 00 | |
| 8-24 | Billed 8-31-03 | | | | 6.75 | | | | 94.50 |
| | 132 | 4 | 71 00 | 2 | | Billed 10-31-03 | | | 2 |
| | | | 71.00 | | 11-23 | 122 | 2 | 24 00 | |
| 8-31 | 132 | 3 | 53 25 | 2 | | MATERIAL 2° Billed 11-30-03 24 00 | | | |
| 9-14 | | | | | | | | | |

| | MATERIAL | | |
|---|---|---|---|
| DATE | VENDOR | INV. NO. | AMOUNT |
| | | | |

1308-865

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 6-13 | 687 | 1.5 | | 1 | 11-10 | 25 | 4 | | 2 |
| 1.5 | Billed 6-30-03 | | | | 11-11 | 25 | 5 | | 2 |
| 9-11 | 25 | 2 | | 3 | 11-12 | 25 | 3 | | 2 |
| 9-12 | 25 | 7 | | 3 | 11-13 | 25 | 4 | | 2 |
| 20 | | | | | 16° | Billed 11-30-03 | | | |
| 9-15 | 25 | 5 | | 2 | | | | | |
| 9-16 | 25 | 5.25 | | 2 | | | | | |
| 9-17 | 25 | 6.1 | | 2 | | | | | |
| 9-18 | 25 | 3.25 | | 2 | | | | | |
| | 25 | 5.25 | | 2 | | | | | |
| 43.75 | Billed 9-30-03 | | | | | | | | |
| 10-14 | 25 | 7 | | 2 | | | | | |
| 10-15 | 25 | 3 | | 2 | | | | | |
| 10-16 | 25 | 6 | | 2 | | | | | |
| 16° | Billed 10-31-03 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

