(9)

866

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8·31 | 104 | 3.5 | 56 00 | S | | | | | |
| | 152 | 1 | 14 75 | S | | | | | |
| 4.5 | | | 70.75 | | | | | | |
| 9·31 | 152 | 13 | 191 75 | T | | | | | |
| | 152 | 1 | 22 13 | T | | | | | |
| 18.5 | | | 284.63 | | | | | | |

Billed 9-30-03

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| Q 6·26 | Indiana Metal 253879-1 | | 22 00 |
| 6·3 | McMaster·Carr 71811169 | | 72 18 |
| 6·23 | McMaster-Carr 72833083 | | 238 53 |
| 6·24 | Motion Industries IN50·928110 | | 47 51 |
| 6·20 | Newark 7885733 | | 39 14 |
| 6·25 | Sentinel 92406876 | | 142 24 |
| P 6·20 | Wurth/Service 25049507-01 | | 32 30 |
| 6·30 | Butz Lumber I32139 | | 106 78 |
| 6·27 | Fastenal Company ININ280163 | | 16 21 |
| 7·2 | Indiana Metal 254043-1 | | 40 00 |
| 7·2 | Indiana Metal 254051-1 | | 40 00 |
| 6·25 | DoAll 25026240 | | 95 13 |
| 6·23 | Kirby Risk S1000/0732.004 | | 31 67 |
| 6·25 | Grainger 369·354788-1 | | 12 84 |

Billed 7-31-03 1323.53

(2)

873

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8·17 | 131 | 40 | 800.00 | | 10·12 | 131 | 40 | 800.00 | |
| 96. | | | | 1,920.00 | 120 | | | | 2,400.00 |
| 8·24 | 131 | 24 | 480.00 | | 10-19 | 131 | 40 | 800.00 | |
| 120. | | | | 2,400.00 | 160 | | | | 3200.00 |
| Billed 8-31-03 | | | | | 10·26 | 131 | 25 | 500.00 | |
| 8·31 | 131 | 40 | 800.00 | | 185 | | | | 3,700.00 |
| 40' | | | | 800.00 | Billed 10-31-03 | | | | |
| 9·7 | 131 | 32 | 640.00 | | 11·2 | 131 | 40 | 800.00 | |
| 72. | | | | 1,440.00 | 40' | | | | 800.00 |
| 9·14 | 131 | 40 | 800.00 | | 11·9 | 131 | 40 | 800.00 | |
| 112. | | | | 2,240.00 | 80. | | | | 1,600.00 |
| 9·21 | 131 | 40 | 800.00 | | 11·16 | 131 | 32 | 640.00 | |
| 152.00 | | | | 3,040.00 | 112 | | | | 2,240.00 |
| Billed 9-30-03 | | | | | 11-23 | 131 | 40 | 800.00 | |
| 9·28 | 131 | 40 | 800.00 | | 152 | | | | 3040.00 |
| 40' | | | | 800.00 | Billed 11-30-03 | | | | |
| 10·5 | 131 | 40 | 800.00 | | 11·30 | 131 | 24 | 480.00 | |
| 80' | | | | 1,600.00 | 24. | | | | 480.00 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(1)

876

**LABOR**

| 2003 DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2-15 | 151 | 9 | 162.00 | | | 116 | 2 | 23.00 | |
| 9° | | | | 162.00 | | 143 | 15 | 221.25 | |
| Billed 6-30-03 | | | | | | 152 | 4 | 59.00 | |
| 20 | 152 | 1 | 14.75 | A | 25 | | | | 351.25 |
| | | | | 14.75 | 9.21 | 152 | 12 | 177.00 | |
| 7-27 | 152 | 2 | 29.50 | A | | 152 | 5 | 110.62 | |
| 3° | | | | 44.25 | 42 | | | | 638.87 |
| Billed 7-31-03 | | | | | Billed 9-30-03 | | | | |
| 8.3 | 104 | 2 | 48.00 | A | 9.28 | 152 | 5 | 73.75 | |
| | 129 | 14.75 | 210.48 | A | 5 | | | | 73.75 |
| | 152 | 5 | 73.75 | A | 10.12 | 129 | 15.25 | 217.31 | |
| 21.75 | | | | 331.93 | | 152 | 4 | 59.00 | |
| 8.10 | 152 | 1 | 14.75 | A | 24.25 | | | | 350.06 |
| 22.75 | | | | 346.68 | 10-19 | 104 | 3 | 48.00 | |
| 8.24 | 163 | 5 | 70.00 | B | | 129 | 7.25 | 103.31 | |
| 27.75 | | | | 416.68 | | 156 | 8 | 160.00 | |
| Billed 8-31-03 | | | | | 42.5 | | | | 661.37 |
| 9.14 | 101 | 4 | 48.00 | | Billed 10-31-03 | | | | |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| A 8.7 | Indiana Metal 254798-1 | | 22.00 |
| A 8.7 | Indiana Metal 254799-1 | | 22.00 |
| A 8.7 | Indiana Metal 254800-1 | | 38.00 |
| | Billed 8-31-03 | | $ 82.00 |
| 1-1 | Waste Management 545-1987-1 | | 44.68 |
| | Billed 1-31-04 | | $ 44.68 |
| 6-16 | Waste Management 0000826-1987-5 | | 134.04 |
| | Billed 6-30-04 | | $ 134.04 |

