(9)

8db

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8-31 | 104 | 3.5 | 50 00 | 5 | | | | | |
| | 152 | 1 | 14 75 | S | | | | | |
| 7.5 | | | | 70.75 | | | | | |
| 8.31 | 132 | 13 | 191 | 75 T | | | | | |
| | 152 | 1 | 22 | 13 T | | | | | |
| 18.5 | | | | 284.63 | | | | | |
| Billed 9.30.03 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 6.26 | Indiana Metal | 253810 | 32 00 |
| 6.29 | McMaster Carr | 71811169 | 121 18 |
| 6.23 | McMaster Carr | 72833013 | 238 53 |
| 6.34 | Motion Industries | IN5-928110 | 47 51 |
| 6.20 | Newark | 785733 | 39 14 |
| 6.25 | Sentinel | 9210687L | 142 21 |
| P 6.20 | Wurth (Service) | 250425 07-01 | 32 30 |
| 6.35 | Butz Lumber | I 32129 | 100 78 |
| 6.27 | Eastern Company | NIN280163 | 16 21 |
| 7.2 | Indiana Metal | 254043-1 | 40 00 |
| 7.2 | Indiana Metal | 254051-1 | 40 00 |
| 6.25 | DoAll | 25026346 | 95 13 |
| 6.23 | Kirby Risk | S10010733.004 | 31 27 |
| 6.25 | Grainger | 369-364788-1 | 12 84 |
| | Billed 7-31-03 | | 1323 53 |

ⓐ

873

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 8-17 | 131 | 40 | 800.00 | | 10-12 | 131 | 40 | 800.00 | |
| 9-4 | | | | 720.00 | 10-13 | | | | 2,400.00 |
| 8-24 | 131 | 24 | 480.00 | | 10-19 | 131 | 40 | 800.00 | 3,200.00 |
| 9-20 | | | 24.00 | | 10-20 | 131 | 25 | 500.00 | |
| 8-31 Billed | | | 8-31-03 | | 9-25 | | | | 3,700.00 |
| 8-31 | 131 | 40 | 800.00 | 800.00 | 11-2 Billed | | 10 | 10-31-03 | |
| 9-7 | 131 | 32 | 640.00 | 1,440.00 | 11-2 | 131 | 40 | 800.00 | 800.00 |
| 9-14 | 131 | 40 | 800.00 | | 11-9 | 131 | 40 | 800.00 | |
| 9-20 | | | | 2,240.00 | 11-16 | 131 | 32 | 640.00 | 1,640.00 |
| 9-21 | 131 | 40 | 800.00 | | 11-23 | 131 | 40 | 800.00 | |
| 9-30 Billed | | | 9-30-03 | | 11-30 | 131 | 24 | 480.00 | 2,240.00 |
| 9-28 | 131 | 40 | 800.00 | 3,040.00 | 11-30 Billed | | | 11-30-03 | 3,040.00 |
| 10-5 | 131 | 40 | 800.00 | | 11-30 | 131 | 24 | 480.00 | 480.00 |
| 10-11 | | | | 1,600.00 | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

(1)

876

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/6 | 151 | 9 | 162 00 | 162 05 | | | 116 | 2 | 22 00 | |
| 9 | | | | | | | 142 | 16 | 221 25 | |
| | (Billed 6-30-03 | | | | | | 152 | 4 | 59 00 | 351 25 |
| 20 | 152 | 1 | 14 75 | A 14 75 | | 25 | | 12 | 177 00 | |
| | | | | | | 4/21 | 152 | 5 | 110 62 | |
| 27 | 152 | 2 | 29 50 | A | | 4/2 | | | | 638 87 |
| 3° | | | 44 25 | 44 25 | | | (Billed 7-31-03 | | | |
| (Billed 7-31-03 | | | | | | 9/28 | 152 | 5 | 73 75 | 73 75 |
| 8/3 | 104 | 2 | 48 00 | A 48 00 | | 5 | | | | |
| | 120 | 14 75 | 210 48 | A | | 10/2 | 129 | 15.25 | 217 31 | |
| | 152 | 5 | 73 75 | A | | | 152 | 4 | 59 00 | 350 06 |
| 9/15 | 152 | 1 | 14 75 | A 14 75 | | 24 25 | | | | |
| 9/15 | | | | 344 48 | | 10/17 | 104 | 3 | 48 00 | |
| 9/24 | 163 | 5 | 70 00 | B | | | 129 | 7 25 | 103 31 | |
| 9/15 | | | | 416 48 | | | 156 | 8 | 160 00 | 261 37 |
| (Billed 11-01-04 | | 8 23.48 | 481 80 | | | 4/2 | Billed 10-31-03 | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| A 8-7 | Indiana Metal | 259798- | 22 00 |
| A 8-7 | Indiana Metal | 254799-1 | 22 02 |
| A 8-7 | Indiana Metal | 254800-1 | 38 00 |
| | (Billed 8-31-03 | | $ 82 00 |
| 1-1 | Waste Management | 545-1987-1 | $ 44 68 |
| | Billed 1-31-04 | | $ 44 68 |
| 6-16 | Waste Management 0000836- | 1987-5 | 134 04 |
| | Billed 6-30-04 | | $ 134 04 |

(3)

