# UNIVERSAL

## TOOL & ENGINEERING CO., INC.
7601 E. 88th Place   Indianapolis, Indiana  46256
(317)  842-8999

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING

P.O. BOX 1360
FLINT,  MI  48501-1360

| | |
|---|---|
| **INVOICE #** | **25978** |
| Date | October 31, 2005 |
| Purchase Order | JBB00302 |
| Requisition # | DRD 243699 |
| Our # | SEE ATTACHED |
| Terms:  Net 10th & 25th | |

===============================================================

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|

===============================================================

TO COVER LABOR AND MATERIALS FOR DEVELOPMENT OF
BATTERIES PER COST REIMBURSEMENT CONTRACT BA006 & EXHIBIT B.

| | | | |
|---|---|---|---|
| **ITEM 001:  GPR-JGB00302001** | | | |
| PLANT 1 LABOR: | 647.50 Hrs.@ | $27.72 | 17,948.70 |
| DOUBLETIME | Hrs.@ | $42.00 | |
| | | | |
| **ITEM 002:  GPR-JGB00302002** | | | |
| PLANT 3 LABOR | 2,772.75 Hrs.@ | $27.72 | 76,860.63 |
| DOUBLETIME | Hrs.@ | $42.00 | |
| | | | |
| **ITEM 003:  GPR-JGB00302003** | | | |
| PLANT 3 MATERIAL: (SEE ATTACHED) | 51,955.30 | | |
| Plus 15% | 7,793.29 | | 59,748.59 |

**TOTAL**         $         **154,557.92** ✓

PARTIAL

*PAID $147,919.66*

*STILL OWE*
*$6,638.26*

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections
6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States
Department of Labor issued under Section 14 thereof."
"Seller agrees, in connection with the production of the articles and/or the performance of the services
specified herein, to comply with the requirements of section 12 (a) of the Fair Labor Standards Act of 1938,
as amended.  All invoices must carry the following certificate in order to be passed for payment:
"Seller represents that with respect to the production of the articles and/or the performance of the services
covered by this invoice, it has fully complied with Section 12 (a) of the Fair Labor Standards Act of 1938, as amended."

DETAIL SHEET FOR UNIVERSAL INVOICE #          25978      DRD243699/JGB00302

> ITEM 001  GPR-JGB00302001          PLANT 1 LABOR
> ITEM 002  GPR-JGB00302002          PLANT 3 LABOR
> ITEM 003  GPR-JGB00302003          PLANT 3 MATERIALS

**(679)**          **BUILDING "7" CHARGES  JE8390 09306**

| | | | | | |
|---|---|---|---|---|---|
| PLANT 1 LABOR | _____ | HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | 20.0 | HRS. @ | $27.72 | = | 554.40 |
| PLANT 3 MATERIALS | | +15% | _____ | = | _____ |

                                                    TOTAL      554.40 ✓

**(884)**          **N.B. X-MET SPARE PARTS JB 7000 01253 05000**

| | | | | | |
|---|---|---|---|---|---|
| PLANT 1 LABOR | _____ | HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | _____ | HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | | +15% | _____ | = | _____ |

                                                    TOTAL

**(892)**          **ROUNDED CORNER PLATES  JEZE K3159**

| | | | | | |
|---|---|---|---|---|---|
| PLANT 1 LABOR | _____ | HRS. @ | $27.72 | = | |
| Previously billed | (175.75) | HRS. @ | $27.72 | | |
| PLANT 3 LABOR | _____ | HRS. @ | $27.72 | | |
| Balance remaining | (175.75) | | | | |
| PLANT 3 MATERIALS | | +15% | _____ | = | _____ |

                                                    TOTAL        *

**(898)**          **CA-LE CUSTOMER SAMPLES  JEZE K3171**

| | | | | | |
|---|---|---|---|---|---|
| PLANT 1 LABOR | _____ | HRS. @ | $27.72 | = | |
| Previously billed | | HRS. @ | $27.72 | | |
| PLANT 3 LABOR | _____ | HRS. @ | $27.72 | | |
| Balance remaining | (289.25) | | | | |
| PLANT 3 MATERIALS | | +15% | _____ | = | _____ |

                                                    TOTAL        *

**(905)**          **GMT 900 CAST  JEZE K3172**

| | | | | | | |
|---|---|---|---|---|---|---|
| PLANT 1 LABOR | | HRS. @ | $27.72 | = | | |
| Previously billed | | | | | | |
| PLANT 3 LABOR | | HRS. @ | $27.72 | | | |
| Balance remaining | (223.75) | HRS. @ | $27.72 | | | |
| PLANT 3 MATERIALS | | | +15% | | = | |

                                                    TOTAL        *

**924)**     **CONVERSION TO PILOT DIE  JEZE X3500**
              **TEST CASE  JEZE X3501**

| | | | | | | |
|---|---|---|---|---|---|---|
| PLANT 1 LABOR | | HRS. @ | $27.72 | = | | |
| PLANT 3 LABOR | 139.00 | HRS. @ | $27.72 | = | | 3,853.08 |
| PLANT 3 MATERIALS | | | +15% | | = | |

                                                    TOTAL        3,853.08

**(934)**          **REBUILD EXPANDER DIES  JF 7000 02293**

| | | | | | | |
|---|---|---|---|---|---|---|
| PLANT 1 LABOR | | HRS. @ | $27.72 | = | | |
| PLANT 3 LABOR | | HRS. @ | $27.72 | = | | |
| PLANT 3 MATERIALS | | | +15% | | = | |

                                                    TOTAL

**(938)**          **GMT 900  650021615**

| | | | | | | |
|---|---|---|---|---|---|---|
| PLANT 1 LABOR | | HRS. @ | $27.72 | = | | |
| PLANT 3 LABOR | | HRS. @ | $27.72 | = | | |
| PLANT 3 MATERIALS | | | +15% | | = | |

                                                    TOTAL

**(951)**          **LUG ALIGN STATION 630013994**

| | | | | | | |
|---|---|---|---|---|---|---|
| PLANT 1 LABOR | | HRS. @ | $27.72 | = | | |
| PLANT 3 LABOR | 25.25 | HRS. @ | $27.72 | = | | 699.93 |
| PLANT 3 MATERIALS | | | +15% | | = | |

