J.M. copy

**DaimlerChrysler**  **Ford**  **GM**  | PART SUBMISSION WARRANT |

| Part Name | Part Number |
|---|---|
| SENSOR ASM CHART, TORQ & POSN | 26085186 |

| Tool Number | | |
|---|---|---|

| Safety and/or Government Regulation | Engineering Drawing Change Level | Dated |
|---|---|---|
| ● Yes  ○ No | 29 A | 24 Feb '03 |
| Additional Engineering Changes | | Dated |

| Shown on Drawing No. | Purchase Order No. | Weight |
|---|---|---|
| 26092738 | | 0.0880 kg |
| Checking Aid No. | Engineering Change Level | Dated |

**SUPPLIER MANUFACTURING INFORMATION** | **SUBMISSION INFORMATION**
☑ Dimensional   ☑ Material / Functional   ☐ Appearance

| Supplier Name | Supplier Code | Customer Name / Division |
|---|---|---|
| FENA APD, INC | 96-687-7987 | DELPHI SAGINAW STEERING SYSTEMS |
| Street Address | | Buyer / Buyer Code |
| 47677 Galleon Drive | | Laura Ying / 27 |
| City / State / Postal Code | | Application |
| Plymouth MI | | |

Note: Does this part contain any restricted or reportable substances     ○ Yes  ● No
Are plastics parts identified with appropriate ISO marking codes     ● Yes  ○ No

**REASON FOR SUBMISSION**
○ Initial Submission
● Engineering Change(s)
○ Tooling: Transfer, Replacement, Refurbishment, or additional
○ Correction of Discrepancy
○ Tooling Inactive >than 1 Year

○ Change to Optional Construction or Material
○ Sub-Supplier or Material Source Change
○ Change in Part Processing
○ Parts Produced at Additional Location
☐ Other - please specify

**REQUESTED SUBMISSION LEVEL (Check one)**
○ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer
○ Level 2 - Warrant with product samples and limited supporting data submitted to customer
○ Level 3 - warrant with product samples and complete supporting data submitted to customer
● Level 4 - Warrant and other requirements as defined by customer
○ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

**SUBMISSION RESULTS**
The results for  ☑ dimensional measurements   ☑ material and functional tests   ☐ appearance criteria   ☑ statistical process package
These results meet all drawing and specification requirements:   ● Yes  ○ No   (If "NO" - Explanation Required)
Mold/cavity/Production Process

**DECLARATION**
I hereby affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Approval Process Manual 3rd Edition Requirements. I further warrant these samples were produced at the production rate of _____ / 8 hours*.
I have noted any deviations from this declaration below.

**EXPLANATION / COMMENTS:**
*May not demonstrate the production Run-at-Rate capacity

| Print Name | Title | Phone No. | Fax |
|---|---|---|---|
| Ryusaku Koike | Deputy General Manager QA Dept. | 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-5-19 | 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-5-1144 |
| Supplier Authorized Signature | | Date | |
| Ryusaku Koike   *Ryusaku Koike (S.T.)* | | 26 Feb '03 | |

**FOR CUSTOMER USE ONLY**
Part warrant disposition:   ● Approved  ○ Rejected  ○ Other     Part Functional Approval:  ● Approved  ○ Waived

| Part Disposition Customer Name | Customer Signature | Date |
|---|---|---|
| JAMES MURPHY | James Murphy | 27 FE '03 |

The original copy of this document shall remain at supplier's location while the part is active (see Glossary)    Optional: customer tracking number #