# Root Cause Investigation by Furukawa

## **Wobbling of the sensor in EPS Column**

13/May/2004 Furukawa Electric Co.,Ltd.



1. Analysis of Warranty returned sensors.
13/May/04 FEC
1-3 Wobbling amplitude of sensor in EPS column (Fig6)
0.66(deg) on average
Wabbling amplitude of Case (deg)
0.9
0.8
0.7
0.6
0.5
0.4
0.3
0.2
0.1
0
Malibu in FEC
Warrant #1
Warrant #2
Warrant #3
Warrant #4
Malibu in FEC
Warrant #1
Warrant #2
Warrant #3
Warrant #4
Wobbling amplitude degrees
Sensor
Confidential

Pg 3 of 6

## 2. Signal noise duplication during sensor wobbling

13/May/04 FEC

2-1-2 Probability of signal noise (Fig8)
(Including small noise)
Probability %
(NG sensor/All)
100
80
60
40
20
0
0
0.5
1
1.5
Wobbling amplitude(average, deg)
Normal Plating
Low friction plating
Total 178 samples tested

Confidential



2. Signal noise duplication during sensor wobbling
13/May/04 FEC
2-3 Spin test with competitor's sensor. (Fig 10)
Just reference: extreme stress test
This test not simulating actual vehicle condition.
Signal output (V)
5
4.5
4
3.5
3
2.5
2
1.5
1
0.5
0
1
180
359
538
717
896
1075
1254
1433
1612
1791
1970
2149
2328
2507
2686
2865
3044
3223
3402
3581
3760
3939
Time (msec)
P1
P2
T1
T2
Wobbling 1+(deg)
Sensor
1.3(deg)
Shaft
400,000 rotations
@0(deg) tilting (No Noise)
100,000 rotations tilting
@1.3(deg)= wobbling
1+(deg) (Noise produced)
100,000 rotations
@0(deg) tilting (No Noise)
Confidential

# Conclusion

13/May/2004 Furukawa Electric

1. We found no significant difference in performance between Low-Friction plating and Normal plating.

2. Root cause : Stick slip due to Combination of following items.

   (1) Improper installation alignment of the sensor to EPS column. (not completely seated)

   (2) Less robustness design of sensor compared with the competitor's.

   Competitor : Single function (relative only)
   Furukawa : Delphi required combined design
   (relative and absolute)

3. Furukawa would like to have joint investigation with Delphi and GM to confirm further details.

Confidential

Root Cause Investigation by Furukawa
Conclusion: Wobbling of the sensor in EPS Column
FHGA-04010002 13/May/04 Furukawa Electric Co.,
1: Analysis of Warranty returned sensors
Stand-offs (Stopper) inside Sensor were damaged.
Standoffs of ALL (23/23 pcs) returned sensors were found to be damaged when disassembled at FEC.
View
Stand-off
Fig 1
Fig 2
Fig 3
Stand off
Sensors were not installed according to design.
In all (12/12 pcs) warranty claim columns returned to FEC, sensors were not installed completely to the bottom of the Lower Shaft.
View
Fig 4
Fig 5
The wobbling amplitude of case was 0.66(deg) on average.
* Returned Sensors (N=4): The Wobbling amplitude of EPS column returned to FEC was 0.66 degrees on average.
Wobbling amplitude
degrees
Sensor
Shaft
Wobbling amplitude of sensor in EPS column
Wobbling amplitude of Case (deg)
Malibu in FEC
Warrant #1
Warrant #2
Warrant #3
Warrant #4
Fig 6
2: Signal Noise duplication during Sensor Wobbling
Signal noise was produced when the sensor wobbled in Spin test.
The sensor rotors are rotated at maximum speed of 300 rpm for 100,000 rotations applying wobbling on purpose. The signals are continuously monitored without a low pass filter used in actual vehicles. The trigger level for detecting signal error is 6 times more stringent than the specification of the sensor. The probability of signal noise increases when the wobbling amount increases, as shown in Fig 7, 8. With normal plating, the tendency is the same. Fig 7 shows only the large noise incidents from Fig 8 data.
Test stand
Probability of signal noise
( Large noise which may cause system shut down )
Probability % (NG sensor/All)
Wobbling amplitude(average, deg)
Fig 7
Probability of signal noise
( including small noise)
Fig 8
When the sensor is wobbling, the wires move side ways, and produce a stick slip motion.
Side ways motion can easily cause the stick slip of all wires resulting in an unstable contacting condition.
Stick slip motion
Stick Slip
Unstable contact
Substrate
Brush
Sensor
Wobbling
Fig 9
Competitor's sensor also produces signal noise when the brushes slip out of the sliding track. (reference)
This is extreme stress test
This test not is simulating actual vehicle condition
When we performed Spin test using competitior's sensor at FEC, significant signal noise was detected when the sensor was tilted at 1.3 degrees from the shaft. After changing the tilting angle to 0 degrees the noise disappeared. But the robustness of competitor's sensor is higher than FEC's. Probability of noise cereation may be much lower than FEC's.
Fig 10
Time (msec)
3: Sulfur detected on brushes of Warranty Sensors. (reference)
FEC performed EPMA analysis on the brushes of warranty returned sensors. Sulfur, which can be the cause of contact failures, was detected on warranty sensor brushes as shown in Fig 13. We have doubts that Sulfur is a contributing cause because we detected Sulfur on 3 sensors returned from Milford proving ground. However, we are investigating how the presence of Sulfur affects the reliability of the FEC contacting sensor.
Fig 11
Fig 12
Brand new sensor
Fig 13
Warranty returned sensor
Bright area shows the existence of Sulfur.