### Mike S. Mc Elwee - RE: FW: Furukawa, Delphi File # 2004-000454

| | |
|---|---|
| **From:** | "Papelian, Joseph E" <joseph.e.papelian@delphi.com> |
| **To:** | "Mike S. Mc Elwee" <msmcelwee@varnumlaw.com> |
| **Date:** | 4/10/2007 4:45:46 PM |
| **Subject:** | RE: FW: Furukawa, Delphi File # 2004-000454 |
| **CC:** | <lippert@curriekendall.com>, <neilberger@TeamTogut.com> |

Mike:

- Re: DFMEA / PFMEA – I understand the Delphi engineers are not comfortable with releasing this information to Furukawa. I'll follow-up with them. Is there one person at Furukawa we could identify? I'll check with the Saginaw engineers if there are excerpts we might provide.

- Re: the mediation statement, as my email stated (excerpt below), Delphi did not submit a mediation statement

    A copy of the General Motors Mediation Statement is attached (040454-001814 - 040454-001824). Portions of the Statement dealing with issues other than EPS Steering have been redacted. <u>A Mediation Statement was not submitted on behalf of Delphi</u>; however, attached is a string of emails (040454-001825 - 040454-001826) which outline the agreement to proceed to settle this warranty claim between GM and Delphi.

(Emphasis added)

Joe

---

**From:** Mike S. Mc Elwee [mailto:msmcelwee@varnumlaw.com]
**Sent:** Tuesday, April 10, 2007 4:37 PM
**To:** Papelian, Joseph E
**Cc:** lippert@curriekendall.com; neilberger@TeamTogut.com
**Subject:** Re: FW: Furukawa, Delphi File # 2004-000454

Joe:

Thank you for the note, and the second set of the documents you sent earlier.

In your first email on this subject, and then again in this more recent one, you did not say anything about Furukawa's request for copies of the DFMEA and PFMEA documents, which we requested without the "attorneys eyes only" designation. There is a protective order already in place that limits the republication of these documents by Furukawa. The order was drafted with Delphi's input and approval.