VARNUM, RIDDERING, SCHMIDT
& HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
Telephone: (616) 336-6827

DiCONZA LAW, P.C.
Gerard DiConza (GD 0890)
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940

*Co-counsel for Furukawa Electric North America APD*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                                  :     Chapter 11
                                                        :
DELPHI CORPORATION, *et al.*,                           :     Case No. 05-44481 (RDD)
                                                        :
                    Debtors.                            :     (Jointly Administered)
                                                        :
-----------------------------------------------------------x

### AFFIDAVIT OF DAVID NOBLE

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF Wayne      )

I, David Noble, being duly sworn, do hereby state under penalty of perjury, and would so state if called under oath as a witness, the following:

1. My name is David Noble. I am employed by Furukawa North America APD, Inc. I make this affidavit based upon my personal knowledge, and on the books and records available to me through my employment with Furukawa.

2. Furukawa North America APD, Inc. is a Delaware corporation, with its principal place of business in Plymouth, Michigan. Furukawa's offices are located approximately 20 miles southwest of Delphi's corporate offices in Troy, Michigan.

Further Affiant sayeth not.

_David Noble_
David Noble

Subscribed and sworn to before me this
11th day of May, 2007.

_Pamela S. Greene_
Notary Public, Oakland County, Michigan
My commission expires: 2/1/08
Acting in Wayne County

1393147_1.DOC

PAMELA S. GREENE
NOTARY PUBLIC OAKLAND CO., MI
MY COMMISSION EXPIRES Feb 1, 2008