VARNUM, RIDDERING, SCHMIDT
& HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
Telephone: (616) 336-6827

DiCONZA LAW, P.C.
Gerard DiConza (GD 0890)
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940

*Co-counsel for Furukawa Electric North America APD*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------x

### AFFIDAVIT OF MASAHIRO HASEGAWA

STATE OF MICHIGAN     )
                                        ) ss.
COUNTY OF Wayne    )

I, Masahiro Hasegawa, being duly sworn, do hereby state under penalty of perjury, and would so state if called under oath as a witness, the following:

1. My name is Masahiro Hasegawa. I am employed by Furukawa North America APD, Inc. I make this affidavit based upon my personal knowledge, and on the books and records available to me through my employment.

2. I have reviewed Furukawa's Reply to the Debtors' Objection to Furukawa's Motion for Extension. Paragraphs 4 through 24 (inclusive) in that Reply are true and accurate, to

the best of my knowledge and understanding. Also, the exhibits referred to in those paragraphs are accurate and faithful reproductions of the original documents.

Further Affiant sayeth not.

_____
Masahiro Hasegawa

Subscribed and sworn to before me this
11th day of May, 2007.

_____
Notary Public, Oakland County, Michigan
My commission expires: 2/1/08
Acting in Wayne County

1393158_1.DOC