UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORPORATION, et al. | ) |
|  | ) Case No.  05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

**RIVERSIDE CLAIMS, LLC'S  RESPONSE TO
DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION**

NOW INTO COURT, through undersigned counsel, comes RIVERSIDE CLAIMS, LLC, as ASSIGNEE for JANPAK HUNTSVILE ("Riverside") and files this response to Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject to Modification, And Claims Subject To Modification And Reclamation Agreement (the "13th Objection") and in support thereof would state as follows:

1. On or about April 27, 2007, the Debtors' filed their 13th Objection.

2. One of the claims included in the 13th Objection, on Exhibit "E-1" is the claim of Riverside Claims, LLC, as Assignee for JanPak Huntsville, claim # 4045 (the "Claim").  The Claim, as filed, was filed against the main debtor, Delphi Corporation, in the amount of $4691.52.  The Objection seeks to modify the Claim, by changing the debtor and the amount. The Objection seeks to change the debtor to the Debtor in Case No. 05-44640, Delphi Automotive Systems, LLC, and to reduce the claim amount to $4519.20.

3.      Riverside does not oppose the change of the Debtor, however, Riverside does oppose the reduction in claim amount. JanPak Huntsville ("JanPak") sold copy paper to Debtor. Further, JanPak regularly invoiced Debtor for goods supplied. Attached hereto as Exhibit "1" *in globo*, are copies of JanPak's unpaid invoices which total $4691.52, the amount of the Claim. As such, there is no support for the reduction of the Claim amount.

WHEREFORE, Riverside Claims, LLC, as Assignee for JanPak Huntsville, requests that this Court enter an order overruling the Objection as it pertains to the amount of the Claim and allowing the Claim against Delphi Automotive Systems, LLC in the amount of $4691.52, and for such other and further relief as is just and equitable.

RESPECTFULLY SUBMITTED,

/s/   Robyn J. Spalter
Robyn J. Spalter, Esq.
General Counsel
Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024-0540
Phone: (212) 501-0990
Fax: (212) 501-7088
e-mail: rspalter@regencap.com