**INVOICE**

Exhibit "1"

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/11/05 | S2922175.001 |

| REMIT TO: JANPAK/HUNTSVILLE 1140 JORDAN ROAD NE HUNTSVILLE AL 35811 | PAGE NO. 1 |
|---|---|

JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811
1-256-851-2100   Fax 1-256-851-2115

BILL TO:
DELPHI SAGINAW
P O BOX 311   HIGHWAY 31 SOUTH
ATHENS,              AL   35612

SHIP TO:
DELPHI PLANT 23
PLANT 23 HIGHWAY 31 SOUTH
ATHENS, AL, 35611

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 6697 | A2M91606 | 20054 | MIKE NICOLLE 8 |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| RETMAY | HSV2 | NET 60 DAYS | 07/11/05 | 06/30/05 |

| DESCRIPTION | ORDER QTY | SHIP QTY | TAX | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| ** REL #20054 ****************************** XER 2047 COPY PAPER WHITE 8-1/2x11 20# 92BRT 500/RM 10rm/CS (FORMERLY 84BRT) Your # 00026515644 | 40CS | 40CS | * | 26.480CS | 1059.20 |
| FUEL SURCHARGE 2 | 1EA | 1EA | * | 2.000EA | 2.00 |

****************************
THANK YOU FOR YOUR ORDER!!
****************************
** Reprint ** Reprint ** Reprint **

Invoice is due by 09/10/05.
Title to all goods listed above remain in the name of the Seller until paid in full.   All claims must be made within 5 days of receipt of goods. Past due invoices may be subject to legal allowable charges. Return goods not accepted without Seller's written authorization.

| | |
|---|---|
| Subtotal | 1061.20 |
| S&H CHGS | 0.00 |
| Sales Tax | 0.00 |
| Total | 1061.20 |

# INVOICE

JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811
1-256-851-2100   Fax 1-256-851-2115

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/20/05 | S2936522.001 |

REMIT TO:
JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811

PAGE NO. 1

BILL TO:
DELPHI SAGINAW
P O BOX 311   HIGHWAY 31 SOUTH
ATHENS,          AL    35612

SHIP TO:
DELPHI PLANT 21
PLANT 21 US HIGHWAY 31 SOUTH
ATHENS, AL, 35611

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 6695 | A2M91606 | SR20069 | MIKE NICOLLE 8 |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| RETMAY | HSV2 | NET 60 DAYS | 07/20/05 | 07/19/05 |

| DESCRIPTION | ORDER QTY | SHIP QTY | TAX | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| ** SR 20069 ** | | | | | |
| ************** | | | | | |
| XER 2047 COPY PAPER WHITE 8-1/2x11 20# 92BRT 500/RM 10rm/CS (FORMERLY 84BRT) Your # 00026515644 | 40CS | 40CS | * | 26.480CS | 1059.20 |

******************************
THANK YOU FOR YOUR ORDER!!
******************************
** Reprint ** Reprint ** Reprint **

Invoice is due by 09/19/05.

Title to all goods listed above remain in the name of the Seller until paid in full.  All claims must be made within 5 days of receipt of goods. Past due invoices may be subject to legal allowable charges. Return goods not accepted without Seller's written authorization.

| | |
|---|---|
| Subtotal | 1059.20 |
| S&H CHGS | 0.00 |
| Sales Tax | 0.00 |
| Total | 1059.20 |

**INVOICE**

JANPAK/HUNTSVILLE  
1140 JORDAN ROAD NE  
HUNTSVILLE AL 35811  
1-256-851-2100   Fax 1-256-851-2115

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/29/05 | S2943674.001 |

REMIT TO:  
JANPAK/HUNTSVILLE  
1140 JORDAN ROAD NE  
HUNTSVILLE AL 35811

PAGE NO. 1

BILL TO:  
DELPHI SAGINAW  
P O BOX 311   HIGHWAY 31 SOUTH  
ATHENS,         AL   35612

SHIP TO:  
DELPHI PLANT 21  
PLANT 21 US HIGHWAY 31 SOUTH  
ATHENS, AL, 35611

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 6695 | A2M91606 | 20075 | MIKE NICOLLE 8 |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| RETMAY | HSV2 | NET 60 DAYS | 07/29/05 | 07/28/05 |

| DESCRIPTION | ORDER QTY | SHIP QTY | TAX | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| ** RELEASE # 20075 **<br>*********************<br>XER 2641 COPY PAPER WHITE 8-1/2x11<br>20# 84BRT 3HOLE PUNCH 500/RM<br>10RM/CS<br>Your # 00026515652 | 4CS | 4CS | * | 27.480CS | 109.92 |

