UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:     DELPHI CORPORATION, ET AL.

Debtor.

Case No.: 05-44481 (RDD)

Chapter 11

-----------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding
No.: _____

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __Randall D. LaTour__, a member in good standing of the bar in the State of __Ohio__ and, if applicable, the bar of the U.S. District Court for the __Southern__ District of __Ohio__, request admission, *pro hac vice*, before the Honorable __Robert D. Drain__, to represent __Vorys, Sater, Seymour and Pease LLP__ a __creditor__ in the above referenced ☒ case ☐ adversary proceeding.

Mailing address: __52 East Gay Street, Columbus, Ohio 43215__;
E-mail address: __rdlatour@vssp.com__; telephone number (__614__) __464-8290__.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: __5/9/07__
Columbus, ~~New York~~ Ohio

/s/ Randall D. LaTour