# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | |
| : | Case No. 05-44481 |
| **Delphi Corporation, et al.,** : | |
| : | Judge Robert D. Drain |
| Debtors. : | |

## NOTICE OF WITHDRAWAL OF CLAIMS

Claimants, Kay Schaeffer, Audrey L. Huston, John Terry Huston, and the Estate of Clarence Huston (the "Huston family"), hereby provide notice to the Court that they are hereby withdrawing their claims identified as Claim Numbers 8122, 8123, 8124, 8125, 8126, 8127, 8128, and 8131, with prejudice.

Respectfully submitted,

/s/ Rex H. Elliott
Rex H. Elliott         (0054054)
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio  43221
(614) 481-6000
(614) 481-6001 (Facsimile)

Attorney for Kay Schaeffer, Audrey L. Huston, John Terry Huston, and the Estate of Clarence Huston