BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------
                                    :
     In re                          :    Chapter 11
                                    :
DELPHI CORPORATION et al.,          :    Case No. 05-44481 (RDD)
                                    :
     Debtors.                       :    (Jointly Administered)
--------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I caused the *Designation of Items To Be Included in the Record On Appeal and Statement of Issues To Be Presented On Appeal by Wachovia Bank, National Association* (the "Designation") to be served by transmitting a copy by means of electronic mail, where an e-mail address was provided, and by overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of following:

| | | |
|---|---|---|
| Douglas P. Bartner<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>(212) 848-8190<br>(212) 848-4387 (fax)<br>dbartner@shearman.com | John W. Butler, Jr.<br>Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285<br>(312) 407-0700<br>(312) 407-0411 (fax)<br>jbutler@skadden.com<br>kmarafio@skadden.com<br>tmatz@skadden.com | Andrew Currie<br>Caroline Rogus<br>WilmerHale, LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>Andrew.Currie@wilmerhale.com<br>Caroline.Rogus@wilmerhale.com |

1570960 v1

| | | |
|---|---|---|
| Mateo Fowler<br>Quinn Emanuel Urquhardt Oliver & Hedges<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>(213) 443-3100 (fax)<br>mateofowler@quinnemanuel.com | Jessica Kastin<br>O'Melveny & Myers<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br>(212) 326-2061 (fax)<br>jkastin@omm.com | Mark S. Lichtenstein<br>Crowell & Moring LLP<br>153 East 53rd Street<br>31st Floor<br>New York, NY 10022<br>212-223-4000<br>212-223-4234 (fax)<br>mlichtenstein@crowell.com |
| Michael O'Hayer<br>22 North Walnut Street<br>West Chester, PA 19380<br>(610) 738-1230<br>(610) 738-1217 (fax)<br>mkohayer@ao1.com | Lowell Peterson<br>Meyer, Suozzi, English & Klein<br>1350 Broadway, Suite 501<br>New York, NY 10018<br>(212) 239-4999<br>(212) 239-1311 (fax)<br>lpeterson@msek.com | Paul J.N. Roy<br>Mayer, Brown, Rowe & Maw LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 701-7370<br>proy@mayerbrownrowe.com |
| Alicia M. Leonhard<br>Tracy Hope Davis<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>(212) 510-0508 | Reuben V. Anderson<br>Frank W. Trapp<br>Michael B. Wallace<br>Debra M. Brown<br>Phelps Dunbar LLP<br>111 East Capitol Street, Suite 600<br>Jackson, Mississippi 39201-2124<br>(601) 352-2300 | Mark A. Broude<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>(212) 906-1200 |
| Michael D. Warner<br>Warner Stevens, L.L.P.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102<br>(817) 810-5250 | Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200 | |

Dated:  May 21, 2007
Birmingham, Alabama

                                      BURR & FORMAN LLP

By: /s/ Michael Leo Hall
    Michael Leo Hall (pro hac vice)
    D. Christopher Carson (pro hac vice)
    Jason D. Woodard (pro hac vice)
    Jennifer A. Harris (pro hac vice)

420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Creditor
Wachovia Bank, National Association