UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE:                                )
                                      )    Case No. 05-44481
DELPHI CORPORATION,    )
                                      )    Chapter 11
           Debtor.               )    Jointly Administered

**NOTICE OF WITHDRAWAL BY DECATUR PLASTIC OF
PROOF OF CLAIM NUMBER 14173**

1.    Creditor and party-in-interest Decatur Plastic Products, Inc. (the "Claimant") hereby withdraws (the "Withdrawal") the following proof(s) of claim filed against certain of the Debtor entities:

| DEBTOR | CASE NUMBER | CLAIM NUMBER |
|---|---|---|
| Delphi Automotive Systems, LLC | 05-44640 | 14173 |

*(hereinafter, the "Withdrawn Proof of Claim")*

2.    The Debtor and the Claimant have reached a settlement regarding certain setoff rights asserted by the Claimant via its setoff demand that appears on the docket as Docket No. 799.  Because the Claimant's claim against the Debtor has been satisfied in full via the settlement reached by the parties, the Claimant hereby withdraws its Claim Number 14173.

3.    The instant Withdrawal is not intended by the Claimant to be a statement regarding the merits of the Withdrawn Proof of Claim, and is filed only for the purpose of clarifying that the Withdrawn Proof of Claim has been satisfied via the parties' settlement regarding the setoff rights asserted by the Claimant..

    /s/  Jeannette Eisan Hinshaw
Atty. No. 8238-49-A
BOSE MCKINNEY & EVANS LLP
135 N. Pennsylvania Street, Ste. 2700
Indianapolis, Indiana  46204
TX:  (317) 684-5000
FX:  (317) 684-5173
jhinshaw@boselaw.com

Counsel for Decatur Plastic Products, Inc.

865905 (12212-1)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all parties in interest via the Court's ECF notification system, and on counsel for the Debtors via email transmission to the email addresses set out below, this 21st day of May, 2007:

                                              /s/ Jeannette Eisan Hinshaw
                                              Jeannette Eisan Hinshaw

John William Butler, Jr.
SKADDEN ARPS SLATE MEAGHER & FLOM (IL)
333 West Wacker Drive
Chicago, IL  60606-1285
jbutler@skadden.com

Kayalyn A. Marafioti
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
kmarafio@skadden.com

Thomas J. Matz
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036-6522
tmatz@skadden.com

865905 (12212-1)