**EXHIBIT A**



**RYERSON**

Joseph T. Ryerson & Sons, Inc.

|  |  |
|---|---|
| | Page 1 of 1 |
| | Invoice No. 17033756 |
| | Invoice Date 08/18/05 |
| PO BOX 088995 | Customer No. 17000930 |
| CHICAGO, IL 60695-1995 | Customer PO 550015006/450105738 |
| PH#: (616) 241-3451 | Company SO 226188 |
| FAX: (877) 376-5046 | Freight Basis INTEGRIS TRK-PREPAID/ALL |
| | Shipped Via INTEGRIS MARK FOGLER |
| | Date Shipped 08/18/2005 |
| Bill To: DELPHI AUTOMOTIVE SYSTS | Bill of Lading D |
| P.O.BOX 1550 | |
| FLINT, MI 48501-0550 | Ship To: DELPHI AUTOMOTIVE SYSTS |
| | 2926 DAVISON ROAD |
| | FLINT, MI 48556 |

| Item No. | Item Description/Comments | Quantity | Price Unit | Extension |
|---|---|---|---|---|
| 74251596 | 304-2B 26GA .0178 X 0.88 | 1450.0000 | 2.4375 ULB | 3534.38 |
| | P/N 1796 | REQUESTED BY BETH JOHNSON | | |
| | Qty Comment: 1 Pcs | Heat/Lot # 942063 | | |

| Tax Basis or Tax Charge | Terms | Total discount if paid by | Invoice Total |
|---|---|---|---|
| Tax Exempt | 1/2% TEN/NET 30 | 17.67 08/28/2005 | 3,534.38 |



**RYERSON**

Joseph T. Ryerson & Sons, Inc.

|  |  |
|---|---|
| | Page    1 of   1 |
| | Invoice No.     17034404 |
| | Invoice Date    09/15/05 |
| PO BOX 088995 | Customer No.    17000930 |
| CHICAGO, IL 60695-1995 | Customer PO     450134806 |
| PH#: (616) 241-3451 | Company SO      226768 |
| FAX: (877) 376-5046 | Freight Basis   INTEGRIS TRK-PREPAID/ALL |
| | Shipped Via     Grand Rapids |
| | Date Shipped    09/15/2005 |
| Bill To: DELPHI AUTOMOTIVE SYSTS | Bill of Lading  0 |
| P.O. BOX 1550 | |
| FLINT, MI 48501-0550 | Ship To: DELPHI AUTOMOTIVE SYSTS |
| | 2926 DAVISON ROAD |
| | FLINT, MI 48556 |

| Item No. | Item Description/Comments | | Quantity | Price Unit | Extension |
|---|---|---|---|---|---|
| 74251596 | 304-2B  26GA    .0178 X 0.88 | | 5720.0000 | 2.2900 ULB | 13098.80 |
| | P/N 1796 | | Qty Comment: 80 Pcs | | |
| | Heat/Lot # | 819941 | 971169 | | |

| Tax Basis or Tax Charge | Terms | Total discount if paid by | Invoice Total |
|---|---|---|---|
| Tax Exempt | 1/2% TEN/NET 30 | 65.49    09/25/2005 | 13,098.80 |