Roger L. Tarbutton (RT-9000)
Assistant Johnson County Counselor
Johnson County Legal Department
111 S. Cherry, Suite 3200
Olathe, KS 66061-3441
(913) 715-1900
Fax (913) 715-1873
Counsel for the Board of County Commissioners
Johnson County, Kansas



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re:                                              Case No: 05-44481 (RDD)
DELPHI CORPORATION, et al.                          Chapter 11
         Debtor

                                                    (Jointly Administered)
                                      x
-------------------------------------------
              **MOTION FOR ADMISSION TO PRACTICE**, *Pro Hac Vice*

   *Roger L. Tarbutton*, a member in good standing of the bar in the State of

Kansas, and the bar of the U.S. District Court for the District of Kansas,

request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the Board of

County Commissioners of Johnson County, Kansas, a creditor in the above referenced case

proceeding.

My mailing address: Johnson County Legal Department, Attn: Roger L. Tarbutton, 111 South

Cherry Street, Suite 3200, Olathe, Kansas 66061

E-mail address; Roger.Tarbutton@jocogov.org;

Telephone number (913) 715-1900


The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated:   May 17, 2007
Olathe, Kansas

_____
Roger L. Tarbutton  (RT 9000)
Assistant Johnson County Counselor
Johnson County Legal Dept.
111 S. Cherry St., Suite 3200
Olathe, KS 66061-3441
(913) 715-1900
Fax (913) 715-1873
ATTORNEY FOR JOHNSON COUNTY
BOARD OF COUNTY COMMISSIONERS

# ORDER

**ORDERED,**

that Roger L. Tarbutton, Esq., is admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:          2007

New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE