**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| **Claim Number:** 16541<br>**Date Filed:** 02/13/2007<br>**Creditor's Name and Address:**<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br>Total: $31,991.00 | **Claim Number:** 6321<br>**Date Filed:** 05/19/2006<br>**Creditor's Name and Address:**<br>SSOE INC<br>1001 MADISON AVE<br>TOLEDO, OH 43624<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br>Total: $31,991.00 |
| **Claim Number:** 1117<br>**Date Filed:** 12/12/2005<br>**Creditor's Name and Address:**<br>HUBERT STUEKEN GMBH CO KG<br>HAYNSWORTH SINKLER BOYD PA<br>PO BOX 11889<br>COLUMBIA, SC 29211<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $678,789.76<br>Priority:<br>Administrative:<br>Unsecured: $63,630.82<br>Total: $742,420.58 | **Claim Number:** 10375<br>**Date Filed:** 07/24/2006<br>**Creditor's Name and Address:**<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $774,931.06<br>Total: $774,931.06 |
| **Claim Number:** 630<br>**Date Filed:** 11/16/2005<br>**Creditor's Name and Address:**<br>IBM CREDIT LLC<br>TWO LINCOLN CTR<br>OAKBROOK TERRACE, IL 60181<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,724.00<br>Total: $6,724.00 | **Claim Number:** 680<br>**Date Filed:** 11/18/2005<br>**Creditor's Name and Address:**<br>IBM CORPORATION<br>TWO LINCOLN CTR<br>OAKBROOK TER, IL 60181<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $514,319.83<br>Total: $514,319.83 |
| **Claim Number:** 16323<br>**Date Filed:** 09/18/2006<br>**Creditor's Name and Address:**<br>MISSISSIPPI STATE TAX COMMISSION<br>ATTN BRENDA T CARTER<br>PO BOX 22808<br>JACKSON, MS 39225-2808<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $347,412.16<br>Administrative:<br>Unsecured:<br>Total: $347,412.16 | **Claim Number:** 16588<br>**Date Filed:** 03/26/2007<br>**Creditor's Name and Address:**<br>MISSISSIPPI STATE TAX COMMISSION<br>ATTN BRENDA T CARTER<br>PO BOX 22808<br>JACKSON, MS 39225-2808<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $1,493,708.93<br>Administrative:<br>Unsecured: $32,442.36<br>Total: $1,526,151.29 |
| **Claim Number:** 12394<br>**Date Filed:** 07/28/2006<br>**Creditor's Name and Address:**<br>NEC ELECTRONICS AMERICA INC<br>2880 SCOTT BLVD<br>SANTA CLARA, CA 95052-8062<br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $308,024.19<br>Priority: $3,424,138.98<br>Administrative:<br>Unsecured: $5,984,616.34<br>Total: $9,716,779.51 | **Claim Number:** 16368<br>**Date Filed:** 10/16/2006<br>**Creditor's Name and Address:**<br>NEC ELECTRONICS AMERICA INC<br>2880 SCOTT BLVD<br>SANTA CLARA, CA 95052-8062<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $308,024.19<br>Priority: $3,424,138.98<br>Administrative:<br>Unsecured: $6,179,814.90<br>Total: $9,911,978.07 |

05-44481-rdd   Doc 7998-1   Filed 05/22/07   Entered 05/22/07 17:55:17   Exhibit A
Pg 2 of 2

In re Delphi Corporation, et al.                                                                                             Fourteenth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16574  Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 03/15/2007<br>Creditor's Name and Address:<br>P AND R COMMUNICATIONS<br>731 E FIRST ST<br>DAYTON, OH 45401<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,073.40<br>Total: $10,073.40 | Claim Number: 9214  Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/10/2006<br>Creditor's Name and Address:<br>P & R COMMUNICATIONS SERVICE INC<br>731 E 1ST ST<br>DAYTON, OH 45402<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,434.96<br>Total: $13,434.96 |
| Claim Number: 10968  Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>TAKATA CORPORATION<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 10965  Debtor: DELPHI TECHNOLOGIES, INC (05-44554)<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>TAKATA CORPORATION<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 10571  Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 10570  Debtor: DELPHI TECHNOLOGIES, INC (05-44554)<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |

**Total Claims to be Expunged:** 8

**Total Asserted Amount to be Expunged:** $10,855,400.65