**EXHIBIT B - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15513 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15515 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| JOHNSON CONTROLS INC AUTOMOTIVE GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15524 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC AUTOMOTIVE GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15532 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/31/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| JOHNSON CONTROLS TECHNOLOGY COMPANY<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15521 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| JOHNSON CONTROLS TECHNOLOGY COMPANY<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS TECHNOLOGY COMPANY<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15519 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:** 7     **$0.00**