## EXHIBIT A - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INTESYS TECHNOLOGIES INC<br>KLESTADT & WINTERS LLP<br>292 MADISON AVE 17TH FL<br>NEW YORK, NY 10017-6314 | 10770 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$511,037.71<br>$511,037.71 | 07/25/2006 | DELPHI CORPORATION<br>(05-44481) |
| MARCO MANUFACTURING CO<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LL<br>PO BOX 1500<br>AKRON, OH 44309-1500 | 11132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$78,973.54<br><br>$182,065.34<br>$261,038.88 | 07/26/2006 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| STONEHILL INSTITUTIONAL<br>PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022 | 11907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$236,796.86<br>$236,796.86 | 07/28/2006 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |

**Total:** 3    **$1,008,873.45**