**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUN MICROSYSTEMS INC<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 16597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$114,168.03<br><br>$114,168.03 | 04/18/2007 | DELPHI CORPORATION (05-44481) |
| TAX COLLECTOR SANTA ROSA COUNTY<br>ROBERT MCCLURE SANTA ROSA TAX COLLE<br>PO BOX 7100<br>MILTON, FL 32572 | 16403 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $182,356.00<br><br><br><br>$182,356.00 | 11/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| U S CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16127 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $82,643.04<br>$0.00<br><br>$0.00<br>$82,643.04 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| US CUSTOMS & BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16201 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/14/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| US CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16202 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/14/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| **Total:** | **5** | | **$379,167.07** | | |