**EXHIBIT C-1 - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMERICAN RECYCLING & MANUFACTURING CO INC<br>58 MC KEE RD<br>ROCHESTER, NY 14611 | 16556 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $40,645.16<br>Total: $40,645.16 | 03/21/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FISHER SCIENTIFIC<br>REGIONAL CREDIT MANAGER<br>2000 PARK LN<br>PITTSBURGH, PA 15275 | 16581 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $57,969.20<br>Total: $57,969.20 | 03/19/2007 | DELPHI CORPORATION (05-44481) |
| MARPOSS CORPORATION<br>3300 CROSS CREEK PKWY<br>AUBURN HILLS, MI 48326 | 16598 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $24,025.00<br>Total: $24,025.00 | 04/24/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:** 3    **$122,639.36**