**In re: Delphi Corporation, et al.**                                                                                                    **Fifteenth Omnibus Objection**

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16493<br>Date Filed: 01/22/07<br>Docketed Total:   $18,144.44<br>Filing Creditor Name and Address<br> ALLEN COUNTY IN TREASURER<br> TREASURER OF ALLEN COUNTY<br> ONE E MAIN ST RM 100<br> FORT WAYNE IN 46802 | Claim Holder Name and Address   Docketed Total       $18,144.44<br>ALLEN COUNTY IN TREASURER<br>TREASURER OF ALLEN COUNTY<br>ONE E MAIN ST RM 100<br>FORT WAYNE IN 46802<br><br>Case Number*        Secured          Priority              Unsecured<br>05-44640                              $18,144.44<br>                                      $18,144.44 | Modified Total     $17,847.03<br><br><br><br><br>Case Number*      Secured         Priority           Unsecured<br>05-44640                           $17,847.03<br>                                   $17,847.03 |
| Claim: 16396<br>Date Filed: 10/31/06<br>Docketed Total:   $44,356.98<br>Filing Creditor Name and Address<br> CITY OF VANDALIA<br> 333 JAMES E BOHANAN MEMORIAL<br> DR<br> VANDALIA OH 45377 | Claim Holder Name and Address   Docketed Total       $44,356.98<br>CITY OF VANDALIA<br>333 JAMES E BOHANAN MEMORIAL DR<br>VANDALIA OH 45377<br><br>Case Number*        Secured          Priority              Unsecured<br>05-44640                              $44,356.98<br>                                      $44,356.98 | Modified Total     $23,753.00<br><br><br><br>Case Number*      Secured         Priority           Unsecured<br>05-44640                                              $23,753.00<br>                                                      $23,753.00 |
| Claim: 362<br>Date Filed: 11/04/05<br>Docketed Total:   $469.80<br>Filing Creditor Name and Address<br> LYNDA HALL TAX COLLECTOR<br> MADISON COUNTY COURTHOUSE<br> 100 NORTHSIDE SQ<br> HUNTSVILLE AL 95808 | Claim Holder Name and Address   Docketed Total       $469.80<br>LYNDA HALL TAX COLLECTOR MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQ<br>HUNTSVILLE AL 95808<br><br>Case Number*        Secured          Priority              Unsecured<br>05-44481            $469.80<br>                    $469.80 | Modified Total     $399.04<br><br><br><br>Case Number*      Secured         Priority           Unsecured<br>05-44640                                              $399.04<br>                                                      $399.04 |
| Claim: 16588<br>Date Filed: 03/26/07<br>Docketed Total:   $1,526,151.29<br>Filing Creditor Name and Address<br> MISSISSIPPI STATE TAX<br> COMMISSION<br> BANKRUPTCY SECTION<br> ATTN BRENDA T CARTER<br> PO BOX 22808<br> JACKSON MS 39225-2808 | Claim Holder Name and Address   Docketed Total       $1,526,151.29<br>MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>ATTN BRENDA T CARTER<br>PO BOX 22808<br>JACKSON MS 39225-2808<br><br>Case Number*        Secured          Priority              Unsecured<br>05-44481                              $1,493,708.93          $32,442.36<br>                                      $1,493,708.93          $32,442.36 | Modified Total   $1,493,708.93<br><br><br><br><br>Case Number*      Secured         Priority           Unsecured<br>05-44640                           $1,493,708.93<br>                                   $1,493,708.93 |

*See Exhibit E for a listing of debtor entities by case number                                              Page:   1 of 2

In re: Delphi Corporation, et al.                                                                                         Fifteenth Omnibus Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16580<br>Date Filed: 03/16/07<br>Docketed Total:   $18,990.89<br>Filing Creditor Name and Address<br>  TENNESSEE DEPARTMENT OF<br>  REVENUE<br>  ATTORNEY GENERAL<br>  PO BOX 20207<br>  NASHVILLE TN 37202-0207 | Claim Holder Name and Address    Docketed Total    $18,990.89<br>TENNESSEE DEPARTMENT OF REVENUE<br>ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207<br><br>Case Number*     Secured      Priority              Unsecured<br>05-44481                          $18,990.89<br>                                  _____<br>                                  $18,990.89 | Modified Total    $18,990.89<br><br><br><br><br><br>Case Number*     Secured      Priority              Unsecured<br>05-44640                          $18,990.89<br>                                  _____<br>                                  $18,990.89 |
| Claim: 4037<br>Date Filed: 05/01/06<br>Docketed Total:   $1,192.40<br>Filing Creditor Name and Address<br>  US CUSTOMS AND BORDER<br>  PROTECTION<br>  ROBERT B HAMILTON JR DIRECTOR<br>  REVEN<br>  6650 TELECOM DR<br>  PO BOX 68911<br>  INDIANAPOLIS IN 46268 | Claim Holder Name and Address    Docketed Total    $1,192.40<br>US CUSTOMS AND BORDER PROTECTION<br>ROBERT B HAMILTON JR DIRECTOR<br>REVEN<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS IN 46268<br><br>Case Number*     Secured      Priority              Unsecured<br>05-44482                          $0.00           $1,192.40<br>                                                  _____<br>                                                  $1,192.40 | Modified Total    $1,192.40<br><br><br><br><br><br><br>Case Number*     Secured      Priority              Unsecured<br>05-44482                                          $1,192.40<br>                                                  _____<br>                                                  $1,192.40<br><br>Total Count of Claims:  6<br>Total Amount as Docketed:     $1,609,305.80<br>Total Amount as Modified:     $1,555,891.29 |