In re: Delphi Corporation, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fifteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14239<br>Date Filed: 07/31/06<br>Docketed Total:    $5,244,135.51<br>Filing Creditor Name and Address<br> AB AUTOMOTIVE INC<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address    Docketed Total    $2,598,525.51<br>AB AUTOMOTIVE INC<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $2,171.90    $2,596,353.61<br>                                      $2,171.90    $2,596,353.61 | Modified Total    $500,044.16<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $733.75    $499,310.41<br>                                      $733.75    $499,310.41 |
| | Claim Holder Name and Address    Docketed Total    $2,645,610.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $2,645,610.00<br>                                                   $2,645,610.00 | Modified Total    $2,645,610.00<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $2,645,610.00<br>                                                   $2,645,610.00 |
| Claim: 1074<br>Date Filed: 12/08/05<br>Docketed Total:    $208,012.10<br>Filing Creditor Name and Address<br> ACUSHNET RUBBER COMPANY INC<br> DBA PRECIX<br> LYNNE MASTERA<br> 744 BELLEVILLE AVE<br> PO BOX 6916<br> NEW BEDFORD MA 02742-6916 | Claim Holder Name and Address    Docketed Total    $208,012.10<br>ACUSHNET RUBBER COMPANY INC DBA<br>PRECIX<br>LYNNE MASTERA<br>744 BELLEVILLE AVE<br>PO BOX 6916<br>NEW BEDFORD MA 02742-6916<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $67,064.46              $140,947.64<br>                $67,064.46              $140,947.64 | Modified Total    $208,012.10<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $14,588.49    $193,423.61<br>                            $14,588.49    $193,423.61 |

*See Exhibit E for a listing of debtor entities by case number　　　　　　　　　　　　　　　　　　　Page:    1 of 10

In re: Delphi Corporation, et al.                                                                                              Fifteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9577<br>Date Filed:07/17/06<br>Docketed Total:  $122,826.05<br>Filing Creditor Name and Address<br>  BAYER MATERIALSCIENCE LLC<br>  ATTN LINDA VESCI<br>  100 BAYER RD<br>  PITTSBURGH PA 15205 | Claim Holder Name and Address  Docketed Total  $122,826.05<br>BAYER MATERIALSCIENCE LLC<br>ATTN LINDA VESCI<br>100 BAYER RD<br>PITTSBURGH PA 15205<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $122,826.05<br>                                                               $122,826.05 | | | | Modified Total  $105,184.98<br><br><br><br><br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                      $2,250.72    $102,934.26<br>                                    $2,250.72    $102,934.26 | | | |
| Claim: 8372<br>Date Filed:06/22/06<br>Docketed Total:  $788,628.25<br>Filing Creditor Name and Address<br>  BI TECHNOLOGIES CORPORATION<br>  DAVID M SCHILLI<br>  ROBINSON BRADSHAW & HINSON PA<br>  101 N TRYON ST STE 1900<br>  CHARLOTTE NC 28246 | Claim Holder Name and Address  Docketed Total  $6,210.25<br>BI TECHNOLOGIES CORPORATION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                      $6,210.00        $0.25<br>                                    $6,210.00        $0.25 | | | | Modified Total  $6,210.00<br><br><br><br><br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                      $6,210.00<br>                                    $6,210.00 | | | |
| | Claim Holder Name and Address  Docketed Total  $782,418.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                                    $782,418.00<br>                                            $782,418.00 | | | | Modified Total  $710,049.99<br><br><br><br><br><br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                                    $710,049.99<br>                                            $710,049.99 | | | |
| Claim: 7369<br>Date Filed:06/02/06<br>Docketed Total:  $17,659.83<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF JOSEF SCHLEMMER<br>  GMBH<br>  ATTN ALPA JIMENEZ<br>  411 W PUTNAM AVE S 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total  $17,659.83<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>JOSEF SCHLEMMER GMBH<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                                    $17,659.83<br>                                            $17,659.83 | | | | Modified Total  $16,902.01<br><br><br><br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                      $610.00    $16,292.01<br>                                    $610.00    $16,292.01 | | | |

\*See Exhibit E for a listing of debtor entities by case number                                                                                              Page:   2 of 10

In re: Delphi Corporation, et al.                                                                                                       Fifteenth Omnibus Objection

