B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Delphi Corp.**    Case No. **05-44481**
(Jointly Administered)
Court ID (Court use only) _____

## AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>Name of Transferee | **Robin Mexicana, S. de R.L. de C.V.**<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Brian A. Jarmain** | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $ 19,576.50** | |
| Name and Address where transferee payments should be sent (if different from above)<br><br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Irene Wu** | Name and Current Address of transferor<br><br>**Robin Mexicana S de RL de CV<br>c/o Robin Industries Inc.<br>1265 West 65th St.<br>Cleveland, OH 44102<br>Attn: Gregory Malafarina** |
| Phone: **203-542-4061**<br>       **203-542-4161** | Phone: **216-631-7000** |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Court Claim # (if known):<br>Date Claim Filed: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Irene Wu_    Date: **May 10, 2007**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
                                  CLERK OF THE COURT

{00241647.DOC;}

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1632209 - 10401033<br>ROBIN INDUSTRIES INC<br>ELASTO TEC DIV<br>PO BOX 73360N<br>CLEVELAND   OH   44193 | ACCOUNTS PAYABLE | | $218,759.25 |
| 1632210 - 10401034<br>ROBIN INDUSTRIES INC<br>ROBIN TECH SERVICE GROUP<br>PO BOX 449<br>BERLIN   OH   44610 | ACCOUNTS PAYABLE | | $73,069.31 |
| 1632211 - 10401035<br>ROBIN INDUSTRIES INC EFT<br>HOLMCO INDUSTRIES DIV<br>PO BOX 73359N<br>CLEVELAND   OH   44193 | ACCOUNTS PAYABLE | | $485,344.39 |
| 1562917 - 10395749<br>ROBIN MEXICANA S DE RL DE<br>INDAV LAS MISIONES #9<br>PARQUE IND<br>QUE    76246<br>MEXICO | ACCOUNTS PAYABLE | | $19,576.50 ✓ |
| 1551527 - 10008677<br>ROBINSON ALLEN<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1033185 - 10006838<br>ROBINSON COLLEEN<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 70407158 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1551528 - 10008678<br>ROBINSON DALE<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1632226 - 10401036<br>ROBINSON FOUNDRY INC<br>PO BOX 1235<br>ALEXANDER CITY   AL   350105235 | ACCOUNTS PAYABLE | | $13,459.75 |
| 1632228 - 10401037<br>ROBINSON INDUSTRIES INC<br>3051 W CURTICE RD<br>COLEMAN   MI   48618 | ACCOUNTS PAYABLE | | $109,973.32 |
| 1033219 - 10006839<br>ROBINSON JANESSA<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1033225 - 10006840<br>ROBINSON JERRY<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1033228 - 10006841<br>ROBINSON JOANNE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: NJ0000533507 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1551529 - 10008679<br>ROBINSON JOYCE<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |