FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN  DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor: Delphi Automotive Systems LLC
Case Number: 05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Millwood, Inc., dba Liberty Industries, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Millwood, Inc., dba Liberty Industries, Inc.
c/o Sam O. Simmerman, Esq.
Krugliak, Wilkins, Griffiths & Dougherty Co., LPA
4775 Munson St. NW/PO Box 36963
Canton, OH 44735-6963
Telephone number: 330-497-0700

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Received
AUG 02 2006
Kurtzman Carson
THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 0001317

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   - ☒ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)    (date)

2. **Date debt was incurred:** 6-13-05 through 10-7-05

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $164,172.46 _____ 55,995.04 220,167.50
   (unsecured) (secured) (priority) (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 55,995.04
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8).
   ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( 1 ).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05, Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
RECEIVED
CLAIMS PROCESSING CENTER
USBC, SDNY

Date: 7-19-06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Sam O. Simmerman, Esq.
Attorney for Millwood, Inc., dba Liberty Industries, Inc.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBTOR: DELPHI AUTOMOTIVE SYSTEMS LLC
CASE NO: 05-44640

ATTACHMENT TO PROOF OF CLAIM FOR MILLWOOD, INC., dba
LIBERTY INDUSTRIES, INC.

The identity of the Seller from whom the Goods were ordered is Millwood, Inc. dba "Liberty Industries" and/or "Liberty Technologies." Pursuant to Asset Purchase Agreements dated June 30th 2005, Millwood, Inc. purchased the assets of Liberty Industries, Inc. and R&R Investment Group, Ltd., including the names "Liberty Industries" and "Liberty Technologies." The names "Liberty Industries" and "Liberty Technologies" are "doing business as" names used by Millwood, Inc., resulting in their inclusion on the invoices and delivery tickets included as evidence supporting Millwood, Inc.'s claim. The trade name "Liberty Industries" was registered with the Ohio Secretary of State and the trade name "Liberty Technologies" was assigned to Millwood, Inc. pursuant to documents attached hereto. Additionally, the invoices and delivery tickets included in support of Millwood, Inc.'s claim contained the name of Liberty Industries and/or Liberty Technologies at the time of shipment and delivery of the Goods due to the transition of Liberty Industries, Inc. and R&R Investment Group, Ltd. to Millwood, Inc.

Pursuant to the pre-printed Proof of Claim forms received from the Debtor the Master Code numbers are as follow:

Liberty Industries, Inc., Master Code 10399418.

Millwood, Inc., Master Code 10408427.

4.   **Total amount of claim at time case filed:**

Listed below is a reconciliation of the amounts owed to Millwood, Inc., dba Liberty Industries, Inc.

| | |
|---|---:|
| Amount per claim listed in Liberty Industries, Inc. name (DUNS 01-804-9262) | $210,675.70 |
| Amount per claim listed in Millwood, Inc. name (DUNS 94-850-4337) | 12,132.60 |
| Less:  Document #5204379192001 – item is for 1/9/06 shipment not 1/9/05 | (1,730.00) |
| Document #W91302300050116 – item is for 1/16/06 shipment not 1/16/05 | (652.80) |
| Document #WE6529100051006 – item has been paid correctly for $172.00 | (258.00) |
| Total Delphi Claim | $220,167.50 |

7. **Unsecured Priority Claim**

The amount of claim listed above includes the Reclamation Claim (administrative expense) of $55,995.04. The remaining amount of $164,172.46 is a general unsecured proof of claim.*

The $55,995.04 is comprised of the following reclamation claim numbers as assigned by Delphi:

| Claim | Amount |
|---|---|
| Claim 359 | $13,379.98 |
| Claim 678 | 6,783.70 |
| Claim 679 | 623.70 |
| Claim 680 | 258.00 |
| Claim 681 | 2,428.80 |
| Claim 683 | 23,419.78 |
| Claim 760 | 8,973.48 |

*At the time of the filing of the within claim, counsel for Millwood and representatives of Delphi have been in settlement negotiations in regards to the agreed upon Reclamation Claim. Once this matter is resolved, the within claim will be amended if necessary..

