BARACK FERRAZZANO KIRSCHBAUM     Hearing Date and Time: May 31, 2007 at 10:00 a.m.
& NAGELBERG LLP     Response Date and Time: May 24, 2007 at 4:00 p.m.
200 West Madison, Suite 3900
Chicago, IL 60606
Tel. No.    312-984-3100
Fax No.    312-984-3150
William J. Barrett (IL 6206424)
Kimberly J. Robinson (IL 6194420)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.,* | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING

TO:    See Attached Service List

    PLEASE TAKE NOTICE that on May 23, 2007, the undersigned caused to be filed the attached Response to Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement with the Clerk of the United States Bankruptcy Court, a true copy of which is herewith served upon you.

Dated: May 23, 2007

        /s/ William J. Barrett
    BARACK FERRAZZANO KIRSCHBAUM
    & NAGELBERG LLP
    200 West Madison, Suite 3900
    Chicago, IL 60606
    Tel. No.    312-984-3100
    Fax No.    312-984-3150
    William J. Barrett (IL 6206424)
    Kimberly J. Robinson (IL 6194420)
    william.barrett@bfkn.com
    kim.robinson@bfkn.com
    Attorneys for Motion Industries, Inc.

420220

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Response to Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement was filed electronically this 23rd day of May, 2007 and the foregoing was sent via e-mail or overnight delivery to the following parties:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel<br>*(served via overnight courier)* | Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>Attn:   John Wm. Butler, Jr. Esq.<br>          John K. Lyons<br>          Joseph N. Wharton<br>Email: jbutler@skadden.com<br>          jlyons@skadden.com<br>          jwharton@skadden.com |
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004<br>*(served via overnight courier)* | |

/s/ William J. Barrett
William J. Barrett

420220