| | |
|---|---|
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>200 West Madison, Suite 3900<br>Chicago, IL 60606<br>Tel. No.    312-984-3100<br>Fax No.    312-984-3150<br>William J. Barrett (IL 6206424)<br>Kimberly J. Robinson (IL 6194420) | Hearing Date and Time: May 31, 2007 at 10:00 a.m.<br>Response Date and Time: May 24, 2007 at 4:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.,* | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Response to Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement was filed electronically this 23rd day of May, 2007 and the foregoing was sent via e-mail or overnight delivery to the following parties:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel
*(served via overnight courier)*

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004
*(served via overnight courier)*

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn:   John Wm. Butler, Jr. Esq.
           John K. Lyons
           Joseph N. Wharton
Email: jbutler@skadden.com
           jlyons@skadden.com
           jwharton@skadden.com
           JLYONSCH@skadden.com

/s/ William J. Barrett
William J. Barrett

421544-1