UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:   DELPHIA CORPORATION, et al | Jointly Administered<br><br>Chapter 11 |
| Debtor | Case No.: 05-44481 (RDD) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, C. Donald Neville III, a member in good standing of the bar in the State of Connecticut, requests admission, ***pro hac vice***, before the Honorable Robert D. Drain to represent Lydall Thermal/Acoustical, Inc., a Creditor in the above referenced case.

Mailing address: Kroll, McNamara, Evans & Delehanty, LLP, 29 South Main Street,

West Hartford, CT 06107

E-mail address: dneville@kmelaw.com;  Telephone number (860) 561-7070.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

_____
C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107
(860) 561-7070

Dated: West Hartford, Connecticut
       May 21, 2007


MAY 22 2007