Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800
William J. Hanlon, Esq. (WH 8128)

*Attorneys for Bradford Industries, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION

        Debtors.

Chapter 11
Case No. 05-44481 (RDD)

## AFFIDAVIT OF SERVICE

I, William J. Hanlon, hereby certify that on this 23rd day of May, 2007, I served a Response of Bradford Industries, Inc. to Debtor's Thirteenth Omnibus Claims of Objection on the individuals below via Overnight Mail:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan
48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, John K. Lyons, Joseph
N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, Illinois
60606

BO1 15848896.1

/s/ William J. Hanlon
William J. Hanlon (# wh8128)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210
Telephone:    617-946-4800
Telecopier:    617-946-4801

DATED:  May 23, 2007

BOI 15848896.1