UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, <u>et al.</u>,

                Debtors.

_____/

Chapter 11

Case No. 05-44481

Exhibit List

| | | |
|---|---|---|
| A | Buena Vista Lease |
| B | January 20, 1981 Amendment |
| C | October 29, 1981 Letter |
| D | November 26, 1984 Letter |
| E | December 29, 1986 Lease Assignment |
| F | July 19, 1988 Lease Amendment |
| G | July 1, 1991 Lease Amendment |
| H | December 1, 1994 Amendment |
| I | June 23, 1997 Lease Amendment |
| J | May 24, 2000 Lease Amendment |
| K | May 2003 Lease Amendment |
| L | Proof of Claim |
| M | Previously Produced Unpaid Utility Bills |
| N | Previously Produced Unpaid Tax Bills |
| O | Previously Produced Estimate |

# *AMENDMENT TO LEASE AGREEMENT*

THIS AMENDMENT made and entered into as of the 1st day of December, 1994, by and between Crown Enterprises, Inc. (hereinafter referred to as "Landlord"), and General Motors Corporation, a Delaware corporation (hereinafter referred to as "Tenant").

WITNESSETH:

The parties hereto entered into a Lease Agreement on November 1, 1979, as amended July 19, 1988, July 1, 1991, and June 1, 1994, under which Landlord leased to Tenant certain premises, located in the Township of Buena Vista, County of Saginaw, State of Michigan, commonly known as 3801 Holland Road. *JANUARY 20, 1981*

WHEREAS, the parties hereto desire to amend said Lease Agreement for the purpose of increasing the Leased Premises and increasing the monthly rental;

NOW THEREFORE, in consideration of the mutual promises, covenants, and agreements hereinafter contained, it is mutually understood by and between the parties hereto that the Lease is hereby amended as follows:

1. Tenant's Leased area is hereby increased to include an additional Ten Thousand Five Hundred Sixty (10,560) square feet ( "Additional Leased Premises") as shown on Schedule "A", attached hereto and made part hereof. Tenant's Leased Premises shall hereinafter be comprised of 120,348 square feet.

2. The Rent is hereby increased to equal consecutive monthly installments of Thirty Thousand Seven Hundred and 00/100 ($30,700.00) Dollars. in lawful money of the United States of America, payable in advance, on the first day of each month throughout the term of the Lease,

Except as hereinabove specifically provided to the contrary, all of the remaining terms, covenants, conditions, and agreements in the Lease Agreement remain in full force and effect, and the Lease dated November 1, 1979, as amended July 19, 1988, July 1, 1991, and June 1, 1994, is hereby acknowledged, ratified, and confirmed by the parties thereto.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of the day and year first above written.

WITNESSES:                    LANDLORD:    CROWN ENTERPRISES, INC

                                          BY:
                                              Gerald A. Rauch

                                          ITS:   Vice President Real Estate


WITNESSES:                    TENANT:    GENERAL MOTORS CORPORATION

                                          BY:
                                              W. J. O'KEEFE
                                          ITS:   Executive Director, Corporate Services

ref: saginaw.fle



## <u>AMENDMENT TO LEASE AGREEMENT</u>

**THIS AMENDMENT** made and entered into as of the 23rd day of June, 1997, by and between CROWN ENTERPRISES, INC., a                    Michigan   corporation, with its principal address at 12225 Stephens, Warren, Michigan 48089, hereinafter referred to as Landlord, and GENERAL MOTORS CORPORATION, a Delaware corporation, with its principal address at 3044 West Grand Boulevard, Detroit, Michigan 48202, hereinafter referred to as Tenant,

### W I T N E S S E T H:

**WHEREAS** the parties hereto entered into a Lease Agreement on November 1, 1979, as amended January 20, 1981, July 19, 1988, July 1, 1991, June 1, 1994, and December 1, 1994, under which Landlord leased to Tenant 120,348 square feet of premises described in the Lease located in the Township of Buena Vista, County of Saginaw, and State of Michigan, commonly known as 3801 Holland Road; and

**WHEREAS** the parties hereto desire to amend said Lease Agreement for the purpose of extending the term of the Lease and increasing the monthly rental:

**NOW THEREFORE,** in consideration of the mutual promises, covenants, and agreements hereinafter contained, it is mutually understood by and between the parties hereto that the Lease is hereby amended as follows:

(1)     **TERM:**  The term of the Lease shall be extended for a period of three (3) years from and after the 1st day of June, 1997, and expiring May 31, 2000.

(2)     **RENT:**  In addition to the Tenant's obligation for taxes, utilities, and insurance as recited in the Lease, the Rent is hereby increased to the sum of ONE MILLION

ONE HUNDRED SEVENTY-THREE THOUSAND FOUR HUNDRED TWENTY AND 00/100 DOLLARS ($1,173,420.00) in lawful money of the United States of America, payable in advance on the first day of each month throughout the term of this Amendment to Lease, in equal consecutive monthly installments of $32,595.00.

(3)    **CONFLICT:** In the event of a conflict between the terms of this Amendment and the terms of the Lease, the terms of this Amendment shall control. All of the defined terms in the Lease shall have the same definitions in this Amendment, unless otherwise defined herein. Except as set forth in this Amendment, the terms and conditions of the Lease shall remain unmodified and in full force and effect.

(4)    Provided Tenant is not in default hereunder, Tenant shall have the right and option to renew this Lease for one (1) term of three (3) years. The renewal option shall be subject to the same terms and conditions as contained herein with the exception of the monthly rental which shall be based upon the prevailing market rate to be agreed upon by Landlord and Tenant, provided that the rental rate for the renewal period is not less then the current rental rate. To exercise said option, Tenant must give Landlord written notice six (6) months prior to the expiration of the current Lease term.

Except as hereinabove specifically provided to the contrary, all of the remaining terms, covenants, conditions, and agreements in the Lease Agreement remain in full force and effect, and the Lease dated November 1, 1979, as amended January 20, 1981, July 19, 1988, July 1, 1991, June 1, 1994, and December 1, 1994, is hereby acknowledged, ratified, and confirmed by the parties thereto.

**IN WITNESS WHEREOF,** the Landlord has signed and sealed this instrument this _____

-2-

day of _____, 1997, and the Tenant has signed and sealed this
instrument this *21st* day of _*August*_____, 1997.

In the presence of:

_____

_____

CROWN ENTERPRISES, INC.

BY _____

V. President

ATTEST_____

Secretary

In the presence of:

_____
E. L. Ansley

_____

GENERAL MOTORS CORPORATION

BY _____
M. P. Cullen, Director
Worldwide Real Estate

ATTEST_____
Assistant Secretary

REVIEWED AND APPROVED
BY _____
R.D. HERRING, ATTORNEY

EXECUTION RECOMMENDED
WORLDWIDE REAL ESTATE
BY _____

- 3 -

# AMEND  ᵀENT TO LEASE AGREEM  NT

THIS AMENDMENT made and entered into as of this 24ᵗʰ day of May, 2000, by and between Crown Enterprises, Inc. (hereinafter referred to as "Landlord"), and Delphi Automotive Systems LLC, (hereinafter referred to as "Tenant").

WINGS-FOUR, AS PREDECESSOR-IN-INTEREST TO CENTRAL TRANSPORT, INC., WHOSE INTEREST IS

**WITNESSETH:** NOW VESTED IN LANDLORD, AND GENERAL MOTORS CORPORATION, AS PREDECESSOR-IN-INTEREST TO TENANT.

WHEREAS, the parties hereto entered into a Lease Agreement on November 1, 1979, as amended January 20, 1981, July 19, 1988, July 1, 1991, June 1, 1994, December 1, 1994, and June 23, 1997, under which Landlord leased to Tenant 120,348 square feet of premises described in the Lease located in the City of Saginaw, State of Michigan, commonly known as 3801 Holland Avenue.

