UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

**In re:**

**DELPHI CORPORATION, et al.,**

        **Debtors.**

_____/

Chapter 11

Case No. 05-44481

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I served documents as follows:

| | |
|---|---|
| Documents Served: | Response to Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3006 to Proof of Claim No. 11129 Filed By Crown Enterprises, Inc. and a copy of this Certificate of Service. |
| Served Upon: | Honorable Robert D. Drain, U.S. Bankruptcy Judge<br>One Bowling Green, Room 610<br>New York, N.Y. 10004<br><br>Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098<br><br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Attn: John Wm. Butler, John K. Lyons and Joseph N. Wharton<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |
| Method of Service: | Via FedEx Standard Overnight<br>Tracking No. 7981 8146 0159; 7991 4567 9301; and 7923 4881 4880 |

/s/ Rachel A. Greenshields, Legal Assistant
Steinberg Shapiro & Clark
Attorneys for Crown Enterprises, Inc.
24901 Northwestern Hwy., Suite 611
Southfield, MI 48075
(248) 352-4700