**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
|  | Jointly Administered |
| In re:    DELPHIA CORPORATION, <u>et al</u> | Chapter 11 |
| Debtor | Case No.: 05-44481 (RDD) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, C. Donald Neville III, a member in good standing of the bar in the State of Connecticut, requests admission, ***pro hac vice***, before the Honorable Robert D. Drain to represent Lydall Thermal/Acoustical, Inc., a Creditor in the above referenced case.

Mailing address: Kroll, McNamara, Evans & Delehanty, LLP, 29 South Main Street,

West Hartford, CT 06107

E-mail address: dneville@kmelaw.com;  Telephone number (860) 561-7070.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

|  |  |
|---|---|
|  | C. Donald Neville |
|  | Kroll, McNamara, Evans & Delehanty, LLP |
|  | 29 South Main Street |
| Dated: West Hartford, Connecticut | West Hartford, CT 06107 |
|        May 21, 2007 | (860) 561-7070 |

# ORDER

**ORDERED**,

that C. Donald Neville, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE