# ORDER

**ORDERED**,

that C. Donald Neville, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/_____
       UNITED STATES BANKRUPTCY JUDGE