TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,  
Debtors and Debtors-in-Possession,  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)  

Hearing Date: 6/22/2007  
at 10:00 AM

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698  

Delphi Legal Information Website:  
http://www.delphidocket.com  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
                                                                  :  
In re                                                             :    Chapter 11  
                                                                  :  
    DELPHI CORPORATION, et al.,                                   :    Case No. 05-44481 [RDD]  
                                                                  :  
                            Debtors.                              :    (Jointly Administered)  
                                                                  :  
-----------------------------------------------------------------X  

### NOTICE OF PRESENTMENT OF JOINT SETTLEMENT AGREEMENT, STIPULATION AND AGREED ORDER BETWEEN DELPHI AUTOMOTIVE SYSTEMS, LLC, AND CALSONIC KANSEI NORTH AMERICA TO DISALLOW AND EXPUNGE CLAIM NUMBER 11162

PLEASE TAKE NOTICE that on April 27, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim number 11162 (the "Proof of Claim" or the "Claim") filed by Calsonic Kansei North America ("Calsonic" or "Claimant") pursuant to the Thirteenth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims and Untimely Tax Claims, And (F) Claims Subject To Modification. Tax Claims Subject To Modification, And Claims Subject To Modification And

Reclamation Agreement (the "Objection") (Docket No. 7825).

   PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Objection with respect to the Proofs of Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Joint Settlement Agreement, Stipulation and Agreed Order Between Delphi Automotive Systems, LLC, and Calsonic Kansei North America To Disallow and Expunge Claim Number 11162 (the "Settlement Agreement and Joint Stipulation").

   PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and Joint Stipulation, a true and complete copy is annexed hereto, the Debtors and the Claimant have agreed to disallow and expunge proofs of claim number 11162 in their entirety.

   PLEASE TAKE FURTHER NOTICE that the Debtors will present the Settlement Agreement and Joint Stipulation for consideration at the hearing scheduled for June 22, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York   DELPHI CORPORATION, *et al.*
    May 23, 2007       By their attorneys,
                TOGUT, SEGAL & SEGAL LLP
                By:

                /s/ Neil Berger
                NEIL BERGER (NB-3599)
                A Member of the Firm
                One Penn Plaza
                New York, New York 10119
                (212) 594-5000