Warner Norcross & Judd LLP  
900 Fifth Third Center  
111 Lyon Street, NW  
Grand Rapids, MI  49503-2487  
(616) 752-2185 phone  
(616) 222-2185 fax  
gtoering@wnj.com

Gordon J. Toering (GT-3738)  
(Admitted *Pro Hac Vice*)

and

Duane Morris LLP  
744 Broad Street, Suite 1200  
Newark, NJ  07102-3889  
(973) 424-2010

Walter J. Greenhalgh (WJG-9614)  
Joseph H. Lemkin (JL-2490)

Attorneys for Robert Bosch LLC

Hearing date:  May 31, 2007 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATE OF SERVICE**

---

The undersigned certifies that on May 23, 2007, the following document was sent by Federal Express, overnight delivery (scheduled for Thursday, May 24, 2007) to the parties listed below:

**RESPONSE OF ROBERT BOSCH LLC (f/k/a Robert Bosch Corporation) TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS**

upon:

Honorable Robert D. Drain  
U.S. Bankruptcy Court for the Southern  
District of New York  
One Bowling Green, Room 610  
New York, NY 10004

General Counsel  
Delphi Corporation  
5725 Delphi Drive  
Troy, MI 48098

John William Butler  
Skadden, Arps, Slate, Meagher & Flom LLP  
333 West Wacker Drive, Suite 2100  
Chicago, IL 60606

Date: May 23, 2007

Signature: /s/ Gordon J. Toering  
Print Name: Gordon J. Toering  
Business Address: Warner Norcross & Judd LLP  
111 Lyon, NW  
900 Fifth Third Center  
Grand Rapids, MI 49503

1344302