## Accounts Receivable Aging Report
## Delphi AR Detail

| Packing Number | Invoice Number | Sales Order Number | Invoice Date | Customer ID | Invoice Amount | Amount Owed (USD) |
|---|---|---|---|---|---|---|
| TOOLING | 156500 | 450072439 | 9/21/04 | *AC/501 | 1,245.00 | 758.13 |
| TOOLING | 156501 | 450072439 | 9/21/04 | *AC/501 | 1,245.00 | 1,245.00 |
| TOOLING | 156502 | 450072439 | 9/21/04 | *AC/501 | 1,245.00 | 1,245.00 |
| TOOLING | 156688 | 450072439 | 9/27/04 | *AC/501 | 600.00 | 600.00 |
| TOOLING | 156689 | 450072439 | 9/27/04 | *AC/501 | 600.00 | 600.00 |
| 116669 | 157257 | 450073857 | 10/8/04 | *AC/501 | 3,074.33 | 3,074.33 |
| 116669 | 157258 | 450073857 | 10/8/04 | *AC/501 | 3,554.63 | 3,554.63 |
| TOOLING | 157686 | 450075730 | 10/19/04 | *AC/501 | 1,500.00 | 1,500.00 |
| 116948 | 159360 | 450080671 | 12/1/04 | *AC/501 | 45.00 | 45.00 |
| 117016 | 159822 | 450082521 | 12/13/04 | *AC/501 | 1,245.00 | 1,245.00 |
| 117016 | 159823 | 450082521 | 12/13/04 | *AC/501 | 1,245.00 | 1,245.00 |
| 117110 | 160428 | 450084064 | 1/4/05 | *AC/501 | 1,200.00 | 1,200.00 |
| 117390 | 162342 | 450092494 | 2/18/05 | *AC/501 | 5,499.00 | 5,499.00 |
| 84285668 | 167139 | 450109090 | 6/21/05 | *AC/501 | 2,040.00 | 2,040.00 |
| 118378 | 168246 | 450111633 | 7/25/05 | *AC/501 | 3,053.00 | 3,053.00 |
| 118378 | 168247 | 450111633 | 7/25/05 | *AC/501 | 3,131.00 | 3,131.00 |
| | 168499 | 450115722 | 7/29/05 | *AC/501 | 1,116.00 | 1,116.00 |
| | | | | | | 31,151.09 |

# MONROE INC.

4707 · 40 TH STREET, S.E. · GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-9820

**INVOICE**

INVOICE NUMBER: 156500

BILLED TO: ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P.O. BOX 9005
MAIL STA A241
KOKOMO, IN 46904-9005

SHIPPED TO: DAHQ
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI 48556

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|------|----------------|-------------|-------------|-------|
| 21, 2004 | 450072439 | TOOLING | | NET 30 DAYS |

| QY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----|-------------|------------|--------|
| 1:45p | PRIO114942 00010 TOOL STEM HOLE-MOD 0 Cartons 0 Lbs | 1.00000 | 1245.00 |
| | TOTAL: | | 1245.00 |
| | CURRENCY: | | USD |

MC 1406
Rev. B

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

MC 1406
Rev. B

# MONROE INC.

4707 - 40 TH STREET, S.E. GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-9820

**INVOICE**

INVOICE NUMBER: 156501

BILLED TO:
ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P.O. BOX 9005
MAIL STA A241
KOKOMO, IN 46904-9005

SHIPPED TO: DAHQ
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI 48556

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|------|----------------|-------------|-------------|-------|
| Sep 21, 2004 | 4500722439 | TOOLING | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|------------|--------|
| 1245p | PR10114942 00020 TACH STEM HOLE MOD 0 Cartons 0 Lbs | 1.00000 | 1245.00 |
| | | TOTAL: | 1245.00 |
| | | CURRENCY: | USD |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

MC 1406
Rev. B

# MONROE INC.

4707 - 40 TH STREET, S.E. • GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-9820

**INVOICE**

**INVOICE NUMBER:** 156502

BILLED TO: ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P.O. BOX 9005
MAIL STA A241
KOKOMO, IN 46904-9005

SHIPPED TO: DAHQ
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI 48556

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|------|----------------|-------------|-------------|-------|
| Sep 21, 2004 | 4500724439 | TOOLING | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|------------|--------|
| 1245p | PR10114942 00030 GAGE STEM HOLE MOD 0 Cartons | 1.00000 | 1245.00 |
| | | | 1245.00 |
| | TOTAL: | | |
| | CURRENCY: | USD | |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

MC 1406
Rev. B

# MONROE INC.

4707 - 40 TH STREET, S.E. • GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-9820

**INVOICE**

INVOICE NUMBER: 156688

BILLED TO:
ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P.O. BOX 9005
MAIL STA A241
KOKOMO, IN 46904-9005

SHIPPED TO:
DAHQ
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI  48556

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|---|---|---|---|---|
| Sep 27, 2004 | 4500722439 | TOOLING | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 600pF | PR10114942 00040 TOOL STRENGTHEN CA O Cartons | 1.00000 | 600.00 |
| | TOTAL: | | ---------- |
| | CURRENCY: | USD | 600.00 |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.
    All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

MC 1406
Rev. B

# MONROE INC.

4707 - 40 TH STREET, S.E. • GRAND RAPIDS, MICHIGAN 49512-0132

PHONE (616) 942-9820

**INVOICE**

INVOICE NUMBER: 156689

BILLED TO:
ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P.O. BOX 9005
MAIL STA A241
KOKOMO, IN 46904-9005

SHIPPED TO:
DAHG
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI 48556

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|---|---|---|---|---|
| Sep 27, 2004 | 450072439 | TOOLING | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 600p | PR10114942 00050 TOOL STRENGTHEN CA 0 Cartons | 1.00000 | 600.00 |
| | | TOTAL: | 600.00 |
| | | CURRENCY: USD | |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

