7/30/2004                             SID #        21243
                                      (2S)

Ship To:    DA43
            DELPHI AUTOMOTIVE
            4134 DAVISON ROAD
            BURTON                    MI    48529

Ship From:  MONROE INC
            4707 40TH ST. SE
            GRAND RAPIDS              MI    49512

| Part Number | Manufacturing DUNS Nu | Quantity |
|---|---|---|
| 12204531 | 057047110 | 2250 |
| 12204532 | 057047110 | 1760 |
| 16204610 | 057047110 | 1408 |
| 16207015 | 057047110 | 2550 |
| 16238723 | 057047110 | 1320 |
| 16238771 | 057047110 | 3400 |
| 16241936 | 057047110 | 1408 |
| 16241937 | 057047110 | 2816 |
| 16241938 | 057047110 | 2550 |
| 16245612 | 057047110 | 630 |
| 9350925 | 057047110 | 1496 |
| 9354380 | 057047110 | 11264 |
| 9354381 | 057047110 | 24000 |
| 9354386 | 057047110 | 2816 |
| 9354387 | 057047110 | 4800 |
| 9386167 | 057047110 | 1760 |
| 9386172 | 057047110 | 1400 |

## Monroe Inc.

4707 - 40th St. S.E. / Grand Rapids, MI.   49512

DUNS#057047110

*Done*

Packing Slip No. 21243

Date Shipped:   07/30/20

Bill of Lading No.: *MR 73004-1*

Ship to:
DA43
DELPHI DELCO ELECT
4134 DAVISON RD
BURTON, MI   48529

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550041853 | 12204531 HARLEY   | 1500 | PC | 2 | 20 | 154267 |
| 550045246 | 9354381 B04-A     | 24000 | PC | 10 | 100 | 154268 |
| 550045254 | 9354387 B05-B2    | 4800 | PC | 2 | 20 | 154269 |
| 550040297 | 16238723 A02-B1   | 1320 | PC | 1 | 10 | 154270 |
| 550041948 | 9386167 B02-C2    | 1760 | PC | 2 | 20 | 154271 |
| 550041436 | 16238771 B03-B4   | 3400 | PC | 2 | 20 | 154272 |
| 550041032 | 9350925 B03-A3    | 1496 | PC | 1 | 10 | 154273 |
| 550040297 | 16241938 B03-B3   | 2550 | PC | 1 | 10 | 154274 |
|           | 16241937 B03-B4   | 2816 | PC | 2 | 20 | 154275 |
|           | 16241936 B03-C1   | 1408 | PC | 1 | 10 | 154276 |
|           | 16245612 B03-B1   | 630 | PC | 1 | 10 | 154277 |
| 550044661 | 16204610 A03-C1   | 1408 | PC | 1 | 10 | 154278 |
| 550045252 | 9354386 B05-B1    | 2816 | PC | 2 | 20 | 154279 |
| 550041519 | 16207015 A03-A1   | 2550 | PC | 1 | 10 | 154280 |
| 550041853 | 12204532 HARLEY   | 1760 | PC | 2 | 20 | 154281 |
| 550042796 | 9354380 B04-B     | 11264 | PC | 8 | 80 | 154282 |
| 550041948 | 9386172 B02-C1    | 1400 | PC | 1 | 10 | 154283 |
| 550041853 | 12204531 HARLEY   | 750 | PC | 1 | 10 | 154284 |
|           |                   |      |    | Totals: 41 | 410 | |

At Grand Rapids MI 49512 ............... Date 07/30/04
(Point of Origin)

Consignor Monroe Inc. ................... Consignor's No. MR73004-1
(Or Agent)

Address 4549 40th St SE Grand Rapids MI 49512 ...... Trailer No. ..............

Received at the point of origin on the date specified, from the consignor mentioned herein, the property herein described, in apparent good order, except as noted (contents and conditions of contents of package unknown) marked, consigned and destined as indicated below, which the carrier agrees to carry and to deliver to the consignee at the said destination, if on its own authorized route or otherwise to cause to be carried by another carrier on the route to said destination, subject to the rates and classification in effect on the date of shipment.

It is mutually agreed, as to each carrier of all or any of the goods over all or any portion of the route to destination, and as to each party of any time interested in all or any of the goods, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, including conditions on back hereof, which are hereby agreed by the consignor and accepted for himself and his assigns.

Consignee Delco Electronics Plant 43 4134 Davison Road
(Name and Address)

Destination Burton MI 48529 ............ Route ..............
(Province/State)

| Number & Type of Packages | Particulars of the Goods, Marks & Exceptions | Wt. (Subject to Correction) | Rate | Amount |
|---|---|---|---|---|
| 1 skids | auto parts | lbs | | |
| | 4 ctns on 1 skids | 430 | | |

**FREIGHT CHARGES**

☒ Collect ☐ Prepaid

Freight charges will be collect unless marked prepaid.

**C.O.D. SHIPMENTS**

Amount .............. $

Collection charge ..... $
☐ Collect        TOTAL
                        $

If at consignor's risk write or stamp here

PJAX 3800753 0
FREIGHT SYSTEM PJXI SHIPPERS COPY

Special agreement between consignor and carrier, advise here with signature

DECLARED VALUATIONS ................. Maximum liability shall not exceed $4.41 per Kilogram ($2.00) per pound) computed on the total weight of the shipment unless declared valuation states otherwise (Conditions 9 & 10 on back)

**NOTICE OF CLAIM**

(a) No carrier is liable for loss, damage or delay to any goods carried under the Bill of Lading unless notice thereof setting out particulars of the origin, destination and date of shipment of the goods and the estimated amount claimed in respect of such loss, damage or delay is given in writing to the originating carrier or the delivering carrier within sixty (60) days after the delivery of the goods, or, in the case of failure to make delivery, within nine (9) months from the date of shipment.

(b) The final statement of the claim must be filed within nine (9) months from the date of shipment together with a copy of the paid freight bill.

*Note carefully conditions on back hereof which are hereby accepted.*

Shipper Monroe Inc            Carrier
Per      ph                   Per            D# 7-30-04