7/28/2004                                          SID #        21043
                                                   (2S)

Ship To:      DA43
              DELPHI AUTOMOTIVE
              4134 DAVISON ROAD
              BURTON                               MI    48529

Ship From:    MONROE, INC.
              4707 40TH ST. SE
              GRAND RAPIDS                         MI    49512

| Part Number | Manufacturing DUNS Nur | Quantity |
|---|---|---|
| 12204532 | 057047110 | 1760 |
| 12224483 | 057047110 | 528 |
| 12224484 | 057047110 | 264 |
| 12224485 | 057047110 | 1350 |
| 16204610 | 057047110 | 1408 |
| 16207014 | 057047110 | 1496 |
| 16207015 | 057047110 | 2550 |
| 16238723 | 057047110 | 3960 |
| 16238771 | 057047110 | 5100 |
| 16238772 | 057047110 | 1496 |
| 16241937 | 057047110 | 1408 |
| 9354380 | 057047110 | 7040 |
| 9354381 | 057047110 | 12000 |
| 9386167 | 057047110 | 880 |
| 9386172 | 057047110 | 1400 |
| 16241938 | 057047110 | 2550 |
| 12209413 | 057047110 | 2400 |
| 16238726 |  | 1320 |

PAGE #  1       OF  1

PJAX

At  Grand Rapids MI  49512  
(Point of Origin)

Date  07/28/04

Consignor  Monroe Inc.  
(Or Agent)

Consignor's No  MR 72804-1

Address  4549 40th St SE  Grand Rapids  MI  49512

Trailer, No.

Received at the point of origin on the date specified, from the consignor mentioned herein, the property herein described, in apparent good order, except as noted (contents and conditions of contents of package unknown) marked, consigned and destined as indicated below, which the carrier agrees to carry and to deliver to the consignee at the said destination, if on its own authorized route or otherwise to cause to be carried by another carrier on the route to said destination, subject to the rates and classification in effect on the date of shipment.

It is mutually agreed, as to each carrier of all or any of the goods over all or any portion of the route to destination, and as to each party of any time interested in all or any of the goods, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, including conditions on back hereof, which are hereby agreed by the consignor and accepted for himself and his assigns.

Consignee  Delco Electronics  Plant 43  4134 Davison Road  
(Name and Address)

Destination  Burton MI  48529  
(Province/State)

Route

| Number & Type of Packages | Particulars of the Goods, Marks & Exceptions | Wt. (Subject to Correction) | Rate | Amount |
|---|---|---|---|---|
| 1 skids | auto parts | 330 lbs | | |
| 38 | ctns on 1 skids | | | |

FREIGHT CHARGES

☒ Collect    ☐ Prepaid

Freight charges will be collect unless marked prepaid.

C.O.D. SHIPMENTS

Amount ............ $

Collection charge ..... $  
☐ Collect    TOTAL  $

If at consignor's risk write or stamp here

PJAX  FREIGHT SYSTEM  PJXI  3146197 3  SHIPPERS COPY

Special agreement between consignor and carrier, advise here with signature

DECLARED VALUATIONS ................. Maximum liability shall not exceed $4.41 per Kilogram ($2.00) per pound) computed on the total weight of the shipment unless declared valuation states otherwise (Conditions 9 & 10 on back)

NOTICE OF CLAIM

(a) No carrier is liable for loss, damage or delay to any goods carried under the Bill of Lading unless notice thereof setting out particulars of the origin, destination and date of shipment of the goods and the estimated amount claimed in respect of such loss, damage or delay is given in writing to the originating carrier or the delivering carrier within sixty (60) days after the delivery of the goods, or, in the case of failure to make delivery, within nine (9) months from the date of shipment.

(b) The final statement of the claim must be filed within nine (9) months from the date of shipment together with a copy of the paid freight bill.

Note carefully conditions on back hereof which are hereby accepted.

Shipper  Monroe Inc  
Per  ph

Carrier  
Per  
Dt  7-28-04