9/15/2005                                    SID #        2580543
                                             (2S)

Ship To:      DA43
              DELPHI 43 - DOCK 43
              1101 NORTH CENTER RD
              FLINT                          MI    48556

Ship From:    MONROE, INC
              4707 40TH ST. SE
              GRAND RAPIDS                   MI    49512

| Part Number | Manufacturing DUNS Nu | Quantity |
|---|---|---|
| 12204531 | 057047110 | 1500 |
| 12241117 | 057047110 | 2816 |
| ~~12241118~~ | 057047110 | ~~1408~~ |
| 12241119 | 057047110 | 4800 |
| 12246846 | 057047110 | 2400 |
| 16238771 | 057047110 | 5100 |
| 9354380 | 057047110 | 12672 |
| 9354381 | 057047110 | 26400 |
| 12224483 | 057047110 | 264 |

PAGE # 1        OF    1

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

Packing Slip No. 2580543

Ship to:                                                    Date Shipped:    09/15/2005
    DA43
    DELPHI DELCO ELECT
    4134 DAVISON RD                                         Bill of Lading No.: _____
    BURTON, MI  48529  USA

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550063860 | ~~12241118 S1 E15-B2~~ | ~~1408 PC~~ | | ~~1~~ | ~~10~~ | ~~170223~~ |
|           | 12241119 S1 E15-B3 | 4800 PC | | 2 | 20 | 170223 |
| 550073872 | 12246846 S1 E14-C4 | 2400 PC | | 1 | 10 | 170224 |
| 550041436 | 16238771 S1 E13-B | 5100 PC | | 3 | 30 | 170225 |
| 550042796 | 9354380 S1 E12-C | 12672 PC | | 9 | 90 | 170226 |
| 550045246 | 9354381 S1 E12-B/A | 26400 PC | | 11 | 110 | 170227 |
| 550041841 | 12224483 S1 E13-A1 | 264 PC | | 1 | 10 | 170228 |

                                    2846    2    20
                            Totals:  28    280

550063860  1241117
550041853  1220453I   1500 √ 2
            Harley
                        ___
                        31

PJAX

At Grand Rapids MI 49512
(Point of Origin)

Date 9-15-05

Consignor Monroe Inc.
(Or Agent)

Consignor's No. MR091505-1

Address 4549 40th St SE Grand Rapids MI 49512

Trailer, No.

Received at the point of origin on the date specified, from the consignor mentioned herein, the property herein described, in apparent good order, except as noted (contents and conditions of contents of package unknown) marked, consigned and destined as indicated below, which the carrier agrees to carry and to deliver to the consignee at the said destination, if on its own authorized route or otherwise to cause to be carried by another carrier on the route to said destination, subject to the rates and classification in effect on the date of shipment.

It is mutually agreed, as to each carrier of all or any of the goods over all or any portion of the route to destination, and as to each party of any time interested in all or any of the goods, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, including conditions on back hereof, which are hereby agreed by the consignor and accepted for himself and his assigns.

Consignee Delco Electronics Plant 43   1101 Center Rd
(Name and Address)

Destination Flint MI 48556
(Province/State)   Route

| Number & Type of Packages | Particulars of the Goods, Marks & Exceptions | Wt (Subject to Correction) | Rate | Amount |
|---|---|---|---|---|
| 1 skids | auto parts | lbs | | |
| | 3R ctns on skids | | | |

FREIGHT CHARGES

XXX Collect    ☐ Prepaid

Freight charges will be collect unless marked prepaid.

C.O.D. SHIPMENTS

Amount ............ $

Collection charge ..... $
☐ Collect      TOTAL
              $

If at consignor's risk write or stamp here

PJAX FREIGHT SYSTEM   12048977 8
PJXI   SHIPPERS COPY

Special agreement between consignor and carrier, advise here with signature

DECLARED VALUATIONS ........................ Maximum liability shall not exceed $4.41 per Kilogram ($2.00) per pound) computed on the total weight of the shipment unless declared valuation states otherwise (Conditions 9 & 10 on back)

NOTICE OF CLAIM

(a) No carrier is liable for loss, damage or delay to any goods carried under the Bill of Lading unless notice thereof setting out particulars of the origin, destination and date of shipment of the goods and the estimated amount claimed in respect of such loss, damage or delay is given in writing to the originating carrier or the delivering carrier within sixty (60) days after the delivery of the goods, or, in the case of failure to make delivery, within nine (9) months from the date of shipment.

(b) The final statement of the claim must be filed within nine (9) months from the date of shipment together with a copy of the paid freight bill.

Note carefully conditions on back hereof which are hereby accepted.    BR SWT

Shipper Monroe Inc     Carrier
Per ph                 Per Dale    DT 9-1505