4/ 1/2005                                              SID #        68870910524
                                                       (2S)

Ship To:      DA24
              DELPHI AUTOMOTIVE
              702 JOAQUIN CAVAZOS RD
              LOS INDIOS                               TX    78567

Ship From:    MONROE INC
              4707 40TH ST. SE
              GRAND RAPIDS                             MI    49512

| Part Number | Manufacturing DUNS Nu | Quantity |
|---|---|---|
| 12226886 | 057047110 | 4800 |
| 12226887 | 057047110 | 2816 |

Monroe Inc
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

Packing Slip No. 68870910524

Ship to:  DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX  78567  USA

Date Shipped:    04/01/2005

Bill of Lading No.: 691667384

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550041444 | 1222 6886 DA24 | 4800 | PC | 2 | 20 | 163988 |
|  | 1222 6887 DA24 | 2816 | PC | 2 | 20 | 163989 |
|  |  |  | Totals: | 4 | 40 |  |

**BAX GLOBAL**
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

DATE: 4-1-05
ORIGIN: GRR
DESTINATION:
AIRBILL NUMBER: 691 667 384

**SHIPPER'S REFERENCE NO.:**
**SHIPPER'S ACCOUNT NO.:** 443801805
**CONSIGNEE'S REFERENCE NO.:**
**CONSIGNEE'S ACCOUNT NO.:**

**SERVICE REQUESTED**

**COMPANY:** MONROE
**DEPT./FLOOR:**
**FROM (YOUR NAME):**
**PHONE NO.:**

**COMPANY:** Delphi Automotive
**DEPT./FLOOR:**
**TO (CONSIGNEE NAME):**
**PHONE NO.:**

**GUARANTEED SERVICES**
CALL YOUR LOCAL BAX STATION
☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed 2nd Day (ER2 D)

**STREET ADDRESS:** 4549 40TH ST SE
**ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX):** 702 Joaquin Cantres

**CITY:** GRAND RAPIDS    **STATE:** MI    **ZIP:** 49512
**CITY:** Los Indios    **STATE:** TX    **ZIP:** 78567

**BILLING INFORMATION**
☐ PREPAID (SHIPPER) $ _____ CASH RECEIVED (PAID IN ADVANCE)
☒ COLLECT (CONSIGNEE)
RATE QUOTE NUMBER:
☐ 3RD PARTY (ACCT. NO. REQ'D.)
ACCOUNT NO.:
COMPANY/NAME:
☒ C.O.D.

**HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)
☐ HOLD AT BAX  ☐ *DANGEROUS GOODS  ☐ *SATURDAY DELIVERY  ☐ *SPECIAL DELIVERY  ☐ *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 4 | 40 | 14 | 11 | 15 | Automotive |

TOTAL PCS: 1  TOTAL WT:  REWEIGH:
SKID(S) SAID TO CONTAIN _____ NO. OF PIECES
RELEASE SIGNATURE X
(SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.)

**STANDARD SERVICES**
☐ OVERNIGHT (NEXT BUSINESS DAY)
☒ SECOND DAY
☐ BAX SAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER

AIRBILL NUMBER: 691 667 384
DECLARED VALUE: $
LIMIT OF LIABILITY: LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 8, FOR DECLARED VALUE LIMITATIONS.

**FOR BAX GLOBAL USE ONLY**
RECEIVED BY BAX AT: ☐ SHIPPER'S DOOR  ☐ BAX TERMINAL
OUTSIDE CARRIER:
CHARGES ADVANCED: $
PRO NUMBER:
CARRIER NAME:

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X _Stacy Hill_    PRINT NAME X Stacy Hill    DATE 4/1/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Driver Signature:
Print Name: Jack___
Pick Up Date: 4/1/05    Pick Up Time: 15:44    Driver No.:

Shipper must sign this bill and produce the proper identification. One government issued of photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

1st personal ID reviewed:
# appearing on ID: ___    Matched photo on ID? ☐ YES ☐ NO
2nd personal ID reviewed:
# appearing on ID: ___    Matched photo on ID? ☐ YES ☐ NO

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)
100 (04-04)    NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.    SHIPPER