4/ 4/2005

SID #        68860940524
(2S)

Ship To:    DA24
            DELPHI AUTOMOTIVE
            702 JOAQUIN CAVAZOS RD
            LOS INDIOS                          TX   78567

Ship From:  MONROE, INC
            4707 40TH ST. SE
            GRAND RAPIDS                        MI   49512

| Part Number | Manufacturing DUNS Nur | Quantity |
|---|---|---|
| 12226886 | 057047110 | 2400 |
| 12226887 | 057047110 | 1408 |
| 12209410 | 057047110 | 1408 |
| 9354380 | 057047110 | 5632 |

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI   49512
USA
057047110

Packing Slip No.  68860940524

Ship to:  DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX  78567  USA

Date Shipped:   04/04/2005

Bill of Lading No.:  6916667373

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164006 |
|  | 1222 6887 DA24 | 1408 | PC | 1 | 10 | 164007 |
| 550045787 | 1220 9410 4I52 | 1408 | PC | 1 | 10 | 164008 |
| 550045740 | 935 4380 4J45 | 5632 | PC | 4 | 40 | 164009 |
|  |  |  | Totals: | 7 | 70 |  |

ASN Done

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

Packing Slip No.  68860940524

Ship to:  DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX  78567  USA

Date Shipped:  04/04/2005

Bill of Lading No.: 691667373

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164006 |
|  | 1222 6887 DA24 | 1408 | PC | 1 | 10 | 164007 |
| 550045787 | 1220 9410 4I52 | 1408 | PC | 1 | 10 | 164008 |
| 550045740 | 935 4380 4J45 | 5632 | PC | 4 | 40 | 164009 |
|  |  | Totals: |  | 7 | 70 |  |

ASN Done

# BAX GLOBAL

CORPORATE SUPPORT GROUP
IRVINE, CA 92602

**1-800-CALL-BAX**
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION | AIRBILL NUMBER |
|---|---|---|---|
| 4/4/05 | GRR | | 691 667 373 |

**SHIPPER'S REFERENCE NO.** | **SHIPPER'S ACCOUNT NO.** 443801805
**CONSIGNEE'S REFERENCE NO.** | **CONSIGNEE'S ACCOUNT NO.**

**SERVICE REQUESTED**
GUARANTEED SERVICES — CALL YOUR LOCAL BAX STATION
☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed 2nd Day (ER2 D)

**COMPANY:** MONROE
**FROM (YOUR NAME):**
**PHONE NO.:**
**STREET ADDRESS:** 4549 40TH ST SE
**CITY:** GRAND RAPIDS  **STATE:** MI  **ZIP:** 49512

**TO (CONSIGNEE NAME):** Delphi Automotive
**ACCURATE STREET ADDRESS:** 703 Joaquin Cantaska Rd (?)
**CITY:** Los Indies  **STATE:** TX  **ZIP:** 78267

## BILLING INFORMATION

☐ PREPAID (SHIPPER) $ _____ CASH RECEIVED (PAID IN ADVANCE)
☒ COLLECT (CONSIGNEE)   RATE QUOTE NUMBER
☐ 3RD PARTY (ACCT. NO. REQ'D)
ACCOUNT NO.
COMPANY/NAME

**C.O.D.** $ _____  BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN.

**AIRBILL NUMBER** 691 667 373

## HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)

☐ HOLD AT BAX  ☐ *DANGEROUS GOODS  ☐ *SATURDAY DELIVERY  ☐ *SPECIAL DELIVERY  ☐ *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 7 | 70 | 14 | 11 | 15 | Auto Parts |

TOTAL PCS. | TOTAL WT. | REWEIGH
_____ SKID(S) SAID TO CONTAIN _____ NO. OF PIECES

RELEASE SIGNATURE X _____
(SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.)

**DECLARED VALUE** $ _____
LIMIT OF LIABILITY: LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 8, FOR DECLARED VALUE LIMITATIONS.

