

4/ 5/2005

SID #    94110950524
(2S)

Ship To:   DA24
DELPHI AUTOMOTIVE
702 JOAQUIN CAVAZOS RD
LOS INDIOS    TX   78567

Ship From:   MONROE, INC
4707 40TH ST. SE
GRAND RAPIDS    MI   49512

| Part Number | Manufacturing DUNS Number | Quantity |
|---|---|---|
| 12209411 | 057047110 | 2400 |

# BAX GLOBAL

CORPORATE SUPPORT GROUP
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

| Field | Value |
|---|---|
| DATE | 4/5/05 |
| ORIGIN | GRR |
| DESTINATION | |
| Air Bill Number | 691 667 340 |
| SHIPPER'S ACCOUNT NO. | 443801805 |
| COMPANY | MONROE |
| FROM (YOUR NAME) | |
| STREET ADDRESS | 4549 40TH ST SE |
| CITY | GRAND RAPIDS |
| STATE | MI |
| ZIP | 49512 |
| TO (CONSIGNEE NAME) | Delphi Automotive (illegible) |
| ACCURATE STREET ADDRESS | 700 (illegible) |
| CITY | Los Indios |
| STATE | TX |
| ZIP | 78567 |

### BILLING INFORMATION
[X] PREPAID (SHIPPER)

### HANDLING INFORMATION
RMK 1
RMK 2

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 15 | 14 | 11 | 15 | (illegible) Parts |

TOTAL PCS: 1    TOTAL WT: 15

### AIRBILL NUMBER: 691 667 340

### STANDARD SERVICES
[X] OVERNIGHT (NEXT BUSINESS DAY)

SHIPPER / REPRESENTATIVE SIGNATURE: (signature)    PRINT NAME X: Stacy Hill    DATE: 4/5/05

### RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature: (signature)
Print Name: Eric Bierling
Pick Up Date: 4/1/5 / 1/6/5    Pick Up Time: 13:30    Driver No: 61248

109 (04-04)    NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.    SHIPPER COPY

Monroe Inc
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

Packing Slip No. 94110950524

Ship to:  DA24
          DELPHI AUTOMOTIVE SYSTEMS
          702 JOAQUIN CAVAZOS ROAD
          LOS INDIOS, TX  78567  USA

Date Shipped:    04/05/2005

Bill of Lading No.: 6916607340

| Purchase Order | Description    | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|----------------|----------------|------------------|-----|---------|-----|----------------|
| 550045788      | 1220 9411 4I51 | 2400             | PC  | 1       | 10  | 164074         |
|                |                |           Totals:|     | 1       | 10  |                |