4/ 6/2005                                           SID #        94100960524
                                                    (2S)

Ship To:    DA24
            DELPHI AUTOMOTIVE
            702 JOAQUIN CAVAZOS RD
            LOS INDIOS                              TX    78567

Ship From:  MONROE, INC
            4707 40TH ST. SE
            GRAND RAPIDS                            MI    49512

| Part Number | Manufacturing DUNS Number | Quantity |
|---|---|---|
| 12209410 | 057047110 | 1408 |
| 12226886 | 057047110 | 2400 |
| 12226887 | 057047110 | 1408 |

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

ASN Doue

Packing Slip No.  94100960524

Ship to:  DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567  USA

Date Shipped:    04/06/2005

Bill of Lading No.:  691667303

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550045787 | 1220 9410 4I52 | 1408 | PC | 1 | 10 | 164124 |
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164125 |
|  | 1222 6887 DA24 ✱ | 1408 | PC | 1 | 10 | 164126 |
|  |  |  | Totals: | 3 | 30 |  |

# BAX GLOBAL

**440 EXCHANGE**

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION | | AIRBILL NUMBER |
|---|---|---|---|---|
| 4/6/05 | GRR | | | 691 667 303 |

**1** SHIPPER'S REFERENCE NO. | SHIPPER'S ACCOUNT NO.: 443801805
**2** CONSIGNEE'S REFERENCE NO. | CONSIGNEE'S ACCOUNT NO.
**3** SERVICE REQUESTED

COMPANY: MONROE
DEPT./FLOOR:
FROM (YOUR NAME): 
PHONE NO.:
STREET ADDRESS: 4549 40TH ST SE
CITY: GRAND RAPIDS  STATE: MI  ZIP: 49512

TO (CONSIGNEE NAME) COMPANY: Delphi Automotive
DEPT./FLOOR:
PHONE NO.:
ACCURATE STREET ADDRESS: 702 Joaquin Chavez
CITY: Los Indios  STATE: TX  ZIP: 78567

**GUARANTEED SERVICES** (CALL YOUR LOCAL BAX STATION)
☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed 2nd Day (ER2 D)
☐

**4 BILLING INFORMATION**
☐ PREPAID (SHIPPER) $_____ CASH RECEIVED (PAID IN ADVANCE)
☒ COLLECT (CONSIGNEE)  RATE QUOTE NUMBER
☐ 3RD PARTY (ACCT. NO. REQ'D.)
ACCOUNT NO.
COMPANY/NAME
C.O.D. $ — BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN.

**5 HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)
☐ HOLD AT BAX ☐ *DANGEROUS GOODS ☐ *SATURDAY DELIVERY ☐ *SPECIAL DELIVERY ☐ *CONVENTION
SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 14 | 30 | 14 | 11 | 15 | Automotive |

TOTAL PCS. | TOTAL WT. | REWEIGH
_____ SKID(S) SAID TO CONTAIN _____ NO. OF PIECES

RELEASE SIGNATURE X _____
(SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.)

DECLARED VALUE $ _____
LIMIT OF LIABILITY: LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 8, FOR DECLARED VALUE LIMITATIONS.

AIRBILL NUMBER: 691 667 303

**STANDARD SERVICES**
☐ OVERNIGHT (NEXT BUSINESS DAY)
☒ SECOND DAY
☐ BAX SAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER _____

**FOR BAX GLOBAL USE ONLY**
RECEIVED BY BAX AT: ☐ SHIPPER'S DOOR ☐ BAX TERMINAL
OUTSIDE CARRIER:
CHARGES ADVANCED: $
PRO NUMBER
CARRIER NAME

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X _Stacy Hill_   PRINT NAME X Stacy Hill   DATE 4/6/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Driver Signature: _____
Print Name: _____
Pick Up Date: 4/6/05   Pick Up Time: 12:00   Driver No. _____

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

1st personal ID reviewed: # appearing on ID _____ Matched photo on ID? ☐YES ☐NO
2nd personal ID reviewed: # appearing on ID _____ Matched photo on ID? ☐YES ☐NO

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

100 (04-04)   NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.   **SHIPPER COPY**