

4/ 7/2005                                      SID #       0970524
                                               (2S)

Ship To:   DA24
           DELPHI AUTOMOTIVE
           702 JOAQUIN CAVAZOS RD
           LOS INDIOS                          TX    78567

Ship From: MONROE INC
           4707 40TH ST. SE
           GRAND RAPIDS                        MI    49512

| Part Number | Manufacturing DUNS Nur | Quantity |
|---|---|---|
| 12209410 | 057047110 | 1408 |
| 12226886 | 057047110 | 2400 |
| 12226887 | 057047110 | 2816 |
| 16256951 | 057047110 | 1496 |
| 12209411 | 057047110 | 2400 |

Monroe Inc.
4707 40th
Grand Rapids, MI   49512
USA
057047110

Packing Slip No. 0970524

Ship to:   DA24
           DELPHI AUTOMOTIVE SYSTEMS
           702 JOAQUIN CAVAZOS ROAD

           LOS INDIOS, TX   78567   USA

Date Shipped:   04/07/2005

Bill of Lading No.: 6911667266

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550045787 | 1220 9410 4I52 | 1408 | PC | 1 | 10 | 164203 |
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164204 |
|  | 1222 6887 DA24 * | 2816 | PC | 2 | 20 | 164205 |
| 550040900 | 1625 6951 4J31 | 1496 | PC | 1 | 10 | 164206 |
| 550045788 | 1220 9411 4I51 | 2400 | PC | 1 | 10 | 164207 |
|  |  | Totals: |  | 6 | 60 |  |

# BAX GLOBAL

440 EXCHANGE

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION | AIRBILL NUMBER |
|---|---|---|---|
| 4/7/05 | GRR | | 691 667 266 |

**1** SHIPPER'S REFERENCE NO. / SHIPPER'S ACCOUNT NO.: 443801805

COMPANY: MONROE
FROM (YOUR NAME):
STREET ADDRESS: 4549 40TH ST SE
CITY: GRAND RAPIDS   STATE: MI   ZIP: 49512

**2** CONSIGNEE'S REFERENCE NO. / CONSIGNEE'S ACCOUNT NO.

COMPANY: Delphi Automotive
TO (CONSIGNEE NAME):
ACCURATE STREET ADDRESS: 702 Jaquin Curves(?)
CITY: Los Indios   STATE: TX   ZIP: 78567

**3** SERVICE REQUESTED

GUARANTEED SERVICES — CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

STANDARD SERVICES
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

**4** BILLING INFORMATION
- [ ] PREPAID (SHIPPER)
- [x] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT. NO. REQ'D)

**5** HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 6 | 601 | 14 | 11 | 15 | auto parts |

RELEASE SIGNATURE X

AIRBILL NUMBER: 691 667 266

SHIPPER / REPRESENTATIVE SIGNATURE: Stacy Hill   PRINT NAME X: Stacy Hill   DATE: 4/7/05

RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature:
Print Name:
Pick Up Date: 4/7/05   Pick Up Time: 9

**SHIPPER COPY**