4/11/2005                                       SID #           1010524
                                                (2S)

Ship To:        DA24
                DELPHI AUTOMOTIVE
                702 JOAQUIN CAVAZOS RD
                LOS INDIOS                      TX    78567

Ship From:      MONROE INC
                4707 40TH ST. SE
                GRAND RAPIDS                    MI    49512

| Part Number | Manufacturing DUNS Nui | Quantity |
|---|---|---|
| 12226886 | 057047110 | 2400 |
| 12226887 | 057047110 | 1408 |
| 9354380 | 057047110 | 5632 |

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

*DONE* (handwritten)

Packing Slip No. 1010524

Ship to: DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567  USA

Date Shipped:  04/11/2005

Bill of Lading No.: 691667222 (handwritten)

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164305 |
|  | 1222 6887 DA24 | 1408 | PC | 1 | 10 | 164306 |
| 550045740 | 935 4380 4J45 | 5632 | PC | 4 | 40 | 164307 |
|  |  | Totals: |  | 6 | 60 |  |

# BAX GLOBAL
440 EXCHANGE
IRVINE, CA 92602

**1-800-CALL-BAX**
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION |
|---|---|---|
| 4-11-05 | GRR | |

**AIRBILL NUMBER:** 691 667 222

**SHIPPER'S REFERENCE NO.:**
**SHIPPER'S ACCOUNT NO.:** 443301805
**COMPANY:** MONROE
**DEPT./FLOOR:**
**FROM (YOUR NAME):**
**PHONE NO.:**
**STREET ADDRESS:** 4549 40TH ST SE
**CITY:** GRAND RAPIDS **STATE:** MI **ZIP:** 49512

**CONSIGNEE'S REFERENCE NO.:**
**CONSIGNEE'S ACCOUNT NO.:**
**COMPANY / TO (CONSIGNEE NAME):** Deloro Automotive
**DEPT./FLOOR:**
**PHONE NO.:**
**ACCURATE STREET ADDRESS:** 702 Joaquin Ca xx725
**CITY:** Los Indies **STATE:** TK **ZIP:** 78367

## SERVICE REQUESTED

**GUARANTEED SERVICES** — CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR)
- [ ] Guaranteed Overnight (EMR)
- [ ] Guaranteed Airport-to-Airp (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)
- [ ] _____

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER _____

## BILLING INFORMATION
- [ ] PREPAID (SHIPPER) $ _____ CASH RECEIVED (PAID IN ADVANCE)
- [x] COLLECT (CONSIGNEE) — RATE QUOTE NUMBER
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)

ACCOUNT NO.: 
COMPANY/NAME:
C.O.D.

## HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 4 | 40 | 14 | 11 | 15 | Auto Parts |

TOTAL PCS.: 
TOTAL WT.:
REWEIGH:
SKID(S) SAID TO CONTAIN ____ NO. OF PIECES

RELEASE SIGNATURE X
DECLARED VALUE $

**AIRBILL NUMBER:** 691 667 222

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X _Stacy Hill_    PRINT NAME X Stacy Hill    DATE 4-11-05

RECEIVED BY BAX GLOBAL DRIVER / AGENT

100 (04-04)    NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.    **SHIPPER COPY**