Monroe Inc.
4707 40th
Grand Rapids, MI  49512
USA
057047110

Packing Slip No.  1040524

Ship to:  DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX  78567   USA

Date Shipped:    04/14/2005

Bill of Lading No.:  091166 7093

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550045787 | 1220 9410 4I52 | 1408 | PC | 1 | 10 | 164490 |
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164491 |
|  | 1222 6887 DA24 | 1408 | PC | 1 | 10 | 164492 |
|  |  |  | Totals: | 3 | 30 |  |

# BAX GLOBAL

CORPORATE SUPPORT GROUP
449 EXCHANGE
IRVINE, CA 92602

**1-800-CALL-BAX** FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION | AIRBILL NUMBER |
|---|---|---|---|
| 4/14/05 | GRR |  | 691 667 093 |

**① SHIPPER**
- SHIPPER'S REFERENCE NO.:
- SHIPPER'S ACCOUNT NO.: 443801805
- COMPANY: MONROE
- DEPT./FLOOR:
- FROM (YOUR NAME):
- PHONE NO.:
- STREET ADDRESS: 4549 40TH ST SE
- CITY: GRAND RAPIDS
- STATE: MI
- ZIP: 49512

**② CONSIGNEE**
- CONSIGNEE'S REFERENCE NO.:
- CONSIGNEE'S ACCOUNT NO.:
- COMPANY: Delphi Hurricn...
- DEPT./FLOOR:
- TO (CONSIGNEE NAME):
- PHONE NO.:
- ACCURATE STREET ADDRESS: 704 Program Cdug 705
- CITY: Los Indios
- STATE: TX
- ZIP: 78567

**③ SERVICE REQUESTED**

GUARANTEED SERVICES — CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

STANDARD SERVICES
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

**④ BILLING INFORMATION**
- [ ] PREPAID (SHIPPER) $ _____ CASH RECEIVED (PAID IN ADVANCE)
- [x] COLLECT (CONSIGNEE)
- RATE QUOTE NUMBER:
- [ ] 3RD PARTY (ACCT. NO. REQ'D)
- ACCOUNT NO.:
- COMPANY/NAME:
- C.O.D. $ _____

**⑤ HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
- RMK 1:
- RMK 2:

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 3 | 30 | 14 | 12 | 15 | Auto Parts |

- TOTAL PCS.:
- TOTAL WT.:
- REWEIGH:
- SKID(S) SAID TO CONTAIN _____ NO. OF PIECES
- RELEASE SIGNATURE X

DECLARED VALUE $ _____

**FOR BAX GLOBAL USE ONLY**
- RECEIVED BY BAX AT: [ ] SHIPPER'S DOOR  [ ] BAX TERMINAL
- OUTSIDE CARRIER: $
- CHARGES ADVANCED:
- PRO NUMBER:
- CARRIER NAME:

AIRBILL NUMBER: 691 667 093

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X Stacy Hill   PRINT NAME X Stacy Hill   DATE 4/14/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
- Driver Signature:
- Print Name: Eric Biering
- Pick Up Date: 4/14/05
- Pick Up Time: 2:55
- Driver No.: 5285

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill — Conditions of Carriage On Reverse Side

- 1st personal ID reviewed:
- # appearing on ID:
- Matched photo on ID? [ ] YES [ ] NO
- 2nd personal ID reviewed:
- # appearing on ID:
- Matched photo on ID? [ ] YES [ ] NO

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

OP 100 (04-04)   NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.   **SHIPPER COPY**