4/15/2005

SID # 1050524
(2S)

Ship To:   DA24
           DELPHI AUTOMOTIVE
           702 JOAQUIN CAVAZOS RD
           LOS INDIOS                              TX   78567

Ship From: MONROE INC
           4707 40TH ST. SE
           GRAND RAPIDS                            MI   49512

| Part Number | Manufacturing DUNS Nur | Quantity |
|---|---|---|
| 12209411 | 057047110 | 2400 |
| 12226886 | 057047110 | 2400 |
| 12226887 | 057047110 | 2816 |
| 16256950 | 057047110 | 1496 |
| 16256951 | 057047110 | 1496 |
| 9354381  | 057047110 | 12000 |

Monroe Inc.
4707 40th St.
Grand Rapids, MI   49512
USA
057047110

Packing Slip No. 1050524

Ship to:  DA24
          DELPHI AUTOMOTIVE SYSTEMS
          702 JOAQUIN CAVAZOS ROAD

          LOS INDIOS, TX   78567   USA

Date Shipped:   04/15/2005

Bill of Lading No.:  -2

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550045788 | 1220 9411 4151 | 2400 | PC | 1 | 10 | 164543 |
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164544 |
|  | 1222 6887 DA24 ✳ | 2816 | PC | 2 | 20 | 164545 |
| 550040825 | 1625 6950 4J30 | 1496 | PC | 1 | 10 | 164546 |
| 550040900 | 1625 6951 4J31 | 1496 | PC | 1 | 10 | 164547 |
| 550045781 | 935 4381 4J46 | 12000 | PC | 5 | 50 | 164548 |
|  |  | Totals: |  | 11 | 110 |  |

*Pro Trans*

# VITRAN EXPRESS

At: GRAND RAPIDS, MI 49512
(Point of Origin)
Date: 4-15-05

Consignor: MONROE INC
Consignor's No. MR041505-2

Address: 4707 40TH ST SE GRAND RAPIDS, MI 49512 (Or Agent)
Trailer No.

Received at the point of origin on the date specified, from the consignor mentioned herein, the property herein described, in apparent good order, except as noted (contents and conditions of contents of package unknown) marked, consigned and destined as indicated below, which the carrier agrees to carry and to deliver to the consignee at the said destination, if on its own authorized route or otherwise to cause to be carried by another carrier on the route to said destination, subject to the rates and classification in effect on the date of shipment.

It is mutually agreed, as to each carrier of all or any of the goods over all or any portion of the route to destination, and as to each party of any time interested in all or any of the goods, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, including conditions on back hereof, which are hereby agreed by the consignor and accepted for himself and his assigns.

Consignee: DELPHI DELCO 702 JOAQUIN CAVAZOS ROAD
(Name and Address)

Destination: LOS INDIOS TX 78567
(Province/State)
Route:

| Number & Type of Packages | Particulars of the Goods, Marks & Exceptions | Wt. (Subject to Correction) | Rate | Amount |
|---|---|---|---|---|
| 11 ctn | AUTO PARTS | 130 lbs. | | |
| | 15K0 | | | |
| | "FOR PRO-TRANS International Consolidation" | | | |
| | 3RD Party Billing to Pro Trans International | | | |
| | PO Box 780 | | | |
| | Plainfield IN 46168 | | | |
| | TRACK # 1139843 | | | |

**FREIGHT CHARGES**
☒ Collect ☐ Prepaid

Freight charges will be collect unless marked prepaid.

**C.O.D. SHIPMENTS**
$
Collection charge $
☐ Collect
TOTAL $

< write or stamp here

0000 979 6500
Vitran Express www.vitranexpress.com
**World Class Customer Service 800/967-3331**
Driver's signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of tariff VITR125 apply.

Special agreement between consignor and carrier, advise here with signature

DECLARED VALUATIONS ............ Maximum liability shall not exceed $4.41 per Kilogram ($2.00) per pound) computed on the total weight of the shipment unless declared valuation states otherwise (Conditions 9 & 10 on back)

**NOTICE OF CLAIM**

(a) No carrier is liable for loss, damage or delay to any goods carried under the Bill of Lading unless notice thereof setting out particulars of the origin, destination and date of shipment of the goods and the estimated amount claimed in respect of such loss, damage or delay is given in writing to the originating carrier or the delivering carrier within sixty (60) days after the delivery of the goods, or, in the case of failure to make delivery, within nine (9) months from the date of shipment.
(b) The final statement of the claim must be filed within nine (9) months from the date of shipment together with a copy of the paid freight bill.

Note carefully conditions on back hereof which are hereby accepted.

Shipper: Monroe Inc
Per: ph
Carrier: T. Dunwich 4/15/05
Per:
D# 1545

(This Bill of Lading is to be signed by the Shipper and Carrier)