4/18/2005                                              **SID #**           1080524
                                                       **(2S)**

Ship To:    DA24
            DELPHI AUTOMOTIVE
            702 JOAQUIN CAVAZOS RD
            LOS INDIOS                                 TX    78567

Ship From:  MONROE INC
            4707 40TH ST. SE
            GRAND RAPIDS                               MI    49512

| Part Number | Manufacturing DUNS Nu | Quantity |
|---|---|---|
| 12209410 | 057047110 | 1408 |
| 12209411 | 057047110 | 2400 |
| 12226886 | 057047110 | 2400 |
| 12226887 | 057047110 | 1408 |

PAGE #   1        OF   1

Monroe Inc.
4707 40th St SE
Grand Rapids, MI  49512
USA
057047110

Packing Slip No. 1080524

Ship to:  DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX   78567   USA

Date Shipped:    04/18/2005

Bill of Lading No.: 0916670600

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550045787 | 1220 9410 4I52 | 1408 | PC | 1 | 10 | 164625 |
| 550045788 | 1220 9411 4I51 | 2400 | PC | 1 | 10 | 164626 |
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164627 |
|  | 1222 6887 DA24 | 1408 | PC | 1 | 10 | 164628 |
|  |  | Totals: |  | 4 | 40 |  |

# BAX GLOBAL
440 EXCHANGE

**1-800-CALL-BAX**
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**AIRBILL NUMBER:** 691 667 060

**DATE:** 1/13/05
**ORIGIN:** GRR
**DESTINATION:**

**SHIPPER'S ACCOUNT NO.:** 4438018051

**COMPANY:** MONROE
**STREET ADDRESS:** 4549 40TH ST SE
**CITY:** GRAND RAPIDS
**STATE:** MI
**ZIP:** 49512

**TO (CONSIGNEE NAME):** [illegible handwriting]
**STREET ADDRESS:** 702 [illegible]
**CITY:** [illegible]
**STATE:** TX
**ZIP:** 78367

**BILLING INFORMATION:** COLLECT (CONSIGNEE)

**HANDLING INFORMATION:**
NO. OF PCS: 1
WEIGHT: 40
LENGTH: 14
WIDTH: 11
HEIGHT: 15

**SERVICE REQUESTED:** SECOND DAY

**AIRBILL NUMBER:** 691 667 060

SHIPPER / REPRESENTATIVE SIGNATURE - PRINT NAME: Stacy Hill    DATE: 1/13/05

**SHIPPER COPY**