4/19/2005                                        SID #        1090524
                                                 (2S)

Ship To:    DA24
            DELPHI AUTOMOTIVE
            702 JOAQUIN CAVAZOS RD
            LOS INDIOS                          TX   78567

Ship From:  MONROE INC
            4707 40TH ST. SE
            GRAND RAPIDS                        MI   49512

| Part Number | Manufacturing DUNS Nu | Quantity |
|---|---|---|
| 9354380 | 057047110 | 5632 |
| 12226886 | 057047110 | 2400 |
| 12226887 | 057047110 | 1408 |
| 12246846 | 057047110 | 2400 |
| 9354381 | 057047110 | 7200 |
| 9382786 | 057047110 | 100 |
| 9382787 | 057047110 | 50 |

Monroe Inc
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

*DOM* (handwritten)

Packing Slip No. 1090524

Ship to:  DA24                                          Date Shipped:   04/19/2005
          DELPHI AUTOMOTIVE SYSTEMS
          702 JOAQUIN CAVAZOS ROAD
                                          Bill of Lading No.:  _2_ (handwritten)
          LOS INDIOS, TX  78567  USA

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550045740 | 935 4380 4J45 | 5632 | PC | ~~4~~ | ~~40~~ | 164664 |
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164665 |
|  | 1222 6887 DA24 | 1408 | PC | 1 | 10 | 164666 * |
| 550044484 | 1224 6846 DA24 | 2400 | PC | 1 | 10 | 164667 |
| 550045781 | 935 4381 4J46 | 7200 | PC | 3 | 30 | 164668 |
| 550039148 | 938 2786 DARASERV | 100 | PC | 1 | 10 | 164669 |
| 550039338 | 938 2787 DARASERV | 50 | PC | 1 | 10 | 164670 |

Totals:   ~~13~~  ~~130~~
          12    120

# VITRAN EXPRESS

Pro-Trans

Date: 4-19-05

**(Point of Origin)** GRAND RAPIDS, MI 49512

**Consignor:** MONROE INC

**Consignor's No.** MR041905-2

**Address:** 4707 40TH ST SE GRAND RAPIDS, MI 49512

**Trailer No.**

Received at the point of origin on the date specified, from the consignor mentioned herein, the property herein described, in apparent good order, except as noted (contents and conditions of contents of package unknown) marked, consigned and destined as indicated below, which the carrier agrees to carry and to deliver to the consignee at the said destination, if on its own authorized route or otherwise to cause to be carried by another carrier on the route to said destination, subject to the rates and classifications in effect on the date of shipment.

It is mutually agreed, as to each carrier of all or any of the goods over all or any portion of the route to destination, and as to each party of any time interested in all or any of the goods, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, including conditions on back hereof, which are hereby agreed by the consignor and accepted for himself and his assigns.

**Consignee:** DELPHI DELCO  702 JOAQUIN CAVAZOS ROAD
(Name and Address)

**Destination:** LOS INDIOS TX 78567
(Province/State)       Route

| Number & Type of Packages | Particulars of the Goods, Marks & Exceptions | Wt. (Subject to Correction) | Rate | Amount |
|---|---|---|---|---|
| 13 ctn | AUTO PARTS | 150 lbs. | | |
| | 15KD | | | |
| | "FOR PRO-TRANS International Consolidation" | | | |
| | 3RD Party Billing to Pro Trans International | | | |
| | PO Box 780 | | | |
| | Plainfield IN 46168 | | | |
| | TRACK # 114071 | | | |

**FREIGHT CHARGES**
- [X] Collect
- [ ] Prepaid

Freight charges will be collect unless marked prepaid.

**C.O.D. SHIPMENTS**
Amount $
Collection charge $
[ ] Collect
TOTAL $

0000 979 6513
Vitran Express    www.vitranexpress.com
World Class Customer Service 800/967-3331
Driver's signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of tariff VITR125 apply.

Special agreement between consignor and carrier, advise here with signature

DECLARED VALUATIONS........ Maximum liability shall not exceed $4.41 per Kilogram ($2.00) per pound) computed on the total weight of the shipment unless declared valuation states otherwise (Conditions 9 & 10 on back)

### NOTICE OF CLAIM

(a) No carrier is liable for loss, damage or delay to any goods carried under the Bill of Lading unless notice thereof setting out particulars of the origin, destination and date of shipment of the goods and the estimated amount claimed in respect of such loss, damage or delay is given in writing to the originating carrier or the delivering carrier within sixty (60) days after the delivery of the goods, or, in the case of failure to make delivery, within nine (9) months from the date of shipment.

(b) The final statement of the claim must be filed within nine (9) months from the date of shipment together with a copy of the paid freight bill.

Note carefully conditions on back hereof which are hereby accepted.

**Shipper:** Monroe Inc          **Carrier:** T Newwick  4/19/05
**Per:** ph                      **Per:**                D#: 1565

(This Bill of Lading is to be signed by the Shipper and Carrier)