4/21/2005                                        SID #           1110524
                                                 (2S)

Ship To:        DA24
                DELPHI AUTOMOTIVE
                702 JOAQUIN CAVAZOS RD
                LOS INDIOS                       TX     78567

Ship From:      MONROE, INC
                4707 40TH ST. SE
                GRAND RAPIDS                     MI     49512

| Part Number | Manufacturing DUNS Nur | Quantity |
|---|---|---|
| 12226886 | 057047110 | 4800 |
| 12226887 | 057047110 | 2816 |
| 12246845 | 057047110 | 1408 |
| 16256950 | 057047110 | 1496 |
| 16256951 | 057047110 | 1496 |

4707 40th St. SE
Grand Rapids, MI 49512
USA
057047110

Packing Slip No. 1110524

Ship to: DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX  78567  USA

Date Shipped:  04/21/2005

Bill of Lading No.: 683198235

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550041444 | 1222 6886 DA24 | 4800 | PC | 2 | 20 | 164781 |
|  | 1222 6887 DA24 | 2816 | PC | 2 | 20 | 164782 |
| 550044484 | 1224 6845 DA24 | 1408 | PC | 1 | 10 | 164783 |
| 550040825 | 1625 6950 4J30 | 1496 | PC | 1 | 10 | 164784 |
| 550040900 | 1625 6951 4J31 | 1496 | PC | 1 | 10 | 164785 |
|  |  | Totals: |  | 7 | 70 |  |

| | |
|---|---|
| 001 001 | **BAX** CORPORATE SUPPORT GROUP<br>16808 ARMSTRONG AVE.<br>IRVINE, CA 92606-4986 |

**1-800-CALL-BAX**
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**AIRBILL NUMBER:** 683 198 235

DATE: 4/21/05
ORIGIN: GRR
DEST. SORT CODE:

**① SHIPPER**
SHIPPER'S ACCOUNT NO.: 443801805
COMPANY: MONROE
FROM (YOUR NAME):
STREET ADDRESS: 4549 40TH ST SE
CITY: GRAND RAPIDS  STATE: MI  ZIP: 49512

**② CONSIGNEE**
COMPANY: Delphi Automotive (handwritten)
TO (CONSIGNEE NAME):
ACCURATE STREET ADDRESS: 702 Braquin Chagres (handwritten)
CITY: Los Indios  STATE: TX  ZIP: 78567 (handwritten)

**③ SERVICE REQUESTED**
GUARANTEED SERVICES — CALL YOUR LOCAL BAX STATION
☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed 2nd Day (ER2 D)

STANDARD SERVICES
☐ OVERNIGHT (NEXT BUSINESS DAY)
☒ SECOND DAY
☐ BAXSAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER

**④ BILLING INFORMATION**
☐ PREPAID (SHIPPER) $ _____
☒ COLLECT (CONSIGNEE)
☐ 3RD PARTY (ACCT. NO. REQ'D.)
ACCOUNT NO.:
COMPANY/NAME:
C.O.D. $

**⑤ HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)
☐ HOLD AT BAX  ☐ *DANGEROUS GOODS  ☐ *SATURDAY DELIVERY  ☐ *SPECIAL DELIVERY  ☐ *CONVENTION

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 4 | 75 | 14 | 14 | 15 | Auto Parts |

TOTAL PCS.  TOTAL WT.  REWEIGH
_____ SKID(S) SAID TO CONTAIN _____ NO. OF PIECES
RELEASE SIGNATURE X _____

AIRBILL NUMBER: 683 198 235
DECLARED VALUE: $

FOR BAX GLOBAL USE ONLY
RECEIVED BY BAX AT: ☐ SHIPPER'S DOOR  ☐ BAX TERMINAL
OUTSIDE CARRIER:
CHARGES ADVANCED: $
PRO NUMBER:
CARRIER NAME:

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X _Stacy Hill_  PRINT NAME X _Stacy Hill_  DATE 4/21/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Driver Signature: _____
Print Name: Eric Bradley
Date: 4/21/05  Time: 2:55

Shipper must sign this bill and produce the proper identification. **One government issued of photo ID is acceptable.** If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

1st personal ID reviewed: # appearing on ID _____  Matched photo on ID? ☐ YES ☐ NO
2nd personal ID reviewed: # appearing on ID _____  Matched photo on ID? ☐ YES ☐ NO

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)
P 100 (03-00)  NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.  **SHIPPER COPY**