Monroe Inc.
4707 40th St. SE
Grand Rapids, MI 49512
USA
057047110

05-44481-rdd    Doc 8018-24    Filed 05/23/07    Entered 05/23/07 16:52:57    Exhibit
Part 24    Pg 1 of 2

Packing Slip No. 43801120524

Ship to: DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX 78567 USA

Date Shipped: 04/22/2005

Bill of Lading No.: 683198305

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 164839 |
|  | 1222 6887 DA24 | 1408 | PC | 1 | 10 | 164840 |
| 550045740 | 935 4380 4J45 | 2816 | PC | 2 | 20 | 164841 |
|  |  | Totals: |  | 4 | 40 |  |

**BAX GLOBAL**
16808 ARMSTRONG AVE.
IRVINE, CA 92606-4936

AIRBILL NUMBER: **683 198 305**

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| | |
|---|---|
| DATE | 4/22/05 |
| ORIGIN/BEST SORT CODE | GRR |
| SHIPPER'S REFERENCE NO. | |
| SHIPPER'S ACCOUNT NO. | 443801805 |
| COMPANY | MONROE |
| DEPT./FLOOR | |
| FROM (YOUR NAME) | |
| PHONE NO. | |
| STREET ADDRESS | 4549 40TH ST SE |
| CITY | GRAND RAPIDS |
| STATE | MI |
| ZIP | 49512 |

**2**
| | |
|---|---|
| CONSIGNEE'S REFERENCE NO. | |
| CONSIGNEE'S ACCOUNT NO. | |
| COMPANY | |
| TO (CONSIGNEE NAME) | Deanna Huffentile (illegible) |
| ACCURATE STREET ADDRESS | 403 Joaquin Chavez |
| CITY | Los Indios |
| STATE | TX |
| ZIP | 78567 |

**3 SERVICE REQUESTED**

GUARANTEED SERVICES - CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

STANDARD SERVICES
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAXSAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

**4 BILLING INFORMATION**
- [ ] PREPAID (SHIPPER) $ _____
- [x] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)
- [ ] C.O.D. $

**5 HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 4 | 40 | 14 | 11 | 15 | Motor parts |

AIRBILL NUMBER: **683 198 305**

Driver Signature: (signed)
Print Name: John Frederick
Date: 4-22-05  Time: 4:15

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

**SHIPPER COPY**