# PACKING SLIP

4/28/2005

SID #     1180524
(2S)

Ship To:     DA24
DELPHI AUTOMOTIVE
702 JOAQUIN CAVAZOS RD
LOS INDIOS     TX    78567

Ship From:     MONROE INC
4707 40TH ST. SE
GRAND RAPIDS     MI    49512

| Part Number | Manufacturing DUNS Nur | Quantity |
|---|---|---|
| 12226886 | 057047110 | 2400 |
| 12226887 | 057047110 | 1408 |
| 16256950 | 057047110 | 1496 |

PAGE #    1      OF    1

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

Packing Slip No. 1180524

Ship to:  DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX  78567  USA

Date Shipped:    04/28/2005

Bill of Lading No.: 690 279225

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550041444 | 1222 6886 DA24 | 2400 | PC | 1 | 10 | 165034 |
|  | 1222 6887 DA24 | 1408 | PC | 1 | 10 | 165035 |
| 550040825 | 1625 6950 4J30 | 1496 | PC | 1 | 10 | 165036 |
|  |  | Totals: |  | 3 | 30 |  |

04-44481-rdd Doc 8018-25 Filed 05/23/07 Entered 05/23/07 16:52:57 Exhibit Part 25 Pg 3 of 3

# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

AIRBILL NUMBER: 690 279 225

**DATE:** 4/18/05
**ORIGIN:** GRR
**DESTINATION:**

### 1 SHIPPER
SHIPPER'S REFERENCE NO.:
SHIPPER'S ACCOUNT NO.: 443801805
COMPANY: MONROE
DEPT./FLOOR:
FROM (YOUR NAME):
PHONE NO.:
STREET ADDRESS: 4549 40TH ST SE
CITY: GRAND RAPIDS
STATE: MI
ZIP: 49512

### 2 CONSIGNEE
CONSIGNEE'S REFERENCE NO.:
CONSIGNEE'S ACCOUNT NO.:
COMPANY: [illegible]
TO (CONSIGNEE NAME):
PHONE NO.:
ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX): [illegible]
CITY: [illegible]
STATE: [illegible]
ZIP: [illegible]

### 3 SERVICE REQUESTED
GUARANTEED SERVICE
- [ ] CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR)
- [ ] Guaranteed Overnight (EMR)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

STANDARD SERVICE
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

### 4 BILLING INFORMATION
- [ ] PREPAID (SHIPPER) $ _____ CASH RECEIVED (PAID IN ADVANCE)
- [x] COLLECT (CONSIGNEE) RATE QUOTE NUMBER:
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)
ACCOUNT NO.:
COMPANY/NAME:

### 5 HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1:
RMK 2:

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 10 | 44 | 41 | 10 | Hair parts |

TOTAL PCS.: 1
TOTAL WT.: 
REWEIGH:
SKID(S) SAID TO CONTAIN _____ NO. OF PIECES
RELEASE SIGNATURE X
(SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.)

### 6 C.O.D.
$
BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN.

AIRBILL NUMBER: 690 279 225

DECLARED VALUE: $
LIMIT OF LIABILITY: LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 8, FOR DECLARED VALUE LIMITATIONS.

### FOR BAX GLOBAL USE ONLY
RECEIVED BY BAX AT:
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL

OUTSIDE CARRIER:
CHARGES ADVANCED: $
PRO NUMBER:
CARRIER NAME:

### 7
I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X [signature]
PRINT NAME X: Stacy Hill
DATE: 4/18

1st personal ID reviewed:
# appearing on ID:
Matched photo [ ] YES

2nd personal ID reviewed:
# appearing on ID:
Matched photo [ ] YES

### RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature: [signature]
Print Name: Eric Bierling
Pick Up Date: 4/18/05
Pick Up Time: 1/14/P
Driver No.: 5088

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)
NON-NEGOTIABLE AIRBILL, SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

SHIPPER COPY

OP 100 (04-04)