7/ 5/2005      SID #    1860524 (2S)

Ship To: DA24
DELPHI AUTOMOTIVE
702 JOAQUIN CAVAZOS RD
LOS INDIOS    TX   78567

Ship From: MONROE INC
4707 40TH ST. SE
GRAND RAPIDS    MI   49512

| Part Number | Manufacturing DUNS Number | Quantity |
|---|---|---|
| 12226886 | 057047110 | 7200 |
| 12226887 | 057047110 | 5632 |

Monroe Inc
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

Packing Slip No. 1860524

Ship to:  DA24
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX  78567  USA

Date Shipped:    07/05/2005

Bill of Lading No.: 692901532

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550041444 | 1222 6886 DA24 | 7200 | PC | 3 | 30 | 167551 |
|  | 1222 6887 DA24 | 5632 | PC | 4 | 40 | 167552 |
|  |  | Totals: |  | 7 | 70 |  |

# BAX GLOBAL

CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**AIRBILL NUMBER:** 692 901 532

**DATE:** 7/5/05
**ORIGIN:** GRR
**DESTINATION:** [blank]

**SHIPPER'S REFERENCE NO.:** [blank]
**SHIPPER'S ACCOUNT NO.:** 4438011305
**COMPANY:** MONROE
**DEPT./FLOOR:** [blank]
**FROM (YOUR NAME):** [blank]
**PHONE NO.:** [blank]
**STREET ADDRESS:** 4549 40TH ST SE
**CITY:** GRAND RAPIDS
**STATE:** MI
**ZIP:** 49512

**CONSIGNEE'S REFERENCE NO.:** [blank]
**CONSIGNEE'S ACCOUNT NO.:** [blank]
**COMPANY:** Delphi Automotive
**TO (CONSIGNEE NAME):** [blank]
**ACCURATE STREET ADDRESS:** [illegible]
**CITY:** Los Limos (?)
**STATE:** TX
**ZIP:** [illegible]

## SERVICE REQUESTED

**GUARANTEED SERVICES** — CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

## BILLING INFORMATION
- [ ] PREPAID (SHIPPER)  $ _____
- [x] COLLECT (CONSIGNEE)  RATE QUOTE NUMBER _____
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)
- ACCOUNT NO.: [blank]
- COMPANY/NAME: [blank]
- C.O.D.: [blank]

## HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

**SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:**
RMK 1: [blank]
RMK 2: [blank]

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 15 | 901 | 101 | 111 | 113 | Auto [illegible] |

**TOTAL PCS.:** [blank]  **TOTAL WT.:** [blank]  **REWEIGH:** [blank]
SKID(S) SAID TO CONTAIN _____ NO. OF PIECES _____

**RELEASE SIGNATURE X** _____

**DECLARED VALUE:** $ _____

## FOR BAX GLOBAL USE ONLY

**RECEIVED BY BAX AT:**
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL

**OUTSIDE CARRIER:** $ _____
**CHARGES ADVANCED:** [blank]
**PRO NUMBER:** [blank]
**CARRIER NAME:** [blank]

**AIRBILL NUMBER:** 692 901 532

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo...

**SHIPPER / REPRESENTATIVE SIGNATURE:** [signature]
**PRINT NAME X:** [illegible]
**DATE:** 7/1/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Driver Signature: [signature]
Print Name: [blank]
Pick Up Date: 7/15/05
Pick Up Time: 1700
Driver No.: 5281

1st personal ID reviewed: [blank]
# appearing on ID: [blank]
Matched photo on ID? [ ] YES [ ] NO
2nd personal ID reviewed: [blank]
# appearing on ID: [blank]
Matched photo on ID? [ ] YES [ ] NO

100 (04-04)    NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.    **SHIPPER COPY**