# PACKING SLIP

6/ 8/2005             SID #     43801590524
(2S)

Ship To:     DA24
DELPHI AUTOMOTIVE
702 JOAQUIN CAVAZOS RD
LOS INDIOS       TX   78567

Ship From:    MONROE INC.
4707 40TH ST. SE
GRAND RAPIDS      MI   49512

| Part Number | Manufacturing DUNS Num | Quantity |
|---|---|---|
| 12209410 | 057047110 | 1408 |
| 16256954 | 057047110 | 3416 |
| 9354380 | 057047110 | 5632 |

# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

**1-800-CALL-BAX**
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION | AIRBILL NUMBER |
|---|---|---|---|
| 6/8/05 | GRR | | 690 279 962 |

SHIPPER'S REFERENCE NO.: 
SHIPPER'S ACCOUNT NO.: 44380180 5
CONSIGNEE'S REFERENCE NO.: 
CONSIGNEE'S ACCOUNT NO.: 

COMPANY: MONROE   DEPT./FLOOR:
FROM (YOUR NAME):    PHONE NO.:
STREET ADDRESS: 4549 40TH ST SE
CITY: GRAND RAPIDS   STATE: MI   ZIP: 49512

COMPANY (TO/CONSIGNEE NAME): Delphi Automotive   DEPT./FLOOR:
PHONE NO.:
ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX): 702 Laguna Chyncos
CITY: Los Indios   STATE: TX   ZIP: 78567

## SERVICE REQUESTED

**GUARANTEED SERVICES**
CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER _____

## BILLING INFORMATION
- [ ] PREPAID (SHIPPER) $ ____ CASH RECEIVED (PAID IN ADVANCE)
- [x] COLLECT (CONSIGNEE)   RATE QUOTE NUMBER
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)
ACCOUNT NO.:
COMPANY/NAME:

C.O.D. $ ____   BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN.

## HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 8 | 72 | 14 | 11 | 5 | Motor parts |

TOTAL PCS.   TOTAL WT.   REWEIGH
SKID(S) SAID TO CONTAIN ____   NO. OF PIECES ____

RELEASE SIGNATURE X ____
(SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.)

AIRBILL NUMBER: 690 279 962

DECLARED VALUE: $ ____
LIMIT OF LIABILITY: LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 8, FOR DECLARED VALUE LIMITATIONS.

## FOR BAX GLOBAL USE ONLY

RECEIVED BY BAX AT:
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL

OUTSIDE CARRIER:   CHARGES ADVANCED: $   PRO NUMBER:   CARRIER NAME:

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X _Stacy Hell_   PRINT NAME X _Stacy Hell_   DATE 6/8/05

### RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature: ____
Print Name: ____
Pick Up Date: ____   Pick Up Time: ____   Driver No.: ____

Shipper must sign this bill and produce the proper identification. **One government issued photo ID is acceptable.** If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.
Non Negotiable Airbill
Conditions of Carriage On Reverse Side

1st personal ID reviewed:
# appearing on ID ____   Matched photo on ID? [ ] YES [ ] NO
2nd personal ID reviewed:
# appearing on ID ____   Matched photo on ID? [ ] YES [ ] NO

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

OP 100 (04-04)   NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.   **SHIPPER COPY**

Monroe Inc.
4707 40th St. SE
Grand Rapids, MI  49512
USA
057047110

*Done*

Packing Slip No. 43801590524

Ship to:  DA24
          DELPHI AUTOMOTIVE SYSTEMS
          702 JOAQUIN CAVAZOS ROAD

          LOS INDIOS, TX  78567   USA

Date Shipped:   06/08/2005

Bill of Lading No.: 690279962

| Purchase Order | Description | Quantity Shipped | U/M | Cartons | Lbs | Invoice Number |
|---|---|---|---|---|---|---|
| 550045787 | 1220 9410 4I52 | 1408 | PC | 1 | 10 | 166602 |
| 550040900 | 1625 6954 4J34 | 3416 | PC | 3 | 30 | 166603 |
| 550045740 | 935 4380 4J45 | 5632 | PC | 4 | 40 | 166604 |
|  |  |  | Totals: | 8 | 80 |  |