TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174
Tel: 212-704-6000
Fax: 212-704-6288
Paul H. Deutch (PD - 4859)

Attorneys for Wachovia Bank, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re                                               :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
            Debtors.                                :
                                                    :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**NOTICE OF WITHDRAWAL OF MOTION OF WACHOVIA BANK, N.A.
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM AND
<u>REQUEST FOR PAYMENT [Doc. No 7364]</u>**

PLEASE TAKE NOTICE, that on March 21, 2007, Wachovia Bank, N.A. ("Wachovia") filed the Motion for Allowance of Administrative Expense Claim and Request for Payment [Doc. No. 7364] (the "<u>Motion</u>").

PLEASE TAKE FURTHER NOTICE that Wachovia hereby withdraws the motion without prejudice to Wachovia's rights to refile a motion seeking the same or similar relief at a later date.

Dated: May 24, 2007
       New York, New York

                                            /s/ Paul H. Deutch
                                          Paul H. Deutch (PD - 4859)

                                          TROUTMAN SANDERS LLP
                                          405 Lexington Avenue
                                          New York, NY 10174
                                          Tel: 212-704-6000

                                          ATTORNEYS FOR
                                          WACHOVIA BANK, N.A.

NEWYORK01 1190892v1 022269-111709