EXHIBIT "A"
INSURANCE POLICIES

The insurance policies include, without limitation, the following:

| Policy Period/Date | First Named Insured(s) | Policy Number | Coverage | Insurer |
|---|---|---|---|---|
| 10/1/2000-10/1/2001 | Delphi Automotive Systems Corporation | ISAH07682360 | AL | PEIC |
| 10/1/2001-10/1/2002 | Delphi Automotive Systems Corporation | ISAH07682360 | AL | PEIC |
| 10/1/2002-10/1/2003 | Delphi Corporation | ISAH00768423A | AL | PEIC |
| 10/1/2003-10/1/2004 | Delphi Corporation | H0794472A | AL | ACE |
| 10/1/2004-10/1/2005 | Delphi Corporation | H0794472A | AL | ACE |
| 10/1/2000-10/1/2001 | Delphi Automotive Systems Corporation | HDOG20307043 | GL | PEIC |
| 10/1/2001-10/1/2002 | Delphi Automotive Systems Corporation | HDOG20307043 | GL | PEIC |
| 10/1/2002-10/1/2003 | Delphi Corporation | HDOG20580859 | GL | PEIC |
| 10/1/2003-10/1/2004 | Delphi Corporation | G21731900 | GL | ACE |
| 10/1/2004-10/1/2005 | Delphi Corporation | G21731900 | GL | ACE |
| 10/1/2003-10/1/2004 | Delphi Canada, Inc., | CGL322741 | GL | ACE INA |
| 10/1/2004-10/1/2005 | Delphi Canada, Inc., | CGL322741 | GL | ACE INA |
| 10/1/2000-10/1/2001 | Delphi Automotive Systems Corporation | C4301299A | WC | PEIC |
| 10/1/2000-10/1/2001 | Delphi Automotive Systems Corporation | C4301304A | WC | ACE |
| 10/1/2000-10/1/2001 | Packard Hughes Interconnect Company | C43013038 | WC | PEIC |
| 10/1/2001-10/1/2002 | Delphi Automotive Systems Corporation | C43111322 | WC | PEIC |
| 10/1/2001-10/1/2002 | Delphi Automotive Systems Corporation | C4311136A | WC | PEIC |
| 10/1/2001-10/1/2002 | Delphi Automotive Systems Corporation | C4311190 | WC | ACE |
| 10/1/2001-10/1/2002 | Delphi Automotive Systems Corporation | G20307043 | GL | PEIC |
| 10/1/2001-10/1/2002 | Packard Hughes Interconnect Company | C43111449 | WC | PEIC |
| 10/1/2001-10/1/2002 | Packard Hughes Interconnect Company | C43131163 | WC | ACE |
| 10/1/2002-10/1/2003 | Delphi Corporation | C42990127 | WC | PEIC |
| 10/1/2002-10/1/2003 | Delphi Corporation | C43503959 | WC | PEIC |
| 10/1/2003-10/1/2004 | Delphi Corporation | C4395698A | WC | ACE |
| 10/1/2003-10/1/2004 | Delphi Corporation | C43961330 | WC | ACE |
| 10/1/2004-10/1/2005 | Delphi Corporation | C4398956A | WC | ACE |

| | | | | |
|---|---|---|---|---|
| 10/1/2004-10/1/2005 | Delphi Corporation | C43989613 | WC | ACE |
| 6/1/2002-6/1/2003 | Delphi Corporation | D35679133, D35679212 | Global Monoline | ACE |
| 6/1/2003-6/1/2004 | Delphi Corporation | D35680202, D35680214 | Global Monoline | ACE |
| 6/1/2004-6/1/2005 | Delphi Corporation | D36021020, D36021032 | Global Monoline | ACE |
| 10/1/2003-10/1/2004 | Delphi Corporation | G20582698 | Special Risk | ACE |
| 4/16/2002-4/16/2003 | MobileAria, Inc. | Q20001216 | D&O | Illinois Union |
| 4/16/2003-4/16/2004 | MobileAria, Inc. | Q20006599 | D&O | Illinois Union |
| 4/16/2004-4/16/2005 | MobileAria, Inc. | Q20013707 | D&O | Illinois Union |
| 4/16/2005-4/16/2006 | MobileAria, Inc. | Q20021695 | D&O | Illinois Union |

Key:
PEIC = Pacific Employers Insurance Company
ACE=ACE American Insurance Company
Illinois Union = Illinois Union Insurance Company
ACE INA= ACE INA Insurance

AL = Automobile Liability
GL = General Liability
WC = Workers' Compensation
D&O = Directors' and Officers' Liability

DM3\516580.1