# Exhibit C

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640   Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1635146 - 10404157<br>SOUTHERN ELECTRIC SUPPLY CO INC<br>BOX 223026<br>PITTSBURG   PA   152513026 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1561296 - 10107948<br>SOUTHERN HOLDINGS INC.<br>4801 FLORIDA AVE.<br>NEW ORLEANS   LA   70117 | ENVIRONMENTAL CLAIMS<br>CERCLA: ANGLO METALS | Contingent, Disputed, Unliquidated | Unknown |
| 1635153 - 10401483<br>SOUTHERN HOSE & INDUSTRIAL SUPPLY<br>PO BOX 10795<br>JACKSON   MS   392890795 | ACCOUNTS PAYABLE | | $142.20 |
| 1635159 - 10401484<br>SOUTHERN MACHINE SPECIALIST INC<br>PO BOX 1508<br>OXFORD   GA   30054 | ACCOUNTS PAYABLE | | $2.00 |
| 1635172 - 10404603<br>SOUTHERN PACIFIC BANCAPITAL ASSIGNEE VARILEASE CORP<br>DEPARTMENT 207<br>DENVER   CO   802710207 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1635181 - 10401485<br>SOUTHERN PRINTING SERVICE<br>PO BOX 651<br>LAWRENCEBURG   TN   38464 | ACCOUNTS PAYABLE | | $645.33 |
| 1635192 - 10401486<br>SOUTHERN STATES CHEMICAL<br>PO BOX 546<br>SAVANNAH   GA   31402 | ACCOUNTS PAYABLE | | $110,127.96 |
| 1635194 - 10401487<br>SOUTHERN TOOL STEEL INC<br>PO BOX 699<br>HIXSON   TN   37343 | ACCOUNTS PAYABLE | | $4,005.70 |
| 1594283 - 10385570<br>SOUTHTRUST BANK<br>c/o WATKINS, LUDLAM, WINTER & STENNIS, PA<br>Attn ALVENO M. CASTILLA (MB 5924).<br>633 NORTH STATE STREET<br>JACKSON   MS | LITIGATION<br>CASE NUMBER: 03-CV-1341,<br>JURISDICTION: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI COURT | Contingent, Disputed, Unliquidated | Unknown |
| 1635220 - 10401488<br>SOUTHWEST FRONTIER DISTRIBUTION INC<br>1370 PULLMAN DR STE D<br>EL PASO   TX   799367729 | ACCOUNTS PAYABLE | | $488.16 |
| 1561297 - 10107949<br>SOUTHWEST GENERAL HEALTH CENTER<br>18697 BAGLEY ROAD<br>MIDDLEBURG HEIGHTS   OH   44130 | ENVIRONMENTAL CLAIMS<br>CERCLA: ANGLO METALS | Contingent, Disputed, Unliquidated | Unknown |