# EXHIBIT F

## Frantangelo, Barbara K

| | |
|---|---|
| **From:** | Naylor, Greg L |
| **Sent:** | Wednesday, January 08, 2003 3:14 PM |
| **To:** | Everett, Martha |
| **Cc:** | Johnson, Sidney; Graves, Larry W |
| **Subject:** | FW: Memo Template for Lextron |

M, below is a draft of my "generic" letter I was going to send to Andy Raines at SouthTrust Bank prior to your recommendation to hold off on sending it. I still believe we need to communicate to the bank... we can put our heads together tomorrow to figure out our approach. Also, feel free to modify the letter as you see fit.

-----Original Message-----
| | |
|---|---|
| **From:** | Naylor, Greg L |
| **Sent:** | Wednesday, January 08, 2003 12:04 PM |
| **To:** | Johnson, Sidney |
| **Subject:** | Memo Template |



Delphi Memo
Template.doc

I tried to keep it simple... let me know if you are ok with it.



EXHIBIT
2

# DELPHI

**memo**

Date:

To:      Andy Raines              SouthTrust Bank

From:    Gregory Naylor

Subject: Delphi Support of Lextron

c:       Sidney Johnson
         Larry Graves
         Martha Everett



    As a follow up to our conversation this morning, I am writing you this memo to re-iterate Delphi's focus to maintain and grow Lextron Corporation as a valued supplier. Resources are being committed by Delphi to assist Lextron (including a reduction in our payment terms to Net 15) during its cashflow shortfall. In turn, Delphi has no intentions of exiting Lextron.

    Additionally, because of Delphi's support and interest in Lextron, Delphi is requesting SouthTrust Bank to continue its support of Lextron. If you have any questions please contact me.

030178-003016