# EXHIBIT G

05-44481-rdd    Doc 8025-7    Filed 05/24/07    Entered 05/24/07 12:43:23    Exhibit G
Jan 9 Everett Email    Pg 1 of 3

## Frantangelo, Barbara K

**From:** Everett, Martha
**Sent:** Thursday, January 09, 2003 5:03 PM
**To:** High, Lloyd W; Graves, Larry W
**Subject:** Memo Template



Lextron Southwest Trust Delphi...



EXHIBIT
3

1

# DELPHI

**memo**

Date:     September 24, 2003

To:       Andy Raines              SouthTrust Bank

From:     Gregory Naylor

Subject:  Delphi Support of Lextron

c:        Sidney Johnson
          Larry Graves
          Martha Everett

    As a follow up to our conversation this morning, I am writing you this memo to re-iterate Delphi's focus to maintain Lextron Corporation as a valued supplier. Resources are being committed by Delphi to assist Lextron (including a reduction in our payment terms to Net 15) during its cashflow shortfall. In turn, Delphi has no current intentions of exiting Lextron.

    Delphi is currently extending the equivalent of MNS2 credit terms (very favorable credit terms) for the material that Lextron purchases from Delphi Packard. We take our payment via a contra rather than traditional invoice and check from Lextron, however, Lextron and your bank have asked Delphi to stop the contra method and change to invoicing and accepting check payments from Lextron. Delphi will continue to send invoices and will allow Lextron to reconcile the contra amount prior to the contra being taken. Delphi understands that need for accurate fiscal review and accountability at Lextron, and will support their desire to achieve that relative to this business situation. Delphi is not considering limiting its right to set offs.

    Additionally, because of Delphi's support and interest in Lextron, Delphi is requesting SouthTrust Bank to continue its support of Lextron. If you have any questions please contact me.

030178-003696