# EXHIBIT I

**Iannucci, Denise M**

| | |
|---|---|
| From: | Jelley, Kenneth D |
| Sent: | Wednesday, January 15, 2003 4:14 PM |
| To: | Berry, Trevor G |
| Cc: | Wardrop, Carol L; Naylor, Greg L; Precopi, Chris M; Balsei, Michael A; Lane, Bill G |
| Subject: | Lextron - inventory float |

Trevor,

Reference our phone conversation.   When you determine the required amount of time it will take to PPAP the follow part numbers at the new source, please let me know because I need the data to determine the amount of "float" I will need to schedule based on the current usage.

15336479
15317836
12186999
15324884
12191275

Our standard practice, when moving business/tools from one source to another is - have the existing source build a 3 week bank of inventory before we move.   The direction is not to use the standard practice?

thanks

Ken Jelley
PC&L/Purchasing Liaison
330-505-3105
Kenneth.D.Jelley@delphi.com

030178-001214

1