# EXHIBIT J

Chip

## Naylor, Greg L

| | |
|---|---|
| From: | Sanchez, Oscar |
| Sent: | Tuesday, January 28, 2003 10:57 AM |
| To: | Jelley, Kenneth D |
| Cc: | Heigel, Kevin R; Wardrop, Carol L; Naylor, Greg L; Gennaro, Rocco |
| Subject: | RE: 15336479  Lextron update |

Thanks for staying on top of this situation.

Keep us posted. Please let me know if you need my help.

Oscar

-----Original Message-----
From: Jelley, Kenneth D
Sent: Tuesday, January 28, 2003 9:44 AM
To: Sanchez, Oscar
Cc: Heigel, Kevin R; Wardrop, Carol L; Naylor, Greg L; Gennaro, Rocco
Subject: RE: 15336479  Lextron update

The quarantined parts will be sent to Paragon for sorting - don't have a feel what the yield will be???

There was also some parts from the Warren D.C. sent to Paragon, for sorting, late last week.

We are working on turning all this inventory around, at Paragon, ASAP!

The inconsistency in Lexton's shipping quantities are caused by    1.) The amount of people that show up for work at Lextron
2.) Them working overtime
3.) Most recently, the loss of production caused by the shorting clip quality problem (good/bad parts???)
We are past this problem now.

Lextron has worked overtime the past two weeks to help cover these problems.  They will continue to work overtime as needed.

Ken Jelley
PC&L/Purchasing Liaison
330-505-3105
Kenneth.D.Jelley@delphi.com

-----Original Message-----
From: Sanchez, Oscar
Sent: Tuesday, January 28, 2003 8:14 AM
To: Jelley, Kenneth D
Cc: Heigel, Kevin R; Wardrop, Carol L
Subject: RE: 15336479 Lextron update

Ken,
What is the status on the 135k quarantined parts? Are we going to be able to use some of them?
Why is Lextron so inconsistent week to week? From 230k to 240K to 300K?

Oscar

-----Original Message-----
From: Jelley, Kenneth D
Sent: Monday, January 27, 2003 4:53 PM
To: Heigel, Kevin R; Sanchez, Oscar
Cc: Wardrop, Carol L; Precopi, Chris M; Gennaro, Rocco; Plaza, Pedro M; Bratberg, Steven J; Naylor, Greg L; Oakes, Pamela K.; Precopi, Chris M; Graves, Larry W; Racz, Paul J; 'Lextron (Dwayne Brink) (E-mail)'; Lane, Bill G; Justice, Christine L; Wiegel Tool (Aaron Weigel) (E-mail)
Subject: RE: 15336479  Lextron update

030178-000304

64