# EXHIBIT L

## Lextron Update (as of 02/03/03) – Delphi Confidential

**Bank/Cash Flow Update** (as reported by Marti Everett and BBK)
- Both BBK and the bank's outside consultants, Alvarez & Marsal, are having difficulties establishing an accurate cash flow analysis for Lextron due to Lextron's poor state of records and inadequate financial system
- BBK's preliminary cash flow analysis shows the monthly cash flow as follows:
  - Feb = $ 20,000
  - March = $ (202,000)
  - April = $ (642,000)
  BBK also noted that the above cash flow does not include other liabilities for Lextron such as:
  - $700,000 IRS debt
  - $2,000,000 pay-back requirement from bank (due May 2nd)
  - Approximately $2,500,000 in past due balances to sub-tier suppliers
- Revised cash flow projections will be available the week of 2/3/03
  - Alvarez & Marsal have sat down with Charles Doty to outline areas for significant cost improvements
  - Per discussions with Sid Johnson, Charles Doty has committed to making significant structural cost improvements
- Expecting Lextron/Bank to present a proposal to Delphi by end of week 2/3/03 or week 2/10/03
  - Bank has extended $3M over collateral base
  - Proposal will most likely ask Delphi to cover the "gap" (could be approximately $1M or more)

**Material Flow Update**
- Material is flowing per schedules
- No potential material shortages at customer plants or Delphi plants
- No material is currently on premium shipments (all material being shipped via normal shipping activity)

**Contingency Plan Update**
- Currently tracking a total of 52 part numbers
- Contingency plans and owners have been identified for all parts
  - 12 SPO/service parts would be placed in Plant 48 (Owner: Lazor)
  - 20 parts would be placed in Gadsden and Columbia (Hood) (Owner: Duda)
  - 20 parts would be placed in Mexico (Owner: Zombar)
- **Tooling and expense costs for contingency plan execution are currently at $455,000**
  - Joey Deason developing the AR (will be ready for management approval by 2/3/03) - **Complete**
  - Joey to forward breakdown of AR to Sid Johnson and Paul Miller by 2/3/03 – **Complete**
  - **Work order number to be complete 2/4/03 (Joey Deason)**

030178-001175



1



- Updated the contingency plan teams. Direction is to move forward with executing our contingency plans, <u>except</u> pulling equipment out of Lextron. Reiterated to the team that it is <u>absolutely critical</u> that this is kept confidential – no one should be discussing this with Lextron. We do not want the bank to make a move.
- Per Paul Miller's request, we asked each contingency plan owner to develop cost and timing to execute a plan without having to pull our equipment and tooling out of Lextron (in the event we were not able to execute our right to enter Lextron). Feedback was as follows:
    - Dan Lazor (Plt 48) – 2 weeks and $12,000 ($8K add over contingency plan 1)
    - Chris Duda (Gadsden/Tal-Port) – 4 weeks and $1M ($750K over contingency plan 1)
    - Ron Zombar (Mexico) – 2 weeks and $149,600 ($25K add from contingency plan 1)
    - Trevor Berry/Bob Rodgers (Mexico) – 3 weeks on SIR Conn Asm and $150K ($125K add), all others remain the same as contingency plan 1. (Note that Lp Socket Asm went to 5 weeks and $10K, but our plan 1 is with Paragon outsourcing).
    - Overall – 4 weeks and $1,299,600 (2 week add and $844,600 add)

**Contingency Plan Update** (continued)
- Timing (see above for contingency plan 2 updates)
    - Plant 48 (Lazor) parts can be up and running within 2 weeks
        - ~~No tooling or equipment needed from Lextron~~ **Need die 12071927-COF out of Lextron for items 26&27. Worse case, can still build die to meet the 2 weeks.**
        - Need management approval to begin execution (approximately $4,000 has been identified in AR)
        - Assumes we can get customer approval for location change
    - Gadsden and Columbia (Duda) parts can be up and running within 2 weeks
        - Needs management approval of AR
        - **Assumes that Delphi Legal can get us immediate access to pull our Delphi-owned equipment and tooling from Lextron facilities**
        - Duda's team currently has master boards and duplicate boards available, but would need additional boards out of Lextron to meet volume requirements
        - PC&L supporting Duda's team to ensure inventory can cover move time (Duda needs approximately 1 week to make actual move)

030178-001176

2

- ~~Purchasing (Greg Naylor) to establish P.O. with Hood.~~ **Will go through Tal-Port (Yazoo City) instead of Hood. Greg to make sure contract in place.**
- Assumes we can get customer approval for location change
- Duda's team currently evaluating cost and timing to duplicate all required tooling and equipment in the event that we cannot access Lextron and remove our tools – expecting answer by 2/3/03 - **Complete**

➤ Mexico (Zombar) parts can be up and running within 4 weeks
- Needs management approval of AR
- **Assumes that Delphi Legal can get us immediate access to pull our Delphi-owned equipment and tooling from Lextron facilities**
- Majority of lead-time is dedicated to refurbishing Mexico presses to run these parts – **after evaluation, can meet 2 week timing**
- Needs strong support from PC&L to ensure inventory float is in place to protect customer (while moving dies from Lextron to Mexico) – Eric Crump and Oscar Sanchez to get Mexico PC&L more engaged
- Will not be able to build required inventory on **SIR Conn Asm 15336479** (Lextron has always been tight on this part – we've got them to run OT, but it still will not get us enough to transfer tooling)
  - Currently have 4 nests to supplement Lextron
  - **Need $25,000 approved immediately to duplicate Lextron tooling**
- Zombar's team currently evaluating how to improve timing to 2 weeks for all parts - **Complete**
- Zombar's team currently evaluating cost and timing to duplicate all required tooling and equipment in the event that we cannot access Lextron and remove our tools – expecting answer by 2/3/03 - **Complete**

**Customer Communication Update**
- Joan Ray has updated GM on the situation
- Bruce Crofts working with GM Supplier Quality to keep them updated on a part number basis
- Per Joan's request, Mark Shasteen has been sent the Lextron information in order to update SPO
- Bruce Crofts reported that GM is O.K. with our action plans but would like to see inventory levels for all parts prior to moving tools
  ➤ Eric Crump / Oscar Sanchez to pull together inventory float plan for each part – **targeting Feb 13th for plan to share with customer**

030178-001177

3

**Further Comments / Issues**
- Dwayne Brinkley (Lextron's key Production Mgr.) and Alma Mallett (Lextron's key Quality Mgr.) are leaving the company effective 1/31/03
  - Bill Manusakis to ensure Supplier Quality Engineer in place at Lextron to monitor situation
- Public Relations remains a key concern in this situation
  - Minority Supplier
  - Charles Doty, owner of Lextron, is a well respected businessman in Mississippi and well connected with several political figures
  - Ray Deibel updated on situation

M. Balsei **02/03/03**

030178-001178

4