# Exhibit M

## Frantangelo, Barbara K

| | |
|---|---|
| From: | Gavin, Lawrence |
| Sent: | Monday, February 03, 2003 1:55 PM |
| To: | Joseph, Michelle E |
| Cc: | Macrino, Ann ; Holder, Glenn R |
| Subject: | RE: Lextron - Movement of Business |

Michelle,

If we are just moving up the previous quotations I recommend we present to sourcing via a summary of changes.  If the prices have changed and we need a new quote then let's follow the process.

Best regards,

Larry

> -----Original Message-----
> | | |
> |---|---|
> | From: | Joseph, Michelle E |
> | Sent: | Monday, February 03, 2003 1:35 PM |
> | To: | Gavin, Lawrence |
> | Cc: | Macrino, Ann ; Holder, Glenn R |
> | Subject: | Lextron - Movement of Business |

Larry-

As you know, we have been developing our plans for the move of Lextron business to other suppliers.  My question to you is.."Do I need to present a Pre-RFQ for this prior to the February 13th sourcing Meeting?"  We target presenting the move (GS Sourcing Recommendation) at the next meeting.

As a reminder we have awarded 3 pieces of business to Lextron in the last year (2002 Calendar Year):

2004 GMT315 Steering Wheel Wire Harness (Part Number 16870022) - APV $81,400 (No tooling dollars awarded)
2004 CAMI YT1 Door Module Wire Harnesses (Part Numbers 16643688 and 16643690) - APV $3,429,000 ($95,000 tooling dollars awarded)
2004 DCX HB Roof Rail Air Bag Leadwire Assembly (Part Numbers 15447743 and 15447744) - APV $100,250 (No tooling dollars awarded)

Back-up plan:

2004 GMT315 Steering Wheel Wire Harness - Access Electronics - NEW RFQ 66328
Status - Access quoted $1.54 (versus Lextron at $1.48) this will basically be a $3,300 impact the first year for Delphi. Access was the second most competitive supplier.
SOP - 8/23/2003
Original RFQ - 55801

2004 CAMI YT1 Door Module Wire Harnesses - Access Electronics - NEW RFQ 66047
Status - Access was second in the e-Auction held (basically the same price pricing, but different tooling). They have just confirmed that they will take this as is (with the $95,000 tooling) - No further impact to Delphi.
SOP - 9/10/2003
Original RFQ - 20960

2004 DCX HB Roof Rail Air Bag Leadwire Assembly - Delphi Packard - NEW RFQ 66329
Status - Delphi Packard is still working on their quote.  Packard had not quoted this on the original RFQ due to the fact that they have recently shown interest in Leadwire business.
SOP - 8/1/2003
Original RFQ - 55818

I am still working to understand from Matt Paroly our legal / financial obligations to Lextron due to our Long Term Agreements and Letters of Intent issued.

1

Please let me know about the Pre-RFQ.  Thanks

**Michelle E. Joseph**
Senior Buyer
Delphi Safety & Interior Systems
(937) 356-2537 - Office Phone
(937) 356-2550 - Fax