# EXHIBIT O

February 14, 2003

Can't make payroll: $150000/wk, $40,000 vacation,

Greg:
Everything being PPAPed today with target for completion Monday, Feb. 17. Across the board everything is starting on Monday as a dual source. We will need at least a week before ready to flip the switch.

We have about 5 days of bank b/w Lextron and Delphi. A few critical parts we are on a back log. SIR, part #336479. Trouble getting the shortening clip. We might just redivert the material to Mexico. Do not have high confidence we can flip switch on Monday. Company called Weigel and volume both contributed to issue.

Wednesday is still meeting with Lextron. May choose to tell Lextron this is their last week.

Three parts we need the equipment from Lextron. These are aftermarket and have no requirements.

Sid: Larry and I are leaning toward Feb. 28. This will ensure we do not adversely affect the customer.

sDoes Doty have any claims against us? $126,000 against us. We determined tht it was $41,000 by internal controls. Two weeks material, two weeks of something else.

Scenario for Wed.:
Allow Doty to present for an hour or so. We leave room to deliberate. Larry, Sid and Marty return and let him know that his proposal will cost Delphi more money and it's not acceptable. Let him know that we will be pulling out on Feb. 28. Explain how it will happen. Let him talk with Bank or whomever he is with. And leave it that we will need to be able to get our equipment out. Keep it reasonable.

EXHIBIT
12
1-26-05 GRAVES

030178-000523