UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

　　　　　　Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

# CERTIFICATE OF SERVICE

I, Michael L. Schein, hereby certify that on this 24th day of May, 2007, I caused a copy of the RESPONSE OF BEST FOAM FABRICATORS, INC. TO DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION dated May 24, 2007 to be served in the manner indicated on the following:

| | | |
|---|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY 10004-1408<br><br>By Messenger | Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098<br>Fax: (248) 813-2670<br><br>By Facsimile and<br>Federal Express | Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>Attn: John Wm. Butler, John K.<br>Lyons and<br>Joseph N. Wharton<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Fax: (312) 407-0411<br>jbutler@skadden.com;<br>jlyonsch@skadden.com;<br>jwharton@skadden.com<br><br>By Facsimile and E-mail |

　　　　　　　　　/s/ Michael L. Schein
　　　　　　　　　Michael L. Schein

NEWYORK/#179431.1