# Exhibit A

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1629275 - 10400530<br>PHELPS DODGE MAGNET WIRE CO<br>PO BOX 91557<br>CHICAGO   IL   606931557 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $162,704.26 |
| 1030726 - 10006681<br>PHELPS KARIN<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1594240 - 10385526<br>PHELPS, JOHN W. AND DEBORAH J. PHELPS<br>c/o LUADIG GEORGE RUTHERFORD & SIPES<br>Attn L. GEORGE, W. R. SIPES<br>156 EAST MARKET STREET<br>SUITE 600<br>INDIANAPOLIS   IN   46204 | LITIGATION<br>CASE NUMBER: 49D02-9801-MI-0001-125, JURISDICTION: SUPERIOR COURT - MARION COUNTY, IN | Contingent, Disputed, Unliquidated | Unknown |
| 1629277 - 10400531<br>PHENIX CONTROLS<br>PO BOX 11390<br>ROCHESTER   NY   14611 | ACCOUNTS PAYABLE | | $794.00 |
| 1644087 - 10395389<br>PHIBRO-TECH INC (CP CHEMICALS INC)<br>65 CHALLENGER ROAD<br>RIDGEFIELD PARK   NJ   07660 | ENVIRONMENTAL CLAIMS<br>POTENTIAL CLAIM ARISING FROM ENVIRONMENTAL SERVICE PROVIDERS | Contingent, Disputed, Unliquidated | Unknown |
| 1629281 - 10400532<br>PHIL HART MANAGEMENT SERV INC<br>3985 SILVER MEADOW LN<br>GRAND PRAIRIE   TX   75052 | ACCOUNTS PAYABLE | | $2,000.00 |
| 1560906 - 10107181<br>PHILADELPHIA GAS WORKS<br>800 WEST MONTGOMERY AVE<br>PHILADELPHIA   PA   19122 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent, Disputed, Unliquidated | Unknown |
| 1560907 - 10107182<br>PHILIP SERVICES CORP<br>5151 SAN FELIPE AVE<br>SUITE 1600<br>HOUSTON   TX   77056 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent, Disputed, Unliquidated | Unknown |
| 1652328 - 10409238<br>PHILIP SERVICES CORP, DBA ALLWASTE CONTAINER<br>5151 SAN FELIPE STE 1600<br>HOUSTON   TX   77056 | ACCOUNTS PAYABLE | | $5,200.00 |
| 2155677 - 10405269<br>PHILIP SERVICES SITE PRP GROUP C/O AMERICAN ENVIRONMENTAL CONSULTANTS<br>P.O. BOX 310<br>MONT VERNON   NH   03057 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE (ROCK HILL, SOUTH CAROLINA) | Contingent, Disputed, Unliquidated | Unknown |
| 1629292 - 10400533<br>PHILIPS COMPONENTS<br>PO BOX 281659<br>ATLANTA   GA   303841659 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $413,526.67 |