# Exhibit B



# STATEMENT
# OF ACCOUNT

CUSTOMER COPY          PAGE 1

FOR INQUIRIES, CALL 602-366-7946

| ACCOUNT NO. | 89834 |
|---|---|
| STATEMENT DATE | 7/17/2006 |

MAIL REMITTANCES TO:

**PHELPS DODGE MAGNET WIRE CO.**
**P.O. BOX 91557**
**CHICAGO IL 60693-1557**

When submitting your check, please indicate, duebly, so the invoices being paid and any adjustments made.

DELPHI ENERGY & ENG. SYSTEMS
Flint, MI

| INVOICE NUMBER | PURCHASE ORDER NUMER | INVOICE DATE | INV. TYPE | AMOUNT USD |
|---|---|---|---|---|
| 861549 | 550065176 | 2/7/2005 | I | $ 704.68 |
| 899670 | 550065176 | 8/30/2005 | I | $ 691.88 |
| 900025 | 550065176 | 8/31/2005 | I | $ 732.10 |
| 900356 | 550065176 | 9/1/2005 | I | $ 701.07 |
| 900763 | 550065176 | 9/5/2005 | I | $ 695.33 |
| 900764 | 550065176 | 9/5/2005 | I | $ 2,953.70 |
| 902246 | 550065176 | 9/11/2005 | I | $ 2,398.59 |
| 903687 | 550065176 | 9/18/2005 | I | $ 706.82 |
| 903953 | 550065176 | 9/19/2005 | I | $ 781.52 |
| 904110 | RWA#106611 | 9/20/2005 | C | $ (81.59) |
| 904283 | 550065176 | 9/20/2005 | I | $ 573.50 |
| 904942 | 550065176 | 9/22/2005 | I | $ 1,614.77 |
| 904943 | 550065176 | 9/22/2005 | I | $ 782.67 |
| 905522 | 550065176 | 9/26/2005 | I | $ 1,549.26 |
| 905876 | 550065176 | 9/27/2005 | I | $ 1,714.76 |
| 906233 | 550065176 | 9/28/2005 | I | $ 829.79 |
| 906513 | 550065176 | 9/29/2005 | I | $ 826.35 |
| 906879 | 550065176 | 9/30/2005 | I | $ 425.24 |
| 907066 |  | 9/30/2005 | I | $ 132,955.35 |
| 907246 | 550065176 | 10/3/2005 | I | $ 1,688.32 |
| 907570 | 550065176 | 10/4/2005 | I | $ 801.06 |
| 907908 | 550065176 | 10/5/2005 | I | $ 834.39 |
| 908266 | 550065176 | 10/6/2005 | I | $ 1,298.71 |
| 908658 | 550065176 | 10/7/2005 | I | $ 833.24 |

| CURRENT | 1 TO 30 | 31 TO 60 | 61 TO 90 | OVER 90 | ACCOUNT TOT. USD |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $157,011.51 | $ 157,011.51 |

```
                        DELPHI ENERGY & ENG. SYSTEMS
                        DELPHI ENERGY & ENG. SYSTEMS
                        DISBURSEMENT ANALYSIS DEPT.
                        P.O. BOX 1550
                        FLINT MI 48501-1550
```

```
    INVOICE                   08       02-07-05      00861549


DELPHI ENERGY & ENGINE MGMT SY        PHELPS DODGE MAGNET WIRE CO.
                                      P.O. BOX 91557
32 CELERITY WAGON                     CHICAGO, IL          60693-1557

EL PASO TX 79906


2ND DAY/2ND MO.    550065176                089834-000825-41-01

SHIP VIA:Customer pick up at 12:00 pm


WIRE SIZE:00029.5 RND      100 W102-07  624.00  1.0793      673.48
PRODUCT: 11135 COPPER            ORD# 273043
S ARMORED PTZ              TOTAL UNIT PRICE-->  1.0793
PKG:52-8/9 X 9 REEL                      24
PETROCHEMICAL SURCHARGE                                      31.20
PART #:03858034
SHIPPING NUMBER:00348            S
ITEM/P.O. QTY:     1,800      1,800
                                                 S          673.48

                                624.00                      704.68
```

