IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: Delphi Corporation, et al. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 05-44481 (RDD) <br> Chapter 11 <br> <br> <br> <br> (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, J. Michael Brown, a member in good standing of the Bar in the State of South Carolina and the bar of the United States District Court for the District of South Carolina, request admission, ***pro hac vice***, before the Honorable Robert D. Drain to represent Hidria USA, Inc., a creditor in the above-referenced case.

J. Michael Brown
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200 (29601)
Post Office Box 10589
Greenville, SC  29603
Phone:  (864) 271-9580
Direct Line:  (864) 271-5378
E-mail:  mbrown@gwblawfirm.com

The filing fee of $25.00 has been submitted with this motion for *Pro Hac Vice* admission.

/s/    J. Michael Brown

May 24, 2007

Greenville, South Carolina