IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: Delphi Corporation, et al. | ) | Case No.: 05-44481 (RDD) |
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) | (Jointly Administered) |

ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

J. Michael Brown, a member in good standing of the Bar in the State of South Carolina and the bar of the United States District Court for the District of South Carolina, having requested admission, ***pro hac vice***, to represent Hidria USA, Inc., a creditor in the above-referenced case.

**ORDERED,**
that J. Michael Brown, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York          /s/ _____
                                                          UNITED STATES BANKRUPTCY JUDGE