# EXHIBIT A

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - Southern District of New York | PROOF OF CLAIM |
|---|---|

| | |
|---|---|
| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Millennium Industries Corporation**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**Millennium Industries Corporation**
**% John P. Hanslen and Susanna C. Brennan**
**Clark Hill PLC**
**500 Woodward Avenue, Suite 3500**
**Detroit, MI 48226-3435**

Telephone number: **313-965-8300**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

■ Check box if the address differs from the address on the envelope sent to you by the court.

This Space is for Court Use Only

Last 4 digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated:_____

**1. Basis for Claim**
- ■ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other_____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ **648,163.42**
■ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
■ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ **704,727.68**
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in the secured claim, if any: $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ■ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(2____).

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 648,163.42 _____ 704,727.68 1,352,891.10
(unsecured)      (secured)      (priority)      (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 28, 2006 | John C. Neeb, II, General Counsel |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**MILLENNIUM INDUSTRIES CORPORATION - ATTACHMENT TO PROOF OF CLAIM**
**DELPHI AUTOMOTIVE SYSTEMS LLC**
**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK - CASE NO. 05-44640**

| | | |
|---|---|---|
| Unsecured Nonpriority Claim* | $648,163.42 | (see attached itemization) |
| Unsecured Priority Claim | $704,727.68 | (see attached itemization) |

TOTAL CLAIM          $1,352,891.10

*Upon information and belief, some of the amounts included in this claim are for goods received by the Debtor within 20 days before the date of commencement of Debtor's bankruptcy filing in which the goods have been sold to the Debtor in the ordinary course of Debtor's business under 11 U.S.C. section 503(b)(9). Claimant reserves all rights to assert a claim under 11 U.S.C. section 507(a)(2) and/or bring an action pursuant to 11 U.S.C. section 503(b)(9) for recovery of these amounts.

