# EXHIBIT B

Page No: 1

# CUSTOMER INVOICE

**Millennium INDUSTRIES**

6285 Garfield Ave. Cass City, Michigan 48726
Tel: 989-872-8823  Fax: 989-872-8824

925 North Main Street Ligonier, Indiana 46767
Tel: 260-894-3163  Fax: 260-894-4427

| INVOICE NO. | INVOICE DATE |
|---|---|
| 19245 | 9/23/05 |

**SOLD TO:**
BDELSG
DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
3900 HOLLAND RD. PLANT 3
SAGINAW, MI USA 48601-9494

**SHIP TO:**

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 9/23/05 | | 005050463 | | | NET 30 DAYS |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | STEEL SURCHARGES FOR JULY RECEIPTS AT YOUR FACILITY | 52S50830 | | 1.00 EA | 4022.00000 EA | 4022.00 |

**CURRENCY:** US FUNDS

**TOTAL:** 4022.00

Supplier  **Millennium Industries**

Purchase Order #  **S2S50830**

Date  **August 23, 2005**

Activity Period  **07/01/2005 - 07/31/2005**

▓ = Delphi will Supply

Surcharge Type  

Trigger Point on Scrap

| Delphi Part # | Region | Plant | Product Line | Steel Supplier Name | Steel Type | Surcharge/ Ton for Part $ | Total Pieces Received | Net Weight Per Pc in Lbs. | Net Weight Received | Surcharge Per Pc | Surcharge Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7811036 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 85.2 | 8,600 | 0.44 | 3784 | $0.01874 | $ 161 |
| 7813534 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 85.2 | 6,000 | 0.866 | 5196 | $0.03689 | $ 221 |
| 7847375 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 85.2 | 5,600 | 0.69 | 3864 | $0.02939 | $ 165 |
| 25736885 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 85.2 | 8,460 | 1.689 | 14288.94 | $0.07195 | $ 609 |
| 26042416 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 85.2 | 32,400 | 1.118 | 36223.2 | $0.04763 | $ 1,543 |
| 26042425 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 85.2 | 49,500 | 0.474 | 23463 | $0.02019 | $ 1,000 |
| 26044618 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 85.2 | 59 | 0.69 | 40.71 | $0.02939 | $ 2 |
| 26100584 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 85.2 | 6,750 | 1.118 | 7546.5 | $0.04763 | $ 321 |
|  |  |  |  |  |  |  |  |  | 0 |  | $ - |
|  |  |  |  |  |  |  |  |  | 0 |  | $ - |

Total Surcharge  4021.71

% Delphi Agree to pay After Trigger Point  100%

Total Surcharge Owed to Supplier  $ 4,022

Page No: 1

**Millennium**
INDUSTRIES

6285 Garfield Ave. Cass City, Michigan 48726
Tel: 989-872-8823  Fax: 989-872-8824

925 North Main Street Ligonier, Indiana 46767
Tel: 260-894-3163  Fax: 260-894-4427

# CUSTOMER INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 19244 | 9/23/05 |

**SOLD TO**
BDELSG
DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
3900 HOLLAND RD. PLANT 3
SAGINAW, MI USA 48601-9494

**SHIP TO**

| F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|
| ORIGIN | | AUTOMOTIVE COMPONENT CARRIER | | NET 30 DAYS |

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE |
|---|---|---|
| 9/23/05 | | 005050463 |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | STEEL SURCHARGES FOR JUNE RECEIPTS AT YOUR FACILITY | S2550830 | | 1.00 EA | 16573.00000 EA | 16573.00 |

