IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: Delphi Corporation, et al. | ) ) ) ) ) ) | Case No.: 05-44481 (RDD) <br> Chapter 11 <br><br><br><br> (Jointly Administered) |

CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of May, 2007, he served copies of Motion for Admission to Practice, *Pro Hac Vice*, a Proposed Order Granting Admission to Practice, *Pro Hac Vice* and Response of Hidria USA, Inc. to the Debtors Thirteenth Omnibus Objection to Claims by depositing in the U.S. Mail, postage affixed, and addressed to:

The Honorable Robert D. Drain  
United States Bankruptcy Judge  
United States Bankruptcy Court for the Southern  
District of New York  
One Bowling Green, Room 610  
New York, NY  10004  

Delphi Corporation  
Attention:  General Counsel  
5725 Delphi Drive  
Troy, MII  48098  

Skadden, Arps, Slate, Meagher & Flom LLP  
John Wm. Butler, Jr., Esq.  
John K. Lyons, Esq.  
Joseph N. Wharton, Esq.  
333 West Wacker Drive, Suite 2100  
Chicago, IL  60606  

/s/  J. Michael Brown  
J. Michael Brown  
South Carolina District Court No. 9213)  
GALLIVAN, WHITE & BOYD, P.A.  
55 Beattie Place, Suite 1200 (29601)  
Post Office Box 10589  
Greenville, SC  29603  
Phone:  (864) 271-9580  
Direct Line:  (864) 271-5378  
E-mail:  mbrown@gwblawfirm.com