UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    DELPHI CORPORATION, et al.,

               Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## AMENDED CERTIFICATE OF SERVICE

    I, Michael L. Schein, hereby certify that on this 24th day of May, 2007, I caused a copy of

the RESPONSE OF BEST FOAM FABRICATORS, INC. TO DEBTORS' THIRTEENTH

OMNIBUS CLAIMS OBJECTION dated May 24, 2007 to be served in the manner indicated on

the following:

| | | |
|---|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY 10004-1408<br><br>By Messenger | Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098<br>**Fax: (248) 813-2673**<br>**Corrected Fax Number**<br>By Facsimile and Federal<br>Express | Skadden, Arps, Slate, Meagher<br>& Flom LLP<br>Attn: John Wm. Butler, John K.<br>Lyons and<br>Joseph N. Wharton<br>333 West Wacker Drive, Suite<br>2100<br>Chicago, IL 60606<br>Fax: (312) 407-0411<br>jbutler@skadden.com;<br>jlyonsch@skadden.com;<br>jwharton@skadden.com<br><br>By Facsimile and E-mail |

            /s/ Michael L. Schein
            Michael L. Schein