Hearing Date and Time: May 31, 2007 @10:00 a.m.

NUTTER, MCCLENNEN & FISH, LLP
Peter Nils Baylor, Esq.
Jesse I. Redlener, Esq.
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 439-2000

*Counsel to Hollingsworth & Vose Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— )
                                            )
In re:                                      )    Chapter 11
                                            )
DELPHI CORPORATION, et al.,                 )    Case No. 05-44481 (BRL)
                                            )    Jointly Administered
        Debtors.                            )
                                            )
———————————————————————— )

## HOLLINGSWORTH & VOSE CO.'S RESPONSE TO DEBTORS' OBJECTION TO CLAIM NO. 9540

Hollingsworth & Vose Co. ("H&V"), a trade supplier to Delphi Corporation., et al. the

debtors and debtors-in-possession in the above captioned, jointly administered matter (the

"Debtors"), submits this response to the Debtors' objection to its timely filed claim (the

"Response"). The Debtors have objected to H&V's claim based upon the asserted grounds that

the claim is "Subject to Modification and Reclamation Agreement". In furtherance of its

Response, H&V states as follows:

## BACKGROUND

1.      On October 8 and 14, 2005 (the "Petition Dates"), the Debtors each filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.      H&V is a Massachusetts Corporation doing business at 112 Washington Street, E. Walpole, Massachusetts.

3.      Shortly after the Petition Dates, H&V filed a reclamation demand requesting the return of goods delivered to the Debtors within the 20 days prior to the Debtors Petition Dates.

4.      On February 21, 2006, H&V received a letter from the Debtors seeking to resolve the reclamation claim in the amount of $5,984.96.  H&V agreed with the Debtors' assessment of the reclamation amount and agreed to priority treatment of that portion of their claim (the "Priority Claim").

5.      On or about July 13, 2006, H&V timely filed a proof of claim number 9540 (the "Claim") against Delphi Corporation in the amount of $39,111.67.  Attached to the Claim were copies of the unpaid invoices due from the Debtors evidencing the claim amount.

6.      H&V's remaining unsecured, non-priority claim amount is $33,126.71 (the "Unsecured Claim") after backing out the Priority Claim amount.

7.      On March 28, 2007, the Debtors' filed the *Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A)Insufficiently Documented Claims, (B) Claims Not Reflected on the Debtors Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to*

*Modification, Tax Claims Subject to Modification and Claims Subject to Reclamation*

*Agreement* (the "Objection"). The Objection seeks to modify H&V's Claim.

8.   In addition to filing the Objection, the Debtors sent H&V a notice of objection

(the "Notice") containing a basic outline of the objection to H&V's claim. The Notice set

forth the appropriate amount of the Priority Claim but incorrectly seeks to modify the balance

of H&V's Unsecured Claim from $33,126.71 to $9,173.00.

9.   The Debtors have provided no evidence to support their assertion that the

Unsecured Claim should be reduced in any amount, and have not demonstrated payment of the

amounts set forth in the invoices attached as exhibits to the proof of claim filed by H&V

against the Debtors. Those invoices are attached hereto as <u>Exhibit A</u> to this Response.

10.   H&V seeks to defer the determination regarding the proper debtor entity against

which its claim is asserted until this Court makes a finding as to whether the Debtors' cases are

to be substantively consolidated.

**MEMORANDUM OF LAW**

11.   Pursuant to Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern

District of New York, because there are no novel issues of law presented herein, H&V

respectfully requests that the Court waive the requirement that H&V file a memorandum of

law in support of its Response.

WHEREFORE, H&V respectfully requests that the Court enter an order:

(i)  Overruling the Debtors objection to H&V's Claim No. 9540 and allowing the Claim as a $5,984.96 priority and $33,126.71 non-priority claim against the Debtors; and

(ii)  Granting such other and further relief as it may deem just and proper.

