BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------
                                            :
     In re                                  :    Chapter 11
                                            :
DELPHI CORPORATION et al.,                  :    Case No. 05-44481 (RDD)
                                            :
     Debtors.                               :    (Jointly Administered)
-------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007, I caused the *Response of Wachovia Bank, National Association, to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to Modification and Reclamation Agreement* to be served by transmitting a copy by means of hand delivery to each of the following:

| | | |
|---|---|---|
| Chambers of Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>U.S. Bankruptcy Court for the Southern<br>District of New York<br>One Bowling Green<br>Room 610<br>New York, New York 10004 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>(Att'n: General Counsel) | Skadden, Arps, Slate, Meager & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>(Att'n: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese) |

    Dated:  May 24, 2007
            Birmingham, Alabama

1571926 v1

BURR & FORMAN LLP

By: /s/ Michael Leo Hall
    Michael Leo Hall (pro hac vice)
    D. Christopher Carson (pro hac vice)
    Jason D. Woodard (pro hac vice)
    Jennifer A. Harris (pro hac vice)

420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION