**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| DELPHI CORPORATION, *et al.*, | ) Case No. 05-44481 (RDD) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Documents Served:

> Response of Millennium Industries Corporation In Opposition To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(B) and Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement

Method of Service:   By electronic mail (via the ECF System) upon all parties shown on <u>Exhibit A</u> attached hereto.

Also served upon the following via Overnight or as indicated below:

| | |
|---|---|
| The Honorable Robert D. Drain | John Wm Butler |
| United States Bankruptcy Judge | John K. Lyons |
| U.S. Bankruptcy Court for the | Joseph N. Warton |
| Southern District of New York | Skadden, Arps, Slate Meager & Flom LLP |
| One Bowling Green, Room 610 | 333 West Wacker Drive |
| New York, NY 10004 | Suite 2100 |
| | Chicago, IL 60606 |
| | Counsel For Debtors |
| | |
| Delphi Corporation | **<u>Via Overnight and Email</u>** |
| 5725 Delphi Drive | Sarah Platt |
| Troy, MI 48098 | Skadden, Arps, Slate Meager & Flom LLP |
| Attn: General Counsel | 333 West Wacker Drive |
| | Suite 2100 |
| | Chicago, IL 60606 |

Date of Service:        May 24, 2007

CLARK HILL PLC

By:        /s/ Secret S. Washington
                Secret S. Washington
                Legal Secretary