Internal Revenue Service

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 05-17-
Response Date: 05-17-
IRS Employee Number: J
Tracking Number: 10001514

FORM NUMBER: 941    TAX PERIOD: Jun. 30, 2005

TAXPAYER IDENTIFICATION NUMBER: 38-3568834

DELPHI AUTOMOTIVE SYSTEMS SERVICES
L L C
% DELPHI AUTOMOTIVE SYSTEMS CRP MBR
PO BOX 5086
TROY, MI 48007-5086-868

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:    $9,272.37
ACCRUED INTEREST:   $3,587.91 AS OF: May 28, 2007
ACCRUED PENALTY:    $0.00 AS OF: Jul. 31, 2005

ACCOUNT BALANCE
PLUS ACCRUALS:    $12,860.28

TAX PER TAXPAYER:   $113,908,234.70

Jul. 31, 2005  RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
Oct. 03, 2005  PROCESSED DATE

| | TRANSACTIONS | | |
|---|---|---|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOU |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>31141-211-35753-5 | 200538 10-03-2005 | $113,908,234 |
| 650 | FEDERAL TAX DEPOSIT | 04-08-2005 | -$5,337,816 |
| 650 | FEDERAL TAX DEPOSIT | 04-11-2005 | -$3,247,108 |
| 650 | FEDERAL TAX DEPOSIT | 04-18-2005 | -$3,066,286 |
| 650 | FEDERAL TAX DEPOSIT | 04-18-2005 | -$5,446,810 |

| 650 | FEDERAL TAX DEPOSIT | | 04-22-2005 | -$5,631,310 |
|---|---|---|---|---|
| 650 | FEDERAL TAX DEPOSIT | | 04-25-2005 | -$3,299,958 |
| 650 | FEDERAL TAX DEPOSIT | | 04-29-2005 | -$5,071,513 |
| 650 | FEDERAL TAX DEPOSIT | | 05-06-2005 | -$4,702,857 |
| 650 | FEDERAL TAX DEPOSIT | | 05-09-2005 | -$3,123,530 |
| 650 | FEDERAL TAX DEPOSIT | | 05-13-2005 | -$4,973,246 |
| 650 | FEDERAL TAX DEPOSIT | | 05-16-2005 | -$3,111,631 |
| 650 | FEDERAL TAX DEPOSIT | | 05-20-2005 | -$5,190,904 |
| 650 | FEDERAL TAX DEPOSIT | | 05-23-2005 | -$3,203,968 |
| 650 | FEDERAL TAX DEPOSIT | | 05-27-2005 | -$9,928,210 |
| 650 | FEDERAL TAX DEPOSIT | | 06-03-2005 | -$5,130,755 |
| 650 | FEDERAL TAX DEPOSIT | | 06-06-2005 | -$3,444,358 |
| 650 | FEDERAL TAX DEPOSIT | | 06-10-2005 | -$5,805,894 |
| 650 | FEDERAL TAX DEPOSIT | | 06-13-2005 | -$3,586,889 |
| 650 | FEDERAL TAX DEPOSIT | | 06-17-2005 | -$6,169,011 |
| 650 | FEDERAL TAX DEPOSIT | | 06-20-2005 | -$3,157,547 |
| 650 | FEDERAL TAX DEPOSIT | | 06-24-2005 | -$5,520,163 |
| 650 | FEDERAL TAX DEPOSIT | | 06-27-2005 | -$3,158,256 |
| 650 | FEDERAL TAX DEPOSIT | | 07-01-2005 | -$9,513,343 |
| 650 | FEDERAL TAX DEPOSIT | | 07-15-2005 | -$32 |
| 650 | FEDERAL TAX DEPOSIT | | 05-02-2005 | -$3,092,724 |
| 186 | FEDERAL TAX DEPOSIT PENALTY | 200538 | 10-03-2005 | $108,936 |
| 960 | RECEIVED POA/TIA | | 10-05-2005 | $0 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 10-08-2005 | $0 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 10-08-2005 | $0 |
| 652 | CORRECTION OF FEDERAL TAX DEPOSIT | | 07-15-2005 | $32 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 10-08-2005 | $0 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 10-08-2005 | $0 |
| 700 | OVERPAID CREDIT APPLIED 941 200509 | | 10-31-2005 | -$3,009 |
| 700 | OVERPAID CREDIT APPLIED 940 200512 | | 01-31-2006 | -$87,508 |
| 700 | OVERPAID CREDIT APPLIED 940 200512 | | 02-01-2006 | -$3,281 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 10-08-2005 | $0 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 10-08-2005 | $0 |

This Product Contains Sensitive Taxpayer Data

To continue, select one of the following:
- Select **Previous** to navigate back to the previous page.
- Select **Print** to go to a printer friendly page.
- Select **Done** to return to the TDS main menu.