JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350
Catherine L. Steege (CS 2980)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
In re                                                      :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                        Debtors.                           :    (Jointly Administered)
-------------------------------------------------------- X

### RESPONSE OF HONEYWELL INTERNATIONAL - AEROSPACE
### TO DEBTOR'S THIRTEENTH OMNIBUS OBJECTION TO CLAIMS
### (CLAIM NO. 1477)

Honeywell International - Aerospace ("Honeywell") submits its Response to the Debtor's Thirteenth Omnibus Objection (the "Objection") to its Claim No. 1477 (the "Claim") and states:

1.    The Debtors have objected to Honeywell's claim allegedly on the basis that: (1) the Claim was overstated, and (2) the Claim was filed with the incorrect debtor.

2.    Honeywell states that the supporting materials attached to its Claim clearly indicate that the Claim is based on contracts with two debtor entities: (1) Delphi Electronics & Safety, and (2) Delphi Delco Corporation.

3.    Honeywell opposes the Debtors' Objection seeking to reduce the Claim. The Debtors have provided no basis or grounds for the proposed reduction of the claim, nor have they offered any evidence rebutting the documentation offered by Honeywell. Honeywell states that the computation of the amount of the Claim totaling $164,535.00 is set forth in the proof of

1539999

05-44481-rdd    Doc 8044    Filed 05/24/07    Entered 05/24/07 17:49:15    Main Document
Pg 2 of 3

claim with all supporting documents attached to the proof of claim, constituting *prima facie* evidence of the validity and amount of the claim which the Debtors have failed to overcome.

       3.       Therefore, the Objection should be overruled, and the Claim allowed in the full amount of $165,535.00.

WHEREFORE Honeywell respectfully requests that the Court overrule the Debtors' Objection and allow Honeywell a claim in the amount of $165,535.00, and grant such other relief as may be just.

                                                     Respectfully submitted,

                                                     JENNER & BLOCK LLP
                                                     Attorneys for Honeywell International - Aerospace

                                                     */s/ Catherine L. Steege*
                                                     Catherine L. Steege (CL 2480)
                                                     Jenner & Block LLP
                                                     330 N. Wabash Ave
                                                     Chicago IL, 60611
                                                     (312) 222-9350

Dated: May 24, 2007

1539999

# CERTIFICATE OF SERVICE

I, Catherine Steege, certify that I caused a copy of the **Response of Honeywell International - Aerospace to Debtor's Thirteenth Omnibus Objection to Claims (Claim No. 1477)** to be served upon those individuals listed below by facsimile on May 24, 2007.

*/s/ Catherine Steege*
Catherine Steege

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
ATTN:  General Counsel
Facsimile:  248-813-2670

Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr., Ste. 2100
Chicago, IL  60606
ATTN:    John Wm. Butler, Jr.
              John K. Lyons
              Randall G. Reese
Facsimile:  312-407-0700

1540377.1