SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
    In re                                 :        Chapter 11
                                             :
DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
                                           :
                       Debtors.    :        (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO
DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 10911 AND 11114
(MG CORPORATION AND UNIVERSAL TOOL & ENGINEERING COMPANY, INC.)

PLEASE TAKE NOTICE that on October 31, 2006, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim numbers 2175, 6878, 10911 and 11114 (the "Proofs of Claim") filed by MG Corporation and Universal Tool & Engineering Company, Inc. (collectively, the "Claimants") pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Objection").

PLEASE TAKE FURTHER NOTICE that on March 28, 2007, the Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 2175, 6878, 10911, And 11114 (MG Corporation And Universal Tool & Engineering Company, Inc.) (Docket No. 7454) (the "March 28 Notice") scheduling a claims objection hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Proofs of Claim for June 1, 2007, at 10:00 a.m. (prevailing Eastern time), and on April 18, 2007, the Debtors filed the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 10911 And 11114 (MG Corporation And Universal Tool & Engineering Company, Inc.) (Docket No. 7731) adjourning the Claims Objection Hearing with respect to proofs of claim numbers 10911 and 11114 to June 22, 2007, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that the Debtors inadvertently included proofs of claim numbers 2175 and 6878 in the March 28 Notice and that it was the Debtors' intent with the March 28 Notice to schedule a Claims Objection Hearing on the merits of proofs

of claim numbers 10911 and 11114 only. By agreement with counsel for the Claimants, the March 28 Notice is effective only with respect to proofs of claim numbers 10911 and 11114 and the 180-day limit under paragraph 9(a)(ii) of the Claims Objection Procedures Order (as defined below) for adjourning claims that are initially noticed for a hearing applies only to proofs of claim numbers 10911 and 11114 and not to proofs of claim numbers 2175 and 6878.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order"), the Claims Objection Hearing with respect to proofs of claim numbers 10911 and 11114 is hereby further adjourned to July 12, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Claims Objection Procedures Order unless such procedures are modified in accordance with Paragraph 9(k) thereof. All provisions and deadlines set forth in the Claims Objection Procedures Order shall remain in full force and effect. Those deadlines calculated based on the notice date or the hearing date, as applicable, shall be calculated based on the May 24, 2007 notice date or the July 12, 2007 hearing date rather than the April 18, 2007 notice date or the June 22, 2007 hearing date. Please review the Claims Objection Procedures Order carefully — failure to comply with the procedures provided in the Claims Objection Procedures Order (or as modified pursuant to Paragraph 9(k)) could

3

result in the disallowance and expungement of the Proofs Of Claim. A copy of the Claims Objection Procedures Order is attached hereto for your convenience.

        PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated: New York, New York
       May 24, 2007

                                  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                  By: /s/ John Wm. Butler, Jr
                                      John Wm. Butler, Jr. (JB 4711)
                                      John K. Lyons (JL 4951)
                                      Ron E. Meisler (RM 3026)
                                333 West Wacker Drive, Suite 2100
                                Chicago, Illinois 60606
                                (312) 407-0700

                                By: /s/ Kayalyn A. Marafioti
                                      Kayalyn A. Marafioti (KM 9632)
                                      Thomas J. Matz (TM 5986)
                                Four Times Square
                                New York, New York 10036
                                (212) 735-3000

                                Attorneys for Delphi Corporation, et al.,
                                 Debtors and Debtors-in-Possession