UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11

Case No. 05-16436

## RESPONSE TO THIRTEENTH OMNIBUS CLAIMS OBJECTION

Creditor, Zeller Electric of Rochester, Inc. a/k/a Zeller Electric, Inc., by and through its attorneys, Woods Oviatt Gilman LLP, for its Response to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 ("Thirteenth Omnibus Claims Objection"), alleges as follows:

1.      On or about October 8, 2005, Delphi Corporation and other captioned debtors (collectively referred to as "Debtors") filed a petition in bankruptcy under Chapter 11 of the Bankruptcy Code.

2.      Prior to October 8, 2005, Zeller Electric of Rochester, Inc. a/k/a Zeller Electric, Inc. ("Zeller") sold certain goods to Delphi Automotive Systems LLC. These goods were never paid for by Debtors.

3.      On or about July 27, 2006, Zeller filed its Proof of Claim against Delphi Automotive Systems LLC in the amount of $33,257.86. This Proof of Claim included copies of invoices for goods sold by Zeller and shipping receipts for all goods shipped and received by the Debtor, and is annexed hereto as *Exhibit "A."*

4.      On or about April 27, 2007, Debtors filed the Thirteenth Omnibus Claims Objection.

5.      In the Thirteenth Omnibus Claims Objection, Debtors argue Zeller's claim should be modified to reflect a priority claim in the amount of $4,000 and a general unsecured claim in the amount of $29,257.86.

6.      Debtors provide no specific reason for modifying Zeller's claim. Rather, Debtors merely state in the Thirteenth Omnibus Claims Objection that the claim is a claim subject to modification and reclamation agreement.

7.      Debtors' have offered no proof or even any specific allegation to substantiate or support their allegation that Zeller's claim is subject to modification.    The Debtors' unsubstantiated and general allegations are insufficient to provide any basis for a determination that the claim of Zeller is subject to modification as alleged by the Debtors. The Debtors have, therefore, failed to rebut the prima facie valid claim of Zeller.

8.      Zeller has, in contrast, offered as evidence unpaid invoices to support its claim for $33,257.86 (see attachment to Proof of Claim annexed hereto as *Exhibit "A"*).   The invoices supporting the claim of Zeller remain unpaid and were all debts of Delphi Automotive Systems, LLC (the debtor in Case No. 05-44640).

9.      On or about October 14, 2005, Zeller filed a reclamation demand against the Debtor in the amount of $16,161.21.

10.     Thereafter, on or about June 23, 2006, Zeller accepted a settlement proposal from the Debtor to pay a portion of the invoices included in Zeller's reclamation claim, in the amount of $4,000.  Said proposal was contained the Debtors' Amended Statement of Reclamation, dated June 23, 2006 (attached hereto as *Exhibit "B"*).   The Debtors' Amended Statement of Reclamation included a schedule which specifically identified the invoices and amounts allowed as a consequence of the reclamation claim negotiations.

11.     In accordance with the terms of the settlement offer accepted by Zeller, the Debtor agreed that the allowed amount of Zeller's reclamation claim will be deemed an administrative expense claim in this case (subject to certain reserved defenses).

12.     Pursuant to paragraph 2(c)(ii) of the Amended Final Reclamation Order dated November 4, 2005, upon settlement, the Reclamation Claim shall be deemed an Allowed Reclamation Claim in the settled amount.

13.     As a consequence of the settlement made with the Debtor, Zeller has a separate Allowed Reclamation Claim in the amount of $4,000 (on account of the invoices specifically identified in the Amended Statement of Reclamation), which claim is an administrative expense of the Debtor and is deemed an administrative expense claim in the reconciled amount.

14.     The invoices which comprise (and which are annexed to) the $33,257.86 general unsecured claim of Zeller represent sums due Zeller in addition to the sums which comprise Zeller's Allowed Reclamation Claim. No part of Zeller's $33,257.86 general unsecured claim is included in Zeller's separate Allowed Reclamation Claim/administrative expense claim.

15.     Therefore, Zeller requests that the full amount of its general unsecured claim in the sum of $33,257.86 be allowed and that the Debtors' Thirteenth Omnibus Claims Objection be dismissed with respect to Zeller Electric of Rochester, Inc. a/k/a Zeller Electric, Inc.

DATED:      May 22, 2007
            Rochester, New York

                              John K. McAndrew, Esq.
                              WOODS OVIATT GILMAN LLP
                              Attorneys for Zeller Electric of
                              Rochester, Inc. a/k/a Zeller Electric, Inc.
                              700 Crossroads Building
                              2 State Street
                              Rochester, New York 14614
                              585.987.2800
                              jmcandrew@woodsoviatt.com

{794791:}

# EXHIBIT A

*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
*PROOF OF CLAIM*

| *NAME OF DEBTOR: DELPHI AUTOMOTIVE SYSTEMS LLC* | CASE NO.: 05-44640 |
|---|---|
| *CHAPTER 11* | |

Check here if this claim ( ) replaces or ( ) amends a previously filed claim dated:
Check here if: ( ) address differs from the address on the envelope sent by Court; ( ) you never received any notice from the Court on this case; ( ) you are aware of anyone else filing a proof of claim relating to your claim (attach copy of statement giving particulars)

## CREDITOR INFORMATION

Name Creditor:      ZELLER ELECTRIC OF ROCHESTER, INC. aka ZELLER ELECTRIC INC.

Name and Address of Where Notices Should be Sent:
WOODS OVIATT GILMAN LLP
Attn: John K. McAndrew, Esq.
700 Crossroads Building
2 State Street
Rochester, New York 14614

Telephone Number:      585.987.2800

**Received**

AUG 0 5 2006

Kurtzman Carson

## CLAIM INFORMATION

1.      Basis for Claim: goods sold

2.      Date Debt Incurred: 8/19/05 – 10/4/05
        If court judgment, date obtained:   n/a

3.      Classification of Claim:

        Unsecured Nonpriority Claim          $33,257.86

4.      **Total Amount of Claim at Time Case Filed:**          $33,257.86

5.      Attached to this claim: Schedule of Unpaid Invoices with copies of invoices

## CERTIFICATION

The undersigned certifies under penalty of perjury that the debtor named above is indebted to the claimant in the amount shown, that there is no security for the debt other than stated above or in an attachment to this form, that no unmatured interest is included, that all payments on this claim have been credited and deducted for the purpose of making this proof of claim and that the undersigned is authorized to make this claim.

Dated: July 27, 2006

ZELLER ELECTRIC OF ROCHESTER, INC.
aka ZELLER ELECTRIC INC.

By: _____
John K. McAndrew, as agent

{710793: }

# ZELLER ELECTRIC OF ROCHESTER, INC.
## aka ZELLER ELECTRIC INC.
### SCHEDULE OF UNPAID INVOICES

| Invoice No.: | Purchase Order No.: | Goods Delivered: | Amount Due: |
|---|---|---|---|
| 528964 | RPS74398 | 8/19/05 | $591.01 |
| 530694 | RPS47398 | 9/1/05 | $160.25 |
| 530701 | RPS47373 | 9/1/05 | $250.60 |
| 530703 | RPS47373 | 9/1/05 | $250.60 |
| 530721 | RPS47492 | 9/1/05 | $30.95 |
| 530901 | RPS47589 | 9/2/05 | $194.73 |
| 531183 | RPS47589 | 9/6/05 | $22.00 |
| 531189 | RPS47608 | 9/6/05 | $1,115.00 |
| 531197 | RPS47675 | 9/6/05 | $115.00 |
| 531264 | RPS47650 | 9/7/05 | $129.00 |
| 531671 | RPS47675 | 9/9/05 | $122.00 |
| 531825 | RPS46887 | 9/12/05 | $163.23 |
| 531831 | RPS47264 | 9/12/05 | $522.00 |
| 531918 | RPS47161 | 9/12/05 | $10.95 |
| 532717 | RPS46954 | 9/16/05 | $255.00 |
| 532794 | 450135679 | 9/19/05 | $434.00 |
| 533627 | 450138350 | 9/23/05 | $147.00 |
| 533766 | 450140593 | 9/26/05 | $264.40 |
| 533783 | 450140701 | 9/26/05 | $234.00 |
| 534280 | RPS47725 | 9/16/05 | $917.70* |
| 534471 | 450138786 | 9/29/05 | $147.32 |
| 534554 | 450142240 | 9/30/05 | $305.37 |
| 535093 | 450131217 | 10/4/05 | $839.02 |
| 535158 | 450140871 | 10/4/05 | $2,347.50 |
| 535188 | 450141375 | 10/4/05 | $30.80 |
| 535469 | RPS47433 | 10/6/05 | $4,206.00 |
| 536637 | 450142549 | 9/30/05 | $4,945.00 |
| 537773 | 450140871 | 10/4/05 | $14,507.43 |

**Total Due**                                                    **$33,257.86**

*This invoice was paid in part as a result of the settlement of Zeller's reclamation claim with Delphi. As a result of the settlement of the reclamation claim, $2,534.30 was paid on this invoice, leaving a balance due of $917.70, as stated above and in the claim Total Due.

