UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    DELPHI CORPORATION, et al.,            **Chapter 11**
                                                                                          **Case No. 05-16436**
                                   Debtors.
                                                                                          **AFFIDAVIT OF MAILING**

STATE OF NEW YORK )
COUNTY OF MONROE )SS:

    PENNY L. MASE, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides at East Bethany, New York.

    That on May 23, 2007 deponent served the RESPONSE TO THIRTEENTH OMNIBUS CLAIMS OBJECTION on the parties listed in Schedule "A" by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express.

                                                                  _/s/ Penny L. Mase_
                                                                      PENNY L. MASE

Sworn to before me on
May 23, 2007.

_/s/ Eileen A. Solimano_
NOTARY PUBLIC

                                 EILEEN A. SOLIMANO
                               Notary Public, State of New York
                                       Monroe County
                               My Commission Expires Oct. 31, 20 _10_

SCHEDULE "A"

| | |
|---|---|
| Delphi Corporation<br>Attention: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attention: John William Butler, Jr., Esq.,<br>John K. Lyons, Esq., Joseph N. Wharton, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 |
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 | |

{795074:}