UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| DELPHI CORPORATION, et al. | ) |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**RIVERSIDE CLAIMS, LLC'S RESPONSE TO
DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION**

NOW INTO COURT, through undersigned counsel, comes RIVERSIDE CLAIMS, LLC, as ASSIGNEE for WHYCO FINISHING TECHNOLOGIES, LLC ("Riverside") and files this response to Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims And Untimely Tax Claim, and (d) Claims Subject To Modification, Tax Claims Subject to Modification, And Modified Claims Asserting Reclamation (the "15th Objection") and in support thereof would state as follows:

1. On or about May 22, 2007, the Debtors' filed their 15th Objection.

2. One of the claims included in the 15th Objection, on Exhibit "D-1" is the claim of Riverside Claims, LLC, as Assignee for Whyco Finishing Technologies, LLC, claim # 8874 (the "Claim"). The Claim was filed in the amount of $101,655.48. The Objection seeks to modify the Claim by reducing the Claim to the amount of $101,366.23.

3. Riverside opposes the reduction in claim amount. Whyco Finishing Technologies, LLC ("Whyco") provided services to Debtor in the way of parts plating. Whyco

then billed Debtor on a per part basis pursuant to its contract(s), as amended, with the Debtor. Attached hereto as Exhibit "1" *in globo*, are copies of the Debtor's contracts with Whyco and unpaid invoices which total $101,655.48, the amount of the Claim. As such, there is no support for the reduction of the Claim amount.

WHEREFORE, Riverside Claims, LLC, as Assignee for Whyco Finishing Technologies, LLC, requests that this Court enter an order overruling the Objection and allowing the Claim against Delphi Automotive Systems, LLC in the amount of $101,655.48, and for such other and further relief as is just and equitable.

RESPECTFULLY SUBMITTED,

/s/__Robyn J. Spalter_____
Robyn J. Spalter, Esq.
General Counsel
Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024-0540
Phone: (212) 501-0990
Fax: (212) 501-7088
e-mail: rspalter@regencap.com