10/11/2005
3:49:05PM

## Aged Receivables By: Customer Code

Whyco Finishing Tech, LLC
Summary Style, As of 10/08/2005
Include Future Trxs: No   Include Trxs Paid in Full: No

Page 1

Beginning Customer Code: 040120

Ending Customer Code: 040120

Customer: 040120   Delphi Corporation   Payment System (248) 874-6636 El.   Status: Active

| DOCUMENT NUMBER | INV DATE | PO NO | BALANCE | UNDER 30 DAYS | 31-45 DAYS | 46-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 121 DAYS | DAYS AGED |
|---|---|---|---|---|---|---|---|---|---|---|
| 43622 | 08/31/05 | 550061113 | 4,496.42 | 4,496.42 | | | | | | 38 |
| 436685 | 09/01/05 | 550061113 | 4,448.22 | 4,448.22 | | | | | | 37 |
| 438752 | 09/02/05 | 550061113 | 5,396.06 | 5,396.06 | | | | | | 36 |
| 438798 | 09/06/05 | 550061113 | 3,498.60 | 3,498.60 | | | | | | 32 |
| 438671 | 09/06/05 | 550033950 | 2,520.89 | 2,520.89 | | | | | | 31 |
| 438672 | 09/07/05 | 550061113 | 5,396.06 | 5,396.06 | | | | | | 31 |
| 43918 | 09/08/05 | 550033950 | 5,705.38 | | 5,705.38 | | | | | 30 |
| 43919 | 09/08/05 | 550061113 | 4,496.42 | | 4,496.42 | | | | | 30 |
| 439005 | 09/09/05 | 550033950 | 618.57 | 618.57 | | | | | | 29 |
| 439006 | 09/09/05 | 550061113 | 4,496.42 | 4,496.42 | | | | | | 29 |
| 450050 | 09/12/05 | 550033950 | 530.09 | 530.09 | | | | | | 26 |
| 450051 | 09/12/05 | 550061113 | 4,298.28 | 4,298.28 | | | | | | 26 |
| 450095 | 09/13/05 | 550033950 | 3,183.70 | 3,183.70 | | | | | | 25 |
| 45096 | 09/13/05 | 550061113 | 4,496.42 | 4,496.42 | | | | | | 25 |
| 45624 | 09/22/05 | 550033950 | 1,060.97 | 1,060.97 | | | | | | |
| 455625 | 09/22/05 | 550061113 | 2,697.14 | 2,697.14 | | | | | | |
| 439601 | 09/23/05 | 550061113 | 2,247.32 | 2,247.32 | | | | | | |
| 49649 | 09/26/05 | 550061113 | 2,918.26 | 2,918.26 | | | | | | |
| 49650 | 09/26/05 | 550061113 | 2,697.14 | 2,697.14 | | | | | | |
| 459714 | 09/27/05 | 550033950 | 529.30 | 529.30 | | | | | | |
| 49715 | 09/27/05 | 550061113 | 2,247.32 | 2,247.32 | | | | | | |
| 49776 | 09/28/05 | 550061113 | 5,847.66 | 5,847.66 | | | | | | |
| 49832 | 09/28/05 | 550033950 | 1,857.29 | 1,857.29 | | | | | | |
| 49833 | 09/29/05 | 550061113 | 3,145.17 | 3,145.17 | | | | | | |
| 49903 | 09/30/05 | 550061113 | 3,146.96 | 3,146.96 | | | | | | |
| 48904 | 09/30/05 | 550033950 | 1,591.85 | 1,591.85 | | | | | | |
| 48971 | 10/03/05 | 550061113 | 3,596.78 | 3,596.78 | | | | | | |
| Trd020 | 10/04/05 | 550033950 | 1,723.78 | 1,723.78 | | | | | | |
| 440021 | 10/04/05 | 550061113 | 5,347.86 | 5,347.86 | | | | | | |
| 440071 | 10/05/05 | 550061113 | 1,061.76 | 1,061.76 | | | | | | |
| 440072 | 10/05/05 | 550033950 | 1,349.46 | 1,349.46 | | | | | | 3 |
| 440113 | 10/06/05 | 550061113 | 1,060.97 | 1,060.97 | | | | | | 2 |
| 440114 | 10/06/05 | 550033950 | 3,146.96 | 3,146.96 | | | | | | 2 |
| INV0000278 | 09/29/05 | 450141131 | 300.00 | | 300.00 | | | | | 9 |
| INV0000279 | 09/29/05 | 450142475 | 250.00 | | 250.00 | | | | | 9 |
| INV0000285 | 10/03/05 | 450144719 | 250.00 | | 250.00 | | | | | 5 |

