# DELPHI

Energy & Chassis Systems

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT  06787

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550033950 | 11-Jun-2003 |
| Version | |
| 23-Sep-2005  13:29:52 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes Continued:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements .  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
10/07/03 - Alteration to extend Requirements Contract.  kam

03/19/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25334855 (Item 10), and 25335102 (Item 20).  kam

09/23/05 - Alteration to change the payment terms from (ZMN2) Payment settled on 2nd, 2nd month to (Z030) Net 30 Days.  Payment terms changed to Net 30 with a 1% discount effective 09/15/05 thru 11/15/05.  dmp

SUPPLIER ACKNOWLEDGES THAT PAYMENT TERMS ARE STRICTLY CONFIDENTIAL AND NOT TO BE DISCLOSED TO ANY THIRD PARTY WHATSOEVER WITHOUT THE PRIOR WRITTEN CONSENT OF DELPHI.

# WHYCO

**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

**Invoice: 438871**

Invoice Date : 09/07/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550033950**
Ref. #:
Whyco Part #: F4898
Primary Part #: 25334855
Secondary Part #:
Part Description #: MULTEC 3 POLE PIECE

Finish #: THIN DENSE CHROME

**260215
Delphi Corporation
Attn: Accounts Payable
999 Randall Road
Coopersville, MI 49404
Rich Kornoelje**

## Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-1 | P | C | 15,955 | 190 | $0.1580 | EACH | $2,520.89 |

## Additional Charges

## Notes and Total

| | | Invoice Total | $2,520.89 |
|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

# WHYCO

## *Whyco Finishing Technologies, LLC*

670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 438918

Invoice Date : 09/08/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550033950**
Ref. #:
Whyco Part #: F4898
Primary Part #: 25334855
Secondary Part #:
Part Description #: MULTEC 3  POLE PIECE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

## Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-2 | P | C | 36,110 | 430 | $0.1580 | EACH | $5,705.38 |

### Additional Charges

### Notes and Total

| | Invoice Total | $5,705.38 |
|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



ISO 9001:2000
TS 16949:2002
Registered Company

**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

# WHYCO

**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

**Invoice: 439005**
Invoice Date : 09/09/2005
**Terms: 1% Ten Days - Net 30 Days**

| | |
|---|---|
| Purchase Order #: | **550033950** |
| Ref. #: | |
| Whyco Part #: | F4898 |
| Primary Part #: | 25334855 |
| Secondary Part #: | |
| Part Description #: | MULTEC 3  POLE PIECE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-3 | P | C | 3,915 | 50 | $0.1580 | EACH | $618.57 |

### Additional Charges

### Notes and Total

| | Invoice Total | $618.57 |
|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: **439050**

Invoice Date : 09/12/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550033950**
Ref. #:
Whyco Part #: F4898
Primary Part #: 25334855
Secondary Part #:
Part Description #: MULTEC 3  POLE PIECE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-4 | P | C | 3,355 | 40 | $0.1580 | EACH | $530.09 |

### Additional Charges

### Notes and Total

| | | Invoice Total | $530.09 |
|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

**WHYCO**

*Whyco Finishing Technologies, LLC*
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

**Invoice: 439095**

Invoice Date : 09/13/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550033950**
Ref. #:
Whyco Part #: F4898
Primary Part #: 25334855
Secondary Part #:
Part Description #: MULTEC 3  POLE PIECE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-5 | P | C | 20,150 | 240 | $0.1580 | EACH | $3,183.70 |

### Additional Charges

### Notes and Total

| | Invoice Total | $3,183.70 |
|---|---|---|

**Please Remit Payment to:**

*Whyco Finishing Technologies, LLC*
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 439524

Invoice Date : 09/22/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550033950**
Ref. #:
Whyco Part #: F4898
Primary Part #: 25334855
Secondary Part #:
Part Description #: MULTEC 3 POLE PIECE

Finish #: THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-12 | P | C | 6,715 | 80 | $0.1580 | EACH | $1,060.97 |

### Additional Charges

### Notes and Total

| | | Invoice Total | $1,060.97 |
|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

