TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)

HEARING DATE: June 1, 2007  
AT 10:00 AM

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------ x  
                                :  
    In re                       :   Chapter 11  
                                :  
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)  
                                :  
                    Debtors.    :   (Jointly Administered)  
                                :  
------------------------------ x

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER
COMPROMISING AND CAPPING PROOF OF CLAIM NUMBER 14180**

PLEASE TAKE NOTICE that on February 15, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 14180 (the "Proof of Claim" filed by SBC Global Services pursuant to the Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books and Records, (C) Untimely Claims, And (D) Claims Subject to Modification (the "Objection") (Docket No. 6968).

PLEASE TAKE FURTHER NOTICE that the Debtors and claimants SBC Global Services, SBC Corp. and AT&T Corp. (collectively, "Claimants") have agreed to settle the Objection in part with respect to the Proof of Claim and, pursuant to the Order

Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Joint Stipulation and Agreed Order Compromising and Capping Proof of Claim Number 14180 (the "Joint Stipulation").

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Joint Stipulation, a true and complete copy of which is annexed hereto, the Debtors and the Claimants have agreed to a partial resolution with respect to proof of claim number 14180, which shall be deemed amended so as not to exceed $341,676.55.

      PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for June 1, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York  
        May 25, 2007

DELPHI CORPORATION, *et al.*  
By their attorneys,  
TOGUT, SEGAL & SEGAL LLP  
By:

/s/ Neil Berger  
NEIL BERGER (NB-3599)  
A Member of the Firm  
One Penn Plaza  
New York, New York 10119  
(212) 594-5000