

Affinia Group Inc
Brake Parts, Inc
Wix Filtration Corp
4400 Prime Parkway
McHenry IL 60050

Phone:  815-759-7553
Fax:  815-759-7485

Affiniagroup.com

October 10, 2005

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004


Re:    Delphi Corp.
       Bankruptcy Case No.  05-44481
       Notice of Objection


Dear Honorable Robert D. Drain,

After reviewing our general unsecured proof of claim number 12011, we disagree with the Thirteenth Omnibus Claims Objection in the amount of $86,576.50.  We have been advised there are open receipts in the Delphi accounts payable system indicating receipt of two shipments in the amount of $7,500.00.  Purchase order DCS09604, in the amount of $3,000.00 and purchase order 0450125596, in the amount of $4,500.00 were showing as open receivers and ready for payment under Duns numbers 18996703 and 810995605 respectively.  Therefore, we request the modified amount be increased to $94,076.50.

Sincerely,



Anita Major
Credit & Risk Manager

enclosure

Cc:  Clerk of Bankruptcy Court (disk)
Delphi Corporation General Counsel
John Wm. Butler, Jr.
John K Lyons
Joseph N. Wharton
Charles Mendeljian