| Process # | DUNS # | Plant | Doc Document # | Document Date | Total Amount | Currency | Bill Of Lading | Purchase Order # | Status | Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| '9000036645143 | RD 810995605 | HA | 2 '5206874841001 | 6/16/2005 | $6,148.87 | USD | A2737 | D0550071715 | Ready To Pay | 12/31/2049 | 0 |
| '9000036645144 | RD 810995605 | HA | 2 '5206874842001 | 6/23/2005 | $1,143.81 | USD | A2738 | D0550071714 | Ready To Pay | 12/31/2049 | 0 |
| '0005016184196 | RD 810995605 | HA | 4 'ADMCR140243734 | 8/11/2005 | ($550.00) | USD | 140243734 | | Ready To Pay | 12/31/2049 | 0 |
| '9000035440838 | RD 810995605 | H2 | 2 '5206033586001 | 9/27/2005 | $4,500.00 | USD | 9-05C | D0450125596 | Ready To Pay | 12/31/2049 | 0 |
| '0005016220182 | RD 810995605 | EW | 4 'ACM11DRTRF143 | 10/1/2005 | $550.00 | USD | ACM11DRTRF | | Ready To Pay | 12/31/2049 | 0 |
| '0005016274843 | RD 810995605 | H4 | 4 'ACMADM1001052210 | 10/1/2005 | $221,044.31 | USD | 1001052210 | | Ready To Pay | 12/31/2049 | 0 |
| '0005016263393 | RD 810995605 | H4 | 4 'ADM1001052210443 | 10/1/2005 | ($221,044.31) | USD | 1001052210 | | Ready To Pay | 12/31/2049 | 0 |
| '0005016273400 | RD 810995605 | H4 | 4 'ADMCR11022593VV | 4/12/2007 | ($4,755.85) | USD | RMA-A2111 | | Ready To Pay | 4/24/2007 | 0 |
| '9000037400103 | RD 810995605 | HA | 4 'ESD5207380546001 | 4/12/2007 | ($823.40) | USD | A3441 | D0550071714 | Ready To Pay | 4/13/2007 | 0 |
| '9000037400104 | RD 810995605 | HA | 4 'ESD5207380546002 | 4/12/2007 | ($2,544.36) | USD | A3441 | D0550071715 | Ready To Pay | 4/13/2007 | 0 |

| Process # | DUNS # | Plant | Doc | Document # | Document Date | Total Amount | Currency | Bill Of Lading | Purchase Order # | Status | Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '9000031619575 | RD 189967073 | H2 | 2 | '057670940001 | 8/10/2005 | $3,000.00 | USD | 8/10/2005 | DCS09604 | Ready To Pay | 10/2/2005 | 0 |

9-05

# Brake Parts, Inc. - Waupaca
E 1999 Hwy 22/54  Waupaca WI 54981

Delphi Chassis Systems
P.O. Box 1042
Dayton, OH 45401

Attn: L. Reuter

INV.# 9-05C
DATE: 9/27/2005

**TO BILL YOU FOR THE FOLLOWING:**

| Billing detail below: | Your P.O. # | 450125596 | | |
|---|---|---|---|---|
| GM Supercorner Program | 15 pieces @ $300ea. | | $ | 4,500.00 |
| | | | TOTAL | $4,500.00 |

Page 1

9-05

# Brake Parts, Inc. - Waupaca
E 1999 Hwy 22/54  Waupaca WI 54981

Delphi Chassis Systems
P.O. Box 1042
Dayton, OH 45401

Attn: L. Reuter

INV.#  9-05D
DATE:  9/27/2005

**TO BILL YOU FOR THE FOLLOWING:**

Billing detail below:

GM Supercorner Program

Your P.O. #   DCS09604

10 pieces @ $300ea.            $ 3,000.00

TOTAL                          $3,000.00

Page 1