UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
      In re                                           :
                                                      :   Chapter 11
DELPHI CORPORATION, et al.,                           :
                                                      :   Case No. 05-44481 (RDD)
                  Debtors.                            :
                                                      :   (Jointly Administered)
                                                      :
                                                      :
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**       )
                            ) SS:
**COUNTY OF NEW YORK**      )

     I, Marianne Pichuzhkina, being duly sworn, depose and say:

     I am not a party to this action; I am over the age of 18 years and reside in New York, County, New York.

     On May 24, 2007, I served a true copy of the within RESPONSE OF PHELPS DODGE CORPORATION AND PHELPS DODGE MAGNET WIRE COMPANY, INC. (CLAIM NO. 10411) TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) PROTECTIVE INSURANCE CLAIMS, (D) INSURANCE CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT by electronic filing and facsimile as set forth on the attached Service List.

                                                                             _____
                                                                             Marianne Pichuzhkina

Sworn to before me this
24th day of May, 2007

_____
NOTARY PUBLIC

IDALIA M. COLLADO
NOTARY PUBLIC, State of New York
No. 01CO5042232
Qualified in County of Queens
Commission Expires April, 20 11

- 2 -

## SERVICE LIST

| Skadden Arps<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton<br>Fax: 312.407.0411 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel<br>Fax: 248.813.2491 |