Hearing Date: May 31, 2007
Hearing Time: 10:00 a.m.

McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
dadler@mccarter.com
David J. Adler (DA-0048)
Attorneys for Energy Conversion Systems, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : | Case Nos. 05-44481 (RDD) |
|  | : | (Jointly Administered) |
| DELPHI CORPORATION, et al. | : |  |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

**OBJECTION OF ENERGY CONVERSION SYSTEMS. INC.
TO DEBTORS THIRTEENTH OMNIBUS CLAIMS OBJECTION**

Energy Conversion Systems ("ECS"), by and through its attorneys, McCarter & English, LLP hereby objects to the Thirteenth Omnibus Claims Objections[1] and states as follows:

**OBJECTION**

Buried on page 21 of Schedule E-1, the Debtors object to claim 15239 of ECS (the "Claim") in the amount of $139,507.23. The Debtors seek to reduce the Claim to $58,655.00. ECS and the Debtors disagree on certain issues regarding the calculation of the claim.

The Debtors have made the following adjustments:

        Total Claim        $139,500.00

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Thirteenth Omnibus Claims Objection.

ME1 6441029v.1

|  |  |
|---|---|
| Price difference | ( 23,025.14) |
| Payments | ( 12,435.90) |
| No Proof of Deliv | ( 44,666.73) |
| Undefined | (        724.46) |
| Revised Claim | $ 58,655.00 |

ECS believes that its claim should be $112,479.97 calculated as follows:

|  |  |
|---|---|
| Total Claim | $139,500.00 |
| Price difference | 0.00 |
| Payments | ( 12,435.90) |
| No Proof of Deliv | ( 14,591.36) |
| Undefined | 0.00 |
| Revised Claim | $112,479.97 |

ECS has proof of delivery for at least five of the invoices that the Debtors assert they did not receive.

## RESERVATION OF RIGHTS

ECS reserves its right to amend or supplement this objection.

Dated: May 25, 2007
New York, New York

McCARTER & ENGLISH, LLP
Attorneys for Energy Conversion Systems

/s/ David J. Adler
David J. Adler  (DA-0048)
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 – Facsimile

2

ME1 6441029v.1