UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                               :        Chapter 11
DELPHI CORPORATION, et al.,                          :
                                                     :        Case No. 05-44481 (RDD)
        Debtors.                                     :
                                                     :        (Jointly Administered)
                                                     :

---

## CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on May 25, 2007 I caused to be served via facsimile and first class mail, a copy of Lead Plaintiffs' Limited Response To Debtors' Motion For Order Under 11 U.S.C. § 362(d)(1) And Fed. R. Bankr. P. 4001(d)(1) Approving Agreement To Modify Automatic Stay To Provide Certain Third-Party Discovery Materials To Erisa Plaintiffs upon the parties listed on the Attached Service List and via electronic mail on the parties listed on the 2002 Service List.

Dated: May 29, 2007

/s/ Ira M. Levee
Ira M. Levee

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
973.597.2480 (Telephone)
973.597.2481 (Facsimile)

*Bankruptcy Counsel to Lead
Plaintiffs and the Prospective Class*

18692/2
05/29/2007 2171991.01

## SERVICE LIST

John W. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive - Suite 2100
Chicago, IL 60606-1285
Fax : (312) 407-0411
*Attorneys for the Debtor*

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Fax: (212) 751-4864
*Attorneys for The Official Committee Of Unsecured Creditor*

Bonnie Steingart, Esq.
Frank, Harris, Shriver & Jacosbon LLP
One New York Plaza
New York, NY 10004
Fax (212) 859-4000
*Counsel for the Official Committee of Equity Security Holders.*

Attn: General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Fax (248) 813-2333
**Debtor**

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Fax (212) 450-3800
**Attorneys for the Agent Under the Postpetition Credit Facility**

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax : (212) 668-2255
*U.S. Trustee*