Charles R. Forman, Esq.
Florida Bar No. 0229253
General Counsel for Marion County Tax Collector
Forman Hanratty & Montgomery
Post Office Box 159
Ocala, Florida 34478
352-732-3915

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
DELPHI CORPORATION, et al.,                                   :   Case No. 05-44481 (RDD)
                                                              :
    Debtors.                                                  :   (Jointly Administered)
------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Charles R. Forman, a member in good standing of the bar in the state of Florida and of the bar of the United States District Court for the Middle District of Florida, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent George Albright, Tax Collector, Marion County, in the above-referenced case. My mailing address is Post Office Box Post Office Box 159, Ocala, Florida 34478; my e-mail address is Vthomas@atlantic.net; and my telephone number is (352) 732-3915. I have paid the $25 fee upon submission of this Motion to practice *pro hac vice*.

Dated: May 23, 2007                    Forman Hanratty & Montgomery

                                       *Charles R Forman*
                                       Charles R. Forman, Esq.
                                       Florida Bar No. 0229253
                                       Post Office Box 159
                                       Ocala, Florida 34478
                                       352-732-3915
                                       General Counsel for Marion County Tax Collector



RECEIVED MAY 24 2007

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this *Motion for Admission to Practice, **Pro Hac Vice*** has been sent by *Notice of Electronic Filing* and/or overnight delivery, postage prepaid, this 23rd day of May, 2007, **Honorable Robert D. Drain**, United States Bankruptcy Judge, United Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004; **Delphi Corporation**, Attn: General Counsel, 5725 Delphi Drive, Troy, Michigan 48098; and **Skadden, Arps, Slate, Meagher & Flom, LLC**, Attn: John Wm. Butler, Esq., John K. Lyons, Esq. and Joseph N. Warton, Esq., 333 W Wacker Drive, Suite 2100, Chicago, Illinois 60606.

_____
Charles R. Forman, Esq.

N:\Legal Services\WIP\D\Delphi\Marion County\Motion for Admission Pro Hac Vice.doc