# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re:                         | Chapter 11                   |
| DELPHI CORPORATION, *et al.*   | Case No. 05-44481            |
| Debtors.                       | Honorable Robert D. Drain    |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Donald W. Mallory, a member in good standing of the bar in the States of Ohio and Kentucky and, the bar of the U.S. District Court for the Southern District of Ohio, U.S. District Court for the Northern District of Ohio, U.S. District Court for the Eastern District of Kentucky, and the U.S. District Court for the Western District of Kentucky, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Plastic Moldings Company, Ltd., a creditor in the above-referenced case.

Dinsmore & Shohl, LLP
255 E. 5th St., Suite 1900
Cincinnati, OH  45202
Telephone:  (513) 977-8161
Email:  donald.mallory@dinslaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: May 25, 2007
       Cincinnati, Ohio

Respectfully submitted,

/s/ Donald W. Mallory

Donald W. Mallory (OH 0070875)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
donald.mallory@dinslaw.com

Counsel for Plastic Moldings Company, LLC