**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In Re:

Delphi Corporation, et. al.                                                  In Re Case No. 05-44481
                                                                                              Chapter 11
                         Debtor.

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, William M. Katich, a member in good standing of the bar in the State of Illinois, and the bar for the United States District Court for the Central and Southern Districts of Illinois, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent the Illinois Department of Revenue, a creditor in the above-referenced case.

| | |
|---|---|
| My address is: | 500 South Second Street, Springfield, Illinois 62706 |
| My email address is: | wkatich@atg.state.il.us |
| My telephone number is: | (217) 782-9095 |
| My facsimile number is: | (217) 782-1396 |

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:      May 23, 2007
                 at Springfield, Illinois

                                                             /s/ William M. Katich
                                                             William M. Katich
                                                             Assistant Attorney General
                                                             Revenue Litigation Bureau
                                                             Office of the Attorney General
                                                             500 South Second Street
                                                             Springfield, Illinois 62706

                                                             Phone:         (217) 782-9095
                                                             Facsimile:    (217) 782-1396
                                                             wkatich@atg.state.il.us