UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, et al.<br><br>Debtors, | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Documents Served: *Appearance, Amended Proof of Claim, Response to Debtor's 13th Omnibus Objection Pursuant to 11 USC 502(B) and FRBP 3007 Chapter 11*

Method of Service/
Served Upon:

US Bankruptcy Court
Southern District of New York
Delphi Corporation Claim
Bowling Green Station
PO Box 5058
New York, NY 10274-5058

Counsel to Debtor
John W. Butler, Jr., John K. Lyons,
Joseph N. Wharton
Skadden Arps Slate, Meager, Flom LLP
333 W. Wackard Dr., Suite 2100
Chicago, IL 60606

Dephi Corporation
Attn: General Counsel
5725 Delphi Dr.
Troy, MI 48098

Hon. Robert D. Drain
US Bankruptcy Judge
One Bowling Green, Rm 610
New York, NY 10004

Date of Service:   May 10, 2007

/s/ Tema L. Crowell
Tema L. Crowell
Legal Secretary



5440833.1 28716/116637