**HEBERT SCHENK, P.C.**
**4742 North 24th Street, Suite 100**
**Phoenix, Arizona 85016**
**Telephone: (602) 248-8203**
**Facsimile: (602) 248-8840**

**Barbara Lee Caldwell – SBN 003246**
Attorneys for Maricopa County Treasurer



# UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re: | Case No. 05-44481-RDD |
|---|---|
| DELPHI CORPORATION, et al., | CHAPTER 11 |
| | **RESPONSE OF MARICOPA COUNTY TREASURER TO OBJECTION TO ITS SECURED TAX CLAIM** |
| Debtor(s). | |

  Maricopa County Treasurer, by and through its attorney, undersigned, responds to the objection filed by the debtor to its tax claim.

  Maricopa County Treasurer (Maricopa) filed a claim for pre-petition personal property taxes for 2005 on parcels 900-60-653 and 943-51-452. The claim was for $2,439.99 and the basis for said claim is attached hereto as Exhibit 1 and made a part hereof by this reference. Maricopa filed an administrative claim for personal property taxes for 2006 on parcels 949-65-343, 949-65-352 and 900-60-653 in the amount of $6,041.34. The basis for said claim is attached hereto as Exhibit 2 and by this reference made a part hereof.

  Delphi sent two (2) checks to Maricopa dated October 26, 2006 in the amount of $3,701.13 and the second dated April 20, 2007 in the amount of $2,340.21. The total of the two checks was $6,041.34. However, the checks did not specify the claim or year of the taxes and the first check was applied to the balance due on the 2005 taxes and the balance applied to 2006. A copy of those checks are attached hereto and marked as Exhibit 3 and made a part hereof by

1  this reference.   It is the practice of the Maricopa County Treasurer's Office because of the

2  statutes to apply tax payments first to delinquent taxes, then current taxes.

3      As a result of the 2005 taxes having been paid, Maricopa withdrew its claim for the 2005

4  taxes. The debtor did not question the withdrawal of the claim for 2005 taxes.  Maricopa, as

5  hereinabove set forth, filed an administrative claim for the 2006 post petition taxes.  A portion of

6  the 2006 taxes was paid by the second check issued by the debtor, but there are still outstanding

7  taxes on parcel 949-65-343 as a result of the post-petition administrative claim.  Those taxes are

8  included in claim #16477, the subject matter of the debtor's objection.  The debtor's business

9  personal property is encumbered with fully secured tax liens pursuant to A.R.S. § 42-17153 and

10  therefore a "secured interest" in accordance with 11 U.S.C. § 506. *Matter of Stanford, 826 F2d*

11  *353 (C.A. 5 Texas 1987).*  Taxes accrue interest at the statutory rate of 16 % per annum.  See

12  A.R.S. § 42-18053. Maricopa's secured claim is entitled to receive post-petition interest until the

13  claim is paid in full.  11 U.S.C. § 1129(b)(2)(A).  *Galveston Indep. School dist. v. Heartland*

14  *Fed. Sav. & Loan Assoc. 159 B. R. 198, 204 ( S.E. Texas 1993).*

15      The objection of the debtor is not well taken in that the post-petition administrative tax

16  claim is a proper secured claim. A.R.S. § 42-17153 secures all tax claims in Arizona and said tax

17  claims are superior to all other liens, including consensual liens.  As a secured creditor, Maricopa

18  did not have to file a claim to secure it lien.  Maricopa's secured tax claim is based on the

19  statement filed with the Maricopa County Assessor by the debtor as evidenced by Exhibit 4

20  attached hereto and by this reference made a part hereof.

21      The debtor has given no basis for its objection to Maricopa's administrative claim.

22  Maricopa is unable to determine from the objection exactly what the debtor is objecting to

23  regarding said claim. The debtor has not alleged that it has sold the property secured by the tax

24  lien, that it is unsupported by documentation or any other specific objection.   Maricopa is

25  entitled to have its administrative secured tax claim paid by the debtor.

It is respectfully requested that the Court deny the objection of the debtor and the balance of Maricopa's secured administrative claim in the amount of $2,561.12 plus accruing interest at the statutory rate of 16% per annum.

RESPECTFULLY SUBMITTED this _14_ day of May, 2007.

HEBERT SCHENK, P.C.

