UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

______________________________________/

**RESPONSE OF CTS OF CANADA CO.**
**TO THIRTEENTH OMNIBUS OBJECTION TO CLAIMS**

CTS of Canada Co. ("CTS"), for its Response to Thirteenth Omnibus Objection to Claims, states as follows:

**CTS' Proof of Claim**

1. CTS filed a proof of claim in the amount of $34,432.00 against Delphi Automotive Systems, LLC on July 27, 2006 (the "Claim"). This claim is identified as Claim No. 11279 in the instant case.

2. The Claim seeks payment owing to CTS for goods sold to Delphi Automotive Systems, LLC and/or certain of its affiliates (the "Debtors").

3. A portion of the Claim was a reclamation claim. On July 13, 2006, CTS entered into an Amended Statement of Reclamation with the Debtors, pursuant to which CTS and the Debtors agreed that the Reconciled Amount of CTS' reclamation claim was $3,120.45. The balance of the Claim, in the amount of $31,311.55, is a general unsecured claim.

4. On August 8, 2006, CTS transferred a portion of the Claim, in the amount of $24,300.00, to Bear Stearns Investment Products, Inc. ("Bear Stearns"). The $24,300.00 partial transfer to Bear Stearns included the reclamation portion of the Claim, in the Reconciled Amount

of $3,120.45, and part of the general unsecured portion of the Claim, in the amount of $21,179.55. The Notice of Partial Transfer of Claim Pursuant to FRBP Rule 3001(e)(2) was filed with this Court on January 11, 2007 (Court Docket #6553). The balance of the general unsecured portion of the Claim, $10,132.00, remained held in the name of CTS.

5. CTS has previously supplied information in support of the Claim to the Debtor. Documentation in support of the portion of the Claim retained by CTS, $10,132.00, in the form of pro forma invoices, shipper/packing lists and bills of lading, is attached hereto as Exhibit A.

**The Debtors' Objection**

6. On April 27, 2007, the Debtors filed their Thirteenth Omnibus Claims Objection (the "Objection") which stated that the Debtors objected to the Claim as a "Claim Subject to Modification and Reclamation Agreement."

7. The Objection, in Exhibit E-3, at 9, states that the total amount of the Claim should be modified from $34,432.00 to $24,300.00 (which includes the $3,120.45 priority reclamation claim and a general unsecured claim for $21,179.55), which is the amount of the partial transfer to Bear Stearns. The Objection seeks to "modify" the portion of the Claim held by CTS from $10,132.00 to $0.00; that is, the entire amount of the Claim still held by CTS would be expunged.

8. The Objection states that the "Claims Subject to Modification and Reclamation Agreement" are claims that "the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount against the appropriate Debtor."

9. The Objection does not state the reason why the Debtors believe that the portion of the Claim retained by CTS and not transferred to Bear Stearns should be "modified" to $0.00.

10. The Debtors sent CTS a Notice of Objection to Claim (the "Notice"). The Notice states that the Debtors' "Basis for Objection" to the Claim is that it is a "Claim Subject to Modification and Reclamation Agreement." The Notice further states that "Claims Subject to Modification and Reclamation Agreement" are those "in which the claimant asserted a reclamation demand and the Debtors and the claimant have entered into a letter agreement . . ."

11. Debtors' "Basis for Objection," as stated in the Notice, does not explain why the portion of the Claim held by CTS is being modified (in fact, expunged) from $10,132.00 to $0.00.

12. CTS agrees that the Debtors and CTS entered into a letter agreement with respect to the reclamation claim. CTS acknowledges that CTS made a partial transfer of the Claim, in the amount of $24,300.00 to Bear Stearns. However, the Debtors' "Basis for Objection" provides no clue as to why the Debtors seek to reduce the balance of the Claim that remains held by CTS, in the amount of $10,132.00, to $0.00.

13. Neither the Objection nor the Notice state with specificity the grounds for the Debtors' objection to the $10,132.00 portion of the Claim.

