# Woods Oviatt Gilman LLP

*Attorneys*

700 Crossroads Building
2 State Street
Rochester, New York 14614

Tel: 585.987.2800
Fax: 585.454.3968
www.woodsoviatt.com

Writer's Direct Dial Number: 585.987.2831
Writer's Direct Fax Number: 585.987.2931
Email: esolimano@woodsoviatt.com

May 23, 2007

**_FEDERAL EXPRESS—Priority Overnight_**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

   Re: Delphi Corporation, et al.
     Case No. 05-16436

Dear Court Clerk:

   Enclosed please find the Response of Zeller Electric of Rochester, Inc. a/k/a Zeller Electric, Inc. to the Thirteenth Omnibus Claims Objection together with proof of service and a diskette containing the Response and proof of service in PDF format.

   By way of copy of this letter, I am serving copies of the Response in paper format to Delphi Corporation, debtors' counsel and to the Honorable Robert D. Drain, United States Bankruptcy Judge.

   Please return a time-stamped copy of the Response to me in the prepaid envelope enclosed

   Thank you for your consideration.

           Very truly yours,

          WOODS OVIATT GILMAN LLP

          Eileen A. Solimano
          Paralegal

EAS/plm
Enclosures

● *The art of representing people* ®  {795039:}

May 23, 2007
Page 2

cc w/copy of Response via Federal Express—Priority Overnight to:
    Delphi Corporation
    Attention: General Counsel
    5725 Delphi Drive
    Troy, Michigan 48098

    Skadden, Arps, Slate, Meagher & Flom LLP
    Attention: John William Butler, Jr., Esq.,
    John K. Lyons, Esq., Joseph N. Wharton, Esq.
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green, Room 610
    New York, New York 10004



**R·M·S**

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

May 21, 2007

VIA OVERNIGHT MAIL

Clerk
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Response to Debtors' Thirteenth Omnibus Objection to Claims (Substantive)
      In re: Delphi Corporation, *et al.* ("Debtors")
      Case No. 05-44481 (Jointly Administered) (Chapter 11)
      Claimant – CDW Computer Centers, Inc., Claim No. 419 & 1659

Dear Clerk:

    As agent for the creditor, CDW Computer Centers, Inc. ("CDW"), we disagree with the Debtors objection to disallow and expunge CDW's general unsecured claims as shown in the Notice of Objection. Payment has not been received for the goods shipped to the debtor between March 2005 and July 2005. Copies of those actual invoices, with proof of delivery where available, are attached in support of the claims.

    In that regard, we ask that the claim be evaluated on their merits and not reduced to the amount proposed by the Debtors.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for CDW Computer Centers, Inc.

Enclosures

cc:
| | | |
|---|---|---|
| Delphi Corporation | Skadden, Arps, Slate, Meagher, Flom LLP | Chambers Copy |
| Attn.: General Counsel | Attn.: John Wm. Butler, Jr., Esq., John K. | |
| 5725 Delphi Drive | Lyons, Esq. & Joseph N. Wharton, Esq. | Honorable Robert D. Drain |
| Troy, MI 48098 | 333 West Wacker Dr., Ste. 2100 | U.S. Bkcy Court – Southern NY |
| | Chicago, IL 60606 | Room 610 |





***ORIGINAL COPY***

**The Right Technology. Right Away.™**

www.cdw.com
800-800-4239

Claim #1659

Tax Identification
13-4216765

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| RD83453 | 299797 | 3-02-05 |

SOLD TO:
DELPHI DELCO ELECTRONIC SYSTEMS
PO BOX 9005
ACCOUNTS PAYABLE
KOKOMO, IN 46904-9005
7654515011

SHIP TO:
DELPHI DELCO ELECTRONIC SYSTEMS
601 JOAQUIN CAVAZOS RD
ATTN: GILBERTO
LOS INDIOS, TX 78567
YOUR P.O. # EKS59420

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| REBECCA FLEM | 3-02-05 | 3-02-05 | | UPS Ground | NET 30-VERBAL |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 498800 (01) MFG#: 10055294 | SYM PCANYWHERE 11 H/R | 185.00 | 185.00 |
| 1 | 0 | 0 | 540080 (01) MFG#: 065-03866 | MS EXCEL 2003 | 210.00 | .00 |
| | | | | Subtotal: | | 185.00 |
| | | | | Freight: | | 6.28 |
| | | | | Sales Tax: | | 13.82 |

