## UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |  |
|---|---|---|
| | ) | |
| In Re: | ) | Case No. 05-44481-rdd |
| | ) | |
| DELPHI CORP., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| ------------------------------------------------------------x | | |

### AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On May 29, 2007 a true and correct copy of the *Objection to Motion Response and Objection of SPCP GROUP, LLC to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, and Claims Subject to Modification and Reclamation Agreement,* in the above captioned proceeding was caused to be served on the parties listed on the attached Service List via Federal Express.

Dreier LLP

By:_ */s/Jean L. Guerrier*____
**Jean L. Guerrier**

**Sworn to before me this**
**29th day of May, 2007.**

*/s/ Lori Rudolph*
**Notary Public**

Lori Rudolph - Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires January 26, 2010

{00260204.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Skadden, Arps, Slate,**
**Meagher & Flom LLP**
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.
        John K. Lyons
        Joseph N. Wharton

**The Honorable Robert D. Drain**
**United States Bankruptcy Court**
**For the Southern District of New York**
One Bowling Green, Room 610
New York, NY 10004

{00260204.DOC;}