**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                             Chapter 11

                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                        Jointly Administered

                        Debtors

-------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Donald W. Mallory, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Donald W. Mallory, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  May 30, 2007
        New York, New York

                                            /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE