**Hearing Date: May 31, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                   :
    In re                            :    Chapter 11
                                   :
DELPHI CORPORATION, et al.,       :    Case No. 05-44481 (RDD)
                                   :
                    Debtors.   :    (Jointly Administered)
                                   :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED EIGHTEENTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (4 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (6 Matters)

    D.    Contested Matters (2 Matters)

    E.    Adversary Proceeding (2 Matters)

**B.**    **Continued Or Adjourned Matters\***

    1.    **"Creditors' Committee GM Claims And Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

    *Responses Filed:*    *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)*

    *Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

---

\*    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), and L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment).

|  |  |
|---|---|
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4689)* |
|  | *Affidavit In Support Of Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4690)* |
|  | *Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4691)* |
|  | *Exhibits A & B To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4738)* |
|  | *Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4831)* |
|  | *So Ordered Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4837)* |

|   |   |   |
|---|---|---|
|   |   | *Proposed Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtor's Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4902)* |
|   |   | *Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)* |
|   | *Status:* | *By agreement of the parties this matter is being adjourned to the June 26, 2007 omnibus hearing.* |

2. **"Ex Parte Motion To File Supplemental Objection Under Seal"** – Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5229)

|   |   |
|---|---|
| *Response Filed:* | *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection To Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)* |

4

       *Objection Of The Official Committee Of Equity Security Holders To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

  *Status:*    *This matter is being adjourned to the June 26, 2007 omnibus hearing.*

3. **"Furukawa Electric Relief From Automatic Stay"**– Motion Of Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C § 1334(c); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(d); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7410)

  *Response Filed:*  *Debtors' Objection To Motion By Furukawa Electric North America APD And Furukawa Electric Co., Ltd., For (A) Abstention Pursuant To 28 U.S.C. § 1334(c); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. 362(d); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7678)*

  *Reply Filed:*  *Furukawa's Reply To Debtors' Objection To Motion By Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C. § 1334(C); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(D); And (C) And Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7966)*

  *Related Filings:*  None.

  *Status:*    *By agreement of the parties this matter is being adjourned to the July 19, 2007 omnibus hearing.*

4. **"USW Renewed Motion"**– Renewed Motion Of USW To Compel Debtors To Submit Individual Employee Matter To Impartial Medical Authority (Docket No. 7727)

  *Response Filed:*  None.

  *Reply Filed:*  None.

  *Related Filings:*  None.

5

  *Status:*  *By agreement of the parties this matter is being adjourned to the June 26, 2007 omnibus hearing.*

C. **Uncontested, Agreed, Or Settled Matters**

5. **"Network Support Services Motion"**– Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Network Support Services Agreement (Docket No. 7926)

 *Response Filed:* *None.*

 *Reply Filed:* *None.*

 *Related Filings:* *Ex Parte Application Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Debtors To File Network Support Services Agreement Under Seal (Docket No. 7882)*

 *Order Under 11 U.S.C § 107(b) And Fed. R. Bankr. P. 9018 Authorizing Debtors To File Network Support Services Agreement Under Seal (Docket No. 7888)*

 *Corrected Exhibit Page To Network Support Services Motion (Docket No. 7927)*

 *Status:* *The hearing with respect to this matter will be proceeding.*

6. **"Supplement Settlement Procedures Motion"**– Motion Pursuant To 11 U.S.C. 105(a) For Supplemental Order Under 11 U.S.C. § 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Clarifying Debtors' Authority To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Against Specific Estates Without Further Court Approval (Docket No. 7930)

 *Response Filed:* *None.*

 *Reply Filed:* *None.*

 *Related Filings:* *None.*

 *Status:* *A revised order will be submitted for consideration by the Court. The hearing with respect to this matter will be proceeding.*

6

7.  **"IRS Pension Funding Waiver Motion"**– Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 90919 For Order Authorizing Delphi Corporation To (A) Perform Under Pension Funding Waivers Issued By United States Internal Revenue Service And (B) Provide Letters Of Credit To Pension Benefit Guaranty Corporation Thereunder (Docket No. 7932)

    *Response Filed:*    *Statement Of The Official Committee Of Unsecured Creditors In Response To Debtors' Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 9019 For Order Authorizing Delphi Corporation To (A) Perform Under Pension Funding Waivers Issued By The United States Internal Revenue Service And (B) Provide Letters Of Credit To Pension Benefit Guaranty Corporation Thereunder (Docket No. 8020)*

    *Reply Filed:*    None.

    *Related Filings:*    None.

    *Status:*    *The hearing with respect to this matter will be proceeding.*

8.  **"Umicore Settlement Motion"**– Motion For Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 9019 Authorizing And Approving Delphi Automotive Systems LLC's Entry Into Settlement Agreement With Umicore Autocat Canada Corp. (Docket No. 7933)

    *Response Filed:*    None.

    *Reply Filed:*    None.

    *Related Filings:*    None.

