### Exhibit A

### In re Delphi Corporation, <u>et al.</u>, Case No. 05-44481 (RDD)

*Responses To The Debtors' Twelfth Omnibus Claims Objection
Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | RESOLUTION OR PROPOSAL[2] | ORDER MODIFICATION (IF ANY) |
|---|---|---|---|---|---|
| 1. | Contrarian Funds, LLC (Docket No. 8001) | 808, 11447 | Contrarian Funds, LLC ("Contrarian") does not oppose the disallowance of proofs of claim nos. 808 and 11447 if the Debtors recognize Contrarian as the legal and beneficial holder of proofs of claim nos. 16544 and 16542 (the "Surviving Claims") and allows the Surviving Claims in full. | Adjourn | None |
| 2. | Comerica Leasing Corporation (Docket No. 8028) | 12176 | Comerica Leasing Corporation ("Comerica") filed proof of claim no. 12177 against Delphi Automotive Systems LLC (the "DAS LLC Claim") asserting a claim of not less than $2,314,557 plus interest, fees, and costs, based on obligations under an equipment lease. Comerica also filed proof of claim no. 12176 (the "Delphi Corporation Claim") against Delphi Corporation in the same amount. Comerica does not oppose the Debtors' expunging the Delphi Corporation Claim provided that any order expunging the Delphi Corporation Claim contains language barring the Debtors from objecting to the DAS LLC Claim on the grounds that the claim should have been asserted against Delphi Corporation. | Adjourn | None |

---

[1]   This chart reflects all Responses entered on the docket as of May 30, 2007 at 12:00 p.m. (prevailing Eastern time).

[2]   This chart reflects all resolutions or proposals as of May 30, 2007 at 12:00 p.m. (prevailing Eastern time).

1

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | RESOLUTION OR PROPOSAL[2] | ORDER MODIFICATION (IF ANY) |
|---|---|---|---|---|---|
| 3. | Bay County Florida Tax Collector (Docket No. 8080) | 4434 | Bay County Florida Tax Collector ("Bay County") asserts that proof of claim no. 4434 was for 2005 taxes which were incurred on January 1, 2005 and became due and payable when routinely billed shortly after November 1, 2005. | Adjourn | None |
| 4. | Bradley Bennett (Docket No. 8087) | 16591 | Mr. Bennett asserts that his claim is not an equity claim. He asserts that he sold Delphi stock on May 5, 2005, for which Delphi allegedly wrote him a check in the sum of $643.64. Mr. Bennett asserts that the check was dishonored when he attempted to cash it. He also asserts that his proof of claim was timely filed, that he asked the Debtors to acknowledge receipt of his proof of claim, and that he again wrote to the Debtors in February 2007 enclosing an additional copy of his claim, merely to request again acknowledgment of receipt of the proof of claim. | Adjourn | None |