UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 : 
  In re : Chapter 11
 : 
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
 : 
  Debtors. : (Jointly Administered)
 : 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING (A) DUPLICATE AND AMENDED CLAIMS AND (B)
EQUITY CLAIMS IDENTIFIED IN TWELFTH OMNIBUS CLAIMS OBJECTION

("TWELFTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Twelfth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims, dated April 27, 2007 (the "Twelfth Omnibus Claims Objection")[1] of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the Twelfth Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

      A.    Each holder of a claim (each, a "Claim") listed on Exhibits A, B-1, and B-2 attached hereto was properly and timely served with a copy of the Twelfth Omnibus Claims

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Twelfth Omnibus Claims Objection.

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052.

Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twelfth Omnibus Claims Objection, and the notice of the deadline for responding to the Twelfth Omnibus Claims Objection. No other or further notice of the Twelfth Omnibus Claims Objection is necessary.

   B. The Court has jurisdiction over the Twelfth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334. The Twelfth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of these cases and the Twelfth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

   C. The Claims listed on <u>Exhibit A</u> hereto under the column heading "Claim To Be Expunged" are either duplicates of Claims filed with the Court or have been amended or superseded by later-filed Claims.

   D. The Claims listed on <u>Exhibit B-1</u> hereto were filed by holders of Delphi Corporation common stock solely on account of their stock holdings and were also untimely pursuant to the Bar Date Order ("Untimely Equity Claims").

   E. The Equity Claims listed on <u>Exhibit B-2</u> hereto contain insufficient documentation to support the unpaid dividend portion of the Claims asserted (the "Insufficiently Documented Equity Claims").

   F. The relief requested in the Twelfth Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

2

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety. Those Claims identified on <u>Exhibit A</u> as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2. Each Untimely Equity Claim listed on <u>Exhibit B-1</u> hereto is hereby reclassified as an interest and as such is disallowed and expunged in its entirety.

3. Each Insufficiently Documented Equity Claim listed on <u>Exhibit B-2</u> hereto is hereby disallowed and expunged in its entirety as it relates to the unpaid dividend portion of such Claim.

4. With respect to each Claim for which a Response to the Twelfth Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on <u>Exhibits</u> <u>C-1</u> and <u>C-2</u> hereto, the hearing regarding the objection to each such Claim is adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; <u>provided</u>, <u>however</u>, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

5. Entry of this order is without prejudice to the Debtors' right to object to any other claims in these chapter 11 cases, or to further object to claims that are the subject of the Twelfth Omnibus Claims Objection, on any grounds whatsoever; <u>provided</u>, <u>however</u>, that solely to the extent that (a) a claimant filed duplicative claims against different Debtors for the same asserted obligation (the "Multiple Debtor Duplicative Claims") and (b) certain of such claimant's

Multiple Debtor Duplicative Claims are being disallowed and expunged hereby, if one of the Multiple Debtor Duplicative Claims was originally filed against the correct Debtor, the Debtors shall not seek to have the claimant's remaining Multiple Debtor Duplicative Claim (the "Remaining Claim") disallowed and expunged solely on the basis that such Remaining Claim is asserted against the incorrect Debtor.  For the avoidance of doubt, except as expressly provided in the preceding sentence, the Remaining Claims shall remain subject to further objection on any grounds whatsoever, including, without limitation, that any such Remaining Claim is asserted against the incorrect Debtor if the claimant did not file a Multiple Debtor Duplicative Claim against the correct Debtor.  Nothing contained herein shall restrict the Debtors from objecting to any Remaining Claim or restrict any holder of a Remaining Claim from seeking relief from this Court for the purposes of requesting that this Court modify the Remaining Claim to assert such Remaining Claim against a different Debtor.

6. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors.

7. This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twelfth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

8. Each of the objections by the Debtors to each Claim addressed in the Twelfth Omnibus Claims Objection and set forth on Exhibits A, B-1, and B-2 hereto constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Twelfth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves

4

such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

        9.       Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

        10.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Twelfth Omnibus Claims Objection.

