



**DERINGER·NEY**

Deringer-Ney Inc.

116 Atrium Dr
Suite 100
Vernon Hills, Il 60061

Phone 847.932.6798
Fax    520 629 3356

May 15, 2007

**RESPONSE TO Notice of Objection to Claim Thirteenth Omnibus Objection**

**Re Delphi Case #05-44481(RDD)**

**Claim number 7836**

**Amount $82,871.31**

**Amroc Investments LLC**
       **Deringer-Ney Inc(formerly Deringer Mfg Company) sold it's
       receivable to Amroc**

**The claim represents numerous invoices, unpaid by Delphi, for shipments of
parts against Delphi P.O.'s by Deringer. The shipments were all in the normal
course of business.**

**We are including with this mailing a complete set of Invoices, Delphi
Purchase Orders, as well as Proof of Delivery.**

**Lee Trimble**
**Vice President**



RECEIVED

MAY 17 2007

USBC-SDNY
RDD

Delphi 1796 Pre-Petition balances.xls

| Cust.# | Shipper# | PO# | Invoice# | Date | Amount | Paid | Balance |
|--------|----------|-----|----------|------|--------|------|---------|
| 001796 | N03399 | 550023828 | 000003283N | 6/23/2005 | $11,554.91 | $11,159.77 | $395.14 |
| 001796 | N03402 | 550023828 | 000003286N | 6/23/2005 | $8,253.50 | $7,971.26 | $282.24 |
| 001796 | N03493 | 550023828 | 000003374N | 6/28/2005 | $19,808.41 | $11,159.77 | $8,648.64 |
| 001796 | N03508 | 550023828 | 000003389N | 6/29/2005 | $11,554.91 | $11,159.77 | $395.14 |
| 001796 | N03560 | 550023828 | 000003441N | 7/1/2005 | $17,332.36 | $16,739.65 | $592.71 |
| 001796 | N03611 | 550023828 | 000003485N | 7/5/2005 | $11,554.91 | $11,159.77 | $395.14 |
| 001796 | N03627 | 550023828 | 000003501N | 4/6/2005 | $11,554.91 | $11,159.77 | $395.14 |
| 001796 | N03645 | 550023828 | 000003516N | 7/7/2005 | $11,554.91 | $11,159.77 | $395.14 |
| 001796 | N03663 | 550023828 | 000003529N | 7/8/2005 | $5,777.45 | $5,579.88 | $197.57 |
| 001796 | N03709 | 550023828 | 000003573N | 7/12/2005 | $25,585.86 | $24,710.92 | $874.94 |
| 001796 | N03710 | 550069680 | 000003574N | 7/12/2005 | $2,188.29 | $1,546.44 | $641.85 |
| 001796 | N03768 | 550023828 | 000003627N | 7/14/2005 | $17,332.36 | $16,739.65 | $592.71 |
| 001796 | N03851 | 550069681 | 000003702N | 7/20/2005 | $7,945.06 | $3,939.71 | $4,005.35 |
| 001796 | N03866 | 550023828 | 000003717N | 7/21/2005 | $20,633.76 | $19,928.16 | $705.60 |
| 001796 | N03873 | 550069680 | 000003724N | 7/21/2005 | $6,564.86 | $0.00 | $6,564.86 |
| 001796 | N03953 | 550023828 | 000003799N | 7/26/2005 | $37,140.77 | $35,870.69 | $1,270.08 |
| 001796 | N03954 | 550069680 | 000003800N | 7/26/2005 | $5,470.72 | $0.00 | $5,470.72 |
| 001796 | N04023 | 550069681 | 000003866N | 7/29/2005 | $2,648.35 | $0.00 | $2,648.35 |
| 001796 | N04024 | 550069680 | 000003867N | 7/29/2005 | $18,600.45 | $0.00 | $18,600.45 |
| 001796 | N04080 | 550023828 | 000003914N | 8/2/2005 | $33,014.02 | $31,885.06 | $1,128.96 |
| 001796 | N04081 | 550069680 | 000003915N | 8/2/2005 | $6,564.86 | $0.00 | $6,564.86 |
| 001796 | N04135 | 550023828 | 000003964N | 8/4/2005 | $33,014.02 | $31,885.06 | $1,128.96 |
| 001796 | N04210 | 550069681 | 000004028N | 8/9/2005 | $2,648.35 | $0.00 | $2,648.35 |
| 001796 | N04211 | 550069680 | 000004029N | 8/9/2005 | $2,795.59 | $0.00 | $2,795.59 |
| 001796 | N04212 | 550023828 | 000004030N | 8/9/2005 | $41,267.52 | $39,856.32 | $1,411.20 |
| 001796 | N04304 | 550037091 | 000004119N | 8/12/2005 | $1,597.48 | $0.00 | $1,597.48 |
| 001796 | N04326 | 550069680 | 000004140N | 8/15/2005 | $7,659.01 | $0.00 | $7,659.01 |
| 001796 | | | CM-0000366 | 9/9/2005 | -$797.13 | $0.00 | -$797.13 |
| 001796 | | | CM-0000367 | 9/9/2005 | -$9,984.24 | $0.00 | -$9,984.24 |
| 001796 | | | CM-0000373 | 9/13/2005 | -$27,556.51 | $0.00 | -$27,556.51 |
| 001796 | N04905 | 550023828 | 000004656N | 9/14/2005 | $34,664.72 | $33,479.31 | $1,185.41 |
| 001796 | N05024 | 550023828 | 000004757N | 9/21/2005 | $23,109.81 | $22,319.54 | $790.27 |
| 001796 | N05079 | 550023828 | 000004797N | 9/23/2005 | $28,887.26 | $0.00 | $28,887.26 |
| 001796 | N05150 | 550037091 | 000004873N | 9/27/2005 | $3,993.70 | $0.00 | $3,933.70 |
| 001796 | N05151 | 550069681 | 000004874N | 9/27/2005 | $7,415.39 | $0.00 | $7,415.39 |
| 001796 | N05170 | 550023828 | 000004877N | 9/28/2005 | $23,109.81 | $0.00 | $23,109.81 |
| 001796 | N05207 | 550069680 | 00004924N | 9/29/2005 | $7,659.01 | $7,515.65 | $143.36 |
| 001796 | N05029 | 550023828 | 000004926N | 9/29/2005 | $11,554.91 | $11,159.77 | $395.14 |
| 001796 | | | CM-0000438 | 10/4/2005 | -$23,913.79 | $0.00 | -$23,913.79 |
| 001796 | | | CM-0000441 | 10/6/2005 | -$935.66 | $0.00 | -$935.66 |
| 001796 | | | | | | Total | $80,679.19 |
| 001796 | | | | | | | |

