# Invoice No   000003516N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Fax.......:............: 860-242-5588
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
**4062 Paysphere Circle**
Chicago, IL 60674

**Customer   001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
**32 CELERITY WAGON**
**EL PASO TX 79906**
**USA**

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 07/07/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 000001 | 25353201\03        000        U/M EA<br>WIPER ASM (MULTI-BUTTON)NEY D*<br>C729 /NEYORO D GRAY<br>Shipper No. N03645     Ship Date: 07/07/2005     BOL No. 1436<br>NEY Part No.012793 | 9,408.00000 | 1.22820 | 11,554.91 |

**Frm**

**Please pay balance due by Sunday August 7, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 11,554.91 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 11,554.91** |
| **Amount Paid** | **$ 11,159.77** |
| **Balance Due** | **$ 395.14** |
| **Late Charge** | **$ 369.76** |
| **Total Due w/ late Charge** | **$ 764.90** |

*CUSTOMER COPY*



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry.....: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.



DERINGER-NEY INC.
Ney Inc.

# Shipping List   N03645

Customer No/Ship To:   001796-0001
Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|---|
| 07/07/2005 | 550023828 | 000564-01 | 14 | 180.00 | CENTRAL TRANSPORT | | 1436 | OUR PLANT |

| Item | Part / Description / Details | | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03        000        U/M EA      SO Item  1, Release 075 WIPER ASM (MULTI-BUTTON)NEY D* C729 /NEYORO D GRAY | | | | | | | |
| | NEY Part No. 012793 | | | | | | | |

NEY Inc.

_[signature]_   **11/07/2005**

**Q A Supervisor**

Lot/SN(s)    45994GRD257       Qty       9408.00000

9,408.00000

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  9,408.00000

# DELPHI
Energy & Chassis Systems

Page 1 of 3

| Buyer: | |
|---|---|
| Delphi Energy & Chassis Systems<br>5820 Delphi Drive<br>Troy MI 48098 | |

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |



RECEIVED
MAR 2 2 2004

**Deliver to:**
DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

| Vendor No: | 1008126 |
|---|---|
| DUNS No: | 005073895 |

| Payment Terms: ZMN2 | Currency: USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

| Incoterms: FOB Freight Collect |
|---|

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E & C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Notes: |
|---|

Purchasing Contact: McMillian, Tony

Phone: 248-813-4358

Fax: 248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

Energy & Chassis Systems

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |

Version
03/16/2004 14:44:24

RECEIVED
MAR 2 2 2004
RECEIVED

| Item No: | Material No. | Plant |
|---|---|---|
| | Description | |

### Notes Continued

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page  3  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED

MAR 2 2 2004

| Item No. | Material No. Description | Plant | |
|---|---|---|---|

### Notes Continued:

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
**********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keei to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

*INV # 3516N*

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. _1436_

Carrier No. _____

*CENTRAL TRANSPORT*
(Name of Carrier)          (SCAC)

Date _2/2/05_

| | |
|---|---|
| TO: Consignee *DELPHI C - CHIHUAHUA CROSS DOCK* | FROM: Shipper *DERINGER-NEY INC* |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - - or as otherwise provided in Item 430, Sec. 1

Street *CISO 34065*  |  Street *NEY INDUSTRIAL PARK  (860) 242-2281*

Destination *32 (PROPITY WAC* anZip Code  |  Origin *BLOOMFIELD, CT*    Zip Code  *06002 USA*

Route *EL PASO          TX 79906*    Vehicle Number

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pellet w/per ASM (NEYD) (GRO-257) | 180 lb | | |
| 1 | | pellet w/per ASM (NEYD) (SM-10½) | 60 lbs | | |
| | | | 240 lbs. | | |
| | | | | | |
| | | | | | |
| | | BILL THIRD PARTY: DELPHI C (34065) c/o DATA 2 LOGISTICS P.O.BOX 9115 NORWOOD, MA 02062-9115 | | | |
| | | | C1455 70 | | |

REMIT C.O.D. TO ADDRESS:
Note—specifically the shipper to

**010-129507-0**

*CENTRAL TRANSPORT*    Linear   C.C.   S.S   PS-ATTD

**B/L**

C.O.D. FEE PREPAID □ $
COLLECT □

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID     Check Box if except when box     Charges are to be at right is     COLLECT
checked

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification on the date of shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

☑ SKD    LSE CTN    DRM    BUN    □ SWAC
CRTS    BSKT    RCK    TOTE    □ SL & C
SWS-OF    CTN    SWS-STC    CTN
OTHER    SHIP.INIT.

SHIPPER

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

PER

CARRIER

PER

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

# CENTRAL TRANSPORT

**Central Transport Delivery Receipt**

Pro Number
## 010-129507-0

| Ship Date |
|---|
| 07/07/05 |

| Pieces | Weight |
|---|---|
| 2 | 240 |

**Reference Number**

| Org | DC |
|---|---|
| 010- | 799 |

**Freight Terms**
**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**
DELPHI
32 CELERITY WAGON
EL PASO, TX 79906

**Shipper:**
DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-0740
Shipper COD Amount
0.0000

---

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper No. **1436**

Carrier No. _____

(Name of Carrier)  CENTRAL TRANSPORT    Date 7/7/05

TO:
Consignee: DELPHI C— CHIHUAHUA CROSS DOCK
Street: CISCO 34005
Destination 32 CELERITY WAGON

FROM:
Shipper: DERINGER-NEY INC.
Street: NEY INDUSTRIAL PARK  (860) 242-2281
Origin: BLOOMFIELD, CT    Zip Code 06002 USA

Route: EL PASO    TX 79906

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/pc/asm (NFPD) (GRO-257) | 180 lb | | |
| 1 | | pallet w/pc/asm (NFPD) (XM-102) | 60 lbs. | | |
| | | | 240 lbs. | | |

BILL THIRD PARTY:
DELPHI C (34045)
c/o DATA 2 LOGISTICS
P.O. BOX #115
NORWOOD, MA 02062-0115

CLASS 70

Pro Number  **010-129507-0**

B/L

**Stamp / Sign Here**

Firm  D E

By  M MILLO
Shipment received in good order

Pieces Received  19 BX

Driver  Joe F    Date 7-12-5

Arrive Time _____    Depart Time _____

---

Pro Number    **010-129507-0**

**Additional Delivery Services Requested**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

Internal Use Only
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Pieces _____
Skids _____
Date _____    Log# _____

