

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax........................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No  000003800N

| Please remit to: | **Customer   001796** |
|---|---|
| Deringer-Ney Inc. | |
| 4062 Paysphere Circle | |
| Chicago, IL  60674 | **Duplicate Copy** |

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700     Fax (915)783-4737     Sales Order: 001666

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069680 | 07/26/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25342895\02 | U/M EA | 3,200.00000 | 1.70960 | 5,470.72 |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | | | |
| | Shipper No. N03954    Ship Date: 07/26/2005    BOL No. | | | | |
| | NEY Part No.012120 | | | | |

| Frm | | |
|---|---|---|
| | Total Item Price | 5,470.72 |
| **Please pay balance due by Thursday August 25, 2005.** | Shipping | 0.00 |
| | Insurance | 0.00 |
|   Late Payment charge maybe deducted if paid within Terms. | **Total Inv Price** | **$ 5,470.72** |
| | Late Charge | $ 175.06 |
| | Total Due w/ late Charge | $ 5,645.78 |

*CUSTOMER COPY*

# Shipping List   N03954

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax.............. ..........: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

**DERINGER-NEY INC.**
Ney Inc.

**Customer No/Ship To:** 001796-0001
**Sales Order Shipper**

**Ship to :** **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/26/2005 | 550069680 | 001666-00 | 5 | 90.000 | CENTRAL TRANSPORT | | OUR PLANT |

| Item | Part / Description / Details | | | | Ship Qty |
|---|---|---|---|---|---|
| 000001 | 25342895\02      U/M EA    SO Item 1, Release 010<br>WIPER-DIESEL MULTIBUTTON NEYD*<br><br>NEY Part No. 012120 | | | | |
| | **NEY Inc.**<br><br>_[signature]_  **11/07/2005**<br>**Q A Supervisor** | | | | |
| | Lot/SN(s)   45370DSDL103    Qty    3200.00000 | | | | 3,200.00000 |
| | SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT<br>BILLING TO:<br>DELPHI C (34065)<br>C/O DATA2LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115 | | | | Total   3,200.00000 |

*CUSTOMER COPY*

## Trace Shipment

| Trace Results | | | | 11/7/2005 - 4:40 PM |
| --- | --- | --- | --- | --- |
| **Pro Number:** | **BOL Number:** | **Pieces:** | **Weight:** | **Destination:** |
| 010-131288-3 | 1406 | 1 | 90 | N/A |
| | **BOL** | | | |
| **Pickup Date:** | **Est Delivery Date:** | **Delivery Date:** | | |
| 07/29/2005 | N/A | 8/3/2005 | | |
| **Current Location:** | **Status:** | | | |
| N/A | Delivered (Click image to view Delivery Receipt - if available ) | | | |
| | **DR** | | | |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

11/09/2005  13:09    8602425688

# DELPHI

Energy & Chassis Sys

Page  1  of 2

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005  11:54:36 | |

| Vendor No: | 1010951 |
|---|---|
| DUNS No: | 126011431 |

| Payment Terms ZMN2 | Currency: USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

| Incoterms: | FOB Freight Collect |
|---|---|

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| 00010 | 25342895 | | | HT01 DELPHI E &   C CHIHUAHUA | | |
| | WIPER ASM-FUEL LVL SEN | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2005 | USD | 1,677.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract #  --
**********************

********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

FEB 0 1 2005

Purchasing Contact: McMillan, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

11/09/2005  13:09    8602425688

# DELPHI

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD  CT  06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005 11:54:36 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INV# 3800N

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **1406**

This Shipping Order must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent

Carrier No. _____

CEntral Transport

(Name of Carrier)          (SCAC)

Date **9-28-05**

On Collect on Delivery shipments, the letters "CDD" must appear before consignee's name - or as otherwise provided in Item 430, Sec. 1

TO Consignee: **Delph C Chinvahva Dry XX**   FROM Shipper: **DERINGER-NEY INC.**

Street: **Cisco 34065**   Street: **NEY INDUSTRIAL PARK** **(860) 242-2281**

Destination: **32 Celerity WAgon** Zip Code   Origin: **BLOOMFIELD, CT**   Zip Code **06002 USA**

Route: **El Paso TX. 79906**   Vehicle Number

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | Pallet DSOL-103 | 90 lbs | | |
| | | | | | |

___SKD   ___LSE CTN   ___DRM   ___BUN   ☐ SWAC

___CRTS   ___BSKT   ___RCK   ___TOTE   ☐ SL & C

___SWS-OF ____CTN   ___SWS-STC ____CTN

OTHER_____ SHIP.INIT._____

Subject to NMFC 100/CTU-100 and 49 USC 14706 and DOT-49 CFR 370

Class **50**

**010-131288-3**

C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ $

TOTAL CHARGES: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ per _____

(Signature of Consignor)

**CENTRAL TRANSPORT** Linear-4 ___ C.C. ___ S-S ___ PS-ATTD **B/L**

FREIGHT CHARGES

FREIGHT PREPAID   Check Box if except when box   Charges are to be at right is   ☒ COLLECT checked

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **DERINGER-NEY INC.**   CARRIER

PER _____   PER _____

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.



**CENTRAL TRANSPORT**

## Central Transport Delivery Receipt

Pro Number
**010-131288-3**

| Ship Date | |
|---|---|
| 07/29/05 | |

| Pieces | Weight |
|---|---|
| 1 | 90 |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

Freight Terms
**Freight Charges Are Collect**

SCAC:  CTII

**Consignee:**
DELPHI C CHIHUAHUA CROSS
32 CELERITY WAGON ST
EL PASO, TX 79906

**Shipper:**
DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-0733
Shipper COD Amount
0.0000

---

Shipper No. 1406

Carrier No.

Date 7-28-05

Central Transport

(name of Carrier)

**DERINGER-NEY INC**

NEY INDUSTRIAL PARK    (860) 242-2281

C35CO-34065

Destination **32 Celerity Wagon St**    Origin **BLOOMFIELD, CT**    Zip Code 06002 USA

Route **El Paso, TX 79906**

PALLET  D501-103    90 lbs

Class 50

TOTAL CHARGES

FREIGHT CHARGES
FREIGHT PREPAID
COLLECT

DERINGER-NEY INC.    7-29 (PLT 2)

010-131288-3

---

## Pro Number    010-131288-3

Additional Delivery Services Requested

| | | | | | |
|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____Date_____

Internal Use Only
# And Type of Container_____    Desc._____
Part #_____    Skids_____
Qty. of Pcs Affected_____    Date____  Log#____

---

**Stamp / Sign Here**

Firm  _Delphi_

By  _m mulla_
Shipment received in good order

Pieces Received  _5 BKS_

Driver  _Jesus_    Date  _8/03/05_

Arrive Time _7:07_  Depart Time _7:36_

All claims for loss or damage must be reported immediately. Or ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(d)

# Invoice No   000003866N

**IN**

**Deringer-Ney Inc.**

Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO TX 79906
USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 001245

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069681 | 07/29/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25160689\52 | U/M EA | 3,360.00000 | 0.78820 | 2,648.35 |
| | WIPER ASM | | | | |
| | PALINEY 6 SR/HT | | | | |
| | Shipper No. N04023    Ship Date: 07/29/2005    BOL No. | | | | |
| | NEY Part No. 010110 | | | | |

| | | |
|---|---|---|
| Frm | Total Item Price | 2,648.35 |
| | Shipping | 0.00 |
| **Please pay balance due by Sunday August 28, 2005.** | Insurance | 0.00 |
| | **Total Inv Price** | **$ 2,648.35** |
| Late Payment charge maybe deducted if paid within Terms. | **Late Charge** | **$ 84.75** |
| | **Total Due w/ late Charge** | **$ 2,733.10** |

*CUSTOMER COPY*

# Shipping List   N04023

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.........................: 860-242-2281
Fax.............................: 860-242-5688
Billing Inquiry..........: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

DERINGER-NEY INC.
Ney Inc.

Customer No/Ship To:  001796-0001
**Sales Order Shipper**

**Ship to :  DELPHI C -CHIHUAHUA CROSS DOCK**
CISCO 34065
**32 CELERITY WAGON**
**EL PASO TX 79906**
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 07/29/2005 | 550069681 | 001245-01 | 5 | 95.000 | CENTRAL TRANSPORT | | OUR PLANT |

| Item | Part / Description / Details | | | Ship Qty |
|---|---|---|---|---|
| 000001 | **25160689\52**   • U/M EA    SO Item  7,  Release 010 | | | |
| | WIPER ASM | | | |
| | PALINEY 6 SR/HT | | | |
| | NEY Part No. 010110 | | | |

NEY Inc.

*[signature]*  **11/07/2005**

**Q A Supervisor**

| Lot/SN(s) | 46018FI328 | Qty | 672.00000 | | |
| | 46074FI328 | Qty | 2688.00000 | | 3,360.00000 |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  3,360.00000

---

*SHIPPING DEPARTMENT*

Page #    1

Shipper Confirm Y
Printed on 11/07/2005 01:34:37 PM   PLS

05-44481-rdd    Doc 8100-2    Filed 05/17/07    Entered 05/30/07 15:30:14    Invoices    Pg 10 of 56

## Trace Shipment

### Trace Results

**11/7/2005 - 4:41 PM**

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 010-131289-1 | 1411 | 2 | 345 | N/A |

**BOL**

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 07/29/2005 | N/A | 8/4/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt - if available ) |

**DR**

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**. Click here to download Acrobat Reader.

# DELPHI

Energy & Chassis Systems

Page 1 of 2

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550069681 | 01/27/2005 |
| Version | |
| 01/27/2005 11:57:05 | |

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

Vendor No: 1010951
DUNS No: 126011431

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB-Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25160689 WIPER ASM | HT01 DELPHI E & C CHIHUAHUA |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2005 | USD | 788.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract # --.
*********************

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

FEB 01 2005

Purchasing Contact: McMillian, Tony

Phone: 248-813-4358

Fax: 248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 01/27/2005 11:57:05

# DELPHI

Energy & Chassis Systems

Page  2  of 2

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069681 | 01/27/2005 |
| Version | |
| 01/27/2005 11:57:05 | |

| Item No.    Material No. | Plant |
|---|---|
| Description | |

### Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INV # 3861N

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. 1411

Carrier No. _____

Name of Carrier: Central Transport    (SCAC)    Date 7/29/05

TO: Consignee Delphi C - Chihuahua Cross Dock
FROM: Shipper DERINGER-NEY INC.

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name, or as otherwise provided in Item 430, Sec. 1

Street CISCO STO.65    Street NEY INDUSTRIAL PARK  (860) 242-2281

Destination 32, Celosita Wagon  Zip Code    Origin BLOOMFIELD, CT    Zip Code 06002 USA

Route El Paso, Tx  79906    Vehicle Number

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet  Multi-Button NeyD  DSD - 104 | 250 Lbs | | |
| 1 | | pallet  Wiper Asm  FT-328 | 95 Lbs | | |
| | | | Total 345 Lbs | | |
| | | | Class 70 | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

010-131289-1

B/L

REM C.O.L ADDRESS    Amt: $

C.O.D. FEE:
PREPAID ☐
COLLECT ☐ $

TOTAL CHARGES: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES
FREIGHT PREPAID    Check Box If
except when box    Charges are to be
at right is    checked    ☐ COLLECT

Issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| 2 SKD | LSE CTN | DRM | BUN | ☐ SWAC |
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| SWS-OF | CTN | SWS-STC | CTN | |
| OTHER | | SHIP.INIT. | | |

PER    Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

*Mark with "X" to designate Hazardous Material as defined in the 49 of the code of Federal regulations.

CARRIER _____

PER    7-29    7052

## CENTRAL TRANSPORT

**Central Transport Delivery Receipt**

Pro Number
**010-131289-1**

| Ship Date | 07/29/05 |
|---|---|
| Pieces **2** | Weight **345** |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

Freight Terms
**Freight Charges Are Collect**

**SCAC:    CTII**

Consignee:
DELPHI C CHIHUAHUA CROSS
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:
DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 53-6351
Shipper COD Amount
0.0000

---

Shipper No. **1411**
Carrier No.    Date 7/29/05

Central Transport

TO Consignee: Delphi - Chihuahua Cross Dv    FROM/Shipper: DERINGER-NEY INC
NEY INDUSTRIAL PARK  (860) 242-2281
BLOOMFIELD CT    06002 USA

Destination 32, celerity wagon St
Route EL PASO, TX 79906

| Pallet | Kind of Packaging, Description of Articles | Weight | RATE | CHARGES |
|---|---|---|---|---|
| 1 pallet | multi-Button WgD DSD - 104 | 250 lb | | |
| 1 pallet | Wiper asm FT-328 | 95 lb | | |
| | Total 345 lb | | | |
| | class 70 | | | |

BILL THIRD PARTY:
DELPHI C 0/6995
c/o DATA 2 LOGISTICS
P.O.BOX 8116
NORWOOD, MA 82062-9115

010-131289-1

FREIGHT CHARGES  ☑ COLLECT

**Pro Number    010-131289-1**

Stamp / Sign Here
Firm Delphi
By _____ Shipment received in good order
Pieces Received 2 skids 224 k
Driver J Verega  Date 08-04
Arrive Time 8am    Depart Time 9am

### Additional Delivery Services Requested

☐ Inside Delivery $70.00  ☐ Sort - Segregate $90.00  ☐ Driver Delay $75.00
☐ Residential Delivery $50.00  ☐ Liftgate $90.00  ☐ Redelivery $50.00

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.
Customer Signature _____ Date _____

# Invoice No  000003867N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...............: 860-242-2281
Fax....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 001666

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069680 | 07/29/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25342895\02                           U/M EA | | 10,880.00000 | 1.70960 | 18,600.45 |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | | | |
| | Shipper No. N04024    Ship Date: 07/29/2005    BOL No. | | | | |
| | NEY Part No.012120 | | | | |

| | | |
|---|---|---|
| Frm | Total Item Price | 18,600.45 |
| | Shipping | 0.00 |
| **Please pay balance due by Sunday August 28, 2005.** | Insurance | 0.00 |
| | **Total Inv Price** | **$ 18,600.45** |
| Late Payment charge maybe deducted if paid within Terms. | **Late Charge** | **$ 595.21** |
| | **Total Due w/ late Charge** | **$ 19,195.66** |

*CUSTOMER COPY*



# Shipping List N04024

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................... 860-242-2281
Fax........................... 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

**Deringer-Ney Inc.**

**DERINGER-NEY INC.**
**Ney Inc.**

Customer No/Ship To:  001796-0001
Sales Order Shipper

**Ship to :  DELPHI C -CHIHAUHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|-----------|-------------|-------------|-----------|--------|----------|----------------|-------|
| 07/29/2005 | 550069680 | 001666-00 | 17 | 250.00 | CENTRAL TRANSPORT | . | OUR PLANT |

| Item | Part / Description / Details | | | Ship Qty |
|------|------------------------------|--|--|----------|
| 000001 | **25342895\02**                   U/M EA    SO Item  1, Release 009 | | | |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | | |
| | NEY Part No. 012120 | | | |

NEY Inc.

*[signature]*  **11/07/2005**

**Q A Supervisor**

| | | | | |
|--|--|--|--|--|
| Lot/SN(s) | 45370DSDL104 | Qty | 8320.00000 | 10,880.00000 |
| | 46120DSDL104 | Qty | 2560.00000 | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total   10,880.00000

## Trace Shipment

### Trace Results

**11/7/2005 - 4:43 PM**

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 010-131289-1 | 1411 | 2 | 345 | N/A |
| | **BOL** | | | |

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 07/29/2005 | N/A | 8/4/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt - if available ) |
| | **DR** |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

11/09/2005   13:05    6662429660

# DELPHI

Energy & Chassis Systems

Page 1 of 2

| Buyer: | Requirements Contract |
|---|---|

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |

Version
01/27/2005 11:54:36

**Deliver to:**
DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

Vendor No:  1010951
DUNS No:  126011431

| Payment Terms:  ZMN2 | Currency:  USD |
|---|---|

Payment settled on 2nd, 2nd Month

Incoterms:  FOB-Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25342895 | HT01 DELPHI E &  C CHIHUAHUA |
| | WIPER ASM-FUEL LVL SEN | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2005 | USD | 1,677.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract #  --
* * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * *
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company.

FEB 01 2005

Purchasing Contact: McMillian, Tony

Phone:  248-813-4558

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

Energy & Chassis Systems

Page  2  of  2

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005 11:54:36 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

Notes Continued:

********************
********************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
********************

********************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

_INV # 3867N_

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

B/L __1411__

Shipper No. _____

This Shipping Order must be legibly filled in, in ink, in indelible pencil, or in Carbon, and retained by the Agent

Carrier No. _____

Central Transport (Name of Carrier) (SOAC)

Date _7/29/05_

TO: Consignee _Delphi c - Chihuahua Cross Dock_

FROM: Shipper **DERINGER-NEY INC.**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name — or as otherwise provided in Item 430, Sec. 1

Street _GICD_ _340-65_

Street NEY INDUSTRIAL PARK (860) 242-2281

Destination _32, Celerity Wagon_ Zip Code

Origin **BLOOMFIELD, CT**  Zip Code _06002 USA_

Route _El Paso, TX  79906_

Vehicle Number

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet _Multi Button Neup_ DSN - 104 | 250 Ubs | | |
| 1 | | pallet _Wiper ASM_ FT-328 | 95 Ubs | | |
| | | Total 345 Ubs | | | |
| | | Class 70 | | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

REM. C.O.L ADDRESS

C.O.D. FEE: PREPAID □ & COLLECT □

Amt: $ _____

TOTAL CHARGES: $ _____

FREIGHT CHARGES

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT PREPAID except when box at right is checked

Check Box if Charges are to be
☑ COLLECT

010-131289-1

CT Loc.#  CC   IBS  PS-ATID

B/L

Issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification on the date of shipment, and (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ☑ SKD | ___ LSE CTN | ___ DRM | ___ BUN | ☐ SWAC |
| ___ CRTS | ___ BSKT | ___ RCK | ___ TOTE | ☐ SL & C |
| ___ SWS-OF ___ CTN | | ___ SWS-STC ___ CTN | | |
| OTHER _____ | | SHIP.INIT. _____ | | |

SHIPPER

PER _____

CARRIER

PER _____  DATE _7-29_

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation regulations.

# CENTRAL TRANSPORT

## Central Transport Delivery Receipt

**Pro Number**
010-131289-1

| Ship Date | 07/29/05 |
|---|---|

| Pieces | Weight |
|---|---|
| 2 | 345 |

**Reference Number**

| Org | DC |
|---|---|
| 010 | 799 |

**Freight Terms**
**Freight Charges Are Collect**

| SCAC | CTII |
|---|---|

**Consignee:**

DELPHI C CHIHUAHUA CROSS
32 CELERITY WAGON ST
EL PASO, TX 79906

**Shipper:**

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 53-6351
Shipper COD Amount
0.0000

---

AIC 1411
Shipper No.
Carrier No.
Date 7/29/05

Central Transport

FROM: DERINGER-NEY INC.
NEY INDUSTRIAL PARK (860) 242-2281
BLOOMFIELD, CT
Tax Code 06002 USA

TO Consignee: Delphi c-Chihuahua Cross Dx

Destination 32 Celerity Wagon St
EL PASO, TX 79906

| | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight | ACT | CHARGES |
|---|---|---|---|---|
| pallet | multi button Neyd DSN - 104 | 250 Lbs | | |
| pallet | Wiper Asmy FT-328 | 95 Lbs | | |
| | Total 345 Lbs | | | |
| | class 70 | | | |

BILL THIRD PARTY:
-DELPHI C D-4649
c/o DATA 2 LOGISTICS
P.O.BOX 5116
NORWOOD, MA XXXC-55142

010-131289-1

FREIGHT CHARGES
FREIGHT PREPAID
COLLECT

X SKD    LSE CTN    DRM    BUN    SWAG
CRTS    BSKT    RCK    TOTE    SL&C
SWS-OF    CTN    SWS-STD    CTN    BARREL
OTHER    SHIPUNIT

---

**Stamp / Sign Here**

Firm ___Delphi___

By _____
Shipment received in good order

Pieces Received 2 Skids/ 224 lbs

Driver _____ Date 08-04-05

Arrive Time 8 am    Depart Time 8 am

---

**Pro Number**    **010-131289-1**

## Additional Delivery Services Requested

| | | | | |
|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

Internal Use Only
# And Type of Containers _____
Part # _____
Qty. of Pcs Affected _____

Received _____
Skids _____
Date _____    Log# _____





**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone................: 860-242-2281
Fax....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No   000003914N

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 08/02/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA | | | 26,880.00000 | 1.22820 | 33,014.02 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N04080      Ship Date: 08/02/2005      BOL No.  1414 | | | | | |
| | NEY Part No.012793 | | | | | |

| | | |
|---|---|---|
| Frm | Total Item Price | 33,014.02 |
| | Shipping | 0.00 |
| Please pay balance due by Thursday September 1, 2005. | Insurance | 0.00 |
| | Total Inv Price | $ 33,014.02 |
| Late Payment charge maybe deducted if paid within Terms. | Amount Paid | $ 31,885.06 |
| | Balance Due | $ 1,128.96 |
| | Late Charge | $ 1,056.45 |
| | Total Due w/ late Charge | $ 2,185.41 |

*CUSTOMER COPY*

# Shipping List   N04080

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...,..............: 860-242-2281
Deringer-Ney Inc.   Fax...............,.....: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

**DERINGER-NEY INC.**
Ney Inc.

Customer No/Ship To: 001796-0001
Sales Order Shipper

Ship to: DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/02/2005 | 550023828 | 000564-01 | 20 | 500.00 | CENTRAL TRANSPORT | 1414 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA   SO Item  1, Release 081 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

*X̶ꞁꞁꞁꞁꞁꞁꞁꞁ*   11/07/2005

Q A Supervisor

| | Lot/SN(s)   46120GRD283      Qty   13440.00000 | | | | | | 26,880.00000 |
|---|---|---|---|---|---|---|---|
| | 46120GRD284      Qty   13440.00000 | | | | | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O  BOX 9115
NORWOOD, MA 02062-9115

Total   26,880.00000

# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004
RECEIVED

Vendor No: 1008126
DUNS No: 005073895

**Payment Terms: ZMN2     Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms: FOB Freight Collect**

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E & C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillian, Tony

Phone: 248-813-1358

Fax: 248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Print : 03/13/07 18:45 4

# DELPHI

Energy & Chassis Systems.

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

PO Number
550023828
Version
03/16/2004 14:44:24

Date Issued
01/08/2003

RECEIVED
MAR 2 2 2004
RECEIVED

| Item No. Material No. Description | Plant |
|---|---|

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organizations.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the
understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page 3 of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

PO Number
550023828

Date Issued
01/08/2003

Version
03/16/2004 14:44:24

RECEIVED

MAR 2 2 2004

Item No.   Material No.   Plant
           Description

## Notes Continued

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

INV # 3914N

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. **1414**

Carrier No.

CENTRAL TRANSPORT
(Name of Carrier)                                    (SCAC)

Date  8/2/05

| | |
|---|---|
| TO: Consignee MEMPHIC — CHIHUAHUA CROSS DOCK | FROM: Shipper DERINGER-NEY INC. |
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · or as otherwise provided in Item 430, Sec. 1 | |
| Street  CISCO  34065 | Street  NEY INDUSTRIAL PARK  (860) 242-2281 |
| Destination 3d  CELERITY WAGS  Zip Code | Origin  BLOOMFIELD, CT  Zip Code  06002 USA |
| Route  EC  PASO  TX  79906 | Vehicle Number |

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 2 | | pallet wiper ASM (NEY O)(SA2-283,284) | 500 lbs | | |
| 1 | | pallet wiper rim (DESR) (DSPC-105) | 70 lbs | | |
| | | | 570 lbs | | |

010-132507-5

Unverth   O.C.   6.5   PG-ATTD   B/L

CENTRAL TRANSPORT

3   PALLETS

(1 AS 570

| REMIT C.O.D. TO: ADDRESS | | | COD FEE PREPAID ☐ COLLECT ☐ $ | TOTAL CHARGES: $ |
|---|---|---|---|---|

Note—Where the rate is dependent on value, shippers are specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

COD FEE $ _____
Amt $ _____

| 3 SKD | ___ LSE CTN | ___ DRM | ___ BUN | ☐ SWAC |
| ___ CRTS | ___ BSKT | ___ RCK | ___ TOTE | ☐ SL & C |
| ___ SWS-OF | CTN | ___ SWS-STC | CTN | |
| ___ OTHER | | ___ SHIPINT- | | |

ent is to be signor, the ent without

COLLECT FEE

Subject to NMFC 100/CTIH100 and 49 USC 14706 and DOT 49 CFR 370

FREIGHT CHARGES

FREIGHT PREPAID    Check Box if
except when box    Charges are to be
at right is          COLLECT
checked              ☐ COLLECT

RECEIVED, subject to the classifications and tariffs in of contents of packages Unknown, marked, consigned, and in possession of the property under the contract, agrees to carry to its usual place of delivery at said destination, if on its own route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  DERINGER-NEY INC. | CARRIER |
|---|---|
| PER | PER  3 - SKIDS  DATE  8-2-05 |

*Mark with "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulations.

# CENTRAL TRANSPORT

## Central Transport Delivery Receipt

**Pro Number**

**010-132507-5**

| Ship Date |
|---|
| 08/02/05 |

| Pieces | Weight |
|---|---|
| 3 | 570 |

**Reference Number**

| Org | DC |
|---|---|
| 010 | 799 |

**Freight Terms**

**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**

DELPHI 34065
92 CELERITY WAGON
EL PASO, TX 79906

**Shipper:**

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-2365

Shipper COD Amount
0.0000

This is to certify that the above-mentioned materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order**

Shipper No. **1414**

Carrier No. 

Date **8/2/05**

Carrier: CENTRAL TRANSPORT

Consignee: DELPHI C - CHIHUAHUA CK033 100 CK

Shipper: DERINGER-NEY INC.
NEY INDUSTRIAL PARK  (860) 242-2281
BLOOMFIELD, CT

Origin: BLOOMFIELD, CT

Destination: 92 CELERITY WAGON

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Rate | Charges |
|---|---|---|---|---|---|
| 2 | | pallet wiper dies (NEY 4) (codes 283,284) | 500 lb. | | |
| 1 | | pallet wiper rim (other) (YOSPL-105) | 70 lb. | | |
| | | | 570 lbs. | | |
| 3 | | pallet | CLASS 70 | | |

**FREIGHT CHARGES**

☑ COLLECT

**DERINGER-NEY INC.**

---

**Pro Number**       **010-132507-5**

**Additional Delivery Services Requested**

| Service | Amount |
|---|---|
| Inside Delivery | $70.00 |
| Sort - Segregate | $20.00 |
| Driver Delay | $75.00 |
| Delivery Notification | $50.00 |
| Liftgate | $90.00 |
| Residential | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rates listed above.

Customer Signature _____  Date _____

**Stamp / Sign Here**

Firm  Delphi

Driver  Rafael V   Date 8/6/05

# Invoice No 000003915N



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax.....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL 60674

**Customer    001796**

## Duplicate Copy

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Phone (915)783-4700      Fax (915)783-4737      Sales Order: 001666

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069680 | 08/02/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 000001 | 25342895\02                    U/M EA | 3,840.00000 | 1.70960 | 6,564.86 |
|  | WIPER-DIESEL MULTIBUTTON NEYD* |  |  |  |
|  | Shipper No. N04081     Ship Date: 08/02/2005     BOL No. 1414 |  |  |  |
|  | NEY Part No.012120 |  |  |  |

Frm

Please pay balance due by Thursday September 1, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 6,564.86 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 6,564.86** |
| Late Charge | $ 210.08 |
| Total Due w/ late Charge | $ 6,774.94 |

*CUSTOMER COPY*

**Shipping List** No. 04081

**IN** Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Deringer-Ney Inc.   Fax........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Customer No/Ship To:  001796-0001
Sales Order Shipper

**IN** DERINGER-NEY INC.
Ney Inc.

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|---|
| 08/02/2005 | 550069680 | 001666-00 | 6 | 70.000 | CENTRAL TRANSPORT | | 1414 | OUR PLANT |

| Item | Part / Description / Details | | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|---|
| 000001 | 25342895\02     U/M EA     SO Item  1, Release 014 | | | | | | | |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | | | | | | |
| | NEY Part No. 012120 | | | | | | | |
| | NEY Inc. | | | | | | | |
| | *signature*  11/07/2005 | | | | | | | |
| | Q A Supervisor | | | | | | | |
| | Lot/SN(s)    46120DSDL105    Qty    3840.00000 | | | | | | | 3,840.00000 |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  3,840.00000

*CUSTOMER COPY*

# Trace Shipment

**Trace Results**                                                      11/7/2005 - 4:45 PM

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 010-132507-5 | 1414 | 3 | 570 | N/A |
| | **BOL** | | | |

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 08/02/2005 | N/A | 8/8/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Trailer delivered to customer location |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**. Click here to download Acrobat Reader.

11/05/2005  13:09    8682425688                                                    PAGE  11/12

# DELPHI
_____ Energy & Chassis System

Page  1  of 2

| Buyer: | | Requirements Contract | |
|---|---|---|---|

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY  MI  48098

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |

Version
01/27/2005  11:54:36

**Deliver to:**
DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

Vendor No:  1010951
DUNS No:  126011431

**Payment Terms:** ZMN2       **Currency:**  USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB  Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25342895 | HT01 DELPHI E &  C  CHIHUAHUA |
| | WIPER ASM-FUEL LVL SEN | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2005 | USD | 1,677.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # --.
*********************

********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-895-0433. Failure to follow these instructions could result in a charge back to your company

FEB 01 2005

Purchasing Contact: McMillan, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

Energy & Chassis Systems

Page 2 of 2

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005 11:54:36 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes Continued:

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

INV 5115N

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper's No. __1414__

Carrier No. _____

CENTAR TRANSPORT

(Name of Carrier)        (SCAC)

Date  8/2/05

| | |
|---|---|
| TO, Consignee  MEMPHIC - CHIHUAHUA CROSSDOCK | FROM, Shipper  DERINGER-NEY INC. |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - or as otherwise provided in Item 430, Sec. 1

Street  CISCO  34065

Street  NEY INDUSTRIAL PARK   (860) 242-2281

Destination  3d  CELERITY WAGS  Zip Code

Origin  BLOOMFIELD, CT     Zip Code  06002 USA

Route  EL PASO  TX  79906

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 2 | | pallet wiper Asm (NOLD)(SRA 283,284) | 500 lbs | | |
| 1 | | pallet wiper Asm (OLDER)(RSDL-105) | 70 lbs. | | |
| | | | 570 lbs | | |

010-132507-5

| Linen-R | D.C. | B6 | PS-ATTD |

B/L

3    PALLETS                          CLASS 70

| REMIT C.O.D TO: ADDRESS | | | C.O.D FEE: PREPAID ☐ COLLECT ☐ $ | | TOTAL CHARGES: $ |
|---|---|---|---|---|---|

Note—Where the rate is dependent on value, shippers specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

| C.O.D | AMLS |
|---|---|
| 3 SKD | LSE CTN | DRM | BUN | ☐ SWAC |
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| SWS-OF | CTN | SWS-STC | CTN |
| OTHER | | SHIP.INIT. |

ent is to be signor, the ent without

FREIGHT CHARGES

FREIGHT PREPAID  Check Box if Charges are to be except when box collect
at right is checked

☐ COLLECT

RECEIVED, subject to the classifications and tariffs in... [faded fine print]  Subject to NMFC 100/CTR-100 and 49 USC 14706 and DOT 49 CFR 370  [faded fine print]

| SHIPPER  DERINGER-NEY INC. | CARRIER |
|---|---|
| PER | PER  2 SKIDS DATE 8-2-05 |

*Mark with "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulations.

**CENTRAL TRANSPORT**

Pro Number
**010-132507-5**

| Ship Date |
|:---:|
| 08/02/05 |

| Pieces | Weight |
|:---:|:---:|
| 3 | 570 |

Reference Number

| Org | DC |
|:---:|:---:|
| 010 | 799 |

Freight Terms

**Freight Charges Are Collect**

SCAC:    CTII

Consignee:

DELPHI 34065
32 CELERITY WAGON
EL PASO, TX 79906

Shipper:

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

Special Instructions

Delivery Trailer: 47-2365

Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Carrier: CENTRAL TRANSPORT

Shipper No. 1414
Carrier No.
Date 8/2/05

TO Consignee: DELPHI C-CHIHUAHUA CROSS 100 CA    FROM Shipper: DERINGER-NEY INC.

Street: 5150 34065    Street: NEY INDUSTRIAL PARK (860) 242-2281

Destination 32 CELERITY WAGON Code    Origin: BLOOMFIELD, CT    Zip Code 06002 USA

EL PASO    TX    79906

| No. Shipping Units | HM | Kind of Packages, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Rate | Charges |
|:---:|:---:|---|:---:|:---:|:---:|
| 2 | | pallet wher ass (NOY D) (SXS 283 784) | 500 lbs. | | |
| 1 | | pallet wher rim (DJ583H) (ASDL-105) | 70 lbs. | | |
| | | | 570 lbs. | | |

010-132507-5 B/L

| 3 | | PALLETS | CLASS 70 | | |

DERINGER-NEY INC.

CARRIER

2-SAID DATE 8-2-05

---

Pro Number    **010-132507-5**

Additional Delivery Services Requested

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.



---

Stamp / Sign Here

Firm _Delphi_

By _M Mauro_

Shipment received in good order

Pieces Received

Driver _Rajesh V_ Date 8/_/

Arrive Time          Depart Time



Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No   000003964N

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

# Duplicate Copy

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 08/04/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA | | | 26,880.00000 | 1.22820 | 33,014.02 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N04135          Ship Date: 08/04/2005          BOL No. 1416 | | | | | |
| | NEY Part No.012793 | | | | | |

| | | |
|---|---|---|
| Frm | Total Item Price | 33,014.02 |
| | Shipping | 0.00 |
| Please pay balance due by Sunday September 4, 2005. | Insurance | 0.00 |
| | **Total Inv Price** | **$ 33,014.02** |
| Late Payment charge maybe deducted if paid within Terms. | **Amount Paid** | **$ 31,885.06** |
| | **Balance Due** | **$ 1,128.96** |
| | Late Charge | $ 1,056.45 |
| | Total Due w/ late Charge | $ 2,185.41 |

CUSTOMER COPY

# Shipping List    N04135



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.......................: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry.........: 847-566-4100
www.DeringerNey.com

**Deringer-Ney Inc.**

**DERINGER-NEY INC.**
Ney Inc.

Customer No/Ship To:  001796-0001
**Sales Order Shipper**

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/04/2005 | 550023828 | 000564-01 | 40 | 500.00 | CENTRAL TRANSPORT | 1416 | OUR PLANT |

| Item | Part / Description / Details | | | | | Ship Qty |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03 .  000  U/M EA  SO Item 1, Release 082 | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | NEY Part No. 012793 | | | | | |

NEY Inc.

*[signature]*  11/07/2005

Q A Supervisor

| | Lot/SN(s)  46235GRD289  Qty  13440.00000 | | | | | 26,880.00000 |
| | 46235GRD290  Qty  13440.00000 | | | | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  26,880.00000

*CUSTOMER COPY*

11/09/2005  13:09    8602425688



DELPHI ———————————————————————————— Energy & Chassis Systems

Page   1  of 3

| Buyer: |
| --- |
| Delphi Energy & Chassis Systems<br>5820 Delphi Drive<br>Troy MI 48098 |

| Deliver to: |
| --- |
| DELPHI E & C - CHIHUAHUA<br>AVENIDA DE LAS INDUSTRIAS 4909<br>CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS<br>31110<br>MEXICO |

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
| --- | --- |
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

**RECEIVED**
**MAR 2 2 2004**

| Vendor No: | 1008126 |
| --- | --- |
| DUNS No: | 005073895 |

**Payment Terms:  ZMN2    Currency:  USD**

Payment settled on 2nd, 2nd Month

**Incoterms:  FOB-Freight Collect**

| Item No. | Material No<br>Description | | Plant | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 00010 | 25353201 | | HT01 DELPHI E &  C CHIHUAHUA | | | |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- |
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4377

Contact Address

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098 2815

Date and Time Printed:    03/16/2004 14:44:24

# DELPHI

Energy & Chassis Systems

Page  2  of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL  60060-4448

## Requirements Contract

PO Number                                                    Date Issued
550023828                                                    01/08/2003
Version
03/16/2004 14:44:24

RECEIVED
MAR 22 2004
RECEIVED

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued:

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
This Contract replaces previous contract # --.
*********************


*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*********************

*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************

*********************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page  3  of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

PO Number
550023828
Version
03/16/2004 14:44:24

Date Issued
01/08/2003

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*********************
02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

INV # 3964N

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

B.L. Shipper No. ___ 1416

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

CENTRAL TRANSPORT
(Name of Carrier)          (SCAC)

Date  8/4/05

Carrier No. ___

| | |
|---|---|
| TO: Consignee  DELPHI C—CHIHUHUA CROSS DOCK | FROM: Shipper  DERINGER-NEY INC. |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - or as otherwise provided in Item 430, Sec. 1

Street  CISCO 34065

Street  NEY INDUSTRIAL PARK  (860) 242-2281

Destination  32  CELERITY WAGON  Zip Code

Origin  BLOOMFIELD, CT      Zip Code  06002 USA

Route  EL PASO      TX  79506

Vehicle Number

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 2 | | pallets w/per ASM (NOYO)(GRD85,95d) | 500 lbs. | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | BILL THIRD PARTY: DELPHI C (34065) c/o DATA 2 LOGISTICS P.O.BOX 9115 NORWOOD, MA 02062-9115 | | | |
| | | CLASS 70 | | | |

010-131305-5

CENTRAL TRANSPORT
Unsar-fi  C.C.  S.S  PS-ATTD  B/L

COD FEE: PREPAID ☐ $ COLLECT ☐

TOTAL CHARGES: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID except when box at right is checked     Check Box if Charges are to be ☐ COLLECT

| | | | | |
|---|---|---|---|---|
| 2 SKD | LSE CTN | DRM | BUN | ☐ SWAC |
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| SWS-DF | CTN | SWS-STC | CTN | |
| OTHER | | SHIP INIT. | | |

of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation very at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is to-route to destination and as to each party at any time interested in the property, that every service to overning classification on the date of shipment.
n the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted

Subject to KMFC 100/CTII-100 and 49 USC 14709 and DOT 49 CFR 370

SHIPPER  DERINGER-NEY INC.

CARRIER

PER

PER

*Mark with 'X' to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

# Central Transport Delivery Receipt

**CENTRAL TRANSPORT**

Pro Number
**010-131305-5**

| Ship Date |
|---|
| 08/04/05 |

| Pieces | Weight |
|---|---|
| 2 | 500 |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

Freight Terms
**Freight Charges Are Collect**

SCAC:   CTII

Consignee:

DELPHI C 34065
32 CELEBRITY WAGON
EL PASO, TX 79906

Shipper:

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 53-9934
Shipper COD Amount
0.0000

## Stamp / Sign Here

Firm _Delphi_

By _Pa Muro_

Pieces Received _40 BXS_

Driver _Jesus_  Date _8/10/05_

Arrive Time _10:05_  Depart Time _11:2_

## Pro Number     010-131305-5

Additional Delivery Services Requested

| Inside Delivery | $70.00 | Sort - Segregate | $90.00 | Driver Count | $75.00 |
| Residential Delivery | $50.00 | Liftgate | $90.00 | Reschedule | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____

Internal Use Only
# And Type of Container ___
Part # ___



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No  000004028N

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

# Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 001245

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069681 | 08/09/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25160689\52 | U/M EA | 3,360.00000 | 0.78820 | 2,648.35 |
| | WIPER ASM | | | | |
| | PALINEY 6 SR/HT | | | | |
| | Shipper No. N04210    Ship Date: 08/09/2005    BOL No.  1418 | | | | |
| | NEY Part No.010110 | | | | |

| | | |
|---|---|---|
| Frm | Total Item Price | 2,648.35 |
| | Shipping | 0.00 |
| **Please pay balance due by Thursday September 8, 2005.** | Insurance | 0.00 |
| | **Total Inv Price** | **$ 2,648.35** |
| Late Payment charge maybe deducted if paid within Terms. | **Late Charge** | **$ 84.75** |
| | Total Due w/ late Charge | **$ 2,733.10** |

*CUSTOMER COPY*



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone......................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

DERINGER-NEY INC.
Ney Inc.

# Shipping List   N04210

Customer No/Ship To:  001796-0001
Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|---|
| **08/09/2005** | **550069681** | **001245-01** | **5** | **70.000** | **CENTRAL TRANSPORT** | | **1418** | **OUR PLANT** |

| Item | Part / Description / Details | | | | | Ship Qty |
|---|---|---|---|---|---|---|
| 000001 | **25160689\52**      U/M EA    SO Item  7, Release 011 | | | | | |
| | WIPER ASM | | | | | |
| | PALINEY 6 SR/HT | | | | | |
| | NEY Part No. 010110 | | | | | |
| | **NEY Inc.** | | | | | |
| | *[signature]*    **11/07/2005** | | | | | |
| | Q A Supervisor | | | | | |
| | Lot/SN(s)  46018FI329    Qty   3360.00000 | | | | | 3,360.00000 |
| | SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT | | | | | |
| | BILLING TO: | | | | | |
| | DELPHI C (34065) | | | | | |
| | C/O DATA2LOGISTICS | | | | | |
| | P.O. BOX 9115 | | | | | |
| | NORWOOD, MA 02062-9115 | | | | | Total  3,360.00000 |

# DELPHI

Energy & Chassis Systems

Page 1 of 2

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**
DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069681 | 01/27/2005 |
| Version | |
| 01/27/2005 11:57:05 | |

| Vendor No: | 1010951 |
|---|---|
| DUNS No: | 126011431 |

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00010 | 25160689 WIPER ASM | | HT01 DELPHI E & C CHIHUAHUA | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2005 | USD | 788.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # --.
*********************

********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

FEB 01 2005

Purchasing Contact: McMillian, Tony

Phone: 248-813-1358

Fax: 248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 01/27/2005 11:57:05

# DELPHI

Energy & Chassis Systems

Page 2 of 2

DERINGER-NEY INC.
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069681 | 01/27/2005 |
| Version | |
| 01/27/2005 11:57:05 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

Notes Continued:

* * * * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * * * *

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
* * * * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * * * *

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
* * * * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * * * *

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
* * * * * * * * * * * * * * * * * * * * *

*INV # 4028N*

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **1418**

**This Shipping Order** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent

Carrier No. _____

*CENTRAL TRANSPORT* (Name of Carrier)    (SCAC)

Date __8/5/05__

| TO: Consignee | *DELPHI C — CHIHUAHUA CROSS DOCK* | FROM: Shipper | DERINGER-NEY INC. |
|---|---|---|---|
| | On Collect on Delivery shipments, the letters "COD" must appear before consignee's name — or as otherwise provided in item 430, Sec. 1 | | |
| Street | *CISCO 34565* | Street | NEY INDUSTRIAL PARK (860) 242-2281 |
| Destination | *3d PROXIMITY WAGON* Zip Code | Origin | BLOOMFIELD, CT   Zip Code   06002 USA |
| Route | *EL PASO TX 79906* | Vehicle Number | |

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/per asn (pel-6)(FI-329) | 70 lbs | | |
| 1 | | pallet w/per asn (PARL BUTTON)(4A-745) | 95 lbs | | |
| 3 | | pallets w/per asn (slry-0)(GRO-267, 254, 253) | 633 lbs | | |
| 5 | | | | | |
| | | | 798 lbs. | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O.BOX 9115
NORWOOD, MA 02062-9115

*CLASS 70*

REMIT C.O.D.S ADDR...
N... specifi...
T...
shippe...
S...

010-131324-6

CENTRAL TRANSPORT

Linear-ft | C.C. | B.S | PS-ATTD | **B/L**

C.O.D. FEE: PREPAID □ $ COLLECT □

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignee)

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if
except when box   Charges are to be
at right is        [ ] COLLECT
checked

RECEIVED, subject to the classifications and tariffs in effect...
of conte...
in poss...
mutuall...
be perf...
Shi...
for hire...

| 5 SKD | _ LSE CTN | _ DRM | _ BUN | [ ] SWAC |
| _ CRTS | _ BSKT | _ RCK | _ TOTE | [ ] SL & C |
| _ SWS-OF _ CTN | | _ SWS-STC _ CTN | | |

...is Bill of Lading, the property described above in apparent good order, except as noted (contents and condition... said carrier (the word carrier being understood throughout this contract as meaning any person or corporation... at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination; it is... oute to destination and as to each party at any time interested in all or any of said property, that every service to... rning classification on the date of shipment.
the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted...

SHIPPE... OTHER _____
Subject to NMFC 100/STB-100 and 49 USC 14706 and DOT 49 CFR 370

SHIP.INIT. _____

PER _____

CARRIER _____
PER _____

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.*

**CENTRAL TRANSPORT**

Pro Number
**010-131324-6**

| | |
|---|---|
| Ship Date | 08/09/05 |
| Pieces | **5** |
| Weight | **798** |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

**Freight Terms**
Freight Charges Are Collect

SCAC: CTII

**Consignee:**
DELPHI C CHIHUAHUA 34065
32 CELERITY WAGON ST
EL PASO, TX 79906

**Shipper:**
DERINGER
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-2293
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

Shipper's No. 1418

Carrier No.

CENTRAL TRANSPORT    Date 8/9/05

Consignee: DELPHI C CHIHUAHUA 34065 DECA    DERINGER-NEY INC.

Street: ELSA 34065    NEY INDUSTRIAL PARK (860) 242-2281

Destination: 32 CELERITY WAGON CT    Origin: BLOOMFIELD, CT    Zip Code 06002 USA

Route: EL PASO TX 79906

| No. Shipping Units | | Kind of Packages, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/per ser (per-63F1-379) | 75 lbs | | |
| 1 | | pallet w/per ser (Rot B3708)(ao-7xs) | 95 lbs | | |
| 3 | | pallet w/per ser (atent)(6Rao067 391/75) | 633 lbs | | |
| 5 | | | 798 lbs | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O. BOX 9116
NORWOOD, MA 02062-9116

Acct 70

010-131324-6    B/L

FREIGHT CHARGES
FREIGHT PREPAID — Check Box if Charges are to be
PREPAID — if rights checked
COLLECT

---

Pro Number    **010-131324-6**

Stamp / Sign Here

Firm _____

By _____

Pieces Received _____

Driver Jesus    Date 8/15/05

Arrive Time    Depart Time

**Additional Delivery Services Requested**

| | | | | | |
|---|---|---|---|---|---|
| Inside Delivery | $70.00 | Sort - Segregate | $90.00 | Driver Data | $75.00 |
| Residential Delivery | $50.00 | Liftgate | $90.00 | Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

# And Type of Container
Part #
Qty. of Pcs Affected
Skids
Pallet
Log

# Invoice No   000004029N



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Ney Inc.

| Please remit to: |
| Deringer-Ney Inc. |
| 4062 Paysphere Circle |
| Chicago, IL  60674 |

**Customer   001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 001665

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550037091 | 08/09/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 2532927716          000          U/M EA | | | 4,704.00000 | 0.59430 | 2,795.59 |
| | WIPER ASM (MULTI-BUTTON) C729/PAL6 | | | | | |
| | Shipper No. N04211      Ship Date: 08/09/2005      BOL No.  1418 | | | | | |
| | NEY Part No.011380 | | | | | |

| | | |
|---|---|---|
| Frm | Total Item Price | 2,795.59 |
| | Shipping | 0.00 |
| **Please pay balance due by Thursday September 8, 2005.** | Insurance | 0.00 |
| | **Total Inv Price** | **$ 2,795.59** |
| Late Payment charge maybe deducted if paid within Terms. | Late Charge | $ 89.46 |
| | Total Due w/ late Charge | $ 2,885.05 |

CUSTOMER COPY



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Fax........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.


DERINGER-NEY INC.
Ney Inc.

# Shipping List    N04211

Customer No/Ship To:   001796-0001
**Sales Order Shipper**

**Ship to :** DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/09/2005 | 550037091 | 001665-00 | 7 | 95.000 | CENTRAL TRANSPORT | 1418 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 2532927716    000    U/M EA    SO Item  1, Release 015 | | | | | | |
| | WIPER ASM (MULTI-BUTTON) C729/PAL6 | | | | | | |
| | NEY Part No. 011380 | | | | | | |

NEY Inc.

_____  11/07/2005
Q A Supervisor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Lot/SN(s)    46177MB745    Qty    4704.00000 | | | | | | 4,704.00000 |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  4,704.00000

## Trace Shipment

| Trace Results | | | | 11/7/2005 – 4:46 PM |
|---|---|---|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 010-131324-6 | 1418 | 5 | 798 | N/A |

**BOL**

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 08/09/2005 | N/A | 8/15/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt - if available ) |

**DR**

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

# DELPHI

Energy & Chassis Systems

Page 1 of 2

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550037091 | 09/16/2003 |
| Version | |
| 07/30/2004 15:31:46 | |

## ALTERATION
## TO REQUIREMENT CONTRACT

| Vendor No: | 1010951 |
|---|---|
| DUNS No: | 126011431 |

**Payment Terms: ZMN2** **Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms: FOB Freight Collect**

RECEIVED

AUG 09 2004

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25329277 | HT01 DELPHI E & C CHIHUAHUA |
| | WIPER ASM | |
| | ***THIS AMENDMENT EXTENDS ITEM*** | |
| | CE*** | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 09/16/2003 | 12/31/2003 | USD | 807.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2005 | USD | 594.30 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract # 550004635.
********************

********************

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at

Purchasing Contact: McMillian, Tony

Phone:  248-813-4558

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:  07/30/2004 15:31:46

# DELPHI
Energy & Chassis Systems

Page 2 of 2

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

PO Number          Date Issued
550037091          09/16/2003
Version
07/30/2004 15:31:46

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued

800-805-9433. Failure to follow these instructions could result in a charge back to your company

********************

********************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
********************

********************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************

********************

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25329277 (Item 10). kam

07/30/04 - Alteration to extend Requirements Contract. cap

*INV # 4027N*

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. **1418**

**This Shipping Order** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent

Carrier No.

*CENTRAL TRANSPORT*
(Name of Carrier)                                    (SCAC)

Date 8/5/05

| TO: Consignee | *DELPHI C — CHIHUAHUA CROSS DOCK* | FROM: Shipper | DERINGER-NEY INC. |
|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name — or as otherwise provided in Item 430, Sec. 1

| Street | *CISCO 34065* | Street | NEY INDUSTRIAL PARK (860) 242-2281 |
|---|---|---|---|
| Destination | *3d CERIMITY WAGON* Zip Code | Origin | BLOOMFIELD, CT    Zip Code   06002 USA |

| Route | *EL PASO    TX   79906* | Vehicle Number | |
|---|---|---|---|

| No. Shipping Units | ★ HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | *pallet w/per asm (pri-6 )(FI-325)* | 70 lbs | | |
| 1 | | *pallet w/per asm (Park Button)(AG-795)* | 95 lbs | | |
| 3 | | *pallets w/per asm (nhr-d )(GRO-267, 297,253)* | 633 lbs | | |
| 5 | | | | | |
| | | | 798 lbs. | | |
| | | *(Class 70)* | | | |

BILL THIRD PARTY:
DELPHI C [34065]
c/o DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

REMIT C.O.D. ADDRESS

010-131324-6

Linear-ft   C.C.   B.S   PS-ATTD   **B/L**

CENTRAL TRANSPORT

C.C.D. FEE PREPAID ☐ $
COLLECT

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
    The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked
Check Box / Charges are to be
☐ COLLECT

RECEIVED, subject to the classifications and tariffs in effect ... this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated ... in said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in poss... of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed ... to each party at any time interested in all or any of said property, that every service to be performed ... the governing classification on the date of shipment.

| SKD | ___ LSE CTN | ___ DRM | ___ BUN | ☐ SWAC |
|---|---|---|---|---|
| CRTS | ___ BSKT | ___ RCK | ___ TOTE | ☐ SL & C |
| SWS-OF | ___ CTN | SWS-STC | ___ CTN | |

SHIPPER OTHER _____ SHIP.INT. _____

Subject to NMFC 100/CTH-100 and 49 USC 14706 and DOT 49 CFR 376

PER

CARRIER  *Ron Turlot*
PER   *84 (Smiles)*

*Mark with "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulations.



**CENTRAL TRANSPORT**

## Central Transport Delivery Receipt

Pro Number
**010-131324-6**

| Ship Date |
|---|
| 08/09/05 |

| Pieces | Weight |
|---|---|
| 5 | 798 |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

Freight Terms
**Freight Charges Are Collect**

SCAC:    CTII.

Consignee:
DELPHI C CHIHUAHUA 34065
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:
DERINGER
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

Special Instructions
Delivery Trailer: 47-2293
Shipper COD Amount
0.0000

---

Shipper No. 1418

Carrier No.

CENTRAL TRANSPORT    Date 8/9/05

Consignee DELPHI C CHIHUAHUA CA35 DNE    DERINGER-NEY INC.
Street CLICA 34065    NEY INDUSTRIAL PARK  (560) 242-2281
Destination 32 CELERITY WAGON ST    BLOOMFIELD, CT    Zip Code 06002 USA
El Paso  Tx  79906

| | | Kind of Packages, Description of Articles | Weight | Rate | Charges |
|---|---|---|---|---|---|
| | 1 | pallet wiper asa (pn-6) FI-329 | 70 lbs | | |
| | 1 | pallet wiper asa (pins arrow) AG-755 | 95 lbs | | |
| | 3 | pallets wiper asa (storage) broad 298/33 | 633 lbs | | |
| | | | 798 lbs. | | |

Class 70

BILL THIRD PARTY:
DELPHI C CHIHO
dba DATA 2 LOGISTICS
P.O.BOX 6115
NORWOOD, MA 02062-6115

010-131324-6    B/L

FREIGHT CHARGES
☐ COLLECT

---



| Stamp / Sign Here |
|---|
| Firm  DineQv |

Driver ___  Date 8/15/05

Pro Number    **010-131324-6**

Additional Delivery Services Requested

By signing below, Consignee acknowledges that additional delivery services
were provided to carry out delivery of the shipment.

Customer Signature ___



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No  000004030N

Please remit to:

Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

# Duplicate Copy

## Bill to :

**DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 08/09/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03 | 000 | U/M EA | | 33,600.00000 | 1.22820 | 41,267.52 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | Shipper No. N04212   Ship Date: 08/09/2005   BOL No.  1418 | | | | | | |
| | NEY Part No.012793 | | | | | | |

| Frm | | Total Item Price | 41,267.52 |
|---|---|---|---|
| | | Shipping | 0.00 |
| **Please pay balance due by Thursday September 8, 2005.** | | Insurance | 0.00 |
| | | **Total Inv Price** | **$ 41,267.52** |
| Late Payment charge maybe deducted if paid within Terms. | | **Amount Paid** | **$ 39,856.32** |
| | | **Balance Due** | **$ 1,411.20** |
| | | Late Charge | $ 1,320.56 |
| | | Total Due w/ late Charge | $ 2,731.76 |

*CUSTOMER COPY*