**IN** Deringer-Ney Inc.

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

**IN** DERINGER-NEY INC.
Ney Inc.

# Shipping List    N04212

Customer No/Ship To:   001796-0001
Sales Order Shipper

Ship to :   **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/09/2005 | 550023828 | 000564-01 | 50 | 633.00 | CENTRAL TRANSPORT | 1418 | OUR PLANT |

| Item | Part / Description / Details | | | | Ship Qty |
|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA    SO Item  1, Release 083 | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | |
| | C729 /NEYORO D GRAY | | | | |
| | NEY Part No. 012793 | | | | |

NEY Inc.

*[signature]*   **11/07/2005**

Q A Supervisor

| Lot/SN(s) | 45994GRD267 | Qty | 14112.00000 | | 33,600.00000 |
| | 46235GRD292 | Qty | 12768.00000 | | |
| | 46324GRD293 | Qty | 6720.00000 | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  33,600.00000

*CUSTOMER COPY*

11/09/2005  13:09    8602425688

# DELPHI

Energy & Chassis Systems

Page  1  of  3

<table>
<tr><td>

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

</td><td>

**Requirements Contract**

</td></tr>
</table>

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448



**Requirements Contract**

PO Number                    Date Issued
550023828                    01/08/2003
Version
03/16/2004 14:44:24

RECEIVED
MAR 2 2 2004

Vendor No:   1008126
DUNS No:    005073895

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E &  C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillan, Tony

Phone:  248-813-4358

Fax:  248-813-4577

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:   03/16/2004 14:44:24

11/09/2005   13:09    8602425688



Energy & Chassis Systems

Page   2   of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 24 2004
RECEIVED

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

### Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the cost of the goods shall be for the benefit

11/09/2005  13:09    8602425688    PAGE  10/12

# DELPHI

Energy & Chassis Systems

Page  3  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

PO Number                               Date Issued
550023828                               01/08/2003
Version
03/16/2004 14:44:24

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant | |
|---|---|---|---|

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

INV # 4030N

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in Ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. __1418__

CENTRAL TRANSPORT
(Name of Carrier)

Carrier No. _____

(SCAC)

Date __8/5/05__

| TO: Consignee | DELPHI C — CHIHUAHUA CROSS DOCK | FROM: Shipper | DERINGER-NEY INC. |
|---|---|---|---|
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name · · · or as otherwise provided in Item 430, Sec. 1 | | | |
| Street | CISCO 34065 | Street | NEY INDUSTRIAL PARK    (860) 242-2281 |
| Destination | 3d CRIMITY WA CON Zip Code | Origin | BLOOMFIELD, CT     Zip Code    06002 USA |
| Route | EZ PASO    TX  79906 | | |

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/per ASM (PA1-6)(FI-325) | 70 lbs. | | |
| 1 | | pallet w/per ASM (PA1-6 BUTTON)(MG-745) | 95 lbs. | | |
| 3 | | pallets w/per ASM (NEY-N)(GRO-267, 254, 253) | 633 lbs. | | |
| 5 | | | | | |
| | | | 798 lbs. | | |

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Class 70

010-131324-6

CENTRAL TRANSPORT    [Unear-fl] [C.C.] [B S] [PS-ATTD]   B/L

C.O.D FEE:
PREPAID ☐ $
COLLECT ☐

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID   Check Box if
except when box   Charges are to be
at right is
checked           ☐ COLLECT

RECEIVED subject to the classifications and tariffs in effect ...
of content ...
in poss ...
mutually ...
be perf ...
Sh ...
for home ...

| 5 SKD | LSE CTN | DRM | BUN | ☐ SWAC |
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| SWS-OF    CTN | | SWS-STC    CTN | |

SHPPER  OTHER _____
Subject to NMFC 100/CTN-103 and 49 USC 14706 and DOT 49 CFR 370

This Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents ...
t said carrier (the word carrier being understood throughout this contract as meaning any person or corporation ...
y at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is ...
oute to destination and as to each party in any time interested in all or any of said property, that every service to ...
rning classification on the date of shipment.
the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted

CARRIER

PER _____            PER _____

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

# CENTRAL TRANSPORT

**Central Transport Delivery Receipt**

Pro Number
**010-131324-6**

| Ship Date | |
|---|---|
| 08/09/05 | |
| Pieces | Weight |
| 5 | 798 |

Reference Number

| Org | OC |
|---|---|
| 010 | 799 |

Freight Terms

**Freight Charges Are Collect**

SCAC: CTII

**Consignee:**

DELPHI C CHIHUAHUA 34065
32 CELERITY WAGON ST
EL PASO, TX 79906

**Shipper:**

DERINGER
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-2293
Shipper COD Amount
0.0000

---

This Shipping Order must be legibly filled in, in ink, in indelible Pencil, or in proper condition for transportation according to the applicable regulations of the Department of Transportation.

B/L Shipper No. **1418**

Carrier No.

(Name of Carrier) CENTRAL TRANSPORT (SCAC)   Date 8/9/05

Consignee: DELPHI C - CHIHUAHUA CROSS DOCK   FROM: DERINGER-NEY INC.
CISCO 34065   NEY INDUSTRIAL PARK (860) 242-2281
32 CELERITY WAGON ST   Origin BLOOMFIELD, CT   Zip Code 06002 USA

Route EL PASO TX 79901

BILL THIRD PARTY:
DELPHI C (34065)
c/o DATA 2 LOGISTICS
P.O. BOX 5115
NORWOOD, MA 02062-5115

Class 70

**010-131324-6**   B/L

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading.

5 SKD  1SE CTN  DRM  BUN  SWAC
CRTS  BSKT  RCK  TOTE  SLAC
SWS-OF  CTN  SWS-STC  CTN

OTHER

FREIGHT CHARGES
FREIGHT PREPAID  Check box if
charges are to be
prepaid
COLLECT

CARRIER

798 lbs.

---

**Stamp / Sign Here**

Firm _____

By _____

Pieces Received _____

Driver _Jesus_  Date 8/15/05

Arrive Time 9:23  Depart Time 1:03

---

Pro Number   **010-131324-6**

Additional Delivery Services Requested

| | | | | |
|---|---|---|---|---|
| Inside Delivery | $70.00 | Sort & Segregate | $90.00 | Driver Unload | $75.00 |
| Residential Delivery | $50.00 | Liftgate | $90.00 | Redeliver | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Seals _____
Pro # _____  Log # _____



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.............. 860-242-2281
Fax................. 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

**Invoice No** 000004119N

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 001665

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550037091 | 08/12/2005 | NET 30 | BLOOMFIELD | FREIGHT COLLECT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 2532927716          000          U/M EA | | | 2,688.00000 | 0.59430 | 1,597.48 |
| | WIPER ASM (MULTI-BUTTON) C729/PAL6 | | | | | |
| | Shipper No. N04304     Ship Date: 08/12/2005     BOL No. 805509736 | | | | | |
| | NEY Part No.011380 | | | | | |

Frm

Please pay balance due by Sunday September 11, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 1,597.48 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 1,597.48** |
| Late Charge | $ 51.12 |
| Total Due w/ late Charge | **$ 1,648.60** |

CUSTOMER COPY

**DN** Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax.....................: 860-242-5668
Billing Inquiry.....: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

**DN** DERINGER-NEY INC.
Ney Inc.

# Shipping List   N04304

Customer No/Ship To:  001796-0001
Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/12/2005 | 550037091 | 001665-00 | 4 | 48.000 | FREIGHT COLLECT | 805509736 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 253292776 | 000 | U/M EA | SO Item  1,  Release 016 | | | |
| | WIPER ASM (MULTI-BUTTON) C729/PAL6 | | | | | | |
| | NEY Part No. 011380 | | | | | | |

NEY Inc.

_signature_   11/07/2005

Q A Supervisor

Lot/SN(s)   46177MB748       Qty    2688.00000                                                      2,688.00000

We sincerely appreciate your order for the items described above.  If this acknowledgement is not correct in any way, please notify me
immediately so we may make the needed corrections before your order is processed.

Total  2,688.00000

*CUSTOMER COPY*                                    Page #    1



# Shipment Tracking Details

## Tracking Information

| | |
|---|---|
| Tracking Number: **805509736** | Origin Waybill: |
| Filtered By: **Tracking Number 805509736** | |

## Shipment Information

Status: **Delivered**

Signature: M Muro

Service Level: Standard Overnight

Shipped Date: 12-Aug-2005

Origin: Bloomfield, CT, US

Destination: El Paso, TX, US

## Package Information

Pieces: **4**

Weight: **48.0 L**

Volume Weight: **72.0 L**

View Dimensions: View D

## References

| Description | Number |
|---|---|
| SHIPPER'S ORDER NUMBER | N04308 |
| PURCHASE ORDER NUMBER | 550037091 |

## Shipment History

| Date | Time | Pieces | Activity | Location |
|---|---|---|---|---|
| 15-Aug-2005 | 1155 | 4 | **Delivered** | |
| 15-Aug-2005 | 1118 | 4 | **Out for Delivery** | |
| 12-Aug-2005 | 1540 | 4 | **Received** | Hartford, CT, US |

**O** **Track Another Shipment**

** The weight shown may not reflect the dimensional weight invoiced on your shipment.

Due to FAA security regulations, some shipment details may not be provided. We are so inconvenience, but must strictly adhere to all government security regulations.

11/09/2005  13:09    8602425688

# DELPHI

Energy & Chassis Systems

Page  1  of 2

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy  MI  48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550037091 | 09/16/2003 |
| Version | |
| 07/30/2004 15:31:46 | |

## ALTERATION TO REQUIREMENT CONTRACT

| Vendor No: | 1010951 |
|---|---|
| DUNS No: | 126011431 |

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB: Freight Collect

RECEIVED

AUG 0 9 2004

| Item No. Material No. Description | Plant |
|---|---|
| 00010    25329277 | HT01 DELPHI E &  C CHIHUAHUA |

WIPER ASM
***THIS AMENDMENT EXTENDS ITEM***
CE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 09/16/2003 | 12/31/2003 | USD | 807.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2005 | USD | 594.30 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract # 550004633.
********************

........................

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at

Purchasing Contact: McMillan, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

Energy & Chassis Systems

Page 2 of 2

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550037091 | 09/16/2003 |
| Version | |
| 07/30/2004 15:31:46 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued

800-805-9433. Failure to follow these instructions could result in a charge back to your company

* * * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * * *

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization. .

An internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
* * * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * * *

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other documents issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
* * * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * * *

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
* * * * * * * * * * * * * * * * * * * *

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25329277 (Item 10).  kam

07/30/04 - Alteration to extend Requirements Contract.  cap

# Invoice No  000004140N



Ney Inc.
**Ney Industrial Park**
Bloomfield, CT 06002-3619 USA
Phone............ .......: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737          Sales Order: 001666

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069680 | 08/15/2005 | NET 30 | BLOOMFIELD | FREIGHT COLLECT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25342895\02                              U/M EA<br>WIPER-DIESEL MULTIBUTTON NEYD*<br>Shipper No. N04326    Ship Date: 08/15/2005    BOL No. BAX805509806<br>NEY Part No.012120 | | 4,480.00000 | 1.70960 | 7,659.01 |

|  |  |  |
|---|---|---|
| Frm | Total Item Price | 7,659.01 |
|  | Shipping | 0.00 |
| **Please pay balance due by Wednesday September 14, 2005.** | Insurance | 0.00 |
|  | **Total Inv Price** | **$ 7,659.01** |
| Late Payment charge maybe deducted if paid within Terms. | Late Charge | $ 245.09 |
|  | Total Due w/ late Charge | **$ 7,904.10** |

*CUSTOMER COPY*



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................... 860-242-2281
Fax.......................... 860-242-5688
Billing Inquiry........ 847-566-4100
www.DeringerNey.com

  DERINGER-NEY INC.
Ney Inc.

# Shipping List   N04326

Customer No/Ship To:  001796-0001
**Sales Order Shipper**

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/15/2005 | 550069680 | 001666-00 | 7 | 95.000 | FREIGHT COLLECT | BAX805509806 | OUR PLANT |

| Item | Part / Description / Details | | Ship Qty |
|---|---|---|---|
| 000001 | 25342895\02                     U/M EA    SO Item  1, Release 015 | | |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | |
| | NEY Part No. 012120 | | |

NEY Inc.

_signature_  11/07/2005

Q A Supervisor

| | Lot/SN(s) | 46120DSDL105 | Qty | 3200.00000 | 4,480.00000 |
|---|---|---|---|---|---|
| | | 46324DSDL105 | Qty | 1280.00000 | |

We sincerely appreciate your order for the items described above.  If this acknowledgement is not correct in any way, please notify me immediately so we may make the needed corrections before your order is processed.

Total  4,480.00000





# Shipment Tracking Details

**Tracking Information**

Tracking Number: **805509806**                    Origin Waybill:

Filtered By:      Tracking Number **805509806**

**Shipment Information**                    **Package Information**

Status: **Delivered**                              Pieces: 1

Signature: Maura Muro                        Weight: 95.0 L

Service Level: Standard Second Day        Volume Weight: 238.0 L

Shipped Date: 15-Aug-2005              View Dimensions: View D

Origin: Bloomfield, CT, US

Destination: El Paso, TX, US

**References**

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | N04326 |
| PURCHASE ORDER NUMBER | 550069680 |

**Shipment History**

| Date | Time | Pieces | Activity | Location | R |
|---|---|---|---|---|---|
| 17-Aug-2005 | 1054 | 1 | Delivered | | M |
| 17-Aug-2005 | 1019 | 1 | Out for Delivery | | |
| 15-Aug-2005 | 1535 | 1 | Received | Hartford, CT, US | |

**●** Track Another Shipment

** The weight shown may not reflect the dimensional weight invoiced on your shipment.

Due to FAA security regulations, some shipment details may not be provided. We are so
inconvenience, but must strictly adhere to all government security regulations.

11/09/2005  13:09    8602425688

# DELPHI

Energy & Chassis System:

Page  1  of  2

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005 11:54:36 | |

Vendor No:  1010951
DUNS No:  126011431

| Payment Terms: ZMN2 | Currency:  USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

Incoterms:  FOB-Freight Collect

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 25342895 | HT01 DELPHI E & C CHIHUAHUA | | | |
| | WIPER ASM-FUEL LVL SEN | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2005 | USD | 1,677.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # --.
*******************

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

FEB 01 2005

Purchasing Contact: McMillian. Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005 11:54:36 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

********************

********************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
********************

********************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************

********************

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

**Invoice No** 000004656N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone............ ......: 860-242-2281
Fax............ ........: 860-242-5688
Billing Inquiry ......: 847-566-4100
www.DeringerNey.com

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL 60674

**Customer    001796**

**Duplicate Copy**

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 09/14/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03        000        U/M EA | | | 28,224.00000 | 1.22820 | 34,664.72 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N04905     Ship Date: 09/14/2005     BOL No.  1299 | | | | | |
| | NEY Part No.012793 | | | | | |

Frm

Please pay balance due by Friday October 14, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 34,664.72 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 34,664.72** |
| Amount Paid | $ 33,479.31 |
| Balance Due | $ 1,185.41 |
| Late Charge | $ 1,109.27 |
| **Total Due w/ late Charge** | **$ 2,294.68** |

CUSTOMER COPY

# Shipping List    N04905



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3610 USA
Phone.................: 860-242-2281
Fax.....................: 860-242-5684
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

**DERINGER-NEY INC.**
Ney Inc.

Customer No/Ship To:   001796-0001

Sales Order Shipper

**Ship to :** DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 09/14/2005 | 550023828 | 000564-01 | 42 | 650.00 | CENTRAL TRANSPORT | 1299 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03   000   U/M EA   SO Item  1. Release 091 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

*[signature]*   11/07/2005

Q A Supervisor

| Lot/SN(s) | 46120GRD294 | Qty | 1344.00000 | 28,224.00000 |
|---|---|---|---|---|
| | 46235GRD294 | Qty | 672.00000 | |
| | 46235GRD295 | Qty | 2016.00000 | |
| | 46324GRD294 | Qty | 12096.00000 | |
| | 46324GRD295 | Qty | 12096.00000 | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total   28,224.00000

*CUSTOMER COPY*

11/09/2005  13:09    8602425688

# DELPHI

Energy & Chassis Systems

Page  1  of  3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
**Troy MI 48098**

**Deliver to:**

**DELPHI E & C - CHIHUAHUA**
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 50060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

Vendor No:  1008126
DUNS No:   005073895

**Payment Terms: ZMN2**    **Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms:  FOB-Freight Collect**

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E & C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,226.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: McMillin, Tracy

Phone:  248-813-4358

DELPHI ENERGY & CHASSIS SYSTEMS
5825 Delphi Drive

Date and Time Printed:    03/16/2004 14:44:24

11/09/2005   13:09    8602425688

# DELPHI

———————————————————————————————————— Energy & Chassis Systems

Page   2   of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL  60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange (EDI), relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the amount of the goods shall be for the benefit

DELPHI _____ Energy & Chassis Systems

Page   3   of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

PO Number                                    Date Issued
550023828                                    01/08/2003
Version
03/16/2004 14:44:24

RECEIVED

MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|----------|-------------------------|-------|

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

| | |
|---|---|
| TO: Consignee | FROM: Shipper |

Name __ Delphi C. Chihuahua __

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name, or as otherwise provided in Item 430, Sec. 1

Shipper __ DERINGER-NEY INC __

Street __ 32 Electric Wacoin __   Street __ NEW INDUSTRIAL PARK (860) 747-__

Destination __ El-Paso __   Zip Code __ 79906 __   Origin __ BLOOMFIELD, CT __   Zip __

(Name of Carrier)

010-133328-5

| Route | | | | |
|---|---|---|---|---|

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Vehicle Number | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 2 | | Pallets | | | | |
| | | GRD 294 | 325 | | | |
| | | GRD 295 | 650 | | | |

C.O.D. FEE:  PREPAID □  COLLECT □   C.O.D. $ _____

TOTAL CHARGES $ _____

FREIGHT PREPAID □   FREIGHT □

Subject to NMFC's 100CTH-100 and 49 USC 14706 and DOT 49 CFR 370

REC'D: of contents or packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| REMIT C.O.D. TO: ADDRESS | | | | | |
|---|---|---|---|---|---|

Note specified The shipper it:

□ SKD   __ LSE CTN   __ DRM   __ BUN   □ SWAC
□ CRTS   __ BSKT   __ RCK   __ TOTE   □ SL & C
__ SWS-OF   __ CTN   __ SWS-STC   □ CTN
OTHER __ SHPMT __   B/L

$ _____

SHIPPER __ DERINGER-NEY INC __   CARRIER _____

PER _____   PER _____

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

# Central Transport Delivery Receipt

**SCAC:** CTII

**Consignee:**
DELPHI C CHIHUAHUA 31008
32 CELERITY WAGON
EL PASO, TX 79906

**Shipper:**
DERINGER NEV INC
NEV INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-0733
Shipper COD Amount: 0.0000

**Freight Charges Are Prepaid**

| Freight Terms | | |
|---|---|---|
| Org | DC | 799 |
| 010 | | 799 |

**Reference Number**

| Pieces | 2 | Weight | 650 |
|---|---|---|---|

Ship Date 09/15/05

Pro Number
010-133328-5

## Pro Number
010-133328-5

**Additional Delivery Services Requested**

| | | | |
|---|---|---|---|
| Inside Delivery | $50.00 | Residential Delivery | $50.00 |
| Sort - Segregate | $70.00 | Liftgate | $90.00 |
| Driver Delay | $75.00 | Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
Desc.
# And Type of Container: ___ Part #
# of Pcs Affected: ___ Qty. or Pcs Affected
Skids
Date ___ Log#

Stamp / Sign Here

Firm    _T. Lena_
By    _T. Lena_
Shipment received in good order    2SK (2)
Pieces Received

Driver _____ Date 09/22/05
Arrive Time _____
Depart Time _____

All claims for loss or damage must be reported immediately. By filing of the Interstate Commerce Commissioners/order of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made in this bill as permitted by 49 CFR 1051(2)(iii)

DERINGER-NEV INC.

DELPHI C CHIHUAHUA
32 CELERITY WAGON
EL PASO, TX

Pallets 294
CRD 295

010-133328-5    B/L

DERINGER NEV INC.
NEV INDUSTRIAL PARK
BLOOMFIELD, CT



CENTRAL TRANSPORT
Pro Number
010-133328-5



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone....................: 860-242-2281
Fax........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Ney Inc.

# Invoice No  000004757N

Customer   001796

## Duplicate Copy

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 09/21/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03 | 000 | U/M EA | 18,816.00000 | 1.22820 | 23,109.81 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N05024    Ship Date: 09/21/2005    BOL No. 1380 | | | | | |
| | NEY Part No.012793 | | | | | |

Frm

Please pay balance due by Friday October 21, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 23,109.81 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 23,109.81** |
| **Amount Paid** | **$ 22,319.54** |
| **Balance Due** | **$ 790.27** |
| Late Charge | $ 739.51 |
| Total Due w/ late Charge | $ 1,529.78 |

CUSTOMER COPY



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.......................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.


DERINGER-NEY INC.
Ney Inc.

# Shipping List    N05024

Customer No/Ship To:  001786-0001
Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 09/21/2005 | 550023828 | 000564-01 | 28 | 350.00 | CENTRAL TRANSPORT | 1380 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03       000      U/M EA    SO Item  1, Release 092 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

_(signature)_  11/07/2005

Q A Supervisor

| | | | | | | |
|---|---|---|---|---|---|---|
| Lot/SN(s) | 46324GRD304 | Qty | 16800.00000 | | | 18,816.00000 |
| | 46438GRD304 | Qty | 2016.00000 | | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  18,816.00000

11/09/2005   13:09        8602425688

# DELPHI

Energy & Chassis Systems

Page  1  of  3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004

Vendor No:  1008126
DUNS No.   005073895

**Payment Terms:** ZMN2         **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB-Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E &  C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive.
TROY MI 48098-2815

Date and Time Printed:    03/16/2004 14:44:24

11/09/2005  13:09    8602425688                                           PAGE  09/12

# DELPHI

Energy & Chassis Systems

Page  2  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN  IL  60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED  MAR 2 2 2004

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

## Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

An internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
cost for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and production improvements in order to reduce seller's costs. With the
understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page  3  of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

PO Number
550023828
Version
03/16/2004 14:44:24

Date Issued
01/08/2003

RECEIVED

MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|----------|--------------------------|-------|
| | | |

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*************************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in indelible Pencil, or in Carbon, and retained by the Agent.

| | | | | |
|---|---|---|---|---|
| | | (Name of Carrier) | (SCAC) | Date |

FROM: **DERINGER-NEY INC.**
Shipper **DERINGER-NEY INC.**
Street **NEW INDUSTRIAL PARK** (860) 242-2281
Origin **BLOOMFIELD CT**    Zip Code **00002 US**

TO:
Consignee **PHILLI CHIQUILLA CLASS DISTRIBUTOR**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination **CISCO 36068**
Street

Route **EL PASO**
Destination **EL PASO TX 79906**

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 2 | | pallet clipor asm (Hx-D/600304,) | | | |
| 1 | | pallet clipor asm (coroavexcp-87) | 3500 lbs | | |
| 1 | | | 70 lbs | | |
| | | | 428 lbs. | | |

010-133469-7  B/L

C.O.D. FEE.
PREPAID ☐ $
COLLECT ☐ $

Subject to Section 7 of the conditions of this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

TOTAL CHARGES $

FREIGHT PREPAID Check Box if Charges are to be Prepaid

**FREIGHT CHARGES**
FREIGHT PREPAID
except when box at right is checked

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overland or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and by said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **DERINGER-NEY INC.**    CARRIER

PER    PER

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.



**CENTRAL TRANSPORT**

Pro Number

**010-133469-7**

| Ship Date | |
|---|---|
| 09/21/05 | |

| Pieces | Weight |
|---|---|
| 2 | 420 |

Reference Number

| Org | DC |
|---|---|
| 010 | 799 |

Freight Terms

**Freight Charges Are Collect**

SCAC:  CTII

Consignee:

DELPHI C CHIHUAHUA 34065
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**

Delivery Trailer: 47-2062

Shipper COD Amount
0.0000

# Central Transport Delivery Receipt

---

## Stamp / Sign Here

Firm _____

By _____
Shipment received in good order

Pieces Received ___2 skids w/ 35 ___

Drive _____ Date 9/26/__

Arrive Time _____ Depart Time _____

## Pro Number     010-133469-7

### Additional Delivery Services Requested

| | | | | | |
|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____ Log # _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(B)

**Invoice No**   000004797N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.................: 860-242-2281
Fax.....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL 60674

**Customer   001796**

**Duplicate Copy**

Bill to :

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 09/23/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA | 23,520.00000 | 1.22820 | 28,887.26 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | |
| | C729 /NEYORO D GRAY | | | |
| | Shipper No. N05079      Ship Date: 09/23/2005      BOL No. 1382 | | | |
| | NEY Part No 012793 | | | |

|  |  |
|---|---|
| Total Item Price | 28,887.26 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| Total Inv Price | $ 28,887.26 |
| Late Charge | $ 924.39 |
| Total Due w/ late Charge | $ 29,811.65 |

Please pay balance due by Sunday October 23, 2005.

Late Payment charge maybe deducted if paid within Terms.

CUSTOMER COPY

# Shipping List    N05079



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.................: 860-242-2281
Fax....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

DERINGER-NEY INC.
Ney Inc.

Customer No/Ship To:  001796-0001
Sales Order Shipper

**Ship to :** **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|-----------|-------------|-------------|------------|--------|----------|----------------|-------|
| 09/23/2005 | 550023828 | 000564-01 | 35 | 445.00 | CENTRAL TRANSPORT | 1382 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|------|------|---|---|---|---|---|----------|
| 000001 | 25353201\03           000      U/M EA    SO Item  1, Release 093 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

_[signature]_  **11/07/2005**

Q A Supervisor

| | Lot/SN(s) | 46235GRD311 | Qty | 2016.00000 | | | 23,520.00000 |
|--|-----------|-------------|-----|------------|--|--|--------------|
| | | 46324GRD305 | Qty | 14112.00000 | | | |
| | | 46438GRD311 | Qty | 7392.00000 | | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD. MA 02062-9115

Total  23.520.00000

*CUSTOMER COPY*

**Trace Shipment**

| Trace Results | | | | 11/7/2005 - 4:47 PM |
|---|---|---|---|---|
| **Pro Number:** | **BOL Number:** | **Pieces:** | **Weight:** | **Destination:** |
| 010-133409-3 | 1382 | 2 | 445 | N/A |
| | **BOL** | | | |
| **Pickup Date:** | **Est Delivery Date:** | **Delivery Date:** | | |
| 09/23/2005 | N/A | 10/3/2005 | | |
| **Current Location:** | **Status:** | | | |
| N/A | Delivered (Click image to view Delivery Receipt - if available ) | | | |
| | **DR** | | | |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

11/09/2005  13:09    8602425688    PAGE  08/12

# DELPHI



Energy & Chassis Systems

Page 1 of 3

| Buyer: |
| --- |
| Delphi Energy & Chassis Systems<br>5820 Delphi Drive<br>Troy MI 48098 |

| Deliver to: |
| --- |
| DELPHI E & C - CHIHUAHUA<br>AVENIDA DE LAS INDUSTRIAS 4909<br>CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS<br>31110<br>MEXICO |

| DERINGER-NEY INC<br>1250 TOWN LINE RD<br>MUNDELEIN IL 60060-4448 |
| --- |

**Requirements Contract**

| PO Number<br>550023828 | Date Issued<br>01/08/2003 |
| --- | --- |
| Version<br>03/16/2004  14:44:24 | |

RECEIVED
MAR 2 2 2004

| Vendor No:  1008126 |
| --- |
| DUNS No:  005073895 |

| Payment Terms: ZMN2 | Currency:  USD |
| --- | --- |
| Payment settled on 2nd, 2nd Month | |

| Incoterms:  FOB-Freight Collect |
| --- |

| Item No. | Material No.<br>Description | Plant |
| --- | --- | --- |
| 00010 | 25353201 | HT01 DELPHI E &  C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- |
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | | |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | | |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | | |

This Requirement Contract is for 100% unless otherwise specified.

Note:

Purchasing Contact: M. Miller-Vogt

Phone:  248-813-4858

DELPHI ENERGY &
5725 Delphi Drive
TROY MI 48098

Date and Time Printed    03/16/2004 14:44:24

11/09/2005   13:09    8602425688

# DELPHI

Energy & Chassis Systems

Page   2   of   3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2 2004
RECEIVED

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The pricing for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the cost of labor, material or overhead.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's cost, any of which ... with be shared as follows; all savings resulting from reduction in the content of the goods shall be fully ...

11/09/2005   13:09    8602425688                                          PAGE   10/12

# DELPHI                                                    Energy & Chassis Systems

Page   3   of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |

Version
03/16/2004 14:44:24

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
*************************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

CENTRAL TRANSPORT

010-133409-3

B/L

Linea I    O.C.    S.S.    PS-4TD

**Consignee** DER PER/ C C CH THARVE A DOES BO CC

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name
or on otherwise provided in Item 430, Sec. 1

**TO** CESTER TRANSPORT
(Name of Carrier)    (SCAC)

**FROM:**
Shipper: DRINGER-NEY INC.
NEW INDUSTRIAL PARK (860) 210-3261
BLOOMFIELD, CT
Zip Code  06002  USA

Shipper No.
Carrier No.
Date  9-23-05

**Street** CISCO  5705

**Destination** 3 C CEEVE CITY  CA  Zip Code

**Route**

| No. Shipping Units | Kind of Packaging, Description of Articles, Special Marks and Exceptions | *Weight (Subject to Correction) | Variable Number | RATE | CHARGES |
|---|---|---|---|---|---|
| HM | | | | | |
| 31 | CCEEVE CITY  C/St Co Zip Code | | | | |
| | 7X | 245 05 | | | |
| 2 | | | | | |
| | PA  Hotel  Wiper  ASC  CLEM 040/640-305 04 | 445 05 | | | |
| | | | | | |

COD PRE-PAID □  $
COLLECT □  $

CLASS 70

C/ASS 70

(Signature of Consignor)

**REMIT C.O.D. TO/ ADD'l** 2 SKD

**spec**  ___ CRTS

**ship**  ___ SWS-OF

$ ___ OTHER

☐ LSE CTN    ☐ DRM    ☐ BUN    ☐ SVAC
☐ BSKT    ☐ RCK    ☐ TOTE    ☐ SL & C
☐ CTN    ☐ SWS-STC    ☐ CTN

SHIP.INT.

Subject to NMFC 100CTU-100 and 49 USC 14706 and DOT 49 CFR 370

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

**COD FEE:** $

**TOTAL CHARGES:** $

FREIGHT CHARGES
FREIGHT PREPAID
Check box if charges are to be prepaid when box at right is checked.

**SHIPPER** DRINGER-NEY INC.    **CARRIER**

**PER**    **PER**    **CARRIER**

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

**CENTRAL TRANSPORT**

Pro Number
**010-133409-3**

| Ship Date |
|-----------|
| 09/23/05 |

| Pieces | Weight |
|--------|--------|
| **2** | **445** |

Reference Number

| Org | DC |
|-----|-----|
| 010 | 799 |

Freight Terms
**Freight Charges Are Collect**

**SCAC:    CTII**

Consignee:

DELPHI 34065
32 CELEBRITY WAGON
EL PASO, TX 79906

Shipper:

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 47-0309

Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

( Puncture! 5x

**Stamp / Sign Here**

Firm

By

Shipment received in good order

Pieces Received    CSKD / 35

Driver    29    Date 10/3/05

Arrive Time    Depart Time

**Pro Number        010-133409-3**

Additional Delivery Services Requested

| | | |
|--|--|--|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only

# And Type of Container    PUNTURED - DAMAGED

Part #    1 BOX    Skids  1 NOT INTACT - 1 NOT

Qty. of Pcs Affected    1 BOX    Date 10/3/05    Log #

**Invoice No** 000004873N

Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.................: 860-242-2281
Fax.....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

| Please remit to: |
| --- |
| Deringer-Ney Inc. |
| 4062 Paysphere Circle |
| Chicago, IL  60674 |

**Customer   001796**

**Duplicate Copy**

Bill to :

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 001665

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
| --- | --- | --- | --- | --- | --- |
| 550037091 | 09/27/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
| --- | --- | --- | --- | --- | --- | --- |
| 000001 | 25329277\6            000            U/M EA | | | 6,720.00000 | 0.59430 | 3,993.70 |
| | WIPER ASM (MULTI-BUTTON) C729/PAL6 | | | | | |
| | Shipper No. N05150      Ship Date: 09/27/2005      BOL No. 1310 | | | | | |
| | NEY Part No.011380 | | | | | |

Frm

**Please pay balance due by Thursday October 27, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
| --- | --- |
| Total Item Price | 3,993.70 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 3,993.70** |
| Late Charge | $ 127.80 |
| Total Due w/ late Charge | $ 4,121.50 |

CUSTOMER COPY



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Deringer-Ney Inc.   Fax....................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com



# Shipping List   N05150

Customer No/Ship To:  001796-0001

Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 09/27/2005 | 550037091 | 001665-00 | 10 | 130.00 | **CENTRAL TRANSPORT** | 1310 | **OUR PLANT** |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 253329277\6          000      U/M EA    SO Item  1, Release 031 | | | | | | |
| | WIPER ASM (MULTI-BUTTON) C729/PAL6 | | | | | | |
| | NEY Part No. 011380 | | | | | | |

NEY Inc.

_signature_ 11/07/2005

Q A Supervisor

Lot/SN(s)   46177MB764        Qty      6720.00000

6,720.00000

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD. MA 02062-9115

Total  6,720.00000

*CUSTOMER COPY*

# DELPHI

Energy & Chassis Systems

Page 1 of 2

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550037091 | 09/16/2003 |
| Version | |
| 07/30/2004 15:31:46 | |

## ALTERATION
## TO REQUIREMENT CONTRACT

| Vendor No: 1010951 |
|---|
| DUNS No: 126011431 |

**Payment Terms:** ZMN2       **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

RECEIVED

AUG 0 9 2004

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25329277 | HT01 DELPHI E &   C CHIHUAHUA |
| | WIPER ASM | |

\*\*\*THIS AMENDMENT EXTENDS ITEM\*\*\*
CE\*\*\*

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 09/16/2003 | 12/31/2003 | USD | 807.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2005 | USD | 594.30 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract # 550004633.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at

Purchasing Contact: McMillian, Tony

Phone: 248-813-4558

Fax: 248-813-4577

**Contact Address:**

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:   07/30/2004 15:31:46

11/09/2005  13:09    8602425688                                    PAGE  05/12

# DELPHI

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550037091 | 09/16/2003 |
| Version | |
| 07/30/2004 15:31:46 | |

## Item No.  Material No.  Description                                    Plant

## Notes Continued

800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25329277 (Item 10).  kam

07/30/04 - Alteration to extend Requirements Contract.  cap

This Shipping Order must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and defined by the Agent.

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | | | | |
| 1 | | pallet wiper assembly (wire)(sec.1) sec.1) | | | |
| | | | (2725-764) | 190 | |
| | | (2725-764)(2625-764)(88534) | | 3.10 165 | |
| | | | 130/b | | |

**010-135004-0**

**DERINGER-NEY INC.**

FROM Shipper: **DERINGER-NEY INC.**
Street: **NEY INDUSTRIAL PARK**
Origin: **BLOOMFIELD, CT**

FREIGHT PREPAID
FREIGHT CHARGES

TOTAL CHARGES: $

# Central Transport Delivery Receipt

CENTRAL TRANSPORT

Pro Number 010-135004-0

| Ship Date | |
|---|---|
| 09/28/05 | |
| Pieces | Weight |
| 2 | 310 |
| Reference Number | |
| Org | DC |
| 010 | 799 |

Freight Terms: Freight Charges Are Collect

SCAC: CTII

**Consignee:**
DELPHI C CHIHUAHUA 34065
32 CELERITY WAGON ST
EL PASO, TX 79906

**Shipper:**
DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 53-6793
Shipper COD Amount
0.0000

Straight bill of lading 010-135004-0 B/L. Shipper: DERINGER-NEY INC, NEY INDUSTRIAL PARK, BLOOMFIELD, CT 06002 USA, (860) 242-2281. Consignee: DELPHI C CHIHUAHUA 34065, 32 Celerity Wagon St, El Paso, TX 79906. Carrier: Central Transport. Shipper No. 1310. Date 9/27/05. Handwritten entries: 1 pallet wire (130 lbs), 1 pallet wire (180 lbs), Class 70.

**Stamp / Sign Here**

Firm: [signature]
By: [signature]
Shipment received in good order
Pieces Received: 2 PLTS
OCT 05 2005
Driver: [signature] Date
Arrive Time: Depart Time:

## Pro Number 010-135004-0

### Additional Delivery Services Requested

| | | | | | |
|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature ______________________ Date ________

Internal Use Only
# And Type of Container ________
Part #
Qty. of Pcs Affected ________

Desc. ________
Skids ________
Date ________ Log# ________

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commissionextension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(II).

# Invoice No  000004874N



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax.....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   001796**

## Duplicate Copy

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO  TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 001245

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069681 | 09/27/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25160689\52  U/M EA  WIPER ASM  PALINEY 6 SR/HT  Shipper No. N05151    Ship Date: 09/27/2005    BOL No. 1310  NEY Part No.010110 | | 9,408.00000 | 0.78820 | 7,415.39 |

Frm

**Please pay balance due by Thursday October 27, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 7,415.39 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 7,415.39** |
| **Late Charge** | **$ 237.29** |
| Total Due w/ late Charge | **$ 7,652.68** |

CUSTOMER COPY



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3620 USA
Phone.................: 860-242-2281
Fax.....................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

**DERINGER-NEY INC.**
Ney Inc.

# Shipping List N0515

Customer No/Ship To:  001796-0001
Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 09/27/2005 | 550069681 | 001245-02 | 14 | 180.00 | **CENTRAL TRANSPORT** | 1310 | **OUR PLANT** |

| Item | Part / Description / Details | | Ship Qty |
|---|---|---|---|
| 000001 | 25160689\52 | U/M EA    SO Item  7, Release 016 | |
| | WIPER ASM | | |
| | PALINEY 6 SR/HT | | |
| | NEY Part No. 010110 | | |

NEY Inc.

_signature_  11/07/2005

**Q A Supervisor**

Lot/SN(s)    46595FI331    Qty    9408.00000

9,408.00000

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  9,408.00000

CUSTOMER COPY