## Trace Shipment

| Trace Results | 11/7/2005 - 4:48 PM |
|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 010-135004-0 | 1310 | 2 | 310 | N/A |

**BOL**

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 09/28/2005 | N/A | 10/5/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt - if available ) |

**DR**

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**. Click here to download Acrobat Reader.

# DELPHI

Energy & Chassis Systems

Page 1 of 2

---

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

---

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069681 | 01/27/2005 |
| Version | |
| 01/27/2005 11:57:05 | |

Vendor No:  1010951
DUNS No:  126011431

| Payment Terms: ZMN2 | Currency: USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

**Incoterms:** FOB Freight Collect

---

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25160689 WIPER ASM | HT01 DELPHI E & C CHIHUAHUA |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2005 | USD | 788.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

---

**Notes:**

This Contract replaces previous contract # --.
*********************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company.

---

Purchasing Contact: McMillian, Tony

Phone: 248-813-4500

Fax:  248-813-4577

Contact Address:

5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

Energy & Chassis Systems

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069681 | 01/27/2005 |
| Version | |
| 01/27/2005 11:57:05 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

---

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website. delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Shipping Order must be legibly filled in. In Ink, In Indelible Pencil, or in Carbon, and printed by the Agent

**FROM** DERINGER-MFY INC.

NEW INDUSTRIAL PARK

BLOOMFIELD, CT

B/L

010-135004-0

**SHIPPER** DERINGER-MFY INC.

Subject to NMFC 100-XTH-100 and 49 USC 14706 and DOT 49 CFR 370

**CENTRAL TRANSPORT**

010-135004-0

# Central Transport Delivery Receipt

| | |
|---|---|
| Ship Date | 09/28/05 |
| Pieces | 2 |
| Weight | 310 |
| Reference Number | |
| Org | 010 |
| DC | 799 |

**Freight Terms**

Freight Charges Are Collect

SCAC: CTII

**Consignee:**

DELPHI C CHIHUAHUA 34065
32 CELERITY WAGON ST
EL PASO, TX 79906

**Shipper:**

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**

Delivery Trailer: 53-6793
Shipper COD Amount
0.0000

This Shipping Order

DERINGER-NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT
(860) 242-2281

010-135004-0 B/L

SHIPPER DERINGER-NEY INC.

Stamp / Sign Here

Firm ______

By ______

Shipment received in good order

Pieces Received ______

OCT 05 2005

Driver ______ Date ______

Arrive Time ______ Depart Time ______

## Pro Number 010-135004-0

**Additional Delivery Services Requested**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature ______ Date ______

Internal Use Only

# And Type of Container ______
Part # ______
Qty. of Pcs Affected ______

Desc. ______
Skids ______
Date ______ Log# ______

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051.1(2)(ii)

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax....................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

**Invoice No** 000004877N

**Customer** 001796

**Duplicate Copy**

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL 60674

**Bill to :**

DELPHI ENERGY & ENGINE MGMT
32 CELERTY WAGON
EL PASO TX 79906
USA

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Phone (915)783-4700        Fax (915)783-4737        Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550023828 | 09/28/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03    000    U/M EA | | | 18,816.00000 | 1.22820 | 23,109.81 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N05170    Ship Date: 09/28/2005    BOL No. 1312 | | | | | |
| | NEY Part No.012793 | | | | | |

|  |  |
|---|---|
| Total Item Price | 23,109.81 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| Total Inv Price | $ 23,109.81 |
| Late Charge | $ 739.51 |
| Total Due w/ late Charge | $ 23,849.32 |

Please pay balance due by Friday October 28, 2005.

Late Payment charge maybe deducted if paid within Terms.

CUSTOMER COPY

# Shipping List   N05170



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...............: 860-242-2281
Fax........ ...... ...: 860-242-5668
Billing Inquiry......: 847 566-4100
www.DeringerNey.com

Customer No/Ship To:   001790-0001
Sales Order Shipper

**DERINGER-NEY INC.**
Ney Inc.

**Ship to :** DELPHI C -CHIHUAHUA CROSS DOCK
CISCO 34065
32 CELERITY WAGON
EL PASO TX 79906
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 09/28/2005 | 550023828 | 000564-01 | 28 | 360.00 | CENTRAL TRANSPORT | 1312 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 26353201\03     000     U/M EA    SO Item  1, Release 094 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

_[signature]_   11/07/2005

Q A Supervisor

| | Lot/SN(s) | 46324GRD308 | Qty | 13440.00000 | | | 18,816.00000 |
| | | 46438GRD308 | Qty | 672.00000 | | | |
| | | 46438GRD309 | Qty | 4704.00000 | | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  18,816.00000

## Trace Shipment

| Trace Results | | | 11/7/2005 ~ 4:53 PM | |
|---|---|---|---|---|
| **Pro Number:** | **BOL Number:** | **Pieces:** | **Weight:** | **Destination:** |
| **010-133728-6** | 1312 | 2 | 360 | N/A |
| | **BOL** | | | |
| **Pickup Date:** | **Est Delivery Date:** | **Delivery Date:** | | |
| 09/28/2005 | N/A | 10/5/2005 | | |
| **Current Location:** | **Status:** | | | |
| N/A | Delivered (Click image to view Delivery Receipt - if available ) | | | |
| | **DR** | | | |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader.**
Click here to download Acrobat Reader.

# DELPHI

Energy & Chassis Systems

Page  1  of  3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448



**Requirements Contract**

| | |
|---|---|
| PO Number | Date Issued |
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004  14:44:24 | |

RECEIVED
MAR 2 2 2004

Vendor No:   1008126
DUNS No:   005073895

**Payment Terms:** ZMNP    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

| Item No. | Material No. Description | | | Plant | | | |
|---|---|---|---|---|---|---|---|
| 00010 | 25353201 | | | HT01 DELPHI E &   C CHIHUAHUA | | | |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact Mel Miller  Troy

Phone: 248-813-4358

Fax:  248-813-4577

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:   03/16/2004 14:44:24

11/09/2005   13:09    8602425688

# DELPHI

Energy & Chassis Systems

Page  2  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2 2004
RECEIVED

| Item No. | Material No. | | | Plant |
|---|---|---|---|---|
| | Description | | | |

## Notes Continued

*******************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************
This Contract replaces previous contract # --.
*******************


*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

*******************

*******************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*******************

*******************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
*******************

*******************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
costs for labor material or overhead

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the
understanding that such savings seller financially will be shared as follows: (i) savings resulting from reductions in the cost of the goods shall be for the benefit

DELPHI                                                                          Energy & Chassis Systems

Page  3  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| **Version** | |
| 03/16/2004 14:44:24 | RECEIVED |

MAR 2 2 2004

| Item No. | Material No. | | Plant |
|---|---|---|---|
| | Description | | |

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
************************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Koel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

# CENTRAL TRANSPORT

Pro Number

## 010-133728-6

| Ship Date |
| --- |
| 09/28/05 |

| Pieces | Weight |
| --- | --- |
| 2 | 360 |

**Reference Number**

| Org | DC |
| --- | --- |
| 010 | 799 |

**Freight Terms**

**Freight Charges Are Collect**

| SCAC: | CTII |
| --- | --- |

**Consignee:**

DELPHI C CHIHUAHUA 34086
32 CELERITY WAGON ST
EL PASO, TX 79906

**Shipper:**

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**

Delivery Trailer: 53-6793

Shipper COD Amount

0.0000

**Central Transport Delivery Receipt**

---

| Stamp / Sign Here |
| --- |

Firm

By

Shipment received in good order

Pieces Received

OCT 05

Driver _____ Date

---

## Pro Number    010-133728-6

### Additional Delivery Services Requested

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only

Type of Container _____

Part # _____

Qty. of Pcs Affected _____

Skids _____

Date _____ Log # _____

# DELPHI

Energy & Chassis Systems

Page  3  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

PO Number                          Date Issued
550023828                          01/08/2003
Version
03/16/2004 14:44:24

RECEIVED

MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
***********************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

## This Shipping Order must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

| | | | |
|---|---|---|---|
| TO: Consignee | CENTRAL TRANSPORT (Name of Carrier) | (SCAC) | Shipper No. 1312  Carrier No.  Date  9 AUG 05 |

Note—Where the rate specifically in writing the the agreed or declare shipper to be not exceeding

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1

| | | |
|---|---|---|
| Street | | FROM: Shipper  DERINGER-NEY INC. |
| Destination  31 CRUZ DRIVE | Zip Code | Street  Origin  NEW INDUSTRIAL PARK  BLOOMFIELD, CT  Zip Code 06002 USA  (860) 242-2281 |
| CISCO  34506 | | |

| Route 2 | No. Shipping Units  HM | * | Kind of Packaging, Description of Articles, Special Marks and Exceptions | | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 2 | 2 | | PALLETS  W/par  ASA(XXD-Y)(60J-30J305)  360 lbs | (155) 7D | 360 lbs | | |

REMIT C.O.D. ADDRESS

OTHER

__ SKD   __ LSE CTN   __ DRM   __ BUN   __ SWAC
__ CRTS   __ BSKT   __ CTN   __ TOTE   __ SL & C
__ SWS-OF   __ SWS-STC   __ CTN   SHIP INIT

Subject to NMFC 100/STB-100 and 49 USC 14706 and DOT 49 CFR 370

RECEIVED, subject to the ... terms on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted...

C.O.D. FEE
PREPAID $
COLLECT $

TOTAL CHARGES $

FREIGHT CHARGES
☐ FREIGHT PREPAID   Check box if charges are to be prepaid
☐ COLLECT   Check box to be checked

SHIPPER   DERINGER-NEY INC.   CARRIER

PER                                    PER

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

010-133728-6   B/L

# CENTRAL TRANSPORT

## Central Transport Delivery Receipt

**Pro Number**

**010-133728-6**

| Ship Date | |
|---|---|
| 09/28/05 | |
| Pieces | Weight |
| **2** | **360** |

**Reference Number**

| Org | DC |
|---|---|
| 010 | 799 |

**Freight Terms**

**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**

DELPHI C CHIHUAHUA 34065
32 CELERITY WAGON ST
EL PASO, TX 79906

**Shipper:**

DERINGER NEY INC
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

**Special Instructions**
Delivery Trailer: 53-6793

Shipper COD Amount
0.0000

---

**Stamp / Sign Here**

Firm _____

By _____

_Shipment received in good order_

Pieces Received _____

OCT 0 5 2

Driver _____ Date _____

Arrive Time _____ Depart Time _____

---

**Pro Number**     **010-133728-6**

**Additional Delivery Services Requested**

| | | |
|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only

Type of Container _____

Part # _____

Qty. of Pcs Affected _____

Pro _____

Skids _____

Date _____ Log# _____

# Invoice No  000004924N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax....................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer  001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700          Fax (915)783-4737          Sales Order: 001666

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550069680 | 09/29/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 000001 | 25342895\02                          U/M EA | | 4,480.00000 | 1.70960 | 7,659.01 |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | | | |
| | Shipper No. N05207      Ship Date: 09/29/2005      BOL No.  1313 | | | | |
| | NEY Part No.012120 | | | | |

| | | |
|---|---|---|
| Frm | Total Item Price | 7,659.01 |
| | Shipping | 0.00 |
| **Please pay balance due by Saturday October 29, 2005.** | Insurance | 0.00 |
| | **Total Inv Price** | **$ 7,659.01** |
| Late Payment charge maybe deducted if paid within Terms. | **Amount Paid** | **$ 7,515.65** |
| | **Balance Due** | **$ 143.36** |
| | **Late Charge** | **$ 245.09** |
| | Total Due w/ late Charge | $ 388.45 |

CUSTOMER COPY

**Shipping List**    N0520

**IN**
Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.................: 860-242-2281
**Deringer-Ney Inc.**   Fax...................: 860-242-5688
Billing Inquiry.....: 847-566-4100
www.DeringerNey.com

**IN   DERINGER-NEY INC.**
Ney Inc.

Customer No/Ship To:   001796-0001
Sales Order Shipper

Ship to : **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 09/29/2005 | 550069680 | 001666-00 | 7 | 80.000 | CENTRAL TRANSPORT | 1313 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25342895\02 | | | U/M EA | SO Item  1, Release 020 | | |
| | WIPER-DIESEL MULTIBUTTON NEYD* | | | | | | |
| | NEY Part No. 012120 | | | | | | |

NEY Inc.

*[signature]*   11/07/2005

Q A Supervisor

|  | Lot/SN(s) | 46324DSDL108 | Qty | 1280.00000 | | 4,480.00000 |
|---|---|---|---|---|---|---|
|  | | 46438DSDL108 | Qty | 3200.00000 | | |

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO:
DELPHI C (34065)
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Total  4,480.00000

11/09/2005  13:09     8602425688

# DELPHI

Energy & Chassis Syster

Page  1  of 2

| Buyer: |
| --- |
| DELPHI<br>ENERGY & CHASSIS SYSTEMS<br>5820 DELPHI DR<br>TROY MI 48098 |

| Requirements Contract | |
| --- | --- |
| PO Number<br>550069680<br>Version<br>01/27/2005  11:54:36 | Date Issued<br>01/27/2005 |

| Deliver to: |
| --- |
| DELPHI E & C - CHIHUAHUA<br>AVENIDA DE LAS INDUSTRIAS 4909<br>CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS<br>31110<br>MEXICO |

| DERINGER-NEY INC<br>2 DOUGLAS ST<br>NEY INDUSTRIAL PARK<br>BLOOMFIELD CT 06002-3690 |
| --- |

| Vendor No:  1010951 | |
| --- | --- |
| DUNS No:  126011431 | |
| Payment Terms:  ZMN2 | Currency:  USD |
| Payment settled on 2nd, 2nd Month | |
| Incoterms:  FOB- Freight Collect | |

| Item No. | Material No. Description | | | Plant | | |
| --- | --- | --- | --- | --- | --- | --- |
| 00010 | 25342895 | | | HT01 DELPHI E &   C CHIHUAHUA | | |
| | WIPER ASM-FUEL LVL SEN | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- |
| 01/01/2004 | 12/31/2005 | USD | 1,677.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Notes: |
| --- |
| This Contract replaces previous contract #  --<br>* * * * * * * * * * * * * * * * *<br><br>* * * * * * * * * * * * * * * * * *<br>As a supplier to Delphi Energy & Chassis you must use a Delphi<br>approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at<br>800-805-9433. Failure to follow these instructions could result in a charge back to your company |

Feb 01 2005

Purchasing Contact: McMillian Tony

Phone:  248-813-4358

Fax:  248-813-1577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

Energy & Chassis Systems

Page  2  of  2

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD CT 06002-3690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069680 | 01/27/2005 |
| Version | |
| 01/27/2005 11:54:36 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

## Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

## This Shipping Order must be legibly filled in, in ink, in indelible pencil, or in Carbon, and retained by the Agent

TO:
Consignee

FROM:
Shipper   **DERINGER-NEY INC.**

Carrier No. _____

Date _____ 9/19/05

Street _____   Origin Street   **NEY INDUSTRIAL PARK**

Destination _____   **BLOOMFIELD, CT   06002 USA**

010-135133-7

SHIPPER   **DERINGER-NEY INC.**

PER

# Central Transport Delivery Receipt

CENTRAL TRANSPORT

Pro Number
010-135133-7

| Ship Date | |
|---|---|
| 09/29/05 | |
| Pieces | Weight |
| 4 | 500 |
| Reference Number | |
| Org | DC |
| 010 | 799 |
| Freight Terms | |
| Freight Charges Are Collect | |

SCAC: CTII

Consignee:
DELPHI C CHIHUAHUA 34065
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:
DERINGER
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

Special Instructions
Delivery Trailer: 47-2365
Shipper COD Amount
0.0000

Stamp / Sign Here

Firm Delphi
By [illegible]
Shipment received in good order
Pieces Received [illegible]
Driver [illegible] Date 10/6/05
Arrive Time 3/11 Depart Time 3/11

Pro Number 010-135133-7

Additional Delivery Services Requested

| | | | | | |
|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature________ Date________

Internal Use Only
# And Type of Container________ Desc.________
Part #________ Skids________
Qty. of Pcs Affected________ Date________ Log#________

All claims for loss or damage must be reported immediately. By taking of the ... Central ... credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to the bill as permitted by 49 CFR 1051(2)(ii)

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Shipping Order must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper No. 1313
Carrier No.
Date 9/29/05

CENTRAL TRANSPORT (Name of Carrier)

TO: Consignee DELPHI C - CHIHUAHUA CROSS DOCK
FROM: Shipper DERINGER-NEY INC
Street CISCO 34065 — Street NEY INDUSTRIAL PARK (86) 242-2281
Destination 32 CELERITY WAGON — Origin BLOOMFIELD, CT Zip 06002 USA
Route EL PASO TX 79906

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet wipe asm (MIG ...) (...-76) | 145 lbs | | |
| 1 | | pallet wiper asm (...) (ET-231) | 95 lbs | | |
| 1 | | pallet wiper asm (...) (GRO-309) | 180 lbs | | |
| 1 | | pallet wiper asm (...) (7321-108) | 80 lbs | | |
| 4 | | | 500 lbs | | |

010-135133-7 B/L

Class 70

REMIT C.O.D. TO: ADDRESS — COD FEE: PREPAID ☐ COLLECT ☐ — TOTAL CHARGES $

LSE CTN / CRA / BUN / CRTS / BSKT / RCK / TOTE / SWS-CF / CTN / SWS-STC / CTN / ☐ SWAC ☐ SL&C / OTHER / SHIPPING

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

FREIGHT CHARGES — FREIGHT PREPAID except when box at right is checked — Check box if charges are to be collect ☐ COLLECT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier agrees to carry to its usual place of delivery at said destination ...

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER DERINGER-NEY INC — CARRIER [signature] 9/29/05
PER — PER [signature]

2

Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

# Invoice No 000004926N



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL 60674

**Customer  001796**

## Duplicate Copy

**Bill to :**

**DELPHI ENERGY & ENGINE MGMT**
**32 CELERTY WAGON**
**EL PASO  TX 79906**
**USA**

SHIPPED TO ADDRESS:
DELPHI C -CHIHUAHUA CROSS DOCK

CISCO 34065
32 CELERITY WAGON
EL PASO  TX 79906
USA

Phone (915)783-4700    Fax (915)783-4737    Sales Order: 000564

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550323828 | 09/29/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03    000    U/M EA | | | 9,408 00000 | 1.22820 | 11,554 91 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N05209    Ship Date: 09/29/2005    BOL No. 1313 | | | | | |
| | NEY Part No.042793 | | | | | |

Frm

**Please pay balance due by Saturday October 29, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 11,554.91 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| Total Inv Price | $ 11,554.91 |
| Amount Paid | $ 11,159.77 |
| Balance Due | $ 395.14 |
| Late Charge | $ 369.76 |
| Total Due w/ late Charge | $ 764.90 |

CUSTOMER COPY



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-2618 USA
Phone.....................: 860-242-2281
Deringer-Ney Inc.  Fax........................: 860-242-5688
Billing Inquiry.........: 847-566-4100
www.DeringerNey.com

# Shipping List

No5209

Customer No/Ship To:  001796-0001

Sales Order Shipper

**DERINGER-NEY INC.**
Ney Inc.

Ship to :  **DELPHI C -CHIHUAHUA CROSS DOCK**
**CISCO 34065**
**32 CELERITY WAGON**
**EL PASO  TX 79906**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 09/29/2005 | 550023828 | 000564-01 | 14 | 180.00 | CENTRAL TRANSPORT | 1313 | OUR PLANT |

| Item | Part / Description / Details | | | | Ship Qty |
|---|---|---|---|---|---|
| 000001 | 25353201\03          000     U/M EA    SO Item  1,  Release 095 | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | |
| | C729 /NEYORO D GRAY | | | | |
| | NEY Part No. 012793 | | | | |

NEY Inc.

_[signature]_   11/07/2005

Q A Supervisor

Lot/SN(s)   46438GRD309     Qty     9408.00000                                9.408.00000

SHIP VIA CENTRAL TRANSPORT THIRD PARTY FREIGHT
BILLING TO.
DELPHI C (34065)
C/O DATA2LOGISTICS
P O. BOX 9115
NORWOOD, MA 02062-9115

Total  9,408 00000

*CUSTOMER COPY*              Page #   1

## Trace Shipment

| Trace Results | 11/7/2005 - 4:54 PM |
|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| **010-135133-7** | 1313 | 4 | 500 | N/A |
| | **BOL** | | | |

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 09/29/2005 | N/A | 10/6/2005 |
| **Current Location:** | **Status:** | |
| N/A | Delivered (Click Image to view Delivery Receipt - If available ) | |
| | **DR** | |

To view **BOL** or **DR** (If available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

11/09/2005  13:09    8602425688

# DELPHI

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy  MI  48098

**Deliver to:**

DELPHI E & C - CHIHUAHUA
AVENIDA DE LAS INDUSTRIAS 4909
CHIHUAHUA-COMPLEJO IND. NOMBRE DE DIOS
31110
MEXICO

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004  14:44:24 | |

RECEIVED
MAR 2 2 2004

Vendor No:   1008126
DUNS No:    005073895

**Payment Terms**

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | HT01 DELPHI E &   C CHIHUAHUA |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact:

Phone: 248-813-4358

Fax: 248-813-

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:   03/16/2004 14:44:24

11/09/2005  13:09   8602425688

# DELPHI _____ Energy & Chassis Systems

Page  2  of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

RECEIVED
MAR 2004

## Item No.   Material No.   Plant
## Description

## Notes Continued:

****************

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
****************

This Contract replaces previous contract # --.
****************


****************

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

****************

****************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
****************

****************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
****************

****************

The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the
costs for labor, material or overhead

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the
understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit

# DELPHI

Energy & Chassis Systems

Page  3  of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023828 | 01/08/2003 |
| Version | |
| 03/16/2004 14:44:24 | |

**RECEIVED**

MAR 2 2 2004

**Item No.    Material No.    Plant**
**Description**

**Notes Continued:**

of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
************************

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/16/04 - Alteration to extend Requirements Contract, change price and validity on Material No. 25353201 (Item 10). kam

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled and are
in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or in
Carbon, and retained by the Agent.

FROM:
**DERINGER-NEY INF**

Street **NEW INDUSTRIAL PARK**

Origin **BLOOMFIELD CT**   Zip Code **06002 USA**

| Shipping Units | # HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | pallet w/per. tooling (MFG 80130)(128476) | 145 lbs. | | |
| 1 | | pallet w/per. tooling (1)(ET-331) | 95 lbs | | |
| 1 | | pallet w/per. as (MFG)(GEO-36's) | 180 lbs | | |
| 1 | | pallet w/per. as (MFG)(GEO-36's) | 115 lbs | | |
| 1 | | pallet w/per. tooling (MECL)(4836-108) | 80 lbs | | |
| | | | 500 lbs. | | |

SHIPPER **DERINGER-NEY INC**

**Central Transport Delivery Receipt**

Pro Number
010-135133-7

Ship Date
09/29/05

| Pieces | Weight |
|---|---|
| 4 | 500 |

Reference Number
500

| Org | Freight Terms |
|---|---|
| DC | 010 |
| | 799 |

**Collect**
Freight Charges Are

SCAC:  CTII

Consignee:
DELPHI C CHIHUAHUA 34085
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:
DERINGER
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

Special Instructions
Delivery Trailer: 47-2365
Shipper COD Amount
0.0000

Pro Number
010-135133-7

Additional Delivery Services Requested

| | |
|---|---|
| Inside Delivery | $70.00 |
| Sort - Segregate | $90.00 |
| Residential Delivery | $50.00 |
| Liftgate | $50.00 |
| Driver Delay | $75.00 |
| Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

Internal Use Only
Desc. _____
Port # _____
# And Type of Container _____
Qty. of Pcs Affected _____

Skids _____
Date _____
Log # _____

Stamp / Sign Here

Firm _____
By _____
Shipment received in good order
Pieces Received _____

Driver _____ Date 10/6/05
Arrive Time ____    Depart Time ____



| Cust.# | Shipper# | PO# | Invoice# | Date | Amount | Paid | Balance |
|--------|----------|-----|----------|------|--------|------|---------|
| 007500 | N04064 | 220015634 | 000003898N | 8/1/2005 | $3,301.40 | $3,188.51 | $112.89 |
| 007500 | N04165 | 550015634 | 000003991N | 8/5/2005 | $8,253.50 | $7,971.26 | $282.24 |
| 007500 | N04214 | 550015634 | 000004032N | 8/9/2005 | $1,650.70 | $1,594.25 | $56.45 |
| 007500 | N04251 | 550015634 | 000004045N | 8/10/2005 | $1,650.70 | $1,594.25 | $56.45 |
| 007500 | N05257 | 550037221 | 000004970N | 10/3/2005 | $798.74 | $0.00 | $798.74 |
| 007500 | N05261 | 550015634 | 000004974N | 10/3/2005 | $825.35 | $0.00 | $825.35 |
|  |  |  |  |  |  | Total | $2,132.12 |

# Invoice No 000003898N



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-3281
Fax...................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL 60674

**Customer 007500**

## Duplicate Copy

**Bill to :**

DELPHI AUTOMOTIVE SYSTEMS
ANALYSIS
P.O. BOX 1550
FLINT MI 48501-1550
USA

SHIPPED TO ADDRESS:
DELPHI E AUTOMOTIVE SYSTEMS
2926 DAVISON ROAD
DOCK 100, 60-06
FLINT MI 48556
USA

Phone (248)874-4636        Fax (810)341-0891        Sales Order: 000863

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550015634 | 08/01/2005 | NET 30 | BLOOMFIELD | FREIGHT COLLECT | 003 |

| Item | Part / Description / Details | | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03 | 000 | U/M EA | | 2,688.00000 | 1.22820 | 3,301.40 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | Shipper No. N04064    Ship Date: 08/01/2005    BOL No.  BAX 805509795 | | | | | | |
| | NEY Part No.012793 | | | | | | |

Frm

Please pay balance due by Wednesday August 31, 2005.

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 3,301.40 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 3,301.40** |
| **Amount Paid** | **$ 3,188.51** |
| **Balance Due** | **$ 112.89** |
| **Late Charge** | **$ 105.64** |
| **Total Due w/ late Charge** | **$ 218.53** |

*CUSTOMER COPY*



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.......... .........: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry ......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.



DERINGER-NEY INC.
Ney Inc.

# Shipping List    N04064

Customer No/Ship To:  007500-0009

Sales Order Shipper

Ship to : **DELPHI E AUTOMOTIVE SYSTEMS**
**2926 DAVISON ROAD**
**DOCK 100, 60-06**
**FLINT  MI 48556**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship ViA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/01/2005 | 550015634 | 000863-01 | 4 | 48.000 | FREIGHT COLLECT | BAX 805509795 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03    000    U/M EA    SO Item  1, Release 032 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

_Ggeorge_        11/07/2005

Q A Supervisor

Lot/SN(s)    4623545290    Qty    2688.00000        2,688.00000

We sincerely appreciate your order for the items described above.  If this acknowledgement is not correct in any way, please notify me
immediately so we may make the needed corrections before your order is processed.

Total  2,688.00000

CUSTOMER COPY                    Page #    1

# DELPHI

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**
DELPHI E & C FLINT EAST
2926 Davison Rd
FLINT MI 48556

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550015634 | 09/24/2002 |

Version
03/15/2004 10:55:23

**RECEIVED**

MAR 2 2 2004

ALTERA...
PROCUREMENT...

| Vendor No: | 1008126 |
|---|---|
| DUNS No: | 005073895 |

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | E101 DELPHI  E & C  FLINT EAST |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 10/31/2002 | USD | 1,150.00 | 1,000 | PC |
| 11/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:    03/15/2004 10:55:23

# DELPHI

Energy & Chassis Systems

Page  2  of  3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550015634 | 09/24/2002 |

Version
03/15/2004 10:55:23

| Item No. | Material No. Description | Plant |
|---|---|---|

RECEIVED
MAR 2 2 2004
RECEIVED

## Notes Continued:

This Contract replaces previous contract # —
**********************

**********************

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

**********************

**********************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
**********************

**********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

# DELPHI

Energy & Chassis Systems

Page  3  of 3

DERINGER-NBY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550015634 | 09/24/2002 |
| Version | |
| 03/15/2004 10:55:23 | |

RECEIVED

MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

---

## Notes Continued:

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*********************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

11/04/02 - Alteration to change price on Material No. 25353201 (Item 10).  kam

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10).  kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/15/04 - Alteration to extend Requirements Contract and change price and validity on Material No. 25353201 (Item 10).  kam

# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

**DATE** 8/1/05

**ORIGIN** BOL

**SHIPPER'S REFERENCE NO** NO 40064

## 1
**COMPANY** DERINGER NEY
**FROM (FACILITY)** 860-242-2281
**STREET ADDRESS** 2 DOUGLAS ST
**CITY** BLOOMFIELD   **STATE** CT   **ZIP** 06002
**SHIPPER'S ACCOUNT NO** 362200451

**AIRBILL NUMBER** 805 509 795

## 2
**CONSIGNEE'S REFERENCE NO** 805 509 795

**COMPANY** DERPING AUTOMOTIVE SYSTEMS

**CITY** FLINT   **STATE** MI   **ZIP** 48531

## BILLING INFORMATION

- [ ] PREPAID (SHIPPER)
- [ ] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACT NO REQD)
- [ ] C.O.D. $

**RATE QUOTE NUMBER**

## HANDLING INFORMATION

- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS

**SPECIAL INSTRUCTIONS**
NEED DELIVERY

**TOTAL PCS**   **WEIGHT**

## 5
**RELEASE SIGNATURE X**
**DECLARED VALUE** $

**FOR BAX GLOBAL USE ONLY**

RECEIVED BY BAX GLOBAL DRIVER / AGENT

PRINT NAME X

**SHIPPER COPY**

# Invoice No  000003991N

**IN**
Deringer-Ney Inc.

Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

Customer  007500

## Duplicate Copy

**Bill to :**

DELPHI AUTOMOTIVE SYSTEMS
ANALYSIS
P.O. BOX 1550
FLINT  MI 48501-1550
USA

SHIPPED TO ADDRESS:
DELPHI E AUTOMOTIVE SYSTEMS
2926 DAVISON ROAD
DOCK 100, 60-06
FLINT  MI 48556
USA

Phone (248)874-4636          Fax (810)341-0891          Sales Order: 000863

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550015634 | 08/05/2005 | NET 30 | BLOOMFIELD | FREIGHT COLLECT | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA | | | 6,720.00000 | 1.22820 | 8,253.50 |
| | WIPER ASM (MULTI-BUTTON)NEY Dʻ | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N04165     Ship Date: 08/05/2005     BOL No.  BAX 805509762 | | | | | |
| | NEY Part No.012793 | | | | | |

Frm

**Please pay balance due by Sunday September 4, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 8,253.50 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 8,253.50** |
| **Amount Paid** | **$ 7,971.26** |
| **Balance Due** | **$ 282.24** |
| **Late Charge** | **$ 264.11** |
| **Total Due w/ late Charge** | **$ 546.35** |

*CUSTOMER COPY*

# Shipping List    N04165

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

**Customer No/Ship To: 007500-0009**

**Sales Order Shipper**


DERINGER-NEY INC.
Ney Inc.

**Ship to :** DELPHI E AUTOMOTIVE SYSTEMS
2926 DAVISON ROAD
DOCK 100, 60-06
FLINT  MI 48556
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/05/2005 | 550015634 | 000863-01 | 10 | 130.00 | FREIGHT COLLECT | BAX 805509762 | OUR PLANT |

| Item | Part / Description / Details | | | | | | Ship Qty |
|---|---|---|---|---|---|---|---|
| 000001 | 25353201\03      000      U/M EA    SO Item  1, Release 033 | | | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | | |
| | C729 /NEYORO D GRAY | | | | | | |
| | NEY Part No. 012793 | | | | | | |

NEY Inc.

_(signature)_  **11/07/2005**

Q A Supervisor

| | Lot/SN(s) | 46120GRD276 | Qty | 4032.00000 | | | 6,720.00000 |
| | | 46235GRD276 | Qty | 2688.00000 | | | |

We sincerely appreciate your order for the items described above.  If this acknowledgement is not correct in any way, please notify me immediately so we may make the needed corrections before your order is processed.

Total  6,720.00000

*CUSTOMER COPY*          Page #    1

# DELPHI

Energy & Chassis Systems

Page  1  of 3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**
DELPHI E & C FLINT EAST
2926 Davison Rd
FLINT MI 48556

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550015634 | 09/24/2002 |

Version
03/15/2004 10:55:23

RECEIVED
MAR 2 2 2004

Vendor No:  1008126
DUNS No:   005073895

| Payment Terms:  ZMN2 | Currency:  USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

Incoterms:  FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | E101 DELPHI  R & C  FLINT EAST |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 10/31/2002 | USD | 1,150.00 | 1,000 | PC |
| 11/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:   03/15/2004 10:55:23

# DELPHI

Energy & Chassis Systems

Page 2 of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
| --- | --- |
| 550015634 | 09/24/2002 |
| Version | |
| 03/15/2004 10:55:23 | |

| Item No. | Material No.<br>Description | Plant |
| --- | --- | --- |

RECEIVED
MAR 2 2 2004
RECEIVED

**Notes Continued:**

This Contract replaces previous contract # —.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer; (ii,) if Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) if the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

# DELPHI

Energy & Chassis Systems

Page 3 of 3

| DERINGER-NEY INC<br>1250 TOWN LINE RD<br>MUNDELEIN IL 60060-4448 | **Requirements Contract** | |
|---|---|---|
| | PO Number<br>550015634<br>Version<br>03/15/2004 10:55:23 | Date Issued<br>09/24/2002 |

RECEIVED
MAR 2 2 2004

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

---

**Notes Continued:**

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards. for additional information.
**•••••••••••••••••••**

**•••••••••••••••••••**
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**•••••••••••••••••••**

**•••••••••••••••••••**
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**•••••••••••••••••••**

11/04/02 - Alteration to change price on Material No. 25353201 (Item 10). kam

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlh

03/15/04 - Alteration to extend Requirements Contract and change price and validity on Material No. 25353201 (Item 10). kam