**GLOBAL** 20 EXCHANGE IRVINE, CA 92602

| | 1-800-CALL-B |
|---|---|
| | FOR INFORMATION O |
| | BAX OFFICE NEARES |

DATE 8/5/05   ORIGIN BDL   DEST. SORT CODE

AIRBILL NUMBER **805 509 762**

SHIPPER'S REFERENCE NO. N04165
SHIPPER'S ACCOUNT NO. .362200451

CONSIGNEE'S REFERENCE NO. 550015634
CONSIGNEE'S ACCOUNT NO.

COMPANY: ERINGER NEY
DEPT./FLOOR

COMPANY: DELPHI E. AUTOMOTIVE SYSTEMS
DEPT./FLOOR

XX (YOUR NAME)
PHONE NO. 860-242-2281   NATALIE TKACHUK

TO (CONSIGNEE NAME) 2196 DAVISON ROAD
PHONE NO.

STREET ADDRESS: DOUGLAS ST

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)
DOCK 100, 60-06

CITY: L_FIELD   STATE CT   ZIP (REQUIRED) 06002

CITY: FLINT   STATE MI   ZIP (REQUIRED) 48555

## HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)

| | | | |
|---|---|---|---|
| ☐ HOLD AT BAX | ☐ *DANGEROUS GOODS | ☐ *SATURDAY DELIVERY | ☐ *SPECIAL DELIVERY |
| | | ☐ *CONVENTION | |

RATE QUOTE NUMBER

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:

STANDARD SERVICE

| | |
|---|---|
| ☐ OVERNIGHT (NEXT BUSINESS DAY) | |
| ☒ SECOND DAY | |
| ☐ BAXSAVER | |
| ☐ NEXT FLIGHT AVAILABLE | |
| ☐ OTHER | |

NO. OF PCS. 130/6   WEIGHT   LENGTH 70   WIDTH 91   HEIGHT 46   DESCRIPTION V8 ... SAMPLES

TOTAL PCS.   TOTAL WT.   REWEIGH   1 SKID(S) SAID TO CONTAIN 6720 NO. OF PIECES

RELEASE SIGNATURE X

DECLARED VALUE $

## FOR BAX GLOBAL USE ONLY

| RECEIVED BY BAX AT | | CHARGES ADVANCED | PRO NUMBER | CARRIER NAME |
|---|---|---|---|---|
| ☐ SHIPPER'S DOOR | OUTSIDE CARRIER: $ | | | |
| ☐ BAX TERMINAL | | | | |

...unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along...

PRINT NAME X NATALIE TKACHUK   DATE 8/5/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued; non-photo...

SHIPPER COPY



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax.....................: 860-242-5668
Billing Inquiry......: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

Ney Inc.

# Invoice No   000004032N

**Customer   007500**

## Duplicate Copy

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

Bill to :

**DELPHI AUTOMOTIVE SYSTEMS
ANALYSIS
P.O. BOX 1550
FLINT  MI 48501-1550
USA**

SHIPPED TO ADDRESS:
**DELPHI E AUTOMOTIVE SYSTEMS
2926 DAVISON ROAD
DOCK 100, 60-06
FLINT  MI 48556
USA**

Phone (248)874-4636        Fax (810)341-0891        Sales Order: 000863

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550015634 | 08/09/2005 | NET 30 | BLOOMFIELD | CENTRAL TRANSPORT | 003 |

| Item | Part / Description / Details | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA<br>WIPER ASM (MULTI-BUTTON)NEY D*<br>C729 /NEYORO D GRAY<br>Shipper No. N04214    Ship Date: 08/09/2005    BOL No. 1420<br>NEY Part No.012793 | 1,344.00000 | 1.22820 | 1,650.70 |

Frm

**Please pay balance due by Thursday September 8, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 1,650.70 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 1,650.70** |
| **Amount Paid** | **$ 1,594.25** |
| **Balance Due** | **$ 56.45** |
| **Late Charge** | **$ 52.82** |
| **Total Due w/ late Charge** | **$ 109.27** |

*CUSTOMER COPY*



Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

**Deringer-Ney Inc.**

**DERINGER-NEY INC.**
**Ney Inc.**

# Shipping List

**Customer No/Ship To:  007500-0009**

**Sales Order Shipper**

**Ship to : DELPHI E AUTOMOTIVE SYSTEMS**
**2926 DAVISON ROAD**
**DOCK 100, 60-06**
**FLINT  MI 48556**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/09/2005 | 550015634 | 000863-01 | 20 | 35.000 | CENTRAL TRANSPORT | 1420 | OUR PLANT |

| Item | Part / Description / Details | | Ship Qty |
|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA    SO Item  1, Release 034 | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | |
| | C729 /NEYORO D GRAY | | |
| | NEY Part No. 012793 | | |

NEY Inc.

11/07/2005

Q A Supervisor

| Lot/SN(s)  46324 | Qty    1344.00000 | | 1,344.00000 |

SHIP VIA CENTRAL TRANSPORT (1-800-344-4180)
PLEASE RECORD BILL OF LADING SHIPPER NUMBER
ON ALL PACKING LISTS.
** ATTACH BAR CODE LABEL OF THE PACKING LIST
NUMBER TO THE PACKING LIST (BpacklistDEFLINT).
DO NOT FOLD LABEL.
SHIP VIA CONSOLIDATED FREIGHT

Total  1,344.00000

*CUSTOMER COPY*          Page #    1

# DELPHI

Energy & Chassis Systems

Page  1  of  3

| Buyer: | Requirements Contract |
|---|---|
| Delphi Energy & Chassis Systems<br>5820 Delphi Drive<br>Troy, MI 48098 | **PO Number**<br>550015634<br>**Version**<br>03/15/2004 10:55:23    **Date Issued**<br>09/24/2002 |

**Deliver to:**
DELPHI E & C FLINT EAST
2926 Davison Rd
FLINT MI 48556

RECEIVED
MAR 2 2 2004

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

| Vendor No:  1008126 |
|---|
| DUNS No:  005073895 |

| Payment Terms:  ZMN2 | Currency:  USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

| Incoterms:  FOB- Freight Collect |
|---|

| Item No. | Material No.<br>Description | Plant |
|---|---|---|
| 00010 | 25353201 | E101 DELPHI  E & C  FLINT EAST |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 10/31/2002 | USD | 1,150.00 | 1,000 | PC |
| 11/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,143.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:  03/15/2004 10:55:23

# DELPHI

Energy & Chassis Systems

Page 2 of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | |
|---|---|
| 550015634 | Date Issued |
| Version | 09/24/2002 |
| 03/15/2004 10:55:23 | |

RECEIVED
MAR 2 2 2004

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

This Contract replaces previous contract # --.
**************************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

***************************

*********************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overhead.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer; (ii) if Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) if the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.

********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

# DELPHI

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550015634 | 09/24/2002 |
| Version | |
| 03/15/2004 10:55:23 | |

**RECEIVED**
**MAR 2 2 2004**

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*****************************

*******************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************

*******************************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*****************************
11/04/02 - Alteration to change price on Material No. 25353201 (Item 10). kam

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/15/04 - Alteration to extend Requirements Contract and change price and validity on Material No. 25353201 (Item 10). kam

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper No. **1420**

Carrier No. _____

Carrier: *CENTRAL TRANSPORT*
(Name of Carrier)          (SCAC)

Date **8/9/05**

TO:
Consignee: *DELPHI E AUTOMOTIVE SYSTEM*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name — or as otherwise provided in Item 430, Sec. 1

Street: *2916 DAVISON Rd*

Destination: *DOCK 100, 60-06*   Zip Code

Route: *FLINT     MI    48506*

FROM:
Shipper: **DERINGER-NEY INC.**
Street: **NEY INDUSTRIAL PARK  (860) 242-228**
Origin: **BLOOMFIELD, CT**   Zip Code **06002 US**

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Vehicle Number | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 1 | | *pallet w/per ASM (NRR a)(JSW)* | *35 lb* | | | |
| | | | | | | |
| | | *CLASS 70* | | | | |

Bill Third Party:
Delphi E, 31005, FLINT, MI
c/o DATA 2 LOGISTICS
42 Thomas Patten Drive
Randolph, MA 02368

**010-131375-8**

Linear-R   C.C.   '66   PS-ATTD   **B/L**

**CENTRAL TRANSPORT**

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

TOTAL CHARGES: $

**FREIGHT CHARGES**

FREIGHT PREPAID   Check Box if
except when box   Charges are to be
at right is        ☑ COLLECT
checked

... of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation livery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is all route to destination and as to each party at any time interested in all or any of said property, that every service to governing classification on the date of shipment.
is in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted

| SKD | LSE CTN | DRM | BUN | ☐ SWAC |
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| SWS-OF | CTN | SWS-STC | CTN | |
| OTHER | | | | |

SH
PER

Subject to NMFC 100/CTII-100 and 49 USC 14708 and DOT 49 CFR 370

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

CARRIER _____
PER _____ DATE

**CENTRAL TRANSPORT**

Pro Number
**010-131375-8**

Ship Date
**08/09/05**

| Pieces | Weight |
|--------|--------|
| 1 | 35 |

Reference Number

| Org | DC |
|-----|-----|
| 010 | 493 |

Freight Terms

**Freight Charges Are Collect**

SCAC:    CTII

Consignee:

DELPHI E AUTOMOTIVE SYSTE
2926 DAVISON RD
FLINT, MI 48550

Shipper:

DERINGER
NEY INDUSTRIAL PARK
BLOOMFIELD, CT 06002

Special Instructions
Delivery Trailer: 53-8859

Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

DERINGER-NEY INC.
NEY INDUSTRIAL PARK  (860) 242-228
BLOOMFIELD, CT            06002 US

Pro Number        010-131375-8

**Additional Delivery Services Requested**

| | | | | |
|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____    Date_____

Internal Use Only
# And Type of Container_____    Desc._____
Part #_____    Skids_____
Qty. of Pcs Affected_____    Date_____    Log#_____

---

Sign Here

Firm_____
AUG 1 2 2005
By   BY: _____
Shipment received in good order

Pieces Received _____

Driver _____    Date _____

Arrive Time _____    Depart Time _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(h)



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

Ney Inc.

# Invoice No   000004045N

**Please remit to:**
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   007500**

# Duplicate Copy

**Bill to :**

DELPHI AUTOMOTIVE SYSTEMS
ANALYSIS
P.O. BOX 1550
FLINT  MI 48501-1550
USA

SHIPPED TO ADDRESS:
DELPHI E AUTOMOTIVE SYSTEMS
2926 DAVISON ROAD
DOCK 100, 60-06
FLINT  MI 48556
USA

Phone (248)874-4636        Fax (810)341-0891        Sales Order: 000863

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550015634 | 08/10/2005 | NET 30 | BLOOMFIELD | BEST COURIER & DELIV | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03       000       U/M EA | | | 1,344.00000 | 1.22820 | 1,650.70 |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N04251     Ship Date: 08/10/2005    BOL No.  BAX805509740 | | | | | |
| | NEY Part No.012793 | | | | | |

| Frm | | |
|---|---|---|
| | Total Item Price | 1,650.70 |
| **Please pay balance due by Friday September 9, 2005.** | Shipping | 0.00 |
| | Insurance | 0.00 |
| Late Payment charge maybe deducted if paid within Terms. | **Total Inv Price** | **$ 1,650.70** |
| | **Amount Paid** | **$ 1,594.25** |
| | **Balance Due** | **$ 56.45** |
| | **Late Charge** | **$ 52.82** |
| | **Total Due w/ late Charge** | **$ 109.27** |

*CUSTOMER COPY*

# Shipping List

N04251

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone...................: 860-242-2281
Fax........................: 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

Customer No/Ship To:  007500-0009
Sales Order Shipper

**DERINGER-NEY INC.**
Ney Inc.

**Ship to :**  DELPHI E AUTOMOTIVE SYSTEMS
2926 DAVISON ROAD
DOCK 100, 60-06
FLINT  MI 48556
USA

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 08/10/2005 | 550015634 | 000863-01 | 0 | 35.000 | BEST COURIER & | BAX805509740 | OUR PLANT |

| Item | Part / Description / Details | | | | Ship Qty |
|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA     SO Item  1,  Release 035 | | | | |
| | WIPER ASM (MULTI-BUTTON)NEY D* | | | | |
| | C729 /NEYORO D GRAY | | | | |
| | NEY Part No. 012793 | | | | |

NEY Inc.

_signature_  **11/07/2005**

**Q A Supervisor**

| | Lot/SN(s)  46120GRD294 | Qty     1344.00000 | | | 1,344.00000 |

We sincerely appreciate your order for the items described above.  If this acknowledgement is not correct in any way, please notify me immediately so we may make the needed corrections before your order is processed.

Total  1,344.00000

# DELPHI

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy, MI 48098

**Deliver to:**

DELPHI E & C FLINT EAST
2926 Davison Rd
FLINT MI 48556

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550015634 | 09/24/2002 |
| Version | |
| 03/15/2004 10:55:23 | |

RECEIVED
MAR 2 2 2004
ALTERATIONS
PROCUREMENT INTEGRITY

| | |
|---|---|
| Vendor No: | 1008126 |
| DUNS No: | 005073895 |

| Payment Terms: ZMN2 | Currency: USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

| Incoterms:   FOB-Freight Collect |
|---|

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | E101 DELPHI   E & C   FLINT EAST |

WIPER ASM-FUEL LVL SEN
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 10/31/2002 | USD | 1,150.00 | 1,000 | PC |
| 11/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |
| | | | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

Purchasing Contact: McMillian, Tony

Phone: 248-813-4358

Fax:   248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive.
TROY MI 48098-2815

Date and Time Printed:    03/15/2004 10:55:23

# DELPHI

Energy & Chassis Systems

Page  2  of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

PO Number
550015634
Version
03/15/2004 10:55:23

Date Issued
09/24/2002

| Item No. | Material No.<br>Description | | Plant |
|---|---|---|---|

RECEIVED
MAR 2 2 2004
RECEIVED

**Notes Continued:**

This Contract replaces previous contract # --.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days. Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price. Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier. Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

# DELPHI

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550015634 | 09/24/2002 |
| Version | |
| 03/15/2004 10:55:23 | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

RECEIVED MAR 2 2 2004

### Notes Continued:

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards. for additional information.
**********************

****************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi'a website. delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**********************

*******************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************

11/04/02 - Alteration to change price on Material No. 25353201 (Item 10).  kam

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10).  kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlb

03/15/04 - Alteration to extend Requirements Contract and change price and validity on Material No. 25353201 (Item 10).  kam

# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

(03-03)

| DATE | ORIGIN | BDL | DEST SORT CODE |
| --- | --- | --- | --- |
| 5/30/05 | BDL | | |

SHIPPER'S REFERENCE NO. 9823

**1 COMPANY** DERINGER NEY

FROM (YOUR NAME) B60-242-2281

STREET ADDRESS 2 DOUGLAS ST

CITY BLOOMFIELD  STATE CT  ZIP 06002

SHIPPER'S ACCOUNT NO. 362200451

DEPT/FLOOR

PHONE NO.

**BILLING INFORMATION**

- [ ] PREPAID (SHIPPER)
- [ ] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT NO. REQ'D)
- [ ] C.O.D. $

RATE QUOTE NUMBER

ACCOUNT NO.

COMPANY NAME

**AIRBILL NUMBER** 805 509 740

**AIRBILL NUMBER** 805 509 740

**2 COMPANY**

TO (CONSIGNEE NAME)

CONSIGNEE STREET ADDRESS

CITY  STATE  ZIP

CONSIGNEE'S ACCOUNT NO.

DEPT/FLOOR  PHONE NO.

CONSIGNEE'S REFERENCE NO.

**5 HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)

- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] CONVENTION

SPECIAL INSTRUCTIONS/ADDITIONAL REFERENCE INFORMATION

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT |
| --- | --- | --- | --- | --- |
| | | | | |

TOTAL PCS.  TOTAL WT.  TAP REQUIRED

RELEASE SIGNATURE X

DECLARED VALUE

**3 SERVICE REQUESTED**
1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**GUARANTEED SERVICES**
- [ ] CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EAR)
- [ ] Guaranteed Overnight (EAR 1)
- [ ] Guaranteed Airport-to-Airport (EAR 2)
- [ ] Guaranteed 2nd Day (End 0)
- [ ] OTHER

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [ ] SECOND DAY
- [ ] BAXSAVER
- [ ] NEXT FLIGHT AVAILABLE

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, as well as with other shipping documents, will be retained on file for at least three years.

SHIPPER'S REPRESENTATIVE SIGNATURE  SIGN NAME X

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

RECEIVED FROM X

- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL
- [ ] OUTSIDE CARRIER: $

PRINT NAME X

**FOR BAX GLOBAL USE ONLY**
CHARGES ADVANCED  PRO NUMBER  CARRIER NAME

REMOVE THIS MARGIN FIRST  • SHIPPER TAKE LAST COPY



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone..................: 860-242-2281
Fax.......................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

Ney Inc.

# Invoice No  000004970N

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer    007500**

# Duplicate Copy

**Bill to :**

DELPHI AUTOMOTIVE SYSTEMS
ANALYSIS
P.O. BOX 1550
FLINT  MI 48501-1550
USA

SHIPPED TO ADDRESS:
DELPHI E AUTOMOTIVE SYSTEMS
2926 DAVISON ROAD
DOCK 100, 60-06
FLINT  MI 48556
USA

Phone (248)874-4636        Fax (810)341-0891        Sales Order: 001881

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550037221 | 10/03/2005 | NET 30 | BLOOMFIELD | BEST WAY-UPDATE ASAP | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 2532927716 | 000 | U/M EA | 1,344.00000 | 0.59430 | 798.74 |
| | WIPER ASM (MULTI-BUTTON) C729/PAL6 | | | | | |
| | Shipper No. N05257    Ship Date: 10/03/2005    BOL No.  1315 | | | | | |
| | NEY Part No.011380 | | | | | |

Trm

Please pay balance due by **Wednesday November 2, 2005.**

Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total item Price | 798.74 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 798.74** |
| Late Charge | $ 25.56 |
| **Total Due w/ late Charge** | **$ 824.30** |

# Shipping List



**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.....................: 860-242-2281
Fax.........................: 860-242-5688
Billing Inquiry........: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

**DERINGER-NEY INC.**
Ney Inc.

**Customer No/Ship To:  007500-0009**
**Sales Order Shipper**

**Ship to :  DELPHI E AUTOMOTIVE SYSTEMS**
**2926 DAVISON ROAD**
**DOCK 100, 60-06**
**FLINT  MI 48556**
**USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|---|---|---|---|---|---|---|---|
| 10/03/2005 | 550037221 | 001881-00 | 2 | 24.000 | BEST WAY-UPDATE | 1315 | OUR PLANT |

| Item | Part / Description / Details | | | Ship Qty |
|---|---|---|---|---|
| 000001 | 2532927716          000          U/M EA     SO Item   1,  Release 004 | | | |
| | WIPER ASM (MULTI-BUTTON) C729/PAL6 | | | |
| | NEY Part No. 011380 | | | |

NEY Inc.

*[signature]*  **11/07/2005**

**Q A Supervisor**

Lot/SN(s)   46361/44727/7433167  Qty    1344.00000                                          1,344.0000

We sincerely appreciate your order for the items described above.  If this acknowledgement is not correct in any way, please notify me
immediately so we may make the needed corrections before your order is processed.

                                                                                Total   1,344.00000

# DELPHI

Energy & Chassis Systems

Page   1   of 2

| Buyer: |
| --- |
| Delphi Energy & Chassis Systems |
| 5820 Delphi Drive |
| Troy  MI  48098 |

**Requirements Contract**

| PO Number | Date Issued |
| --- | --- |
| 550037221 | 09/18/2003 |
| Version | |
| 07/30/2004 16:03:14 | |

| Deliver to: |
| --- |
| DELPHI E & C FLINT EAST |
| 2926 Davison Rd |
| FLINT MI 48556 |

## ALTERATION
## TO REQUIREMENT CONTRACT

| Vendor No:  1010951 |
| --- |
| DUNS No:   126011431 |

| DERINGER-NEY INC |
| --- |
| 2 DOUGLAS ST |
| NEY INDUSTRIAL PARK |
| BLOOMFIELD CT  06002-3690 |

**Payment Terms**                **Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms: FOB  Freight Collect**

**RECEIVED**

**AUG 0 9 2004**

| Item No. | Material No. | | Plant |
| --- | --- | --- | --- |
| | Description | | |
| 00010 | 25329277 | | E101 DELPHI   E & C   FLINT EAST |
| | WIPER ASM | | |

***THIS AMENDMENT EXTENDS ITEM***
CE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- |
| 09/16/2003 | 12/31/2003 | USD | 807.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2005 | USD | 594.30 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Notes |
| --- |
| This Contract replaces previous contract #  550011226. |
| ********************* |
| |
| ******************** |
| As a supplier to Delphi Energy & Chassis you must use a Delphi |
| approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at |

| Purchasing Contact: McMillian, Tony | Contact Address: |
| --- | --- |
| Phone:  248-813-4358 | DELPHI ENERGY & CHASSIS SYSTEMS |
| | 5725 Delphi Drive |
| Fax:  248-813-4577 | TROY MI 48098-2815 |

# DELPHI

Energy & Chassis Systems

Page  2  of  2

DERINGER-NEY INC
2 DOUGLAS ST
NEY INDUSTRIAL PARK
BLOOMFIELD  CT  06002-3690

**Requirements Contract**

| PO Number | Date Issued |
|-----------|-------------|
| 550037221 | 09/18/2003 |
| **Version** | |
| 07/30/2004  16:03:14 | |

**Item No.   Material No.   Plant**
**Description**

**Notes Continued:**

800-805-9433. Failure to follow these instructions could result in a charge back to your company

**********************

********************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
**********************

******************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**********************

******************

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

03/15/04 - Alteration to extend Requirements Contract and change price and validity on Material No. 25329277 (Item 10). kam

07/30/04 - Alteration to extend Requirements Contract. cap

*INJ # 4970N*

I to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are
per condition for transportation according to the applicable regulations of the Department of Transportation.

# STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Reorder Form
No. 7-45433

No. _____ **1315**  Shipper No.

Carrier No. _____

*AIR ONE*
(Name of Carrier)

Date _____ *10/3/05*

gnee *DELPHI E. ARMSTRONG*   *9X5720438*   (SCAC)

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name

*2911 MUNSON ROAD*

*DECK 150  60-0L*  Zip Code

FROM:
Shipper

# DERINGER-NEY INC.

Street  **NEY INDUSTRIAL PARK  (860) 242-2281**

Origin  **BLOOMFIELD, CT**   Zip Code  **06002 USA**

| | | Vehicle Number | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| *BOX 03* | | | *341 lbs* | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | *CAS570* | | | |

C.O.D.   Amt: $

C.O.D. FEE:
PREPAID ☐
COLLECT $

Subject to Section 7 of the conditions, if this shipment is to be
delivered to the consignee without recourse on the consignor, the
consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without
payment of freight and all other charges.

_____ per _____
(Signature of Consignor)

TOTAL
CHARGES: $

FREIGHT CHARGES

FREIGHT PREPAID   Check Box if
exp pr when box   Charges are to be
at right is
che ked        ☐ COLLECT

# DERINGER-NEY INC.

Hazardous Material are defined in Title 49 of the Code of Federal Regulations

CARRIER *Bol A26/3/Rp D Oee*

PER _____          DATE *10/3/05/426*

# Invoice No   000004974N

**Ney Inc.**
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone......................: 860-242-2281
Fax..........................: 860-242-5688
Billing Inquiry.......: 847-566-4100
www.DeringerNey.com

**Deringer-Ney Inc.**

Ney Inc.

Please remit to:
Deringer-Ney Inc.
4062 Paysphere Circle
Chicago, IL  60674

**Customer   007500**

## Duplicate Copy

**Bill to :**

**DELPHI AUTOMOTIVE SYSTEMS**
**ANALYSIS**
**P.O. BOX 1550**
**FLINT  MI 48501-1550**
**USA**

SHIPPED TO ADDRESS:
**DELPHI E AUTOMOTIVE SYSTEMS**
**2926 DAVISON ROAD**
**DOCK 100, 60-06**
**FLINT  MI 48556**
**USA**

Phone (248)874-4636          Fax (810)341-0891          Sales Order: 000863

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Person |
|---|---|---|---|---|---|
| 550015634 | 10/03/2005 | NET 30 | BLOOMFIELD | BEST COURIER & DELIV | 003 |

| Item | Part / Description / Details | | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000001 | 25353201\03          000          U/M EA | | | 672.00000 | 1.22820 | 825.35 |
| | WIPER ASM (MULTI-BUTTON)NEY D" | | | | | |
| | C729 /NEYORO D GRAY | | | | | |
| | Shipper No. N05261     Ship Date: 10/03/2005     BOL No.  BAX 805509670 | | | | | |
| | NEY Part No.012793 | | | | | |

Frm

**Please pay balance due by Wednesday November 2, 2005.**

 Late Payment charge maybe deducted if paid within Terms.

| | |
|---|---|
| Total Item Price | 825.35 |
| Shipping | 0.00 |
| Insurance | 0.00 |
| **Total Inv Price** | **$ 825.35** |
| **Late Charge** | **$ 26.41** |
| **Total Due w/ late Charge** | **$ 851.76** |

*CUSTOMER COPY*

Page  1



Ney Inc.
Ney Industrial Park
Bloomfield, CT 06002-3619 USA
Phone.................: 860-242-2281
Fax....................: 860-242-5688
Billing Inquiry.....: 847-566-4100
www.DeringerNey.com

Deringer-Ney Inc.

**DERINGER-NEY INC.**
Ney Inc.

Customer No/Ship To:   007500-0009
Sales Order Shipper

**Ship to : DELPHI E AUTOMOTIVE SYSTEMS**
       **2926 DAVISON ROAD**
       **DOCK 100, 60-06**
       **FLINT  MI 48556**
       **USA**

Salesman: 003

| Ship Date | Customer PO | Sales Order | # of Boxes | Weight | Ship VIA | Bill of Lading | F O B |
|-----------|-------------|-------------|------------|--------|----------|----------------|-------|
| 10/03/2005 | 550015634 | 000863-01 | 1 | 12.000 | BEST COURIER & | BAX 805509670 | OUR PLANT |

| Item | Part / Description / Details | | | | Ship Qty |
|------|------------------------------|---|---|---|----------|
| 000001 | 25353201\03              000     U/M EA     SO Item  1,  Release 042<br>WIPER ASM (MULTI-BUTTON)NEY D*<br>C729 /NEYORO D GRAY<br><br>NEY Part No. 012793 | | | | |

NEY Inc.

*[signature]*   **11/07/2005**

Q A Supervisor

Lot/SN(s)   4660744727      Qty      672.00000                                                      672.00000

We sincerely appreciate your order for the items described above.  If this acknowledgement is not correct in any way, please notify me immediately so we may make the needed corrections before your order is processed.

Total   672.00000

*CUSTOMER COPY*                          Page #    1



# Shipment Tracking Details





**Tracking Information**

Tracking Number: **805509670**                    Origin Waybill:

Filtered By:    Tracking Number **805509670**

| Shipment Information | Package Information |
|---|---|
| Status: **Delivered** | Pieces: 1 |
| Signature: Deb Thomas | Weight: 12.0 L |
| Service Level: Standard Second Day | Volume Weight: 21.0 L |
| Shipped Date: 03-Oct-2005 | View Dimensions: View D |
| Origin: Bloomfield, CT, US | |
| Destination: Flint, MI, US | |

**References**

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | N05261 |
| PURCHASE ORDER NUMBER | 550015634 |

**Shipment History**

| Date | Time | Pieces | Activity | Location | F |
|---|---|---|---|---|---|
| 05-Oct-2005 | 1035 | 1 | Delivered | Detroit, MI, US | C |
| 05-Oct-2005 | 1004 | 1 | Out for Delivery | Detroit, MI, US | |
| 05-Oct-2005 | 0925 | 1 | Arrived | Flint, MI, US | |
| 05-Oct-2005 | 0735 | 1 | Departed | Detroit, MI, US | |
| 05-Oct-2005 | 0340 | 1 | Scanned | Detroit, MI, US | |
| 04-Oct-2005 | 2250 | 1 | Arrived | Detroit, MI, US | |
| 04-Oct-2005 | 1654 | 1 | Departed | Toledo, OH, US | |
| 04-Oct-2005 | 1436 | 1 | Scanned | Toledo, OH, US | |
| 04-Oct-2005 | 1204 | 1 | Arrived | Toledo, OH, US | |
| 03-Oct-2005 | 2230 | 1 | Departed | Hartford, CT, US | |
| 03-Oct-2005 | 2059 | 1 | Scanned | Hartford, CT, US | |
| 03-Oct-2005 | 1852 | 1 | Shipment Labeled | Hartford, CT, US | |
| 03-Oct-2005 | 1540 | 1 | Received | Hartford, CT, US | |

**O** **Track Another Shipment**

** The weight shown may not reflect the dimensional weight invoiced on your shipment.

Due to FAA security regulations, some shipment details may not be provided. We are so
inconvenience, but must strictly adhere to all government security regulations.

# DELPHI

Energy & Chassis Systems

Page  1  of  3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Deliver to:**

DELPHI E & C FLINT EAST
2926 Davison Rd
FLINT MI 48556

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 50060-4448

## Requirements Contract

| PO Number | |
|---|---|
| 550015634 | Date Issued |
| Version | 09/24/2002 |
| 03/15/2004 10:55:23 | |

RECEIVED
MAR 2 2 2004
ALTERA...
PROCUREMENT...

| Vendor No: | 1008126 |
|---|---|
| DUNS No: | 005073895 |

| Payment Terms: | ZMN2 | Currency: | USD |
|---|---|---|---|

Payment settled on 2nd, 2nd Month

Incoterms:  FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25353201 | E101 DELPHI  E & C  FLINT EAST |

**WIPER ASM-FUEL LVL SEN**
WIPER ASM-FUEL LVL SEN
***THIS AMENDMENT EXTENDS ITEM***
***THIS AMENDMENT CHANGES VALIDITY & PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/01/2002 | 10/31/2002 | USD | 1,150.00 | 1,000 | PC |
| 11/01/2002 | 01/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 02/01/2003 | 04/30/2003 | USD | 1,211.00 | 1,000 | PC |
| 05/01/2003 | 07/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 08/01/2003 | 12/31/2003 | USD | 1,171.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | USD | 1,108.00 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 1,228.20 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 1,186.20 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 1,143.20 | 1,000 | PC |
| | | | 1,143.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: McMillian, Tony

Phone:  248-813-4358

Fax:  248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:    03/15/2004 10:55:23

# DELPHI

Energy & Chassis Systems

Page 2 of 3

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

PO Number
550015634
Version
03/15/2004 10:55:23

Date Issued
09/24/2002

RECEIVED
MAR 2 2 2004
RECEIVED

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**
This Contract replaces previous contract # --
*******************

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

*******************

*******************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overhead.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.

*******************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

# DELPHI

DERINGER-NEY INC
1250 TOWN LINE RD
MUNDELEIN IL 60060-4448

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550015634 | 09/24/2002 |
| Version | |
| 03/15/2004 10:55:23 | |

RECEIVED
MAR 2 2 2004
RECEIVED

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards. for additional information.
*****************************

*****************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************

*****************************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*****************************
11/04/02 - Alteration to change price on Material No. 25353201 (Item 10). kam

02/10/03 - Alteration to change price on Material No. 25353201 (Item 10). kam

07/14/03 - Alteration to change buyer code from Tom Keel to Tony McMillian. jlh

03/15/04 - Alteration to extend Requirements Contract and change price and validity on Material No. 25353201 (Item 10). kam

# BAX GLOBAL

**COPPERATE SHIPPING**
440 EXCHANGE
IRVINE, CA 92602

| DATE | ORDER | | |
|---|---|---|---|
| 10/3/05 | BOL | DESTINATION | |

**1**
COMPANY
DERINGER NEY
(PRINT YOUR NAME)
STREET ADDRESS
840-242-2281
2 DOUGLAS ST
BLOOMFIELD

SHIPPER'S REFERENCE NO.
NOTJGI

BILLING INFORMATION
PREPAID ☑  SHIPPER
RATE QUOTE NUMBER:

**2**
CONSIGNEE'S REFERENCE NO.
805 509 670

COMPANY
DAPHNE MORNING
TO (CONSIGNEE NAME)

CONSIGNEE'S ACCOUNT NO.
5051133

**3**
GUARANTEED SERVICE
1-800-CALL
CALL YOUR LOCAL BAX STATION

STANDARD SERVICES
☐ OVERNIGHT
☐ SECOND DAY
☑ BAXSAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER

HANDLING INFORMATION
☐ HELD AT BAX   ☐ DANGEROUS GOODS   ☐ SATURDAY DELIVERY   ☐ SPECIAL DELIVERY

DECLARED VALUE

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|

RECEIVED BY BAX GLOBAL DRIVER / AGENT
Shipper must sign this bill and produce the proper identification. One government-issued, photo ID is acceptable. If this cannot be furnished, the FAA requires two forms of ID, one of which must be government-issued, non-photo.

PRINT NAME X _____   DATE _____

FOR BAX GLOBAL USE ONLY