UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

        In re                        :     Chapter 11
                                 :

DELPHI CORPORATION, et al.,      :     Case No. 05-44481 (RDD)
                                 :

              Debtors.       :     (Jointly Administered)
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
PROTECTIVE INSURANCE CLAIMS, (D) INSURANCE CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS AND UNTIMELY TAX
CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION
<u>AGREEMENT IDENTIFIED IN THIRTEENTH OMNIBUS CLAIMS OBJECTION</u>

("THIRTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims

Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance

Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax

Claims, And (f) Claims Subject To Modification, Tax Claims Subject To Modification, And

Claims Subject To Modification And Reclamation Agreement, dated April 27, 2007 (the

"Thirteenth Omnibus Claims Objection")[1] of Delphi Corporation and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Thirteenth Omnibus Claims Objection.

"Debtors"); and upon the record of the hearing held on the Thirteenth Omnibus Claims Objection;

and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim (as to each, a "Claim") listed on Exhibits A-1, A-2,

B-1, B-2, C, D-1, D-2, and E-3 attached hereto was properly and timely served with a copy of

the Thirteenth Omnibus Claims Objection, a copy of the Order Pursuant to 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates

For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"),

a personalized Notice Of Objection To Claim, the proposed order in respect of the Thirteenth

Omnibus Claims Objection, and notice of the deadline for responding to the Thirteenth Omnibus

Claims Objection.  No other or further notice of the Thirteenth Omnibus Claims Objection is

necessary.

B.    The Court has jurisdiction over the Thirteenth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirteenth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Thirteenth Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Claims listed on Exhibit A-1 hereto contain insufficient

documentation to support the Claims asserted (the "Insufficiently Documented Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

D.      The Claim listed on <u>Exhibit A-2</u> hereto contains insufficient documentation to support the Claim asserted and was also untimely pursuant to the Bar Date Order (the "Untimely Insufficiently Documented Claim").

E.      The Claims listed on <u>Exhibit B-1</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

F.      The Claims listed on <u>Exhibit B-2</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

G.      The Claim listed on <u>Exhibit C</u> hereto contains liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Insurance Claim").

H.      The Claims listed on <u>Exhibit D-1</u> hereto were untimely pursuant to the Bar Date Order (the "Untimely Claims").

I.      The Tax Claims listed on <u>Exhibit D-2</u> hereto were untimely pursuant to the Bar Date Order (the "Untimely Tax Claims").

J.      The Claims listed on <u>Exhibit E-3</u> hereto (a) (i) were denominated in a foreign currency or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured, administrative, or priority status and (b) are Claims with respect to which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement  pursuant to which the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors'

3

determination of the valid amount of the reclamation demand (with respect to (a) and (b) each, a

"Reclamation Agreement"), subject to the Debtor's right to seek, at any time and notwithstanding

the claimant's agreement to the amount set forth in the Reclamation Agreement, a judicial

determination that certain reserved defenses with respect to the reclamation demand are valid

(the "Claims Subject To Modification And Reclamation Agreement").

K.      The relief requested in the Thirteenth Omnibus Claims Objection is in the

best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      Each Insufficiently Documented Claim listed on <u>Exhibit A-1</u> hereto is

hereby disallowed and expunged in its entirety.

2.      The Untimely Insufficiently Documented Claim listed on <u>Exhibit A-2</u>

hereto is hereby disallowed and expunged in its entirety.

3.      Each Books And Records Claim listed on <u>Exhibit B-1</u> hereto is hereby

disallowed and expunged in its entirety.

4.      Each Untimely Books And Records Claim listed on <u>Exhibit B-2</u> hereto is

hereby disallowed and expunged in its entirety.

5.      The Books And Records Insurance Claim listed on <u>Exhibit C</u> hereto is

hereby disallowed and expunged in its entirety.

6.      Each Untimely Claim listed on <u>Exhibit D-1</u> hereto is hereby disallowed

and expunged in its entirety.

7.      Each Untimely Tax Claim listed on <u>Exhibit D-2</u> hereto is hereby

disallowed and expunged in its entirety.

8.      Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit E-3 hereto is revised to the amount and classification listed as the "Claim As Modified."

No Claimant listed on Exhibit E-3 shall be entitled to (a) a recovery for any Claim Subject To

Modification And Reclamation Agreement in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with the

classification that is listed in the "Claim As Modified" column on Exhibit E-3, and/or (c) assert a

claim against a Debtor whose case number is not listed in the "Claim As Modified" column on

Exhibit E-3, subject to the Debtors' right to further object to each such Claim Subject To

Modification And Reclamation Agreement.  The Claims Subject To Modification And

Reclamation Agreement shall remain on the claims register, and shall remain subject to future

objection by the Debtors and other parties-in-interest.  For clarity, Exhibit G hereto displays the

formal name of each of the Debtor entities and their associated bankruptcy case numbers

referenced on Exhibit E-3.

9.      With respect to each Claim for which a Response to the Thirteenth

Omnibus Claims Objection, other than a Response filed by a claimant whose Claim is listed on

Exhibits E-1 or E-2 to the Thirteenth Omnibus Claims Objection, has been filed and served, and

which has not been resolved by the parties, all of which Claims are listed on Exhibits F-1, F-2, F-

3, F-4, F-5, F-6, and F-7 hereto, the hearing regarding the objection to such Claims is adjourned

to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims

Objection Procedures Order; provided, however, that such adjournment shall be without

prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise

deficient under the Claims Objection Procedures Order.

10.    With respect to each Claim listed on Exhibits E-1 or E-2 to the Thirteenth Omnibus Claims Objection, all of which Claims are listed on <u>Exhibits</u> <u>E-1</u> and <u>E-2</u> hereto, the hearing regarding the objection to such Claims is adjourned to June 26, 2007 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York and the deadline for claimants holding such Claims to respond to the Thirteenth Omnibus Claims Objection is continued to 4:00 p.m. (prevailing Eastern time) on June 19, 2007.

11.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to claims that are the subject of the Thirteenth Omnibus Claims Objection.

12.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors.

13.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Thirteenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

14.    Each of the objections by the Debtors to each Claim addressed in the Thirteenth Omnibus Claims Objection and set forth on <u>Exhibits</u> <u>F-1</u>, <u>F-2</u>, <u>F-3</u>, <u>F-4</u>, <u>F-5</u>, <u>F-6</u>, and <u>F-7</u> hereto constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Thirteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

15.    Kurtzman Carson Consultants LLC is hereby directed to serve this order in accordance with the Claims Objection Procedures Order.

16.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Thirteenth Omnibus Claims

Objection.

Dated: New York, New York
            _____ ___, 2007


_____
        UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ADRIAN RADIOLOGY ASSOC<br>PO BOX 306<br>ADRIAN, MI 49221 | 15366 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $32.00<br>$32.00 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| COFACE COLLECTIONS NORTH AMERICA INC AS AGENT FOR MAPORAMA INTERNATIONAL ATTN DAVID MILLER PO BOX 2102 CRANBURY, NJ 08512 | 1520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $23,390.20<br>$23,390.20 | 01/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| COFACE NORTH AMERICA INC AS AGENT FOR HELLERMANN TYTON CORPORATION COFACE NORTH AMERICA INC PO BOX 2102 CRANBURY, NJ 08512 | 5395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,531.46<br>$8,531.46 | 05/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| FLEX TECHNOLOGIES INC<br>108 BRATTONTOWN CIR<br>LAFAYETTE, TN 37083 | 9088 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,499.90<br>$6,499.90 | 07/06/2006 | DELPHI CORPORATION<br>(05-44481) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 291 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $287.00<br>$287.00 | 11/02/2005 | DELPHI CORPORATION<br>(05-44481) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 281 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $172.80<br>$172.80 | 11/01/2005 | DELPHI SERVICES HOLDING CORPORATION<br>(05-44633) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 278 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $86.00<br>$86.00 | 11/01/2005 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 277 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $425.54<br>$425.54 | 11/01/2005 | DELPHI NY HOLDING CORPORATION<br>(05-44480) |

## EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEE SPRING COMPANY<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$792.40<br>$792.40 | 11/01/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NES RENTALS<br>PO BOX 8500-1226<br>PHILADELPHIA, PA 19178-1226 | 321 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$13,200.75<br>$13,200.75 | 11/04/2005 | DELPHI CORPORATION (05-44481) |
| **Total:** | **10** | **$53,418.05** | | | |

**In re Delphi Corporation, et al.**                                          **Thirteenth Omnibus Claims Objection**

**EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY AND COUNTY OF DENVER TREASURY MCNICHOLS CIVIC CTR BLDG 144 W COLFAX AVE ROOM 384 DENVER, CO 80202-5391 | 16495 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00  $0.00 | 01/23/2007 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
|  | **Total:      1** |  | **$0.00** |  |  |

05-44481-rdd    Doc 8101-2    Filed 05/30/07    Entered 05/30/07 15:37:09    Exhibit B

In re Delphi Corporation, et al.                    Pg 11 of 170                    Thirteenth Omnibus Claims Objection

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALL AMERICAN SEMICONDUCTOR INC<br>16115 NW 52ND AVE<br>MIAMI, FL 33014 | 10414 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$44,275.71<br>$44,275.71 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| BLACKHAWK AUTOMOTIVE PLASTICS<br>800 PENNSYLVANIA AVE<br>SALEM, OH 44460 | 8198 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,330.63<br><br><br><br>$6,330.63 | 06/19/2006 | DELPHI CORPORATION (05-44481) |
| BULK TRANSIT CORPORATION<br>7177 INDUSTRIAL PKWY<br>PLAIN CITY, OH 43064 | 5059 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$361.92<br>$361.92 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CAROLINA AUTO RESTYLING<br>6745 NETHERLANDS DR<br>WILMINGTON, NC 28405 | 6020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,500.00<br>$7,500.00 | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| CITICORP VENDOR FINANCE INC<br>C/O FOSTER & WOLKIND PC<br>80 FIFTH AVENUE SUITE 1401<br>NEW YORK, NY 10011 | 7587 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$26,629.83<br>$26,629.83 | 06/06/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| DONNELLY INDUSTRIES INC<br>26 N CENTER ST<br>ORANGE, NJ 07050 | 60 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$22,196.00<br>$22,196.00 | 10/20/2005 | DELPHI CORPORATION (05-44481) |
| EAGLE EQUIPMENT CORPORATION<br>666 BROOKSIDE BLVD<br>WESTERVILLE, OH 43081 | 1622 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$27,242.74<br>$27,242.74 | 01/23/2006 | DELPHI CORPORATION (05-44481) |
| ELEKTROBAU HEINZ MEISSNER KG KG<br>WESTFALENWEG 256<br>33415 VERLGERMANY | 5951 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$37,182.34<br>$37,182.34 | 05/16/2006 | DELPHI CORPORATION (05-44481) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FILTER PRODUCTS CORP<br>5825 S PALO VERDE RD<br>TUCSON, AZ 85706-7737 | 8811 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $214.00<br>$214.00 | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| GENESIS GLOBAL SOLUTIONS INC<br>910 K E REDD RD NO 331<br>EL PASO, TX 79912 | 2302 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,508.00<br>$7,508.00 | 03/15/2006 | DELPHI CORPORATION (05-44481) |
| GEORGIA INSTITUTE OF TECHNOLOG<br>ELECTRICAL & COMPUTER ENGINEER<br>777 ATLANTIC DR<br>ATLANTA, GA 30332 | 12390 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,000.00<br>$6,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HONEYWELL FRICTION MATERIALS BENDIX<br>39 OLD RIDGEBURY RD<br>DANBURY, CT 06810 | 2180 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $80,658.14<br>$80,658.14 | 03/03/2006 | DELPHI CORPORATION (05-44481) |
| INFASCO NUT<br>390 THOMAS ST<br>INGERSOLL, ON N5C 2G7<br>CANADA | 8254 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $63,004.01<br>$63,004.01 | 06/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| J GORDON LEWIS DBA J GORDON LEWIS PLLC<br>441 NORTH EVANSDALE DR<br>BLOOMFIELD HILLS, MI 48304 | 317 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,850.00<br>$0.00<br>$3,850.00 | 11/03/2005 | DELPHI CORPORATION (05-44481) |
| JODY R SWANSON<br>8537 10TH AVE<br>JENISON, MI 49428-9503 | 16259 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $575,000.00<br>$575,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC CONTROLS GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15527 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

05-44481-rdd    Doc 8101-2    Filed 05/30/07    Entered 05/30/07 15:37:09    Exhibit B

In re Delphi Corporation, et al.                Pg 13 of 170           Thirteenth Omnibus Claims Objection

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KUESTER AUTOMOBILOVA TECHNIKA SRO TOVARENSKA 1 97631 VLKANOVASLOVAKIA (Slovak Republic) | 11234 | Secured: Priority: Administrative: Unsecured: Total: | $7,683.00 $7,683.00 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| LAKEVIEW LOCAL SCH DST BOARD OF EDUCATION 300 HILLMAN DR CORTLAND, OH 44410 | 12344 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LATHROP GAGE 2345 GRAND BLVD KANSAS CITY, MO 64108-2612 | 1484 | Secured: Priority: Administrative: Unsecured: Total: | $1,892.37 $1,892.37 | 01/09/2006 | DELPHI CORPORATION (05-44481) |
| LEE SPRING CO 1462 62ND ST BROOKLYN, NY 11219-5477 | 2385 | Secured: Priority: Administrative: Unsecured: Total: | $48.20 $48.20 | 03/24/2006 | DELPHI CORPORATION (05-44481) |
| LEE SPRING CO 1462 62ND ST BROOKLYN, NY 11219-5477 | 2384 | Secured: Priority: Administrative: Unsecured: Total: | $86.00 $86.00 | 03/24/2006 | DELPHI CORPORATION (05-44481) |
| MACLEAN DYNALINK 13820 WEST POLO TRAIL DR LAKE FOREST, IL 60045 | 9167 | Secured: Priority: Administrative: Unsecured: Total: | $76,664.00 $76,664.00 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| METALLURGICAL SERVICES 2221 ARBOR BLVD DAYTON, OH 45439 | 2295 | Secured: Priority: Administrative: Unsecured: Total: | $7,361.01 $7,361.01 | 03/14/2006 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE PO BOX 5300 ALBANY, NY 12205-0300 | 2584 | Secured: Priority: Administrative: Unsecured: Total: | $105.97 $105.97 | 04/07/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE PO BOX 5300 ALBANY, NY 12205-0300 | 9708 | Secured: Priority: Administrative: Unsecured: Total: | $701.18 $701.18 | 07/18/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| OCE NORTH AMERICA INC 5600 BROKEN SOUND BLVD BOCA RATON, FL 33487 | 7501 | Secured: Priority: Administrative: Unsecured: Total: | $14,465.13 $14,465.13 | 06/05/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ORR SAFETY CORP PO BOX 198029 LOUISVILLE, KY 40229 | 6849 | Secured: Priority: Administrative: Unsecured: Total: | $5,678.32 $5,678.32 | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| POLIMOON AS RUSELOKKEVEIEN 6 OSLO, 00125 NORWAY | 6841 | Secured: Priority: Administrative: Unsecured: Total: | $6,362.31 $6,362.31 | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| REDROCK CAPITAL PARTNERS LLC 111 S MAIN ST STE C11 PO BOX 9095 BRECKENRIDGE, CO 80424 | 15282 | Secured: Priority: Administrative: Unsecured: Total: | $33,920.00 $33,920.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| RIZZO SERVICES 22449 GROESBECK WARREN, MI 48089 | 983 | Secured: Priority: Administrative: Unsecured: Total: | $31,846.63 $31,846.63 | 12/05/2005 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH S A DE C V C O ROBERT BOSCH CORPORATION 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 13621 | Secured: Priority: Administrative: Unsecured: Total: | $446,072.62 $446,072.62 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SAFETY KLEEN SYSTEMS INC 5400 LEGACY DR CLUSTER II BLDG 3 PLANO, TX 75024 | 3618 | Secured: Priority: Administrative: Unsecured: Total: | $743.38 $743.38 | 05/01/2006 | DELPHI CORPORATION (05-44481) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1581 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,060.82<br>$1,060.82 | 01/17/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| SCP US INC<br>8455 WESTPARK<br>BOISE, ID 83704 | 1112 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,056.56<br>$7,056.56 | 12/12/2005 | DELPHI CORPORATION (05-44481) |
| SHERWIN WILLIAMS CO THE<br>915 MURRAY DR STE 338<br>LEXINGTON, KY 40505 | 4860 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $15,654.45<br>$15,654.45 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| SOKYMAT AUTOMOTIVE GMBH<br>GEWERBEPARKSTRASSE 10<br>REICHSHOF WEHNRATH, DE 51580<br>GERMANY | 12191 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $142,476.15<br>$142,476.15 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>BANKRUPTCY COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 1452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,112.55<br>$10,112.55 | 01/05/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| TRIAD TECHNOLOGIES LLC<br>100 ROCKRIDGE RD<br>ENGLEWOOD, OH 45322 | 2360 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,163.12<br>$20,163.12 | 03/22/2006 | DELPHI CORPORATION (05-44481) |
| UIS PROGRAMMABLE SERVICES INC<br>PO BOX 981123<br>YPSILANTI, MI 48198-1123 | 4964 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,629.49<br><br><br>$889.00<br>$6,518.49 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO SCHALTER UND SENSOREN GMBH<br>GUSTAV RAU STR 4<br>86650 WEMDINGGERMANY | 16121 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,311.04<br>$25,311.04 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VWR SCIENTIFIC<br>1230 KENNESTONE CIRCLE<br>MARIETTA, PA 30066 | 8249 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,903.43<br>$1,903.43 | 06/20/2006 | DELPHI CORPORATION<br>(05-44481) |
| VWR SCIENTIFIC PRODUCTS CORP<br>1230 KENNESTONE CIRCLE<br>MARIETTA, GA 30066 | 8248 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$226.14<br>$226.14 | 06/20/2006 | DELPHI CORPORATION<br>(05-44481) |
| YAMAZEN INC<br>735 E REMINGTON RD<br>SCHAUMBURG, IL 60173 | 1231 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,303.95<br>$9,303.95 | 12/21/2005 | DELPHI CORPORATION<br>(05-44481) |

Total: 43    $1,781,370.14

05-44481-rdd    Doc 8101-2    Filed 05/30/07    Entered 05/30/07 15:37:09    Exhibit B

In re Delphi Corporation, et al.          Pg 17 of 170          Thirteenth Omnibus Claims Objection

## EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HONEYWELL INTERNATIONAL<br>HONEYWELL SERVICE & SOLUTIONS<br>1140 W WARNER RD MS 1233 M<br>TEMPE, AZ 85284-2816 | 16537 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $133.08<br>$133.08 | 02/13/2007 | DELPHI CORPORATION (05-44481) |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 16593 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,484.00<br>$3,484.00 | 04/12/2007 | DELPHI CORPORATION (05-44481) |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-5151 | 16594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $586.88<br>$586.88 | 04/12/2007 | DELPHI CORPORATION (05-44481) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS ON BEHALF OF THE STATE OF TEXAS TEXAS MUNICIPALITIES TEXAS COUNTIES COLLECTION DIVISION BANKRUPTCY SECT<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 16466 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $242.10<br>$242.10 | 12/27/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| **Total:** | **4** | | **$4,446.06** | | |

**In re Delphi Corporation, et al.**                                       **Thirteenth Omnibus Claims Objection**

## EXHIBIT C - BOOKS AND RECORDS INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY AND ITS AFFILIATES 1400 AMERICAN LN SCHAUMBURG, IL 60196 | 10 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 10/17/2005 | DELPHI CORPORATION (05-44481) |

**Total:**    **1**                    **$0.00**

05-44481-rdd    Doc 8101-2    Filed 05/30/07    Entered 05/30/07 15:37:09    Exhibit B

In re Delphi Corporation, et al.                   Pg 19 of 170          Thirteenth Omnibus Claims Objection

## EXHIBIT D-1 - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONDENSER PEOPLE INC<br>2323 S MOUNT PROSPECT RD<br>DES PLAINES, IL 60018 | 16572 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,685.00<br><br><br>$1,685.00<br>$3,370.00 | 03/12/2007 | DELPHI CORPORATION (05-44481) |
| GUSTAVO RODRIGUEZ PENA<br>MAR ROJO 811 A COLONIA<br>CAVAZOS RENYNOSA<br>TAMAULIPASMEXICO | 16586 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,213.65<br>$23,213.65 | 03/26/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KEYENCE CORP OF AMERICA<br>50 TICE BLVD<br>WOODCLIFF LAKE, NJ 07677 | 16585 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$58,421.00<br>$58,421.00 | 04/02/2007 | DELPHI CORPORATION (05-44481) |
| NEBRASKA DEPARTMENT OF REVENUE<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | 16492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,251.51<br><br><br>$2,251.51 | 01/22/2007 | DELPHI CORPORATION (05-44481) |
| NEWPORT STRATFORD INC<br>150 LONG BEACH BLVD<br>STRATFORD, CT 06615 | 16553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,369.84<br>$1,369.84 | 02/23/2007 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| SPENCER JAMES<br>483 HUBBARD ST NE<br>GRAND RAPIDS, MI 49525-2533 | 16543 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $56,031.43<br><br><br><br>$56,031.43 | 02/13/2007 | DELPHI CORPORATION (05-44481) |
| THE IDEA NEXUS<br>6690 GLENWAY DR<br>W BLOOMFIELD, MI 48322 | 16582 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$8,406.00<br><br><br>$8,406.00 | 03/20/2007 | DELPHI CORPORATION (05-44481) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS<br>PO BOX 10<br>BRUNSWICK, OH 44212 | 16569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,360.00<br>$12,360.00 | 03/07/2007 | DELPHI CORPORATION (05-44481) |

05-44481-rdd   Doc 8101-2   Filed 05/30/07   Entered 05/30/07 15:37:09   Exhibit B

In re Delphi Corporation, et al.                    Pg 20 of 170                    Thirteenth Omnibus Claims Objection

**EXHIBIT D-1 - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TINNERMAN PALNUT ENGINEERED PRODUCTS<br>PO BOX 10<br>BRUNSWICK, OH 44212 | 16568 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$18,030.08<br>$18,030.08 | 03/07/2007 | DELPHI CORPORATION (05-44481) |
| TSI SOLUTIONS<br>2220 CENTRE PARK COURT<br>STONE MOUNTAIN, GA 30087 | 16547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,108.45<br>$1,108.45 | 02/21/2007 | DELPHI CORPORATION (05-44481) |

Total:    **10**    **$184,561.96**

## EXHIBIT D-2 - UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE<br>DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 16404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $427,534.25<br><br><br>$427,534.25 | 11/06/2006 | DELPHI CORPORATION<br>(05-44481) |
| HINDS CO MS<br>HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON, MS 39215 | 16274 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $702,798.81<br><br><br>$702,798.81 | 08/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| HINDS COUNTY TAX COLLECTOR<br>PO BOX 1727<br>ADD CHG 1 08 04 CP<br>JACKSON, MS 39215-1727 | 16275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $380,196.10<br>$0.00<br><br>$380,196.10 | 08/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| ST JOSEPH COUNTY TREASURER<br>COUNTY CITY BLDG<br>227 W JEFFERSON BLVD<br>SOUTH BEND, IN 46601-1830 | 16552 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,105.56<br><br><br>$1,105.56 | 02/23/2007 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF MINNESOTA<br>DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64447<br>SAINT PAUL, MN 55164-0447 | 16478 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $599.00<br><br><br>$599.00 | 01/09/2007 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF NEW HAMPSHIRE DEPT<br>OF REVENUE ADMINISTRATION<br>PO BOX 454<br>CONCORD, NH 03302-0454 | 16565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,505.35<br><br><br>$13,505.35 | 03/05/2007 | DELPHI CORPORATION<br>(05-44481) |
| VIRGINIA DEPARTMENT OF<br>TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218 | 16464 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,288.39<br><br>$10,288.39 | 12/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| WARREN CITY INCOME TAX DEPT<br>PO BOX 230<br>WARREN, OH 44482 | 16457 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$131,083.00<br><br><br>$131,083.00 | 12/15/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **8** | | **$1,667,110.46** | | |

**In re Delphi Corporation, et al.**                                    **Thirteenth Omnibus Claims Objection**

**EXHIBIT D-2 - UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1730<br>Date Filed:01/31/06<br>Docketed Total:  $3,657.48<br>Filing Creditor Name and Address<br> 123 INC O A THOMPSON EMERGENCY<br> 123 INC O A THOMPSON EMERGENCY<br> FREI<br> PO BOX 410<br> LINCOLN PARK MI 48146 | Claim Holder Name and Address<br>123 INC O A THOMPSON EMERGENCY<br>123 INC O A THOMPSON EMERGENCY<br>FREI<br>PO BOX 410<br>LINCOLN PARK MI 48146 | Docketed Total | | $3,657.48 | | Modified Total | | $3,657.48 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,657.48<br>$3,657.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,657.48<br>$3,657.48 |
| Claim: 7700<br>Date Filed:06/09/06<br>Docketed Total:  $982.33<br>Filing Creditor Name and Address<br> 1579364 ONTARIO INC<br> SELECT SORTING SERVICES<br> 97 GRATH CRES<br> WHITBY ON L1N 6N7<br> CANADA | Claim Holder Name and Address<br>1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY ON L1N 6N7<br>CANADA | Docketed Total | | $982.33 | | Modified Total | | $929.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$982.33<br>$982.33 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$929.28<br>$929.28 |
| Claim: 7703<br>Date Filed:06/09/06<br>Docketed Total:  $2,117.74<br>Filing Creditor Name and Address<br> 1579364 ONTARIO INC<br> SELECT SORTING SERVICES<br> 97 GRATH CRES<br> WHITBY ON L1N 6N7<br> CANADA | Claim Holder Name and Address<br>1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY ON L1N 6N7<br>CANADA | Docketed Total | | $2,117.74 | | Modified Total | | $2,003.38 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,117.74<br>$2,117.74 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,003.38<br>$2,003.38 |
| Claim: 10480<br>Date Filed:07/24/06<br>Docketed Total:  $20,872.35<br>Filing Creditor Name and Address<br> A RAYMOND INC<br> 3091 RESEARCH DR<br> ROCHESTER HILLS MI 48309-3581 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001 | Docketed Total | | $20,872.35 | | Modified Total | | $20,872.35 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,872.35<br>$20,872.35 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,872.35<br>$20,872.35 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                 Page:  1 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3777<br>Date Filed:05/01/06<br>Docketed Total:  $555.87<br>Filing Creditor Name and Address<br> AABEL EXTERMINATING CO INC<br> 440 CONGRESS PK DR<br> DAYTON OH 45459 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $555.87 | | Modified Total | | $555.87 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $555.87<br>$555.87 | 05-44640 | | | $555.87<br>$555.87 |
| Claim: 12205<br>Date Filed:07/28/06<br>Docketed Total:  $1,113.42<br>Filing Creditor Name and Address<br> ACE CONTROLS INC<br> ACCOUNTING<br> 23435 INDUSTRIAL PARK DR<br> FARMINGTON HILLS MI 48335 | Claim Holder Name and Address<br>ACE CONTROLS INC<br>ACCOUNTING<br>23435 INDUSTRIAL PARK DR<br>FARMINGTON HILLS MI 48335 | Docketed Total | | $1,113.42 | | Modified Total | | $1,113.42 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $1,113.42<br>$1,113.42 | 05-44640 | | | $1,113.42<br>$1,113.42 |
| Claim: 5126<br>Date Filed:05/08/06<br>Docketed Total:  $2,387,697.06<br>Filing Creditor Name and Address<br> ADVANCED MICRO DEVICES INC<br> ALLAN J MANZAGOL<br> ONE AMD PL MS68<br> SUNNYVALE CA 94088-3453 | Claim Holder Name and Address<br>ADVANCED MICRO DEVICES INC<br>ALLAN J MANZAGOL<br>ONE AMD PL MS68<br>SUNNYVALE CA 94088-3453 | Docketed Total | | $2,387,697.06 | | Modified Total | | $2,232,151.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $2,387,697.06<br>$2,387,697.06 | 05-44640 | | | $2,232,151.00<br>$2,232,151.00 |
| Claim: 5946<br>Date Filed:05/16/06<br>Docketed Total:  $127,867.14<br>Filing Creditor Name and Address<br> ADVANTEK TAPING SYSTEMS INC<br> ADVANTEK TAPING SYSTEMS<br> 6839 MOWRY AVE<br> NEWARK CA 94560-492 | Claim Holder Name and Address<br>ADVANTEK TAPING SYSTEMS INC<br>ADVANTEK TAPING SYSTEMS<br>6839 MOWRY AVE<br>NEWARK CA 94560-492 | Docketed Total | | $127,867.14 | | Modified Total | | $126,555.08 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $127,867.14<br>$127,867.14 | 05-44640 | | | $126,555.08<br>$126,555.08 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   2 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 192<br>Date Filed:10/28/05<br>Docketed Total:  $194,615.27<br>Filing Creditor Name and Address<br>  AER TECHNOLOGIES INC<br>  650 COLUMBIA ST<br>  BREA CA 92821 | Claim Holder Name and Address<br>AER TECHNOLOGIES INC<br>650 COLUMBIA ST<br>BREA CA 92821 | Docketed Total | | $194,615.27 | | Modified Total | | $96,205.51 |
| | Case Number*<br>05-44481 | Secured<br>$194,615.27<br>$194,615.27 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$96,205.51<br>$96,205.51 |
| Claim: 4985<br>Date Filed:05/08/06<br>Docketed Total:   $29,512.35<br>Filing Creditor Name and Address<br>  AGE INDUSTRIES INC<br>  1701 AMISTAD DR<br>  SAN BENITO TX 78586 | Claim Holder Name and Address<br>AGE INDUSTRIES INC<br>1701 AMISTAD DR<br>SAN BENITO TX 78586 | Docketed Total | | $29,512.35 | | Modified Total | | $3,559.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$29,512.35<br>$29,512.35 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,559.90<br>$3,559.90 |
| Claim: 9821<br>Date Filed:07/18/06<br>Docketed Total:   $17,789.03<br>Filing Creditor Name and Address<br>  AIDA DAYTON TECHNOLOGIES CORP<br>  7660 CTR POINT 70 BLVD<br>  DAYTON OH 45424-6380 | Claim Holder Name and Address<br>AIDA DAYTON TECHNOLOGIES CORP<br>7660 CTR POINT 70 BLVD<br>DAYTON OH 45424-6380 | Docketed Total | | $17,789.03 | | Modified Total | | $17,789.03 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,789.03<br>$17,789.03 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,789.03<br>$17,789.03 |
| Claim: 13607<br>Date Filed:07/31/06<br>Docketed Total:   $887.00<br>Filing Creditor Name and Address<br>  AIR ACADEMY PRESS & ASSOCIATES<br>  LLC<br>  1650 TELSTAR DR 110 STE 110<br>  COLORADO SPRINGS CO 80920-1009 | Claim Holder Name and Address<br>AIR ACADEMY PRESS & ASSOCIATES LLC<br>1650 TELSTAR DR 110 STE 110<br>COLORADO SPRINGS CO 80920-1009 | Docketed Total | | $887.00 | | Modified Total | | $887.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$887.00<br>$887.00 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$887.00<br>$887.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                         Page:   3 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 485<br>Date Filed:11/10/05<br>Docketed Total:  $4,240.50<br>Filing Creditor Name and Address<br> ALEXANDERS PEST CONTROL INC<br> STEPHEN A MILLER PRESIDENT<br> 14889 MACKLIN RD<br> NEW SPRINGFIELD OH 44443 | Claim Holder Name and Address    Docketed Total    $4,240.50<br>ALEXANDERS PEST CONTROL INC<br>STEPHEN A MILLER PRESIDENT<br>14889 MACKLIN RD<br>NEW SPRINGFIELD OH 44443 | Modified Total    $3,246.50 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                $4,240.50<br>                                          $4,240.50 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $3,246.50<br>                                                    $3,246.50 |
| Claim: 812<br>Date Filed:11/22/05<br>Docketed Total:  $8,488.94<br>Filing Creditor Name and Address<br> ALL TYPES EXPEDITING<br> ALL TYPES EXPEDITING & TRANS<br> SVCS<br> PO BOX 123<br> HUNTERTOWN IN 46748 | Claim Holder Name and Address    Docketed Total    $8,488.94<br>ALL TYPES EXPEDITING<br>ALL TYPES EXPEDITING & TRANS<br>SVCS<br>PO BOX 123<br>HUNTERTOWN IN 46748 | Modified Total    $2,006.10 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                $8,488.94<br>                                          $8,488.94 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $2,006.10<br>                                                    $2,006.10 |
| Claim: 1683<br>Date Filed:01/26/06<br>Docketed Total:  $78,385.24<br>Filing Creditor Name and Address<br> ALLIANCE PLASTICS EFT<br> 3123 STATION RD<br> ERIE PA 16510 | Claim Holder Name and Address    Docketed Total    $78,385.24<br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Modified Total    $57,348.31 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                $78,385.24<br>                                          $78,385.24 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $57,348.31<br>                                                    $57,348.31 |
| Claim: 2733<br>Date Filed:04/24/06<br>Docketed Total:  $5,081.80<br>Filing Creditor Name and Address<br> ALLIED FIRE PROTECTION &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $5,081.80<br>ALLIED FIRE PROTECTION & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Modified Total    $5,081.80 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                $5,081.80<br>                                          $5,081.80 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $5,081.80<br>                                                    $5,081.80 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   4 of 73

In re: Delphi Corporation, et al.                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5676<br>Date Filed: 05/12/06<br>Docketed Total:  $16,785.00<br>Filing Creditor Name and Address<br> ALLINGHAM CORP<br> 21250 W 8 MILE RD<br> SOUTHFIELD MI 48075-566 | Claim Holder Name and Address    Docketed Total    $16,785.00<br>ALLINGHAM CORP<br>21250 W 8 MILE RD<br>SOUTHFIELD MI 48075-566 | | | | Modified Total    $16,785.00 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $16,785.00<br>                                                $16,785.00 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $16,785.00<br>                                                $16,785.00 | | | |
| Claim: 653<br>Date Filed: 11/17/05<br>Docketed Total:  $67,850.97<br>Filing Creditor Name and Address<br> ALSTOM POWER ENVIRONMENTAL<br> CONSULT SARL<br> 104 AVE ALBERT 1<br> RUEIL MALMAISON CEDEX  92563<br> FRANCE | Claim Holder Name and Address    Docketed Total    $67,850.97<br>ALSTOM POWER ENVIRONMENTAL CONSULT<br>SARL<br>104 AVE ALBERT 1<br>RUEIL MALMAISON CEDEX  92563<br>FRANCE | | | | Modified Total    $67,850.97 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $67,850.97<br>                                                $67,850.97 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $67,850.97<br>                                                $67,850.97 | | | |
| Claim: 9816<br>Date Filed: 07/18/06<br>Docketed Total:  $13,417.47<br>Filing Creditor Name and Address<br> AMES REESE INC<br> C O MATTHEW C SAMLEY ESQ<br> REESE PUGH SAMLEY WAGENSELLER<br> & MEC<br> 120 N SHIPPEN ST<br> LANCASTER PA 17602 | Claim Holder Name and Address    Docketed Total    $13,417.47<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>REESE PUGH SAMLEY WAGENSELLER<br>& MEC<br>120 N SHIPPEN ST<br>LANCASTER PA 17602 | | | | Modified Total    $8,117.47 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $13,417.47<br>                                                $13,417.47 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $8,117.47<br>                                                $8,117.47 | | | |
| Claim: 9820<br>Date Filed: 07/18/06<br>Docketed Total:  $118,242.99<br>Filing Creditor Name and Address<br> AMES REESE INC<br> C O MATTHEW C SAMLEY ESQ<br> 120 N SHIPPEN ST<br> LANCASTER PA 17602 | Claim Holder Name and Address    Docketed Total    $118,242.99<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>120 N SHIPPEN ST<br>LANCASTER PA 17602 | | | | Modified Total    $97,736.39 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $118,242.99<br>                                                $118,242.99 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $97,736.39<br>                                                $97,736.39 | | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10021<br>Date Filed:07/20/06<br>Docketed Total:  $7,037.10<br>Filing Creditor Name and Address<br> AMKO SERVICE COMPANY<br> C O PRAXAIR INC<br> 39 OLD RIDGEBURY RD<br> DANBURY CT 06810-5113 | Claim Holder Name and Address    Docketed Total    $7,037.10<br>AMKO SERVICE COMPANY<br>C O PRAXAIR INC<br>39 OLD RIDGEBURY RD<br>DANBURY CT 06810-5113<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $7,037.10              $0.00<br>          $7,037.10 | Modified Total    $7,037.10<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $7,037.10<br>                                $7,037.10 |
| Claim: 8577<br>Date Filed:06/26/06<br>Docketed Total:   $26,126.00<br>Filing Creditor Name and Address<br> AMROC INVESTMENTS LLC AS<br> ASSIGNEE OF OSTLING<br> TECHNOLOGIES<br> ATTN DAVID S LEINWAND ESQ<br> 535 MADISON AVE 15TH FL<br> NEW YORK NY 10022 | Claim Holder Name and Address    Docketed Total    $26,126.00<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $23,626.00              $2,500.00<br>          $23,626.00              $2,500.00 | Modified Total    $26,126.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $26,126.00<br>                                $26,126.00 |
| Claim: 11581<br>Date Filed:07/27/06<br>Docketed Total:   $123,587.84<br>Filing Creditor Name and Address<br> AMROC INVESTMENTS LLC AS<br> ASSIGNEE OF WARD PRODUCTS LLC<br> ATTN DAVID S LEINWAND<br> AS ASSIGNEE OF WARD PRODUCTS<br> LLC<br> 535 MADISON AVE 15TH FL<br> NEW YORK NY | Claim Holder Name and Address    Docketed Total    $123,587.84<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $123,587.84<br><br>                                $123,587.84 | Modified Total    $79,061.20<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $79,061.20<br><br>                                $79,061.20 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                Page:   6 of  73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 7568**

| | | |
|---|---|---|
| Date Filed:06/06/06 | Claim Holder Name and Address | Docketed Total    $20,602.24 |
| Docketed Total:   $20,602.24 | FAIR HARBOR CAPITAL LLC | |
| Filing Creditor Name and Address | 875 AVE OF THE AMERICAS STE | |
|  ANDERSON CITY UTILITIES IN | 2305 | |
|  120 EAST 8TH ST | NEW YORK NY 10001 | |
|  ANDERSON IN 46016 | | |

Modified Total    $18,943.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,602.24 |
| | | | $20,602.24 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,943.43 |
| | | | $18,943.43 |

---

**Claim: 1742**

Date Filed:02/01/06
Docketed Total:   $6,168.28
Filing Creditor Name and Address
 ANI SAFETY & SUPPLY
 PO BOX 228
 SKOKIE IL 60076

Claim Holder Name and Address    Docketed Total    $6,168.28
ANI SAFETY & SUPPLY
PO BOX 228
SKOKIE IL 60076

Modified Total    $5,517.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,168.28 |
| | | | $6,168.28 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,517.68 |
| | | | $5,517.68 |

---

**Claim: 349**

Date Filed:11/04/05
Docketed Total:   $147,550.00
Filing Creditor Name and Address
 APPLIED DATA SYSTEMS INC
 JAN ELDRIDGE
 10260 G OLD COLUMBIA RD
 COLUMBIA MD 21046

Claim Holder Name and Address    Docketed Total    $147,550.00
CONTRARIAN FUNDS LLC
ATTN ALISA MUMOLA
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

Modified Total    $146,250.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $147,550.00 |
| | | | $147,550.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $146,250.00 |
| | | | $146,250.00 |

---

**Claim: 3**

Date Filed:10/13/05
Docketed Total:   $252,354.58
Filing Creditor Name and Address
 ARIBA INC
 ATTN CREDIT & COLLECTIONS
 210 6TH AVE
 PITTSBURGH PA 15222

Claim Holder Name and Address    Docketed Total    $252,354.58
ARIBA INC
ATTN CREDIT & COLLECTIONS
210 6TH AVE
PITTSBURGH PA 15222

Modified Total    $169,354.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44596 | | $252,354.58 | |
| | | $252,354.58 | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $169,354.58 |
| | | | $169,354.58 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 12230<br>Date Filed:07/28/06<br>Docketed Total: $240,942.30<br>Filing Creditor Name and Address<br>ASAHI KASEI PLASTICS NORTH<br>AMERICA INC FKA ASAHI KASEI<br>PLASTICS AMERICA INC<br>C O DONALD J HUTCHINSON<br>MILLER CANFIELD PADDOCK AND<br>STONE P<br>150 W JEFFERSON AVE STE 2500<br>DETROIT MI 48226 | Claim Holder Name and Address   Docketed Total   $240,942.30<br>ASAHI KASEI PLASTICS NORTH AMERICA<br>INC FKA ASAHI KASEI PLASTICS<br>AMERICA INC<br>C O DONALD J HUTCHINSON<br>MILLER CANFIELD PADDOCK AND<br>STONE P<br>150 W JEFFERSON AVE STE 2500<br>DETROIT MI 48226 | Modified Total   $175,162.50 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481   $65,779.80   $175,162.50<br>   $65,779.80   $175,162.50 | Case Number*   Secured   Priority   Unsecured<br>05-44640   $175,162.50<br>   $175,162.50 |
| Claim: 5401<br>Date Filed:05/09/06<br>Docketed Total: $12,230.40<br>Filing Creditor Name and Address<br>ASBURY GRAPHITE MILLS INC<br>41 MAIN ST<br>PO BOX 144<br>ASBURY NJ 08802 | Claim Holder Name and Address   Docketed Total   $12,230.40<br>ASBURY GRAPHITE MILLS INC<br>41 MAIN ST<br>PO BOX 144<br>ASBURY NJ 08802 | Modified Total   $3,436.80 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481   $12,230.40<br>   $12,230.40 | Case Number*   Secured   Priority   Unsecured<br>05-44640   $3,436.80<br>   $3,436.80 |
| Claim: 5623<br>Date Filed:05/11/06<br>Docketed Total: $16,000.00<br>Filing Creditor Name and Address<br>ASC PROCESS SYSTEMS<br>14062 BALBOA BLVD<br>SYLMAR CA 91302 | Claim Holder Name and Address   Docketed Total   $16,000.00<br>ASC PROCESS SYSTEMS<br>14062 BALBOA BLVD<br>SYLMAR CA 91302 | Modified Total   $16,000.00 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481   $16,000.00<br>   $16,000.00 | Case Number*   Secured   Priority   Unsecured<br>05-44624   $16,000.00<br>   $16,000.00 |
| Claim: 12830<br>Date Filed:07/28/06<br>Docketed Total: $12,847.12<br>Filing Creditor Name and Address<br>ASSOCIATED SPRING DO BRASIL<br>LTDA<br>W JOE WILSON<br>TYLER COOPER & ALCORN LLP<br>185 ASYLUM ST CITYPLACE I 35TH | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.

Thirteenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | Docketed Total | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|
| ...HARTFORD CT 06103-3488 | LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 22ND FL NEW YORK NY 10019 | Docketed Total | $12,847.12 | | | Modified Total | | $8,043.55 | |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $12,847.12 | | 05-44640 | | | $8,043.55 |
| | | | | $12,847.12 | | | | | $8,043.55 |
| Claim: 5571 Date Filed: 05/10/06 Docketed Total: $23,273.34 Filing Creditor Name and Address ATCO INDUSTRIES INC 7200 15 MILE RD STERLING HEIGHTS MI 48312-452 | ATCO INDUSTRIES INC 7200 15 MILE RD STERLING HEIGHTS MI 48312-452 | Docketed Total | $23,273.34 | | | Modified Total | | $20,176.00 | |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $23,273.34 | | 05-44640 | | | $20,176.00 |
| | | | | $23,273.34 | | | | | $20,176.00 |
| Claim: 1527 Date Filed: 01/13/06 Docketed Total: $6,045.40 Filing Creditor Name and Address ATLAS FLUID COMPONENTS INC ATTORNEY JOHN A NEHRER 111 STOW AVE STE 100 CUYAHOGA FALLS OH 44221 | ATLAS FLUID COMPONENTS INC ATTORNEY JOHN A NEHRER 111 STOW AVE STE 100 CUYAHOGA FALLS OH 44221 | Docketed Total | $6,045.40 | | | Modified Total | | $6,045.40 | |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $6,045.40 | | 05-44640 | | | $6,045.40 |
| | | | | $6,045.40 | | | | | $6,045.40 |
| Claim: 8203 Date Filed: 06/19/06 Docketed Total: $7,188.12 Filing Creditor Name and Address BAKER TANKS CHRIS CAVALIER PO BOX 513967 LOS ANGELES CA 90051-3967 | BAKER TANKS CHRIS CAVALIER PO BOX 513967 LOS ANGELES CA 90051-3967 | Docketed Total | $7,188.12 | | | Modified Total | | $7,188.12 | |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $7,188.12 | | 05-44640 | | | $7,188.12 |
| | | | | $7,188.12 | | | | | $7,188.12 |
| Claim: 8140 Date Filed: 06/19/06 Docketed Total: $965,830.50 Filing Creditor Name and Address BEI SYSTRON DONNER AUTOMOTIVE DIVISION C O RICHARD WILKINS 2700 SYSTRON DR CONCORD CA 94518 | LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 22ND FL NEW YORK NY 10019 | Docketed Total | $965,830.50 | | | Modified Total | | $771,268.50 | |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $965,830.50 | | 05-44640 | | | $771,268.50 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on June 19, 2007.

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | $965,830.50 | CLAIM AS MODIFIED | $771,268.50 |
|---|---|---|---|---|

**Claim: 5455**
Date Filed: 05/10/06
Docketed Total:   $17,646.30
Filing Creditor Name and Address
  BELL MICROPRODUCTS
  TINA MOORE
  201 MONROE ST STE 300
  MONTGOMERY AL 36104

Claim Holder Name and Address   Docketed Total   $17,646.30
BELL MICROPRODUCTS
TINA MOORE
201 MONROE ST STE 300
MONTGOMERY AL 36104

Modified Total   $12,456.65

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $17,646.30 | 05-44507 | | | $12,456.65 |
| | | | $17,646.30 | | | | $12,456.65 |

**Claim: 1546**
Date Filed: 01/17/06
Docketed Total:   $199,278.47
Filing Creditor Name and Address
  BGF INDUSTRIES INC
  3802 ROBERT PORCHER WY
  GREENSBORO NC 27410

Claim Holder Name and Address   Docketed Total   $199,278.47
BGF INDUSTRIES INC
3802 ROBERT PORCHER WY
GREENSBORO NC 27410

Modified Total   $183,958.76

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $199,278.47 | 05-44640 | | | $183,958.76 |
| | | | $199,278.47 | | | | $183,958.76 |

**Claim: 2774**
Date Filed: 04/26/06
Docketed Total:   $8,884.00
Filing Creditor Name and Address
  BIG BEND AGRI SERVICES INC
  BIG BEND INDUSTRIAL SALES
  PO BOX 479
  CAIRO GA 39828

Claim Holder Name and Address   Docketed Total   $8,884.00
BIG BEND AGRI SERVICES INC
BIG BEND INDUSTRIAL SALES
PO BOX 479
CAIRO GA 39828

Modified Total   $8,884.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,884.00 | 05-44640 | | | $8,884.00 |
| | | | $8,884.00 | | | | $8,884.00 |

**Claim: 14054**
Date Filed: 07/27/06
Docketed Total:   $15,126.31
Filing Creditor Name and Address
  BLUE WATER AUTOMOTIVE SYSTEMS
  INC
  ACCOUNTS PAYABLE
  PO BOX 339
  RANGE RD PLANT
  MARYSVILLE MI 48040

Claim Holder Name and Address   Docketed Total   $15,126.31
BLUE WATER AUTOMOTIVE SYSTEMS INC
ACCOUNTS PAYABLE
PO BOX 339
RANGE RD PLANT
MARYSVILLE MI 48040

Modified Total   $15,126.31

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $15,126.31 | 05-44640 | | | $15,126.31 |
| | | | $15,126.31 | | | | $15,126.31 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   10 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1133<br>Date Filed:12/13/05<br>Docketed Total:  $7,506.87<br>Filing Creditor Name and Address<br> BORAMCO INC<br> PO BOX 6<br> WALKERTON IN 46574-0006 | Claim Holder Name and Address<br>BORAMCO INC<br>PO BOX 6<br>WALKERTON IN 46574-0006 | Docketed Total | | $7,506.87 | | Modified Total | | $7,506.87 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,506.87<br>$7,506.87 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,506.87<br>$7,506.87 |
| Claim: 13650<br>Date Filed:07/31/06<br>Docketed Total:  $7,976.71<br>Filing Creditor Name and Address<br> BOSCH REXROTH CORPORATION<br> ATTN JUDITH LOWITZ ADLER<br> ROBERT BOSCH CORPORATION<br> 38000 HILLS TECH DR<br> FARMINGTON HILLS MI 48331 | Claim Holder Name and Address<br>BOSCH REXROTH CORPORATION<br>ATTN JUDITH LOWITZ ADLER<br>ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS MI 48331 | Docketed Total | | $7,976.71 | | Modified Total | | $1,972.02 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,976.71<br>$7,976.71 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,972.02<br>$1,972.02 |
| Claim: 12011<br>Date Filed:07/28/06<br>Docketed Total:  $179,220.24<br>Filing Creditor Name and Address<br> BRAKE PARTS INC WIX FILTRATION<br> CORP AFFINIA GROUP INC<br> BRAKE PARTS INC<br> BRAKES PARTS WIX<br> 4400 PRIME PKWY<br> MCHENRY IL 60050 | Claim Holder Name and Address<br>BRAKE PARTS INC WIX FILTRATION CORP<br>AFFINIA GROUP INC<br>BRAKE PARTS INC<br>BRAKES PARTS WIX<br>4400 PRIME PKWY<br>MCHENRY IL 60050 | Docketed Total | | $179,220.24 | | Modified Total | | $86,576.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$179,220.24<br>$179,220.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$86,576.50<br>$86,576.50 |
| Claim: 4522<br>Date Filed:05/02/06<br>Docketed Total:  $5,574.00<br>Filing Creditor Name and Address<br> BRINKMANN PUMPS INC<br> 47060 CARTIER DR<br> WIXOM MI 48393 | Claim Holder Name and Address<br>BRINKMANN PUMPS INC<br>47060 CARTIER DR<br>WIXOM MI 48393 | Docketed Total | | $5,574.00 | | Modified Total | | $5,574.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,574.00<br>$5,574.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,574.00<br>$5,574.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:  11 of 73

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4009**
Date Filed: 05/01/06
Docketed Total:   $5,556.30
Filing Creditor Name and Address
 BUCKEYE TOOLS AND SUPPLY CO
 TOM MITCHELL
 400 GARGRAVE RD
 DAYTON OH 45449

Claim Holder Name and Address    Docketed Total    $5,556.30
BUCKEYE TOOLS AND SUPPLY CO
TOM MITCHELL
400 GARGRAVE RD
DAYTON OH 45449

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $5,556.30 | | 05-44640 | | | $5,556.30 |
| | | $5,556.30 | | | | | $5,556.30 |

Modified Total    $5,556.30

---

**Claim: 11449**
Date Filed: 07/27/06
Docketed Total:   $8,105.50
Filing Creditor Name and Address
 BUSAK & SHAMBAN SOUTH
 2842 COLLECTIONS CTR DR
 CHICAGO IL 60693

Claim Holder Name and Address    Docketed Total    $8,105.50
BUSAK & SHAMBAN SOUTH
2842 COLLECTIONS CTR DR
CHICAGO IL 60693

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,105.50 | 05-44640 | | | $7,035.70 |
| | | | $8,105.50 | | | | $7,035.70 |

Modified Total    $7,035.70

---

**Claim: 12700**
Date Filed: 07/28/06
Docketed Total:   $20,492.90
Filing Creditor Name and Address
 CANON USA INC
 ATTN STEVER BECKER ESQ
 ONE CANON PLZ
 LAKE SUCCESS NY 11042-1198

Claim Holder Name and Address    Docketed Total    $20,492.90
CANON USA INC
ATTN STEVER BECKER ESQ
ONE CANON PLZ
LAKE SUCCESS NY 11042-1198

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44547 | | | $20,492.90 | 05-44640 | | | $20,492.90 |
| | | | $20,492.90 | | | | $20,492.90 |

Modified Total    $20,492.90

---

**Claim: 7477**
Date Filed: 06/05/06
Docketed Total:   $21,987.42
Filing Creditor Name and Address
 CENTRO INDUSTRIAL SUPPLY CORP
 1650 W SAM HOUSTON PKWY N
 HOUSTON TX 77043

Claim Holder Name and Address    Docketed Total    $21,987.42
CENTRO INDUSTRIAL SUPPLY CORP
1650 W SAM HOUSTON PKWY N
HOUSTON TX 77043

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $21,987.42 | 05-44567 | | | $15,704.22 |
| | | | $21,987.42 | | | | $15,704.22 |

Modified Total    $15,704.22

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   12 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15138<br>Date Filed:07/31/06<br>Docketed Total:   $28,836.00<br>Filing Creditor Name and Address<br> CH2M HILL SPAIN SL<br> C 17 JUAN DE MARIANA<br> 3 PLANTA PORTAL B<br> MADRID  28045<br> SPAIN | Claim Holder Name and Address    Docketed Total    $28,836.00<br>CH2M HILL SPAIN SL<br>C 17 JUAN DE MARIANA<br>3 PLANTA PORTAL B<br>MADRID  28045<br>SPAIN<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $28,836.00<br>                                        $28,836.00 | Modified Total    $25,372.60<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $25,372.60<br>                                        $25,372.60 |
| Claim: 234<br>Date Filed:10/31/05<br>Docketed Total:   $221,982.00<br>Filing Creditor Name and Address<br> CINCINNATI MACHINE LLC<br> ATTN TIM LEHAN<br> 2200 LITTON LN<br> HEBRON KY 41048-8435 | Claim Holder Name and Address    Docketed Total    $221,982.00<br>LIQUIDITY SOLUTIONS DBA REVENUE<br>MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $221,982.00<br>                                        $221,982.00 | Modified Total    $221,982.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $221,982.00<br>                                        $221,982.00 |
| Claim: 5083<br>Date Filed:05/08/06<br>Docketed Total:   $849.39<br>Filing Creditor Name and Address<br> CINGULAR WIRELESS<br> BANKO<br> PO BOX 309<br> PORTLAND OR 97207-0309 | Claim Holder Name and Address    Docketed Total    $849.39<br>CINGULAR WIRELESS<br>BANKO<br>PO BOX 309<br>PORTLAND OR 97207-0309<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $849.39<br>                                        $849.39 | Modified Total    $849.39<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $849.39<br>                                        $849.39 |
| Claim: 6286<br>Date Filed:05/18/06<br>Docketed Total:   $25,920.04<br>Filing Creditor Name and Address<br> COFACE NORTH AMERICA INC<br> AS AGENT FOR USHIO AMERICA INC<br> ATTN DAVID MILLER<br> PO BOX 2102<br> CRANBURY NJ 08512 | Claim Holder Name and Address    Docketed Total    $25,920.04<br>COFACE NORTH AMERICA INC<br>AS AGENT FOR USHIO AMERICA INC<br>ATTN DAVID MILLER<br>PO BOX 2102<br>CRANBURY NJ 08512<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $25,920.04<br>                                        $25,920.04 | Modified Total    $23,724.15<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $23,724.15<br>                                        $23,724.15 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  13 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5699<br>Date Filed:05/12/06<br>Docketed Total: $5,670.00<br>Filing Creditor Name and Address<br> COMPUTER SYSTEMS OF AMERICA<br> INC<br> 22 BATTERYMARCH ST<br> BOSTON MA 02109 | Claim Holder Name and Address   Docketed Total   $5,670.00<br>COMPUTER SYSTEMS OF AMERICA INC<br>22 BATTERYMARCH ST<br>BOSTON MA 02109<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481    $5,670.00<br>             $5,670.00 | Modified Total   $5,670.00<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                  $5,670.00<br>             $5,670.00 |
| Claim: 13772<br>Date Filed:07/31/06<br>Docketed Total: $256,726.91<br>Filing Creditor Name and Address<br> CONCERIA PASUBIO SPA<br> ATTN PAUL RICOTTA ESQ AND<br> STEPHANIE<br> MINTZ LEVIN COHN FERRIS<br> GLOVSKY AND<br> 666 THIRD AVE<br> NEW YORK NY 10017<br> ITALY | Claim Holder Name and Address   Docketed Total   $256,726.91<br>CONCERIA PASUBIO SPA<br>ATTN PAUL RICOTTA ESQ AND<br>STEPHANIE<br>MINTZ LEVIN COHN FERRIS<br>GLOVSKY AND<br>666 THIRD AVE<br>NEW YORK NY 10017<br>ITALY<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                 $256,726.91<br>             $256,726.91 | Modified Total   $247,608.70<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                 $247,608.70<br>             $247,608.70 |
| Claim: 3332<br>Date Filed:04/28/06<br>Docketed Total: $8,335.27<br>Filing Creditor Name and Address<br> CONDIT RE CO INC<br> 3050 SPRINGBORO W<br> DAYTON OH 45439-1716 | Claim Holder Name and Address   Docketed Total   $8,335.27<br>CONDIT RE CO INC<br>3050 SPRINGBORO W<br>DAYTON OH 45439-1716<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481                 $8,335.27<br>             $8,335.27 | Modified Total   $8,335.27<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                 $8,335.27<br>              $8,335.27 |
| Claim: 9789<br>Date Filed:07/18/06<br>Docketed Total: $142,160.85<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF CACACE ASSOCIATES<br> INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   14 of 73

In re: Delphi Corporation, et al.

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

Thirteenth Omnibus Objection

| CLAIM TO BE MODIFIED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | $142,160.85 | | | Modified Total | $121,260.85 |
| | CONTRARIAN FUNDS LLC AS ASSIGNEE OF | | | | | | |
| | CACACE ASSOCIATES INC | | | | | | |
| 411 W PUTNAM AVE  STE 225 | ATTN ALPA JIMENEZ | | | | | | |
| GREENWICH CT 06830 | CONTRARIAN FUNDS LLC | | | | | | |
| | 411 W PUTNAM AVE  STE 225 | | | | | | |
| | GREENWICH CT 06830 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |


| CLAIM TO BE MODIFIED | CLAIM HOLDER | CLAIM AS MODIFIED |
|---|---|---|

---

**Entry 1**

CLAIM TO BE MODIFIED
411 W PUTNAM AVE  STE 225
GREENWICH CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
CACACE ASSOCIATES INC
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE  STE 225
GREENWICH CT 06830

Docketed Total  $142,160.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $142,160.85 |
| | | | $142,160.85 |

CLAIM AS MODIFIED — Modified Total $121,260.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $121,260.85 |
| | | | $121,260.85 |

---

**Entry 2**

Claim: 10402
Date Filed:07/24/06
Docketed Total:   $220,188.26
Filing Creditor Name and Address
 COOPER BUSSMANN INC
 175 HANSEN COURT
 WOOD DALE IL 60191

Claim Holder Name and Address
COOPER BUSSMANN INC
175 HANSEN COURT
WOOD DALE IL 60191

Docketed Total  $220,188.26     Modified Total  $175,379.31

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $220,188.26 | 05-44640 | | | $175,379.31 |
| | | | $220,188.26 | | | | $175,379.31 |

---

**Entry 3**

Claim: 5519
Date Filed:05/10/06
Docketed Total:   $179,851.26
Filing Creditor Name and Address
 COOPER INDUSTRIES INC
 DAVID PULLIAM
 BUSSMAN DIVISION
 114 OLD STAT E RD
 ELLISVILLE MO 63021

Claim Holder Name and Address
COOPER INDUSTRIES INC
DAVID PULLIAM
BUSSMAN DIVISION
114 OLD STAT E RD
ELLISVILLE MO 63021

Docketed Total  $179,851.26     Modified Total  $115,658.88

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $179,851.26 | 05-44640 | | | $115,658.88 |
| | | | $179,851.26 | | | | $115,658.88 |

---

**Entry 4**

Claim: 14661
Date Filed:07/31/06
Docketed Total:   $266,362.70
Filing Creditor Name and Address
 COOPER STANDARD AUTOMOTIVE
 39550 ORCHARD HILL PLACE
 NOVI MI 48376-8034

Claim Holder Name and Address
COOPER STANDARD AUTOMOTIVE
39550 ORCHARD HILL PLACE
NOVI MI 48376-8034

Docketed Total  $266,362.70     Modified Total  $266,352.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $266,362.70 | 05-44640 | | | $266,352.24 |
| | | | $266,362.70 | | | | $266,352.24 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.        <span style="float:right">Thirteenth Omnibus Objection</span>

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| **Claim: 10007**<br>Date Filed:07/20/06<br>Docketed Total:  $71,436.25<br>Filing Creditor Name and Address<br> CREDENCE SYSTEMS CORP<br> ATTN LARRY ROCK<br> 5975 NW PINE FARM PL<br> HILLSBORO OR 97124 | Claim Holder Name and Address    Docketed Total    $71,436.25<br>CREDENCE SYSTEMS CORP<br>ATTN LARRY ROCK<br>5975 NW PINE FARM PL<br>HILLSBORO OR 97124<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481        $71,436.25<br>       $71,436.25 | Modified Total    $33,187.17<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640        $33,187.17<br>       $33,187.17 |
| **Claim: 7493**<br>Date Filed:06/05/06<br>Docketed Total:  $65,942.01<br>Filing Creditor Name and Address<br> CROMPTON SALES COMPANY INC EFT<br> CHEMTURA<br> DBA CROMPTON<br> 199 BERSON RD<br> MIDDLEBURY CT 06749 | Claim Holder Name and Address    Docketed Total    $65,942.01<br>CROMPTON SALES COMPANY INC EFT<br>CHEMTURA<br>DBA CROMPTON<br>199 BERSON RD<br>MIDDLEBURY CT 06749<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481        $65,942.01<br>       $65,942.01 | Modified Total    $65,942.01<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640        $65,942.01<br>       $65,942.01 |
| **Claim: 290**<br>Date Filed:11/02/05<br>Docketed Total:  $12,602.00<br>Filing Creditor Name and Address<br> CUSTOM ELECTRIC MANUFACTURING<br> INC<br> T ECKSTEIN<br> 48941 W RD<br> WIXOM MI 48393 | Claim Holder Name and Address    Docketed Total    $12,602.00<br>CUSTOM ELECTRIC MANUFACTURING INC<br>T ECKSTEIN<br>48941 W RD<br>WIXOM MI 48393<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481        $12,602.00<br><br>       $12,602.00 | Modified Total    $12,602.00<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640        $12,602.00<br><br>       $12,602.00 |
| **Claim: 2550**<br>Date Filed:04/04/06<br>Docketed Total:  $148,987.53<br>Filing Creditor Name and Address<br> DAA DRAEXLMAIER AUTOMOTIVE OF<br> AMERICA<br> 1751 E MAIN ST<br> DUNCAN SC 29334 | Claim Holder Name and Address    Docketed Total    $148,987.53<br>DAA DRAEXLMAIER AUTOMOTIVE OF<br>AMERICA<br>1751 E MAIN ST<br>DUNCAN SC 29334<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640        $148,987.53<br>       $148,987.53 | Modified Total    $147,992.53<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640        $147,992.53<br>       $147,992.53 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.          Page:  16 of 73

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1692**
Date Filed: 01/30/06
Docketed Total:  $5,416.00
Filing Creditor Name and Address
 DAGE PRECISION INDUSTRIES INC
 4024 CLIPPER COURT
 FREMONT CA 94538

Claim Holder Name and Address      Docketed Total    $5,416.00
DAGE PRECISION INDUSTRIES INC
4024 CLIPPER COURT
FREMONT CA 94538

Modified Total    $5,416.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,416.00 | 05-44640 | | | $5,416.00 |
| | | | $5,416.00 | | | | $5,416.00 |

**Claim: 15329**
Date Filed: 07/31/06
Docketed Total:   $77,751.36
Filing Creditor Name and Address
 DANICE MANUFACTURING CO
 361 DONOVAN ST
 SOUTH LYON MI 48178

Claim Holder Name and Address      Docketed Total    $77,751.36
DANICE MANUFACTURING CO
361 DONOVAN ST
SOUTH LYON MI 48178

Modified Total    $57,013.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $77,751.36 | 05-44640 | | | $57,013.68 |
| | | | $77,751.36 | | | | $57,013.68 |

**Claim: 11541**
Date Filed: 07/27/06
Docketed Total:   $11,746.36
Filing Creditor Name and Address
 DAYTON DRILL BUSHING  EFT
 LEAHY CORP
 PO BOX 301
 DAYTON OH 45404

Claim Holder Name and Address      Docketed Total    $11,746.36
DAYTON DRILL BUSHING  EFT
LEAHY CORP
PO BOX 301
DAYTON OH 45404

Modified Total    $11,746.36

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $11,746.36 | 05-44640 | | | $11,746.36 |
| | | | $11,746.36 | | | | $11,746.36 |

**Claim: 8925**
Date Filed: 07/05/06
Docketed Total:   $40,822.50
Filing Creditor Name and Address
 DE LAGE LANDEN FINANCIAL
 SERVICES INC
 DBA OCE USA INC
 1111 OLD EAGLE SCHOOL RD
 WAYNE PA 19087

Claim Holder Name and Address      Docketed Total    $40,822.50
DE LAGE LANDEN FINANCIAL SERVICES
INC
DBA OCE USA INC
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

Modified Total    $4,163.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $40,822.50 | 05-44640 | | | $4,163.00 |
| | | | $40,822.50 | | | | $4,163.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                     Page:  17 of 73

In re: Delphi Corporation, et al.                                                                  Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 750<br>Date Filed:11/21/05<br>Docketed Total:  $17,597.28<br>Filing Creditor Name and Address<br>  DEARBORN GROUP<br>  27007 HILLS TECH COURT<br>  FARMINGTON HILLS MI 48331 | Claim Holder Name and Address<br>DEARBORN GROUP<br>27007 HILLS TECH COURT<br>FARMINGTON HILLS MI 48331 | Docketed Total | | $17,597.28 | | Modified Total | | $17,577.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,597.28<br>$17,597.28 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,577.00<br>$17,577.00 |
| Claim: 5826<br>Date Filed:05/15/06<br>Docketed Total:  $32,091.03<br>Filing Creditor Name and Address<br>  DIEBOLT INTERNATIONAL INC<br>  DADCO<br>  43850 PLYMOUTH OAKS BLVD<br>  PLYMOUTH MI 48170 | Claim Holder Name and Address<br>DIEBOLT INTERNATIONAL INC<br>DADCO<br>43850 PLYMOUTH OAKS BLVD<br>PLYMOUTH MI 48170 | Docketed Total | | $32,091.03 | | Modified Total | | $30,953.71 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,091.03<br>$32,091.03 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,953.71<br>$30,953.71 |
| Claim: 10418<br>Date Filed:07/24/06<br>Docketed Total:  $27,002.18<br>Filing Creditor Name and Address<br>  DIVERSEY CORP<br>  ATTN DIANE TAYLOR<br>  JOHNSON DIVERSEY INC<br>  DUBOIS CHEMICALS DIV<br>  200 CROWNE POINT PL<br>  SHARONVILLE OH 45241 | Claim Holder Name and Address<br>DIVERSEY CORP<br>ATTN DIANE TAYLOR<br>JOHNSON DIVERSEY INC<br>DUBOIS CHEMICALS DIV<br>200 CROWNE POINT PL<br>SHARONVILLE OH 45241 | Docketed Total | | $27,002.18 | | Modified Total | | $482.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$27,002.18<br>$27,002.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$482.04<br>$482.04 |
| Claim: 2364<br>Date Filed:03/22/06<br>Docketed Total:  $278.75<br>Filing Creditor Name and Address<br>  DOBSON INDUSTRIAL INC<br>  3660 N EUCLID AVE<br>  BAY CITY MI 48706 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $278.75 | | Modified Total | | $268.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$278.75<br>$278.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$268.75<br>$268.75 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2607<br>Date Filed:04/11/06<br>Docketed Total:  $58.00<br>Filing Creditor Name and Address<br> DORNER MFG CORP<br> 975 COTTONWOOD AVE<br> HARTLAND WI 53029-0020 | Claim Holder Name and Address    Docketed Total    $58.00<br>DORNER MFG CORP<br>975 COTTONWOOD AVE<br>HARTLAND WI 53029-0020 | Modified Total    $58.00 |

| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $58.00<br>                                                    $58.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $58.00<br>                                                    $58.00 |
|---|---|---|
| Claim: 14402<br>Date Filed:07/31/06<br>Docketed Total:   $18,385.92<br>Filing Creditor Name and Address<br> DOTT INDUSTRIES INC<br> RYAN D HEILMAN ESQ<br> 40950 WOODWARD AVE STE 100<br> BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address    Docketed Total    $18,385.92<br>DOTT INDUSTRIES INC<br>RYAN D HEILMAN ESQ<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304 | Modified Total    $18,360.04 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44567    $18,385.92<br>              $18,385.92 | Case Number*    Secured    Priority    Unsecured<br>05-44567                                    $18,360.04<br>                                              $18,360.04 |
| Claim: 1128<br>Date Filed:12/12/05<br>Docketed Total:   $1,892.54<br>Filing Creditor Name and Address<br> DOUG WIRT ENTERPRISES INC DBA<br> WIRT SAGINAW STONE DOCK<br> 4700 CROW ISLAND<br> SAGINAW MI 48601 | Claim Holder Name and Address    Docketed Total    $1,892.54<br>DOUG WIRT ENTERPRISES INC DBA WIRT<br>SAGINAW STONE DOCK<br>4700 CROW ISLAND<br>SAGINAW MI 48601 | Modified Total    $1,892.54 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $1,892.54<br>                                                    $1,892.54 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $1,892.54<br>                                                    $1,892.54 |
| Claim: 7342<br>Date Filed:06/02/06<br>Docketed Total:   $67,009.18<br>Filing Creditor Name and Address<br> DOW CORNING CORPORATION<br> ATTN TAMMY GROVE CO1222<br> 2200 W SALZBURG RD<br> MIDLAND MI 48686 | Claim Holder Name and Address    Docketed Total    $67,009.18<br>DOW CORNING CORPORATION<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686 | Modified Total    $66,528.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $67,009.18<br>                                                    $67,009.18 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $66,528.00<br>                                                    $66,528.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   19 of 73

In re: Delphi Corporation, et al.                                                                              Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7470<br>Date Filed:06/05/06<br>Docketed Total:  $55,235.07<br>Filing Creditor Name and Address<br> DT ASSEMBLY & TEST EUROPE LTD<br> DT INDUSTRIES<br> TINGEWICK RD<br> BUCKINGHAM BUCKINGHA  MK18 1EF<br> UNITED KINGDOM | Claim Holder Name and Address   Docketed Total    $55,235.07<br>DT ASSEMBLY & TEST EUROPE LTD<br>DT INDUSTRIES<br>TINGEWICK RD<br>BUCKINGHAM BUCKINGHA  MK18 1EF<br>UNITED KINGDOM<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $55,235.07<br>                                                   $55,235.07 | Modified Total    $55,235.07<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $55,235.07<br>                                                   $55,235.07 |
| Claim: 9916<br>Date Filed:07/19/06<br>Docketed Total:  $86,129.80<br>Filing Creditor Name and Address<br> DYBROOK PRODUCTS INC<br> 5232 TOD AVE S W UNIT 23<br> WARREN OH 44481-972 | Claim Holder Name and Address   Docketed Total    $86,129.80<br>DYBROOK PRODUCTS INC<br>5232 TOD AVE S W UNIT 23<br>WARREN OH 44481-972<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $86,129.80<br>                                                   $86,129.80 | Modified Total    $74,018.11<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $74,018.11<br>                                                   $74,018.11 |
| Claim: 1090<br>Date Filed:12/09/05<br>Docketed Total:  $8,142.11<br>Filing Creditor Name and Address<br> EASYLINK SERVICES<br> 33 KNIGHTSBRIDGE RD<br> PISCATAWAY NJ 08854 | Claim Holder Name and Address   Docketed Total    $8,142.11<br>EASYLINK SERVICES<br>33 KNIGHTSBRIDGE RD<br>PISCATAWAY NJ 08854<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $8,142.11<br>                                                   $8,142.11 | Modified Total    $8,142.11<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $8,142.11<br>                                                   $8,142.11 |
| Claim: 4753<br>Date Filed:05/04/06<br>Docketed Total:  $486.56<br>Filing Creditor Name and Address<br> EATON OFFICE SUPPLY CO INC<br> 180 JOHN GLENN DR<br> AMHERST NY 14228-2292 | Claim Holder Name and Address   Docketed Total    $486.56<br>EATON OFFICE SUPPLY CO INC<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                          $486.56<br>                                 $486.56 | Modified Total    $486.56<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $486.56<br>                                 $486.56 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5468**
Date Filed: 05/10/06
Docketed Total:   $1,500.00
Filing Creditor Name and Address
  ELITE MOLD & ENGINEERING EFT
  51548 FILOMENA DR
  SHELBY TOWNSHIP MI 48315

| Claim Holder Name and Address | Docketed Total | $1,500.00 | | | | Modified Total | $1,500.00 |
|---|---|---|---|---|---|---|---|
| ELITE MOLD & ENGINEERING EFT 51548 FILOMENA DR SHELBY TOWNSHIP MI 48315 | | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $960.00 | | $540.00 | 05-44640 | | | $1,500.00 |
| | $960.00 | | $540.00 | | | | $1,500.00 |

---

**Claim: 657**
Date Filed: 11/17/05
Docketed Total:   $4,150.00
Filing Creditor Name and Address
  EMG EIFELWERK HEINRICH STEIN
  MONTAGE GMBH
  RAIFFESISENSTRASSE 5
  UTTFELD   54619
  GERMANY

| Claim Holder Name and Address | Docketed Total | $4,150.00 | | | | Modified Total | $4,150.00 |
|---|---|---|---|---|---|---|---|
| EMG EIFELWERK HEINRICH STEIN MONTAGE GMBH RAIFFESISENSTRASSE 5 UTTFELD  54619 GERMANY | | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,150.00 | 05-44640 | | | $4,150.00 |
| | | | $4,150.00 | | | | $4,150.00 |

---

**Claim: 15239**
Date Filed: 07/31/06
Docketed Total:   $139,507.23
Filing Creditor Name and Address
  ENERGY CONVERSION SYSTEMS
  ENERGY CONVERSION SYSTEMS
  HOLDINGS
  5520 DILLARD DR STE 260
  CARY NC 27518

| Claim Holder Name and Address | Docketed Total | $139,507.23 | | | | Modified Total | $58,655.00 |
|---|---|---|---|---|---|---|---|
| ENERGY CONVERSION SYSTEMS ENERGY CONVERSION SYSTEMS HOLDINGS 5520 DILLARD DR STE 260 CARY NC 27518 | | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $13,500.00 | $126,007.23 | 05-44640 | | | $58,655.00 |
| | | $13,500.00 | $126,007.23 | | | | $58,655.00 |

---

**Claim: 5060**
Date Filed: 05/08/06
Docketed Total:   $825.00
Filing Creditor Name and Address
  ENGINEERING SUPPLY CORP
  11281 JAMES ST
  HOLLAND MI 49424-862

| Claim Holder Name and Address | Docketed Total | $825.00 | | | | Modified Total | $825.00 |
|---|---|---|---|---|---|---|---|
| ENGINEERING SUPPLY CORP 11281 JAMES ST HOLLAND MI 49424-862 | | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $825.00 | 05-44640 | | | $825.00 |
| | | | $825.00 | | | | $825.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   21 of 73

In re: Delphi Corporation, et al.                                                                           Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6992**
Date Filed: 05/30/06
Docketed Total: $13,831.00
Filing Creditor Name and Address
  ENGINEERING TECHNOLOGY ASSOC
  INC
  1133 E MAPLE RD STE 200
  TROY MI 48083

Claim Holder Name and Address    Docketed Total    $13,831.00
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Modified Total    $13,831.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $10,000.00 | $3,831.00 | 05-44640 | | | $13,831.00 |
| | | $10,000.00 | $3,831.00 | | | | $13,831.00 |

**Claim: 1143**
Date Filed: 12/13/05
Docketed Total: $2,975.00
Filing Creditor Name and Address
  EPES EXPRESS SERVICES INC
  PO BOX 35884
  GREENSBORO NC 27425

Claim Holder Name and Address    Docketed Total    $2,975.00
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY NJ 07302

Modified Total    $2,975.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| | | $2,975.00 | | 05-44640 | | | $2,975.00 |
| | | $2,975.00 | | | | | $2,975.00 |

**Claim: 1464**
Date Filed: 01/09/06
Docketed Total: $122,867.13
Filing Creditor Name and Address
  ERWIN QUARDER INC
  ATTN JENNIFER STEWARD
  5101 KRAFT AVE SE
  GRAND RAPIDS MI 49512

Claim Holder Name and Address    Docketed Total    $122,867.13
ERWIN QUARDER INC
ATTN JENNIFER STEWARD
5101 KRAFT AVE SE
GRAND RAPIDS MI 49512

Modified Total    $100,997.21

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $122,867.13 | 05-44567 | | | $100,997.21 |
| | | | $122,867.13 | | | | $100,997.21 |

**Claim: 15354**
Date Filed: 07/31/06
Docketed Total: $4,135.81
Filing Creditor Name and Address
  EXONIC SYSTEMS
  149 DELTA DR
  PITTSBURGH PA 15238

Claim Holder Name and Address    Docketed Total    $4,135.81
EXONIC SYSTEMS
149 DELTA DR
PITTSBURGH PA 15238

Modified Total    $4,135.81

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,135.81 | 05-44640 | | | $4,135.81 |
| | | | $4,135.81 | | | | $4,135.81 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:   22 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15804<br>Date Filed:08/02/06<br>Docketed Total:  $9,555.10<br>Filing Creditor Name and Address<br> FIRST CHOICE HEATING &<br> COOLING INC<br> 8147 ISLANDVIEW DR<br> NEWAYGO MI 49337 | Claim Holder Name and Address   Docketed Total<br>FIRST CHOICE HEATING & COOLING INC<br>8147 ISLANDVIEW DR<br>NEWAYGO MI 49337 | | | $9,555.10 | | | Modified Total | $9,555.10 |
| | Case Number*<br>05-44640 | Secured<br>$9,555.10 | Priority | Unsecured<br>$9,555.10 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,555.10 |
| | | $9,555.10 | | | | | | $9,555.10 |
| Claim: 1672<br>Date Filed:01/26/06<br>Docketed Total:   $633,258.00<br>Filing Creditor Name and Address<br> FIRST TECHNOLOGY HOLDINGS INC<br> AND AFFILIATES AND<br> SUBSIDIARIES<br> JOHN D HERTZBERG<br> 30150 TELEGRAPH RD STE 444<br> BINGHAM FARMS MI 48025 | Claim Holder Name and Address   Docketed Total<br>FIRST TECHNOLOGY HOLDINGS INC AND<br>AFFILIATES AND SUBSIDIARIES<br>JOHN D HERTZBERG<br>30150 TELEGRAPH RD STE 444<br>BINGHAM FARMS MI 48025 | | | $633,258.00 | | | Modified Total | $633,258.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$175,000.00 | Unsecured<br>$458,258.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$633,258.00 |
| | | | $175,000.00 | $458,258.00 | | | | $633,258.00 |
| Claim: 3946<br>Date Filed:05/01/06<br>Docketed Total:   $12,161.00<br>Filing Creditor Name and Address<br> FISCHER SPECIAL TOOLING<br> KEVIN JOHNSON<br> 7219 COMMERCE DR<br> MENTOR OH 44060 | Claim Holder Name and Address   Docketed Total<br>FISCHER SPECIAL TOOLING<br>KEVIN JOHNSON<br>7219 COMMERCE DR<br>MENTOR OH 44060 | | | $12,161.00 | | | Modified Total | $12,161.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,161.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,161.00 |
| | | | | $12,161.00 | | | | $12,161.00 |
| Claim: 3319<br>Date Filed:04/28/06<br>Docketed Total:   $2,632.00<br>Filing Creditor Name and Address<br> FLEX PAC INC<br> 7113 S MAYFLOWER PK DR<br> ZIONSVILLE IN 46077 | Claim Holder Name and Address   Docketed Total<br>FLEX PAC INC<br>7113 S MAYFLOWER PK DR<br>ZIONSVILLE IN 46077 | | | $2,632.00 | | | Modified Total | $2,632.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,632.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,632.00 |
| | | | | $2,632.00 | | | | $2,632.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   23 of 73

In re: Delphi Corporation, et al.                                                                            Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9076**
Date Filed: 07/06/06
Docketed Total:   $35,858.00
Filing Creditor Name and Address
 FLEX TECHNOLOGIES INC
 104 FLEX DR
 PORTLAND TN 37148

Claim Holder Name and Address
FLEX TECHNOLOGIES INC
104 FLEX DR
PORTLAND TN 37148
Docketed Total   $35,858.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $35,858.00 |
| | | | $35,858.00 |

Modified Total   $35,820.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,820.11 |
| | | | $35,820.11 |

---

**Claim: 10895**
Date Filed: 07/25/06
Docketed Total:   $7,096.55
Filing Creditor Name and Address
 FLUID KINETICS DIV OF VALCO
 CINCINNATI
 VALCO CINCINNATI INC
 411 CIRCLE FREEWAY DR
 CINCINNATI OH 45246

Claim Holder Name and Address
FLUID KINETICS DIV OF VALCO
CINCINNATI
VALCO CINCINNATI INC
411 CIRCLE FREEWAY DR
CINCINNATI OH 45246
Docketed Total   $7,096.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,096.55 |
| | | | $7,096.55 |

Modified Total   $7,096.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,096.55 |
| | | | $7,096.55 |

---

**Claim: 5063**
Date Filed: 05/08/06
Docketed Total:   $5,428.30
Filing Creditor Name and Address
 FOERSTER INSTRUMENTS INC
 140 INDUSTRY DR
 PITTSBURGH PA 15275

Claim Holder Name and Address
FOERSTER INSTRUMENTS INC
140 INDUSTRY DR
PITTSBURGH PA 15275
Docketed Total   $5,428.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,428.30 |
| | | | $5,428.30 |

Modified Total   $5,420.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,420.00 |
| | | | $5,420.00 |

---

**Claim: 10405**
Date Filed: 07/24/06
Docketed Total:   $5,400.00
Filing Creditor Name and Address
 FOX EXCAVATING AND SEWER
 1014 FRANKLIN ST
 SANDUSKY OH 44870

Claim Holder Name and Address
FOX EXCAVATING AND SEWER
1014 FRANKLIN ST
SANDUSKY OH 44870
Docketed Total   $5,400.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,400.00 |
| | | | $5,400.00 |

Modified Total   $5,400.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,400.00 |
| | | | $5,400.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   24 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10757**
Date Filed:07/25/06
Docketed Total:   $72,525.00
Filing Creditor Name and Address
 FUJIKOKI AMERICA INC
 DONNIE J ANDERSON
 4040 BRONZE WAY
 DALLAS TX 75237

| | Claim Holder Name and Address | Docketed Total | $72,525.00 | | | Modified Total | $37,245.00 |
|---|---|---|---|---|---|---|---|

FUJIKOKI AMERICA INC
DONNIE J ANDERSON
4040 BRONZE WAY
DALLAS TX 75237

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $72,525.00 | 05-44640 | | | $37,245.00 |
| | | | $72,525.00 | | | | $37,245.00 |

**Claim: 501**
Date Filed:11/10/05
Docketed Total:   $311,610.55
Filing Creditor Name and Address
 FUTURE ELECTRONICS
 DIANE SVENDSEN
 41 MAIN ST
 BOLTON MA 01740

| | Claim Holder Name and Address | Docketed Total | $311,610.55 | | | Modified Total | $308,621.57 |
|---|---|---|---|---|---|---|---|

FUTURE ELECTRONICS
DIANE SVENDSEN
41 MAIN ST
BOLTON MA 01740

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44529 | | | $311,610.55 | 05-44507 | | | $308,621.57 |
| | | | $311,610.55 | | | | $308,621.57 |

**Claim: 16536**
Date Filed:02/13/07
Docketed Total:   $452,346.63
Filing Creditor Name and Address
 GENESEE PACKAGING INC
 DENNIS M HALEY P14538
 WINEGARDEN HALEY LINDHOLM &
 ROBERTS
 G 9460 S SAGINAW ST STE A
 GRAND BLANC MI 48439

| | Claim Holder Name and Address | Docketed Total | $452,346.63 | | | Modified Total | $481,540.09 |
|---|---|---|---|---|---|---|---|

GENESEE PACKAGING INC
DENNIS M HALEY P14538
WINEGARDEN HALEY LINDHOLM &
ROBERTS
G 9460 S SAGINAW ST STE A
GRAND BLANC MI 48439

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $452,346.63 | 05-44640 | | | $481,540.09 |
| | | | $452,346.63 | | | | $481,540.09 |

**Claim: 11937**
Date Filed:07/28/06
Docketed Total:   $17,280.45
Filing Creditor Name and Address
 GORMAN JOHN M CO INC
 2844 KEENAN AVE
 DAYTON OH 45414-4914

| | Claim Holder Name and Address | Docketed Total | $17,280.45 | | | Modified Total | $17,280.45 |
|---|---|---|---|---|---|---|---|

GORMAN JOHN M CO INC
2844 KEENAN AVE
DAYTON OH 45414-4914

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $17,280.45 | 05-44640 | | | $17,280.45 |
| | | | $17,280.45 | | | | $17,280.45 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   25 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 1694**
Date Filed: 01/30/06
Docketed Total:   $5,451.99
Filing Creditor Name and Address
 GREINER PERFOAM GMBH GERMANY
 ROBERT BOSCH STR 13
 WANGEN  73117
 GERMANY

| Claim Holder Name and Address | Docketed Total | $5,451.99 |
|---|---|---|
| GREINER PERFOAM GMBH GERMANY | | |
| ROBERT BOSCH STR 13 | | |
| WANGEN  73117 | | |
| GERMANY | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,451.99 |
| | | | $5,451.99 |

| | Modified Total | $5,367.31 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,367.31 |
| | | | $5,367.31 |

**Claim: 9219**
Date Filed: 07/10/06
Docketed Total:   $290,762.87
Filing Creditor Name and Address
 GREYSTONE OF LINCOLN INC
 7 WELLINGTON RD
 LINCOLN RI 02865

| Claim Holder Name and Address | Docketed Total | $290,762.87 |
|---|---|---|
| GREYSTONE OF LINCOLN INC | | |
| 7 WELLINGTON RD | | |
| LINCOLN RI 02865 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $290,762.87 |
| | | | $290,762.87 |

| | Modified Total | $287,266.60 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $287,266.60 |
| | | | $287,266.60 |

**Claim: 11258**
Date Filed: 07/27/06
Docketed Total:   $7,745.30
Filing Creditor Name and Address
 HACK PIRO ODAY MERKLINGER
 WALLACE & MCKENNA PA
 30 COLUMBIA TKP
 FLORHAM PK NJ 07932

| Claim Holder Name and Address | Docketed Total | $7,745.30 |
|---|---|---|
| HACK PIRO ODAY MERKLINGER | | |
| WALLACE & MCKENNA PA | | |
| 30 COLUMBIA TKP | | |
| FLORHAM PK NJ 07932 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,745.30 |
| | | | $7,745.30 |

| | Modified Total | $7,745.30 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,745.30 |
| | | | $7,745.30 |

**Claim: 7016**
Date Filed: 05/30/06
Docketed Total:   $54,883.42
Filing Creditor Name and Address
 HARRIS HEALTHTRENDS  EFT CORP
 6629 W CENTRAL AVE
 TOLEDO OH 43617-1401

| Claim Holder Name and Address | Docketed Total | $54,883.42 |
|---|---|---|
| HARRIS HEALTHTRENDS  EFT CORP | | |
| 6629 W CENTRAL AVE | | |
| TOLEDO OH 43617-1401 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,883.42 |
| | | | $54,883.42 |

| | Modified Total | $31,710.90 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,710.90 |
| | | | $31,710.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                              Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4771<br>Date Filed:05/04/06<br>Docketed Total:  $167,142.92<br>Filing Creditor Name and Address<br> HELLA ELECTRONICS CORP<br> PO BOX 398<br> FLORA IL 62839 | Claim Holder Name and Address<br>HELLA ELECTRONICS CORP<br>PO BOX 398<br>FLORA IL 62839 | Docketed Total | | $167,142.92 | | Modified Total | | $164,800.58 |
| | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$167,142.92<br>$167,142.92 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$164,800.58<br>$164,800.58 |
| Claim: 1338<br>Date Filed:12/27/05<br>Docketed Total:  $6,555.25<br>Filing Creditor Name and Address<br> HELLERMANN TYTON GMBH<br> HELLERMANN TYTON GMBH<br> GROBER MOORWEG 45<br> TORNESCH  D-25436<br> GERMANY | Claim Holder Name and Address<br>HELLERMANN TYTON GMBH<br>HELLERMANN TYTON GMBH<br>GROBER MOORWEG 45<br>TORNESCH  D-25436<br>GERMANY | Docketed Total | | $6,555.25 | | Modified Total | | $6,555.25 |
| | **Case Number\*** <br>05-44481 | **Secured** | **Priority** | **Unsecured** <br>$6,555.25<br>$6,555.25 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$6,555.25<br>$6,555.25 |
| Claim: 1714<br>Date Filed:01/30/06<br>Docketed Total:  $2,002.09<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307 | Docketed Total | | $2,002.09 | | Modified Total | | $1,011.90 |
| | **Case Number\*** <br>05-44596 | **Secured** | **Priority** | **Unsecured** <br>$2,002.09<br><br>$2,002.09 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$1,011.90<br><br>$1,011.90 |
| Claim: 1716<br>Date Filed:01/30/06<br>Docketed Total:  $282,500.00<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307 | Docketed Total | | $282,500.00 | | Modified Total | | $214,500.00 |
| | **Case Number\*** <br>05-44596 | **Secured** | **Priority** | **Unsecured** <br>$282,500.00 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$214,500.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   27 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | $282,500.00 | CLAIM AS MODIFIED | | | $214,500.00 |
|---|---|---|---|---|---|---|---|

**Claim: 3827**
Date Filed: 05/01/06
Docketed Total:   $31,046.14
Filing Creditor Name and Address
 HENRY COUNTY RURAL ELECTRIC ME
 HENRY COUNTY REMC
 201 N 6TH ST
 NEW CASTLE IN 47362

Claim Holder Name and Address
HENRY COUNTY RURAL ELECTRIC ME
HENRY COUNTY REMC
201 N 6TH ST
NEW CASTLE IN 47362

Docketed Total    $31,046.14
Modified Total    $30,449.05

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,046.14 | 05-44640 | | | $30,449.05 |
| | | | $31,046.14 | | | | $30,449.05 |

**Claim: 7847**
Date Filed: 06/12/06
Docketed Total:   $8,716.81
Filing Creditor Name and Address
 HERITAGE OPERATING LP
 IKARD & NEWSOM SERVI GAS
 13307 MONTANA AVE
 EL PASO TX 79938

Claim Holder Name and Address
HERITAGE OPERATING LP
IKARD & NEWSOM SERVI GAS
13307 MONTANA AVE
EL PASO TX 79938

Docketed Total    $8,716.81
Modified Total    $8,626.36

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,716.81 | 05-44640 | | | $8,626.36 |
| | | | $8,716.81 | | | | $8,626.36 |

**Claim: 2674**
Date Filed: 04/18/06
Docketed Total:   $54,264.82
Filing Creditor Name and Address
 HIGHLAND TRANSPORT
 2815 14TH AVE
 MARKHAM ON L3R 0H9
 CANADA

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK NY 10018

Docketed Total    $54,264.82
Modified Total    $54,264.82

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $54,264.82 | 05-44640 | | | $54,264.82 |
| | | | $54,264.82 | | | | $54,264.82 |

**Claim: 7324**
Date Filed: 06/01/06
Docketed Total:   $114,828.73
Filing Creditor Name and Address
 HILL & KNOWLTON AUSTRALIA PTY
 C 12 338 PITT ST SYDNEY
 N5W 2000

 AUSTRALIA

Claim Holder Name and Address
HILL & KNOWLTON AUSTRALIA PTY
C 12 338 PITT ST SYDNEY
N5W 2000

AUSTRALIA

Docketed Total    $114,828.73
Modified Total    $114,828.73

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $114,828.73 | 05-44640 | | | $114,828.73 |
| | | | $114,828.73 | | | | $114,828.73 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   28 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1477<br>Date Filed:01/09/06<br>Docketed Total:   $164,535.00<br>Filing Creditor Name and Address<br> HONEYWELL INTERNATIONAL<br> AEROSPACE<br> DEB MAINS<br> 1140 W WARNER RD BLDG 1233 M<br> TEMPE AZ 85284 | Claim Holder Name and Address    Docketed Total    $164,535.00<br>HONEYWELL INTERNATIONAL AEROSPACE<br>DEB MAINS<br>1140 W WARNER RD BLDG 1233 M<br>TEMPE AZ 85284<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $164,535.00<br>                                                 $164,535.00 | Modified Total    $135,975.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $135,975.00<br>                                                 $135,975.00 |
| Claim: 1478<br>Date Filed:01/09/06<br>Docketed Total:   $18,187.00<br>Filing Creditor Name and Address<br> HONEYWELL INTERNATIONAL HPS<br> DEB MAINS<br> 1140 W WARNER RD BLDG 1233-M<br> TEMPE AZ 85284 | Claim Holder Name and Address    Docketed Total    $18,187.00<br>HONEYWELL INTERNATIONAL HPS<br>DEB MAINS<br>1140 W WARNER RD BLDG 1233-M<br>TEMPE AZ 85284<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $18,187.00<br>                                                 $18,187.00 | Modified Total    $15,763.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $15,763.00<br>                                                 $15,763.00 |
| Claim: 2170<br>Date Filed:03/02/06<br>Docketed Total:   $14,595.67<br>Filing Creditor Name and Address<br> HONEYWELL INTERNATIONAL INC<br> DEBBIE JACKSON ASSOCIATE<br> ACCOUNTING<br> ACS CASH SERVICES<br> 1985 DOUGLAS DR N MN10 2517<br> GOLDEN VALLEY MN 55422 | Claim Holder Name and Address    Docketed Total    $14,595.67<br>HONEYWELL INTERNATIONAL INC<br>DEBBIE JACKSON ASSOCIATE<br>ACCOUNTING<br>ACS CASH SERVICES<br>1985 DOUGLAS DR N MN10 2517<br>GOLDEN VALLEY MN 55422<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $14,595.67<br>                                                 $14,595.67 | Modified Total    $7,137.53<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $7,137.53<br>                                                 $7,137.53 |
| Claim: 10977<br>Date Filed:07/26/06<br>Docketed Total:   $9,062.95<br>Filing Creditor Name and Address<br> HOTTINGER BALDWIN MEASUREMENTS<br> INC<br> 19 BARTLETT ST<br> MARLBORO MA 01752 | Claim Holder Name and Address    Docketed Total    $9,062.95<br>HOTTINGER BALDWIN MEASUREMENTS INC<br>19 BARTLETT ST<br>MARLBORO MA 01752<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $9,062.95<br>                                                 $9,062.95 | Modified Total    $9,062.95<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $9,062.95<br>                                                 $9,062.95 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   29 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1435**
Date Filed: 01/04/06
Docketed Total: $9,231.25
Filing Creditor Name and Address
  HUNTSVILLE RADIO SERVICE INC
  2402 CLINTON AVE W
  HUNTSVILLE AL 35805

Claim Holder Name and Address    Docketed Total    $9,231.25
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total    $9,231.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,231.25 |
| | | | $9,231.25 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,231.25 |
| | | | $9,231.25 |

---

**Claim: 643**
Date Filed: 11/17/05
Docketed Total:   $74,900.00
Filing Creditor Name and Address
  HYATT REGENCY HOTEL SAN
  ANTONIO
  ATTN PATRICK GONZALES
  HYATT REGENCY HOTEL
  123 LOSOYA
  SAN ANTONIO TX 78205

Claim Holder Name and Address    Docketed Total    $74,900.00
HYATT REGENCY HOTEL SAN ANTONIO
ATTN PATRICK GONZALES
HYATT REGENCY HOTEL
123 LOSOYA
SAN ANTONIO TX 78205

Modified Total    $74,900.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $74,900.00 |
| | | | $74,900.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,900.00 |
| | | | $74,900.00 |

---

**Claim: 3383**
Date Filed: 04/28/06
Docketed Total:   $2,576.96
Filing Creditor Name and Address
  HYDROSCAPES INC
  337 W CENTRAL AVE
  WEST CARROLLTON OH 45449

Claim Holder Name and Address    Docketed Total    $2,576.96
ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

Modified Total    $2,576.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,576.96 |
| | | | $2,576.96 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,576.96 |
| | | | $2,576.96 |

---

**Claim: 2427**
Date Filed: 03/27/06
Docketed Total:   $9,249.00
Filing Creditor Name and Address
  I DONALD PENSON
  STEVEN LEE SMITH
  SHUMAKER LOOP & KENDRICK LLP
  41 S HIGHT ST STE 2400
  COLUMBUS OH 43215

Claim Holder Name and Address    Docketed Total    $9,249.00
I DONALD PENSON
STEVEN LEE SMITH
SHUMAKER LOOP & KENDRICK LLP
41 S HIGHT ST STE 2400
COLUMBUS OH 43215

Modified Total    $9,249.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,249.00 |
| | | | $9,249.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,249.00 |
| | | | $9,249.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   30 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1177**
Date Filed:12/15/05
Docketed Total:   $6,764.69
Filing Creditor Name and Address
  IBEROFON PLASTICOS SL
  POL IND MIRALCAMPO C ALUMINIO
  4
  19200 AZUQUECA DE HENARES
  GUADALAJARA
  SPAIN

Claim Holder Name and Address    Docketed Total    $6,764.69
IBEROFON PLASTICOS SL
POL IND MIRALCAMPO C ALUMINIO
4
19200 AZUQUECA DE HENARES
GUADALAJARA
SPAIN

Modified Total    $6,707.96

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,764.69 | 05-44640 | | | $6,707.96 |
| | | | $6,764.69 | | | | $6,707.96 |

**Claim: 9995**
Date Filed:07/20/06
Docketed Total:   $57,149.69
Filing Creditor Name and Address
  IBJTC BUSINESS CREDIT
  CORPORATION AS SUCCESSOR IN
  INTEREST TO IBJ WHITEHALL
  BUSINESS CREDIT CORPORATION
  RONALD S BEACHER & CONRAD K
  CHIU
  DAY PITNEY LLP
  7 TIMES SQUARE
  NEW YORK NY 10036

Claim Holder Name and Address    Docketed Total    $57,149.69
IBJTC BUSINESS CREDIT CORPORATION
AS SUCCESSOR IN INTEREST TO IBJ
WHITEHALL BUSINESS CREDIT
CORPORATION
RONALD S BEACHER & CONRAD K
CHIU
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

Modified Total    $44,643.53

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $57,149.69 | 05-44640 | | | $44,643.53 |
| | | | $57,149.69 | | | | $44,643.53 |

**Claim: 1932**
Date Filed:02/09/06
Docketed Total:   $43,975.27
Filing Creditor Name and Address
  ICOM1 INTEGRATED SYSTEMS
  PO BOX 8028
  22975 VENTURE DR
  NOVI MI 48376

Claim Holder Name and Address    Docketed Total    $43,975.27
ICOM1 INTEGRATED SYSTEMS
PO BOX 8028
22975 VENTURE DR
NOVI MI 48376

Modified Total    $43,975.27

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $43,975.27 | 05-44640 | | | $43,975.27 |
| | | | $43,975.27 | | | | $43,975.27 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1563<br>Date Filed:01/17/06<br>Docketed Total:  $58,575.00<br>Filing Creditor Name and Address<br> IET LABS INC<br> 534 MAIN ST<br> WESTBURY NY 11590 | Claim Holder Name and Address<br>IET LABS INC<br>534 MAIN ST<br>WESTBURY NY 11590 | Docketed Total | | $58,575.00 | | Modified Total | | $1,665.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$58,575.00<br>$58,575.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,665.00<br>$1,665.00 |
| Claim: 9648<br>Date Filed:07/12/06<br>Docketed Total:  $225,089.20<br>Filing Creditor Name and Address<br> INDIANA UNIVERSITY<br> ATTN MICHAEL A KLEIN ESQ<br> OFFICE OF UNIVERSITY COUNSEL<br> 107 SOUTH INDIANA DR RM 211<br> BLOOMINGTON IN 47405-7000 | Claim Holder Name and Address<br>INDIANA UNIVERSITY<br>ATTN MICHAEL A KLEIN ESQ<br>OFFICE OF UNIVERSITY COUNSEL<br>107 SOUTH INDIANA DR RM 211<br>BLOOMINGTON IN 47405-7000 | Docketed Total | | $225,089.20 | | Modified Total | | $128,109.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$225,089.20<br>$225,089.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$128,109.96<br>$128,109.96 |
| Claim: 913<br>Date Filed:11/28/05<br>Docketed Total:  $32,863.89<br>Filing Creditor Name and Address<br> INDIANAPOLIS POWER & LIGHT<br> COMPANY<br> LACHELLE D STEPP<br> 8470 ALLISON POINT BLVD STE<br> 100<br> INDIANPOLIS IN 46250 | Claim Holder Name and Address<br>INDIANAPOLIS POWER & LIGHT COMPANY<br>LACHELLE D STEPP<br>8470 ALLISON POINT BLVD STE<br>100<br>INDIANPOLIS IN 46250 | Docketed Total | | $32,863.89 | | Modified Total | | $32,844.76 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,863.89<br><br>$32,863.89 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,844.76<br><br>$32,844.76 |
| Claim: 4705<br>Date Filed:05/04/06<br>Docketed Total:  $10,728.12<br>Filing Creditor Name and Address<br> INDUSTRIAL CONTROL DISTRIBUTOR<br> 1776 BLOOMSBURY AVE<br> WANAMASSA NJ 07712 | Claim Holder Name and Address<br>INDUSTRIAL CONTROL DISTRIBUTOR<br>1776 BLOOMSBURY AVE<br>WANAMASSA NJ 07712 | Docketed Total | | $10,728.12 | | Modified Total | | $10,728.12 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,728.12<br>$10,728.12 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,728.12<br>$10,728.12 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:   32 of 73

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3144<br>Date Filed:04/28/06<br>Docketed Total:  $3,124.57<br>Filing Creditor Name and Address<br> INFRAMAT CORPORATION<br> 74 BATTERSON PK RD<br> FARMINGTON CT 06032 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | Docketed Total | | $3,124.57 | Modified Total | | | $3,124.57 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,124.57<br>$3,124.57 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,124.57<br>$3,124.57 |
| Claim: 410<br>Date Filed:11/07/05<br>Docketed Total:  $1,417.80<br>Filing Creditor Name and Address<br> INTEGRIS METALS FLINT<br> 455 85TH AVE NW<br> COON RAPIDS MN 55433 | Claim Holder Name and Address<br>INTEGRIS METALS FLINT<br>455 85TH AVE NW<br>COON RAPIDS MN 55433 | Docketed Total | | $1,417.80 | Modified Total | | | $81.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,417.80<br>$1,417.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$81.60<br>$81.60 |
| Claim: 199<br>Date Filed:10/28/05<br>Docketed Total:  $16,633.18<br>Filing Creditor Name and Address<br> INTEGRIS METALS GRAND RAPIDS<br> INTEGRIS METALS<br> 455 85TH AVE NW<br> COON RAPIDS MN 55433 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $16,633.18 | Modified Total | | | $16,419.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,633.18<br>$16,633.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,419.30<br>$16,419.30 |
| Claim: 1138<br>Date Filed:12/13/05<br>Docketed Total:  $14,399.28<br>Filing Creditor Name and Address<br> INTERNAL HONING ABRASIVES INC<br> JOHN HOEKSTRA<br> 3011 HILLCROFT AVE SW<br> GRAND RAPIDS MI 49548 | Claim Holder Name and Address<br>INTERNAL HONING ABRASIVES INC<br>JOHN HOEKSTRA<br>3011 HILLCROFT AVE SW<br>GRAND RAPIDS MI 49548 | Docketed Total | | $14,399.28 | Modified Total | | | $14,399.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,399.28<br>$14,399.28 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,399.28<br>$14,399.28 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  33 of 73

In re: Delphi Corporation, et al.                                                                        Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 646**
Date Filed:11/17/05
Docketed Total:   $33,597.65
Filing Creditor Name and Address
  IRON MOUNTAIN INFORMATION
  MANAGEMENT INC
  R FREDERICK LINFESTY ESQ
  IRON MOUNTAIN INC
  745 ATLANTIC AVE 10TH FL
  BOSTON MA 02111

Claim Holder Name and Address
IRON MOUNTAIN INFORMATION
MANAGEMENT INC
R FREDERICK LINFESTY ESQ
IRON MOUNTAIN INC
745 ATLANTIC AVE 10TH FL
BOSTON MA 02111

Docketed Total    $33,597.65

Modified Total    $15,868.06

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $33,597.65 | | | 05-44640 | | | $15,868.06 |
| | $33,597.65 | | | | | | $15,868.06 |

**Claim: 28**
Date Filed:10/17/05
Docketed Total:   $22,624.17
Filing Creditor Name and Address
  ISSPRO INC
  PO BOX 11177
  PORTLAND OR 97211

Claim Holder Name and Address
ISSPRO INC
PO BOX 11177
PORTLAND OR 97211

Docketed Total    $22,624.17

Modified Total    $6,165.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $22,624.17 | 05-44640 | | | $6,165.00 |
| | | | $22,624.17 | | | | $6,165.00 |

**Claim: 3916**
Date Filed:05/01/06
Docketed Total:   $48,511.07
Filing Creditor Name and Address
  ITT CANNON SANTA ANA
  ITT INDUSTRIES SHARED SERVICES
  2881 EAST BAYARD STREET
  SENECA FALLS NY 13148

Claim Holder Name and Address
ITT CANNON SANTA ANA
ITT INDUSTRIES SHARED SERVICES
2881 EAST BAYARD STREET
SENECA FALLS NY 13148

Docketed Total    $48,511.07

Modified Total    $20,869.49

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $48,511.07 | 05-44640 | | | $20,869.49 |
| | | | $48,511.07 | | | | $20,869.49 |

**Claim: 1608**
Date Filed:01/17/06
Docketed Total:   $7,770.48
Filing Creditor Name and Address
  ITT MMI
  ITT INDUSTRIES SHARED SERVICES
  2881 EAST BAYARD STREET
  SENECA FALLS NY 13148

Claim Holder Name and Address
ITT MMI
ITT INDUSTRIES SHARED SERVICES
2881 EAST BAYARD STREET
SENECA FALLS NY 13148

Docketed Total    $7,770.48

Modified Total    $7,319.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,770.48 | 05-44507 | | | $7,319.84 |
| | | | $7,770.48 | | | | $7,319.84 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:   34 of 73

In re: Delphi Corporation, et al.                                                           Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2008**
Date Filed: 02/14/06
Docketed Total: $7,968.03
Filing Creditor Name and Address
J H BENNETT AND CO INC
  PO BOX 8028
  22975 VENTURE DR
  NOVI MI 48376

Claim Holder Name and Address
J H BENNETT AND CO INC
PO BOX 8028
22975 VENTURE DR
NOVI MI 48376
Docketed Total $7,968.03
Modified Total $7,968.03

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,968.03 | 05-44640 | | | $7,968.03 |
| | | | $7,968.03 | | | | $7,968.03 |

**Claim: 1314**
Date Filed: 12/27/05
Docketed Total: $9,894.39
Filing Creditor Name and Address
JAMISON METAL SUPPLY INC
  KAREN JAMISON
  PO BOX 70
  DAYTON OH 45449

Claim Holder Name and Address
JAMISON METAL SUPPLY INC
KAREN JAMISON
PO BOX 70
DAYTON OH 45449
Docketed Total $9,894.39
Modified Total $9,894.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,894.39 | 05-44640 | | | $9,894.39 |
| | | | $9,894.39 | | | | $9,894.39 |

**Claim: 4578**
Date Filed: 05/03/06
Docketed Total: $36,003.34
Filing Creditor Name and Address
JCM AMERICAN CORPORATION
  DANTE OLGADO
  925 PILOT RD
  LAS VEGAS NV 89119

Claim Holder Name and Address
JCM AMERICAN CORPORATION
DANTE OLGADO
925 PILOT RD
LAS VEGAS NV 89119
Docketed Total $36,003.34
Modified Total $29,237.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $36,003.34 | 05-44507 | | | $29,237.89 |
| | | | $36,003.34 | | | | $29,237.89 |

**Claim: 4261**
Date Filed: 05/01/06
Docketed Total: $13,152.00
Filing Creditor Name and Address
JODON ENGINEERING ASSOCIATES I
  62 ENTERPRISE DR
  ANN ARBOR MI 48103-9503

Claim Holder Name and Address
JODON ENGINEERING ASSOCIATES I
62 ENTERPRISE DR
ANN ARBOR MI 48103-9503
Docketed Total $13,152.00
Modified Total $13,152.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,152.00 | 05-44640 | | | $13,152.00 |
| | | | $13,152.00 | | | | $13,152.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   35 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13476<br>Date Filed:07/31/06<br>Docketed Total:   $7,356.00<br>Filing Creditor Name and Address<br> JOHANN A KRAUSE<br> 305 W DELAVAN DR<br> PO BOX 1367<br> JANESVILLE WI 53547-1367 | Claim Holder Name and Address  Docketed Total    $7,356.00<br>JOHANN A KRAUSE<br>305 W DELAVAN DR<br>PO BOX 1367<br>JANESVILLE WI 53547-1367<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $7,356.00<br>                                               $7,356.00 | Modified Total    $7,356.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $7,356.00<br>                                               $7,356.00 |
| Claim: 15522<br>Date Filed:07/31/06<br>Docketed Total:   $12,887.20<br>Filing Creditor Name and Address<br> JOHNSON CONTROLS INC<br> STEPHEN BOBO<br> SACHNOFF & WEAVER LTD<br> 10 S WACKER DR STE 4000<br> CHICAGO IL 60606 | Claim Holder Name and Address  Docketed Total    $12,887.20<br>JOHNSON CONTROLS INC<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640     $12,887.20<br>             $12,887.20 | Modified Total    $12,887.20<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $12,887.20<br>                                               $12,887.20 |
| Claim: 1036<br>Date Filed:12/06/05<br>Docketed Total:   $14,109.48<br>Filing Creditor Name and Address<br> JOINT PRODUCTION TECHNOLOGY<br> INC<br> 15381 HALLMARK<br> MACOMB MI 48042 | Claim Holder Name and Address  Docketed Total    $14,109.48<br>JOINT PRODUCTION TECHNOLOGY INC<br>15381 HALLMARK<br>MACOMB MI 48042<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $14,109.48<br><br>                                               $14,109.48 | Modified Total    $14,109.48<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $14,109.48<br><br>                                               $14,109.48 |
| Claim: 11588<br>Date Filed:07/27/06<br>Docketed Total:   $43,628.24<br>Filing Creditor Name and Address<br> K C WELDING SUPPLY INC<br> 1309 MAIN ST<br> ESSEXVILLE MI 48732 | Claim Holder Name and Address  Docketed Total    $43,628.24<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $43,628.24<br>                                               $43,628.24 | Modified Total    $43,209.45<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $43,209.45<br>                                               $43,209.45 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  36 of 73

In re: Delphi Corporation, et al.                                                                                           Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1304<br>Date Filed:12/27/05<br>Docketed Total:  $11,007.20<br>Filing Creditor Name and Address<br> KAPOS MACHINE CONTROL CO<br> ATTN EDWARD KAPANOWSKI<br> 41675 POCATELLO DR<br> CANTON MI 48187 | Claim Holder Name and Address<br>KAPOS MACHINE CONTROL CO<br>ATTN EDWARD KAPANOWSKI<br>41675 POCATELLO DR<br>CANTON MI 48187 | Docketed Total | | $11,007.20 | | Modified Total | | $11,007.20 |
| | **Case Number\*** <br>05-44481 | Secured | Priority | Unsecured <br>$11,007.20 <br>$11,007.20 | Case Number\* <br>05-44640 | Secured | Priority | Unsecured <br>$11,007.20 <br>$11,007.20 |
| Claim: 255<br>Date Filed:10/31/05<br>Docketed Total:  $10,721.27<br>Filing Creditor Name and Address<br> KC TRANSPORTATION INC<br> 888 WILL CARLETON RD<br> CARLETON MI 48117 | Claim Holder Name and Address<br>KC TRANSPORTATION INC<br>888 WILL CARLETON RD<br>CARLETON MI 48117 | Docketed Total | | $10,721.27 | | Modified Total | | $10,711.57 |
| | **Case Number\*** <br>05-44481 | Secured | Priority | Unsecured <br>$10,721.27 <br>$10,721.27 | Case Number\* <br>05-44640 | Secured | Priority | Unsecured <br>$10,711.57 <br>$10,711.57 |
| Claim: 13582<br>Date Filed:07/31/06<br>Docketed Total:  $53,412.66<br>Filing Creditor Name and Address<br> KINCSES TOOL & MOLDING CORP<br> CHARLES WARRINER COMPTROLLER<br> PO BOX 69<br> FLORA MS 39071 | Claim Holder Name and Address<br>KINCSES TOOL & MOLDING CORP<br>CHARLES WARRINER COMPTROLLER<br>PO BOX 69<br>FLORA MS 39071 | Docketed Total | | $53,412.66 | | Modified Total | | $53,412.66 |
| | **Case Number\*** <br>05-44481 | Secured | Priority | Unsecured <br>$53,412.66 <br>$53,412.66 | Case Number\* <br>05-44640 | Secured | Priority | Unsecured <br>$53,412.66 <br>$53,412.66 |
| Claim: 2110<br>Date Filed:02/23/06<br>Docketed Total:  $21,794.34<br>Filing Creditor Name and Address<br> KONE INC<br> BRIAN STELL<br> ONE KONE CT<br> MOLINE IL 61265 | Claim Holder Name and Address<br>KONE INC<br>BRIAN STELL<br>ONE KONE CT<br>MOLINE IL 61265 | Docketed Total | | $21,794.34 | | Modified Total | | $17,197.35 |
| | **Case Number\*** <br>05-44481 | Secured | Priority <br>$21,794.34 <br>$21,794.34 | Unsecured | Case Number\* <br>05-44640 | Secured | Priority <br>$17,197.35 <br>$17,197.35 | Unsecured |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   37 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11617**
Date Filed: 07/27/06
Docketed Total:   $527,220.39
Filing Creditor Name and Address
 L & S TOOL INC
 JEANNE SIMMONS
 PO BOX 932
 KOKOMO IN 46903-0932

Claim Holder Name and Address   Docketed Total   $527,220.39
L & S TOOL INC
JEANNE SIMMONS
PO BOX 932
KOKOMO IN 46903-0932

Modified Total   $527,220.33

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $201,080.63 | $0.00 | $326,139.76 | 05-44640 | | | $527,220.33 |
| | $201,080.63 | | $326,139.76 | | | | $527,220.33 |

**Claim: 8677**
Date Filed: 06/27/06
Docketed Total:   $72,060.81
Filing Creditor Name and Address
 L&P FINANCIAL SERVICES CO
 ATTN RICK KATZFEY
 NO 1 LEGGETT RD
 CARTHAGE MO 64836

Claim Holder Name and Address   Docketed Total   $72,060.81
L&P FINANCIAL SERVICES CO
ATTN RICK KATZFEY
NO 1 LEGGETT RD
CARTHAGE MO 64836

Modified Total   $52,749.13

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $72,060.81 | 05-44640 | | | $52,749.13 |
| | | | $72,060.81 | | | | $52,749.13 |

**Claim: 6047**
Date Filed: 05/16/06
Docketed Total:   $5,708.67
Filing Creditor Name and Address
 LANE PUNCH CORP
 ATTN LINDA WHITE A R CREDIT
 281 LANE PKWY
 SALISBURY NC 28146

Claim Holder Name and Address   Docketed Total   $5,708.67
MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Modified Total   $5,708.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,708.67 | 05-44640 | | | $5,708.67 |
| | | | $5,708.67 | | | | $5,708.67 |

**Claim: 10827**
Date Filed: 07/25/06
Docketed Total:   $7,390.00
Filing Creditor Name and Address
 LATTICE SEMICONDUCTOR CORP
 ATTN MIKE WALSH
 5555 NE MOORE CT
 HILLSBORO OR 97124

Claim Holder Name and Address   Docketed Total   $7,390.00
LATTICE SEMICONDUCTOR CORP
ATTN MIKE WALSH
5555 NE MOORE CT
HILLSBORO OR 97124

Modified Total   $4,390.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,390.00 | 05-44640 | | | $4,390.00 |
| | | | $7,390.00 | | | | $4,390.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   38 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2019**
Date Filed: 02/14/06
Docketed Total:   $18,278.00
Filing Creditor Name and Address
  LDMI
  ANN ARBOR CREDIT BUREAU
  311 N MAIN ST
  BOX 7820
  ANN ARBOR MI 48107

Claim Holder Name and Address     Docketed Total     $18,278.00
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

Modified Total     $18,278.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $18,278.00 | 05-44640 | | | $18,278.00 |
| | | | $18,278.00 | | | | $18,278.00 |

**Claim: 491**
Date Filed: 11/10/05
Docketed Total:   $385.90
Filing Creditor Name and Address
  LEE SPRING CO
  1462 62ND ST
  BROOKLYN NY 11219-5477

Claim Holder Name and Address     Docketed Total     $385.90
LEE SPRING CO
1462 62ND ST
BROOKLYN NY 11219-5477

Modified Total     $385.90

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $385.90 | 05-44640 | | | $385.90 |
| | | | $385.90 | | | | $385.90 |

**Claim: 2386**
Date Filed: 03/24/06
Docketed Total:   $314.71
Filing Creditor Name and Address
  LEE SPRING CO
  1462 62ND ST
  BROOKLYN NY 11219-5477

Claim Holder Name and Address     Docketed Total     $314.71
LEE SPRING CO
1462 62ND ST
BROOKLYN NY 11219-5477

Modified Total     $314.71

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $314.71 | 05-44640 | | | $314.71 |
| | | | $314.71 | | | | $314.71 |

**Claim: 15483**
Date Filed: 07/31/06
Docketed Total:   $66,952.29
Filing Creditor Name and Address
  LIQUIDITY SOLUTIONS INC DBA
  REVENUE MANAGEMENT AS ASSIGNEE
  OF DIGIKEY
  JEFFREY L CARESS
  ONE UNIVERSITY PLZ STE 312
  HACKENSACK NJ 07601

Claim Holder Name and Address     Docketed Total     $66,952.29
LIQUIDITY SOLUTIONS INC DBA REVENUE
MANAGEMENT AS ASSIGNEE OF DIGIKEY
JEFFREY L CARESS
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

Modified Total     $64,639.19

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $66,952.29 | 05-44507 | | | $64,639.19 |
| | | | $66,952.29 | | | | $64,639.19 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15455<br>Date Filed:07/31/06<br>Docketed Total:  $79,564.47<br>Filing Creditor Name and Address<br> LIQUIDITY SOLUTIONS INC DBA<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF ELEKTRISOLA INC<br> JEFFREY L CARESS<br> ONE UNIVERSITY PLAZA STE 312<br> HACKENSACK NJ 7601 | Claim Holder Name and Address    Docketed Total    $79,564.47<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | | | | | Modified Total    $54,165.90 |
| | Case Number* | Secured | Priority | Unsecured<br>$79,564.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$54,165.90 |
| | 05-44640 | | | | | | | |
| | | | | $79,564.47 | | | | $54,165.90 |
| Claim: 10713<br>Date Filed:07/25/06<br>Docketed Total:  $49,220.00<br>Filing Creditor Name and Address<br> LOGIKOS SYSTEMS & SOFTWARE<br> 2914 INDEPENDENCE DR<br> FORT WAYNE IN 46808 | Claim Holder Name and Address    Docketed Total    $49,220.00<br>LOGIKOS SYSTEMS & SOFTWARE<br>2914 INDEPENDENCE DR<br>FORT WAYNE IN 46808 | | | | | | | Modified Total    $49,220.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$49,220.00<br>$49,220.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$49,220.00<br>$49,220.00 |
| Claim: 9463<br>Date Filed:07/13/06<br>Docketed Total:  $108,415.00<br>Filing Creditor Name and Address<br> LYDALL THERMAL ACOUSTICAL<br> SALES LLC FKA LYDALL WESTEX<br> 1241 BUCK SHOALS RD<br> PO BOX 109<br> HAMPTONVILLE NC 27020 | Claim Holder Name and Address    Docketed Total    $108,415.00<br>LYDALL THERMAL ACOUSTICAL SALES LLC<br>FKA LYDALL WESTEX<br>1241 BUCK SHOALS RD<br>PO BOX 109<br>HAMPTONVILLE NC 27020 | | | | | | | Modified Total    $13,850.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$108,415.00<br>$108,415.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,850.00<br>$13,850.00 |
| Claim: 11599<br>Date Filed:07/27/06<br>Docketed Total:  $432,705.04<br>Filing Creditor Name and Address<br> MAC ARTHUR CORPORATION<br> THOMAS F BARRETT<br> 3190 TRI PARK DR<br> GRAND BLANC MI 48439-0010 | Claim Holder Name and Address    Docketed Total    $432,705.04<br>MAC ARTHUR CORPORATION<br>THOMAS F BARRETT<br>3190 TRI PARK DR<br>GRAND BLANC MI 48439-0010 | | | | | | | Modified Total    $406,480.82 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$432,705.04<br>$432,705.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$406,480.82<br>$406,480.82 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:   40 of 73

In re: Delphi Corporation, et al.                                                                                     Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14882**
Date Filed: 07/31/06
Docketed Total:  $12,576.40
Filing Creditor Name and Address
  MAC EQUIPMENT INC
  HWY 75
  SABETHA KS 66534

Claim Holder Name and Address        Docketed Total        $12,576.40
MAC EQUIPMENT INC
HWY 75
SABETHA KS 66534

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,576.40 |
| | | | $12,576.40 |

Modified Total        $12,576.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,576.40 |
| | | | $12,576.40 |

---

**Claim: 5115**
Date Filed: 05/08/06
Docketed Total:   $210,634.01
Filing Creditor Name and Address
  MACHINED PRODUCTS CO
  2121 LANDMEIER RD
  ELK GROVE VILLAGE IL 60007

Claim Holder Name and Address        Docketed Total        $210,634.01
MACHINED PRODUCTS CO
2121 LANDMEIER RD
ELK GROVE VILLAGE IL 60007

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $210,634.01 |
| | | | $210,634.01 |

Modified Total        $164,214.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $164,214.16 |
| | | | $164,214.16 |

---

**Claim: 43**
Date Filed: 10/17/05
Docketed Total:   $12,410.13
Filing Creditor Name and Address
  MAERSK SEALAND INC
  ROSE AUSTIN
  6000 CARNEGIE BLVD
  CHARLOTTE NC 28209

Claim Holder Name and Address        Docketed Total        $12,410.13
MAERSK SEALAND INC
ROSE AUSTIN
6000 CARNEGIE BLVD
CHARLOTTE NC 28209

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,410.13 |
| | | | $12,410.13 |

Modified Total        $12,410.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,410.13 |
| | | | $12,410.13 |

---

**Claim: 4172**
Date Filed: 05/01/06
Docketed Total:   $11,943.90
Filing Creditor Name and Address
  MAGIC METALS INC
  GARRY GRIGGS
  3401 BAY ST
  UNION GAP WA 98903

Claim Holder Name and Address        Docketed Total        $11,943.90
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,943.90 |
| | | | $11,943.90 |

Modified Total        $11,943.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $11,943.90 |
| | | | $11,943.90 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   41 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2011<br>Date Filed:02/14/06<br>Docketed Total: $30,297.48<br>Filing Creditor Name and Address<br>  MAHR FEDERAL INC<br>  1144 EDDY ST<br>  PROVIDENCE RI 02905 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $30,297.48 | | Modified Total | | $30,297.48 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$30,297.48<br>$30,297.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,297.48<br>$30,297.48 |
| Claim: 4387<br>Date Filed:05/02/06<br>Docketed Total: $15,885.07<br>Filing Creditor Name and Address<br>  MARKETING INNOVATORS INTL<br>  MARKETING INNOVATORS INTL INC<br>  9701 W HIGGINS RD<br>  UPD 12702 PH<br>  ROSEMONT IL 60018-4778 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $15,885.07 | | Modified Total | | $2,171.67 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,885.07<br>$15,885.07 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,171.67<br>$2,171.67 |
| Claim: 12161<br>Date Filed:07/28/06<br>Docketed Total: $875,135.40<br>Filing Creditor Name and Address<br>  MARQUARDT GMBH<br>  SCHLOSS STR 16<br>  RIETHEIM WEIHEIM 78604<br>  GERMANY | Claim Holder Name and Address<br>MARQUARDT GMBH<br>SCHLOSS STR 16<br>RIETHEIM WEIHEIM 78604<br>GERMANY | Docketed Total | | $875,135.40 | | Modified Total | | $794,954.68 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$875,135.40<br>$875,135.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$794,954.68<br>$794,954.68 |
| Claim: 1166<br>Date Filed:11/18/05<br>Docketed Total: $41,452.62<br>Filing Creditor Name and Address<br>  MASTERPIECE ENGINEERING INC<br>  3001 TECUMSEH WAY<br>  CORINTH MS 38834 | Claim Holder Name and Address<br>MASTERPIECE ENGINEERING INC<br>3001 TECUMSEH WAY<br>CORINTH MS 38834 | Docketed Total | | $41,452.62 | | Modified Total | | $41,452.62 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$41,452.62<br>$41,452.62 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$41,452.62<br>$41,452.62 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   42 of 73

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8876<br>Date Filed:06/30/06<br>Docketed Total:  $9,787.98<br>Filing Creditor Name and Address<br> MCMASTER CARR SUPPLY CO<br> PO BOX 4355<br> CHICAGO IL 60680 | Claim Holder Name and Address<br>MCMASTER CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO IL 60680 | Docketed Total | | $9,787.98 | | Modified Total | | $9,680.61 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,787.98<br>_____<br>$9,787.98 | Case Number*<br>05-44507<br>05-44511<br>05-44567 | Secured | Priority | Unsecured<br>$8,860.82<br>$119.84<br>$699.95<br>_____<br>$9,680.61 |
| Claim: 901<br>Date Filed:11/28/05<br>Docketed Total:  $5,995.00<br>Filing Creditor Name and Address<br> MECCO PARTNERS LLC<br> PO BOX 307<br> INGOMAR PA 15127 | Claim Holder Name and Address<br>MECCO PARTNERS LLC<br>PO BOX 307<br>INGOMAR PA 15127 | Docketed Total | | $5,995.00 | | Modified Total | | $5,995.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,995.00<br>_____<br>$5,995.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,995.00<br>_____<br>$5,995.00 |
| Claim: 9623<br>Date Filed:07/17/06<br>Docketed Total:  $16,935.05<br>Filing Creditor Name and Address<br> MESA LABORATORIES INC<br> DATATRACE<br> 12100 W 6TH AVE<br> LAKEWOOD CO 80228 | Claim Holder Name and Address<br>MESA LABORATORIES INC<br>DATATRACE<br>12100 W 6TH AVE<br>LAKEWOOD CO 80228 | Docketed Total | | $16,935.05 | | Modified Total | | $13,357.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,935.05<br>_____<br>$16,935.05 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,357.05<br>_____<br>$13,357.05 |
| Claim: 11611<br>Date Filed:07/27/06<br>Docketed Total:  $79,771.29<br>Filing Creditor Name and Address<br> METI<br> 6000 FRUITVILLE RD<br> SARASOTA FL 34232 | Claim Holder Name and Address<br>METI<br>6000 FRUITVILLE RD<br>SARASOTA FL 34232 | Docketed Total | | $79,771.29 | | Modified Total | | $67,982.04 |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$79,771.29<br>_____<br>$79,771.29 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$67,982.04<br>_____<br>$67,982.04 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  43 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 12244**<br>Date Filed: 07/28/06<br>Docketed Total:   $3,512.31<br>Filing Creditor Name and Address<br> MID STATES RUBBER PRODUCTS INC<br> NTE 0008090953218<br> 1230 S RACE ST<br> PO BOX 370<br> PRINCETON IN 47670 | Claim Holder Name and Address<br>MID STATES RUBBER PRODUCTS INC<br>NTE 0008090953218<br>1230 S RACE ST<br>PO BOX 370<br>PRINCETON IN 47670 | Docketed Total | | $3,512.31 | | Modified Total | | $3,124.61 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$3,512.31<br>$3,512.31 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$3,124.61<br>$3,124.61 |
| **Claim: 12245**<br>Date Filed: 07/28/06<br>Docketed Total:   $4,686.03<br>Filing Creditor Name and Address<br> MID STATES RUBBER PRODUCTS INC<br> PO BOX 370<br> PRINCETON IN 47670 | Claim Holder Name and Address<br>MID STATES RUBBER PRODUCTS INC<br>PO BOX 370<br>PRINCETON IN 47670 | Docketed Total | | $4,686.03 | | Modified Total | | $3,387.73 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$4,686.03<br>$4,686.03 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$3,387.73<br>$3,387.73 |
| **Claim: 2664**<br>Date Filed: 04/17/06<br>Docketed Total:   $746.81<br>Filing Creditor Name and Address<br> MJM INVESTIGATIONS INC<br> 910 PAVERSTONE DR<br> RALEIGH NC 27525 | Claim Holder Name and Address<br>MJM INVESTIGATIONS INC<br>910 PAVERSTONE DR<br>RALEIGH NC 27525 | Docketed Total | | $746.81 | | Modified Total | | $359.81 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$746.81<br>$746.81 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$359.81<br>$359.81 |
| **Claim: 2352**<br>Date Filed: 03/22/06<br>Docketed Total:   $132,868.28<br>Filing Creditor Name and Address<br> MONROE INC<br> C O ROBERT D WOLFORD<br> MILLER JOHNSON<br> PO BOX 306<br> GRAND RAPIDS MI 49501-0306 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $69,706.90 | | Modified Total | | $69,706.90 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$69,706.90<br><br>$69,706.90 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$69,706.90<br><br>$69,706.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2352(Continued) | Claim Holder Name and Address<br>MONROE INC<br>C O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306 | Docketed Total | | $63,161.38 | | Modified Total | | $75.53 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$63,161.38<br>$63,161.38 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$75.53<br>$75.53 |
| Claim: 6556<br>Date Filed:05/22/06<br>Docketed Total:  $5,700.39<br>Filing Creditor Name and Address<br> MOORE WALLACE NORTH AMERICA<br> 3075 HIGHLAND PKWY<br> DOWNERS GROVE IL 60515 | Claim Holder Name and Address<br>MOORE WALLACE NORTH AMERICA<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE IL 60515 | Docketed Total | | $5,700.39 | | Modified Total | | $2,755.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,700.39<br>$5,700.39 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,755.00<br>$2,755.00 |
| Claim: 3289<br>Date Filed:04/28/06<br>Docketed Total:  $185.04<br>Filing Creditor Name and Address<br> MORRISON INDUSTRIAL EQUIPMENT<br> COMPANY<br> COMPANY<br> PO BOX 1803<br> 1825 MONROE NW<br> GRAND RAPIDS MI 49501 | Claim Holder Name and Address<br>MORRISON INDUSTRIAL EQUIPMENT<br>COMPANY<br>PO BOX 1803<br>1825 MONROE NW<br>GRAND RAPIDS MI 49501 | Docketed Total | | $185.04 | | Modified Total | | $185.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$185.04<br>$185.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$185.04<br>$185.04 |
| Claim: 9154<br>Date Filed:07/10/06<br>Docketed Total:  $113,663.00<br>Filing Creditor Name and Address<br> NAMICS TECHNOLOGIES INC<br> 5201 GREAT AMERICA PKWY STE<br> 272<br> SANTA CLARA CA 95054 | Claim Holder Name and Address<br>NAMICS TECHNOLOGIES INC<br>5201 GREAT AMERICA PKWY STE<br>272<br>SANTA CLARA CA 95054 | Docketed Total | | $113,663.00 | | Modified Total | | $28,403.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$113,663.00<br>$113,663.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$28,403.00<br>$28,403.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  45 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 4892**
Date Filed: 05/05/06
Docketed Total:  $50,524.45
Filing Creditor Name and Address
 NARRICOT INDUSTRIES INC
 TUFF TEMP CORP
 928 JAYMOR RD STE C150
 SOUTHAMPTON  18966

| | Claim Holder Name and Address | Docketed Total | $50,524.45 | | Modified Total | | $37,826.70 |
|---|---|---|---|---|---|---|---|
| | NARRICOT INDUSTRIES INC | | | | | | |
| | TUFF TEMP CORP | | | | | | |
| | 928 JAYMOR RD STE C150 | | | | | | |
| | SOUTHAMPTON  18966 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $50,524.45 | 05-44640 | | | $37,826.70 |
| | | | | $50,524.45 | | | | $37,826.70 |

**Claim: 10400**
Date Filed: 07/24/06
Docketed Total:  $237,792.65
Filing Creditor Name and Address
 NATIONAL INSTRUMENTS CORP
 ORDER TEAM
 11500 NORTH MOPAC EXPRESSWAY
 AUSTIN TX 78759

| | Claim Holder Name and Address | Docketed Total | $237,792.65 | | Modified Total | | $229,990.58 |
|---|---|---|---|---|---|---|---|
| | NATIONAL INSTRUMENTS CORP | | | | | | |
| | ORDER TEAM | | | | | | |
| | 11500 NORTH MOPAC EXPRESSWAY | | | | | | |
| | AUSTIN TX 78759 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $237,792.65 | 05-44640 | | | $229,990.58 |
| | | | | $237,792.65 | | | | $229,990.58 |

**Claim: 4579**
Date Filed: 05/03/06
Docketed Total:  $127,107.21
Filing Creditor Name and Address
 NATIONAL MATERIAL COMPANY
 ATTN BARB LAHTINEN
 1965 PRATT BLVD
 ELK GROVE VILLAGE IL 60007

| | Claim Holder Name and Address | Docketed Total | $127,107.21 | | Modified Total | | $124,219.19 |
|---|---|---|---|---|---|---|---|
| | NATIONAL MATERIAL COMPANY | | | | | | |
| | ATTN BARB LAHTINEN | | | | | | |
| | 1965 PRATT BLVD | | | | | | |
| | ELK GROVE VILLAGE IL 60007 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $127,107.21 | 05-44640 | | | $124,219.19 |
| | | | | $127,107.21 | | | | $124,219.19 |

**Claim: 4209**
Date Filed: 05/01/06
Docketed Total:  $9,678.00
Filing Creditor Name and Address
 NATIONWIDE FENCE & SUPPLY CO
 INDUSTRIAL DIV
 53861 GRATIOT AVE
 CHESTERFIELD MI 48051

| | Claim Holder Name and Address | Docketed Total | $9,678.00 | | Modified Total | | $9,678.00 |
|---|---|---|---|---|---|---|---|
| | NATIONWIDE FENCE & SUPPLY CO | | | | | | |
| | INDUSTRIAL DIV | | | | | | |
| | 53861 GRATIOT AVE | | | | | | |
| | CHESTERFIELD MI 48051 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $9,678.00 | 05-44640 | | | $9,678.00 |
| | | | | $9,678.00 | | | | $9,678.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                  Page:  46 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6287**
Date Filed: 05/18/06
Docketed Total:   $95,807.17
Filing Creditor Name and Address
  NEW YORK POWER AUTHORITY
  ATTN JOSEPH CARLINE ESQ
  123 MAINSTREET
  WHITE PLAINS NY 10601

Claim Holder Name and Address    Docketed Total    $95,807.17
NEW YORK POWER AUTHORITY
ATTN JOSEPH CARLINE ESQ
123 MAINSTREET
WHITE PLAINS NY 10601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $95,807.17 |
| | | | $95,807.17 |

Modified Total    $91,526.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,526.45 |
| | | | $91,526.45 |

---

**Claim: 4569**
Date Filed: 05/03/06
Docketed Total:   $1,955.53
Filing Creditor Name and Address
  NORTH AMERICAN MFG
  4455 E 71ST ST
  CLEVELAND OH 44105

Claim Holder Name and Address    Docketed Total    $1,955.53
NORTH AMERICAN MFG
4455 E 71ST ST
CLEVELAND OH 44105

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,955.53 |
| | | | $1,955.53 |

Modified Total    $1,955.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,955.53 |
| | | | $1,955.53 |

---

**Claim: 7502**
Date Filed: 06/05/06
Docketed Total:   $7,803.00
Filing Creditor Name and Address
  OCE NORTH AMERICA INC
  ATTN LEGAL DEPT
  5600 BROKEN SOUND BLVD
  BOCA RATON FL 33487

Claim Holder Name and Address    Docketed Total    $7,803.00
OCE NORTH AMERICA INC
ATTN LEGAL DEPT
5600 BROKEN SOUND BLVD
BOCA RATON FL 33487

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $7,803.00 |
| | | | $7,803.00 |

Modified Total    $7,803.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,803.00 |
| | | | $7,803.00 |

---

**Claim: 7504**
Date Filed: 06/05/06
Docketed Total:   $14,063.60
Filing Creditor Name and Address
  OCE NORTH AMERICA INC
  ATTN LEGAL DEPT
  5600 BROKEN SOUND BLVD
  BOCA RATON FL 33487

Claim Holder Name and Address    Docketed Total    $14,063.60
OCE NORTH AMERICA INC
ATTN LEGAL DEPT
5600 BROKEN SOUND BLVD
BOCA RATON FL 33487

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,063.60 |
| | | | $14,063.60 |

Modified Total    $9,755.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,755.85 |
| | | | $9,755.85 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   47 of 73

In re: Delphi Corporation, et al.                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 9851**
Date Filed:07/18/06
Docketed Total:   $1,810,852.11
Filing Creditor Name and Address
 OGURA CORPORATION
 ROBERT A PEURACH ESQ
 FITZGERALD & DAKMAK PC
 615 GRISWOLD STE 600
 DETROIT MI 48226

Claim Holder Name and Address     Docketed Total     $1,810,852.11
OGURA CORPORATION
ROBERT A PEURACH ESQ
FITZGERALD & DAKMAK PC
615 GRISWOLD STE 600
DETROIT MI 48226

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $200,417.52 | $1,610,434.59 |
| | | $200,417.52 | $1,610,434.59 |

Modified Total     $1,210.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,210.00 |
| | | | $1,210.00 |

---

**Claim: 5491**
Date Filed:05/10/06
Docketed Total:   $1,186.00
Filing Creditor Name and Address
 OHIO DESK COMPANY
 1122 PROSPECT AVE
 CLEVELAND OH 44115-1292

Claim Holder Name and Address     Docketed Total     $1,186.00
OHIO DESK COMPANY
1122 PROSPECT AVE
CLEVELAND OH 44115-1292

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,186.00 |
| | | | $1,186.00 |

Modified Total     $1,186.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,186.00 |
| | | | $1,186.00 |

---

**Claim: 933**
Date Filed:11/29/05
Docketed Total:   $14,331.73
Filing Creditor Name and Address
 OTTOS INC
 529 E ADAMS ST
 SANDUSKY OH 44870

Claim Holder Name and Address     Docketed Total     $14,331.73
OTTOS INC
529 E ADAMS ST
SANDUSKY OH 44870

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,331.73 |
| | | | $14,331.73 |

Modified Total     $14,331.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,331.73 |
| | | | $14,331.73 |

---

**Claim: 895**
Date Filed:11/28/05
Docketed Total:   $16,625.00
Filing Creditor Name and Address
 PAUL NEFF & ASSOCIATES
 CRAIG T MATTHEWS & ASSOCIATES
 LPA
 376 REGENCY RIDGE DR
 CENTERVILLE OH 45459

Claim Holder Name and Address     Docketed Total     $16,625.00
PAUL NEFF & ASSOCIATES
CRAIG T MATTHEWS & ASSOCIATES
LPA
376 REGENCY RIDGE DR
CENTERVILLE OH 45459

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,625.00 |
| | | | $16,625.00 |

Modified Total     $16,625.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,625.00 |
| | | | $16,625.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   48 of 73

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 729<br>Date Filed:11/21/05<br>Docketed Total:  $55,503.21<br>Filing Creditor Name and Address<br> PENN ENGINEERING MOTION<br> TECHNOLOGIES PITTMAN DIVISION<br> 343 GODSHALL DR<br> HARLEYSVILLE PA 19438 | Claim Holder Name and Address<br>PENN ENGINEERING MOTION<br>TECHNOLOGIES PITTMAN DIVISION<br>343 GODSHALL DR<br>HARLEYSVILLE PA 19438 | Docketed Total | | $55,503.21 | | | Modified Total | $55,503.21 |
| | Case Number*<br>05-44507 | Secured | Priority<br>$55,503.21<br>$55,503.21 | Unsecured | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$55,503.21<br>$55,503.21 |
| Claim: 15944<br>Date Filed:08/09/06<br>Docketed Total:  $8,300.00<br>Filing Creditor Name and Address<br> PERFECTION TOOL & MOLD CORP<br> 3020 PRODUCTION CT<br> DAYTON OH 45414-3514 | Claim Holder Name and Address<br>PERFECTION TOOL & MOLD CORP<br>3020 PRODUCTION CT<br>DAYTON OH 45414-3514 | Docketed Total | | $8,300.00 | | | Modified Total | $5,500.00 |
| | Case Number*<br>05-44640 | Secured<br>$8,300.00<br>$8,300.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,500.00<br>$5,500.00 |
| Claim: 10411<br>Date Filed:07/24/06<br>Docketed Total:  $157,011.51<br>Filing Creditor Name and Address<br> PHELPS DODGE MAGNET WIRE CO<br> ATTN CREDIT DEPT<br> ONE N CENTRAL AVE<br> PHOENIX AZ 85004 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $157,011.51 | | | Modified Total | $143,591.30 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$157,011.51<br>$157,011.51 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$143,591.30<br>$143,591.30 |
| Claim: 10409<br>Date Filed:07/24/06<br>Docketed Total:  $8,236.78<br>Filing Creditor Name and Address<br> PHELPS DODGE MAGNET WIRE<br> COMPANY<br> ATTN CREDIT DEPT<br> ONE NORTH CENTRAL AVE<br> PHOENIX AZ 85004 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $8,236.78 | | | Modified Total | $7,383.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,236.78<br><br>$8,236.78 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,383.90<br><br>$7,383.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  49 of 73

In re: Delphi Corporation, et al.                                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10581<br>Date Filed: 07/25/06<br>Docketed Total:  $112,039.75<br>Filing Creditor Name and Address<br>  PHILLIPS PLASTICS CORPORATION<br>  ATTN MARK HUEG<br>  1201 HANLEY RD<br>  HUDSON WI 54016 | Claim Holder Name and Address   Docketed Total   $112,039.75<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567   $112,039.75   $112,039.75<br>   $112,039.75 | Modified Total   $112,039.75<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567   $112,039.75<br>   $112,039.75 |
| Claim: 8300<br>Date Filed: 06/21/06<br>Docketed Total:  $3,512.20<br>Filing Creditor Name and Address<br>  PILOT AIR FREIGHT<br>  PO BOX 97<br>  LIMA PA 19037-0097 | Claim Holder Name and Address   Docketed Total   $3,512.20<br>PILOT AIR FREIGHT<br>PO BOX 97<br>LIMA PA 19037-0097<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $3,512.20<br>   $3,512.20 | Modified Total   $3,512.20<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $3,512.20<br>   $3,512.20 |
| Claim: 1263<br>Date Filed: 12/23/05<br>Docketed Total:  $113,385.44<br>Filing Creditor Name and Address<br>  PITNEY BOWES MANAGEMENT<br>  SERVICES<br>  ATTN RECOVERY DEPT<br>  27 WATERVIEW DR<br>  SHELTON CT 06484-4361 | Claim Holder Name and Address   Docketed Total   $113,385.44<br>PITNEY BOWES MANAGEMENT SERVICES<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $113,385.44<br><br>   $113,385.44 | Modified Total   $112,143.92<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44612   $6,560.87<br><br>05-44640   $105,583.05<br>   $112,143.92 |
| Claim: 9685<br>Date Filed: 07/17/06<br>Docketed Total:  $139,824.40<br>Filing Creditor Name and Address<br>  PLASTIC MOLDINGS COMPANY LLC<br>  PMC<br>  2181 GRAND AVE<br>  CINCINNATI OH 45214-150 | Claim Holder Name and Address   Docketed Total   $139,824.40<br>PLASTIC MOLDINGS COMPANY LLC<br>PMC<br>2181 GRAND AVE<br>CINCINNATI OH 45214-150<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $139,824.40<br>   $139,824.40 | Modified Total   $139,824.40<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $139,824.40<br>   $139,824.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                   Page:   50 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12190**
Date Filed: 07/28/06
Docketed Total:   $5,738.00
Filing Creditor Name and Address
 PORT CITY METAL PRODUCTS INC
 C O PARMENTER O TOOLE
 601 TERRACE ST
 MUSKEGON MI 49443-0786

Claim Holder Name and Address
PORT CITY METAL PRODUCTS INC     Docketed Total     $5,738.00
C O PARMENTER O TOOLE
601 TERRACE ST
MUSKEGON MI 49443-0786

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $5,738.00 | | |
| | $5,738.00 | | |

Modified Total     $5,738.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,738.00 |
| | | | $5,738.00 |

---

**Claim: 6586**
Date Filed: 05/22/06
Docketed Total:   $71,580.00
Filing Creditor Name and Address
 POTTERS INDUSTRIES INC
 ATTN MICHELE GRYGA
 CREDIT DEPT
 1200 W SWEDESFORD RD
 BERWYN PA 19312

Claim Holder Name and Address
POTTERS INDUSTRIES INC     Docketed Total     $71,580.00
ATTN MICHELE GRYGA
CREDIT DEPT
1200 W SWEDESFORD RD
BERWYN PA 19312

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $71,580.00 |
| | | | $71,580.00 |

Modified Total     $71,580.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $71,580.00 |
| | | | $71,580.00 |

---

**Claim: 79**
Date Filed: 10/24/05
Docketed Total:   $11,473.00
Filing Creditor Name and Address
 PR NEWSWIRE
 GPO BOX 5897
 NEW YORK NY 10087-5897

Claim Holder Name and Address
PR NEWSWIRE     Docketed Total     $11,473.00
GPO BOX 5897
NEW YORK NY 10087-5897

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,473.00 |
| | | | $11,473.00 |

Modified Total     $8,116.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,116.00 |
| | | | $8,116.00 |

---

**Claim: 2462**
Date Filed: 03/31/06
Docketed Total:   $103,014.55
Filing Creditor Name and Address
 PRICE HENEVELD COOPER DEWITT
 LITTON LLP
 PO BOX 2567
 GRAND RAPIDS MI 49501-2567

Claim Holder Name and Address
PRICE HENEVELD COOPER DEWITT LITTON     Docketed Total     $103,014.55
LLP
PO BOX 2567
GRAND RAPIDS MI 49501-2567

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,014.55 |
| | | | $103,014.55 |

Modified Total     $103,014.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $103,014.55 |
| | | | $103,014.55 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                         Page:   51 of 73

In re: Delphi Corporation, et al.                                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5285<br>Date Filed:05/08/06<br>Docketed Total:  $4,175.04<br>Filing Creditor Name and Address<br> PRIDE GAGE ASSOCIATES LLC<br> 6725 W CENTRAL AVE STE M<br> TOLEDO OH 43617 | Claim Holder Name and Address<br>PRIDE GAGE ASSOCIATES LLC<br>6725 W CENTRAL AVE STE M<br>TOLEDO OH 43617 | Docketed Total | | $4,175.04 | | Modified Total | | $4,175.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,175.04<br>$4,175.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,175.04<br>$4,175.04 |
| Claim: 11444<br>Date Filed:07/27/06<br>Docketed Total:   $11,021.96<br>Filing Creditor Name and Address<br> PROYECTOS Y ADMNSITRACIONES<br> ELECTROMECANICAS SA DE CV<br> P NOVILLEROS NO 35 COL<br> PLAYASOL MATAMORSO TAMPS<br><br> MEXICO | Claim Holder Name and Address<br>PROYECTOS Y ADMNSITRACIONES<br>ELECTROMECANICAS SA DE CV<br>P NOVILLEROS NO 35 COL<br>PLAYASOL MATAMORSO TAMPS<br><br>MEXICO | Docketed Total | | $11,021.96 | | Modified Total | | $5,932.16 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,021.96<br>$11,021.96 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,932.16<br>$5,932.16 |
| Claim: 5076<br>Date Filed:05/08/06<br>Docketed Total:   $67,849.20<br>Filing Creditor Name and Address<br> PULLMAN MANUFACTURING CORP<br> 77 COMMERCE DR<br> ROCHESTER NY 14623 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Docketed Total | | $67,849.20 | | Modified Total | | $64,917.77 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$67,849.20<br>$67,849.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$64,917.77<br>$64,917.77 |
| Claim: 592<br>Date Filed:11/15/05<br>Docketed Total:   $91,084.00<br>Filing Creditor Name and Address<br> PYRAMID REBUILD & MACHINE LLC<br> ATTN JAMES LEIGH<br> 123 S THOMAS RD<br> TALLMADGE OH 44278 | Claim Holder Name and Address<br>PYRAMID REBUILD & MACHINE LLC<br>ATTN JAMES LEIGH<br>123 S THOMAS RD<br>TALLMADGE OH 44278 | Docketed Total | | $91,084.00 | | Modified Total | | $91,000.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$91,084.00<br>$91,084.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$91,000.00<br>$91,000.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:   52 of 73

In re: Delphi Corporation, et al.                                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3013<br>Date Filed:04/27/06<br>Docketed Total:  $4,711.40<br>Filing Creditor Name and Address<br> QMP ENTERPRISES INC<br> 2SQ MACHINE TOOLS<br> 43 COUNTY RTE 59<br> PHOENIX NY 13135-2116 | Claim Holder Name and Address    Docketed Total        $4,711.40<br>QMP ENTERPRISES INC<br>2SQ MACHINE TOOLS<br>43 COUNTY RTE 59<br>PHOENIX NY 13135-2116<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $4,711.40<br>                                $4,711.40 | Modified Total      $4,711.40<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $4,711.40<br>                                $4,711.40 |
| Claim: 10257<br>Date Filed:07/21/06<br>Docketed Total:  $819,654.23<br>Filing Creditor Name and Address<br> QUAKER CHEMICAL CORPORATION<br> ANDREW C KASSNER<br> DRINKER BIDDLE & REATH LLP<br> ONE LOGAN SQUARE<br> 18TH & CHERRY ST<br> PHILADELPHIA PA 19103 | Claim Holder Name and Address    Docketed Total      $819,654.23<br>QUAKER CHEMICAL CORPORATION<br>ANDREW C KASSNER<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE<br>18TH & CHERRY ST<br>PHILADELPHIA PA 19103<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $819,654.23<br>                                $819,654.23 | Modified Total      $799,803.77<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $799,803.77<br>                                $799,803.77 |
| Claim: 4003<br>Date Filed:05/01/06<br>Docketed Total:  $7,513.50<br>Filing Creditor Name and Address<br> QUALITY SOLUTIONS GROUP LLC<br> 2296 KENMORE AVE<br> BUFFALO NY 14207 | Claim Holder Name and Address    Docketed Total        $7,513.50<br>QUALITY SOLUTIONS GROUP LLC<br>2296 KENMORE AVE<br>BUFFALO NY 14207<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $7,513.50<br>                                $7,513.50 | Modified Total      $7,513.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $7,513.50<br>                                $7,513.50 |
| Claim: 2073<br>Date Filed:02/21/06<br>Docketed Total:  $29,268.00<br>Filing Creditor Name and Address<br> QUICK CABLE CORPORATION<br> 3700 QUICK DR<br> FRANKSVILLE WI 53126 | Claim Holder Name and Address    Docketed Total       $29,268.00<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $29,268.00<br>                                $29,268.00 | Modified Total      $28,260.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $28,260.00<br>                                $28,260.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   53 of 73

In re: Delphi Corporation, et al.                                                                  Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14177<br>Date Filed:07/31/06<br>Docketed Total:  $63,564.33<br>Filing Creditor Name and Address<br> QUINN EMANUEL URQUHART OLIVER<br> & HEDGES LLP<br> 865 S FIGUEROA ST 10TH FL<br> LOS ANGELES CA 90017 | Claim Holder Name and Address<br>QUINN EMANUEL URQUHART OLIVER &<br>HEDGES LLP<br>865 S FIGUEROA ST 10TH FL<br>LOS ANGELES CA 90017 | Docketed Total | | $63,564.33 | | Modified Total | | $50,353.62 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$63,564.33<br>_____<br>$63,564.33 | Case Number*<br>05-44554<br>05-44640 | Secured | Priority | Unsecured<br>$32,173.76<br>$18,179.86<br>_____<br>$50,353.62 |
| Claim: 9150<br>Date Filed:07/10/06<br>Docketed Total:  $20,298.56<br>Filing Creditor Name and Address<br>R E DIXON INC<br>2801 LOCKHEED WAY<br>CARSON CITY NV 89706 | Claim Holder Name and Address<br>R E DIXON INC<br>2801 LOCKHEED WAY<br>CARSON CITY NV 89706 | Docketed Total | | $20,298.56 | | Modified Total | | $20,298.56 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,298.56<br>_____<br>$20,298.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,298.56<br>_____<br>$20,298.56 |
| Claim: 7699<br>Date Filed:06/09/06<br>Docketed Total:  $15,408.15<br>Filing Creditor Name and Address<br>RACK PROCESSING CO INC EFT<br>2350 ARBOR BLVD<br>DAYTON OH 45439-1724 | Claim Holder Name and Address<br>RACK PROCESSING CO INC EFT<br>2350 ARBOR BLVD<br>DAYTON OH 45439-1724 | Docketed Total | | $15,408.15 | | Modified Total | | $12,158.67 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$15,408.15<br>_____<br>$15,408.15 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,158.67<br>_____<br>$12,158.67 |
| Claim: 5358<br>Date Filed:05/09/06<br>Docketed Total:  $23,679.17<br>Filing Creditor Name and Address<br>RECO EQUIPMENT INC<br>PO BOX 160<br>MORRISTOWN OH 43759 | Claim Holder Name and Address<br>RECO EQUIPMENT INC<br>PO BOX 160<br>MORRISTOWN OH 43759 | Docketed Total | | $23,679.17 | | Modified Total | | $1,789.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$23,679.17<br>_____<br>$23,679.17 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,789.40<br>_____<br>$1,789.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:  54 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1636<br>Date Filed:01/23/06<br>Docketed Total:   $8,497.73<br>Filing Creditor Name and Address<br> REQUARTH LUMBER CO INC<br> PO BOX 38<br> DAYTON OH 45401 | Claim Holder Name and Address   Docketed Total   $8,497.73<br>REQUARTH LUMBER CO INC<br>PO BOX 38<br>DAYTON OH 45401 | | | | | Modified Total   $8,497.73 | | |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$8,497.73<br>$8,497.73 | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$8,497.73<br>$8,497.73 |
| Claim: 2387<br>Date Filed:03/24/06<br>Docketed Total:   $61,578.63<br>Filing Creditor Name and Address<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF DETROIT HEADING LLC<br> ONE UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address   Docketed Total   $61,578.63<br>REVENUE MANAGEMENT AS ASSIGNEE OF<br>DETROIT HEADING LLC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | | | | | Modified Total   $60,876.94 | | |
| | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$61,578.63<br>$61,578.63 | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$60,876.94<br>$60,876.94 |
| Claim: 4045<br>Date Filed:11/25/05<br>Docketed Total:   $4,691.52<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR JAN PAK<br> HUNTSVILLE<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address   Docketed Total   $4,691.52<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR JAN PAK HUNTSVILLE<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024 | | | | | Modified Total   $4,519.20 | | |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$4,691.52<br>$4,691.52 | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$4,519.20<br>$4,519.20 |
| Claim: 7031<br>Date Filed:05/30/06<br>Docketed Total:   $11,108.98<br>Filing Creditor Name and Address<br> ROBOTICS INC<br> 2421 RTE 9<br> BALLSTON SPA NY 12020-4407 | Claim Holder Name and Address   Docketed Total   $11,108.98<br>ROBOTICS INC<br>2421 RTE 9<br>BALLSTON SPA NY 12020-4407 | | | | | Modified Total   $8,568.98 | | |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$11,108.98<br>$11,108.98 | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$8,568.98<br>$8,568.98 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   55 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1523**
Date Filed: 01/12/06
Docketed Total:   $6,532.99
Filing Creditor Name and Address
 ROCHESTER GAS & ELECTRIC
 CORPORATION
 89 EAST AVE
 ROCHESTER NY 14649

Claim Holder Name and Address
ROCHESTER GAS & ELECTRIC
CORPORATION
89 EAST AVE
ROCHESTER NY 14649
Docketed Total  $6,532.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,532.99 |
| | | | $6,532.99 |

Modified Total  $6,187.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,187.31 |
| | | | $6,187.31 |

---

**Claim: 13528**
Date Filed: 07/31/06
Docketed Total:   $138,716.61
Filing Creditor Name and Address
 RPS TECHNOLOGIES INC
 1390 VANGUARD BLVD
 MIAMISBURG OH 45342

Claim Holder Name and Address
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022
Docketed Total  $138,716.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $138,716.61 | | |
| | $138,716.61 | | |

Modified Total  $134,135.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $134,135.28 |
| | | | $134,135.28 |

---

**Claim: 15281**
Date Filed: 07/31/06
Docketed Total:   $5,495.00
Filing Creditor Name and Address
 S E HUFFMAN CORP EFT
 1050 HUFFMAN WAY
 CLOVER SC 29710

Claim Holder Name and Address
S E HUFFMAN CORP EFT
1050 HUFFMAN WAY
CLOVER SC 29710
Docketed Total  $5,495.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,495.00 |
| | | | $5,495.00 |

Modified Total  $5,495.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,495.00 |
| | | | $5,495.00 |

---

**Claim: 12243**
Date Filed: 07/28/06
Docketed Total:   $22,080.43
Filing Creditor Name and Address
 S&D OSTERFELD MECHANICAL
 CONTRACTORS INC
 S&D OSTERFELD MECHANICAL
 1101 NEGLEY PL
 DAYTON OH 45402

Claim Holder Name and Address
S&D OSTERFELD MECHANICAL
CONTRACTORS INC
S&D OSTERFELD MECHANICAL
1101 NEGLEY PL
DAYTON OH 45402
Docketed Total  $22,080.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $21,195.47 | | $884.96 |
| | $21,195.47 | | $884.96 |

Modified Total  $22,080.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,080.43 |
| | | | $22,080.43 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   56 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 2644**
Date Filed: 04/13/06
Docketed Total:   $55,050.00
Filing Creditor Name and Address
  SALION INC & SIERRA LIQUIDITY
  FUND
  SIERRA LIQUIDITY FUND
  2699 WHITE ROAD STE 255
  IRVINE CA 92614

Claim Holder Name and Address    Docketed Total    $55,050.00
SALION INC & SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE ROAD STE 255
IRVINE CA 92614

Modified Total    $55,050.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $55,050.00 | 05-44640 | | | $55,050.00 |
| | | | $55,050.00 | | | | $55,050.00 |

**Claim: 2120**
Date Filed: 02/27/06
Docketed Total:   $97,728.50
Filing Creditor Name and Address
  SAMUEL SON & CO
  MICHELLE PRITCHARD
  4334 WALDEN AVE
  LANCASTER NY 14086

Claim Holder Name and Address    Docketed Total    $97,728.50
SAMUEL SON & CO
MICHELLE PRITCHARD
4334 WALDEN AVE
LANCASTER NY 14086

Modified Total    $97,728.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $97,728.50 | 05-44640 | | | $97,728.50 |
| | | | $97,728.50 | | | | $97,728.50 |

**Claim: 3128**
Date Filed: 04/28/06
Docketed Total:   $79.60
Filing Creditor Name and Address
  SANWAL TECHNOLOGIES INC
  4 PEUQUET PKY
  TONAWANDA NY 14150-2413

Claim Holder Name and Address    Docketed Total    $79.60
SANWAL TECHNOLOGIES INC
4 PEUQUET PKY
TONAWANDA NY 14150-2413

Modified Total    $79.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $79.60 | 05-44640 | | | $79.60 |
| | | | $79.60 | | | | $79.60 |

**Claim: 11240**
Date Filed: 07/26/06
Docketed Total:   $169,826.60
Filing Creditor Name and Address
  SATYAM COMPUTER SERVICES
  LIMITED
  SANJAY GUPTA
  300 GALLERIA OFFICENTRE STE
  322
  SOUTHFIELD MI 48034

Claim Holder Name and Address    Docketed Total    $169,826.60
SATYAM COMPUTER SERVICES LIMITED
SANJAY GUPTA
300 GALLERIA OFFICENTRE STE
322
SOUTHFIELD MI 48034

Modified Total    $160,158.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $169,826.60 | 05-44640 | | | $160,158.60 |
| | | | $169,826.60 | | | | $160,158.60 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:   57 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1735<br>Date Filed: 01/31/06<br>Docketed Total:  $69,421.97<br>Filing Creditor Name and Address<br> SCAPA TAPES N A<br> ATTN CARMEN FOLKES<br> 111 GREAT POND DR<br> WINDSOR CT 06095 | Claim Holder Name and Address<br>SCAPA TAPES N A<br>ATTN CARMEN FOLKES<br>111 GREAT POND DR<br>WINDSOR CT 06095 | Docketed Total | | $69,421.97 | | Modified Total | | $69,421.97 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$69,421.97<br>$69,421.97 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$69,421.97<br>$69,421.97 |
| Claim: 2696<br>Date Filed: 04/19/06<br>Docketed Total:  $15,234.88<br>Filing Creditor Name and Address<br> SCHAEFER SYSTEMS INTERNATIONAL<br> & SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br>SCHAEFER SYSTEMS INTERNATIONAL &<br>SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $15,234.88 | | Modified Total | | $1,174.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,234.88<br>$15,234.88 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,174.00<br>$1,174.00 |
| Claim: 4878<br>Date Filed: 05/05/06<br>Docketed Total:  $2,502.07<br>Filing Creditor Name and Address<br> SCHLEMMER ASSOCIATES INC<br> 800 COMPTON RD<br> CINCINNATI OH 45231-3846 | Claim Holder Name and Address<br>SCHLEMMER ASSOCIATES INC<br>800 COMPTON RD<br>CINCINNATI OH 45231-3846 | Docketed Total | | $2,502.07 | | Modified Total | | $2,502.07 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,502.07<br>$2,502.07 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,502.07<br>$2,502.07 |
| Claim: 926<br>Date Filed: 11/29/05<br>Docketed Total:  $8,013.77<br>Filing Creditor Name and Address<br> SCHMITT INDUSTRIES INC<br> ATTN MICHAEL S MCAFEE<br> 2765 NW NICOLAI<br> PORTLAND OR 97210 | Claim Holder Name and Address<br>SCHMITT INDUSTRIES INC<br>ATTN MICHAEL S MCAFEE<br>2765 NW NICOLAI<br>PORTLAND OR 97210 | Docketed Total | | $8,013.77 | | Modified Total | | $3,198.77 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,013.77<br>$8,013.77 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,198.77<br>$3,198.77 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                  Page:  58 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7076<br>Date Filed:05/30/06<br>Docketed Total: $38,853.06<br>Filing Creditor Name and Address<br>  SCOTTISSUE INC<br>  3249 DRYDEN RD<br>  DAYTON OH 45439 | Claim Holder Name and Address<br>SCOTTISSUE INC<br>3249 DRYDEN RD<br>DAYTON OH 45439 | Docketed Total | | $38,853.06 | | Modified Total | | $35,275.55 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$38,853.06<br>$38,853.06 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$35,275.55<br>$35,275.55 |
| Claim: 9585<br>Date Filed:07/17/06<br>Docketed Total: $81,300.76<br>Filing Creditor Name and Address<br>  SEAL & DESIGN INC<br>  4015 CASILIO PKY<br>  CLARENCE NY 14031 | Claim Holder Name and Address<br>SEAL & DESIGN INC<br>4015 CASILIO PKY<br>CLARENCE NY 14031 | Docketed Total | | $81,300.76 | | Modified Total | | $76,102.26 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$81,300.76<br>$81,300.76 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$76,102.26<br>$76,102.26 |
| Claim: 10398<br>Date Filed:07/24/06<br>Docketed Total: $25,106.75<br>Filing Creditor Name and Address<br>  SHEFFIELD MEASUREMENT INC<br>  KEVIN MCBRIDE<br>  250 CIRCUIT DR<br>  NO KINGSTOWN RI 02852 | Claim Holder Name and Address<br>SHEFFIELD MEASUREMENT INC<br>KEVIN MCBRIDE<br>250 CIRCUIT DR<br>NO KINGSTOWN RI 02852 | Docketed Total | | $25,106.75 | | Modified Total | | $22,104.75 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,106.75<br>$25,106.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,104.75<br>$22,104.75 |
| Claim: 14662<br>Date Filed:07/31/06<br>Docketed Total: $7,254.97<br>Filing Creditor Name and Address<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE PUMP PROS INC<br>  ASSIGNOR<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>PUMP PROS INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $7,254.97 | | Modified Total | | $7,136.79 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,254.97<br><br>$7,254.97 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,136.79<br><br>$7,136.79 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                  Page:   59 of 73

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9695**
Date Filed: 07/18/06
Docketed Total:  $116,779.47
Filing Creditor Name and Address
 SOUTHERN STATES CHEMICAL
 PO BOX 546
 SAVANNAH GA 31402

Claim Holder Name and Address    Docketed Total    $116,779.47
SOUTHERN STATES CHEMICAL
PO BOX 546
SAVANNAH GA 31402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $116,779.47 |
| | | | $116,779.47 |

Modified Total    $116,594.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $116,594.95 |
| | | | $116,594.95 |

---

**Claim: 16446**
Date Filed: 05/30/06
Docketed Total:  $144,962.44
Filing Creditor Name and Address
 SOUTHWIRE COMPANY
 BARBARA ELLIS-MONRO, ESQ.
 SMITH, GAMBRELL & RUSSELL, LLP
 1230 PEACHTREE STREET, N.E.,
 SUITE 3100
 ATLANTA GA 30309-3592

Claim Holder Name and Address    Docketed Total    $144,962.44
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $144,962.44 |
| | | | $144,962.44 |

Modified Total    $140,274.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $140,274.95 |
| | | | $140,274.95 |

---

**Claim: 14136**
Date Filed: 07/31/06
Docketed Total:  $91,770.01
Filing Creditor Name and Address
 SPCP GROUP LLC AS ASIGNEE OF
 KANE MAGNETICS GMBH
 BRIAN JARMAIN
 TWO GREENWICH PLZ 1ST FL
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $91,770.01
SPCP GROUP LLC AS ASIGNEE OF KANE
MAGNETICS GMBH
BRIAN JARMAIN
TWO GREENWICH PLZ 1ST FL
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,214.34 | $66,555.67 |
| | | $25,214.34 | $66,555.67 |

Modified Total    $91,704.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,704.36 |
| | | | $91,704.36 |

---

**Claim: 14138**
Date Filed: 07/31/06
Docketed Total:  $430,748.18
Filing Creditor Name and Address
 SPCP GROUP LLC AS ASSIGNEE OF
 PRECISION DIE & STAMPING INC
 ATTN BRIAN JARMAIN
 TWO GREENWICH PLZ 1ST FL
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $430,748.18
SPCP GROUP LLC AS ASSIGNEE OF
PRECISION DIE & STAMPING INC
ATTN BRIAN JARMAIN
TWO GREENWICH PLZ 1ST FL
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $430,748.18 |
| | | | $430,748.18 |

Modified Total    $314,358.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $314,358.90 |
| | | | $314,358.90 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                Page:   60 of 73

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11963<br>Date Filed:07/28/06<br>Docketed Total:  $101,068.30<br>Filing Creditor Name and Address<br> SPECIAL DEVICES INCORPORATED<br> 14370 WHITE SAGE RD<br> MOORPARK CA 93021 | Claim Holder Name and Address<br>SPECIAL DEVICES INCORPORATED<br>14370 WHITE SAGE RD<br>MOORPARK CA 93021 | Docketed Total | | $101,068.30 | | Modified Total | | $80,347.05 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $101,068.30<br>$101,068.30 | 05-44640 | | | $80,347.05<br>$80,347.05 |
| Claim: 8444<br>Date Filed:06/23/06<br>Docketed Total:  $820.00<br>Filing Creditor Name and Address<br> SPECIALTY HEAT TREATING CO INC<br> 3700 EASTERN AVE SE<br> GRAND RAPIDS MI 49508-241 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001 | Docketed Total | | $820.00 | | Modified Total | | $820.00 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $820.00<br>$820.00 | 05-44640 | | | $820.00<br>$820.00 |
| Claim: 10955<br>Date Filed:07/26/06<br>Docketed Total:  $126,623.88<br>Filing Creditor Name and Address<br> SPEED TECH CORPORATION<br> NO 568 SEC 1<br> MIN SHENG N RD<br> KWEISHAN HSIANG TAOYUAN  HSIEN<br> TAIWAN, PROVINCE OF CHINA | Claim Holder Name and Address<br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN  HSIEN<br>TAIWAN, PROVINCE OF CHINA | Docketed Total | | $126,623.88 | | Modified Total | | $113,350.13 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $126,623.88<br>$126,623.88 | 05-44640 | | | $113,350.13<br>$113,350.13 |
| Claim: 10956<br>Date Filed:07/26/06<br>Docketed Total:  $191,139.00<br>Filing Creditor Name and Address<br> SPEED TECH CORPORATION<br> NO 568 SEC 1<br> MIN SHENG N RD<br> KWEISHAN HSIANG TAOYUAN  HSIEN<br> TAIWAN, PROVINCE OF CHINA | Claim Holder Name and Address<br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN  HSIEN<br>TAIWAN, PROVINCE OF CHINA | Docketed Total | | $191,139.00 | | Modified Total | | $71,139.00 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44539 | | | $191,139.00<br><br>$191,139.00 | 05-44539<br>05-44624 | | | $15,009.00<br>$56,130.00<br>$71,139.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  61 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 209<br>Date Filed:10/31/05<br>Docketed Total:   $856.00<br>Filing Creditor Name and Address<br> STAR SU STAR CUTTER COMPANY<br> AKA STAR CUT SALES GOLD STAR<br> COATING AND STAR SU LLC<br> STAR SU STAR CUTTER COMPANY<br> 23461 INDUSTRIAL PARK DR<br> FARMINGTON HILLS MI 48335 | Claim Holder Name and Address    Docketed Total      $856.00<br>STAR SU STAR CUTTER COMPANY AKA<br>STAR CUT SALES GOLD STAR COATING<br>AND STAR SU LLC<br>STAR SU STAR CUTTER COMPANY<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS MI 48335 | Modified Total       $856.00 |
| | Case Number*      Secured      Priority      Unsecured<br>05-44481                                                   $856.00<br>                                                                      $856.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $856.00<br>                                                           $856.00 |
| Claim: 10178<br>Date Filed:07/21/06<br>Docketed Total:   $3,229.00<br>Filing Creditor Name and Address<br> STUART IRBY C CO<br> 6.40179E+008<br> 815 S STATE ST<br> PO BOX 1819<br> JACKSON MS 19215-1819 | Claim Holder Name and Address    Docketed Total    $3,229.00<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | Modified Total     $3,229.00 |
| | Case Number*      Secured      Priority      Unsecured<br>05-44481                                                   $3,229.00<br><br>                                                                      $3,229.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $3,229.00<br><br>                                                           $3,229.00 |
| Claim: 6336<br>Date Filed:05/19/06<br>Docketed Total:   $6,720.00<br>Filing Creditor Name and Address<br> SUNAPEE CHEMICAL INC<br> PO BOX 684<br> WOOSTER OH 44691 | Claim Holder Name and Address    Docketed Total    $6,720.00<br>SUNAPEE CHEMICAL INC<br>PO BOX 684<br>WOOSTER OH 44691 | Modified Total     $6,720.00 |
| | Case Number*      Secured      Priority      Unsecured<br>05-44481                                                   $6,720.00<br>                                                                      $6,720.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $6,720.00<br>                                                           $6,720.00 |
| Claim: 8770<br>Date Filed:06/29/06<br>Docketed Total:   $26,343.82<br>Filing Creditor Name and Address<br> SURFACE COMBUSTION INC<br> THOMAS C MCCLAIN<br> PO BOX 428<br> 1700 INDIAN WOOD CIRCLE<br> MAUMEE OH 43537-0428 | Claim Holder Name and Address    Docketed Total    $26,343.82<br>SURFACE COMBUSTION INC<br>THOMAS C MCCLAIN<br>PO BOX 428<br>1700 INDIAN WOOD CIRCLE<br>MAUMEE OH 43537-0428 | Modified Total     $26,343.82 |
| | Case Number*      Secured      Priority      Unsecured<br>05-44481                                                   $26,343.82<br>                                                                      $26,343.82 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $26,343.82<br>                                                           $26,343.82 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   62 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16358<br>Date Filed:10/10/06<br>Docketed Total:  $44,188.02<br>Filing Creditor Name and Address<br>  T S EXPEDITING SERVICE INC<br>  DBA TRI STATE EXPEDITED<br>  SERVICE INC<br>  PO BOX 307 SCATSCI<br>  PERRYSBURG OH 43552 | Claim Holder Name and Address<br>T S EXPEDITING SERVICE INC<br>DBA TRI STATE EXPEDITED<br>SERVICE INC<br>PO BOX 307 SCATSCI<br>PERRYSBURG OH 43552 | Docketed Total | | $44,188.02 | | Modified Total | | $44,188.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$44,188.02<br>$44,188.02 | Case Number*<br>05-44612<br>05-44640 | Secured | Priority | Unsecured<br>$1,296.58<br>$42,891.44<br>$44,188.02 |
| Claim: 1341<br>Date Filed:12/28/05<br>Docketed Total:  $23,917.01<br>Filing Creditor Name and Address<br>  TAPCO PRODUCTS INC<br>  PO BOX 42395<br>  CINCINNATI OH 45242 | Claim Holder Name and Address<br>TAPCO PRODUCTS INC<br>PO BOX 42395<br>CINCINNATI OH 45242 | Docketed Total | | $23,917.01 | | Modified Total | | $22,738.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$23,917.01<br>$23,917.01 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,738.05<br>$22,738.05 |
| Claim: 1353<br>Date Filed:12/28/05<br>Docketed Total:  $53,943.12<br>Filing Creditor Name and Address<br>  TDS AUTOMOTIVE US INC<br>  2851 HIGH MEADOW CIR STE 250<br>  AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>TDS AUTOMOTIVE US INC<br>2851 HIGH MEADOW CIR STE 250<br>AUBURN HILLS MI 48326 | Docketed Total | | $53,943.12 | | Modified Total | | $47,499.16 |
| | Case Number*<br>05-44558 | Secured | Priority | Unsecured<br>$53,943.12<br>$53,943.12 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$47,499.16<br>$47,499.16 |
| Claim: 1576<br>Date Filed:01/18/06<br>Docketed Total:  $98,962.60<br>Filing Creditor Name and Address<br>  TEGAL CORPORATION<br>  2201 S MC DOWELL BLVD<br>  PETALUMA CA 94954 | Claim Holder Name and Address<br>TEGAL CORPORATION<br>2201 S MC DOWELL BLVD<br>PETALUMA CA 94954 | Docketed Total | | $98,962.60 | | Modified Total | | $53,963.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$98,962.60<br>$98,962.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$53,963.40<br>$53,963.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   63 of 73

In re: Delphi Corporation, et al.                                                                     Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8521<br>Date Filed:06/26/06<br>Docketed Total:  $13,464.00<br>Filing Creditor Name and Address<br>  TENAXOL INC<br>  5801 W NATIONAL AVE<br>  MILWAUKEE WI 53214-3492 | Claim Holder Name and Address<br>TENAXOL INC<br>5801 W NATIONAL AVE<br>MILWAUKEE WI 53214-3492 | Docketed Total | | $13,464.00 | | Modified Total | | $13,464.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$13,464.00<br>$13,464.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,464.00<br>$13,464.00 |
| Claim: 8527<br>Date Filed:06/26/06<br>Docketed Total:   $1,409.10<br>Filing Creditor Name and Address<br>  TENAXOL INC<br>  5801 W NATIONAL AVE<br>  MILWAUKEE WI 53214-3447 | Claim Holder Name and Address<br>TENAXOL INC<br>5801 W NATIONAL AVE<br>MILWAUKEE WI 53214-3447 | Docketed Total | | $1,409.10 | | Modified Total | | $1,409.10 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,409.10<br>$1,409.10 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,409.10<br>$1,409.10 |
| Claim: 1758<br>Date Filed:02/03/06<br>Docketed Total:   $29,633.67<br>Filing Creditor Name and Address<br>  TEST AMERICA ANALYTICAL<br>  TESTING<br>  1380 BUSCH PARKWAY<br>  BUFFALO GROVE IL 60089 | Claim Holder Name and Address<br>TEST AMERICA ANALYTICAL TESTING<br>1380 BUSCH PARKWAY<br>BUFFALO GROVE IL 60089 | Docketed Total | | $29,633.67 | | Modified Total | | $14,695.38 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$29,633.67<br>$29,633.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,695.38<br>$14,695.38 |
| Claim: 16583<br>Date Filed:03/20/07<br>Docketed Total:   $206,964.00<br>Filing Creditor Name and Address<br>  TESTEQUITY INC<br>  ATTN ALEX BULCKE<br>  2450 TURQUOISE CIR<br>  THOUSAND OAKS CA 91320 | Claim Holder Name and Address<br>TESTEQUITY INC<br>ATTN ALEX BULCKE<br>2450 TURQUOISE CIR<br>THOUSAND OAKS CA 91320 | Docketed Total | | $206,964.00 | | Modified Total | | $165,246.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$206,964.00<br>$206,964.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$165,246.00<br>$165,246.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                              Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10373<br>Date Filed:07/24/06<br>Docketed Total:  $61,309.20<br>Filing Creditor Name and Address<br>  THE DAYTON POWER AND LIGHT<br>  COMPANY<br>  1065 WOODMAN DR<br>  DAYTON OH 45432 | Claim Holder Name and Address  Docketed Total  $61,309.20<br>THE DAYTON POWER AND LIGHT COMPANY<br>1065 WOODMAN DR<br>DAYTON OH 45432 | | | | Modified Total  $37,272.92 | | | |
| | Case Number* | Secured | Priority | Unsecured<br>$61,309.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$37,272.92 |
| | 05-44481 | | | $61,309.20 | | | | $37,272.92 |
| Claim: 1110<br>Date Filed:12/12/05<br>Docketed Total:   $42,905.53<br>Filing Creditor Name and Address<br>  THIELENHAUS MICROFINISH<br>  CORPORATION<br>  ATTN MS JOAN COBLENTZ<br>  42925 W NINE MILE RD<br>  NOVI MI 48375 | Claim Holder Name and Address  Docketed Total  $42,905.53<br>THIELENHAUS MICROFINISH CORPORATION<br>ATTN MS JOAN COBLENTZ<br>42925 W NINE MILE RD<br>NOVI MI 48375 | | | | Modified Total  $18,324.04 | | | |
| | Case Number* | Secured | Priority | Unsecured<br>$42,905.53 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$18,324.04 |
| | 05-44481 | | | $42,905.53 | | | | $18,324.04 |
| Claim: 11538<br>Date Filed:07/27/06<br>Docketed Total:   $5,226.75<br>Filing Creditor Name and Address<br>  THIERICA EQUIPMENT CORP<br>  900 CLANCY AVE NE<br>  GRAND RAPIDS MI 49503 | Claim Holder Name and Address  Docketed Total  $5,226.75<br>THIERICA EQUIPMENT CORP<br>900 CLANCY AVE NE<br>GRAND RAPIDS MI 49503 | | | | Modified Total  $5,226.75 | | | |
| | Case Number* | | Priority | Unsecured<br>$5,226.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,226.75 |
| | 05-44589 | | | $5,226.75 | | | | $5,226.75 |
| Claim: 2691<br>Date Filed:04/19/06<br>Docketed Total:   $10,701.40<br>Filing Creditor Name and Address<br>  THREE 60 PRODUCTIONS & SIERRA<br>  LIQUIDITY FUND<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address  Docketed Total  $10,701.40<br>THREE 60 PRODUCTIONS & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | Modified Total  $4,274.40 | | | |
| | Case Number* | Secured | Priority | Unsecured<br>$10,701.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,274.40 |
| | 05-44640 | | | $10,701.40 | | | | $4,274.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  65 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11743<br>Date Filed:07/27/06<br>Docketed Total:  $1,777,501.48<br>Filing Creditor Name and Address<br> TI GROUP AUTOMOTIVE SYSTEMS<br> LLC<br> TIMOTHY GUERRIERO ESQ<br> GENERAL COUNSEL & COMPANY<br> SECRETARY<br> TI AUTOMOTIVE<br> 12345 E NINE MILE RD<br> WARREN MI 48089-2614 | Claim Holder Name and Address  Docketed Total  $1,777,501.48<br>JPMORGAN CHASE BANK NA<br>NEELIMA VELUVOLU<br>270 PARK AVE 17TH FL<br>NEW YORK NY 10017<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $1,777,501.48<br><br>_____  $1,777,501.48 | Modified Total  $1,145,420.76<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $1,145,420.76<br><br>_____  $1,145,420.76 |
| Claim: 1755<br>Date Filed:02/03/06<br>Docketed Total:   $229,282.43<br>Filing Creditor Name and Address<br> TITAN PLASTICS GROUP INC<br> 8051 MOORSBRIDGE<br> PORTAGE MI 49024 | Claim Holder Name and Address  Docketed Total  $229,282.43<br>TITAN PLASTICS GROUP INC<br>8051 MOORSBRIDGE<br>PORTAGE MI 49024<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                            $229,282.43<br>                                                    $229,282.43 | Modified Total  $147,710.86<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $147,710.86<br>                                              $147,710.86 |
| Claim: 10815<br>Date Filed:07/25/06<br>Docketed Total:   $2,003.55<br>Filing Creditor Name and Address<br> TOTAL FILTRATION SERVICES INC<br> 2725 COMMERCE PKWY<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address  Docketed Total  $2,003.55<br>TOTAL FILTRATION SERVICES INC<br>2725 COMMERCE PKWY<br>AUBURN HILLS MI 48326<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44482                                            $2,003.55<br>                                                    $2,003.55 | Modified Total  $2,003.55<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $2,003.55<br>                                              $2,003.55 |
| Claim: 13501<br>Date Filed:07/25/06<br>Docketed Total:   $49,655.16<br>Filing Creditor Name and Address<br> TRANE COMPANY<br> DIV OF AMERICAN STANDARD INC<br> 3600 PAMMEL CREEK RD<br> LA CROSSE WI 54601 | Claim Holder Name and Address  Docketed Total  $49,655.16<br>TRANE COMPANY<br>DIV OF AMERICAN STANDARD INC<br>3600 PAMMEL CREEK RD<br>LA CROSSE WI 54601<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                            $49,655.16<br><br>_____  $49,655.16 | Modified Total  $35,743.73<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44554                                      $301.00<br>05-44640                                      $35,442.73<br>                                              $35,743.73 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   66 of 73

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2676<br>Date Filed:04/18/06<br>Docketed Total:  $5,572.96<br>Filing Creditor Name and Address<br> TRANSFER TOOL PRODUCTS INC<br> CO THOMAS G KING & DS HOLMGREN<br> KREIS ENDERLE CALLANDER &<br> HUDGINS E<br> PO BOX 4010<br> KALAMAZOO MI 49003-4010 | Claim Holder Name and Address<br>TRANSFER TOOL PRODUCTS INC<br>CO THOMAS G KING & DS HOLMGREN<br>KREIS ENDERLE CALLANDER &<br>HUDGINS E<br>PO BOX 4010<br>KALAMAZOO MI 49003-4010 | Docketed Total | | $5,572.96 | Modified Total | | | $5,572.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,572.96<br>$5,572.96 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,572.96<br>$5,572.96 |
| Claim: 2678<br>Date Filed:04/18/06<br>Docketed Total:  $4,623.40<br>Filing Creditor Name and Address<br> TRANSFER TOOL PRODUCTS INC<br> CO THOMAS G KING & DS HOLMGREN<br> KREIS ENDERLE CALLANDER &<br> HUDGINS E<br> PO BOX 4010<br> KALAMAZOO MI 49003-4010 | Claim Holder Name and Address<br>TRANSFER TOOL PRODUCTS INC<br>CO THOMAS G KING & DS HOLMGREN<br>KREIS ENDERLE CALLANDER &<br>HUDGINS E<br>PO BOX 4010<br>KALAMAZOO MI 49003-4010 | Docketed Total | | $4,623.40 | Modified Total | | | $4,623.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,623.40<br>$4,623.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,623.40<br>$4,623.40 |
| Claim: 1475<br>Date Filed:01/09/06<br>Docketed Total:   $1,000.00<br>Filing Creditor Name and Address<br> TREASURER STATE OF OHIO<br> ATTN ROBERT LEIDY<br> OHIO DEPARTMENT OF HEALTH<br> 161 SOUTH HIGH ST STE 400<br> AKRON OH 44308 | Claim Holder Name and Address<br>TREASURER STATE OF OHIO<br>ATTN ROBERT LEIDY<br>OHIO DEPARTMENT OF HEALTH<br>161 SOUTH HIGH ST STE 400<br>AKRON OH 44308 | Docketed Total | | $1,000.00 | Modified Total | | | $200.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,000.00<br>$1,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$200.00<br>$200.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                           Page:  67 of 73

In re: Delphi Corporation, et al. _____

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 8075<br>Date Filed:06/16/06<br>Docketed Total:  $21,230.04<br>Filing Creditor Name and Address<br> TRUPAR AMERICA<br> BRIAN BELBACK<br> 160 WILSON RD<br> BENTLEYVILLE PA 15314 | Claim Holder Name and Address    Docketed Total    $21,230.04<br>TRUPAR AMERICA<br>BRIAN BELBACK<br>160 WILSON RD<br>BENTLEYVILLE PA 15314 | | | | | Modified Total | $20,808.24 |
| | Case Number*     Secured        Priority       Unsecured<br>05-44481                                                      $21,230.04<br>                                                                  $21,230.04 | | | Case Number*     Secured        Priority        Unsecured<br>05-44640                                                       $20,808.24<br>                                                                   $20,808.24 | | | |
| Claim: 1793<br>Date Filed:02/06/06<br>Docketed Total:  $39,726.30<br>Filing Creditor Name and Address<br> UNITED ROAD SERVICES INC DBA<br> PILOT TRANSPORT<br> ATTN BILL COLE<br> PO BOX 258<br> BRIGHTON MI 48116 | Claim Holder Name and Address    Docketed Total    $39,726.30<br>UNITED ROAD SERVICES INC DBA PILOT<br>TRANSPORT<br>ATTN BILL COLE<br>PO BOX 258<br>BRIGHTON MI 48116 | | | | | Modified Total | $39,726.30 |
| | Case Number*     Secured        Priority       Unsecured<br>05-44481                                                      $39,726.30<br>                                                                  $39,726.30 | | | Case Number*     Secured        Priority        Unsecured<br>05-44640                                                       $39,726.30<br>                                                                   $39,726.30 | | | |
| Claim: 15350<br>Date Filed:07/31/06<br>Docketed Total:  $30,000.00<br>Filing Creditor Name and Address<br> UNIVERSITY OF ILLINOIS<br> THE OFFICE OF BUSINESS AFFAIRS<br> GRANT & CONTRACTS 109 COBLE H<br> 801 S WRIGHT ST RMT CHG 5 01<br> CHICAGO IL 61820 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>UNIVERSITY OF ILLINOIS<br>THE OFFICE OF BUSINESS AFFAIRS<br>GRANT & CONTRACTS 109 COBLE H<br>801 S WRIGHT ST RMT CHG 5 01<br>CHICAGO IL 61820 | | | | | Modified Total | $30,000.00 |
| | Case Number*     Secured        Priority       Unsecured<br>05-44481                                                      $30,000.00<br>                                                                  $30,000.00 | | | Case Number*     Secured        Priority        Unsecured<br>05-44640                                                       $30,000.00<br>                                                                   $30,000.00 | | | |
| Claim: 5454<br>Date Filed:05/10/06<br>Docketed Total:  $1,643.70<br>Filing Creditor Name and Address<br> UPPER PENINSULA POWER COMPANY<br> PO BOX 19076<br> GREEN BAY WI 54307-9076 | Claim Holder Name and Address    Docketed Total    $1,643.70<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | | | Modified Total | $1,643.70 |
| | Case Number*     Secured        Priority       Unsecured<br>05-44481                                                      $1,643.70<br>                                                                  $1,643.70 | | | Case Number*     Secured        Priority        Unsecured<br>05-44640                                                       $1,643.70<br>                                                                   $1,643.70 | | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                   Page:  68 of 73

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7084<br>Date Filed:05/30/06<br>Docketed Total:  $21.78<br>Filing Creditor Name and Address<br> USA MOBILE COMMUNICATIONS<br> USA MOBILITY METROCALL ARCH<br> WIRELES<br> 890 E HEINBERG ST<br> PENSACOLA FL 32502 | Claim Holder Name and Address<br>USA MOBILE COMMUNICATIONS<br>USA MOBILITY METROCALL ARCH<br>WIRELES<br>890 E HEINBERG ST<br>PENSACOLA FL 32502 | Docketed Total | | $21.78 | | Modified Total | | $21.78 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$21.78<br>$21.78 | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$21.78<br>$21.78 |
| Claim: 11030<br>Date Filed:07/26/06<br>Docketed Total:  $1,372.28<br>Filing Creditor Name and Address<br> VECTREN ENERGY DELIVERY<br> ATTN SHARON ARMSTRONG<br> PO BOX 209<br> EVANSVILLE IN 47702 | Claim Holder Name and Address<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702 | Docketed Total | | $1,372.28 | | Modified Total | | $1,322.45 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,372.28<br>$1,372.28 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,322.45<br>$1,322.45 |
| Claim: 11031<br>Date Filed:07/26/06<br>Docketed Total:  $777.39<br>Filing Creditor Name and Address<br> VECTREN ENERGY DELIVERY<br> ATTN SHARON ARMSTRONG<br> PO BOX 209<br> EVANSVILLE IN 47702 | Claim Holder Name and Address<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702 | Docketed Total | | $777.39 | | Modified Total | | $650.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$777.39<br>$777.39 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$650.00<br>$650.00 |
| Claim: 11037<br>Date Filed:07/26/06<br>Docketed Total:  $1,092.16<br>Filing Creditor Name and Address<br> VECTREN ENERGY DELIVERY<br> ATTN SHARON ARMSTRONG<br> PO BOX 209<br> EVANSVILLE IN 47702 | Claim Holder Name and Address<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702 | Docketed Total | | $1,092.16 | | Modified Total | | $801.06 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,092.16<br>$1,092.16 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$801.06<br>$801.06 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  69 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 13457**<br>Date Filed:07/31/06<br>Docketed Total:   $379,947.09<br>Filing Creditor Name and Address<br>  VEHMA INTERNATIONAL OF<br>  AMERICAN INC<br>  SCHAFER AND WEINER PLLC<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address<br>VEHMA INTERNATIONAL OF AMERICAN INC<br>SCHAFER AND WEINER PLLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304 | Docketed Total | | $379,947.09 | | Modified Total | | $245,137.69 |
| | Case Number*<br>05-44640 | Secured<br>$379,947.09 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$245,137.69 |
| | | $379,947.09 | | | | | | $245,137.69 |
| **Claim: 9471**<br>Date Filed:07/13/06<br>Docketed Total:   $38,735.12<br>Filing Creditor Name and Address<br>  VETTE CORP<br>  2 WALL ST 4TH FL<br>  MANCHESTER NH 03101 | Claim Holder Name and Address<br>VETTE CORP<br>2 WALL ST 4TH FL<br>MANCHESTER NH 03101 | Docketed Total | | $38,735.12 | | Modified Total | | $12,705.52 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$38,735.12 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,705.52 |
| | | | | $38,735.12 | | | | $12,705.52 |
| **Claim: 9452**<br>Date Filed:07/13/06<br>Docketed Total:   $2,675,676.21<br>Filing Creditor Name and Address<br>  VISHAY AMERICAS INC<br>  ATTN MARION R HUBBARD<br>  1 GREENWHICH PL<br>  SHELTON CT 06484 | Claim Holder Name and Address<br>VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWHICH PL<br>SHELTON CT 06484 | Docketed Total | | $2,675,676.21 | | Modified Total | | $92,156.46 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,675,676.21 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$92,156.46 |
| | | | | $2,675,676.21 | | | | $92,156.46 |
| **Claim: 6561**<br>Date Filed:05/22/06<br>Docketed Total:   $119,243.50<br>Filing Creditor Name and Address<br>  VITRONICS SOLTEC<br>  2 MARIN WAY<br>  STRATHAM NH 03885 | Claim Holder Name and Address<br>VITRONICS SOLTEC<br>2 MARIN WAY<br>STRATHAM NH 03885 | Docketed Total | | $119,243.50 | | Modified Total | | $54,359.40 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$119,243.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$54,359.40 |
| | | | | $119,243.50 | | | | $54,359.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11393<br>Date Filed:07/27/06<br>Docketed Total: $54,050.82<br>Filing Creditor Name and Address<br> VORYS SATER SEYMOUR AND PEASE<br> LLP<br> C O RANDALL D LATOUR ESQ<br> 52 E GAY ST<br> PO BOX 1008<br> COLUMBUS OH 43215 | Claim Holder Name and Address   Docketed Total   $54,050.82<br>VORYS SATER SEYMOUR AND PEASE LLP<br>C O RANDALL D LATOUR ESQ<br>52 E GAY ST<br>PO BOX 1008<br>COLUMBUS OH 43215 | | | | | | | Modified Total   $648.10 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$54,050.82<br>$54,050.82 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$648.10<br>$648.10 |
| Claim: 9917<br>Date Filed:07/19/06<br>Docketed Total: $10,510.50<br>Filing Creditor Name and Address<br> VOSS MANUFACTURING INC<br> 2345 LOCKPORT RD<br> SANBORN NY 14132 | Claim Holder Name and Address   Docketed Total   $10,510.50<br>VOSS MANUFACTURING INC<br>2345 LOCKPORT RD<br>SANBORN NY 14132 | | | | | | | Modified Total   $10,510.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,510.50<br>$10,510.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,510.50<br>$10,510.50 |
| Claim: 9060<br>Date Filed:07/06/06<br>Docketed Total: $32,728.44<br>Filing Creditor Name and Address<br> WALTER MECHANICAL SERVICE<br> DBA ATI GROUP<br> 3419 PIERSON PL<br> FLUSHING MI 48433 | Claim Holder Name and Address   Docketed Total   $32,728.44<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | | | | | | | Modified Total   $31,126.64 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,728.44<br>$32,728.44 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$31,126.64<br>$31,126.64 |
| Claim: 8742<br>Date Filed:06/29/06<br>Docketed Total: $1,690.25<br>Filing Creditor Name and Address<br> WCR INC OHIO DIV<br> 221 CRANE ST<br> DAYTON OH 45403 | Claim Holder Name and Address   Docketed Total   $1,690.25<br>WCR INC OHIO DIV<br>221 CRANE ST<br>DAYTON OH 45403 | | | | | | | Modified Total   $1,690.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,690.25<br>$1,690.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,690.25<br>$1,690.25 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   71 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2047<br>Date Filed:02/16/06<br>Docketed Total:  $174,296.44<br>Filing Creditor Name and Address<br>  WINDSOR MACHINE & STAMPING LTD<br>  5725 OUTER DR RR 1<br>  WINDSOR ON W9A 6J3<br>  CANADA | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $174,296.44 | | Modified Total | | $174,296.44 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$174,296.44<br>$174,296.44 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$174,296.44<br>$174,296.44 |
| Claim: 7062<br>Date Filed:05/30/06<br>Docketed Total:   $20,830.11<br>Filing Creditor Name and Address<br>  WORKPLACE INTEGRATORS<br>  DRAWER1634<br>  PO BOX 79001<br>  DETROIT MI 48279-1634 | Claim Holder Name and Address<br>WORKPLACE INTEGRATORS<br>DRAWER1634<br>PO BOX 79001<br>DETROIT MI 48279-1634 | Docketed Total | | $20,830.11 | | Modified Total | | $20,830.11 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,830.11<br>$20,830.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,830.11<br>$20,830.11 |
| Claim: 11224<br>Date Filed:07/26/06<br>Docketed Total:  $120,421.40<br>Filing Creditor Name and Address<br>  XPEDX<br>  MARTHA DIAZ<br>  3900 LIMA ST<br>  DENVER CO 80239 | Claim Holder Name and Address<br>XPEDX<br>MARTHA DIAZ<br>3900 LIMA ST<br>DENVER CO 80239 | Docketed Total | | $120,421.40 | | Modified Total | | $120,421.40 |
| | Case Number*<br>05-44529 | Secured | Priority | Unsecured<br>$120,421.40<br>$120,421.40 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$120,421.40<br>$120,421.40 |
| Claim: 1568<br>Date Filed:01/17/06<br>Docketed Total:   $4,088.81<br>Filing Creditor Name and Address<br>  YUASA & HARA<br>  SECTION 206 NEW OHTEMACHI BLDG<br>  2 1<br>  OHTEMACHI 2 CHOME CHIYODA KU<br>  TOKYO  100-0004<br>  JAPAN | Claim Holder Name and Address<br>YUASA & HARA<br>SECTION 206 NEW OHTEMACHI BLDG<br>2 1<br>OHTEMACHI 2 CHOME CHIYODA KU<br>TOKYO  100-0004<br>JAPAN | Docketed Total | | $4,088.81 | | Modified Total | | $4,012.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,088.81<br>$4,088.81 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,012.39<br>$4,012.39 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9153<br>Date Filed:07/10/06<br>Docketed Total: $48,340.32<br>Filing Creditor Name and Address<br>  YUASA & HARA<br>  SECTION 206 NEW OHTEMACHI BLDG<br>  2 1<br>  OHTEMACHI 2 CHOME CHIYODA KU<br>  TOKYO  100-0004<br>  JAPAN | Claim Holder Name and Address  Docketed Total    $48,340.32<br>YUASA & HARA<br>SECTION 206 NEW OHTEMACHI BLDG<br>2 1<br>OHTEMACHI 2 CHOME CHIYODA KU<br>TOKYO  100-0004<br>JAPAN | Modified Total    $45,691.36 |

| | Case Number*    Secured    Priority    Unsecured<br>05-44554                                        $48,340.32<br>                                                 $48,340.32 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $45,691.36<br>                                                 $45,691.36 |
|---|---|---|
| Claim: 4399<br>Date Filed:05/02/06<br>Docketed Total: $5,066.84<br>Filing Creditor Name and Address<br>  Z MAR TECHNOLOGY<br>  TONYA CHAPMAN<br>  PO BOX 1298<br>  MATTHEWS NC 28106 | Claim Holder Name and Address  Docketed Total    $5,066.84<br>Z MAR TECHNOLOGY<br>TONYA CHAPMAN<br>PO BOX 1298<br>MATTHEWS NC 28106 | Modified Total    $2,257.62 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $5,066.84<br>                                                 $5,066.84 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $2,257.62<br>                                                 $2,257.62 |

Total Count of Claims:  285
Total Amount as Docketed:        $27,381,394.53
Total Amount as Modified:        $19,240,182.28

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   73 of 73

In re: Delphi Corporation, et al.                                                                           Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2870<br>Date Filed: 04/27/06<br>Docketed Total:  $3,954.48<br>Filing Creditor Name and Address<br> ANDERSON CO SC<br> ANDERSON CO TREASURER<br> PO BOX 8002<br> ANDERSON SC 29622 | Claim Holder Name and Address    Docketed Total    $3,954.48<br>ANDERSON CO SC<br>ANDERSON CO TREASURER<br>PO BOX 8002<br>ANDERSON SC 29622<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $3,954.48<br>                                     $3,954.48 | Modified Total    $3,033.57<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $3,033.57<br>                                    $3,033.57 |
| Claim: 1502<br>Date Filed: 01/10/06<br>Docketed Total:  $112,252.16<br>Filing Creditor Name and Address<br> BOARD OF COUNTY COMMISSIONERS<br> OF JOHNSON COUNTY KANSAS<br> JOHNSON COUNTY LEGAL DEPT<br> JOHNSON COUNTY ADMIN BLDG<br> 111 S CHERRY ST STE 3200<br> OLATHE KS 66061-3441 | Claim Holder Name and Address    Docketed Total    $112,252.16<br>BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPT<br>JOHNSON COUNTY ADMIN BLDG<br>111 S CHERRY ST STE 3200<br>OLATHE KS 66061-3441<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $112,252.16<br>            $112,252.16 | Modified Total    $97,459.26<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $97,459.26<br>                                             $97,459.26 |
| Claim: 1509<br>Date Filed: 01/10/06<br>Docketed Total:  $325,806.69<br>Filing Creditor Name and Address<br> BOARD OF COUNTY COMMISSIONERS<br> OF JOHNSON COUNTY KANSAS<br> JOHNSON COUNTY LEGAL DEPT<br> JOHNSON COUNTY ADMIN BLDG<br> 111 S CHERRY ST STE 3200<br> OLATHE KS 66061-3441 | Claim Holder Name and Address    Docketed Total    $325,806.69<br>BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPT<br>JOHNSON COUNTY ADMIN BLDG<br>111 S CHERRY ST STE 3200<br>OLATHE KS 66061-3441<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $325,806.69<br>                                     $325,806.69 | Modified Total    $282,870.92<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $282,870.92<br>                                    $282,870.92 |
| Claim: 1332<br>Date Filed: 12/27/05<br>Docketed Total:  $1,672.13<br>Filing Creditor Name and Address<br> CAMPBELL COUNTY TREASURERS<br> OFFICE<br> PO BOX 37<br> RUSTBURG VA 24588 | Claim Holder Name and Address    Docketed Total    $1,672.13<br>CAMPBELL COUNTY TREASURERS OFFICE<br>PO BOX 37<br>RUSTBURG VA 24588<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                            $1,672.13 | Modified Total    $1,282.73<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $1,282.73 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | $1,672.13 | CLAIM AS MODIFIED | $1,282.73 |
|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 325<br>Date Filed:11/04/05<br>Docketed Total:   $551.00<br>Filing Creditor Name and Address<br>  CAROLYN P BOWERS MONTGOMERY<br>  COUNTY TRUSTEE<br>  PO BOX 1005<br>  CLARKSVILLE TN 37041 | Claim Holder Name and Address    Docketed Total        $551.00<br>CAROLYN P BOWERS MONTGOMERY COUNTY<br>TRUSTEE<br>PO BOX 1005<br>CLARKSVILLE TN 37041 | Modified Total        $422.68 |

| | Case Number*    Secured    Priority    Unsecured | Case Number*    Secured    Priority    Unsecured |
|---|---|---|
| | 05-44481                              $551.00<br>                                       $551.00 | 05-44640                              $422.68<br>                                       $422.68 |

| Claim: 9558<br>Date Filed:07/17/06<br>Docketed Total:   $7,331.57<br>Filing Creditor Name and Address<br>  CHARTER TOWNSHIP OF BRIGHTON<br>  HARRIS & LITERSKI<br>  822 E GRAND RIVER<br>  BRIGHTON MI 48116 | Claim Holder Name and Address    Docketed Total      $7,331.57<br>CHARTER TOWNSHIP OF BRIGHTON<br>HARRIS & LITERSKI<br>822 E GRAND RIVER<br>BRIGHTON MI 48116 | Modified Total      $7,049.59 |
|---|---|---|
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                              $7,331.57<br>                                       $7,331.57 | Case Number*    Secured    Priority    Unsecured<br>05-44640                              $7,049.59<br>                                       $7,049.59 |

| Claim: 8763<br>Date Filed:06/29/06<br>Docketed Total:   $1,410.24<br>Filing Creditor Name and Address<br>  CHESTERFIELD CO SC<br>  CHESTERFIELD CO TAX TREASURER<br>  PO BOX 750<br>  CHESTERFIELD SC 29709 | Claim Holder Name and Address    Docketed Total      $1,410.24<br>CHESTERFIELD CO SC<br>CHESTERFIELD CO TAX TREASURER<br>PO BOX 750<br>CHESTERFIELD SC 29709 | Modified Total        $932.72 |
|---|---|---|
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                              $1,410.24<br>                                       $1,410.24 | Case Number*    Secured    Priority    Unsecured<br>05-44640                              $932.72<br>                                       $932.72 |

| Claim: 7239<br>Date Filed:05/31/06<br>Docketed Total:   $73.22<br>Filing Creditor Name and Address<br>  CHRIS HUGHES  OKALOOSA COUNTY<br>  TAX COLLECTOR<br>  OKALOOSA COUNTY TAX COLLECTOR<br>  151-C EGLIN PARKWAY NE<br>  FT WALTON BEACH FL 32548 | Claim Holder Name and Address    Docketed Total         $73.22<br>CHRIS HUGHES  OKALOOSA COUNTY TAX<br>COLLECTOR<br>OKALOOSA COUNTY TAX COLLECTOR<br>151-C EGLIN PARKWAY NE<br>FT WALTON BEACH FL 32548 | Modified Total         $65.65 |
|---|---|---|
| | Case Number*    Secured    Priority    Unsecured<br>05-44481      $73.22<br>              $73.22 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $65.65<br>                                                 $65.65 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   2 of 22

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7238<br>Date Filed:05/31/06<br>Docketed Total:  $16,756.18<br>Filing Creditor Name and Address<br> CHRIS HUGHES OKALOOSA COUNTY<br> TAX COLLECTOR<br> PHILIP A BATES PA<br> PO BOX 1390<br> PENSACOLA FL 32591-1390 | Claim Holder Name and Address    Docketed Total    $16,756.18<br>CHRIS HUGHES OKALOOSA COUNTY TAX<br>COLLECTOR<br>PHILIP A BATES PA<br>PO BOX 1390<br>PENSACOLA FL 32591-1390<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481       $16,756.18<br>               $16,756.18 | Modified Total    $16,120.74<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $16,120.74<br>                                      $16,120.74 |
| Claim: 109<br>Date Filed:10/25/05<br>Docketed Total:  $4.00<br>Filing Creditor Name and Address<br> CITY OF FRANKLIN<br> TAX COLLECTOR<br> PO BOX 705<br> FRANKLIN TN 37065 | Claim Holder Name and Address    Docketed Total    $4.00<br>CITY OF FRANKLIN<br>TAX COLLECTOR<br>PO BOX 705<br>FRANKLIN TN 37065<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481       $4.00<br>               $4.00 | Modified Total    $3.07<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                   $3.07<br>                           $3.07 |
| Claim: 7561<br>Date Filed:06/06/06<br>Docketed Total:  $16.91<br>Filing Creditor Name and Address<br> CITY OF GORDONSVILLE TENNESSEE<br> JAMIE D WINKLER ESQ<br> BELLAR & WINKLER<br> 212 MAIN ST N<br> PO BOX 332<br> CARTHAGE TN 37030 | Claim Holder Name and Address    Docketed Total    $16.91<br>CITY OF GORDONSVILLE TENNESSEE<br>JAMIE D WINKLER ESQ<br>BELLAR & WINKLER<br>212 MAIN ST N<br>PO BOX 332<br>CARTHAGE TN 37030<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                   $16.91<br>                           $16.91 | Modified Total    $12.97<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                   $12.97<br>                           $12.97 |
| Claim: 6653<br>Date Filed:05/23/06<br>Docketed Total:  $1,370.50<br>Filing Creditor Name and Address<br> CITY OF LAREDO<br> C O LAURA L GOMEZ<br> 212 FLORES AVE<br> LAREDO TX 78040 | Claim Holder Name and Address    Docketed Total    $1,370.50<br>CITY OF LAREDO<br>C O LAURA L GOMEZ<br>212 FLORES AVE<br>LAREDO TX 78040<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                   $1,370.50<br>                           $1,370.50 | Modified Total    $513.63<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                   $513.63<br>                           $513.63 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:  3 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10138**
Date Filed: 07/21/06
Docketed Total:  $532.04
Filing Creditor Name and Address
  CITY OF LYNCHBURG VA
  CITY OF LYNCHBURG
  PO BOX 9000
  LYNCHBURG VA 24505

Claim Holder Name and Address — Docketed Total $532.04
CITY OF LYNCHBURG VA
CITY OF LYNCHBURG
PO BOX 9000
LYNCHBURG VA 24505

Modified Total $277.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $532.04 | | 05-44640 | | $277.20 | |
| | | $532.04 | | | | $277.20 | |

**Claim: 3213**
Date Filed: 04/28/06
Docketed Total:  $34,386.70
Filing Creditor Name and Address
  CITY OF N KANSAS MO
  CITY HALL / CITY COLLECTOR
  PO BOX 7468
  2010 HOWELL ST
  N KANSAS CITY MO 64116

Claim Holder Name and Address — Docketed Total $34,386.70
CITY OF N KANSAS MO
CITY HALL / CITY COLLECTOR
PO BOX 7468
2010 HOWELL ST
N KANSAS CITY MO 64116

Modified Total $26,378.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $34,386.70 | | 05-44640 | | $26,378.84 | |
| | | $34,386.70 | | | | $26,378.84 | |

**Claim: 425**
Date Filed: 11/07/05
Docketed Total:  $71.00
Filing Creditor Name and Address
  CITY OF PULASKI
  PO BOX 633
  PULASKI TN 38478

Claim Holder Name and Address — Docketed Total $71.00
CITY OF PULASKI
PO BOX 633
PULASKI TN 38478

Modified Total $54.47

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $71.00 | 05-44640 | | | $54.47 |
| | | | $71.00 | | | | $54.47 |

**Claim: 6741**
Date Filed: 05/12/06
Docketed Total:  $2,132.39
Filing Creditor Name and Address
  CITY OF TORRINGTON CT
  CITY OF TORRINGTON TAX
  COLLECTOR
  PO BOX 839
  TORRINGTON CT 06790

Claim Holder Name and Address — Docketed Total $2,132.39
CITY OF TORRINGTON CT
CITY OF TORRINGTON TAX
COLLECTOR
PO BOX 839
TORRINGTON CT 06790

Modified Total $1,983.62

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $2,132.39 | | | 05-44640 | | | $1,983.62 |
| | $2,132.39 | | | | | | $1,983.62 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5858**
Date Filed: 05/15/06
Docketed Total:   $172.94
Filing Creditor Name and Address
  CLARK COUNTY TREASURER
  31 N LIMESTONE ST
  SPRINGFIELD OH 45502

Claim Holder Name and Address — CLARK COUNTY TREASURER, 31 N LIMESTONE ST, SPRINGFIELD OH 45502 — Docketed Total $172.94

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $172.94 | | 05-44640 | | $132.67 | |
| | | $172.94 | | | | $132.67 | |

Modified Total $132.67

**Claim: 5859**
Date Filed: 05/15/06
Docketed Total:   $134.10
Filing Creditor Name and Address
  CLARK COUNTY TREASURER
  31 N LIMESTONE ST
  PO BOX 1305
  SPRINGFIELD OH 45502

Claim Holder Name and Address — CLARK COUNTY TREASURER, 31 N LIMESTONE ST, PO BOX 1305, SPRINGFIELD OH 45502 — Docketed Total $134.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $134.10 | | 05-44640 | | $102.87 | |
| | | $134.10 | | | | $102.87 | |

Modified Total $102.87

**Claim: 6869**
Date Filed: 05/25/06
Docketed Total:   $351.00
Filing Creditor Name and Address
  CLINTON CITY RECORDER
  100 BOWLING ST CITY HALL
  CLINTON TN 37716

Claim Holder Name and Address — CLINTON CITY RECORDER, 100 BOWLING ST CITY HALL, CLINTON TN 37716 — Docketed Total $351.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $351.00 | | | 05-44640 | | | $331.40 |
| | $351.00 | | | | | | $331.40 |

Modified Total $331.40

**Claim: 2949**
Date Filed: 04/27/06
Docketed Total:   $2,540.94
Filing Creditor Name and Address
  CLINTON COUNTY IN
  CLINTON COUNTY TREASURER
  220 COURTHOUSE SQ
  FRANKFORT IN 46041

Claim Holder Name and Address — CLINTON COUNTY IN, CLINTON COUNTY TREASURER, 220 COURTHOUSE SQ, FRANKFORT IN 46041 — Docketed Total $2,540.94

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,540.94 | 05-44640 | | | $2,245.08 |
| | | | $2,540.94 | | | | $2,245.08 |

Modified Total $2,245.08

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:   5 of 22

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 355**
Date Filed: 11/04/05
Docketed Total:  $13,760.40
Filing Creditor Name and Address
  COLLECTOR OF REVENUE
  41 S CENTRAL AVE
  CLAYTON MO 63105

Claim Holder Name and Address
COLLECTOR OF REVENUE
41 S CENTRAL AVE
CLAYTON MO 63105
Docketed Total  $13,760.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $13,760.40 | | 05-44640 | | $10,555.98 | |
| | | $13,760.40 | | | | $10,555.98 | |

Modified Total  $10,555.98

---

**Claim: 356**
Date Filed: 11/04/05
Docketed Total:  $38.03
Filing Creditor Name and Address
  COLLECTOR OF REVENUE
  41 S CENTRAL AVE
  CLAYTON MO 63105

Claim Holder Name and Address
COLLECTOR OF REVENUE
41 S CENTRAL AVE
CLAYTON MO 63105
Docketed Total  $38.03

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $38.03 | | 05-44640 | | $29.79 | |
| | | $38.03 | | | | $29.79 | |

Modified Total  $29.79

---

**Claim: 357**
Date Filed: 11/04/05
Docketed Total:  $3,397.03
Filing Creditor Name and Address
  COLLECTOR OF REVENUE
  41 S CENTRAL AVE
  CLAYTON MO 63105

Claim Holder Name and Address
COLLECTOR OF REVENUE
41 S CENTRAL AVE
CLAYTON MO 63105
Docketed Total  $3,397.03

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $3,397.03 | | 05-44640 | | $2,605.94 | |
| | | $3,397.03 | | | | $2,605.94 | |

Modified Total  $2,605.94

---

**Claim: 3392**
Date Filed: 04/28/06
Docketed Total:  $25,358.82
Filing Creditor Name and Address
  COPIAH COUNTY
  TAX COLLECTOR
  PO BOX 705
  HAZLEHURST MS 39083

Claim Holder Name and Address
COPIAH COUNTY
TAX COLLECTOR
PO BOX 705
HAZLEHURST MS 39083
Docketed Total  $25,358.82

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $25,358.82 | | 05-44640 | | $24,620.21 | |
| | | $25,358.82 | | | | $24,620.21 | |

Modified Total  $24,620.21

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:  6 of 22

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4312<br>Date Filed:05/01/06<br>Docketed Total:  $529.30<br>Filing Creditor Name and Address<br> DAVIESS CO KY<br> DAVIESS COUNTY ATTORNEY<br> 212 ST ANN ST<br> OWENSBORO KY 42303 | Claim Holder Name and Address   Docketed Total   $529.30<br>DAVIESS CO KY<br>DAVIESS COUNTY ATTORNEY<br>212 ST ANN ST<br>OWENSBORO KY 42303 | Modified Total   $272.93 |
|  | Case Number*   Secured   Priority   Unsecured<br>05-44640                $529.30<br>                         $529.30 | Case Number*   Secured   Priority   Unsecured<br>05-44640                $272.93<br>                         $272.93 |
| Claim: 6361<br>Date Filed:05/19/06<br>Docketed Total:  $128.48<br>Filing Creditor Name and Address<br> DEARBORN COUNTYIN<br> DEARBORN COUNTY TREASURER<br> 215B W HIGH ST<br> NEW ADMINSTRATION BLGD<br> LAWRENCEBURG IN 47025 | Claim Holder Name and Address   Docketed Total   $128.48<br>DEARBORN COUNTYIN<br>DEARBORN COUNTY TREASURER<br>215B W HIGH ST<br>NEW ADMINSTRATION BLGD<br>LAWRENCEBURG IN 47025 | Modified Total   $66.90 |
|  | Case Number*   Secured   Priority   Unsecured<br>05-44640                $128.48<br>                         $128.48 | Case Number*   Secured   Priority   Unsecured<br>05-44640                $66.90<br>                         $66.90 |
| Claim: 10038<br>Date Filed:07/20/06<br>Docketed Total:  $392.83<br>Filing Creditor Name and Address<br> DELAWARE COUNTY IN<br> DELAWARE COUNTY TREASURER<br> 100 W MAIN ST<br> ROOM 102<br> MUNCIE IN 47305 | Claim Holder Name and Address   Docketed Total   $392.83<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305 | Modified Total   $392.83 |
|  | Case Number*   Secured   Priority   Unsecured<br>05-44481                $392.83<br>                         $392.83 | Case Number*   Secured   Priority   Unsecured<br>05-44640                $392.83<br>                         $392.83 |
| Claim: 10039<br>Date Filed:07/20/06<br>Docketed Total:  $64.31<br>Filing Creditor Name and Address<br> DELAWARE COUNTY IN<br> DELAWARE COUNTY TREASURER<br> 100 W MAIN ST<br> ROOM 102<br> MUNCIE IN 47305 | Claim Holder Name and Address   Docketed Total   $64.31<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305 | Modified Total   $64.31 |
|  | Case Number*   Secured   Priority   Unsecured<br>05-44481                $64.31<br>                         $64.31 | Case Number*   Secured   Priority   Unsecured<br>05-44640                $64.31<br>                         $64.31 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                        Page:  7 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10037<br>Date Filed:07/20/06<br>Docketed Total:   $148.02<br>Filing Creditor Name and Address<br>  DELAWARE COUNTY TREASURER<br>  ROOM 102 COUNTY BLDG<br>  100 W MAIN ST<br>  MUNICE IN 47305 | Claim Holder Name and Address<br>DELAWARE COUNTY TREASURER<br>ROOM 102 COUNTY BLDG<br>100 W MAIN ST<br>MUNICE IN 47305 | Docketed Total | | $148.02 | | | Modified Total | $148.02 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_<br>$148.02<br>$148.02 | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_ | _Priority_<br>$148.02<br>$148.02 | _Unsecured_ |
| Claim: 3389<br>Date Filed:04/28/06<br>Docketed Total:   $43.44<br>Filing Creditor Name and Address<br>  EDGEFIELD CO SC<br>  EDGEFIELD CO TREASURER<br>  PO BOX 22<br>  EDGEFIELD SC 29824 | Claim Holder Name and Address<br>EDGEFIELD CO SC<br>EDGEFIELD CO TREASURER<br>PO BOX 22<br>EDGEFIELD SC 29824 | Docketed Total | | $43.44 | | | Modified Total | $28.97 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$43.44<br>$43.44 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$28.97<br>$28.97 |
| Claim: 1545<br>Date Filed:01/17/06<br>Docketed Total:   $18.86<br>Filing Creditor Name and Address<br>  FORREST BUTCH FREEMAN OKLAHOMA<br>  COUNTY TREASURER<br>  320 ROBERT S KERR RM 307<br>  OKLAHOMA CITY OK 73102 | Claim Holder Name and Address<br>FORREST BUTCH FREEMAN OKLAHOMA<br>COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY OK 73102 | Docketed Total | | $18.86 | | | Modified Total | $18.86 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$18.86<br>$18.86 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_<br>$18.86<br>$18.86 | _Priority_ | _Unsecured_ |
| Claim: 4415<br>Date Filed:05/02/06<br>Docketed Total:   $21.33<br>Filing Creditor Name and Address<br>  GLEYN TWILLA<br>  CITY TAX COLLECTOR<br>  425 W COURT ST<br>  DYERSBURG TN 38024 | Claim Holder Name and Address<br>GLEYN TWILLA<br>CITY TAX COLLECTOR<br>425 W COURT ST<br>DYERSBURG TN 38024 | Docketed Total | | $21.33 | | | Modified Total | $19.95 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_<br>$21.33<br>$21.33 | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_ | _Priority_<br>$19.95<br>$19.95 | _Unsecured_ |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   8 of 22

In re: Delphi Corporation, et al.                                                                        Thirteenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 893**
Date Filed: 11/28/05
Docketed Total:  $948.13
Filing Creditor Name and Address
  GRAYSON COUNTY
  F R YOUNG JR TREASURER
  PO BOX 127
  INDEPENDENCE VA 24348

Claim Holder Name and Address    Docketed Total    $948.13
GRAYSON COUNTY
F R YOUNG JR TREASURER
PO BOX 127
INDEPENDENCE VA 24348

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $948.13 | |
| | | $948.13 | |

Modified Total    $948.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $948.13 |
| | | | $948.13 |

---

**Claim: 4865**
Date Filed: 05/05/06
Docketed Total:  $2,398.16
Filing Creditor Name and Address
  GREENWOOD CO SC
  GREENWOOD CO TAX TREASURER
  528 MONUMENT ST
  R 101
  GREENWOOD SC 29646

Claim Holder Name and Address    Docketed Total    $2,398.16
GREENWOOD CO SC
GREENWOOD CO TAX TREASURER
528 MONUMENT ST
R 101
GREENWOOD SC 29646

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $2,398.16 | | |
| | $2,398.16 | | |

Modified Total    $1,599.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,599.73 |
| | | | $1,599.73 |

---

**Claim: 2232**
Date Filed: 03/09/06
Docketed Total:  $11,927.66
Filing Creditor Name and Address
  HENRY COUNTY TREASURER
  101 S MAIN ST
  NEW CASTLE IN 47362

Claim Holder Name and Address    Docketed Total    $11,927.66
HENRY COUNTY TREASURER
101 S MAIN ST
NEW CASTLE IN 47362

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $11,927.66 | |
| | | $11,927.66 | |

Modified Total    $2,396.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,396.24 | |
| | | $2,396.24 | |

---

**Claim: 5372**
Date Filed: 05/09/06
Docketed Total:  $860.67
Filing Creditor Name and Address
  HILLSBOROUGH COUNTY TAX
  COLLECTOR
  PO BOX 172920
  TAMPA FL 33602

Claim Holder Name and Address    Docketed Total    $860.67
HILLSBOROUGH COUNTY TAX COLLECTOR
PO BOX 172920
TAMPA FL 33602

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $860.67 | | |
| | $860.67 | | |

Modified Total    $860.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $860.67 |
| | | | $860.67 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                             Page:   9 of 22

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5756<br>Date Filed:05/12/06<br>Docketed Total:   $669.29<br>Filing Creditor Name and Address<br> JACKSON COUNTY<br> MANAGER OF FINANCE<br> COLLECTION DEPARTMENT<br> 415 E 12TH ST<br> KANSAS CITY MO 64106-8401 | Claim Holder Name and Address   Docketed Total   $669.29<br>JACKSON COUNTY<br>MANAGER OF FINANCE<br>COLLECTION DEPARTMENT<br>415 E 12TH ST<br>KANSAS CITY MO 64106-8401<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                         $669.29<br>                                 $669.29 | Modified Total   $669.29<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $669.29<br>                                $669.29 |
| Claim: 1160<br>Date Filed:12/13/05<br>Docketed Total:   $636.02<br>Filing Creditor Name and Address<br> JOE G TEDDER TAX COLLECTOR<br> PO BOX 1189<br> BARTOW FL 33830 | Claim Holder Name and Address   Docketed Total   $636.02<br>JOE G TEDDER TAX COLLECTOR<br>PO BOX 1189<br>BARTOW FL 33830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481       $636.02<br>               $636.02 | Modified Total   $487.91<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $487.91<br>                                         $487.91 |
| Claim: 7901<br>Date Filed:06/13/06<br>Docketed Total:   $2,696.25<br>Filing Creditor Name and Address<br> JOHNSON COUNTY TREASURER<br> COURTHOUSE ANNEX<br> 86 W COURT ST<br> FRANKLIN IN 46131 | Claim Holder Name and Address   Docketed Total   $2,696.25<br>JOHNSON COUNTY TREASURER COURTHOUSE<br>ANNEX<br>86 W COURT ST<br>FRANKLIN IN 46131<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                        $2,696.25<br>                               $2,696.25 | Modified Total   $2,451.14<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $2,451.14<br>                               $2,451.14 |
| Claim: 6565<br>Date Filed:05/22/06<br>Docketed Total:   $19.09<br>Filing Creditor Name and Address<br> JONES CO MS<br> JONES CO TAX COLLECTOR<br> PO BOX 511<br> LAUREL MS 39441 | Claim Holder Name and Address   Docketed Total   $19.09<br>JONES CO MS<br>JONES CO TAX COLLECTOR<br>PO BOX 511<br>LAUREL MS 39441<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                        $19.09<br>                               $19.09 | Modified Total   $19.09<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $19.09<br>                               $19.09 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  10 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1328￼Date Filed:12/27/05￼Docketed Total:  $269,106.72￼Filing Creditor Name and Address￼ JUDY PITTS REVENUE￼ COMMISSIONER ETOWAH COUNTY￼ ALABAMA￼ ETOWAH COUNTY COURTHOUSE￼ 800 FORREST AVE RM 5￼ GADSDEN AL 35901 | Claim Holder Name and Address￼JUDY PITTS REVENUE COMMISSIONER￼ETOWAH COUNTY ALABAMA￼ETOWAH COUNTY COURTHOUSE￼800 FORREST AVE RM 5￼GADSDEN AL 35901 | Docketed Total | $269,106.72 | | | Modified Total | $269,106.72 | |
| | Case Number*￼05-44481 | Secured | Priority￼$269,106.72￼$269,106.72 | Unsecured | Case Number*￼05-44640 | Secured | Priority￼$269,106.72￼$269,106.72 | Unsecured |
| Claim: 1448￼Date Filed:01/04/06￼Docketed Total:  $4,025.93￼Filing Creditor Name and Address￼ KEN BURTON JR CFC￼ TAX COLLECTOR MANATEE COUNTY￼ PO BOX 25300￼ BRADENTON FL 34206-5300 | Claim Holder Name and Address￼KEN BURTON JR CFC￼TAX COLLECTOR MANATEE COUNTY￼PO BOX 25300￼BRADENTON FL 34206-5300 | Docketed Total | | $4,025.93 | | Modified Total | | $3,183.90 |
| | Case Number*￼05-44640 | Secured￼$4,025.93￼$4,025.93 | Priority | Unsecured | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$3,183.90￼$3,183.90 |
| Claim: 1449￼Date Filed:01/04/06￼Docketed Total:  $4,848.48￼Filing Creditor Name and Address￼ KEN BURTON JR CFC￼ TAX COLLECTOR MANATEE COUNTY￼ PO BOX 25300￼ BRADENTON FL 34206-5300 | Claim Holder Name and Address￼KEN BURTON JR CFC￼TAX COLLECTOR MANATEE COUNTY￼PO BOX 25300￼BRADENTON FL 34206-5300 | Docketed Total | | $4,848.48 | | Modified Total | | $3,834.41 |
| | Case Number*￼05-44640 | Secured￼$4,848.48￼$4,848.48 | Priority | Unsecured | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$3,834.41￼$3,834.41 |
| Claim: 1450￼Date Filed:01/04/06￼Docketed Total:  $3,247.89￼Filing Creditor Name and Address￼ KEN BURTON JR CFC￼ TAX COLLECTOR MANATEE COUNTY￼ PO BOX 25300￼ BRADENTON FL 34206-5300 | Claim Holder Name and Address￼KEN BURTON JR CFC￼TAX COLLECTOR MANATEE COUNTY￼PO BOX 25300￼BRADENTON FL 34206-5300 | Docketed Total | | $3,247.89 | | Modified Total | | $2,568.59 |
| | Case Number*￼05-44640 | Secured￼$3,247.89￼$3,247.89 | Priority | Unsecured | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$2,568.59￼$2,568.59 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  11 of 22

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1451<br>Date Filed:01/04/06<br>Docketed Total: $924.94<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | | $924.94 | | | | Modified Total $731.49 |
| | Case Number*<br>05-44640 | Secured<br>$924.94<br>$924.94 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$731.49<br>$731.49 |
| Claim: 3331<br>Date Filed:04/28/06<br>Docketed Total: $107.52<br>Filing Creditor Name and Address<br> KING COUNTY TAX COLLECTOR ROOM<br> 600<br> 500 4TH AVE<br> SEATTLE WA 98104-2340 | Claim Holder Name and Address<br>KING COUNTY TAX COLLECTOR ROOM 600<br>500 4TH AVE<br>SEATTLE WA 98104-2340 | Docketed Total | | $107.52 | | | | Modified Total $107.52 |
| | Case Number*<br>05-44481 | Secured<br>$107.52<br>$107.52 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$107.52<br>$107.52 |
| Claim: 1770<br>Date Filed:02/03/06<br>Docketed Total: $110,647.51<br>Filing Creditor Name and Address<br> LEXINGTON COUNTY<br> 212 S LAKE DR<br> LEXINGTON SC 29072 | Claim Holder Name and Address<br>LEXINGTON COUNTY<br>212 S LAKE DR<br>LEXINGTON SC 29072 | Docketed Total | | $110,647.51 | | | | Modified Total $98,010.73 |
| | Case Number*<br>05-44481 | Secured<br>$110,647.51<br>$110,647.51 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$98,010.73<br>$98,010.73 |
| Claim: 3900<br>Date Filed:05/01/06<br>Docketed Total: $279,385.42<br>Filing Creditor Name and Address<br> LIMESTONE COUNTY REVENUE<br> COMMISSIONER<br> 100 S CLINTON ST STE A<br> ATHENS AL 35611 | Claim Holder Name and Address<br>LIMESTONE COUNTY REVENUE<br>COMMISSIONER<br>100 S CLINTON ST STE A<br>ATHENS AL 35611 | Docketed Total | | $279,385.42 | | | | Modified Total $139,692.54 |
| | Case Number*<br>05-44481 | Secured<br>$279,385.42<br>$279,385.42 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$139,692.54<br>$139,692.54 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  12 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 4301**
Date Filed: 05/01/06
Docketed Total: $74,750.40
Filing Creditor Name and Address
  LINCOLN CO MS
  LINCOLN COUNTY TAX COLLECTOR
  301 SOUTH 1ST ST
  ROOM 109
  BROOKHAVEN MS 39601

Claim Holder Name and Address — Docketed Total $74,750.40
LINCOLN CO MS
LINCOLN COUNTY TAX COLLECTOR
301 SOUTH 1ST ST
ROOM 109
BROOKHAVEN MS 39601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $74,750.40 |
| | | | $74,750.40 |

Modified Total $74,750.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,750.40 |
| | | | $74,750.40 |

---

**Claim: 5562**
Date Filed: 05/01/06
Docketed Total: $26,390.76
Filing Creditor Name and Address
  LINCOLN COUNTY TAX
  301 SOUTH 1ST ROOM 109
  BROOKHAVEN MS 39601

Claim Holder Name and Address — Docketed Total $26,390.76
LINCOLN COUNTY TAX
301 SOUTH 1ST ROOM 109
BROOKHAVEN MS 39601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $26,390.76 | |
| | | $26,390.76 | |

Modified Total $26,390.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,390.76 | |
| | | $26,390.76 | |

---

**Claim: 1331**
Date Filed: 12/27/05
Docketed Total: $385.25
Filing Creditor Name and Address
  LOUISVILLE JEFFERSON COUNTY
  METRO GOVERNMENT
  JEFFERSON COUNTY ATTORNEY'S
  OFFICE
  FISCAL COURT BUILDING
  531 COURT PLACE STE 1001
  LOUISVILLE KY 40202

Claim Holder Name and Address — Docketed Total $385.25
LOUISVILLE JEFFERSON COUNTY METRO
GOVERNMENT
JEFFERSON COUNTY ATTORNEY'S
OFFICE
FISCAL COURT BUILDING
531 COURT PLACE STE 1001
LOUISVILLE KY 40202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $385.25 | | |
| | $385.25 | | |

Modified Total $207.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $207.53 |
| | | | $207.53 |

---

**Claim: 10576**
Date Filed: 07/25/06
Docketed Total: $24,661.06
Filing Creditor Name and Address
  MADISON CO MS
  MADISON CO TAX COLLECTOR
  PO BOX 113
  CANTON MS 39046

Claim Holder Name and Address — Docketed Total $24,661.06
MADISON CO MS
MADISON CO TAX COLLECTOR
PO BOX 113
CANTON MS 39046

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $24,661.06 | |
| | | $24,661.06 | |

Modified Total $18,918.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $18,918.07 | |
| | | $18,918.07 | |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:  13 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16571<br>Date Filed:03/12/07<br>Docketed Total:  $1,064,727.48<br>Filing Creditor Name and Address<br>  MADISON COUNTY INDIANA<br>  TREASURER<br>  C O THOMAS M BEEMAN ATTORNEY<br>  AT LAW<br>  33 W 10TH ST STE 200<br>  ANDERSON IN 46016 | Claim Holder Name and Address    Docketed Total    $1,064,727.48<br>MADISON COUNTY INDIANA TREASURER<br>C O THOMAS M BEEMAN ATTORNEY<br>AT LAW<br>33 W 10TH ST STE 200<br>ANDERSON IN 46016<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                       $1,064,727.48<br>_____<br>                               $1,064,727.48 | Modified Total    $1,064,727.48<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $1,064,727.48<br>_____<br>                               $1,064,727.48 |
| Claim: 1776<br>Date Filed:02/06/06<br>Docketed Total:  $25,633.36<br>Filing Creditor Name and Address<br>  MARION CO TREASURER<br>  PO BOX 275<br>  MARION SC 29571 | Claim Holder Name and Address    Docketed Total    $25,633.36<br>MARION CO TREASURER<br>PO BOX 275<br>MARION SC 29571<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $25,633.36<br>                               $25,633.36 | Modified Total    $25,631.21<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $25,631.21<br>                               $25,631.21 |
| Claim: 4733<br>Date Filed:05/04/06<br>Docketed Total:  $432.23<br>Filing Creditor Name and Address<br>  MARION COUNTY TAX COLLECTOR<br>  PO BOX 970<br>  OCALA FL 34478-0970 | Claim Holder Name and Address    Docketed Total    $432.23<br>MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA FL 34478-0970<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $432.23<br>                $432.23 | Modified Total    $331.57<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $331.57<br>                                          $331.57 |
| Claim: 3809<br>Date Filed:05/01/06<br>Docketed Total:  $23,506.58<br>Filing Creditor Name and Address<br>  MAURY COUNTY TRUSTEE<br>  ONE PUBLIC SQUARE<br>  COLUMBIA TN 38401 | Claim Holder Name and Address    Docketed Total    $23,506.58<br>MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA TN 38401<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                       $23,506.58<br>                               $23,506.58 | Modified Total    $22,821.92<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $22,821.92<br>                               $22,821.92 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  14 of 22

In re: Delphi Corporation, et al.                                          Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1508<br>Date Filed:01/10/06<br>Docketed Total:  $2,185.62<br>Filing Creditor Name and Address<br> MCDONALD COUNTY COLLECTOR<br> CLOTEEL ATKINS<br> BOX 725<br> PINEVILLE MO 64856 | Claim Holder Name and Address    Docketed Total    $2,185.62<br>MCDONALD COUNTY COLLECTOR CLOTEEL<br>ATKINS<br>BOX 725<br>PINEVILLE MO 64856<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $2,185.62                      <br>            $2,185.62 | Modified Total    $2,185.62<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $2,185.62<br>                                        $2,185.62 |
| Claim: 1038<br>Date Filed:12/06/05<br>Docketed Total:   $806.18<br>Filing Creditor Name and Address<br> METROPOLITAN GOVERNMENT OF<br> NASHVILLE AND DAVIDSON COUNTY<br> DEPT OF LAW<br> RM 204 METROPOLITAN COURTHOUSE<br> NASHVILLE TN 37201 | Claim Holder Name and Address    Docketed Total    $806.18<br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY<br>DEPT OF LAW<br>RM 204 METROPOLITAN COURTHOUSE<br>NASHVILLE TN 37201<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44610    $806.18                      <br>            $806.18 | Modified Total    $618.44<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $618.44<br>                                        $618.44 |
| Claim: 11121<br>Date Filed:07/27/06<br>Docketed Total:   $10,929.20<br>Filing Creditor Name and Address<br> MONROE CO MO<br> MONROE CO COLLECTOR<br> 300 N MAIN<br> PO BOX 245<br> PARIS MO 65275 | Claim Holder Name and Address    Docketed Total    $10,929.20<br>MONROE CO MO<br>MONROE CO COLLECTOR<br>300 N MAIN<br>PO BOX 245<br>PARIS MO 65275<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481              $10,929.20          <br>                      $10,929.20 | Modified Total    $10,929.20<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640              $10,929.20          <br>                      $10,929.20 |
| Claim: 10557<br>Date Filed:07/24/06<br>Docketed Total:   $29.87<br>Filing Creditor Name and Address<br> MONROE COUNTY IN<br> MONROE COUNTY TREASURER<br> COURTHUSE ROOM 204<br> BLOOMINGTON IN 47404 | Claim Holder Name and Address    Docketed Total    $29.87<br>MONROE COUNTY IN<br>MONROE COUNTY TREASURER<br>COURTHUSE ROOM 204<br>BLOOMINGTON IN 47404<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640              $29.87          <br>                      $29.87 | Modified Total    $28.86<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640              $28.86          <br>                      $28.86 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   15 of 22

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1456<br>Date Filed:01/03/06<br>Docketed Total:  $6.34<br>Filing Creditor Name and Address<br> MORGAN COUNTY REVENUE<br> COMMISSIONER<br> AMANDA G SCOTT CPA<br> PO BOX 696<br> DECATUR AL 35602 | Claim Holder Name and Address   Docketed Total       $6.34<br>MORGAN COUNTY REVENUE COMMISSIONER<br>AMANDA G SCOTT CPA<br>PO BOX 696<br>DECATUR AL 35602<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640          $6.34<br>                  _____<br>                  $6.34 | Modified Total        $6.34<br><br><br><br><br>Case Number*   Secured      Priority       Unsecured<br>05-44640                                      $6.34<br>                                             _____<br>                                              $6.34 |
| Claim: 5633<br>Date Filed:05/11/06<br>Docketed Total:  $5,704.18<br>Filing Creditor Name and Address<br> NEWTON CO MS<br> NEWTON CO TAX COLLECTOR<br> PO BOX 7<br> DECATUR MS 39327 | Claim Holder Name and Address   Docketed Total    $5,704.18<br>NEWTON CO MS<br>NEWTON CO TAX COLLECTOR<br>PO BOX 7<br>DECATUR MS 39327<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                    $5,704.18<br>                            $5,704.18 | Modified Total   $5,484.79<br><br><br><br><br>Case Number*   Secured      Priority       Unsecured<br>05-44640                    $5,484.79<br>                            $5,484.79 |
| Claim: 6939<br>Date Filed:05/26/06<br>Docketed Total:  $106.91<br>Filing Creditor Name and Address<br> NEWTON COUNTY IN<br> NEWTON COUNTY TREASURER<br> COURTHOUSE<br> KENTLAND IN 47951 | Claim Holder Name and Address   Docketed Total     $106.91<br>NEWTON COUNTY IN<br>NEWTON COUNTY TREASURER<br>COURTHOUSE<br>KENTLAND IN 47951<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44481                     $106.91<br>                             $106.91 | Modified Total     $97.19<br><br><br><br><br>Case Number*   Secured      Priority       Unsecured<br>05-44640                      $97.19<br>                              $97.19 |
| Claim: 10248<br>Date Filed:07/21/06<br>Docketed Total:  $8,075.92<br>Filing Creditor Name and Address<br> PIMA COUNTY TREASURER PIMA<br> COUNTY ASSESSOR PIMA COUNTY<br> ARIZONA<br> PIMA COUNTY ATTORNEYS OFFICE<br> CIVIL<br> 32 N STONE AVE STE 2100<br> TUCSON AZ 85701 | Claim Holder Name and Address   Docketed Total    $8,075.92<br>PIMA COUNTY TREASURER PIMA COUNTY<br>ASSESSOR PIMA COUNTY ARIZONA<br>PIMA COUNTY ATTORNEYS OFFICE<br>CIVIL<br>32 N STONE AVE STE 2100<br>TUCSON AZ 85701<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44481        $8,075.92 | Modified Total   $7,969.66<br><br><br><br><br><br><br>Case Number*   Secured      Priority       Unsecured<br>05-44640                                    $7,969.66 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  16 of 22

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED $8,075.92 | CLAIM AS MODIFIED $7,969.66 |
|---|---|---|
| Claim: 3556<br>Date Filed:05/01/06<br>Docketed Total:   $100.61<br>Filing Creditor Name and Address<br>  POPE COUNTY AR<br>  POPE COUNTY TAX COLLECTOR<br>  100 WEST MAIN ST<br>  RUSSELLVILLE AR 72801 | Claim Holder Name and Address    Docketed Total        $100.61<br>POPE COUNTY AR<br>POPE COUNTY TAX COLLECTOR<br>100 WEST MAIN ST<br>RUSSELLVILLE AR 72801 | Modified Total        $78.56 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $100.61<br>                                                 $100.61 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $78.56<br>                                                 $78.56 |
| Claim: 3767<br>Date Filed:05/01/06<br>Docketed Total:   $42,243.59<br>Filing Creditor Name and Address<br>  PORTAGE COUNTY TREASURER<br>  449 S MERIDIAN 1ST FL<br>  PO BOX 1217<br>  RAVENNA OH 44266 | Claim Holder Name and Address    Docketed Total        $42,243.59<br>PORTAGE COUNTY TREASURER<br>449 S MERIDIAN 1ST FL<br>PO BOX 1217<br>RAVENNA OH 44266 | Modified Total        $36,676.60 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                         $42,243.59<br>                                 $42,243.59 | Case Number*    Secured    Priority    Unsecured<br>05-44640                         $36,676.60<br>                                 $36,676.60 |
| Claim: 5922<br>Date Filed:05/16/06<br>Docketed Total:   $5,452.41<br>Filing Creditor Name and Address<br>  RANKIN COUNTY<br>  211 E GOVT ST<br>  STE B<br>  BRANDON MS 39042 | Claim Holder Name and Address    Docketed Total        $5,452.41<br>RANKIN COUNTY<br>211 E GOVT ST<br>STE B<br>BRANDON MS 39042 | Modified Total        $5,452.41 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                          $5,452.41<br>                                  $5,452.41 | Case Number*    Secured    Priority    Unsecured<br>05-44640                          $5,452.41<br>                                  $5,452.41 |
| Claim: 424<br>Date Filed:11/07/05<br>Docketed Total:   $717.59<br>Filing Creditor Name and Address<br>  RAY VALDES SEMINOLE COUNTY TAX<br>  COLLECTOR<br>  1101 E FIRST ST<br>  PO BOX 630<br>  SANFORD FL 32772 | Claim Holder Name and Address    Docketed Total        $717.59<br>RAY VALDES SEMINOLE COUNTY TAX<br>COLLECTOR<br>1101 E FIRST ST<br>PO BOX 630<br>SANFORD FL 32772 | Modified Total        $550.48 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481    $717.59<br>            $717.59 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $550.48<br>                                                 $550.48 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                     Page:  17 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8347**
Date Filed: 06/22/06
Docketed Total:   $104.09
Filing Creditor Name and Address
 ROGERS COUNTY TREASURER
 PO BOX 699
 CLAREMORE OK 74018

Claim Holder Name and Address     Docketed Total     $104.09
ROGERS COUNTY TREASURER
PO BOX 699
CLAREMORE OK 74018

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $104.09 | |
| | | $104.09 | |

Modified Total     $90.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $90.04 | |
| | | $90.04 | |

---

**Claim: 758**
Date Filed: 11/22/05
Docketed Total:   $377.96
Filing Creditor Name and Address
 RONALD A LEGGETT COLLECTOR OF
 REV
 RONALD A LEGGETT COLLECTOR OF
 REVEN
 109 CITY HALL
 ST LOUIS MO 63103

Claim Holder Name and Address     Docketed Total     $377.96
RONALD A LEGGETT COLLECTOR OF REV
RONALD A LEGGETT COLLECTOR OF
REVEN
109 CITY HALL
ST LOUIS MO 63103

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $377.96 | |
| | | $377.96 | |

Modified Total     $289.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $289.94 | |
| | | $289.94 | |

---

**Claim: 5669**
Date Filed: 05/08/06
Docketed Total:   $36.47
Filing Creditor Name and Address
 SMITH COUNTY TRUSTEE
 JAMIE D WINKLER
 PO BOX 332
 CARTHAGE TN 37030

Claim Holder Name and Address     Docketed Total     $36.47
SMITH COUNTY TRUSTEE
JAMIE D WINKLER
PO BOX 332
CARTHAGE TN 37030

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $36.47 | |
| | | $36.47 | |

Modified Total     $33.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $33.88 | |
| | | $33.88 | |

---

**Claim: 792**
Date Filed: 11/22/05
Docketed Total:   $145.15
Filing Creditor Name and Address
 ST CHARLES COUNTY COLLECTOR
 201 N SECOND ST RM 134
 ST CHARLES MO 63301-2789

Claim Holder Name and Address     Docketed Total     $145.15
ST CHARLES COUNTY COLLECTOR
201 N SECOND ST RM 134
ST CHARLES MO 63301-2789

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | $145.15 | |
| | | $145.15 | |

Modified Total     $111.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $111.35 | |
| | | $111.35 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 797<br>Date Filed:11/22/05<br>Docketed Total:  $55,010.23<br>Filing Creditor Name and Address<br> ST CHARLES COUNTY COLLECTOR<br> 201 N SECOND ST RM 134<br> ST CHARLES MO 63301-2789 | Claim Holder Name and Address<br>ST CHARLES COUNTY COLLECTOR<br>201 N SECOND ST RM 134<br>ST CHARLES MO 63301-2789 | Docketed Total | | $55,010.23 | | Modified Total | | $42,199.63 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | $55,010.23<br>$55,010.23 | | 05-44640 | | $42,199.63<br>$42,199.63 | |
| Claim: 1324<br>Date Filed:12/27/05<br>Docketed Total:  $1,929.19<br>Filing Creditor Name and Address<br> ST JOHNS COUNTY TAX COLLECTOR<br> DENNIS W HOLLINGSWORTH<br> PO BOX 9001<br> ST AUGUSTINE FL 32085-9001 | Claim Holder Name and Address<br>ST JOHNS COUNTY TAX COLLECTOR<br>DENNIS W HOLLINGSWORTH<br>PO BOX 9001<br>ST AUGUSTINE FL 32085-9001 | Docketed Total | | $1,929.19 | | Modified Total | | $1,479.93 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $1,929.19<br>$1,929.19 | | | 05-44640 | | | $1,479.93<br>$1,479.93 |
| Claim: 7093<br>Date Filed:05/30/06<br>Docketed Total:  $133.12<br>Filing Creditor Name and Address<br> STATE OF LOUISIANA<br> LOUISIANA DEPARTMENT OF<br> REVENUE<br> PO BOX 66658<br> BATON ROUGE LA 70896 | Claim Holder Name and Address<br>STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF<br>REVENUE<br>PO BOX 66658<br>BATON ROUGE LA 70896 | Docketed Total | | $133.12 | | Modified Total | | $133.12 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $133.12<br>$133.12 | | 05-44640 | | $133.12<br>$133.12 | |
| Claim: 1327<br>Date Filed:12/27/05<br>Docketed Total:  $2,483.92<br>Filing Creditor Name and Address<br> SUMNER COUNTY TRUSTEE<br> 355 BELVEDERE DR RM 107<br> GALLATIN TN 37066 | Claim Holder Name and Address<br>SUMNER COUNTY TRUSTEE<br>355 BELVEDERE DR RM 107<br>GALLATIN TN 37066 | Docketed Total | | $2,483.92 | | Modified Total | | $1,905.46 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $2,483.92<br>$2,483.92 | | 05-44640 | | $1,905.46<br>$1,905.46 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   19 of 22

In re: Delphi Corporation, et al.                                                                   Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 2833<br>Date Filed:04/26/06<br>Docketed Total: $1,104.78<br>Filing Creditor Name and Address<br>TAX COLLECTOR<br>TAX COLLECTOR TOWN OF<br>WATERTOWN<br>PO BOX 224<br>WATERTOWN CT 06795 | Claim Holder Name and Address<br>TAX COLLECTOR<br>TAX COLLECTOR TOWN OF<br>WATERTOWN<br>PO BOX 224<br>WATERTOWN CT 06795 | Docketed Total | $1,104.78 | | Modified Total | | $869.39 |
| | **Case Number*** <br>05-44481 | **Secured** <br>$1,104.78<br>$1,104.78 | **Priority** | **Unsecured** | **Case Number*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$869.39<br>$869.39 |
| Claim: 4527<br>Date Filed:05/02/06<br>Docketed Total: $44,542.68<br>Filing Creditor Name and Address<br>TAX COLLECTOR PINELLAS COUNTY<br>ATTN BETTY A GRAMLEY TAX<br>MANAGER<br>PO BOX 2943<br>CLEARWATER FL 33757-2943 | Claim Holder Name and Address<br>TAX COLLECTOR PINELLAS COUNTY<br>ATTN BETTY A GRAMLEY TAX<br>MANAGER<br>PO BOX 2943<br>CLEARWATER FL 33757-2943 | Docketed Total | $44,542.68 | | Modified Total | | $17,084.87 |
| | **Case Number*** <br>05-44640 | **Secured** <br>$44,542.68<br>$44,542.68 | **Priority** | **Unsecured** | **Case Number*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$17,084.87<br>$17,084.87 |
| Claim: 9271<br>Date Filed:04/26/06<br>Docketed Total: $2,257.22<br>Filing Creditor Name and Address<br>TAX COLLECTOR SANTA ROSA<br>COUNTY<br>ATTN CINDY GRIMES DELINQUENT<br>TAX DE<br>ROBERT MCCLURE SANTA ROSA TAX<br>COLLE<br>PO BOX 7100<br>MILTON FL 32572 | Claim Holder Name and Address<br>TAX COLLECTOR SANTA ROSA COUNTY<br>ATTN CINDY GRIMES DELINQUENT<br>TAX DE<br>ROBERT MCCLURE SANTA ROSA TAX<br>COLLE<br>PO BOX 7100<br>MILTON FL 32572 | Docketed Total | $2,257.22 | | Modified Total | | $2,052.02 |
| | **Case Number*** <br>05-44640 | **Secured** <br>$2,257.22<br>$2,257.22 | **Priority** | **Unsecured** | **Case Number*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$2,052.02<br>$2,052.02 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:  20 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8344**
Date Filed:06/22/06
Docketed Total:  $9,379.17
Filing Creditor Name and Address
 TIPTON COUNTY IN
 TIPTON COUNTY TREASURER
 COURTHOUSE
 TIPTON IN 46072

Claim Holder Name and Address
TIPTON COUNTY IN
TIPTON COUNTY TREASURER
COURTHOUSE
TIPTON IN 46072
Docketed Total    $9,379.17

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $9,379.17 | | 05-44640 | | $7,804.36 | |
| | | $9,379.17 | | | | $7,804.36 | |

Modified Total    $7,804.36

---

**Claim: 8225**
Date Filed:06/19/06
Docketed Total:  $612.98
Filing Creditor Name and Address
 TREASURER OF KOSCIUSKO COUNTY
 100 W CTR ST
 WARSAW IN 46580

Claim Holder Name and Address
TREASURER OF KOSCIUSKO COUNTY
100 W CTR ST
WARSAW IN 46580
Docketed Total    $612.98

Modified Total    $557.25

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $612.98 | 05-44640 | | | $557.25 |
| | | | $612.98 | | | | $557.25 |

---

**Claim: 7835**
Date Filed:06/12/06
Docketed Total:  $6.32
Filing Creditor Name and Address
 TREASURER OF VIGO COUNTY
 DAVID CROCKETT
 PO BOX 1466
 INDIANAPOLIS IN 46206-1466

Claim Holder Name and Address
TREASURER OF VIGO COUNTY
DAVID CROCKETT
PO BOX 1466
INDIANAPOLIS IN 46206-1466
Docketed Total    $6.32

Modified Total    $4.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $6.32 | | 05-44640 | | $4.84 | |
| | | $6.32 | | | | $4.84 | |

---

**Claim: 108**
Date Filed:10/25/05
Docketed Total:  $25.00
Filing Creditor Name and Address
 WILLIAMSON COUNTY TRUSTEE
 WALTER J DAVIS TRUSTEE
 PO BOX 648
 FRANKLIN TN 37065

Claim Holder Name and Address
WILLIAMSON COUNTY TRUSTEE
WALTER J DAVIS TRUSTEE
PO BOX 648
FRANKLIN TN 37065
Docketed Total    $25.00

Modified Total    $19.18

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $25.00 | | | 05-44640 | | $19.18 | |
| | $25.00 | | | | | $19.18 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  21 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6053<br>Date Filed:05/16/06<br>Docketed Total:   $963.65<br>Filing Creditor Name and Address<br>  WILSON CO TN<br>  WILSON COUNTY TRUSTEE<br>  PO BOX 865<br>  LEBANON TN 37088 | Claim Holder Name and Address    Docketed Total        $963.65<br>WILSON CO TN<br>WILSON COUNTY TRUSTEE<br>PO BOX 865<br>LEBANON TN 37088 | Modified Total        $537.75 |

Claim 6053 docketed:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $963.65 | |
| | | $963.65 | |

Claim 6053 modified:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $537.75 | |
| | | $537.75 | |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1706<br>Date Filed:01/30/06<br>Docketed Total:   $8,156.89<br>Filing Creditor Name and Address<br>  YORK COUNTY TAX COLLECTOR<br>  1070 HECKLE BEVA BOX 14<br>  ROCK HILL SC 29732-2863 | Claim Holder Name and Address    Docketed Total      $8,156.89<br>YORK COUNTY TAX COLLECTOR<br>1070 HECKLE BEVA BOX 14<br>ROCK HILL SC 29732-2863 | Modified Total      $6,257.34 |

Claim 1706 docketed:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $8,156.89 | | |
| | $8,156.89 | | |

Claim 1706 modified:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,257.34 |
| | | | $6,257.34 |

Total Count of Claims:   85
Total Amount as Docketed:         $2,691,985.08
Total Amount as Modified:         $2,392,053.91

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   22 of 22

In re: Delphi Corporation, et al.                                                                     Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1139<br>Date Filed:12/13/05<br>Docketed Total:   $93,039.28<br>Filing Creditor Name and Address<br> ALL RITE INDUSTRIES<br> 470 OAKWOOD RD<br> LAKE ZURICH IL 60047 | Claim Holder Name and Address<br>ALL RITE INDUSTRIES<br>470 OAKWOOD RD<br>LAKE ZURICH IL 60047 | Docketed Total | | $93,039.28 | | Modified Total | | $93,039.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$93,039.28<br>$93,039.28 | Case Number*<br>05-44640 | Secured | Priority<br>$13,280.00<br>$13,280.00 | Unsecured<br>$79,759.28<br>$79,759.28 |
| Claim: 15203<br>Date Filed:07/31/06<br>Docketed Total:   $110,591.58<br>Filing Creditor Name and Address<br> AMI INDUSTRIES INC<br> AMI INDUSTRIES PREPETITION<br> 5093 N RED OAK RD<br> LEWISTON MI 49756 | Claim Holder Name and Address<br>AMI INDUSTRIES INC<br>AMI INDUSTRIES PREPETITION<br>5093 N RED OAK RD<br>LEWISTON MI 49756 | Docketed Total | | $110,591.58 | | Modified Total | | $110,591.58 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$110,591.58<br>$110,591.58 | Case Number*<br>05-44640 | Secured | Priority<br>$184.23<br>$184.23 | Unsecured<br>$110,407.35<br>$110,407.35 |
| Claim: 11580<br>Date Filed:07/27/06<br>Docketed Total:   $22,755.61<br>Filing Creditor Name and Address<br> AMROC INVESTMENTS LLC AS<br> ASSIGNEE OF TOTAL COMPONENT<br> AS ASSIGNEE OF TOTAL COMPONENT<br> ATTN DAVID S LEINWAND<br> 535 MADISON AVE 15TH FL<br> NEW YORK NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $22,755.61 | | Modified Total | | $19,985.86 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,755.61<br><br>$22,755.61 | Case Number*<br>05-44640 | Secured | Priority<br>$900.36<br><br>$900.36 | Unsecured<br>$19,085.50<br><br>$19,085.50 |
| Claim: 4458<br>Date Filed:05/02/06<br>Docketed Total:   $11,070.00<br>Filing Creditor Name and Address<br> ARMADA RUBBER MANUFACTURING<br> COMPANY<br> ROBERT BOVA<br> PO BOX 579<br> ARMADA MI 48005-0579 | Claim Holder Name and Address<br>ARMADA RUBBER MANUFACTURING COMPANY<br>ROBERT BOVA<br>PO BOX 579<br>ARMADA MI 48005-0579 | Docketed Total | | $11,070.00 | | Modified Total | | $11,070.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$1,210.00<br><br>$1,210.00 | Unsecured<br>$9,860.00<br><br>$9,860.00 | Case Number*<br>05-44640 | Secured | Priority<br>$1,210.00<br><br>$1,210.00 | Unsecured<br>$9,860.00<br><br>$9,860.00 |

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2182<br>Date Filed:03/03/06<br>Docketed Total:  $33,163.60<br>Filing Creditor Name and Address<br> ARROW SHEET METAL PRODUCTS CO<br> ATTN S TUJILLO<br> 2890 W 62ND AVE<br> DENVER CO 80221 | Claim Holder Name and Address<br>ARROW SHEET METAL PRODUCTS CO<br>ATTN S TUJILLO<br>2890 W 62ND AVE<br>DENVER CO 80221 | Docketed Total | | $33,163.60 | | Modified Total | | $33,163.60 |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$33,163.60<br>$33,163.60 | Case Number*<br>05-44507 | Secured | Priority<br>$6,367.31<br>$6,367.31 | Unsecured<br>$26,796.29<br>$26,796.29 |
| Claim: 1447<br>Date Filed:01/04/06<br>Docketed Total:  $250,559.17<br>Filing Creditor Name and Address<br> AVNET INC<br> 2211 S 47TH ST<br> PHOENIX AZ 85034-6403 | Claim Holder Name and Address<br>AVNET INC<br>2211 S 47TH ST<br>PHOENIX AZ 85034-6403 | Docketed Total | | $250,559.17 | | Modified Total | | $223,631.22 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$250,559.17<br>$250,559.17 | Case Number*<br>05-44507<br>05-44511<br>05-44624 | Secured | Priority<br>$67,613.23<br>$67,613.23 | Unsecured<br>$154,335.84<br>$1,382.05<br>$300.10<br>$156,017.99 |
| Claim: 9755<br>Date Filed:07/18/06<br>Docketed Total:  $119,379.15<br>Filing Creditor Name and Address<br> AVX CORP<br> 801 17TH AVE S<br> MYRTLE BEACH SC 29577-424 | Claim Holder Name and Address<br>AVX CORP<br>801 17TH AVE S<br>MYRTLE BEACH SC 29577-424 | Docketed Total | | $119,379.15 | | Modified Total | | $116,936.73 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$11,894.48<br>$11,894.48 | Unsecured<br>$107,484.67<br>$107,484.67 | Case Number*<br>05-44567<br>05-44640 | Secured | Priority<br>$11,894.48<br>$11,894.48 | Unsecured<br>$419.83<br>$104,622.42<br>$105,042.25 |
| Claim: 14241<br>Date Filed:07/31/06<br>Docketed Total:  $43,119.30<br>Filing Creditor Name and Address<br> CABLE TECHNOLOGIESINC<br> GEORGE OBRIEN<br> 3209 AVE E EAST<br> ARLINGTON TX 76011 | Claim Holder Name and Address<br>CABLE TECHNOLOGIESINC<br>GEORGE OBRIEN<br>3209 AVE E EAST<br>ARLINGTON TX 76011 | Docketed Total | | $43,119.30 | | Modified Total | | $43,119.30 |
| | Case Number*<br>05-44511 | Secured | Priority<br>$18,966.38<br>$18,966.38 | Unsecured<br>$24,152.92<br>$24,152.92 | Case Number*<br>05-44511 | Secured | Priority<br>$18,966.38<br>$18,966.38 | Unsecured<br>$24,152.92<br>$24,152.92 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7659**
Date Filed: 06/08/06
Docketed Total:   $298,168.53
Filing Creditor Name and Address
 CAPSONIC GROUP LLC
 460 S 2ND ST
 ELGIN IL 60123

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Docketed Total   $298,168.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $298,168.53 |
| | | | $298,168.53 |

Modified Total   $298,168.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,118.89 | $295,049.64 |
| | | $3,118.89 | $295,049.64 |

---

**Claim: 10703**
Date Filed: 07/25/06
Docketed Total:   $1,380,747.26
Filing Creditor Name and Address
 CAROLINA FORGE COMPANY LLC EFT
 PO BOX 370
 WILSON NC 27893

Claim Holder Name and Address
CAROLINA FORGE COMPANY LLC EFT
PO BOX 370
WILSON NC 27893

Docketed Total   $1,380,747.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $197,519.25 | $1,183,228.01 |
| | | $197,519.25 | $1,183,228.01 |

Modified Total   $1,380,747.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $197,519.25 | $1,183,228.01 |
| | | $197,519.25 | $1,183,228.01 |

---

**Claim: 10355**
Date Filed: 07/24/06
Docketed Total:   $15,049.09
Filing Creditor Name and Address
 CASCADE DIE CASTING GROUP
 7441 S DIVISION AVE STE A1
 GRAND RAPIDS MI 49548

Claim Holder Name and Address
CASCADE DIE CASTING GROUP
7441 S DIVISION AVE STE A1
GRAND RAPIDS MI 49548

Docketed Total   $15,049.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,105.86 | $3,943.23 |
| | | $11,105.86 | $3,943.23 |

Modified Total   $15,049.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,105.86 | $3,943.23 |
| | | $11,105.86 | $3,943.23 |

---

**Claim: 11923**
Date Filed: 07/28/06
Docketed Total:   $13,569.50
Filing Creditor Name and Address
 CASCO PRODUCTS CORPORATION
 MR JOHN SPRATTA VP GLOBAL
 FINANCE
 ONE WATERVIEW DR
 SHELTON CT 06484-7367

Claim Holder Name and Address
CASCO PRODUCTS CORPORATION
MR JOHN SPRATTA VP GLOBAL
FINANCE
ONE WATERVIEW DR
SHELTON CT 06484-7367

Docketed Total   $13,569.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,569.50 |
| | | | $13,569.50 |

Modified Total   $13,321.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,760.48 | $7,560.52 |
| | | $5,760.48 | $7,560.52 |

---

*See Exhibit G for a listing of debtor entities by case number                    Page:   3 of 20

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14059**
Date Filed: 07/31/06
Docketed Total:   $422,138.00
Filing Creditor Name and Address
 CATALYTIC SOLUTIONS INC
 1640 FISKE PL
 OXNARD CA 93033

Claim Holder Name and Address
CATALYTIC SOLUTIONS INC
1640 FISKE PL
OXNARD CA 93033

Docketed Total   $422,138.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $422,138.00 |
| | | | $422,138.00 |

Modified Total   $421,112.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,345.36 | $411,767.54 |
| | | $9,345.36 | $411,767.54 |

---

**Claim: 3853**
Date Filed: 05/01/06
Docketed Total:   $24,193.80
Filing Creditor Name and Address
 COATS AMERICAN INC
 COATS NORTH AMERICA
 PO BOX 60124
 CHARLOTTE NC 28260

Claim Holder Name and Address
COATS AMERICAN INC
COATS NORTH AMERICA
PO BOX 60124
CHARLOTTE NC 28260

Docketed Total   $24,193.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $24,193.80 |
| | | | $24,193.80 |

Modified Total   $23,460.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,170.89 | $20,289.57 |
| | | $3,170.89 | $20,289.57 |

---

**Claim: 14247**
Date Filed: 07/31/06
Docketed Total:   $45,870.92
Filing Creditor Name and Address
 CONTINENTAL MIDLAND LLC
 WILLIAM S HACKNEY
 MUCH SHELIST
 191 N WACKER DR STE 1800
 CHICAGO IL 60606

Claim Holder Name and Address
CONTINENTAL MIDLAND LLC
WILLIAM S HACKNEY
MUCH SHELIST
191 N WACKER DR STE 1800
CHICAGO IL 60606

Docketed Total   $45,870.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $45,870.92 |
| | | | $45,870.92 |

Modified Total   $45,442.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,386.73 | $44,055.32 |
| | | $1,386.73 | $44,055.32 |

---

**Claim: 16250**
Date Filed: 08/22/06
Docketed Total:   $40,206.20
Filing Creditor Name and Address
 COORSTEK INC
 ELIZABETH K FLAAGAN HOLME
 ROBERTS &
 1700 LINCOLN ST STE 4100
 DENVER CO 80203

Claim Holder Name and Address
COORSTEK INC
ELIZABETH K FLAAGAN HOLME
ROBERTS &
1700 LINCOLN ST STE 4100
DENVER CO 80203

Docketed Total   $40,206.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $30,318.20 | $9,888.00 |
| | | $30,318.20 | $9,888.00 |

Modified Total   $40,206.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $30,318.20 | $9,888.00 |
| | | $30,318.20 | $9,888.00 |

---

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16592<br>Date Filed:04/05/07<br>Docketed Total:  $147,474.32<br>Filing Creditor Name and Address<br> CURTIS SCREW COMPANY LLC<br> ATTN JULIA S KREHER ESQ<br> HODGSON RUSS LLP<br> ONE M&T PLZ STE 2000<br> BUFFALO NY 14203 | Claim Holder Name and Address  Docketed Total  $147,474.32<br>CURTIS SCREW COMPANY LLC<br>ATTN JULIA S KREHER ESQ<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO NY 14203<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $52,906.09  $94,568.23<br>  $52,906.09  $94,568.23 | Modified Total  $135,676.23<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $52,906.09  $82,770.14<br>  $52,906.09  $82,770.14 |
| Claim: 41<br>Date Filed:10/17/05<br>Docketed Total:  $82,859.86<br>Filing Creditor Name and Address<br> EFTEC NORTH AMERICA<br> HB FULLER COMPANY<br> ATTN GREGG WALTERS<br> 2900 GRANADA LN<br> OAKDALE MN 55128 | Claim Holder Name and Address  Docketed Total  $65,473.03<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $11,862.85  $53,610.18<br>  $11,862.85  $53,610.18 | Modified Total  $62,972.57<br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $14,711.99  $48,260.58<br>  $14,711.99  $48,260.58 |
|  | Claim Holder Name and Address  Docketed Total  $17,386.83<br>EFTEC NORTH AMERICA<br>HB FULLER COMPANY<br>ATTN GREGG WALTERS<br>2900 GRANADA LN<br>OAKDALE MN 55128<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $17,386.83  $0.00<br>  $17,386.83 | Modified Total  $6,678.61<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $6,678.61<br>  $6,678.61 |
| Claim: 2049<br>Date Filed:02/16/06<br>Docketed Total:  $4,342,158.43<br>Filing Creditor Name and Address<br> ENGELHARD CORPORATION<br> MR ROBERT HOUSMAN DIRECTOR OF<br> CREDI<br> 101 WOOD AVE<br> ISELIN NJ 08830 | Claim Holder Name and Address  Docketed Total  $4,019,539.03<br>BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C O DAVIDSON KEMPER CAPITAL<br>MANAGEM<br>65 E 55TH ST 19TH FL<br>NEW YORK NY 10022<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $1,195,184.47  $2,824,354.56<br>  $1,195,184.47  $2,824,354.56 | Modified Total  $4,019,539.03<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $4,019,539.03<br>  $4,019,539.03 |

In re: Delphi Corporation, et al.                                                Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2049 (Continued) | Claim Holder Name and Address<br>ENGELHARD CORPORATION<br>MR ROBERT HOUSMAN DIRECTOR OF CREDI<br>101 WOOD AVE<br>ISELIN NJ 08830 | Docketed Total | | $322,619.40 | | Modified Total | | $127,502.51 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | $322,619.40 | $0.00 | $0.00 | 05-44640 | | $85,576.07 | $41,926.44 |
| | | $322,619.40 | | | | | $85,576.07 | $41,926.44 |
| Claim: 2579<br>Date Filed:04/07/06<br>Docketed Total:  $50,085.22<br>Filing Creditor Name and Address<br> FAWN PLASTICS CO INC<br> 1920 GREENSPRING DR STE 140<br> TIMONIUM MD 21093 | Claim Holder Name and Address<br>FAWN PLASTICS CO INC<br>1920 GREENSPRING DR STE 140<br>TIMONIUM MD 21093 | Docketed Total | | $50,085.22 | | Modified Total | | $50,085.22 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $50,085.22 | 05-44567 | | $26,190.18 | $23,895.04 |
| | | | | $50,085.22 | | | $26,190.18 | $23,895.04 |
| Claim: 9840<br>Date Filed:07/18/06<br>Docketed Total:  $509,488.17<br>Filing Creditor Name and Address<br> HILITE INTERNATIONAL INC<br> 1671 S BROADWAY ST<br> CARROLLTON TX 75006-7442 | Claim Holder Name and Address<br>HILITE INTERNATIONAL INC<br>1671 S BROADWAY ST<br>CARROLLTON TX 75006-7442 | Docketed Total | | $509,488.17 | | Modified Total | | $509,488.17 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | $2,422.72 | $507,065.45 | 05-44640 | | $2,422.72 | $507,065.45 |
| | | | $2,422.72 | $507,065.45 | | | $2,422.72 | $507,065.45 |
| Claim: 13773<br>Date Filed:07/31/06<br>Docketed Total:  $5,721,969.77<br>Filing Creditor Name and Address<br> HITACHI AUTOMOTIVE PRODUCTS USA INC<br> PAUL J RICOTTA ESQ AND STEPHANIE K<br> MINTZ LEVIN COHN FERRIS GLOVSKY AND<br> 666 THIRD AVENUE<br> NEW YORK NY 10017 | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC<br>ATTN ROSS ROSENFELT & VIKAS MADAN<br>60 WALL ST 3RD FL<br>NEW YORK NY 10005 | Docketed Total | | $27,569.59 | | Modified Total | | $27,569.59 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $27,569.59 | 05-44640 | | $27,569.59 | |
| | | | | $27,569.59 | | | $27,569.59 | |

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13773 (Continued) | Claim Holder Name and Address    Docketed Total    $5,694,400.18<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | Modified Total    $5,694,400.18 |
|  | Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $5,694,400.18<br>                                            $5,694,400.18 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $5,694,400.18<br>                                            $5,694,400.18 |
| Claim: 16255<br>Date Filed:08/24/06<br>Docketed Total:  $1,898,409.80<br>Filing Creditor Name and Address<br> INTERNATIONAL RESISTIVE<br> COMPANY ADVANCED FILM DIVISION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address    Docketed Total    $77,694.80<br>INTERNATIONAL RESISTIVE COMPANY<br>ADVANCED FILM DIVISION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246 | Modified Total    $77,693.93 |
|  | Case Number*    Secured    Priority    Unsecured<br>05-44640                    $77,693.93    $0.87<br>                            $77,693.93    $0.87 | Case Number*    Secured    Priority    Unsecured<br>05-44640                    $77,693.93<br>                            $77,693.93 |
|  | Claim Holder Name and Address    Docketed Total    $1,820,715.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402 | Modified Total    $1,813,301.97 |
|  | Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $1,820,715.00<br>                                            $1,820,715.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $1,813,301.97<br>                                            $1,813,301.97 |

*See Exhibit G for a listing of debtor entities by case number          Page:   7 of 20

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16255 (Continued) | | |
| Claim: 8878<br>Date Filed:06/30/06<br>Docketed Total:   $170,159.62<br>Filing Creditor Name and Address<br> INTERNATIONAL RESISTIVE<br> COMPANY WIRE & FILM<br> TECHNOLOGIES DIVISION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON P A<br> 101 NORTH TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address    Docketed Total    $3,036.28<br>INTERNATIONAL RESISTIVE COMPANY<br>WIRE & FILM TECHNOLOGIES DIVISION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON P A<br>101 NORTH TRYON ST STE 1900<br>CHARLOTTE NC 28246<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                             $3,036.28    $0.00<br>                                     $3,036.28 | Modified Total    $1,320.21<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                             $1,320.21<br>                                     $1,320.21 |
| | Claim Holder Name and Address    Docketed Total    $167,123.34<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $167,123.34<br>                                             $167,123.34 | Modified Total    $158,918.44<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $158,918.44<br>                                             $158,918.44 |
| Claim: 1541<br>Date Filed:01/17/06<br>Docketed Total:   $114,460.81<br>Filing Creditor Name and Address<br> ITT CANNON NEWTON<br> ITT INDUSTRIES SHARED SERVICES<br> 2881 EAST BAYARD STREET<br> SENECA FALLS NY 13148 | Claim Holder Name and Address    Docketed Total    $114,460.81<br>ITT CANNON NEWTON<br>ITT INDUSTRIES SHARED SERVICES<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $114,460.81<br>                                             $114,460.81 | Modified Total    $86,411.30<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                             $11,604.80    $74,806.50<br>                                     $11,604.80    $74,806.50 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   8 of 20

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10717<br>Date Filed:07/25/06<br>Docketed Total:  $834,429.82<br>Filing Creditor Name and Address<br> JIDECO OF BARDSTOWN INC<br> KENNETH W SHELVER<br> 950 WITHROW CRT<br> BARDSTOWN KY 40004 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | $834,429.82 | | | Modified Total | $834,429.82 | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$6,636.00<br>$6,636.00 | Unsecured<br>$827,793.82<br>$827,793.82 | Case Number*<br>05-44640 | Secured | Priority<br>$6,636.00<br>$6,636.00 | Unsecured<br>$827,793.82<br>$827,793.82 |
| Claim: 2066<br>Date Filed:02/21/06<br>Docketed Total:  $49,007.73<br>Filing Creditor Name and Address<br> KL INDUSTRIES INC<br> JAMES G MARTIGNON<br> LEVENFELD PEARLSTEIN LLC<br> 2 N LASALLE STE 1300<br> CHICAGO IL 60602 | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | Docketed Total | $37,538.43 | | | Modified Total | $43,676.20 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$37,538.43<br><br>$37,538.43 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$43,676.20<br><br>$43,676.20 |
| | Claim Holder Name and Address<br>KL INDUSTRIES INC<br>JAMES G MARTIGNON<br>LEVENFELD PEARLSTEIN LLC<br>2 N LASALLE STE 1300<br>CHICAGO IL 60602 | Docketed Total | $11,469.30 | | | Modified Total | $4,872.55 | |
| | Case Number*<br>05-44481 | Secured<br>$11,469.30<br>$11,469.30 | Priority | Unsecured<br>$0.00 | Case Number*<br>05-44640 | Secured | Priority<br>$4,872.55<br>$4,872.55 | Unsecured |
| Claim: 9460<br>Date Filed:07/13/06<br>Docketed Total:  $29,862.80<br>Filing Creditor Name and Address<br> LIQUIDITY SOLUTIONS INC AS<br> ASSIGNEE OF ELGIN DIE MOLD CO<br> C O LIQUIDITY SOLUTIONS INC<br> DBA REV<br> 1 UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | $29,862.80 | | | Modified Total | $29,862.80 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$29,862.80<br><br>$29,862.80 | Case Number*<br>05-44612<br><br>05-44640 | Secured | Priority<br><br><br>$2,668.00<br>$2,668.00 | Unsecured<br>$1,840.00<br><br>$25,354.80<br>$27,194.80 |

In re: Delphi Corporation, et al.                                                                              Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6146<br>Date Filed:05/17/06<br>Docketed Total:  $16,711.16<br>Filing Creditor Name and Address<br> LITTELFUSE INC<br> PAUL DICKINSON<br> 800 NORTHWEST HWY<br> DES PLAINES IL 60016 | Claim Holder Name and Address      Docketed Total      $16,711.16<br>BANK OF AMERICA N A<br>ATTN INFORMATION MGR<br>100 N TRYON ST 20TH FL<br>MAIL CODE NCI 007 20 01<br>CHARLOTTE NC 28255<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44567                                          $16,711.16<br>                                                  $16,711.16 | Modified Total      $16,711.16<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44567                        $4,125.59      $12,585.57<br>                                $4,125.59      $12,585.57 |
| Claim: 13974<br>Date Filed:07/31/06<br>Docketed Total:  $1,659,326.20<br>Filing Creditor Name and Address<br> LONGACRE MASTER FUND LTD AS<br> ASSIGNEE/TRANSFEREE OF SHARP<br> ELECTRONICS CORP<br> ATTN VLADIMIR JELISAVCIC<br> 810 SEVENTH AVE 22ND FLOOR<br> NEW YORK NY 10019 | Claim Holder Name and Address      Docketed Total      $1,659,326.20<br>LONGACRE MASTER FUND LTD AS<br>ASSIGNEE/TRANSFEREE OF SHARP<br>ELECTRONICS CORP<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK NY 10019<br><br>Case Number*      Secured      Priority           Unsecured<br>05-44640                        $1,659,326.20<br>                                $1,659,326.20 | Modified Total      $1,659,326.20<br><br><br><br><br>Case Number*      Secured      Priority        Unsecured<br>05-44640                        $40,000.00    $1,619,326.20<br>                                $40,000.00    $1,619,326.20 |
| Claim: 12057<br>Date Filed:07/28/06<br>Docketed Total:  $35,063.00<br>Filing Creditor Name and Address<br> M & S MANUFACTURING COMPANY<br> C O BRUCE N ELLIOTT<br> CONLIN MCKENNEY & PHILBRICK PC<br> 350 S MAIN ST STE 400<br> ANN ARBOR MI 48104 | Claim Holder Name and Address      Docketed Total      $35,063.00<br>M & S MANUFACTURING COMPANY<br>C O BRUCE N ELLIOTT<br>CONLIN MCKENNEY & PHILBRICK PC<br>350 S MAIN ST STE 400<br>ANN ARBOR MI 48104<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $35,063.00<br>                                                  $35,063.00 | Modified Total      $35,063.00<br><br><br><br><br>Case Number*      Secured      Priority        Unsecured<br>05-44640                        $13,620.06    $21,442.94<br>                                $13,620.06    $21,442.94 |
| Claim: 351<br>Date Filed:11/04/05<br>Docketed Total:  $635,040.00<br>Filing Creditor Name and Address<br> MABUCHI MOTOR AMERICA CORP<br> 3001 W BIG BEAVER RD STE 520<br> TROY MI 48084-3106 | Claim Holder Name and Address      Docketed Total      $635,040.00<br>MABUCHI MOTOR AMERICA CORP<br>3001 W BIG BEAVER RD STE 520<br>TROY MI 48084-3106<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $635,040.00<br>                                                  $635,040.00 | Modified Total      $635,040.00<br><br><br><br>Case Number*      Secured      Priority        Unsecured<br>05-44640                        $875.54      $634,164.46<br>                                $875.54      $634,164.46 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   10 of 20

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 10186**
Date Filed:07/21/06
Docketed Total:  $130,579.71
Filing Creditor Name and Address
 MAGNESIUM ALUMINUM CORP
 ATTN BOB OMALLEY
 3425 SERVICE RD
 CLEVELAND OH 44111

Claim Holder Name and Address — Docketed Total — $130,579.71
MAGNESIUM ALUMINUM CORP
ATTN BOB OMALLEY
3425 SERVICE RD
CLEVELAND OH 44111

Modified Total — $124,346.49

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $130,579.71 | 05-44640 | | $36,684.88 | $87,661.61 |
| | | | $130,579.71 | | | $36,684.88 | $87,661.61 |

**Claim: 12225**
Date Filed:07/28/06
Docketed Total:  $17,618.29
Filing Creditor Name and Address
 MARKEL CORP
 435 SCHOOL LN
 PLYMOUTH MEETING PA 19462

Claim Holder Name and Address — Docketed Total — $17,618.29
MARKEL CORP
435 SCHOOL LN
PLYMOUTH MEETING PA 19462

Modified Total — $9,033.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $8,585.01 | $9,033.28 | 05-44640 | | $8,585.01 | $448.27 |
| | | $8,585.01 | $9,033.28 | | | $8,585.01 | $448.27 |

**Claim: 9989**
Date Filed:07/20/06
Docketed Total:  $203,557.41
Filing Creditor Name and Address
 MASTER MOLDED PRODUCTS CORP
 1000 DAVIS RD
 ELGIN IL 60123

Claim Holder Name and Address — Docketed Total — $203,557.41
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Modified Total — $203,557.41

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $21,774.05 | $181,783.36 | 05-44640 | | $21,774.05 | $181,783.36 |
| | | $21,774.05 | $181,783.36 | | | $21,774.05 | $181,783.36 |

**Claim: 9386**
Date Filed:07/12/06
Docketed Total:  $59,437.76
Filing Creditor Name and Address
 METAL CLADDING INC
 ATTN JULIA S KREHER ESQ
 HODGSON RUSS LLP
 ONE M&T PLZ STE 2000
 BUFFALO NY 14203

Claim Holder Name and Address — Docketed Total — $59,437.76
METAL CLADDING INC
ATTN JULIA S KREHER ESQ
HODGSON RUSS LLP
ONE M&T PLZ STE 2000
BUFFALO NY 14203

Modified Total — $59,437.76

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $59,437.76 | 05-44640 | | $14,090.99 | $45,346.77 |
| | | | $59,437.76 | | | $14,090.99 | $45,346.77 |

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11103<br>Date Filed:07/26/06<br>Docketed Total:  $38,679.38<br>Filing Creditor Name and Address<br> MICRO MOTION INC<br> CUSTOMER FINANCIAL SERVICES<br> 12001 TECHNOLOGY DR AB03<br> EDEN PRAIRIE MN 55344 | Claim Holder Name and Address    Docketed Total    $38,679.38<br>MICRO MOTION INC<br>CUSTOMER FINANCIAL SERVICES<br>12001 TECHNOLOGY DR AB03<br>EDEN PRAIRIE MN 55344<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $5,895.03    $32,784.35<br>_____<br>                                $5,895.03    $32,784.35 | Modified Total    $38,640.57<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                        $5,895.03    $31,770.54<br>05-44640                                       $975.00<br>_____<br>                                $5,895.03    $32,745.54 |
| Claim: 6710<br>Date Filed:05/23/06<br>Docketed Total:   $88,440.00<br>Filing Creditor Name and Address<br> MICRONAS GMBH<br> CO GLEN K RITNER DIRECTOR<br> MICRONAS SEMICONDUCTORS INC<br> AUTOMOTIVE HEADQUARTERS - THE<br> AMERI<br> 3700 GRAND RIVER STE 215<br> FARMINGTON HILLLS MI 48335 | Claim Holder Name and Address    Docketed Total    $88,440.00<br>MICRONAS GMBH<br>CO GLEN K RITNER DIRECTOR<br>MICRONAS SEMICONDUCTORS INC<br>AUTOMOTIVE HEADQUARTERS - THE<br>AMERI<br>3700 GRAND RIVER STE 215<br>FARMINGTON HILLLS MI 48335<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $18,090.00    $70,350.00<br>                               $18,090.00    $70,350.00 | Modified Total    $88,440.00<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $18,090.00    $70,350.00<br>                               $18,090.00    $70,350.00 |
| Claim: 2071<br>Date Filed:02/21/06<br>Docketed Total:   $3,608,175.78<br>Filing Creditor Name and Address<br> NGK AUTOMOTIVE CERAMICS USA<br> INC<br> MICHAEL G CRUSE ESQ<br> WARNER NORCROSS & JUDD LLP<br> 2000 TOWN  CTR STE 2700<br> SOUTHFIELD MI 48075-1318 | Claim Holder Name and Address    Docketed Total    $3,608,175.78<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44484                       $579,972.85    $3,028,202.93<br><br>_____<br>                               $579,972.85    $3,028,202.93 | Modified Total    $3,608,175.78<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                       $425,192.03    $3,182,983.75<br><br>_____<br>                               $425,192.03    $3,182,983.75 |

In re: Delphi Corporation, et al.                                                                   Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7572<br>Date Filed:06/06/06<br>Docketed Total:  $177,776.94<br>Filing Creditor Name and Address<br> NORTHERN ENGRAVING CORP<br> 803 S BLACK RIVER ST<br> SPARTA WI 54656-0377 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $177,776.94 | | Modified Total | | $152,672.23 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$177,776.94<br>$177,776.94 | Case Number*<br>05-44567 | Secured | Priority<br>$23,482.06<br>$23,482.06 | Unsecured<br>$129,190.17<br>$129,190.17 |
| Claim: 7313<br>Date Filed:06/01/06<br>Docketed Total:   $61,384.40<br>Filing Creditor Name and Address<br> NU HORIZONS ELECTRONICS CORP<br> ATTN C SALAZAR<br> 2070 RINGWOOD AVE<br> SAN JOSE CA 95131 | Claim Holder Name and Address<br>NU HORIZONS ELECTRONICS CORP<br>ATTN C SALAZAR<br>2070 RINGWOOD AVE<br>SAN JOSE CA 95131 | Docketed Total | | $61,384.40 | | Modified Total | | $61,384.40 |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$61,384.40<br>$61,384.40 | Case Number*<br>05-44507 | Secured | Priority<br>$30,455.00<br>$30,455.00 | Unsecured<br>$30,929.40<br>$30,929.40 |
| Claim: 8259<br>Date Filed:06/20/06<br>Docketed Total:   $2,583,993.60<br>Filing Creditor Name and Address<br> OLSON INTERNATIONAL CO<br> FRMLY OLSON R MANUFACTURING CO<br> 50 W NORTH AVE<br> LOMBARD IL 60148 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $2,583,993.60 | | Modified Total | | $2,489,744.67 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76<br>$60,854.76 | Unsecured<br>$2,523,138.84<br>$2,523,138.84 | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76<br>$60,854.76 | Unsecured<br>$2,428,889.91<br>$2,428,889.91 |
| Claim: 1420<br>Date Filed:01/03/06<br>Docketed Total:   $6,185,131.57<br>Filing Creditor Name and Address<br> PIONEER NORTH AMERICA INC<br> CO MAX J NEWMAN ESQ<br> SCHAFER AND WEINER PLLC<br> 40950 WOODWARD AVE STE 100<br> BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address<br>CREDIT SUISSE<br>11 MADISON AVE 5TH FL<br>NEW YORK NY 10010 | Docketed Total | | $6,185,131.57 | | Modified Total | | $6,185,131.57 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$3,129,150.38 | Unsecured<br>$3,055,981.19 | Case Number*<br>05-44640 | Secured | Priority<br>$40,059.72 | Unsecured<br>$6,145,071.85 |
| | | | $3,129,150.38 | $3,055,981.19 | | | $40,059.72 | $6,145,071.85 |

*See Exhibit G for a listing of debtor entities by case number                    Page:  13 of  20

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3010<br>Date Filed:04/27/06<br>Docketed Total:  $916.61<br>Filing Creditor Name and Address<br> PRECISION FITTING & GAUGE CO<br> 1214 S JOPLIN AVE<br> TULSA OK 74112 | Claim Holder Name and Address   Docketed Total      $916.61<br>PRECISION FITTING & GAUGE CO<br>1214 S JOPLIN AVE<br>TULSA OK 74112<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  $916.61<br>                                                          $916.61 | Modified Total      $916.61<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44482                         $892.00   $24.61<br>                                 $892.00   $24.61 |
| Claim: 9021<br>Date Filed:07/05/06<br>Docketed Total:  $121,454.58<br>Filing Creditor Name and Address<br> PTI ENGINEERED PLASTICS<br> ACCOUNTS PAYABLE<br> 44850 CENTRE COURT EAST<br> CLINTON TOWNSHIP MI 48038 | Claim Holder Name and Address   Docketed Total   $121,454.58<br>PTI ENGINEERED PLASTICS<br>ACCOUNTS PAYABLE<br>44850 CENTRE COURT EAST<br>CLINTON TOWNSHIP MI 48038<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $121,454.58<br>                                               $121,454.58 | Modified Total   $121,454.58<br><br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                         $620.00   $120,834.58<br>                                 $620.00   $120,834.58 |
| Claim: 1419<br>Date Filed:01/03/06<br>Docketed Total:  $13,700.00<br>Filing Creditor Name and Address<br> RAETECH CORPORATION<br> 4750 VENTURE DR STE 100<br> ANN ARBOR MI 48108 | Claim Holder Name and Address   Docketed Total   $13,700.00<br>RAETECH CORPORATION<br>4750 VENTURE DR STE 100<br>ANN ARBOR MI 48108<br><br>Case Number*   Secured   Priority      Unsecured<br>05-44481                         $13,700.00<br>                                 $13,700.00 | Modified Total   $13,700.00<br><br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                         $4,500.00   $9,200.00<br>                                 $4,500.00   $9,200.00 |
| Claim: 10583<br>Date Filed:07/25/06<br>Docketed Total:  $198,426.72<br>Filing Creditor Name and Address<br> RELIABLE CASTING CORP SIDNEY<br> DIV<br> 3530 SPRING GROVE AVE<br> CINCINNATI OH 45223 | Claim Holder Name and Address   Docketed Total   $198,426.72<br>RELIABLE CASTING CORP SIDNEY DIV<br>3530 SPRING GROVE AVE<br>CINCINNATI OH 45223<br><br>Case Number*   Secured   Priority      Unsecured<br>05-44481                         $37,324.15   $161,102.57<br><br>                                 $37,324.15   $161,102.57 | Modified Total   $53,190.30<br><br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                         $37,324.15   $15,866.15<br><br>                                 $37,324.15   $15,866.15 |

*See Exhibit G for a listing of debtor entities by case number            Page:  14 of 20

In re: Delphi Corporation, et al.                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11264**
Date Filed: 07/27/06
Docketed Total:   $673,272.82
Filing Creditor Name and Address
 REPUBLIC ENGINEERED PRODUCTS
 INC
 SCOTT N OPINCAR ESQ
 MCDONALD HOPKINS CO LPA
 600 SUPERIOR AVE E STE 2100
 CLEVELAND OH 44114

Claim Holder Name and Address   Docketed Total   $673,272.82
REPUBLIC ENGINEERED PRODUCTS INC
SCOTT N OPINCAR ESQ
MCDONALD HOPKINS CO LPA
600 SUPERIOR AVE E STE 2100
CLEVELAND OH 44114

Modified Total   $650,319.85

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $673,272.82 | 05-44640 | | $305,961.91 | $344,357.94 |
| | | | $673,272.82 | | | $305,961.91 | $344,357.94 |

---

**Claim: 11102**
Date Filed: 07/26/06
Docketed Total:   $1,872.50
Filing Creditor Name and Address
 ROSEMOUNT ANALYTICAL
 CUSTOMER FINANCIAL SERVICES
 12001 TECHNOLOGY DR AB03
 EDEN PRAIRIE MN 55344

Claim Holder Name and Address   Docketed Total   $1,872.50
ROSEMOUNT ANALYTICAL
CUSTOMER FINANCIAL SERVICES
12001 TECHNOLOGY DR AB03
EDEN PRAIRIE MN 55344

Modified Total   $1,872.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,340.00 | $532.50 | 05-44482 | | $1,340.00 | $532.50 |
| | | $1,340.00 | $532.50 | | | $1,340.00 | $532.50 |

---

**Claim: 1113**
Date Filed: 12/12/05
Docketed Total:   $88,587.35
Filing Creditor Name and Address
 SCHLEUNIGER INC
 87 COLIN DR
 MANCHESTER NH 03103

Claim Holder Name and Address   Docketed Total   $88,587.35
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

Modified Total   $85,998.25

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $88,587.35 | 05-44640 | | $32,565.75 | $53,432.50 |
| | | | $88,587.35 | | | $32,565.75 | $53,432.50 |

---

**Claim: 4409**
Date Filed: 05/02/06
Docketed Total:   $156,672.05
Filing Creditor Name and Address
 SCIENTIFIC TUBE INC
 IRA P GOLDBERG
 DI MONTE & LIZAK LLC
 216 W HIGGINS RD
 PARK RIDGE IL 60068

Claim Holder Name and Address   Docketed Total   $156,672.05
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Modified Total   $155,101.69

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $156,672.05 | 05-44640 | | $31,000.00 | $124,101.69 |
| | | | $156,672.05 | | | $31,000.00 | $124,101.69 |

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1611<br>Date Filed:01/19/06<br>Docketed Total:  $105,930.00<br>Filing Creditor Name and Address<br> SEPR CERAMIC BEADS AND POWDERS<br> A DIVISION OF SAINT GOBAIN<br> CERAMICS & PLASTICS INC<br> CAROL WALKER<br> SAINT GOBAIN CERAMICS AND<br> PLASTICS<br> 1600 WEST  LEE STREET<br> LOUISVILLE KY 40210 | Claim Holder Name and Address    Docketed Total    $105,930.00<br>SEPR CERAMIC BEADS AND POWDERS A<br>DIVISION OF SAINT GOBAIN CERAMICS &<br>PLASTICS INC<br>CAROL WALKER<br>SAINT GOBAIN CERAMICS AND<br>PLASTICS<br>1600 WEST  LEE STREET<br>LOUISVILLE KY 40210<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44481                            $35,310.00    $70,620.00<br>                                    $35,310.00    $70,620.00 | Modified Total    $105,930.00<br><br><br><br><br><br><br><br>Case Number*    Secured     Priority      Unsecured<br>05-44640                           $35,310.00    $70,620.00<br>                                   $35,310.00    $70,620.00 |
| Claim: 8775<br>Date Filed:06/30/06<br>Docketed Total:  $112,408.05<br>Filing Creditor Name and Address<br> SILICON LABORATORIES INC<br> CO JEFFRY A DAVIS DLA PIPER<br> RUDNICK<br> 401 B STREET STE 1700<br> SAN DIEGO CA 92101 | Claim Holder Name and Address    Docketed Total    $102,681.24<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44481                                        $102,681.24<br><br>                                                $102,681.24 | Modified Total    $102,681.24<br><br><br><br><br>Case Number*    Secured     Priority      Unsecured<br>05-44640                                       $102,681.24<br><br>                                               $102,681.24 |
|  | Claim Holder Name and Address    Docketed Total    $9,726.81<br>SILICON LABORATORIES INC<br>CO JEFFRY A DAVIS DLA PIPER<br>RUDNICK<br>401 B STREET STE 1700<br>SAN DIEGO CA 92101<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44481         $9,726.81                          $0.00<br>                 $9,726.81 | Modified Total    $9,726.81<br><br><br><br><br>Case Number*    Secured     Priority      Unsecured<br>05-44640                      $9,726.81<br>                              $9,726.81 |

*See Exhibit G for a listing of debtor entities by case number                    Page:  16  of  20

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8775 (Continued) | | |
| Claim: 6117<br>Date Filed: 05/17/06<br>Docketed Total:  $309,164.00<br>Filing Creditor Name and Address<br> SONY ELECTRONICS INC<br> ATTN TIMOTHY GRIEBERT<br> 1 SONY DR<br> PARK RIDGE NJ 07656 | Claim Holder Name and Address    Docketed Total    $309,164.00<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $309,164.00<br>                                  $309,164.00 | Modified Total    $309,164.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ $12,250.00 $296,914.00<br>                          $12,250.00 $296,914.00 |
| Claim: 8831<br>Date Filed: 06/30/06<br>Docketed Total:  $3,534,443.06<br>Filing Creditor Name and Address<br> SPX CORPORATION CONTECH<br> DIVISION<br> C O RONALD R PETERSON<br> JENNER & BLOCK LLP<br> ONE IBM PLAZA<br> CHICAGO IL 60611 | Claim Holder Name and Address    Docketed Total    $3,534,443.06<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $3,534,443.06<br>_____ _____<br>                                  $3,534,443.06 | Modified Total    $3,534,433.06<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ $938.28 $3,533,494.78<br>                          $938.28 $3,533,494.78 |
| Claim: 10439<br>Date Filed: 07/24/06<br>Docketed Total:  $76,900.00<br>Filing Creditor Name and Address<br> TADIRAN BATTERIES<br> ATTN SOL JACOBS<br> 2 SEAVIEW BL<br> PORT WASHINGTON NY 11050 | Claim Holder Name and Address    Docketed Total    $76,900.00<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $76,900.00<br>                                  $76,900.00 | Modified Total    $76,900.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ $11,524.40 $65,375.60<br>                          $11,524.40 $65,375.60 |
| Claim: 1438<br>Date Filed: 01/04/06<br>Docketed Total:  $791.97<br>Filing Creditor Name and Address<br> THE LIGHTING COMPANY<br> 1621 BROWNING<br> IRVINE CA 92606 | Claim Holder Name and Address    Docketed Total    $791.97<br>THE LIGHTING COMPANY<br>1621 BROWNING<br>IRVINE CA 92606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $791.97<br>                                  $791.97 | Modified Total    $791.97<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624 _____ _____ $791.97 _____<br>                          $791.97 |

*See Exhibit G for a listing of debtor entities by case number          Page:   17 of  20

In re: Delphi Corporation, et al.                                                                            Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13774<br>Date Filed:07/28/06<br>Docketed Total:  $1,708,509.29<br>Filing Creditor Name and Address<br> TOKICO USA INC<br> ATTN PAUL J RICOTTA ESQ AND<br> STEPHAN<br> MINTZ LEVIN COHN FERRIS<br> GLOVSKY AND<br> 666 THIRD AVE<br> NEW YORK NY 10017 | Claim Holder Name and Address   Docketed Total      $466.56<br>DEUTSCHE BANK SECURITIES INC<br>ATTN ROSS ROSENFELT & VIKAS<br>MADAN<br>60 WALL ST 3RD FL<br>NEW YORK NY 10005<br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                                          $466.56<br><br>                                          $466.56 | Modified Total       $466.56<br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                      $466.56<br><br>                      $466.56 |
|  | Claim Holder Name and Address   Docketed Total   $1,708,042.73<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                                   $1,708,042.73<br>                                           $1,708,042.73 | Modified Total  $1,706,975.81<br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                                   $1,706,975.81<br>                                           $1,706,975.81 |
| Claim: 2677<br>Date Filed:04/18/06<br>Docketed Total:   $2,552.56<br>Filing Creditor Name and Address<br> TRANSFER TOOL PRODUCTS INC<br> CO THOMAS G KING & DS HOLMGREN<br> KREIS ENDERLE CALLANDER &<br> HUDGINS E<br> PO BOX 4010<br> KALAMAZOO MI 49003-4010 | Claim Holder Name and Address   Docketed Total      $2,552.56<br>TRANSFER TOOL PRODUCTS INC<br>CO THOMAS G KING & DS HOLMGREN<br>KREIS ENDERLE CALLANDER &<br>HUDGINS E<br>PO BOX 4010<br>KALAMAZOO MI 49003-4010<br><br>Case Number*   Secured      Priority      Unsecured<br>05-44481                      $2,552.56<br>                              $2,552.56 | Modified Total       $2,552.56<br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                      $1,186.74   $1,365.82<br>                              $1,186.74   $1,365.82 |

In re: Delphi Corporation, et al.                                                                              Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10009<br>Date Filed:07/20/06<br>Docketed Total:  $88,505.44<br>Filing Creditor Name and Address<br> UNIFRAX CORPORATION<br> ATTN JULIA S KREHER ESQ<br> HODGSON RUSS LLP<br> ONE M&T PLAZA STE 2000<br> BUFFALO NY 14203 | Claim Holder Name and Address<br>UNIFRAX CORPORATION<br>ATTN JULIA S KREHER ESQ<br>HODGSON RUSS LLP<br>ONE M&T PLAZA STE 2000<br>BUFFALO NY 14203 | Docketed Total | | $88,505.44 | | | Modified Total | $87,587.37 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$88,505.44<br>$88,505.44 | Case Number*<br>05-44640 | Secured | Priority<br>$25,878.10<br>$25,878.10 | Unsecured<br>$61,709.27<br>$61,709.27 |
| Claim: 52<br>Date Filed:10/19/05<br>Docketed Total:  $114,852.50<br>Filing Creditor Name and Address<br> UNITED MACHINING INC<br> 6300 18 1/2 MILE RD<br> STERLING HEIGHTS MI 48314 | Claim Holder Name and Address<br>UNITED MACHINING INC<br>6300 18 1/2 MILE RD<br>STERLING HEIGHTS MI 48314 | Docketed Total | | $114,852.50 | | | Modified Total | $102,439.10 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$114,852.50<br>$114,852.50 | Case Number*<br>05-44640 | Secured | Priority<br>$1,532.85<br>$1,532.85 | Unsecured<br>$100,906.25<br>$100,906.25 |
| Claim: 7609<br>Date Filed:06/07/06<br>Docketed Total:  $402,499.83<br>Filing Creditor Name and Address<br> WAKO ELECTRONICS USA INC<br> ATTN W ROBINSON BEARD<br> C O STITES & HARBINSON<br> WAKO ELECTRONICS<br> 400 W MARKET ST STE 1800<br> LOUISVILLE KY 40202 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $402,499.83 | | | Modified Total | $402,499.83 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$402,499.83<br><br>$402,499.83 | Case Number*<br>05-44640 | Secured | Priority<br>$4,244.00<br><br>$4,244.00 | Unsecured<br>$398,255.83<br><br>$398,255.83 |
| Claim: 10208<br>Date Filed:07/21/06<br>Docketed Total:  $2,157,348.20<br>Filing Creditor Name and Address<br> WAMCO INC<br> PETER J GURFEIN<br> AKIN GUMP STRAUSS HAUER & FELD<br> 2029 CENTURY PARK E 24TH FL<br> LOS ANGELES CA 90067 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $2,157,348.20 | | | Modified Total | $2,157,348.20 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,157,348.20<br><br>$2,157,348.20 | Case Number*<br>05-44640 | Secured | Priority<br>$40,599.17<br><br>$40,599.17 | Unsecured<br>$2,116,749.03<br><br>$2,116,749.03 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   19 of  20

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11188<br>Date Filed:07/26/06<br>Docketed Total:  $119,859.25<br>Filing Creditor Name and Address<br> WIRE PRODUCTS INC<br> E MARK YOUNG ESQ<br> C O ROETZEL & ANDRESS LPA<br> 1375 E NINTH ST<br> ONE CLEVELAND CTR 9TH FL<br> CLEVELAND OH 44114 | Claim Holder Name and Address    Docketed Total      $119,859.25<br>WIRE PRODUCTS INC<br>E MARK YOUNG ESQ<br>C O ROETZEL & ANDRESS LPA<br>1375 E NINTH ST<br>ONE CLEVELAND CTR 9TH FL<br>CLEVELAND OH 44114 | Modified Total     $119,859.25 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $119,859.25 |
| | | | $119,859.25 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,733.72 | $110,125.53 |
| | | $9,733.72 | $110,125.53 |

Total Count of Claims:  64
Total Amount as Docketed:      $42,363,569.32
Total Amount as Modified:      $41,742,058.45

*See Exhibit G for a listing of debtor entities by case number              Page:   20  of  20

**EXHIBIT F-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 7836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$82,871.31<br>$82,871.31 | 06/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:        1                    $82,871.31

In re Delphi Corporation, et al.    Pg 139 of 170    Thirteenth Omnibus Claims Objection

**EXHIBIT F-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CALSONIC KANSEI NORTH AMERICA INC BOULT CUMMINGS CONNERS & BERRY PLC 1600 DIVISION ST STE 700 NASHVILLE, TN 37203 | 11162 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,867,106.33<br><br><br><br>$3,867,106.33 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CDW COMPUTER CENTERS INC PO BOX 5126 TIMONIUM, MD 21094 | 1659 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$885.80<br>$885.80 | 01/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CDW COMPUTER CENTERS INC PO BOX 5126 TIMONIUM, MD 21094 | 419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$132.69<br>$132.69 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| CROWN ENTERPRISES INC STEINBERG SHAPIRO & CLARK 24901 NORTHWESTERN HWY STE 611 SOUTHFIELD, MI 48075 | 11129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$269,135.33<br>$269,135.33 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE 290 BROADWAY 5TH FL NEW YORK, NY 10007 | 14154 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,281.26<br><br><br><br>$9,281.26 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| HIDRIA USA 202 BEECHTREE BLVD GREENVILLE, SC 29605 | 3734 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$30,248.78<br>$30,248.78 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MSX INTERNATIONAL INC HONIGMAN MILLER SCHWARTZ AND COHN L 2290 FIRST NATIONAL BLDG 660 WOODWARD AVE DETROIT, MI 48226 | 11425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$90,809.43<br>$90,809.43 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC 2 GREENWICH PLZ GREENWICH, CT 06830 | 9107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$98,067.90<br>$98,067.90 | 07/07/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

05-44481-rdd    Doc 8101-2    Filed 05/30/07    Entered 05/30/07 15:37:09    Exhibit B

In re Delphi Corporation, et al.                Pg 140 of 170                Thirteenth Omnibus Claims Objection

**EXHIBIT F-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TOYOTA MOTOR CORPORATION FROST BROWN TODD LLC 250 WEST MAIN STREET SUITE 2700 LEXINGTON, KY 40507 | 15533 | Secured: Priority: Administrative: Unsecured: Total: | $51,342.00 $51,342.00 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| WACHOVIA BANK NA SUCCESSOR BY MERGER TO SOUTHTRUST BANK BURR & FORMAN LLP 420 N 20TH STREET SUITE 3100 BIRMINGHAM, AL 35203 | 14913 | Secured: Priority: Administrative: Unsecured: Total: | $6,656,624.92 $6,656,624.92 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:        10                        $11,073,634.44

05-44481-rdd    Doc 8101-2    Filed 05/30/07    Entered 05/30/07 15:37:09    Exhibit B

In re Delphi Corporation, et al.                Pg 141 of 170            Thirteenth Omnibus Claims Objection

## EXHIBIT F-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BAY COUNTY TAX COLLECTOR<br>239 E 4TH ST<br>PANAMA CITY, FL 32401 | 16559 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $16,270.91<br><br><br><br>$16,270.91 | 03/01/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARICOPA COUNTY TREASURER<br>HEBERT SCHENK PC<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16477 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,742.82<br><br><br><br>$4,742.82 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 16467 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$15,000,000.00<br>$15,000,000.00 | 12/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 3 | $15,021,013.73 | | | |

In re Delphi Corporation, et al.                                    Thirteenth Omnibus Claims Objection

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13015 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13036 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13024 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13026 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13027 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13007 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13009 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13025 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13033 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 12998 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 12999 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13006 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13020 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13028 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13029 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13031 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

05-44481-rdd    Doc 8101-2    Filed 05/30/07    Entered 05/30/07 15:37:09    Exhibit B

In re Delphi Corporation, et al.    Pg 144 of 170    Thirteenth Omnibus Claims Objection

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13005 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13012 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13017 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13019 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13023 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 12997 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13034 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASPIRE, INC (05-44618) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13037 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13000 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13004 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13013 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13016 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13018 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13010 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13022 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI RECEIVABLES LLC (05-47459) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13030 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DREAL INC (05-44627) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13032 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13038 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13001 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13002 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CHINA LLC (05-44577) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13003 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13008 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13011 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13014 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13035 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LLC (05-44615) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13021 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | MOBILEARIA, INC. (05-47474) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13297 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13331 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13305 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13306 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13310 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13312 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI RECEIVABLES LLC (05-47459) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13317 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13328 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13329 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13330 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13296 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13309 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13313 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13320 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DREAL INC (05-44627) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13332 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13295 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13307 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13308 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13314 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13292 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13300 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13301 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13327 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13294 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13318 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13323 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13299 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13326 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13303 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13304 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13311 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | MOBILEARIA, INC. (05-47474) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13315 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13319 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13333 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13293 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CHINA LLC (05-44577) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13298 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13316 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13321 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13322 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13324 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASPIRE, INC (05-44618) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13325 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LLC (05-44615) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13302 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13069 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13057 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13059 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13060 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13061 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13064 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CHINA LLC (05-44577) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13066 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13041 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13046 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13055 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13067 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13070 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13074 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13039 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | MOBILEARIA, INC. (05-47474) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13044 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13049 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13050 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13054 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13056 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13058 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |

05-44481-rdd    Doc 8101-2    Filed 05/30/07    Entered 05/30/07 15:37:09    Exhibit B

In re Delphi Corporation, et al.                    Pg 155 of 170        Thirteenth Omnibus Claims Objection

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13068 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13053 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LLC (05-44615) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13062 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13065 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13071 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13072 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13076 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13040 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI RECEIVABLES LLC (05-47459) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13043 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13063 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13077 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13073 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13042 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13045 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13047 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13048 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DREAL INC (05-44627) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13051 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13075 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13078 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13079 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13080 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13052 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASPIRE, INC (05-44618) |

Total:    126                $0.00

05-44481-rdd    Doc 8101-2    Filed 05/30/07    Entered 05/30/07 15:37:09    Exhibit B

In re Delphi Corporation, et al.          Pg 158 of 170          Thirteenth Omnibus Claims Objection

## EXHIBIT F-5 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BEST FOAM FABRICATORS INC<br>9633 S COTTAGE GROVE<br>CHICAGO, IL 60628 | 16550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$40,680.44<br>$40,680.44 | 02/22/2007 | DELPHI CORPORATION (05-44481) |
| BRADFORD INDUSTRIES INC<br>1857 MIDDLESEX ST<br>LOWELL, MA 01851 | 16564 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$60,814.07<br>$60,814.07 | 03/05/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MOTION INDUSTRIES INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | 16416 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,198.43<br><br><br>$835,355.82<br>$877,554.25 | 11/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:     3          $979,048.76

In re Delphi Corporation, et al.                                    Thirteenth Omnibus Claims Objection

## EXHIBIT F-6 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE 100 W RANDOLPH ST LEVEL 7 425 CHICAGO, IL 60601 | 16470 | Secured: Priority: Administrative: Unsecured: Total: | $222,477.02 $35,181.75 $257,658.77 | 01/03/2007 | DELPHI CORPORATION (05-44481) |

Total:        1                          $257,658.77

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9105<br>Date Filed:07/07/06<br>Docketed Total:  $277,159.38<br>Filing Creditor Name and Address<br>  BRUSH WELLMAN INC<br>  C O JEAN ROBERTSON<br>  MCDONALD HOPKINS CO LPA<br>  600 SUPERIOR AVENUE EAST STE<br>  2100<br>  CLEVELAND OH 44114 | Claim Holder Name and Address    Docketed Total    $277,159.38<br>BRUSH WELLMAN INC<br>C O JEAN ROBERTSON<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVENUE EAST STE<br>2100<br>CLEVELAND OH 44114<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                               $277,159.38<br>                                       $277,159.38 | Modified Total    $246,462.28<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $31,044.61    $215,417.67<br>                            $31,044.61    $215,417.67 |
| Claim: 9760<br>Date Filed:07/18/06<br>Docketed Total:   $4,041,686.30<br>Filing Creditor Name and Address<br>  CATALER NORTH AMERICA CORP<br>  2002 CATALER DR<br>  LINCOLNTOWN NC 28092 | Claim Holder Name and Address    Docketed Total    $4,041,686.30<br>SPECIAL SITUATIONS INVESTING GROUP<br>INC<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $18,298.73    $4,023,387.57<br>                            $18,298.73    $4,023,387.57 | Modified Total    $4,041,686.30<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $18,298.73    $4,023,387.57<br>                            $18,298.73    $4,023,387.57 |
| Claim: 12691<br>Date Filed:07/28/06<br>Docketed Total:   $1,539,602.72<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF CAMOPLAST<br>  INCORPORATED<br>  CONTRARIAN FUNDS LLC<br>  ATTN ALPA JIMENEZ<br>  411 WEST PUTNAM AVENUE STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $1,539,602.72<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>CAMOPLAST INCORPORATED<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $98,196.60    $1,441,406.12<br><br>                            $98,196.60    $1,441,406.12 | Modified Total    $1,529,102.05<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $88,544.81    $1,440,557.24<br><br>                            $88,544.81    $1,440,557.24 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10381<br>Date Filed:07/24/06<br>Docketed Total:  $166,195.72<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF ETCO<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total      $166,195.72<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>ETCO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                                      $166,195.72<br>                                              $166,195.72 | Modified Total      $166,195.72<br><br><br><br><br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                          $1,072.80    $165,122.92<br>                                  $1,072.80    $165,122.92 |
| Claim: 12689<br>Date Filed:07/28/06<br>Docketed Total:  $176,114.66<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF FLOW DRY<br> TECHNOLOGY LTD<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 WEST PUTNAM AVENUE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total      $176,114.66<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>FLOW DRY TECHNOLOGY LTD<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                     $42,727.58    $133,387.08<br><br>                             $42,727.58    $133,387.08 | Modified Total      $174,308.42<br><br><br><br><br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                     $42,727.58    $131,580.84<br><br>                             $42,727.58    $131,580.84 |
| Claim: 9796<br>Date Filed:07/18/06<br>Docketed Total:  $572,033.91<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF HITCHINER<br> MANUFACTURING CO INC<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total      $572,033.91<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>HITCHINER MANUFACTURING CO INC<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                      $8,179.67    $563,854.24<br><br>                              $8,179.67    $563,854.24 | Modified Total      $572,033.91<br><br><br><br><br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                      $8,179.67    $563,854.24<br><br>                              $8,179.67    $563,854.24 |

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10382<br>Date Filed:07/24/06<br>Docketed Total:  $210,732.14<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF MTD TECHNOLOGIES<br> INC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $210,732.14<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>MTD TECHNOLOGIES INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $16,294.70    $194,437.44<br>                            $16,294.70    $194,437.44 | Modified Total    $210,732.14<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $16,294.70    $194,437.44<br>                            $16,294.70    $194,437.44 |
| Claim: 12669<br>Date Filed:07/28/06<br>Docketed Total:  $1,087,184.23<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF OMRON DUALTEC<br> AUTOMOTIVE ELECTRONICS INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $1,087,184.23<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>OMRON DUALTEC AUTOMOTIVE<br>ELECTRONICS INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $85,411.74    $1,001,772.49<br>                            $85,411.74    $1,001,772.49 | Modified Total    $1,030,332.89<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $85,411.74    $944,921.15<br>                            $85,411.74    $944,921.15 |
| Claim: 9792<br>Date Filed:07/18/06<br>Docketed Total:  $214,580.56<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PAX MACHINE WORKS<br> INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $214,580.56<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PAX MACHINE WORKS INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $865.58    $213,714.98<br>                            $865.58    $213,714.98 | Modified Total    $214,580.56<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $865.58    $213,714.98<br>                            $865.58    $213,714.98 |

In re: Delphi Corporation, et al.

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 12690<br>Date Filed:07/28/06<br>Docketed Total:  $865,517.60<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SCHAEFFLER CANADA<br> INC<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 WEST PUTNAM AVENUE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $865,517.60<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SCHAEFFLER CANADA INC<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830 | | Modified Total    $865,517.60 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                 $80,774.09    $784,743.51<br>                        _____<br>                          $80,774.09    $784,743.51 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                 $80,774.09    $784,743.51<br>                          $80,774.09    $784,743.51 | |
| Claim: 9791<br>Date Filed:07/18/06<br>Docketed Total:  $299,745.20<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SP DIV NMC LLC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $299,745.20<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SP DIV NMC LLC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830 | | Modified Total    $299,745.20 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                  $5,367.21    $294,377.99<br>                            $5,367.21    $294,377.99 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                  $5,367.21    $294,377.99<br>                            $5,367.21    $294,377.99 | |
| Claim: 12692<br>Date Filed:07/28/06<br>Docketed Total:  $3,398,927.24<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF STRATTEC SECURITY<br> CORP<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $3,398,927.24<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>STRATTEC SECURITY CORP<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | Modified Total    $3,395,680.90 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                 $43,124.50    $3,355,802.74<br>                        _____<br>                          $43,124.50    $3,355,802.74 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                 $43,124.50    $3,352,556.40<br>                          $43,124.50    $3,352,556.40 | |

In re: Delphi Corporation, et al.

Thirteenth Omnibus Objection

### EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9793<br>Date Filed:07/18/06<br>Docketed Total: $568,283.69<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF WHIRLAWAY<br> CORPORATION<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $568,283.69<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>WHIRLAWAY CORPORATION<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830 | | | | Modified Total    $557,025.45 | | | |
| | **Case Number\***    Secured | | **Priority**<br>$26,238.62<br>_____<br>$26,238.62 | **Unsecured**<br>$542,045.07<br>_____<br>$542,045.07 | **Case Number\***    Secured<br>05-44640 | | **Priority**<br>$26,238.62<br>_____<br>$26,238.62 | **Unsecured**<br>$530,786.83<br>_____<br>$530,786.83 |
| | 05-44640 | | | | | | | |
| Claim: 11279<br>Date Filed:07/27/06<br>Docketed Total: $34,432.00<br>Filing Creditor Name and Address<br> CTS OF CANADA CO<br> 171 COVINGTON DR<br> BLOOMINGTON IL 60108 | Claim Holder Name and Address    Docketed Total    $24,300.00<br>BEAR STEARNS INVESTMENT PRODUCTS<br>INC<br>ATTN LAURA L TORRADO<br>383 MADISON AVE<br>NEW YORK NY 10179 | | | | Modified Total    $24,300.00 | | | |
| | **Case Number\***    Secured<br>05-44640 | | **Priority**<br>$3,120.45<br>$3,120.45 | **Unsecured**<br>$21,179.55<br>$21,179.55 | **Case Number\***    Secured<br>05-44640 | | **Priority**<br>$3,120.45<br>$3,120.45 | **Unsecured**<br>$21,179.55<br>$21,179.55 |
| | Claim Holder Name and Address    Docketed Total    $10,132.00<br>CTS OF CANADA CO<br>171 COVINGTON DR<br>BLOOMINGTON IL 60108 | | | | Modified Total    $0.00 | | | |
| | **Case Number\***    Secured<br>05-44640 | | **Priority**<br>$0.00 | **Unsecured**<br>$10,132.00 | **Case Number\***    Secured | | **Priority** | **Unsecured** |
| Claim: 8946<br>Date Filed:07/05/06<br>Docketed Total: $653,356.73<br>Filing Creditor Name and Address<br> EPCOS INC<br> ATTN DAVID N CRAPO ESQ<br> GIBBONS PC<br> ONE GATEWAY CTR<br> NEWARK NJ 07102-5310 | Claim Holder Name and Address    Docketed Total    $653,356.73<br>EPCOS INC<br>ATTN DAVID N CRAPO ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK NJ 07102-5310 | | | | Modified Total    $653,356.73 | | | |
| | **Case Number\***    Secured<br>05-44481 | | **Priority** | **Unsecured**<br>$653,356.73<br>$653,356.73 | **Case Number\***    Secured<br>05-44640 | | **Priority**<br>$72,949.27<br>$72,949.27 | **Unsecured**<br>$580,407.46<br>$580,407.46 |

In re: Delphi Corporation, et al.                                                                                                    Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16570<br>Date Filed:03/12/07<br>Docketed Total:  $337,154.09<br>Filing Creditor Name and Address<br> GCI TECHNOLOGIES INC<br> 1301 PRECISION DR<br> PLANO TX 75074 | Claim Holder Name and Address<br>GCI TECHNOLOGIES INC<br>1301 PRECISION DR<br>PLANO TX 75074 | Docketed Total | | $337,154.09 | | Modified Total | | $330,859.27 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$5,981.92<br>$5,981.92 | Unsecured<br>$331,172.17<br>$331,172.17 | Case Number*<br>05-44640 | Secured | Priority<br>$5,981.92<br>$5,981.92 | Unsecured<br>$324,877.35<br>$324,877.35 |
| Claim: 4427<br>Date Filed:05/02/06<br>Docketed Total:  $139,123.46<br>Filing Creditor Name and Address<br> HAMMOND GROUP INC<br> 1414 FIELD ST BLDG B<br> HAMMOND IN 46320-173 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $139,123.46 | | Modified Total | | $136,367.30 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$15,397.30<br>$15,397.30 | Unsecured<br>$123,726.16<br>$123,726.16 | Case Number*<br>05-44640 | Secured | Priority<br>$15,397.30<br>$15,397.30 | Unsecured<br>$120,970.00<br>$120,970.00 |
| Claim: 9540<br>Date Filed:07/14/06<br>Docketed Total:  $39,111.67<br>Filing Creditor Name and Address<br> HOLLINGSWORTH & VOSE CO<br> 112 WASHINGTON ST<br> EAST WALPOLE MA 02032-100 | Claim Holder Name and Address<br>HOLLINGSWORTH & VOSE CO<br>112 WASHINGTON ST<br>EAST WALPOLE MA 02032-100 | Docketed Total | | $39,111.67 | | Modified Total | | $15,157.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$39,111.67<br>$39,111.67 | Case Number*<br>05-44640 | Secured | Priority<br>$5,984.96<br>$5,984.96 | Unsecured<br>$9,173.00<br>$9,173.00 |
| Claim: 15458<br>Date Filed:07/31/06<br>Docketed Total:  $100,584.84<br>Filing Creditor Name and Address<br> LIQUIDITY SOLUTIONS INC DBA<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF HEXCEL CORPORATION<br> JEFFREY L CARESS<br> ONE UNIVERSITY PLAZA SUITE 312<br> HACKENSACK NJ 7601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $100,584.84 | | Modified Total | | $100,584.84 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$100,584.84<br><br>$100,584.84 | Case Number*<br>05-44640 | Secured | Priority<br>$33,980.58<br><br>$33,980.58 | Unsecured<br>$66,604.26<br><br>$66,604.26 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15211<br>Date Filed:07/31/06<br>Docketed Total: $1,352,891.10<br>Filing Creditor Name and Address<br> MILLENNIUM INDUSTRIES<br> CORPORATION<br> C O JOHN P HENSIEN AND SUSANNA<br> C BR<br> CLARK HILL PLC<br> 500 WOODWARD AVE STE 3500<br> DETROIT MI 48226-3435 | Claim Holder Name and Address    Docketed Total    $1,352,891.10<br>MILLENNIUM INDUSTRIES CORPORATION<br>C O JOHN P HENSIEN AND SUSANNA<br>C BR<br>CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT MI 48226-3435 | | | | Modified Total    $591,576.77 | | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$704,727.68<br>_____<br>$704,727.68 | Unsecured<br>$648,163.42<br>_____<br>$648,163.42 | Case Number*<br>05-44640 | Secured | Priority<br>$1,942.04<br>_____<br>$1,942.04 | Unsecured<br>$589,634.73<br>_____<br>$589,634.73 |
| Claim: 10218<br>Date Filed:07/21/06<br>Docketed Total: $220,167.50<br>Filing Creditor Name and Address<br> MILLWOOD INC DBA LIBERTY<br> INDUSTRIES INC<br> C O SAM O SIMMERMAN ESQ<br> KRUGLIAK WILKINS GRIFFITHS &<br> DOUGHE<br> 4775 MUNSON ST NW<br> PO BOX 36963<br> CANTON OH 44735-6963 | Claim Holder Name and Address    Docketed Total    $220,167.50<br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>C O SAM O SIMMERMAN ESQ<br>KRUGLIAK WILKINS GRIFFITHS &<br>DOUGHE<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON OH 44735-6963 | | | | Modified Total    $220,167.50 | | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$55,995.04<br>$55,995.04 | Unsecured<br>$164,172.46<br>$164,172.46 | Case Number*<br>05-44640 | Secured | Priority<br>$3,946.75<br>$3,946.75 | Unsecured<br>$216,220.75<br>$216,220.75 |
| Claim: 13815<br>Date Filed:07/31/06<br>Docketed Total: $223,843.01<br>Filing Creditor Name and Address<br> MULTEK FLEXIBLE CIRCUITS INC<br> ET AL<br> C O STEVEN J REISMAN ESQ<br> CURTIS MALLET PREVOST COLT &<br> MOSLE<br> 101 PARK AVE<br> NEW YORK NY 10178-0061 | Claim Holder Name and Address    Docketed Total    $223,843.01<br>MULTEK FLEXIBLE CIRCUITS INC ET AL<br>C O STEVEN J REISMAN ESQ<br>CURTIS MALLET PREVOST COLT &<br>MOSLE<br>101 PARK AVE<br>NEW YORK NY 10178-0061 | | | | Modified Total    $173,461.71 | | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$28,136.03<br>_____<br>$28,136.03 | Unsecured<br>$195,706.98<br>_____<br>$195,706.98 | Case Number*<br>05-44640 | Secured | Priority<br>$11,801.03<br>_____<br>$11,801.03 | Unsecured<br>$161,660.68<br>_____<br>$161,660.68 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   7 of 9

In re: Delphi Corporation, et al.                                                                        Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11053<br>Date Filed:07/26/06<br>Docketed Total:  $3,725,211.05<br>Filing Creditor Name and Address<br> MURATA ELECTRONICS NORTH<br> AMERICA INC<br> ATTN TREASURER CORP<br> CONTROLLER<br> 2200 LAKE PARK DR<br> SMYRNA GA 30080-7604 | Claim Holder Name and Address    Docketed Total    $3,725,211.05<br>MURATA ELECTRONICS NORTH AMERICA<br>INC<br>ATTN TREASURER CORP<br>CONTROLLER<br>2200 LAKE PARK DR<br>SMYRNA GA 30080-7604<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $33,926.12    $111,941.07    $3,579,343.86<br>    $33,926.12    $111,941.07    $3,579,343.86 | Modified Total    $3,717,844.93<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $111,941.07    $3,605,903.86<br>        $111,941.07    $3,605,903.86 |
| Claim: 15222<br>Date Filed:07/31/06<br>Docketed Total:  $392,351.79<br>Filing Creditor Name and Address<br> NOVELIS CORP<br> 6060 PKLAND BLVD<br> CLEVELAND OH 44124-4185 | Claim Holder Name and Address    Docketed Total    $392,351.79<br>NOVELIS CORP<br>6060 PKLAND BLVD<br>CLEVELAND OH 44124-4185<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $33,090.25    $359,261.54<br>        $33,090.25    $359,261.54 | Modified Total    $392,351.79<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $33,090.25    $359,261.54<br>        $33,090.25    $359,261.54 |
| Claim: 15627<br>Date Filed:07/31/06<br>Docketed Total:  $147,402.29<br>Filing Creditor Name and Address<br> PREMIER PRODUCTS INC<br> 3030 KERSTEN CT<br> KALAMAZOO MI 49048 | Claim Holder Name and Address    Docketed Total    $147,402.29<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640            $147,402.29<br>            $147,402.29 | Modified Total    $141,620.92<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $10,671.05    $130,949.87<br>        $10,671.05    $130,949.87 |
| Claim: 14137<br>Date Filed:07/31/06<br>Docketed Total:  $2,752,068.75<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> FUJIKOKI AMERICA INC<br> BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $2,752,068.75<br>SPECIAL SITUATIONS INVESTING GROUP<br>INC<br>ATTN AL DOMBROWSKI<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK NY 10004<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640            $2,752,068.75<br>            $2,752,068.75 | Modified Total    $2,752,068.75<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $102,600.39    $2,649,468.36<br>        $102,600.39    $2,649,468.36 |

*See Exhibit G for a listing of debtor entities by case number                     Page:   8 of 9

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12257<br>Date Filed:07/28/06<br>Docketed Total:   $217,822.60<br>Filing Creditor Name and Address<br> STANLEY ELECTRIC SALES OF<br> AMERICA INC<br> C O MARK T FLEWELLING ESQ<br> AFRCT LLP<br> 199 S LOS ROBLES AVE STE 600<br> PASADENA CA 91101 | Claim Holder Name and Address    Docketed Total    $217,822.60<br>STANLEY ELECTRIC SALES OF AMERICA<br>INC<br>C O MARK T FLEWELLING ESQ<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA CA 91101<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567    $21,450.40    $196,372.20<br>    $21,450.40    $196,372.20 | Modified Total    $217,822.60<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567    $43,264.40    $174,558.20<br>    $43,264.40    $174,558.20 |
| Claim: 12374<br>Date Filed:07/28/06<br>Docketed Total:   $33,257.86<br>Filing Creditor Name and Address<br> ZELLER ELECTRIC OF ROCHESTER<br> INC AKA ZELLER ELECTRIC INC<br> ATTN JOHN K MCANDREW<br> WOODS OVIATT GILMAN LLP<br> 700 CROSSROADS BUILDING<br> 2 STATE ST<br> ROCHESTER NY 14614 | Claim Holder Name and Address    Docketed Total    $33,257.86<br>ZELLER ELECTRIC OF ROCHESTER INC<br>AKA ZELLER ELECTRIC INC<br>ATTN JOHN K MCANDREW<br>WOODS OVIATT GILMAN LLP<br>700 CROSSROADS BUILDING<br>2 STATE ST<br>ROCHESTER NY 14614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $33,257.86<br>    $33,257.86 | Modified Total    $33,257.86<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $4,000.00    $29,257.86<br>    $4,000.00    $29,257.86 |

<div align="right">

Total Count of Claims:   28
Total Amount as Docketed:        $23,786,542.09
Total Amount as Modified:        $22,804,202.35

</div>

**In re: Delphi Corporation, et. al.**                                    **Thirteenth Omnibus Objection**

**Exhibit G - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44484 | ASEC SALES GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44529 | DELPHI MEDICAL SYSTEMS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC |
| 05-44558 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 05-44567 | DELPHI TECHTRONIC SYSTEMS, INC |
| 05-44589 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 05-44596 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |