Hearing Date and Time: May 31, 2007 @10:00 a.m.

NUTTER, MCCLENNEN & FISH, LLP
Peter Nils Baylor, Esq.
Jesse I. Redlener, Esq.
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 439-2000

*Counsel to Hollingsworth & Vose Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (BRL) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF HOLLINGSWORTH & VOSE CO.'S RESPONSE TO
DEBTORS' OBJECTION TO CLAIM NO. 9540**

Hollingsworth & Vose Co. ("H&V"), hereby seeks to withdraw its response to the Debtors' objection to its claim (the "Response") document No. 8036 to the *Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A)Insufficiently Documented Claims, (B) Claims Not Reflected on the Debtors Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification and Claims Subject to Reclamation Agreement*.

WHEREFORE, H&V, requests that the Court withdraw its Response and remove the contested matter from the Court's hearing calendar for May 31, 2007.

Respectfully submitted,

**HOLLINGSWORTH & VOSE COMAPNY**

By its attorneys,

/s/ Peter Nils Baylor
Peter Nils Baylor, Esq. (PNB 5248)
Jesse I. Redlener, Esq. (JIR 4082)
NUTTER, MCCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

May 30, 2007

1634320.1

NUTTER, MCCLENNEN & FISH, LLP
Peter Nils Baylor, Esq.
Jesse I. Redlener, Esq.
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 439-2000

*Counsel to Hollingsworth & Vose Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (BRL) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Peter Nils Baylor, hereby certify that on May 30, 2007, I caused a true and correct copy of the *Withdrawal of Hollingsworth & Vose Co.'s Response to Debtors' Objection to Claim No. 9540* to be served upon all parties who receive notice via the Court's CM/ECF electronic filing system and to the following parties by regular mail, postage prepaid unless otherwise indicated:

The Honorable Robert D. Drain
United States Bankruptcy Judge
Chambers/Courtroom: 610
One Bowling Green
New York, NY 10004-1408
**Via Overnight Mail**

Skadden Arps, Slate, Meagher & Flom LLP
Attn: John W. Butler, Jr.
Attn: John Lyons
Attn: Joseph Wharton
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Simpson Thatcher & Bartlett, LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY 10017 |
| Davis Polk & Wardell<br>Attn: Donald Bernstein<br>Attn: Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10022 | Latham & Watkins LLP<br>Attn: Robert J. Rosenberg<br>Attn: Mark A. Broude<br>885 Third Avenue<br>New York, NY 10022 |
| Fried, Frank, Harris, Shriver &<br>Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 | Office of the U.S. Trustee<br>Southern District of New York<br>Attn: Alicia M. Leonard<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |

Dated:  May 30, 2007

/s/ Peter Nils Baylor
Peter Nils Baylor, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604
(617) 439-2000

1633954.1