UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re : | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of (i) ***Richard Janes' Responses to Debtors' First Request for Production of Documents and (ii) Richard Janes' Responses to Debtors' First Set of Interrogatories*** was served on the parties listed below via U.S. First Class Mail on the 24th day of May, 2007.

| | |
|---|---|
| Albert L. Hogan, III, Esq.<br>Christopher P. Connors, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr., Ste. 2100<br>Chicago, IL 60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |

                                           SCHAFER AND WEINER, PLLC
                                           Attorneys for Richard Janes

                               By:   /s/ Ryan D. Heilman
                                               Ryan D. Heilman (RH-8406)
                                           40950 Woodward Ave., Ste. 100
                                           Bloomfield Hills, MI 48304
                                           (248) 540-3340
                                           rheilman@schaferandweiner.com

Dated: May 24, 2007

{00132806}