UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: } | CHAPTER 11 |
| DELPHI CORPORATION, et al., } | CASE NO. 05-44481 (RDD) |
| Debtors. } | (Jointly Administered) |

### RESPONSE OF HENMAN ENGINEERING & MACHINE, INC. TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) AND CLASSIFICATION OF CLAIMS AS "…(F) CLAIMS SUBJECT TO MODIFICATION"

Comes now Henman Engineering & Machine, Inc. by counsel Gregory A. Huffman of DeFur Voran LLP, 201 East Jackson Street – Suite 400, Muncie, IN 47305 and in response to the "Debtors' Thirteenth Omnibus Objection (Substantive) pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to certain …(F) Claims Subject to Modification" states as follows:

1. On January 30, 2006 Henman filed its Proof of Claim 1 of 3 (Claim No. 1716) and Claim 3 of 3 (Claim No. 1714) in this court. Claim 2 of 3 (Claim No. 1715) was also filed but no objections have been raised to Henman's Claim 2 of 3.

2. During the Debtors' review of the Proof of Claim, the Debtors have determined that Henman's Claim 1714 and Claim 1716 were overstated and were filed and docketed against the wrong Debtors.

3. Henman does not object to the assertion that its claims should have been filed in Case No. 005-44640 against Delphi Automotive Systems, LLC rather than in Case No. 05-44596 against Delphi Automotive Systems (Holding), Inc.

4. Henman does object to its Claim 1716 being reduced to $214,500.00 from the original amount claimed of $282,500.00 and its Claim 1714 being reduced to $1,011.90 from the original amount of $2,002.09.

5. Set forth in the Proofs of Claim previously filed with the Court was documentation sufficient to establish prima facie right to payment. As further explanation setting forth the reason why the Claim No. 1716 should not be disallowed is attached a 7-page summary of the factual situation explaining the purchase orders which were not accurately understood by the Debtor. Said concise statement is attached hereto, made a part hereof, and marked "Exhibit 1."

6. The claimant affirms that its full claim in the amount of $282,500.00 is due and owing and should be approved and paid.

7. Modified Claim 1714 disallows expedited costs for rush delivery. The invoices for the expedited costs of rush delivery are attached directly to Claim 1714 and were negotiated and paid by the Debtor

routinely prior to bankruptcy and no disallowance of negotiated expedited costs has not been paid by the Debtor pre-bankruptcy.

8. Claimant affirms that its full claim in the amount of $2,002.09 is due and owing and should be approved and paid.

9. The claims filed by Henman are not contingent or fully or partially unliquidated.

10. Any response of the Debtors should be mailed to counsel for the claimant, the same being Gregory A. Huffman of DeFur Voran LLP, 201 East Jackson Street – Suite 400, Muncie, IN 47305.

WHEREFORE, the Claimant, Henman Engineering and Machine, Inc. prays the objection to the full amount of its Claim 1714 and its Claim 1716 be withdrawn and the full amount of the claims paid from the assets of the Debtor.

**DeFUR VORAN LLP**

By: _____
Gregory A. Huffman, ID No. 7833-18
201 East Jackson Street – Suite 400
Muncie, IN 47305
Telephone: (765) 288-3651
Facsimile: (765) 288-7068

**ATTORNEYS FOR CLAIMANT**

The undersigned, Thomas Henman, President of Henman Engineering & Machine, Inc. states under penalties for perjury that the information contained in this response is true and correct to the best of his knowledge and belief.

_____
Thomas Henman, President

**CERTIFICATE OF SERVICE**

I hereby certify this __22nd__ day of May 2007 that a copy of the above and foregoing document was sent by United Parcel Service (UPS) for overnight delivery to:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: General Counsel

Skadden Arps Slate Meagher and Flom, LLP
333 West Wacker Drive • Suite 2100
Chicago, IL 60606
Attention: John Wm Butler, Jr.
Joseph K. Lyons
Joseph N. Wharton

_____
Gregory A. Huffman

# Henman Engineering & Machine, Inc.
### 3301 W. Mt. Pleasant Blvd.
### P. O. Box 2633
### Muncie, IN 47307-0633
### Phone: (765) 288-8098   Fax: (765) 288-5081

May 4, 2007
Greg Huffman
DeFur & Voran

Subject: Delphi claim 1 of 3 for $282,500.00

Exhibit E-1 - Claims subject to modification shows claim as docketed to be $282,500.00 and claim as modified as $214,500.00 .

The difference is $68,000 which corresponds to our invoices 85515 and 85516. Both invoices are unpaid and are due to Henman Engineering and Machine, Inc. We offer the following trail of quotes, purchase orders, and invoices for this amount of $68,000.

1. Our quote of 12/8/2004 to Mark Putnam shows tooling costs for type 12 and type 13 front and rear heads. (copy attached) The total tooling amounts were $56,000 for rear heads and $80,000 for front heads. We treated this project as a single project including both type 12 and 13 parts.

2. Delphi chose to treat this project as two separate projects. As a result 4 different purchase orders were written applying ½ of the cost for fronts to each of two separate orders and ½ of the cost for rears to each of two separate orders. As a result we received 4 different purchase orders. They are DYS81653 , DYS81652, DYS81655, and DYS81654. (copies attached)

3. Upon completion of the project we issued 4 separate invoices. The invoices were 85280, 85515, 85281, and 85516.

4. On May 6, 2005 we received payment of $28,000 for invoice 85280. (Delphi reference number 90049742)

5. On May 9, 2005 we received payment of $40,000 for invoice 85281. (Delphi reference number 90049912)

6. No payment has been received for invoices 85515 and 85516. These invoices apply to type 13 front and rear heads. (Part numbers 6570299 rear head and 6570302 front head.) Delphi owes $28,000 for invoice 85515 and $40,000 for invoice 85516.

Thomas Henman



Revision: 04/23/99

# Henman Engineering & Machine, Inc.
3301 W. Mt. Pleasant Blvd.
P. O. Box 2633
Muncie, IN 47307-0633
Phone: (765) 288-8098   Fax: (765) 288-5081

12/8/2004

Delphi

Attn: Mark Putnam

Subject: Volume of 630/day Type 12 & Type 13 front and rear heads

Reference: Request of 12/7/04

We estimate the cost for providing machining on front and rear heads as submitted below.

|  | Front Head Unit Price | Rear Head Unit Price |
|---|---|---|
| Initial Price: | $3.280 | $3.150 |
| Price after 18 months: | $3.037 | $2.908 |
| Tooling: | $41,000 | $24,000 |
| Gages: | $39,000 | $32,000 |

Start of production can be early January for Type 12 units, tooling will restrict daily output to 320 units per day. Completion of the added tooling should be done by early February to bring capacity to 640 units per day. Type 13 parts will require engineering and PPAP prior to start of production, would estimate start of production in mid February.

Terms: FOB Muncie, IN Delphi std for payment

Pricing Based on:

1. Delphi furnishing castings
2. No inbound freight
3. Delphi furnished dunnage.
4. Casting scrap to be 1% max before charge backs
5. Machine scrap to be 1% max before charge backs

6. Price does not include impregnation- impregnation prices will be available in the next few days

7. Minimum contract term of 18 months in order to provide the above pricing

If you have questions or we can be of further assistance please let us know.

Thomas Henman

# DELPHI
## Automotive Systems

Delphi Harrison Thermal Sys.
D-U-N-S 012839643
Employer I.D. NO. NY 7226638

**PURCHASE ORDER:** DYS81653

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094
US

SHIP TO: DELPHI HARRISON THERMAL SYSTEMS
3535 KETTERING BLVD.
MORAINE OH
45439
US

INVOICE TO: EAG DISBURSEMENT SERVICES
****NO INVOICE REQUIRED****
DELPHI HARRISON
P.O.BOX 1550
FLINT PH(248)874-4636 MI
48501-1550 US

VENDOR NUMBER 04-610-7330
TO: HENMAN ENGINEERING AND MACHINE
3301 MT PLEASANT BLVD
PO BOX 2633
MUNCIE IN
47307-0633

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/20/04 | | |

PHONE: 716-439-2763
M PUTNAM Buyer
BR

SHIP VIA: AS DIRECTED

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer...

| PAYMENT TERMS | F.O.B. | | |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP FREIGHT COLLECT | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VENDEE PAYS THE TAX DIRECT UNDER PERMIT NO. 98000620 WHEN APPLICABLE.<br>***SHIPPING INSTRUCTIONS FOR FREIGHT<br>1) SHIP "UPS-CONSIGNEE PROGRAM" FOR ALL GROUND PACKAGES WEIGHING 150 POUNDS OR LESS. (DELPHI AUTOMOTIVE WILL PAY THESE CHARGES DIRECTLY TO UNITED PARCEL SERVICES)<br>IF YOU HAVE ANY QUESTIONS CONCERNING THE UPS PROGRAM CALL UPS 1-800-354-7527 OR NAO PURCHASING 810-986-6634.<br>2) SHIP "COLLECT" WITH DELPHI AUTOMOTIVE PREFERRED CARRIER FOR MATERIAL THAT EXCEEDS THE WEIGHT OF THE UPS PROGRAM. ANY QUESTIONS RELATED TO PREFERRED CARRIERS, CALL DELPHI HARRISON TRANSPORTATION DEPT, 716-439-2241, 2242, OR 2243. | | | | | | |
| 00001 | 1 | PR017800 001 | | TO COVER COST OF NEW TOOLS TO PRODUCE:<br>PART NAME: CVC REAR HEAD TYPE 13<br>PART NO.: 6570299/DWG. SAME<br>PPAP SAMPLES: ATTN: M. TRIMBUR<br>PROP. OF DHTS<br>PLATFORM: W-CAR GMX 367P, 211, 231<br>PROJECT: 1357<br>TYPE OF TL: TOOLING & GAGES FOR FINAL, PART MACHINING AT VENDOR | | 12/31/04 | D 0.00% | 28000.0000 | | LOT |

Billed 3-31-05

CONTINUE PAGE 5
SUPPLIER

A0057774 USER SANDRA A TRACY
F-01PO 1/99

**DELPHI**
Automotive Systems

Delphi Harrison Thermal Sys.
D-U-N-S 012839643
Employer I.D. NO. NY 7228636

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094
US

VENDOR NUMBER 04-610-7330

TO: HENMAN ENGINEERING AND MACHINE
3301 MT PLEASANT BLVD
PO BOX 2633
MUNCIE IN
47307-0633

SHIP TO: DELPHI HARRISON
THERMAL SYSTEMS
3535 KETTERING BLVD.
MORAINE OH
45439
US

INVOICE TO: EAG DISBURSEMENT SERVICES
DELPHI HARRISON
****NO INVOICE REQUIRED****
P.O.BOX 1550
FLINT    PH(248)874-4636 MI
48501-1550
US

**PURCHASE ORDER:** DYS81655

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 716-439-2763 |
|---|---|
| 12/20/04 | M PUTNAM |
| ALTERATION ISSUE DATE | BR    Buyer |
| ALTERATION EFFECTIVE DATE | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
The terms herein are the terms and conditions to which Seller agrees by acceptance of this order. The reverse side hereof contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | SHIP VIA |
|---|---|
| SP FREIGHT COLLECT | AS DIRECTED |

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VENDEE PAYS THE TAX DIRECT UNDER PERMIT NO. 98000620 WHEN APPLICABLE.
***SHIPPING INSTRUCTIONS FOR FREIGHT
1) SHIP "UPS-CONSIGNEE PROGRAM" FOR ALL GROUND PACKAGES WEIGHING 150 POUNDS OR LESS. (DELPHI AUTOMOTIVE WILL PAY THESE CHARGES DIRECTLY TO UNITED PARCEL SERVICES)
IF YOU HAVE ANY QUESTIONS CONCERNING THE UPS PROGRAM CALL UPS 1-800-354-7527 OR NAO PURCHASING 810-986-6634.
2) SHIP "COLLECT" WITH DELPHI AUTOMOTIVE PREFERRED CARRIER FOR MATERIAL THAT EXCEEDS THE WEIGHT OF THE UPS PROGRAM. ANY QUESTIONS RELATED TO PREFERRED CARRIERS, CALL DELPHI HARRISON TRANSPORTATION DEPT, 716-439-2241, 2242, OR 2243. | | | | | | |
| 00001 | 1 | PR017798 001 | | TO COVER COST OF NEW TOOLS TO PRODUCE:
PART NAME:    CVC FRONT HEAD TYPE 13
PART NO.:     6570302/DWG. SAME
PPAP ATTN:    M. TRIMBUR
PROJECT NO.:  1357
PROP. OF:     DHTS
PLATFORM:     W-CAR GMX367P, 211, 231
TOOL RELEASE: 1357
TYPE OF TOOL: TOOLING & GAGES FOR FINAL | | 12/31/04 | D    0.00% | 40000.0000 | | LOT |

CONTINUE PAGE 5
SUPPLIER

A005774    USER SANDRA A TRACY
F-OLPO    1/99

# DELPHI
## Automotive Systems

Delphi Harrison Thermal Sys.
D-U-N-S 012839643
Employer I.D. NO. NY 7226636

**PURCHASE ORDER:** DYS81652

**PAGE** 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094

SHIP TO: DELPHI HARRISON
THERMAL SYSTEMS
3535 KETTERING BLVD.
MORAINE OH
45439
US

INVOICE TO: EAG DISBURSEMENT SERVICES
****NO INVOICE REQUIRED****
DELPHI HARRISON
P.O. BOX 1550
FLINT    PH(248)874-4636 MI
48501-1550
US

VENDOR NUMBER 04-610-7330

TO: HENMAN ENGINEERING AND MACHINE
3301 MT PLEASANT BLVD
PO BOX 2633
MUNCIE IN
47307-0633

**ORDER DATE:** 12/20/04
**PHONE:** 716-439-2763
**Buyer:** M. PUTNAM    BR

**ALTERATION ISSUE DATE**
**ALTERATION EFFECTIVE DATE**

**SHIP VIA:** AS DIRECTED

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

**F.O.B.:** SP FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 1 | PR019051 001 | | VENDEE PAYS THE TAX DIRECT UNDER PERMIT NO. 98000620 WHEN APPLICABLE. ***SHIPPING INSTRUCTIONS FOR FREIGHT 1) SHIP "UPS-CONSIGNEE PROGRAM" FOR ALL GROUND PACKAGES WEIGHING 150 POUNDS OR LESS. (DELPHI AUTOMOTIVE WILL PAY THESE CHARGES DIRECTLY TO UNITED PARCEL SERVICES) IF YOU HAVE ANY QUESTIONS CONCERNING THE UPS PROGRAM CALL UPS 1-800-354-7527 OR NAO PURCHASING 810-986-6634. 2) SHIP "COLLECT" WITH DELPHI AUTOMOTIVE PREFERRED CARRIER FOR MATERIAL THAT EXCEEDS THE WEIGHT OF THE UPS PROGRAM. ANY QUESTIONS RELATED TO PREFERRED CARRIERS, CALL DELPHI HARRISON TRANSPORTATION DEPT, 716-439-2241, 2242, OR 2243. TO COVER COST OF NEW TOOLS TO PRODUCE: PART NAME: CVC REAR HEAD TYPE 12 PART NO.: 6570526/DWG. SAME PPAP SAMPLES: M. TRIMBUR PROP. OF DHTS PROJECT NO.: 1357 TYPE OF TOOL: TOOLING & GAGES FOR FINAL PART MACHINING AT VENDOR TOOL RELEASE: 1357 | | 12/31/04 | D 0.00% | 28000.0000 | | LOT |

CONTINUE PAGE 5

SUPPLIER

A005774  USER SANDRA A TRACY
F=01PO  1/99

# DELPHI
## Automotive Systems

Delphi Harrison Thermal Sys.
D-U-N-S 012839843
Employer I.D. NO. NY 7226636

**PURCHASE ORDER:** DYS81654

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY  US
14094

SHIP TO: DELPHI HARRISON THERMAL SYSTEMS
3535 KETTERING BLVD.
MORAINE OH  US
45439

INVOICE TO: EAG DISBURSEMENT SERVICES
DELPHI HARRISON
****NO INVOICE REQUIRED****
P.O.BOX 1550    PH(248)874-4636 MI
FLINT                                    US
48501-1550

VENDOR NUMBER 04-610-7330
HENMAN ENGINEERING AND MACHINE
TO: 3301 MT PLEASANT BLVD
PO BOX 2633
MUNCIE IN
47307-0633

PHONE: 716-439-2763
ORDER DATE: 12/20/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE
Buyer: M PUTNAM  BR
SHIP VIA: AS DIRECTED

This order is not binding until acceptance. Acceptance should be executed on acknowledgment copy which should be returned to buyer. The terms and conditions on the face, and reverse of said terms and conditions on the face hereof are the entire agreement and cannot be modified in any way except by a written agreement between Buyer and Seller and no other agreement or understanding signed by Buyer's authorized representative. Any additional or different terms and conditions on Seller's acceptance will be binding upon the Buyer unless made in writing and signed by Buyer. Additional Terms and Conditions Attached Hereto Apply. if Government Contract Number is Shown Hereon, additional Terms and Conditions Apply.

| PAYMENT TERMS NET | F.O.B. SP FREIGHT COLLECT | RFQ NUMBER | DATE REQUIRED | TAX CODE/% |
|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | UNIT OF MEASURE | PRICE MULTIPLE | BASE UNIT PRICE | LOT |
|---|---|---|---|---|---|---|---|---|
| 00001 | 1 | PR017799 001 | | VENDEE PAYS THE TAX DIRECT UNDER PERMIT NO. 98000620 WHEN APPLICABLE. ***SHIPPING INSTRUCTIONS FOR FREIGHT 1) SHIP "UPS-CONSIGNEE PROGRAM" FOR ALL GROUND PACKAGES WEIGHING 150 POUNDS OR LESS. (DELPHI AUTOMOTIVE WILL PAY THESE CHARGES DIRECTLY TO UNITED PARCEL SERVICES) IF YOU HAVE ANY QUESTIONS CONCERNING THE UPS PROGRAM CALL UPS 1-800-354-7527 OR NAO PURCHASING 810-986-6634. 2) SHIP "COLLECT" WITH DELPHI AUTOMOTIVE PREFERRED CARRIER FOR MATERIAL THAT EXCEEDS THE WEIGHT OF THE UPS PROGRAM. ANY QUESTIONS RELATED TO PREFERRED CARRIERS, CALL DELPHI HARRISON TRANSPORTATION DEPT, 716-439-2241, 2242, OR 2243.   12/31/04  D  0.00% TO COVER COST OF NEW TOOLS TO PRODUCE: PART NAME: CVC FRONT HEAD TYPE 12 PART NO.: 6562465/DWG. SAME PPAP SAMPLES: ATTENTION M. TRIMBUR PROP. OF DHTS                1357 PROJECT NO.:                  W-CAR GMX 211, 231, EPSILON GMX 380, PLATFORM:      381 TOOL RELEASE NO.1357 | | | 40000.0000 | 5 |

CONTINUE PAGE
SUPPLIER

A005774  USER SANDRA A TRACY
F:OLPO  1/99