UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York — PROOF OF CLAIM

| Name of Debtor: ~~Delphi Corporation~~ Delphi Automotive Systems LLC | Case Number: 05-44640 ~~05-44481~~ |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Bay County Tax Collector

Name and address where notices should be sent:
Bay County Tax Collector
~~648 Mullberry Ave~~ c/o Jerry W. Gerde, Esq.
Panama City FL 32401
239 E 4th St.
Panama City, FL 32401

Telephone number: (850)763-8421

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 12009-043

Check here ☐ replaces / ☐ amends if this claim a previously filed claim, dated:____

1. **Basis for Claim**
   - ☐ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☒ Taxes  Personal Property
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other ____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: ____
     Unpaid compensation for services performed
     from _____ to _____ (date) (date)

2. **Date debt was incurred:** 01-01-05

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ _____ (unsecured) 18,028.96 (secured) _____ (priority) 18,028.96 (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☒ Other  Automotive Parts
   Value of Collateral: $ Unknown
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Ex. "A"

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILE COPY
EXHIBIT C

| Date 4/27/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Jerry W. Gerde
Jerry W. Gerde, Atty. for Peggy Brannon, Tax Coll. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191314018360

```
PEGGY C. BRANNON
TAX COLLECTOR, BAY COUNTY
P. O. BOX 2285
PANAMA CITY, FLORIDA  32402
```

```
                                        DELPHI AUTOMOTIVE SYSTEMS LLC
                                        PO BOX 5082
                                        TROY, MI  48007-5082
```

```
-----------------------------------------------------------------------
Property Number                  Balance    Tax   Reference      Cert.
    Legal Description             Due      Year   Number          No
-----------------------------------------------------------------------

12009-043                       18,028.96  2005   P-0905400
UNCLASSIFIED ESTABL                   .00  2005   P-0905401
DELPHI AUTOMOTIVE SYSTEMS       18,028.96  <--This Property
PRE-PETITION PERIOD

-----------------------------------------------------------------------
                                18,028.96   * * *   TOTAL
```

\* \*   BALANCE DUE reflects Discounts or Penalties due through  4/30/2006.
       If making payment after  4/30/2006 call for the correct amount.



EXHIBIT
A