FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC
Case Number: 05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
BAY COUNTY TAX COLLECTOR

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
c/o Jerry W. Gerde, Esq.
239 E. 4th St.
Panama City, FL 32401

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (850) 763-8421

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: 12009-043

Check here ☒ replaces / ☐ amends a previously filed claim, dated: 5/2/06

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☒ Taxes Personal Property
   - ☐ Other

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of your SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)        (date)

2. Date debt was incurred: 01-01-06

3. If court judgment, date obtained: N/a

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $_____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☒ Other Automotive Parts
   Value of Collateral: $ X Unknown
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $_____ $16,270.91 _____ $16,270.91
   (unsecured)   (secured)   (priority)   (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Ex. "A"

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

EXHIBIT D

Date: 2/23/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Jerry W. Gerde, Esq. Atty. for Bay Co. Tax Collector

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

BILL# P 822800 2006
PERSONAL PROPERTY TAX/NOTICE    PROPERTY # P 12009-043
RECEIPT FOR BAY COUNTY

| IF PAID IN TOTAL DUE | 11/30/2006 | 12/31/2006 | 01/31/2007 | 02/28/2007 | 03/31/2007 |
|---|---|---|---|---|---|
| | 15,777.85 | 15,942.20 | 16,106.55 | 16,270.91 | 16,435.26 |

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | TAX AMOUNT |
|---|---|---|
| SCHOOL RLE | .00514400 | $5,924.52 |
| COUNTY | .00416200 | $4,793.52 |
| LYNN HAVEN | .00325000 | $3,743.14 |
| NW FL WATER MGT | .00005000 | $57.59 |
| SCHOOL DISC | .00166400 | $1,916.49 |
| * TAX BILL AMT | | $16,435.26 |
| ** TOTAL DUE | | $16,435.26 |
| **TOTAL AD-VALOREM:** | | **$16,435.26** |

### NON-AD VALOREM ASSESSMENTS

| TAXING AUTHORITY | TAX AMOUNT |
|---|---|
| **TOTAL NON-AD VALOREM:** | **$0.00** |

| | |
|---|---|
| **COMBINED TAXES & ASMTS:** | $16,435.26 |



EXHIBIT A

| | |
|---|---|
| UNPAID BALANCE: | $16,270.91 |