SCHAFER AND WEINER, PLLC
By: Michael R. Wernette
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel: (248) 540-3340
Attorneys for L&W Engineering Co.

**ECF FILED**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
In re                                                    Chapter 11

DELPHI CORPORATION, et al.,                              Case No. 05-44481 (RDD)

    Debtors.                                             (Jointly Administered)
----------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

    1.  Michael R. Wernette, a member in good standing of the bar of the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent L&W Engineering Co., a creditor in the above-referenced case. My address is Schafer and Weiner, PLLC, 40950 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304, and my telephone number is (248) 540-3340. My email address is mwernette@schaferandweiner.com. I am admitted to the U.S. Bankruptcy Courts for the Eastern and Western District of Michigan and have never been subject to any disciplinary proceedings or cited for contempt.

    2.  I have submitted the required $25.00 fee for *pro hac vice* admission fee.

                                  SCHAFER AND WEINER, PLLC

                                  By: /S/ Michael R. Wernette
                                      MICHAEL R. WERNETTE (P32010)
                                      Counsel for L&W Engineering Co.
                                      40950 Woodward Ave., Suite 100
                                      Bloomfield Hills, MI 48304
                                      (248) 540-3340

Dated: May 31, 2007                    mwernette@schaferandweiner.com

{00133834}

**EXHIBIT A**

SCHAFER AND WEINER, PLLC
By: Michael R. Wernette
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel: (248) 540-3340
Attorneys for L&W Engineering Co.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |
-------------------------------------------------------------------x

### ORDER OF ADMISSION OF MICHAEL R. WERNETTE *PRO HAC VICE*

This matter having come before the Court upon the Motion for Admission Pro Hac Vice filed by Michael R. Wernette in accordance with L.B.R. 2090-1 and the Court being duly advised;

**NOW THEREFORE, IT IS HEREBY ORDERED** that Michael R. Wernette is admitted *pro hac vice* for the above-captioned case.