TOGUT, SEGAL & SEGAL LLP
Co-Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Lara Sheikh (LS-0879)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re: :
: Chapter 11
DELPHI CORPORATION, *et al.*, : Case No. 05-44481 [RDD]
:
Debtors. : Jointly Administered
:
------------------------------------------------------------x

**APPELLEES' COUNTER-DESIGNATION OF ADDITIONAL ITEM TO BE INCLUDED IN THE RECORD ON APPEAL OF ORDER DENYING MOTION BY WACHOVIA BANK, NATIONAL ASSOCIATION, FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH LITIGATION AGAINST LARRY GRAVES, A DELPHI EMPLOYEE, IN THE CIRCUIT COURT OF THE SECOND JUDICIAL DISTRICT OF <u>HINDS COUNTY MISSISSIPPI</u>**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellees Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Cases"), by their undersigned counsel, hereby file this counter-designation of additional item to be included in the record on appeal (the "Counter-Designation of Additional Item") for Wachovia Bank, National Association's appeal from the Order Denying Motion by Wachovia Bank, National Association, for Relief from Automatic Stay to Proceed with Litigation Against Larry Graves, a Delphi Employee, in the Circuit Court of the Second Judicial District of Hinds County Mississippi (Docket No. 7840)

entered by the U.S. Bankruptcy Court for the Southern District of New York in the above-captioned jointly administered bankruptcy cases on May 2, 2007.

### Counter-Designation of Additional Item

The following additional item is to be included in the record on appeal:

| Designation | Date | Docket No. | Description |
| --- | --- | --- | --- |
| D-10 | 5/22/07 | 7995 | Modified Bench Ruling in Reference to Order Denying Motion by Wachovia Bank, National Association, For Relief From Automatic Stay to Proceed with Litigation Against Larry Graves, a Delphi Employee, in the Circuit Court of the Second Judicial District of Hinds County Mississippi |

Dated:  New York, New York
        May 31, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000