**Hearing Date: June 1, 2007**
                                                  **Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
        In re                                   :   Chapter 11
                                                     :
DELPHI CORPORATION, et al.,        :   Case No. 05-44481 (RDD)
                                                     :
                         Debtors.        :   (Jointly Administered)
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED NINTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:      United States Bankruptcy Court for the Southern District of New
                                       York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                                         One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (13 Matters)

        1)    Fifth Omnibus Claims Objection Matters ( 1 Matter)

        2)    Seventh Omnibus Objection Matters ( 2 Matter)

        3)    Ninth Omnibus Objection Matters ( 10 Matters)

**B.**    **Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

**1)**    **Fifth Omnibus Claims Objection Matters**

    1.    **"Claims Objection Hearing Regarding Claim Of Oetiker, Inc."** – Claims Objection Hearing Regarding Claim Of Oetiker, Inc. As Objected To On The Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6100)

| | |
|---|---|
| *Response Filed:* | *Response Of Oetiker, Inc. To Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6394)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6534)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6687)* |

|  |  |
|---|---|
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 722 (Oetiker, Inc.) (Docket No. 8054)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**2)    Seventh Omnibus Claims Objection Matters**

    2.    **"Claims Objection Hearing Regarding Claim Of HEAD Acoustics, Inc."** – Claims Objection Hearing Regarding Claim Of HEAD Acoustics, Inc. As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585)

|  |  |
|---|---|
| *Response Filed:* | *HEAD Acoustics, Inc.'s Response To Debtors' Seventh Omnibus Claims Objection (Docket No. 6905)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims As Identified In Seventh Omnibus Claims Objection (Docket No. 7050)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8668 (HEAD Acoustics, Inc.) (Docket No. 8049)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

3.  **"Claims Objection Hearing Regarding Claim Of Letavis Enterprises, Inc."** – Claims Objection Hearing Regarding Claim Of Letavis Enterprises, Inc. As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585)

    *Response Filed:*   *Response Of Letavis Enterprises, Inc. (Undocketed)*

    *Reply Filed:*   *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)*

    *Related Filings:*   *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims As Identified In Seventh Omnibus Claims Objection (Docket No. 7050)*

    *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 5048 (Letavis Enterprises, Inc.) (Docket No. 8052)*

    *Status*:   *A joint stipulation and agreed order will be submitted for consideration by the Court.*

**3)   Ninth Omnibus Claims Objection Matters**

4.  **"Claims Objection Hearing Regarding Claim Of Production Devices"** – Claims Objection Hearing Regarding Claim Of Production Devices As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

    *Response Filed:*   *Response Of Production Devices (Undocketed).*

    *Reply Filed:*   *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To*

4

|  |  |
|---|---|
|  | 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372) |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1107 (Production Devices) (Docket No. 8060)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

5. **"Claims Objection Hearing Regarding Claim Of Wilhelm Kachele GmbH "** – Claims Objection Hearing Regarding Claim Of Wilhelm Kachele GmbH As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Response Of Wilhelm Kachele GmbH (Undocketed).* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |

        *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 5784 (Wilhelm Kachele GmbH) (Docket No. 8059)*

   *Status:*     *A joint stipulation and agreed order will be submitted for consideration by the Court.*

6. **"Claims Objection Hearing Regarding Claim Of Sierra Liquidity Fund, LLC As Assignee Of Lakeshore Graphic, Ind."** – Claims Objection Hearing Regarding Claim Of Sierra Liquidity Fund LLC, As Assignee Of Lakeshore Graphic, Ind. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

   *Response Filed:*     *Response To 9th Omnibus Objection To Claims By Delphi Corporation, Et Al; Sierra Liquidity Fund, LLC (Assignee); Lakeshore Graphic, Ind. (Assignor), Claim No. 2589 (Docket No. 7239).*

   *Reply Filed:*     *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

   *Related Filings:*     *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)*

        *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 2589 (Sierra Liquidity Fund, LLC As Assignee Of Lakeshore Graphic, Ind.) (Docket No. 8057)*

   *Status:*     *A joint stipulation and agreed order will be submitted for consideration by the Court.*

7. **"Claims Objection Hearing Regarding Claim Of Industrial Coating, Inc."** – Claims Objection Hearing Regarding Claim Of Industrial Coating, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

    *Response Filed:*    *Response Of Industrial Coating, Inc. (Undocketed).*

    *Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

    *Related Filings:*    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)*

    *Notice Of Transfer For Longacre Master Fund, Ltd. Re: Industrial Coating, Inc. (Docket No. 7890)*

    *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 558 (Industrial Coating, Inc. And Longacre Master Fund, Ltd.) (Docket No. 8050)*

    *Status:*    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

8. **"Claims Objection Hearing Regarding Claim Of Sierra Liquidity Fund, LLC As Assignee Of Borg Indak, Inc."** – Claims Objection Hearing Regarding Claim Of Sierra Liquidity Fund, LLC As Assignee Of Borg Indak, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

    *Response Filed:*    *Response To 9th Omnibus Objection To Claims Filed By Borg Indak, Inc. (Docket No. 7234).*

7

|  |  |
|---|---|
|  | *Response To Ninth Omnibus Objection To Claims By Delphi Corporation Et Al.; Sierra Liquidity Fund, LLC (Assignee); Borg Indak, Inc., (Assignor), Claim No. 4304 Borg Indak, Inc. (Docket No. 7316).* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 4304 (Sierra Liquidity Fund, LLC As Assignee Of Borg Indak, Inc.) (Docket No. 8056)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

9. **"Claims Objection Hearing Regarding Claim Of KDS Controls Inc. (Transferred to Amroc Investments, LLC)"** – Claims Objection Hearing Regarding Claim Of KDS Controls, Inc. (Transferred to Amroc Investments, LLC) As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Response Of KDS Controls Inc. (Docket No. 7229).* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |

8

|   |   |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|   | *Notice Of Transfer For Amroc Investments, LLC Re: KDS Controls Inc. (Docket No. 6873)* |
|   | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1309 (KDS Controls Inc. And Amroc Investments LLC) (Docket No. 8051)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

10. **"Claims Objection Hearing Regarding Claim Of Dobmeier Janitor Supply, Inc."** – Claims Objection Hearing Regarding Claim Of Dobmeier Janitor Supply, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|   |   |
|---|---|
| *Response Filed:* | *Response Toward The Notice Of Objection To Claim # 1625 Filed On January 23, 2006 Filed By Dobmeier Janitor Supply, Inc. (Docket No. 7225).* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1625 (Dobmeier Janitor Supply, Inc.) (Docket No. 8068)*

    *Status:*    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

11. **"Claims Objection Hearing Regarding Claim Of Leicester Die & Tool Inc."** – Claims Objection Hearing Regarding Claim Of Leicester Die & Tool Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

    *Response Filed:*    *Response In The Form Of A Letter Written In Re: Ninth Omnibus Objection To Claims Filed By Leichester Die & Tool Inc. (Docket No. 7295).*

    *Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

    *Related Filings:*    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)*

    *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 6698 And 6699 (Leicester Die & Tool Inc.) (Docket No. 8069)*

    *Status:*    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

12. **"Claims Objection Hearing Regarding Claim Of WWG Inc."** – Claims Objection Hearing Regarding Claim Of WWG Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

   *Response Filed:*   *Response Filed By WWG Inc. (Docket No. 7758).*

   *Reply Filed:*   *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

   *Related Filings:*   *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)*

   *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8894 (WWG Inc.) (Docket No. 8070)*

   *Status:*   *A joint stipulation and agreed order will be submitted for consideration by the Court.*

13. **"Claims Objection Hearing Regarding Claim Of SBC Global Services"** – Claims Objection Hearing Regarding Claim Of SBC Global Services As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

   *Response Filed:*   *SBC Global Services' Response To Debtors' Ninth Omnibus Claims Objection Pursuant To 11 U.S.C. 502(b) And Fed. R. Bankr. P. 3007 (Docket No. 7284).*

   *Reply Filed:*   *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To*

|  |  |
|---|---|
|  | *11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Capping Proof Of Claim Number 14180 (SBC Global Services, SB Corp., and AT&T Corp.) (Docket No. 8055)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

Dated:  New York, New York
        May 31, 2007

                                      SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM LLP

By:  /s/  John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/  Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession