TOGUT, SEGAL & SEGAL LLP
Co-Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Lara Sheikh (LS-0879)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re:                                                           :
:                    Chapter 11
DELPHI CORPORATION, *et al.*,                                    :    Case No. 05-44481 [RDD]
:
              Debtors.                                           :    Jointly Administered
:
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF
APPELLEES' COUNTER-DESIGNATION OF ADDITIONAL ITEM TO
BE INCLUDED IN THE RECORD ON APPEAL OF ORDER DENYING
MOTION BY WACHOVIA BANK, NATIONAL ASSOCIATION, FOR
RELIEF FROM AUTOMATIC STAY TO PROCEED WITH
LITIGATION AGAINST LARRY GRAVES, A DELPHI EMPLOYEE, IN
THE CIRCUIT COURT OF THE SECOND JUDICIAL DISTRICT OF
<u>HINDS COUNTY MISSISSIPPI</u>**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

      DENISE CAHIR, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

      On May 31, 2007, deponent served a copy of the Appellees' Counter-Designation of Additional Item to Be Included in the Record on Appeal of Order Denying Motion by Wachovia Bank, National Association, for Relief from Automatic Stay to Proceed with Litigation Against Larry Graves, a Delphi Employee, in the Circuit Court of the Second Judicial District of Hinds County Mississippi, upon all the parties set forth on the service list annexed hereto, by depositing a true copy of same enclosed

in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/Denise Cahir
DENISE CAHIR

Sworn to before me this
31st day of May 2007

/s/Cynthia Juliano
NOTARY PUBLIC

**SERVICE LIST**

Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL  35203
Attn:   Michael Leo Hall, Esq.
          D. Christopher Carson, Esq.
          Jason D. Woodard, Esq.
          Jennifer A. Harris, Esq.

WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Attn:   Andrew Currie, Esq.
          Caroline Rogus, Esq.

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069

Jessica Kastin, Esq.
O'Melveny & Myers
7 Times Square
New York, NY  10036

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606-1285

Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY  10036
Attn:   Kayalyn A. Marafioti, Esq.
          Thomas J. Matz, Esq.

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein
1350 Broadway
Suite 501
New York, NY  10018

Mark S. Lichtenstein, Esq.
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY  10022

Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA  90017

Mark O'Hayer, Esq.
22 North Walnut Street
West Chester, PA  19380

Paul J.N. Roy, Esq.
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL  60606

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004
Attn:   Alicia M. Leonhard, Esq.
        Tracy Hope Davis, Esq.

Latham & Watkins
885 Third Avenue
New York, NY  10022
Attn:   Mark A. Broude, Esq.
        Robert J. Rosenberg, Esq.

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX  76102

Phelps Dunbar LLP
111 East Capitol Street
Suite 600
P.O. Box 23066
Jackson, MI  39225-3066
Attn:   Reuben V. Anderson, Esq.
        Frank W. Trapp, Esq.
        Michael B. Wallace, Esq.
        Debra M. Brown, Esq.