**EXHIBIT "A"**

# United States Bankruptcy Court - Southern District of New York    PROOF OF CLAIM

| Name of Debtor: **Delphi Automotive Systems, LLC** | Case Number: **05-44640** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
**Marquardt GmbH**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
Marquardt GmbH
Schloss Str. 16
78604 Rietheim-Weiheim
GERMANY

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 011-497424991057

*This Space is for Court Use Only*

Last 4 digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

### 1. Basis for Claim
- ■ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)         (date)

### 2. Date debt was incurred: September 2005
### 3. If court judgment, date obtained:

### 4. Classification of Claim. Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ **875,135.40**

■ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in the secured claim, if any: $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( _____ ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

### 5. Total Amount of Claim at Time Case Filed: $ **875,135.40** _____ _____ **875,135.40**
(unsecured)       (secured)       (priority)       (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 7. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

*This Space is for Court Use Only*
RECEIVED JUL 28 2006
CLAIMS PROCESSING
USBC, SDNY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 27, 2006 | *[signature]* **Rodney Mayette, Director of Finance** |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# MARQUARDT

Marquardt GmbH · Schloss-Str. 16 · 78604 Rietheim-Weilheim
Telefon +49 (0) 74 24 - 99 0 · Fax +49 (0) 74 24 - 99 23 99
UST-ID-Nr.: DE 142938930 · St.-Nr.: 21100/22011

Marquardt GmbH · 78604 Rietheim-Weilheim · Germany

RG04   Page(s)   E   1   OF   2

## INVOICE

**Please state Customer Ref. and Document No. on all correspondence and payments!**

3) Delivery Note: 01-076362
4) Despatch Date:
8) Document No: 05-055049
9) Date: 26.08.05
11) Customer Ref: 02184

2) Arrival and Booking Notes:

7) Delivery:
DELPHI THERMAL & INTERIORS
ATTN: HUBERT MAIER
NULL BUILD PROCUREMENT
11005 ED STEPHENS ROAD
USA- COTTONDALE, AL 35453

Contact Person: FRAU FAUDE

15) Additional Customer Data:

DELPHI CORPORATION
THERMAL & INTERIORS
11005 ED STEPHENS ROAD
USA- COTTONDALE, AL 35453

Period of complaint within 8 days from receipt of goods. Place of performance for delivery and payment is Rietheim-Weilheim.
Court of jurisdiction is Tuttlingen.
Goods are our property until payment is completely settled.
Our overleaf terms of delivery and payment are valid exclusively.
Deutsche Bank Tuttlingen (BLZ 653 700 75) 2 170 900
LBBW Tuttlingen (BLZ 600 501 01) 4 872 681
Kreissparkasse Tuttlingen (BLZ 643 500 70) 505
Volksbank Donau-Neckar (BLZ 643 901 30) 1189 000
Board of Directors: Dr. Harald Marquardt (CEO)
Ernst Kellermann · Dr. Detlef Kirsch · Matthias Marquardt
Chairman of the supervisory board: Dipl.-Ing. Ewald Marquardt
County Court Tuttlingen HRB 295

| 5) Supplier No. | County | Rep. |
|---|---|---|
| 1016218 | 400 | |

| 17) Place of Despatch | 14) Our Order |
|---|---|
| - | 272048 01 |

| 10) Your Ref. | 11) Your Order | dated |
|---|---|---|

19) Shipping by: SPED. ABX Z.V. PANALPINA STUT

| 6) Freight | 20) Carriage Terms |
|---|---|
| 0.00 | EXW |

22) Despatch Marks:

23) Total Weight
Gross kg: 788,000
Net kg: 720,800

25) Despatch Address:

26) Unloading Point:

Destination:

| 27) Pos. | Part Number | Country of Origin | 28) Customer Part No. | 29) Description | 30) Quantity | 31) PD | PRICE/USD | 222939,20 |
|---|---|---|---|---|---|---|---|---|
| 0010 | OUR ORDER NUMBER 272048 YOUR ORDER NO. 33002804 | 550063849 NEG | 16878616/DC 1645450708 | DELIVERY NOTE 22.11.04 YOUR REF.: 076362 MARK OLESZKO EZS ELECTRONIC IGNITION SWITCH SCHEDULE AGREEMENT NO. 550063849 EMAIL OF 08-15-05 / HUBERT MAIER MARQUARDT DUNS # 32-400-3383 83012000 | 4240,000 | 3 | 5258,00 | |

Q-LEVEL MARKING: Q1
=================

DELPHI IDENTIFICATION ITEM NUMBER: ID # 1H10264
================

"THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE OF BARK,
AND APPARENTLY FREE FROM LIVE PESTS."

21) Packing:
Copies: 3
Express/Station:

Frame order

Terms of payment

# MARQUARDT

Marquardt GmbH · Schloss-Str. 16 · 78604 Rietheim-Weilheim
Telefon +49 (0) 74 24 . 99 0 · Fax +49 (0) 74 24 . 99 23 99
UST-ID-Nr.: DE 142938930 · St.-Nr.: 21100/22011

RH02    Receipt    2 OF 2

## INVOICE

DELPHI CORPORATION
THERMAL & INTERIORS

11005 ED STEPHENS ROAD
USA- COTTONDALE, AL 35453

5) Document No.: 01-0550049
6) Date: 26.08.05
7) Customer Ref.: 02184
ID No.:

| 27) Pos. | Part Number | Country of origin | 28) Customer Part No. | 29) Description | 30) Quantity | 31) PD | PRICE/USD |
|---|---|---|---|---|---|---|---|
|  | 916821021 |  | PRESSHOLZPLATTE 80 | LOAD-BARRIER | 2 | 1 |  |
|  | 916508011 |  | KL CONTAINER 1185 |  | 2 | 1 |  |

TAX-FREE EXPORT DELIVERY

IF COUNTRY OF ORIGIN IS NEG: THIRD COUNTRY GOODS - IT IS IMPOSSIBLE TO DETERMINE THE REAL SOURCE

Frame order

GOODS VALUE: 222939,20    CARRIAGE: 0,00    PACKING: 0,00    NET-AMOUNT: 222939,20    V.A.T.: 0,00    USD

Terms of payment NET    UNTIL 25.09.05

222939,20

[form] 444 01

# MARQUARDT

Marquardt GmbH · Schloss-Str. 16 · 78604 Rietheim-Weilheim
Telefon +49 (0) 74 24 · 99 0 · Fax +49 (0) 74 24 · 99 23 99
USt-ID-Nr.: DE 142938930 · St.-Nr.: 21100/2011

Marquardt GmbH · 78604 Rietheim-Weilheim · Germany

DELPHI CORPORATION
THERMAL & INTERIORS
11005 ED STEPHENS ROAD
USA- COTTONDALE, AL 35453

RG04    Page(s) 1 OF 2

**INVOICE**

Period of complaint within 8 days from receipt of goods. Place of performance for delivery and payment is Rietheim-Weilheim.
Court of jurisdiction is Tuttlingen.
Goods are our property until payment is completely settled.
Our overleaf terms of delivery and payment are valid exclusively.
Deutsche Bank Tuttlingen      (BLZ 653 700 76) 2 170 900
LBBW Tuttlingen              (BLZ 600 501 01) 4 872 681
Kreissparkasse Tuttlingen    (BLZ 643 500 70) 505
Volksbank Donau-Neckar       (BLZ 643 901 30) 1189 000
Board of Directors: Dr. Harald Marquardt (CEO)
Ernst Kellermann · Dr. Detlef Kirsch · Matthias Marquardt
Chairman of the supervisory board: Dipl.-Ing. Ewald Marquardt
Country Court Tuttlingen HRB 295

Please state Customer Ref. and Document No. on all correspondence and payments !

| Field | Value |
|---|---|
| 2) Arrival and Booking Notes | |
| 3) Delivery Note | 01-082669 |
| 4) Despatch Date | |
| 7) Delivery | DELPHI THERMAL & INTERIORS<br>TUSCALOOSA COCKPIT ASSEMBLY<br>ATTN: HUBERT MAIER /PROCUREMEN<br>11005 ED STEPHENS ROAD<br>USA- COTTONDALE, AL 35453 |
| 8) Document No. | 01-060141 |
| 9) Date | 16.09.05 |
| 10) Customer Ref. | 02184 |
| 6) Freight | 0,00 |
| Contact Person | FRAU FAUDE |
| 15) Additional Customer Data | |
| 5) Supplier No. | 1016218 |
| Country Rep. | 400 |
| 14) Our Order | 279471 01 |
| 17) Place of Despatch | |
| 11) Your Order | |
| 10) Your Ref. | 78056 VS-V |
| 19) Shipping by | ATEGE |
| 20) Carriage Terms | DDP |
| 25) Despatch Address | |
| 22) Despatch Marks | |
| Destination | |
| 23) Total Weight | |
| Gross kg | 825,000 |
| Net kg | 748,000 |
| 26) Unloading Point | |

Copies 3

| 27) Pos. | Part Number | Country of Origin | 28) Customer Part No. | 29) Description | 30) Quantity | 31) PD | PRICE/USD | |
|---|---|---|---|---|---|---|---|---|
| 0010 | 279471<br>5500638849<br>NEG 16878616/DC 1645450708 | | 33002804 | DELIVERY NOTE 082669 OF<br>22.11.04 YOUR REF.: MARK OLESZKO<br>EZS<br>ELECTRONIC IGNITION SWITCH<br>83012000 | 4400,000 | 3 | 5711,00 | 251284,00 |

Q-LEVEL MARKING: Q1
MARQUARDT DUNS # 32-400-3383

EMAIL OF 09-12-05 / HUBERT MAIER

COMPRESSED WOOD PACKAGING MATERIAL (INKA-PALLETS) AS USED WITH THIS
SHIPMENT IS EXEMPTED FROM SPECIAL TREATMENT AND MARKING REQUIREMENTS
ACCORDING TO APHIS WPM REGULATION.

| 916821021 | PRESSHOLZPLATTE 80 | | | LOAD-BARRIER | | 3 1 | | |
| 916508011 | KL CONTAINER 1185 | | | | | 3 1 | | |

Frame order

Terms of payment

# MARQUARDT

Marquardt GmbH · Schloss-Str. 16 · 78604 Rietheim-Wellheim
Telefon +49 (0) 74 24 · 99 0 · Fax +49 (0) 74 24 · 99 23 99
USt-ID-Nr.: DE 142838930 · St.-Nr.: 21100/22011

RH02   Receipt 2   2 OF 2

## INVOICE

Please state Customer Ref. and
Document No on all
correspondence and payments

8) Document No.  01-0801741
9) Date           16.09.05
1) Customer Ref.  02184
10) No.

DELPHI CORPORATION
THERMAL & INTERIORS

11005 ED STEPHENS ROAD
USA- COTTONDALE, AL 35453

| 27) Pos. | Part Number | Country of origin | 28) Customer Part No. | 29) Description | 30) Quantity | 31) PD | PRICE/USD |
|---|---|---|---|---|---|---|---|

TAX-FREE EXPORT DELIVERY

IF COUNTRY OF ORIGIN IS NEG: THIRD COUNTRY GOODS - IT IS IMPOSSIBLE TO DETERMINE THE REAL SOURCE

Frame order

| GOODS VALUE | CARRIAGE | PACKING | NET-AMOUNT | V.A.T. | 251284,00 USD |
|---|---|---|---|---|---|
| 251284,00 | 0,00 | 0,00 | 251284,00 | 0,00 | |

Terms of payment NET    UNTIL    25.10.05

form 444 01

# MARQUARDT

Marquardt GmbH · Schloss-Str. 16 · 78604 Rietheim-Weilheim
Telefon +49 (0) 74 24 . 99 0 · Fax +49 (0) 74 24 . 99 23 99
UST-ID-Nr.: DE 142938930 · St.-Nr.: 21100/22011

Marquardt GmbH · 78604 Rietheim-Weilheim · Germany

DELPHI CORPORATION
THERMAL & INTERIORS
11005 ED STEPHENS ROAD
USA- COTTONDALE, AL 35453

| | |
|---|---|
| RG04 Page(s) 1 OF 2 | |
| Period of complaint within 8 days from receipt of goods. Place of performance for delivery and payment is Rietheim-Weilheim. Court of jurisdiction is Tuttlingen. Goods are our property until payment is completely settled. Our overall terms of delivery and payment are valid exclusively. Deutsche Bank Tuttlingen (BLZ 653 700 75) 2 170 900; LBBW Tuttlingen (BLZ 600 501 01) 4 872 681; Kreissparkasse Tuttlingen (BLZ 643 500 70) 505; Volksbank Donau-Neckar (BLZ 643 901 30) 1 189 000. Board of Directors: Dr. Harald Marquardt (CEO); Ernst Kellermann · Dr. Detlef Kirsch · Matthias Marquardt. Chairman of the supervisory board: Dipl.-Ing. Ewald Marquardt. County Court Tuttlingen HRB 295 | I N V O I C E |
| 2) Arrival and Booking Notes | Please state Customer Ref. and Document No. on all correspondence and payments! |
| | 3) Delivery Note  01-084857 |
| | 4) Despatch Date |
| 7) Delivery | 8) Document No.  01-061799 |
| DELPHI THERMAL & INTERIORS | 9) Date  22.09.05 |
| TUSCALOOSA COCKPIT ASSEMBLY | 1) Customer Ref.  02184 |
| ATTN: HUBERT MAIER /PROCUREMEN | |
| 11005 ED STEPHENS ROAD | D.No. |
| USA- COTTONDALE, AL 35453 | 23) Total Weight |
| | Gross kg  770,000 |
| 6) Freight  0,00  dated | Net kg  724,200 |
| Contact Person  FRAU FAUDE | 26) Unloading Point |
| 20) Carriage Terms  DDP | |
| 22) Despatch Marks | |
| 15) Additional Customer Data | |

| 6) Supplier No. 1016218 | 17) Place of Despatch | 14) Our Order 282861 01 | Country 400 | Rep. |
|---|---|---|---|---|
| 10) Your Ref. | 11) Your Order 78056 VS-V | | | |
| 19) Shipping by ATEGE | itch Address | Destination | | |

Copies 3

| 21) Packing | | | | | | |
|---|---|---|---|---|---|---|
| Express/Station | | | | | | |

Reclamation
Precard
being applied

| 27) Pos. | Part Number | Country of Origin | 29) Description | 30) Quantity | 31) PD | PRICE/USD |
|---|---|---|---|---|---|---|
| 0010 | OUR ORDER NUMBER 282861 | | ERY NOTE 084857 | | | |
| | YOUR ORDER NO. 5500633849 | | YOUR REF.: MARK OLESZKO | | | |
| | 33002804 NEG 1687616/DC 164545070B OF 22.11.u4 | | EZS | 4260,000 | 3 | 5711,0b  243288,60 |
| | | | ELECTRONIC IGNITION SWITCH | | | |
| | | | 830120000 | | | |
| | Q-LEVEL MARKING: Q1 | | | | | |
| | MARQUARDT DUNS # 32-400-3383 | | | | | |
| | | | COMPRESSED WOOD PACKAGING MATERIAL (INKA-PALLETS) AS USED WITH THIS SHIPMENT IS EXEMPTED FROM SPECIAL TREATMENT AND MARKING REQUIREMENTS ACCORDING TO APHIS WPM REGULATION. | | | |
| | 916821021 | | PRESSHOLZPLATTE 80 | | 2 1 | |
| | 916508011 | | KL CONTAINER 1185 | | 2 1 | |
| | | | LOAD-BARRIER | | | |

TAX-FREE EXPORT DELIVERY

Frame order

Terms of payment

XXXXXXXXXXX

# MARQUARDT

Marquardt GmbH · Schloss-Str. 16 · 78604 Rietheim-Weilheim
Telefon +49 (0) 74 24 · 99 0 · Fax +49 (0) 74 24 · 99 23 99
UST-ID-Nr.: DE 142938930 · St.-Nr.: 21100/22011

Marquardt GmbH · 78604 Rietheim-Weilheim · Germany

DELPHI CORPORATION
THERMAL & INTERIORS
11005 ED STEPHENS ROAD
USA- COTTONDALE, AL 35453

**INVOICE**

RG04    Page(s) E 1 0 2

Period of complaint within 8 days from receipt of goods. Place of performance for delivery and payment is Rietheim-Weilheim.
Court of jurisdiction is Tuttlingen.
Goods are our property until payment is completely settled.
Our overleaf terms of delivery and payment are valid exclusively.
Deutsche Bank Tuttlingen    (BLZ 653 700 75) 2 170 900
LBBW Tuttlingen             (BLZ 600 501 01) 4 872 681
Kreissparkasse Tuttlingen   (BLZ 643 500 70) 505
Volksbank Donau-Neckar      (BLZ 643 901 30) 1189 000
Board of Directors: Dr. Harald Marquardt
Ernst Kellermann · Dr. Detlef Kirsch · Matthias Marquardt
Chairman of the supervisory board: Dipl.-Ing. Ewald Marquardt
County Court Tuttlingen HRB 295

| | | |
|---|---|---|
| 1) Date of complaint, if No. on all correspondence and payments | 3) Delivery Note  01-07830... | 8) Document No. 01-0581... |
| | 4) Despatch Date  02.09.05 | 9) Date  02.09.05 |
| | | 1) Customer Ref. 02184 |

2) Arrival and Booking Notes

7) Delivery
DELPHI THERMAL & INTERIORS
ATTN: HUBERT MAIER /PROCUREMEN
11005 ED STEPHENS ROAD
USA- COTTONDALE, AL 35453

Contact Person
FRAU FAUDE

15) Additional Customer Data

6) Freight        dated    20) Carriage Terms    22) Despatch Marks
0,00                       DDP

23) Total Weight  504,0(
Gross kg          462f120
Net kg            15762(
26) Unloading Point

| 5) Supplier No. 1016218 | Country Rep. 400 |
|---|---|
| 17) Place of Despatch | 14) Our Order  274385 01 |
| 10) Your Ref. | 11) Your Order  78056 VS-V |
| 19) Shipping by ATEGE | |
| 25) Despatch Address | Destination |

| Part Number | Country of Origin | 28) Customer Part No. | 29) Description | 30) Quantity | 31) PD | PRICE/USD |
|---|---|---|---|---|---|---|
| ORDER NUMBER  274385 | | DELIVERY NOTE   078305 | | | | |
| ORDER NO.     5500063849    OF  22.11.04  YOUR REF.: MARK OLESZKO | | | | | | |
| 33002804      NEG 16878616/DC 1645450708 | | | EZS | | | |
| | | | ELECTRONIC IGNITION SWITCH | 2760,000 | 3 | 5711,00 |
| | | | 83012000 | | | |
| VEL MARKING: Q1 | | | | | | |
| ================= | | | | | | |
| HI IDENTIFICATION ITEM NUMBER: ID # 1H10264 | | | | | | |
| UARDT DUNS # 32-400-3383 | | | | | | |
| L OF 08-15-05 / HUBERT MAIER | | | | | | |
| ************ ******************* | | | | | | |
| | | | LOAD-BARRIER | | | |
| 916821021 | | PRESSHOLZPLATTE 80 | | | | 2 1 |
| 916508011 | | KL CONTAINER 1185 | | | | 2 1 |

Frame order

ment

# MARQUARDT

Marquardt GmbH · Schloss-Str. 16 · 78604 Rietheim-Wellheim
Telefon +49 (0) 74 24 · 99 0 · Fax +49 (0) 74 24 · 99 23 99
USt-ID-Nr.: DE 142938930 · St.-Nr.: 21100/22011

RH02   Receipt  2 0 2

**INVOICE**

5) Document No. 0115056612
9) Date 02.09.05
1) Customer Ref. 02184
ID No.

DELPHI CORPORATION
THERMAL & INTERIORS

11005 ED STEPHENS ROAD
USA- COTTONDALE, AL 35453

| Part Number | 28) Customer Part No. | 29) Description | 30) Quantity | 31) PD | PRICE/USD |
|---|---|---|---|---|---|
| FREE EXPORT DELIVERY | | | | | |
| Country of origin is neg: third country goods - it is impossible to determine the real source | | | | | |

| GOODS VALUE | CARRIAGE | PACKING | NET-AMOUNT | V.A.T. | USD |
|---|---|---|---|---|---|
| 157623,60 | 0,00 | 0,00 | 157623,60 | 0,00 | 157623,60 |

UNTIL 25.10.05

Frame order

ment NET