UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                              Chapter 11

DELPHI CORP., *et al.*,                             Case No. 05-44481 (RDD)

                                Debtors.            (Jointly Administered)

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007, I electronically filed *Marquardt GmbH's Response to Debtor's Thirteenth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. Bankr. P. 3007* with the Court using the CM/ECF system which sent notification of such filing to the following individual:

John Wm. Butler, Jr., Esq.

And I hereby certify that I have mailed, via certified mail using the United States Postal Service for the State of New York, copies of the Response to the following individuals:

Delphi Corporation                      John K. Lyons, Esq.
5725 Delphi Drive                       Joseph N. Wharton, Esq.
Troy, Michigan 48098                    Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: General Counsel                   333 West Wacker Drive, Suite 2100
                                        Chicago, Illinois 60606


                                        /s/  Kristin M. Doner
                                        Kristin M. Doner

1310440.1 5/31/2007