Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Randall D. LaTour, Esq.
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
Rdlatour@vssp.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.    05-44481 (RDD) |
| DELPHI CORPORATION, et al. | : | (Chapter 11) |
| | : | Jointly Administered |
| Debtors. | : | |

**WITHDRAWAL OF VORYS, SATER, SEYMOUR AND PEASE LLP'S RESPONSE TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. SECTION 502(d) AND FED.R.BANKR.P. 3007 TO CLAIMS**

Vorys, Sater, Seymour and Pease LLP hereby withdraws its Response to Debtors' Thirteenth Omnibus Objection(Substantive) Pursuant to 11 U.S.C. § 502(d) and Fed.R.Bankr.P. 3007 to Claims, filed May 10, 2007 (Docket No. 7913).

Dated: May 31, 2007                    Respectfully submitted,

                    By:    /s/Randall D. LaTour
                           Randall D. LaTour, Esq.
                           Vorys, Sater, Seymour, and Pease LLP
                           52 East Gay Street
                           Columbus, Ohio 43215
                           Telephone:    (614) 464-8290
                           Facsimile:    (614) 719-4821
                           E-Mail:    rdlatour@vssp.com

2

## CERTIFICATE OF SERVICE

       The undersigned, being a partner in Vorys, Sater, Seymour and Pease LLP hereby certifies that a copy of the foregoing Withdraw was served upon the following parties on this the 31st day of May, 2007:

| | |
|---|---|
| Skadden, Arps, Slate, Mewagher & Flom LLP<br>John Wm. Butler<br>John K. Lyons<br>Ron E. Meisler<br>333 Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Skadden, Arps, Slate, Mewagher & Flom LLP<br>Kayalyn A. Marafioti<br>Thomas J. Matz<br>Four Times Square<br>New York, NY 10036 |
| Lord Bissell & Brook LLP<br>Attn: Timothy W. Brink, Esq.<br>115 South LaSalle Street<br>Chicago, IL 60603 | Lord Bissell & Brook LLP<br>885 Third Avenue, 26th Floor<br>New York, NY 10022-4802 |

                                /s/Randall D. LaTour_____
                                Randall D. LaTour, Esq.

2