# EXHIBIT A

99999/1
03/14/2003 1305065.01

```
Window:    BOSS --North-- --(C22)--
User ID:   TA1967
Time:      Wed May 30 17:11:00 2007

CMD                                          MSG
960 449 5043 555 NP       FEB 02 2006  *DETL ARCH    PAC        1-1 OF 1      PAS    WZZSI
DELPHI CONNECTION SYS                                066
   SBC
   DELPHI CONNECTION SYS
   SBC BANKRUTPCY                                          Page       1
   PO BOX 981268                                  Account Number 960 449-5043 555 5
   W SACRAMENTO CA          95798-1268              Billing Date Feb  2, 2006
                                                    Web Site www.sbc.com
Monthly Statement

BILL-AT-A-GLANCE
Previous Bill
Payment                                                                    816.99
Adjustments                                                                   .00
Past Due - Please Pay Immediately                                             .00
Current Charges                                                            816.99
Total Amount Due                                                              .00
                                                                           816.99

Current Charges Due Upon Receipt
REVISED FINAL BILL

RP       NOTATION                          TYPE PN  ACT   FU   BD
                                                               0206              +
```

```
Window:   BOSS --North-- --(C22)--
User ID:  TA1967
Time:     Wed May 30 17:11:02 2007

CMD                                MSG COMMAND COMPLETED(I210)
960 449 5043 555 NP     FEB 02 2006 *DETL ARCH PAC    1-2  OF 1     PAS  WZZS1
DELPHI CONNECTION SYS                          066
  Local Services provided by SBC California or SBC Nevada based
  upon the service address location.
  Copyright 2003 SBC Knowledge Ventures, L.P.  All rights reserved.  SBC
  and the SBC logo are registered trademarks of SBC Knowledge Ventures, L.P.
   Billing Summary
                Questions? Call:
   SBC Summary Billing Account Services
                1 866 891-0352                                          .00
        Payment Arrangements:
                1 800 704-8324
   Total Current Charges
                                                                        .00
   Individual Account Summary
   Item
   No.   Type                  Balance      Payment      Adjustment
   Charges for 949 756-1841
     1    R
                                                                        .00
RP      NOTATION
                                        TYPE PN   ACT  FU   BD
                                                            0206            +
```

```
Window:   BOSS --North-- --(C22)--
User ID:  TA1967
Time:     Wed May 30 17:11:04 2007

CMD                                          MSG COMMAND COMPLETED(I210)
960 449 5043 555 NP     FEB 02 2006  *DETL ARCH  PAC     1-3  OF 1    PAS  WZZSD
DELPHI CONNECTION SYS                             066
    Charges for 949 863-9594
      2    R
    TOTALS                                                                  .00
                                                                          $.00

    Type Codes
    R  Revised Closing Bill


RP        NOTATION                             TYPE  PN   ACT   FU   BD
                                                                     0206
```

```
Window:   BOSS --North-- --(C22)--
User ID:  TA1967
Time:     Wed May 30 17:11:17 2007

CMD                                    MSG COMMAND COMPLETED(I210)
960 449 5043 555 NP    JAN 04 2006 *DETL ARCH  PAC    1-1 OF 1    PAS   WZZSI
DELPHI CONNECTION SYS                           066
   SBC
   DELPHI CONNECTION SYS                                 Page      1
   SBC BANKRUTPCY                        Account Number 960 449-5043 555 5
   PO BOX 981268                         Billing Date Jan  4, 2006
   W SACRAMENTO CA         95798-1268    Web Site www.sbc.com

Monthly Statement

BILL-AT-A-GLANCE
Previous Bill                                                   1060.82
Payment                                                             .00
Adjustments                                                     243.83-
Past Due - Please Pay Immediately                               816.99
Current Charges                                                     .00
Total Amount Due                                                816.99

Current Charges Due Upon Receipt
REVISED FINAL BILL

RP        NOTATION                    TYPE PN   ACT   FU   BD
                                                           0106           +
```

```
Window:    BOSS --North-- --(C22)--
User ID:   TA1967
Time:      Wed May 30 17:11:18 2007


CMD                                  MSG COMMAND COMPLETED(I210)
960 449 5043 555 NP    JAN 04 2006 *DETL ARCH  PAC    1-2  OF 1      PAS  WZZSD
DELPHI CONNECTION SYS                            066
   Local Services provided by SBC California or SBC Nevada based
   upon the service address location.
   Copyright 2003 SBC Knowledge Ventures, L.P.  All rights reserved.  SBC
   and the SBC logo are registered trademarks of SBC Knowledge Ventures, L.P.

   Billing Summary
                  Questions? Call:
   SBC Summary Billing Account Services                                    .00
                1 866 891-0352
        Payment Arrangements:
                1 800 704-8324
   Total Current Charges                                                   .00

   Detail of Payments and Adjustments
   Item
   No.  Date Description                          Adjustments    Payments
   Reference Number
     1 1-04   Individual Account Adjustments         243.83-

RP       NOTATION                              TYPE PN  ACT  FU  BD
                                                                 0106        +
```

```
Window:   BOSS --North-- --(C22)--
User ID:  TA1967
Time:     Wed May 30 17:11:20 2007

CMD                                MSG COMMAND COMPLETED(I210)
960 449 5043 555 NP    JAN 04 2006 *DETL ARCH  PAC    1-3  OF 1    PAS  WZZSD
DELPHI CONNECTION SYS                           066
  Individual Account Summary
  Item
  No.    Type              Balance      Payment      Adjustment
  Charges for 949 756-1841
    2    R                                           243.83-          .00
  Charges for 949 863-9594
    3    R                                                            .00
       TOTALS                                       $243.83-         $.00

  Type Codes
  R  Revised Closing Bill



RP       NOTATION                               TYPE PN  ACT  FU   BD
                                                                  0106       +
```

```
Window:   BOSS --North-- --(C22)--
User ID:  TA1967
Time:     Wed May 30 17:11:30 2007

CMD                                    MSG COMMAND COMPLETED(I210)
960 449 5043 555 NP    DEC 05 2005 *DETL ARCH PAC    1-1 OF 1    PAS   WZZSD
DELPHI CONNECTION SYS                             066
  SBC
   DELPHI CONNECTION SYS                              Page      1
   SBC BANKRUTPCY                     Account Number 960 449-5043 555 5
   PO BOX 981268                        Billing Date Dec  5, 2005
   W SACRAMENTO CA          95798-1268     Web Site www.sbc.com

  Monthly Statement

  BILL-AT-A-GLANCE
  Previous Bill                                              3070.84
  Payment                                                        .00
  Adjustments                                                  46.06
  Past Due - Please Pay Immediately                          3116.90
  Current Charges                                            2056.08-
  Total Amount Due                                           1060.82

  Current Charges Due Upon Receipt
  FINAL BILL

RP      NOTATION                    TYPE PN  ACT  FU   BD
                                                       1205              +
```

```
Window:    BOSS --North-- --(C22)--
User ID:   TA1967
Time:      Wed May 30 17:11:31 2007

CMD                              MSG COMMAND COMPLETED(I210)
960 449 5043 555 NP   DEC 05 2005 *DETL ARCH PAC    1-2  OF 1      PAS   WZZSD
DELPHI CONNECTION SYS                              066
   Local Services provided by SBC California or SBC Nevada based
   upon the service address location.
   Copyright 2003 SBC Knowledge Ventures, L.P.  All rights reserved.  SBC
   and the SBC logo are registered trademarks of SBC Knowledge Ventures, L.P.

   Billing Summary
                   Questions? Call:
   SBC Summary Billing Account Services                                     .00
              1 866 891-0352
        Payment Arrangements:
              1 800 704-8324
   Individual Account Summary                                          2056.08-
       Local Usage                          49.71
       Additions and Changes to Services  2010.94-
       Local Toll                           15.12
       Surcharges and Other Fees            22.81
       Government Fees and Taxes           143.57-
   Enhanced Services Billing Inc                                          10.79

RP        NOTATION                       TYPE PN   ACT   FU   BD
                                                              1205             +
```

```
Window:    BOSS --North-- --(C22)--
User ID:   TA1967
Time:      Wed May 30 17:11:33 2007

CMD                                    MSG COMMAND COMPLETED(I210)
960 449 5043 555 NP    DEC 05 2005  *DETL ARCH  PAC    1-3  OF 1    PAS  WZZSD
DELPHI CONNECTION SYS                              066
   Total Current Charges                                              2056.08-

Detail of Payments and Adjustments
Item
No.  Date Description                              Adjustments     Payments
Reference Number
  1  12-05 Late Payment Charge                        46.06

Individual Account Summary
Item
No.    Type              Balance       Payment       Adjustment
Charges for 949 756-1841
  2     C                                                            1997.93-
Charges for 949 863-9594
  3     C                                                              58.15-
TOTALS                                                              $2056.08-

Type Codes

RP      NOTATION                        TYPE PN   ACT  FU    BD
                                                             1205          +
```

```
Window:   BOSS --North-- --(C22)--
User ID:  TA1967
Time:     Wed May 30 17:11:35 2007

CMD                                     MSG COMMAND COMPLETED(I210)
960 449 5043 S55 NP     DEC 05 2005  *DETL ARCH   PAC     1-4  OF 1      PAS  WZZSD
DELPHI CONNECTION SYS                             066
  C  Closing Bill




RP     NOTATION                                   TYPE PN  ACT  FU  BD
                                                                    1205              +
```