Vincent A. D'Agostino (VD-0120)
Eric H. Horn (EH-2020)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

and

1251 Avenue of the Americas
New York, NY 10020
212.262.6700
*Counsel to AT&T Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | |
| | (Jointly Administered) |
| Debtors. | |

**AFFIDAVIT OF SERVICE**

ELIZABETH LAWLER, being duly sworn on her oath according to law, deposes and says:

      1.    I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to AT&T, Inc., in the above captioned matter.

      2.    I certify that on May 31, 2007, pursuant to the service requirements set forth in the *Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification And Reclamation Agreement*, I served the following documents upon the parties indicated on the attached service list, in the manner listed therein:

      a.    *Response of AT&T Inc. To The Debtors' Thirteenth Omnibus Objection To Claims.*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  May 31, 2007                      _/s/ Elizabeth Lawler___
                                          Elizabeth Lawler


Sworn to before me this
_31th_ day of  May, 2007

_/s/ Kazue H. Segal_____
Notary Public
State of New Jersey
My commission expires 2/15/2011

# SERVICE LIST

*Via Electronic Mail:*

Richard Milin, Esq.

Neil Berger, Esq.

*Via First Class Mail, Postage Prepaid:*

Delphi Corporation
5725 Delphi Drive,
Troy, Michigan 48098
Att'n: General Counsel

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

*Via Federal Express:*

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY  10004