

**Lexington County
Treasurer's Office
Delinquent Tax Department**
212 South Lake Drive, Ste 102
Lexington, SC 29072
Ph: (803) 785-8345   Fax: (803) 785-0023

May 23, 2007

United States Bankruptcy Court
Southern District of New York
Attn: Kathleen Farrell, Acting Clerk
One Bowling Green, 6th Floor
New York, NY 10004-11408

Our Office has received an objection to the claim filed by Lexington County, stating the bills were subject to modification. The Property taxes owed by Delphi Corporation are a first lien on property located in Lexington County in the State of South Carolina. At the advice of our attorney we object to any modification on the taxes owed to Lexington County by Delphi Corporation. I have enclosed a copy of the Claim filed with your Court and a copy of the bills.

If you need any further information please contact me at the above address.

*Kelley Bradshaw*
Bankruptcy Specialist

Enclosure(s)

Cc: Kayalyn A. Marafioti, Attorney for Debtor

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT   SOUTHERN   DISTRICT OF   NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>LEXINGTON COUNTY | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>LEXINGTON COUNTY<br>212 SOUTH LAKE DRIVE<br>LEXINGTON SC 29072<br>Telephone number: (803) 785-5187 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends    a previously filed claim, dated:_____ | |

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☒ Taxes
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #:_____
     Unpaid compensation for services performed
     from _____ to _____
     (date)            (date)

2. **Date debt was incurred:** 8/30/05

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ _____ _____ _____ 110,647.51
   (unsecured)  (secured)  (priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☒ Other  Manuf Pers
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   - ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   - ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   - ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   - ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   - ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>1/27/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>\S\ William O. Rowell   LEXINGTON COUNTY TREASURER |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

NEW BILL 08/30/05   *** OFFICIAL RECEIPT UPON VALIDATION ***

RECEIPT NUMBER:2005-001207-609  DOR: 2056742-021      TAX YEAR:2004  TYPE:'X' MANUF PERS
LAND:        0  IMPROVEMENTS:  258,270 PENALTY:       0 TOTAL ASSMT:  258,270 DISTRICT: 2

**PAY THIS AMOUNT  $56,383.71**  (DUE DATE FOR PAYMENT IS 01/15/2006)
3% PENALTY ADDED FOR LATE PAYMENT MADE FROM 01/16/2006 THRU 01/30/2006    3% PENALTY AMOUNT:  58,075.22
10% PENALTY ADDED FOR LATE PAYMENT MADE FROM 01/31/2006 THRU 03/14/2006   10% PENALTY AMOUNT: 62,022.08
15% PENALTY AND EXECUTION COST ADDED FOR LATE PAYMENT MADE AFTER 03/14/2006  ESTIMATED AMOUNT: 64,866.27

ADDRESS CORRECTIONS HERE:

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5082
TROY   MI   48007-5082

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

00620220806031600064866276

---

# COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

RECEIPT#:2005-001207-609  OWNER: DELPHI AUTOMOTIVE SYSTEMS LLC    TYPE:'X' MANUF PERS
PROPERTY DESCRIPTION:CQOR  2056742-021
LAND:        0  IMPROVEMENTS:  258,270 PENALTY:       0 TOTAL ASSMT:  258,270 DISTRICT: 2

TAX YEAR:2004

|          | MILLAGE | TAXES |
|----------|---------|-------|
| COUNTY:  | 35.17   | 9,084.14 |
| SCHOOL:  | 183.14  | 47,299.57 |
| TOTAL TAXES: | 218.31 | 56,383.71 |

AMOUNT DUE: $56,383.71   (DUE DATE FOR PAYMENT IS 01/15/2006)

TAXES PAID BY 12/31/2005 ARE ELIGIBLE FOR DEDUCTIONS ON YOUR 2005 INCOME TAX RETURN.
PLEASE REVIEW YOUR TAX NOTICE FOR ACCURACY IN ALL AREAS.
   1) MAKE CHECK PAYABLE TO: 'COUNTY OF LEXINGTON' FOR TOTAL AMOUNT DUE.
   2) RETURN TOP PORTION OF THIS NOTICE WITH YOUR PAYMENT.
   3) PLEASE USE RETURN ENVELOPE OR MAIL TO:  COUNTY OF LEXINGTON
                                              OFFICE OF TREASURER
                                              212 SOUTH LAKE DRIVE
                                              LEXINGTON, SC  29072

DISCOVER, MASTERCARD, AND VISA ACCEPTED FOR ONLINE PAYMENT ON LEXINGTON COUNTY'S WEB SITE.
                                          MAIL, AT THE COUNTER, OR BY PHONE.

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

---

# COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

NEW BILL 08/30/05

RECEIPT#:2005-001207-609  OWNER: DELPHI AUTOMOTIVE SYSTEMS LLC    TYPE: 'X' MANUF PERS
PROPERTY DESCRIPTION:CQOR  2056742-021
LAND:        0  IMPROVEMENTS:  258,270 PENALTY:       0 TOTAL ASSMT:  258,270 DISTRICT: 2

TAX YEAR:2004          PAY THIS AMOUNT  $56,383.71   (DUE DATE FOR PAYMENT IS 01/15/2006)

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5082
TROY   MI   48007-5082

*** OFFICIAL RECEIPT UPON VALIDATION ***

COUNTY OF LEXINGTON, SOUTH CAROLINA                              FORM NO. LTC 100 A
                                                                 REV. 3/03

ORIGINAL 10/11/05    *** OFFICIAL RECEIPT UPON VALIDATION ***

RECEIPT NUMBER:2005-029453-105 DOR: 2056742-022    TAX YEAR:2005   TYPE:'X' MANUF PERS
LAND:        0   IMPROVEMENTS:   33,770 PENALTY:    0 TOTAL ASSMT:   33,770 DISTRICT: 2
**PAY THIS AMOUNT**    $6,451.52   (DUE DATE FOR PAYMENT IS 01/17/2006)
 3% PENALTY ADDED FOR LATE PAYMENT MADE FROM 01/18/2006 THRU 02/01/2006    3% PENALTY AMOUNT:    6,645.07
10% PENALTY ADDED FOR LATE PAYMENT MADE FROM 02/02/2006 THRU 03/16/2006   10% PENALTY AMOUNT:    7,096.67
15% PENALTY AND EXECUTION COST ADDED FOR LATE PAYMENT MADE AFTER 03/16/2006  ESTIMATED AMOUNT:    7,444.25

ADDRESS CORRECTIONS HERE:

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5082
TROY   MI   48007-5082

TAX EXECUTION NOTICE                              00007096670603160000744425 1
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

---

COUNTY OF LEXINGTON, SOUTH CAROLINA                              FORM NO. LTC 100 A
                                                                 REV. 3/03
RECEIPT#:2005-029453-105  OWNER: DELPHI AUTOMOTIVE SYSTEMS LLC    TYPE:'X' MANUF PERS
PROPERTY DESCRIPTION:CQ4Q  2056742-022
LAND:        0   IMPROVEMENTS:   33,770 PENALTY:    0 TOTAL ASSMT:   33,770 DISTRICT: 2
TAX YEAR:2005                  MILLAGE       TAXES
                      COUNTY:   31.90      1,077.26
                      SCHOOL:  168.40      5,686.87
                 TOTAL TAXES:  200.30      6,764.13
             SALES TAX CREDIT:              312.61-

                  AMOUNT DUE:  $6,451.52   (DUE DATE FOR PAYMENT IS 01/17/2006)

TAXES PAID BY 12/31/2005 ARE ELIGIBLE FOR DEDUCTIONS ON YOUR 2005 INCOME TAX RETURN.
PLEASE REVIEW YOUR TAX NOTICE FOR ACCURACY IN ALL AREAS.
   1) MAKE CHECK PAYABLE TO: 'COUNTY OF LEXINGTON' FOR TOTAL AMOUNT DUE.
   2) RETURN TOP PORTION OF THIS NOTICE WITH YOUR PAYMENT.
   3) PLEASE USE RETURN ENVELOPE OR MAIL TO:   COUNTY OF LEXINGTON
                                               OFFICE OF TREASURER
                                               212 SOUTH LAKE DRIVE
                                               LEXINGTON, SC  29072

TAX EXECUTION NOTICE                            T ON LEXINGTON COUNTY'S WEB SITE.
www.lex-co.com CREDIT CARD PAYMENTS CANNOT BE MADE BY MAIL, AT THE COUNTER, OR BY PHONE.

---

COUNTY OF LEXINGTON, SOUTH CAROLINA                              FORM NO. LTC 100 A
                                                                 REV. 3/03

ORIGINAL 10/11/05
RECEIPT#:2005-029453-105  OWNER: DELPHI AUTOMOTIVE SYSTEMS LLC    TYPE: 'X' MANUF PERS
PROPERTY DESCRIPTION:CQ4Q  2056742-022
LAND:        0   IMPROVEMENTS:   33,770 PENALTY:    0 TOTAL ASSMT:   33,770 DISTRICT: 2
TAX YEAR:2005        PAY THIS AMOUNT    $6,451.52   (DUE DATE FOR PAYMENT IS 01/17/2006)


DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5082
TROY   MI   48007-5082

*** OFFICIAL RECEIPT UPON VALIDATION ***

## COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

10/19/2005    ORIGINAL 10/11/05    *** OFFICIAL RECEIPT UPON VALIDATION ***

RECEIPT NUMBER: 2005-029452-108 DOR: 2056742-021    TAX YEAR: 2005    TYPE: 'X' MANUF PERS
LAND:    0    IMPROVEMENTS:    210,730 PENALTY:    0 TOTAL ASSMT:    210,730 DISTRICT: 2

**PAY THIS AMOUNT  $40,258.45**  (DUE DATE FOR PAYMENT IS 01/17/2006)
 3% PENALTY ADDED FOR LATE PAYMENT MADE FROM 01/18/2006 THRU 02/01/2006     3% PENALTY AMOUNT:  41,466.20
10% PENALTY ADDED FOR LATE PAYMENT MADE FROM 02/02/2006 THRU 03/16/2006    10% PENALTY AMOUNT:  44,284.30
15% PENALTY AND EXECUTION COST ADDED FOR LATE PAYMENT MADE AFTER 03/16/2006   ESTIMATED AMOUNT:  46,322.22

ADDRESS CORRECTIONS HERE:

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5082
TROY  MI   48007-5082

00044284300603160004632222 1

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

---

## COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

RECEIPT#: 2005-029452-108   OWNER: DELPHI AUTOMOTIVE SYSTEMS LLC    TYPE: 'X' MANUF PERS
PROPERTY DESCRIPTION: CQOR  2056742-021
LAND:    0    IMPROVEMENTS:    210,730 PENALTY:    0 TOTAL ASSMT:    210,730 DISTRICT: 2

TAX YEAR: 2005

|  | MILLAGE | TAXES |
|---|---|---|
| COUNTY: | 31.90 | 6,722.28 |
| SCHOOL: | 168.40 | 35,486.93 |
| TOTAL TAXES: | 200.30 | 42,209.21 |
| SALES TAX CREDIT: |  | 1,950.76- |

AMOUNT DUE:  $40,258.45    (DUE DATE FOR PAYMENT IS 01/17/2006)

TAXES PAID BY 12/31/2005 ARE ELIGIBLE FOR DEDUCTIONS ON YOUR 2005 INCOME TAX RETURN.
PLEASE REVIEW YOUR TAX NOTICE FOR ACCURACY IN ALL AREAS.
   1) MAKE CHECK PAYABLE TO: 'COUNTY OF LEXINGTON' FOR TOTAL AMOUNT DUE.
   2) RETURN TOP PORTION OF THIS NOTICE WITH YOUR PAYMENT.
   3) PLEASE USE RETURN ENVELOPE OR MAIL TO:   COUNTY OF LEXINGTON
                                               OFFICE OF TREASURER
                                               212 SOUTH LAKE DRIVE
                                               LEXINGTON, SC  29072

www._____T ON LEXINGTON COUNTY'S WEB SITE.
CREDIT CARD PAYMENTS CANNOT BE MADE BY MAIL, AT THE COUNTER, OR BY PHONE.

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

---

## COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

10/19/2005    ORIGINAL 10/11/05

RECEIPT#: 2005-029452-108   OWNER: DELPHI AUTOMOTIVE SYSTEMS LLC    TYPE: 'X' MANUF PERS
PROPERTY DESCRIPTION: CQOR  2056742-021
LAND:    0    IMPROVEMENTS:    210,730 PENALTY:    0 TOTAL ASSMT:    210,730 DISTRICT: 2
TAX YEAR: 2005         PAY THIS AMOUNT   $40,258.45    (DUE DATE FOR PAYMENT IS 01/17/2006)

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5082
TROY  MI   48007-5082

*** OFFICIAL RECEIPT UPON VALIDATION ***

# COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

ORIGINAL 10/11/05    *** OFFICIAL RECEIPT UPON VALIDATION ***

RECEIPT NUMBER: 2005-029451-101   DOR: 2056742-014   TAX YEAR: 2005   TYPE: 'X' MANUF PERS

LAND:     0   IMPROVEMENTS:   39,540 PENALTY:   0 TOTAL ASSMT:   39,540 DISTRICT: 2

**PAY THIS AMOUNT     $7,553.83**   (DUE DATE FOR PAYMENT IS 01/17/2006)
3% PENALTY ADDED FOR LATE PAYMENT MADE FROM 01/18/2006 THRU 02/01/2006    3% PENALTY AMOUNT:   7,780.44
10% PENALTY ADDED FOR LATE PAYMENT MADE FROM 02/02/2006 THRU 03/16/2006   10% PENALTY AMOUNT:  8,309.21
15% PENALTY AND EXECUTION COST ADDED FOR LATE PAYMENT MADE AFTER 03/16/2006   ESTIMATED AMOUNT:  8,711.90

ADDRESS CORRECTIONS HERE:

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 6082
TROY  MI   48007-5082

00008309210603160000871190 4

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

---

# COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

RECEIPT#: 2005-029451-101   OWNER: DELPHI AUTOMOTIVE SYSTEMS LLC   TYPE: 'X' MANUF PERS
PROPERTY DESCRIPTION: PBR AUTOMOTIVE OF SC   2056742-014
LAND:   0   IMPROVEMENTS:   39,540 PENALTY:   0 TOTAL ASSMT:   39,540 DISTRICT: 2

TAX YEAR: 2005

|  | MILLAGE | TAXES |
|---|---|---|
| COUNTY: | 31.90 | 1,261.32 |
| SCHOOL: | 168.40 | 6,658.54 |
| TOTAL TAXES: | 200.30 | 7,919.86 |
| SALES TAX CREDIT: |  | 366.03- |

AMOUNT DUE:   $7,553.83   (DUE DATE FOR PAYMENT IS 01/17/2006)

TAXES PAID BY 12/31/2005 ARE ELIGIBLE FOR DEDUCTIONS ON YOUR 2005 INCOME TAX RETURN.
PLEASE REVIEW YOUR TAX NOTICE FOR ACCURACY IN ALL AREAS.
  1) MAKE CHECK PAYABLE TO: 'COUNTY OF LEXINGTON' FOR TOTAL AMOUNT DUE.
  2) RETURN TOP PORTION OF THIS NOTICE WITH YOUR PAYMENT.
  3) PLEASE USE RETURN ENVELOPE OR MAIL TO:   COUNTY OF LEXINGTON
                                              OFFICE OF TREASURER
                                              212 SOUTH LAKE DRIVE
                                              LEXINGTON, SC  29072

...T ON LEXINGTON COUNTY'S WEB SITE.
www.lex-co.com  CREDIT CARD PAYMENTS CANNOT BE MADE BY MAIL, AT THE COUNTER, OR BY PHONE.

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

---

# COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

ORIGINAL 10/11/05

RECEIPT#: 2005-029451-101   OWNER: DELPHI AUTOMOTIVE SYSTEMS LLC   TYPE: 'X' MANUF PERS
PROPERTY DESCRIPTION: PBR AUTOMOTIVE OF SC   2056742-014
LAND:   0   IMPROVEMENTS:   39,540 PENALTY:   0 TOTAL ASSMT:   39,540 DISTRICT: 2

TAX YEAR: 2005       PAY THIS AMOUNT     $7,553.83   (DUE DATE FOR PAYMENT IS 01/17/2006)

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 6082
TROY  MI   48007-5082

*** OFFICIAL RECEIPT UPON VALIDATION ***