# JOHNS HOPKINS
U N I V E R S I T Y

**Office of the
Vice President and General Counsel**
113 Garland Hall / 3400 N. Charles Street
Baltimore MD 21218-2688
(410) 516-8128
FAX (410) 516-5448

May 24, 2007

U.S. Bankruptcy Court
Southern District of New York
Delpi Corporation Claims
One Bowling Green – Room 534
New York, NY 10004-1408

   Re: Delphi Corporation, et al, Debtors
     Case No.: 05-44481

Dear Clerk:

  Please see the enclosed **Notice of Withdrawal of Claim** filed by Johns Hopkins University for filing in the above case.

  I have enclosed a copy of the filing to be date stamped and returned in the enclosed self-addressed, stamped envelope.

  Thank you for your assistance.

              Very truly yours,

              Sydney Greenish
              Paralegal

/sg
Encl.

RECEIVED
MAY 29 2007
CLAIMS PROCESSING CENTER
USBC, SDNY    1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
In re : Chapter 11
:
DELPHI CORPORATION, et. al. : Case No.: 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM PURSUANT TO 11 U.S.C.§ 3006

PLEASE TAKE NOTICE that on July 25, 2006, Johns Hopkins University, Center for Talented Youth ("JHU"), filed a Proof of Claim for an unsecured claim in the amount of $28,800.00. On April 27, 2007, JHU received a Notice of Entry of Order Disallowing and Expunging Certain Insufficiently Documented Claims, which listed the JHU claim as being subject to modification, thereby reducing the unsecured claim to the modified amount of $7,200.00, to which JHU did not object.

PLEASE TAKE FURTHER NOTICE that JHU, hereby respectfully withdraws its remaining unsecured claim in the amount of $7,200.00 in its entirety.

Dated: Baltimore, Maryland
       May 24, 2007

[RECEIVED MAY 29 2007 CLAIMS PROCESSING CENTER USBC, SDNY]

JOHNS HOPKINS UNIVERSITY,
CENTER FOR TALENTED YOUTH

By: _____
    E. Bernard Justis (4384)
Johns Hopkins University
Office of General Counsel
3400 N. Charles Street/113 Garland Hall
Baltimore, Maryland 21218

Attorney for Johns Hopkins University,
Center for Talented Youth
    Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
DELPHI CORPORATION, et. al.                          : Case No.: 05-44481 (RDD)
                                                     :
       Debtors.                                      : (Jointly Administered)
                                                     :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on this 24th day of May, 2007 the foregoing Notice of Withdrawal of Claim filed by Johns Hopkins University was mailed by first-class, postage pre-paid to:

John Wm. Butler
Skadden, Arps, Slate, Meagher & Flom, LLP
33 West Wacker Drive – Suite 2100
Chicago, Illinois 60606

(Attorney for Delphi Corporation, et al, Debtors)

Kayaln A. Marafioto
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

(Attorney for Delphi Corporation, et al, Debtors)

Alicia M. Leohnard, U.S. Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004

(U.S. Trustee)



RECEIVED MAY 29 2007 CLAIMS PROCESSING CENTER USBC, SDNY

this

this

Dated: Baltimore, Maryland
      May __24__, 2007

JOHNS HOPKINS UNIVERSITY,
CENTER FOR TALENTED YOUTH

By: _____
E. Bernard Justis
Johns Hopkins University
Office of General Counsel
3400 N. Charles Street/113 Garland Hall
Baltimore, Maryland 21218

Attorney for Johns Hopkins University,
Center for Talented Youth
    Creditor



RECEIVED MAY 29 2007 CLAIMS PROCESSING CENTER USBC, SDNY