

# NIXON PEABODY LLP
ATTORNEYS AT LAW

Key Towers at Fountain Plaza
40 Fountain Plaza, Suite 500
Buffalo, New York 14202-2224
(716) 853-8100
Fax: (716) 853-8109

Lisa T. Daly
Direct Dial: (716) 853-8103
E-Mail: ldaly@nixonpeabody.com

May 23, 2007

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    RE:    Delphi Corporation et al. - Chapter 11
           Case No.:   05-44481 (RDD)
                       05-44640

           Creditor Name:    Rockwell Automation

Dear Clerk:

    This firm receives notices in this matter from the Bankruptcy Court on behalf of listed creditor Rockwell Automation. We have not filed a Proof of Claim on behalf of Rockwell Automation, and the lawsuit from which any potential claim against Delphi arises has been fully and finally settled. We ask that the court please <u>remove</u> Rockwell Automation c/o Nixon Peabody LLP from all mailing lists in connection with the Delphi bankruptcy matter(s).

    Thank you for your consideration.

                                           Very truly yours,

                                           Lisa T. Daly
                                           Paralegal

mkb