Robyn J. Spalter, Esq. (RS 0035)
*Pro Hac Vice pending*
General Counsel
Riverside Claims LLC
2109 Broadway, Suite 206
New York, NY  10023
Phone: (212) 501-0990
Fax: (212) 501-7088
Email:  rspalter@regencap.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                                            :
In re:                                      :         Chapter 11
                                            :
DELPHI CORPORATION, *et al.,*               :         Case No. 05-44481 (RDD)
                                            :
Debtor.                                     :         (Jointly Administered)
---------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I served on May 17, 2007, the following document by electronic mail to all the parties on the Master Service List, except for MaryAnn Brereton, Assistant General Counsel for Tyco Electronics Corp, who was served by facsimile and by Federal Express to those parties listed on Exhibit "A":

> Response of Riverside Claims, LLC, as Assignee of JanPak Huntsville (Docket #7967) to Debtors' *Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement*

                                    / s/ Robyn J. Spalter_____
                                    Robyn J. Spalter, General Counsel
                                    Riverside Claims, LLC

# EXHIBIT "A"

| | |
|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>U.S. Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY 10004 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel |
| John Wm Butler<br>John K. Lyons<br>Joseph N. Warton<br>Skadden, Arps, Slate Meager & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>Counsel For Debtors | Alicia M. Leonhard<br>Unites States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY<br>10004-2112 |