Robyn J. Spalter, Esq. (RS 0035)
*Pro Hac Vice pending*
General Counsel
Riverside Claims LLC
2109 Broadway, Suite 206
New York, NY 10023
Phone: (212) 501-0990
Fax: (212) 501-7088
Email: rspalter@regencap.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                                                   :
In re:                                             :    Chapter 11
                                                   :
DELPHI CORPORATION, *et al.*,                      :    Case No. 05-44481 (RDD)
                                                   :
Debtor.                                            :    (Jointly Administered)
---------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that I served on May 25, 2007, the following document by electronic mail to all the parties on the Master Service List, except for MaryAnn Brereton, Assistant General Counsel for Tyco Electronics Corp, who was served by facsimile and by Federal Express to those parties listed on Exhibit "A":

> Response of Riverside Claims, LLC, as Assignee of Whyco Finishing Technologies (Docket #8048) to Debtors' *Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation*

/ s/ Robyn J. Spalter
Robyn J. Spalter, General Counsel
Riverside Claims, LLC

# EXHIBIT "A"

| | |
|---|---|
| The Honorable Robert D. Drain | Delphi Corporation |
| United States Bankruptcy Judge | 5725 Delphi Drive |
| U.S. Bankruptcy Court for the | Troy, MI 48098 |
| Southern District of New York | Attn: General Counsel |
| One Bowling Green, Room 610 | |
| New York, NY 10004 | |

| | |
|---|---|
| John Wm Butler | Alicia M. Leonhard |
| John K. Lyons | Unites States Trustee |
| Joseph N. Warton | 33 Whitehall Street |
| Skadden, Arps, Slate Meager & Flom LLP | 21st Floor |
| 333 West Wacker Drive | New York, NY |
| Suite 2100 | 10004-2112 |
| Chicago, IL 60606 | |
| Counsel For Debtors | |