# Exhibit F

**NOTE:** Yellow box denotes share sale, and yellow circles denote asset sales.

## PROJECT PEGASUS LEGAL STRUCTURE CHART[1]



(1) Assets associated with the technical centers in Flint and Luxembourg and sales centers in Italy, Germany, Japan, India and Troy, Michigan not included in above chart.
(2) Together comprise Tulsa.