(2)

879

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8.3 | 104 | 2 | 32.00 | L | 8.31 | 152 | 1 | 14.75 | R |
| | 127 | 16 | 256.00 | I | | 152 | 2 | 29.50 | O |
| | 129 | 1 | 14.25 | A | | 163 | 16 | 224.00 | O |
| | 143 | 3 | 44.25 | N | 19. | | | | 268.25 |
| | 152 | 1 | 14.75 | N | 9.7 | 143 | 3 | 44.25 | 4 |
| | 152 | 1 | 22.13 | N | | 152 | 1 | 14.75 | O |
| 24. | | | | 383.38 | | 152 | 1 | 14.75 | S |
| 10 | 104 | 2 | 32.00 | I | | 155 | 16 | 320.00 | L |
| | 122 | 4.75 | 57.00 | | | 155 | 8 | 160.00 | T |
| | 152 | 1 | 14.75 | O | | 155 | 8 | 160.00 | O |
| 2.75 | 152 | 1 | 14.75 | I | | 163 | 5 | 70.00 | O |
| 17 | 104 | 2 | 32.00 | 501.88 | 61. | | | | 1,052.00 |
| | 104 | 2 | 48.00 | Q | 9.14 | 140 | 32 | 640.00 | W |
| 36.75 | | | | 581.88 | | 152 | 1 | 14.75 | O |
| 24 | 152 | 1 | 14.75 | S | | 155 | 32 | 640.00 | |
| | 152 | 2 | 29.50 | R | 126.00 | | | | 2,346.75 |
| | 155 | 15 | 300.00 | P | 9.21 | 140 | 20 | 400.00 | W |
| 54.75 | | | | 926.13 | | 152 | 3 | 44.25 | X |

Billed 8-31-03

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 7.23 | Wurth/Service | 25050781-01 | 11.60 |
| 8-7 | Indiana Metal | 254837-1 | 40.00 |
| 8.14 | Indiana Metal | 254936-1 | 36.50 |
| 8-15 | McMASTER-CARR | 75256398 | 114.31 |
| 8-18 | AIRO Steel | DHR2659IN | 180.15 |
| | Billed 8.31.03 | | $ 639.02 |
| 9.2 | McMaster-CaRR | 76044746 | 112.21 |
| 9-11 | Indiana Metal | 255502-1 | 40.00 |
| 9-11 | Indiana Metal | 255503-1 | 23.00 |
| | Billed 9.30.03 | | $ 175.21 |

(3)

879

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 152 | 1 | 14.75 | Y | | | | | |
| | 155 | 16 | 320.00 | O | | | | | |
| | 155 | 8 | 160.00 | W | | | | | |
| | 155 | 8 | 160.00 | V | | | | | |
| 182.00 | | | | 3,445.75 | | | | | |
| Billed 9-30-03 | | | | | | | | | |
| 9.28 | 155 | 8 | 160.00 | W | | | | | |
| 8. | | | 160.00 | | | | | | |
| 10.5 | 152 | 2 | 29.50 | Z | | | | | |
| 10. | | | 189.50 | | | | | | |
| Billed 10-31-03 | | | | | | | | | |
| 3.28 | 152 | 1 | 14.75 | A | | | | | |
| 1. | | | 14.75 | | | | | | |
| Billed 3-31-04 | | | | | | | | | |
| 4.4 | 129 | 9 | 128.25 | AA | | | | | |
| | 152 | 2 | 29.50 | AA | | | | | |
| 11. | | | 157.75 | | | | | | |
| Billed 4-30-04 | | | | | | | | | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(1)

1208-880

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 6-9 | 687 | 9 | | 2 | | 25 | 1.5 | | 3 |
| 6·10 | 687 | 7 | | 2 | | 25 | 3 | | 3 |
| 6-11 | 687 | 2 | | 2 | | 25 | 2 | | 4 |
| 6·12 | 537 | 3 | | 2 | 8.° | | | | |
| | 687 | 3 | | 2 | Billed 11-30-03 | | | | |
| | 687 | 2 | | 2 | 11·24 | 25 | 2 | | 1 |
| 26. | | | | | 11·25 | 25 | 2 | | 1 |
| Billed 6-30-03 | | | | | 11·26 | 25 | 2 | | 1 |
| 6·23 | 537 | 1.75 | | 2 | 6.' | | | | |
| | 687 | 1.25 | | 2 | 12-1 | 25 | 5 | | 6 |
| 3. | | | | | | 25 | 5 | | 5 |
| Billed 7-31-03 | | | | | 12-2 | 21 | 2.5 | | |
| 9-11 | 25 | 2 | | 2 | 12-3 | 21 | 1.5 | | B |
| 9-12 | 25 | .25 | | 3 | | 25 | 3 | | 6 |
| | 25 | 2.5 | | 3 | | 25 | 3 | | 5 |
| 4.75 | | | | | | 28 | 3 | | B |
| Billed 9-30-03 | | | | | 12-4 | 25 | 3 | | 6 |
| 11-23 | 25 | 1.5 | | 4 | | 25 | 3 | | 5 |

## MATERIAL

35° Billed 12-31-03

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(3)

880

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 161 | 10 | 120 00 | 4 | | 103 | 1 | 17 00 | 2 |
| 5.25 | | | | 4532.94 | | 122 | 1 | 12 00 | |
| Billed 7-31-03 | | | | | | 132 | 3 | 79 88 | 2 |
| | 103 | 1 | 17 00 | 3 | | 145 | 3 | 27 75 | 2 |
| | 116 | 2 | 23 00 | 3 | | 151 | 7 | 126 00 | 3 |
| | 116 | 1 | 11 50 | 4 | | 151 | 4 | 72 00 | 4 |
| | 125 | 6 | 72 00 | 2 | 81.25 | | | | 1,129.13 |
| | 125 | 2 | 24 00 | 3 | Billed 8-31-03 | | | | |
| | 125 | 2 | 24 00 | 4 | 8.31 | 101 | 10 | 120 00 | 2 |
| | 149 | 4 | 52 00 | 2 | | 103 | 2 | 34 00 | 2 |
| | 149 | 4 | 52 00 | 1 | | 112 | 10 | 85 00 | 2 |
| | | | | 275.50 | | 132 | 3 | 53 25 | 2 |
| | 101 | 10 | 120 00 | 2 | | 132 | 2 | 53 25 | 2 |
| | 101 | 9 | 162 00 | 2 | | 145 | 14 | 129 50 | 2 |
| | 145 | 8 | 74 00 | 2 | | 149 | 4 | 52 00 | 2 |
| | 149 | 4 | 52 00 | 2 | | 151 | 2 | 36 00 | 2 |
| | | | | 683.50 | 47. | | | | 563.00 |
| | 101 | 9.25 | 111 00 | 1 | 9.7 | 103 | 1 | 17 00 | 2 |

MATERIAL 48 580.00

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| -19 | PRO-PACK INC | 114508 | 78 94 |
| -20 | InduDrum | 060592 | 30 24 |
| -19 | RichardsApex | 3204486 | 96 80 |
| | Billed 8·31·03 | | $ 205 98 |
| 8·19 | USF Holland | 59738442 | 33 82 |
| 7·25 | Questar Inc. | 41954 | 192 50 |
| -16 | Markleville Lumber | 035064 | 63 00 |
| -15 | Univar | IN-682036 | 26 50 |
| | Billed 9·30·03 | | $ 315 82 |
| ·25 | QUESTAR INC | 42927 | 221 39 |
| ·7 | Grainger | 001-321333-5 | 95 46 |
| 0-10 | Neff Engineering | 12527653 | 105 40 |
| 0·21 | Indiana Oxygen | 658869 | 221 21 |
| | Billed 10·31·03 | | $ 643 46 |

(4)

880

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9.14 | 125 | 1 | 12 00 | 3 | | 143 | 6 | 88 50 | 3 |
| | 125 | 1 | 12 00 | 4 | | 152 | 2 | 29 50 | 3 |
| | 132 | 3 | 53 25 | 3 | 20 | | | | 296.50 |
| | 132 | 2 | 35 50 | 1 | 10.5 | 101 | 2 | 24 00 | 3 |
| | 145 | 2 | 18 50 | 2 | | 101 | 2 | 24 00 | 4 |
| | 149 | 5.5 | 71 50 | 1 | | 163 | .5 | 7 00 | |
| | 149 | 2 | 26 00 | 3 | 24.5 | | | | 351.50 |
| | 152 | 4 | 59 00 | | 10.12 | 103 | 3 | 51 00 | 5 |
| | 163 | 4.5 | 63 00 | | | 103 | 3 | 51 00 | 6 |
| 73. | | | 930.75 | | | 104 | 1 | 16 00 | |
| 9.21 | 101 | 5 | 90 00 | 1 | | 116 | 2 | 23 00 | |
| | 152 | 1 | 14 75 | | | 119 | 8 | 160 00 | 6 |
| | 163 | 7.25 | 101 50 | | | 132 | 3 | 53 25 | 5 |
| 86.25 | | | 1,137.00 | | | 132 | 3 | 79 88 | 6 |
| Billed 9-30-03 | | | | | | 143 | 4.5 | 66 38 | A |
| 9.28 | 101 | 5.25 | 63 00 | 4 | | 163 | 2.25 | 31 50 | |
| | 101 | 5.75 | 103 50 | 4 | 54.25 | | | | 883.51 |
| | 101 | 1 | 12 00 | 3 | 10.19 | 140 | 4 | 80 00 | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|



(1)

882

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8-31 | 112 | 4 | 34.00 | 2 | | | | | |
| 4. | | | | 34.00 | | | | | |
| Billed | | | 9-30-03 | | | | | | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(4)

883

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8.24 | 152 | 8 | 118 00 | 1 | | 152 | 6 | 88 50 | 1 |
| 139.75 | | | | 1,936.87 | | 152 | 2 | 44 25 | 1 |
| Billed 8-31-03 | | | | | | 156 | 8 | 160 00 | 1 |
| 8.31 | 152 | 9 | 132 75 | 1 | 64.5 | | | | 1,097.50 |
| 9. | | | | 132.75 | Billed 9-30-03 | | | | |
| 9.7 | 103 | 1 | 17 00 | 1 | 9.28 | 103 | 1 | 17 00 | 1 |
| | 152 | 4 | 59 00 | 1 | | 132 | 4 | 71 00 | 1 |
| | 152 | 2 | 44 25 | 1 | | 149 | 2.5 | 32 50 | 1 |
| 16. | | | | 253.00 | | 152 | 8 | 118 00 | 1 |
| 9.14 | 116 | 4 | 46 00 | 3 | | 152 | 2 | 44 25 | 1 |
| | 119 | 8 | 160 00 | 1 | 17.5 | | | | 283.75 |
| | 132 | 3 | 53 25 | 1 | 10.5 | 101 | 17.25 | 207 00 | 1 |
| | 147 | 2 | 18 00 | 3 | | 125 | 3 | 36 00 | 1 |
| | 149 | 3 | 39 00 | 1 | | 149 | 3 | 39 00 | 1 |
| 36. | | | | 569.25 | | 152 | 4 | 59 00 | 1 |
| 9.21 | 104 | 2.5 | 40 00 | 1 | 44.75 | | | | 623.75 |
| | 119 | 8 | 160 00 | 1 | 10.12 | 101 | 10 | 120 00 | 1 |
| | 132 | 2 | 35 50 | 1 | | 103 | 2 | 34 00 | 1 |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(1)

886

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 7-20 | 104 | 3 | 48.00 | A | | 152 | 7 | 154.88 | B |
| | 127 | 10.75 | 172.00 | A | | 163 | 9.75 | 136.50 | A |
| | 143 | 5 | 73.75 | A | 49.25 | | | | 771.75 |
| | 152 | 5 | 73.75 | A | 8.10 | 104 | 3 | 48.00 | A |
| | 163 | 3 | 42.00 | A | | 104 | 4 | 96.00 | A |
| 26.75 | | | | 450.25 | | 129 | 7 | 99.75 | A |
| 7-27 | 104 | 6 | 96.00 | A | 63.25 | | | | 1,015.50 |
| | 127 | 6.5 | 104.00 | A | Billed 8-31-03 | | | | |
| | 143 | 12.5 | 184.37 | A | 8.31 | 152 | 1 | 14.75 | B |
| | 152 | 4 | 59.00 | A | 1. | | | | 14.75 |
| | 163 | 11.75 | 164.50 | A | Billed 9-30-03 | | | | |
| 67.5 | | | | 1058.12 | 9.28 | 143 | 3 | 44.25 | B |
| Billed 7-31-03 | | | | | 3. | | | | 44.25 |
| 8.3 | 104 | 2 | 32.00 | A | Billed 10-31-03 | | | | |
| | 129 | 3 | 42.75 | A | | | | | |
| | 143 | 8.5 | 125.37 | A | | | | | |
| | 152 | 16 | 236.00 | B | | | | | |
| | 152 | 3 | 44.25 | A | | | | | |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| A 7.17 | DoAll 25026552 | | 81.63 |
| A 7.17 | McMaster Carr 73904360 | | 27.72 |
| A 7.17 | McMaster Carr 73903959 | | 24.31 |
| | Billed 7-31-03 | | $ 133.66 |
| A 7.28 | Dee's Machine 3010461 | | 130.50 |
| A 7.28 | Kennametal 9012724532 | | 23.18 |
| | Billed 8.31.03 | | $ 153.68 |

(1)

887

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| [illegible]30 | 127 | 10.5 | 168 00 | A | 8·10 | 104 | 1 | 16 00 | A |
| | 143 | 5 | 73 75 | A | | 129 | 7.25 | 103 31 | A |
| | 152 | 6 | 88 50 | A | 34.50 | | | | 499.38 |
| | 163 | 3 | 42 00 | A | 8·17 | 152 | 1 | 14 75 | B |
| [illegible]4.5 | | | | 372.25 | 35.50 | | | | 514.13 |
| [illegible]27 | 104 | 3 | 48 00 | A | 8·24 | 104 | 4 | 64 00 | A |
| | 127 | 6 | 96 00 | A | | 127 | 8 | 128 00 | B |
| | 143 | 13 | 191 75 | ~~A~~ | | 143 | 8 | 118 00 | B |
| | 152 | 3 | 44 25 | A | | 152 | 14 | 206 50 | B |
| | 163 | 11 | 154 00 | A | | 163 | 8 | 112 00 | B |
| [illegible]0.5 | | | | 706.25 | 77.50 | | | | 1,142.63 |
| Billed 7-31-03 | | | | | | Billed 8·31·03 | | | |
| [illegible]3 | 104 | 2 | 32 00 | A | 8·31 | 104 | 3.5 | 56 00 | |
| | 129 | 2.75 | 39 19 | A | | 127 | 3 | 48 00 | B |
| | 143 | 8.5 | 125 38 | A | | 143 | 5 | 73 75 | B |
| | 152 | 2 | 29 50 | A | | 152 | 5 | 73 75 | B |
| | 163 | 11 | 154 00 | A | | 152 | 2 | 44 25 | B |
| [illegible]6.25 | | | | 380.07 | | 163 | 24 | 336 00 | B |

MATERIAL 42.5 631.75

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 7·28 | Dee's Machine 3010461 | | 130 50 |
| 7·28 | Kennametal 9012724532 | | 23 18 |
| 8·8 | New Process 109859 | | 104 75 |
| 8·20 | AIRD Steel DHT3015IN | | 35 43 |
| 8·19 | New Process 110149 | | 72 40 |
| | Billed 8·31·03 | | $ 366 26 |
| 9·3 | Fort Wayne Anodizing I-00114617 | | 104 79 |
| 9·9 | Fuchs Lubricating 00142342 8-00 | | 31 82 |
| | Billed 9·30·03 | | $ 136 61 |

(2)

887

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9·7 | 129 | 3.25 | 46 31 | B | | | | | |
| | 152 | 1 | 14 75 | B | | | | | |
| 46.75 | | | 692.81 | | | | | | |
| | Billed | | 9-30-03 | | | | | | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

8.88

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 7-27 | 101 | 2 | 24.00 | 1 | | 132 | 6 | 159.75 | 2 |
| | 103 | 2 | 34.00 | 1 | | 145 | 14 | 129.50 | 3 |
| | 125 | 2 | 24.00 | 2 | | 145 | 6 | 83.25 | 2 |
| | 145 | 9 | 83.25 | 1 | | 149 | 8 | 104.00 | 2 |
| 15° | | | | 165.25 | | 149 | 1.5 | 19.50 | 3 |
| Billed | | | 7-31-03 | | 78' | | | | 1118.25 |
| 8-24 | 119 | 7.25 | 145.00 | | 9-14 | 103 | 1 | 17.00 | 4 |
| | 132 | 3.25 | 57.69 | 3 | | 125 | 1 | 12.00 | 4 |
| | 149 | 1.5 | 19.50 | 3 | | 132 | 4 | 71.00 | 4 |
| | 152 | 6 | 88.50 | A | | 145 | 13 | 120.25 | 4 |
| 18: | | | | 310.69 | 97' | | | | 1338.50 |
| | Billed | | 8-31-03 | | | Billed | | 9-30-03 | |
| 8-31 | 101 | 11.5 | 138.00 | 2 | | | | | |
| | 101 | 9.5 | 114.00 | 3 | | | | | |
| | 101 | 6.5 | 117.00 | 2 | | | | | |
| | 103 | 2 | 34.00 | 3 | | | | | |
| | 125 | 2 | 24.00 | 1 | | | | | |
| | 132 | 11 | 195.25 | 3 | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 9-29 | Employee Expense B.J.P. | | 419.91 |
| | Billed 10-31-03 | | 419.91 |



(1)

1208-888

2003

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9-10 | 25 | 7 | | 4 | | | | | |
| 9-11 | 25 | 6 | | 4 | | | | | |
| 13° | | | | | | | | | |
| Billed 9-30-03 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(1)

889

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8.3 | 103 | 6 | 102.00 | 1 | | 116 | 38 | 437.00 | 1 |
| 6. | | | | 102.00 | | 125 | 20 | 240.00 | 1 |
| 8.17 | 103 | 6 | 102.00 | 1 | | 126 | 7 | 73.50 | 1 |
| | 156 | 8 | 160.00 | 1 | | 132 | 7.75 | 137.56 | 1 |
| 20. | | | 364.00 | | | 132 | 7.25 | 193.03 | 1 |
| Billed 8-31-03 | | | | | | 147 | 31 | 279.00 | 1 |
| 8.31 | 103 | 4 | 68.00 | 1 | | 147 | 6 | 81.00 | 1 |
| 4. | | | 68.00 | | | 151 | 6 | 108.00 | 1 |
| 9.7 | 103 | 3 | 51.00 | 1 | | 156 | 8 | 160.00 | 1 |
| | 104 | 5 | 120.00 | | 192 | | | | 2,798.04 |
| | 125 | 7 | 84.00 | 1 | Billed 9-30-03 | | | | |
| | 140 | 8 | 160.00 | | 9.28 | 103 | 9 | 153.00 | 1 |
| | 156 | 10 | 200.00 | | | 104 | 5.5 | 88.00 | 1 |
| 37. | | | 683.00 | | | 104 | 5 | 130.00 | 1 |
| 9.14 | 103 | 2 | 34.00 | 1 | | 116 | 40 | 460.00 | 1 |
| 39. | | | 717.00 | | | 116 | 6 | 103.50 | 1 |
| 9.21 | 103 | 20 | 340.00 | 1 | | 119 | 8 | 160.00 | 1 |
| | 104 | 2 | 32.00 | 1 | | 125 | 29 | 348.00 | 1 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 8-19 | PRO-PACK, INC | 11450 | 78.95 |
| 8.20 | Indy Drum | 060592 | 30.24 |
| 8.19 | Richards Apex | 3204486 | 96.80 |
| | Billed 8-31-03 | | $ 205.99 |
| 8-19 | USF Holland | 59738442 | 33.83 |
| 9-16 | Markleville Lumber | 035064 | 63.00 |
| 9-15 | Univar | IN-682036 | 26.50 |
| | Billed 9-30-03 | | $ 123.33 |
| 9-30 | QUESTAR, INC | 42927 | 221.40 |
| | Billed 10-31-03 | | 221.40 |
| 11-3 | Napa | 047832 | 12.57 |
| | Billed 11-30-03 | | $ 12.57 |
| 11.25 | Butz Lumber | I47407 | 75.78 |
| | Billed 12-31-03 | | 75.78 |

890 (1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8.10 | 127 | 6 | 96.00 | A | 9.7 | 104 | 4 | 64.00 | B |
| | 129 | 5.75 | 81.94 | A | | 127 | 5 | 80.00 | B |
| | 143 | 34 | 501.50 | A | | 129 | .75 | 10.69 | A |
| | 152 | 12 | 177.00 | A | 21.75 | | | | 337.94 |
| | 152 | 2 | 44.25 | A | 9.14 | 104 | 2 | 32.00 | C |
| | 163 | 24 | 336.00 | A | | 104 | 7.5 | 120.00 | B |
| 83. | 75 | | | 1,236.69 | | 143 | 3 | 44.25 | A |
| 8.17 | 129 | 17.25 | 245.81 | A | | 152 | 8 | 177.00 | A |
| | 143 | 7 | 103.25 | A | 42. | 25 | | | 711.19 |
| | 163 | 18.5 | 259.00 | A | 9.21 | 104 | 6.5 | 104.00 | B |
| | 127 | 29 | 464.00 | A | 118. | 75 | | | 815.19 |
| 155. | 50 | | | 2308.75 | Billed 9.30.03 | | | | |
| Billed 8-31-03 | | | | | 9.28 | 104 | 8 | 128.00 | C |
| 8.31 | 104 | 3 | 48.00 | B | | 104 | 2.5 | 40.00 | A |
| | 104 | 2 | 32.00 | A | | 104 | 2 | 48.00 | C |
| | 143 | 6 | 88.50 | B | | 152 | 8 | 118.00 | C |
| | 152 | 1 | 14.75 | B | | 163 | 19 | 266.00 | C |
| 12 | | | 183.25 | | 39.5 | | | | 600.00 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| A 8-14 | Indiana Metal Treating 254897-1 | | 22.00 |
| A 8-14 | Indiana Metal Treating 254976-1 | | 41.50 |
| | Billed 8 31.03 | | $ 63.50 |
| B 9.3. | Alro Steel DIC29591N | | 41.00 |
| 8.29 | Butler Tool & Die 2444 | | 2,218.25 |
| B 8.28 | DoAll 25027294 | | 23.48 |
| B 8.28 | Kennametal 9012924106 | | 99.40 |
| B 9-11 | Indiana Metal 255501-1 | | 23.00 |
| B 9-11 | Indiana Metal 255625-1 | | 23.00 |
| 9.8 | Indiana Oxygen 649377 | | 80.59 |
| 9-16 | DoAll 25027596 | | 182.90 |
| B 9-12 | Gold Star IN91357788 | | 4.86 |
| 9-12 | R.L. Guimont 097449 | | 33.10 |
| 9-17 | Standard Die 174823 | | 40.00 |
| | Billed 9.30.03 | | $ 2769.58 |

892

(1)

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8.10 | 103 | 2 | 34 00 | 1 | 9.21 | 152 | 1 | 14 75 | |
| | 132 | 4 | 71 00 | 1 | | 163 | 6.75 | 94 50 | |
| 6. | | | | 105.00 | 25. | 25 | | | 408.25 |
| 8.17 | 103 | 6 | 102 00 | 1 | Billed 9-30-03 | | | | |
| | 132 | 4 | 71 00 | 1 | 10.5 | 163 | .5 | 7 00 | |
| 16. | | | | 278.00 | .5 | | | | 7.00 |
| 8.24 | 103 | 3 | 51 00 | 1 | 10-12 | 103 | 1 | 17 00 | 1 |
| | 125 | 2 | 24 00 | 1 | | 116 | 18 | 207 00 | 1 |
| | 132 | 4.25 | 113 16 | 1 | | 116 | 8 | 138 00 | 1 |
| 25. | 25 | | | 466.16 | | 147 | 1 | 9 00 | 1 |
| Billed 8-31-03 | | | | | | 163 | 2.25 | 31 50 | |
| 8.31 | 103 | 1 | 17 00 | 1 | 30.75 | | | | 409.50 |
| 1. | | | | 17.00 | 10-19 | 103 | 5 | 85 00 | 1 |
| 9.7 | 140 | 8 | 160 00 | | | 116 | 28 | 322 00 | 1 |
| 9. | | | | 177.00 | | 119 | 6 | 120 00 | 1 |
| 9.14 | 152 | 4 | 59 00 | | | 125 | 16 | 192 00 | 1 |
| | 163 | 4.5 | 63 00 | | | 126 | 6.25 | 65 62 | 1 |
| 17.5 | | | | 299.00 | | 147 | 27.5 | 247 50 | 1 |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(1)

1208-894

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 9-9 | 25 | 1 | 2 | |
| | 25 | 1.75 | 1 | |
| | 25 | 1 | 3 | |
| 9-10 | 25 | 2 | 2 | |
| | 25 | 1 | 1 | |
| 6.75 | | | | |
| Billed 9-30-03 | | | | |
| 10-10 | 25 | 5 | 5 | |
| 5.0 | | | | |
| Billed 10-31-03 | | | | |
| 12-15 | 25 | 1 | 6 | |
| 12-16 | 25 | 1.25 | 6 | |
| 2.25 | | | | |
| Billed 01-31-04 | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(1)

894

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8.31 | 103 | 2 | 34.00 | 1 | | 151 | 1 | 18.00 | 1 |
| 2. | | | | 34.00 | 48. | | | | 744.75 |
| 9.7 | 101 | 2.75 | 33.00 | 1 | Billed 9-30-03 | | | | |
| | 101 | 2.75 | 33.00 | 2 | 9.28 | 103 | 4 | 68.00 | 4 |
| | 101 | 2.5 | 45.00 | 3 | | 126 | 5 | 52.50 | 4 |
| | 103 | 1 | 17.00 | 1 | 9. | | | | 120.50 |
| | 156 | 8.5 | 170.00 | | 10.5 | 101 | 2 | 24.00 | 4 |
| | 156 | 1.5 | 45.00 | | | 101 | 2 | 24.00 | 5 |
| 21. | | | | 377.00 | | 103 | 2 | 34.00 | 4 |
| 9.14 | 101 | 4 | 48.00 | 1 | | 103 | 2 | 34.00 | 5 |
| | 101 | 4 | 48.00 | 2 | 17. | | | | 236.50 |
| | 101 | 3 | 36.00 | 3 | 10.12 | 103 | 1 | 17.00 | 4 |
| | 103 | 6 | 102.00 | 1 | | 103 | 1 | 17.00 | 5 |
| | 103 | 1 | 17.00 | 2 | | 132 | 4 | 71.00 | 5 |
| | 103 | 1 | 17.00 | 3 | | 132 | 3 | 53.25 | 4 |
| | 132 | 2 | 35.50 | 1 | | 145 | 2 | 18.50 | 5 |
| | 145 | 3 | 27.75 | 2 | | 145 | 3.25 | 45.09 | 5 |
| | 145 | 2 | 18.50 | 3 | 31.25 | | | | 458.34 |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10.7 | Grainger 001-321333-5 | | 95.46 |
| | Billed 10.31.03 | | 95.46 |

(1)

895

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9.7 | 101 | 23.5 | 288.00 | 1 | 12.7 | 129 | 7.75 | 110.44 | A |
| | 103 | 4 | 68.00 | 1 | | 152 | 24 | 354.00 | A |
| | 112 | 19 | 161.50 | 1 | | 163 | 22.5 | 315.00 | A |
| | 112 | 6 | 76.50 | 1 | | 163 | | 126.00 | A |
| | 125 | 6 | 72.00 | 1 | 60.25 | | | | 905.44 |
| | 132 | 13 | 230.75 | 1 | Billed 12-31-03 | | | | |
| | 145 | 29 | 268.25 | | 12.14 | 129 | 8 | 114.00 | A |
| | 145 | 1 | 13.88 | 1 | | 152 | 28 | 413.00 | A |
| | 149 | 8.25 | 107.25 | 1 | | 163 | 14 | 196.00 | A |
| | 156 | 8 | 240.00 | | 50. | | | | 723.00 |
| 117.75 | | | | 1,520.13 | | Billed 1-31-04 | | | |
| 9.14 | 103 | 1 | 17.00 | | | | | | |
| | 103 | 1 | 17.00 | 1 | | | | | |
| | 119 | 8 | 160.00 | 1 | | | | | |
| | 145 | 18 | 166.50 | 1 | | | | | |
| | 147 | 5 | 45.00 | 1 | | | | | |
| 150.75 | | | | 1,925.63 | | | | | |
| Billed 9-30-03 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| A 12-11 | Indiana Metal 257889-1 | | 22.00 |
| | Billed 1-31-04 | | # 22.00 |

(1)

1208-895

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9-2 | 25 | 10 | | 1 | | 21 | 2.5 | | A |
| 9-3 | 25 | 6 | | 1 | 19.5 | | | | |
| 9-4 | 25 | 6 | | 1 | Billed 01-31-04 | | | | |
| 9-5 | 25 | 2.5 | | 1 | | | | | |
| | 25 | 7.25 | | 1 | | | | | |
| 31.75 | | | | | | | | | |
| 9-8 | 25 | 10 | | 1 | | | | | |
| 9-9 | 25 | 6 | | 1 | | | | | |
| 47.75 | | | | | | | | | |
| Billed 9-30-03 | | | | | | | | | |
| 12-4 | 8 | 10 | | A | | | | | |
| 12-5 | 8 | 9 | | A | | | | | |
| | 20 | 5.5 | | A | | | | | |
| 24.5 | | | | | | | | | |
| Billed 12-31-03 | | | | | | | | | |
| 12-8 | 20 | 7 | | A | | | | | |
| | 21 | 3 | | A | | | | | |
| 12-9 | 20 | 7 | | A | | | | | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|

(1)

897

LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9.21 | 127 | 28.75 | 460.00 | | | 124 | 12 | 108.00 | |
| 28.75 | | | | 460.00 | 35 | 5 | | | 436.50 |
| Billed | | | 9-30-03 | | 2.8 | 101 | 6 | 72.00 | |
| 10.12 | 104 | 1 | 16.00 | | | 125 | 4 | 48.00 | |
| 1. | | | | 16.00 | | 129 | .5 | 7.13 | |
| 10-19 | 101 | 16.5 | 198.00 | | | 161 | 1 | 12.00 | |
| | 101 | 9 | 162.00 | | 47. | | | | 575.63 |
| | 104 | 3 | 48.00 | | 2.15 | 101 | 10 | 120.00 | |
| | 104 | 6 | 144.00 | | | 124 | 6 | 54.00 | |
| | 163 | 2 | 28.00 | | | 149 | 8 | 104.00 | |
| 37.5 | | | | 596.00 | 71. | | | | 853.63 |
| Billed | | 10-31-03 | | | | Billed | | 2-29-04 | |
| 11.2 | 140 | 8 | 160.00 | | | | | | |
| | 152 | 5 | 73.75 | | | | | | |
| 13. | | | | 233.75 | | | | | |
| | Billed | 11-30-03 | | | | | | | |
| 2.1 | 101 | 15.75 | 189.00 | | | | | | |
| | 101 | 7.75 | 139.50 | | | | | | |

MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-8 | GRAINGER 369-354003-5 | | 9.69 |
| 10-8 | Auburn Plastics 122564 | | 153.50 |
| | Billed 10.31.03 | | 163.19 |
| 1.27 | Lowe's 09363 | | 41.89 |
| | Billed 1.31.04 | | $ 41.89 |