879

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | 152 | | 14 75 | Y | | | | | |
| | 152 | 16 | 320 00 | O | | | | | |
| | 155 | 8 | 160 00 | W | | | | | |
| | 152 | 8 | 160 00 | V | | | | | |
| 18 | | | | 3,445.75 | | | | | |
| 4-28 | Billed 9-30-03 | | | | | | | | |
| 8 | 155 | 8 | 160 00 | W | | | | | |
| 10-3 | 152 | 3 | 29 50 | Z | | | | | |
| 10 | | | 89 50 | | | | | | |
| 3-28 | Billed 10-31-03 | | | | | | | | |
| | 152 | 1 | 14 75 | A | | | | | |
| 4 | | | 14 75 | | | | | | |
| 13 | Billed 3-31-04 | | | | | | | | |
| 4-4 | 129 | 9 | 128 25 | AA | | | | | |
| | 152 | 2 | 29 50 | AA | | | | | |
| 11 | | | 152 75 | | | | | | |
| | Billed 4-30-04 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

(2)

879

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 3 | 104 | 2 | 32 00 | L | 8-31 | 152 | 1 | 14 75 | R |
| | 127 | 16 | 206 00 | H | | 152 | 2 | 29 50 | O |
| | 129 | | | A | | 163 | 16 | 224 00 | O |
| | 142 | 3 | 44 25 | N | 9-? | | | | |
| | 152 | 1 | 14 75 | N | 9-7 | 143 | 3 | 44 75 | 4 |
| | 152 | | 22 13 | N | | 152 | 1 | 14 75 | O |
| | | | 383.38 | | | 152 | 1 | 14 75 | 5 |
| 9-10 | 104 | 2 | 32 00 | H | | 155 | 16 | 320 00 | L |
| | 127 | 4.75 | 57 00 | | | 155 | 8 | 160 00 | T |
| | 152 | 1 | 14 75 | O | | 156 | 5 | 60 00 | O |
| | 152 | 1 | 14 75 | | | 163 | 5 | 70 00 | O |
| | | | 501.88 | I | 9-14 | | | 1,052.00 | O |
| 9-16 | 104 | 2 | 32 00 | O | | 140 | 32 | 640 00 | W |
| | 104 | 3 | 48 00 | | | 152 | 1 | 14 75 | O |
| | | | 581.88 | | | 155 | 32 | | O |
| 9-24 | 152 | 1 | 14 75 | S | 9-26 | | | 400 00 | W |
| | 152 | 2 | 29 50 | P | 9-21 | 140 | 20 | | W |
| | 155 | 15 | 300 00 | P | | 152 | 3 | 44 25 | X |
| 9-14 | | | 936.13 | | | | | | |
| | Billed 8-31-03 | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 7-23 | WLFETH SERVICE | 25-056717-0 | 11 60 |
| 8-7 | Indiana Metal | 254937-1 | 40 95 |
| 8-14 | Indiana Metal | 254936-1 | 36 50 |
| 8-15 | McMaster-Carr | 45256398 | 114 31 |
| 8-19 | ARP Steel | DHR-2659 IN | 820 15 |
| | Billed 8-31-03 | | $ 6-39 02 |
| 9-2 | McMaster-Carr | 76044746 | 112 21 |
| 9-11 | Indiana Metal | 255602-1 | 40 00 |
| 9-1 | Indiana Metal | 255503-1 | 23 00 |
| | Billed 9-3-03 | | $ 175 21 |

1208-880



(4)

880

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | 274 | 1 | 12 00 | 3 | | | 143 | 6 | 88 50 | 3 |
| | 125 | 1 | 12 00 | 4 | | | 152 | 2 | 29 50 | 296 50 |
| | 132 | 3 | 53 25 | 1 | | 30 | | | | 3 |
| | 132 | 2 | 35 50 | 2 | | 10-5 | 101 | 2 | 24 00 | 4 |
| | 145 | 2.5 | 18 50 | 1 | | | 101 | 2 | 24 00 | |
| | 149 | 1 | 11 50 | 3 | | | 63 | .5 | 7 00 | 351 50 |
| | 152 | 2 | 24 00 | | | 24.5 | 103 | 3 | 51 00 | 6 |
| | 152 | 4 | 59 00 | 1 | | 10/2 | 103 | 3 | 51 00 | |
| | 163 | 4.5 | 63 00 | | | | 104 | 1 | 16 00 | |
| | 73 | | 930.75 | | | | 116 | 2 | 23 00 | 6 |
| 9.21 | 101 | 5 | 90 00 | 1 | | | 119 | 8 | 160 00 | 5 |
| | 153 | 1 | 14 75 | | | | 132 | 3 | 53 25 | 6 |
| | 163 | 7.25 | 101 50 | | | | 132 | 3 | 79 | 88.5 |
| 8ar.25 | | | 1737.00 | | | | 143 | 4.5 | 63 | 38 |
| | Billed 9-30-03 | | | | | | 163 | 2.25 | 31 50 | |
| 9.28 | 101 | 5.25 | 63 00 | 4 | | 54.25 | | | | 883.51 |
| | 101 | 5.75 | 103 50 | 4 | | 10-19 | 140 | 4 | 80 00 | |
| | 101 | 1 | 12 00 | 3 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

---

(3)

880

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | 161 | 10 | 130 00 | 4 | | | 103 | 1 | 17 00 | 2 |
| | | 2-5 | 45 39. | 94 | | | 122 | 3 | 18 00 | 2 |
| | Billed 7-31-03 | | | | | | 132 | 3 | 70 75 | 2 |
| | 103 | 1 | 17 00 | 3 | | | 145 | 7 | 27 75 | 3 |
| | 116 | 2 | 23 00 | 3 | | | 151 | 7 | 134 00 | 4 |
| | 116 | 1 | 11 50 | 4 | | | 151 | 4 | 72 00 | 1129.19 |
| | 125 | 2 | 73 00 | 2 | | 81.25 | | | | |
| | 125 | 2 | 24 00 | 5 | | 8.31 Billed | | | 8-31-03 | |
| | 125 | 2 | 24 00 | 4 | | 8.31 | 101 | 10 | 120 00 | 2 |
| | 149 | 4 | 59 00 | 2 | | | 103 | 2 | 34 00 | 2 |
| | 149 | 4 | 59 00 | 1 | | | 119 | 10 | 85 00 | 2 |
| | | | | 275.50 | | | 132 | 3 | 53 25 | 2 |
| | 101 | 10 | 120 00 | 2 | | | 132 | 3 | 53 25 | 2 |
| | 101 | 9 | 162 00 | 2 | | | 145 | 14 | 129 00 | 2 |
| | 145 | 8 | 74 00 | 2 | | | 149 | 4 | 52 00 | 8 |
| | 149 | 4 | 53 00 | | | | 151 | 2 | 36 00 | 5 63 00 |
| | | | 683.50 | 1 | | 47 | | | | 2 |
| | 101 | 9.25 | 111 00 | 1 | | 9.7 | 103 | 1 | 17 00 | 1 |

## MATERIAL 48

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | PRO-PACK INC | 145.08 | 72 94 |
| 20 | IndyDrum | 090592 | 30 24 |
| 19 | PickardsApex | 320148 | 94 80 |
| | Billed 8.31.03 | | $ 205 98 |
| 19 | USF Holland | 597384413 | 33 88 |
| 23 | Questar Inc. | 41964 | 192 50 |
| 16 | Markleville Lumber | 036064 | 62 50 |
| 15 | Unicare | IN-682036 | 26 50 |
| | Billed 9.30.03 | | $ 315 88 |
| 25 | Questar Inc | 42927 | 881 39 |
| | Grainger | 001-331233-5 | 95 46 |
| 2.10 | Nett Engineering | 1252 7653 | 105 40 |
| 2.21 | Indiana Oxygen | 658869 | 221 21 |
| | Billed 10-31-03 | | $ 643 46 |

580 00

882

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 9-3 | 18 | 4 | 3400 | 2 | | | | | |
| 4- | Billed | | 9-30-03 | 3400 | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

(4)

883

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|---|------|---------|-------|--------|-------|
| 8·24 | 152 | 8 | 18 00 | 1 | | | 152 | 6 | 88 50 | 1 |
| 8·25 | 75 | | | 36 87 | | | 152 | 2 | 44 25 | 1 |
| | 131 | 9 | 8·331·03 | 1 | | 156 | 8 | 110 00 | 1 6 97 50 |
| 8·31 | 152 | 9 | 133 75 | 133.74 | | 9·5 | | | | |
| 9·7 | 103 | 1 | 17 00 | 1 | | 9·28 | 131·1·A | 1 | 9·-30 03 | |
| | 152 | 4 | 59 00 | 1 | | | 103 | 1 | 17 00 | 1 |
| | 152 | 2 | 44 25 | 1 | | | 132 | 4 | 77 00 | 1 |
| 9· | | | 253 00 | 253 00 | | | 149 | 2.5 | 32 50 | 1 |
| 9·14 | 116 | 4 | 46 00 | 3 | | | 152 | 8 | 118 00 | 1 |
| | 119 | 8 | 60 00 | 1 | | | 152 | 2 | 44 25 | 1 2 88.75 |
| | 132 | 3 | 53 25 | 1 | | 10·5 | 101 | 17.25 | 207 00 | |
| | 147 | 3 | 18 00 | 3 | | | 125 | 3 | 36 00 | |
| | 149 | 3 | 39 00 | 1 | | | 149 | 3 | 39 00 | |
| 9· | | | 54 00 | 9·25 | | 10·12 | 152 | 4 | 59 00 | 1 |
| 9·21 | 104 | 2.5 | 40 00 | 1 | | | 101 | 10 | 110 00 | |
| | 119 | 8 | 160 00 | 1 | | | 103 | 2 | 64 00 | 1 6 26.75 |
| | 132 | 2 | 35 50 | 1 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

886

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 7/20 | 104 | 3 | 48.00 | A | | 152 | 7 | 154.88 | B |
| | 127 | 10.75 | 172.00 | A | | 163 | 9.75 | 136.50 | A |
| | 143 | 5 | 73.75 | A | 4.25 | | | | 771.75 |
| | 152 | 5 | 73.75 | A | 8/10 | 104 | 3 | 48.00 | A |
| | 163 | 3 | 43.00 | A | | 104 | 4 | 96.00 | A |
| 26.75 | | | 450.25 | | | 129 | 7 | 99.75 | A |
| 7-27 | 104 | 6 | 96.00 | A | 68.25 | | | | 1,016.50 |
| | 127 | 6.5 | 104.00 | A | Billed 8-31-03 | 152 | 1 | 14.75 | B |
| | 143 | 12.5 | 184.37 | A | 8/31 | 152 | 1 | 14.75 | |
| | 152 | 4 | 59.00 | A | 1. | | | | 14.75 |
| | 163 | 11.75 | 164.50 | A | 9-8 | 143 | 3 | 44.25 | A |
| 40.75 | | | 658.12 | | 3 | | | | 44.25 |
| | Billed 7-31-03 | | | | Billed 9-30-03 | | | | |
| 8/3 | 104 | 2 | 32.00 | A | 3 | | | 44.25 | B |
| | 129 | 3 | 42.75 | A | | | | | |
| | 143 | 8.5 | 125.37 | A | Billed 10-31-03 | | | | |
| | 152 | 6 | 236.00 | B | | | | | |
| | 152 | 3 | 44.25 | A | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| A 7-17 | Doall | 252026852 | 21.62 |
| A 7-17 | McMaster-Carr | 73104340 | 20.22 |
| A 7-17 | McMaster-Carr | 73203499 | 24.31 |
| | Billed 7-31-03 | | $ 133.66 |
| A 7-28 | Dec-Si Machine | 301041 | 130.50 |
| A 7-28 | Kennameth | 90272T4532 | 22.18 |
| | Billed 8-31-03 | | × 153.68 |

(a)

887

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|
| 9-7 | 104 | 3.20 | 46.31 | B |
|  | 52 | 1 | 14.75 | B |
| 46.75 |  |  | 69.28 |  |
|  | Billed 9-30-03 |  |  |  |

### MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | TOTAL |
|------|--------|----------|--------|-------|

---

(1)

887

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 30 | 137 | 10.5 | 168 00 | A | 8-10 | 104 | 1 | 16 00 | A |
|  | 143 | 5 | 73 72 | A |  | 129 | 7.25 | 103 31 | A |
|  |  |  | 34 50 |  |  |  |  |  |  |
|  | 152 | 6 | 88 50 | A | 8-17 | 152 | 1 | 14 75 | A |
|  | 163 | 3 | 48 00 | A |  |  |  |  | 514 13 |
|  |  |  | 3 72.25 |  | 8-24 | 104 | 4 | 64 00 | A |
| 8-7 | 104 | 3 | 48 00 | A |  | 127 | 8 | 128 00 | B |
|  | 127 | 6 | 96 00 | A |  | 143 | 8 | 118 00 | B |
|  | 143 | 13 | 191 75 | A |  | 152 | 14 | 206 50 | B |
|  | 152 | 3 | 44 25 | A |  | 163 | 8 | 112 00 | B |
|  | 163 | 11 | 154 00 | A |  |  |  | 1 742.63 |  |
|  |  | 25 | 206 | A |  | Billed 8-31-03 |  |  |  |
|  | Billed 7-31-03 |  | 177.50 |  | 8-31 | 104 | 3.5 | 56 00 | B |
| 8-3 | 104 | 2 | 33 00 | A |  | 127 | 3 | 48 00 | B |
|  | 129 | 2.75 | 39 19 | A |  | 143 | 5 | 73 75 | B |
|  | 143 | 8.5 | 125 38 | A |  | 152 | 5 | 73 75 | B |
|  | 152 | 2 | 29 50 | A |  | 152 | 2 | 44 25 | B |
|  | 163 | 11 | 154 00 | A |  | 163 | 24 | 334 00 | B |
|  | 625 |  | 380 01 |  |  |  |  | 631 75 |  |

### MATERIAL 49.5 / 425

| DATE | VENDOR | INV. NO. | AMOUNT | TOTAL |
|------|--------|----------|--------|-------|
| 7-28 | VRES Machine | 30 104 | 250 50 | 250 50 |
| 7-28 | Kennametal | 90121453 | 23 18 | 23 18 |
| 8-8 | New Process | 109959 | 104 75 | 104 75 |
| 8-10 | AIRD Steel | DHT3015N | 35 43 | 35 43 |
| 8-19 | New Process | 110149 | 72 40 | 72 40 |
|  | Billed 8-3-03 | | $ 346 26 | |
| 9-3 | Fort Wayne Anodizing | I-00114417 | 104 79 | |
| 9-9 | Fuchs Lubricant | 00423198-00 | 31 82 | |
|  | Billed 9-30-03 | | $ 136 61 | |

888

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 7-27 | 101 | 2 | 27 00 | 1 | | 131 | 6 | 151 75 | 2 |
| | 103 | 2 | 34 00 | | | 145 | 14 | 89 50 | 3 |
| | 135 | 2 | 27 00 | 2 | | 145 | 6 | 83 25 | 2 |
| | 145 | 9 | 83 25 | 1 | | 149 | 8 | 107 00 | 3 |
| 15 | | | | 143 25 | | 149 | 1.5 | 19 50 | 3 |
| | Billed 7-31-03 | | | 0.3 | | | 1 | 17 00 | 4 |
| 8/24 | 19 | 7.25 | 145 00 | | 9/14 | 103 | | 12 00 | 4 |
| | 32 | 3.25 | 57 21 | 3 | | 125 | 4 | 71 00 | 4 |
| | 149 | 1.5 | 19 50 | 3 | | 138 | 13 | 120 25 | 4 |
| | 152 | 6 | 88 50 | 4 | | 145 | | | |
| 12 | | | | 310 09 | 9/ | Billed 9-30-03 | | | 1338.50 |
| | Billed 8-31-03 | | | 0.3 | | | | | |
| 8/31 | 101 | 11.5 | 138 00 | 6 | | | | | |
| | 101 | 9.5 | 114 00 | 3 | | | | | |
| | 103 | 6.5 | 117 00 | 2 | | | | | |
| | 103 | 2 | 34 00 | 3 | | | | | |
| | 125 | 2 | 24 00 | 1 | | | | | |
| | 133 | 11 | 195 25 | 3 | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 7/27 | Employee Expense | 8-9-03 | 419 91 |
| | Billed 10-31-03 | | 419 91 |

(1)

1208- 888



2003

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|
| 9-10 | 25 | 7 | | 7 |
| 9-11 | 25 | 6 | | 4 |
| 13° | (Billed | | 9-30-03 | |

889

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 8·3 | 103 | 6 | 102 00 | 1 | | 116 | 38 | 437 00 | |
| | | | | | | 116 | 20 | 240 00 | 1 |
| 8·17 | 103 | 6 | 102 00 | 1 | | 125 | 7 | 113 50 | |
| | 156 | 8 | 160 00 | 1 | | 126 | 7 | 137 50 | |
| 8·20 | | | | 364 00 | | 132 | 7.75 | 137 03 | |
| 8·21 | 103 | 4 | 68 00 | 1 | | 147 | 31 | 279 60 | 1 |
| 8·24 | | | | 68 00 | | 147 | 6 | 81 00 | 1 |
| 8·27 | 103 | 3 | 51 00 | 1 | | 151 | 6 | 108 00 | 1 |
| | 104 | 5 | 120 00 | 1 | | 156 | 8 | 160 00 | 1 |
| | 125 | 7 | 147 00 | 1 | | | | 9·30·03 | 798 04 |
| | 140 | 8 | 160 00 | 1 | 9·28 | 103 | 9 | 153 00 | 1 |
| | 156 | 10 | 200 00 | 1 | | 104 | 5.5 | 88 00 | |
| 9·7 | | | | 683 00 | | 104 | 5 | 130 00 | |
| 9·14 | 103 | 2 | 34 00 | 1 | | 116 | 40 | 460 00 | 1 |
| | | | | 77 00 | | 116 | 6 | 153 00 | |
| | 103 | 20 | 340 00 | 1 | | 119 | 8 | 160 00 | 1 |
| 9·21 | 104 | 2 | 32 00 | | | 125 | 29 | 348 00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 8·11 | Pro Pack, Inc | 111430 | 78 25 |
| 8·20 | Indy Drum | 060592 | 30 84 |
| 8·19 | Richardsoplex | 920498 | 96 80 |
| | Billed 8·31·03 | | # 205 49 |
| 8·19 | USF Holand | 59738442 | 33 83 |
| 9·16 | Marksville Lumber | 036064 | 62 00 |
| 9·15 | Univar | IN-638036 | 26 50 |
| | Billed 9·30·03 | | # 123 33 |
| 9·30 | Questar, Inc | 4·21·27 | 221 40 |
| | Billed 10·31·03 | | 221 40 |
| 11·3 | Napa | 047822 | 12 57 |
| | Billed 11·30·03 | | # 12 57 |
| 11·26 | Butz Lumber | 147407 | 75 78 |
| | Billed 12·31·03 | | 75 78 |

890

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 8-10 | 127 | 6 | 72 00 | A | 9-7 | 104 | 4 | 64 00 | B |
| | 129 | 5.75 | 81 94 | A | | 127 | 5 | 80 00 | B |
| | 143 | 34 | 501 50 | A | | 129 | .75 | 10 69 | A |
| | 152 | 12 | 177 00 | A | 9-13 | | | | 377 14 |
| | 152 | 2 | 44 25 | A | 9-14 | 104 | 2 | 33 00 | C |
| | 162 | 24 | 336 00 | A | | 104 | 7.5 | 120 00 | B |
| 8-15.15 | | | 1,236.67 | | | 143 | 3 | 44 25 | A |
| 8-17 | 129 | 17.25 | 245 81 | A | | 152 | 8 | 177 00 | B |
| | 143 | 7 | 103 25 | A | 9-20 | 125 | | | 711 19 |
| | 123 | 18.5 | 259 00 | A | 9-21 | 104 | 6.5 | 104 00 | B |
| | 127 | 28 | 414 00 | A | | 115 | | | 815 19 |
| 8-15.50 | | | 2,208.75 | A | 9-28 | 104 | 1 | 7.32 | 03 |
| | 116 | 8-31 | 3 | 48 00 | B | | 104 | 2.5 | 48 00 | A |
| 8-31 | 104 | 3 | 48 00 | B | | 104 | 2.5 | 40 00 | C |
| | 104 | 2 | 32 00 | A | | 104 | 3 | 48 00 | C |
| | 143 | 6 | 88 50 | B | | 162 | 8 | 118 00 | C |
| | 152 | 1 | 14 75 | B | | 163 | 14 | 266 00 | C |
| | | | 183.25 | | 9-30 | | | 1,000 00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 8-14 | Indiana Metal Treating 254847-1 | | 22 00 |
| 8-14 | Indiana Metal Treating 254946-7 | | 41 50 |
| | Billed 8-31-03 | $ | 63 50 |
| 9-3 | ARO Steel DIC29.91N | | 41 00 |
| 8-29 | Butler Tool & DIE 2444 | | 2,218 25 |
| 8-28 | DSAI 25027874 | | 23 48 |
| 8-28 | Kennametal 90123934106 | | 99 40 |
| 9-11 | Indiana Metal 255501-1 | | 33 00 |
| 9-11 | Indiana Metal 255625-1 | | 23 00 |
| 9-8 | Indiana Oxygen 649377 | | 80 59 |
| 9-16 | DSAI 25027596 | | 182 90 |
| 9-12 | Gold Star IN9357788 | | 4 96 |
| 9-12 | R.L. Gruwell 077449 | | 33 10 |
| 9-17 | Standard Die 174823 | | 40 00 |
| | Billed 9-30-03 | $ | 2,768.58 |

892

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 8-10 | 103 | 2 | 34 00 | 1 | 4-21 | 152 | 1 | 14 75 | |
| | 132 | 4 | 71 00 | | | 163 | 6.75 | 94 50 | |
| 9- | | | | 105 00 | 25-35 | | | | 408.25 |
| 8-17 | 103 | 6 | 102 00 | 1 | Billed | | 9-30- | 9.30- | 9 3 |
| | 132 | 4 | 71 00 | 1 | 103 | 163 | .5 | 7 20 | |
| 9- | | | | 2/8 00 | 10-5 | | .5 | 7 00 | |
| 8-24 | 103 | 3 | 61 00 | 1 | 10-12 | 103 | 1 | 17 00 | |
| | 125 | 2 | 24 00 | 1 | | 116 | 18 | 207 00 | |
| | 132 | 4.25 | 113 16 | 1 | | 2 | 138 00 | |
| 25-35 | | | | 446 16 | 147 | 163 | 2.25 | 31 50 | |
| 8-31 | Billed | 8-31-03 | | 1 | 30-75 | | | | 409.50 |
| 8-31 | 103 | 1 | 17 00 | 17 00 | 10-19 | 103 | 5 | 85 00 | 1 |
| 9-7 | 140 | 8 | 160 00 | | | 116 | 28 | 322 00 | 1 |
| 9- | | | | 177 00 | | 119 | 6 | 120 00 | 1 |
| 9-14 | 152 | 4 | 59 00 | | | 125 | 16 | 192 00 | 1 |
| | 163 | 4.5 | 63 00 | | | 126 | 6.25 | 65 00 | 1 |
| 11-1 | | | | 249 00 | | 147 | 27.5 | 247 50 | 1 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |

1208-894

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9-9 | 25 | 1 | 2 | | | | | | |
| | 25 | 1.75 | 1 | | | | | | |
| 9-10 | 25 | 1 | 3 | | | | | | |
| | 25 | 2 | 2 | | | | | | |
| 9-76 | 25 | 1 | 1 | | | | | | |
| Billed 9-30-03 | | | | | | | | | |
| 10-10 | 25 | 6 | 5 | | | | | | |
| Billed 10-31-03 | | | | | | | | | |
| 12-05 | 25 | 1 | 6 | | | | | | |
| 12-16 | 25 | 1.25 | 6 | | | | | | |
| 2.25 | | | | | | | | | |
| Billed 01-31-04 | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

894
(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 8-3 | 103 | 2 | 34 00 | 1 | 4-8 | 151 | 1 | 18 00 | 1 |
|  |  |  |  | 34 00 |  | @ 11-2 |  | 9-30-03 | 744 75 |
| 4-7 | 101 | 2.75 | 33 00 | 2 | 4-28 | 103 | 4 | 68 00 | 4 |
|  | 101 | 2.75 | 33 00 | 2 |  | 126 | 5 | 53 50 | 4 |
|  | 101 | 2.5 | 43 00 | 3 |  |  |  |  | 710 50 |
|  | 103 | 1 | 17 00 | 1 | 4-9 |  |  |  |  |
|  | 156 | 8.5 | 170 00 |  | 10-5 | 101 | 3 | 24 00 | 4 |
|  | 156 | 1.5 | 45 00 |  |  | 101 | 2 | 34 00 | 5 |
|  |  |  |  | 347 00 |  | 103 | 8 | 34 00 | 4 |
| 21- |  |  |  |  |  | 103 | 2 | 34 00 | 5 |
| 4-14 | 101 | 4 | 48 00 | 1 | 17. |  |  |  | 236 50 |
|  | 101 | 3 | 36 00 | 2 | 10-12 | 103 | 1 | 17 00 | 4 |
|  | 102 | 6 | 102 00 | 3 |  | 103 | 1 | 17 00 | 5 |
|  | 103 | 1 | 17 00 | 2 |  | 132 | 4 | 71 00 | 5 |
|  | 103 | 1 | 17 00 | 3 |  | 132 | 3 | 53 25 | 4 |
|  | 132 | 2 | 35 50 | 1 |  | 145 | 2 | 18 50 | 5 |
|  | 145 | 3 | 27 75 | 2 |  | 145 | 3.25 | 45 09 | 5 |
|  | 145 | 2 | 18 50 | 3 | 31.25 |  |  |  | 458 34 |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 10-7 | Grainger | UNY-731833-5 | 15 46 |
|  | billed 10 31 03 |  | 25 46 |

(1)

895

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9-7 | 101 | 22.5 | 282 00 | 1 | 9-7 | 129 | 7.75 | 110 44 | A |
|  | 103 | 4 | 118 00 | 1 |  | 152 | 24 | 354 00 | A |
|  | 112 | 19 | 161 50 | 1 |  | 163 | 22.5 | 315 00 | A |
|  | 113 | 6 | 72 50 | 1 |  | 107 |  | 126 00 | 905 44 |
|  | 125 | 6 | 72 00 | 1 | 60.25 |  |  | 905 44 |  |
|  | 132 | 13 | 230 75 | 1 | Billed | 129 | 12-31 | 03 |  |
|  | 146 | 29 | 368 25 | 1 | 12-14 | 129 | 2 | 114 00 | A |
|  | 145 | 1 | 13 88 | 1 |  | 152 | 28 | 443 00 | A |
|  | 149 | 8.25 | 107 25 | 1 |  | 163 | 14 | 196 00 | A |
|  | 156 | 8 | 240 00 | 1 | 50. |  |  | 7 23 00 |  |
| 117.75 |  |  | 1,520.13 |  |  | Billed | 31.04 |  |  |
| 9-14 | 103 | 1 | 17 00 | 1 |  |  |  |  |  |
|  | 119 | 1 | 17 00 | 1 |  |  |  |  |  |
|  | 145 | 8 | 166 00 | 1 |  |  |  |  |  |
|  | 147 | 18 | 166 50 | 1 |  |  |  |  |  |
| 150.75 |  | 5 | 45 00 | 1 |  |  |  |  |  |
|  |  |  | 739.63 |  |  |  |  |  |  |
| Billed 9-30-63 |  |  |  |  |  |  |  |  |  |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| A 12-11 | Indiana Meth | 257889-T | 22 00 |
|  | Billed 31.04 |  | $ 22 00 |

1208-895



897

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| 9-31 | 217 | 28.75 | 460.00 | | | 184 | 12 | 108.00 | |
| | 28.75 | | | 430.50 | 36.5 | 5 | | | |
| | Billed 9-30-03 | | | | 2.8 | 6 | 72.00 | | |
| 10-12 | 104 | 1 | 12.00 | | | 101 | 4 | 48.00 | |
| | | | | | 135 | .5 | 7.50 | | |
| | | | | 12.00 | 129 | 1 | 12.00 | | |
| 10-19 | 101 | 16.5 | 198.00 | | 47 | 161 | | | 575.63 |
| | 101 | 9 | 162.00 | | 2.15 | 101 | 10 | 120.00 | |
| | 104 | 3 | 48.00 | | | 184 | 6 | 54.00 | |
| | 104 | 6 | 44.00 | | | 149 | 8 | 104.00 | |
| | 163 | 2 | 28.00 | | | | | | 853.03 |
| 37.5 | | | 549.00 | | 7.1 | Billed | | 2.20-04 | |
| | Billed 10-31-03 | | | | | | | | |
| | 112 | 40.8 | 460.00 | | | | | | |
| | 152 | 5 | 72.75 | | | | | | |
| 13. | | | 243.75 | | | | | | |
| | Billed 11-30-03 | | | | | | | | |
| 2-1 | 101 | 15.75 | 189.00 | | | | | | |
| | 101 | 7.75 | 139.50 | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 10-8 | Grainger | 362-369002-5 | 9.69 |
| 10-8 | Warren Plastics | 125541 | 153.60 |
| | Billed 10-31-03 | | 163.19 |
| 1-27 | Lowe's | 09263 | 41.59 |
| | Billed 1-31-04 | | 41.59 |

# UNIVERSAL
## TOOL & ENGINEERING CO., INC.
7601 E. 88th Place    Indianapolis, Indiana  46256
(317)  842-8999

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
P.O. BOX 1360
FLINT,  MI  48501-1360

**INVOICE #**        **25804**
Date                       December 31, 2003
Purchase Order #            JBB00302
Requisition #             DRD 661042
Our #                      see attached
Terms:  Net 10th & 25th

============================================================================

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|

============================================================================

TO COVER LABOR AND MATERIALS FOR BATTERY DEVELOPMENT
PER COST REIMBURSEMENT CONTRACT BA006 & EXHIBIT B.

ITEM 001:  GPR-JGB00302001
PLANT 1 LABOR:                    _____ Hrs. @    $27.72
  DOUBLETIME                      _____ Hrs @ 42.00

ITEM 002:  GPR-JGB00302002
PLANT 3 LABOR:            110.25 Hrs. @    $27.72              3,056.13
  DOUBLETIME                      _____ Hrs @ 42.00

ITEM 003:  GPR-JGB00302003
PLANT 3 MATERIAL: (SEE ATTACHED)        64,668.31
            Plus 15%                     9,700.25             74,368.56

*PAID $76,205.01*

*STILL OWE*
*$1,219.68*

**TOTAL**        $        **77,424.69** ✓

PARTIAL

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
 6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended.  All invioces must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

DETAIL SHEET FOR UNIVERSAL INVOICE#   25804   DBD661042/JGB00302

ITEM 001  GPR-JGB00302001          PLANT 1 LABOR
ITEM 002  GPR-JGB00302002          PLANT 3 LABOR
ITEM 003  GPR-JGB00302003          PLANT 3 MATERIALS

**(501)**          **PRODUCTION MAT'L FOR DEV. BATTERIES JEZE X3500**

PLANT 1 LABOR          _____ HRS. @   $27.72   =

PLANT 3 LABOR          _____ HRS. @   $27.72   =

PLANT 3 MATERIALS        14,523.11  +15%    2,178.47  =           16701.58

                                            TOTAL     16701.58 ✓

**(503)**          **LABOR OF DEVELOPMENT OF BATTERIES JEZE X3501**

PLANT 1 LABOR          _____ HRS. @   $27.72   =

PLANT 3 LABOR            18 HRS. @   $27.72   =                      498.96

PLANT 3 MATERIALS        50,000.00  +15%    7500.00  =          57,500.00

                                            TOTAL     57,998.96 ✓

**(505)**              **NEW BRUNSWICK 5000-1293**

PLANT 1 LABOR          _____ HRS. @   $27.72   =

PLANT 3 LABOR          _____ HRS. @   $27.72   =

PLANT 3 MATERIALS        _____  +15%    _____  =          _____

                                            TOTAL

**(506)**              **OLATHE  5000-1493**

PLANT 1 LABOR          _____ HRS. @   $27.72   =

PLANT 3 LABOR          _____ HRS. @   $27.72   =

PLANT 3 MATERIALS        _____  +15%    _____  =          _____

                                            TOTAL

**(507)**      **FITZGERALD  5000-2293**

PLANT 1 LABOR      _____ HRS. @    $27.72    =

PLANT 3 LABOR      45.25 HRS. @    $27.72    =                              1254.33

PLANT 3 MATERIALS      _____    +15%    _____ =      _____

                                                            TOTAL    1254.33 ✓

**(508)**      **ANAHEIM  5000-1393**

PLANT 1 LABOR      _____ HRS. @    $27.72    =

PLANT 3 LABOR      45 HRS. @    $27.72    =                              1247.40
                                                =
PLANT 3 MATERIALS      _____    +15%    _____ =      _____

                                                            TOTAL    1247.40 ✓

**(861)**      **CERTIFIED PACKAGING  JE 8390 09141**

PLANT 1 LABOR      _____ HRS. @    $27.72    =

PLANT 3 LABOR      2 HRS. @    $27.72    =                              55.44

PLANT 3 MATERIALS      145.20  +15%    21.78 =      166.98

                                                            TOTAL    222.42 ✓

DELCO P.O. #                    DRD-661042

                               OUR JOB #          501

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/22/03 | A T & T | | 25.31 |
| 11/19/03 | Lab Safety | 1003948087 | 137.19 |
| 11/17/03 | Mobile Storage | 1099673-043 | 145.20 |
| 11/22/03 | Occupational Health Services | 0135 | 1,894.06 |
| 11/10/03 | Perfecto Tool | 36519 | 1,250.00 |
| 11/20/03 | Quality Control | 033058 | 85.00 |
| 11/24/03 | RadioShack | 151571 | 12.68 |
| 11/30/03 | Indiana Oxygen | 864448 | 117.30 |
| 11/13/03 | Multi-Service | 1139772 | 71.95 |
| 11/30/03 | Sutton-Garten | 135188 | 297.00 |
| 11/30/03 | Cintas | | 1,345.89 |
| 12/03/03 | Community Health Services | 108613 | 2,988.00 |
| 12/02/03 | Culligan | | 90.92 |
| 12/01/03 | Grainger | 369-756336-3 | 146.25 |
| 12/01/03 | Grainger | 368-777788-2 | 87.75 |
| 12/02/03 | Grainger | 001-944309-2 | 419.80 |
| 12/03/03 | Kline's Quality Water | 424907 | 2.78 |
| 12/04/03 | Office Depot | | 2,010.21 |
| 12/04/03 | Office Depot | | 2,912.20 |
| 12/01/03 | Republic Waste | 1035091 | 86.20 |
| 12/05/03 | Sears | 8276 | 361.69 |
| 12/03/03 | Petty Cash | Mike's Car Wash | 10.00 |
| 12/12/03 | Petty Cash | Meijer | 23.30 |
| 10/29/03 | Petty Cash | Meijer | 2.43 |

                                                 $    14,523.11

DELCO P.O. #                    DRD-661042

                                OUR JOB #              503

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 12/31/03 | Misc | | $ 50,000.00 |

DELCO P.O. #                         DRD-661042

                                      OUR JOB #          861

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 11/17/03 | MOBILE STORAGE GROUP | 1099673-043 | 145.20 |

                                                        $       145.20

(195)

501

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 10-17 | CULLIGAN | 5454446 | 87 98 |
| 10-20 | GRAINGER | 369-065827-7 | 59 48 |
| 10-15 | KLINE'S QUAL WTR | 545229 | 42 40 |
| 10-19 | KLINE'S QUAL WTR | 545887 | 33 53 |
| | | # | 7129 45 |
| 10-22 | CINGULAR | | 25 32 |
| 10-27 | KLINE'S QUAL WTR | 546845 | 17 78 |
| 10-28 | NAPA | 108493 | 12 54 |
| 10-22 | UPS | | 64 00 |
| 10-28 | VAN'S ELECTRICAL SYS | 265581 | 23 57 |
| 10-31 | CINTAS | | 1581 84 |
| 11-2 | GRAINGER | 001-963859-2 | 59 67 |
| 11-2 | GRAINGER | 369-959371-5 | 101 31 |
| 10-31 | INDIANA OXYGEN | 757376 | 145 57 |

(196)

501

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 10-31 | REPUBLIC WASTE 1827110 |  | 124 86 |
| 11-1 | REPUBLIC WASTE 1837307 |  | 376 94 |
| 11-1 | HONEYWELL SECURITY 4267968 |  | 897 78 |
| 11-8 | REPUBLIC WASTE 1843949 |  | 234 34 |
| 10-31 | SUTTON-GARTEN 187542 |  | 319 61 |
| 11-21 | CLARK TIRE 1N00082705 |  | 19 50 |
| 11-10 | KLINE'S QUAL WTR 548971 |  | 20 03 |
| 11-15 | KLINES QUAL WTR 550242 |  | 42 40 |
| 11-14 | SHELL |  | 446 35 |
| 11-13 | SPRINT |  | 251 71 |
| 10-19 | STAPLES 597140200| |  | 175 95 |
| 11-19 | UPS |  | 64 00 |
| 11-22 | FIRST AID OF INDIANA 590817 |  | 193 10 |
| 11-17 | KLINE'S QUAL WTR 549793 |  | 21 53 |