                                                    TOTAL        699.93

**(952)**          **C.O.S. ARM MODIFICATIONS 630013994**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | 86.00 / HRS. @ | $27.72 | = | 2,383.92 |
| PLANT 3 MATERIALS | 83.43  +15% | 12.51 = | | 95.94 |
| | | | TOTAL | 2,479.86 ✓ |

**(953)**          **630013994  LUG ALIGN STATION MODIFICATIONS**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | 124.75 / HRS. @ | $27.72 | = | 3,458.07 |
| PLANT 3 MATERIALS | _____ +15% | _____ = | | _____ |
| | | | TOTAL | 3,458.07 ✓ |

**(955)**          **630013987  NEW BRUNSWICK REBUILD**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | _____ +15% | _____ = | | _____ |
| | | | TOTAL | |

**(965)**          **650018566 N.B. DR3 MAIN LINE CONVEYOR**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | _____ +15% | _____ = | | _____ |
| | | | TOTAL | |

**(968)**          **600022024 ROBOT GUARDING**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | _____ HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | _____ +15% | _____ = | | _____ |
| | | | TOTAL | |

**(970)**          **DR3 MATERIALS  630017430**

PLANT 1 LABOR _____ HRS. @    $27.72    =

PLANT 3 LABOR    57.75 / HRS. @    $27.72    =                                      1,600.83

PLANT 3 MATERIALS              416.71    +15%          62.51 =                      479.22

                                                              TOTAL      2,080.05 ✓

**(979)**          **630017430 DR3 REJECT**

PLANT 1 LABOR _____ HRS. @    $27.72    =

PLANT 3 LABOR _____ HRS. @    $27.72    =

PLANT 3 MATERIALS _____    +15%    _____ =        _____

                                                              TOTAL

**(983)**          **650020580 SAUDI REBUILD X-MET LINE**

PLANT 1 LABOR    69.5 / HRS. @    $27.72    =                                      1,926.54

PLANT 3 LABOR    977.3 / HRS. @    $27.72    =                                      27,089.37

PLANT 3 MATERIALS      12,582.09 / +15%      1887.31 =                      14,469.40

                                                              TOTAL      43,485.31 ✓

**(986)**          **650020580 RE-BUILD T/T SPIN LINE**

PLANT 1 LABOR _____ HRS. @    $27.72    =

PLANT 3 LABOR _____ HRS. @    $27.72    =

PLANT 3 MATERIALS      7,950.00    +15%      1192.50 =                      9,142.50

                                                              TOTAL      9,142.50 ✓

**(987)**          **630017431 ROBOT GRIPPER REBUILD**

PLANT 1 LABOR _____ HRS. @    $27.72    =

PLANT 3 LABOR _____ HRS. @    $27.72    =

PLANT 3 MATERIALS _____    +15%    _____ =        _____

                                                              TOTAL

**(989)**          **630013987 REBUILD (5) COIN PRESSES FOR N.B.**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | 344.75 HRS. @ | $27.72 | = | 9,556.47 |
| PLANT 3 LABOR | 1340.75 HRS. @ | $27.72 | = | 37,165.59 |
| PLANT 3 MATERIALS | 25,076.33 +15% | 3761.45 = | | 28,837.78 |
| | | | TOTAL | 75,559.84 |

**(995)**          **COIN PRESS DIES  610030808**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | 233.25 HRS. @ | $27.72 | = | 6,465.69 |
| PLANT 3 LABOR | HRS. @ | $27.72 | = | |
| PLANT 3 MATERIALS | 4,413.42 +15% | 662.01 = | | 5,075.43 |
| | | | TOTAL | 11,541.12 |

**(996)**          **REBUILD EXPANDER DIES 650020580**

| | | | | |
|---|---|---|---|---|
| PLANT 1 LABOR | HRS. @ | $27.72 | = | |
| PLANT 3 LABOR | 2.00 HRS. @ | $27.72 | = | 55.44 |
| PLANT 3 MATERIALS | 1,433.32 +15% | 215.00 = | | 1,648.32 |
| | | | TOTAL | 1,703.76 |

DRD-243699                    October 2005

OUR JOB #              952

| Date | Company | Invoice # | | Amount |
|------|---------|-----------|---|--------|
| 10/19/05 | Alro Steel Corporation | FJS4003IN | $ | 83.43 |

DRD-243699                    October 2005

OUR JOB #              970

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/23/05 | Applied Industrial Technologies | 18340487 | 374.71 |
| 10/07/05 | Indiana Metal Treating | 275046-1 | 42.00 |
| | | | $ 416.71 |

DRD-243699                    October 2005

OUR JOB #              983

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/26/05 | Alro Steel Corp. | FIZ3800IN | 165.81 |
| 09/27/05 | Alro Steel Corp. | FI13927IN | 180.80 |
| 09/28/05 | Alro Steel Corp. | FI23723IN | 187.55 |
| 09/29/05 | Alro Steel Corp. | FI33624MS | 95.20 |
| 09/26/05 | Applied Industrial Tech. | 18340511 | 37.81 |
| 09/26/05 | Applied Industrial Tech. | 18340524 | 75.43 |
| 09/27/05 | Aubum Plastics | 134664 | 50.76 |
| 09/29/05 | Grainger | 369-514601-3 | 10.69 |
| 09/29/05 | Indiana Metal Treating | 274727-1 | 1,193.25 |
| 09/29/05 | Indiana Metal Treating | 274742-1 | 252.00 |
| 09/29/05 | Indiana Metal Treating | 274833-1 | 42.00 |
| 09/29/05 | Indiana Metal Treating | 274897-1 | 252.00 |
| 09/30/05 | Lowe's | 09287 | .91 |
| 09/23/05 | McMaster-Carr Supply | 30000219 | 46.59 |
| 09/26/05 | McMaster-Carr Supply | 30090445 | 21.08 |
| 10/05/05 | NAPA | 105824 | 42.98 |
| 09/16/05 | Newton Oil | 001734 | 818.45 |
| 09/30/05 | Applied Industrial Tech. | | 17.89 |
| 09/27/05 | Butler Tool | 3026 | 555.00 |
| 09/30/05 | Grainger | 369-634504-4 | 56.28 |
| 09/15/05 | NAPA | 103624 | 5.88 |
| 10/07/05 | Alro Steel Corp. | FJG3720IN | 333.38 |
| 10/04/05 | Applied Industrial Tech. | 18340966 | 90.35 |
| 09/21/05 | D & V Precision Sheet Metal | 60010 | 885.00 |
| 09/21/05 | D & V Precision Sheet Metal | 59943 | 6,500.00 |
| 10/07/05 | Indiana Metal Treating | 275145-1 | 42.00 |
| 10/07/05 | Indiana Metal Treating | 275123-1 | 66.00 |
| 10/07/05 | Indiana Metal Treating | 275096-1 | 42.00 |
| 10/07/05 | Indiana Metal Treating | 275023-1 | 42.00 |
| 10/07/05 | Indiana Metal Treating | 274898-1 | 42.00 |
| 10/13/05 | Shell | | 44.00 |
| 10/18/05 | El Tek of Indiana | 14158 | 387.00 |

$    12,582.09

DRD-243699                  October 2005

OUR JOB #              986

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 09/21/05 | D & V Precision Sheet | 59855 | $ 7,950.00 |

DRD-243699                October 2005

OUR JOB #              989

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 10/07/05 | Alro Steel Corp. | FJG3720IN | 1,426.91 |
| 10/10/05 | Alro Steel Corp. | FJJ3697PV | 1,491.30 |
| 10/10/05 | Alro Steel Corp. | FJJ3699IN | 160.73 |
| 10/12/05 | Alro Steel Corp. | FJL3859IN | 167.91 |
| 10/12/05 | McMaster-Carr Supply | 31086032 | 84.19 |
| 10/10/05 | McMaster-Carr Supply | 30932499 | 42.65 |
| 10/14/05 | Newton Oil | 001770 | 398.52 |
| 10/14/05 | Sentinel Fluid Controls | 688229-001 | 1,779.56 |
| 10/13/05 | Rollie Williams Paint Spot | P1219666 | 120.36 |
| 10/18/05 | Alro Steel Corp. | FJR3875PV | 93.78 |
| 10/18/05 | Alro Steel Corp. | FJR3874K@ | 17.56 |
| 10/18/05 | Alro Steel Corp. | FJR3873IN | 402.60 |
| 10/19/05 | Alro Steel Corp. | FJS4004IN | 203.22 |
| 10/19/05 | Alro Steel Corp. | FJS4002J2 | 1,589.10 |
| 10/17/05 | Applied Industrial Tech. | 18341597 | 2,653.41 |
| 10/19/05 | Applied Industrial Tech. | 18341762 | 183.00 |
| 10/19/05 | Applied Industrial Tech. | 18341766 | 473.35 |
| 10/20/05 | George E. Booth Co., Inc | 00082729 | 394.24 |
| 10/14/05 | Grainger | 369-590615-0 | 90.08 |
| 10/17/05 | Grainger | 369-756088-0 | 70.25 |
| 10/19/05 | R.L. Guimont Co. | 114925 | 433.10 |
| 10/20/05 | Indiana Metal Treating | 275404-1 | 42.00 |
| 10/20/05 | J & F Distributing | 249808 | 93.00 |
| 10/21/2005 | Kirby Risk Supply | S101923180.001 | 2,766.08 |
| 10/18/05 | McMaster-Carr Supply | 31418321 | 181.14 |
| 10/18/05 | McMaster-Carr Supply | 31428844 | 76.41 |
| 10/20/05 | McMaster-Carr Supply | 31589382 | 69.54 |
| 10/18/05 | Minister Machine | 00181079 | 9,267.00 |
| 10/20/05 | Sidener Engineering | 218833-001 | 305.34 |

$      25,076.33

DRD-243699                    October 2005

OUR JOB #                995

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 10/17/05 | Ace Supply Inc. | 1302243-02 | 2,832.19 |
| 10/17/05 | Ace Supply Inc. | 1302243-01 | 544.53 |
| 10/17/05 | Ace Supply Inc. | 1302243-03 | 33.32 |
| 10/10/05 | Alro Steel Corporation | FJJ3698IN | 1,003.38 |
| | | | $  4,413.42 |

DRD-243699          October 2005

OUR JOB #          996

| Date | Company | Invoice # | Amount |
|------|---------|-----------|--------|
| 10/17/05 | Dependable Sandblast | 05-2314 | 144.00 |
| 10/19/05 | Grainger | 369-922678-7 | 8.10 |
| 10/20/05 | Imagineering Finishing | 13213 | 645.00 |
| 10/20/05 | Indiana Metal Treating | 275474-1 | 632.75 |
| 10/19/05 | Kirby Risk Supply | S101919268.001 | 3.47 |
|  |  |  | $ 1,433.32 |

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-18 | 159 | 40 | 880 | 00 | | | 11-13 | 159 | 30 | 660 | 00 | | |
|  | 159 | 6 | 198 | 00 | | | 30. | | | | | 660 | 00 |
| 127. | | | | | 2959 | 00 | | Billed 11-30-05 | | | | | |
| 9-25 | 159 | 40 | 880 | 00 | | | 12-4 | 159 | 14 | 308 | 00 | | |
|  | 159 | 6 | 198 | 00 | | | 14. | | | | | 308 | 00 |
| 173. | | | | | 4087 | 00 | | 12-11 | 159 | 4 | 88 | 00 | |
|  | Billed 9 30-05 | | | | | | 18. | | | | | 396 | 00 |
| 10-2 | 159 | 20 | 440 | 00 | | | | Billed 12-15-05 | | | | | |
| 20. | | | | | 440 | 00 | 1-22 | 159 | 13 | 286 | 00 | | |
| 10-9 | 159 | 40 | 880 | 00 | | | 13. | | | | | 286 | 00 |
| 60. | | | | | 1320 | 00 | | Billed 01-31-06 | | | | | |
| 10-16 | 159 | 34 | 748 | 00 | | | | | | | | | |
| 94. | | | | | 2068 | 00 | | | | | | | |
| 10-23 | 159 | 30 | 660 | 00 | | | | | | | | | |
| 124. | | | | | 2728 | 00 | | | | | | | |
| 10-30 | 159 | 15 | 330 | 00 | | | | | | | | | |
| 139. | | | | | 3058 | 00 | | | | | | | |
|  | Billed 10-31-05 | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

(5)

## 951
### LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 7-3 | 122 | 10 | 120 00 | | | 149 | 8 | 104 00 | |
| | 132 | 5 | 88 75 | | | | 25.25 | | 363.13 |
| | 149 | 5 | 65 00 | | | E.11.J. | | | |
| 20. | | | 273.75 | | 11-6 | 101 | 6 | 72 00 | |
| Billed 7-31-05 | | | | | | 104 | 4 | 64 00 | |
| 8-14 | 101 | 3 | 36 00 | | | 132 | 17 | 301 75 | |
| 3. | | | 36 00 | | 27. | | | | 437.75 |
| 8-28 | 109 | 8 | 112 00 | | 11-13 | 132 | 3 | 53 25 | |
| | 145 | 12 | 111 00 | | | 149 | 3 | 39 00 | |
| 23. | | | 259 00 | | 33. | | | | 530 00 |
| Billed 8-31-05 | | | | | 11-20 | 104 | 11 | 176 00 | |
| 9-18 | 132 | 4 | 106 50 | | 44. | | | | 706 00 |
| 4. | | | 106 50 | | 11-27 | 104 | 11 | 176 00 | |
| Billed 9-22-05 | | | | | | 124 | 4 | 36 00 | |
| 10-23 | 129 | 10.5 | 149 63 B | | | 132 | 5 | 98 75 | |
| 10.5 | | | 149.63 | | | 145 | 10 | 92 50 | |
| 10-30 | 109 | 2.75 | 38 50 | | | 149 | 5 | 65 00 | |
| | 132 | 4 | 71 00 | | 79. | | | | 1164.25 |

### MATERIAL E 11-30-05

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 3-10 | D+V Precision | 59063 | 485 00 |
| 3-18 | D+V Precision | 59110 | 275 00 |
| | Billed 3-31-05 | | $ 969 39 |
| 3-24 | Wurth/Service | 25074768-01 | 61 72 |
| | Billed 4-30-05 | | $ 61 72 |
| 5-5 | McMaster-Carr | 22500862 | 59 16 |
| 5-10 | Ameripak | 12078 | 51 25 |
| 5-25 | McMaster-Carr | 23626796 | 27 08 |
| 5-23 | Neff Engineering | 12569090 | 180 96 |
| 5-26 | Neff Engineering | 12569377 | 477 49 |
| 5-26 | Neff Engineering | 12569378 | 98 48 |
| 5-20 | Sentinel Fluid | 67604-00 | 136 24 |
| | Billed 5-31-05 | | $1,030 66 |
| 5-28 | Dependable Sandblast | 05-1178 | 100 00 |

(9)

952

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 132 | 13 | 230 75 | | | 149 | 8.25 | 107 25 | |
| | 132 | 8 | 213 00 | | 48. | | | | 703.47 |
| | 143 | 8 | 118 00 | C | 2 ill.. | 2 | 7-20-05 | | |
| | 145 | 14 | 129 50 | | 10-14 | 104 | 36 | 576 00 | |
| | 149 | 16 | 208 00 | | | 124 | 16 | 144 00 | |
| | 152 | 6 | 88 50 | C | | 132 | 4 | 71 00 | |
| | 163 | 6 | 84 00 | C | | 152 | 8 | 118 00 | C |
| 197 | 25 | | 3218.76 | | | 163 | 7 | 98 00 | D |
| Billed | 8 | 21.05 | | | 71 | 0 | | 1007.00 | |
| 9.4 | 101 | 13 | 156 00 | | 10-30 | 109 | 4 | 56 00 | |
| | 143 | 2 | 27 50 | B | | 132 | 3 | 53 25 | |
| 25. | 0 | | 185.50 | | | 149 | 8 | 104 00 | |
| 9-18 | 109 | 4 | 56 00 | | 86. | 0 | | 1220. | 25 |
| | 132 | 9 | 159 75 | | Billed | 12-31-05 | | | |
| | 132 | 1.75 | 46 59 | | 11-6 | 101 | 6 | 72 00 | |
| | 149 | 8 | 104 00 | | | 109 | 29.75 | 416 50 | |
| 37.75 | | | 551.84 | | 35.75 | | | 488.50 | |
| 9-25 | 132 | 2.5 | 44 28 | | 11-13 | 104 | 11 | 176 00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 3-30 | Sheats Supply | 115989-01 | 56 51 |
| 3-24 | Wurth Service | 25073240-05 | 5 01 |
| 3-24 | Wurth Service | 25074768-01 | 61 72 |
| 3-30 | Ace Supply | 1297253-01 | 85 82 |
| 4-8 | Grainger | 369.410826-1 | 57 06 |
| D 3-31 | Indiana Metal | 270250-1 | 45 00 |
| D 3-31 | Indiana Metal | 270251-1 | 42 00 |
| 4-4 | ACE SUPPLY INC | 1297359-01 | 36 43 |
| 4-7 | ACE SUPPLY INC | 1297359-02 | 27 29 |
| | Billed 4-30-05 | | $ 723 42 |
| D 5-4 | AIRO Steel | FED 3818 IN | 130 41 |
| D 5-4 | AIRO Steel | FED 3819 TL | 110 45 |
| 5-6 | Dependable Sandblast | 05-0984 | 270 00 |
| D 5-6 | Indiana Metal | 271349-1 | $ 45 00 |

(5)

953

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 104 | 32 | 512 | 00 | | | 12-4 | 101 | 13 | 156 | 00 | | |
| | 109 | 4 | 56 | 00 | | | | 149 | 8.5 | 110 | 50 | | |
| | 132 | 4 | 71 | 00 | | | 21.5 | | | | | 266 | 50 |
| | 149 | 2.75 | 35 | 75 | | | 12-11 | 101 | 4.75 | 57 | 00 | | |
| 95.75 | | | 1310 | 75 | | | 26.25 | | | | | 323 | 50 |
| 10-30 | 104 | 22.25 | 356 | 00 | | | | Billed 12-31-05 | | | | | |
| | 109 | 2.75 | 38 | 50 | | | 12-18 | 101 | 11.25 | 135 | 00 | | |
| | 129 | 1 | 14 | 25 | | | 11.25 | | | | | 135 | 00 |
| | 132 | 3 | 53 | 25 | | | 12-25 | 101 | 13 | 156 | 00 | | |
| 124.75 | | | 1772 | 75 | | | | 104 | 10 | 160 | 00 | | |
| | Billed 10-31-05 | | | | | | 34.25 | | | | | 451 | 00 |
| 11-6 | 101 | 6 | 72 | 00 | | | 1-8 | 101 | 3 | 36 | 00 | | |
| | 104 | 8 | 128 | 00 | | | | 104 | 4 | 64 | 00 | | |
| 14.0 | | | 200 | 00 | | | 41.75 | | | | | 551 | 00 |
| 11-13 | 132 | 4 | 71 | 00 | | | | Billed 01-31-06 | | | | | |
| | 149 | 5 | 125 | 00 | | | | | | | | | |
| 23.0 | | | 336 | 00 | | | | | | | | | |
| | Billed 11-30-05 | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 5-26 | Neff Engineering | 13569378 | 98 | 45 |
| | Billed 5-31-05 | | $1,058.96 | |
| 5-28 | Dependable Sandblast | 05-1178 | 100 | 00 |
| 6-2 | Grainger | 369-19770 2-3 | 2 | 97 |
| 6-2 | Wurth/Service Supply | 2507643 3-02 | 17 | 89 |
| 6-8 | Applied Industrial | 18335313 | 70 | 04 |
| 6-9 | Bearing Headquarters | 987113 | 106 | 67 |
| 6-1 | Grainger | 369-14124-7 | 5 | 94 |
| 6-14 | McMaster-Carr | 24547480 | 22 | 29 |
| | Billed 6-30-05 | | $325.80 | |
| 10-25 | J & F Distributing | 250019 | 21 | 40 X |
| 10-24 | McMaster-Carr | 31709239 | 365 | 45 X |
| 11-2 | Grainger | 001-963858-4 | 50 | 40 X |
| 11-2 | NAPA | 109130 | 25 | 95 |

970

(2)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 152 | 11 | 162 | 25 | D | | 10-30 | 143 | 8 | 118 | 00 | E | |
| | 163 | 10 | 140 | 00 | D | | | 152 | 4 | 59 | 00 | E | |
| 39.25 | | | | | 570.97 | | | 163 | 15 | 210 | 00 | E | |
| 9-11 | 143 | 20.5 | 302 | 38 | D | | 57.75 | | | | | 886. | 07 |
| | 152 | 3 | 44 | 25 | D | | | Billed 10-31-05 | | | | | | |
| | 163 | 32 | 448 | 00 | D | | 1-6 | 163 | 11 | 154 | 00 | E | |
| 94.75 | | | | | 1365 | 20 | 11 0 | | | | | 154 | 00 |
| 9-18 | 163 | 2 | 28 | 00 | D | | 11-13 | 163 | 6 | 126 | 00 | E | |
| 96.75 | | | | | 1393 | 20 | 17 0 | | | | | 280 | 00 |
| 9-25 | 129 | 8 | 114 | 00 | D | | | Billed 11-30-05 | | | | | | |
| 104.75 | | | | | 1507 | 20 | 12-11 | 132 | 4.5 | 79 | 88 | | |
| | 11-3 0 5 | | | | | | | 149 | 4 | 52 | 00 | | |
| 10-2 | 129 | 8.75 | 124 | 69 | D | | 8.5 | | | | | 131 | 88 |
| | 143 | 4.5 | 66 | 38 | D | | | Billed 1-15-06 | | | | | | |
| | 152 | 4 | 59 | 00 | D | | 12-25 | 132 | 9 | 159 | 75 | | |
| | 163 | 4 | 56 | 00 | D | | | 149 | 7 | 91 | 00 | | |
| 21.25 | | | | | 306 | 07 | 16 0 | | | | | 250 | 75 |
| 10-23 | 163 | 9.5 | 133 | 00 | E | | 1-15 | 104 | 8 | 128 | 00 | | |
| 30.75 | | | | | 439.07 | | Billed 1-31-06 | | | | | 378.75 | |

MATERIAL 24.0

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 9-23 | APPLIED INDUSTRIAL TECH    18340487 | | 374 | 71 |
| 10-7 | INDIANA METAL    275046-1 | | 42 | 00 |
| | Billed 10-31-05 | | 416 | 71 |
| 11-9 | IMAGINEERING FINISHING    13300 | | 90 | 00 |
| | Billed 11-30-05 | | 90 | 00 |
| 1-9 | ALRO STEEL    GAI 3742CB | | 54 | 95 |
| 1-10 | ALRO STEEL    GAJ 3861 IN | | 75 | 42 |
| 1-10 | INDIANA OXYGEN    238608 | | 104 | 00 |
| | Billed 01-31-06 | | 234 | 37 |
| 2-3 | Indiana Metal    277377-1 | | 60 | 00 |
| | Billed 2-28-06 | | 60 | 00 |

(20)

*1208-983*

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-19 | 11 | 7 | | | | | 10-3 | 11 | 6 | | | | |
| | 15 | 8 | | | | | | 15 | 8 | | | | |
| 9-20 | 11 | 8 | | | | | | 28 | 1 | | | | |
| | 15 | 8 | | | | | 10-4 | 11 | 6 | | | | |
| 9-21 | 11 | 7 | | | | | | 28 | 5 | | | | |
| | 38 | 4 | | | | 57.5 | | | | | | | |
| 9-22 | 11 | 8 | | | | | 10-10 | 15 | 8 | | | | |
| 9-23 | 11 | 4 | | | | | | 38 | 4 | | | | |
| 23.5 | | | | | | 69.5 | | | | | | | |
| | 11-d | 9-30-05 | | | | | Billed | | 10-31-05 | | | | |
| 9-26 | 15 | 8 | | | | | 12-14 | 21 | 8 | | | | |
| 9-27 | 11 | 1 | | | | | 12-15 | 21 | 8 | | | | |
| | 28 | 1 | | | | | 12-16 | 21 | 2 | | | | |
| 9-29 | 11 | 6 | | | | | | 21 | 7.5 | | | | |
| | 28 | 4 | | | | | 25.5 | | | | | | |
| | 38 | 3 | | | | | 12-19 | 21 | 6.75 | | | | |
| 9-30 | 8 | 2.5 | | | | | 32.25 | | | | | | |
| | 11 | 6 | | | | | 1-10 | 20 | 4.5 | | | | |
| 31.5 | | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

983

(47)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| 10-4 | APPLIED INDUSTRIAL TECH | 1834 5966 | 90 35 |
| 9-21 | D & V PRECISION SHEET METAL | 60010 | 885 00 |
| 9-21 | D & V PRECISION SHEET METAL | 59943 | 6500 00 |
| 10-7 | INDIANA METAL TRTNG | 275145-1 | 42 00 |
| 10-7 | INDIANA METAL TRTNG | 275123-1 | 66 00 |
| 10-7 | INDIANA METAL TRTNG | 275096-1 | 42 00 |
| 10-7 | INDIANA METAL TRTNG | 275023-1 | 42 00 |
| 10-7 | INDIANA METAL TRTNG | 274898-1 | 42 00 |
| 10-13 | SHELL | | 44 00 |
| 10-18 | EL TEK OF INDIANA | 14158 | 387 00 |
| | Billed 10-31-05 | | 13,582 09 |
| 9-21 | SEARS | T989956 | 13 22 |
| | Billed 11-30-05 | | 13 22 |
| 12-22 | IMAGINEERING FINISHING | 18516 | 173 00 |

(2)

*1201— 989*

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | 28 | 10 | | B | | 11 | 6 | | |
| 208 | 25 | | | | 10-29 | 21 | 2.5 | | B |
| 10-24 | 8 | 8 | | B | | 21 | 5 | | E |
| | 15 | 8 | | | | 28 | 10 | | E |
| | 21 | 9.5 | | B | 344.75 | | | | |
| 10-25 | 8 | 10 | | B | | 31 11 310 05 | | | |
| | 11 | 3 | | | 10-31 | 8 | 9.75 | | B |
| | 15 | 8 | | | | 11 | 6 | | |
| | 21 | 6.5 | | B | | 15 | 8 | | |
| 10-26 | 11 | 6 | | | | 21 | 8.5 | | B |
| | 21 | 3.5 | | B | | 28 | 10 | | B |
| | 28 | 9 | | B | 11-1 | 8 | 10 | | B |
| 10-27 | 8 | 10 | | B | | 11 | 6 | | |
| | 11 | 6 | | | | 15 | 8 | | |
| | 21 | 9.5 | | B | | 20 | 1 | | A |
| | 28 | 4 | | B | | 21 | 1 | | B |
| | 38 | 2 | | | | 28 | 10 | | B |
| 10-28 | 8 | 10 | | B | 11-2 | 8 | 5.75 | | B |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**LABOR**

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-9 | 129 | 7.75 | 112 | 44 | | | | 163 | 29 | 401 | 00 | A | |
| | 140 | 16 | 320 | 00 | | | 4/5.5 | | | | | 12 52 | 01 |
| | 155 | 12 | 240 | 00 | | | 10-23 | 101 | 34.75 | 417 | 00 | | |
| | 163 | 8 | 112 | 00 | A | | | 104 | 7 | 112 | 00 | | |
| 43.75 | | | 782 | 44 | | | | | | 48 | 00 | | |
| 10-16 | 101 | 24 | 337 | 00 | | | | 109 | 34.5 | 483 | 00 | | |
| | 104 | 4 | 64 | 25 | | | | 122 | 39.25 | 471 | 00 | | |
| | 109 | 40 | 560 | 00 | | | | 124 | 32 | 288 | 00 | | |
| | 122 | 32 | 32- | 00 | | | | 129 | 27.5 | 391 | 87 | A | |
| | 124 | 8 | 72 | 00 | | | | 132 | 32 | 568 | 00 | | |
| | 129 | 37.25 | 530 | 81 | | | | 140 | 40 | 800 | 00 | | |
| | 132 | 36 | 639 | 00 | | | | 143 | 40 | 510 | 00 | A | |
| | 133 | | 133 | 13 | | | | 145 | 40 | 270 | 00 | | |
| | 140 | 38.5 | 770 | 00 | | | | 149 | 35 | 485 | 00 | | |
| | 143 | 7.5 | 110 | 63 | | | | 152 | 40 | 590 | 00 | A | |
| | 145 | 40 | 270 | 00 | | | | 155 | 37 | 740 | 00 | | |
| | 152 | 32 | 472 | 00 | A | | | 163 | 30.5 | 427 | 00 | A | |
| | 155 | 38.5 | 770 | 00 | | | 8771.0 | | | 13102 | 33 | | |

**MATERIAL**

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 10-7 | ALRO STEEL CORP | FJG 3720 IN | 1426 | 91 |
| 10-10 | ALRO STEEL CORP | FJJ3697 PV | 1491 | 30 |
| 10-10 | ALRO STEEL CORP | FJJ3699 IN | 160 | 73 |
| 10-12 | ALRO STEEL CORP | FJL 3859 IN | 167 | 91 |
| 10-12 | McMASTER-CARR | 31086032 | 84 | 19 |
| 10-10 | McMASTER-CARR | 30932499 | 42 | 65 |
| 10-14 | NEWTON OIL | 001770 | 398 | 52 |
| 10-14 | SENTINEL FLUID CONTROLS | 688229-001 | 1779 | 56 |
| 10-13 | ROLLIE WILLIAMS PAINT SPOT | P1219666 | 120 | 36 |
| 10-18 | ALRO STEEL CORP | FJR3875PV | 93 | 78 |
| 10-18 | ALRO STEEL CORP | FJR3874 K@ | 17 | 56 |
| 10-18 | ALRO STEEL CORP | FJR3873 IN | 402 | 60 |
| 10-19 | ALRO STEEL CORP | FJS4004IN | 203 | 22 |
| 10-19 | ALRO STEEL CORP | FJS4002 J2 | 1589 | 10 |

## LABOR

| MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | 37 | 444.00 | | | | 11-6 | 101 | 22 | 264.00 | | |
| 104 | 16.75 | 268.00 | | | | | 104 | 28 | 448.00 | | |
| | | 6.00 | | | | | | | 4.00 | | |
| 109 | 22 | 200.00 | | | | | 122 | 40 | 430.00 | | |
| 122 | 40 | 280.00 | | | | | 124 | 24 | 26.00 | | |
| 124 | 40 | 260.00 | | | | | 129 | 20.5 | 292.16 | A | |
| 129 | 31.75 | 455.41 | A | | | | 132 | 23 | 4.?.25 | | |
| 129 | 5.25 | ?.81 | I | | | | | | 133.13 | | |
| 132 | 30 | 782.60 | | | | | 140 | 40 | 800.00 | | |
| | | 132.13 | | | | | 145 | 39 | 260.75 | | |
| 140 | 40 | 800.00 | | | | | 149 | 40 | 520.00 | | |
| 143 | 24 | ?.00 | A | | | | 152 | 31 | 467.25 | A | |
| 145 | 40 | 270.00 | | | | | 155 | 40 | 800.00 | | |
| 149 | 23.75 | 208.75 | | | | | 163 | 19 | 266.00 | A | |
| 152 | 33 | 486.75 | A | | | 372.5 | | | | | 5493.50 |
| 155 | 40 | 800.00 | | | | 11-13 | 101 | 28 | 336.00 | | |
| 163 | 25 | 350.00 | A | | | | 104 | 18 | 288.00 | | |
| 1240.75 | | 19131.86 | | | | | | | 72.00 | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-17 | APPLIED INDUSTRIAL | 18341597 | 2653.41 |
| 10-19 | APPLIED INDUSTRIAL | 18341762 | 183.00 |
| 10-19 | APPLIED INDUSTRIAL | 18341766 | 473.35 |
| 10-20 | GEORGE E. BOOTH Co INC | 00082729 | 394.24 |
| 10-14 | GRAINGER | 369-5906.5-0 | 90.08 |
| 10-17 | GRAINGER | 369-756088-0 | 70.25 |
| 10-19 | R.L. GUIMONT Co | 114925 | 433.10 |
| 10-20 | INDIANA METAL | 275404-1 | 42.00 |
| 10-20 | JIF DISTRIBUTING | 249808 | 93.00 |
| 10-21 | KIRBY RISK SUPPLY | S1019231 80.001 | 2766.08 |
| 10-18 | McMASTER-CARR | 31418321 | 181.14 |
| 10-18 | McMASTER-CARR | 31428844 | 76.41 |
| 10-20 | McMASTER-CARR | 31589382 | 69.54 |
| 10-18 | MINSTER MACHINE | 00181079 | 9267.00 |

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 122 | 32 | 284 00 | | | 122 | 32 | 384 00 | |
| | | | 144 00 | | | | | 139 50 | |
| | 124 | 32 | 288 00 | | | 124 | 20 | 170 00 | |
| | | | 108 00 | | | 129 | 2 | 23 50 | |
| | 129 | 22.75 | 524 19 | | | 132 | 20.75 | ... 21 | |
| | 132 | 15 | 266 25 | | | ... | ... | 236 ?? | |
| | | | 213 00 | | | 140 | 32 | 640 00 | |
| | 140 | 32 | 640 00 | | | ... | 1 | 20 00 | |
| | | | 90 00 | | | 145 | 32 | 296 00 | |
| | 145 | 32 | 296 00 | | | 145 | ... | 55 50 | |
| | 149 | 15.5 | 301 50 | | | 149 | 19.5 | 253 50 | |
| | | | 156 00 | | | ... | | 141 38 | |
| | 152 | 22 | 324 50 | | | 155 | 32 | 64? 00 | |
| | 155 | 30.5 | 610 00 | | | ... | | 30 00 | |
| | 163 | 17 | 238 00 | A | 947.75 | | | | 14 261. |
| 70 | 8.25 | | 10472.94 | | 11-27 | 104 | 11 | 176 00 | |
| 11-20 | 104 | 13 | 201 00 | | | | | 124 00 | |
| | | | 183 00 | | | 109 | 14.5 | 203 00 | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| 10-20 | SIDENER ENGINEERING   21883 | -001 | 305 34 |
| | | # | 25 976 23 |
| 10-25 | ALRO STEEL CORP   FJY35505IN | | 67 11 X |
| 10-26 | ALRO STEEL CORP   FJ29798 IN | | 56 60 X |
| 10-27 | ALRO STEEL CORP   FJ13787 DK | | 231 88 X |
| 10-20 | APPLIED INDUSTRIAL TECH   18341841 | | 483 15 X |
| 10-21 | APPLIED INDUSTRIAL TECH   18341870 | | 26 63 X |
| 10-25 | EL TEK OF INDIANA   14133 | | 417 00 |
| 10-28 | INDIANA METAL TRTNG   275557-1 | | 1309 00 |
| 10-27 | INDY DRUM   095760 | | 210 80 X |
| 10-25 | J&F DISTRIBUTING   250019 | | 21 40 X |
| 10-28 | J&F DISTRIBUTING   250080 | | 283 84 X |
| 10-26 | KIRBY RISK   S101923180 | .002 | 106 03 X |
| 10-25 | McMASTER-CARR   31776394 | | 5 70 X |

(2))

1208-995

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|------|---------|-------|--------|-------|------|---------|-------|--------|-------|
| | 21 | 2.5 | | A | 11-14 | 8 | 4.75 | | A |
| 10-26 | 20 | 8 | | A | | 15 | 8 | | |
| | 21 | 6 | | A | | 20 | 9.5 | | A |
| 10-27 | 15 | 8 | | A | | 28 | 2 | | A |
| 10-23 | 20 | 1 | | A | 11-15 | 8 | 10 | | A |
| | 28 | 2 | | | | 20 | 9.5 | | A |
| 233. | 25 | | | | | 28 | 5.5 | | A |
| Billed | 10-31-05 | | | 11-16 | 8 | 6.5 | | A |
| 10-31 | 20 | 6 | | A | | 20 | 8 | | A |
| 11-1 | 20 | 5 | | A | | 28 | 5.5 | | A |
| | 21 | 8.5 | | A | 11-17 | 8 | 9.25 | | A |
| 11-2 | 21 | 9.5 | | A | | 28 | 7.5 | | A |
| 39.0 | | | | | 11-18 | 8 | 6.5 | | A |
| 11-10 | 20 | 4 | | A | | 28 | 10 | | A |
| 11-11 | 8 | 4 | | A | 148.5 | | | | |
| | 20 | 2 | | A | 11-21 | 8 | 5.75 | | A |
| | 20 | 7 | | A | 11-22 | 8 | 6.5 | | A |
| 46. | | | | | | 28 | 4.5 | | A |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|------|--------|----------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*1208-995*   *(1)*

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 10-10 | 8 | 10 | | A | | 8 | 9 | | A |
| | 20 | 2 | | A | | 21 | 2.75 | | A |
| | 21 | 2 | | A | | 21 | 1 | | A |
| | 28 | 8 | | A | | 28 | 10 | | A |
| 10-11 | 8 | 10 | | A | 136.75 | | | | |
| | 15 | 8 | | A | 10-17 | 20 | 2 | | A |
| | 20 | 10 | | A | 10-18 | 20 | 7.5 | | A |
| | 21 | 5.5 | | A | | 21 | 1.5 | | A |
| | 28 | 10 | | A | 10-19 | 20 | 4 | | A |
| 10-12 | 8 | 9 | | A | | 21 | 9.5 | | A |
| | 20 | 4 | | A | 10-20 | 20 | 6 | | A |
| | 21 | 2.5 | | A | | 21 | 8 | | A |
| | 28 | 10 | | A | 10-21 | 20 | 1.5 | | A |
| | 38 | 1 | | | | 20 | 7 | | A |
| 10-13 | 8 | 10 | | A | | 38 | 2 | | |
| | 28 | 10 | | A | 185.75 | | | | |
| | 38 | 1 | | | 10-24 | 20 | 10 | | A |
| 10-14 | 8 | 1 | | A | 10-25 | 20 | 10 | | A |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT |
|---|---|---|---|
| | | | |

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-13 | 104 | 2 | 32 | 00 | | | | | | | | | |
| 2.° | | | | | 32 | 00 | | | | | | | |
| | Billed | 11-30-05 | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|---|---|---|---|---|
| 10-17 | ACE SUPPLY INC          1302243-02 | | 2832 | 19 |
| 10-17 | ACE SUPPLY INC          1302243-01 | | 544 | 53 |
| 10-17 | ACE SUPPLY INC          1302243-03 | | 33 | 32 |
| 10-10 | ALRO STEEL CORP       FJJ36981IN | | 1003 | 38 |
| | Billed 10-31-05 | | 4413 | 42 |
| 11-10 | ACE SUPPLY INC          1302243-04 | | 1623 | 49 |
| 11- 9 | ALRO STEEL CORP       FKI3915IN | | 3179 | 68 |
| 10-28 | DETROIT INDUSTRIAL TOOL  S1-190003 | | 105 | 31 |
| | Billed 11-30-05 | | 4908 | 48 |
| 10-31 | CIRCLE CITY HEAT TRTNG | 2/4980 | 586 | 20 |
| | Billed 12-15-05 | | 586 | 20 |
| 11-30 | CIRCLE CITY HEAT TRTNG 215327 | | 405 | 60 |
| | Billed 01-31-01 | | 405 | 60 |

996

(1)

## LABOR

| DATE | MAN NO. | HOURS | AMOUNT | | TOTAL | DATE | MAN NO. | HOURS | AMOUNT | | TOTAL |
|------|---------|-------|--------|----|-------|------|---------|-------|--------|----|-------|
| 10-29 | 104 | 1 | 16 | 00 | | | | | | | |
| L° | | | | 16 | 00 | | | | | | |
| 10-30 | 104 | 1 | 16 | 00 | | | | | | | |
| 2° | | | | 36 | 00 | | | | | | |
| Billed 10-31-0€ | | | | | | | | | | | |
| 1-8 | 132 | 14 | 248 | 50 | | | | | | | |
| | 132 | 4 | 106 | 50 | | | | | | | |
| | 149 | 16.5 | 214 | 50 | | | | | | | |
| 34.5 | | | 569 | 50 | | | | | | | |
| Billed 01-31-01 | | | | | | | | | | | |

## MATERIAL

| DATE | VENDOR | INV. NO. | AMOUNT | |
|------|--------|----------|--------|----|
| 10-17 | DEPENDABLE SANDBLAST | 05-2314 | 144 | 00 |
| 10-19 | GRAINGER | 369-932678-7 | 8 | 10 |
| 10-20 | IMAGINEERING FINISHING | 13213 | 645 | 00 |
| 10-20 | INDIANA METAL TRTNG | 275474-1 | 632 | 75 |
| 10-19 | KIRBY RISK SUPPLY | S101919268.001 | 3 | 47 |
| | Billed 10-31-0€ | | # 1433 | 32 |
| 10-26 | IMAGINEERING FINISHING | 13236 | 175 | 00 |
| 10-26 | IMAGINEERING FINISHING | 13237 | 150 | 00 |
| | Billed 11-30-05 | | 325 | 00 |