*********************************  
THANK YOU FOR YOUR ORDER!!  
*********************************  
** Reprint ** Reprint ** Reprint **

Invoice is due by 09/28/05.  
Title to all goods listed above remain in the name of the Seller until paid in full. All claims must be made within 5 days of receipt of goods. Past due invoices may be subject to legal allowable charges. Return goods not accepted without Seller's written authorization.

| | |
|---|---|
| Subtotal | 109.92 |
| S&H CHGS | 0.00 |
| Sales Tax | 0.00 |
| Total | 109.92 |

# INVOICE

JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811
1-256-851-2100  Fax 1-256-851-2115

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/01/05 | S2945668.001 |

REMIT TO:
JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811

PAGE NO. 1

BILL TO:
DELPHI SAGINAW
P O BOX 311   HIGHWAY 31 SOUTH
ATHENS,            AL   35612

SHIP TO:
DELPHI PLANT 21
PLANT 21 US HIGHWAY 31 SOUTH
ATHENS, AL, 35611

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 6695 | A2M91606 | 20092 | MIKE NICOLLE 8 |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| RETMAY | HSV2 | NET 60 DAYS | 08/01/05 | 07/29/05 |

| DESCRIPTION | ORDER QTY | SHIP QTY | TAX | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| ** REL #20092 ** *************** | | | | | |
| XER 2051 COPY PAPER WHITE 8-1/2x14 20# 84BRT 500/RM 10RM/CS Your # 00026515649 | 2CS | 2CS | * | 31.000CS | 62.00 |

******************************
THANK YOU FOR YOUR ORDER!!
******************************
** Reprint ** Reprint ** Reprint **

Invoice is due by 10/01/05.

Title to all goods listed above remain in the name of the Seller until paid in full.  All claims must be made within 5 days of receipt of goods. Past due invoices may be subject to legal allowable charges. Return goods not accepted without Seller's written authorization.

| | |
|---|---|
| Subtotal | 62.00 |
| S&H CHGS | 0.00 |
| Sales Tax | 0.00 |
| Total | 62.00 |

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/09/05 | S2952166.001 |

**REMIT TO:**
JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811

PAGE NO. 1

JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811
1-256-851-2100    Fax 1-256-851-2115

**BILL TO:**
DELPHI SAGINAW
P O BOX 311    HIGHWAY 31 SOUTH
ATHENS,            AL    35612

**SHIP TO:**
DELPHI PLANT 23
PLANT 23 HIGHWAY 31 SOUTH
ATHENS, AL, 35611

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 6697 | A2M91606 | 20116 | MIKE NICOLLE 8 |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| RETMAY | HSV2 | NET 60 DAYS | 08/09/05 | 08/08/05 |

| DESCRIPTION | ORDER QTY | SHIP QTY | TAX | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| ** REL # 20116 ** | | | | | |
| ****************** | | | | | |
| XER 2047 COPY PAPER WHITE 8-1/2x11 20# 92BRT 500/RM 10rm/CS (FORMERLY 84BRT) Your # 00026515644 | 40CS | 40CS | * | 26.480CS | 1059.20 |
| FUEL SURCHARGE 2 | 1EA | 1EA | * | 2.000EA | 2.00 |
| ****************************** | | | | | |
| THANK YOU FOR YOUR ORDER!! | | | | | |
| ****************************** | | | | | |
| ** Reprint ** Reprint ** Reprint ** | | | | | |

|  |  |
|---|---|
| Subtotal | 1061.20 |
| S&H CHGS | 0.00 |
| Sales Tax | 0.00 |
| Total | 1061.20 |

**Invoice is due by 10/09/05.**

Title to all goods listed above remain in the name of the Seller until paid in full. All claims must be made within 5 days of receipt of goods. Past due invoices may be subject to legal allowable charges. Return goods not accepted without Seller's written authorization.

# INVOICE

JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811
1-256-851-2100   Fax 1-256-851-2115

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/09/05 | S2952169.001 |

REMIT TO:
JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811

PAGE NO. 1

BILL TO:
DELPHI SAGINAW
P O BOX 311   HIGHWAY 31 SOUTH
ATHENS,            AL   35612

SHIP TO:
DELPHI PLANT 21
PLANT 21 US HIGHWAY 31 SOUTH
ATHENS, AL, 35611

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 6695 | A2M91606 | 20116 | MIKE NICOLLE 8 |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| RETMAY | HSV2 | NET 60 DAYS | 08/09/05 | 08/08/05 |

| DESCRIPTION | ORDER QTY | SHIP QTY | TAX | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| ** REL #20116 ** | | | | | |
| *************** | | | | | |
| XER 2641 COPY PAPER WHITE 8-1/2x11 20# 84BRT 3HOLE PUNCH 500/RM 10RM/CS *Your 00026515652 Your # 00026515652 | 10CS | 10CS | * | 27.480CS | 274.80 |
| FUEL SURCHARGE 2 | 1EA | 1EA | * | 2.000EA | 2.00 |

****************************
THANK YOU FOR YOUR ORDER!! HAVE A
SAFE AND HAPPPY HOLIDAY SEASON!!
*******************************
****
** Reprint ** Reprint ** Reprint **

| | |
|---|---|
| Subtotal | 276.80 |
| S&H CHGS | 0.00 |
| Sales Tax | 0.00 |
| Total | 276.80 |

Invoice is due by 10/09/05.
Title to all goods listed above remain in the name of the Seller until paid in full.  All claims must be made within 5 days of receipt of goods. Past due invoices may be subject to legal allowable charges. Return goods not accepted without Seller's written authorization.

# INVOICE

JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811
1-256-851-2100   Fax 1-256-851-2115

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/29/05 | S2969214.001 |

REMIT TO:
JANPAK/HUNTSVILLE
1140 JORDAN ROAD NE
HUNTSVILLE AL 35811

PAGE NO. 1

BILL TO:
DELPHI SAGINAW
P O BOX 311   HIGHWAY 31 SOUTH
ATHENS,        AL   35612

SHIP TO:
DELPHI PLANT 21
PLANT 21 US HIGHWAY 31 SOUTH
ATHENS, AL, 35611

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 6695 | A2M91606 | 20225 | MIKE NICOLLE 8 |
| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
| RETMAY | HSV3 | NET 60 DAYS | 08/29/05 | 08/26/05 |

| DESCRIPTION | ORDER QTY | SHIP QTY | TAX | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| ** REL # 20225 ** | | | | | |
| **************** | | | | | |
| XER 2047 COPY PAPER WHITE 8-1/2x11 20# 92BRT 500/RM 10rm/CS (FORMERLY 84BRT) Your # 00026515644 | 40CS | 40CS | * | 26.480CS | 1059.20 |
| FUEL SURCHARGE 2 | 1EA | 1EA | * | 2.000EA | 2.00 |
| ****************************** THANK YOU FOR YOUR ORDER!! HAVE A SAFE AND HAPPPY HOLIDAY SEASON!! ********************************** ** Reprint ** Reprint ** Reprint ** | | | | | |

| | |
|---|---|
| Subtotal | 1061.20 |
| S&H CHGS | 0.00 |
| Sales Tax | 0.00 |
| Total | 1061.20 |

Invoice is due by 10/29/05.
Title to all goods listed above remain in the name of the Seller until paid in full. All claims must be made within 5 days of receipt of goods. Past due invoices may be subject to legal allowable charges. Return goods not accepted without Seller's written authorization.