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15226<br>Date Filed: 07/31/06<br>Docketed Total: $87,775.20<br>Filing Creditor Name and Address<br>  DELTA PRODUCTS CORPORATION<br>  4405 CUSHING PKWY<br>  FREMONT CA 94538 | Claim Holder Name and Address    Docketed Total    $87,775.20<br>DELTA PRODUCTS CORPORATION<br>4405 CUSHING PKWY<br>FREMONT CA 94538<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44640         _____       _____       $87,775.20<br>                                                 $87,775.20 | Modified Total    $83,233.95<br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640       _____     $12,986.67     $70,247.28<br>                                $12,986.67     $70,247.28 |
| Claim: 7577<br>Date Filed: 06/06/06<br>Docketed Total: $77,399.49<br>Filing Creditor Name and Address<br>  EXPORT CORPORATION<br>  DENNIS  A HALEY P14538<br>  WINEGARDEN HALEY LINDHOLM &<br>  ROBERTS<br>  G 9460 S SAGINAW ST STE A<br>  GRAND BLANC MI 48439 | Claim Holder Name and Address    Docketed Total    $77,399.49<br>EXPORT CORPORATION<br>DENNIS  A HALEY P14538<br>WINEGARDEN HALEY LINDHOLM &<br>ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC MI 48439<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44640         $11,691.36     _____       $65,708.13<br>                 $11,691.36                    $65,708.13 | Modified Total    $77,228.85<br><br><br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640       $11,691.36    _____      $65,537.49<br>               $11,691.36                     $65,537.49 |
| Claim: 11659<br>Date Filed: 07/27/06<br>Docketed Total: $242,455.24<br>Filing Creditor Name and Address<br>  FUJIKURA AMERICA INC<br>  ATTN PRESIDENT<br>  3001 OAKMEAD VILLAGE DR<br>  SANTA CLARA CA 95051 | Claim Holder Name and Address    Docketed Total    $242,455.24<br>FUJIKURA AMERICA INC<br>ATTN PRESIDENT<br>3001 OAKMEAD VILLAGE DR<br>SANTA CLARA CA 95051<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44640         $21,813.20     $15,482.29     $205,159.75<br>                 $21,813.20     $15,482.29     $205,159.75 | Modified Total    $216,269.82<br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640       _____     $15,482.28     $200,787.54<br>                              $15,482.28     $200,787.54 |
| Claim: 15429<br>Date Filed: 07/31/06<br>Docketed Total: $431,794.32<br>Filing Creditor Name and Address<br>  GOBAR SYSTEMS INC<br>  PAIGE LEIGH ELLERMAN ESQ<br>  TAFT STETTINIUS & HOLLISTER<br>  LLP<br>  425 WALNUT STREET STE 1800<br>  CINCINNATI OH 45202 | Claim Holder Name and Address    Docketed Total    $431,794.32<br>GOBAR SYSTEMS INC<br>PAIGE LEIGH ELLERMAN ESQ<br>TAFT STETTINIUS & HOLLISTER<br>LLP<br>425 WALNUT STREET STE 1800<br>CINCINNATI OH 45202<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44481         _____       _____       $431,794.32<br>                                                 $431,794.32 | Modified Total    $33,555.72<br><br><br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640       _____     $2,848.88      $30,706.84<br>                              $2,848.88      $30,706.84 |

*See Exhibit E for a listing of debtor entities by case number                                    Page:   3 of 10

In re: Delphi Corporation, et al.   Fifteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6615<br>Date Filed: 05/22/06<br>Docketed Total: $7,907.92<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ITW DELTAR ENGINEERED FASTENER<br>  1700 1ST AVE<br>  CHIPPEWA FALLS WI 54729 | Claim Holder Name and Address   Docketed Total   $7,907.92<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED FASTENER<br>1700 1ST AVE<br>CHIPPEWA FALLS WI 54729<br><br>Case Number*    Secured    Priority        Unsecured<br>05-44481                                           $7,907.92<br>                                                   $7,907.92 | Modified Total   $7,495.37<br><br><br><br><br>Case Number*    Secured    Priority       Unsecured<br>05-44640                              $2,006.78    $5,488.59<br>                                      $2,006.78    $5,488.59 |
| Claim: 9565<br>Date Filed: 07/17/06<br>Docketed Total: $4,890.13<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ANCHOR FASTENERS<br>  26101 FARGO AVE<br>  CLEVELAND OH 44146-1305 | Claim Holder Name and Address   Docketed Total   $4,890.13<br>ILLINOIS TOOL WORKS INC<br>ANCHOR FASTENERS<br>26101 FARGO AVE<br>CLEVELAND OH 44146-1305<br><br>Case Number*    Secured    Priority        Unsecured<br>05-44481                              $4,890.13<br>                                      $4,890.13 | Modified Total   $4,603.92<br><br><br><br><br>Case Number*    Secured    Priority       Unsecured<br>05-44640                              $2,268.00    $2,335.92<br>                                      $2,268.00    $2,335.92 |
| Claim: 9566<br>Date Filed: 07/17/06<br>Docketed Total: $148,992.68<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ILLINOIS TOOL WORKS TOMCO<br>  3600 W LAKE AVE<br>  GLENVIEW IL 60025-121 | Claim Holder Name and Address   Docketed Total   $148,992.68<br>ILLINOIS TOOL WORKS INC<br>ILLINOIS TOOL WORKS TOMCO<br>3600 W LAKE AVE<br>GLENVIEW IL 60025-121<br><br>Case Number*    Secured    Priority         Unsecured<br>05-44481                              $147,821.71    $1,170.97<br>                                      $147,821.71    $1,170.97 | Modified Total   $137,447.47<br><br><br><br><br>Case Number*    Secured    Priority        Unsecured<br>05-44640                              $86,033.76    $51,413.71<br>                                      $86,033.76    $51,413.71 |
| Claim: 9568<br>Date Filed: 07/17/06<br>Docketed Total: $1,394.26<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ITW DELPRO<br>  8440 A WEST 183RD PL<br>  TINLEY PK IL 60477 | Claim Holder Name and Address   Docketed Total   $1,394.26<br>ILLINOIS TOOL WORKS INC<br>ITW DELPRO<br>8440 A WEST 183RD PL<br>TINLEY PK IL 60477<br><br>Case Number*    Secured    Priority       Unsecured<br>05-44481                              $386.76      $1,007.50<br>                                      $386.76      $1,007.50 | Modified Total   $1,210.91<br><br><br><br><br>Case Number*    Secured    Priority      Unsecured<br>05-44640                              $386.76      $824.15<br>                                      $386.76      $824.15 |

*See Exhibit E for a listing of debtor entities by case number                Page:    4 of 10

In re: Delphi Corporation, et al.                                                                                    Fifteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9573<br>Date Filed:07/17/06<br>Docketed Total:  $159,690.14<br>Filing Creditor Name and Address<br>  ITW DELTAR INSERT MOLDED<br>  PRODUCTS<br>  9629 W 197TH ST<br>  MOKENA IL 60448 | Claim Holder Name and Address   Docketed Total   $159,690.14<br>ITW DELTAR INSERT MOLDED PRODUCTS<br>9629 W 197TH ST<br>MOKENA IL 60448<br><br>Case Number*    Secured      Priority         Unsecured<br>05-44640                             $159,690.14<br>                                     ─────────────<br>                                     $159,690.14 | Modified Total   $149,178.27<br><br><br><br>Case Number*    Secured      Priority         Unsecured<br>05-44640                      $27,134.11      $122,044.16<br>                              ─────────────   ─────────────<br>                              $27,134.11      $122,044.16 |
| Claim: 8999<br>Date Filed:07/05/06<br>Docketed Total:   $10,344.99<br>Filing Creditor Name and Address<br>  J O GALLOUP COMPANY<br>  130 N HELMER RD<br>  BATTLE CREEK MI 49015 | Claim Holder Name and Address   Docketed Total   $10,344.99<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202<br><br>Case Number*    Secured      Priority         Unsecured<br>05-44481                      $1,000.00        $9,344.99<br>                              ─────────────   ─────────────<br>                              $1,000.00        $9,344.99 | Modified Total   $10,320.23<br><br><br><br>Case Number*    Secured      Priority         Unsecured<br>05-44640                      $1,000.00        $9,320.23<br>                              ─────────────   ─────────────<br>                              $1,000.00        $9,320.23 |
| Claim: 14240<br>Date Filed:07/31/06<br>Docketed Total:  $114,342.92<br>Filing Creditor Name and Address<br>  JACOBSON MFG LLC<br>  WILLIAM S HACKNEY<br>  MUCH SHELIST<br>  191 N WACKER DR STE 1800<br>  CHICAGO IL 60606 | Claim Holder Name and Address   Docketed Total   $114,342.92<br>JACOBSON MFG LLC<br>WILLIAM S HACKNEY<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO IL 60606<br><br>Case Number*    Secured      Priority         Unsecured<br>05-44481                                       $114,342.92<br>                                              ─────────────<br>                                              $114,342.92 | Modified Total   $95,486.27<br><br><br><br><br><br>Case Number*    Secured      Priority         Unsecured<br>05-44640                      $22,226.09      $73,260.18<br>                              ─────────────   ─────────────<br>                              $22,226.09      $73,260.18 |
| Claim: 4198<br>Date Filed:05/01/06<br>Docketed Total:   $19,118.81<br>Filing Creditor Name and Address<br>  JOSEPH T RYERSON & SON INC<br>  33966 TREASURY CTR<br>  CHICAGO IL 60694-3900 | Claim Holder Name and Address   Docketed Total   $19,118.81<br>JOSEPH T RYERSON & SON INC<br>33966 TREASURY CTR<br>CHICAGO IL 60694-3900<br><br>Case Number*    Secured      Priority         Unsecured<br>05-44481                                       $19,118.81<br>                                              ─────────────<br>                                              $19,118.81 | Modified Total   $19,118.81<br><br><br><br>Case Number*    Secured      Priority         Unsecured<br>05-44640                      $4,903.55       $14,215.26<br>                              ─────────────   ─────────────<br>                              $4,903.55       $14,215.26 |

*See Exhibit E for a listing of debtor entities by case number                        Page:    5 of 10

In re: Delphi Corporation, et al.                                                                                               Fifteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1790<br>Date Filed: 02/06/06<br>Docketed Total: $195,077.21<br>Filing Creditor Name and Address<br>KEY SAFETY SYSTEMS &<br>SUBSIDIARIES<br>ATTN TOM FORD<br>KEY SAFETY SYSTEMS INC<br>7000 NINETEEN MILE RD<br>STERLING HEIGHTS MI 48314 | Claim Holder Name and Address   Docketed Total   $195,077.21<br>KEY SAFETY SYSTEMS & SUBSIDIARIES<br>ATTN TOM FORD<br>KEY SAFETY SYSTEMS INC<br>7000 NINETEEN MILE RD<br>STERLING HEIGHTS MI 48314<br><br>Case Number*      Secured        Priority          Unsecured<br>05-44481                                          $195,077.21<br>                                                  _____<br>                                                  $195,077.21 | Modified Total        $72,475.98<br><br><br><br><br><br>Case Number*   Secured    Priority       Unsecured<br>05-44640                  $3,803.60      $68,672.38<br>                          _____       _____<br>                          $3,803.60      $68,672.38 |
| Claim: 12141<br>Date Filed: 07/28/06<br>Docketed Total: $151,106.18<br>Filing Creditor Name and Address<br>KICKHAEFER MANUFACTURING CO KMC<br>1221 S PARK ST<br>PO BOX 348<br>PORT WASHINGTON WI 53074-0348 | Claim Holder Name and Address   Docketed Total   $151,106.18<br>KICKHAEFER MANUFACTURING CO KMC<br>1221 S PARK ST<br>PO BOX 348<br>PORT WASHINGTON WI 53074-0348<br><br>Case Number*      Secured        Priority          Unsecured<br>05-44481                         $151,106.18<br>                                 _____<br>                                 $151,106.18 | Modified Total        $151,106.18<br><br><br><br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                  $37,150.59      $113,955.59<br>                          _____       _____<br>                          $37,150.59      $113,955.59 |
| Claim: 13526<br>Date Filed: 07/31/06<br>Docketed Total: $103,714.47<br>Filing Creditor Name and Address<br>KURZ KASCH INC<br>2271 ARBOR BLVD<br>DAYTON OH 45401-1246 | Claim Holder Name and Address   Docketed Total   $103,714.47<br>KURZ KASCH INC<br>2271 ARBOR BLVD<br>DAYTON OH 45401-1246<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44481          $103,714.47<br>                  _____<br>                  $103,714.47 | Modified Total         $103,412.07<br><br><br><br>Case Number*   Secured    Priority       Unsecured<br>05-44612                  $34.40         $1,627.27<br>05-44640                  $8,604.00      $93,146.40<br>                          _____       _____<br>                          $8,638.40      $94,773.67 |
| Claim: 10704<br>Date Filed: 07/25/06<br>Docketed Total: $2,918,299.31<br>Filing Creditor Name and Address<br>MEADVILLE FORGING CO<br>EDWARD B LOCCISANO<br>PO BOX 459 D<br>MEADVILLE PA 16335 | Claim Holder Name and Address   Docketed Total   $2,918,299.31<br>MEADVILLE FORGING CO<br>EDWARD B LOCCISANO<br>PO BOX 459 D<br>MEADVILLE PA 16335<br><br>Case Number*      Secured        Priority          Unsecured<br>05-44640                         $213,681.48     $2,704,617.83<br>                                 _____     _____<br>                                 $213,681.48     $2,704,617.83 | Modified Total  $2,918,299.31<br><br><br><br>Case Number*   Secured    Priority           Unsecured<br>05-44640                  $213,681.48        $2,704,617.83<br>                          _____        _____<br>                          $213,681.48        $2,704,617.83 |

*See Exhibit E for a listing of debtor entities by case number                              Page:    6 of 10

In re: Delphi Corporation, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fifteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8316<br>Date Filed: 06/21/06<br>Docketed Total: $95,572.47<br>Filing Creditor Name and Address<br>METAL SURFACES INC<br>ATTN ROBERT H LEDTERMAN PRES CEO<br>6060 SHULL ST<br>BELL GARDENS CA 90201 | Claim Holder Name and Address　　Docketed Total　　$95,572.47<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*　　Secured　　Priority　　Unsecured<br>05-44624　　　　　　　　　　　　$9,392.78　　$86,179.69<br>　　　　　　　　　　　　　　　　$9,392.78　　$86,179.69 | Modified Total　　$91,835.90<br><br><br><br><br>Case Number*　　Secured　　Priority　　Unsecured<br>05-44624　　　　　　　　　　　　$6,251.95　　$85,583.95<br>　　　　　　　　　　　　　　　　$6,251.95　　$85,583.95 |
| Claim: 9190<br>Date Filed: 07/10/06<br>Docketed Total: $315,746.36<br>Filing Creditor Name and Address<br>METALFORMING TECHNOLOGIES INC<br>980 N MICHIGAN AVE<br>STE 1900<br>CHICAGO IL 60611 | Claim Holder Name and Address　　Docketed Total　　$315,746.36<br>METALFORMING TECHNOLOGIES INC<br>980 N MICHIGAN AVE<br>STE 1900<br>CHICAGO IL 60611<br><br>Case Number*　　Secured　　Priority　　Unsecured<br>05-44481　　　　　　　　　　　　　　　　　　$315,746.36<br>　　　　　　　　　　　　　　　　　　　　　　$315,746.36 | Modified Total　　$55,620.35<br><br><br><br><br>Case Number*　　Secured　　Priority　　Unsecured<br>05-44640　　　　　　　　　　　　$13,755.27　　$41,865.08<br>　　　　　　　　　　　　　　　　$13,755.27　　$41,865.08 |
| Claim: 12186<br>Date Filed: 07/28/06<br>Docketed Total: $48,161.52<br>Filing Creditor Name and Address<br>MUSKEGON CASTINGS CORP<br>C O PARMENTER O TOOLE<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786 | Claim Holder Name and Address　　Docketed Total　　$48,161.52<br>MUSKEGON CASTINGS CORP<br>C O PARMENTER O TOOLE<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786<br><br>Case Number*　　Secured　　Priority　　Unsecured<br>05-44640　　$48,161.52<br>　　　　　　　$48,161.52 | Modified Total　　$47,976.06<br><br><br><br><br>Case Number*　　Secured　　Priority　　Unsecured<br>05-44640　　　　　　　　　　　　$11,566.85　　$36,409.21<br>　　　　　　　　　　　　　　　　$11,566.85　　$36,409.21 |
| Claim: 16312<br>Date Filed: 09/13/06<br>Docketed Total: $186,028.49<br>Filing Creditor Name and Address<br>NATIONAL PAPER & PACKAGING EFT CO<br>26401 RICHMOND RD<br>CLEVELAND OH 44146-1413 | Claim Holder Name and Address　　Docketed Total　　$186,028.49<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*　　Secured　　Priority　　Unsecured<br>05-44640　　　　　　　　　　　　　　　　　　$186,028.49<br>　　　　　　　　　　　　　　　　　　　　　　$186,028.49 | Modified Total　　$170,113.66<br><br><br><br><br>Case Number*　　Secured　　Priority　　Unsecured<br>05-44640　　　　　　　　　　　　$3,802.95　　$166,310.71<br>　　　　　　　　　　　　　　　　$3,802.95　　$166,310.71 |

*See Exhibit E for a listing of debtor entities by case number　　　　　　　　　　　　　　　　Page:　7 of 10

In re: Delphi Corporation, et al.                                                                                              Fifteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16391<br>Date Filed: 10/10/06<br>Docketed Total:   $914,212.99<br>Filing Creditor Name and Address<br>  NISSHINBO AUTOMOTIVE CORP<br>  SEAN M WALSH ESQ<br>  COX HODGMAN & GIARMARCO PC<br>  101 W BIG BEAVER RD 10TH FLR<br>  TROY MI 48084 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured<br>$223,420.11<br>$223,420.11 | <br><br><br><br><br>Priority | $914,212.99<br><br><br><br><br>Unsecured<br>$690,792.88<br>$690,792.88 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $914,212.99<br><br><br><br><br>Priority<br>$27,446.05<br>$27,446.05 | <br><br><br><br><br>Unsecured<br>$886,766.94<br>$886,766.94 |
| Claim: 4531<br>Date Filed: 05/02/06<br>Docketed Total:   $201,340.46<br>Filing Creditor Name and Address<br>  NMB TECHNOLOGIES CORPORATION<br>  9730 INDEPENDENCE AVE<br>  CHATSWORTH CA 91311 | Claim Holder Name and Address<br>NMB TECHNOLOGIES CORPORATION<br>9730 INDEPENDENCE AVE<br>CHATSWORTH CA 91311<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured<br>$201,340.46<br>$201,340.46 | <br><br><br><br><br>Priority | $201,340.46<br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number*<br>05-44507<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $201,100.46<br><br><br><br><br>Priority<br>$2,270.00<br>$1,786.80<br>$4,056.80 | <br><br><br><br><br>Unsecured<br>$2,961.51<br>$194,082.15<br>$197,043.66 |
| Claim: 16558<br>Date Filed: 02/28/07<br>Docketed Total:   $389,743.52<br>Filing Creditor Name and Address<br>  OTTO BOCK POLYURETHANE<br>  TECHNOLOGIES INC<br>  PENN CTR WEST THREE STE 406<br>  PITTSBURGH PA 15276 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority<br>$144,348.23<br>$144,348.23 | $389,743.52<br><br><br><br><br>Unsecured<br>$245,395.29<br>$245,395.29 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $389,743.52<br><br><br><br><br>Priority<br>$130,000.00<br>$130,000.00 | <br><br><br><br><br>Unsecured<br>$259,743.52<br>$259,743.52 |
| Claim: 10579<br>Date Filed: 07/25/06<br>Docketed Total:   $760,117.01<br>Filing Creditor Name and Address<br>  PHILLIPS PLASTICS CORPORATION<br>  ATTN MARK HUEG<br>  1201 HANLEY RD<br>  HUDSON WI 54016 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured<br>$751,115.95<br>$751,115.95 | <br><br><br><br><br>Priority<br>$9,001.06<br>$9,001.06 | $760,117.01<br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $747,702.98<br><br><br><br><br>Priority<br>$9,001.06<br>$9,001.06 | <br><br><br><br><br>Unsecured<br>$738,701.92<br>$738,701.92 |

*See Exhibit E for a listing of debtor entities by case number                              Page:   8 of 10

In re: Delphi Corporation, et al.                                                Fifteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12132<br>Date Filed: 07/28/06<br>Docketed Total: $14,497.86<br>Filing Creditor Name and Address<br>ROTOR CLIP COMPANY INC<br>ROBERT L SCHMIDT ESQ<br>NORRIS MCLAUGHLIN MARCUS PA<br>PO BOX 1018<br>SOMERVILLE NJ 08876-1018 | Claim Holder Name and Address    Docketed Total    $14,497.86<br>ROTOR CLIP COMPANY INC<br>ROBERT L SCHMIDT ESQ<br>NORRIS MCLAUGHLIN MARCUS PA<br>PO BOX 1018<br>SOMERVILLE NJ 08876-1018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                            $14,497.86<br>                                   $14,497.86 | Modified Total    $14,497.86<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $14,497.86<br>                                   $14,497.86 |
| Claim: 9584<br>Date Filed: 07/17/06<br>Docketed Total: $116,843.56<br>Filing Creditor Name and Address<br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE LAKE ERIE PRODUCTS<br>INC LIVONIA FITTINGS PRODUCTS<br>COMPANY ET AL ASSIGN<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $116,843.56<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>LAKE ERIE PRODUCTS INC LIVONIA<br>FITTINGS PRODUCTS COMPANY ET AL<br>ASSIGN<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $4,797.32    $112,046.24<br>                         $4,797.32    $112,046.24 | Modified Total    $116,724.46<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $4,797.32    $111,927.14<br>                         $4,797.32    $111,927.14 |
| Claim: 11247<br>Date Filed: 07/27/06<br>Docketed Total: $641,832.63<br>Filing Creditor Name and Address<br>SKF USA INC<br>HENRY JAFFE ESQUIRE<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON DE 19899 | Claim Holder Name and Address    Docketed Total    $641,832.63<br>SKF USA INC<br>HENRY JAFFE ESQUIRE<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON DE 19899<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $85,147.54    $556,685.09<br>                         $85,147.54    $556,685.09 | Modified Total    $117,224.29<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $26,195.39    $91,028.90<br>                         $26,195.39    $91,028.90 |

In re: Delphi Corporation, et al.                                                                                 Fifteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10377<br>Date Filed: 07/24/06<br>Docketed Total: $12,760.50<br>Filing Creditor Name and Address<br>STUEKEN LLC<br>STANLEY H MCGUFFIN ESQ<br>HAYNSWORTH SINKLER BOYD PA<br>PO BOX 11889<br>COLUMBIA SC 29211 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*<br>05-44481 | Secured | Priority<br><br><br><br><br><br>$12,760.50<br>$12,760.50 | Docketed Total $12,760.50<br><br><br><br><br>Unsecured | Modified Total $12,760.50<br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority<br><br><br><br><br><br>$12,760.50<br>$12,760.50 | Unsecured |
| Claim: 11462<br>Date Filed: 07/27/06<br>Docketed Total: $506,709.93<br>Filing Creditor Name and Address<br>VALEO CLIMATE CONTROL CORPORATION<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>VALEO CLIMATE CONTROL CORPORATION<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326<br><br>Case Number*<br>05-44640 | Secured | Priority | Docketed Total $506,709.93<br><br><br><br><br>Unsecured<br>$506,709.93<br>$506,709.93 | Modified Total $156,725.41<br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority<br><br><br><br><br><br>$156,725.41<br>$156,725.41 | Unsecured |
| Claim: 11466<br>Date Filed: 07/27/06<br>Docketed Total: $95,661.00<br>Filing Creditor Name and Address<br>VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326<br><br>Case Number*<br>05-44640 | Secured | Priority | Docketed Total $95,661.00<br><br><br><br><br>Unsecured<br>$95,661.00<br>$95,661.00 | Modified Total $95,661.00<br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority<br><br><br><br><br><br>$8,518.50<br>$8,518.50 | Unsecured<br><br><br><br><br><br>$87,142.50<br>$87,142.50 |
| Claim: 11465<br>Date Filed: 07/27/06<br>Docketed Total: $76,841.75<br>Filing Creditor Name and Address<br>VALEO SWITCHES AND DETECTION SYSTEMS INC<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>VALEO SWITCHES AND DETECTION SYSTEMS INC<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326<br><br>Case Number*<br>05-44640 | Secured | Priority | Docketed Total $76,841.75<br><br><br><br><br>Unsecured<br>$76,841.75<br>$76,841.75 | Modified Total $76,841.75<br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority<br><br><br><br><br><br>$1,653.86<br>$1,653.86 | Unsecured<br><br><br><br><br><br>$75,187.89<br>$75,187.89 |

Total Count of Claims: 36
Total Amount as Docketed:     $15,431,635.06
Total Amount as Modified:     $11,481,197.56

*See Exhibit E for a listing of debtor entities by case number                                    Page:   10 of 10