## Millwood, Inc.
## Delphi Bankruptcy Invoices - Summary by Delphi Location

| Plant | Invoice # | Shipping Date | Bill of Lading # | Amount |
|---|---|---|---|---|
| Warren Plant 10 | 0083198-IN | 9/12/2005 | 135030 | $ 5,672.16 |
| Warren Plant 10 | 0083632-IN | 9/1/2005 | 29241 | $ 1,490.72 |
| Warren Plant 10 | 0083635-IN | 9/2/2005 | 28989 | $ 6,060.00 |
| Warren Plant 10 | 0083638-IN | 9/5/2005 | 29655 | $ 6,060.00 |
| Warren Plant 10 | 0083639-IN | 9/6/2005 | 29656 | $ 6,060.00 |
| Warren Plant 10 | 0083648-IN | 9/6/2005 | 137949 | $ 731.25 |
| Warren Plant 10 | 0083657-IN | 9/14/2005 | 135634 | $ 1,490.72 |
| Warren Plant 10 | 0083712-IN | 9/19/2005 | 29690 | $ 6,060.00 |
| Warren Plant 10 | 0083720-IN | 9/16/2005 | 29689 | $ 6,060.00 |
| Warren Plant 10 | 0083727-IN | 9/23/2005 | 29808 | $ 6,060.00 |
| Warren Plant 10 | 0083734-IN | 9/26/2005 | 135637 | $ 1,490.72 |
| Warren Plant 10 | 0083820-IN | 9/26/2005 | 135032 | $ 5,017.68 |
| Warren Plant 10 | 0083829-IN | 9/30/2005 | 135639 | $ 1,118.04 |
| Warren Plant 10 | 0083830-IN | 9/28/2005 | 135638 | $ 1,490.72 |
| Warren Plant 10 | 0083832-IN | 9/27/2005 | 135640 | $ 487.50 |
| Warren Plant 10 | 0083833-IN | 9/30/2005 | 29895 | $ 6,060.00 |
| Warren Plant 10 | 0083864-IN | 10/3/2005 | 30152 | $ 652.80 |
| Warren Plant 10 | 0083865-IN | 10/3/2005 | 30151 | $ 6,060.00 |
| Warren Plant 10 | 0083870-IN | 10/5/2005 | 15102 | $ 487.50 |
| Warren Plant 10 | 0083872-IN | 10/6/2005 | 15103 | $ 1,490.72 |
| Warren Plant 10 | 0083877-IN | 10/7/2005 | 30173 | $ 6,060.00 |
| **Warren Plant 10 Total** | | | | **$ 76,160.53** |
| Warren Plant 12 | 0083630-IN | 9/2/2005 | 29282 | $ 404.80 |
| Warren Plant 12 | 0083649-IN | 9/6/2006 | 29283 | $ 404.80 |
| Warren Plant 12 | 0083656-IN | 9/9/2005 | 29284 | $ 809.60 |
| Warren Plant 12 | 0083658-IN | 9/14/2005 | 29285 | $ 809.60 |
| Warren Plant 12 | 0083730-IN | 9/19/2005 | 29286 | $ 809.60 |
| Warren Plant 12 | 0083731-IN | 9/23/2005 | 29287 | $ 809.60 |
| Warren Plant 12 | 0083732-IN | 9/27/2005 | 29288 | $ 404.80 |
| Warren Plant 12 | 0083828-IN | 9/30/2005 | 29290 | $ 404.80 |
| Warren Plant 12 | 0083831-IN | 9/28/2005 | 29289 | $ 809.60 |
| Warren Plant 12 | 0083863-IN | 10/3/2005 | 135642 | $ 404.80 |
| Warren Plant 12 | 0083869-IN | 10/5/2005 | 15106 | $ 809.60 |
| Warren Plant 12 | 0083874-IN | 10/6/2005 | 15108 | $ 404.80 |
| Warren Plant 12 | 0083881-IN | 10/7/2005 | 135035 | $ 404.80 |
| **Warren Plant 12 Total** | | | | **$ 7,691.20** |
| Warren - Distribution Center | 0083631-IN | 9/1/2005 | 29512/137948 | $ 2,705.12 |
| Warren - Distribution Center | 0083634-IN | 9/1/2005 | 29502/2521 | $ 519.75 |
| Warren - Distribution Center | 0083642-IN | 9/8/2005 | 29503 | $ 3,080.00 |
| Warren - Distribution Center | 0083717-IN | 9/15/2005 | 29504 | $ 3,080.00 |
| Warren - Distribution Center | 0083723-IN | 9/22/2005 | 29505 | $ 3,080.00 |
| Warren - Distribution Center | 0083836-IN | 9/29/2005 | 29506 | $ 3,080.00 |
| Warren - Distribution Center | 0083837-IN | 9/28/2005 | 30077/2536 | $ 623.70 |
| Warren - Distribution Center | 0083873-IN | 10/6/2005 | 30179 | $ 3,080.00 |
| **Warren - Distribution Center Total** | | | | **$ 19,248.57** |

## Millwood, Inc.
## Delphi Bankruptcy Invoices - Summary by Delphi Location

| Plant | Invoice # | Shipping Date | Bill of Lading # | Amount |
|---|---|---|---|---|
| Warren - Plant 19 | 0083637-IN | 9/2/2005 | 29050 | $ 207.90 |
| Warren - Plant 19 | 0083645-IN | 9/9/2005 | 29052 | $ 519.75 |
| Warren - Plant 19 | 0083650-IN | 9/13/2005 | 29056 | $ 865.62 |
| Warren - Plant 19 | 0083704-IN | 9/27/2005 | 29058 | $ 865.62 |
| Warren - Plant 19 | 0083706-IN | 9/27/2005 | 30038 | $ 206.40 |
| Warren - Plant 19 | 0083715-IN | 9/20/2005 | 29057 | $ 865.62 |
| Warren - Plant 19 | 0083726-IN | 9/23/2005 | 29054 | $ 207.90 |
| Warren - Plant 19 | 0083835-IN | 9/30/2005 | 29055 | $ 415.80 |
| Warren - Plant 19 | 0083840-IN | 9/16/2005 | 29053 | $ 415.80 |
| Warren - Plant 19 | 034396 | 10/7/2005 | YNG0006520 | $ 207.90 |
| **Warren - Plant 19 Total** | | | | **$ 4,778.31** |
| Warren - Plant 11 | 0083640-IN | 9/6/2005 | 29650 | $ 127.60 |
| Warren - Plant 11 | 0083654-IN | 9/12/2005 | 29809/2526 | $ 127.60 |
| Warren - Plant 11 | 0083703-IN | 9/26/2005 | 30030/2532 | $ 127.60 |
| Warren - Plant 11 | 0083713-IN | 9/19/2005 | 29935/2530 | $ 127.60 |
| Warren - Plant 11 | 0083867-IN | 10/4/2005 | 30187/2538 | $ 127.60 |
| **Warren - Plant 11 Total** | | | | **$ 638.00** |
| Warren - Plant 46/Dock 19/Plt15 | 0083647-IN | 9/9/2005 | 29777/2525 | $ 172.00 |
| Warren - Plant 46/Dock 19/Plt15 | 0083707-IN | 9/27/2005 | 30031 | $ 172.00 |
| Warren - Plant 46/Dock 19/Plt15 | 0083875-IN | 10/6/2005 | 30194/2539 | $ 258.00 |
| **Warren - Plant 46/Dock 19/Plt15 Total** | | | | **$ 602.00** |
| Warren - Plant 3 | 0083655-IN | 9/12/2005 | 29802/135632 | $ 1,706.25 |
| Warren - Plant 3 | 0083733-IN | 9/26/2005 | 29720/135631 | $ 1,706.25 |
| Warren - Plant 3 | 0083827-IN | 9/19/2005 | 28224 | $ 1,706.25 |
| **Warren - Plant 3 Total** | | | | **$ 5,118.75** |
| Warren - Plant 15 | 0083651-IN | 9/13/2005 | 29059 | $ 865.62 |
| Warren - Plant 15 | 0083705-IN | 9/27/2005 | 29061 | $ 865.62 |
| Warren - Plant 15 | 0083708-IN | 9/27/2005 | 30032/2534 | $ 58.00 |
| Warren - Plant 15 | 0083709-IN | 9/27/2005 | 30033/2533 | $ 82.60 |
| Warren - Plant 15 | 0083714-IN | 9/20/2005 | 29060 | $ 865.62 |
| Warren - Plant 15 | 0083718-IN | 9/15/2005 | 29653 | $ 82.60 |
| Warren - Plant 15 | 0083719-IN | 9/15/2005 | 29652 | $ 58.00 |
| Warren - Plant 15 | 0083724-IN | 9/22/2005 | 29851 | $ 58.00 |
| Warren - Plant 15 | 0083725-IN | 9/22/2005 | 29852 | $ 82.60 |
| **Warren - Plant 15 Total** | | | | **$ 3,018.66** |
| Ravenna - Plant 7 | 0083643-IN | 9/8/2005 | 29508 | $ 1,950.00 |
| Ravenna - Plant 7 | 0083646-IN | 9/9/2005 | 29510 | $ 2,536.74 |
| Ravenna - Plant 7 | 0083652-IN | 9/13/2005 | 29509 | $ 1,950.00 |
| Ravenna - Plant 7 | 0083702-IN | 9/26/2005 | 29860 | $ 1,950.00 |
| Ravenna - Plant 7 | 0083710-IN | 9/19/2005 | 29511 | $ 2,536.74 |
| Ravenna - Plant 7 | 0083711-IN | 9/20/2005 | 29859 | $ 1,950.00 |
| Ravenna - Plant 7 | 0083838-IN | 9/28/2005 | 30029 | $ 2,536.74 |
| Ravenna - Plant 7 | 0083868-IN | 10/4/2005 | 29861 | $ 1,950.00 |
| Ravenna - Plant 7 | 0083878-IN | 10/7/2005 | 30182 | $ 1,950.00 |
| Ravenna - Plant 7 | 0083879-IN | 10/7/2005 | 30183 | $ 2,536.74 |
| **Ravenna - Plant 7 Total** | | | | **$ 21,846.96** |

## Millwood, Inc.
## Delphi Bankruptcy Invoices - Summary by Delphi Location

| Plant | Invoice # | Shipping Date | Bill of Lading # | Amount |
|---|---|---|---|---|
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083199-IN | 9/12/2005 | 135029 | $ 2,314.20 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083577-IN | 9/21/2005 | 135031 | $ 3,166.80 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083633-IN | 9/1/2005 | 29340 | $ 2,019.78 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083641-IN | 9/7/2005 | 29688/2523 | $ 1,914.00 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083653-IN | 9/13/2005 | 29778 | $ 3,600.00 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083722-IN | 9/16/2005 | 29850 | $ 3,304.00 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083728-IN | 9/22/2005 | 135636 | $ 5,217.52 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083834-IN | 9/28/2005 | 30076/2535 | $ 2,019.78 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083844-IN | 9/14/2005 | 29691 | $ 3,062.40 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083851-IN | 9/29/2005 | 135033 | $ 3,166.80 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083871-IN | 10/5/2005 | 30178 | $ 3,304.00 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083876-IN | 10/6/2005 | 30195/2540 | $ 1,403.60 |
| Warren, OH - Ship to Victory Packaging - Hubbard, OH | 0083880-IN | 10/7/2005 | 135034 | $ 1,658.80 |
| **Warren, OH - Ship to Victory Packaging - Hubbard, OH Total** | | | | **$ 36,151.68** |
| Brookhaven, MS - Ship to Victory Packaging - Hammond, LA | 0079587-IN | 6/13/2005 | 27081/129326 & 27081/129327 | $ 5,307.10 |
| Brookhaven, MS - Ship to Victory Packaging - Hammond, LA | 0082635-IN | 8/3/2005 | 6782 | $ 4,655.20 |
| Brookhaven, MS - Ship to Victory Packaging - Hammond, LA | 0083531-IN | 9/14/2005 | 6981 | $ 4,528.70 |
| **Brookhaven, MS - Ship to Victory Packaging - Hammond, LA Total** | | | | **$ 14,491.00** |
| Clinton, MS - Plant 22 | 0083220-IN | 9/12/2005 | 122887 | $ 5,612.46 |
| Clinton, MS - Plant 22 | 0083530-IN | 9/19/2005 | 122888 | $ 5,434.88 |
| **Clinton, MS - Plant 22 Total** | | | | **$ 11,047.34** |
| Delphi T&I - Columbus, OH | 0083644-IN | 9/8/2005 | 29658 | $ 3,191.75 |
| Delphi T&I - Columbus, OH | 0083848-IN | 9/22/2005 | 29936 | $ 3,390.75 |
| **Delphi T&I - Columbus, OH Total** | | | | **$ 6,582.50** |
| Delphi Automotive - Wichita Falls, TX | 0082876-IN | 9/1/2005 | 141483 | $ 2,162.00 |
| Delphi Automotive - Wichita Falls, TX | 0082977-IN | 9/7/2005 | 141490 | $ 2,162.00 |
| Delphi Automotive - Wichita Falls, TX | 0083586-IN | 9/21/2005 | 29975 & | $ 1,503.00 |
| Delphi Automotive - Wichita Falls, TX | 0083587-IN | 9/20/2005 | 29967 | $ 270.00 |
| Delphi Automotive - Wichita Falls, TX | 0083576-IN | 9/21/2005 | 140200 & | $ 1,730.00 |
| Delphi Automotive - Wichita Falls, TX | 0083757-IN | 10/4/2005 | 140198 | $ 97.00 |
| Delphi Automotive - Wichita Falls, TX | 0083758-IN | 10/4/2005 | 140197 | $ 1,730.00 |
| Delphi Automotive - Wichita Falls, TX | 034489 | 10/7/2005 | 139704 | $ 3,138.00 |
| **Delphi Automotive - Wichita Falls, TX Total** | | | | **$ 12,792.00** |
| **Grand Total** | | | | **$ 220,167.50** |

## *200522201184*

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 08/10/2005 | 200522201184 | TRADE NAME/ASSIGNMENT (RNA) | 25.00 | .00 | .00 | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

CSC/DIAMOND ACCESS
887 S HIGH STREET
COLUMBUS, OH 43206

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, J. Kenneth Blackwell

1284944

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

### LIBERTY TECHNOLOGIES

and, that said business records show the filing and recording of:

Document(s):                                                                 Document No(s):
**TRADE NAME/ASSIGNMENT**                                                    200522201184

Expiration Date:    12/31/2006            MILLWOOD, INC.
                                          986 TIBBETTS WICK RD.
                                          GIRARD, OH 44420



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio
this 9th day of August, A.D. 2005.

*J. Kenneth Blackwell*
Ohio Secretary of State



Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| Mail Form to one of the Following: |
| ○ Yes  PO Box 1390  Columbus, OH 43216 |
| *** Requires an additional fee of $100 *** |
| ⦿ No  PO Box 788  Columbus, OH 43216 |

# NAME REGISTRATION UPDATE
*(For Domestic or Foreign, Profit or Non-Profit)*
Filing Fee $25.00

THE UNDERSIGNED DESIRING TO FILE A:

**(CHECK ONLY ONE (1) BOX)**   This filing does not extend the registration period

| (1) ☑ Assignment of Registered Name Registration No. __1284944__ (116-RNA) | (2) ☐ Name Reservation Transfer Registration No. _____ (185-NRT) |
|---|---|
| (3) ☐ Change of Address only for Registered Name Registration No. _____ (176-RNB) | (4) ☐ Cancellation of Registration Registration No. _____ (184-RNX) |

**Check The Appropriate Box**

☐ Fictitious Name    ☑ Trade Name    ☐ Mark of Ownership    ☐ Trade Mark    ☐ Service Mark

**Name of Entity or Description of Mark**: Liberty Technologies

**Name of Current Owner**: R & R Investment Group, Ltd.

---

*Complete the information in this section if box (3) is checked.*

**New Business Address**

(Street) _____   NOTE: P.O. Box Addresses are NOT acceptable.

(City) _____ (County) _____ (State) _____ (Zip Code) _____

---

*Complete the information in this section if box (1) or (2) is checked.*

**Are you assigning this name?**   ☑ Yes    ☐ No

**New Registrant's Name & Address**:
__Millwood, Inc.__
(Name)
__986 Tibbetts-Wick Road__
(Street)   NOTE: P.O. Box Addresses are NOT acceptable.

__Girard__ (City)   ~~Trumbull~~ (County)   __Ohio__ (State)   __4420__ (Zip Code)

**Registration No.**: 1284944

---

*Complete the information in this section if box (4) is checked.*

**Are you canceling this name?**   ☐ Yes    ☐ No

| Complete the information in this section if box (1) is checked. |

Please indicate the assignment of the good will of the business as follows:

☑ For the amount of ___$1.00___ and for other Good and Valuable Consideration, the receipt of which is hereby acknowledged, ASSIGNOR does hereby assign unto said ASSIGNEE the entire right, title and interest in and to the above-listed mark and registration granted therefrom, and in and to the goodwill of the business in connection with which said mark is used, the same to be held and enjoyed by said ASSIGNEE for its own use and benefit, and for the use and benefit of its successors, assigns or other legal representatives, as fully and entirely as the same would have been held and enjoyed by said ASSIGNOR, if this assignment had not been made.

☐ If the goodwill of the business associated with this mark is NOT ASSIGNED

**REQUIRED**
Must be authenticated (signed)
by an authorized representative
(See Instructions)

_[signature]_  Authorized Representative      7/13/05  Date

**\*200522201186\***

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 08/10/2005 | 200522201186 | TRADE NAME/ORIGINAL FILING (RNO) | 50.00 | .00 | .00 | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

CSC/DIAMOND ACCESS
887 S HIGH STREET
COLUMBUS, OH 43206

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, J. Kenneth Blackwell

1561801

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**LIBERTY INDUSTRIES**

and, that said business records show the filing and recording of:

Document(s):                                                             Document No(s):
**TRADE NAME/ORIGINAL FILING**                                           200522201186

Date of First Use:    07/01/2005                MILLWOOD, INC.
Expiration Date:      08/09/2010                986 TIBBETTS WICK RD.
                                                GIRARD, OH 44420

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 9th day of August, A.D. 2005.

United States of America
State of Ohio
Office of the Secretary of State

*[signature]*
Ohio Secretary of State



Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| Mail Form to one of the Following: |
| ○ Yes   PO Box 1390  Columbus, OH 43216  *** Requires an additional fee of $100 *** |
| ● No    PO Box 670  Columbus, OH 43216 |

# NAME REGISTRATION
*(For Domestic/Foreign Profit or Non-Profit)*
Filing Fee $50.00

THE UNDERSIGNED HEREBY STATES THE FOLLOWING:

**(CHECK ONLY ONE (1) BOX)**

| (1) ☑ Trade Name (167-RNO) Date of first use  July 1, 2005  MM/DD/YYYY | (2) ☐ Fictitious Name (169-NFO) | (3) Name Reservation (160-NRO) ☐ Original ☐ Renewal Registration No. _____ |

*Complete the information in this section if box (1) or (2) is checked.*

The exact name being registered or reported is      LIBERTY INDUSTRIES

The Registrant is (Check Appropriate Box)

☐ Individual
☐ Limited Partnership: Reg. No. _____
☐ Ohio Limited Liability Co., Reg. No. _____
☑ Ohio Corporation, Charter No.  1010906
☐ General Partnership
☐ Other _____

☐ Foreign Corporation incorporated in the state of _____ holding Ohio license no. _____
☐ Unincorporated Association
☐ Foreign Limited Liability Co. holding Ohio Reg. No. _____ organized in the state of _____

The name of the registrant designated above is

Millwood, Inc.

NOTE: Where the registrant is a partnership, the name of the partnership must appear on this line. If the registrant is a foreign corporation licensed in Ohio under an assumed name, both the assumed name and actual corporate title of such corporation must appear on this line.

The business address of the registrant is

986 Tibbetts-Wick Road
(Street)        NOTE: P.O. Box Addresses are NOT acceptable.

| Girard | Trumbull | Ohio | 44420 |
|---|---|---|---|
| (City) | (County) | (State) | (Zip Code) |

| Complete the information in this section if box (1) or (2) is checked Cont.. |
|---|

Complete only if registrant is a general partnership

| NAME OF ALL GENERAL PARTNERS | COMPLETE RESIDENTIAL ADDRESSES (including zip code) |
|---|---|
| | |
| | |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign (out-of-state) corporation, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation licensed in Ohio under an assumed name, please note both the assumed name and actual corporate title of such general partner.

The nature of the business conducted by the registrant under the trade or fictitious name is (please be specific)

**Sale of pallets and pallet products.**

| Complete the information in this section if box (3) is checked. |
|---|

☐ Please reserve the name listed below. (only one name per form)

☐ Please reserve the first name available in the order of my preference.

I understand that I am not guaranteed the reservation UNTIL I RECEIVE WRITTEN CONFIRMATION FROM THE SECRETARY OF STATE'S OFFICE STATING THAT THE NAME HAS BEEN REGISTERED TO ME.

The name reservation is valid for a period of 180 days.

_____
(First Choice)

_____
(Second Choice)

_____
(Third Choice)

_____         _____
(Applicant)                              (Print Name)

_____
(Address)

_____
(City, State and Zip Code)

**REQUIRED**
Must be authenticated (signed)
by an authorized representative
(See Instructions)

[signature]
Authorized Representative

8/5/05
Date

_____
Authorized Representative

_____
Date