WHEREAS, the parties hereto desire to amend said Lease Agreement for the purpose of extending the term of the Lease and increasing the monthly rent;

NOW THEREFORE, in consideration of the mutual promises, covenants, and agreements hereinafter contained, it is mutually understood by and between the parties hereto that the Lease is hereby amended as follows:

1.     The term of the Lease shall be extended for a period of three (3) years from and after the 1ˢᵗ day of June, 2000, and expiring the 31ˢᵗ day of May, 2003.

2.     Tenant's proportionate share of taxes, services & utilities, insurance, and maintenance shall be one hundred percent (100%).

3.     In addition to the Tenant's obligation for taxes, utilities, insurance, and maintenance as specified herein, the rent is hereby increased to the sum of one-million two-hundred sixty-three thousand six-hundred fifty-four and 00/100 dollars ($1,263,654.00) in lawful money of the United States of America, payable in advance on the first day of each month throughout the term of this Amendment to Lease Agreement in equal consecutive monthly installments of thirty-five thousand one-hundred one and 50/100 dollars ($35,101.50).

4.     In the event of a conflict between the terms of this Amendment and the terms of the Lease, the terms of this Amendment shall control. All of the defined terms in the Lease shall have the same definitions as this Amendment, unless otherwise defined herein. Except as set forth in this Amendment, the terms and conditions of the Lease shall remain unmodified and in full force and effect.

5.     Provided that Tenant is not in default hereunder, and provided that Landlord or its affiliated companies do not require the Leased Premises for their own operations, Tenant shall have the right and option to renew this Lease for one (1) additional term of three (3) years. The renewal option shall be subject to the same terms and conditions as contained herein excepting the monthly rental which shall be based upon the prevailing market rate to be agreed upon by Landlord and Tenant, provided that the rental for the renewal period is not less than the current rental rate. To exercise said renewal option; Tenant must provide Landlord with a written notice of its intent to renew at least six (6) months prior

to the expiration of th        rm hereof.  Failure of Tenant to not        Landlord as provided
herein will waive Tenant s option to renew.

Except as hereinabove specifically provided to the contrary, all of the remaining terms,
covenants, conditions, and agreements in the Lease Agreement remain in full force and effect,
and the Lease Agreement dated November 1, 1979, as amended January 20, 1981, July 19, 1988,
July 1, 1991, June 1, 1994, December 1, 1994, and June 23, 1997, is hereby acknowledged,
ratified, and confirmed by the parties thereto.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of the day
and year first above written.

WITNESSES:                              LANDLORD: Crown Enterprises, Inc.

_Todd White_                            BY: _Arnold M. Mistura_
                                            Arnold M. Mistura

_____                 ITS:    President


WITNESSES:                              TENANT: Delphi Automotive Systems LLC

_D. Laird_                              BY:  DELPHI AUTOMOTIVE SYSTEMS   INC.

_____                 ITS:  MANAGING MEMBER

ref:    saginaw -delphi amendment.doc   BY: _Edward J. O'Neill_
                                            EDWARD J. O'NEILL

                                        ITS:  AUTHORIZED REPRESENTATIVE

                                              EDWARD J. O'NEILL
                                        MANAGER, REAL ESTATE SERVICES

BY: ___ EXECUTION RECOMMENDED DELPHI REAL ESTATE

APPROVED / LEGAL
MIRO WEINER & KRAMER

## AMENDMENT TO LEASE AGREEMENT

THIS AMENDMENT made and entered into as of this ____ day of _____, 2003 by and between Crown Enterprises, Inc. (hereinafter referred to as "Landlord"), and Delphi Automotive Systems LLC, (hereinafter referred to as "Tenant").

### WITNESSETH:

(as so amended, the "Lease")



WHEREAS, Wings-Four, as predecessor-in-interest to Central Transport, Inc., whose interest is now vested in Landlord, and General Motors Corporation, as predecessor-in-interest to Tenant entered into a Lease Agreement on November 1, 1979, as amended January 20, 1981, July 19, 1988, July 1, 1991, June 1, 1994, December 1, 1994, June 23, 1997, and May 24, 2000, under which Landlord leased to Tenant 120,348 square feet of premises described in the Lease located in the City of Saginaw, State of Michigan, commonly known as 3801 Holland Avenue.

WHEREAS, the parties hereto desire to amend said Lease Agreement for the purpose of extending the term of the Lease; at the currently effective rental rates



NOW THEREFORE, in consideration of the mutual promises, covenants, and agreements hereinafter contained, it is mutually understood by and between the parties hereto that the Lease is hereby amended as follows:

1. The term of the Lease shall be extended for a period of three (3) years from and after the 1st day of June, 2003, and expiring the 31st day of May, 2006.

2. Provided that Tenant is not in default and provided that Landlord or its affiliated companies do not require the Leased Premises for their own operations, Tenant shall have the right and option to renew this Lease for one (1) additional term of three (3) years.. The renewal option shall be subject to the same terms and conditions as contained herein excepting the monthly rental, which shall be based upon the prevailing market rate to be agreed upon by Landlord and Tenant. To exercise said renewal option, Tenant must provide Landlord with a written notice of its intent to renew at least six (6) months prior to the expiration of the term hereof. Failure of Tenant to notify Landlord as provided herein will waive Tenant's option to renew.

3. In the event of a conflict between the terms of this Amendment and the terms of the Lease, the terms of this Amendment shall control. All of the defined terms in the Lease shall have the same definitions as this Amendment, unless otherwise defined herein. Except as set forth in this Amendment, the terms and conditions of the Lease shall remain unmodified and in full force and effect.

SEE ATTACHED INSERT 4 :

Except as hereinabove specifically provided to the contrary, all of the remaining terms, covenants, conditions, and agreements in the Lease Agreement remain in full force and effect, and the Lease Agreement dated November 1, 1979, as amended January 20, 1981, July 19, 1988, July 1, 1991, June 1, 1994, December 1, 1994, and June 23, 1997, and May 24, 2002, 2000 is hereby acknowledged, ratified, and confirmed by the parties thereto.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of the day and year first above written.

WITNESSES:

_____

_____

LANDLORD: Crown Enterprises, Inc.

BY: _____
     Todd White

ITS:   Agent

WITNESSES:

_____

_____

TENANT: Delphi Automotive Systems LLC

BY: _____

ITS: _____



Execution Recommended
Equis Corporation
BY: _____
BY: _____

## INSERT 4

4.      This Amendment contains the entire agreement between the parties with
respect to the subject matter hereof, and no promise, representation,
warranty, covenant, agreement, or understanding relating to or arising in
connection with this Amendment or the Lease shall be binding upon or
inure to the benefit of either party unless set forth in this Amendment or the
Lease.  All prior negotiations with respect to or arising in connection with the
subject matter of this Amendment are hereby merged herein.

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>**Delphi Automotive** | Case Number<br>**05-44481 (RDD)** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Crown Enterprises, Inc.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**Crown Enterprises, Inc.**
**c/o Mark H. Shapiro, Esq.,**
**Steinberg Shapiro & Clark**
**24901 Northwestern Hwy., Ste. 611**
**Southfield, MI 48075**

Telephone number: **248-352-4700**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space is for Court Use Only

Last 4 digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated:_____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
■ Other **prepetition lease payments and damage claims**

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date) (date)

**2. Date debt was incurred:** 3/05-10/05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations

Unsecured Nonpriority Claim $ _____**269,135.33**_____
■ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in the secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _**269,135.33**_ _____ _____ **269,135.33**
(unsecured) (secured) (priority) (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

| Date<br>**July 26, 2006** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>Mark H. Shapiro, Atty for Claimant |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**STATEMENT**

CROWN ENTERPRISES, INC.
ATTN: REAL ESTATE DEPT
12225 STEPHENS
WARREN, MI 48089

Delphi Automotive
C/C Equis
MC480-410-174
5825 Delphi Dr
Troy, MI 48098

| Date | Code | Description | Charges | Payments | Amount Due |
|------|------|-------------|---------|----------|------------|
| 5/1/2004 | UT3 | ELEC 2/12 - 3/12 | 716.09 | 0.00 | 716.09 |
| 7/1/2004 | UT3 | ELEC THRU 5/12 | 347.21 | 0.00 | 347.21 |
| 9/1/2004 | UT3 | ELEC 3/11 - 7/13 | 149.69 | 0.00 | 149.69 |
| 10/1/2004 | UT3 | ELEC 7/13 - 8/11 | 150.66 | 0.00 | 150.66 |
| 10/1/2004 | RT3 | R/E TAXES | 23,749.58 | 0.00 | 23,749.58 |
| 3/1/2005 | RT3 | R/E TAXES | 15,776.46 | 0.00 | 15,776.46 |
| 3/1/2005 | RT3 | R/E TAXES | 27.40 | 0.00 | 27.40 |
| 3/1/2005 | RT3 | R/E TAXES | 4,724.56 | 0.00 | 4,724.56 |
| 10/1/2005 | RT3 | R/E TAXES | 24.13 | 0.00 | 24.13 |
| 10/1/2005 | RT3 | R/E TAXES | 28,628.14 | 0.00 | 28,628.14 |
| 10/1/2005 | RT3 | R/E TAXES | 9,841.41 | 0.00 | 9,841.41 |
| 7/25/2006 | MS3 | EST-DAMAGES OCCURING PRE-PETITION | 185,000.00 | 0.00 | 185,000.00 |

**CURRENT BALANCE DUE**                    269,135.33

Property Address:

3801 Holland Rd
Saginaw, MI 486019468

Tenant ID: Delphi Automotive

## BREAKDOWN/DETAIL ON INVOICED DAMAGE CLAIM

The damage claim includes repair / replacement / removal for the following items:

1. Repair / replace damaged guard rail around the perimeter of the interior walls.
2. Repair / replace damaged interior siding panels.
3. Repair door panels on 2 overhead doors.
4. Replace all office floor tiles.
5. Replace ceiling tiles where neccessary.
6. Secure all overhead and man doors (installed or replaced door locks where neccessary).
7. Repair / replace damaged fence / posts.
8. Remove personal property and tenant improvements: signage. waste products, steel crates, interior guard rails (includes restoring the floor to its original or similar condition), and other misc. equipment.

F:\data\Mark\CLIENTS\Centra - Delphi\damage breakdown.wpd

**IN AN EMERGENCY, CALL US 24 HOURS A DAY AT 1-800-477-5050.**

FOR NON-EMERGENCIES OR INFORMATION ABOUT RATES AND SERVICES, CALL 1-800-477-5050, VISIT
US ON THE INTERNET: WWW.CONSUMERSENERGY.COM OR USE OUR 24-HOUR FAX AT 1-800-363-4806.

| NAME | CENTRAL TRANS INC | ACCOUNT NO. | |
|---|---|---|---|
| SERVICE ADDRESS | 3801 E HOLLAND RD | BILLING PERIOD | 02/12/04-03/12/04 |
| | SAGINAW    MI 48601 | DAYS BILLED | 29 |
| | | DUE DATE | 04/07/04 |

RATE: 010  ELECTRIC GENERAL SECONDARY SERVICE COM
          BILLING DEMAND    9.0                    03 11,743          8 313 08

| METER | | BEGIN | END  READ | | ENERGY | |
| NUMBER | LOCATION | READ | READ TYPE | | USE | UNIT |
| 80219496 | 3801 E HOLLAND RD | 4668 | 11562  ACT | | 6894 | KWH |

RECEIVED          TOTAL ... ENERGY USE                6894 KWH

## ACCOUNT STATUS

MAR 19 2004

BALANCE BEFORE CURRENT CHARGES                          $144.17
PAYMENT APPLIED    MAR 03 - THANK YOU                   $144.17-

ACCOUNT BALANCE BEFORE CURRENT CHARGES    **IN APAY**           $0.00

ANY PAYMENTS APPLIED AFTER THE BILLING DATE OF MAR 15, 2004 ARE NOT INCLUDED

## CURRENT BILL

ELECTRIC
  SERV FROM 02/12/04 TO 03/12/04
  ELECTRIC CUSTOMER CHARGE                                   $7.00
  KWH CHARGE-GENERATION        6894 KWH @ 0.056682        $390.77
  KWH CHARGE-TRANSMISSION      6894 KWH @ 0.002700         $18.61
  KWH CHARGE-DISTRIBUTION      6894 KWH @ 0.020500        $141.33
  KWH CHARGE-CUSTOMER RELATED  6894 KWH @ 0.005700         $39.30
  KWH CHARGE-REGULATORY ADJ    6894 KWH @ 0.005000         $34.47
  POWER SUPPLY COST RECOVERY   6894 KWH @ 0.004490         $30.95
  SECURITIZATION CHARGE        6894 KWH @ 0.001299          $8.96
  SECURITIZATION TAX CHARGE    6894 KWH @ 0.000419          $2.89
  NUCLEAR DECOMMISSIONING SRCHG 6894 KWH @ 0.000186         $1.28
  TOTAL ELECTRIC                                          $675.56

GAS
  SERV FROM 03/11/04 TO 03/12/04
  TOTAL GAS                                                 $0.00

SALES TAX                                                  $40.53

OK TO BILL BACK    Debbie Winston

TOTAL CURRENT BILL          DUE ON OR BEFORE 04/07/04    $716.09

TOTAL AMOUNT DUE                                          $716.09

| AFTER | VENDOR NUMBER | | REQUESTED BY | UNPAID BALANCE |
|---|---|---|---|---|
| ELEC U | CONSUMERS | | LR | |
| | INVOICE DESCRIPTION TO BE PRINTED ON CHECK | | APPROVED BY | TIMATED |
| ELEC-K | | | TW | 0-03 |
| GAS-CC | | | | 908 |
| BILL D | | | | 0 |
| | COMPANY TO BE CHARGED | GEN. LEDGER ACCTS. TO BE CHARGED | LOCATION NUMBER | AMOUNT TO BE CHARGED | |
| ELEC-K | 395 | 48601-9468 | | 716-09 | 4-03 | TOTAL HISTORY |
| GAS-CC | | | | | 1189 | 13852 KWH |
| BILL D | 5124 | | | | 0. | 0.0 CCF |

Michig    list s    genera    To rev    change    bill.

GoalO  Delphi                     716.09

TOTAL CHECK AMOUNT  $

Please make any inquiry or complaint about this bill before the due date

PAGE 1 OF 2

IN AN EMERGENCY, CALL US 24 HOURS A DAY AT 1-800-477-5050.

FOR NON-EMERGENCIES OR INFORMATION ABOUT RATES AND SERVICES, CALL 1-800-477-5050, VISIT US ON THE INTERNET: WWW.CONSUMERSENERGY.COM OR USE OUR 24-HOUR FAX AT 1-800-363-4806.

| NAME | CENTRAL TRANS INC | ACCOUNT NO. | 15-26-73-2620-0-1 |
|---|---|---|---|
| SERVICE ADDRESS | 3801 E HOLLAND RD | BILLING PERIOD | 03/11/04-05/12/04 |
| | SAGINAW    MI 48601 | DAYS BILLED | 62 |
| | | DUE DATE | 06/04/04 |

RATE: 010  ELECTRIC GENERAL SECONDARY SERVICE  COM
         BILLING DEMAND     9.0

| METER NUMBER | LOCATION | BEGIN READ | END READ | READ TYPE | ENERGY USE | UNIT |
|---|---|---|---|---|---|---|
| 80219496 | 3801 E HOLLAND RD | 13353 | 14760 | EST | 1407 | KWH |

TOTAL METERED ENERGY USE          1407 KWH

## ACCOUNT STATUS

LAST MONTH'S ACCOUNT BALANCE          $191.54 — never paid see attach

ACCOUNT BALANCE BEFORE CURRENT CHARGES          $191.54

**REMINDER - PREVIOUS BALANCE DUE 05/06/04

ANY PAYMENTS APPLIED AFTER THE BILLING DATE OF MAY 13, 2004 ARE NOT INCLUDED

RECEIVED

LATE PAYMENT CHARGE          $3.61

## CURRENT BILL

MAY 1 8 2004

ELECTRIC
  SERV FROM 04/14/04 TO 05/12/04

IN APAY

| | | | |
|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | | $7.00 |
| KWH CHARGE-GENERATION | 1407 KWH @ 0.056682 | | $79.75 |
| KWH CHARGE-TRANSMISSION | 1407 KWH @ 0.002700 | | $3.80 |
| KWH CHARGE-DISTRIBUTION | 1407 KWH @ 0.020500 | | $28.84 |
| KWH CHARGE-CUSTOMER RELATED | 1407 KWH @ 0.005700 | | $8.02 |
| KWH CHARGE-REGULATORY ADJ | 1407 KWH @ 0.005000 | | $7.04 |
| POWER SUPPLY COST RECOVERY | 1407 KWH @ 0.004490 | | $6.32 |
| SECURITIZATION CHARGE | 1407 KWH @ 0.001299 | | $1.83 |
| SECURITIZATION TAX CHARGE | 1407 KWH @ 0.000419 | | $0.59 |
| NUCLEAR DECOMMISSIONING SRCHG | 1407 KWH @ 0.000185 | | $0.26 |

TOTAL ELECTRIC          $143.45

GAS
  SERV FROM 03/11/04 TO 05/12/04          $0.00
  TOTAL GAS

SALES TAX          $8.61

TOTAL CURRENT BILL          DUE ON OR BEFORE 06/04/04          $153.06

TOTAL AMOUNT DUE          $347.21

UNPAID BALANCE.

| AFTER | VENDOR NUMBER | | REQUESTED BY | |
|---|---|---|---|---|
| ELEC U | CONSUMERS | | LR | |
| | INVOICE DESCRIPTION TO BE PRINTED ON CHECK | | APPROVED BY | ESTIMATED |
| | | | | 12-03 |
| ELEC-K | | | | 1231 |
| GAS-CC | COMPANY TO BE CHARGED | GEN. LEDGER ACCTS. TO BE CHARGED | LOCATION NUMBER | AMOUNT TO BE CHARGED |
| BILL D | | | | 0 5 |
| | 395 | 48601-9468 | | 347.21 |
| ELEC-K | | 51240888 | | 13-03 |
| GAS-CC | | | | 1041 |
| BILL D | | | | 0 |

TOTAL HISTORY
20326 KWH
0.0 CCF

Michig list s genera To rev change bill.

...quires up to ...components: ...y adjustment. ...out this billing ...own on this

100%  Delphi

FORM #12.16

TOTAL CHECK AMOUNT   $

Consumers Energy

please make any inquiry or complaint about this bill before the due date.

IN AN EMERGENCY, CALL US 24 HOURS A DAY AT 1-800-477-5050.

FOR NON-EMERGENCIES OR INFORMATION ABOUT RATES AND SERVICES, CALL 1-800-477-5050, VISIT
US ON THE INTERNET: WWW.CONSUMERSENERGY.COM OR USE OUR 24-HOUR FAX AT 1-800-363-4806.

| NAME | CENTRAL TRANS INC | ACCOUNT NO. | 15 26 73 2620  0 1 |
|---|---|---|---|
| SERVICE ADDRESS | 3801 E HOLLAND RD | BILLING PERIOD | 03/11/04-07/13/04 |
| | SAGINAW    MI 48601 | DAYS BILLED | 124 |
| | | DUE DATE | 08/05/04 |

RATE: 010  ELECTRIC GENERAL SECONDARY SERVICE COM
         BILLING DEMAND    5.0

**RECEIVED**

**JUL 1 9 2004**

**IN APAY**

| METER NUMBER | LOCATION | BEGIN READ | END READ READ TYPE | ENERGY USE   UNIT |
|---|---|---|---|---|
| 80219496 | 3801 E HOLLAND RD | 14170 | 15559 EST | 1389 KWH |

                                    TOTAL METERED ENERGY USE      1389 KWH

## ACCOUNT STATUS

   LAST MONTH'S ACCOUNT BALANCE                        $56.81-

ACCOUNT BALANCE BEFORE CURRENT CHARGES                        $56.81-

ANY PAYMENTS APPLIED AFTER THE BILLING DATE OF JUL 14, 2004 ARE NOT INCLUDED

## CURRENT BILL

   ELECTRIC
      SERV FROM 06/14/04 TO 07/13/04
      ELECTRIC CUSTOMER CHARGE                          $7.00
      RENEWABLE RESOURCE PROGRAM CHG      1 MTR @ 0.050000      $0.05
      KWH CHARGE-GENERATION            1389 KWH @ 0.056681     $78.73
      KWH CHARGE-TRANSMISSION          1389 KWH @ 0.002700      $3.75
      KWH CHARGE-DISTRIBUTION          1389 KWH @ 0.020497     $28.47
      KWH CHARGE-CUSTOMER RELATED      1389 KWH @ 0.005702      $7.92
      KWH CHARGE-REGULATORY ADJ        1389 KWH @ 0.005004      $6.95
      POWER SUPPLY COST RECOVERY       1389 KWH @ 0.003710      $5.15
      SECURITIZATION CHARGE            1389 KWH @ 0.001303      $1.81
      SECURITIZATION TAX CHARGE        1389 KWH @ 0.000418      $0.58
      NUCLEAR DECOMMISSIONING SRCHG    1389 KWH @ 0.000187      $0.26
      ECC IMPLEMENTATION SURCHARGE      623 KWH @ 0.000888      $0.55
   TOTAL ELECTRIC                                          $141.22

   GAS
      SERV FROM 03/11/04 TO 07/13/04
   TOTAL GAS                                                 $0.00

SALES TAX                                                     $8.47

TOTAL CURRENT BILL       DUE ON OR BEFORE 08/05/04          $149.69

TOTAL AMOUNT DUE                                            $92.88

AFTER TH  VENDOR NUMBER                    REQUESTED BY    NPAID BALANCE.

ELEC USE  CONSUMERS                        LR

   YO  INVOICE DESCRIPTION TO BE PRINTED ON CHECK    APPROVED BY    IMATED
                                                                    .04
ELEC-KWH                                                            .29
GAS-CCF  COMPANY TO BE | GEN. LEDGER ACCTS. | LOCATION | AMOUNT        0
BILL DEM  CHARGED      | TO BE CHARGED      | NUMBER   | TO BE CHARGED  5
          395   48601 9468              92.88            .03  TOTAL HISTORY
ELEC-KWH        51 240888                                148    19097 KWH
GAS-CCF                                                    0     0.0 CCF
BILL DEM                                                   0

Michigan                                              res us to
list sup                                              mponents:
generati                                              djustment.
To revie       100%  Delphi              149.69       this billing
change,                                               on this
bill.

FORM #12.16                     TOTAL CHECK AMOUNT  $

                                                  **Consumers Energy**

ORM 3318 7-2004   Please make any inquiry or complaint about this bill before the due date

IN AN EMERGENCY, CALL US 24 HOURS A DAY AT 1-800-477-5050.

FOR NON-EMERGENCIES OR INFORMATION ABOUT RATES AND SERVICES, CALL 1-800-477-5050, VISIT
US ON THE INTERNET: WWW.CONSUMERSENERGY.COM OR USE OUR 24-HOUR FAX AT 1-800-363-4806.

NAME                CENTRAL TRANS INC
SERVICE ADDRESS     3801 E HOLLAND RD
                    SAGINAW       MI 48601

ACCOUNT NO. 15 26 73 2620 0 1
BILLING PERIOD  03/11/04-08/11/04
DAYS BILLED     153
DUE DATE        09/03/04

**RECEIVED**

RATE: 010  ELECTRIC GENERAL SECONDARY SERVICE  COM
           BILLING DEMAND    5.0

**AUG 1 7 2004**

**IN APAY**

| METER<br>NUMBER | LOCATION | BEGIN<br>READ | END READ<br>READ TYPE | | ENERGY<br>USE  UNIT |
|---|---|---|---|---|---|
| 80219496 | 3801 E HOLLAND RD | 15559 | 16944 EST | | 1385 KWH |

TOTAL METERED ENERGY USE          1385 KWH

## ACCOUNT STATUS

LAST MONTH'S ACCOUNT BALANCE                                      $92.88
PAYMENT APPLIED   AUG 10 - THANK YOU                              $92.88-

ACCOUNT BALANCE BEFORE CURRENT CHARGES                                        $0.00

ANY PAYMENTS APPLIED AFTER THE BILLING DATE OF AUG 12, 2004 ARE NOT INCLUDED

LATE PAYMENT CHARGE                                                            $1.75

## CURRENT BILL

ELECTRIC
  SERV FROM 07/13/04 TO 08/11/04
  ELECTRIC CUSTOMER CHARGE                                    $7.00
  RENEWABLE RESOURCE PROGRAM CHG        1 MTR @  0.050000      $0.05
  KWH CHARGE-GENERATION              1385 KWH @  0.056682     $78.50
  KWH CHARGE-TRANSMISSION            1385 KWH @  0.002700      $3.74
  KWH CHARGE-DISTRIBUTION            1385 KWH @  0.020500     $28.39
  KWH CHARGE-CUSTOMER RELATED        1385 KWH @  0.005700      $7.89
  KWH CHARGE-REGULATORY ADJ          1385 KWH @  0.005000      $6.93
  POWER SUPPLY COST RECOVERY         1385 KWH @  0.004160      $5.76
  SECURITIZATION CHARGE              1385 KWH @  0.001299      $1.80
  SECURITIZATION TAX CHARGE          1385 KWH @  0.000419      $0.58
  NUCLEAR DECOMMISSIONING SRCHG      1385 KWH @  0.000185      $0.26
  ECC IMPLEMENTATION SURCHARGE       1385 KWH @  0.000888      $1.23
TOTAL ELECTRIC                                                              $142.13

*Warehouse area used by Delphi - short-term usage / storage*

GAS
  SERV FROM 03/11/04 TO 08/11/04
  TOTAL GAS                                                                    $0.00

SALES TAX                                                                      $8.53

TOTAL CURRENT BILL         DUE ON OR BEFORE 09/03/04                         $150.66

TOTAL AMOUNT DUE                                                             $152.41

| AFTER | VENDOR NUMBER | | REQUESTED BY | UNPAID BALANCE. |
|---|---|---|---|---|
| ELEC | CONSUMERS | | APPROVED BY | |

INVOICE DESCRIPTION TO BE PRINTED ON CHECK

ESTIMATED
12-04-
1340
0
5

| ELEC-I<br>GAS-CI<br>BILL I | COMPANY TO BE<br>CHARGED | GEN. LEDGER ACCTS.<br>TO BE CHARGED | LOCATION<br>NUMBER | AMOUNT<br>TO BE CHARGED |
|---|---|---|---|---|
| | 395 | 48601-9468 | | XXXX |
| ELEC-I<br>GAS-CI<br>BILL I | | 51248888 | | |

13-03
971
0
0

TOTAL HISTORY
19438 KWH
0.0 CCF

100%  Delphi                    150.⁶⁶

FORM #12.18

TOTAL CHECK AMOUNT  $

_____  date.

**Consumers Energy**

SEE REVERSE FOR DETAIL

**PROPERTY TAX NOTICE FOR 2004**

MAKE CHECKS PAYABLE TO:

BUENA VISTA TWP TREASURER
1160 S OUTER DR
SAGINAW, MI  48601

| TOTAL AMOUNT DUE | $23,749.58 | PROPERTY NUMBER | ASSESSMENT STATE EQUALIZED | TAXABLE | DUE JULY |
|---|---|---|---|---|---|
| CLASSIFICATION: COMMERCIAL | | 10-12-5-28-1002-002 | 2,102,100 | 940,240 | |
| | | | 2,102,100 | Roll Page: 447 | |

E 1/2 OF E 1/2 OF W 1/2 OF NE 1/4 EXC RR R/W ALSO PART
OF W 1/2 OF E 1/2 OF W 1/2 OF NE 1/4 DESC AS FOLLOWS
COM AT SE CORN OF W 1/2 OF E 1/2 OF W 1/2 OF NE 1/4 TH
W 320.27 FT TO A PT 0.54 FT E OF SW CORN OF W 1/2 OF E
1/2 OF W 1/2 OF NE 1/4 TH N 2089.36 FT TO A CURVE TH
NELY ON SD CURVE 437.06 FT TO S LINE OF RR R/W TH E ON
SD S LINE 107.43 FT TH S 2450.99 FT TO POB 36.32 ACRES
SEC 28 T12N R5E

**PROPERTY ADDRESS**

| 3801 | HOLLAND | PRINCIPAL RES | 29% |
|---|---|---|---|

BUENA VISTA SCHOOL

Beginning March 1st taxes will be payable at the County
Treasurer's Office, Saginaw, Michigan 48602.
Check your property description carefully. Change of
address should be reported to the Equalization Director,
Courthouse. Failure to receive a bill does not exempt
you from penalties when taxes become delinquent.

CROWN ENTERPRISES INC

12225 STEPHENS

WARREN, MI  48089

**INTEREST AND PENALTIES WILL BE ADDED UNLESS PAID ON OR BEFORE SEPT 14.**

COUNTY OCT 01,2004—SEP 30,2005
LOCAL UNIT JAN 01,2005—DEC 31,2005
SCHOOL JUL 01,2004—JUN 30,2005

BILLING DETAIL

| AUTHORIZATION | MILLAGE | AMOUNT |
|---|---|---|
| * LOCAL SCHOOLS * | | |
| LOCAL SCHOOL DEBT | 2.10000 | 1,974.50 |
| LOCAL SCH OPR NON | 17.99820 | 12,015.05* |
| STATE EDUCATION | 6.00000 | 5,641.44 |
| * INT SCH/SPEC ED * | | |
| INTERMEDIATE SCH | .14560 | 136.89 |
| SPECIAL EDUCATION | 1.94200 | 1,825.94 |
| * * DELTA COLLEGE * | | |
| DELTA COLLEGE | 2.04270 | 1,920.62 |
| TOTAL TAX | | $23,514.44 |
| ADMINISTRATION FEE | | 235.14 |
| GRAND TOTAL | | $23,749.58 |

*LOCAL SCHOOL OPERATING LEVIED AGAINST
NON-PR RES/QA TXBL OF   $667,570

15 776.46   see pg 2



**BUENA VISTA TWP TREASURER**
1160 S OUTER DR
SAGINAW, MI 48601-6506

MAKE CHECKS PAYABLE TO:

2004

76.46

| PROPERTY NUMBER | ASSESSMENT STATE EQUALIZED | TAXABLE | DUE DEC |
|---|---|---|---|
| 10-12-5-28-1002-002 | 2,102,100 | 940,240 | |
| | 2,102,100 | Page: 447 | |

| PROPERTY ADDRESS | | |
|---|---|---|
| 3801 | HOLLAND | PRINCIPAL RES 29 |

BUENA VISTA SCHOOL

Beginning March 1st taxes will be payable at the County Treasurer's Office, Saginaw, Michigan 48602. Check your property description carefully. Change of address should be reported to the Equalization Director, Courthouse. Failure to receive a bill does not exempt you from penalties when taxes become delinquent.

EXC RR R/W ALSO PART 1/4 DESC AS FOLLOWS OF W 1/2 OF NE 1/4 TH SW CORN OF W 1/2 OF E 36 FT TO A CURVE TH INE OF RR R/W TH E ON FT TO POB 36.32 ACRES



DDED UNLESS PAID ON OR BEFORE FEB

48601 - 9468

2113-0001



Gillook 10th Delphi

COUNTY OCT 01,2004-SEP 30,2005
LOCAL UNIT JAN 01,2005-DEC 31,2005
SCHOOL JUL 01,2004-JUN 30,2005

BILLING DETAIL

| AUTHORIZATION | MILLAGE | AMOUNT |
|---|---|---|
| * SAGINAW COUNTY * | | |
| EVENT CENTER | .44980 | 422.91 |
| HOSPITAL DEBT | .49000 | 460.71 |
| HOSPITAL OPERATING | .24990 | 234.96 |
| JUVENILE DEBT | .05280 | 49.64 |
| MOSQUITO CONTROL | .49980 | 469.93 |
| CASTLE MUSEUM | .19990 | 187.95 |
| COUNTY OPERATING | 4.86070 | 4,570.22 |
| COUNTY PARKS | .16170 | 152.03 |
| LAW ENFORCEMENT | .33980 | 319.49 |
| SENIOR CITIZENS | .32990 | 310.18 |
| * LOCAL UNIT * | | |
| COMMUNITY CENTER | 1.00000 | 940.24 |
| POLICE | 2.00000 | 1,880.48 |
| PUBLIC SAFETY | 1.00000 | 940.24 |
| LOCAL OPERATING | 4.96180 | 4,665.28 |
| *SPECIAL ASSESSMENT* | | |
| CHIPPING | | 16.00 |
| TOTAL TAX | | $15,620.26 |
| ADMINISTRATION FEE | | 156.20 |
| GRAND TOTAL | | $15,776.46 |



MAKE CHECKS
PAYABLE TO:

BUENA VISTA TWP TREASURER
1160 S OUTER DR
SAGINAW, MI 48601-6506

2004

| 274-40 | PROPERTY NUMBER | ASSESSMENT STATE EQUALIZED | TAXABLE | DU-DEC |
|---|---|---|---|---|
| | 10-12-5-28-1002-003 | 1,900 | 675 | |
| 1/2 OF NE 1/4 LYING N SEC 28 T12N R5E | | 1,900 | Page: 448 | |

PROPERTY ADDRESS

HOLLAND    NON-PRINRES/QA

BUENA VISTA SCHOOL

Beginning March 1st taxes will be payable at the County
Treasurer's Office, Saginaw, Michigan 48602.
Check your property description carefully. Change of
address should be reported to the Equalization Director,
Courthouse.  Failure to receive a bill does not exempt
you from penalties when taxes become delinquent.



DDED UNLESS PAID ON OR BEFORE FEB 1

48401-9448

2113-0001

```
COUNTY OCT 01,2004-SEP 30,2005
LOCAL UNIT JAN 01,2005-DEC 31,2005
SCHOOL JUL 01,2004-JUN 30,2005
```

BILLING DETAIL

| AUTHORIZATION | MILLAGE | AMOUNT |
|---|---|---|
| * SAGINAW COUNTY * | | |
| EVENT CENTER | .44980 | 0.30 |
| HOSPITAL DEBT | .49000 | 0.33 |
| HOSPITAL OPERATING | .24990 | 0.16 |
| JUVENILE DEBT | .05280 | 0.03 |
| MOSQUITO CONTROL | .49980 | 0.33 |
| CASTLE MUSEUM | .19990 | 0.13 |
| COUNTY OPERATING | 4.86070 | 3.28 |
| COUNTY PARKS | .16170 | 0.10 |
| LAW ENFORCEMENT | .33980 | 0.22 |
| SENIOR CITIZENS | .32990 | 0.22 |
| * LOCAL UNIT * | | |
| COMMUNITY CENTER | 1.00000 | 0.67 |
| POLICE | 2.00000 | 1.35 |
| PUBLIC SAFETY | 1.00000 | 0.67 |
| LOCAL OPERATING | 4.96180 | 3.34 |
| *SPECIAL ASSESSMENT* | | |
| CHIPPING | | 16.00 |
| | | |
| TOTAL TAX | | $27.13 |
| ADMINISTRATION FEE | | 0.27 |
| GRAND TOTAL | | $27.40 |

SEE REVERSE FOR DETAIL

MAKE CHECKS PAYABLE TO:

BUENA VISTA TWP TREASURER
1160 S OUTER DR
SAGINAW, MI 48601-6506

PROPERTY TAX NOTICE FOR 2004

TOTAL AMOUNT DUE    $4,724.50

TICKET NUMBER
10-12-5-28-1002-004

ASSESSMENT AS EQUALIZED
280,900

TAXABLE
280,900

DUE DEC.

CLASSIFICATION: COMMERCIAL

280,900

Page: 448

THAT PART OF W 1/2 OF W 1/2 OF NE 1/4 LYING S OF MCRR
R/W EXC E 175 FT OF W 321.1 FT OF S 575 FT THEREOF ALSO
EXC W 99 FT THEREOF ALSO THAT PART OF W 1/2 OF E 1/2 OF
W 1/2 OF NE 1/4 LYING S OF RR R/W & NLY OF RR SPUR ALSO
THAT PART OF E 1/2 OF NW 1/4 LYING S OF MCRR R/W & NELY
OF I-75 R/W 73.22 ACRES SEC 28 T12N R5E

PROPERTY ADDRESS

HOLLAND    NON-PRINRES/QA

BUENA VISTA SCHOOL

Beginning March 1st taxes will be payable at the County
Treasurer's Office, Saginaw, Michigan 48602.
Check your property description carefully. Change of
address should be reported to the Equalization Director,
Courthouse. Failure to receive a bill does not exempt
you from penalties when taxes become delinquent.

CENTRA INC
12225 STEPHENS
WARREN, MI    48089

INTEREST AND PENALTIES WILL BE ADDED UNLESS PAID ON OR BEFORE FEB.



Delphi

48601- 9468

2113-0001

COUNTY OCT 01,2004-SEP 30,2005
LOCAL UNIT JAN 01,2005-DEC 31,2005
SCHOOL JUL 01,2004-JUN 30,2005

BILLING DETAIL

| AUTHORIZATION | MILLAGE | AMOUNT |
|---|---|---|
| * SAGINAW COUNTY * | | |
| EVENT CENTER | .44980 | 126.34 |
| HOSPITAL DEBT | .49000 | 137.64 |
| HOSPITAL OPERATING | .24990 | 70.19 |
| JUVENILE DEBT | .05280 | 14.83 |
| MOSQUITO CONTROL | .49980 | 140.39 |
| CASTLE MUSEUM | .19990 | 56.15 |
| COUNTY OPERATING | 4.86070 | 1,365.37 |
| COUNTY PARKS | .16170 | 45.42 |
| LAW ENFORCEMENT | .33980 | 95.44 |
| SENIOR CITIZENS | .32990 | 92.66 |
| * LOCAL UNIT * | | |
| COMMUNITY CENTER | 1.00000 | 280.90 |
| POLICE | 2.00000 | 561.80 |
| PUBLIC SAFETY | 1.00000 | 280.90 |
| LOCAL OPERATING | 4.96180 | 1,393.76 |
| *SPECIAL ASSESSMENT* | | |
| CHIPPING | | 16.00 |

| | | |
|---|---|---|
| TOTAL TAX | | $4,677.79 |
| ADMINISTRATION FEE | | 46.77 |
| GRAND TOTAL | | $4,724.56 |

*LOCAL SCHOOL OPERATING LEVIED AGAINST
NON-PR RES/QA TXBL OF   $280,900



SEE REVERSE FOR DETAIL

MAKE CHECKS
PAYABLE TO:

BUENA VISTA TWP TREASURER
1160 S OUTER DR
SAGINAW, MI 48601-6506

PROPERTY TAX NOTICE FOR 2005

| | PROPERTY NUMBER | ASSESSED VALUE | TAXABLE | DUE |
|---|---|---|---|---|
| TOTAL AMOUNT DUE $24.13 | 10-12-5-28-1002-003 | 1,900 | 690 | JULY |
| CLASSIFICATION: COMMERCIAL | | 1,900 | Roll Page: 447 | |

THAT PART OF W 1/2 OF E 1/2 OF W 1/2 OF NE 1/4 LYING N
OF RR R/W 0.75 ACRE MORE OR LESS SEC 28 T12N R5E

PROPERTY ADDRESS

HOLLAND    NON-PRINRES/QA

BUENA VISTA SCHOOL

Beginning March 1st taxes will be payable at the County
Treasurer's Office, Saginaw, Michigan 48602.
Check your property description carefully. Change of
address should be reported to the Equalization Director,
Courthouse. Failure to receive a bill does not exempt
you from penalties when taxes become delinquent.

CENTRA INC
12225 STEPHENS
WARREN, MI  48089



INTEREST AND PENALTIES WILL BE ADDED UNLESS PAID ON OR BEFORE SEPT 14

Bill Garb - 100% Delphi

COUNTY OCT 01,2005-SEP 30,2006
LOCAL UNIT JAN 01,2006-DEC 31,2006
SCHOOL JUL 01,2005-JUN 30,2006

## BILLING DETAIL

| AUTHORIZATION | MILLAGE | AMOUNT |
|---|---|---|
| * SAGINAW COUNTY * | | |
| COUNTY OPERATING | 1.61860 | 1.11 |
| * LOCAL SCHOOLS * | | |
| LOCAL SCHOOL DEBT | 4.94000 | 3.40 |
| LOCAL SCH OPR NON | 18.00000 | 12.42* |
| STATE EDUCATION | 6.00000 | 4.14 |
| * INT SCH/SPEC ED * | | |
| INTERMEDIATE SCH | .14550 | 0.10 |
| SPECIAL EDUCATION | 1.94170 | 1.33 |
| * * DELTA COLLEGE * | | |
| DELTA COLLEGE | 2.04270 | 1.40 |
| TOTAL TAX | | $23.90 |
| ADMINISTRATION FEE | | 0.23 |
| GRAND TOTAL | | $24.13 |

*LOCAL SCHOOL OPERATING LEVIED AGAINST
NON-PR RES/QA TXBL OF
$690

SEE REVERSE FOR DETAIL

MAKE CHECKS PAYABLE TO:
**BUENA VISTA TWP TREASURER**
1160 S OUTER DR
SAGINAW, MI 48601-6506

PROPERTY TAX NOTICE FOR 2005

| TOTAL AMOUNT DUE | PROPERTY NUMBER | STATE EQUALIZED | TAXABLE |
|---|---|---|---|
| 528,528.14 | 10-12-5-28-1002-002 | 2,101,000 | 961,865 |
| | | 2,101,000 | Roll Page: 446 |

CLASSIFICATION: COMMERCIAL

E 1/2 OF E 1/2 OF W 1/2 OF NE 1/4 EXC RR R/W ALSO PART
OF W 1/2 OF E 1/2 OF W 1/2 OF NE 1/4 DESC AS FOLLOWS
COM AT SE CORN OF W 1/2 OF E 1/2 OF W 1/2 OF NE 1/4 TH
W 320.27 FT TO A PT 0.54 FT E OF SW CORN OF W 1/2 OF E
1/2 OF W 1/2 OF NE 1/4 TH N 2089.36 FT TO A CURVE TH
NELY ON SD CURVE 437.06 FT TO S LINE OF RR R/W TH E ON
SD S LINE 107.43 FT TH S 2450.99 FT TO POB 36.32 ACRES
SEC 28 T12N R5E

PROPERTY ADDRESS
3801   HOLLAND      PRINCIPAL RES

BUENA VISTA SCHOOL
Beginning March 1st taxes will be payable at the C
Treasurer's Office, Saginaw, Michigan  48802.
Check your property description carefully.  Change
address should be reported to the Equalization Dire
Courthouse.  Failure to receive a bill does not exe
you from penalties when taxes become delinquent.

LAKESHORE DISTRIBUTION LLC

12225 STEPHENS RD

WARREN, MI 48089



INTEREST AND PENALTIES WILL BE ADDED UNLESS PAID ON OR BEFORE SEE RE

6.16 mfr
100% Delphi

COUNTY OCT 01,2005 ~~DEC~~
LOCAL UNIT JAN 01,2006-DEC 31,2006
SCHOOL JUL 01,2005-JUN 30,2006

## BILLING DETAIL

| AUTHORIZATION | MILLAGE | AMOUNT |
|---|---|---|
| * SAGINAW COUNTY * | | |
| COUNTY OPERATING | 1.61860 | 1,556.87 |
| * LOCAL SCHOOLS * | | |
| LOCAL SCHOOL DEBT | 4.94000 | 4,751.61 |
| LOCAL SCH OPR NON | 18.00000 | 12,292.63* |
| STATE EDUCATION | 6.00000 | 5,771.19 |
| * INT SCH/SPEC ED * | | |
| INTERMEDIATE SCH | .14550 | 139.95 |
| SPECIAL EDUCATION | 1.94170 | 1,867.65 |
| * * DELTA COLLEGE * | | |
| DELTA COLLEGE | 2.04270 | 1,964.80 |
| TOTAL TAX | | $28,344.70 |
| ADMINISTRATION FEE | | 283.44 |
| GRAND TOTAL | | $28,628.14 |

*LOCAL SCHOOL OPERATING LEVIED AGAINST
NON-PR RES/QA TXBL OF   $682,924

SEE REVERSE FOR DETAIL

BUENA VISTA TWP TREASURER
1160 S OUTER DR
SAGINAW, MI 48601-6506

PROPERTY TAX NOTICE FOR 2005

MAKE CHECKS
PAYABLE TO:

| TOTAL AMOUNT DUE | $9,341.41 | PROPERTY NUMBER | STATE EQUALIZED | PAYABLE |
|---|---|---|---|---|
| CLASSIFICATION: COMMERCIAL | | 10-12-5-28-1002-004 | 280,900 | 280,900 |
| | | | 280,900 | Roll Page: 447 |

THAT PART OF W 1/2 OF W 1/2 OF NE 1/4 LYING S OF MCRR
R/W EXC E 175 FT OF W 321.1 FT OF S 575 FT THEREOF ALSO
EXC W 99 FT THEREOF ALSO THAT PART OF W 1/2 OF E 1/2 OF
W 1/2 OF NE 1/4 LYING S OF RR R/W & NLY OF RR SPUR ALSO
THAT PART OF E 1/2 OF NW 1/4 LYING S OF MCRR R/W & NELY
OF I-75 R/W 73.22 ACRES SEC 28 T12N R5E

PROPERTY ADDRESS

| HOLLAND | NON-PRINRES/QA |
|---|---|

BUENA VISTA SCHOOL

Beginning March 1st taxes will be payable at the C
Treasurer's Office, Saginaw, Michigan 48602.
Check your property description carefully.  Change
address should be reported to the Equalization Dire
Courthouse.  Failure to receive a bill does not exe
you from penalties when taxes become delinquent.

CENTRA INC

12225 STEPHENS

WARREN, MI 48089

INTEREST AND PENALTIES WILL BE ADDED UNLESS PAID ON OR BEFORE SEPT 14



```
COUNTY OCT 01,2005-SEP 30,2006
LOCAL UNIT JAN 01,2006-DEC 31,2006
SCHOOL JUL 01,2005-JUN 30,2006
```

BILLING DETAIL

| AUTHORIZATION | MILLAGE | AMOUNT |
|---|---|---|
| * SAGINAW COUNTY * | | |
| COUNTY OPERATING | 1.61860 | 454.66 |
| * LOCAL SCHOOLS * | | |
| LOCAL SCHOOL DEBT | 4.94000 | 1,387.64 |
| LOCAL SCH OPR NON | 18.00000 | 5,056.20* |
| STATE EDUCATION | 6.00000 | 1,685.40 |
| * INT SCH/SPEC ED * | | |
| INTERMEDIATE SCH | .14550 | 40.87 |
| SPECIAL EDUCATION | 1.94170 | 545.42 |
| * * DELTA COLLEGE * | | |
| DELTA COLLEGE | 2.04270 | 573.79 |
| | | |
| TOTAL TAX | | $9,743.98 |
| ADMINISTRATION FEE | | 97.43 |
| GRAND TOTAL | | $9,841.41 |

*LOCAL SCHOOL OPERATING LEVIED AGAINST
NON-PR RES/QA TXBL OF   $280,900

08/02/2006 16:59 FAX 8102386222    SORENSEN GROSS    ☒001



**Sorensen Gross Construction Co.**

VIA FACSIMILE 586-755-9348 and US MAIL

August 2, 2006

Todd White
Crown Enterprises Inc.
12225 Stephens Road
Warren, MI 48089-2010

Re: Holland Avenue Warehouse Quotation

Dear Todd:

We are pleased to submit the attached proposal for the Holland Avenue Warehouse located in Saginaw. This proposal includes selective demolition work including the removal of damaged 4 x 10 sheets of galvanized metal panels (approximately 3040 sq ft. 76 sheets), guard rails located throughout the facility, and the removal of all areas of the floor tile and ceiling located in the office areas of the facility. Also included is replacement of damaged interior siding (approximately 17,000 sq ft and 365 panels), and new flashings around 2 man doors. New 2 x 4 square edge, USG Radar Ceilings will be replaced in the warehouse office area, repairing restrooms, and the break room and vending area. New vinyl tile and 4" vinyl base will be replaced in approximately 2,397 sq ft of the office areas. Painting will include walls, ceiling, doors, bum posts, and railings in the back warehouse. The Mechanical work includes all plumbing fixtures indicated in the walk-through and replacing 15 diffusers and inspecting 70 heaters.

We would like to meet with you at your earliest convenience to go over the work scope in more detail and make sure we are not missing any items that need to be included or have any items included that do not need to be. Please contact me at (810) 767-4821 to schedule the meeting or if you have any questions and/or concerns regarding this quote.

Sincerely,
Sorensen Gross Construction Co., Inc.

Jill K. Atkins
Project Manager / Estimator

JKA/tml

Enclosure

Cc:  SG File

**Sorensen Gross Construction Co.**
3407 Torrey Road
Flint, MI 48507
phone (810) 767-4821
fax (810) 238-6222
www.sorensengross.com

**SG Trades**
3407 Torrey Road
Flint, MI 48507
phone (810) 767-5320

**SG Construction Services**
5906 Ford Court
Brighton, MI 48116
phone (810) 227-1800
fax (810) 227-1146
www.sgcs.net

**Sorensen Gross, Inc.**
7780 England Street
Charlotte, NC 28273
phone (704) 553-2030
fax (704) 553-1975

SORENSEN GROSS CONSTRUCTION

**JOB NAME:**     **Saginaw Warehouse on Holland Rd.**     **SHEET**     **1**

**DESCRIPTION:**     **Renovations**     **DATE:**     **08/02/06**

| DESCRIPTION | QUANTY | UNIT | UNIT COST | MATERIAL | UNIT COST | LABOR | TOTAL |
|---|---|---|---|---|---|---|---|
| General condition | | | 0.00 | $0 | 0.00 | $0 | $0 |
| supervision | 128 | hrs | 0.00 | $0 | 35.00 | $4,480 | $4,480 |
| clean up | 48 | hrs | 5.00 | $240 | 25.00 | $1,200 | $1,440 |
| | | | | $0 | | $0 | $0 |
| Concrete floor | | | | $0 | | $0 | $0 |
| allowance | 1 | lot | 2500.00 | $2,500 | 1500.00 | $1,500 | $4,000 |
| replace conter top | 8 | lf | 100.00 | $800 | 20.00 | $180 | $1,080 |
| | | | 0.00 | $0 | 0.00 | $0 | $0 |
| | SUBTOTAL | | | $0 | | $7,360 | $11,000 |
| | | | | | | | |
| | SALES TAX | | | | 6% | | $0 |
| | PAYROLL TAXES AND INSURANCES | | | | 65% | | $4,784 |
| | FEE | | | | 10% | | $1,578 |
| | SUBTOTAL SORENSEN GROSS WORK | | | | ADD | | $17,362 |

## SUBCONTRACT WORK

| | |
|---|---|
| North American Dismantling Corporation | $47,300 |
| Stephenson Corporation | $59,924 |
| Tri City Acoustical | $9,875 |
| Platinum Mechanical | $22,394 |
| Valley Carpet, Inc. | $5,995 |
| Murray Painting Company | $45,608 |
| Electrical equipment cap | $5,000 |

| | | | |
|---|---|---|---|
| SUBTOTAL SUBCONTRACT WORK | | ADD | $196,096 |
| FEE | | 10% | $19,610 |

| TOTAL WORK SCOPE CHANGE | | ADD | $233,068 |
|---|---|---|---|

**Prepared By:**          Jill Atkins          **Title:** Project Manager

**Date Reviewed with Owner**     8/2/2006

**Date Rejected**

**Date Accepted By Owner**

                                                            Accepted By

Page 1 of 1