# DELPHI

Delco Electronics Systems

Page 1 of 4

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**

DELPHI D HEADQUARTERS
One Corporate Center P.O. Box 9005
KOKOMO IN 46904-9005

MONROE INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

**Purchase Order**

PO Number
450072439
Version
09/16/2004 02:34:24 EST

Date Issued
09/15/2004

Delivery date: 09/20/2004

Vendor No: 1009792
DUNS No: 057047110

**Payment Terms: ZN1**   **Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms: FCA-Freight Forwarder's Dock**

| Item No. | Material No/Item Identifier No. | Total Order Quantity | | Plant | |
|---|---|---|---|---|---|
| | Description | | | Requester | |
| 00010 | PR10114942 00010 | 1,245 | DAHQ | DELPHI D HEADQUARTERS | |
| | TOOLING STEM HOLE MOD-SPEEDO | | | PARISH, P | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09/20/2004 | 1,245.000 | 1.00 | 1 | DOL | 1,245.00 |
| **Net Line Item Value** | | | | USD | 1,245.00 |

| Item No. | Material No/Item Identifier No. | Total Order Quantity | | Plant | |
|---|---|---|---|---|---|
| 00020 | PR10114942 00020 | 1,245 | DAHQ | DELPHI D HEADQUARTERS | |
| | TOOLING STEM HOLE MOD TACH | | | PARISH, P | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09/20/2004 | 1,245.000 | 1.00 | 1 | DOL | 1,245.00 |
| **Net Line Item Value** | | | | USD | 1,245.00 |

| Item No. | Material No/Item Identifier No. | Total Order Quantity | | Plant | |
|---|---|---|---|---|---|
| 00030 | PR10114942 00030 | 1,245 | DAHQ | DELPHI D HEADQUARTERS | |
| | TOOLILNG STEM HOLD MOD-GAGE | | | PARISH, P | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09/20/2004 | 1,245.000 | 1.00 | 1 | DOL | 1,245.00 |

*OK - Dano 9/21/04*

*Ready To Invoice Delphi 100%*

Purchasing Contact: Jones, R (FPlast)

Phone: 765-451-6812

Fax: 765-451-0265

Date and Time Printed: 09/16/2004 02:34:24 EST

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

# DELPHI

Delco Electronics Systems

Page 2 of 4

| MONROE INC<br>4707 40TH ST SE<br>GRAND RAPIDS MI 49512-4038 | **Purchase Order** |
|---|---|
| | PO Number                           Date Issued<br>450072439                          09/15/2004<br>Version<br>09/16/2004 02:34:24 EST |

| Item No. | Material No/Item Identifier No.<br>Description | Total Order Quantity | Plant<br>Requester | | |
|---|---|---|---|---|---|
| | Net Line Item Value | | | USD | 1,245.00 |

**00040**  PR10114942 00040                     600   DAHQ DELPHI D HEADQUARTERS
TOOLING STRENGTHEN CAP-SPEEDO/TACH              PARISH, P

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09/20/2004 | 600.000 | 1.00 | 1 | DOL | 600.00 |
| | | | | USD | 600.00 |

Net Line Item Value                            600   DAHQ DELPHI D HEADQUARTERS

**00050**  PR10114942 00050                     600   DAHQ DELPHI D HEADQUARTERS
TOOLING STRENGTHEN CAP-GAGE                     PARISH, P

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09/20/2004 | 600.000 | 1.00 | 1 | DOL | 600.00 |
| | | | | USD | 600.00 |

Net Line Item Value

| Total net value | USD | 4,935.00 |
|---|---|---|

**Notes**

*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************

***********************************************
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO:      *
* DISBURSEMENT SERVICES AT (248)874-4636.  (A2) *
***********************************************

*****ATTENTION ALL NORTH AMERICAN SUPPLIERS*****
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON
HOW TO ACCESS THIS NEW FEATURE.
***********************************************

***********************************************************

*Green to Dan*

4707 - 40th St. S.E. / Grand Rapids, MI.   49512

DUNS#057047110

Packing Slip No. TOOLING

Date Shipped:   09/27/2004

Ship to:   DAHQ
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI   48556

Bill of Lading No.: _____

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 450072439 | PR10114942 00040 TOO | 600 | PC | 0 | 0 | 156688 |
| | PR10114942 00050 TOO | 600 | PC | 0 | 0 | 156689 |

# MONROE INC.

4707 - 40 TH STREET, S.E. GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-9820

INVOICE NUMBER:   157258

BILLED TO:     ACCOUNTS PAYABLE        SHIPPED TO:   DAHQ
DELPHI DELCO ELECTRONICS        PLT 40-ADM B BLDG-REC 501
P. O. BOX 9005                DELPHI DELCO ELECT.
MAIL STA A241              1601 N. AVERILL AVE
KOKOMO, IN 46904-9005        FLINT, MI 48556

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|---|---|---|---|---|
| Oct 8, 2004 | 450073857 | 116669 | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 3555pc | PR10116319 00030  12224485<br>0 Cartons      0 Lbs | 1.00000 | 3554.63 |
| | | TOTAL: | 3554.63 |
| | | CURRENCY: | USD |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

MC-1406
Rev. B

# MONROE INC.

4707 - 40 TH STREET S.E. • GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-8820

**INVOICE**

**INVOICE NUMBER:** 157257

**BILLED TO:** ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P. O. BOX 9005
MAIL STA A241
KOKOMO, IN, 46904-9005

**SHIPPED TO:** DAHQ
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI 48556

| DATE | YOUR ORDER NO. | RELEASE NO. | TERMS |
|---|---|---|---|
| Oct 6, 2004 | 450073857 | 116669 | NET 30 DAYS |

| QUANTITY | DESCRIPTION | SHIPPED VIA | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2944p | PR1016319 00010 12224483 | | | |
| | 0 Cartons         0 Lbs | | 1.00000 | 2944.49 |
| 130p | PR1016319 00020 12224484 | | | |
| | 0 Cartons         0 Lbs | | 1.00000 | 129.84 |
| | | | | |
| | | TOTAL: | | 3074.33 |
| | | CURRENCY: | USD | |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

# DELPHI

Delco Electronics Systems

Page  1  of  3

| Buyer: | Purchase Order |
|---|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 | PO Number  450073857<br>Version  09/28/2004 02:20:16 EST<br>Date Issued  09/27/2004 |

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

**Delivery date:  09/22/2004**

MONROB INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

Vendor No:  1009792
DUNS No:  057047110

**Payment Terms**  2N2    **Currency**  USD
Payment settled on 2nd, 2nd Month

**Incoterms**  FCA-Freight Forwarder's Dock

*SSR Obsolete Parts*
*Ready To Invoice Delphi*
*10/6/04*

| Item No. | Material No/Item Identifier No.  Total Order Quantity<br>Description | | Plant<br>Requestor |
|---|---|---|---|
| 00010 | PR10116319 00010 | 2,944.490 | DAHQ DELPHI  D HEADQUARTERS |
| | 12224483 POINTER,SPEEDO, SSR | | TABOR, D |
| | 1201129---OBSOLETE PARTS<br>TABOR, D  810-257-2954 PR982434 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09/22/2004 | 2,944.490 | 1.00 | 1 | DOL | 2,944.49 |
| **Net Line Item Value** | | | | USD | 2,944.49 |

| Item No. | Material No/Item Identifier No.  Total Order Quantity<br>Description | | Plant<br>Requestor |
|---|---|---|---|
| 00020 | PR10116319 00020 | 129.840 | DAHQ DELPHI  D HEADQUARTERS |
| | 12224484 POINTER, TACH, SSR | | TABOR, D |
| | 1201130-OBSOLETE PARTS | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09/22/2004 | 129.840 | 1.00 | 1 | DOL | 129.84 |
| **Net Line Item Value** | | | | USD | 129.84 |

Purchasing Contact: Jones, R (FPlast)

Phone:  765-451-6812

Fax:  765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:    09/28/2004 02:20:16 EST

# DELPHI

MONROE INC
4707 40TH ST SE
GRAND RAPIDS  MI  49512-4038

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450073857 | 09/27/2004 |
| Version | |
| 09/28/2004 02:20:16 EST | |

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant Requester |
|---|---|---|---|
| | Description | | |
| 00030 | PR10116319 00030 | 3,554.630 | DAHQ DELPHI D HEADQUARTERS |
| | 12224485  POINTER, GAGE ,SSR | | TABOR, D |
| | 1201131-OBSOLETE PARTS | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09/22/2004 | 3,554.630 | 1.00 | 1 | DOL | 3,554.63 |
| | | | | USD | 3,554.63 |
| Net Line Item Value | | | | | |

| Total net value | USD | 6,628.96 |
|---|---|---|

## Notes

**********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************

**************************************************
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO:               *
* DISBURSEMENT SERVICES AT (248)874-4636.  (A2) *
**************************************************

*********************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*******************

**************************************************
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI-D IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.
-----------------------------------------
INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.
-----------------------------------------
PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241

# MONROE INC.

INVOICE

4707 - 40 TH STREET, S.E. • GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-9820

INVOICE NUMBER:    157686

| BILLED TO: | | SHIPPED TO: | DAHQ |
|---|---|---|---|
| ACCOUNTS PAYABLE | | | PLT 40-ADM B BLDG-REC 501 |
| DELPHI DELCO ELECTRONICS | | | DELPHI DELCO ELECT. |
| P. O. BOX 9005 | | | 1601 N. AVERILL AVE |
| MAIL STA A241 | | | FLINT, MI 48556 |
| KOKOMO, IN 46904-9005 | | | |

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|---|---|---|---|---|
| Oct 19, 2004 | 450075730 | TOOLING | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1500p | PR10120530 00010 SETUP FOR 3 TOOLS | 1.00000 | 1500.00 |
| | 0 Cartons        0 Lbs | | |
| | | TOTAL: | 1500.00 |
| | | CURRENCY: | USD |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

# DELPHI

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO  IN  46904-9005

**Purchase Order**

| | |
|---|---|
| PO Number | Date Issued |
| 450075730 | 10/12/2004 |
| Version | |
| 10/13/2004  02:20:31  EST | |

**Deliver to:**

DELPHI D FLINT
4134 Davidson Road
BURTON  MI  48529

Delivery date:  10/20/2004

MONROE INC
4707 40TH ST SE
GRAND RAPIDS  MI  49512-4038

Vendor No:   1009792
DUNS No:    057047110

**Payment Terms:**  ZM12                    **Currency:**  USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FCA-Freight Forwarder's Dock

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | PR10120530  00010 | 1,500 | DAHQ  DELPHI  D  HEADQUARTERS |
| | SET UP CHARGES FOR 3 TOOLS | | PARISH, P |

PARISH, P 810-257-6685  PR423012

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 10/20/2004 | 1,500.000 | 1.00 | 1 | DOL | 1,500.00 |
| | | | | USD | 1,500.00 |

**Net Line Item Value**

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| 00020 | PR10120530  00020 | 1,500.000 | DAHQ  DELPHI  D  HEADQUARTERS |
| | 211/231 SPEEDO PARTS | | PARISH, P |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 10/20/2004 | 1,500.000 | 0.29 | 1 | PC | 435.00 |
| | | | | USD | 435.00 |

**Net Line Item Value**

*Ok - Dave 10/15/04     Ready To Invoice Delphi*

Purchasing Contact: Jones, R (FPIast)

Phone:  765-451-6812

Fax:  765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:   10/13/2004 02:20:31 EST

# DELPHI ──────────────────── Delco Electronics Systems

MONROE INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450075730 | 10/12/2004 |
| Version | |
| 10/13/2004 02:20:31 EST | |

| Item No. | Material No./Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00030 | PR10120530 00030 | 1,500.000 | DAHQ DELPHI D HEADQUARTERS PARISH, P |
| | 211/231 TACH PARTS | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 10/20/2004 | 1,500.000 | 0.24 | 1 | PC | 360.00 |
| Net Line Item Value | | | | USD | 360.00 |

| Item No. | Material No./Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00040 | PR10120530 00040 | 3,000.000 | DAHQ DELPHI D HEADQUARTERS PARISH, P |
| | 211/231 GAGE PARTS | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 10/20/2004 | 3,000.000 | 0.16 | 1 | PC | 480.00 |
| Net Line Item Value | | | | USD | 480.00 |

| Item No. | Material No./Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00050 | PR10120530 00050 | 750.000 | DAHQ DELPHI D HEADQUARTERS PARISH, P |
| | 222 SPEEDO PARTS | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 10/20/2004 | 750.000 | 0.29 | 1 | PC | 217.50 |
| Net Line Item Value | | | | USD | 217.50 |

| Item No. | Material No./Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00060 | PR10120530 00060 | 750.000 | DAHQ DELPHI D HEADQUARTERS PARISH, P |
| | 222 GAGE PARTS | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 10/20/2004 | 750.000 | 0.23 | 1 | PC | 172.50 |
| Net Line Item Value | | | | USD | 172.50 |

| Item No. | Material No./Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00070 | PR10120530 00070 | 1,500.000 | DAHQ DELPHI D HEADQUARTERS PARISH, P |
| | 222 TACH PARTS | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 10/20/2004 | 1,500.000 | 0.15 | 1 | PC | 225.00 |
| Net Line Item Value | | | | USD | 225.00 |

| Total net value | USD | 3,390.00 |
|---|---|---|

## Notes

********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms

# DELPHI

Delco Electronics Systems

Page 3 of 4

| MONROE INC | **Purchase Order** |
|---|---|
| 4707 40TH ST SE | |
| GRAND RAPIDS MI 49512-4038 | |

| | |
|---|---|
| PO Number | Date Issued |
| 450075730 | 10/12/2004 |
| Version | |
| 10/13/2004 02:20:31 EST | |

**Item No.  Material No./Item Identifier No.  Total Order Quantity  Plant**
**Description                                         Requester**

**Notes Continued**
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************

******************************************************
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO:              *
* DISBURSEMENT SERVICES AT (248)874-4636.  (A2) *
******************************************************

*****ATTENTION ALL NORTH AMERICAN SUPPLIERS*****
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON
HOW TO ACCESS THIS NEW FEATURE.
****************************************************

***************************************************
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI-D IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.
-------------------------------------
INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.
-------------------------------------
PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN  46904-9005
-------------------------------------
***CALIFORNIA SHIPMENTS*** - DELPHI-D DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO DOES HAVE DIRECT PAY PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.
-------------------------------------
YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER
PER PACKING SLIP)
- DELPHI-D "ITEM IDENTIFICATION NUMBER (ID)" FROM
PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-D DESCRIPTION PER PURCHASE ORDER FOR
EACH LINE ITEM DELIVERED FOLLOWED BY YOUR
DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)
-------------------------------------
ADDITIONAL PACKING SLIP INFORMATION:

# DELPHI

Delco Electronics Systems

Page  4  of  4

MONROE INC
4707 40TH ST SE
GRAND RAPIDS  MI  49512-4038

## Purchase Order

PO Number                               Date Issued
450075730                               10/12/2004
Version
10/13/2004 02:20:31 EST

| Item No. | Material No. | Item Identifier No. | Total Order Quantity | Plant |
|----------|--------------|---------------------|----------------------|-------|
| Description | | | | Requester |

**Notes Continued**

- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING
SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE
PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR
EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC
ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY
INSIDE) OF EACH BOX/CRATE.
*************************************************
ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR
INSTRUCTIONS. CALL DELPHI-D TRANSPORATION AT
(765)451-4078 OR -4079 FOR ADDITIONAL INFORMATION.
FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT',
BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER
USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT.
THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN
SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT
PRIOR APPROVAL FROM DELPHI-D TRANSPORTATION.

**************************************************

********************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date
specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
********************

# MONROE INC

### INVOICE

4707 - 40 TH STREET, S.E., GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-9820

INVOICE NUMBER:   159822

BILLED TO:   ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P. O. BOX 9005
MAIL STA A241
KOKOMO, IN  46904-9005

SHIPPED TO:   DAHQ
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI  48556

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|------|----------------|-------------|-------------|-------|
| Dec 13, 2004 | 450082521 | 117016 | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|------------|--------|
| 1245p | PR10130489 00010  12226887 STEM CHG | 1.00000 | 1245.00 |
| | 0 Cartons          0 Lbs | | |
| | | TOTAL: | 1245.00 |
| | | CURRENCY: | USD |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

MC 1406 05-44481-rdd   Doc 8018-2   Filed 05/23/07 Entered 05/23/07 16:52:57   Exhibit Pa
Rev. B

# MONROE INC.

INVOICE

4707 - 40 TH STREET, S.E. - GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-9820

INVOICE NUMBER:   159823

BILLED TO:  ACCOUNTS PAYABLE
            DELPHI DELCO ELECTRONICS
            P. O. BOX 9005
            MAIL STA A241
            KOKOMO, IN  46904-9005

SHIPPED TO:  DAHG
             PLT 40--ADM B BLDG--REC 501
             DELPHI DELCO ELECT.
             1601 N. AVERILL AVE
             FLINT, MI  48556

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|------|----------------|-------------|-------------|-------|
| Dec 13, 2004 | 450082521 | 117016 | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|------------|--------|
| 1245p | PR10130489 00020  12226886 STEM CHG<br>0 Cartons           0 Lbs | 1.00000 | 1245.00 |
| | | | 1245.00 |
| | | TOTAL: | |
| | | CURRENCY: | USD |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

# DELPHI

| Buyer: |
| --- |
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 |

| Deliver to: |
| --- |
| DELPHI DELCO ELECTRONICS CORP<br>ATTN: MANUAL RECEIPTS MS-CTA229<br>No physical shipment<br>KOKOMO IN |

MONROB INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

**Purchase Order**

| PO Number<br>450082521<br>Version<br>12/10/2004 08:35:32 | Date Issued<br>12/09/2004 |
| --- | --- |

**Delivery date:  12/06/2004**

Vendor No:  1009792
DUNS No:   057047110

**Payment Terms:  2MN2**   **Currency:  USD**

Payment settled on 2nd, 2nd Month

**Incoterms:  FCA Free at Forwarders Dock**

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant Requestor |
| --- | --- | --- | --- |
| | Description | | |

00010   PR10130489 00010                                    1,245    DAEQ DELPHI D HEADQUARTERS
         POINTER STEM CHANGE SPEEDO 12226887        DOLAN, MJ
         DOLAN, M 810-257-8957 PR982442

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 12/06/2004 | 1,245.000 | 1.00 | 1 | DOL | 1,245.00 |
| **Net Line Item Value** | | | | **USD** | **1,245.00** |

00020   PR10130489 00020                                    1,245    DAEQ DELPHI D HEADQUARTERS
         POINTER STEM CHANGE GAGE 12226886          DOLAN, MJ

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 12/06/2004 | 1,245.000 | 1.00 | 1 | DOL | 1,245.00 |
| **Net Line Item Value** | | | | **USD** | **1,245.00** |

| **Total net value** | **USD** | **2,490.00** |
| --- | --- | --- |

*OK - PPS - Ready To Invoice Delphi  12/10/04*

**Notes**

| Purchasing Contact: Jones, R (FPlast)<br><br>Phone:  765-451-6812<br><br>Fax:  765-451-0265 | Contact Address:<br><br>DELPHI DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER MS:CTLLM,<br>KOKOMO IN 46902 |
| --- | --- |

Date and Time Printed:   12/10/2004 08:35:32

*Good to Dan*

# DELPHI

_____ Delphi Electronics and Safety

Page  2  of  4

MONROE INC
4707 40TH ST SE
GRAND RAPIDS  MI 49512-4038

### Purchase Order

PO Number                                    Date Issued
450082521                                    12/09/2004
Version
12/10/2004 08:35:32

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|----------|-------------------------------|---------------------|-------|
| | Description | | Requester |

### Notes Continued

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED \*
\* MATERIAL SHOULD BE DIRECTED TO:              \*
\* DISBURSEMENT SERVICES AT (248)874-4636.  (A2) \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*ATTENTION ALL NORTH AMERICAN SUPPLIERS\*\*\*\*\*
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON
HOW TO ACCESS THIS NEW FEATURE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Tool Possession Note:

All molds, tools, dies, fixtures and other items (collectively, "tools") covered by this order shall be the property of Buyer and shall be permanently and legibly marked in such a manner as to denote that the tools are the property of Buyer. The tools shall be used for manufacture of parts exclusively for Buyer. The tools shall be stored and maintained by Seller at no expense to Buyer and shall be subject to shipment to Buyer's authorized point of receipt upon notification by Buyer. Tool replacement and maintenance cost due to wear is the responsibility of Supplier.

Seller hereby agrees to retain the molds, tools, dies, fixtures and other items described above for a period of 15 years after end of production and thereafter to return, transfer to another location or to remit the proceeds of the sale for scrap to the Buyer's Director of Purchasing as so instructed by Buyer.

Tool Payment:

Final invoice for tools will not be accepted until full PPAP approval has been documented.

Supplier should therefore ensure that notification of approval has been received before submitting final invoice. Refer also to payment term on PO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

Delphi Electronics and Safety

Page 3 of 4

MONROE INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450082521 | 12/09/2004 |
| Version | |
| 12/10/2004 08:35:32 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued**

```
** PLEASE NOTE: TO BETTER SERVE OUR SUPPLIERS AND **
* TO HELP THE PAYMENT PROCESS, 'QUANTITY' LISTED *
* FOR SERVICE PROVIDED IS THE ACTUAL DOLLAR AMOUNT *
* TO BE INVOICED BY YOU.        (SD) *
*************************************************
```

```
**********************************************
DO NOT INVOICE FOR SHIPPED MATERIAL.  DELPHI-D IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.
```

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN 46904-9005

***CALIFORNIA SHIPMENTS*** - DELPHI-D DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO DOES HAVE DIRECT PAY PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER
PER PACKING SLIP)
- DELPHI-D "ITEM IDENTIFICATION NUMBER (ID)" FROM
PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-D DESCRIPTION PER PURCHASE ORDER FOR
EACH LINE ITEM DELIVERED FOLLOWED BY YOUR
DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)

ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING
SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE
PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR
EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC
ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY
INSIDE) OF EACH BOX/CRATE.
*********************************************
ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR
INSTRUCTIONS. CALL DELPHI-D TRANSPORATION AT

# DELPHI

MONROE INC
4707 40TH ST SE
GRAND RAPIDS  MI  49512-4038

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450082521 | 12/09/2004 |
| Version | |
| 12/10/2004 08:35:32 | |

**Item No.  Material No./Item Identifier No.  Total Order Quantity  Plant**
**Description  Requester**

## Notes Continued:

(765)451-4078 OR -4079 FOR ADDITIONAL INFORMATION.
FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT'.
BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER
USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT.
THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN
SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT
PRIOR APPROVAL FROM DELPHI-D TRANSPORTATION.

*************************************************************

********************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date
specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
********************

**MONROE INC**
4707 - 40 TH STREET, S.E. GRAND RAPIDS MICHIGAN 49512-0132
PHONE (816) 942-9820

**INVOICE**

INVOICE NUMBER:   160428

| BILLED TO: | SHIPPED TO: DAHQ |
|---|---|
| ACCOUNTS PAYABLE | PLT 40-ADM B BLDG-REC 501 |
| DELPHI DELCO ELECTRONICS | DELPHI DELCO ELECT. |
| P. O. BOX 9005 | 1601 N. AVERILL AVE |
| MAIL STA A241 | FLINT, MI  48556 |
| KOKOMO, IN  46904-9005 | |

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|---|---|---|---|---|
| Jan 4, 2005 | 450084064 | 117110 | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1200p | PR10132362 00010  REDUCE HOLE ID | 1.00000 | 1200.00 |
| | 0 Cartons          0 Lbs | | |
| | | TOTAL: | 1200.00 |
| | | CURRENCY:   USD | |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

# DELPHI

Delphi Electronics and Safety

Page 1 of 4

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**

DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

MONROE INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450084064 | 12/20/2004 |
| Version | |
| 12/21/2004 02:24:18 EST | |

Delivery date: 12/23/2004

Vendor No: 1009792
DUNS No: 057047110

**Payment Terms** 2M02    **Currency** USD

Payment settled on 2nd, 2nd Month

**Incoterms** FCA Freight Forwarder's Dock

| Item No. | Material No./Item Identifier No. | Total Order Quantity | Plant Requester |
|---|---|---|---|
| **Description** | | | |
| 00010 | PR10132362 00010 | 1,200 | DAHQ DELPHI D HEADQUARTERS |
| | REDUCE HOLE ID | | WITHAM D |

REDUCE HOLE ID
PLEASE REDUCE HOLE ID FOR THE HARLEY
DAVIDSON 4" AND 5" POINTER. PART #'S
12241327 AND 12241326 PER QUOTE
1254-1A & 2A. $600 EA X 2=$1200
DAVID WITHAM (810)257-8914
PR422972

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 12/23/2004 | 1,200.000 | 1.00 | 1 | DOL | 1,200.00 |
| Net line item value | | | | USD | 1,200.00 |

| Total net value | | USD | 1,200.00 |
|---|---|---|---|

**Notes**

OK-OPS
1/3/05
Ready to Invoice Delphi 100%    Green to Dan

Purchasing Contact: Jones, R (FPlast)

Phone: 765-451-6812

Fax: 765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

EST

Date and Time Printed: 12/21/2004 02:24:18

MC 1406
Rev. B

# MONROE INC.

4707 - 40 TH STREET, S.E. • GRAND RAPIDS, MICHIGAN 49512-0132

Phone (616) 942-8820

**INVOICE**

**INVOICE NUMBER:** 162342

BILLED TO:
ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P. O. BOX 9005
MAIL STA A241
KOKOMO, IN 46904-9005
USA

SHIPPED TO:
DAHQ
FLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI 48556
USA

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|------|----------------|-------------|-------------|-------|
| Feb 18, 2005 | 450092474 | 117390 | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|------------|--------|
| 30000pc | PRI0150060 00010 POINTERS-SCRAPPED<br>0 Cartons                    0 Lbs | 0.18330 | 5499.00 |
| | TOTAL:<br>CURRENCY: USD | | 5499.00 |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all
applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of
Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

# DELPHI

Delphi Electronics and Safety

Page 1 of 4

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450092494 | 02/18/2005 |
| Version | |
| 02/18/2005  08:37:42 | |

**Deliver to:**

DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

**Delivery date:  03/01/2005**

MONROE INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

Vendor No:  1009792
DUNS No:  057047110

**Payment Terms** Z&N2    **Currency** USD

Payment settled on 2nd, 2nd Month

**Incoterms** FCA Freight Forwarder's Dock

| Item No. | Material No./Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10150060  00010 | 30,000.000 | DAEQ  DELPHI D  HEADQUARTERS |
| | POINTERS-SCRAPPED | | DOLAN MJ |
| | POINTERS P/N 12226886 @ .1833 EACH-SCRAPPED | | |
| | MARY JANE DOLAN (810)257-8957 | | |
| | PR465671 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 03/01/2005 | 30,000.000 | .183.30 | 1,000 | PC | 5,499.00 |
| Net Line Item Value | | | | USD | 5,499.00 |

| **Total net value** | USD | 5,499.00 |
|---|---|---|

**Notes**

CK-OPS 2/18/05 - Ready To Invoice
Mustang Pointers Scrapped Due To Bad Push Force.

Purchasing Contact: Jones, R (FPlast)

Phone:  765-451-6812

Fax:  765-451-0265

**Contact Address:**

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:  02/18/2005 08:37:42

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI   49512
USA
057047110

Packing Slip No.  117390

Ship to:   DAHQ
           PLT 40-ADM B BLDG-REC 501
           DELPHI DELCO ELECT.
           1601 N. AVERILL AVE
           FLINT, MI   48556  USA

Date Shipped:     02/18/2005

Bill of Lading No.: _____

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 450092494 | PR10150060 00010 POI | 30000 | PC | 0 | 0 | 162342 |

MC 1406
Rev. B

# MONROE INC.

**INVOICE**

4707 - 40 TH STREET, S.E. • GRAND RAPIDS, MICHIGAN 49512-0132
PHONE (616) 942-9820

INVOICE NUMBER:   167139

| BILLED TO: | | SHIPPED TO: | |
|---|---|---|---|
| ACCOUNTS PAYABLE<br>DELPHI DELCO ELECTRONICS<br>P. O. BOX 9005<br>MAIL STA A241<br>KOKOMO, IN  46904-9005<br>USA | | DAHQ<br>PLT 40-ADM B BLDG-REC 501<br>DELPHI DELCO ELECT.<br>1601 N. AVERILL AVE<br>FLINT, MI  48556<br>USA | |

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|---|---|---|---|---|
| Jun 21, 2005 | 450109090 | 84285668 | B | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 200pc | PR10175001 00010  28020931<br> 1 Cartons        10 Lbs | 10.20000 | 2040.00 |
| | TOTAL:<br>CURRENCY: | | 2040.00<br>USD |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI   49512
USA
057047110

Packing Slip No. 84285668

Date Shipped:    06/21/2005

Ship to:   DAHQ
           PLT 40-ADM B BLDG-REC 501
           DELPHI DELCO ELECT.          Bill of Lading No.: _____
           1601 N. AVERILL AVE
           FLINT, MI   48556   USA

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 450109090 | PR10175001 00010 280 | 200 | PC | 1 | 10 | 167139 |
| | | | Totals: | 1 | 10 | |

# DELPHI

Delphi Electronics and Safety

Page 1 of 3

| Buyer: | Purchase Order | |
|---|---|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 | PO Number<br>450109090<br>Version<br>06/15/2005 02:20:59 EST | Date Issued<br>06/14/2005 |

**Deliver to:**
DELPHI-D FLINT PLT
3224 DAVISON ROAD
FLINT MI 48556

Delivery date: 07/01/2005

Vendor No: 1009792
DUNS No: 057047110

MONROE INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

**Payment Terms:**    **Currency:**  USD
Payment settled on 2nd, 2nd Month

**Incoterms:**  FCA Freight Forwarder's Book

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester |
|---|---|---|---|
| | Description | | |
| 00010 | FR10175001 00010 | 200.000 | DAHQ DELPHI D HEADQUARTERS<br>CLUGSTON M |
| | POINTER SPEEDO<br>NEW POINTER SPEEDO 28020931<br>MARK CLUGSTON (810)257-5381<br>PR465658 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 07/01/2005 | 200.000 | 10.20 | 1 | PC | 2,040.00 |
| | | | | USD | 2,040.00 |

**Net Line Item Value:**

**Total net value**     USD     2,040.00

**Notes:**
*********************

*OK DPS Ready To Invoice 100%*
*(handwritten)*

**PACKINGSLIP#8428**
**5668**

Purchasing Contact: Jones, R (FPlast)

Phone: 765-451-6812

Fax: 765-451-0265

Contact Address:
DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

EST
Date and Time Printed: 06/15/2005 02:20:59

# PROCUREMENT REQUISITION FORM

No. 465658

Please check one of the following:

POU: _____ / _____ / _____

☐ PURCHASE REQUISITION    ☐ JOB ORDER    ☐ ENGINEERING SERVICES

## ALL FIELDS MUST BE COMPLETED WHEN APPLICABLE

USING DEPARTMENT *Mark Clugston*    SUGGESTED SOURCE *Monroe RLC*

ORDERING DEPARTMENT *24-22*

REQUESTED BY: NAME *Mark Clugston*    DELIVER TO: PLANT

PHONE/MS *810-257-5386* FAX    DEPARTMENT

DATE TO BE IN PLANT *Steven RsJones*

BUYER'S NAME

PROJECT # _____    SUB ACCOUNT    CHARGE DEPARTMENT

EQUIPMENT SPECIFICATION   | YES |
|---|
| NO |

(LIST LINE ITEM # BELOW)

| LINE ITEM TYPE | LINE ITEM NO. | QTY. | U/M | MFG. NAME – P/N    GENERAL DESCRIPTION | ESTIMATED COST | | |
|---|---|---|---|---|---|---|---|
| | | | | | PURCHASED COST | LABOR | IN-HOUSE MATERIAL |
| | | | | *Please Provide 200 pcs of* | | | |
| | | | | *New Pointer Speedo 1802C931* | | | |
| | | | | *For 05 GT 500 Program* | | | |
| | | | | | | | |
| | | | | *Use Agent #65008647* | | | |
| | | | | *10.2 X 200 = 2040.⁰⁰* | | | |
| | | | | | | | |
| | | | | TOTAL COST $ *2040.00 Per Cost* | | | |

LINE ITEM TYPE: F=FAC    T=TLS    O=OPS

## ALL FIELDS MUST BE COMPLETED WHEN APPLICABLE

HAZARDOUS MATERIAL #    NOT REQ ☐    REQ ☐    HMM# _____    DATE OF QUOTE AND NUMBER

CONSIGNMENT    NOT REQ ☐    REQ ☐    C.I.# _____    DATE: _____    RFQ: _____

RELATED DOCUMENTS:    JO # _____    MO # _____

PR/PO # _____    OSS # _____

CSA # _____    DOCUMENT 59 # _____

OTHER COMMENTS/ADDITIONAL INSTRUCTIONS

AUTHORIZATION SIGNATURES    *Mark Clugston*    DATE    *3-11-05*

## FOR MILWAUKEE PURCHASING USE ONLY

| SALES TAX STATUS | STORES REVIEW | QUALITY REVIEW |
|---|---|---|
| ☐ EXEMPT  ☐ NONEXEMPT  ☐ CODE | | MATERIAL USED FOR |

| ☐ NO MATERIAL OVERHEAD | ☐ PRODUCTIVE USE MATERIAL | ☐ CERTIFIED ANALYSIS | ☐ CUSTOMER SOURCE INSPECTION | ☐ GOVERNMENT SOURCE INSPECTION | | |
|---|---|---|---|---|---|---|
| GOVERNMENT CONTRACT NO. | | PRIORITY | | CERTIFIED UNDER | GROUP CODE | BUYER |

USE BACK FOR SINGLE SOURCE JUSTIFICATION

R-185 (07/02)

# MONROE INC.

**Packing Slip**
**Proof of Delivery**

| Packing Number |
|---|
| 84285668 |

**Shipped To:**

Company Name  DELPHI AUTO

Address  702 JOAQUIN CAVAZOS RD

City  LOS INDIOS

State  TX          Zip

**Bill To:**

Company Name  DELPHI

Address

MARK CLUGSTON

City

State          Zip

**Intended Recipient**

| Date | Order Number | Release Number | Shipped Via | Terms |
|---|---|---|---|---|
| March 17, 2005 | 465658 REQ. | | BAX O/N | |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 200 | NEW POINTER SPEEDO 28020931 FOR 07 GT500 PROGRAM | 10.20000 | 2,040.00 |
| | | | |
| | SHIPPED ON PROCUREMENT REQUISITOIN 465658, AWAITING FINAL PURCHASE | | |
| | ORDER FROM MARK CLUGSTON.  INVOICE WILL FOLLOW. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | 2,040.00 |

Received by X _____      Date X _____

Print Name X _____

**Attention Receiver- receipt of goods must be entered into your receiving and/or payment system**

**Please enter promptly or forward to the correct department for entry.**

Seller represents and certifies that production of the articles and performance of the services covered by this Invoice were produced in compliance with all applicable requirements of Sections 6,7, and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

4707 - 40th Street - Grand Rapids, Michigan 49512-0132

Phone 616-942-9820  Facsimile 616-942-9244



# MONROE INC.

**Packing Slip**

**Proof of Delivery**

| Packing Number |
|---|
| 84285668 |

## Shipped To:

Company Name **DELPHI AUTO**

Address **702 JOAQUIN CAVAZOS RD**

City **LOS INDIOS**

State **TX**          Zip _____

## Bill To:

Company Name **DELPHI**

Address _____

**MARK CLUGSTON**

City _____

State _____          Zip _____

**Intended Recipient** _____

| Date | Order Number | Release Number | Shipped Via | Terms |
|---|---|---|---|---|
| March 17, 2005 | 465658 REQ. | | BAX O/N | |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 200 | NEW POINTER SPEEDO 26020931 FOR 07 GT500 PROGRAM | 10.20000 | 2,040.00 |
| | | | - |
| | SHIPPED ON PROCUREMENT REQUISITOIN 465658, AWAITING FINAL PURCHASE | | - |
| | ORDER FROM MARK CLUGSTON.  INVOICE WILL FOLLOW. | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | Total | 2,040.00 |

**Received by** ✗ _____          **Date** ✗ _____

**Print Name** ✗ _____

**Attention Receiver- receipt of goods must be entered into your receiving and/or payment system**
**Please enter promptly or forward to the correct department for entry.**

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6,7, and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

**4707 - 40th Street - Grand Rapids, Michigan 49512-0132**

**Phone 616-942-9820  Facsimile 616-942-9244**

MC 1406
Rev. B

# MONROE INC.
**Invoice**

4707 - 40th Street - Grand Rapids, Michigan 49512-0132
Phone (616) 942-9820

**Invoice Number**
168246
– DAHQ

**Bill To:**
ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P.O. BOX 9005
MS -CTA229
KOKOMO, IN  46904-9005
USA

**Shipped To:** PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI  48556
USA

| Date | Order Number | Release Number | Shipped Via | Terms |
|------|-------------|----------------|-------------|-------|
| Jul 25, 2005 | 450111633 | 118378 | TOOLING | |

| Quantity | Description | Unit Price | Amount |
|----------|-------------|------------|--------|
| 1pc | PR10178395 00010  12241119  PR456467 | 3053.00000 | 3053.00 |
| | 0 Cartons       0 Lbs | | |
| | | TOTAL: | 3053.00 |
| | | CURRENCY: | USD |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6,7, and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

MC 1406
Rev. B

# MONROE INC.

**Invoice**

4707 - 40th Street - Grand Rapids, Michigan 49512-0132
Phone (616) 942-9820

**Bill To:**

ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P.O. BOX 9005
MS -CTA229
KOKOMO, IN   46904-9005
USA

**Invoice Number**
168247

**Shipped To** DAHQ
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI   48556
USA

| Date | Order Number | Release Number | Shipped Via | Terms |
|------|--------------|----------------|-------------|-------|
| Jul 25, 2005 | 450111633 | 118378 | TOOLING | |

| Quantity | Description | Unit Price | Amount |
|----------|-------------|------------|--------|
| 1pc | PR10178395 00020   12241117- | 3131.00000 | 3131.00 |
| | 0 Cartons          0 Lbs | | |
| | | | -------- |
| | | TOTAL: | 3131.00 |
| | | CURRENCY: | USD |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6,7, and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI   49512
USA
057047110

Packing Slip No.  118378

Date Shipped:    07/25/2005

Ship to:  DAHQ
          PLT 40-ADM B BLDG-REC 501
          DELPHI DELCO ELECT.
          1601 N. AVERILL AVE                    Bill of Lading No.: _____
          FLINT, MI   48556   USA

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 450111633 | PR10178395 00010 122 | 1 | PC | 0 | 0 | 168246 |
|  | PR10178395 00020 122 | 1 | PC | 0 | 0 | 168247 |

# DELPHI _____

Delphi Electronics and Safety

Page 1 of 4

| Buyer: |
| --- |
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 |

| Purchase Order |  |
| --- | --- |
| PO Number<br>450111633<br>Version<br>30-Jun-200502:24:19 EST | Date Issued<br>29-Jun-2005 |

| Deliver to: |
| --- |
| DELPHI-D FLINT PLT<br>3224 DAVISON ROAD<br>FLINT MI 48556 |

| MONROE INC<br>4707 40TH ST SE<br>GRAND RAPIDS MI 49512-4038 |
| --- |

| Vendor No: 1009792 |
| --- |
| DUNS No: 057047110 |

| Payment Terms |  |
| --- | --- |
| Payment settled on 2nd, 2nd Month | |

| Incoterms |  |
| --- | --- |

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| | Description | | Requester |
| 00010 | PR10178395 00010<br>POINTER-GAGE P/N 12241119 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>MARTEL, M |

MARTEL, M 810-257-6127 PR456467

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 7-12-05 | 1.000 | 3,053.00 | 1 | PC | 3,053.00 |
| Net line item value | | | | USD | 3,053.00 |

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| 00020 | PR10178395 00020<br>POINTER-SPEEDO P/N 1224117 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>MARTEL, M |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 7-12-05 | 1.000 | 3,131.00 | 1 | PC | 3,131.00 |
| Net line item value | | | | USD | 3,131.00 |

| Total net value | USD | 6,184.00 |
| --- | --- | --- |

*Change To Existing Cap Molds Ok- DPS 7/22/05*

| Notes |
| --- |

| Purchasing Contact: Jones, R (FPlast) | Contact Address: |
| --- | --- |
| Phone: 765-451-6812 | DELPHI DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER MS:CTLLM,<br>KOKOMO IN 46902 |
| Fax: 765-451-0265 | |

EST

Date and Time Printed: 30-Jun-200502:24:19

MC 1406
Rev. B

# MONROE INC.

INVOICE

4707 - 40 TH STREET, S.E. • GRAND RAPIDS, MICHIGAN 49512-0132

PHONE (616) 942-9820

INVOICE NUMBER:   168499

BILLED TO:
ACCOUNTS PAYABLE
DELPHI DELCO ELECTRONICS
P. O. BOX 9005
MAIL STA A241
KOKOMO, IN  46904-9005
USA

SHIPPED TO:
DAHG
PLT 40-ADM B BLDG-REC 501
DELPHI DELCO ELECT.
1601 N. AVERILL AVE
FLINT, MI  48556
USA

| DATE | YOUR ORDER NO. | RELEASE NO. | SHIPPED VIA | TERMS |
|---|---|---|---|---|
| JUL 29, 2005 | 450119722 | | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1116p | PR10184682 00040  SET UP CHARGE | 1.00000 | 1116.00 |
| | O Cartons          O Lbs | | |
| | | TOTAL: | 1116.00 |
| | | CURRENCY:   USD | |

Seller represents and certifies that production of the articles and performance of the services covered by this invoice were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the United States Department of Labor issued under Section 14 thereof.

All goods should be inspected promptly as MONROE INC. will not be liable for rejections beyond 30 days after receipt by purchaser.

RECEIVING CLERK

# DELPHI

Delphi Electronics and Safety

Page  1  of  4

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**
DELPHI-D FLINT PLT
3224 DAVISON ROAD
FLINT MI 48556

MONROE INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

**Purchase Order**

| | |
|---|---|
| PO Number | Date Issued |
| 450115722 | 26-Jul-2005 |
| Version | |
| 27-Jul-2005 02:20:04 EST | |

Delivery date:  29-JUL-2005

Vendor No:  1009792
DUNS No:  057047110

**Payment Terms**         **Currency**

Payment settled on 2nd, 2nd Month

Incoterms:  FOA  Freight forwarders b.v.

| Item No. | Material No Item Identifier No. | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10184682 00010 | 6.000 | DAHQ DELPHI D HEADQUARTERS MARTEL M |

POINTER
GMX 211-GAGE POINTER
MIKE MARTEL (810)257-6127
PR456514

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-JUL-2005 | 6.000 | 147.00 | 1 | PC | 882.00 |
| Net Line Item Value | | | | USD | 882.00 |

| Item No. | Material No Item Identifier No. | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00020 | PR10184682 00020 | 3.000 | DAHQ DELPHI D HEADQUARTERS MARTEL M |

POINTER
GMX 211-TACH POINTER

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-JUL-2005 | 3.000 | 147.00 | 1 | PC | 441.00 |
| Net Line Item Value | | | | USD | 441.00 |

*OK - DPS - Ready To Invoice 100%   7/27/05*

Purchasing Contact: Jones, R (FPlast)
Phone:  765-451-6812
Fax:  765-451-0265

Contact Address:
DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:  27-Jul-2005 02:20:04 EST

# DELPHI

_____ Delphi Electronics and Safety

Page  2  of  4

---

MONROE INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

### Purchase Order

| | |
|---|---|
| PO Number | Date Issued |
| 450115722 | 26-Jul-2005 |
| Version | |
| 27-Jul-2005  02:20:04  EST | |

---

| Item No. | Material No. | Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|---|
| | Description | | | Requester |
| 00030 | PR10184682 | 00030 | 3.000 | DAHQ DELPHI D HEADQUARTERS |
| | POINTER | | | MARTEL M |
| | GMX 211-SPEEDO POINTER | | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-JUL-2005 | 3.000 | 147.00 | 1 | PC | 441.00 |
| Net Line Item Value | | | | USD | 441.00 |

| Item No. | Material No. | Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|---|
| 00040 | PR10184682 | 00040 | 1,116 | DAHQ DELPHI D HEADQUARTERS |
| | SET UP CHARGE | | | MARTEL M |
| | SET UP CHARGE (2 TIMES) | | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-JUL-2005 | 1,116.000 | 1.00 | 1 | DOL | 1,116.00 |
| Net Line Item Value | | | | USD | 1,116.00 |

| Total net value | | |
|---|---|---|
| | USD | 2,880.00 |

---

### Notes

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED \*
\* MATERIAL SHOULD BE DIRECTED TO:          \*
\* DISBURSEMENT SERVICES AT (248)874-4636.  (A2) \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*ATTENTION ALL NORTH AMERICAN SUPPLIERS\*\*\*\*\*
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON
HOW TO ACCESS THIS NEW FEATURE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

---

MONROE INC
4707 40TH ST SE
GRAND RAPIDS  MI 49512-4038

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450115722 | 26-Jul-2005 |
| Version | |
| 27-Jul-2005  02:20:04  EST | |

---

| Item No. | Material No./Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

---

## Note Continued

DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.
----------------------------------------
INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.
----------------------------------------
PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN  46904-9005
----------------------------------------
***CALIFORNIA SHIPMENTS*** - DELPHI-E&S DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO ELECTRONICS CORP DOES HAVE DIRECT PAY
PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.
----------------------------------------
YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER
PER PACKING SLIP)
- DELPHI-E&S "ITEM IDENTIFICATION NUMBER (ID)" FROM
PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-E&S DESCRIPTION PER PURCHASE ORDER FOR
EACH LINE ITEM DELIVERED FOLLOWED BY YOUR
DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)
- - - - - - - - - - - - - - - - -
ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING
SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE
PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR
EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC
ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY
INSIDE) OF EACH BOX/CRATE.
*******************************************
ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR
INSTRUCTIONS. CALL DELPHI E&S TRANSPORATION AT
(765)451-4078 OR  -4079 FOR ADDITIONAL INFORMATION.
FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT'.
BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER
USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT.
THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN
SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT
PRIOR APPROVAL FROM DELPHI E&S TRANSPORTATION.

# DELPHI _____

Delphi Electronics and Safety

Page  4  of  4

MONROE INC
4707 40TH ST SE
GRAND RAPIDS MI 49512-4038

## Purchase Order

PO Number                                Date Issued
450115722                                26-Jul-2005
Version
27-Jul-2005  02:20:04  EST

| Item No.  Material No./Item Identifier No.  Total Order Quantity  Plant |
| :-- |
| Description                                     Requester |

### Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*