## FOR BAX GLOBAL USE ONLY

RECEIVED BY BAX AT: ☐ SHIPPER'S DOOR  ☐ BAX TERMINAL
OUTSIDE CARRIER:
CHARGES ADVANCED: $
PRO NUMBER:
CARRIER NAME:

## STANDARD SERVICES

☐ OVERNIGHT (NEXT BUSINESS DAY)
☒ SECOND DAY
☐ BAX SAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER _____

---

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X _____  PRINT NAME X Stacy Hill  DATE 4/4/05

### RECEIVED BY BAX GLOBAL DRIVER / AGENT

Driver Signature: _____
Print Name: _____
Pick Up Date: _____  Pick Up Time: _____  Driver No.: _____

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill — Conditions of Carriage On Reverse Side

1st personal ID reviewed: # appearing on ID _____  Matched photo on ID? ☐ YES ☐ NO
2nd personal ID reviewed: # appearing on ID _____  Matched photo on ID? ☐ YES ☐ NO

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

P 100 (04-04)   NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.   **SHIPPER COPY**

# BAX GLOBAL
CORPORATE SUPPORT GROUP
IRVINE, CA 92602

**1-800-CALL-BAX**
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION |
|---|---|---|
| 4/4/05 | GRR | |

AIRBILL NUMBER: **691 667 373**

SHIPPER'S REFERENCE NO.: 
SHIPPER'S ACCOUNT NO.: 443801805
CONSIGNEE'S REFERENCE NO.:
CONSIGNEE'S ACCOUNT NO.:

COMPANY: MONROE
DEPT./FLOOR:
FROM (YOUR NAME):
PHONE NO.:

COMPANY (TO CONSIGNEE NAME): Delphi Automotive
DEPT./FLOOR:
PHONE NO.:

STREET ADDRESS: 4549 40TH ST SE
ACCURATE STREET ADDRESS: 709 Toagemi Carrizo Rd

CITY: GRAND RAPIDS   STATE: MI   ZIP: 49512
CITY: Los Indios   STATE: TX   ZIP: 78567

## 3 SERVICE REQUESTED

**GUARANTEED SERVICES**
CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)
- [ ] _____

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER _____

## BILLING INFORMATION
- [ ] PREPAID (SHIPPER)  $ _____  CASH RECEIVED (PAID IN ADVANCE)
- [x] COLLECT (CONSIGNEE)   RATE QUOTE NUMBER
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)
ACCOUNT NO.:
COMPANY/NAME:

**C.O.D.** $ _____
BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN.

AIRBILL NUMBER: **691 667 373**

## 5 HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 7 | 70 | 14 | 11 | 15 | Auto Parts |

TOTAL PCS.:   TOTAL WT.:   REWEIGH:
_____ SKID(S) SAID TO CONTAIN _____ NO. OF PIECES

RELEASE SIGNATURE X
(SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.)

DECLARED VALUE $ _____
LIMIT OF LIABILITY: LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER RATE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 8, FOR DECLARED VALUE LIMITATIONS.

## FOR BAX GLOBAL USE ONLY
RECEIVED BY BAX AT:
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL

OUTSIDE CARRIER:
CHARGES ADVANCED: $
PRO NUMBER:
CARRIER NAME:

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X _Stacy Hill_   PRINT NAME X Stacy Hill   DATE 4/4/05

RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature: _____
Print Name: _____
Pick Up Date: _____   Pick Up Time: _____   Driver No.: _____

Shipper must sign this bill and produce the proper identification. **One government issued of photo ID is acceptable.** If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

1st personal ID reviewed:
# appearing on ID: _____   Matched photo on ID? [ ] YES [ ] NO
2nd personal ID reviewed:
# appearing on ID: _____   Matched photo on ID? [ ] YES [ ] NO

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

P 100 (04-04)   NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.   **SHIPPER COPY**