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                      03        08-30-05        00899670

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
PARQUE INDUSTRIAL ANTONIO J             P.O. BOX 91557
BERMUDEZ                                CHICAGO, IL          60693-1557
CALLE BERMUDEZ Ñ1230
JUAREZ, CHIHUAHUA CP32470 . MEX

2ND DAY/2ND MO.    550065176                089834-000825-41-01

SHIP VIA:PREPAID AUTH # 2005379X 8/24  2005397X 8/31


WIRE SIZE:00029.5 RND        100 X108-30    602.00  1.0793      649.74
PRODUCT: 11135 COPPER              ORD# 338831
S ARMORED PTZ                TOTAL UNIT PRICE-->  1.0793
PKG:52-8/9 X 9 REEL                      22
PETROCHEMICAL SURCHARGE                                          42.14
PART #:03858034
SHIPPING NUMBER:19636            S
ITEM/P.O. QTY:    1,190      1,190
                                                  S       649.74

                                        602.00           691.88

07/17/2006  16:49    2604217309    REA BILLING/AR    PAGE  10

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                   03        08-31-05        00900025

DELPHI ENERGY & ENGINE MGMT SY        PHELPS DODGE MAGNET WIRE CO.
PARQUE INDUSTRIAL ANTONIO J           P.O. BOX 91557
BERMUDEZ                              CHICAGO, IL          60693-1557
CALLE BERMUDEZ N1230
JUAREZ, CHIHUAHUA CP32470 . MEX

2ND DAY/2ND MO.     550065176              089834-000825-41-01

SHIP VIA:PREPAID AUTH # 2005379X 8/24  2005397X 8/31

WIRE SIZE:00029.5 RND        100 X108-31  637.00  1.0793     687.51
PRODUCT: 11135 COPPER              ORD# 338831
S ARMORED PTZ               TOTAL UNIT PRICE-->  1.0793
PKG:52-8/9 X 9 REEL                      24
PETROCHEMICAL SURCHARGE                                       44.59
PART #:03858034
SHIPPING NUMBER:19799          S
ITEM/P.O. QTY:    1,190     1,190
                                           S        687.51

                              637.00              732.10

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                          03      09-01-05        00900356

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL          60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.    550065176                089834-000825-41-01

SHIP VIA:AUTH #2005397X 9/1


WIRE SIZE:00029.5 RND           100 X109-01   610.00  1.0793      658.37
PRODUCT: 11135 COPPER                ORD# 340804
S ARMORED PTZ                   TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                       24
PETROCHEMICAL SURCHARGE                                            42.70
PART #:03858034
SHIPPING NUMBER:19920             S
ITEM/P.O. QTY:    1,400         1,400

                                                S        658.37

                                610.00                   701.07

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                      03        09-05-05        00900763

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL        60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      550065176                    089834-000825-41-01

SHIP VIA:AUTH #2005397X 9/1

WIRE SIZE:00029.5 RND        100 X109-02   605.00  1.0793      652.98
PRODUCT: 11135 COPPER            ORD# 340804
S ARMORED PTZ                TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                      24
PETROCHEMICAL SURCHARGE                                        42.35
PART #:03858034
SHIPPING NUMBER:20015              S
ITEM/P.O. QTY:      1,400    1,400

                                                  S           652.98

                             605.00                           695.33

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

| INVOICE | 03 | 09-05-05 | 00900764 |
|---------|----|----------|----------|

DELPHI ENERGY & ENGINE MGMT SY

32 CELERITY WAGON

EL PASO TX 79906

PHELPS DODGE MAGNET WIRE CO.
P.O. BOX 91557
CHICAGO, IL          60693-1557

2ND DAY/2ND MO.      550065176                    089834-000825-41-01

SHIP VIA:AUTH #2005397X 9/1


WIRE SIZE:00029.5 RND          100 X109-05 2,570.00  1.0793    2,773.80
PRODUCT: 11135 COPPER              ORD# 340804
S ARMORED PTZ                  TOTAL UNIT PRICE-->  1.0793
PKG:52-8/9 X 9 REEL                     96
PETROCHEMICAL SURCHARGE                                        179.90
PART #:03858034
SHIPPING NUMBER:20113          S
ITEM/P.O. QTY:     1,400   1,400

                                                    S    2,773.80

                               2,570.00                  2,953.70

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                    03        09-11-05        00902246

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL        60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      550065176                  089834-000825-41-01

SHIP VIA:AUTH #2005397X 9/1   2005416X 09/09

WIRE SIZE:00029.5 RND          100 X109-09 2,087.00  1.0793   2,252.50
PRODUCT: 11135 COPPER              ORD# 340804
S ARMORED PTZ                  TOTAL UNIT PRICE-->  1.0793
PKG:52-8/9 X 9 REEL                      72
PETROCHEMICAL SURCHARGE                                        146.09
PART #:03850034
SHIPPING NUMBER:20607          S
ITEM/P.O. QTY:      1,400    1,400

                                                S   2,252.50

                              2,087.00              2,398.59

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

| INVOICE | 81 | 09-18-05 | 00903687 |

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL          60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.    550065176                      089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP

```
WIRE SIZE:00029.5 RND          100 W109-16   615.00  1.0793      663.77
PRODUCT: 11135 COPPER                ORD# 342521
S ARMORED PTZ                  TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                       24
PETROCHEMICAL SURCHARGE                                           43.05
PART #:03858034
SHIPPING NUMBER:02551                S
ITEM/P.O. QTY:     3,600       3,600

                                                     S           663.77

                                 615.00                          706.82
```

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550


INVOICE                    81        09-19-05        00903953

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL        60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      550065176                  089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND        100 W109-19   680.00  1.0793      733.92
PRODUCT: 11135 COPPER             ORD# 342521
S ARMORED PTZ                TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                  24
PETROCHEMICAL SURCHARGE                                        47.60
PART #:03858034
SHIPPING NUMBER:02565          S
ITEM/P.O. QTY:      3,600    3,600
                                                  S           733.92

                                      680.00                  781.52

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

*** CREDIT MEMO ***            03        09-20-05        00904110

DELPHI ENERGY & ENGINE MGMT SY            PHELPS DODGE MAGNET WIRE CO.
                                          P.O. BOX 91557
32 CELERITY WAGON                         CHICAGO, IL          60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      RWA#106611                089834-000825-41-20

106611
1
RR #20308 * 09/19/05
REF INV 885435, S/M 1671

| WIRE SIZE:00029.5 RND | 100 X9 | 30.00- | 1.0793 | 32.38- |
|---|---|---|---|---|
| PRODUCT: 11135 COPPER | | | 1.6404 | 49.21- |
| S ARMORED PTZ | TOTAL UNIT PRICE--> | 2.7197 | | |
| PKG:52-8/9 X 9 REEL | | 1- | | |
| SHIPPING NUMBER: | | | | |
| CONFIRMATION #:   069694 | | | | |

                                                    S        81.59-

                                          30.00-             81.59-

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                          81        09-20-05        00904283

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                         P.O. BOX 91557
32 CELERITY WAGON                        CHICAGO, IL          60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      550065176                    089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND          100 W109-20   499.00  1.0793      538.57
PRODUCT: 11135 COPPER                 ORD# 342521
S ARMORED PTZ                  TOTAL UNIT PRICE-->  1.0793
PKG:52-8/9 X 9 REEL                         18
PETROCHEMICAL SURCHARGE                                           34.93
PART #:03858034
SHIPPING NUMBER:02585              S
ITEM/P.O. QTY:    3,600      3,600

                                                    S            538.57

                                499.00                           573.50

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                    81        09-22-05        00904942

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL        60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      550065176                      089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND           100 W109-22 1,405.00  1.0793   1,516.42
PRODUCT: 11135 COPPER                 ORD# 342521
S ARMORED PTZ                   TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                          48
PETROCHEMICAL SURCHARGE                                         98.35
PART #:03858034
SHIPPING NUMBER:02610              S
ITEM/P.O. QTY:      3,600      3,600
                                                S      1,516.42

                                    1,405.00          1,614.77

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                    81        09-22-05        00904943

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL          60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      550065176                  089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND          100 W109-22   681.00  1.0793     735.00
PRODUCT: 11135 COPPER               ORD# 342521
S ARMORED PTZ                  TOTAL UNIT PRICE-->  1.0793
PKG:52-8/9 X 9 REEL                      24
PETROCHEMICAL SURCHARGE                                          47.67
PART #:03858034
SHIPPING NUMBER:02614          S
ITEM/P.O. QTY:      3,600     3,600
                                                    S          735.00

                                       681.00                  782.67

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                    81        09-26-05        00905522

DELPHI ENERGY & ENGINE MGMT SY        PHELPS DODGE MAGNET WIRE CO.
                                      P.O. BOX 91557
32 CELERITY WAGON                     CHICAGO, IL          60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.    550065176                089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND          100 W109-26 1,348.00  1.0793    1,454.90
PRODUCT: 11135 COPPER              ORD# 342521
S ARMORED PTZ                  TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                  46
PETROCHEMICAL SURCHARGE                                          94.36
PART #:03858034
SHIPPING NUMBER:02628            S
ITEM/P.O. QTY:    3,600     3,600
                                              S   1,454.90

                              1,348.00          1,549.26

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

        INVOICE                    81        09-27-05        00905876

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL         60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      550065176                      089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND          100 W109-27 1,492.00  1.0793    1,610.32
PRODUCT: 11135 COPPER                 ORD# 342521
S ARMORED PTZ                  TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                       48
PETROCHEMICAL SURCHARGE                                        104.44
PART #:03858034
SHIPPING NUMBER:02646             S
ITEM/P.O. QTY:      3,600    3,600
                                                    S    1,610.32

                              1,492.00                   1,714.76

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

|  INVOICE | 81 | 09-28-05 | 00906233 |

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL          60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.    550065176                    089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP

```
WIRE SIZE:00029.5 RND           100 W109-28   722.00  1.0793    779.25
PRODUCT: 11135 COPPER                    ORD# 342521
S ARMORED PTZ                   TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                              24
PETROCHEMICAL SURCHARGE                                         50.54
PART #:03858034
SHIPPING NUMBER:02650              S
ITEM/P.O. QTY:     3,600       3,600
                                                    S    779.25

                                       722.00            829.79
```

```
DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550
```

INVOICE                         81      09-29-05      00906513

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL           60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      550065176                    089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


```
WIRE SIZE:00029.5 RND          100 W109-29  719.00  1.0793      776.02
PRODUCT: 11135 COPPER                 ORD# 342521
S ARMORED PTZ                  TOTAL UNIT PRICE-->  1.0793
PKG:52-8/9 X 9 REEL                       24
PETROCHEMICAL SURCHARGE                                          50.33
PART #:03858034
SHIPPING NUMBER:02672          S
ITEM/P.O. QTY:     3,600     3,600

                                                    S           776.02

                                         719.00                 826.35
```

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550


      INVOICE                    81        09-30-05        00906879

DELPHI ENERGY & ENGINE MGMT SY        PHELPS DODGE MAGNET WIRE CO.
                                      P.O. BOX 91557
32 CELERITY WAGON                     CHICAGO, IL          60693-1557

EL PASO TX 79906


2ND DAY/2ND MO.      550065176                089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND           100 W109-30   370.00   1.0793      399.34
PRODUCT: 11135 COPPER                 ORD# 342521
S ARMORED PTZ                   TOTAL UNIT PRICE-->    1.0793
PKG:52-8/9 X 9 REEL                        12
PETROCHEMICAL SURCHARGE                                             25.90
PART #:03858034
SHIPPING NUMBER:02704                S
ITEM/P.O. QTY:      3,600       3,600

                                                       S          399.34

                                     370.00                       425.24



DELPHI CORPORATION
5725 DELPHI DRIVE
M/C 483.400.284
TROY MI 48092-815
LARRY BANION/KATHERINE REMWOLT

INVOICE

SHIP TO:

LOC. 10   DATE  09-30-05    NO. 00907066

**phelps dodge**
Magnet Wire Company
Phone (218) 421-5400

MAIL REMITTANCES TO:
PHELPS DODGE MAGNET WIRE CO.
P.O. BOX 91557
CHICAGO, IL          60693-1557

| TERMS | CUSTOMER PURCHASE ORDER NO. | CUSTOMER DESIGNATION |
|-------|------------------------------|----------------------|
| PAYABLE UPON RECEIPT  P1540022 | | 089834-000800-20-01 |

| DESCRIPTION | TYPE CHARGE | QTY SHIPPED | UNIT PRICE | AMOUNT USD |
|-------------|-------------|-------------|------------|------------|
| METALS CHARGES FOR 09-01-05 THRU 09-30-05 PER ATTACHED | | 75,027.00 | 1.7721 | 132,955.35 |

FAX: 248-813-8042 (ORGINAL DOES NOT NEED MAILED)

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                       81        10-03-05        00907246

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL        60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.      550065176                   089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND          100 W110-03 1,469.00  1.0793    1,585.49
PRODUCT: 11135 COPPER               ORD# 342521
S ARMORED PTZ                  TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                      48
PETROCHEMICAL SURCHARGE                                         102.83
PART #:03858034
SHIPPING NUMBER:02722          S
ITEM/P.O. QTY:      3,600    3,600

                                                     S         1,585.49

                                  1,469.00                     1,688.32

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                     81      10-04-05        00907570

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL        60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.    550065176                089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND        100 W110-04   697.00  1.0793      752.27
PRODUCT: 11135 COPPER              ORD# 342521
S ARMORED PTZ                TOTAL UNIT PRICE-->  1.0793
PKG:52-8/9 X 9 REEL                    24
PETROCHEMICAL SURCHARGE                                        48.79
PART #:03858034
SHIPPING NUMBER:02747            S
ITEM/P.O. QTY:      3,600    3,600

                                              S      752.27

                               697.00               801.06

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                81        10-05-05        00907908

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL        60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.    550065176                089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP

WIRE SIZE:00029.5 RND        100 W110-05   726.00  1.0793      783.57
PRODUCT: 11135 COPPER              ORD# 342521
S ARMORED PTZ               TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                         24
PETROCHEMICAL SURCHARGE                                        50.82
PART #:03858034
SHIPPING NUMBER:02752              S
ITEM/P.O. QTY:    3,600      3,600
                                                      S       783.57

                                    726.00                    834.39

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                    81      10-06-05        00908266

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL        60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.    550065176                    089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP


WIRE SIZE:00029.5 RND        100 W110-06 1,130.00  1.0793   1,219.61
PRODUCT: 11135 COPPER              ORD# 342521
S ARMORED PTZ                TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                36
PETROCHEMICAL SURCHARGE                                    ˙ 79.10
PART #:03858034
SHIPPING NUMBER:02765             S
ITEM/P.O. QTY:     3,600     3,600

                                                  S   1,219.61

                             1,130.00                 1,298.71

DELPHI ENERGY & ENG. SYSTEMS
DELPHI ENERGY & ENG. SYSTEMS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 1550
FLINT MI 48501-1550

INVOICE                    81        10-08-05        00908658

DELPHI ENERGY & ENGINE MGMT SY          PHELPS DODGE MAGNET WIRE CO.
                                        P.O. BOX 91557
32 CELERITY WAGON                       CHICAGO, IL        60693-1557

EL PASO TX 79906

2ND DAY/2ND MO.    550065176                    089834-000825-41-01

SHIP VIA:CUSTOMER PICK UP

WIRE SIZE:00029.5 RND         100 W110-07   725.00  1.0793        782.49
PRODUCT: 11135 COPPER                ORD# 342521
S ARMORED PTZ                 TOTAL UNIT PRICE-->   1.0793
PKG:52-8/9 X 9 REEL                     24
PETROCHEMICAL SURCHARGE                                           50.75
PART #:03858034
SHIPPING NUMBER:02794              S
ITEM/P.O. QTY:    3,600    3,600                      S    782.49

                                      725.00              833.24