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '000506190616 | RD 005050463 | K9 | 4 | 'CMR443405 | 8/31/2005 | ($213.17) | CMR443405 | SAG90I3442 |
| '900003155100 | RD 005050463 | K9 | 2 | '000019ISC3580902 | 9/1/2005 | $10,330.21 | 19000 | SAG90I3442 |
| '900003155130 | RD 005050463 | K9 | 2 | '000019ISC3588102 | 9/1/2005 | $3,668.97 | 19024 | SAG90I3442 |
| '900003155130 | RD 005050463 | K9 | 2 | '000019ISC3588802 | 9/1/2005 | $7,344.00 | 19031 | SAG90I3442 |
| '900003156825 | RD 005050463 | K9 | 2 | '000019ISC3587603 | 9/2/2005 | $154.11 | 19022 | SAG90I3442 |
| '900003156825 | RD 005050463 | K9 | 2 | '000019ISC3588003 | 9/2/2005 | $797.73 | 19023 | SAG90I3442 |
| '900003156826 | RD 005050463 | K9 | 2 | '000019ISC3588203 | 9/2/2005 | $10,472.56 | 19025 | SAG90I3442 |
| '900003156826 | RD 005050463 | K9 | 2 | '000019ISC3596303 | 9/2/2005 | $4,949.36 | 19040 | SAG90I3442 |
| '900003156826 | RD 005050463 | K9 | 2 | '000019ISC3597003 | 9/2/2005 | $7,344.00 | 19046 | SAG90I3442 |
| '900003159775 | RD 005050463 | K9 | 2 | '000019ISC3596407 | 9/6/2005 | $13,869.16 | 19041 | SAG90I3442 |
| '900003159775 | RD 005050463 | K9 | 2 | '000019ISC3605007 | 9/6/2005 | $3,056.40 | 19050 | SAG90I3442 |
| '900003159775 | RD 005050463 | K9 | 2 | '000019ISC3607307 | 9/6/2005 | $5,875.20 | 19061 | SAG90I3442 |
| '900003161091 | RD 005050463 | K9 | 2 | '000019ISC3605108 | 9/7/2005 | $11,871.76 | 19051 | SAG90I3442 |
| '900003161091 | RD 005050463 | K9 | 2 | '000019ISC3605208 | 9/7/2005 | $40.10 | 19052 | SAG90I3442 |
| '900003161091 | RD 005050463 | K9 | 2 | '000019ISC3605308 | 9/7/2005 | $62.15 | 19053 | SAG90I3442 |
| '900003161091 | RD 005050463 | K9 | 2 | '000019ISC3611808 | 9/7/2005 | $6,142.44 | 19069 | SAG90I3442 |
| '900003161091 | RD 005050463 | K9 | 2 | '190760ISC3612908 | 9/7/2005 | $4,406.40 | 19076 | SAG90I3442 |
| '900003162630 | RD 005050463 | K9 | 2 | '000019ISC3612109 | 9/8/2005 | $16,551.97 | 19070 | SAG90I3442 |
| '900003162630 | RD 005050463 | K9 | 2 | '000019ISC3612209 | 9/8/2005 | $437.58 | 19071 | SAG90I3442 |
| '900003162630 | RD 005050463 | K9 | 2 | '000019ISC3618809 | 9/8/2005 | $4,670.00 | 19082 | SAG90I3442 |
| '900003164340 | RD 005050463 | K9 | 2 | '000019ISC3618910 | 9/9/2005 | $13,486.08 | 19083 | SAG90I3442 |
| '900003164340 | RD 005050463 | K9 | 2 | '000019ISC3625710 | 9/9/2005 | $4,949.36 | 19091 | SAG90I3442 |
| '900003164341 | RD 005050463 | K9 | 2 | '000019ISC3626310 | 9/9/2005 | $7,344.00 | 19098 | SAG90I3442 |
| '900003166625 | RD 005050463 | K9 | 2 | '000019ISC3625613 | 9/12/2005 | $12,406.00 | 19090 | SAG90I3442 |
| '900003166625 | RD 005050463 | K9 | 2 | '000019ISC3632513 | 9/12/2005 | $4,559.61 | 19102 | SAG90I3442 |
| '900003166625 | RD 005050463 | K9 | 2 | '000019ISC3633713 | 9/12/2005 | $7,344.00 | 19113 | SAG90I3442 |
| '900003167890 | RD 005050463 | K9 | 2 | '000019ISC3632614 | 9/13/2005 | $12,469.97 | 19103 | SAG90I3442 |
| '900003167890 | RD 005050463 | K9 | 2 | '000019ISC3640214 | 9/13/2005 | $4,072.80 | 19118 | SAG90I3442 |
| '900003167891 | RD 005050463 | K9 | 2 | '000019ISC3641414 | 9/13/2005 | $7,344.00 | 19128 | SAG90I3442 |
| '900003169157 | RD 005050463 | K9 | 2 | '000019ISC3640315 | 9/14/2005 | $11,006.80 | 19119 | SAG90I3442 |
| '900003169157 | RD 005050463 | K9 | 2 | '000019ISC3646815 | 9/14/2005 | $4,661.83 | 19134 | SAG90I3442 |
| '900003169157 | RD 005050463 | K9 | 2 | '000019ISC3647715 | 9/14/2005 | $8,812.80 | 19142 | SAG90I3442 |
| '900003171910 | RD 005050463 | K9 | 2 | '000019ISC3646916 | 9/15/2005 | $10,612.12 | 19135 | SAG90I3442 |
| '900003171910 | RD 005050463 | K9 | 2 | '000019ISC3654916 | 9/15/2005 | $3,505.86 | 19147 | SAG90I3442 |

Attachment to Proof of Claim

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '900003171 9102 | RD 005050463 | K9 | 2 | '000019ISC3655516 | 9/15/2005 | $8,812.80 | 19153 | SAG9013442 |
| '900003173 5435 | RD 005050463 | K9 | 2 | '000019ISC3655417 | 9/16/2005 | $11,006.80 | 19149 | SAG9013442 |
| '900003173 5436 | RD 005050463 | K9 | 2 | '000019ISC3662017 | 9/16/2005 | $4,357.16 | 19165 | SAG9013442 |
| '900003173 5437 | RD 005050463 | K9 | 2 | '000019ISC3663817 | 9/16/2005 | $5,875.20 | 19172 | SAG9013442 |
| '900003175 9222 | RD 005050463 | K9 | 2 | '000019ISC3662120 | 9/19/2005 | $9,468.06 | 19166 | SAG9013442 |
| '900003175 9223 | RD 005050463 | K9 | 2 | '000019ISC3663920 | 9/19/2005 | $1,000.34 | 19173 | SAG9013442 |
| '900003175 9224 | RD 005050463 | K9 | 2 | '000019ISC3670220 | 9/19/2005 | $4,872.87 | 19184 | SAG9013442 |
| '900003175 9225 | RD 005050463 | K9 | 2 | '000019ISC3670720 | 9/19/2005 | $5,875.20 | 19193 | SAG9013442 |
| '900003175 9226 | RD 005050463 | K9 | 2 | '000019ISC3671920 | 9/19/2005 | $1,468.80 | 19194 | SAG9013442 |
| '900003177 0871 | RD 005050463 | K9 | 2 | '000019ISC3670021 | 9/20/2005 | $13,143.76 | 19182 | SAG9013442 |
| '900003177 0872 | RD 005050463 | K9 | 2 | '000019ISC3670121 | 9/20/2005 | $119.73 | 19183 | SAG9013442 |
| '900003177 0873 | RD 005050463 | K9 | 2 | '000019ISC3677321 | 9/20/2005 | $5,043.05 | 19199 | SAG9013442 |
| '900003177 0874 | RD 005050463 | K9 | 2 | '000019ISC3678521 | 9/20/2005 | $2,937.60 | 19208 | SAG9013442 |
| '900003178 6496 | RD 005050463 | K9 | 2 | '000019ISC3677422 | 9/21/2005 | $14,212.24 | 19200 | SAG9013442 |
| '900003178 6497 | RD 005050463 | K9 | 2 | '000019ISC3685822 | 9/21/2005 | $7,344.00 | 19218 | SAG9013442 |
| '900003178 6498 | RD 005050463 | K9 | 2 | '000019ISC3686022 | 9/21/2005 | $3,861.89 | 19222 | SAG9013442 |
| '900003179 9691 | RD 005050463 | K9 | 2 | '000019ISC3685723 | 9/22/2005 | $201.40 | 19217 | SAG9013442 |
| '900003179 9692 | RD 005050463 | K9 | 2 | '000019ISC3685923 | 9/22/2005 | $10,805.61 | 19219 | SAG9013442 |
| '900003179 9693 | RD 005050463 | K9 | 2 | '000019ISC3690823 | 9/22/2005 | $3,408.60 | 19226 | SAG9013442 |
| '900003179 9694 | RD 005050463 | K9 | 2 | '000019ISC3694023 | 9/22/2005 | $7,344.00 | 19230 | SAG9013442 |
| '900003182 1313 | RD 005050463 | K9 | 2 | '000019ISC3699024 | 9/23/2005 | $5,126.97 | 19236 | SAG9013442 |
| '900003182 1314 | RD 005050463 | K9 | 2 | '192430ISC3702724 | 9/23/2005 | $7,344.00 | 19243 | SAG9013442 |
| '900003184 3471 | RD 005050463 | K9 | 2 | '000019ISC3690927 | 9/26/2005 | $11,465.47 | 19227 | SAG9013442 |
| '900003184 3472 | RD 005050463 | K9 | 2 | '000019ISC3699127 | 9/26/2005 | $12,075.28 | 19237 | SAG9013442 |
| '900003184 3473 | RD 005050463 | K9 | 2 | '000019ISC3708227 | 9/26/2005 | $4,168.06 | 19248 | SAG9013442 |
| '900003184 3474 | RD 005050463 | K9 | 2 | '000019ISC3709627 | 9/26/2005 | $7,344.00 | 19256 | SAG9013442 |
| '900003185 4415 | RD 005050463 | K9 | 2 | '000019ISC3708328 | 9/27/2005 | $13,004.21 | 19249 | SAG9013442 |
| '900003185 4416 | RD 005050463 | K9 | 2 | '000019ISC3708428 | 9/27/2005 | $153.56 | 19255 | SAG9013442 |
| '900003185 4417 | RD 005050463 | K9 | 2 | '000019ISC3716028 | 9/27/2005 | $3,688.16 | 19262 | SAG9013442 |
| '900003185 4418 | RD 005050463 | K9 | 2 | '192700ISC3718228 | 9/27/2005 | $4,406.40 | 19270 | SAG9013442 |
| '900003186 7561 | RD 005050463 | K9 | 2 | '000019ISC3716129 | 9/28/2005 | $13,538.45 | 19263 | SAG9013442 |
| '900003186 7562 | RD 005050463 | K9 | 2 | '000019ISC3722729 | 9/28/2005 | $2,391.73 | 19272 | SAG9013442 |
| '900003186 7563 | RD 005050463 | K9 | 2 | '000019ISC3723129 | 9/28/2005 | $5,875.20 | 19277 | SAG9013442 |
| '900003188 4144 | RD 005050463 | K9 | 2 | '000019ISC3729730 | 9/29/2005 | $2,100.36 | 19286 | SAG9013442 |

Millennium Industries Corporation
C:\NrPortbl\ClarkHill\SDEEBY\6299619_1

Attachment to Proof of Claim

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '9000031884145 | RD 005050463 | K9 | 2 | '000019ISC3729830 | 9/29/2005 | $1,650.67 | 19287 | SAG9013442 |
| '9000031905183 | RD 005050463 | K9 | 2 | '000019ISC3729901 | 9/30/2005 | $11,006.80 | 19288 | SAG9013442 |
| '9000031905184 | RD 005050463 | K9 | 2 | '000019ISC3732701 | 9/30/2005 | $5,875.20 | 19292 | SAG9013442 |
| '9000031905185 | RD 005050463 | K9 | 2 | '000019ISC3737301 | 9/30/2005 | $2,883.51 | 19298 | SAG9013442 |
| '9000031905186 | RD 005050463 | K9 | 2 | '193540ISC3742301 | 9/30/2005 | $7,344.00 | 19354 | SAG9013442 |
| '9000031926364 | RD 005050463 | K9 | 2 | '000019ISC3737404 | 10/3/2005 | $12,075.28 | 19299 | SAG9013442 |
| '9000031926365 | RD 005050463 | K9 | 2 | '000019ISC3737504 | 10/3/2005 | $873.87 | 19300 | SAG9013442 |
| '9000031926366 | RD 005050463 | K9 | 2 | '000019ISC3746304 | 10/3/2005 | $4,976.60 | 19359 | SAG9013442 |
| '9000031926367 | RD 005050463 | K9 | 2 | '193720ISC3749004 | 10/3/2005 | $7,344.00 | 19372 | SAG9013442 |
| '9000031937800 | RD 005050463 | K9 | 2 | '000019ISC3746405 | 10/4/2005 | $10,472.56 | 19360 | SAG9013442 |
| '9000031937801 | RD 005050463 | K9 | 2 | '000019ISC3754105 | 10/4/2005 | $7,060.03 | 19377 | SAG9013442 |
| '9000031937802 | RD 005050463 | K9 | 2 | '000019ISC3755805 | 10/4/2005 | $7,344.00 | 19387 | SAG9013442 |
| '9000031954593 | RD 005050463 | K9 | 2 | '000019ISC3754206 | 10/5/2005 | $1,116.36 | 19378 | SAG9013442 |
| '9000031954594 | RD 005050463 | K9 | 2 | '000019ISC3754306 | 10/5/2005 | $11,541.04 | 19379 | SAG9013442 |
| '9000031954595 | RD 005050463 | K9 | 2 | '000019ISC3761006 | 10/5/2005 | $6,425.77 | 19389 | SAG9013442 |
| '9000031954596 | RD 005050463 | K9 | 2 | '000019ISC3762606 | 10/5/2005 | $8,812.80 | 19398 | SAG9013442 |
| '9000032645637 | RD 005050463 | K9 | 2 | '199330ISC4097410 | 10/5/2005 | $6,406.45 | 19933 | SAG9FI5866 |
| '9000031970692 | RD 005050463 | K9 | 2 | '000019ISC3761107 | 10/6/2005 | $16,943.85 | 19390 | SAG9013442 |
| '9000031970693 | RD 005050463 | K9 | 2 | '000019ISC3770307 | 10/6/2005 | $4,293.62 | 19405 | SAG9013442 |
| '9000031970694 | RD 005050463 | K9 | 2 | '000019ISC3771307 | 10/6/2005 | $8,812.80 | 19415 | SAG9013442 |
| '9000031984237 | RD 005050463 | K9 | 2 | '000019ISC3776408 | 10/7/2005 | $4,195.24 | 19419 | SAG9013442 |
| '9000031984238 | RD 005050463 | K9 | 2 | '000019ISC3777408 | 10/7/2005 | $5,875.20 | 19425 | SAG9013442 |
| '9000034175576 | RD 005050463 | K9 | 2 | '000100ISC4981202 | 6/1/2006 | $15,761.28 | 100704 | SAG9013442 |
| '9000034417577 | RD 005050463 | K9 | 2 | '000100ISC4991402 | 6/1/2006 | $6,002.73 | 100713 | SAG9013442 |
| '9000034417578 | RD 005050463 | K9 | 2 | '000100ISC4992202 | 6/1/2006 | $5,679.36 | 100717 | SAG9013442 |
| '9000034440946 | RD 005050463 | K9 | 2 | '000100ISC4991503 | 6/2/2006 | $7,606.53 | 100714 | SAG9013442 |
| '9000034440947 | RD 005050463 | K9 | 2 | '000100ISC4999103 | 6/2/2006 | $5,814.20 | 100723 | SAG9013442 |
| '9000034461952 | RD 005050463 | E4 | 2 | '520536ISC51001 | 6/5/2006 | $10,303.20 | 100716 | D0550087186 |
| '9000034461953 | RD 005050463 | K9 | 2 | '000100ISC4999206 | 6/5/2006 | $9,679.52 | 100724 | SAG9013442 |
| '9000034461954 | RD 005050463 | K9 | 2 | '000100ISC4999806 | 6/5/2006 | $5,679.36 | 100728 | SAG9013442 |
| '9000034461955 | RD 005050463 | K9 | 2 | '000100ISC5006306 | 6/5/2006 | $6,105.57 | 100732 | SAG9013442 |
| '9000034473299 | RD 005050463 | E4 | 2 | '520536897001 | 6/6/2006 | $6,181.92 | 100725 | D0550087186 |
| '9000034473300 | RD 005050463 | K9 | 2 | '000100ISC5006207 | 6/6/2006 | $7,542.56 | 100731 | SAG9013442 |
| '9000034473301 | RD 005050463 | K9 | 2 | '000100ISC5014807 | 6/6/2006 | $6,021.65 | 100743 | SAG9013442 |

Millennium Industries Corporation
C:\NrPortbl\ClarkHill\SDEEBY\5299619_1

Attachment to Proof of Claim

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| 900003447330 | RD 005050463 | K9 | 2 | '100745ISC5016207 | 6/6/2006 | $9,465.60 | 100745 | SAG9013442 |
| 900003448553 | RD 005050463 | E4 | 2 | '5205377726001 | 6/7/2006 | $2,060.64 | 100737 | D0550087186 |
| 900003448553 | RD 005050463 | K9 | 2 | '000100ISC5014708 | 6/7/2006 | $6,409.27 | 100742 | SAG9013442 |
| 900003448553 | RD 005050463 | K9 | 2 | '000100ISC5023508 | 6/7/2006 | $4,718.18 | 100751 | SAG9013442 |
| 900003448553 | RD 005050463 | K9 | 2 | '000100ISC5025208 | 6/7/2006 | $5,679.36 | 100756 | SAG9013442 |
| 900003449820 | RD 005050463 | E4 | 2 | '5205387902001 | 6/8/2006 | $4,121.28 | 100744 | D0550087186 |
| 900003449820 | RD 005050463 | K9 | 2 | '000100ISC5023409 | 6/8/2006 | $5,597.52 | 100750 | SAG9013442 |
| 900003449820 | RD 005050463 | K9 | 2 | '000100ISC5026209 | 6/8/2006 | $7,996.80 | 100748 | SAG9013442 |
| 900003449820 | RD 005050463 | K9 | 2 | '000100ISC5030909 | 6/8/2006 | $5,054.11 | 100762 | SAG9013442 |
| 900003451622 | RD 005050463 | E4 | 2 | '5205396687001 | 6/9/2006 | $20,606.40 | 100754 | D0550087186 |
| 900003451622 | RD 005050463 | K9 | 2 | '000100ISC5034110 | 6/9/2006 | $5,679.36 | 100765 | SAG9013442 |
| 900003451622 | RD 005050463 | K9 | 2 | '000100ISC5040910 | 6/9/2006 | $5,054.11 | 100769 | SAG9013442 |
| 900003453645 | RD 005050463 | K9 | 2 | '000100ISC5040813 | 6/12/2006 | $12,371.28 | 100768 | SAG9013442 |
| 900003453645 | RD 005050463 | K9 | 2 | '100776ISC5048513 | 6/12/2006 | $7,524.26 | 100776 | SAG9013442 |
| 900003454745 | RD 005050463 | K9 | 2 | '100782ISC5050013 | 6/12/2006 | $5,679.36 | 100782 | SAG9013442 |
| 900003454731 | RD 005050463 | E4 | 2 | '5205420512011 | 6/13/2006 | $8,242.56 | 100770 | D0550087186 |
| 900003454731 | RD 005050463 | K9 | 2 | '000100ISC5030714 | 6/13/2006 | $9,615.54 | 100761 | SAG9013442 |
| 900003454731 | RD 005050463 | K9 | 2 | '000100ISC5041914 | 6/13/2006 | $4,569.60 | 100758 | SAG9013442 |
| 900003454731 | RD 005050463 | K9 | 2 | '000100ISC5042014 | 6/13/2006 | $3,427.20 | 100760 | SAG9013442 |
| 900003454731 | RD 005050463 | K9 | 2 | '000100ISC5058114 | 6/13/2006 | $5,186.90 | 100787 | SAG9013442 |
| 900003454731 | RD 005050463 | K9 | 2 | '000100ISC5059514 | 6/13/2006 | $9,465.60 | 100789 | SAG9013442 |
| 900003454731 | RD 005050463 | K9 | 2 | '100775ISC5059314 | 6/13/2006 | $7,996.80 | 100775 | SAG9013442 |
| 900003456010 | RD 005050463 | E4 | 2 | '5205430486001 | 6/14/2006 | $22,667.04 | 100780 | D0550087186 |
| 900003456010 | RD 005050463 | K9 | 2 | '000100ISC5065415 | 6/14/2006 | $5,560.10 | 100793 | SAG9013442 |
| 900003456010 | RD 005050463 | K9 | 2 | '000100ISC5067215 | 6/14/2006 | $5,679.36 | 100801 | SAG9013442 |
| 900003456010 | RD 005050463 | K9 | 2 | '100786ISC5066615 | 6/14/2006 | $9,814.09 | 100786 | SAG9013442 |
| 900003457727 | RD 005050463 | E4 | 2 | '5205442074001 | 6/15/2006 | $18,545.76 | 100788 | D0550087186 |
| 900003457728 | RD 005050463 | K9 | 2 | '000100ISC5065516 | 6/15/2006 | $15,717.60 | 100794 | SAG9013442 |
| 900003457728 | RD 005050463 | K9 | 2 | '000100ISC5073816 | 6/15/2006 | $1,037.78 | 100807 | SAG9013442 |
| 900003459435 | RD 005050463 | E4 | 2 | '5205451287001 | 6/16/2006 | $6,181.92 | 100797 | D0550087186 |
| 900003459435 | RD 005050463 | K9 | 2 | '000100ISC5073917 | 6/16/2006 | $7,363.61 | 100808 | SAG9013442 |
| 900003459435 | RD 005050463 | K9 | 2 | '000100ISC5081517 | 6/16/2006 | $5,177.52 | 100819 | SAG9013442 |
| 900003459435 | RD 005050463 | K9 | 2 | '000100ISC5082417 | 6/16/2006 | $5,679.36 | 100822 | SAG9013442 |
| 900003459435 | RD 005050463 | K9 | 2 | '000100ISC5084717 | 6/16/2006 | $3,319.20 | 100825 | SAG9013442 |

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| 900003462578 | RD 005050463 | E4 | 2 | 5205471461001 | 6/19/2006 | $12,363.84 | 100810 | D0550087186 |
| 9000034613737 | RD 005050463 | K9 | 2 | 000100ISC5081420 | 6/19/2006 | $9,615.54 | 100818 | SAG9013442 |
| 9000034613738 | RD 005050463 | K9 | 2 | 100265ISC5092120 | 6/19/2006 | $5,875.20 | 100265 | SAG9013442 |
| 9000034613739 | RD 005050463 | K9 | 2 | 100828ISC5088720 | 6/19/2006 | $4,983.65 | 100828 | SAG9013442 |
| 9000034613740 | RD 005050463 | K9 | 2 | 100835ISC5090420 | 6/19/2006 | $7,572.48 | 100835 | SAG9013442 |
| 900003462579 | RD 005050463 | E4 | 2 | 5205471728001 | 6/20/2006 | $258.96 | 22055 | D0550087164 |
| 900003462580 | RD 005050463 | E4 | 2 | 5205472065001 | 6/20/2006 | $8,242.56 | 100821 | D0550087186 |
| 900003462581 | RD 005050463 | K9 | 2 | 000100ISC5089021 | 6/20/2006 | $13,754.82 | 100827 | SAG9013442 |
| 900003462582 | RD 005050463 | K9 | 2 | 000100ISC5096521 | 6/20/2006 | $5,592.42 | 100843 | SAG9013442 |
| 900003462583 | RD 005050463 | K9 | 2 | 000100ISC5098421 | 6/20/2006 | $5,679.36 | 100846 | SAG9013442 |
| 900003436174 | RD 005050463 | E4 | 2 | 5205480106001 | 6/21/2006 | $6,181.92 | 100832 | D0550087186 |
| 900003436175 | RD 005050463 | K9 | 2 | 000100ISC5096422 | 6/21/2006 | $7,083.90 | 100841 | SAG9013442 |
| 900003436176 | RD 005050463 | K9 | 2 | 000100ISC5102822 | 6/21/2006 | $5,507.62 | 100851 | SAG9013442 |
| 900003436177 | RD 005050463 | K9 | 2 | 000100ISC5104122 | 6/21/2006 | $3,786.24 | 100855 | SAG9013442 |
| 9005016236689 | RD 005050463 | K9 | 4 | CMR444232 | 6/21/2006 | ($257.45) | CMR444232 | 90I3442 |
| 9000034646741 | RD 005050463 | E4 | 2 | 5205498150001 | 6/22/2006 | $2,060.64 | 100844 | D0550087186 |
| 9000034648311 | RD 005050463 | K9 | 2 | 000100ISC5106923 | 6/22/2006 | $12,685.83 | 100850 | SAG9013442 |
| 9000034648312 | RD 005050463 | K9 | 2 | 000100ISC5112223 | 6/22/2006 | $5,780.95 | 100861 | SAG9013442 |
| 9000034648313 | RD 005050463 | K9 | 2 | 000100ISC5112723 | 6/22/2006 | $5,679.36 | 100866 | SAG9013442 |
| 9005016236688 | RD 005050463 | K9 | 4 | CMR444241 | 6/22/2006 | ($203.94) | CMR444241 | 90I3442 |
| 900003467412 | RD 005050463 | E4 | 2 | 5205498208001 | 6/23/2006 | $8,242.56 | 100853 | D0550087186 |
| 9000034667413 | RD 005050463 | K9 | 2 | 000100ISC5112124 | 6/23/2006 | $10,289.34 | 100860 | SAG9013442 |
| 9000034667414 | RD 005050463 | K9 | 2 | 000100ISC5118824 | 6/23/2006 | $1,799.55 | 100870 | SAG9013442 |
| 9000034667415 | RD 005050463 | K9 | 4 | 100876ISC5121424 | 6/23/2006 | $5,679.36 | 100876 | SAG9013442 |
| 9000034685154 | RD 005050463 | K9 | 4 | BDM178016SC51121 | 6/23/2006 | ($5,342.40) | 100860 | SAG9013442 |
| 9000034685155 | RD 005050463 | K9 | 4 | BDM178017SC51121 | 6/23/2006 | ($928.92) | 100860 | SAG9013442 |
| 9000034685156 | RD 005050463 | K9 | 4 | BDM178018SC51121 | 6/23/2006 | ($4,018.02) | 100860 | SAG9013442 |
| 9000034687182 | RD 005050463 | E4 | 2 | 5205512507001 | 6/26/2006 | $257.04 | 22133 | D0550087167 |
| 9000034687183 | RD 005050463 | E4 | 2 | 5205512534001 | 6/26/2006 | $6,181.92 | 100863 | D0550087186 |
| 9000034687184 | RD 005050463 | K9 | 2 | 000100ISC5119127 | 6/26/2006 | $11,925.71 | 100872 | SAG9013442 |
| 9000034687185 | RD 005050463 | K9 | 2 | 000100ISC5128827 | 6/26/2006 | $2,205.07 | 100879 | SAG9013442 |
| 9000034687186 | RD 005050463 | K9 | 2 | 100860ISC5132827 | 6/26/2006 | $11,505.69 | 100860 | SAG9013442 |
| 9000034697871 | RD 005050463 | E4 | 2 | 5205520565001 | 6/27/2006 | $8,242.56 | 100873 | D0550087186 |
| 9000034697872 | RD 005050463 | K9 | 2 | 000100ISC5128728 | 6/27/2006 | $11,383.45 | 100878 | SAG9013442 |

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '900003469787 | RD 005050463 | K9 | 2 | '000100ISC5132728 | 6/27/2006 | $5,679.36 | 100885 | SAG9013442 |
| '900003469787 | RD 005050463 | K9 | 2 | '000100ISC5138428 | 6/27/2006 | $4,932.80 | 100894 | SAG9013442 |
| '900003469787 | RD 005050463 | K9 | 2 | '000100ISC5140228 | 6/27/2006 | $3,786.24 | 100896 | SAG9013442 |
| '900003470869 | RD 005050463 | E4 | 2 | '520552909300 | 6/28/2006 | $6,181.92 | 100883 | D0550087186 |
| '900003470869 | RD 005050463 | K9 | 2 | '000100ISC5138129 | 6/28/2006 | $6,079.40 | 100893 | SAG9013442 |
| '900003470870 | RD 005050463 | K9 | 2 | '000100ISC5143429 | 6/28/2006 | $3,573.30 | 100903 | SAG9013442 |
| '900003470870 | RD 005050463 | K9 | 2 | '000100ISC5144929 | 6/28/2006 | $5,679.36 | 100908 | SAG9013442 |
| '900003472035 | RD 005050463 | E4 | 2 | '520553899900 | 6/29/2006 | $10,303.20 | 100895 | D0550087186 |
| '900003472035 | RD 005050463 | K9 | 2 | '000100ISC5143330 | 6/29/2006 | $8,547.06 | 100902 | SAG9013442 |
| '900003472035 | RD 005050463 | K9 | 2 | '000100ISC5150230 | 6/29/2006 | $5,704.07 | 100915 | SAG9013442 |
| '900003472036 | RD 005050463 | K9 | 2 | '000100ISC5151130 | 6/29/2006 | $5,679.36 | 100920 | SAG9013442 |
| '900003472036 | RD 005050463 | K9 | 2 | '000100ISC5153030 | 6/29/2006 | $1,967.59 | 100921 | SAG9013442 |
| '900003473686 | RD 005050463 | E4 | 2 | '520554781000 | 6/30/2006 | $2,060.64 | 100905 | D0550087186 |
| '900003473686 | RD 005050463 | K9 | 2 | '100925ISC5156901 | 6/30/2006 | $1,939.34 | 100925 | SAG9013442 |
| '900003473686 | RD 005050463 | K9 | 2 | '100933ISC5157701 | 6/30/2006 | $5,679.36 | 100933 | SAG9013442 |
| '900003476635 | RD 005050463 | E4 | 2 | '520557351200 | 7/10/2006 | $4,121.28 | 100927 | D0550087186 |
| '900003476635 | RD 005050463 | K9 | 2 | '000100ISC5150311 | 7/10/2006 | $8,547.06 | 100916 | SAG9013442 |
| '900003477796 | RD 005050463 | E4 | 2 | '520558506300 | 7/12/2006 | $4,121.28 | 100946 | D0550087186 |
| '900003479370 | RD 005050463 | HT | 2 | '520559976900 | 7/14/2006 | $4,121.28 | 100945 | D0550086627 |
| '900003480783 | RD 005050463 | HT | 2 | '520561001100 | 7/17/2006 | $2,060.64 | 100950 | D0550086627 |
| '900003480783 | RD 005050463 | K9 | 2 | '000100ISC5170418 | 7/17/2006 | $2,570.71 | 100967 | SAG9013442 |
| '900003480783 | RD 005050463 | K9 | 2 | '100970ISC5172918 | 7/17/2006 | $5,679.36 | 100970 | SAG9013442 |
| '900003481622 | RD 005050463 | K9 | 2 | '000100ISC5170319 | 7/18/2006 | $8,707.74 | 100966 | SAG9013442 |
| '900003481622 | RD 005050463 | K9 | 2 | '000100ISC5176519 | 7/18/2006 | $4,452.09 | 100976 | SAG9013442 |
| '900003481622 | RD 005050463 | K9 | 2 | '100979ISC5178619 | 7/18/2006 | $5,679.36 | 100979 | SAG9013442 |
| '900003485991 | RD 005050463 | K9 | 2 | '000100ISC5176420 | 7/19/2006 | $8,012.82 | 100975 | SAG9013442 |
| '900003485992 | RD 005050463 | K9 | 2 | '000100ISC5182520 | 7/19/2006 | $6,645.02 | 100986 | SAG9013442 |
| '900003485993 | RD 005050463 | K9 | 2 | '100992ISC5183920 | 7/19/2006 | $5,994.88 | 100992 | SAG9013442 |
| '900003484129 | RD 005050463 | K9 | 2 | '000100ISC5189321 | 7/20/2006 | $5,232.04 | 100998 | SAG9013442 |
| '900003484129 | RD 005050463 | K9 | 2 | '101005ISC5191221 | 7/20/2006 | $5,679.36 | 101005 | SAG9013442 |

Pre-petition (unsecured nonpriority claim)             $591,576.77

Post-petition (unsecured priority claim)             $704,727.68

Attachment to Proof of Claim

Millennium Industries Corporation
C:\N\Portbl\Clark Hill\SDEEBY\5299619_1

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|-----------|--------|------------|----------|------------|---------------|--------------|----------------|------------------|
| TOTAL | | | | | | $1,296,304.45 | | |

Attachment to Proof of Claim

Millennium Industries Corporation
C:\Nr\Portbl\Clark\Hill\SDEEBY\5299619_1

| Invoice # | BoI # | Trans. Date | Trans Type | Curr | Total Amount |
|---|---|---|---|---|---|
| 19244 | | 9/23/2005 | INV | US | $16,753.00 |
| 19245 | | 9/23/2005 | INV | US | $4,022.00 |
| 19246 | | 9/23/2005 | INV | US | $6,553.00 |
| 19273 | 000019273 | 9/28/2005 | INV | US | $13,535.65 |
| 19405 | 000019404 | 10/5/2005 | INV | US | $15,723.00 |

Pre-petition (unsecured nonpriority claim)          $56,586.65
Post-petition (unsecured priority claim)          $0.00

TOTAL          $56,586.65

Millennium Industries          Attachment to Proof of Claim
C:\Nr Portbl\ClarkHill\SDEEBY\5299619_1