CURRENCY: US FUNDS

TOTAL: 16573.00

Supplier: __Millennium Industries__

Purchase Order #: S2550830

Activity Period: 06/01/2005 - 06/30/2005

Date: September 23, 2005

Surcharge Type: = Delphi will Supply

### Trigger Point on Scrap

| Delphi Part # | Region | Plant | Product Line | Steel Supplier Name | Steel Type | Surcharge/ Ton for Part $ | Total Pieces Received | Net Weight Per Pc In Lbs. | Net Weight Received | Surcharge Per Pc | Surcharge Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7811036 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 10,320 | 0.44 | 4540.8 | $0.02974 | $ 307 |
| 7813534 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 9,000 | 0.866 | 7794 | $0.05854 | $ 527 |
| 7847375 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 7,700 | 0.69 | 5313 | $0.04664 | $ 359 |
| 25736885 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 17,100 | 1.689 | 28881.9 | $0.11418 | $ 1,952 |
| 26042416 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 78,300 | 1.118 | 87539.4 | $0.07558 | $ 5,918 |
| 26042425 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 115,500 | 0.474 | 54747 | $0.03204 | $ 3,701 |
| 26044618 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | - | 0.69 | 0 | $0.04664 | $ - |
| 26100584 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 50,400 | 1.118 | 56347.2 | $0.07558 | $ 3,809 |
|  |  |  |  |  |  |  |  |  | 0 |  | $ - |
|  |  |  |  |  |  |  |  |  | 0 |  | $ - |

Total Surcharge: 16573.04

% Delphi Agree to pay After Trigger Point: 100%

Total Surcharge Owed to Supplier: $ 16,573

Page No: 1

# Millennium
INDUSTRIES

6285 Garfield Ave. Cass City, Michigan 48726
Tel: 989-872-8823  Fax: 989-872-8824

925 North Main Street Ligonier, Indiana 46767
Tel: 260-894-3163  Fax: 260-894-4427

## CUSTOMER INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 19246 | 9/23/05 |

**SOLD TO**
BDELSG
DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
3900 HOLLAND RD. PLANT 3
SAGINAW, MI USA 48601-9494

**SHIP TO**

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | CUSTOMER PO# | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/23/05 | | 005050463 | | | S2S50830 | NET 30 DAYS |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | STEEL SURCHARGES FOR AUGUST FOR RECEIPTS AT YOUR FACILITY | | 1.00 EA | 6553.00000 EA | 6553.00 |

| | TOTAL: | 6553.00 |
|---|---|---|

**CURRENCY:** US FUNDS

**Supplier:** Millennium Industries

**Purchase Order #:** S2S50830

**Activity Period:** 08/01/2005 - 08/31/2005

**Date:** May 23, 2007

**Surcharge Type:** ▓ = Delphi will Supply

### Trigger Point on Scrap

| Delphi Part # | Region | Plant | Product Line | Steel Supplier Name | Steel Type | Surcharge/Ton for Part $ | Total Pieces Received | Net Weight Per Pc in Lbs. | Net Weight Received | Surcharge Per Pc | Surcharge Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7811036 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 65.2 | 15,480 | 0.44 | 6811.2 | $0.01434 | $ 222 |
| 7813534 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 65.2 | 12,000 | 0.866 | 10392 | $0.02823 | $ 339 |
| 7847375 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 65.2 | 9,800 | 0.69 | 6762 | $0.02249 | $ 220 |
| 25736885 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 65.2 | 18,000 | 1.689 | 30402 | $0.05506 | $ 991 |
| 26042416 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 65.2 | 60,300 | 1.118 | 67415.4 | $0.03645 | $ 2,198 |
| 26042425 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 65.2 | 103,500 | 0.474 | 49059 | $0.01545 | $ 1,599 |
| 26044618 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 65.2 | (4) | 0.69 | -2.76 | $0.02249 | $ (0) |
| 26100584 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 65.2 | 27,000 | 1.118 | 30186 | $0.03645 | $ 984 |
|  |  |  |  |  |  |  |  |  | 0 |  | $ - |
|  |  |  |  |  |  |  |  |  | 0 |  | $ - |

Total Surcharge    6553.41

% Delphi Agree to pay After Trigger Point    100%

Total Surcharge Owed to Supplier    $ 6,553

# CUSTOMER INVOICE

**Millennium Industries**
6285 Garfield Ave. Cass City, Michigan 48726
Tel: 989-872-8823   Fax: 989-872-8824
925 North Main Street Ligonier, Indiana 46767
Tel: 260-894-3163   Fax: 260-894-4427

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 19404 | 10/05/05 |

**SOLD TO:**
BDELSG
DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
3900 HOLLAND RD. PLANT 3
SAGINAW, MI USA 48601-9494

**SHIP TO:**

| F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|
|  |  | NET 30 DAYS |

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE |
|---|---|---|
| 10/05/05 |  | 005050463 |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 |  | STEEL SURCHARGES FOR RECEIPTS AT YOUR PLANT IN THE MONTH OF SEPTEMBER | S2S50830 |  | 1.00 EA | 15723.00000 EA | 15723.00 |

**CURRENCY:** US FUNDS

**TOTAL:** 15723.00

Page No: 1

# Millennium
INDUSTRIES

6285 Garfield Ave. Cass City, Michigan 48726
Tel: 989-872-8823  Fax: 989-872-8824

925 North Main Street Ligonier, Indiana 46767
Tel: 260-894-3163  Fax: 260-894-4427

## CUSTOMER INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 19404 | 10/05/05 |

**SOLD TO**
BDELSG
DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
3900 HOLLAND RD. PLANT 3
SAGINAW, MI USA 48601-9494

**SHIP TO**

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/05/05 | | 005050463 | | S2550830 | | NET 30 DAYS |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | STEEL SURCHARGES FOR RECEIPTS AT YOUR PLANT IN THE MONTH OF SEPTEMBER | | 1.00 EA | 15723.00000 EA | 15723.00 |

**TOTAL:** 15723.00

**CURRENCY:** US FUNDS

**Supplier** Millennium Industries

**Purchase Order #** S2S50830                                    **Date** October 3, 2005

**Activity Period** 09/01/2005 – 09/30/2005

▓ = Delphi will Supply

**Surcharge Type** Trigger Point on Scrap

| Delphi Part # | Region | Plant | Product Line | Steel Supplier Name | Steel Type | Surcharge/ Ton for Part $ | Total Pieces Received | Net Weight Per Pc In Lbs. | Net Weight Received | Surcharge Per Pc | Surcharge Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7811036 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 8,600 | 0.44 | 3784 | $0.02974 | $ 256 |
| 7813534 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 9,000 | 0.866 | 7794 | $0.05854 | $ 527 |
| 7847375 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | - | 0.69 | 0 | $0.04664 | $ - |
| 25736885 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 17,280 | 1.689 | 29185.92 | $0.11418 | $ 1,973 |
| 26042416 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 69,300 | 1.118 | 77477.4 | $0.07558 | $ 5,237 |
| 26042425 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 124,500 | 0.474 | 59013 | $0.03204 | $ 3,989 |
| 26044618 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | - | 0.69 | 0 | $0.04664 | $ - |
| 26100584 | SAG | 03 | 17 | Worthington Steel | Cold-Rolled | 135.2 | 49,500 | 1.118 | 55341 | $0.07558 | $ 3,741 |
|  |  |  |  |  |  |  |  |  | 0 |  | $ - |
|  |  |  |  |  |  |  |  |  | 0 |  | $ - |

Total Surcharge  15723.44

% Delphi Agree to pay After Trigger Point  100%

Total Surcharge Owed to Supplier  $ 15,723

**Millennium INDUSTRIES**
6285 Garfield Ave. Cass City, Michigan 48726
Tel: 989-872-8823  Fax: 989-872-8824
825 North Main Street Ligonier, Indiana 46767
Tel: 260-894-3163  Fax: 260-894-4427

## CUSTOMER INVOICE

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 19273 | 9/28/05 |

**SOLD TO:** BDELSG
DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
3900 HOLLAND RD. PLANT 3
SAGINAW, MI USA 48601-9494

**SHIP TO:** ODELSG
OLYMPIC COATERS
354 HUMBERLINE DRIVE
ETOBICOKE
ONTARIO, CANADA M9W-5S3

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 9/28/05 | 19273 | 005050463 | ORIGIN | BLUELINE | NET 30 DAYS |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 6700-1  CPT#: 26042417 | RSVR, UNIVERSAL 26042417  Qty adjusted to Std Pack size | SAG9013442  ORD#: 1342 ITM#: 31REL: 05092800 | | 2464.00 PC | 2.38500 PC | 5876.64 |
|  | 6820-1  CPT#: 26044568 | RSVR, CHEV TUBE 26044568  Qty adjusted to Std Pack size | SAG9013442  ORD#: 1342 ITM#: 32REL: 05092800 | | 882.00 PC | 2.10640 PC | 1857.84 |
|  | 6705-1  CPT#: 26078875 | RSVR, UNIVERSAL 26078875  Qty adjusted to Std Pack size | SAG9013442  ORD#: 1342 ITM#: 41REL: 05092800 | | 672.00 PC | 4.48440 PC | 3013.52 |
|  | 6706-1  CPT#: 26086340 | RSVR, UNIVERSAL 26086340  Qty adjusted to Std Pack size | SAG9013442  ORD#: 1342 ITM#: 43REL: 05092800 | | 224.00 PC | 3.84890 PC | 862.15 |
|  | 6707-1  CPT#: 26100581 | RSVR, UNIVERSAL 26100581  Qty adjusted to Std Pack size | SAG9013442  ORD#: 1342 ITM#: 47REL: 05092800 | | 448.00 PC | 4.29800 PC | 1925.50 |

**TOTAL:** 13535.65

**CURRENCY:** US FUNDS

# Millennium INDUSTRIES

6285 Garfield Ave. Cass City, Michigan 48726
Tel: 989-872-8823   Fax: 989-872-8824

925 North Main Street Ligonier, Indiana 46767
Tel: 260-894-3163   Fax: 260-894-4427

## BILL OF LADING

TYPE CUSTOMER ORDER

| B.O.L NO. | 19273 | B.O.L DATE | 9/28/05 |
|---|---|---|---|
| CUST NO. | BDKLSG | SHIP DATE | 9/28/05 |
| SHIP VIA | BUUC | | |
| CUST PO# | SAG90I3442 | | |
| SALESMAN | DEFAULT | ORDER DATE | 3/24/04 |

**SHIP TO**

ELSG
YMPIC COATERS
4 HUMBERLINE DRIVE
OBICOKE
TARIO, CANADA M9W-5S3

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
3900 HOLLAND RD. PLANT 3
SAGINAW, MI USA 48601-9494

FREIGHT COLLECT

| TERMS & CONDITIONS | PLANT | DOCK CODE | TRAILER NO | M.BOL NO | CARRIER | | | | | | | | SUPPLIER CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T 30 DAYS | 90 | 03 | BUUC | | BLUELINE | | | | | | | | 123331899 |

| PART NO. | DESCRIPTION | ORDER/ITM | REL NO. | M.BOL NO | SHIPMENT WGT | CUM QTY | SCAC | F.O.B | CTNS | SKID | U/M | QTY.SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6700-1<br>CPT#: 26042417 | RSVR, UNIVERSAL 26042417<br>Qty adjusted to Std Pack size<br>LOT No.    QTY SHP.<br>81877-81887    2464.00 | 1342/031 | 03001 | | 6941.00/LB | 225792 | BUUC | ORIGIN | 11 | 11 | PC | 2464.00 |
| 6820-1<br>CPT#: 26044568 | RSVR, CHEV TUBE 26044568<br>Qty adjusted to Std Pack size<br>LOT No.    QTY SHP.<br>81894-81895    882.00 | 1342/032 | 03001 | | 1224.00/LB | 174636 | | | 2 | 2 | PC | 882.00 |
| 6705-1<br>CPT#: 26078875 | RSVR, UNIVERSAL 26078875<br>Qty adjusted to Std Pack size<br>LOT No.    QTY SHP.<br>81888-81890    672.00 | 1342/041 | 03001 | | 823.20/LB | 131488 | | | 3 | 3 | PC | 672.00 |
| 6705-1<br>CPT#: 26086340 | RSVR, UNIVERSAL 26086340<br>Qty adjusted to Std Pack size<br>LOT No.    QTY SHP.<br>81891    224.00 | 1342/043 | 03001 | | 641.40/LB | 10976 | | | 1 | 1 | PC | 224.00 |
| 6707-1<br>CPT#: 26100581 | RSVR, UNIVERSAL 26100581<br>Qty adjusted to Std Pack size | 1342/047 | 03001 | | 730.00/LB | 102368 | | | 2 | 2 | PC | 448.00 |

Continued Next Page ..

# Millennium
INDUSTRIES

6285 Garfield Ave. Cass City, Michigan 48726
Tel: 989-872-8823   Fax: 989-872-8824

925 North Main Street Ligonier, Indiana 46767
Tel: 260-894-3163   Fax: 260-894-4427

## BILL OF LADING

TYPE **CUSTOMER ORDER**

| B.O.L.NO. | 19273 | B.O.L DATE | 9/28/05 |
|---|---|---|---|
| CUST NO. | BDELSG | SHIP DATE | 9/28/05 |
| SHIP VIA | BUUC | | |
| CUST PO# | SAG90I3442 | | |
| SALESMAN | DEFAULT | ORDER DATE | 3/24/04 |

**SHIP TO**

DELSG
YMPIC COATERS
4 HUMBERLINE DRIVE
OBICOKE
TARIO, CANADA M9W-5S3

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
3900 HOLLAND RD. PLANT 3
SAGINAW, MI USA 48601-9494

**FREIGHT COLLECT**

| TERMS & CONDITIONS | PLANT | DOCK CODE | TRAILER NO | M.BOL.NO | ORDER/ATM | REL.NO. | CARRIER | SCAC | F.O.B | SUPPLIER CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| T 30 DAYS | 90 | 03 | BUUC | | | | BLUELINE | BUUC | ORIGIN | 123331899 |

| ITEM | PART NO. | DESCRIPTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LOT No. | QTY SHP. | | | | | | | |
| | | LOT No. 81892-81893 | QTY SHP. 448.00 | | | | | | | |

q-28

| GROSS WEIGHT | TARE WEIGHT | SHIPMENT WGT | NET WEIGHT |
|---|---|---|---|
| 10360 LB | | 6258 LB | 4102 LB |

TOTAL CTNS: 19

**EXPORT SHIPPING DOCUMENT**　　　　　　　　　　　　　　　　　Page No: 1

| 1. VENDOR (NAME AND ADDRESS) | 2. DATE OF SHIPMENT | | |
|---|---|---|---|
| MILLENNIUM INDUSTRIES - CASS CITY<br>6285 GARFIELD AVE<br>CASS CITY, MI<br>48726     EXPORT ID# | 9/28/05     SID#     19273 | | |

| 4. CONSIGNEE (NAME AND ADDRESS) | 5. PURCHASER'S NAME AND ADDRESS (IF OTHER THAN CONSIGNEE) |
|---|---|
| OLYMPIC COATERS<br>354 HUMBERLINE DRIVE<br>ETOBICOKE<br>ONTARIO, CANADA<br>M9W-5S3 | DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>3900 HOLLAND RD. PLANT 3<br>SAGINAW, MI USA<br>48601-9494 |
| | 6. COUNTRY OF TRANSHIPMENT |
| | 7. COUNTRY OF ORIGIN OF GOODS |

| 8a. FORWARDING AGENT | 9a. U.S DUTY: | SHIPPER |
|---|---|---|
| BUUC    BUUC | 9b. RELATED PARTIES: | NO |
| | 9c. CONTAINERIZED: | NO |
| 8b. MODE OF TRANSPORT | 9d. FOB : | ORIGIN |
| ROAD | 10. CURRENCY OF SETTLEMENT     US FUNDS | |

| 11. NO. OF PKGS. | 12. DETAIL DESCRIPTION OF GOODS PART#/DESCRIPTION | 13. HARM NO. | 14. SHIPPING WGT | 15. QUANTITY | 16. UNIT PRICE | 17. TOTAL |
|---|---|---|---|---|---|---|
| 11 | 6700-1<br>RSVR, UNIVERSAL 26042417 | | 6941.00 | 2464 Pc | 2.385 | $5876.64 |
| 2 | 6820-1<br>RSVR, CHEV TUBE 26044568 | | 1224.00 | 882 Pc | 2.106 | $1857.84 |
| 3 | 6705-1<br>RSVR, UNIVERSAL 26078875 | | 823.20 | 672 Pc | 4.484 | $3013.52 |
| 1 | 6706-1<br>RSVR, UNIVERSAL 26086340 | | 641.40 | 224 Pc | 3.848 | $862.15 |
| 2 | 6707-1<br>RSVR, UNIVERSAL 26100581 | | 730.00 | 448 Pc | 4.298 | $1925.50 |

| 20. TOTAL PKGS. | | 18. TOTAL WEIGHT | | 19. INVOICE TOTAL |
|---|---|---|---|---|
| | | NET | GROSS | |
| 19 | | 4102 LB | 10360 LB | $13535.65 |

SIGNATURE: K[illegible]    DATE SIGNED: 9-28