Respectfully submitted,

**HOLLINGSWORTH & VOSE COMAPNY**

By its attorneys,

/s/ Peter Nils Baylor
Peter Nils Baylor, Esq. (PNB 5248)
Jesse I. Redlener, Esq. (JIR 4082)
NUTTER, MCCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

May 24, 2007

1633666.1

# EXHIBIT A

| Number | Class | PO Number | Transaction Date | Due Date | Days Late | Currency | Original | Balance Due | Status |
|---|---|---|---|---|---|---|---|---|---|
| 276468 | Invoice | 550011680 | 22-Jun-05 | 22-Jul-05 | 356 | USD | $ 8,520.20 | $ 3,375.06 | Open |
| 280470 | Invoice | 550011683 | 2-Aug-05 | 2-Oct-05 | 284 | USD | $ 1,189.85 | $ 109.99 | Open |
| 283834 | Invoice | 550011683 | 6-Sep-05 | 2-Nov-05 | 253 | USD | $ 3,463.55 | $ 3,463.55 | Open |
| 284116 | Invoice | 550011683 | 9-Sep-05 | 2-Nov-05 | 253 | USD | $ 2,257.80 | $ 2,257.80 | Open |
| 284311 | Invoice | 550011680 | 12-Sep-05 | 2-Nov-05 | 253 | USD | $ 4,210.85 | $ 4,210.85 | Open |
| 284947 | Invoice | 550011680 | 19-Sep-05 | 2-Nov-05 | 253 | USD | $ 2,109.40 | $ 2,109.40 | Open |
| 284424 | Invoice | 550011684 | 13-Sep-05 | 2-Nov-05 | 253 | USD | $ 2,265.75 | $ 2,265.75 | Open |
| 284746 | Invoice | 550011683 | 15-Sep-05 | 2-Nov-05 | 253 | USD | $ 3,378.75 | $ 3,378.75 | Open |
| 285006 | Invoice | 550011683 | 19-Sep-05 | 2-Nov-05 | 253 | USD | $ 955.33 | $ 955.33 | Open |
| 285412 | Invoice | 550011683 | 22-Sep-05 | 2-Nov-05 | 253 | USD | $ 4,809.75 | $ 4,809.75 | Open |
| 285280 | Invoice | 550011683 | 21-Sep-05 | 2-Nov-05 | 253 | USD | $ 2,256.48 | $ 2,256.48 | Open |
| 285281 | Invoice | 550011683 | 21-Sep-05 | 2-Nov-05 | 253 | USD | $ 2,304.18 | $ 2,304.18 | Open |
| 285641 | Invoice | 550011680 | 26-Sep-05 | 2-Nov-05 | 253 | USD | $ 2,100.13 | $ 2,100.13 | Open |
| 286105 | Invoice | 550011680 | 29-Sep-05 | 2-Nov-05 | 253 | USD | $ 2,112.05 | $ 2,112.05 | Open |
| 286161 | Invoice | 550011680 | 30-Sep-05 | 2-Nov-05 | 253 | USD | $ 2,167.70 | $ 2,167.70 | Open |
| 286164 | Invoice | 550011684 | 30-Sep-05 | 2-Nov-05 | 253 | USD | $ 1,234.90 | $ 1,234.90 | Open |
| | | | | | | | | $ 39,111.67 | |

# HV

## Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295

**REMIT TO:** PO Box 31267
Hartford CT 06150-1267

**Invoice**

| NUMBER | 276468 | PAGE |
|---|---|---|
| DATE | 22-JUN-2005 | 1  of  1 |

| PURCHASE ORDER NUMBER |
|---|
| 5500116B0 |

| OUR REFERENCE |
|---|

| SALES ORDER NUMBER |
|---|
| 07  8208B7 |

| CUSTOMER NUMBER | LOCATION |
|---|---|
| 1830 | MI |

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501
Tax Reference:

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | FREIGHT BILL METHOD | SHIPPING NUMBER |
|---|---|---|---|---|---|
| N30 | 22-JUL-2005 | FOB DESTINATION | 22-JUN-2005 | | 07 288166 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | FA2009/07.315IN6.0INID/42.0INOD/WSO/REDLINES | | | | |
| | Customer Part # : 4410 | 6746 | LB | 1.263 | 8,520.20 |

TOTAL NET WEIGHT: 6,746
TOTAL GROSS WEIGHT: 7,012
NO. OF PIECES: 7

Invoice Comments:    CONSIGNMENT USAGE FOR PERIOD OF 6/14/05 THROUGH 6/22/2005

**SPECIAL INSTRUCTIONS**

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 8,520.20 | 0.00 | 0.00 | 8,520.20 |
| | | | | Currency: USD |

THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE

# HV

## Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**REMIT TO:** PO Box 31267
Hartford CT 06150-1267

**Invoice**

| NUMBER | 280470 | | PAGE |
|---|---|---|---|
| DATE | 02-AUG-2005 | 1 | of 1 |

PURCHASE ORDER NUMBER: 550011683

OUR REFERENCE

SALES ORDER NUMBER: 02_868199

| CUSTOMER NUMBER | LOCATION |
|---|---|
| 1830 | MI |

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | QUANTITY SHIPPED | FREIGHT BILL METHOD | SHIPPING NUMBER |
|---|---|---|---|---|---|---|
| MNS2 | 02-OCT-2005 | FOB DESTINATION | 02-AUG-2005 | | | 02 293361 |

| ITEM NO. | Invoice Description | | | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | FA2009/06.475IN6.0IN/ID/42.0INOD/WSO/REDLINES | | | 898 | LB | 1.325 | 1,189.85 |
| | Customer Part # : 4280 | | | | | | |
| | Invoice Comments: | | | | | | |
| | usage report dated 8/1/05, rec'd 8/2/05 | | | | | | |
| | S/V report # 519 | | | | | | |

TOTAL NET WEIGHT: 898
TOTAL GROSS WEIGHT: 958
NO. OF PIECES: 1

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 1,189.85 | 0.00 | 0.00 | 1,189.85 |
| | | | Currency: | USD |

**SPECIAL INSTRUCTIONS**

THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE

# HV Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**REMIT TO:** PO Box 31267
Hartford CT 06150-1267

## Invoice

| NUMBER | 283834 |
|---|---|
| DATE | 06-SEP-2005 |
| PAGE | 1   of  1 |

| PURCHASE ORDER NUMBER |
|---|
| 5500011683 |

| OUR REFERENCE |
|---|

| SALES ORDER NUMBER |
|---|
| 02  8681199 |

| CUSTOMER NUMBER | LOCATION |
|---|---|
| 1830 | 02    MI |

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | FREIGHT BILL METHOD | SHIPPING NUMBER |
|---|---|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 06-SEP-2005 | | 02 297912 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | FA2003/06.475/N6.0/N0D/42.0/N0DW/S0/REDLINES | 2614 | LB | 1.325 | 3,463.55 |
| | Customer Part # -4280 | | | | |
| | | | | | |
| | Invoice Comments: | | | | |
| | usage report dated 9/6/05 | | | | |
| | S/V report # 529 | | | | |
| | | | | | |
| | TOTAL NET WEIGHT: | 2,614 | | | |
| | TOTAL GROSS WEIGHT: | 2,794 | | | |
| | NO. OF PIECES: | 3 | | | |

**SPECIAL INSTRUCTIONS**

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 3,463.55 | 0.00 | 0.00 | 3,463.55 |
| | | | | Currency: USD |

THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE

# HV Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295

**Invoice**

| NUMBER | 284116 | | |
| DATE | 09-SEP-2005 | PAGE 1 of 1 | |

| PURCHASE ORDER NUMBER |
| 550011683 |

| OUR REFERENCE |
| 02 298374 |

| SALES ORDER NUMBER |
| 02 868199 |

| CUSTOMER NUMBER | LOCATION |
| 1830 | MI |

**REMIT TO:**
PO Box 31267
Hartford CT 06150-1267

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

Tax Reference:

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | FREIGHT BILL METHOD | SHIPPING NUMBER |
|---|---|---|---|---|---|
| MN32 | 02-NOV-2005 | FOB DESTINATION | 09-SEP-2005 | | 02 298374 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FA2009/06.4/5IN/6.0IN/D/42.0INNOD/WSO/REDLINES | 1704 | | LB | 1.325 | 2,257.80 |
| | Customer Part #: 4280 | | | | | |
| | | | | | | |
| | Invoice Comments: | | | | | |
| | usage report dated 9/9/05 | | | | | |
| | S/V ref. # 530 | | | | | |

TOTAL NET WEIGHT: 1,704
TOTAL GROSS WEIGHT: 1,824
NO. OF PIECES: 2

**SPECIAL INSTRUCTIONS**

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 2,257.80 | 0.00 | 0.00 | 2,257.80 |
| | | | | Currency: USD |

**THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE**

# HV Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**Invoice**

| | |
|---|---|
| **NUMBER** | 284311 |
| | **PAGE** 1 of 1 |
| **DATE** | 12-SEP-2005 |
| **PURCHASE ORDER NUMBER** | 5500011680 |

**REMIT TO:**
PO Box 31267
Hartford CT 06150-1267

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| | |
|---|---|
| **OUR REFERENCE** | |
| **SALES ORDER NUMBER** | 02 868199 |
| **CUSTOMER NUMBER** | 1830 |
| **LOCATION** | 02 MI |

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE |
|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 12-SEP-2005 |

**FREIGHT BILL METHOD**

**SHIPPING NUMBER** 02 298599

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | FA2009/07.315IN/6.0IN1D/42.0INOD/WSO/REDLINES | 3178 | LB | 1.325 | 4,210.85 |
| | Customer Part #: 4410 | | | | |
| | | | | | |
| | Invoice Comments: | | | | |
| | usage report dated 9/12/05S | | | | |
| | S/V report # 531 | | | | |

TOTAL NET WEIGHT:      3,178
TOTAL GROSS WEIGHT:   3,418
NO. OF PIECES:              4

**SPECIAL INSTRUCTIONS**

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 4,210.85 | 0.00 | 0.00 | 4,210.85 |
| | | | | Currency: USD |

**THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE**

# HV Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**REMIT TO:** PO Box 31267
Hartford CT 06150-1267

**Invoice**

| NUMBER | 284424 |
|---|---|
| DATE | 13-SEP-2005 | PAGE 1 of 1 |
| PURCHASE ORDER NUMBER | 550011684 |
| OUR REFERENCE | |
| SALES ORDER NUMBER | 02 8672234 |
| CUSTOMER NUMBER | 1830 | LOCATION MI |

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & YOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | FREIGHT BILL METHOD | SHIPPING NUMBER |
|---|---|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 13-SEP-2005 | | 02 298782 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | FA2009/05.5IN/6.0INID/42.0INODWSO/REDLINES | 1710 | LB | 1.325 | 2,265.75 |
| | Customer Part # : 8047 | | | | |
| | | | | | |
| | Invoice Comments: | | | | |
| | usage report dated 9/13/05 | | | | |
| | S/V report # 532 | | | | |

TOTAL NET WEIGHT: 1,710
TOTAL GROSS WEIGHT: 1,830
NO. OF PIECES: 2

SPECIAL INSTRUCTIONS

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 2,265.75 | 0.00 | 0.00 | 2,265.75 |
| | | | | Currency: USD |

THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE

# HV

## Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**Invoice**

| REMIT TO: | PO Box 31267 |
| | Hartford CT 06150-1267 |

| NUMBER | 284746 | |
| --- | --- | --- |
| DATE | 15-SEP-2005 | PAGE |
| | | 1  of  1 |
| PURCHASE ORDER NUMBER | 55001683 | |
| OUR REFERENCE | | |
| SALES ORDER NUMBER | 02 868199 | |
| CUSTOMER NUMBER | 1830 | LOCATION MI |

BILL TO: Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

SHIP TO: DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | FREIGHT BILL METHOD | SHIPPING NUMBER |
| --- | --- | --- | --- | --- | --- |
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 15-SEP-2005 | | 02 299087 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1 | FA2009/06.475IN/6.0IND/.042.0INOD/MSOREDLINES | 2550 | LB | 1.325 | 3,378.75 |
| | Customer Part # : 4280 | | | | |

TOTAL NET WEIGHT:         2,550
TOTAL GROSS WEIGHT:       2,790
NO. OF PIECES:              4
Invoice Comments:
usage report dated 9/15/05
S/V report # 533

THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE

| SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
| --- | --- | --- | --- |
| 3,378.75 | 0.00 | 0.00 | 3,378.75 |
| | | | Currency: USD |

SPECIAL INSTRUCTIONS

# HV Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**Invoice**

| | |
|---|---|
| REMIT TO: | PO Box 31267<br>Hartford CT 06150-1267 |

| NUMBER | DATE | PAGE |
|---|---|---|
| 284947 | 19-SEP-2005 | 1 of 1 |

| PURCHASE ORDER NUMBER |
|---|
| 5500011680 |

| OUR REFERENCE |
|---|

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| SALES ORDER NUMBER | |
|---|---|
| 02 | 8681199 |

| CUSTOMER NUMBER | LOCATION |
|---|---|
| 1830 | 02   MI |

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | FREIGHT BILL METHOD | | SHIPPING NUMBER |
|---|---|---|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 19-SEP-2005 | | | 02 299426 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | FA2009/07.315IN/6.0INID/42.0INODWSO/REDLINES<br>Customer Part #: 4410 | 1592 | LB | 1.325 | 2,109.40 |

Invoice Comments:

usage report dated 9/19/05
S/V report # 534

TOTAL NET WEIGHT:       1,592
TOTAL GROSS WEIGHT:     1,712
NO. OF PIECES:          2

**SPECIAL INSTRUCTIONS**

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 2,109.40 | 0.00 | 0.00 | 2,109.40 |
| | | | | Currency: USD |

**THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE**

# HV Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**Invoice**

| NUMBER | 285006 |
|---|---|
| | PAGE |
| DATE 19-SEP-2005 | 1 of 1 |

| PURCHASE ORDER NUMBER |
|---|
| 5500011683 |

| OUR REFERENCE |
|---|

| SALES ORDER NUMBER |
|---|
| 02 869880 |

| CUSTOMER NUMBER | LOCATION |
|---|---|
| 1830 | MI |

**REMIT TO:** PO Box 31267
Hartford CT 06150-1267

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHIJE & YOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE |
|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 19-SEP-2005 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | FREIGHT BILL METHOD | | SHIPPING NUMBER | |
|---|---|---|---|---|---|---|

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | FA2009/06.475IN/6.0IN/D/42.0INODW/SQ/REDLINES | 721 | LB | 1.325 | 955.33 |
| | Customer Part # : 4280 | | | | |
| | | | | | |
| | Invoice Comments: | | | | |
| | usage report dated 9/19/05 | | | | |
| | S/V report # 535 | | | | |

TOTAL NET WEIGHT: 721
TOTAL GROSS WEIGHT: 781
NO. OF PIECES: 1

SHIPPING NUMBER 02 299441

**SPECIAL INSTRUCTIONS:**

**THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE**

| SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|
| 955.33 | 0.00 | 0.00 | 955.33 |
| | | | Currency: USD |

# HV Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

## Invoice

| | |
|---|---|
| **NUMBER** | 285280 |
| **DATE** | 21-SEP-2005 |
| **PAGE** | 1 of 1 |

**PURCHASE ORDER NUMBER**
550011683

**OUR REFERENCE**

**SALES ORDER NUMBER**
02  869880

| **CUSTOMER NUMBER** | **LOCATION** |
|---|---|
| 1830 | MI |

**REMIT TO:**
PO Box 31267
Hartford CT 06150-1267

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | FREIGHT BILL METHOD | SHIPPING NUMBER |
|---|---|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 21-SEP-2005 | | 02 209899 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | Invoice Description | | | | |
| | FA2009/06.4/5N6/0JIN0D/42.0JN0D/WSO/REDLINES | 1703 | LB | 1.325 | 2,256.48 |
| | Customer Part # : 4280 | | | | |
| | | | | | |
| | Invoice Comments: | | | | |
| | | | | | |
| | usage report dated 9/21/05 | | | | |
| | S/V report # 536 | | | | |
| | TOTAL NET WEIGHT: | 1,703 | | | |
| | TOTAL GROSS WEIGHT: | 1,823 | | | |
| | NO. OF PIECES: | 2 | | | |

**SPECIAL INSTRUCTIONS**

| SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|
| 2,256.48 | 0.00 | 0.00 | 2,256.48 |

Currency: USD

## THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
## REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE

# HV Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**REMIT TO:**
PO Box 31267
Hartford CT 06150-1267

## Invoice

| NUMBER | 285281 |
|---|---|
| | PAGE |
| DATE | 21-SEP-2005 |
| | 1 of 1 |
| PURCHASE ORDER NUMBER | 5500011683 |
| OUR REFERENCE | |
| SALES ORDER NUMBER | 02 869880 |
| CUSTOMER NUMBER | LOCATION |
| 1830 | MI |

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | FREIGHT BILL METHOD | SHIPPING NUMBER |
|---|---|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 21-SEP-2005 | | 02 299907 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | FA2009/06,47SiN/6.0INiD/42.0INOD/WSO/REDLINES Customer Part #: 4280 | 1739 | LB | 1.325 | 2,304.18 |

TOTAL NET WEIGHT: 1,739
TOTAL GROSS WEIGHT: 1,859
NO. OF PIECES: 2
Invoice Comments: usage report dated 9/21/05
S/V report # 537

**SPECIAL INSTRUCTIONS**

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 2,304.18 | 0.00 | 0.00 | 2,304.18 |
| | | | | Currency: USD |

**THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE**

# HV

## Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**REMIT TO:** PO Box 31267
Hartford CT 06150-1267

**Invoice**

| | | |
|---|---|---|
| **NUMBER** | 285412 | |
| **DATE** 22-SEP-2005 | | **PAGE** 1 of 1 |
| **PURCHASE ORDER NUMBER** 550011683 | | |
| **OUR REFERENCE:** | | |
| **SALES ORDER NUMBER** 02 869880 | | |
| **CUSTOMER NUMBER** 1830 | | **LOCATION** MI |

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE |
|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 22-SEP-2005 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | FREIGHT BILL METHOD | | SHIPPING NUMBER | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | FA2009/06.475IN6.0IND/42.0INOD/WSO/REDLINES Customer Part #: 4280 | 3630 | | LB | 02 300089 | 1.325 | 4,809.75 |

Invoice Comments:
usage report dated 9/22/05
S/V report # 538

TOTAL NET WEIGHT:    3.630
TOTAL GROSS WEIGHT:  3.870
NO. OF PIECES:       4

**SPECIAL INSTRUCTIONS**

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 4,809.75 | 0.00 | 0.00 | 4,809.75 |
| | | | | Currency: USD |

**THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE**

# HV Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**Invoice**

| REMIT TO: | PO Box 31267 |
| Hartford CT 06150-1267 |

| NUMBER | 285641 |
| PAGE | 1 of 1 |
| DATE | 26-SEP-2005 |
| PURCHASE ORDER NUMBER | 5500011680 |
| OUR REFERENCE | |
| SALES ORDER NUMBER | 02 868199 |
| CUSTOMER NUMBER | 1830 |
| LOCATION | MI |

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | FREIGHT BILL METHOD | SHIPPING NUMBER |
|---|---|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOR DESTINATION | 26-SEP-2005 | | 02 300554 |

| ITEM NO. | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | FA2009/07.315INV/6.0IND/A42.0INODW/SO/REDLINES | 1585 | LB | 1.325 | 2,100.13 |
| | Customer Part # : 4410 | | | | |
| | | | | | |

Invoice Comments:   usage report dated 9/26/05
S/V report # 539

TOTAL NET WEIGHT:   1,585
TOTAL GROSS WEIGHT:   1,705
NO. OF PIECES:   2

**SPECIAL INSTRUCTIONS**

| SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|
| 2,100.13 | 0.00 | 0.00 | 2,100.13 |
| | | | Currency: USD |

**THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE**

# HV

## Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**REMIT TO:**   PO Box 31267
Hartford CT 06150-1267

### Invoice

| NUMBER | 286105 | |
|---|---|---|
| DATE | 29-SEP-2005 | PAGE |
| | | 1 of 1 |

| PURCHASE ORDER NUMBER |
|---|
| 55001160B |

| OUR REFERENCE |
|---|

| SALES ORDER NUMBER |
|---|
| 02 868199 |

| CUSTOMER NUMBER | LOCATION |
|---|---|
| 1830 | MI |

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE | | | SHIPPING NUMBER | |
|---|---|---|---|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 29-SEP-2005 | | | 02 301042 | |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | FREIGHT BILL METHOD | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FA2009/07.31SIN6.0INID/142.0INODWSO/REDLINES | | 1594 | LB | 1.325 | 2,112.05 |
| | Customer Part # :4410 | | | | | |
| | | | | | | |
| | Invoice Comments: | | | | | |
| | usage report dated 9/28/05 | | | | | |
| | S/V report # 540 | | | | | |
| | | | | | | |
| | TOTAL NET WEIGHT: | 1,594 | | | | |
| | TOTAL GROSS WEIGHT: | 1,714 | | | | |
| | NO. OF PIECES: | 2 | | | | |

SPECIAL INSTRUCTIONS

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 2,112.05 | 0.00 | 0.00 | 2,112.05 |
| | | | | Currency: USD |

**THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE**

# HV  Hollingsworth & Vose Company

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295
Tax Reference:

**Invoice**

| | |
|---|---|
| **REMIT TO:** | PO Box 31267<br>Hartford CT 06150-1267 |

| NUMBER | 286161 | |
|---|---|---|
| | | PAGE |
| DATE | 30-SEP-2005 | 1 of 1 |
| PURCHASE ORDER NUMBER | | 55001680 |
| OUR REFERENCE | | |
| SALES ORDER NUMBER | | 02  868199 |
| CUSTOMER NUMBER | | LOCATION |
| 1830 | | MI |

**BILL TO:** Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

**SHIP TO:** DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE |
|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 30-SEP-2005 |

| ITEM NO. | Invoice Description | | QUANTITY SHIPPED | FREIGHT BILL METHOD | | SHIPPING NUMBER | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FA2009007 315IN/6.0INID/42.0INOD/WSO/REDLINES<br>Customer Part #: 4410 | | 1636 | LB | | 02 301147 | 1.325 | 2,167.70 |

Invoice Comments:
usage report dated 9/30/05
S/V report # 541

TOTAL NET WEIGHT:       1,636
TOTAL GROSS WEIGHT:     1,756
NO. OF PIECES:          2

| | SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|---|
| | 2,167.70 | 0.00 | 0.00 | 2,167.70 |
| | | | | Currency: USD |

**SPECIAL INSTRUCTIONS**

THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE

# HV Hollingsworth & Vose Company

**Invoice**

| | |
|---|---|
| NUMBER | 286164 |
| PAGE | 1 of 1 |

REMIT TO: PO Box 31267
Hartford CT 06150-1267

| DATE | 30-SEP-2005 |
|---|---|
| PURCHASE ORDER NUMBER | 550011684 |
| OUR REFERENCE | |
| SALES ORDER NUMBER | 02 867234 |
| CUSTOMER NUMBER | 1830 |
| LOCATION | MI |

BILL TO: Attn: Accounts Payable
DELPHI ENERGY & ENGINE MGMT SYS
AUTOMOTIVE COMPONENTS GROUP
4800 S SAGINAW PO BOX 1360
FLINT MI 48501

Tax Reference:

112 Washington Street
East Walpole, MA 02032
TEL: 508-668-0295

SHIP TO: DELPHI ENERGY & ENGINE MGMT SYS
SHUE & VOKES WAREHOUSE
500 S AVERILL AVE
FLINT MI 48506

| PAYMENT TERMS | DUE DATE | FOB CODE | SHIP DATE |
|---|---|---|---|
| MNS2 | 02-NOV-2005 | FOB DESTINATION | 30-SEP-2005 |

| QUANTITY BILL METHOD | FREIGHT BILL METHOD | SHIPPING NUMBER |
|---|---|---|
| | | 02 301148 |

| ITEM NO | Invoice Description | QUANTITY SHIPPED | UOM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | FA2009/05.5IN/6.0IN/D/42.0IN/ODW/SO/REDLINES | 932 | LB | 1.325 | 1,234.90 |
| | Customer Part #: 8047 | | | | |

TOTAL NET WEIGHT:                932
TOTAL GROSS WEIGHT:            992
NO. OF PIECES:                        1

Invoice Comments:
usage report dated 9/30/05
S/V report # 542

SPECIAL INSTRUCTIONS

| SUBTOTAL | VAT | FREIGHT CHARGES | TOTAL |
|---|---|---|---|
| 1,234.90 | 0.00 | 0.00 | 1,234.90 |

Currency: USD

THIS INVOICE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE
REVERSE SIDE HEREOF WHICH ARE HEREBY INCORPORATED BY REFERENCE

NUTTER, MCCLENNEN & FISH, LLP
Peter Nils Baylor, Esq.
Jesse I. Redlener, Esq.
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 439-2000

*Counsel to Hollingsworth & Vose Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| DELPHI CORPORATION, et al., | ) |
|  | ) Case No. 05-44481 (BRL) |
| Debtors. | ) Jointly Administered |
|  | ) |

## CERTIFICATE OF SERVICE

I, Peter Nils Baylor, hereby certify that on May 24, 2007, I caused a true and correct copy

of the *Hollingsworth & Vose Co.'s Response to Debtors' Objection to Claim No. 9540* to be

served upon all parties who receive notice via the Court's CM/ECF electronic filing system

and to the following parties by regular mail, postage prepaid unless otherwise indicated:

The Honorable Robert D. Drain                Skadden Arps, Slate, Meagher & Flom LLP
United States Bankruptcy Judge               Attn: John W. Butler, Jr.
Chambers/Courtroom: 610                      Attn: John Lyons
One Bowling Green                            Attn: Joseph Wharton
New York, NY 10004-1408                      333 West Wacker Drive, Suite 2100
**Via Overnight Mail**                       Chicago, IL 60606
                                             **Via Email**

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098
**Via Facsimile**

Davis Polk & Wardell
Attn: Donald Bernstein
Attn: Brian Resnick
450 Lexington Avenue
New York, NY 10022

Fried, Frank, Harris, Shriver &
Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Simpson Thatcher & Bartlett, LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attn: Mark A. Broude
885 Third Avenue
New York, NY 10022

Office of the U.S. Trustee
Southern District of New York
Attn: Alicia M. Leonard
33 Whitehall Street, Suite 2100
New York, NY 10004

Dated:  May 24, 2007

/s/ Peter Nils Baylor
Peter Nils Baylor, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604
(617) 439-2000