{710793:}

# Zeller Electric of Rochester
*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St, Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982
www.zellercorp.com

# INVOICE

Invoice#: 528964
Taker: DBM
Page: 1
Invoice Date: 08/18/05

**SOLD-TO**
R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**
1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

Thank you,
DAN MCDONALD

If Zeller Rochester can be of any further service please call us at (585) 254-8840

| Customer PO# | | Ship Via | | | | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RPS47398 | | UPS | | | | | NET 30 DAYS | COLLECT | 400101 | 08/18/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Premise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 1 | 0 | 1 | RST3-RKWT/LEDA4/3.. | LUMB | | 30.95E | | .00 |
| 002 | 1 | 1 | 1 | 0 | *** -61/ 1.5M | LUMB | | 129.30E | | .00 |
| 003 | 1 | 1 | 1 | 0 | ASBS-8/LED5/4 | LUMB | | 137.11E | | 137.11 |
| | | | | | 133041 XPSBA5120 | | | | | |
| | | | | | 111, SAFETY RELAY 300V 2.5AMP | | | | | |
| 30 | 30 | 30 | 0 | 104564 | RKWT/LEDA4/3-632/5M | SQD | | 15.13E | | 453.90 |
| | | | | | * QUOTE #E003848 EFF 5/05- 5/06 | LUMB | | | | |
| | | | | | * UPS TRACKING # * | | | | | |
| | | | | | 1Z1246020345568966 08/18/05 | | | | | |

Your Account Salesperson is: ANDY FRANCATI

| | SUBTOTAL | 591.01 |
|---|---|---|
| | INVOICE TOTAL | 591.01 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/0612:09 LDH



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**    1Z 124 602 03 4556 896 6
**Service Type:**    GROUND
**Delivered on:**    08/19/2005 9:16 A.M.
**Delivered to:**    INSIGHT
1000 LEXINGTON AVE
ROCHESTER, NY, US  14606
**Signed by:**    JERRY

**Location:**    DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:18 P.M.   Eastern Time (USA)

# Zeller Electric of Rochester

*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

# INVOICE

Invoice#: 530694
Taker: DBM
Page: 1
Invoice Date: 08/31/05

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | | | | | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|---|
| RPS47398 | | | | | | NET 30 DAYS | COLLECT | 400101 | 08/31/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Lin | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 1 | 1 | 0 | RST3-RKWT/LEDA4/3... | | | 30.95E | | 30.95 |
| 002 | 1 | 1 | 1 | 0 | *** -61/ 1.5M | | | | | |
| 007 | | | | | ASBS-8/LED5/4 | LUMB | | 129.30E | | 129.30 |
| 008 | | | | 0 | | LUMB | | | | |

Your Account Salesperson is: ANDY FRANCATI

| | |
|---|---|
| SUBTOTAL | 160.25 |
| INVOICE TOTAL | 160.25 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/06 12:09 LDH

INVGO1 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**   1Z 124 602 03 4671 118 3
**Service Type:**   GROUND
**Delivered on:**   09/01/2005 9:05 A.M.
**Delivered to:**   KOM
                    1000 LEXINGTON AVE
                    ROCHESTER, NY, US  14606
**Signed by:**   JERRY

UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS

**Location:**   DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  07/25/2006 7:53 A.M.   Eastern Time (USA)

# *Zeller Electric of Rochester*

a division of Zeller Corporation

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

# INVOICE

| Invoice#: | 530701 |
|---|---|
| Taker: | JLH |
| Page: | 1 |
| Invoice Date: | 08/31/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller, Rochester can be of any further service please call us at (585) 254-8840

Thank you,
JENNIFER SNYDER

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| RPS4737 | UPS | | NET 30 DAYS | COLLECT | 399563 | 08/31/05 | ASAP |

| Ln | Total Qty Ordered | Qty Curr. | Qty Ship | Qty B/O. | Item & Description | Vendor | Promise | Price | Un | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 2 | 2 | 2 | 0 | RKCW120-136/5M | LUMB | | 125.30E | | 250.60 |
| 04 | | | | | * UPS TRACKING # * | | | | | |
| 05 | | | | | 1Z12460203465501829  08/23/05 | | | | | |
| | | | | | * UPS TRACKING # * | | | | | |
| | | | | | 1Z12460203455892229  08/31/05 | | | | | |

Your Account Salesperson is: ANDY FRANCATI

| | SUBTOTAL | 250.60 |
|---|---|---|
| | INVOICE TOTAL | 250.60 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/0612.09 LDH

INV001 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**  1Z 124 602 03 4558 922 9
**Service Type:**  GROUND
**Delivered on:**  09/01/2005 9:05 A.M.
**Delivered to:**  KOM
                    1000 LEXINGTON AVE
                    ROCHESTER, NY, US  14606
**Signed by:**  JERRY

**Location:**  DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  07/24/2006 12:22 P.M.   Eastern Time (USA)

# Zeller Electric of Rochester
## a division of Zeller Corporation

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982
www.zellercorp.com

# INVOICE

| Invoice#: | 530703 |
|---|---|
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 08/31/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | Ship Via | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|
| RPS47373 | UPS | NET 30 DAYS | COLLECT | 399967 | 08/31/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Job Number | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 003 | 2 | 2 | 2 | 0 | RKCW120136/5M | | | | | | |
| 004 | | | | | *** | | LUMB | | 125.30E | | 250.60 |
| 005 | | | | | * UPS TRACKING # * | | | | | | |
| 006 | | | | | 1Z12460203458L924  08/17/05 | | | | | | |
| 007 | | | | | * UPS TRACKING # * | | | | | | |
| 008 | | | | | 1Z12460203468O7802  08/25/05 | | | | | | |
| 009 | | | | | * UPS TRACKING # * | | | | | | |
| | | | | | 1Z124602034576Z611  08/31/05 | | | | | | |

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/06 12:09 LDH

INV031 Rev E

| | |
|---|---|
| SUBTOTAL | 250.60 |
| INVOICE TOTAL | 250.60 |



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 124 602 03 4576 261 1
**Service Type:** GROUND
**Delivered on:** 09/01/2005 9:05 A.M.
**Delivered to:** KOM
1000 LEXINGTON AVE
ROCHESTER, NY, US 14606
**Signed by:** JERRY

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:23 P.M.   Eastern Time
(USA)

# Zeller Electric of Rochester

a division of Zeller Corporation

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982
www.zellercorp.com

## INVOICE

Invoice#: 530721
Taker: DBM
Page: 1
Invoice Date: 08/31/05

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | | | | Job Number | | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|---|
| RPS47492 | | | | | | NET 30 DAYS | COLLECT | 400109 | 08/31/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 006 | 1 | 1 | 1 | 0 | RST3RKWT/LED4/3224-   ***1.5M | LUMB | | 30.95E | | 30.95 |
| 007 | | | | | * UPS TRACKING # * | | | | | |
| 008 | | | | | 1Z1246023462710l5  08/18/05 | | | | | |
| 0 | | | | | * UPS TRACKING # * | | | | | |
| | | | | | 1Z12460203458617l9  08/31/05 | | | | | |

Your Account Salesperson is: ANDY FRANCATI

SUBTOTAL        30.95

INVOICE TOTAL   30.95

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

INV301 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**    1Z 124 602 03 4586 171 9
**Service Type:**    GROUND
**Delivered on:**    09/01/2005 9:05 A.M.
**Delivered to:**    KOM
1000 LEXINGTON AVE
ROCHESTER, NY, US  14606
**Signed by:**    JERRY

**Location:**    DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:23 P.M.  Eastern Time
(USA)

# INVOICE

## Zeller Electric of Rochester
*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

| | |
|---|---|
| Invoice#: | 530901 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/01/05 |

**SOLD-TO**

DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be of any further service please call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| RPS47589 | UPS | | NET 30 DAYS | COLLECT | 400441 | 09/01/05 | 09/02/05 |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | 1 | 1 | 0 | SC08003 DS2, PROXIMITY SENSOR, MAGNET | SQD | | 99.44E | 99.44 |
| 02 | 1 | 1 | 1 | 0 | 7063 DS2, MAGNET SG | SQD | | 23.32E | 23.32 |
| | | | | | P/N 103167 ************************* | | | | |
| | | | | | XVBC35 | | | | |
| 07 | 1 | 1 | 1 | 0 | XVA, INDICATING BANK LENS 250V | SQD | | 29.66E | 29.66 |
| 08 | 2 | 2 | 2 | 0 | 110620 XVBC11 | SQD | | 12.50E | 25.00 |
| | 1 | 1 | 1 | 0 | XVA, INDICATING BANK ACCESSORI | SQD | | 17.31E | 17.31 |
| 09 | 10 | 10 | 0 | 10 | XVBC03 XVA, INDICATING BANK ACCESSORI | SQD | | 2.20E | .00 |
| 010 | | | | | 6S6DC30-I 16764 | CAN | | | |
| | | | | | * UPS TRACKING # * 1Z124602034577814O 09/01/05 | | | | |

| | |
|---|---|
| SUBTOTAL | 194.73 |
| INVOICE TOTAL | 194.73 |

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/06 12:10 LDH

INV901 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**   1Z 124 602 03 4577 814 0
**Service Type:**      GROUND
**Delivered on:**      09/02/2005 9:07 A.M.
**Delivered to:**      1000 LEXINGTON AVE
                       ROCHESTER, NY, US  14606
**Signed by:**         JERRY

UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS

**Location:**          DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  07/24/2006 12:23 P.M.   Eastern Time (USA)

# *Zeller Electric of Rochester*

*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982

www.zellercorp.com

# INVOICE

| | |
|---|---|
| Invoice#: | 531183 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/02/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

Thank you,
DAN McDONALD

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| RPS47589 | UPS | | NET 30 DAYS | COLLECT | 400441 | 09/02/05 | 09/02/05 |

| Ln | Total Ordered | Qty Cur | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 08 09 10 11 12 | 10 | 10 | 10 | 0 | 6SDC30-I<br>16764<br>* UPS TRACKING # *<br>1Z1246020345778140 09/01/05<br>* UPS TRACKING # *<br>1Z1246020345453188 09/02/05 | SUN | | 2.20E | 22.00 |

Your Account Salesperson is: ANDY FRANCATI

| | SUBTOTAL | 22.00 |
|---|---|---|
| | INVOICE TOTAL | 22.00 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/06 12:10 LDH

INV001 Rev 1



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 124 602 03 4545 318 8
**Service Type:** GROUND
**Delivered on:** 09/06/2005 9:05 A.M.
**Delivered to:** KOM
1000 LEXINGTON AVE
ROCHESTER, NY, US 14606
**Signed by:** JERRY

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:24 P.M.   Eastern Time (USA)

# Zeller Electric of Rochester
a division of Zeller Corporation

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982
www.zellercorp.com

# INVOICE

Invoice#: 531189
Taker: DBM
Page: 1
Invoice Date: 09/02/05

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

TEMP
DELPHI AUTOMOTIVE SYSTEMS
5500 W. HENRIETTA RD.
ATTN: TONY KANE
WEST HENRIETTA, NY 14586

**If Zeller Rochester can be of any further service please call us at (585) 254-8840**

**Thank you,**
DAN McDONALD

| Customer PO# | | | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|
| RPS47608 | | | UPS | | NET 30 DAYS | COLLECT | 400801 | 09/02/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | 1 | 1 | 0 | KHJ36200L021 **DE2, MOLDED CASE CIRCUIT BR | SQD | | 1115.00E | | 1115.00 |
| 02 | -1 | -1 | 0 | -1 | *** SQD SPJ SO # 400801 *** | SQD | | .00E | | .00 |
| | | | | | * UPS TRACKING # * 1Z1246Z0304669464Z 09/02/05 | | | | | |

Your Account Salesperson is: ANDY FRANCATI

| | SUBTOTAL | 1115.00 |
|---|---|---|
| | INVOICE TOTAL | 1115.00 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/06 12:10 LDH

INV001 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**  1Z 124 602 03 4669 464 9
**Service Type:**  GROUND
**Delivered on:**  09/06/2005 9:49 A.M.
**Delivered to:**  5500 W HENRIETTA RD
WEST HENRIETTA, NY, US  14586
**Signed by:**  KNIGHT

**Location:**  DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:24 P.M.  Eastern Time
(USA)

# Zeller Electric of Rochester

*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982

www.zellercorp.com

# INVOICE

| | |
|---|---|
| Invoice#: | 531197 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/02/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| RPS47675 | UPS | | NET 30 DAYS | COLLECT | 400950 | 09/02/05 | ASAP |

| Ln<br>No. | Total<br>Ordered | Qty<br>Curr | Qty<br>Ship | Qty<br>B/O | Item &<br>Description | Vendor | Promise | Price | Um | Extended<br>Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 1 | 1 | 0 | OG5054<br>*** | EFECTOR | | 115.00 | E | 115.00 |
| 005 | 1 | 1 | 0 | 1 | XCSM410212<br>*** | SQD | | 122.00 | E | .00 |
| | | | | | *** | | | | | |
| | | | | | * UPS TRACKING # * | | | | | |
| | | | | | 1Z12460203461L0288 09/02/05 | | | | | |

Your Account Salesperson is: ANDY FRANCATI

07/24/06 12:10 LOH

| | SUBTOTAL | 115.00 |
|---|---|---|
| | INVOICE TOTAL | 115.00 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

INV007 Rev E

UPS Package Tracking



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 124 602 03 4611 028 8
**Service Type:** GROUND
**Delivered on:** 09/06/2005 9:05 A.M.
**Delivered to:** KOM
1000 LEXINGTON AVE
ROCHESTER, NY, US 14606
**Signed by:** JERRY

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
**United Parcel Service**

Tracking results provided by UPS: 07/24/2006 12:24 P.M.    Eastern Time (USA)

# Zeller Electric of Rochester

**a division of Zeller Corporation**

PO Box 13436, 800 Emerson St. Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982

www.zellercorp.com

# INVOICE

| | |
|---|---|
| Invoice#: | 531264 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/06/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | Ship Via | | | | Job Number | Terms | Freight | | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RPS47650 | UPS | | | | | NET 30 DAYS | COLLECT | | 400653 | 09/06/05 | 09/07/05 |

| Ln Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 1 | 0 | 22686 | | | | | | |
| 002 | | | | CP1, LIMIT SWITCH 600VAC 15AMP | | | | | | |
| 003 | | 1 | | PART# 9007AW12BA1 | | SQD | | 129.00 | E | 129.00 |
| 084 | | | | 9007AW12BA1 IS NCNR | | | | | | |
| | | | | * UPS TRACKING # * | | | | | | |
| | | | | 1Z124602034739890 4 09/06/05 | | | | | | |

Your Account Salesperson is: ANDY FRANCATI

| | |
|---|---|
| Total | 1 |

07/24/06 12:10 LDH

SUBTOTAL    129.00

INVOICE TOTAL    129.00

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

INV001 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 124 602 03 4739 890 4 |
| **Service Type:** | GROUND |
| **Delivered on:** | 09/07/2005 9:08 A.M. |
| **Delivered to:** | 1000 LEXINGTON AVE |
| | ROCHESTER, NY, US 14606 |
| **Signed by:** | JERRY |

UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS

| **Location:** | DOCK |
|---|---|

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:24 P.M. Eastern Time (USA)

# Zeller Electric of Rochester

*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

## INVOICE

Invoice#: 531671
Taker: DBM
Page: 1
Invoice Date: 09/08/05

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

**Thank you,**
DAN McDONALD

| Customer PO# | | Ship Via | | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|
| RPS47675 | | UPS | | | NET 30 DAYS | COLLECT | 400950 | 09/08/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 009 010 001 002 005 | 1 | 1 | 1 | 0 | XCSM4102L2 *** *UPS TRACKING # * 1Z1246020346110288 09/02/05 *UPS TRACKING # * 1Z1246020345643919 09/08/05 | SQD | | 122.00E | 122.00 |

SUBTOTAL 122.00

INVOICE TOTAL 122.00

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/06 2:10 LDH

INV001 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 124 602 03 4564 391 9
**Service Type:** GROUND
**Delivered on:** 09/09/2005 9:13 A.M.
**Delivered to:** 1000 LEXINGTON AVE
ROCHESTER, NY, US 14606
**Signed by:** JERRY

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:25 P.M.   Eastern Time
(USA)

# Zeller Electric of Rochester
*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982
www.zellercorp.com

# INVOICE

| Invoice#: | 531825 |
|---|---|
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/09/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN MCDONALD

| Customer PO# | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RP46887 | | | | | | | | | |

| Ln | Total Ordered | Qty Curr. | Ship Via | Qty Ship | Qty B/O | Item & Description | Job Number | Terms | Freight |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 1 | 1 | UPS | 1 | 0 | 9012GAW2 | | NET 30 DAYS | COLLECT |
| 11 | | | | | | CP1, PRESSURE SWITCH 480VAC 10 | | | |
| 12 | | | | | | * UPS TRACKING # * | | | |
| 13 | | | | | | 1Z1246020345690958 07/22/05 | | | |
| 14 | | | | | | * UPS TRACKING # * | | | |
| 15 | | | | | | 1Z1246020345426752 08/01/05 | | | |
| 16 | | | | | | * UPS TRACKING # * | | | |
| 17 | | | | | | 1Z1246020347361596 08/03/05 | | | |
| 18 | | | | | | * UPS TRACKING # * | | | |
| 19 | | | | | | 1Z1246020345758386 08/04/05 | | | |
| 20 | | | | | | * UPS TRACKING # * | | | |
| | | | | | | 1Z1246020346814590 09/09/05 | | | |

Your Account Salesperson is: ANDY FRANCATI

| Vendor | Promise | Confirm# | Ship Date | Requested |
|---|---|---|---|---|
| SQD | | 397388 | 09/09/05 | ASAP |

| Price | Um | Extended Price |
|---|---|---|
| 163.23 | E | 163.23 |

| SUBTOTAL | 163.23 |
|---|---|
| INVOICE TOTAL | 163.23 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/0612:10:LDH

INV001 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 124 602 03 4681 459 0
**Service Type:** GROUND
**Delivered on:** 09/12/2005 9:17 A.M.
**Delivered to:** 1000 LEXINGTON AVE
ROCHESTER, NY, US 14606
**Signed by:** JERRY

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:25 P.M. Eastern Time (USA)

# Zeller Electric of Rochester
*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St. Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982
www.zellercorp.com

# INVOICE

| | |
|---|---|
| Invoice#: | 531831 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/09/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| RPS47264 | UPS | | NET 30 DAYS | COLLECT | 399284 | 09/09/05 | ASAP |

| Ln | Qty Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 1 | 0 | 1 | 9012GCW2G17K1 *** | SQD | | 429.63 | E | .00 |
| 002 | 2 | 2 | 0 | 2 | 9012GCW1G18Q5 *** | SQD | | 419.51 | E | .00 |
| 004 | 2 | 2 | 2 | 0 | 129774 INTERLOCK SWITCH 300 VAC 10 AM  XCSL586B3 | SQD | | 261.00 | E | 522.00 |
| | | | | | * UPS TRACKING # * | | | | | |
| 005 | | | | | 1Z1246020345898609 08/10/05 | | | | | |
| | | | | | * UPS TRACKING # * | | | | | |
| 007 | | | | | 1Z1246020345745872 08/23/05 | | | | | |
| | | | | | * UPS TRACKING # * | | | | | |
| 008 | | | | | 1Z1246020347027644 09/09/05 | | | | | |
| 009 | | | | | | | | | | |
| 010 | | | | | | | | | | |

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/06 12:10 LDH

| | | |
|---|---|---|
| | SUBTOTAL | 522.00 |
| | INVOICE TOTAL | 522.00 |

RW001 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**    1Z 124 602 03 4702 764 4
**Service Type:**       GROUND
**Delivered on:**       09/12/2005 9:17 A.M.
**Delivered to:**       1000 LEXINGTON AVE
                        ROCHESTER, NY, US 14606
**Signed by:**          JERRY

UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS

**Location:**           DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:25 P.M.   Eastern Time
(USA)

# Zeller Electric of Rochester
### a division of Zeller Corporation

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

## INVOICE

| | |
|---|---|
| Invoice#: | 531918 |
| Taker: | TDZ |
| Page: | 1 |
| Invoice Date: | 09/09/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
TOM ZIEGLER

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| RES47161 | UPS | | NET 30 DAYS | COLLECT | 399310 | 09/09/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 1 | 1 | 0 | 5BV1<br>***<br>* UPS TRACKING # *<br>1Z1246020347116851  09/09/05 | ZELLER | | 10.95E | 10.95 |

Your Account Salesperson is: ANDY FRANCATI

| | SUBTOTAL | 10.95 |
|---|---|---|
| | INVOICE TOTAL | 10.95 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

07/24/06 12:10 LDH

INV001 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 124 602 03 4711 685 1
**Service Type:** GROUND
**Delivered on:** 09/12/2005 9:17 A.M.
**Delivered to:** 1000 LEXINGTON AVE
ROCHESTER, NY, US 14606
**Signed by:** JERRY

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:25 P.M.  Eastern Time (USA)

## Zeller Electric of Rochester
*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St, Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

# INVOICE

| Invoice#: | 532717 |
|---|---|
| Taker: | JLH |
| Page: | 1 |
| Invoice Date: | 09/15/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
JENNIFER SNYDER

| Customer PO# | Ship Via | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|
| RPS46954 | UPS | NET 30 DAYS | COLLECT | 402741 | 09/15/05 | ASAP |

| Ln | Total Ordered | Qty Cur | Qty Ship | Qty B/O | Item & Description | | Vendor | Promise | Price | Ln | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 1 | 1 | 0 | 128908 | 777436 | PILZ | | 255.00E | 255.00 | |
| 002 | | | | | * P2HZXIP-120VAC | | | | | | |
| 003 | | | | | * UPS TRACKING # * | | | | | | |
| | | | | | 1Z124602034500T7286 09/15/05 | | | | | | |

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

INV001 Rev E                                                                10/13/053.30 LDH

| | SUBTOTAL | 255.00 |
|---|---|---|
| | INVOICE TOTAL | 255.00 |

UPS Package Tracking                                                              **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 124 602 03 4500 728 6 |
| **Reference Number(s):** | RPS46954, RPS46954 |
| **Service Type:** | GROUND |
| **Package Weight:** | 1.10 Lbs |
| **Shipped or Billed on:** | Sep 15, 2005 |
| **Delivered on:** | Sep 16, 2005 9:24 A.M. |
| **Delivered to:** | 1000 LEXINGTON AVE |
| | ROCHESTER, NY, US 14606 |
| **Signed by:** | JERRY |

| | |
|---|---|
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: Oct 13, 2005 3:36 P.M.   Eastern Time (USA)

# *Zeller Electric of Rochester*

a division of Zeller Corporation

PO Box 13436, 800 Emerson St, Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-3696  Fax (585) 254-0982
www.zellercorp.com

# INVOICE

Invoice#:    532794
Taker:    DBM
Page:    1
Invoice Date:    09/16/05

**SOLD TO:**
R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**
1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

Thank you,
DAN McDONALD

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| 45013567 9 | UPS | | NET 30 DAYS | COLLECT | 402470 | 09/16/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 3 | 3 | 3 | 0 | EZ-12M | KEYENCE | | 110.00 | E | 330.00 |
| 002 | 1 | 1 | 1 | 0 | *** EZ-8M | KEYENCE | | 104.00 | E | 104.00 |
| 003 | | | | | *** | | | | | |
| 004 | | | | | * UPS TRACKING # * 1Z1246203463636041 09/16/05 | | | | | |

SUBTOTAL    434.00

INVOICE TOTAL    434.00

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

Your Account Salesperson is: ANDY FRANCATI

INV001 Rev E                    10/13/053:30 LDH

UPS Package Tracking                                                                 **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**      1Z 124 602 03 4663 604 1
**Reference Number(s):**  450135679, 450135679
**Service Type:**         GROUND
**Package Weight:**       1.20 Lbs
**Shipped or Billed on:** Sep 16, 2005
**Delivered on:**         Sep 19, 2005 9:12 A.M.
**Delivered to:**         KOM
                          1000 LEXINGTON AVE
                          ROCHESTER, NY, US  14606
**Signed by:**            JERRY

**Location:**             DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: Oct 13, 2005 3:37 P.M.  Eastern Time
(USA)

# Zeller Electric of Rochester
### a division of Zeller Corporation

PO Box 13436, 800 Emerson St, Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

## INVOICE

| | |
|---|---|
| Invoice#: | 533627 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/22/05 |

**SOLD TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | Ship Via | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|
| 450138350 | UPS | NET 30 DAYS | COLLECT | 403508 | 09/22/05 | ASAP |

| Ln | Total Qty Ordered | Qty Cur | Qty Ship | Qty B/O | Item & Description | Job Number | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 14 | 14 | 14 | 0 | 13D648 | 2966472 | PX | | 1050.00 | | 147.00 |
| 002 | | | | | PLC-RSP24DC/21 | | | | | | |
| 003 | | | | | * UPS TRACKING # * | | | | | | |
| | | | | | 1Z1Z460Z046058096 09/22/05 | | | | | | |

Your Account Salesperson is: ANDY FRANCATI

| | |
|---|---|
| SUBTOTAL | 147.00 |
| INVOICE TOTAL | 147.00 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

INV001 Rev E

10/13/05 3:31 LDH



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**        1Z 124 602 03 4605 809 6
**Reference Number(s):**    450138350, 450138350
**Service Type:**           GROUND
**Package Weight:**         1.30 Lbs
**Shipped or Billed on:**   Sep 22, 2005
**Delivered on:**           Sep 23, 2005 9:23 A.M.
**Delivered to:**           1000 LEXINGTON AVE
                            ROCHESTER, NY, US  14606
**Signed by:**              JERRY

**Location:**               DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 13, 2005 3:38 P.M.   Eastern Time
(USA)

# Zeller Electric of Rochester
*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

## INVOICE

| | |
|---|---|
| Invoice#: | 533766 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/23/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DON MOSHER

| Customer PO# | Ship-To | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| 45014059J | UPS | N | NET 30 DAYS | COLLECT | 403631 | 09/23/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 4 | 4 | 4 | 0 | 13217 | | | 45.40 | E | 181.60 |
| 002 | 4 | 4 | 4 | 0 | 132217 | SQD | | 20.70 | E | 82.80 |
| 003 | | | | | 131097 | SQD | | | | |
| 004 | | | | | 131097 | | | | | |
| | | | | | XCSPA793 | | | | | |
| | | | | | XCS213 | | | | | |
| | | | | | * UPS TRACKING # * | | | | | |
| | | | | | 1Z12460203463622284 09/23/05 | | | | | |

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

10/13/05;3:31 LDH

| | SUBTOTAL | 264.40 |
|---|---|---|
| | INVOICE TOTAL | 264.40 |

INV007: Rev E

UPS Package Tracking                                                                      **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 124 602 03 4636 228 4 |
| **Reference Number(s):** | 450140593, 450140593 |
| **Service Type:** | GROUND |
| **Package Weight:** | 1.70 Lbs |
| **Shipped or Billed on:** | Sep 23, 2005 |
| **Delivered on:** | Sep 26, 2005 9:08 A.M. |
| **Delivered to:** | 1000 LEXINGTON AVE |
| | ROCHESTER, NY, US 14606 |
| **Signed by:** | JERRY |

**Location:**                    DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 13, 2005 3:42 P.M.   Eastern Time
(USA)

# INVOICE

## Zeller Electric of Rochester
### a division of Zeller Corporation

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

| Invoice#: | 533783 |
|---|---|
| Taker: | BAL |
| Page: | 1 |
| Invoice Date: | 09/23/05 |

**SOLD TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
BRIAN LONG

| Customer PO# | | | | | Terms | Freight | | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|---|
| 450140701 | | | | | NET 30 DAYS | COLLECT | | 403652 | 09/23/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Ship Via | Qty Ship | Qty B/O | Item & Description | Job Number | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 3 | 3 | UPS | 3 | 0 | I12, CONTACTOR 600VAC 25AMP IE | LC1D25G7 | SQD | | 78.00E | | 234.00 |
| 002 | | | | | | 119610 | | | | | | |
| 003 | | | | | | * UPS TRACKING # *<br>1Z124602034755983 09/23/05 | | | | | | |

Your Account Salesperson is: ANDY FRANCATI

|  |  |
|---|---|
| SUBTOTAL | 234.00 |
| INVOICE TOTAL | 234.00 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

10/13/05 3:31 LDH

MW001 Rev E

UPS Package Tracking                                                **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**      1Z 124 602 03 4755 938 3
**Reference Number(s):**  450140701, 450140701
**Service Type:**         GROUND
**Package Weight:**       3.00 Lbs
**Shipped or Billed on:** Sep 23, 2005
**Delivered on:**         Sep 26, 2005 9:08 A.M.
**Delivered to:**         1000 LEXINGTON AVE
                          ROCHESTER, NY, US 14606
**Signed by:**            JERRY

**Location:**             DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: Oct 13, 2005 3:42 P.M.   Eastern Time
(USA)

## Zeller Electric of Rochester
### a division of Zeller Corporation

## INVOICE

PO Box 13436, 800 Emerson St, Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982
www.zellercorp.com

| Invoice#: | 534280 |
|---|---|
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/28/05 |

**SOLD TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN MCDONALD

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| RPS47725 | OURS | 450129950 | NET 30 DAYS | COLLECT | 400971 | 09/15/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 002 | 1 | 1 | 1 | 0 | I LINE 225 MCB *** QTC # 21060370 | SQD | | 3452.00 | E | 3452.00 |

SUBTOTAL        3452.00

INVOICE TOTAL        3452.00

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

10/13/05 3:31 LDH

INV001 Rev E



**DELIVERY RECEIPT**

ROADWAY EXPRESS INC.
P.O. BOX 471 AKRON OH 44309-1111
(TRAVELLER) 34-0450001

GR

| PU'M PU DATE | DESTINATION | RATE CODE | ROAD'S HER NO | PAGE | | | PRO NO |
|---|---|---|---|---|---|---|---|
| 09-15-05 | 233-1 | /12 | 8440.41 | 01 OF 02 | | | 328-738601-7 |

RPS47725
S/F: KOKOMO IN 46901       SHIP CODE 1284
SQUARE D
1941 E NORTH ST
KOKOMO IN 46901
DELPHI E - ROCHESTER       58001
1000 LEXINGTON AVE
ROCHESTER NY 14606         0128
CABA BOO

ORG
328

ROADWAY'S TARIFFS LIMIT ITS LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED
BELOW. THANK YOU! ROADWAY EXPRESS, INC.

PLEASE SIGN HERE       DATE       TIME

X
279657

SEE FINAL PAGE...

012091069

**PRO NO** 328-738601-7        SEE FINAL PAGE...        SEE FINAL PAGE

| NO. HU | PKG | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 2 | PLT | | ****** NO AIR ****** BUS BAR SYSTEM | E70 | 350 | | |
| | | | NMFC=06108000 CLC775 PERCENT DISCOUNT (OUTBOUND) GENERAL SURCHARGE (FUEL/FRT) | | | | |
| 2 | TTL | /// | | TTL | 350 | | PPD |
| | | | SLC | | | | |

**DELIVERY RECEIPT**

ROADWAY EXPRESS INC.
P.O. BOX 471 AKRON OH 44309-1111
(TRAVELLER) 34-0450001

GR

| PU'M PU DATE | DESTINATION | RATE CODE | ROAD'S HER NO | PAGE | | | PRO NO |
|---|---|---|---|---|---|---|---|
| 09-15-05 | 233-1 | /12 | 8440.41 | 02 OF 02 | | | 328-738601-7 |

RPS47725
S/F: KOKOMO IN 46901       SHIP CODE 1284
SQUARE D
1941 E NORTH ST
KOKOMO IN 46901
DELPHI E - ROCHESTER       58001
1000 LEXINGTON AVE        20
ROCHESTER NY 14606         0128
                          0.048
                          CABA BOO

ORG
328

ROADWAY'S TARIFFS LIMIT ITS LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED
BELOW. THANK YOU! ROADWAY EXPRESS, INC.

PLEASE SIGN HERE       DATE       TIME

279657        NWS 4 2       737%

012081069

**PRO NO** 328-738601-7

| NO. HU | PKG | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | CUST#: 96450 | | | | | |

# INVOICE

*a division of Zeller Corporation*

## *Zeller Electric of Rochester*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

| | | |
|---|---|---|
| **Invoice#:** | 534471 | |
| **Taker:** | DBM | |
| **Page:** | 1 | |
| **Invoice Date:** | 09/28/05 | |

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

**SOLD TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

| Customer PO# | | | | Ship Via | | | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 450138786 | | | | UPS | | | | NET 30 DAYS | COLLECT | 403510 | 09/28/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 4 | 4 | 4 | 0 | I12, BIMETALLIC OVERLOAD RELAY | SQD | | 36.83E | | 147.32 |
| 002 | | | | | LR2D13X6 | | | | | |
| 003 | | | | | * UPS TRACKING # * | | | | | |
| | | | | | 1Z12460203466651844 09/28/05 | | | | | |

Your Account Salesperson is: ANDY FRANCATI

| | SUBTOTAL | 147.32 |
|---|---|---|
| | INVOICE TOTAL | 147.32 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

RV001 Rev E

10/13/05 3:31 LDH

UPS Package Tracking                                                    **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**      1Z 124 602 03 4666 184 4
**Reference Number(s):**  450138786, 450138786
**Service Type:**          GROUND
**Package Weight:**        2.20 Lbs
**Shipped or Billed on:**  Sep 28, 2005
**Delivered on:**          Sep 29, 2005 9:24 A.M.
**Delivered to:**          1000 LEXINGTON AVE
                           ROCHESTER, NY, US 14606
**Signed by:**             JERRY

**Location:**              DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 13, 2005 3:45 P.M.   Eastern Time (USA)

# Zeller Electric of Rochester

*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

# INVOICE

| Invoice#: | 534554 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 09/29/05 |

**SOLD TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | | | | | Job Number | Terms | Freight | | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 450142240 | | | | | | NET 30 DAYS | COLLECT | | 404114 | 09/29/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 9 | 9 | 9 | 0 | 129805 | | SQD | | 33.93E | | 305.37 |
| 002 | | | | | CP1, LIMIT SWITCH HEAD C | 9007J | | | | | |
| 003 | | | | | * UPS TRACKING # * | | | | | | |
| | | | | | 1Z1246020347769576 09/29/05 | | | | | | |

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

10/13/053:31 LDH

INV001 Rev E

| | SUBTOTAL | 305.37 |
| | INVOICE TOTAL | 305.37 |

UPS Package Tracking                                                              **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**      1Z 124 602 03 4776 957 6
**Reference Number(s):**  450142240, 450142240
**Service Type:**         GROUND
**Package Weight:**       4.90 Lbs
**Shipped or Billed on:** Sep 29, 2005
**Delivered on:**         Sep 30, 2005 9:20 A.M.
**Delivered to:**         1000 LEXINGTON AVE
                          ROCHESTER, NY, US 14606
**Signed by:**            JERRY

**Location:**             DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: Oct 13, 2005 3:46 P.M.   Eastern Time (USA)

# *Zeller Electric of Rochester*

*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph. (585) 254-8840  (800) 295-8696  Fax (585) 254-0982

www.zellercorp.com

# INVOICE

| | |
|---|---|
| Invoice#: | 535093 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 10/03/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | | Ship Via | | | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|---|
| 45013217 | | UPS | | | RPS47264 | NET 30 DAYS | COLLECT | 399284 | 10/03/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 1 | 1 | 0 | 9012GCW2G17K1 *** | SQD | | 429.63 | E | .00 |
| 002 | 2 | 2 | 2 | 0 | 9012GCW1G18Q5 *** | SQD | | 419.51 | E | 839.02 |
| 011 | | | | | * UPS TRACKING # * | | | | | |
| 012 | | | | | 1Z124602034558442O 10/03/05 | | | | | |

Your Account Salesperson is: ANDY FRANCATI

10/13/053:32 LDH

| | | |
|---|---|---|
| | SUBTOTAL | 839.02 |
| | INVOICE TOTAL | 839.02 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

WW001 Rev E



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 124 602 03 4558 442 0 |
| **Reference Number(s):** | 450141375, 450131217 |
| **Service Type:** | GROUND |
| **Package Weight:** | 7.60 Lbs |
| **Shipped or Billed on:** | Oct 3, 2005 |
| **Delivered on:** | Oct 4, 2005 9:15 A.M. |
| **Delivered to:** | 1000 LEXINGTON AVE |
| | ROCHESTER, NY, US 14606 |
| **Signed by:** | GERRY |

| | |
|---|---|
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 13, 2005 3:50 P.M.   Eastern Time (USA)



# Zeller Electric of Rochester
## a division of Zeller Corporation

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

# INVOICE

| | |
|---|---|
| Invoice#: | 535158 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 10/03/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| 45014087J | UPS | | NET 30 DAYS | COLLECT | 404392 | 10/03/05 | ASAP |

| Ln | Total Ordered | Qty Curr. | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 4 | 4 | 0 | 4 | ISS-5110-0000 In-Sight 5110 ID Reader Vision | COGNEX | | 2347.50E | | .00 |
| 002 | 1 | 1 | 1 | 0 | ISS-5110-0000 In-Sight 5110 ID Reader Vision | COGNEX | | 2347.50E | | 2347.50 |
| 003 | 5 | 5 | 0 | 5 | LNS-23FM25L-00 25mm Lens (Tamron) | COGNEX | | .00 | | .00 |
| 004 | 5 | 5 | 0 | 5 | LNS-R6425-00 Lens Sharp Cut Filter | COGNEX | | .00 | | .00 |
| 005 | 5 | 5 | 0 | 5 | CLM-LDL42X15-00 Direct Bar Light (CCS) | COGNEX | | 85.00E | | .00 |
| 006 | 5 | 5 | 0 | 5 | CLA-CB5-00 Extension Cable (CCS) | COGNEX | | 175.00E | | .00 |
| 007 | 5 | 5 | 0 | 5 | CLA-PB2430-00 Power Adapter (CCS) | COGNEX | | 300.00E | | .00 |
| 008 | 5 | 5 | 0 | 5 | CIO-1350-10 In-Sight Breakout Module | COGNEX | | 50.00E | | .00 |
| 010 | 4 | 4 | 0 | 4 | DOC-INSTALL5000-E Hardware Installation & Refere | COGNEX | | 130.00E | | .00 |
| 011 | | | | | * UPS TRACKING # * | | | 280.00E | | .00 |
| 012 | | | | | 1Z12460203465862J1 10/03/05 | | | .00E | | .00 |

| | |
|---|---|
| SUBTOTAL | 2347.50 |
| INVOICE TOTAL | 2347.50 |

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

10/13/05 3:32 LDH

NV001 Rev E

UPS Package Tracking                                                    **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 124 602 03 4658 621 1 |
| **Reference Number(s):** | 450141375, 450140871 |
| **Service Type:** | GROUND |
| **Package Weight:** | 2.20 Lbs |
| **Shipped or Billed on:** | Oct 3, 2005 |
| **Delivered on:** | Oct 4, 2005 9:15 A.M. |
| **Delivered to:** | 1000 LEXINGTON AVE |
| | ROCHESTER, NY, US 14606 |
| **Signed by:** | GERRY |

| | |
|---|---|
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 13, 2005 3:51 P.M.   Eastern Time
(USA)

# Zeller Electric of Rochester

*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8896  Fax (585) 254-0982
www.zellercorp.com

# INVOICE

| | |
|---|---|
| Invoice#: | 535188 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 10/03/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | Ship Via | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|
| 450141375 | UPS | NET 30 DAYS | COLLECT | 404438 | 10/03/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Job Number | Vendor | Promise | Price Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 002 003 | 2 | 2 | 2 | 0 | 120120<br>T, ACTUATING KEY XCK +OPTIONS<br>ZCKY071<br>* UPS TRACKING # *<br>1Z1246020347189345 10/03/05 | | SQD | | 15.40E | 30.80 |

SUBTOTAL   30.80

INVOICE TOTAL   30.80

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

10/13/05 3:32 LDH

INVOO1 Rev E

UPS Package Tracking                                                      **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 124 602 03 4718 934 5 |
| **Reference Number(s):** | 450141375, 450141375 |
| **Service Type:** | GROUND |
| **Package Weight:** | .20 Lb |
| **Shipped or Billed on:** | Oct 3, 2005 |
| **Delivered on:** | Oct 4, 2005 9:15 A.M. |
| **Delivered to:** | 1000 LEXINGTON AVE |
| | ROCHESTER, NY, US 14606 |
| **Signed by:** | GERRY |

| | |
|---|---|
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 13, 2005 3:52 P.M.   Eastern Time
(USA)

# Zeller Electric of Rochester
### a division of Zeller Corporation

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840  (800) 295-8696  Fax (585) 254-0982
www.zellercorp.com

## INVOICE

| | |
|---|---|
| Invoice#: | 535469 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 10/05/05 |

**SOLD TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | | Ship Via | Job Number | Terms | Freight | | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|
| RPS47433 | | UPS | | NET 30 DAYS | COLLECT | | 399807 | 10/05/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Un | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 006 | 1 | 1 | 1 | 0 | PMD-3100-N-016-S1W2H | UT | | 4206.00 E | | 4206.00 |
| 007 | | | | | *** | | | | | |
| 008 | | | | | DEL - 6 WEEKS | | | | | |
| 009 | | | | | * UPS TRACKING # * | | | | | |
| 010 | | | | | 1Z12460203455540888  08/16/05 | | | | | |
| 011 | | | | | * UPS TRACKING # * | | | | | |
| 012 | | | | | 1Z12460203453453132  08/19/05 | | | | | |
| 013 | | | | | * UPS TRACKING # * | | | | | |
| 014 | | | | | 1Z12460203471815558  08/23/05 | | | | | |
| 015 | | | | | * UPS TRACKING # * | | | | | |
| | | | | | 1Z12460203474701177  10/05/05 | | | | | |

Your Account Salesperson is: ANDY FRANCATI

| | |
|---|---|
| SUBTOTAL | 4206.00 |
| INVOICE TOTAL | 4206.00 |

10/13/0553.32 LDH

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

INV0001 Rev E

UPS Package Tracking                                                        **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 124 602 03 4740 117 7 |
| **Reference Number(s):** | RPS47433, RPS47433 |
| **Service Type:** | GROUND |
| **Package Weight:** | 51.00 Lbs |
| **Shipped or Billed on:** | Oct 5, 2005 |
| **Delivered on:** | Oct 6, 2005 9:19 A.M. |
| **Delivered to:** | 1000 LEXINGTON AVE |
| | ROCHESTER, NY, US 14606 |
| **Signed by:** | GERRY |

| | |
|---|---|
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 13, 2005 3:52 P.M.   Eastern Time (USA)

# Zeller Electric of Rochester
*a division of Zeller Corporation*

PO Box 13436, 800 Emerson St, Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982

www.zellercorp.com

## INVOICE

| | |
|---|---|
| Invoice#: | 536637 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 10/13/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

**Thank you,**
DAN McDONALD

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

| Customer PO# | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50142549 | 1 | 1 | 1 | 0 | TLXABOSPL7P *** S/N 2104121l1250 CONTRACT # A1AU005058 | | TEMPORARY COD | COLLECT | 404257 | 09/30/05 | ASAP |

| | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|
| | SQD SUPP | | 4945.00E | | 4945.00 |

*handwritten:* OAT--SDE 06
*handwritten:* 06--847;1
*handwritten:* 9/30/05 - 9/30/06

| | SUBTOTAL | 4945.00 |
|---|---|---|
| | INVOICE TOTAL | 4945.00 |

Your Account Salesperson is: ANDY FRANCATI

01/06/06 4:01 MJT

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days
NV001 Rev E

# Zeller Electric of Rochester
### a division of Zeller Corporation

PO Box 13436, 800 Emerson St., Rochester, NY 14613
Ph: (585) 254-8840 (800) 295-8696 Fax (585) 254-0982
www.zellercorp.com

# INVOICE

| | |
|---|---|
| Invoice#: | 537773 |
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 10/20/05 |

**SOLD-TO**

R00445
DELPHI AUTOMOTIVE SYSTEMS
ENERGY & ENGINE MANAGEMENT
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

1
DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
DOCK 87/88/89
ROCHESTER, NY 14606

If Zeller Rochester can be
of any further service please
call us at (585) 254-8840

Thank you,
DAN McDONALD

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| 45014871 | UPS | | NET 30 DAYS | COLLECT | 404392 | 10/05/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 4 | 4 | 4 | 0 | ISS-5110-0000<br>In-Sight 5110 ID Reader Vision | COGNEX | | 2347.50 | E | 9390.00 |
| 03 | 5 | 5 | 5 | 0 | LNS-23FM25L-00<br>25mm Lens (Tamron) | COGNEX | | 175.00 | E | 875.00 |
| 04 | 5 | 5 | 5 | 0 | LNS-R6425-00<br>Lens Sharp Cut Filter | COGNEX | | 85.00 | E | 425.00 |
| 05 | 5 | 5 | 5 | 0 | CLM-1DL42X15-00<br>Direct Bar Light (CCS) | COGNEX | | 300.00 | E | 1500.00 |
| 06 | 5 | 5 | 5 | 0 | CIA-CB5-00<br>Extension Cable (CCS) | COGNEX | | 50.00 | E | 250.00 |
| 07 | 5 | 5 | 5 | 0 | CIA-PB2430-00<br>Power Adapter (CCS) | COGNEX | | 130.00 | E | 650.00 |
| 08 | 5 | 5 | 5 | 0 | CIO-1350-10<br>In-Sight Breakout Module | COGNEX | | 280.00 | E | 1400.00 |
| 010 | 4 | 4 | 4 | 0 | DOC-INSTALL5000-E<br>Hardware Installation & Refere | COGNEX | | .00 | E | .00 |
| 011 | | | | | * UPS TRACKING # *| | | | | |
| 012 | | | | | 1Z1Z460203465862l1 10/03/05 | | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 14490.00 |
| S&H | | 17.43 |
| **INVOICE TOTAL** | | **14507.43** |

Your Account Salesperson is: ANDY FRANCATI

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

01/04/06 8:28 LDH

UPS Package Tracking                                                           **Page 1 of 1**



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**      1Z 124 602 03 4658 621 1
**Reference Number(s):**  450141375, 450140871
**Service Type:**         GROUND
**Package Weight:**       2.20 Lbs
**Shipped or Billed on:** 10/03/2005
**Delivered on:**         10/04/2005 9:15 A.M.
**Delivered to:**         1000 LEXINGTON AVE
                          ROCHESTER, NY, US 14606
**Signed by:**            GERRY

**Location:**             DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 01/04/2006 8:28 A.M.  Eastern Time
(USA)

https://wwwapps.ups.com/WebTracking/processRequest                    1/4/2006

# EXHIBIT B

# DELPHI

June 23, 2006

Matthew Taylor
Zeller Electric Of Rochester
Zeller Corporation
800 Emerson Street
Rochester, NY 14613-1804

Re:   Delphi Corporation, Case No. 05-44481 (RDD)

Dear Matthew Taylor:

On November 4, 2005, the United States Bankruptcy Court for the Southern District of New York, entered an amended final order establishing certain procedures for the resolution of reclamation claims (the "Amended Final Order") and on January 5, 2006, the Bankruptcy Court entered an order extending the deadline to send statements of reclamation to all reclamation claimants (the "Extension Order" and together with the Amended Final Order, collectively the "Order") in the chapter 11 reorganization proceedings of Delphi Corporation and certain of its subsidiaries and affiliates (collectively, "Delphi" or the "Debtors").

The Order requires the Debtors to tender a "Statement of Reclamation" in response to each Reclamation Demand that the Debtors have received. On February 21, 2006, the Debtors' sent their Statement of Reclamation with respect to the Reclamation Demand(s) submitted by Zeller Electric Of Rochester (the "Demand"). We have identified your Demand as Reclamation Claim No. 515. This letter, together with the enclosures, constitute the Debtors' Amended Statement of Reclamation with respect to Claim No. 515 and supersedes the Statement of Reclamation sent on February 21, 2006.

The Debtors have reviewed the Demand, reconciled the Demand with their books and records, and after sending the Statement of Reclamation to you on February 21, 2006, have discussed a modification to the reconciliation with you. Based upon this review and reconciliation, the Debtors have summarized, in the enclosed reclamation analysis, certain invoice, shipment, and related detail concerning the Demand. In accordance with paragraph 2, section (b)(ii) of the Order, the analysis sets forth the extent and basis upon which the Debtors believe that the Demand may or may not be legally valid (subject to assertion of certain defenses as indicated below, which if asserted, could result in the reduction or disallowance of the reclamation claim) (the "Reconciled Reclamation Claim") by indicating whether the Demand was received within the periods allowed by law; whether goods subject to the Demand have been paid for; and whether there are other deductions or disputes asserted by the Debtors.

Zeller Electric Of Rochester
June 23, 2006
Page 2

Reconciled Amount $4,000.00

Based on the foregoing, the Debtors have identified in the attached analysis a potential reclamation claim amount that the Debtors propose as valid, subject to assertion of the reserved defenses listed below. Specifically, the Debtors assert that the valid amount of the Reconciled Reclamation Claim is no greater than $4,000.00 but subject to reduction or disallowance by the defenses listed below (the "Reconciled Amount"). If ultimately allowed following the resolution of the defenses set forth below, the allowed amount of your reclamation claim will be deemed an administrative expense claim in these chapter 11 cases. Moreover, your claim, even after allowance, if ever, may be reduced by any payments or credits you receive from the Debtors on account of the goods that are the subject of the Demand.[1]

This proposal, including all material enclosed herewith, is being sent to you in the context of settlement discussions and therefore is not admissible in any court proceeding regarding the Demand. In addition, in accordance with paragraph 2, section (b)(ii) of the Order, the Debtors reserve their right to seek, at any time and notwithstanding your agreement to the Reconciled Amount, a judicial determination that the following reserved defenses to the Demand are valid (the "Reserved Defenses"), and your acknowledgment of the Reconciled Amount constitutes your agreement that the Reconciled Amount may be reduced or disallowed in accordance with any judicial determination concerning these Reserved Defenses:

(i) The Debtors do not concede that they were insolvent on the date they received the goods or, even assuming the Debtors were insolvent, you knew of the Debtors' financial condition before the Debtors received the goods.

(ii) The goods and/or the proceeds from the sale of the goods are or were subject to a valid security interest.

(iii) You are not a proper party to make the Demand.

(iv) The Debtors have already paid for or returned some or all of the goods, or intend to satisfy all or a portion of the Demand in cash or by returning goods.

(v) You, or any of your subsidiaries or affiliates, have waived your right to any reclamation claim or waived your right to assert the Demand.

---
[1] The Debtors reserve all their rights and remedies, in law and in equity, to collect or pursue all prepetition credits outstanding, including, without limitation, to setoff such amounts against the allowed amount, if any, of your reclamation claim.

2

Zeller Electric Of Rochester
June 23, 2006
Page 3

Reconciled Amount $4,000.00

(vi)    You, or any of your subsidiaries or affiliates, have been paid on
        account of your reclamation claim pursuant to an unrelated order
        of the Bankruptcy Court and/or you have otherwise waived your
        right to any reclamation claim in connection therewith.

The Debtors may seek a determination of any of the foregoing Reserved
Defenses at any time. Moreover, the Official Committee of Unsecured Creditors (the
"Creditors' Committee") reserves its right to raise any of the Reserved Defenses prior to
the final allowance of your reclamation claim. If the Debtors seek such a judicial
determination or the Creditors' Committee raises a Reserved Defense, you will be entitled
to raise any rights asserted in the Demand in connection with the determination.

If you agree with the Reconciled Amount and the other terms of this
Amended Statement of Reclamation, please sign this Statement where indicated and
return it to the persons identified immediately below. Your response, including the
timing of your response, is governed by the terms of the Order. If you disagree with this
Amended Statement of Reclamation, you must sign this Statement where indicated and
return it to the persons identified immediately below and you must also provide the
information required by paragraph 2, section (b)(iv) of the Order by the Reconciliation
Deadline. You must send a signed Statement of Reclamation to the following:

Christina Cattell
Re: Delphi Reclamations
Mail Code # 483-400-216
5725 Delphi Drive
Troy, MI 48098
Fax: 248-813-2499

- with copies to -

Joseph N. Wharton
Re: Delphi Reclamations
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Fax: 312-407-0411

In accordance with the Order, your failure to return a signed copy of this
Amended Statement of Reclamation or your failure to indicate assent or dissent on a copy
of this Statement may be deemed an acceptance of the proposal set forth in this Statement.

Nothing in this proposal is intended, nor shall be construed, as a waiver of
any of the Debtors' rights with respect to any reclamation claim or demand. In addition,
nothing herein shall preclude or otherwise prejudice any of the Debtors' rights to contest
or raise any defense or counterclaim in law or in equity, to any reclamation claim or other

3

Zeller Electric Of Rochester
June 23, 2006
Page 4

Reconciled Amount $4,000.00

demand for reclamation.  Moreover, nothing herein shall waive, impair or affect the
rights and defenses, if any, of any parties in interest with regard to your Reclamation
Claim.

If you have any questions, please send them via email to
reclamations@delphi.com or call 248-813-2581.

Very truly yours,

/s/ Christina J. Cattell

Enclosures
cc: John D. Sheehan

4

Zeller Electric Of Rochester
June 23, 2006
Page 5

Reconciled Amount $4,000.00

## AGREEMENT

In accordance with paragraph 2, section (b)(iii) of the Order, Zeller Electric Of Rochester agrees to the terms of this Amended Statement of Reclamation.

Zeller Electric Of Rochester

By: _____          Dated: _____6/23/06_____
(signature)

_____MATTHEW TAYLOR_____
(print or type name)

_____CONTROLLER_____
(print or type title)


## DISAGREEMENT

In accordance with paragraph 2, section (b)(iv) of the Order, Zeller Electric Of Rochester disputes the terms of this Amended Statement of Reclamation and encloses the information required by paragraph 2, section (b)(iv) of the Order.

Zeller Electric Of Rochester

By: _____          Dated: _____
(signature)

_____
(print or type name)

_____
(print or type title)

5