Cust: 040120   Totals:   $ 110,198.49   $ 84,442.24   25,756.25

_(handwritten)_ 101,655.48 ... 75,899.23   pd 11/14/05   pd 11/4/05

Total number of customers   1

REPORT TOTALS:   $ 110,198.49   84,442.24   25,756.25

EXHIBIT "1"

# DELPHI

Energy & Chassis Systems

Page  1  of  3

| Buyer: |
| --- |
| DELPHI<br>ENERGY & CHASSIS SYSTEMS<br>5820 DELPHI DR<br>TROY MI 48098 |

## Requirements Contract

| PO Number | Date Issued |
| --- | --- |
| 550061113 | 15-Oct-2004 |
| Version |  |
| 23-Sep-2005  13:31:22 |  |

| Deliver to: |
| --- |
| DELPHI E & C COOPERSVILLE<br>999 W.RANDALL RD<br>COOPERSVILLE MI 49404 |

| WHYCO FINISHING TECHNOLOGIES LLC<br>670 WATERBURY RD<br>THOMASTON CT 06787 |
| --- |

| Vendor No:  1015838 |
| --- |
| DUNS No:   131489234 |

| **Payment Terms:** Z030 | **Currency:** USD |
| --- | --- |
| NET 30 DAYS | |
| **Incoterms:** FOB- Freight Collect | |

| Item No. | Material No.<br>Description | Plant |
| --- | --- | --- |
| 00010 | 25367305<br>VALVE-F/INJR | F701 DELPHI E & C  COOPERSVILLE |

***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- |
| 18-Dec-2003 | 31-Dec-2003 | USD | 199.00 | 1,000 | PC |
| 01-Jan-2004 | 15-Aug-2004 | USD | 193.00 | 1,000 | PC |
| 16-Aug-2004 | 31-Dec-2004 | USD | 363.00 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2005 | USD | 357.00 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 353.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Notes: |
| --- |
| This Contract replaces previous contract # --.<br>*******************<br><br>*******************  |

| Purchasing Contact: Smith, Aaron<br>Phone:  248-813-4367<br>Fax:  248-813-4577 | Contact Address:<br>DELPHI ENERGY & CHASSIS SYSTEMS<br>5725 Delphi Drive,<br>TROY MI 48098-2815 |
| --- | --- |

# DELPHI

Energy & Chassis Systems

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550061113 | 15-Oct-2004 |
| Version | |
| 23-Sep-2005 13:31:22 | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

Notes Continued:

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

********************

********************

1.
Consignee agrees to maintain perpetual inventory records and retain records for at least 2 years.
2.
Consignee agrees to submit and reconcile an up-to-date as of the end of the month inventory status (on Delphi Energy and Chassis Form 409F1) monthly to the designated Delphi Chassis PC&L contact by the third working day of each month for prior month.
3.
Consignee agrees to segregate Delphi Energy and Chassis' material and provide adequate protection for Delphi Energy Chassis' inventory.
4.
Consignee agrees to accept responsibility for inventory losses.
5.
Consignee agrees to accept responsibility for scrap incurred by the Consignee.
6.
Consignee agrees to allow Delphi Energy and Chassis PC&L and Finance Representatives the right to audit inventories as requested.
7.
Consignee agrees to receive any materials from other suppliers used in the consignment situation. Consignee agrees to complete a receiving report-off site form 409F2 . Upon receipt of material from another Delphi Energy and Chassis Supplier, the Consignee must audit all receipts for correct part numbers and quantity. In addition, the Consignee must weigh or physically count minimum of one receipt per Vendor/Consignor per month. Any quantity discrepancies must be reported on the receiving report-off site form 409F2 and the PC&L contact should be notified immediately. After completing the receiving report-off site form 409F2, the Consignee will fax a copy of form 409F2 to the PC&L contact the same day. The consignee must attach all freight bills and bills of lading to the original copy of the receiving report-off site form 409F2 and mail to the PC&L contact in the applicable plant based on PC&L requirements. The Consignee will maintain a copy of the packing slip and receiving report-off site form 409F2 for 2 years.
8.
Consignee agrees to provide a once/year certified (Notarized) inventory letter for the Delphi Energy and Chassis Physical Inventory. Type "A" Consignee inventory must be observed by Delphi Energy and Chassis personnel. Date for both inventory options to be determined by plant PC&L and communicated by Finance.
9.
Consignee agrees to provide a completed 409F1 Form as the inventory date of the respective Delphi Energy and Chassis plant communicated in Note 1, Section 8.
10.Tools provided by Delphi for performance of an operation by Consignee remain the property of Delphi Chassis unless otherwise noted.
11.Consignee agrees to ship material directly to Delphi Energy and Chassis' Customers if the physical flow warrants. (See Plant WI on shipping ).
12.Additional terms and conditions subject to negotiations.
13. Processor/Subcontractor returns all scrap material generated by the process to Delphi Energy and Chassis as part number originally received on Form 409F4 "Material Returned as Scrap from Outside Locations" unless otherwise instructed by plant PC&L contact
14. For non-conforming material from Delphi Energy and     Chassis, the processor/subcontractor will contact the PC&L coordinator and the material should be returned to Delphi Energy and Chassis on a shipper stating the reason for return unless directed otherwise by the PC&L contact.
********************

********************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to

# DELPHI

Energy & Chassis Systems

Page  3  of  3

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550061113 | 15-Oct-2004 |
| Version | |
| 23-Sep-2005  13:31:22 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*********************
********************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************************************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

10/15/04 - Contract replaces 550051355 in order to use new vendor code for Whyco c/o Cation. jdb

09/23/05 - Alteration to change the payment terms from (ZMN2) Payment settled on 2nd, 2nd month to (Z030) Net 30 Days. Payment terms changed to Net 30 with a 1% discount effective 09/15/05 thru 11/15/05. dmp

SUPPLIER ACKNOWLEDGES THAT PAYMENT TERMS ARE STRICTLY CONFIDENTIAL AND NOT TO BE DISCLOSED TO ANY THIRD PARTY WHATSOEVER WITHOUT THE PRIOR WRITTEN CONSENT OF DELPHI.

Original Copy



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 438622
Invoice Date : 08/31/2005

**Terms: 1% Ten Days - Net 30 Days**

| | |
|---|---|
| Purchase Order #: | **550061113** |
| Ref. #: | |
| Whyco Part #: | F0528 |
| Primary Part #: | 25367305 |
| Secondary Part #: | CATION |
| Part Description #: | MULTEC 3 CORE VALVE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

## Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 368864-0 | C | C | 12,595 | 100 | $0.3570 | EACH | $4,496.42 |

## Additional Charges

## Notes and Total

| | | Invoice Total | $4,496.42 |
|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 438685

Invoice Date : 09/01/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

260215
Delphi Corporation
Attn: Accounts Payable
999 Randall Road
Coopersville, MI 49404
Rich Kornoelje

## Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-1 | P | C | 12,460 | 100 | $0.3570 | EACH | $4,448.22 |

## Additional Charges

## Notes and Total

| | Invoice Total | $4,448.22 |
|---|---|---|

*Please Remit Payment to:*

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

**WHYCO**

***Whyco Finishing Technologies, LLC***
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 438752

Invoice Date : 09/02/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-2 | P | C | 15,115 | 120 | $0.3570 | EACH | $5,396.06 |

### Additional Charges

### Notes and Total

| | Invoice Total | $5,396.06 |
|---|---|---|

**Please Remit Payment to:**

***Whyco Finishing Technologies, LLC***
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



## Whyco Finishing Technologies, LLC
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 438798
Invoice Date : 09/06/2005

**Terms: 1% Ten Days - Net 30 Days**

Original Copy

| | |
|---|---|
| Purchase Order #: | **550061113** |
| Ref. #: | |
| Whyco Part #: | F0528 |
| Primary Part #: | 25367305 |
| Secondary Part #: | CATION |
| Part Description #: | MULTEC 3 CORE VALVE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-3 | P | C | 9,800 | 80 | $0.3570 | EACH | $3,498.60 |

### Additional Charges

### Notes and Total

| | | |
|---|---|---|
| | **Invoice Total** | $3,498.60 |

*Please Remit Payment to:*

### Whyco Finishing Technologies, LLC
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 438872
Invoice Date : 09/07/2005
**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

260215
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

| | | | Plating Charges | | | | |
|---|---|---|---|---|---|---|---|
| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
| 370948-4 | P | C | 15,115 | 120 | $0.3570 | EACH | $5,396.06 |

**Additional Charges**

**Notes and Total**

| | | |
|---|---|---|
| | **Invoice Total** | $5,396.06 |

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



Original Copy

## Whyco Finishing Technologies, LLC
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 438919
Invoice Date : 09/08/2005
**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-5 | P | C | 12,595 | 100 | $0.3570 | EACH | $4,496.42 |

### Additional Charges

### Notes and Total

| | | Invoice Total | $4,496.42 |
|---|---|---|---|

**Please Remit Payment to:**

### Whyco Finishing Technologies, LLC
**4312 Paysphere Circle**
**Chicago, IL 60674**



ISO 9001:2000
TS 16949:2002
Registered Company

**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



*Original Copy*

## *Whyco Finishing Technologies, LLC*
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 439006
Invoice Date : 09/09/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-6 | P | C | 12,595 | 100 | $0.3570 | EACH | $4,496.42 |

### Additional Charges

### Notes and Total

| | | Invoice Total | $4,496.42 |
|---|---|---|---|

*Please Remit Payment to:*

### *Whyco Finishing Technologies, LLC*
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 439051

Invoice Date : 09/12/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

## Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-7 | P | C | 12,040 | 100 | $0.3570 | EACH | $4,298.28 |

## Additional Charges

## Notes and Total

| | | Invoice Total | $4,298.28 |
|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

Original Copy



## Whyco Finishing Technologies, LLC
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 439096

Invoice Date : 09/13/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

| | | | Plating Charges | | | | |
|---|---|---|---|---|---|---|---|
| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
| 370948-8 | P | C | 12,595 | 100 | $0.3570 | EACH | $4,496.42 |

**Additional Charges**

**Notes and Total**

| | | Invoice Total | $4,496.42 |
|---|---|---|---|

**Please Remit Payment to:**

### Whyco Finishing Technologies, LLC
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



## Whyco Finishing Technologies, LLC

670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

**Invoice: 439525**

Invoice Date : 09/22/2005

**Terms: 1% Ten Days - Net 30 Days**

|  |  |
|---|---|
| Purchase Order #: | **550061113** |
| Ref. #: | |
| Whyco Part #: | F0528 |
| Primary Part #: | 25367305 |
| Secondary Part #: | CATION |
| Part Description #: | MULTEC 3 CORE VALVE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-15 | P | C | 7,555 | 60 | $0.3570 | EACH | $2,697.14 |

### Additional Charges

### Notes and Total

|  |  | Invoice Total | $2,697.14 |
|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**WHYCO**

*Whyco Finishing Technologies, LLC*
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

Original Copy

# Invoice: 439601

Invoice Date : 09/23/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

260215
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

## Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-16 | P | C | 6,295 | 50 | $0.3570 | EACH | $2,247.32 |

## Additional Charges

## Notes and Total

| | Invoice Total | $2,247.32 |
|---|---|---|

**Please Remit Payment to:**

***Whyco Finishing Technologies, LLC***
**4312 Paysphere Circle**
**Chicago, IL 60674**

TÜV
ISO 9001:2000
TS 16949:2002
Registered Company

**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

# WHYCO

**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

## Invoice: 439650

Invoice Date : 09/26/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-17 | P | C | 7,555 | 60 | $0.3570 | EACH | $2,697.14 |

### Additional Charges

### Notes and Total

| | | |
|---|---|---|
| | **Invoice Total** | $2,697.14 |

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

# WHYCO

**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 439715

Invoice Date : 09/27/2005

**Terms: 1% Ten Days - Net 30 Days**

|  |  |
|---|---|
| Purchase Order #: | **550061113** |
| Ref. #: |  |
| Whyco Part #: | F0528 |
| Primary Part #: | 25367305 |
| Secondary Part #: | CATION |
| Part Description #: | MULTEC 3 CORE VALVE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

## Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-18 | P | C | 6,295 | 50 | $0.3570 | EACH | $2,247.32 |

## Additional Charges

## Notes and Total

|  |  |  | Invoice Total | $2,247.32 |
|---|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



ISO 9001:2000
TS 16949:2002
Registered Company

**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

**Invoice: 439776**

Invoice Date : 09/28/2005

**Terms: 1% Ten Days - Net 30 Days**

Original Copy

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-19 | P | C | 16,380 | 130 | $0.3570 | EACH | $5,847.66 |

### Additional Charges

### Notes and Total

| | | | Invoice Total | $5,847.66 |
|---|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.


*Whyco Finishing Technologies, LLC*
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 439833

Invoice Date : 09/29/2005

**Terms: 1% Ten Days - Net 30 Days**

| | |
|---|---|
| Purchase Order #: | **550061113** |
| Ref. #: | |
| Whyco Part #: | F0528 |
| Primary Part #: | 25367305 |
| Secondary Part #: | CATION |
| Part Description #: | MULTEC 3 CORE VALVE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-20 | P | C | 8,810 | 70 | $0.3570 | EACH | $3,145.17 |

### Additional Charges

### Notes and Total

| | Invoice Total | $3,145.17 |
|---|---|---|

**Please Remit Payment to:**

*Whyco Finishing Technologies, LLC*
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

Original Copy



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

**Invoice: 439903**
Invoice Date : 09/30/2005
**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550061113**
Ref. #:
Whyco Part #: F0528
Primary Part #: 25367305
Secondary Part #: CATION
Part Description #: MULTEC 3 CORE VALVE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370948-0 | C | C | 8,815 | 70 | $0.3570 | EACH | $3,146.96 |

### Additional Charges

### Notes and Total

| | | Invoice Total | $3,146.96 |
|---|---|---|---|

*Please Remit Payment to:*

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 439971

Invoice Date : 10/03/2005

**Terms: 1% Ten Days - Net 30 Days**

| | |
|---|---|
| Purchase Order #: | **550061113** |
| Ref. #: | |
| Whyco Part #: | F0528 |
| Primary Part #: | 25367305 |
| Secondary Part #: | CATION |
| Part Description #: | MULTEC 3 CORE VALVE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 372958-1 | P | C | 10,075 | 80 | $0.3570 | EACH | $3,596.78 |

### Additional Charges

### Notes and Total

| | | | |
|---|---|---|---|
| | | **Invoice Total** | $3,596.78 |

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

Original Copy



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 440021

Invoice Date : 10/04/2005

**Terms: 1% Ten Days - Net 30 Days**

| | |
|---|---|
| Purchase Order #: | **550061113** |
| Ref. #: | |
| Whyco Part #: | F0528 |
| Primary Part #: | 25367305 |
| Secondary Part #: | CATION |
| Part Description #: | MULTEC 3 CORE VALVE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

## Plating Charges

| Packing Slip # | Partial/Complete | Prepaid/Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 372958-2 | P | C | 14,980 | 120 | $0.3570 | EACH | $5,347.86 |

## Additional Charges

## Notes and Total

| | | |
|---|---|---|
| | **Invoice Total** | $5,347.86 |

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



ISO 9001:2000
TS 16949:2002
Registered Company

**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

Original Copy



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 440072

Invoice Date : 10/05/2005

**Terms: 1% Ten Days - Net 30 Days**

| | |
|---|---|
| Purchase Order #: | **550061113** |
| Ref. #: | |
| Whyco Part #: | F0528 |
| Primary Part #: | 25367305 |
| Secondary Part #: | CATION |
| Part Description #: | MULTEC 3 CORE VALVE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 372958-3 | P | C | 3,780 | 30 | $0.3570 | EACH | $1,349.46 |

### Additional Charges

### Notes and Total

| | | Invoice Total | $1,349.46 |
|---|---|---|---|

**Please Remit Payment to:**

***Whyco Finishing Technologies, LLC***
**4312 Paysphere Circle**
**Chicago, IL 60674**



ISO 9001:2000
TS 16949:2002
Registered Company

**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

LLC



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 440114

Invoice Date :  10/06/2005

**Terms: 1% Ten Days - Net 30 Days**

|  |  |
|---|---|
| Purchase Order #: | **550061113** |
| Ref. #: | |
| Whyco Part #: | F0528 |
| Primary Part #: | 25367305 |
| Secondary Part #: | CATION |
| Part Description #: | MULTEC 3 CORE VALVE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 372958-4 | P | C | 8,815 | 70 | $0.3570 | EACH | $3,146.96 |

### Additional Charges

### Notes and Total

|  | Invoice Total | $3,146.96 |
|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

# DELPHI

Energy & Chassis Systems

OCT 1 1 2005

Page  1  of 3

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

DELPHI E & C COOPERSVILLE
999 W.RANDALL RD
COOPERSVILLE MI 49404

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550033950 | 11-Jun-2003 |
| Version | |
| 23-Sep-2005 13:29:52 | |

| Vendor No: | 1010574 |
|---|---|
| DUNS No: | 131489234 |

**Payment Terms:** Z030        **Currency:** USD

NET 30 DAYS

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 25334855 | F701 DELPHI E & C  COOPERSVILLE | | | | |
| | POLE PIECE - PLATED | | | | | |
| | ***THIS AMENDMENT CHANGES ITEM*** | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 12-Jun-2003 | 31-Dec-2003 | USD | 168.00 | 1,000 | PC |
| 01-Jan-2004 | 31-Dec-2004 | USD | 163.00 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2005 | USD | 158.00 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 155.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00020 | 25335102 | F701 DELPHI E & C  COOPERSVILLE | | | | |
| | VALVE-F/INJR | | | | | |
| | ***THIS AMENDMENT CHANGES ITEM*** | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 12-Jun-2003 | 31-Dec-2003 | USD | 199.00 | 1,000 | PC |
| 01-Jan-2004 | 31-Dec-2004 | USD | 193.00 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2005 | USD | 187.00 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 183.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Purchasing Contact: Smith, Aaron

Phone:  248-813-4367

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:  23-Sep-2005 13:29:52

# DELPHI

Energy & Chassis Systems

Page  2  of  3

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT  06787

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550033950 | 11-Jun-2003 |
| Version | |
| 23-Sep-2005  13:29:52 | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

Notes:
This Contract replaces previous contract # 550005333.
*********************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************
*********************
1.
Consignee agrees to maintain perpetual inventory records and retain records for at least 2 years.
2.
Consignee agrees to submit and reconcile an up-to-date as of the end of the month inventory status (on Delphi Energy and Chassis Form 409F1) monthly to the designated Delphi Chassis PC&L contact by the third working day of each month for prior month.
3.
Consignee agrees to segregate Delphi  Energy and Chassis' material and provide adequate protection for Delphi  Energy Chassis' inventory.
4.
Consignee agrees to accept responsibility for inventory losses.
5.
Consignee agrees to accept responsibility for scrap incurred by the Consignee.
6.
Consignee agrees to allow Delphi  Energy and Chassis PC&L and Finance Representatives the right to audit inventories as requested.
7.
Consignee agrees to receive any materials from other suppliers used in the consignment situation. Consignee agrees to complete a receiving report-off site form 409F2 . Upon receipt of material from another Delphi  Energy and Chassis Supplier, the Consignee must audit all receipts for correct part numbers and quantity. In addition, the Consignee must weigh or physically count minimum of one receipt per Vendor/Consignor per month. Any quantity discrepancies must be reported on the receiving report-off site form  409F2 and the PC&L contact should be notified immediately. After completing the receiving report-off site form 409F2, the Consignee will fax a copy of form  409F2 to the PC&L contact the same day. The consignee must attach all freight bills and bills of lading to the original copy of the receiving report-off site form 409F2  and mail to the PC&L contact in the applicable plant based on PC&L requirements. The Consignee will maintain a copy of the packing slip and receiving report-off site form  409F2 for 2 years.
8.
Consignee agrees to provide a once/year certified (Notarized) inventory letter for the Delphi  Energy and Chassis Physical Inventory. Type "A" Consignee inventory must be observed by Delphi  Energy and Chassis personnel. Date for both inventory options to be determined by plant PC&L and communicated by Finance.
9.
Consignee agrees to provide a completed  409F1 Form as the inventory date of the respective Delphi  Energy and Chassis plant communicated in Note 1, Section 8.
10.Tools provided by Delphi for performance of an operation by Consignee remain the property of Delphi Chassis unless otherwise noted.
11.Consignee agrees to ship material directly to Delphi    Energy and Chassis' Customers if the physical flow warrants. (See Plant WI on shipping ).
12.Additional terms and conditions subject to negotiations.
13. Processor/Subcontractor returns all scrap material generated by the process to Delphi Energy and Chassis as part number originally received on Form 409F4 "Material Returned as Scrap from Outside Locations" unless otherwise instructed by plant PC&L contact
14. For non-conforming material from Delphi Energy and      Chassis, the processor/subcontractor will contact the PC&L coordinator and the material should be returned to Delphi Energy and Chassis on a shipper stating the reason for return unless directed otherwise by the PC&L contact.