 *Whyco Finishing Technologies, LLC*

670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 439649

Invoice Date : 09/26/2005

**Terms: 1% Ten Days - Net 30 Days**

|  |  |
|---|---|
| Purchase Order #: | **550033950** |
| Ref. #: | |
| Whyco Part #: | F4898 |
| Primary Part #: | 25334855 |
| Secondary Part #: | |
| Part Description #: | MULTEC 3  POLE PIECE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

## Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-13 | P | C | 18,470 | 220 | $0.1580 | EACH | $2,918.26 |

## Additional Charges

## Notes and Total

|  | Invoice Total | $2,918.26 |
|---|---|---|

**Please Remit Payment to:**

***Whyco Finishing Technologies, LLC***
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**WHYCO**

*Whyco Finishing Technologies, LLC*
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

**Invoice: 439714**

Invoice Date : 09/27/2005

**Terms: 1% Ten Days - Net 30 Days**

| | |
|---|---|
| Purchase Order #: | **550033950** |
| Ref. #: | |
| Whyco Part #: | F4898 |
| Primary Part #: | 25334855 |
| Secondary Part #: | |
| Part Description #: | MULTEC 3 POLE PIECE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/Complete | Prepaid/Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-14 | P | C | 3,350 | 40 | $0.1580 | EACH | $529.30 |

### Additional Charges

### Notes and Total

| | Invoice Total | $529.30 |
|---|---|---|

*Please Remit Payment to:*

*Whyco Finishing Technologies, LLC*
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

# WHYCO

**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

Original Copy

**Invoice: 439832**

Invoice Date : 09/29/2005

**Terms: 1% Ten Days - Net 30 Days**

|  |  |
|---|---|
| Purchase Order #: | **550033950** |
| Ref. #: | |
| Whyco Part #: | F4898 |
| Primary Part #: | 25334855 |
| Secondary Part #: | |
| Part Description #: | MULTEC 3  POLE PIECE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-15 | P | C | 11,755 | 140 | $0.1580 | EACH | $1,857.29 |

### Additional Charges

### Notes and Total

| | | | Invoice Total | $1,857.29 |
|---|---|---|---|---|

*Please Remit Payment to:*

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



## *Whyco Finishing Technologies, LLC*

670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 439904

Invoice Date : 09/30/2005

**Terms: 1% Ten Days - Net 30 Days**

|  |  |
|---|---|
| Purchase Order #: | **550033950** |
| Ref. #: | |
| Whyco Part #: | F4898 |
| Primary Part #: | 25334855 |
| Secondary Part #: | |
| Part Description #: | MULTEC 3 POLE PIECE |
| Finish #: | THIN DENSE CHROME |

**260215
Delphi Corporation
Attn: Accounts Payable
999 Randall Road
Coopersville, MI  49404
Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 370952-0 | C | C | 10,075 | 120 | $0.1580 | EACH | $1,591.85 |

### Additional Charges

### Notes and Total

|  |  | Invoice Total | $1,591.85 |
|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC
4312 Paysphere Circle
Chicago, IL 60674**



ISO 9001:2000
TS 16949:2002
Registered Company

**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



## WHYCO

### *Whyco Finishing Technologies, LLC*

670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

**Invoice: 440020**

Invoice Date : 10/04/2005

**Terms: 1% Ten Days - Net 30 Days**

| | |
|---|---|
| Purchase Order #: | **550033950** |
| Ref. #: | |
| Whyco Part #: | F4898 |
| Primary Part #: | 25334855 |
| Secondary Part #: | |
| Part Description #: | MULTEC 3 POLE PIECE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI 49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 372956-1 | P | C | 10,910 | 130 | $0.1580 | EACH | $1,723.78 |

### Additional Charges

### Notes and Total

| | Invoice Total | $1,723.78 |
|---|---|---|

**Please Remit Payment to:**

***Whyco Finishing Technologies, LLC***
**4312 Paysphere Circle**
**Chicago, IL 60674**



ISO 9001:2000
TS 16949:2002
Registered Company

**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 440071

Invoice Date : 10/05/2005

**Terms: 1% Ten Days - Net 30 Days**

Purchase Order #: **550033950**
Ref. #:
Whyco Part #:  F4898
Primary Part #:  25334855
Secondary Part #:
Part Description #:  MULTEC 3  POLE PIECE

Finish #:  THIN DENSE CHROME

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 372956-2 | P | C | 6,720 | 80 | $0.1580 | EACH | $1,061.76 |

### Additional Charges

### Notes and Total

| | Invoice Total | $1,061.76 |
|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



ISO 9001:2000
TS 16949:2002
Registered Company

**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.



**Whyco Finishing Technologies, LLC**
670 Waterbury Road • Thomaston, CT 06787-2023
Telephone: 860/283-5826 • Fax: 860/283-6153

# Invoice: 440113

Invoice Date : 10/06/2005

**Terms: 1% Ten Days - Net 30 Days**

| | |
|---|---|
| Purchase Order #: | **550033950** |
| Ref. #: | |
| Whyco Part #: | F4898 |
| Primary Part #: | 25334855 |
| Secondary Part #: | |
| Part Description #: | MULTEC 3  POLE PIECE |
| Finish #: | THIN DENSE CHROME |

**260215**
**Delphi Corporation**
**Attn: Accounts Payable**
**999 Randall Road**
**Coopersville, MI  49404**
**Rich Kornoelje**

### Plating Charges

| Packing Slip # | Partial/ Complete | Prepaid/ Collect | Quantity Shipped | Weight Shipped | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 372956-3 | P | C | 6,715 | 80 | $0.1580 | EACH | $1,060.97 |

### Additional Charges

### Notes and Total

| | | Invoice Total | $1,060.97 |
|---|---|---|---|

**Please Remit Payment to:**

**Whyco Finishing Technologies, LLC**
**4312 Paysphere Circle**
**Chicago, IL 60674**



**TERMS AND CONDITIONS**
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

# DELPHI

Energy & Chassis Systems

Page 1 of 4

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

DELPHI ENERGY & CHASSIS SYSTEMS
COOPERSVILLE OPERATIONS - IN01
DOCK S15
999 RANDALL ROAD
COOPERSVILLE MI 49404

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

**Purchase Order**

| | |
|---|---|
| PO Number | Date Issued |
| 450141131 | 26-Sep-2005 |
| Version | |
| 28-Sep-2005 06:59:51 | |

Delivery date: 27-SEP-2005

Vendor No:  1010574
DUNS No:  131489234

Payment Terms: ZMN2      Currency: USD

Payment settled on 2nd, 2nd Month

Incoterms: FOB Shipping Point

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | | |
|---|---|---|---|---|---|
| | Description | | Requester | | |
| 00010 | PR10227032 00010 | 1.000 | F701 DELPHI E & C  COOPERSVILLE | | |
| | TDC PLATING-VALVE #25385358A (1,000 PCS) | | Kornoelje | | |

Delivery 9/27/05 - 1,000 PIECES TO BE PLATED AS ONE EACH

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 27-SEP-2005 | 1.000 | 300.00 | 1 | EA | 300.00 |
| Net Line Item Value | | | | USD | 300.00 |

| Total net value | | USD | 300.00 |
|---|---|---|---|

**Notes:**

REFERENCE WHYCO'S QUOTE #Q43335 TO JENNIFER DEVOLE FROM JOHN BOLTRYK. DATED SEPTEMBER 20, 2005. SHIP TO ATTN: RICH
KORNOELJE (616-299-4970) ADDRESS ABOVE

*****************************************************************

IMPORTANT NOTICE TO SUPPLIERS:

Purchasing Contact: Devole, Jennifer

Phone:  585-359-6220

Fax:  585-359-6186

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
ROCHESTER NY

Date and Time Printed:  28-Sep-2005 06:59:51

# DELPHI

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

## Purchase Order

PO Number                                    Date Issued
450141131                                    26-Sep-2005
Version
28-Sep-2005   06:59:51

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| | Description | | Requester |

**Notes Continued:**
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
*****************************************************

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*****************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*****************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*****************************************************
Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
*****************************************************
*****************************************************

*****************************************************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*****************************************************
*****************************************************
If this is your first purchase order with Delphi under this DUNS number or your remittance information has changed, you need to establish a payment link with the following:

Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Fax 602-797-6513

# DELPHI

Energy & Chassis Systems

Page 3 of 4

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

**Purchase Order**

PO Number
450141131
Version
28-Sep-2005 06:59:51

Date Issued
26-Sep-2005

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

## Notes Continued

Attention: The UNA Work Group
Disbursements Supplier Relations Phone Number: (248) 874-4636

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNS number.

To request EFT Agreement forms go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header, then click "supplier community portal" & then click on "supplier standards" on supplier page.

You can now view payment status on-line using E-DACOR. You may go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header & "Information about payment visibility (e-DACOR-payment status)" on supplier page to find out how to get yourself set up.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. Do, however, send a month end statement of unpaid items and/or additional charges, i.e., freight, tax, setup, etc. to Delphi Automotive Systems Disbursements, P. O. Box 1550, Flint, MI 48501-1550. This is an invoice less system, which generates payment, based on receipt.

If P.O. is in error, please advise the buyer listed below before shipping.
********************************************************************
********************************************************************

PAYMENT ISSUES and QUESTIONS REGARDING SHIPPED MATERIAL SHOULD BE DIRECTED to DISBURSEMENT SERVICES at (248)-874-4636.
********************************************************************
********************************************************************
********************************************************************

Do not bill sales or use tax on items delivered to locations within the states listed below. Delphi Automotive Systems, LLC (" DELPHI ") holds direct pay authority with these states. As a result, in all of the identified states DELPHI will remit directly to taxing authorities, all sales or use tax liability related to its purchase and use of tangible personal property and services. Therefore, effective immediately, this tax clause supersedes all tax code information found on this order except for those states not identified below. For those states not identified below, please continue to follow the specific tax code instructions found on this order. Listed below are Direct Pay Permit or Sales Tax License numbers for the eleven (11) states, or DELPHI locations within a state, where DELPHI holds direct pay authority:

Alabama -------------- 805
New Jersey ----------- 383-431-131/000
Georgia -------------- 300-45870-8
New York ------------- DP-3487
Indiana -------------- 1018702130011
Ohio ----------------- 98-0002667
Kansas --------------- 98-0003a
Texas ---------------- 1-38-3431131-I
Michigan ------------- 38-3431131
Wisconsin ------------ WDP-99-01-010037
Mississippi ---------- 4375

If this order relates to a construction contract for real property, all applicable sales and use taxes are the responsibility of the contractor, and should be included in the contractor's bid as required pursuant to Section 7 of the DELPHI 1638 (8/00 Rev A), "Construction General Conditions", unless the responsibility for payment of sales & use taxes are otherwise specifically outlined in the contract.

# DELPHI

Energy & Chassis Systems

Page 4 of 4

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

## Purchase Order

PO Number
450141131

Date Issued
26-Sep-2005

Version
28-Sep-2005 06:59:51

| Item No. | Material No./Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

**Notes Continued**

Questions should be directed to: Delphi Disbursement - Customer Service Phone: (248) 874-4636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# WHYCO FINISHING TECHNOLOGIES, LLC

670 Waterbury Road, Thomaston, CT 06787
(860) 283-5826   FAX (860) 283-6153

**REMIT TO:** WHYCO FINISHING TECHNOLOGIES, LLC
4312 Paysphere Circle
Chicago, IL 60674

**WHYCO**

| | |
|---|---|
| WORK ORDER NO. | CUSTOMER NO. |
| | 040120 |
| INVOICE DATE | PO # |
| 09/29/2005 | 450141131 |
| PAGE NO. | TOTAL AMOUNT DUE |
| 1 | 300.00 US |

## INVOICE

**SOLD TO** Delphi Corporation
999 Randall Road
Coopersville, MI   49404

**SHIP TO**

| DATE SHIPPED | DATE DUE | PURCHASE ORDER NO. | TERMS | | |
|---|---|---|---|---|---|
| 09/29/2005 | 10/29/2005 | 450141131 | Net 30 Days | | |
| SALESPERSON | | | SHIP VIA | | FOB |

| ITEM NO./DESCRIPTION | | QUANTITY | | PRICE | |
|---|---|---|---|---|---|
| | UM | ORD | 1.00000 | UNIT | 300.000000 |
| Item ID#PR10227032 00010   LOT | B/O | 0.00000 | DISC | 0.00 US |
| CHARGE | SHP | 1.00000 | EXT | 300.00 US |
| | UM | ORD | 1.00000 | UNIT | 0.000000 |
| PN: 25385358A 3.5 VALVE; Shipp | B/O | 0.00000 | DISC | 0.00 US |
| ed UPS NDA 9-29-05 | SHP | 1.00000 | EXT | 0.00 US |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |

| GROSS | DISCOUNT | NET |
|---|---|---|
| 300.00 US | 0.00 US | 300.00 US |
| FREIGHT | TAX | PAID |
| 0.00 US | 0.00 US | 0.00 US |
| COMMENT | | AMOUNT DUE |
| INV0000278 | | 300.00 US |

# DELPHI

Energy & Chassis Systems

Page  1  of  4

*Nw# 27R 9/26*

| Buyer: | Purchase Order |
|---|---|

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450142475 | 28-Sep-2005 |

Version
29-Sep-2005  07:01:33 EST

**Deliver to:**
DELPHI ENERGY & CHASSIS SYSTEMS
COOPERSVILLE OPERATIONS - IN01
DOCK S15
999 RANDALL ROAD
COOPERSVILLE MI 49404

Delivery date:  28-SEP-2005

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

| Vendor No: | 1010574 |
|---|---|
| DUNS No: | 131489234 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB- Shipping Point

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10227031 00010 | 1.000 | F701 DELPHI E & C  COOPERSVILLE |
| | PLATING VALVE 25371515A | | Kornoelje |

ESTIMATED 120 TO 140 PIECES - DELIVERY 9/28/05. REFERENCE WHYCO'S QUOTE #Q43337 TO JENNIFER DEVOLE FROM JOHN BOLTRYK, DATED SEPTEMBER 21, 2005.

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 28-SEP-2005 | 1.000 | 250.00 | 1 | EA | 250.00 |
| Net Line Item Value | | | | USD | 250.00 |

| **Total net value** | USD | 250.00 |
|---|---|---|

**Notes:**
CONFIRMING E-MAIL SENT TO JOHN BOLTRYK FROM LINDA VALLEE ON SEPTEMBER 28, 2005. SHIP TO ATTN: RICH KORNOELJE
(616-299-4970) ADDRESS ABOVE.
*********************************************************

Purchasing Contact: Devole, Jennifer

Phone: 585-359-6220

Fax:  585-359-6186

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
ROCHESTER NY

Date and Time Printed: 29-Sep-2005 07:01:33 EST

# DELPHI

Energy & Chassis Systems

Page 2 of 4

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450142475 | 28-Sep-2005 |
| Version | |
| 29-Sep-2005 07:01:33 EST | |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

### Notes Continued:

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
**************************************************************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
**************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.


**************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
**************************************************************
Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
**************************************************************
**************************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************
**************************************************************
If this is your first purchase order with Delphi under this DUNS number or your remittance information has changed, you need to establish a payment link with the following:

Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205

# DELPHI

Energy & Chassis Systems

Page  3  of  4

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450142475 | 28-Sep-2005 |
| Version | |
| 29-Sep-2005  07:01:33  EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

---

Notes Continued:

Fax 602-797-6513
Attention: The UNA Work Group
Disbursements Supplier Relations Phone Number: (248) 874-4636

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNS number.

To request EFT Agreement forms go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header, then click "supplier community portal" & then click on "supplier standards" on supplier page.

You can now view payment status on-line using E-DACOR. You may go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header & "Information about payment visibility (e-DACOR-payment status)" on supplier page to find out how to get yourself set up.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. Do, however, send a month end statement of unpaid items and/or additional charges, i.e., freight, tax, setup, etc. to Delphi Automotive Systems Disbursements, P. O. Box 1550, Flint, MI 48501-1550. This is an invoice less system, which generates payment, based on receipt.

If P.O. is in error, please advise the buyer listed below before shipping.
*************************************************************
*************************************************************

PAYMENT ISSUES and QUESTIONS REGARDING SHIPPED MATERIAL SHOULD BE DIRECTED to DISBURSEMENT SERVICES at (248)-874-4636.

*************************************************************
*************************************************************
*************************************************************

Do not bill sales or use tax on items delivered to locations within the states listed below. Delphi Automotive Systems, LLC (" DELPHI ") holds direct pay authority with these states. As a result, in all of the identified states DELPHI will remit directly to taxing authorities, all sales or use tax liability related to its purchase and use of tangible personal property and services. Therefore, effective immediately, this tax clause supersedes all tax code information found on this order except for those states not identified below. For those states not identified below, please continue to follow the specific tax code instructions found on this order. Listed below are Direct Pay Permit or Sales Tax License numbers for the eleven (11) states, or DELPHI locations within a state, where DELPHI holds direct pay authority:

Alabama ------------------805
New Jersey ----------------383-431-131/000
Georgia --------------------300-45870-8
New York ------------------DP-3487
Indiana ------------------1018702130011
Ohio ----------------------98-0002667
Kansas --------------------98-0003a
Texas ----------------------1-38-3431131-1
Michigan ------------------38-3431131
Wisconsin ----------------WDP-99-01-010037
Mississippi ----------------4375

If this order relates to a construction contract for real property, all applicable sales and use taxes are the responsibility of the contractor, and should be included in the contractor's bid as required pursuant to Section 7 of the DELPHI 1638 (8/00 Rev A), "Construction General Conditions", unless the responsibility for

# DELPHI

————————————————————————————— Energy & Chassis Systems

Page   4   of   4

---

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON  CT  06787

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450142475 | 28-Sep-2005 |
| Version | |
| 29-Sep-2005  07:01:33  EST | |

---

| Item No. | Material No/Item Identifier No   Total Order Quantity | Plant |
|---|---|---|
| | Description | Requester |

---

Notes Continued:

payment of sales & use taxes are otherwise specifically outlined in the contract.

Questions should be directed to:  Delphi Disbursement - Customer Service Phone: (248) 874-4636

*********************************************************************

**********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company
**********************

**WHYCO** WHYCO FINISHING TECHNOLOGIES, LLC

670 Waterbury Road, Thomaston, CT 06787
(860) 283-5826   FAX (860) 283-6153

REMIT TO: WHYCO FINISHING TECHNOLOGIES, LLC

4312 Paysphere Circle
Chicago, IL 60674

SOLD TO Delphi Corporation
999 Randall Road
Coopersville, MI   49404

| WORK ORDER NO. | CUSTOMER NO. |
|---|---|
| | 040120 |

INVOICE NO. IN40080279

| INVOICE DATE | PO # |
|---|---|
| 09/29/2005 | 450142475 |

| PAGE NO. | TOTAL AMOUNT DUE |
|---|---|
| 1 | 250.00 US |

**INVOICE**

SHIP TO

| DATE SHIPPED | DATE DUE | PURCHASE ORDER NO. | TERMS | | |
|---|---|---|---|---|---|
| 09/29/2005 | 10/29/2005 | 450142475 | Net 30 Days | | |
| SALESPERSON | | | SHIP VIA | FOB | |

| ITEM NO./DESCRIPTION | | QUANTITY | | PRICE | |
|---|---|---|---|---|---|
| | UM | ORD | 1.00000 | UNIT | 250.000000 |
| Item ID #PR10227031 00010  LOT | B/O | 0.00000 | DISC | 0.00 US |
| CHARGE | | SHP | 1.00000 | EXT | 250.00 US |
| | UM | ORD | 1.00000 | UNIT | 0.000000 |
| PN: 25371515A  3.5 VALVE; Ship | B/O | 0.00000 | DISC | 0.00 US |
| ped UPS NDA 9-29-05 | | SHP | 1.00000 | EXT | 0.00 US |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |
| | UM | ORD | | UNIT | |
| | | B/O | | DISC | |
| | | SHP | | EXT | |

| GROSS | DISCOUNT | NET |
|---|---|---|
| 250.00 US | 0.00 US | 250.00 US |
| FREIGHT | TAX | PAID |
| 0.00 US | 0.00 US | 0.00 US |

| COMMENT | AMOUNT DUE |
|---|---|
| INV0000279 | 250.00 US |

# DELPHI

Energy & Chassis Systems

Page 1 of 4

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**
DELPHI ENERGY & CHASSIS SYSTEMS
COOPERSVILLE OPERATIONS - IN01
DOCK S15
999 RANDALL ROAD
COOPERSVILLE MI 49404

WHYCO FINISHING TECHNOLOGIES LLC
670 WATERBURY RD
THOMASTON CT 06787

**Purchase Order**

| | |
|---|---|
| PO Number | Date Issued |
| 450144719 | 05-Oct-2005 |
| Version | |
| 06-Oct-2005 15:51:12 | |

Delivery date:  07-OCT-2005

Vendor No:  1010574
DUNS No:  131489234

Payment Terms:  ZMN2        Currency:  USD

Payment settled on 2nd, 2nd Month

Incoterms:  FOB-Shipping Point

OF REQUIREMENT CONTRACT

| Item No. | Material No/Item Identifier No   Total Order Quantity  Plant | | | | |
|---|---|---|---|---|---|
| | Description | | | Requester | |
| 00010 | PR10230575 00010 | 1.000 | | F701 DELPHI E & C  COOPERSVILLE | |
| | TDC Plating 0.008 MM Thick-25380800 | | | Kornoelje, R | |

** 1 LOT = 200 PCS. **. REFERENCE WHYCO'S QUOTE #Q43343 TO JENNIFER DEVOLE FROM JOHN BOLTRYK, CATED SEPTEMBER 8, 2005.

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 07-OCT-2005 | 1.000 | 250.00 | 1 | EA | 250.00 |
| Net Line Item Value | | | | USD | 250.00 |

| Total net value | | USD | 250.00 |
|---|---|---|---|

**Notes:**
SHIP TO ATTN: RICH KORNOELJE (616-299-4970) ADDRESS ABOVE. CONFIRMING E-MAIL SENT TO JOHN BOLTRYK FROM LINDA VALLEE ON OCTOBER 5, 2005.

**********************************************************************

Purchasing Contact: Devole, Jennifer
Phone: 585-359-6220
Fax:  585-359-6186

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
ROCHESTER NY

Date and Time Printed:  06-Oct-2005 15:51:12

**WHYCO FINISHING TECHNOLOGIES**
670 Waterbury Road, Thomaston, CT 06787
(860) 283-5826 FAX (860) 283-6153

REMIT TO: WHYCO FINISHING TECHNOLOGIES, LLC
4312 Paysphere Circle
Chicago, IL 60674

SOLD TO
Delphi Corporation
999 Randall Road
Coopersville, MI  49404

| | |
|---|---|
| WORK ORDER NO. | CUSTOMER NO. 040120 |
| INVOICE DATE 10/03/2005 | PO # 450144719 |
| PAGE NO. 1 | TOTAL AMOUNT DUE 250.00 US |

# INVOICE

| DATE SHIPPED | DATE DUE | PURCHASE ORDER NO. | TERMS |
|---|---|---|---|
| 10/03/2005 | 11/02/2005 | 450144719 | Net 30 Days |

| SALESPERSON | SHIP VIA | FOB |
|---|---|---|

| ITEM NO./DESCRIPTION | | QUANTITY | | PRICE |
|---|---|---|---|---|
| PR #10230575-Item 10; 198 PCS/ 6#; PO 450144719 LOT CHARGE | ORD B/O SHP | 1.00000 0.00000 1.00000 | UNIT DISC EXT | 250.000000 0.00 US 250.00 US |
| PN: 25380800A; Per Quote #Q433 43 dated 9-8-2005 | ORD B/O SHP | 1.00000 0.00000 1.00000 | UNIT DISC EXT | 0.000000 0.00 US 0.00 US |
| Shipped 10-3-05 UPS NDA Collect #1ZA7536E0141351889 | ORD B/O SHP | 1.00000 0.00000 1.00000 | UNIT DISC EXT | 0.000000 0.00 US 0.00 US |
| | ORD B/O SHP | | UNIT DISC EXT | |
| | ORD B/O SHP | | UNIT DISC EXT | |
| | ORD B/O SHP | | UNIT DISC EXT | |
| | ORD B/O SHP | | UNIT DISC EXT | |

## TERMS AND CONDITIONS
This transaction is subject to the Terms and Conditions set forth on the reverse side of this document.

| GROSS | DISCOUNT | NET |
|---|---|---|
| 250.00 US | 0.00 US | 250.00 US |
| FREIGHT 0.00 US | TAX 0.00 US | PAID 0.00 US |
| INVOICE NUMBER INV0000285 | | AMOUNT DUE 250.00 US |