By: _____
Barbara Lee Caldwell,
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203
Attorney for Maricopa County Treasurer

A copy of the foregoing mailed this _15_ day of May, 2007, to:

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606-1285
Attorney for Debtor(s)

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attorney for Debtor(s)

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

By: _____

**Maricopa County - Treasurer's Office (602) 506-8511**
**David Schweikert, Treasurer**
**Tax Summary (Duplicate) for: 900-60-653  7**
**http://treasurer.maricopa.gov**

DELPHI AUTOMOTIVE SYSTEMS LLC
% RICHARD COLBY
PO BOX 5082
% RICHARD COLBY
TROY MI 480075082

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|----------|--------|--------------|----------|------------|
| 2006 | Paid - CTX | $1,303.10 | $1,303.10 | $0.00 |
| 2005 | Paid - BTX | $1,526.02 | $1,526.02 | $0.00 |
| 2004 | Paid - BTX | $1,576.78 | $1,576.78 | $0.00 |
| 2003 | Paid - BTX | $2,655.24 | $2,655.24 | $0.00 |
| 2002 | Paid - BTX | $764.02 | $764.02 | $0.00 |
| 2001 | Paid - BTX | $1,115.24 | $1,115.24 | $0.00 |
| 2000 | Paid - BTX | $914.92 | $914.92 | $0.00 |
| 1999 | Paid - BTX | $1,194.03 | $1,194.03 | $0.00 |
| 1998 | Paid - BTX | $1,570.88 | $1,570.88 | $0.00 |
| 1997 | Paid - BTX | $4,334.47 | $4,334.47 | $0.00 |
| | | | **Total Due:** | **$0.00** |

If you have any further questions, please call us at (602) 506-8511.

Thank you,
David Schweikert, Treasurer



EXHIBIT

**Property Tax**
900-60-653 7

Tax Bill
Bill Sum
Summary
Activities
Resolutions
Impounds
Address Info
Tax Due
Valuations
Comments
New Parcel

Log Off
Help

| | Activities | | | | | | |
|---|---|---|---|---|---|---|---|
| **Parcel Number :** | | | **900-60-653 7** | | | | |
| Year | Activity Description | Amount | Act Date | Tran # | Pmt Date | Half | Images |
| 2006 | TAX PAYMENT | $1,303.10 | 11/28/2006 | 029-01946 | 10/26/2006 | F | yes |
| 2005 | TAX PAYMENT | $1,549.12 | 11/28/2006 | 029-01946 | 10/26/2006 | F | yes |
| 2006 | BILL PRINT | $0.00 | 9/9/2006 | | | | no |
| 2005 | TAX PAYMENT | $177.69 | 5/2/2006 | 067-14890 | 4/29/2006 | 1 | yes |
| 2005 | RESTORE TAX | $763.01 | 10/25/2005 | 029-01347 | | 1 | no |
| 2005 | TAX PAYMENT | $763.01 | 10/11/2005 | 061-93575 | 9/30/2005 | 1 | yes |
| 2005 | BILL PRINT | $0.00 | 8/28/2005 | | | | no |
| 2004 | TAX PAYMENT | $1,576.78 | 10/25/2004 | 063-18626 | 10/22/2004 | F | yes |
| 2004 | BILL PRINT | $0.00 | 8/28/2004 | | | | no |
| 2003 | TAX PAYMENT | $1,327.62 | 4/12/2004 | 061-89016 | 4/9/2004 | 2 | yes |
| 2003 | TAX PAYMENT | $1,327.62 | 10/15/2003 | 066-28776 | 10/14/2003 | 1 | yes |
| 2003 | BILL PRINT | $0.00 | 8/31/2003 | | | | no |
| 2002 | TAX PAYMENT | $764.02 | 10/31/2002 | 062-92978 | 10/30/2002 | F | yes |
| 2002 | BILL PRINT | $0.00 | 8/31/2002 | | | | no |
| 2001 | TAX PAYMENT | $557.62 | 2/13/2002 | 063-94494 | 2/12/2002 | 2 | yes |
| 2001 | TAX PAYMENT | $557.62 | 10/31/2001 | 062-88752 | 10/30/2001 | 1 | yes |
| 2001 | BILL PRINT | $0.00 | 9/8/2001 | | | | no |
| 2000 | TAX PAYMENT | $914.92 | 12/13/2000 | 48 -69152 | 12/13/2000 | F | yes |
| 1999 | TAX PAYMENT | $1,194.03 | 1/10/2000 | 48 -68606 | 1/10/2000 | F | no |
| 1998 | TAX PAYMENT | $1,570.88 | 12/16/1998 | 48 -68210 | 12/16/1998 | F | no |
| 1997 | TAX PAYMENT | $4,334.47 | 12/18/1997 | 48 -67597 | 12/18/1997 | F | no |

**Maricopa County - Treasurer's Office (602) 506-8511**
**David Schweikert, Treasurer**
**Tax Summary (Duplicate) for: 943-51-452  5**
**http://treasurer.maricopa.gov**

DELPHI AUTOMOTIVE SYSTEMS LLC
DELETE-COMBINED WITH C0060653
PO BOX 5082
TROY MI 48202

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|----------|--------|--------------|----------|------------|
| 2005 | Paid - BTX | $766.70 | $766.70 | $0.00 |
| 2004 | Paid - BTX | $1,046.96 | $1,046.96 | $0.00 |
| 2003 | Paid - BTX | $1,273.56 | $1,273.56 | $0.00 |
| 2002 | Paid - BTX | $1,297.36 | $1,297.36 | $0.00 |
| 2001 | Paid - BTX | $1,663.38 | $1,663.38 | $0.00 |
| 2000 | Paid - BTX | $424.07 | $424.07 | $0.00 |
| 1999 | Paid - BTX | $440.37 | $440.37 | $0.00 |
| | | | **Total Due:** | **$0.00** |

If you have any further questions, please call us at (602) 506-8511.

Thank you,
David Schweikert, Treasurer

**Property Tax**
**943-51-452 5**

Tax Bill
Bill Sum
Summary
Activities
Resolutions
Impounds
Address Info
Tax Due
Valuations
Comments
New Parcel

Log Off
Help

| | Activities | | | | | |
|---|---|---|---|---|---|---|
| **Parcel Number :** | | | **943-51-452 5** | | | |

| Year | Activity Description | Amount | Act Date | Tran # | Pmt Date | Half | Images |
|---|---|---|---|---|---|---|---|
| 2005 | TAX PAYMENT | $764.75 | 11/28/2006 | 029-01946 | 10/26/2006 | F | yes |
| 2005 | TAX PAYMENT | $89.27 | 5/2/2006 | 067-14890 | 4/29/2006 | 1 | yes |
| 2005 | RESTORE TAX | $383.35 | 10/25/2005 | 029-01347 | | 1 | no |
| 2005 | TAX PAYMENT | $383.35 | 10/11/2005 | 061-93575 | 9/30/2005 | 1 | yes |
| 2005 | BILL PRINT | $0.00 | 8/28/2005 | | | | no |
| 2004 | TAX PAYMENT | $1,046.96 | 10/25/2004 | 063-18626 | 10/22/2004 | F | yes |
| 2004 | BILL PRINT | $0.00 | 8/28/2004 | | | | no |
| 2003 | TAX PAYMENT | $636.78 | 4/12/2004 | 061-89016 | 4/9/2004 | 2 | yes |
| 2003 | TAX PAYMENT | $636.78 | 10/15/2003 | 066-28776 | 10/14/2003 | 1 | yes |
| 2003 | BILL PRINT | $0.00 | 8/31/2003 | | | | no |
| 2002 | TAX PAYMENT | $1,297.36 | 10/31/2002 | 062-92978 | 10/30/2002 | F | yes |
| 2002 | BILL PRINT | $0.00 | 8/31/2002 | | | | no |
| 2001 | TAX PAYMENT | $831.69 | 2/13/2002 | 063-94494 | 2/12/2002 | 2 | yes |
| 2001 | TAX PAYMENT | $831.69 | 10/31/2001 | 062-88752 | 10/30/2001 | 1 | yes |
| 2001 | BILL PRINT | $0.00 | 9/8/2001 | | | | no |
| 2000 | TAX PAYMENT | $424.07 | 12/13/2000 | 48 -69152 | 12/13/2000 | F | no |
| 1999 | TAX PAYMENT | $440.37 | 1/10/2000 | 48 -68606 | 1/10/2000 | F | no |

**Maricopa County - Treasurer's Office (602) 506-8511**
**David Schweikert, Treasurer**
**Tax Summary (Duplicate) for: 949-65-343  9**
**http://treasurer.maricopa.gov**

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5082
% RICHARD COLBY
TROY MI 480075082

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|----------|--------|--------------|----------|------------|
| 2006 | Paid - CTX | $57.82 | $57.82 | $0.00 |
| | | | **Total Due:** | **$0.00** |

If you have any further questions, please call us at (602) 506-8511.

Thank you,
David Schweikert, Treasurer



EXHIBIT 2



**Property Tax**
949-65-343 9

Tax Bill
Bill Sum
Summary
Activities
Resolutions
Impounds
Address Info
Tax Due
Valuations
Comments
New Parcel

Log Off
Help

| | | | Activities | | | | |
|---|---|---|---|---|---|---|---|
| | | **Parcel Number :** | | | **949-65-343 9** | | |
| Year | Activity Description | Amount | Act Date | Tran # | Pmt Date | | Half Images |
| 2006 | TAX PAYMENT | $57.82 | 11/28/2006 | 029-01946 | 10/26/2006 | 1 | yes |
| 2006 | BILL PRINT | $0.00 | 9/9/2006 | | | | no |



| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
|----------|-------------|-------------|------------|------|
| Address | Update Address | Activities | Tax Receipt | New Parcel |

## Tax Summary - Parcel 949-65-352 8

| Total Due | $2,561.12 |
|-----------|-----------|

**Click on the year to go to Tax Detail.**

**Click on the amount due for a Tax Stub printout.**

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|----------|--------|--------------|----------|------------|
| 2006 | Open | $4,680.42 | $2,153.00 | $2,561.12 |
| | | | Total Due | $2,561.12 |

Please call (602) 506-8511 for any questions concerning the Amount Due.

Tax Bill    New Parcel    Treasurer's Home Page    Current Assessed Value    Parcel Map



| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
|----------|-------------|-------------|------------|------|
| Address | Update Address | Activities | Tax Receipt | New Parcel |

| Activities - Parcel 949-65-352 8 | | | | |
|------|-----------------------------|--------|----------|----------|
| Year | Activity Description | Amount | Act Date | Pmt Date |
| 2006 | TAX PAYMENT | $2,340.21 | 4/24/2007 | 4/23/2007 |
| 2006 | TAX PAYMENT | $26.34 | 11/28/2006 | 10/26/2006 |



| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
|----------|-------------|-------------|------------|------|
| Address | Update Address | Activities | Tax Receipt | New Parcel |

| **Tax Summary - Parcel 900-60-653 7** | |
|----------------------------------------|-----------|
| **Total Due** | **$0.00** |

 **Click on the year to go to Tax Detail.**

**Click on the amount due for a Tax Stub printout.** 

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|----------|--------|--------------|----------|------------|
| 2006 | Paid | $1,303.10 | $1,303.10 | $0.00 |
| 2005 | Paid | $1,526.02 | $1,526.02 | $0.00 |
| 2004 | Paid | $1,576.78 | $1,576.78 | $0.00 |
| 2003 | Paid | $2,655.24 | $2,655.24 | $0.00 |
| 2002 | Paid | $764.02 | $764.02 | $0.00 |
| 2001 | Paid | $1,115.24 | $1,115.24 | $0.00 |
| 2000 | Paid | $914.92 | $914.92 | $0.00 |
| 1999 | Paid | $1,194.03 | $1,194.03 | $0.00 |
| 1998 | Paid | $1,570.88 | $1,570.88 | $0.00 |
| 1997 | Paid | $4,334.47 | $4,334.47 | $0.00 |
| | | | Total Due | $0.00 |

Please call (602) 506-8511 for any questions concerning the Amount Due.

Tax Bill    New Parcel    Treasurer's Home Page    Current Assessed Value    Parcel Map



| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
|----------|-------------|-------------|------------|------|
| Address | Update Address | Activities | Tax Receipt | New Parcel |

| Activities - Parcel 900-60-653 7 | | | | |
|---|---|---|---|---|
| Year | Activity Description | Amount | Act Date | Pmt Date |
| 2006 | TAX PAYMENT | $1,303.10 | 11/28/2006 | 10/26/2006 |
| 2005 | TAX PAYMENT | $1,549.12 | 11/28/2006 | 10/26/2006 |
| 2005 | TAX PAYMENT | $177.69 | 5/2/2006 | 4/29/2006 |
| 2005 | RESTORE TAX | $763.01 | 10/25/2005 | |
| 2005 | TAX PAYMENT | $763.01 | 10/11/2005 | 9/30/2005 |
| 2004 | TAX PAYMENT | $1,576.78 | 10/25/2004 | 10/22/2004 |
| 2003 | TAX PAYMENT | $1,327.62 | 4/12/2004 | 4/9/2004 |
| 2003 | TAX PAYMENT | $1,327.62 | 10/15/2003 | 10/14/2003 |
| 2002 | TAX PAYMENT | $764.02 | 10/31/2002 | 10/30/2002 |
| 2001 | TAX PAYMENT | $557.62 | 2/13/2002 | 2/12/2002 |
| 2001 | TAX PAYMENT | $557.62 | 10/31/2001 | 10/30/2001 |
| 2000 | TAX PAYMENT | $914.92 | 12/13/2000 | 12/13/2000 |
| 1999 | TAX PAYMENT | $1,194.03 | 1/10/2000 | 1/10/2000 |
| 1998 | TAX PAYMENT | $1,570.88 | 12/16/1998 | 12/16/1998 |
| 1997 | TAX PAYMENT | $4,334.47 | 12/18/1997 | 12/18/1997 |

DELPHI

CHECK No. 900578422

**Delphi** Debtor in Possession
Disbursement Services (NB)
PO Box 6250
Phoenix, AZ 85082-2530

DATE
10/26/06

****************3,701 DOLLARS    ******13 CENTS    AMOUNT
*************3,701.13

PAY
TO THE
ORDER

*MARICOPA COUNTY TREASURER*
*PO BOX 78574
PHOENIX AZ 85062-8574

The Chase Manhattan Bank, N.A.,
Syracuse, New York

Delphi
Disbursement Account

SIGNATURE

⑆900578422⑆ ⑈021309179⑈ 601 2 501 2

AUDIT

EXHIBIT 3



**Delphi** Debtor in Possession
Disbursement Services (NB)
PO Box 62530
Phoenix, AZ 85082-2530

**DELPHI**

CHECK **No. 900603332**

85-957
213

DATE
04/20/07

***********2,340 DOLLARS

*****21 CENTS

**AMOUNT**
***********2,340.21

Delphi
Disbursement Account

PAY
TO THE
ORDER
OF

*MARICOPA COUNTY TREASURER*
PO BOX 78574
PHOENIX AZ 85062-8574

SIGNATURE

AUDIT

The Chase Manhattan Bank, N.A.
Syracuse, New York

⑆900603332⑆ ⑈021309379⑈ 60 1⑈ 2⑈ 5044 2⑈

ATTN. ASSESSOR'S OFFICE
MARICOPA COUNTY ASSESSOR
301 WEST JEFFERSON
SUITE 330
PHOENIX, AZ 85003
(602) 506-3877

**2006 ARIZONA**
**BUSINESS**
**PROPERTY STATEMENT**
THIS STATEMENT IS CONFIDENTIAL
AND IS SUBJECT TO AUDIT BY THE
ASSESSOR. FAILURE TO COMPLETE
AND RETURN BY THE REQUIRED
DATE WILL RESULT IN A PENALTY
OF 10%. SEE A.R.S. §42-15055(C).

| **ASSESSOR'S USE ONLY** |
|---|
| (E) IN PROCESS _____ |
| (D) N & A CHANGE _____ |
| (H) DELETE ACCT _____ |
| APPR _____ DATE 4-13-2006 |
| (E) NO CHANGE _____ |
| (J) DETAIL INPUT _____ |

COMPLETE IN DETAIL AND
RETURN TO ASSESSOR
BY: APRIL 1, 2006

MAILING DATE

4965352

A/C -280300

Delphi Automotive Systems LLC

**DELPHI AUTOMOTIVE SYSTEMS LLC**
**P.O. BOX 5082**
**TROY, MI 48007-5082**

AREA CODE

| BOOK | MAP | PARCEL | SPL | CK |
|---|---|---|---|---|
| PRORATE | | 10% PENALTY | | AP |

YES

DO NOT MAKE CHANGES IN ADDRESS AREA - SEE SECTION 1 BELOW
**IMPORTANT EXEMPTION INFORMATION** - For tax year 2006 any full cash value
exceeding $59,099 is taxable.

T
A
X

Y
E
A
R

2
0
0
6

**SECTION 1:**    COMPLETE THIS SECTION ONLY IF THIS IS A NEW BUSINESS OR IF THERE IS A CHANGE IN NAME AND/OR ADDRESS.

1. BUSINESS NAME  Delphi Automotive Systems LLC                                 C/O  RICHARD COLBY

2. ADDRESS _____  CITY _____  STATE ____  ZIP _____

3. PROPERTY LOCATION ADDRESS  Oberg Industries, 208 S. Mc Kemy        CITY Chandler        STATE AZ  ZIP 85226

4. TYPE OF BUSINESS (i.e. Manufacturing, Office, Restaurant)  Manufacturing        PRODUCT _____

5. DATE STARTED IN THIS COUNTY _____  CONTACT PERSON  RICHARD COLBY        PHONE  (248) 813-8002

**SECTION 2:** DO NOT MAKE CORRECTIONS IN THIS SECTION. MAKE ALL CHANGES, ADDITIONS OR DELETIONS TO PROPERTY COST LISTED BELOW IN SECTION 4. THE ACQUISITION
COST OF PROPERTY REPORTED LAST YEAR IS LISTED BELOW BY SCHEDULE AND YEAR ACQUIRED.

| SCHED. | YEAR | ACQUISITION COST | CLASS | CODE | SCHED. | YEAR | ACQUISITION COST | CLASS | CODE |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

DOR 82520-M (REVISED 11/05)        **TAXPAYER: RETURN ORIGINAL FORM AND COPY BOTH SIDES FOR YOUR FILES**

Delphi Automotive Systems LLC-Maricopa County Assessor (Site Oberg Industries - C1054)

920,000


EXHIBIT 4

## 20bb ARIZONA BUSINESS PROPERTY STATEMENt
### SHADED AREAS FOR ASSESSOR'S USE ONLY

BUSINESS NAME Delphi Automotive Systems LLC                                    TAXPAYER/ACCOUNT NUMBER

**SECTION 3:**

| ASSESSOR'S USE ONLY | CLASS A | CLASS B | CLASS C | CLASS D | CLASS E | CLASS G | CLASS I | CLASS J | CLASS Q |
|---|---|---|---|---|---|---|---|---|---|
| | TBL #  LIFE | TBL #  LIFE | TBL #  LIFE | TBL #  LIFE | TBL #  LIFE | TBL #  LIFE | TBL #  LIFE | TBL #  LIFE | TBL #  LIFE |

**SECTION 4:** ADDITIONS AND DELETIONS: ENTER YOUR ACQUISITION COST IN THE APPROPRIATE SCHEDULE FOR PROPERTY ACQUIRED DURING THE PRIOR YEAR WHICH YOU OWNED ON 12/31/2005. ENTER YOUR ACQUISITION COST IN THE APPROPRIATE SCHEDULE AND THE YEAR OF ACQUISITION FOR ALL PROPERTY DELETED DURING THE PRIOR YEAR.

| SCHEDULE | A | B | C | D | E | G | I | J | Q |
|---|---|---|---|---|---|---|---|---|---|
| YEAR OF ADDITIONS OR DELETIONS | OFFICE FURNITURE AND EQUIPMENT | STORE, MOTEL APARTMENT FURNITURE & FIXTURES | MACHINERY AND EQUIPMENT | SPECIAL TOOLS, DIES & JIGS | COMPUTER EQUIPMENT | SUPPLIES ON HAND DECEMBER 31 | CONSTRUCTION EQUIPMENT | COPYING EQUIPMENT | NUMBER OF RENTAL VIDEO TAPES |
| **ADDITIONS: YEAR** | | | | 06 | | | | | |
| Qualified    2005 | | | | 385,000 | | | | | |
| Non-Qualified  2004 | | | | 05  55,000 | | | | | |
| Qualified    2003 | | | | 04  315,000 | | | | | |
| Non-Qualified  2002 | | | | 165,000 | | | | | |

| **DELETIONS: YEAR** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2005 | | | | | | | | | |
| 2004 | | | | | | | | | |
| 2003 | | | | | | | | | |
| 2002 | | | | | | | | | |
| 2001 | | | | | | | | | |
| 2000 | | | | | | | | | |
| 1999 | | | | | | | | | |
| 1998 | | | | | | | | | |
| 1997 | | | | | | | | | |
| 1996 | | | | | | | | | |
| 1995 and prior | | | | | | | | | |

| | | ACQUISITION | YEAR | DESCRIPTION | ACQUISITION COST | ADDITION OR DELETION | TABLE NO | LIFE |
|---|---|---|---|---|---|---|---|---|
| SCHEDULE F: | OTHER PROPERTY | Qualified | 2005 | | | Additions | | |
| | | Qualified | | | | Deletions | | |
| | | Non-Qualified | | | | | | |
| | | Non-Qualified | | | | | | |
| SCHEDULE H: | LEASEHOLD IMPROVEMENT | Qualified | 2005 | | | Additions | | |
| | | Qualified | | | | Deletions | | |
| | | Non-Qualified | | | | | | |
| | | Non-Qualified | | | | | | |

**SECTION 5:  ADDITIONAL INFORMATION REQUIRED**

LEASED OR RENTED PROPERTY: Attach a list of all leased or rented property in your possession.
UNOWNED PROPERTY: Attach a list of property located at your place of business which you do not own, lease, or rent.
GOVERNMENT OWNED LAND: If located on government property, attach a list providing the government owner's name and address.

**SECTION 6:  AFFIRMATION OF PROPERTY STATEMENT AND CLAIM OF EXEMPTION**

By signing below, I hereby affirm that this is a full, true and complete statement of property that is claimed by, or that is in the possession or control of the undersigned, and that it is verifiable from records and files of the above named business. The person whose signature is affixed below likewise claims an exemption amount not to exceed the first $59,099 of full cash value.

ROBERT J. ARRIGO, SR. TAX SPEC.

| Print Name of Property Owner or Authorized Agent | Date  3/30/06 | Name of County in which you are Claiming Exemption |
|---|---|---|
| Signature of Property Owner or Authorized Agent | (248) 813-8002  Phone | |

**SUPPLEMENTAL INFORMATION ATTACHED:**    YES _____    NO  ✓

### TAXPAYER:  RETURN ORIGINAL FORM AND COPY BOTH SIDES FOR YOUR FILES

Delphi Automotive Systems LLC-Maricopa County Assessor (Site Oberg Industries - C1054)

03/30/2006
09:18:47AM

Page   1

## Summary by State Class and Acquisition Year
### Declaration of Property Owned and Used by Owner

Maricopa County Assessor - Oberg Industries

Assessment Date:   01/01/2006

**Assessed**

| State Class | Year | Reported Cost | Current Value | Rendered Value | Assessor's Use |
|---|---|---|---|---|---|
| D - Special Tools, Dies & Jigs | 2005 | 385,000.00 | 319,550.00 | 79,888.00 | |
| | 2004 | 55,000.00 | 36,850.00 | 9,213.00 | |
| | 2003 | 315,000.00 | 157,500.00 | 39,375.00 | |
| | 2002 | 165,000.00 | 54,450.00 | 13,613.00 | |
| | | 920,000.00 | 568,350.00 | 142,089.00 | |
| **Total** | | **920,000.00** | **568,350.00** | **142,089.00** | |

Oberg Industries
Property Location:   Oberg Industries
208 S. Mc Kemy
Chandler, AZ 85226

Taxpayer's Address:
Delphi Automotive Systems LLC

PTMS 3.5

JZXQNG

ATTN. ASSESSOR'S OFFICE
MARICOPA COUNTY ASSESSOR
301 WEST JEFFERSON
SUITE 330
PHOENIX, AZ 85003
(602) 506-3877

**2006 ARIZONA**
**BUSINESS**
**PROPERTY STATEMENT**
THIS STATEMENT IS CONFIDENTIAL
AND IS SUBJECT TO AUDIT BY THE
ASSESSOR. FAILURE TO COMPLETE
AND RETURN BY THE REQUIRED
DATE WILL RESULT IN A PENALTY
OF 10%. SEE A.R.S. §42-15055(C).

| COMPLETE IN DETAIL AND RETURN TO ASSESSOR |
|---|
| BY: APRIL 1, 2006 |

MAILING DATE

4965352

**ASSESSOR'S USE ONLY**

(E) IN PROCESS _____

(D) N & A CHANGE _____

(H) DELETE ACCT _____
APPR. 327 DATE 4-13-2006

(E) NO CHANGE _____

(J) DETAIL INPUT _____

A/C -28030

AREA CODE

| BOOK | MAP | PARCEL | SPL | CK |
|---|---|---|---|---|
| PRORATE | | 10% PENALTY | AP | |
| | | ☐ YES | | |

Delphi Automotive Systems LLC

DELPHI AUTOMOTIVE SYSTEMS LLC
P.O. BOX 5082
TROY, MI 48007-5082

DO NOT MAKE CHANGES IN ADDRESS AREA - SEE SECTION 1 BELOW
**IMPORTANT EXEMPTION INFORMATION - For tax year 2006** any full cash value
exceeding $59,099 is taxable.

**T A X   Y E A R   2 0 0 6**

**SECTION 1:**    COMPLETE THIS SECTION ONLY IF THIS IS A NEW BUSINESS OR IF THERE IS A CHANGE IN NAME AND/OR ADDRESS.

1. BUSINESS NAME  Delphi Automotive Systems LLC _____ C/O  RICHARD COLBY

2. ADDRESS _____ CITY _____ STATE _____ ZIP _____

3. PROPERTY LOCATION ADDRESS  Oberg Industries, 208 S. Mc Kemy _____  CITY Chandler _____ STATE AZ  ZIP 85226

4. TYPE OF BUSINESS (i.e. Manufacturing, Office, Restaurant)  Manufacturing _____ PRODUCT _____

5. DATE STARTED IN THIS COUNTY _____ CONTACT PERSON  RICHARD COLBY _____ PHONE  (248) 813-8002

**SECTION 2:** DO NOT MAKE CORRECTIONS IN THIS SECTION. MAKE ALL CHANGES, ADDITIONS OR DELETIONS TO PROPERTY COST LISTED BELOW IN SECTION 4. THE ACQUISITION COST OF PROPERTY REPORTED LAST YEAR IS LISTED BELOW BY SCHEDULE AND YEAR ACQUIRED.

| SCHED. | YEAR | ACQUISITION COST | CLASS | CODE | SCHED. | YEAR | ACQUISITION COST | CLASS | CODE |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |

DOR 82520-M (REVISED 11/05)    **TAXPAYER: RETURN ORIGINAL FORM AND COPY BOTH SIDES FOR YOUR FILES**

920,000

2006 ADDITIONAL BUSINESS PROPERTY STATEMENT
SHADED AREAS FOR ASSESSOR'S USE ONLY

BUSINESS NAME _Delphi Automotive Systems LLC_                     TAXPAYER/ACCOUNT NUMBER _____

| SECTION 3: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ASSESSOR'S USE ONLY** | CLASS **A**<br>TBL #   LIFE | CLASS **B**<br>TBL #   LIFE | CLASS **C**<br>TBL #   LIFE | CLASS **D**<br>TBL #   LIFE | CLASS **E**<br>TBL #   LIFE | CLASS **G**<br>TBL #   LIFE | CLASS **I**<br>TBL #   LIFE | CLASS **J**<br>TBL #   LIFE | CLASS **Q**<br>TBL #   LIFE |

**SECTION 4:** ADDITIONS AND DELETIONS: ENTER YOUR ACQUISITION COST IN THE APPROPRIATE SCHEDULE FOR PROPERTY ACQUIRED DURING THE PRIOR YEAR WHICH YOU OWNED ON 12/31/2005. ENTER YOUR ACQUISITION COST IN THE APPROPRIATE SCHEDULE AND THE YEAR OF ACQUISITION FOR ALL PROPERTY DELETED DURING THE PRIOR YEAR.

| SCHEDULE | A | B | C | D | E | G | I | J | Q |
|---|---|---|---|---|---|---|---|---|---|
| YEAR OF ADDITIONS OR DELETIONS | OFFICE FURNITURE AND EQUIPMENT | STORE, MOTEL APARTMENT FURNITURE & FIXTURES | MACHINERY AND EQUIPMENT | SPECIAL TOOLS, DIES & JIGS | COMPUTER EQUIPMENT | SUPPLIES ON HAND DECEMBER 31 | CONSTRUCTION EQUIPMENT | COPYING EQUIPMENT | NUMBER OF RENTAL VIDEO TAPES |
| **ADDITIONS: YEAR** | | | | | | | | | |
| Qualified 2005 | | | | 385,000 | | | | | |
| Non-Qualified 2004 | | | | 55,000 | | | | | |
| Qualified 2003 | | | | 315,000 | | | | | |
| Non-Qualified 2002 | | | | 165,000 | | | | | |
| **DELETIONS: YEAR** | | | | | | | | | |
| 2005 | | | | | | | | | |
| 2004 | | | | | | | | | |
| 2003 | | | | | | | | | |
| 2002 | | | | | | | | | |
| 2001 | | | | | | | | | |
| 2000 | | | | | | | | | |
| 1999 | | | | | | | | | |
| 1998 | | | | | | | | | |
| 1997 | | | | | | | | | |
| 1996 | | | | | | | | | |
| 1995 and prior | | | | | | | | | |

| | ACQUISITION | YEAR | DESCRIPTION | ACQUISITION COST | ADDITION OR DELETION | TABLE NO | LIFE |
|---|---|---|---|---|---|---|---|
| **SCHEDULE F: OTHER PROPERTY** | Qualified | 2005 | | | Additions | | |
| | Qualified | | | | Deletions | | |
| | Non-Qualified | | | | | | |
| | Non-Qualified | | | | | | |
| **SCHEDULE H: LEASEHOLD IMPROVEMENT** | Qualified | 2005 | | | Additions | | |
| | Qualified | | | | Deletions | | |
| | Non-Qualified | | | | | | |
| | Non-Qualified | | | | | | |

**SECTION 5:  ADDITIONAL INFORMATION REQUIRED**

LEASED OR RENTED PROPERTY: Attach a list of all leased or rented property in your possession.
UNOWNED PROPERTY: Attach a list of property located at your place of business which you do not own, lease, or rent.
GOVERNMENT OWNED LAND: If located on government property, attach a list providing the government owner's name and address.

**SECTION 6:  AFFIRMATION OF PROPERTY STATEMENT AND CLAIM OF EXEMPTION**

By signing below, I hereby affirm that this is a full, true and complete statement of property that is claimed by, or that is in the possession or control of the undersigned, and that it is verifiable from records and files of the above named business. The person whose signature is affixed below likewise claims an exemption amount not to exceed the first $59,000 of full cash value.

ROBERT J. ARRIGO, SR. TAX SPEC.                     3/30/06

Print Name of Property Owner or Authorized Agent          Date                     Name of County in which you are Claiming Exemption

_Robert J. Arrigo_          (248) 813-8002
Signature of Property Owner or Authorized Agent          Phone

SUPPLEMENTAL INFORMATION ATTACHED:     YES _____   NO _✓_

**TAXPAYER: RETURN ORIGINAL FORM AND COPY BOTH SIDES FOR YOUR FILES**

Delphi Automotive Systems LLC-Maricopa County Assessor (Site Oberg Industries - C1054)

03/30/2006
09:18:47AM

## Summary by State Class and Acquisition Year
## Declaration of Property Owned and Used by Owner

Maricopa County Assessor - Oberg Industries

Assessment Date:   01/01/2006

### Assessed

| State Class | Year | Reported Cost | Current Value | Rendered Value | Assessor's Use |
|---|---|---|---|---|---|
| D - Special Tools, Dies & Jigs | 2005 | 385,000.00 | 319,550.00 | 79,888.00 | |
| | 2004 | 55,000.00 | 36,850.00 | 9,213.00 | |
| | 2003 | 315,000.00 | 157,500.00 | 39,375.00 | |
| | 2002 | 165,000.00 | 54,450.00 | 13,613.00 | |
| | | **920,000.00** | **568,350.00** | **142,089.00** | |
| **Total** | | **920,000.00** | **568,350.00** | **142,089.00** | |

Taxpayer's Address:
Delphi Automotive Systems LLC

Oberg Industries
Property Location:   Oberg Industries
208 S. Mc Kemy
Chandler, AZ 85226

PTMS 3.5

JZXQNG