**Legal Analysis**

14. The Debtors have not overcome the *prima facie* validity of the Claim. A proof of claim constitutes *prima facie* evidence of the validity and amount of a claim. Fed.R.Bankr.P. 3002(f). The Debtors bear the burden of going forward and introducing "substantial evidence" to negate the correctness of CTS' evidence. *In re Townview Nursing Home,* 28 B.R. 431, 443 (Bankr. S.D.N.Y. 1983).

15. The Debtors have not offered any evidence to rebut or negate the correctness of CTS' Claim; indeed, the Debtors have not even stated the grounds for the objection to the Claim.

The Debtors have not explained why the portion of the Claim that was not transferred to Bear Stearns and is held by CTS, in the amount of $10,132.00, should be modified to $0.00.

16. Therefore, the Objection to CTS' Claim should be overruled and the Claim, in the amount of $34,432.00, allowed.

Respectfully submitted,

CTS of Canada Co.

By: [signature]

Elizabeth Bottorff Ahlemann
Senior Legal Counsel
CTS Corporation
905 West Boulevard N.
Elkhart, IN 46514
Tel. No. (574) 293-7511
Fax No. (574) 294-6151
E-Mail: eahlemann@ctscorp.com

Dated: May 18, 2007

**CERTIFICATE OF SERVICE**

I, Elizabeth Bottorff Ahlemann, Senior Legal Counsel for CTS Corporation, hereby certify that a copy of the foregoing Response to Debtors' Thirteenth Omnibus Objection to Claims was served upon the following parties on this 18th day of May, 2007:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Att'n: John William Butler, Jr.
John K. Lyons
Joseph N. Wharton

[signature]
Elizabeth Bottorff Ahlemann

# EXHIBIT A

## CUSTOMS PRO FORMA INVOICE

Page 1 of 1

EXPORTER: CTS of Canada, 60 Thomas Street, Streetsville, Ontario, ON, L5M 1Y9 CA
TAX NO: CTS400316

BROKER: FEDEX TRADE NETWORKS

REFERENCE NO: 61399
DATE: 08/06/2005
BILL OF LADING:

CONSIGNEE: DELPHI ENERGY & ENGINE 100 MANAGEMENT SYSTEMS, 1000 LEXINGTON AVE., ROCHESTER, NY 14692 US
TAX NO: DP000098

SOLD TO: DELPHI AUTOMOTIVE SYSTEMS (100) ROCHESTER OPERATIONS, P.O. BOX 92700, ROCHESTER, NY 14692-8800

NOTES:

COUNTRY OF ORIGIN: US [ ] CANADA [X] OTHER [ ]

CUSTOMS CHARGES: PREPAID [ ] COLLECT [X] PREPAID & CHARGE [ ] 3RD PARTY [ ]

SHIPPED FROM: ONTARIO XO
FOR SHIPMENT TO: NEW YORK UNY
COMMERCIAL TERMS: NET 30 DAYS
INCO TERMS:

LOCAL CARRIER: LOGISTICS INSIGHT
EXPORTING CARRIER: LOGISTICS INSIGHT
PURCHASE ORDER NO: 0550059169
INVOICE NO:
CUSTOMER NO:

CUSTOMS PORT OF ENTRY:
NOTIFY:
INVOICE DATE: 08/06/2005
DATE OF SALE: 08/06/2005
EXCHANGE RATE:
CURRENCY OF SALE: USD

MARKS AND NUMBERS: REF: 61399 SID: 202625

PARTIES TO THE TRANSACTION ARE: RELATED [ ] NOT RELATED [X]
INVOICE TOTALS BASED ON: QUANTITY [X] WEIGHT [ ]

IF FOREIGN GOODS IN SAME CONDITION AS IMPORTED GIVE COUNTRY OF ORIGIN

TOTAL PACKAGES: 2 SKD
TOTAL WEIGHT: 152 LBS
TOTAL SHIPPED: 2,000 EA
VOLUME FT³:

| HS CODE | DESCRIPTION | WEIGHT | UM | QUANTITY | UM | PRICE PER EA | TOTAL |
|---|---|---|---|---|---|---|---|
| 8533.40.80.70 | 525 TPS NON-ADJ CW 15 DEG (4@400) 17106681 SENSOR | 115 | LBS | 1600 | EA | 3.6600 | 5856.00 |
| 8533.40.80.70 | 525 TPS MERCURY MARINE (1@400) 25335999 SENSOR | 37 | LBS | 400 | EA | 2.5300 | 1012.00 |
| | BLANKET NAFTA ON FILE | | | | | | |

EXPORT PERMIT NO:
ABOVE PRICES INCLUDE: DUTY [ ] BROKERAGE [ ] FREIGHT [ ]
PAGE TOTAL: 6,868.00

DECLARATION BY FOREIGN SHIPPER (To be completed only when the goods described above are of CA origin and their value exceeds $1000.00)
I, declare that the articles herein specified are to the best of my knowledge and belief, the growth, produce or manufacture of CA That they were exported from CA from the port of on or about that they are returned without having been advanced in value or improved in condition by any process of manufacture or any other means.
SHIPPER SIGNATURE DATE SIGNED

FREIGHT CHARGES: PREPAID [ ] COLLECT [X] PREPAID & CHARGE [ ] 3RD PARTY [ ]
FREIGHT AMOUNT:
IF GOODS NOT SOLD, STATE REASON FOR EXPORT (LOAN, REPAIR, PROCESSING ETC.)

MODE OF TRANSPORTATION FROM POINT OF EXIT: ROAD [X] RAIL [ ] WATER [ ] AIR [ ] OTHER [ ]
CONTAINERIZED: YES [ ] NO [X]

I HEREBY CERTIFY THAT THE INFORMATION GIVEN ABOVE AND ON THE CONTINUATION SHEET(S) IF ANY, IS TRUE AND COMPLETE IN EVERY RESPECT. GIVE FIRM NAME AND ADDRESS IF DIFFERENT FROM EXPORTER BOX ABOVE

STATUS: OWNER [X] AGENT [ ]
AUTHORIZED SIGNATURE: [signature]

| | | | |
|---|---|---|---|
| PACKAGING | | MISC TRANSPORT | |
| INTERNATIONAL FREIGHT | | COMMISSION | |
| DOMESTIC FREIGHT | | CONTAINER | |
| INSURANCE | | ASSISTS | |

NAME: S. Jubinville
TITLE: Shipper

INVOICE TOTAL USD 6,868.00

CTS CANADA
80 THOMAS STREET

STREETSVILLE ON L5M 1Y9

# SHIPPER/ PKG LIST

DATE: 06/08/05 SID: (2S) 202625
PLANT CODE: E401

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
ROCHESTER OPERATIONS
P.O. BOX 92700
ROCHESTER NY 14692-8800

SHIP TO
DELPHI ENERGY & ENGINE
MANAGEMENT SYSTEMS
1000 LEXINGTON AVE
ROCHESTER NY 14692
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 201551470 | MISSISSAUGA | 100- 10001 | PP&INV ☐ PPD ☐ COL ☒ | 202625 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | LOGISTICS INSIGHT | DOCK: E40168 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT / WORK ORDER NO.-CUSTOMER ORDER NO. | | | CONTAINERS QTY. | TYPE | CUMULATIVE |
|---|---|---|---|---|---|---|
| 1600 | 17106681 | | 72 | 4 | PCS71 | 14200 |
| | 3359 | 0550056169 | EA | | | |
| | 525 TPS NON-ADJ CW 15 DEG | | | | | |
| | REL#: 1500367172 | | | | | |
| | KANBAN:0000001 | KANBAN:0000002 | | | | |
| | 0000007 | 0000008 | | | | |
| | #PAL: 1 | | | | | |
| 400 | 25335999 | | 18 | 1 | PCS71 | 17600 |
| | 4049 | 0550073842 | EA | | | |
| | 525 TPS MERC MARINE NA CW 0 | | | | | |
| | REL#: 1500367172 | | | | | |
| | KANBAN:0000002 | | | | | |
| | #PAL: 1 | | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| | Commodity Code / Description | PCS71 | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|---|
| UNIT | AUTOMOTIVE ELECTRONIC SENSOR UNITS | 5 | | | | | 90 | 62 | 152 |

(Continued on Next Page)

CTS CANADA
80 THOMAS STREET

STREETSVILLE ON L5M 1Y9

SHIPPER/
PKG LIST

DATE: 06/08/05 SID: (2S) 202625

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| T O T A L S | | | | | | [illegible] | [illegible] | [illegible] |

Signed for Cartons: ____________________

Number/Pallets: [ ]

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED subject to the classifications and tariffs in effect on the date of issue on this Original Bill of Lading

# BILL OF LADING

CTS CANADA
80 THOMAS STREET

STREETSVILLE ON L5M 1Y9

DATE: 06/08/05 SID: (2S) 202625

PLANT CODE: E401

The property described below, in apparent good order except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route otherwise to deliver to another carrier on the route to said destination it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO

DELPHI ENERGY & ENGINE
MANAGEMENT SYSTEMS
1000 LEXINGTON AVE
ROCHESTER NY 14692
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 201551470 | MISSISSAUGA | 100 10003 | PPL INV ☐ PPD ☐ COL ☒ | 202625 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | LOGISTICS INSIGHT | |
| | | DOCK: E40188 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT / WORK ORDER NO.-CUSTOMER ORDER NO. | | | CONTAINERS QTY. | CONTAINERS TYPE | CUMULATIVE |
|---|---|---|---|---|---|---|
| 1600 | 17106681 | | 72 | 4 | PCS71 | 13200 |
| | 3359 | 0550059169 | EA | | | |
| | 525 TPS NON-ADJ CW 15 DEG | | | | | |
| | REL#: 1500367172 | | | | | |
| | KANBAN:0000001 | KANBAN:0000002 | | | | |
| | 0000007 | 0000008 | | | | |
| | #PAL: 1 | | | | | |
| 400 | 25335999 | | 18 | 1 | PCS71 | 17600 |
| | 4049 | 0550073842 | EA | | | |
| | 525 TPS MERC MARINE NA CW 0 | | | | | |
| | REL#: 1500367172 | | | | | |
| | KANBAN:0000002 | | | | | |
| | #PAL: 1 | | | | | |

Supplied Sing
8 JUN 05
538418

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS PL-PALLETS, CT CARTONS LOOSE, CR-CRATES, O-OTHER

| | Commodity Code / Description | PCS71 | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|---|
| UNIT | AUTOMOTIVE ELECTRONIC SENSOR UNITS | 4 | | | | | 90 | 62 | 152 |

(Continued on Next Page)

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

# BILL OF LADING

CTS CANADA
80 THOMAS STREET

STREETSVILLE ON L5M 1Y9

DATE: 06/08/05 SID: (2S) 202625

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

Received $ ________ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ________

(The signature here acknowledges only the amount prepaid)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ________ per ________

Charges Advanced

If charges are to be prepaid, write or stamp here "To be Prepaid"

Signed for Cartons: ________

Number/Pallets: 2

# CUSTOMS PRO FORMA INVOICE

Page 1 of 1

EXPORTER — TAX NO CTS400316
CTS of Canada
60 Thomas Street
Streetsville, Ontario
ON
L5M 1Y9 CA

BROKER — TAX NO.
FEDEX TRADE NETWORKS

REFERENCE NO. 62729
DATE 15/07/2005
BILL OF LADING

CONSIGNEE — TAX NO DP000098
DELPHI ENERGY & ENGINE 100
MANAGEMENT SYSTEMS
1000 LEXINGTON AVE.
ROCHESTER, NY
14692 US

SOLD TO — TAX NO
DELPHI AUTOMOTIVE SYSTEMS (100)
ROCHESTER OPERATIONS
P.O. BOX 92700
ROCHESTER, NY
14692-8800

NOTES

COUNTRY OF ORIGIN: U.S. [ ] CANADA [X] OTHER [ ]

CUSTOMS CHARGES: PREPAID [ ] COLLECT [X] PREPAID & CHARGE [ ] 3RD PARTY [ ]

SHIPPED FROM: ONTARIO XO
FOR SHIPMENT TO: NEW YORK UNY
COMMERCIAL TERMS: NET 30 DAYS
INCO TERMS:

LOCAL CARRIER: LOGISTICS INSIGHT
EXPORTING CARRIER: LOGISTICS INSIGHT
PURCHASE ORDER NO. 0550059169
INVOICE NO
CUSTOMER NO 100

CUSTOMS PORT OF ENTRY
NOTIFY
INVOICE DATE 15/07/2005
DATE OF SALE 15/07/2005
EXCHANGE RATE
CURRENCY OF SALE USD

IF FOREIGN GOODS IN SAME CONDITION AS IMPORTED GIVE COUNTRY OF ORIGIN

MARKS AND NUMBERS
PS 62729
2 SKIDS (4 BINS)
SID: 262723

PARTIES TO THE TRANSACTION ARE: RELATED [ ] NOT RELATED [X]
INVOICE TOTALS BASED ON: QUANTITY [X] WEIGHT [ ]

TOTAL PACKAGES: 2 SKD
TOTAL WEIGHT: 160 LBS
TOTAL SHIPPED: 1,600 EA
VOLUME FT³:

| HS CODE | DESCRIPTION | WEIGHT | UM | QUANTITY | UM | PRICE Per EA | TOTAL |
|---|---|---|---|---|---|---|---|
| 8533.40.80.70 | 525 TPS NON-ADJ CCW 15 DEG 17106682 SENSOR (3X400) | 91 | LBS | 1200 | EA | 2.5300 | 3036.00 |
| 8533.40.80.70 | 515 LEVEL D TPS CCW 25180131 SENSOR | 69 | LBS | 400 | EA | 5.0900 | 2036.00 |
| | BLANKET NAFTA ON FILE AT FEDEX TRADE NETWORKS | | | | | | |
| | 2 SKIDS (4 BINS) | | | | | | |

EXPORT PERMIT NO.
ABOVE PRICES INCLUDE: DUTY [ ] BROKERAGE [ ] FREIGHT [ ]
PAGE TOTAL 5,072.00

DECLARATION BY FOREIGN SHIPPER (To be completed only when the goods described above are of CA origin and their value exceeds $1000.00)
I, declare that the articles herein specified are to the best of my knowledge and belief, the growth, produce or manufacture of CA. That they were exported from CA from the port of on or about that they are returned without having been advanced in value or improved in condition by any process of manufacture or any other means.

SHIPPER SIGNATURE DATE SIGNED

FREIGHT CHARGES: PREPAID [ ] COLLECT [X] PREPAID & CHARGE [ ] 3RD PARTY [ ]
FREIGHT AMOUNT
IF GOODS NOT SOLD, STATE REASON FOR EXPORT (LOAN, REPAIR, PROCESSING ETC)

MODE OF TRANSPORTATION FROM POINT OF EXIT: ROAD [X] RAIL [ ] WATER [ ] AIR [ ] OTHER [ ]
CONTAINERIZED: YES [ ] NO [X]

I HEREBY CERTIFY THAT THE INFORMATION GIVEN ABOVE AND ON THE CONTINUATION SHEET(S) IF ANY, IS TRUE AND COMPLETE IN EVERY RESPECT. GIVE FIRM NAME AND ADDRESS IF DIFFERENT FROM EXPORTER BOX ABOVE

STATUS: OWNER [X] AGENT [ ]

AUTHORIZED SIGNATURE: [signature]

| PACKAGING | | MISC TRANSPORT | |
|---|---|---|---|
| INTERNATIONAL FREIGHT | | COMMISSION | |
| DOMESTIC FREIGHT | | CONTAINER | |
| INSURANCE | | ASSISTS | |

NAME: S. Jubinville
TITLE: Shipper

INVOICE TOTAL USD 5,072.00

CTS CANADA
80 THOMAS STREET

STREETSVILLE ON L5M 1Y9

# SHIPPER/PKG LIST

DATE: 07/15/05 SID: (2S) 202723
PLANT CODE: E401

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
ROCHESTER OPERATIONS
P.O. BOX 92700
ROCHESTER NY 14692-8800

SHIP TO:
DELPHI ENERGY & ENGINE
MANAGEMENT SYSTEMS
1000 LEXINGTON AVE
ROCHESTER NY 14692
USA

| SUPPLIER NO. | F.O.B. | CUST. NO. DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 201551470 | MISSISSAUGA | 100- 10001 | PPA-INV ☐ PPD ☐ COL ☒ | 202723 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | LOGISTICS INSIGHT | DOCK: E40188 |

| QUANTITY SHIPPED | CUSTOMER PARTNO. - NET WEIGHT / WORK ORDER NO. - CUSTOMER ORDER NO. | | CONTAINERS QTY. | TYPE | CUMULATIVE |
|---|---|---|---|---|---|
| 1200 | 17106682 | 54 | 3 | PCS71 | 4100 |
| | 2350 0550059169 EA | | | | |
| | 525 TPS NON-ADJ CCW 15 DEG | | | | |
| | REL#: 1500373839 | | | | |
| | KANBAN:0000010 KANBAN:0000011 | | | | |
| | 0000012 | | | | |
| | #PAL: 1 | | | | |
| 400 | 25180131 | 44 | 1 | PCS71 | 1600 |
| | 3882 0550059169 EA | | | | |
| | 515 CCW LEVEL D TPS | | | | |
| | REL#: 1500373220 | | | | |
| | KANBAN:0000026 | | | | |
| | #PAL: 1 | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| | Commodity Code / Description | PCS71 | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|---|
| UNIT | AUTOMOTIVE ELECTRONIC SENSOR UNITS | 1 | | | | | 98 | 62 | 160 |

(Continued on Next Page)

CTS CANADA
80 THOMAS STREET

STREETSVILLE ON L5M 1Y9

SHIPPER/
PKG LIST

**DATE:** 07/15/05 **SID:** (2S) 202723

CONTAINER SUMMARY. COMMODITY DESCRIPTION. WEIGHTS PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt. | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| T O T A L S | 4 | | | | | 98 | 62 | 160 |

Signed for Cartons: ______________________

Number/Pallets: 2

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

# BILL OF LADING

CTS CANADA
80 THOMAS STREET

STREETSVILLE ON L5M 1Y9

DATE: 07/15/05 SID: (2S) 202723

PLANT CODE: E401

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. [illegible] to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. [illegible]

SHIP TO

DELPHI ENERGY & ENGINE
MANAGEMENT SYSTEMS
1000 LEXINGTON AVE
ROCHESTER NY 14692
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 201551470 | MISSISSAUGA | 100- 10001 | PP&INV ☐ PPD ☐ COL ☒ | 202723 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | LOGISTICS INSIGHT | |
| | | DOCK: E40188 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT / WORK ORDER NO.-CUSTOMER ORDER NO. | | | CONTAINERS QTY. | CONTAINERS TYPE | CUMULATIVE |
|---|---|---|---|---|---|---|
| 1200 | 17106682 | | 54 | 3 | PCS71 | 4400 |
| | 3360 | 0550059169 | EA | | | |
| | 525 TPS NON-ADJ CCW 15 DEC | | | | | |
| | REL#: 1500373839 | | | | | |
| | KANBAN:0000010 | KANBAN:0000011 | | | | |
| | 0000012 | | | | | |
| | #PAL: 1 | | | | | |
| 400 | 25180131 | | 44 | 1 | PCS71 | 1600 |
| | 1882 | 0550059169 | EA | | | |
| | 515 CCW LEVEL D TPS | | | | | |
| | REL#: 1500373220 | | | | | |
| | KANBAN:0000026 | | | | | |
| | #PAL: 1 | | | | | |

Suffal
TRL-538418

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| | Commodity Code / Description | PCS71 | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|---|
| UNIT | AUTOMOTIVE ELECTRONIC SENSOR UNITS | 4 | | | | | 98 | 62 | 160 |

(Continued on Next Page)

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

RECEIVED, subject to the classification and tariffs in effect on the date of issue of this Original Bill of Lading

# BILL OF LADING

CTS CANADA
80 THOMAS STREET

STREETSVILLE ON L5M 1Y9

**DATE:** 07/15/05 **SID:** (2S) 202723

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| T O T A L S | 1 | | | | | 98 | 62 | 160 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

Received - ____________ to apply in prepayment of the charges on the property described hereon.

____________
Agent or Cashier

Per ____________
(The Signature here acknowledges only the amount prepaid)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

____________ per ____________

Charges Advanced

$ ____________

If charges are to be prepaid, write or stamp here "To be Prepaid."

Signed for Cartons: ____________

Number/Pallets: 2