PLEASE REMIT TO:
CDW SELECT INC., 75 REMITTANCE DR., SUITE 3220, CHICAGO IL 60675-3220

INVOICE TOTAL ➤ US Currency 205.10

...ANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

**Buy with confidence! CDW is a Fortune 500 company.**

CDW offers the best service and support in the industry with:
✓ Account managers dedicated to providing solutions specific to your computing needs ✓ Custom configuration ✓ Extended service plans
✓ Toll-free technical support ✓ Comprehensive product selection and secure online ordering at www.cdw.com

CDW: servicing your PC needs since 1982

Visit us on the Internet! www.cdw.com
Your Business is Appreciated



The Right Technology. Right Away.™
www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW — The Right Technology. Right Away.™

www.cdw.com
800-800-4239

Claim #1659

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| S276447 | 0993875 | 7-08-05 |

**SOLD TO:**
DELPHI AUTOMOTIVE SYSTEMS
PO BOX 92700
ROCHESTER OPERATIONS
ROCHESTER, NY 14692-8800
5856474651

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
5500 W HENRIETTA RD
ENERGY & CHASSIS SYSTEMS
WEST HENRIETTA, NY 14586-9701
YOUR P.O.# RPS46326

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| JIM AXELRAD | 6-30-05 | 7-08-05 | | WILL CALL ✱ | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 | 5 | 0 | 107241 (03) MFG#: RBC8 | APC REPLACEMENT BAT FOR SU | 136.14 | 680.70 |
| 1 | 1 | 0 | 021862 (03) MFG#: PICKING | ATTN: PICKING | .00 | .00 |

Shipment must contain packing list.
Client pays from packing list upon
receipt...not from invoice.

SPECIAL INSTRUCTIONS:
DELPHI AUTOMOTIVE SYSTEMS
5500 W HENRIETTA RD
ENERGY & CHASSIS SYSTEMS
PO RPS46326 BETWEEN 8AM & 4:30PM
WEST HENRIETTA, NY 14586-9701
Phone: 5856474651

✱ PICKED UP FROM THE CDW SHOWROOM

INVOICE TOTAL

PLEASE REMIT TO:
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

CDW offers the best service and support in the industry with:
✓ Account managers dedicated to providing solutions specific to your computing needs  ✓ Custom configuration  ✓ Extended service plans
✓ Toll-free technical support  ✓ Comprehensive product selection and secure online ordering at www.cdw.com

CDW: servicing your PC needs since 1982

Visit us on the Internet! www.cdw.com
Your Business is Appreciated



CDW — The Right Technology. Right Away.™
www.cdw.com
800-800-4239

# CDW — The Right Technology. Right Away.™

***ORIGINAL COPY***

CUM #1659

www.cdw.com
800-800-4239

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SZ76447 | 0993875 | 7-08-05 |

**SOLD TO:**
DELPHI AUTOMOTIVE SYSTEMS
PO BOX 92700
ROCHESTER OPERATIONS
ROCHESTER, NY 14692-8800
5856474651

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
5500 W HENRIETTA RD
ENERGY & CHASSIS SYSTEMS
WEST HENRIETTA, NY 14586-9701
YOUR P.O. # RPS46326

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| JIM AXELRAD | 6-30-05 | 7-08-05 | | WILL CALL | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | | Contact: CRAIG ROYCE<br>*** Shipment must include original packing list<br>Six boxes 132 lbs | | |
| | | | | Subtotal: | | 680.70 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | .00 |

PLEASE REMIT TO:
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

**INVOICE TOTAL** → US Currency 680.70

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

**Buy with confidence! CDW is a Fortune 500 company.**

CDW offers the best service and support in the industry with:
✓ Account managers dedicated to providing solutions specific to your computing needs  ✓ Custom configuration  ✓ Extended service plans
✓ Toll-free technical support  ✓ Comprehensive product selection and secure online ordering at www.cdw.com

CDW: servicing your PC needs since 1982

Visit us on the Internet! www.cdw.com
Your Business is Appreciated



CDW — The Right Technology. Right Away.™
www.cdw.com
800-800-4239

# CDW — The Right Technology. Right Away.™

***ORIGINAL COPY***

www.cdw.com  
800-800-4239

Tax Identification  
36-4530079

Cum # 419

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| RK39602 | 8669289 | 3-18-05 |

**SOLD TO:**  
DELPHI THERMAL & INTERIOR  
200 UPPER MOUNTAIN RD  
ACCOUNTS PAYABLE  
LOCKPORT, NY  14094-1896  
7163196700

**SHIP TO:**  
DELPHI AMHERST TEST OPERATIONS  
4236 RIDGE LEA RD  
NANCY LORICH  
AMHERST, NY  14226-1016  
YOUR P.O. # LPS92457

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| BRANDON OSAC | 3-17-05 | 3-18-05 | | DHL (Ground Domes) | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 0 | 1 | 501428  (01)  MFG#: PX-W5224TA/SW | PLEXTOR 52X24X52X CDRW INT | 76.91 | .00 |
| 1 | 1 | 0 | 339675  (01)  MFG#: 3C905CX-TX-M | 3COM 10/100 ETHERNET PCI T | 43.98 | 43.98 |

Subtotal: 43.98  
Freight: 1.64  
Sales Tax: 3.77

**PLEASE REMIT TO:**  
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

**INVOICE TOTAL** ➤ US Currency  49.39

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

CDW offers the best service and support in the industry with:
- ✓ Account managers dedicated to providing solutions specific to your computing needs  ✓ Custom configuration  ✓ Extended service plans
- ✓ Toll-free technical support  ✓ Comprehensive product selection and secure online ordering at www.cdw.com

CDW® servicing your PC needs since 1982

Visit us on the Internet! www.cdw.com  
Your Business is Appreciated



CDW — The Right Technology. Right Away.™  
www.cdw.com  
800-800-4239

```
|AIRBILL NUMBER |  DATE   | CHARGES |PU RTE/DB| DECLD.VAL.|  DHL EXPRESS (USA) INC.
                                                             1200 S PINE ISLAND ROAD
  UGN                                                        PLANTATION, FL 33324
  73766059286  |03/18/05|PREPAID |  SD 406  |               WWW.DHL-USA.COM
                                                             1 800 CALL-DHL
| SHIPPER AND CONSIGNEE
|S| *C D W            LINKAGE                                3-113823908
|H| 200 N MILWAUKEE AVE  VERNON HILLS      IL 60061
|SENT BY
|C| DELPHI AMHERST TEST OPERA NANCY LORICH                   0-
|O| 4236 RIDGE LEA RD        AMHERST       NY 14226
|ATTN
|BILL TO X     DOQ                              ENTRY STATION: UGN
                                                OPERATOR ID:   /CL
                     V9V  |  FACSIMILE
FOR BILLING, PLEASE REFER TO:                   UGN 940   7700186
     000917495294           AIR WAYBILL

|REF 73766059286
|NO.PCS|DESCRIPTION OF CONTENTS            | SRVC | WEIGHT | SCL/CMM  | TOTAL CHARGES
|  1   |                                   | GDS  |   1    | 83843/D4 |     $
       | DIMS: 008X012X006  OSR            |      |        | S  O
| A
|FREIGHT  |P/U| PICKUP | DELIVERY | SHIP VALUE  | FEES     |       FEES APPLIED
|CHARGES  | # |        |          | PROTECTION  |          |
|  2.44   |   |        |          |             | $ 0.04   | FUEL SURCHARGE  1.8% APPLIED
|ADVANCES | ADVANCE   | C.O.D.    |
|ORIGIN   | DEST.     | FEE       |
                                  | C.O.D--->
| THANK YOU FOR CHOOSING DHL
|RECEIVED BY                                     |TRFF.DEST|DATE     |TIME   |STA
                                                 |BUF      |         |       |
| X    LD   LD LOF 4236 RIDGELEA DEDR  01380637 320   1 | CTL-BUF |03/21/05 |11:12 | BUF
```

# CDW
### The Right Technology. Right Away.™

www.cdw.com
800-800-4239

***ORIGINAL COPY***

Claim #
419

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| RW28520 | 8669289 | 4-20-05 |

**SOLD TO:**
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN RD
ACCOUNTS PAYABLE
LOCKPORT, NY 14094-1896
7163196700

**SHIP TO:**
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN RD
NANCY LORICH
LOCKPORT, NY 14094-1896
YOUR P.O. # PLEX

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| BRANDON OSAC | 4-20-05 | 4-20-05 | | DHL (Ground Domes) | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 746603 (01) MFG#: PX-230A/SW SERIAL#: *507814134056* ASSET TAG ID#: | PLEXTOR CD-RW 52X32X52X PX | 66.96 | 66.96 |
| | | | | Subtotal: | | 66.96 |
| | | | | Freight: | | 9.99 |
| | | | | Sales Tax: | | 6.35 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

**INVOICE TOTAL** ➤ US Currency 83.30

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✓ Account managers dedicated to providing solutions specific to your computing needs ✓ Custom configuration ✓ Extended service plans
✓ Toll-free technical support ✓ Comprehensive product selection and secure online ordering at www.cdw.com

CDW: servicing your PC needs since 1982

Visit us on the Internet! www.cdw.com
Your Business is Appreciated



CDW The Right Technology. Right Away.™
www.cdw.com
800-800-4239

```
----------------------------------------- --------------------------------
|AIRBILL NUMBER |  DATE   | CHARGES |PU RTE/DB| DECLD.VAL.| DHL EXPRESS (USA) INC.
                                                            1200 S PINE ISLAND ROAD
| UGN           |         |         |         |           | PLANTATION, FL  33324
|  73781650784  |04/20/05 |PREPAID  | SD  406 |           | WWW.DHL-USA.COM
                                                            1 800 CALL-DHL
| SHIPPER AND CONSIGNEE

|S| *C D W                    LINKAGE                       3-113823908
|H| 200 N MILWAUKEE AVE       VERNON HILLS    IL 60061

|SENT BY

|C| DELPHI THERMAL & INTERIOR  NANCY LORICH           0-
|O| 200 UPPER MOUNTAIN RD      LOCKPORT         NY 14094

|ATTN

|BILL TO X         DOQ                                     ENTRY STATION: UGN
                                                           OPERATOR ID:   /CL
                            V9V  |   FACSIMILE
| FOR BILLING, PLEASE REFER TO:                       UGN 940   11000197
       000917496860                  AIR WAYBILL

|REF PLEX

|NO.PCS|DESCRIPTION OF CONTENTS         | SRVC | WEIGHT | SCL/CMM   | TOTAL CHARGES |
|  1   |                                | GDS  |   3    | 83843/D4  | $
       | DIMS: 010X014X008  OSR         |      |        | S    O    |

|  A

|FREIGHT  | P/U | PICKUP  | DELIVERY | SHIP VALUE  |  FEES      |       FEES APPLIED
|CHARGES  |  #  |         |          | PROTECTION  |            |
|  2.87   |     |         |          |             | $   0.06   | FUEL SURCHARGE  2.0% APPLIED

|ADVANCES  | ADVANCE  | C.O.D.  |
|ORIGIN    |  DEST.   |  FEE    |
                                 | C.O.D--->

| THANK YOU FOR CHOOSING DHL

|RECEIVED BY                                              |TRFF.DEST |DATE    |TIME  |STA
                                                          |  BUF     |        |      |
| X     LD    LD LOF C DUXBURY      DR   02629608   480  1| CTL-BUF  |04/25/05|10:46 |BUF
```