    *Status:*    *The hearing with respect to this matter will be proceeding.*

9.  **"EDS Settlement Motion"**– Motion For Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 9019 Authorizing And Approving Settlement Agreement With Electronic Data Systems Corporation, EDS Information Services L.L.C., And EDS de Mexico, S.A. de C.V. (Docket No. 7934)

    *Response Filed:*    None.

    *Reply Filed:*    None.

    *Related Filings:*    None.

|  |  |
|---|---|
| *Status:* | *A revised order will be submitted for consideration by the Court. The hearing with respect to this matter will be proceeding.* |

10. **"ERISA Plaintiffs Stay Modification Motion"**– Motion For Order Under 11 U.S.C. § 362(d)(1) And Fed. R. Bankr. P. 4001(d)(1) Approving Agreement To Modify Automatic Stay To Provide Certain Third-Party Discovery Materials To ERISA Plaintiffs (Docket No. 7957)

|  |  |
|---|---|
| *Response Filed:* | *Lead Plaintiffs' Limited Response To Debtors' Motion For Order Under 11 U.S.C.§ 362(d)(1) And Fed. R. Bankr. P. 4001(d)(1) Approving Agreement To Modify Automatic Stay To Provide Certain Third-Party Discovery Materials To ERISA Plaintiffs (Docket No. 8064)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.  Contested Matters**

11. **"Twelfth Omnibus Claims Objection"**– Debtors' Twelfth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7824)

|  |  |
|---|---|
| *Responses Filed:* | *Omnibus Response Of Contrarian Funds, LLC To Debtors' Twelfth And Thirteenth Omnibus Claims Objection (Docket No. 8001)* |
|  | *Response Of Comerica Leasing Corporation To Debtors' Twelfth Omnibus Objection (Procedural) Under 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 8028)* |
|  | *Response Of Bay County, Florida, Tax Collector To Debtors' Objection (Docket No. 8080)* |
|  | *Response Of Bradley A. Bennett To The Debtors Objection To Claim (Docket No. 8087)* |
| *Reply Filed:* | *An omnibus reply will be filed.* |
| *Related Filings:* | *None.* |

8

|  |  |
|---|---|
| *Status:* | *The hearing will be proceeding with respect to claims for which no responses have been filed. The hearing will be adjourned with respect to all other responses to future claims hearing dates upon service of applicable notices of hearing in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

12. **"Thirteenth Omnibus Claims Objection"**– Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Book And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

|  |  |
|---|---|
| *Responses Filed:* | *Response To Debtor's 13th Omnibus Objection Pursuant To 11 USC § 502(B) And FRBP 3007 Chapter 11 (Docket No. 7867)* |
|  | *Response Of Vorys, Staer, Seymour And Pease, LLP To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.P. 3007 To Claims (Docket No. 7913)* |
|  | *Transfer Of Claim And Response To Objection To The Tax Collector's Claim (Docket No. 7925)* |
|  | *Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 7935)* |
|  | *Declaration In Support Of Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 7936)* |
|  | *Riverside Claims, LLC's Response To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 7967)* |
|  | *Limited Response Of Liquidity Solutions, Inc., As Assignee Of Hexcel Corporation, To Debtors' Thirteenth Omnibus Objection (Substantive)* |

9

*Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims (D) Insurance Claims Not Reflected On Debtors' Book And Records, (D) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7987)*

*Response Of Liquidity Solutions, Inc. As Assignee To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims (D) Insurance Claims Not Reflected On Debtors' Book And Records, (D) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7989)*

*Response Of Johnson County, Kansas, To Debtors' Thirteenth Omnibus Objection To Claims (Docket No. 7977)*

*Omnibus Response Of Contrarian Funds, LLC To Debtors' Twelfth And Thirteenth Omnibus Claims Objection (Docket No. 8001)*

*Claim Holder, Millwood Inc. dba Liberty Industries, Inc.'s Response To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8003)*

*Response Of Motion Industries, Inc. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims (D) Insurance Claims Not Reflected On Debtors' Book And Records, (D) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation*

10

*Agreement ( the Thirteenth Omnibus Claims Objection) (Docket No. 8004)*

*Response Of Bradford Industries To Debtor's Thirteenth Omnibus Claims Of Objection (Docket No. 8006)*

*Creditor Illinois Department Of Revenue's Response To Debtor's Thirteenth Omnibus Objection To Claims (Docket No. 8009)*

*Response Of Debtors' Thirteenth Omnibus Objection (Substantive)Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3006 To Proof Of Claim No. 11129 Filed By Crown Enterprises, Inc. (Docket No. 8011)*

*Response And Reservation Of Rights By Creditors Lydall Thermal Acoustical Sales (Docket No. 8015)*

*Response Of Robert Bosch LLC (f/k/a Robert Bosch Corporation) To Debtors' Thirteenth Omnibus Objection To Claims (Docket No. 8017)*

*Response Of Monroe, LLC To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8018)*

*Response Of Murata Electronics North America Inc. To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8019)*

*Response Of The Ace Companies To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely*

*Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8023)*

*Response Of Wachovia Bank, National Association, To The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8025)*

*Response Of Brush Wellman Inc. And Zentrix Technologies, Inc. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims (Docket No. 8026)*

*Response Of Best Foam Fabricators, Inc. To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8027)*

*Response Of Phelps Dodge Corporation And Phelps Dodge Magnet Wire Company, Inc. (Claim No. 10411) To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8030)*

*Response Of Millennium Industries Corporation In Opposition To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)*

*Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8032)*

*Response Of Hidria USA, Inc. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8033)*

*Hollingsworth & Vose Co.'s Response To Debtors' Objection To Claim No. 9540 (Docket No. 8036)*

*Response Of Toyota Motor Engineering & Manufacturing North America, Inc. To Debtors' Thirteenth Omnibus Objection To Books And Records Claims (Docket No. 8037)*

*United States Of America's Response To Debtor's Objection To The Claim Of The Internal Revenue Service (Docket No. 8040)*

*Response Of Honeywell International- Aerospace To Debtor's Thirteenth Omnibus Objection To Claims (Docket No. 8044)*

*Creditor, Zeller Electric Of Rochester, Inc. a/k/a Zeller Electric, Inc.'s Response To Thirteenth Omnibus Claims Objection (Docket No. 8046)*

*Response Of Claimant, Marketing Innovators International, Inc., To Debtors' "Thirteenth Omnibus Claims Objection" (Docket No. 8047)*

*Response Of Special Situations Investment Group, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8065)*

*Objection Of Energy Conversion Systems. Inc. To Debtors Thirteenth Omnibus Claims Objection (Docket No. 8071)*

*Response Of CH2M Hill Spain, S.L To Notice Of Objection To Claim (Docket No. 8073)*

*Response And Objection Of SPCP Group, L.L.C. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8078)*

*Declaration In Support Of Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8082)*

*Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8083)†*

*Response Of Maricopa County Treasurer To Objection To Its Secured Tax Claim (Docket No. 8084)*

*Response Of CTS Of Canada Co. To Thirteenth Omnibus Objection To Claims (Docket No. 8085)*

*Creditor, Zeller Electric Of Rochester, Inc. a/k/a Zeller Electric, Inc.'s Response To Thirteenth Omnibus Claims Objection (Docket No. 8086)‡*

*Reply Filed:*     An omnibus reply will be filed.

*Related Filings:*     None.

---

† This response was docketed twice. See also Docket No. 7935.

‡ This response was docketed twice. See also Docket No. 8046.

14

*Status:* *The hearing will be proceeding with respect to claims for which no responses have been filed. The hearing will be adjourned to the June 26, 2007 omnibus hearing with respect to those claims set forth on Exhibits E-1 and E-2 to the Thirteenth Omnibus Claims Objection and the response deadline with respect to such claims will be extended to June 19, 2007. The hearing will be adjourned with respect to all other responses to future claims hearing dates upon service of applicable notices of hearing in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

E. **Adversary Proceeding**

13. **"National Union Fire Insurance Company Of Pittsburgh, PA, Declaratory Judgment"** – Complaint For Declaratory Judgment Adversary Proceeding No. 07-01435 (Docket No. 1)

    *Response Filed:* *None.*

    *Reply Filed:* *None.*

    *Related Filings:* *Summons And Notice of Pretrial Conference In An Adversary Proceeding (Docket No. 2)*

    *Stipulation Extending Time To Answer Or Move (Docket No. 4)*

    *Status:* *The parties will report to the Court regarding settlement negotiations.*

14. **"Delphi Medical Systems Colorado Corporation's Summons"** – Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Adv. Pro. No. 06-01677) (Docket No. 2)

    *Response Filed:* *None.*

    *Reply Filed:* *None.*

    *Related Filings:* *Complaint To Recover Property Of The Estate (Docket No. 1)*

15

          *Amended Complaint To Recover Property Of The Estate (Docket No. 3)*

          *Amended Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Docket No. 4)*

  *Status:*    *The Debtors will provide a status report to the Court.*

Dated: New York, New York
    May 30, 2007

          SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP

          By: /s/ John Wm. Butler, Jr.
           John Wm. Butler, Jr. (JB 4711)
           John K. Lyons (JL 4951)
           Ron E. Meisler (RM 3026)
          333 West Wacker Drive, Suite 2100
          Chicago, Illinois 60606
          (312) 407-0700

            - and -

          By:/s/ Kayalyn A. Marafioti
           Kayalyn A. Marafioti (KM 9632)
           Thomas J. Matz (TM 5986)
          Four Times Square
          New York, New York 10036
          (212) 735-3000

          Attorneys for Delphi Corporation, <u>et al.</u>,
           Debtors and Debtors-in-Possession