Dated: New York, New York
       _____ \_\_\_, 2007

                                 _____
                                    UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.　05-44481-rdd　Doc 8099-2　Filed 05/30/07　Entered 05/30/07 14:39:02　Exhibit B
Pg 6 of 20　Twelfth Omnibus Claims Objection

EXHIBIT A - DUPLICATE AND AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|
| Claim Number: 8004<br>Date Filed: 06/15/2006<br>Creditor's Name and Address:<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Debtor:<br>Secured:<br>Priority<br>Administrative:<br>Unsecured:<br>Total: | DELPHI CORPORATION (05-44481)<br>$77,637.34<br><br><br>$2,127.75<br>$79,765.09 | Claim Number: 16249<br>Date Filed: 08/22/2006<br>Creditor's Name and Address:<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>$77,637.34<br><br><br>$2,127.75<br>$79,765.09 |
| Claim Number: 753<br>Date Filed: 11/21/2005<br>Creditor's Name and Address:<br><br>CITY AND COUNTY OF DENVER TREASURY<br>MCNICHOLS CIVIC CTR BLDG<br>144 W COLFAX AVE ROOM 384<br>DENVER, CO 80202-5391 | Debtor:<br>Secured:<br>Priority<br>Administrative:<br>Unsecured:<br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>$0.00<br>$648.29<br><br><br>$648.29 | Claim Number: 16495<br>Date Filed: 01/23/2007<br>Creditor's Name and Address:<br><br>CITY AND COUNTY OF DENVER TREASURY<br>MCNICHOLS CIVIC CTR BLDG<br>144 W COLFAX AVE ROOM 384<br>DENVER, CO 80202-5391 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639)<br>$0.00<br>$0.00<br><br><br>$0.00 |
| Claim Number: 2714<br>Date Filed: 04/24/2006<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor:<br>Secured:<br>Priority<br>Administrative:<br>Unsecured:<br>Total: | DELPHI CORPORATION (05-44481)<br><br>$5,981.92<br><br>$331,172.17<br>$337,154.09 | Claim Number: 16570<br>Date Filed: 03/12/2007<br>Creditor's Name and Address:<br><br>GCI TECHNOLOGIES INC<br>1301 PRECISION DR<br>PLANO, TX 75074 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br>$5,981.92<br><br>$331,172.17<br>$337,154.09 |
| Claim Number: 11095<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br><br>CURTIS SCREW COMPANY LLC<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO, NY 14203 | Debtor:<br>Secured:<br>Priority<br>Administrative:<br>Unsecured:<br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br><br><br>$147,534.28<br>$147,534.28 | Claim Number: 16592<br>Date Filed: 04/05/2007<br>Creditor's Name and Address:<br><br>CURTIS SCREW COMPANY LLC<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO, NY 14203 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br>$52,906.09<br><br>$94,568.23<br>$147,474.32 |
| Claim Number: 16045<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br><br>DELORIS ROGERS<br>6241 HWY 18<br>JACKSON, MS 39209 | Debtor:<br>Secured:<br>Priority<br>Administrative:<br>Unsecured:<br>Total: | DELPHI CORPORATION (05-44481)<br><br>$886.00<br><br><br>$886.00 | Claim Number: 16144<br>Date Filed: 08/08/2006<br>Creditor's Name and Address:<br><br>DELORIS ROGERS<br>6241 HWY 18<br>JACKSON, MS 39209 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | DELPHI CORPORATION (05-44481)<br><br>$886.00<br><br><br>$886.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 1316<br>Date Filed: 12/27/2005<br>Creditor's Name and Address:<br>ECORSE MACHINERY SALES & RE BUILDERS INC<br>75 SOUTH FIELD<br>ECORSE, MI 48229<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,044.70<br>Total: $3,044.70 | Claim Number: 16167<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>ECORSE MACHINERY SLS & RBLDRS<br>75 SOUTHFIELD<br>ECORSE, MI 48229-143<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,901.89<br>Total: $4,901.89 |
| Claim Number: 16025<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>FITZGERALD WATER LIGHT & BOND COMMISSION<br>PO BOX F<br>FITZGERALD, GA 31750<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,275.90<br>Total: $55,275.90 | Claim Number: 16026<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>FITZGERALD WATER LIGHT & BOND<br>PO BOX DRAWER F<br>FITZGERALD, GA 31750<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,275.90<br>Total: $55,275.90 |
| Claim Number: 16204<br>Date Filed: 08/14/2006<br>Creditor's Name and Address:<br>GENESEE PACKAGING INC<br>WINEGARDEN HALEY LINDHOLM & ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,504,043.71<br>Total: $2,504,043.71 | Claim Number: 16536<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br>GENESEE PACKAGING INC<br>WINEGARDEN HALEY LINDHOLM & ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $452,346.63<br>Total: $452,346.63 |
| Claim Number: 16587<br>Date Filed: 03/26/2007<br>Creditor's Name and Address:<br>GUSTAVO RODRIGUEZ PENA<br>MAR ROJO 811 A COLONIA<br>CAVAZOS RENYNOSA TAMAULIPASMEXICO<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $23,213.65<br>Total: $23,213.65 | Claim Number: 16586<br>Date Filed: 03/26/2007<br>Creditor's Name and Address:<br>GUSTAVO RODRIGUEZ PENA<br>MAR ROJO 811 A COLONIA<br>CAVAZOS RENYNOSA TAMAULIPASMEXICO<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $23,213.65<br>Total: $23,213.65 |
| Claim Number: 15795<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH<br>13375 HADDON DR<br>FENTON, MI 48430<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |

In re Delphi Corporation, et al.  05-44481-rdd    Doc 8099-2    Filed 05/30/07    Entered 05/30/07 14:39:02    Exhibit B    Twelfth Omnibus Claims Objection
Pg 8 of 20

EXHIBIT A - DUPLICATE AND AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 15801<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15799<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15800<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>EXPENSES ONLY 513302698<br>13375 HADDON ST<br>FENTON, MI 48430<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 16567<br>Date Filed: 03/06/2007<br>Creditor's Name and Address:<br>HARRIS HEALTHTRENDS EFT CORP<br>6629 W CENTRAL AVE<br>TOLEDO, OH 43617-1401<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $54,883.42<br>Total: $54,883.42 | Claim Number: 7016<br>Date Filed: 05/30/2006<br>Creditor's Name and Address:<br>HARRIS HEALTHTRENDS EFT CORP<br>6629 W CENTRAL AVE<br>TOLEDO, OH 43617-1401<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $54,883.42<br>Total: $54,883.42 |
| Claim Number: 14182<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HERITAGE ENVIRONMENTAL SERVICES LLC<br>BINGHAM MCHALEY LLP<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $426,433.36<br>Total: $426,433.36 | Claim Number: 14283<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HERITAGE ENVIRONMENTAL SERVICES LLC<br>BINGHAM MCHALEY LLP<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $426,433.26<br>Total: $426,433.26 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 13834<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HERITAGE INTERACTIVE SERVICES LLC<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,367.34<br>Total: $38,367.34 | Claim Number: 15964<br>Date Filed: 08/01/2006<br>Creditor's Name and Address:<br>HERITAGE INTERACTIVE SERVICES LLC<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,367.34<br>Total: $38,367.34 |
| Claim Number: 2557<br>Date Filed: 04/04/2006<br>Creditor's Name and Address:<br>HOWARD COUNTY INDIANA<br>BARNES & THORNBURG LLP<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,453,074.52<br>Priority: $4,628,077.82<br>Administrative:<br>Unsecured:<br>Total: $7,081,152.34 | Claim Number: 16506<br>Date Filed: 02/02/2007<br>Creditor's Name and Address:<br>HOWARD COUNTY INDIANA<br>BARNES & THORNBURG LLP<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,069,991.66<br>Priority: $5,076,914.92<br>Administrative:<br>Unsecured:<br>Total: $7,146,906.58 |
| Claim Number: 1540<br>Date Filed: 01/17/2006<br>Creditor's Name and Address:<br>ITT CANNON SHAKOPEE<br>2881 EAST BAYARD STREET<br>SENECA FALLS, NY 13148<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $84,708.68<br>Total: $84,708.68 | Claim Number: 1541<br>Date Filed: 01/17/2006<br>Creditor's Name and Address:<br>ITT CANNON NEWTON<br>2881 EAST BAYARD STREET<br>SENECA FALLS, NY 13148<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $114,460.81<br>Total: $114,460.81 |
| Claim Number: 14172<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>KEYSTONE POWDERED METAL COMPANY<br>BUCHANAN INGERSOLL & ROONEY PC<br>ONE OXFORD CENTRE<br>301 GRANT ST 20TH FL<br>PITTSBURGH, PA 15219<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $109,652.70<br>Total: $109,652.70 | Claim Number: 15792<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>KEYSTONE POWDERED METAL COMPANY<br>BUCHANAN INGERSOLL & ROONEY PC<br>1 CHASE MANHATTAN PLAZA<br>35TH FLR<br>NEW YORK, NY 10007<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $140,983.79<br>Total: $140,983.79 |
| Claim Number: 16545<br>Date Filed: 02/16/2007<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $78,672.00<br>Total: $78,672.00 | Claim Number: 6378<br>Date Filed: 05/19/2006<br>Creditor's Name and Address:<br>SUPERIOR LTD<br>PO BOX 37<br>PESHTIGO, WI 54157<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $61,552.00<br>Total: $61,552.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16487<br>Date Filed: 01/17/2007<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $405,670.69<br>Total: $405,670.69 | Claim Number: 10126<br>Date Filed: 07/21/2006<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $405,670.69<br>Total: $405,670.69 |
| Claim Number: 16484<br>Date Filed: 01/16/2007<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $163,499.09<br>Total: $163,499.09 | Claim Number: 8525<br>Date Filed: 06/26/2006<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $163,499.09<br>Total: $163,499.09 |
| Claim Number: 11612<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $144,348.23<br>Unsecured: $245,395.29<br>Total: $389,743.52 | Claim Number: 16558<br>Date Filed: 02/28/2007<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $144,348.23<br>Administrative:<br>Unsecured: $245,395.29<br>Total: $389,743.52 |
| Claim Number: 7463<br>Date Filed: 06/05/2006<br>Creditor's Name and Address:<br>MADISON COUNTY INDIANA TREASURER<br>33 W 10TH ST STE 200<br>ANDERSON, IN 46016<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $1,226,335.55<br>Administrative:<br>Unsecured:<br>Total: $1,226,335.55 | Claim Number: 16571<br>Date Filed: 03/12/2007<br>Creditor's Name and Address:<br>MADISON COUNTY INDIANA TREASURER<br>33 W 10TH ST STE 200<br>ANDERSON, IN 46016<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $1,064,727.48<br>Administrative:<br>Unsecured:<br>Total: $1,064,727.48 |
| Claim Number: 15828<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>MARION COUNTY IN<br>MARION COUNTY TREASURER<br>200 E WASHINGTON ST<br>ROOM 1001<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $80,326.06<br>Administrative:<br>Unsecured:<br>Total: $80,326.06 | Claim Number: 16296<br>Date Filed: 09/08/2006<br>Creditor's Name and Address:<br>MARION COUNTY IN<br>200 E WASHINGTON ST RM 1001<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $138,133.68<br>Administrative:<br>Unsecured:<br>Total: $138,133.68 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 12229<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>MCNAUGHTON MCKAY ELECTRIC CO O<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI 48071-4134<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $23,230.90<br>Administrative:<br>Unsecured: $54,322.16<br>Total: $77,553.06 | Claim Number: 16561<br>Date Filed: 03/02/2007<br>Creditor's Name and Address:<br>MCNAUGHTON MCKAY ELECTRIC OF OHIO<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI 48071-4126<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $23,230.90<br>Administrative:<br>Unsecured: $46,886.26<br>Total: $70,117.16 |
| Claim Number: 2694<br>Date Filed: 04/19/2006<br>Creditor's Name and Address:<br>METRIC EQUIPMENT SALES & SIERRA<br>LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $247.75<br>Total: $247.75 | Claim Number: 15976<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>METRIC EQUIPMENT SALES INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $991.00<br>Total: $991.00 |
| Claim Number: 8370<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br>PANASONIC FACTORY AUTOMATION<br>PO BOX 70425<br>CHICAGO, IL 60673-0425<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,900.00<br>Total: $5,900.00 | Claim Number: 14318<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SPCP GROUP LLC<br>2 GREENWICH PLZ<br>GREENWICH, CT 06830<br><br>CREDIT SUISSE INTERNATIONAL<br>1 5 CABOT SQ<br>LONDON E 14, 4QR<br>UNITED KINGDOM<br><br>PANASONIC AUTOMOTIVE SYSTEMS COMPANY<br>OF AMERICA DIVISION OF PANASONIC<br>COMPANY OF NORTH AMERICA<br>776 HWY 74 S<br>PEACHTREE CITY, GA 30269<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,078,756.03<br>Total: $9,078,756.03 |
| Claim Number: 10356<br>Date Filed: 07/24/2006<br>Creditor's Name and Address:<br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>CHICAGO, IL 60603<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,691,908.08<br>Total: $1,691,908.08 | Claim Number: 16557<br>Date Filed: 02/28/2007<br>Creditor's Name and Address:<br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $435,185.00<br>Total: $435,185.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16494<br>Date Filed: 01/22/2007<br>Creditor's Name and Address:<br>PLASTICERT INC<br>801 N SECOND ST<br>HARRISBURG, PA 17102<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $29,718.29<br>Unsecured: $13,551.00<br>Total: $43,269.29 | Claim Number: 16584<br>Date Filed: 03/21/2007<br>Creditor's Name and Address:<br>PLASTI CERT INC<br>801 NORTH SECOND STREET<br>HARRISBURG, PA 17102<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $30,985.93<br>Administrative:<br>Unsecured: $14,146.00<br>Total: $45,131.93 |
| Claim Number: 16540<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br>PRESSURE VESSEL SERVICE INC<br>BASIC CHEMICAL SOLUTIONS LLC<br>525 SEAPORT BLVD<br>REDWOOD CITY, CA 94063<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,058.98<br>Total: $25,058.98 | Claim Number: 9593<br>Date Filed: 07/17/2006<br>Creditor's Name and Address:<br>BASIC CHEMICAL SOLUTIONS LLC<br>5 STEEL RD E<br>MORRISVILLE, PA 19067<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,764.58<br>Total: $25,764.58 |
| Claim Number: 15798<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>RALPH E HANDLEY<br>13375 HADDON DR<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15797<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>RALPH E HANDLEY AND MAXINE A<br>HANDLEY JT TEN<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 4208<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br>SANTA ROSA COUNTY TAX COLLECTOR<br>PO BOX 7100<br>MILTON, FL 32572<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,257.22<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,257.22 | Claim Number: 9271<br>Date Filed: 04/26/2006<br>Creditor's Name and Address:<br>TAX COLLECTOR SANTA ROSA COUNTY<br>ROBERT MCCLURE SANTA ROSA TAX COLLE<br>PO BOX 7100<br>MILTON, FL 32572<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,257.22<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,257.22 |

In re Delphi Corporation, et al.  
05-44481-rdd   Doc 8099-2   Filed 05/30/07   Entered 05/30/07 14:39:02   Exhibit B  
Pg 13 of 20  
Twelfth Omnibus Claims Objection

EXHIBIT A - DUPLICATE AND AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|
| Claim Number: 1226<br>Date Filed: 12/21/2005<br>Creditor's Name and Address:<br>SOPUS PRODUCTS<br>910 LOUISIANA 20TH FL<br>HOUSTON, TX 77002 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $35,141.75<br>Total: $35,141.75 | | Claim Number: 16105<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>SOPUS PRODUCTS<br>910 LOUISIANA 20TH FL<br>HOUSTON, TX 77002 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $35,141.75<br>Total: $35,141.75 | |
| Claim Number: 2010<br>Date Filed: 02/14/2006<br>Creditor's Name and Address:<br>STAGECOACH CARTAGE & DIST LP<br>7167 CHINO DR<br>EL PASO, TX 79926 | Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567)<br>Secured:<br>Priority: $4,300.44<br>Administrative:<br>Unsecured:<br>Total: $4,300.44 | | Claim Number: 5069<br>Date Filed: 05/08/2006<br>Creditor's Name and Address:<br>STAGECOACH CARTAGE<br>PO BOX 26517<br>EL PASO, TX 79926 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,890.28<br>Total: $3,890.28 | |
| Claim Number: 2157<br>Date Filed: 03/01/2006<br>Creditor's Name and Address:<br>STAPLA ULTRASONICS CORPORATION<br>250 ANDOVER ST<br>WILMINGTON, MA 01887 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $766.00<br>Total: $766.00 | | Claim Number: 15809<br>Date Filed: 08/03/2006<br>Creditor's Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR STAPLA<br>ULTRASONICS CORPORATION<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,216.00<br>Total: $25,216.00 | |
| Claim Number: 6393<br>Date Filed: 05/19/2006<br>Creditor's Name and Address:<br>TENNESSEE DEPARTMENT OF REVENUE<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $53,809.59<br>Administrative:<br>Unsecured:<br>Total: $53,809.59 | | Claim Number: 16580<br>Date Filed: 03/16/2007<br>Creditor's Name and Address:<br>TENNESSEE DEPARTMENT OF REVENUE<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $18,990.89<br>Administrative:<br>Unsecured:<br>Total: $18,990.89 | |
| Claim Number: 1208<br>Date Filed: 12/19/2005<br>Creditor's Name and Address:<br>TESTEQUITY INC<br>2450 TURQUOISE CIR<br>THOUSAND OAKS, CA 91320 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $206,964.00<br>Total: $206,964.00 | | Claim Number: 16583<br>Date Filed: 03/20/2007<br>Creditor's Name and Address:<br>TESTEQUITY INC<br>2450 TURQUOISE CIR<br>THOUSAND OAKS, CA 91320 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $206,964.00<br>Total: $206,964.00 | |

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16480<br>Date Filed: 01/11/2007<br>Creditor's Name and Address:<br><br>THE FURUKAWA ELECTRIC CO LTD<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WAY<br>PALO ALTO, CA 94304-1043 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,067.68<br>Total: $48,067.68 | Claim Number: 16555<br>Date Filed: 02/26/2007<br>Creditor's Name and Address:<br><br>THE FURUKAWA ELECTRIC CO LTD<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,067.68<br>Total: $48,067.68 |
| Claim Number: 4039<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br><br>U S CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567)<br>Secured:<br>Priority: $48,074.00<br>Administrative:<br>Unsecured: $48,074.00<br>Total: $96,148.00 | Claim Number: 16201<br>Date Filed: 08/14/2006<br>Creditor's Name and Address:<br><br>US CUSTOMS & BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 |
| Claim Number: 14912<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>WACHOVIA BANK NA SUCCESSOR BY<br>MERGER TO SOUTHTRUST BANK<br>BURR & FORMAN LLP<br>420 N 20TH STREET SUITE 3100<br>BIRMINGHAM, AL 35203 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,656,624.92<br>Total: $6,656,624.92 | Claim Number: 14913<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>WACHOVIA BANK NA SUCCESSOR BY MERGER<br>TO SOUTHTRUST BANK<br>BURR & FORMAN LLP<br>420 N 20TH STREET SUITE 3100<br>BIRMINGHAM, AL 35203 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,656,624.92<br>Total: $6,656,624.92 |

Total Claims to be Expunged: 42
Total Asserted Amount to be Expunged: $22,239,027.22

**EXHIBIT B-1 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CELESTE R MULCRONE AND MARY ELLEN MULCRONE JT TEN<br>10850 MONTICELLO<br>PINCKNEY, MI 48169-9326 | 16539 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/13/2007 | DELPHI CORPORATION (05-44481) |
| CELESTE ROSE MULCRONE AND JOHN<br>W MULCRONE JT TEN<br>10850 MONTICELLO<br>PINCKNEY, MI 48169-9326 | 16538 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/13/2007 | DELPHI CORPORATION (05-44481) |
| L SUZANNE SCHMIDT AND BRUCE H<br>SCHMIDT TEN COM<br>9932 MCKINSTRY MILL RD<br>NEW WINDSOR, MD 21776-7917 | 16549 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/20/2007 | DELPHI CORPORATION (05-44481) |
| VICKI L SPANG<br>1114 LAYARD AVE<br>RACINE, WI 53402-4327 | 16554 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 03/09/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | **$0.00** | | |

05-44481-rdd    Doc 8099-2    Filed 05/30/07    Entered 05/30/07 14:39:02    Exhibit B

In re Delphi Corporation, et al.    Pg 16 of 20    Twelfth Omnibus Claims Objection

**EXHIBIT B-2 - INSUFFICIENTLY DOCUMENTED EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ANDREW LADIKA AND MARGARET C LADIKA JT TEN<br>3951 RIVER LN<br>ROCKY RIVER, OH 44116-3824 | 16401 | Secured: $1,439.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,439.00 | 10/27/2006 | DELPHI CORPORATION (05-44481) |
| ANGELINE WYSOCKI<br>2944 WALMSLEY CIRCLE<br>LAKE ORION, MI 48360-1644 | 5333 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| AUSTIN L JARVIS CUST RAYMOND S JARVIS UNIF GIFT MIN ACT<br>APT 5 M<br>1834 CATON AVE<br>BROOKLYN, NY 11226-2815 | 3024 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| BERNARD J PONKE<br>8079 DALE<br>CENTERLINE, MI 48015-1529 | 4859 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| CLIFFORD L TALLMAN<br>2163 NICHOLS RD<br>LENNON, MI 48449-9320 | 6762 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| DIANNE SMITH FOWLER<br>7154 DIAMOND HEAD RD<br>JACKSONVILLE, FL 32216-9113 | 8954 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| DIETER MANTHEY<br>FRAVENLOBSTR 30<br>D 55118 MAINZGERMANY | 9280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| EUGENE W MILLER AND MICHAEL LEE MILLER JT TEN<br>1784 SILVER MAPLE DR<br>BLAIRSVILLE, GA 30512-3859 | 7447 | Secured: $260.00<br>Priority:<br>Administrative:<br>Unsecured: $6,500.00<br>Total: $6,760.00 | 06/05/2006 | DELPHI CORPORATION (05-44481) |

05-44481-rdd    Doc 8099-2    Filed 05/30/07    Entered 05/30/07 14:39:02    Exhibit B

In re Delphi Corporation, et al.    Pg 17 of 20    Twelfth Omnibus Claims Objection

**EXHIBIT B-2 - INSUFFICIENTLY DOCUMENTED EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HELEN KRIZ TR HELEN KRIZ TRUST UA DTD 082091<br>2033 SE ALLAMANDA DR<br>PORT ST LUCIE, FL 34952-5803 | 3397 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| JEANNE FITZSIMMONS<br>120 W JACKSON AVE S<br>SAPULPA, OK 74066-5514 | 5975 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| JUDITH K LIPITZ<br>27122 PRESTON RD<br>PUEBLO, CO 81006-9750 | 9632 | Secured: $18.27<br>Priority:<br>Administrative:<br>Unsecured: $5.00<br>Total: $23.27 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| KATY B DANNER<br>11865 S W BELVIDERE PL<br>PORTLAND, OR 97225-5803 | 8655 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $89.85<br>Total: $89.85 | 06/27/2006 | DELPHI CORPORATION (05-44481) |
| LILLIAN ZABLOCKI<br>ALON SHVNT 90433<br>GUSH ETZIONISRAEL | 7628 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| MISS ROBERTA BRISGALL<br>20301 W COUNTRY CLUB DR APT 1927<br>AVENTURA, FL 33180-1657 | 4444 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| RICHARD C ZAHNOW<br>1921 SUNSET TRL<br>NATIONAL CITY, MI 48748-9537 | 15793 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| ROBERT E WOODROW<br>2 GALILEO CT<br>SUFFERN, NY 10901-1902 | 4251 | Secured: $2,606.25<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,606.25 | 05/01/2006 | DELPHI CORPORATION (05-44481) |

05-44481-rdd Doc 8099-2 Filed 05/30/07 Entered 05/30/07 14:39:02 Exhibit B

In re Delphi Corporation, et al. Pg 18 of 20 Twelfth Omnibus Claims Objection

**EXHIBIT B-2 - INSUFFICIENTLY DOCUMENTED EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SMITH EZZARD<br>2959 CONCORD<br>FLINT, MI 48504 | 6249 | Secured:<br>Priority: $25,000.00<br>Administrative:<br>Unsecured:<br>Total: $25,000.00 | 05/18/2006 | DELPHI CORPORATION<br>(05-44481) |
| SUSAN K GEAN BULAR<br>2288 MATTIE LU DR<br>AUBURN HILLS, MI 48326-2427 | 9223 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| THERESA BERMAN CUST<br>PHILIP A BERMAN UNIF GIFT<br>MIN ACT NY<br>BOX 354<br>RIVERDALE, NY 10463-0354 | 15639 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $673.37<br>Total: $673.37 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| ULRICH E SEIFFERT<br>VIERZ NOTHELFER STR 44<br>55124 MAINZ 1GERMANY | 11144 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **20** | **$36,591.74** | | |

**EXHIBIT C-1 - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 4434<br>Date Filed: 05/02/2006<br>Creditor's Name and Address:<br>BAY COUNTY TAX COLLECTOR<br>239 E 4TH ST<br>PANAMA CITY, FL 32401<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $18,028.96<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $18,028.96 | Claim Number: 16559<br>Date Filed: 03/01/2007<br>Creditor's Name and Address:<br>BAY COUNTY TAX COLLECTOR<br>239 E 4TH ST<br>PANAMA CITY, FL 32401<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $16,270.91<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $16,270.91 |
| Claim Number: 11447<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>CENTRAL CAROLINA PRODUCTS INC<br>3250 W BIG BEAVER STE 429<br>TROY, MI 48084<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,118.34<br>Total: $50,118.34 | Claim Number: 16542<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br>CENTRAL CAROLINA PRODUCTS INC<br>3250 W BIG BEAVER STE 429<br>TROY, MI 48084<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,118.34<br>Total: $50,118.34 |
| Claim Number: 12177<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>COMERICA LEASING CORPORATION<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 12176<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>COMERICA LEASING CORPORATION<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 808<br>Date Filed: 11/22/2005<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $51,817.86<br>Total: $51,817.86 | Claim Number: 16544<br>Date Filed: 02/16/2007<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $51,817.86<br>Total: $51,817.86 |

Total Claims to be Expunged: 4

Total Asserted Amount to be Expunged: $119,965.16

**EXHIBIT C-2 - ADJOURNED UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRADLEY A BENNETT AND<br>BARBARA R BENNETT<br>211 E 53RD ST APT 6D<br>NEW YORK, NY 10022-4805 | 16591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$643.64<br>$643.64 | 03/29/2007 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 1 | $643.64 | | | |