# Invoice No  000003283N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax........................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Ney Inc.

| Please remit to: |
| --- |
| Deringer-Ney Inc. |
| 4062 Paysphere Circle |
| Chicago, IL  60674 |

**Customer   001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 06/23/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA | | 9,408.00000 | 1.22820 | 11,554.91 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | |
| | C729 /NEYORO D GRAY | | | | |
| | Shipper No. N03399      Ship Date: 06/23/2005      BOL No.  1052 | | | | |
| | NEY Part No.012703 | | | | |

| Frm | | Total Item Price | 11,554.91 |
|---|---|---|---|
| | | Shipping | 0.00 |
| **Please pay balance due by Saturday July 23, 2005.** | | Insurance | 0.00 |
| | | **Total Inv Price** | **$ 11,554.91** |
| **Late Payment charge maybe deducted if paid within Terms.** | | **Amount Paid** | **$ 11,159.77** |
| | | **Balance Due** | **$ 395.14** |
| | | Late Charge | $ 369.76 |
| | | Total Due w/ late Charge | $ 764.90 |

*CUSTOMER COPY*

# DELPHI

Energy & Chassis Systems

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004
RECEIVED

| Item No. | Material No. Description | | Plant |
|---|---|---|---|

## Notes Continued

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Buyer proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the
understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI
Energy & Chassis Systems

Page   3   of   3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

TAN # 3283N

**CENTRAL TRANSPORT**

Pro Number

**010-129953-6**

Ship Date
06/23/05

| Pieces | Weight |
|--------|--------|
| 4 | 474 |

Reference Number

| Org | DC |
|-----|-----|
| 010 | 799 |

Freight Terms

**Freight Charges Are Collect**

SCAC:    CTII

Consignee:

DELPHI C
52 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:

DERINGER-NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-0621
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

**Stamp / Sign Here**

Firm _Delphi_

By _m mike_

Shipment received in good order

Pieces Received _36 BX_

Driver _____ Date _6/30/05_

Arrive Time _____ Depart Time _____

---

# Pro Number        010-129953-6

Additional Delivery Services Requested

| | | | |
|---|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only

# And Type of Container _____       Desc. _____

Part # _____       Skids _____

Qty. of Pcs Affected _____       Date _____ Loc # _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission concealment of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to the rate if permitted by 49 CFR 1005(2)(B).

# Invoice No   000003286N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

*Deringer-Ney Inc.*

*Ney Inc.*

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

Bill to :

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO, TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 06/23/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03   000   U/M EA | | | 6,720.00000 | 1.22820 | 8,253.50 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N03402    Ship Date: 06/23/2005    BOL No. 1052 | | | | | |
| | NEY Part No.012793 | | | | | |

Frm

**Please pay balance due by Sunday July 24, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 8,253.50 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 8,253.50** |
| **Amount Paid** | **$ 7,971.26** |
| **Balance Due** | **$ 282.24** |
| **Late Charge** | **$ 264.11** |
| **Total Due w/ late Charge** | **$ 546.35** |

*CUSTOMER COPY*



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Deringer-Ney Inc.   Fax.......................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

# Shipping List   N03402

Customer No/Ship To:  001796-0001
Sales Order Shipper

**DERINGER-NEY INC.**
Ney Inc.

Ship to : DELPHI C -CHIHUAHUA CROSS DOCK
         CISCO 34065
         32 CELERITY WAGON
         EL PASO  TX 79906
         USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|-----------|-------------|-------------|------------|--------|----------|----------------|-------|
| 06/23/2005 | 550023828 | 000564-01 | 10 | 130.00 | CENTRAL TRANSPORT | 1052 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|------|-----------------------------|---|---|---|---|---|----------|
| 000001 | 25353201\03          000      U/M EA    SO Item  1, Release 068 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012795 | | | | | | |

NEY Inc.

*[signature]*  **11/07/2005**

Q A Supervisor

| | Lot/SN(s) | 45724GRD240 | Qty | 5376.00000 | | | 6,720.00000 |
| | | 45724GRD241 | Qty | 1344.00000 | | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  6,720.00000

*CUSTOMER COPY*

# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**
Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**
DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

PO Number
550023828

Date Issued
01/08/2003

Version
03/16/2004 14:44:24

RECEIVED
MAR 2 2 2004

Vendor No: 1008126
DUNS No: 005073895

**Payment Terms:** ZMN2   **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E & C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillian, Tony

Phone: 248-813-4358

Fax: 248-813-4577

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 03/16/2004 14:44:24

# DELPHI

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued:

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

This Contract replaces previous contract # --.
********************

********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company
********************

********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
********************

********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Buyer proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************

********************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI
Energy & Chassis Systems

Page 3 of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | **RECEIVED** |

MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued:

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
**********************
02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

INV # 3286N

**CENTRAL TRANSPORT**

## Central Transport Delivery Receipt

Pro Number
**010-129953-6**

| Ship Date |
|---|
| 06/23/05 |

| Pieces | Weight |
|---|---|
| 4 | 474 |

**Reference Number**

| Org | DC |
|---|---|
| 010 | 799 |

**Freight Terms**

Freight Charges Are
Collect

**SCAC:** CTII

**Consignee:**
DELPHI C
32 CELERITY WAGON ST
El PASO, TX 79906

**Shipper:**
DERINGER-NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-0621
Shipper COD Amount
0.0000

---

### Stamp / Sign Here

Firm _Delphi_

By _m murka_
Shipment received in good order

Pieces Received _36 BX_

Driver _J. llorin_ Date _6/30/05_

Arrive Time _8:00a_    Depart Time _8:30a_

---

### Pro Number      010-129953-6

**Additional Delivery Services Requested**

| | | |
|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $80.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

Internal Use Only
# And Type of Container _____        Desc. _____
Part # _____                          Skids _____
Qty. of Pcs Affected _____            Date _____    Log # _____



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.................: 860-242-2281
Fax.....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No   000003374N

Customer   001796

## Duplicate Copy

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 06/28/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | **25353201103**   000   U/M EA<br>WIPER ASM (MULTI-BUTTON)NEY D*<br>C729 /NEYORO D GRAY<br>Shipper No. N03493    Ship Date: 06/28/2005    BOL No. 1068<br>NEY Part No.012793 | | | 9,408.00000 | 1.22820 | 11,554.91 |
| 000002 | **25353201103**   000   U/M EA<br>WIPER ASM (MULTI-BUTTON)NEY D*<br>C729 /NEYORO D GRAY<br>Shipper No. N03493    Ship Date: 06/28/2005    BOL No. 1068<br>NEY Part No.012793 | | | 6,720.00000 | 1.22820 | 8,253.50 |

Frm

**Please pay balance due by Thursday July 28, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 19,808.41 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 19,808.41** |
| **Amount Paid** | **$ 11,159.77** |
| **Balance Due** | **$ 8,648.64** |
| Late Charge | $ 633.87 |
| Total Due w/ late Charge | $ 9,282.51 |

*CUSTOMER COPY*

# Shipping List

**N03493**

**IN** Deringer-Ney Inc.

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone......................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

**Customer No/Ship To:  001796-0001**

**Sales Order Shipper**

**IN** DERINGER-NEY INC.
Ney Inc.

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 06/28/2005 | 550023828 | 000564-01 | 24 | 310.00 | CENTRAL TRANSPORT | 1068 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000002 | 25353201\03        000        U/M EA    SO Item  1, Release 070 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

*[signature]* **11/07/2005**

Q A Supervisor

| | Lot/SN(s)    45724GRD244      Qty    6720.00000 | | | | | | 6,720.00000 |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03        000        U/M EA    SO Item  1, Release 069 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

*[signature]* **11/07/2005**

Q A Supervisor

Lot/SN(s)    45724GRD243      Qty    9408.00000              9,408.00000

# Shipping List    N03493

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Deringer-Ney Inc.   Fax.........................: 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

**DERINGER-NEY INC.**
Ney Inc.

**Shipper has not
been confirmed!**

Customer No/Ship To:  001796-0001
Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 06/28/2005 | 550023828 | 000564-01 | 24 | 310.00 | **CENTRAL TRANSPORT** | 1068 | **OUR PLANT** |

| Item | Part / Description / Details | | Ship Qty |
|---|---|---|---|
| | SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT<br>BILLING TO:<br>DELPHI C (34065)<br>C/O DATA2LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115 | | |
| | | | Total  16,128.00000 |

# DELPHI

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| | |
|---|---|
| PO Number | Date Issued |
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004
RECEIVED

Vendor No:  1008126
DUNS No:  005073895

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB  Freight Collect

---

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E &  C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillian, Tony

Phone: 248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815



Energy & Chassis Systems

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

PO Number
550023828
Version
03/16/2004 14:44:24

Date Issued
01/08/2003

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the
understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

| DERINGER-NEY INC<br>1250 TOWN LINE RD<br>MUNDELEIN IL 60060-4448 | **Requirements Contract** | |
|---|---|---|
| | PO Number<br>550023828<br>Version<br>03/16/2004 14:44:24 | Date Issued<br>01/08/2003 |

**RECEIVED**
MAR 2 2 2004

| Item No.   Material No. | Plant |
|---|---|
| Description | |

---

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or In Carbon, and retained by the Agent

Shipper No. **1068**

Carrier No. _____

(Name of Carrier) **CENTRAL TRANSPORT**

Date **6/28/05**

TO:
Consignee **DELPHI C - CHIHUAHUA CROSS DOCK**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name

FROM:
Shipper **DERINGER-NEY INC.**

Street **CISCO 34065**

Street **NEY INDUSTRIAL PARK**    (860) 242-228

Destination **3J CRUMITY WAGO** Zip Code

Origin **BLOOMFIELD, CT**    Zip Code **06002 U**

Route **P2 PASO    TX    79506**

(SCAC)

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 2 | | pellets else ASSY (VORO)(620-243 244) | 310 lbs | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

**010-129973-4**

CLASS 70

Note—Where the rate is dependent ...
specific... On asking the agreed or declared value of the property.

B/L

C.O.D. FEE:
PREPAID □ $
COLLECT □ $

TOTAL CHARGES: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID    Check Box if
except when box    Charges are to be
at right is    collect
checked    □ COLLECT

Subject to NMFC 100/CTII-100 and 49 USC 14705 and DOT 49 CFR 370

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted.

SHIP.INIT.

this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition hich said carrier (the word carrier being understood throughout this contract as meaning any person or corporation ory at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is d route to destination and as to each party at any time interested in all or any of said property, that every service to overning classification on the date of shipment.

SHIPPER **DERINGER-NEY INC.**

CARRIER

PER

PER

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

# Invoice No   000003441N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

Customer   001796

## Duplicate Copy

Bill to :

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 07/01/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA | 14,112.00000 | 1.22820 | 17,332.36 |
| | WIPER ASM (MULTI-BUTTON)NEY D' | | | |
| | C729 /NEYORO D GRAY | | | |
| | Shipper No. N03560     Ship Date: 07/01/2005     BOL No. 1468 | | | |
| | NEY Part No.012793 | | | |

Frm

**Please pay balance due by Sunday July 31, 2005.**

 Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 17,332.36 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 17,332.36** |
| **Amount Paid** | **$ 16,739.65** |
| **Balance Due** | **$ 592.71** |
| Late Charge | $ 554.64 |
| Total Due w/ late Charge | $ 1,147.35 |

CUSTOMER COPY

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone................: 860-242-2281
Fax..................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

**Daringer-Ney Inc.**

**DERINGER-NEY INC.**
Ney Inc.

**Shipping List**    N03980

Customer No/Ship To:  001796-0001
Sales Order Shipper

Ship to : DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/01/2005 | 550023828 | 000564-01 | 21 | 265.00 | CENTRAL TRANSPORT | 1468 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000        U/M EA    SO Item  1, Release 072 <br> WIPER ASM (MULTI-BUTTON)NEY D' <br> C729 /NEYORO D GRAY <br><br> NEY Part No. 012793 | | | | | | |

NEY Inc.

*[signature]*  11/07/2005

Q A Supervisor

Lot/SN(s)    45724GRD248      Qty      14112.00000                                14,112.00000

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  14,112.00000

 DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

Vendor No:  1008126
DUNS No:   005073895

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB: Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E &  C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed   03/16/2004 14:44:24

# DELPHI

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |

Version
03/16/2004 14:44:24

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Contract replaces previous contract #  --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page  3  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

**RECEIVED**
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

**CENTRAL TRANSPORT**

Central Transport Delivery Receipt

Pro Number
010-129987-4

| Ship Date | |
|---|---|
| 07/01/05 | |
| **Pieces** | **Weight** |
| 2 | 445 |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

**Freight Terms**

Freight Charges Are Collect

| SCAC | CTII |
|---|---|

**Consignee:**
DELPHI C CHIHUAHUA 34066
32 CELERITY WAGON ST
EL PASO, TX 799 06

**Shipper:**
DERINGER-NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-0733
Shipper COD Amount
0.0000

---

This Shipping Order must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and retained by the Agent

CENTRAL TRANSPORT

Shipper No. 1468

To Consignee: DELPHI C CHIHUAHUA CROSS DOCK

FROM Shipper: DERINGER-NEY INC
NEY INDUSTRIAL PARK (860) 242-2281
BLOOMFIELD, CT
Zip Code 06002 USA

BILL THIRD PARTY:
DELPHI D (34066)
c/o DATA 2 LOGISTICS
P.O.BOX 8115
NORWOOD, MA 02067 8115

010-129987-4

DERINGER-NEY INC

Additional Delivery Services Requested

| Inside Delivery | $70.00 | Sort - Segregate | $90.00 | Driver Delay | $75.00 |
| Residential Delivery | $50.00 | Liftgate | $90.00 | Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Sklds _____
Date _____ Log # _____

**Stamp / Sign Here**

Firm _____

By _____
Shipments received in good order
Pieces Received _____

Driver _____ Date 07/01/05

Arrive Time _____    Depart Time _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission, extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 105.1(2)(d)

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. __1468__

Carrier No. _____

CENTRAL   TRANSPORT

(Name of Carrier)                                    (SCAC)

Date __7/1/05__

| TO: Consignee | DELPHI C - CHIHUAHUA CROSS DOCK | FROM: Shipper | DERINGER-NEY INC. |
|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1

Street  CISCO 34065                        Street  NEY INDUSTRIAL PARK   (860) 242-2281

Destination  32 CELZOCITY W/4 CO Zip Code      Origin  BLOOMFIELD, CT        Zip Code    06002 USA

Route  EL PASO     TX    79906                 Vehicle Number

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet wiper Asm (Per 6) FS-324 | 180 lb. | | |
| 1 | | pallet wiper Asm (NOYD) GTO-348 | 265 lbs | | |
| | | | 445 lbs | | |

2 SKD ___ LSE CTN ___ DRM ___ BUN  ☐ SWAC

___ CRTS ___ BSKT ___ RCK ___ TOTE  ☐ SL & C

___ SWS-OF ___ CTN ___ SWS-STC ___ CTN

OTHER _____   SHIP.INIT. _____

Subject to NMFC 100/CTll-100 and 49 USC 14706 and DOT 49 CFR 370

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 8115
NORWODD, MA 02062-8115

CLASS 70

PRINT
C.O.D. TO:
ADD

010-129987-4

CENTRAL TRANSPORT

|Lbs+H| |D.C.| |6.6| |PS-ATTD|   B/L

C.O.D. FEE:
PREPAID ☐  $
COLLECT ☐

TOTAL
CHARGES: $

FREIGHT CHARGES

FREIGHT PREPAID
-except when box
at right is
checked

Check Box if
Charges are to be
☐ COLLECT

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route in destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | DERINGER-NEY INC. | CARRIER | |
|---|---|---|---|
| PER | | PER | |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No   000003485N

**Please remit to:**
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

# Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 07/05/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03 | 000 | U/M EA | 9,408.00000 | 1.22820 | 11,554.91 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N03611    Ship Date: 07/05/2005    BOL No.  1431 | | | | | |
| | NEY Part No.012793 | | | | | |

**Frm**

**Please pay balance due by Friday August 5, 2005.**

   Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 11,554.91 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 11,554.91** |
| **Amount Paid** | **$ 11,159.77** |
| **Balance Due** | **$ 395.14** |
| **Late Charge** | **$ 369.76** |
| **Total Due w/ late Charge** | **$ 764.90** |

*CUSTOMER COPY*

Page  1

# Shipping List   N03611



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

**DERINGER-NEY INC.**
Ney Inc.

Customer No/Ship To:  001796-0001

Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/05/2005 | 550023828 | 000564-01 | 14 | 180.00 | CENTRAL TRANSPORT | 1431 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA    SO Item  1, Release 073 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

_signature_  **11/07/2005**

**Q A Supervisor**

Lot/SN(s)   45994GRD250      Qty      9408.00000                                          9,408.00000

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  9,408.00000

*CUSTOMER COPY*                     Page #   1

 **DELPHI** _____ Energy & Chassis Systems

Page  1  of  3

| Buyer: |
| :-- |
| Delphi Energy & Chassis Systems<br>5820 Delphi Drive<br>Troy  MI  48098 |

## Requirements Contract

| PO Number | Date Issued |
| :-- | :-- |
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |



RECEIVED
MAR 2 2 2004

| Deliver to: |
| :-- |
| DELPHI E & C - CHIHUAHUA<br>AVENIDA DE LAS INDUSTRIAS 4909<br>CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS<br>31110<br>MEXICO |

| DERINGER-NEY INC<br>1250 TOWN LINE RD<br>MUNDELEIN IL 60060-4448 |
| :-- |

| Vendor No:  1008126 |
| :-- |
| DUNS No:   005073895 |

| Payment Terms: ZMN2 | Currency:  USD |
| :-- | :-- |
| Payment settled on 2nd, 2nd Month | |
| Incoterms:  FOB Freight Collect | |

| Item No. | Material No. Description | Plant |
| :-- | :-- | :-- |
| 00010 | 25353201 | HT01 DELPHI E &  C CHIHUAHUA |

**WIPER ASM-FUEL LVL SEN**
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| :-- | :-- | :-- | --: | :-- | :-- |
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Notes: |
| :-- |

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive.
TROY MI 48098-2815



DELPHI _____ Energy & Chassis Systems

```
┌────────────────────────────────┐
│ DERINGER-NEY INC               │
│ 1250 TOWN LINE RD              │
│ MUNDELEIN IL 60060-4448        │
│                                │
└────────────────────────────────┘
```

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED MAR 2 2 2004 RECEIVED

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

*******************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************
This Contract replaces previous contract # --.
*******************

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

*******************

*******************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*******************

*******************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************

*******************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page  3  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED

MAR 2 2 2004

| Item No. | Material No. | | Plant | |
|---|---|---|---|---|
| | Description | | | |

## Notes Continued:

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*******************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam



**CENTRAL TRANSPORT**

Pro Number
**010-129998-1**

| Ship Date | |
|---|---|
| 07/05/05 | |

| Pieces | Weight |
|---|---|
| **3** | **380** |

**Reference Number**

| Org | DC |
|---|---|
| 010 | 799 |

**Freight Terms**

**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**

DELPHI CISCO 34065
32 CELERITY WAGON
EL PASO, TX 79906

**Shipper:**

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**

Delivery Trailer: 47-0621

Shipper COD Amount
0.0000

---

**Central Transport Delivery Receipt**

---

Shipper No. **1431**

CENTRAL TRANSPORT

Consignee: DELPHI C CMIHUATNA CROSS DOOR    DERINGER-NEY INC.

NEY INDUSTRIAL PARK    (860) 242-2281

BLOOMFIELD, CT    06002 USA

010-129998-1

B/L

DERINGER-NEY INC

---

**Stamp / Sign Here**

Firm _Deelphi_

By _m muro_
Shipment received in good order

Pieces Received _30 BX_

Driver _____    Date 07-11-05

Arrive Time _8 am_    Depart Time _9 am_

---

**Pro Number**    **010-129998-1**

**Additional Delivery Services Requested**

| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

_Internal Use Only_

# And Type of Container _____

Part # _____

Qty. of Pcs Affected _____

Skids _____

Date _____    Log# _____

is is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **1431**

This Shipping Order must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

Carrier No. _____

*CENTRAL TRANSPORT*
(Name of Carrier)                                      (SCAC)

Date **7/5/05**

TO: Consignee **DELPHI C - CHIHUAHUA CROSS DOCK**      FROM: Shipper **DERINGER-NEY INC.**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1

Street **CISCO 34065**                                Street **NEY INDUSTRIAL PARK  (860) 242-2281**

Destination **32 COLORITY WACO** Zip Code            Origin **BLOOMFIELD, CT**           Zip Code **06002 USA**

Route **EL PASO    TX    79906**      Vehicle Number

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet wiper ASM (N15303)(NSOL-101) | 80 lbs | | |
| 1 | | pallet wiper OSM (RMC-6 BUTTON)(MS-738) | 120 lbs | | |
| 1 | | pallet wiper ASM (N070)(GRO-2501 | 180 lbs | | |
| 3 | | | 380 lbs. | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

C/ASS7D

REMIT C.O.D ADD

C.O.D FEE:
PREPAID □ $
COLLECT □

TOTAL CHARGES $

**010-129998-1**

CENTRAL TRANSPORT
Linen-B    C.C.    S6    P6-ATTD

**B/L**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | SKD | LSE CTN | DRM | BUN | □ SWAC | | |
| | CRTS | BSKT | RCK | TOTE | □ SL & C | | |
| | SWS-OF | CTN | SWS-STC | CTN | | | |

Subject to Section 7 of the conditions, if this shipment is to be

OTHER _____    SHIP.INIT. _____

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

FREIGHT CHARGES
PREPAID
Check Box if Charges are to be
□ COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the of contents of packages unknown), marked, consigned, and destined as indicated in possession of the property under the contract) agrees to carry to its usual place mutually agreed as to each carrier of at or any of, said property overall or any port, be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | **DERINGER-NEY INC.** | CARRIER | | |
|---|---|---|---|---|
| PER | | PER | DATE | 2 |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.............. ....: 860-242-2281
Fax......................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer~Ney Inc.

Ney Inc.

# Invoice No   000003501N

**Customer   001796**

## Duplicate Copy

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023825 | 07/06/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA<br>WIPER ASM (MULTI-BUTTON)NEY D'<br>C729 /NEYORO D GRAY<br>Shipper No. N03627     Ship Date: 07/06/2005     BOL No.  1434<br>NEY Part No.012743 | | | 9,408.00000 | 1.22820 | 11,554.91 |

| | |
|---|---|
| Frm | |
| | Total Item Price     11,554.91 |
| **Please pay balance due by Friday August 5, 2005.** | Shipping     0.00 |
| | Insurance     0.00 |
| Late Payment charge maybe deducted If paid within Terms. | Total Inv Price     $ 11,554.91 |
| | Amount Paid     $ 11,159.77 |
| | Balance Due     $ 395.14 |
| | Late Charge     $ 369.76 |
| | Total Due w/ late Charge     $ 764.90 |

*CUSTOMER COPY*

# Shipping List   N03627

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone. ..................: 860-242-2381
Fax...............................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DuringerNey.com

**Duringer-Ney Inc**

**DURINGER-NEY INC.**
Ney Inc.

Customer No/Ship To:  001796-0001
Sales Order Shipper

Ship to :  **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/06/2005 | 550023828 | 000564-01 | 14 | 180.00 | CENTRAL TRANSPORT | 1434 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA    SO Item  1, Release 074 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

*[signature]*   11/07/2005

Q A Supervisor

Lot/SN(s)    45994GRD253      Qty      9408.00000                                                   9,408.00000

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  9,408.00000

 DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4443

| Vendor No: | 1008126 |
|---|---|
| DUNS No: | 005073895 |

**Payment Terms: ZMN2** — **Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms: FOB Freight Collect**

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E & C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

**Purchasing Contact:** McMillian, Tony

Phone: 248-813-4358

Fax: 248-813-4577

**Contact Address:**

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed    03/16/2004 14:44:24



**DELPHI** _____ Energy & Chassis Systems

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED MAR 2 2 2004 RECEIVED

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
This Contract replaces previous contract # --.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Seller, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

DELPHI

Energy & Chassis Systems

Page  3  of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4148

**Requirements Contract**

PO Number
550023828
Version
03/16/2004 14:44:24

Date Issued
01/08/2003

RECEIVED

MAR 2 2 2004

| Item No. | Material No. Description | | | | Plant | |
|---|---|---|---|---|---|---|

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*******************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

INV # 3501N

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in Ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. _1434_
Carrier No. _____

CENTRAL TRANSPORT
(Name of Carrier)          (SCAC)

Date _7/6/05_

TO: Consignee  DELPHI C-CHIHUAHUA CROSS DOCK
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name -- or as otherwise provided in Item 430, Sec. 1

FROM: Shipper  DERINGER-NEY INC.

Street  34065
Destination  32 CCP-LITY WA G-on-Zip Code
Route  EL PASO         TX  79906

Street  NEY INDUSTRIAL PARK  (860) 242-2281
Origin  BLOOMFIELD, CT        Zip Code  06002 USA
Vehicle Number

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet cobper ass (110 v 0)(600-057) | 180 lbs | " | |

010-129503-9

B/L

| Used B | C.O. | 66 | PG-ATTO |
|---|---|---|---|
| | | | |

CLASS 70

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

| REMT C.C. AC | __SKD | __LSE CTN | __DRM | __BUN | ☐ SWAC |
| | __CRYS | __BSKT | __RCK | __TOTE | ☐ SL & C |
| | __SWS-OF | __CTN | __SWS-STC | __CTN | |
| __OTHER | | | SHIP INT. | | |

C.O.D. FEE: PREPAID ☐  COLLECT ☐  $ _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

TOTAL CHARGES: $ _____

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked
Check Box if Charges are to be
☐ COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER  DERINGER-NEY INC.
PER _____

CARRIER  _Ken Smith [illegible]_
PER  _7-6 (illegible)_

* Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**CENTRAL TRANSPORT**
Pro Number
010-129503-9

| Ship Date |
| --- |
| 07/06/05 |

| Pieces | Weight |
| --- | --- |
| 1 | 180 |

Reference Number

| Org | DC |
| --- | --- |
| 010 | 799 |

**Freight Terms**

**Freight Charges Are Collect**

SCAC:   CTII

Consignee:

DELPHI C CHIHUAHUA CROSS
32 CELERITY WAGON ST
EL PASO, TX 79908

Shipper:

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

Special Instructions
Delivery Trailer: 53-9735

Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

Shipper No.  1434

Carrier No.

CENTRAL TRANSPORT

To Consignee  DELPHI C CHIHUAHUA CROSS DOCK
Street  CISCO 79065
FROM Shipper  DERINGER-NEY INC.
Street  NEY INDUSTRIAL PARK  (860) 242-2281
Origin  BLOOMFIELD, CT  Zip Code  06002 USA

Destination  32 CELERITY WAGON

Route  PAID  TX  79506

CLASS 70

010-129503-9

BILL THIRD PARTY:
DELPHI C (76391)
c/o DATA 2 LOGISTICS
P.O. BOX 9113
NORWOOD, MA 02062-9116

B/L

DERINGER-NEY INC.

CARRIER

---

**Pro Number**        010-129503-9

Additional Delivery Services Requested

| Service | | Price | Service | | Price | Service | | Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ Inside Delivery | | $70.00 | ☐ Sort - Segregate | | $90.00 | ☐ Driver Delay | | $75.00 |
| ☐ Residential Delivery | | $50.00 | ☐ Liftgate | | $90.00 | ☐ Redelivery | | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

Internal Use Only
# And Type of Container
Part #
Qty. of Pcs Affected

---

Stamp / Sign Here

Firm  Delphi

By  m. mura
Shipment received in good order

Pieces Received  (14 BX) punctured

Driver  Vineg   Date 7/12/05

Arrive Time  08am     Depart Time  9am

856551

# Invoice No 000003485N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax.....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DuringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4082 Paysphere Circle
Chicago, IL 60674

**Customer   001796**

## Duplicate Copy

Bill to :

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 5S0023828 | 07/05/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA<br>WIPER ASM (MULTI-BUTTON)NEY D*<br>C729 /NEYORO D GRAY<br>Shipper No. N03611        Ship Date: 07/05/2005        BOL No.  1431<br>NEY Part No.012793 | | | 9,408.00000 | 1.22820 | 11,554.91 |

Frm

Please pay balance due by Friday August 5, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 11,554.91 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 11,554.91** |
| **Amount Paid** | **$ 11,159.77** |
| **Balance Due** | **$ 395.14** |
| **Late Charge** | **$ 369.76** |
| **Total Due w/ late Charge** | **$ 764.90** |

# Invoice No 000003485N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

| Please remit to: |
| --- |
| Deringer-Ney Inc. |
| 4062 Paysphere Circle |
| Chicago, IL  60674 |

**Customer   001796**

## Duplicate Copy

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

**SHIPPED TO ADDRESS:**
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
| --- | --- | --- | --- | --- | --- |
| 550023828 | 07/05/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
| --- | --- | --- | --- | --- | --- | --- |
| 000001 | 25353201\03            000            U/M EA | | | 9,408.00000 | 1.22820 | 11,554.91 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N03611      Ship Date: 07/05/2005      BOL No.  1431 | | | | | |
| | NEY Part No.012793 | | | | | |

| | |
| --- | --- |
| Frm | |
| | Total Item Price |
| **Please pay balance due by Friday August 5, 2005.** | Shipping |
| | Insurance |
| Late Payment charge maybe deducted if paid within Terms. | **Total Inv Price** |
| | **Amount Paid** |

| | |
| --- | --- |
| Total Item Price | 11,554.91 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 11,554.91** |
| **Amount Paid** | **$ 11,159.77** |
| **Balance Due** | **$ 395.14** |
| Late Charge | $ 369.76 |
| Total Due w/ late Charge | $ 764.90 |

*CUSTOMER COPY*

# Shipping List



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone......................: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry.........: 847-566-4100
www.DeringerNey.com

Customer No/Ship To:  001796-0001
Sales Order Shipper



DERINGER-NEY INC.
Ney Inc.

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/05/2005 | 550023828 | 000564-01 | 14 | 180.00 | CENTRAL TRANSPORT | 1431 | OUR PLANT |

| Item | Part / Description / Details | | Ship Qty |
|---|---|---|---|
| 000001 | 25353201\03         000      U/M EA     SO Item 1, Release 073 <br> WIPER ASM (MULTI-BUTTON)NEY D* <br> C729 /NEYORO D GRAY <br><br> NEY Part No. 012793 | | |

NEY Inc.

_(signature)_ **11/07/2005**

**Q A Supervisor**

Lot/SN(s)    45994GRD250      Qty      9408.00000

9,408.00000

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  9,408.00000

---

*CUSTOMER COPY*                    Page #    1



# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Requirements Contract**



| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004
RECEIVED

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

Vendor No: 1008126
DUNS No: 005073895

**Payment Terms:** ZMN2 **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E & C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillian, Tony

Phone: 248-813-4358

Fax: 248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive.
TROY MI 48098-2815

 **DELPHI** _____ Energy & Chassis Systems

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the
understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page 3 of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued:

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*******************
02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

INV# 3485N

## CENTRAL TRANSPORT

**Central Transport Delivery Receipt**

Pro Number

**010-129998-1**

| Ship Date | |
|---|---|
| 07/05/05 | |

| Pieces | Weight |
|---|---|
| 3 | 380 |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

Freight Terms

**Freight Charges Are Collect**

SCAC:    CTII

Consignee:

DELPHI CISCO 34065
32 CELERITY WAGON
EL PASO, TX 79906

Shipper:

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**

Delivery Trailer: 47-0621

Shipper COD Amount
0.0000

No. 1431

CENTRAL TRANSPORT

FROM/Shipper: DERINGER-NEY INC.
NEY INDUSTRIAL PARK    (860) 242-2281
BLOOMFIELD, CT    Zip Code 06002 USA

To/Consignee: DELPHI C-CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO  TX  79906

BILL THIRD PARTY:
DELPHI G (34065)
c/o CATA 2 LOGISTICS
P.O.BOX 9118
NORTHVILLA, MA 02042-9118

**Stamp / Sign Here**

Firm _Delphi_

By _m mule_
Shipment received in good order

Pieces Received _30 BX_

Driver _(signature)_    Date 07-11-05

Arrive Time _8am_    Depart Time _9am_

## Pro Number    010-129998-1

Additional Delivery Services Requested

| | | | |
|---|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

Internal Use Only
# And Type of Container _____    Desc. _____
Part # _____    Skids _____
Qty. of Pcs Affected _____    Date _____    Log# _____

is is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent

CENTRAL TRANSPORT
(Name of Carrier)                    (SCAC)

Shipper No. _1431_

Carrier No. _____

Date _7/5/05_

| TO: Consignee | MURPHY C-CHIHUAHUA CROSS DOCK | FROM: Shipper | DERINGER-NEY INC |
|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name — or as otherwise provided in Item 430, Sec. 1

| Street | CISCO 37065 | | Street | NEY INDUSTRIAL PARK (860) 242-2281 |
|---|---|---|---|---|
| Destination | 32 CELERITY WAGON | Zip Code | Origin | BLOOMFIELD, CT     Zip Code   06002 USA |

Route: EL PASO    TX    79806

Vehicle Number:

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/per asn (NU30 )(NSOL-101) | 80 lbs | | |
| 1 | | pallet w/per asn (NAL-6 SWDN)(NJ-738) | 120 lbs | | |
| 1 | | pallet w/per asn (NU70 )(GRU-1501 | 180 lbs | | |
| 3 | | | 380 lbs | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

CLASS70

| REMIT... C.O... ADD... | | | | C.O.D. FEE: PREPAID □ $ COLLECT □ | TOTAL CHARGES: $ |
|---|---|---|---|---|---|

**010-129998-1**    B/L

CENTRAL TRANSPORT    Linea=1    C.C.    S.S.    P$-ATTD

| | Subject to Section 7 of the conditions, if this shipment is to be | FREIGHT CHARGES |
|---|---|---|
| | 3 __SKD  __LSE CTN  __DRM  __BUN  □ SWAC | T PREPAID   Check Box if |
| | __CRTS  __BSKT  __RCK  __TOTE  □ SL & C | Charges are to be |
| | __SWS-OF____CTN  __SWS-STC____CTN | COLLECT |

RECEIVED, subject to the classifications and tariffs in effect on the date of the
of contents of packages unknown), marked, consigned, and destined as indicated i
in possession of the property under the contract) agrees to carry to its usual plac
mutually agreed as to each carrier of all or any of, said property overall or any porti
be performed hereunder shall be subject to all the bill of lading terms and conditions in
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted
for himself and his assigns.

OTHER _____    SHIP.INIT._____
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

| SHIPPER | DERINGER-NEY INC. | CARRIER | |
|---|---|---|---|
| PER | | PER | |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

*INV# 3485N*



**CENTRAL TRANSPORT**

## Central Transport Delivery Receipt

Pro Number

**010-129998-1**

| Ship Date |
|---|
| 07/05/05 |

| Pieces | Weight |
|---|---|
| 3 | 380 |

**Reference Number**

| Org | DC |
|---|---|
| 010 | 799 |

**Freight Terms**

**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**

DELPHI CISCO 34065
32 CELERITY WAGON
EL PASO, TX 79906

**Shipper:**

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-0621
Shipper COD Amount
0.0000

---

No 1431

CENTRAL TRANSPORT

DERINGER-NEY INC. (860) 242-2281
NEY INDUSTRIAL PARK
BLOOMFIELD, CT    Zip Code 06002 USA

Shipper No. 1431
Date 7/5/05

To: DELPHI C—CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON

Destination: EL PASO    TX  79906

| | | | RATE | CHARGES |
|---|---|---|---|---|
| 1 | pallet wiper assy (HG-70)(SEL-101) | 80 lb | | |
| 1 | pallet wiper assy (RG-6 cotton)(HG-730) | 120 lbs | | |
| 1 | pallet wiper assy (HG70)(SEN-2501) | 180 lb | | |
| | | 380 lbs | | |
| 3 | | | | |

BILL THIRD PARTY:
DELPHI D.(34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9116
NORWOOD, MA 02062-9116

CLASS 70

DERINGER-NEY INC

---

**Pro Number**     **010-129998-1**

010-129998-1

**Additional Delivery Services Requested**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
# And Type of Container _____        Desc. _____
Part # _____                        Skids _____
Qty. of Pcs Affected _____          Date _____  Log# _____

---

**Stamp / Sign Here**

Firm _Delphi_

By _M Muro_
Shipment received in good order

Pieces Received _30 BX_

Driver _____ Date 07-11-05

Arrive Time _8am_    Depart Time _9am_

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(8)

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. _1431_

Carrier No. _____

Date _7/5/05_

Central Transport _____ (SCAC)
(Name of Carrier)

TO:
Consignee: Murphy C—Chihuahua Cross Dock

FROM:
Shipper: DERINGER-NEY INC.

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - or as otherwise provided in Item 430, Sec. 1

Street: Ciso 34065

Street: NEY INDUSTRIAL PARK (860) 242-2281

Destination: 32 Coronitt TX 79806

Origin: BLOOMFIELD, CT    Zip Code 06002 USA

| Route No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/per asn (AW302)(NSOL-101) | 80 lbs | | |
| 1 | | pallet w/per asn (RML-6 burden)(MS-738) | 180 lbs | | |
| 1 | | pallet w/per asn (WO70)(GRA-2501 | 180 lbs | | |
| | | | 380 lbs. | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

CLASSFD

C.O.D. FEE
PREPAID □ $
COLLECT □ $

TOTAL CHARGES: $

**010-129998-1**

B/L

Subject to Section 7 of the conditions, if this shipment is to be ... without ... on the ... consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

FREIGHT CHARGES

☐ PREPAID  Check Box if Charges are to be
☐ COLLECT  ☑ COLLECT

SKD  LSE CTN  DRM  BUN  ☐ SWAC
CRTS  BSKT  RCK  TOTE  ☐ SL & C
SWS-OF  CTN  SWS-STC  CTN

OTHER _____ Subject to NMFC 100/CTI-100 and 49 USC 14706 and DOT 49 CFR 370

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of, said route to destination, and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER: DERINGER-NEY INC.

PER

CARRIER

PER

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.