# Invoice No  000003529N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

# Duplicate Copy

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 07/08/2005 | NET 30 | BLOOMFIELD | FREIGHT COLLECT | 003 |

| Item | Part / Description / Details | | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03 | 000 | U/M EA | | 4,704.00000 | 1.22820 | 5,777.45 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | Shipper No. N03663    Ship Date: 07/08/2005    BOL No. BAX 805509935 | | | | | | |
| | NEY Part No.012793 | | | | | | |

Frm

**Please pay balance due by Sunday August 7, 2005.**

**Late Payment charge maybe deducted if paid within Terms.**

| | |
|---|---|
| Total Item Price | 5,777.45 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 5,777.45** |
| **Amount Paid** | **$ 5,579.88** |
| **Balance Due** | **$ 197.57** |
| **Late Charge** | **$ 184.88** |
| **Total Due w/ late Charge** | **$ 382.45** |

*CUSTOMER COPY*

# Invoice No 000003529N



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone............: 860-242-2281
Fax................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

Bill to :

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 07/08/2005 | NET 30 | BLOOMFIELD | FREIGHT COLLECT | 003 |

| Item | Part / Description / Details | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA | 4,704.00000 | 1.22820 | 5,777.45 |
|  | WIPER ASM (MULTI-BUTTON)NEY D' | | | |
|  | C729 /NEYORO D GRAY | | | |
|  | Shipper No. N03663      Ship Date: 07/08/2005      BOL No.  BAX 805509935 | | | |
|  | NEY Part No.012793 | | | |

Frm

Please pay balance due by Sunday August 7, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 5,777.45 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| Total Inv Price | $ 5,777.45 |
| Amount Paid | $ 5,579.88 |
| Balance Due | $ 197.57 |
| Late Charge | $ 184.88 |
| Total Due w/ late Charge | $ 382.45 |

*CUSTOMER COPY*

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-3281
Fax.........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

**DERINGER-NEY INC.**
Ney Inc.

**Shipping List**
Customer No/Ship To:   001796-0001
Sales Order Shipper

Ship to :  DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/08/2003 | 550023828 | 000564-01 | 7 | 95.000 | FREIGHT COLLECT | BAX 805509935 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA   SO Item  1, Release 076 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

_signature_  11/07/2005

Q A Supervisor

Lot/SN(s)    45994GRD256      Qty      4704.00000                                               4,704.00000

We sincerely appreciate your order for the items described above.  If this acknowledgement is not correct in any way, please notify me
immediately so we may make the needed corrections before your order is processed.

Total   4,704.00000

*CUSTOMER COPY*                                   Page #   1

# DELPHI

Energy & Chassis Systems

Page 1 of 3

| Buyer: | Requirements Contract |
|---|---|

Buyer:
Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Requirements Contract**

PO Number: 550023828
Date Issued: 01/08/2003
Version: 03/16/2004 14:44:24

MAR 2 2 2004

Deliver to:
DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

Vendor No: 1008126
DUNS No: 005073895

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Payment Terms:** ZMN2 **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E & C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: McMillian, Tony

Phone: 248-813-4358

Fax: 248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 03/16/2004 14:44.24

DELPHI

| DERINGER-NEY INC |
| 1250 TOWN LINE RD |
| MUNDELEIN IL 60060-4448 |

## Requirements Contract

| PO Number | Date Issued |
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004
RECEIVED

| Item No. | Material No. | Plant |
| | Description | |

## Notes(Continued)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract #  --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
costs for labor, material or overhead.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the
understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page  3  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |

Version
03/16/2004 14:44:24

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

INV# 3529N

PAGE  01/01

**BAX GLOBAL**
CORPORATE SUPPORT GROUP
AND EXCHANGE

1-800-CALL-BAX
FOR INFORMATION ON THE
BAX OFFICE NEAREST YOU

| ORIGIN | | DEST. SORT CODE |
|---|---|---|
| 2/05 | BDL | |

AIRBILL NUMBER  805 509 935

PRA'S REFERENCE NO.  V 03663

SHIPPER'S ACCOUNT NO.  362200451

CONSIGNEE'S REFERENCE NO.  550012828

CONSIGNEE'S ACCOUNT NO.

SERVICE REQUESTED
**GUARANTEED SERVICES**
CALL YOUR LOCAL BAX STATION

DEPT./FLOOR

(SHIPPER NAME)  NGER NEY

COMPANY  DELPHI-CHIHUAHUA CROSS DOCK

DEPT./FLOOR

☐ Guaranteed First Arrival (EMR 1)

(SHIPPER NAME)  -242-2281  NATALIE THOMAK

TO (CONSIGNEE NAME)  CISLOP

PHONE NO.

☐ Guaranteed Overnight (EMR 2)

ADDRESS  UGLAS ST

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)  JJ COMMON WAGON

☐ Guaranteed Airport-to-Airport (EMR 3)

CITY  OMFIELD

STATE  CT

ZIP (REQUIRED)  06002

CITY  EL PASO

STATE  TX

ZIP (REQUIRED)  79906

☐ Guaranteed 2nd Day (ER2 0)

☐

**BILLING INFORMATION**

**HANDLING INFORMATION** (SPECIAL RATE MAY APPLY)

**STANDARD SERVICES**

☐ PREPAID (SHIPPER)  $

☐ HOLD AT BAX   ☐ DANGEROUS GOODS   ☐ SATURDAY DELIVERY   ☐ SPECIAL DELIVERY   ☐ CONVENTION

☐ OVERNIGHT (NEXT BUSINESS DAY)

☐ COLLECT (CONSIGNEE)  RATE QUOTE NUMBER

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:

☒ SECOND-DAY

☐ 3RD PARTY (ACCT NO REQD)

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 95 16 | 40 | 44 | | MCSAY/PLASTIC ASSEMBLIES |

☐ BAXSAVER

(NAME)  PHI C-CHIHUAHUA

O.D.

| TOTAL PCS. | TOTAL WT. | REWEIGH | | SKID(S) SAID TO CONTAIN | 4704  JAXWES |
|---|---|---|---|---|---|
| | | | 1 | | NO. OF PIECES |

☐ NEXT FLIGHT AVAILABLE

BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN

RELEASE SIGNATURE  X

☐ OTHER

R  805 509 935

DECLARED VALUE  $

**FOR BAX GLOBAL USE ONLY**

RECEIVED BY BAX AT:
☐ SHIPPER'S DOOR
☐ BAX TERMINAL

OUTSIDE CARRIER:

CHARGES ADVANCED  $

PRO NUMBER

CARRIER NAME

certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along their shipping documents  will be retained on file for at least thirty days.

PER / REPRESENTATIVE SIGNATURE: SIGN NAME X

PRINT NAME X  NATALIE THOMAK  DATE  2/8/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

Signature

Name  J Woods

Date  2/8/05  Time  12:45

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the BAX requires 2 forms of ID, one of which must be government-issued, non-photo.

Non (Negotiable Airbill
Conditions of Carriage On Reverse Side

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE

**SHIPPER COPY**

Yvonne,

I found it!   ☺



03/22/200



Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.................: 860-242-2281
Fax.....................: 860-243-568H
Billing Inquiry......: 847-358-4100
www.DeringerNey.com

Deringer-Ney Inc.

DEATHGER-NEY INC.
Ney Inc.

# Shipping List   N03663

Customer No/Ship To:  001796-0001
Sales Order Shipper

Ship to : DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/08/2005 | 550023828 | 000564-01 | 7 | 95.000 | FREIGHT COLLECT | BAX 805509935 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03     000     U/M EA    SO Item  1, Release 078 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

_[signature]_   07/08/2005

Q A Supervisor

| Lot/SN(s)   45994GRD256      Qty     4704 00000 | | | | | | | 4,704.00000 |

We sincerely appreciate your order for the items described above.  If this acknowledgement is not correct in any way, please notify me
immediately so we may make the needed corrections before your order is processed

Total: 4,704.00000

**IN**
**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No 000003573N

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700         Fax (915)783-4737         Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 07/12/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA | | | 20,832.00000 | 1.22820 | 25,585.86 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N03709     Ship Date: 07/12/2005     BOL No.  1441 | | | | | |
| | NEY Part No.012793 | | | | | |

| | |
|---|---|
| Frm | Total Item Price    25,585.86 |
| | Shipping    0.00 |
| **Please pay balance due by Thursday August 11, 2005.** | Insurance    0.00 |
| Late Payment charge maybe deducted if paid within Terms. | **Total Inv Price    $ 25,585.86** |
| | **Amount Paid    $ 24,710.92** |
| | **Balance Due    $ 874.94** |
| | Late Charge    $ 818.75 |
| | Total Due w/ late Charge    $ 1,693.69 |

CUSTOMER COPY

**IN** Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Deringer-Ney Inc. Fax......................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

**IN** DERINGER-NEY INC.
Ney Inc.

# Shipping List

**Customer No/Ship To:** 001796-0001
**Sales Order Shipper**

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|---|
| 07/12/2005 | 550023828 | 000564-01 | 31 | 395.00 | CENTRAL TRANSPORT | | 1441 | OUR PLANT |

| Item | Part / Description / Details | | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000      U/M EA    SO Item  1, Release 077 | | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | | |
| | | | | | | | | |
| | NEY Part No. 012793 | | | | | | | |
| | | | | | | | | |
| | NEY Inc. | | | | | | | |
| | *[signature]* **11/07/2005** | | | | | | | |
| | Q A Supervisor | | | | | | | |
| | Lot/SN(s)   45994GRD262    Qty    14112.00000 | | | | | | | 20,832.00000 |
| | 45994GRD263    Qty     6720.00000 | | | | | | | |
| | SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT | | | | | | | |
| | BILLING TO: | | | | | | | |
| | DELPHI C (34065) | | | | | | | |
| | C/O DATA2LOGISTICS | | | | | | | |
| | P.O. BOX 9115 | | | | | | | |
| | NORWOOD, MA 02062-9115 | | | | | | | Total  20,832.00000 |

*CUSTOMER COPY*

# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |

Version
03/16/2004 14:44:24

RECEIVED
MAR 2 2 2004
RECEIVED

Vendor No:  1008126
DUNS No:  005073895

Payment Terms: ZMN2    Currency: USD

Payment settled on 2nd, 2nd Month

Incoterms: FOB Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E &  C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:  03/16/2004 14:44:24

# DELPHI

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

PO Number
550023828
Version
03/16/2004 14:44:24

Date Issued
01/08/2003

RECEIVED MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|----------|-------------------------|-------|

## Notes Continued:

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

This Contract replaces previous contract #  --.
********************

********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

********************

********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
********************

********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************

********************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
| --- | --- |
| 550023828 | 01/08/2003 |

Version
03/16/2004 14:44:24

**RECEIVED**

MAR 2 2 2004

| Item No. | Material No. Description | Plant |
| --- | --- | --- |

## Notes Continued:

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*******************
02/10/03 - Alteration to change price on Material No. 25353201 (Item 10).  kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10).  kam

*INV # 3573N*

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. *1444*

**This Shipping Order** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent

*CENTRAL  TRANSPORT*
(Name of Carrier)

Carrier No. _____

(SCAC) _____  Date __7/18/05__

TO:
Consignee *DELPHI C — CHIHUAHUA CROSS DOCK*     FROM:
Shipper *DERINGER-NEY INC.*

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name — or as otherwise provided in Item 430, Sec. 1

Street *CISCO  34065*     Street *NEY INDUSTRIAL PARK*    (860) 242-2281

Destination *3J  CELALITY  WAGON* Zip Code     Origin *BLOOMFIELD, CT*     Zip Code  *06092 USA*

Route *EL PASO*      *TX  79906*

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/par ASM (PAR-6) (FI-740) | 95 lbs | | |
| 2 | | pallets w/par asm (NORD) (GRD-262 N63) | 395 lbs | | |
| 1 | | pallet w/par asm (MOTOR) (d80) | 35 lbs | | |
| 4 | | | 505 | lbs | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

*CLASS 70*

REMIT C.O.D. to ADDRESS _____
specify _____
shipp _____

**010-129900-7**

Linear-s   C.C.   B S   PS-ATT'D

**B/L**

C.O.D. FEE:
PREPAID ☐
COLLECT ☐

Amt. $ _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

TOTAL CHARGES: $ _____

FREIGHT CHARGES

FREIGHT PREPAID  Check Box if
except when box  Charges are to be
at right is  COLLECT
checked  ☐

RECEIVED, subject to the classifications and tariffs in effect on _____ the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents _____ ... which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in po _____ pany at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutu _____ d route to destination and as to each party at any time interested in all or any of said property, that every service to be pe _____ verning classification and the said terms and conditions are hereby agreed to by the shipper and accepted for hi _____ in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted

| | | | | |
|---|---|---|---|---|
| SKD | LSE CTN | DRM | BUN | ☐ SWAC |
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| SWS-OF | CTN | SWS-STC | CTN | |

SHIP  OTHER _____     SHIP.INIT. _____     CARRIER _____

Subject to NMFC 100/CTJI-100 and 49 USC 14706 and DOT 49 CFR 370

PER _____     PER _____     DATE _____

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**CENTRAL TRANSPORT**

# Central Transport Delivery Receipt

Pro Number
**010-129900-7**

| Ship Date | |
|---|---|
| 07/12/05 | |

| Pieces | Weight |
|---|---|
| 4 | 525 |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

Freight Terms

**Freight Charges Are Collect**

SCAC:    CTII

Consignee:

DELPHI C CHIHUAHUA CROSS
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:

DERINGER-NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**

Delivery Trailer: 47-2156

Shipper COD Amount
0.0000

---

This is to certify that the herein-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in ink, in indelible Pencil, or in carbon, and retained by the Agent.

B/L Shipper No.    **1441**
Carrier No.
Date   7/12/05

Carrier   CENTRAL TRANSPORT

TO: Consignee   DELPHI C CHIHUAHUA CROSS DOCK
FROM: Shipper   DERINGER-NEY INC.
Street   CISCA 34065
Street   NEY INDUSTRIAL PARK   (860) 242-2281
Destination   32 CELERITY WAGON   Zip Code
Origin   BLOOMFIELD, CT   Zip Code   06002 USA

| Pieces | No. of Packages, Description of Articles | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| 1 | pallet wper ASm (M9-6) (FE-740) | 95 lb | | |
| 2 | pellets wper asm (M9'9) (640-762,763) | 395 lb | | |
| 1 | pallet wper asm (M9'1) (300) | 35 lb | | |
| 4 | | 525 lbs | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O. BOX 6115
NORWOOD, MA 02062-6115

Class 70

**010-129900-7**

B/L

SCAC:    CTII

Pro Number
**010-129900-7**

---

## Stamp / Sign Here

Firm

By

Shipment received in good order

Pieces Received

Driver   Date

JUL 1 8 2005

Arrive Time   Depart Time

---

# Pro Number    010-129900-7

Additional Delivery Services Requested

| | | |
|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Internal Use Only

# And Type of Container _____   Desc. _____
Part # _____   Skids _____
City of Pcs Affected _____   Date _____   Log# _____

# Invoice No  000003574N

**DN** Deringer-Ney Inc.

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

Ney Inc.

| Please remit to: |
|---|
| Deringer-Ney Inc. |
| 4062 Paysphere Circle |
| Chicago, IL  60674 |

**Customer   001796**

# Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700     Fax (915)783-4737     Sales Order: 001666

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 55C069680 | 07/12/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25342895\02                    U/M EA | | 1,280.00000 | 1.70960 | 2,188 29 |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | | | |
| | Shipper No. N03710    Ship Date: 07/12/2005    BOL No. 1441 | | | | |
| | NEY Part No.012120 | | | | |

| | | |
|---|---|---|
| **Frm** | Total Item Price | 2,188.29 |
| | Shipping | 0.00 |
| **Please pay balance due by Thursday August 11, 2005.** | Insurance | 0.00 |
| | **Total Inv Price** | **$ 2,188.29** |
| Late Payment charge maybe deducted if paid within Terms. | **Amount Paid** | **$ 1,546.44** |
| | **Balance Due** | **$ 641.85** |
| | Late Charge | $ 70.03 |
| | Total Due w/ late Charge | $ 711.88 |

*CUSTOMER COPY*

Page  1



**Shipping List**    N03710

Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

**DERINGER-NEY INC.**
Ney Inc.

Customer No/Ship To:  001796-0001
Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/12/2005 | 550069680 | 001666-00 | 2 | 35.000 | CENTRAL TRANSPORT | 1441 | OUR PLANT |

| Item | Part / Description / Details | | | Ship Qty |
|---|---|---|---|---|
| 000001 | 25342895\02                        U/M EA    SO Item  1, Release 009 | | | |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | | |
| | NEY Part No. 012120 | | | |

NEY Inc.

*[signature]* 11/07/2005

Q A Supervisor

Lot/SN(s)   4558944727      Qty     1280.00000                                    1,280.00000

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total   1,280.00000

*CUSTOMER COPY*                      Page #    1

11/09/2005   13:09    8602425688

# DELPHI

Energy & Chassis System

Page  1  of  2

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005 11:54:36 | |

| Vendor No: | 1010951 |
|---|---|
| DUNS No: | 126011431 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

**Incoterms:** FOB-Freight Collect

| Item No. | Material No. Description | | Plant | | |
|---|---|---|---|---|---|
| 00010 | 25342895 | | HT01 DELPHI E &  C CHIHUAHUA | | |
| | WIPER ASM-FUEL LVL SEN | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2005 | USD | 1,677.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract #  --
* * * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * *

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company.

Purchasing Contact: McMullun, Tony

Phone: 248-813-4358

Fax: 248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

11/09/2005  13:09    8602425688

# DELPHI
——————————————————————————————— Energy & Chassis Systems

Page  2  of  2

| DERINGER-NEY INC |
| 2 DOUGLAS ST |
| NEY INDUSTRIAL PARK |
| BLOOMFIELD CT  06002-3690 |

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005 11:54:36 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

### Notes Continued:

* * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * *

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * *

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract") A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
* * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * *
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
* * * * * * * * * * * * * * * * * * *

INV # 35740

This Shipping Order *(except as noted)* *(contents and condition of contents of packages unknown)* marked, consigned, and destined as indicated below, which said company agrees to carry to its usual place of delivery at said destination, if on its own line, otherwise to deliver to another carrier on the route to said destination

**This Shipping Order** *(except as noted)* *(contents and condition of contents of packages unknown)*, marked, consigned, and retained by the Agent

Shipper No. _____ 1441

Carrier No. _____

CENTRAL    TRANSPORT                    Date ____ 7/18/05
(Name of Carrier)                                        (SCAC)

TO:
Consignee  DELPHI - CHIHUAHUA CROSS DOCK
Street  CISCO 34065
Destination  3d CALIDAD WAGON   Zip Code

FROM:
Shipper:  DERINGER-NEY INC.
Street:  NEY INDUSTRIAL PARK  (860) 242-2281
Origin  BLOOMFIELD CT    Zip Code  06002 USA

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · · or as otherwise provided in Item 430, Sec. 1

Route  EL PASO              TX   79906

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/pcc ASM (FM-6)(FE-740) | 95 lbs | | |
| 2 | | pallets w/pcc ASM (NPD)(SLN-262)(63) | 395 lbs | | |
| 1 | | pallet w/pcc ASM (NISSAN)(JXX) | 35 lbs | | |
| 4 | | | 525 | lbs | |

BILL THIRD PARTY:
DELPHI C (34085)
c/o DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

CLASS 70

REMIT C.O.D. ADDRESS

010-129900-7

B/L

C.O.D. FEE PREPAID ☐
COLLECT ☐

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

TOTAL CHARGES $

**FREIGHT CHARGES**
FREIGHT PREPAID   Check Box if
except when box   Charges are to be
at right is        ☐ COLLECT
checked

RECEIVED, subject to the classifications and lawfully in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ☐ SKD | ___ LSE CTN | ___ DRM | ___ BUN | ☐ SWAC |
| ___ CRTS | ___ BSKT | ___ RCK | ___ TOTE | ☐ SL & C |
| ___ SWS-OF ___ CTN | | ___ SWS-STC ___ CTN | | |

SHIP ☐ OTHER _____  SHIP.INT. _____

PER _____

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations

**CENTRAL TRANSPORT**

Pro Number
**010-129900-7**

| Ship Date |
|---|
| 07/12/05 |

| Pieces | Weight |
|---|---|
| 4 | 525 |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

Freight Terms
**Freight Charges Are Collect**

SCAC          CTII

Consignee:

DELPHI C CHIHUAHUA CROSS
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:

DERINGER-NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

Special Instructions
Delivery Trailer: 47-2156

Shipper COD Amount
0.0000

Central Transport Delivery Receipt

---

R/G
Shipping No. **1441**
Carrier No.

CENTRAL TRANSPORT          Date

TO Consignee  DELPHI C - CHIHUAHUA CROSS DOCK          FROM  DERINGER-NEY INC
Street  CISCA 37065          Street  NEY INDUSTRIAL PARK   (860) 242-2201
Destination  32 CELERITY WAGON  Zip Code          Origin  BLOOMFIELD, CT   Zip Code  06002 USA

| | | Kind of Packages, Description of Articles, Special Marks and Exceptions | WEIGHT (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet upc dam (PM-6)(FE-740) | 95 lb | | |
| 2 | | pellets w/upc dam (x 10)(560-462-4463) | 395 lb | | |
| 1 | | pallet upc dam (MPM)(dam) | 35 lb | | |
| | | | 525 lbs | | |

BILL THIRD PARTY:
DELPHI C/MMIS
c/o DATA 2 LOGISTICS
P.C.BOX 6115
NORWOOD, MA 02062-9116

010-129900-7
B/L

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if
charges are to be
prepaid    [ ] COLLECT

Pro Number          010-129900-7

Additional Delivery Services Requested

Firm
By
Pieces Received
Driver                    Date
Arrive Time          Depart Time  510



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.......................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No  000003627N

**Customer   001796**

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

# Duplicate Copy

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 07/14/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03     000     U/M EA | | | 14,112.00000 | 1.22820 | 17,332.36 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N05768     Ship Date: 07/14/2005     BOL No. 1446 | | | | | |
| | NEY Part No.012793 | | | | | |

Frm

Please pay balance due by Saturday August 13, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 17,332.36 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| Total Inv Price | $ 17,332.36 |
| Amount Paid | $ 16,739.65 |
| Balance Due | $ 592.71 |
| Late Charge | $ 554.64 |
| Total Due w/ late Charge | $ 1,147.35 |

*CUSTOMER COPY*



Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Deringer-Ney Inc.   Phone....................: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry.......: 847-560-4100
www.DeringerNey.com

**DERINGER-NEY INC.**
Ney Inc.

**Shipping List**   N03768

Customer No/Ship To:  001796-0001
Sales Order Shipper

**Ship to :** DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | FOB |
|---|---|---|---|---|---|---|---|
| 07/14/2005 | 550023828 | 000564-01 | 21 | 265.00 | CENTRAL TRANSPORT | 1446 | OUR PLANT |

| Item | Part / Description / Details | | Ship Qty |
|---|---|---|---|
| 000001 | 25353201\03        000        U/M EA   SO Item  1, Release 078<br>WIPER ASM (MULTI-BUTTON)NEY D*<br>C729 /NEYORO D GRAY<br><br>NEY Part No. 012793<br><br><br><br>NEY Inc.<br><br><br>_(signature)_  11/07/2005<br>Q A Supervisor<br><br>Lot/SN(s)   45994GRD269     Qty    14112.00000 | | 14,112.00000 |
| | SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT<br>BILLING TO:<br>DELPHI C (34065)<br>C/O DATA2LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115 | | Total  14,112.00000 |

*CUSTOMER COPY*


DELPHI
Energy & Chassis Systems

Page 1 of 3

**Buyer:**
Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**
DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

Vendor No: 1008126
DUNS No: 005073895

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB: Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E & C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: McMillian, Tony

Phone: 248-813-4356

Fax: 248-813-4577

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed   03/16/2003 14:44:24

DELPHI

Energy & Chassis Systems

Page 2 of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

### Requirements Contract

PO Number
550023828
Version
03/16/2004 14:44:24

Date Issued
01/08/2003

RECEIVED MAR 2 2 2004

| Item No. Material No. Description | Plant |
| --- | --- |

### Notes Continued:

*******************

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************

This Contract replaces previous contract # --.
*******************

*******************

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

*******************

*******************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*******************

*******************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************

*******************

The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

DELPHI ————————————————————————————— Energy & Chassis Systems

Page  3  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

| Requirements Contract | |
|---|---|
| PO Number | Date Issued |
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004
ILLEGIBLE

| Item No. | Material No. Description | | Plant | | |
|---|---|---|---|---|---|

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*******************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

INV # 3627N

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. __1446__

Carrier No. _____

CENTRAL TRANSPORT
(Name of Carrier)                    (SCAC)

Date __7/14/05__

TO:
Consignee  DELPHI C — CHIHUAHUA CROSS DOCK
FROM:
Shipper  DERINGER-NEY INC.

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - or as otherwise provided in Item 430, Sec. 1

Street  CISCO  34065
Street  NEY INDUSTRIAL PARK  (860) 242-2281

Destination  3d CENTURY WAGON  Zip Code
Origin  BLOOMFIELD, CT  Zip Code  06002 USA

Route  EL PASO  TX  79906

Vehicle Number

| Route No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/per isms (GRA-269) | 265 lbs. | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | BILL THIRD PARTY:<br>DELPHI C (34065)<br>c/o DATA 2 LOGISTICS<br>P.O.BOX 9115<br>NORWOOD, MA 02062-9115 | | | |
| | | CLASS 70 | | | |

REMIT
C.O.D.
ADDRE
specific
Th
shipper

[barcode]
010-129921-3
CENTRAL TRANSPORT

Linear | C.C. | B.S. | PB-ATTD.
B/L

C.O.D. FEE:
PREPAID □  $
COLLECT □

TOTAL
CHARGES: $

FREIGHT CHARGES

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

FREIGHT PREPAID
except when box
at right is
checked

Check Box if
Charges are to be
COLLECT

___ SKD  ___ LSE CTN  ___ DRM  ___ BUN  □ SWAC
___ CRTS  ___ BSKT  ___ RCK  ___ TOTE  □ SL & C
___ SWS-OF  ___ CTN  ___ SWS-STC  ___ CTN
OTHER _____  SHIP.INIT. _____

of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation livery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is said route to destination and as in each party at any time interested in all or any of said property, that every service to governing classification on the date of shipment.
ns in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted

Subject to NMFC 100/CTII-103 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER  DERINGER-NEY INC.
CARRIER
(Signature of Carrier)

PER
PER
DATE

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**CENTRAL TRANSPORT**

Pro Number

**010-129921-3**

# Central Transport Delivery Receipt

| Ship Date |
|---|
| 07/14/05 |

| Pieces | Weight |
|---|---|
| 1 | 265 |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

**Freight Terms**

**Freight Charges Are Collect**

SCAC: CTII

**Consignee:**

DELPHI C CHIHUAHUA 34065
32 CELERITY WAGON ST
EL PASO, TX 79906

**Shipper:**

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**

Delivery Trailer: 53-8754

Shipper COD Amount
0.0000

---

Shipper No. **1446**
Carrier No.
Date 7/14/05

TO: DELPHI C CHIHUAHUA 34065    FROM: DERINGER-NEY INC.
Street CLESS 34065    Street NEY INDUSTRIAL PARK (860) 242-2281
Destination 3d CELERITY WAGON    Origin BLOOMFIELD, CT    Zip Code 06002 USA
EL PASO    TX 79906

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Rate | Charges |
|---|---|---|---|---|---|
| | | pallet whee ass'y (ERO-265) | 265 | /41 | |

BILL THIRD PARTY:
DELPHI C 34065
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

(ITS 170)

010-129921-3    B/L

PER DERINGER-NEY INC.

**Pro Number**

## 010-129921-3

Additional Delivery Services Requested

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

**Stamp / Sign Here**

Firm _Delphi_

By _mmuua_

Pieces Received _216x_

Driver _____ Date 010

Arrive Time _____

Depart Time _____



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No  000003702N

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

Customer  001796

# Duplicate Copy

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 001245

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069681 | 07/20/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25160689\52<br>WIPER ASM<br>PALINEY 6 SR/HT<br>Shipper No. N03851    Ship Date: 07/20/2005    BOL No.  1400<br>NEY Part No.010170 | U/M EA | 10,080.00000 | 0.78820 | 7,945.06 |

Frm

Please pay balance due by Friday August 19, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 7,945.06 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| Total Inv Price | $ 7,945.06 |
| Amount Paid | $ 3,939.71 |
| Balance Due | $ 4,005.35 |
| Late Charge | $ 254.24 |
| Total Due w/ late Charge | $ 4,259.59 |

*CUSTOMER COPY*



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Deringer-Ney Inc.   Fax........................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

# Shipping List   N03851

Customer No/Ship To:  001796-0001
Sales Order Shipper

DERINGER–NEY INC.
Ney Inc.

**Ship to :** **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|---|
| 07/20/2005 | 550069681 | 001245-01 | 15 | 190.00 | CENTRAL TRANSPORT | | 1400 | OUR PLANT |

| Item | Part / Description / Details | | Ship Qty |
|---|---|---|---|
| 000001 | **25160689\52**                                        U/M EA    SO Item  7, Release 008<br>WIPER ASM<br>PALINEY 6 SR/HT<br><br>NEY Part No. 010110<br><br><br><br>NEY Inc.<br><br>*[signature]*   **11/07/2005**<br>Q A Supervisor<br><br>Lot/SN(s)    46074FI327     Qty    10080.00000 | | 10,080.00000 |
| | SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT<br>BILLING TO:<br>DELPHI C (34065)<br>C/O DATA2LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115 | | Total   10,080.00000 |

# DELPHI

Energy & Chassis Systems

Buyer:

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069681 | 01/27/2005 |
| Version | |
| 01/27/2005 11:57:05 | |

Deliver to:

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

| Vendor No: | 1010951 |
|---|---|
| DUNS No: | 126011431 |

**Payment Terms:** ZMN2      **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB-Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25160689 WIPER ASM | HT01 DELPHI E &  C CHIHUAHUA |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2005 | USD | 788.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

This Contract replaces previous contract # --.
*******************

...................

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company.

FEB 01 2005

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

Energy & Chassis Systems

Page  2  of 2

DERINGER-NEY INC.
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069681 | 01/27/2005 |
| Version | |
| 01/27/2005 11:57:05 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Trace Shipment**

| Trace Results | | | | 11/7/2005 - 4:37 PM |
|---|---|---|---|---|
| **Pro Number:** | **BOL Number:** | **Pieces:** | **Weight:** | **Destination:** |
| 010-129943-7 | 1400 | 1 | 190 | N/A |
| | **BOL** | | | |
| **Pickup Date:** | **Est Delivery Date:** | **Delivery Date:** | | |
| 07/20/2005 | N/A | 7/28/2005 | | |
| **Current Location:** | **Status:** | | | |
| N/A | Delivered (Click Image to view Delivery Receipt - if available ) | | | |
| | **DR** | | | |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**. Click here to download Acrobat Reader.

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax.....................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No   000003717N

**Customer**   001796

## Duplicate Copy

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700       Fax (915)783-4737       Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 07/21/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201103 | 000 | U/M EA | 16,800 00000 | 1.22820 | 20,633.76 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N03866    Ship Date: 07/21/2005    BOL No.  1403 | | | | | |
| | NEY Part No.012703 | | | | | |

Frm

Please pay balance due by Saturday August 20, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 20,633.76 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| Total Inv Price | $ 20,633.76 |
| Amount Paid | $ 19,928.16 |
| Balance Due | $ 705.60 |
| Late Charge | $ 660.28 |
| Total Due w/ late Charge | $ 1,365.88 |

*CUSTOMER COPY*



Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone .. .... .... 860-242-2281
Fax .. ........... .. 860-242-5688
Billing Inquiry .... 847-566-4100
www.deringerNey.com

Deringer-Ney Inc.

DERINGER-NEY INC
Ney Inc.

**Shipping List**

N03866

Customer No/Ship To:  001796-0001
Sales Order Shipper

Ship to :  DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|-----------|-------------|-------------|------------|--------|----------|----------------|-------|
| 07/21/2005 | 550023828 | 000564-01 | 25 | 325.00 | CENTRAL TRANSPORT | 1403 | OUR PLANT |

| Item | Part / Description / Details | | Ship Qty |
|------|------------------------------|---|----------|
| 000001 | 25353201\03          000      U/M EA    SO Item  1,  Release 079<br>WIPER ASM (MULTI-BUTTON)NEY D'<br>C729 /NEYORO D GRAY<br><br>NEY Part No. 012793 | | |

NEY Inc.

_signature_  11/07/2005

Q A Supervisor

| Lot/SN(s) | 46120GRD279 | Qty | 2688.00000 | | 16,800.00000 |
| | 46120GRD280 | Qty | 14112.00000 | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  16,800.00000

CUSTOMER COPY

11/09/2005  13:09   8602425688

# DELPHI
_____ Energy & Chassis Systems

Page  1  of 3

<table>
<tr><td>

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

</td></tr>
</table>

<table>
<tr><td>

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

</td></tr>
</table>

<table>
<tr><td>

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

</td></tr>
</table>



**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

Vendor No:  1008126
DUNS No:   005073895

**Payment Terms: ZYN2**        **Currency:  USD**

Payment settled on 2nd, 2nd Month

**Incoterms:  FOB Freight Collect**

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| 00010 | 25353201 | | | HT01 DELPHI E &   C CHIHUAHUA | | |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: McMillian Tony

Phone: 248-813-4358

Fax: 248-813-4572

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

11/09/2005   13:09   8602425688

DELPHI _____ Energy & Chassis Systems

Page  2  of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

PO Number                          Date Issued
550023828                          01/08/2003
Version
03/16/2004 14:44:24

RECEIVED  MAR 2 2004

| Item No. | Material No. Description | Plant |
|----------|-------------------------|-------|

**Notes Continued:**

*****************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*****************

This Contract replaces previous contract # --.
*****************

*****************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing Instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

*****************

*****************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*****************

*****************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website,
delphi.com  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
*****************

*****************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
costs for labor material or overload

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the
understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page 3 of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED

MAR 2 2 2004

| Item No. Material No. Description | | Plant |
|---|---|---|

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

Inv of 5717A

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. **1403**

Carrier No. _____

CENTRAL TRANSPORT
(Name of Carrier)                    (SCAC)

Date 7/21/05

| | |
|---|---|
| TO: Consignee DELPHI L - CHIHUAHUA CROSS DOCK | FROM: Shipper DERINGER-NEY INC |
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name — or as otherwise provided in Item 430, Sec. 1 | |
| Street C1510 J4065 | Street NEY INDUSTRIAL PARK  (860) 242-228 |
| Destination 32 CPPCITY WA G024 Code | Origin BLOOMFIELD, CT        Zip Code  06002 US |
| Route EL PASO   TX   79906 | Vehicle Number |

| No Shipping Units | * h/u | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 2 | | pallets w/p-r asm (NEY-0) (GRA-279280) | 325 lbs | | |
| 1 | | pallet w/p-r asm (DIV-0) (DSDC-100) | 85 lbs | | |
| 3 | | | 410 lbs | | |

BILL THIRD PARTY:
DELPHI C (34055)
c/o DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

CLASS 70

010-129949-4

Linen-ft    C.C.    B B    PS-ATTD

B/L

CENTRAL TRANSPORT

| | | | | SWAC |
|---|---|---|---|---|
| 3 SKD | LSE CTN | DRM | BUN | |
| CRTS | BSKT | RCK | TOTE | SL & C |
| SWS-OF | CTN | SWS-STC | CYN | |

OTHER _____    SHIP.INIT. _____

Subject to NMFC 100/CTH-100 and 49 USC 14706 and 601 49 CFR 370

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignee)

TOTAL CHARGES $

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if Charges to be except when box advanced checked   ☐ COLLECT

CARRIER _____

PER _____

**CENTRAL TRANSPORT**

## Central Transport Delivery Receipt

Pro Number
**010-129949-4**

| Ship Date | |
|---|---|
| 07/21/05 | |
| Pieces | Weight |
| 3 | 410 |

Reference Number

| Org | OC |
|---|---|
| 010 | 799 |

Freight Terms

**Freight Charges Are Collect**

SCAC:    CTII

Consignee:

DELPHI C CHIHUAHUA PLT 34
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**

Delivery Trailer: 47-2062
Shipper COD Amount
0.0000

---

Shipper No. **1403**

DERINGER-NEY INC
NEY INDUSTRIAL PARK    (860) 242-228
BLOOMFIELD, CT

FILL THIRD PARTY:
DELPHI C (34649)
UN DATA LOGISTICS
P O BOX 2115
NORWOOD, MA 02062-0115

010-129949-4

B/L

---

### Stamp / Sign Here

Firm _____

By _____
Shipper and received in good order

Pieces Received _____

Driver _____  Date _____

---

Pro Number      **010-129949-4**

Additional Delivery Services Requested

| | | | | | |
|---|---|---|---|---|---|
| Inside Delivery | $70.00 | Sort - Segregate | $90.00 | Driver Delay | $75.00 |
| Residential Delivery | $50.00 | Tailgate | $90.00 | Redeliver | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees in the category listed above.

Customer Signature _____

Internal Use Only

Qty of Plts Affected _____    Date _____    Log _____



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry......: 847-586-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No  000003724N

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

Bill to :

**DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO TX 79906
USA**

SHIPPED TO ADDRESS:
DELPHI C ·CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 001666

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069680 | 07/21/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 000001 | 25342895\02            U/M EA<br>WIPER-DIESEL MULTIBUTTON NEYD·<br>Shipper No. N03873   Ship Date: 07/21/2005   BOL No.  1403<br>NEY Part No. 012120 | 3,840.00000 | 1.70960 | 6,564.86 |

Frm

Please pay balance due by Saturday August 20, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 6,564.86 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| Total Inv Price | $ 6,564.86 |
| Late Charge | $ 210.08 |
| Total Due w/ late Charge | $ 6,774.94 |



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.



DERINGER-NEY INC.
Ney Inc.

# Shipping List   N03873

Customer No/Ship To:   001796-0001

Sales Order Shipper

**Ship to :** DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/27/2005 | 550069880 | 001666-00 | 6 | 85.000 | CENTRAL TRANSPORT | 1403 | OUR PLANT |

| Item | Part / Description / Details | | | Ship Qty |
|---|---|---|---|---|
| 000001 | 25342895\02 | U/M EA   SO Item  1, Release 009 | | |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | | |
| | NEY Part No. 012120 | | | |
| | NEY Inc. | | | |
| | _signature_  11/07/2005 | | | |
| | Q A Supervisor | | | |
| | Lot/SN(s)   45589DSDL100     Qty     3840.00000 | | | 3,840.00000 |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  3,840.00000

*CUSTOMER COPY*          Page #   1

## Trace Shipment

### Trace Results                                          11/7/2005 - 4:38 PM

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 010-129949-4 | 1403 | 3 | 410 | N/A |
| | BOL | | | |

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 07/21/2005 | N/A | 8/1/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt - if available ) |
| | DR |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader.**
Click here to download Acrobat Reader.

11/05/2005  15:05    8682425688

# DELPHI

Energy & Chassis System

Page 1 of 2

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005  11:54:36 | |

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT  06002-3690

| Vendor No: | 1010951 |
|---|---|
| DUNS No: | 126011431 |

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 25342895 | HT01 DELPHI E &  C CHIHUAHUA | | | | |
| | WIPER ASM-FUEL LVL SEN | | | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01/01/2004 | 12/31/2005 | USD | 1,677.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract #  --.
*******************

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

FEB 01 2005

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

Energy & Chassis Systems

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005 11:54:36 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

### Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INV# 3704

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. **1403**

Carrier No. _____

Name of Carrier: *CENTRAL TRANSPORT*   (SCAC)

Date _7/21/05_

| | |
|---|---|
| TO: Consignee *DELPHI C - CHIHUAHUA CROSS DOCK* | FROM: Shipper **DERINGER-NEY INC** |
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - or as otherwise provided in Item 430, Sec. 1 | |
| Street *CISCO 34065* | Street **NEY INDUSTRIAL PARK** (860) 242-228 |
| Destination *32 CELERCITY WA G* Zip Code | Origin **BLOOMFIELD, CT**   Zip Code   06002 US |
| Route *EL PASO TX 79906* | Vehicle Number |

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 2 | | ps llets w/per asm (NEY-0) (CRO-279280) | 325 lbs | | |
| 1 | | pallet w/per asm (010-07) (OSEC-100) | 85 lbs | | |
| 3 | | | 410 lbs | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

CLASS 70

REMIT C.O.D. ADDRESS

**010-129949-4**

CENTRAL TRANSPORT   | Linear ft | C.C. | S S | PS-ATTD |   **B/L**

C.O.D. FEE:
PREPAID □ $
COLLECT □

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if
except when box   Charges are to be
at right is   prepaid
checked   □ COLLECT

| 3 SKD | LSE CTN | DRM | BUN | □ SWAC |
| CRTS | BSKT | RCK | TOTE | □ SL & C |
| SWS-OF | CTN | SWS-STC | CTN | |
| OTHER | | | SHIP.INIT. | |

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

nt the Bill of Lading, the property described above in apparent good order, except as noted (contents and condition which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination at and route to destination and as to each party at any time interested in all or any of said property, that every service to governing classification on the date of shipment is in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted.

CARRIER   _Ray Schmidt_

PER   781(3/2752)

R ____   ck with "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulations.

# Invoice No 000003799N



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:

Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

# Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 07/25/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA<br>WIPER ASM (MULTI-BUTTON)NEY D*<br>C729 /NEYORO D GRAY<br>Shipper No. N03953     Ship Date: 07/26/2005     BOL No.<br>NEY Part No.012793 | 30,240.00000 | 1.22820 | 37,140.77 |

Frm

**Please pay balance due by Thursday August 25, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 37,140.77 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 37,140.77** |
| **Amount Paid** | **$ 35,870.69** |
| **Balance Due** | **$ 1,270.08** |
| **Late Charge** | **$ 1,188.50** |
| Total Due w/ late Charge | **$ 2,458.58** |

*CUSTOMER COPY*



Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Deringer-Ney Inc.  Fax........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

# Shipping List  N03953

Customer No/Ship To:  001796-0001
Sales Order Shipper

**DERINGER-NEY INC.**
Ney Inc.

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/26/2005 | 550023828 | 000564-01 | 45 | 700.00 | **CENTRAL TRANSPORT** | | **OUR PLANT** |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03    000    U/M EA    SO Item  1,  Release 080 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

_[signature]_  **11/07/2005**

Q A Supervisor

| | Lot/SN(s)  45994GRD270  Qty  14112.00000 | | | | | | 30,240.00000 |
| | 45994GRD271  Qty  16128.00000 | | | | | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  30,240.00000

11/09/2005  13:09  8602425688

# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

Vendor No: 1008126
DUNS No: 005073895

**Payment Terms:** 2M/2  **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E & C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillian, Tony

Phone: 248-813-4358

Fax: 248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:  03/16/2004 14:44:24

# DELPHI

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

PO Number
550023828
Version
03/16/2004 14:44:24

Date Issued
01/08/2003

RECEIVED
MAR 2 2 2004

## Item No.   Material No.
Description

Plant

## Notes Continued

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

This Contract replaces previous contract #  --.
*********************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*********************

*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
*********************

*********************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the
understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page  3  of  3

---

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED

MAR 2 2 2004

---

**Item No.    Material No.                              Plant**
**Description**

---

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

Reorder Form
No. 7-45433

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

## STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Shipper No. __1407__

Carrier No. _____

Date __7/26/05__

Central Transport
(Name of Carrier)                          (SCAC)

TO: Consignee  Delphi C – Chihuahua Cross Dock      FROM: Shipper  DERINGER-NEY INC.

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name.

Street  CISCO  34065                Street  NEY INDUSTRIAL PARK  (860) 242-228_

Destination 32 Celerity Wag  Code      Origin  BLOOMFIELD, CT        Zip Code  06002 US

Route  El paso, TX  79986          Vehicle Number

| No. Shipping Units | *HM | Kind of Packaging, Description of Article, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet  multi Button Nays prt | 90 lbs | | |
| | | DSPL – 102 | | | |
| 3 | | pallet  multi Button Ney D | 700 lbs | | |
| | | GRD-270, GRD-271 | | | |
| | | GRD-271 A | | | |
| | | | Total 790 lbs | | |
| | | | Class 70 | | |

REM. C.O.D. TO ADDRESS

C.O.D. Amt. $

COD FEE PREPAID $ COLLECT $

TOTAL CHARGES $

Driver's Signature Only Acknowledges Receipt of Freight

010-131217-2
SHIPPER LABEL

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked      Check Box if Charge are to be  ✓ COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER  DERINGER-NEY INC.        CARRIER _____  7-26  (3 PLTS)

PER                                PER

*Mark with "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulations.