

**MACHINED PRODUCTS CO.**

2121 Landmeier Rd.
Elk Grove Village, IL 60007
Phone: 1-847-718-1300
Fax: 1-847-718-1307
www.machinedproducts.com

Let this letter serve as the "Response" regarding Notice of objection of claim.

Claim Number 5115
Asserted Claim Amount $210,634.01

The name of the claimant and a brief description of the basis for the amount of the claim.

Claimant:
MACHINED PRODUCTS COMPANY
2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007

Based on the information provided by my accounting department I would like to inform you that Machined Products Company disagrees with the modified amount of $164,214.16 and will not accept the modified amount of the claim.

After reviewing Delphi's E-dacor unpaid search for Duns Number RD041550674 belonging to Machined Products we reconciled the balance to be $210,047.26 shown as outstanding to be paid in 12/31/2049.

Please see attached invoices together with Delphi's e-dacor engine and make proper adjustments.

If you have any questions or concerns regarding this matter please don't hesitate to contact me at the above phone number.

Best regards,

Mohammed Qureshi
President

RECEIVED
MAY 30 2007
USBSDNY
PCBDD

# Creditor Data for Claim Number 5115

| | |
|---|---|
| **Creditor Name:** Machined Products Co<br>**Creditor Notice Name:** | **Date Claim Filed:** 5/8/2006<br>**Delphi Claim #:** 5115<br>**Court Claim #:** 5115<br>**Amend/Replace?** No |

**Debtor Name:** Delphi Corporation
**Case Number:** 05-44481

| | |
|---|---|
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** $210,634.01 | **Creditor Info Altered?** N<br>**Objection Filed?** Y  **Basis:**  Wrong Debtor;Books and Records;Books and Records  **Total Amount:**  $46,419.85<br>**Objection History** |

| | Basis | Status | Notes |
|---|---|---|---|
| **Schedule:**<br>**Schedule Amt:** | Wrong Debtor | Not resolved yet | |
| | Books and Records | Not resolved yet | |




## E-DACOR UNPAID SEARCH RESULTS
### Search Results For Duns Number: RD 041550674

*Click the Down Arrow Icon to View Part Detail
*Click the Camera Icon to View Image (not available on 9000 series process numbers)

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9000031164090 | K9 | 02 | 357410ISR0994602 | 08/01/2005 | $2,208.53 | USD | 35741 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031172621 | K9 | 02 | 357860ISR1000603 | 08/02/2005 | $2,208.53 | USD | 35786 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031187205 | K9 | 02 | 357870ISR1004204 | 08/03/2005 | $2,208.53 | USD | 35787 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031200705 | K9 | 02 | 357880ISR1007705 | 08/04/2005 | $2,208.53 | USD | 35788 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031219213 | K9 | 02 | 357890ISR1011406 | 08/05/2005 | $2,208.53 | USD | 35789 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031249035 | K9 | 02 | 357900ISR1016509 | 08/08/2005 | $2,208.53 | USD | 35790 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031258854 | K9 | 02 | 357910ISR1019510 | 08/09/2005 | $2,208.53 | USD | 35791 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031272646 | K9 | 02 | 358680ISR1023711 | 08/10/2005 | $2,208.53 | USD | 35868 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000033112669 | K9 | 02 | 358690ISR1027913 | 08/12/2005 | $2,409.30 | USD | 35869 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000033112670 | K9 | 02 | 358700ISR1030413 | 08/12/2005 | $2,409.30 | USD | 35870 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031437938 | K9 | 02 | 358710ISR1039224 | 08/23/2005 | $2,208.53 | USD | 35871 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031455061 | K9 | 02 | 358990ISR1042525 | 08/24/2005 | $2,208.53 | USD | 35899 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031468264 | K9 | 02 | 359000ISR1045526 | 08/25/2005 | $2,208.53 | USD | 35900 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031508487 | K9 | 02 | 359010ISR1048930 | 08/29/2005 | $2,208.53 | USD | 35901 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031508488 | K9 | 02 | 360820ISR1051030 | 08/29/2005 | $2,208.53 | USD | 36082 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031540075 | K9 | 02 | 360830ISR1054301 | 08/31/2005 | $2,208.53 | USD | 36083 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031571171 | K9 | 02 | 360790IPF4660203 | 09/01/2005 | $2,617.50 | USD | 36079 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031552779 | K9 | 02 | 360840ISR1057402 | 09/01/2005 | $2,208.53 | USD | 36084 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031552778 | K9 | 02 | 36084AISR1061502 | 09/01/2005 | $2,208.53 | USD | 36084A | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031571169 | HP | 02 | 5203551575001 | 09/02/2005 | $3,112.80 | USD | 36196 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031571170 | HP | 02 | 5203551576001 | 09/02/2005 | $1,621.25 | USD | 36197 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031571172 | K9 | 02 | 360850ISR1066303 | 09/02/2005 | $2,610.08 | USD | 36085 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031599814 | K9 | 02 | 360800IPF4685407 | 09/06/2005 | $5,758.50 | USD | 36080 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031612540 | K9 | 02 | 361890IPF4707708 | 09/06/2005 | $2,094.00 | USD | 36188 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031599815 | K9 | 02 | 361920ISR1070107 | 09/06/2005 | $2,610.08 | USD | 36192 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031612537 | HP | 02 | 5203582159001 | 09/07/2005 | $194.55 | USD | 36231 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031612538 | HP | 02 | 5203582160001 | 09/07/2005 | $2,399.45 | USD | 36229 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031612539 | HP | 02 | 5203582161001 | 09/07/2005 | $180.00 | USD | 36230 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031612541 | K9 | 02 | 361930ISR1074808 | 09/07/2005 | $2,610.08 | USD | 36193 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000033286700 | K9 | 02 | 036211ISR0040115 | 09/08/2005 | $1,067.43 | USD | 036211 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031628269 | K9 | 02 | 361890IPF4726909 | 09/08/2005 | $2,617.50 | USD | 36189 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031646431 | K9 | 02 | 361900IPF4737910 | 09/08/2005 | $3,664.50 | USD | 36190 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031628270 | K9 | 02 | 361940ISR1079509 | 09/08/2005 | $2,409.30 | USD | 36194 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031646430 | HP | 02 | 5203598716001 | 09/09/2005 | $1,621.25 | USD | 36243 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031646432 | K9 | 02 | 361950ISR1085010 | 09/09/2005 | $2,409.30 | USD | 36195 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031680709 | K9 | 02 | 362710IPF4779614 | 09/12/2005 | $5,235.00 | USD | 36271 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031668092 | K9 | 02 | 362760ISR1089013 | 09/12/2005 | $2,409.30 | USD | 36276 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031680708 | HP | 02 | 5203619438001 | 09/13/2005 | $314.64 | USD | 36297 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000031693485 | K9 | 02 | 362720IPF4798715 | 09/13/2005 | $3,141.00 | USD | 36272 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9000031680710 | K9 | 02 | 362770ISR1093714 | 09/13/2005 | $2,409.30 | USD | 36277 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031720436 | K9 | 02 | 362730IPF4820716 | 09/14/2005 | $3,141.00 | USD | 36273 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031693486 | K9 | 02 | 362780ISR1097915 | 09/14/2005 | $2,409.30 | USD | 36278 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031738905 | K9 | 02 | 362740IPF4839017 | 09/15/2005 | $3,664.50 | USD | 36274 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031720437 | K9 | 02 | 362790ISR1103416 | 09/15/2005 | $5,019.38 | USD | 36279 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031738904 | HP | 02 | 5203643590001 | 09/16/2005 | $648.50 | USD | 36354 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031760988 | K9 | 02 | 362750IPF4860120 | 09/16/2005 | $4,188.00 | USD | 36275 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031738906 | K9 | 02 | 362800ISR1106617 | 09/16/2005 | $2,409.30 | USD | 36280 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031772890 | K9 | 02 | 363180IPF4881521 | 09/19/2005 | $3,664.50 | USD | 36318 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031760989 | K9 | 02 | 363230ISR1110920 | 09/19/2005 | $2,409.30 | USD | 36323 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031801820 | K9 | 02 | 363190IPF4908323 | 09/20/2005 | $2,617.50 | USD | 36319 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031772891 | K9 | 02 | 363240ISR1115621 | 09/20/2005 | $2,409.30 | USD | 36324 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000033286701 | K9 | 02 | 036376ISK0040215 | 09/21/2005 | $533.72 | USD | 036376 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031801821 | K9 | 02 | 363200IPF4922723 | 09/21/2005 | $3,141.00 | USD | 36320 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031788606 | K9 | 02 | 363250ISR1121022 | 09/21/2005 | $2,409.30 | USD | 36325 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031824316 | K9 | 02 | 363210IPF4944824 | 09/22/2005 | $3,664.50 | USD | 36321 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031801822 | K9 | 02 | 363260ISR1123223 | 09/22/2005 | $2,409.30 | USD | 36326 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031824314 | HP | 02 | 5203690235001 | 09/23/2005 | $1,815.80 | USD | 36422 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031824315 | HP | 02 | 5203690237001 | 09/23/2005 | $1,815.80 | USD | 36421 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031824317 | K9 | 02 | 363270ISR1127224 | 09/23/2005 | $2,409.30 | USD | 36327 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031845056 | K9 | 02 | 363810IPF4966727 | 09/23/2005 | $2,617.50 | USD | 36381 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031886237 | K9 | 02 | 363860ISK9306130 | 09/23/2005 | $2,668.58 | USD | 36386 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031856293 | K9 | 02 | 363820IPF4985728 | 09/26/2005 | $3,141.00 | USD | 36382 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031869594 | K9 | 02 | 363830IPF5007629 | 09/27/2005 | $2,617.50 | USD | 36383 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031856294 | K9 | 02 | 363870ISR1132128 | 09/27/2005 | $2,409.30 | USD | 36387 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031869593 | HP | 02 | 5203721179001 | 09/28/2005 | $778.20 | USD | 36505 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031866236 | K9 | 02 | 363840IPF5033030 | 09/28/2005 | $3,664.50 | USD | 36384 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031869595 | K9 | 02 | 363880ISR1138529 | 09/28/2005 | $2,208.53 | USD | 36388 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000033286702 | K9 | 02 | 036542ISK0040315 | 09/29/2005 | $1,601.15 | USD | 036542 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031907992 | K9 | 02 | 363850ISR1051901 | 09/29/2005 | $3,141.00 | USD | 36385 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031886238 | K9 | 02 | 363890ISR1142330 | 09/29/2005 | $2,208.53 | USD | 36389 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031907990 | HP | 02 | 5203739030001 | 09/30/2005 | $2,334.60 | USD | 36528 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031907991 | HP | 02 | 5203739031001 | 09/30/2005 | $2,594.00 | USD | 36529 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031907993 | K9 | 02 | 363900ISR1146301 | 09/30/2005 | $2,208.53 | USD | 36390 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031928213 | K9 | 02 | 365320IPF5071504 | 09/30/2005 | $3,664.50 | USD | 36532 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031940017 | K9 | 02 | 365370ISK9344605 | 09/30/2005 | $3,736.01 | USD | 36537 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 0005016248058 | EW | 04 | ADM196412 | 10/01/2005 | ( $11,605.00) | USD | N/A | N/A | Ready To Pay | | 000000000 |
| 0005016259165 | EW | 04 | ADM2006SAPC023 | 10/01/2005 | ( $11,605.00) | USD | N/A | | Ready To Pay | 12/31/2049 | 000000000 |
| 0005016227055 | EW | 04 | ADM655645 | 10/01/2005 | ( $11,605.00) | USD | N/A | | Ready To Pay | 12/31/2049 | 000000000 |
| 0005016270497 | EW | 04 | ADMSAPC066 | 10/01/2005 | ( $11,605.00) | USD | SAPC066 | | Ready To Pay | 12/31/2049 | 000000000 |
| 0005016276134 | K9 | 02 | 27184 | 10/01/2005 | $485.70 | USD | 27184 | | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031928212 | K9 | 02 | 363910ISR1149904 | 10/03/2005 | $2,208.53 | USD | 36391 | SAG90I5144 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031940016 | K9 | 02 | 365330IPF5096705 | 10/03/2005 | $3,141.00 | USD | 36533 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031940015 | HP | 02 | 5203759778001 | 10/04/2005 | $66.96 | USD | 36596 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031956553 | K9 | 02 | 365340IPF5117106 | 10/04/2005 | $3,141.00 | USD | 36534 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031972784 | K9 | 02 | 365350IPF5141007 | 10/05/2005 | $3,141.00 | USD | 36535 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031987391 | K9 | 02 | 366240IPF5164608 | 10/06/2005 | $3,141.00 | USD | 36624 | SAG90I2467 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031987388 | HP | 02 | 5203784864001 | 10/07/2005 | $2,464.30 | USD | 36620 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |
| 9000031987389 | HP | 02 | 5203784865001 | 10/07/2005 | $2,399.45 | USD | 36595 | D0550015541 | Ready To Pay | 12/31/2049 | 000000000 |

| UNITED STATES BANKRUPTCY COURT __Southern__ | DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|---|

Name of Debtor
Delphi Corporation

Case Number
05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Machined Products Co

Name and address where notices should be sent:
Machined Products Co
Accounts Payable
2121 Landmeier Rd
Elk Grove Village IL 60007

Telephone number: 847-718-1300

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
DELPHI CORPORATION

Check here ☐ replaces ☐ amends  a previously filed claim, dated:_____
if this claim

**1. Basis for Claim**
☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)         (date)

**2. Date debt was incurred:**
3/14/2004 thru 10/7/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed: $** __210,634.01__ _____ _____ __210,634.01__
(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim $** _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 5/4/2006 | _Mohammed Qureshi_    MOHAMMED QURESHI |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191635110951

O·c

O·c

186,272·46
24,361·55 +
210,634·01 #



Supplier Name: Mexford Products Company
Ultimate DUNS: 041552874
Lead Negotiator: Mohammed Qureshi
Total Annual Purchase Value (APV) Under Considerations **

Mohammed Qureshi    847.718-1500
Submitted by: (Supplier Contact Name)    Phone

Delphi Review by (Delphi Name)

Position    Phone
To be Completed by Delphi

To be completed by Supplier

| Delphi Division (one form required per Division) | Assemble Contract (Delphi PO#) | Proportion Balance | | Description of other Items | Amount Received Under First Day Motion(s) | Net Total Pre-Petition Balance | Delphi Discount of Proportion Balance (USD $) |
|---|---|---|---|---|---|---|---|
| | | Productive Parts (US$) | Other Items (US$) ^a | | | | |
| DELPHI SAGINAW 3900 HOLLAND ROAD PONTIAC, MI 48091-9494 | S3S25092 | 485.7 | | | | $   498 | |
| | SAG9F75111 | 586.91 | | | | $   597 | |
| | SAG9005144 | 92206.48 | | | | $   92,206 | |
| | SAG9002407 | 92843.39 | | | | $   92,843 | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | Total | 188,273.48 | $ | | $ | 188,273.48 | |

Footnotes:
a.) Annual Purchase Value (APV) is calculated as: (Unit Quantity Purchased) x (Unit Price) = APV
b.) Other items include charges for Tooling, Shipping, Labor, Installation, etc. Please specify in adjacent column

If Reconciliation $> Delphi Pre-petition Amount, Approval by Divisional Purchasing
Director Required.

Reconciliation Amount Accepted by:

Mohammed Qureshi, Vice President (847) 718-1500
Supplier Contact Name, Position, Phone Number

Delphi Contact Name, Position, Phone Number



0·00  T

0·00  T

0·00  T

72·11  T
268·76  T
246·04  T
586·91  T

0·00  T

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.
2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 04/07/04 | 27748 | |

SOLD TO:
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC, MI  48601-9494

*correct PO# SAG 9FI 511*

SHIP TO:
DELPHI SAGINAW, CIS: 44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 27936 | 04/02/04 | DS100 | 4 | ~~SAG9TI0228~~ | TRI STATE | 04/02/04 | NET 30 DAYS |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4973A | 238 | 26104973 MP-JACKET LOWER | 238 | EA | .303 | EA | 72.11 |

BILL OF LADING NO.: 27936
MISC. CHGS. EXPL.:



| | |
|---|---|
| SALES AMOUNT | 72.11 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| TOTAL | 72.11 |



# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/22/04 | 29890 | 1 |

**SOLD TO**
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS =041550074
PONTIAC, MI  48601-9494

**SHIP TO**
PTC ALLIANCE
ATTN:  SHERRY
1480 N.W. 11TH STREET
RICHMOND, IN 47374

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 29998 | 10/04/04 | DS100 | 4 | SAG9PI5111 | CCX | 10/21/04 | NET 30 DAYS |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4973A | 887 | 26104973 MP-JACKET LOWER | 887 | EA | .303 | EA | 268.76 |

BILL OF LADING NO: 29998

MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 268.76 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| TOTAL | 268.76 |



# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/29/04 | 30027 | |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI SAGINAW DIVISION<br>3900 HOLLAND ROAD<br>DUNS #041550674<br>PONTIAC, MI  48601-9494 | PTC ALLIANCE<br>ATTN:  SHERRY<br>1480 N.W.  11TH STREET<br>RICHMOND, IN 47374 |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 30274 | 10/26/04 | DS100 | 4 | SAG9FI5111 | CCX | 10/27/04 | NET 30 DAYS |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 4973A | | 26104973 MP-JACKET LOWER | | | | |
| | 812 | 812 | EA | .303 | EA | 246.04 |

| | | |
|---|---|---|
| BILL OF LADING NO: | 30274 | |
| MISC. CHGS. EXPL: | | |

| | |
|---|---|
| SALES AMOUNT | 246.04 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| TOTAL | 246.04 |

# MACHINED PRODUCTS CO.

DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 02/13/04 | 27184 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC, MI  48601-9494

SHIP TO
DELPHI SAG STEERING SYST
MR. MIKE CLARK PROD ENG.
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 27338 | 02/04/04 | DS100 | 4 | S3S26082 | FED EXP-COL | 02/04/04 | NET 30 DAYS |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5190A | 15 | 26105190  REV:10H  FLANGE | 15 | EA | 32.380 | EA | 485.70 |

BILL OF LADING NO.  SAMPLES
*MISC. CHGS. EXPL

| | |
|---|---|
| SALES AMOUNT | 485.70 |
| MISC CHARGES | 00 |
| FREIGHT | 00 |
| TOTAL | 485.70 |

0·c

0·c

1,067·43
533·72
2,617·50
5,758·50
2,094·00
2,617·50
3,664·50
5,235·00
3,141·00
3,141·00
3,664·50
4,188·00
3,664·50
2,617·50
3,141·00
3,664·50
2,617·50
2,668·58
3,141·00
2,617·50
3,664·50
3,141·00
1,601·15
3,664·50
3,736·01
3,141·00
3,141·00
3,141·00
3,141·00
2,617·50
92,843·39

0·00

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036211 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**BRAZING CONCEPTS**
**94 CONCEPT DRIVE**
**COLDWATER, MI.  49036**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036191 | 9/8/2005 | DS100 | | SAG90I2467 | UPS NEXT DAY | 09/01/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4699A | 910 | 26054699 ECN LE | 910 | EA | 1.1730 | EA | 1,067.43 |

BILL OF LADING NO:   36191
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 1,067.43 |
| MISC CHARGES FREIGHT | |
| TOTAL | 1,067.43 |

# MACHINED PRODUCTS CO.

*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/21/05 | 036376 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
BRAZING CONCEPTS
94 CONCEPT DRIVE
COLDWATER, MI. 49036

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036322 | 9/21/2005 | DS100 | | SAG90I2467 | UPS NEXT DAY | 9/20/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 4699A | 26054699  ECN LE | EA | 1.1730 | EA | 533.72 |
| 455 | 455 | | | | |

BILL OF LADING NO:   36322
*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 533.72 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 533.72 |

# MACHINED PRODUCTS CO.
DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036185 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036079 | 9/8/2005 | DS100 | | SAG9012467 | ALVAN MOTOR F | 09/01/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | 375 | 26070184  YOKE R | 375 | EA | 6.9800 | EA | 2,617.50 |

BILL OF LADING NO:   36079
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,617.50 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,617.50 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036186 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAG STEERING SYST**
**PLANT SIX**
**3900 HOLLAND RD.**
**SAGINAW, MI 48601-9494**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036080 | 9/8/2005 | DS100 | | SAG90I2467 | TRI STATE | 09/02/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT. | UNIT PRICE | PRICE UNIT | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 0184A | 825 | 26070184 YOKE R | 825 | EA | 6.9800 | EA | | 5,758.50 |

BILL OF LADING NO:  36080
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 5,758.50 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 5,758.50 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.
2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036210 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036188 | 9/8/2005 | DS100 | | SAG9012467 | ALVAN MOTOR F | 09/06/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 0184A | 26070184  YOKE R | EA | 6.9800 | EA | 2,094.00 |
| 300 | 300 | | | | |

BILL OF LADING NO:  36188
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,094.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,094.00 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036275 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036189 | 9/16/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/7/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | 375 | 26070184  YOKE R | 375 | EA | 6.9800 | EA | 2,617.50 |

BILL OF LADING NO:   36189
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,617.50 |
| MISC CHARGES FREIGHT | |
| TOTAL | 2,617.50 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036276 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036190 | 9/16/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/8/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT. | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | |
| 0184A | 26070184 YOKE R | EA | 6.9800 | EA | 3,664.50 |
| | 525 | 525 | | | |

BILL OF LADING NO:   36190
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,664.50 |
| MISC CHARGES FREIGHT | |
| TOTAL | 3,664.50 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036300 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036271 | 9/16/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/12/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 0184A | 26070184  YOKE R | EA | 6.9800 | EA | 5,235.00 |
| 750 | 750 | | | | |

BILL OF LADING NO:   36271

*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 5,235.00 |
| MISC CHARGES & FREIGHT | |
| TOTAL | 5,235.00 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036301 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036272 | 9/16/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/13/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | 450 | 26070184 YOKE R | 450 | EA | 6.9800 | EA | 3,141.00 |

BILL OF LADING NO: 36272
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,141.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 3,141.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036302 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036273 | 9/16/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/14/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | |
| 0184A | 26070184 YOKE R | EA | 6.9800 | EA | 3,141.00 |
| | 450 | 450 | | | |

BILL OF LADING NO:   36273

MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,141.00 |
| MISC CHARGES FREIGHT | |
| TOTAL | 3,141.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036334 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036274 | 9/16/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/15/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | | 26070184  YOKE R | | EA | 6.9800 | EA | 3,664.50 |
| | 525 | | 525 | | | | |

BILL OF LADING NO:  36274
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,664.50 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 3,664.50 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/21/05 | 036367 | 1 |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI SAGINAW DIVISION | DELPHI SAG STEERING SYST |
| 3900 HOLLAND ROAD | PLANT SIX |
| DUNS #041550674 | 3900 HOLLAND RD. |
| PONTIAC  MI 48601-9494 | SAGINAW, MI 48601-9494 |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036275 | 9/21/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/16/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 0184A | 26070184 YOKE R | EA | 6.9800 | EA | 4,188.00 |
| 600 | 600 | | | | |

| | |
|---|---|
| BILL OF LADING NO:  36275 | SALES AMOUNT  4,188.00 |
| MISC. CHGS. EXPL: | MISC CHARGES FREIGHT |
| | TOTAL  4,188.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/21/05 | 036374 | 1 |

**SOLD TO**
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

**SHIP TO**
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036318 | 9/21/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/19/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | 525 | 26070184 YOKE R | 525 | EA | 6.9800 | EA | 3,664.50 |

BILL OF LADING NO:  36318
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,664.50 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 3,664.50 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

## INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/21/05 | 036375 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036319 | 9/21/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/20/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 0184A | | 26070184 YOKE R | | EA | 6.9800 | EA | | 2,617.50 |
| | 375 | | 375 | | | | | |

BILL OF LADING NO:  36319
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,617.50 |
| MISC CHARGES FREIGHT | |
| TOTAL | 2,617.50 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/22/05 | 036406 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036320 | 9/22/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/21/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 0184A | 26070184  YOKE R | EA | 6.9800 | EA | 3,141.00 |
| | 450 | 450 | | | | |

BILL OF LADING NO:   36320
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,141.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 3,141.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.
2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036445 | 1 |

**SOLD TO**
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

**SHIP TO**
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036321 | 9/28/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/22/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | 525 | 26070184  YOKE R | 525 | EA | 6.9800 | EA | 3,664.50 |

BILL OF LADING NO:   36321

*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,664.50 |
| MISC CHARGES | |
| FREIGHT | |
| TOTAL | 3,664.50 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036458 | 1 |

**SOLD TO**
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC MI 48601-9494

**SHIP TO**
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036381 | 9/28/2005 | DS100 | | SAG9012467 | ALVAN MOTOR F | 9/23/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | 375 | 26070184  YOKE R | 375 | EA | 6.9800 | EA | 2,617.50 |

BILL OF LADING NO:   36381
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,617.50 |
| MISC CHARGES FREIGHT | |
| TOTAL | 2,617.50 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 09/28/05 | 036461 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
BRAZING CONCEPTS
94 CONCEPT DRIVE
COLDWATER, MI.  49036

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036386 | 9/28/2005 | DS100 | | SAG90I2467 | UPS NEXT DAY | 9/23/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4699A | | 26054699 ECN LE | | EA | 1.1730 | EA | 2,668.58 |
| | 2,275 | | 2,275 | | | | |

BILL OF LADING NO:  36386
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,668.58 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,668.58 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036459 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036382 | 9/28/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/26/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | | 26070184  YOKE R | | EA | 6.9800 | EA | 3,141.00 |
| | 450 | | 450 | | | | |

BILL OF LADING NO:   36382

*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,141.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 3,141.00 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036460 | 1 |

SOLD TO:
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO:
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036383 | 9/28/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/27/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | 375 | 26070184 YOKE R | 375 | EA | 6.9800 | EA | 2,617.50 |

BILL OF LADING NO:  36383

MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,617.50 |
| MISC. CHARGES/ FREIGHT | |
| TOTAL | 2,617.50 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/30/05 | 036511 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036384 | 9/30/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/28/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 0184A | | 26070184 YOKE R | EA | 6.9800 | EA | 3,664.50 |
| | 525 | 525 | | | | |

BILL OF LADING NO.:  36384
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,664.50 |
| MISC. CHARGES / FREIGHT | |
| TOTAL | 3,664.50 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.
2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/30/05 | 036512 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036385 | 9/30/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 9/29/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | 450 | 26070184 YOKE R | 450 | EA | 6.9800 | EA | 3,141.00 |

BILL OF LADING NO:  36385
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,141.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 3,141.00 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/30/05 | 036542 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
BRAZING CONCEPTS
94 CONCEPT DRIVE
COLDWATER, MI.  49036

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036536 | 9/30/2005 | DS100 | | SAG90I2467 | UPS NEXT DAY | 09/29/20 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4699A | 1,365 | 26054699 ECN LE | 1,365 | EA | 1.1730 | EA | 1,601.15 |

BILL OF LADING NO:   36536
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 1,601.15 |
| MISC CHARGES FREIGHT | |
| TOTAL | 1,601.15 |

# MACHINED PRODUCTS CO.
DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/30/05 | 036541 | 1 |

SOLD TO

DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO

DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036532 | 9/30/2005 | DS100 | | SAG9012467 | ALVAN MOTOR F | 9/30/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. SHIPPED | | | | |
| 0184A | 26070184 YOKE R | EA | 6.9800 | EA | 3,664.50 |
| 525 | 525 | | | | |

BILL OF LADING NO:  36532
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,664.50 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 3,664.50 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.
**2121 LANDMEIER ROAD**
**ELK GROVE VILLAGE, IL 60007**
**(847) 718-1300**
**FAX (847) 718-1307**

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 09/30/05 | 03654 |

| | |
|---|---|
| SOLD TO | SHIP TO |
| DELPHI SAGINAW DIVISION | BRAZING CONCEPTS |
| 3900 HOLLAND ROAD | 94 CONCEPT DRIVE |
| DUNS #041550674 | COLDWATER, MI.   49036 |
| PONTIAC  MI 48601-9494 | |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036537 | 9/30/2005 | DS100 | | SAG90I2467 | UPS NEXT DAY | 9/30/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4699A | | 26054699  ECN LE | | EA | 1.1730 | EA | 3,736.01 |
| | 3,185 | | 3,185 | | | | |

BILL OF LADING NO:     36537
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,736.01 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 3,736.01 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/06/05 | 036584 | 1 |

SOLD TO

DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO

DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036533 | 10/6/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 100305 | Net 30 Days |

| MPC PART NO. | | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | QTY. ORDERED | | QTY. SHIPPED | | | | |
| 0184A | | 26070184 YOKE R | | EA | 6.9800 | EA | 3,141.00 |
| | 450 | | 450 | | | | |

| | | |
|---|---|---|
| BILL OF LADING NO: 36533 | SALES AMOUNT | 3,141.00 |
| MISC. CHGS. EXPL: | MISC. CHARGES FREIGHT | |
| | TOTAL | 3,141.00 |

# MACHINED PRODUCTS CO.

*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/06/05 | 036585 | 1 |

SOLD TO:
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO:
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036534 | 10/6/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 100405 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION / QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 0184A | | 26070184 YOKE R | EA | 6.9800 | EA | 3,141.00 |
| | 450 | 450 | | | | |

BILL OF LADING NO.: 36534
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,141.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 3,141.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/06/05 | 036586 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036535 | 10/6/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 100505 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0184A | | 26070184  YOKE R | | EA | 6.9800 | EA | 3,141.00 |
| | 450 | | 450 | | | | |

BILL OF LADING NO:   36535
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,141.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 3,141.00 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

## INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/07/05 | 036621 | 1 |

SOLD TO:
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO:
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036624 | 10/7/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 10/06/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | | |
| 0184A | 26070184 YOKE R | | EA | 6.9800 | EA | | 3,141.00 |
| | 450 | 450 | | | | | |

OF LADING NO:   36624
C. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 3,141.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 3,141.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/17/05 | 036683 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAG STEERING SYST
PLANT SIX
3900 HOLLAND RD.
SAGINAW, MI 48601-9494

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036625 | 10/17/2005 | DS100 | | SAG90I2467 | ALVAN MOTOR F | 10/7/05 | Net 30 Days |

| C PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | | |
| 0184A | 26070184 YOKE R | | EA | 6.9800 | EA | | 2,617.50 |
| | 375 | 375 | | | | | |

F LADING NO:   36625
CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,617.50 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,617.50 |

0·00

0·00

0·00

0·00

2,208·53
2,208·53
2,208·53
2,208·53
2,208·53
2,208·53
2,208·53
2,208·53
2,409·30
2,409·30
2,208·53
2,208·53
2,208·53
2,208·53
2,208·53
2,208·53
4,417·05
2,610·08
2,610·08
2,610·08
2,409·30
2,409·30
2,409·30
2,409·30
2,409·30
5,019·38
2,409·30
2,409·30
2,409·30
2,409·30
2,409·30
2,409·30
2,409 30
2,208 53
2,208·53
2,208·53
2,208·53
1,606·20
92,356·61

0·00

0·00

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 07/31/05 | 035756 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035741 | 7/31/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 7/29/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK/UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190  REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | | | |

2.677

2208.53

BILL OF LADING NO:   35741
*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

## INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/09/05 | 035826 | 1 |

SOLD TO: DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO: DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035786 | 8/9/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/01/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART.DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190  REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | *2.677* | | *2208.53* |

| | |
|---|---|
| BILL OF LADING NO:   35786 | |
| MISC. CHGS. EXPL: | |

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/09/05 | 035827 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035787 | 8/9/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/02/05 | Net 30 Days |

| MPC PART NO. / QTY. ORDERED | CUSTOMER PART DESCRIPTION / QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190  REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | | | |

2.677

2208.53

BILL OF LADING NO:   35787
*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

**2121 LANDMEIER ROAD**
**ELK GROVE VILLAGE, IL 60007**
**(847) 718-1300**
**FAX (847) 718-1307**

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/09/05 | 035828 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC   MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN   47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035788 | 8/9/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/03/05 | Net 30 Days |

| MPC PART NO. / QTY. ORDERED | CUSTOMER PART DESCRIPTION / QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190  REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | | | |

2.677

2208.53

| | |
|---|---|
| BILL OF LADING NO:   35788 | |
| *MISC. CHGS. EXPL: | |

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

**2121 LANDMEIER ROAD**
**ELK GROVE VILLAGE, IL 60007**
**(847) 718-1300**
**FAX (847) 718-1307**

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/09/05 | 035829 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN 47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035789 | 8/9/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/04/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | | EA | 2.7500 | EA | 2,268.75 |
| | 825 | 825 | | | | |

2.677

2208.53

| | | | |
|---|---|---|---|
| BILL OF LADING NO: | 35789 | SALES AMOUNT | 2,268.75 |
| MISC. CHGS. EXPL: | | MISC. CHARGES FREIGHT | |
| | | TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

## INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/09/05 | 035830 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035790 | 8/9/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/05/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | | | |

2.677

2208.53

| | | |
|---|---|---|
| BILL OF LADING NO:   35790 | SALES AMOUNT | 2,268.75 |
| *MISC. CHGS. EXPL: | MISC. CHARGES FREIGHT | |
| | TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

**2121 LANDMEIER ROAD**
**ELK GROVE VILLAGE, IL 60007**
**(847) 718-1300**
**FAX (847) 718-1307**

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/09/05 | 035831 | 1 |

**SOLD TO**
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

**SHIP TO**
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035791 | 8/9/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/08/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5190A | 825 | 26105190 REV:12 | 825 | EA | 2.7500 | EA | 2,268.75 |

2.677

220859

| | |
|---|---|
| BILL OF LADING NO: 35791 | |
| *MISC. CHGS. EXPL: | |

| SALES AMOUNT | 2,268.75 |
|---|---|
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/12/05 | 035909 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035868 | 8/12/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/09/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | | | |

BILL OF LADING NO:  35868
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/12/05 | 035910 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035869 | 8/12/2005 | DS100 | | SAG9015144 | ALVAN MOTOR F | 08/11/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. SHIPPED | | | | |
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,475.00 |
| 900 | 900 | | | | |

*(handwritten: 2.677)*

*(handwritten: 2409.30)*

| | |
|---|---|
| BILL OF LADING NO:   35869 | |
| MISC. CHGS. EXPL: | |

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

## INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/12/05 | 035911 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035870 | 8/12/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/11/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,475.00 |
| 900 | 900 | | | | |

BILL OF LADING NO:   35869
*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/26/05 | 036025 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN 47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035871 | 8/26/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/22/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. SHIPPED | | | | |
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | | | |

*(handwritten: 2.677)*

*(handwritten: 2208.53)*

BILL OF LADING NO: 35871
*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES | |
| FREIGHT | 2,268.75 |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/26/05 | 036027 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035899 | 8/26/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/23/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | | | |

*(handwritten: 2.677)*

*(handwritten: 2208.53)*

BILL OF LADING NO:   35899
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/26/05 | 036028 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035900 | 8/26/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/24/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5190A | 825 | 26105190 REV:12 | 825 | EA | 2.7500 | EA | 2,268.75 |

*(handwritten: 2.677)*

*(handwritten: 2208.53)*

BILL OF LADING NO:   35900
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/26/05 | 036083 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 035901 | 8/26/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/25/05 | Net 30 Days |

| MPC PART NO. / QTY. ORDERED | CUSTOMER PART DESCRIPTION / QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | | | |

*(handwritten: 2.677)*

*(handwritten: 2268.53)*

BILL OF LADING NO:   35901
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.

DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/31/05 | 036136 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC   MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036082 | 8/31/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/26/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 5190A | 825 | 26105190 REV:12 | 825 | EA | 2.7500 | EA | | 2,268.75 |

2.677

2,208.53

BILL OF LADING NO:   36082q
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/31/05 | 036137 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036083 | 8/31/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/29/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. SHIPPED | | | | |
| 5190A | 26105190  REV:12 | EA | 2.7500 | EA | 2,268.75 |
| 825 | 825 | | | | |

2.677

2208.53

BILL OF LADING NO:    36083
*MISC. CHGS. EXPL:

| SALES AMOUNT | 2,268.75 |
|---|---|
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/31/05 | 036138 | 1 |

**SOLD TO**
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

**SHIP TO**
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036084 | 8/31/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 08/30/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 4,537.50 |
| 1,650 | 1,650 | | | | |

2.677

4417.05

BILL OF LADING NO:   36084 & 36084A

MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 4,537.50 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 4,537.50 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036187 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036085 | 9/8/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 09/01/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | | |
| 5190A | 26105190 REV:12 | | EA | 2.7500 | EA | | 2,681.25 |
| | 975 | 975 | | | | | |

2.677

2610.08

| | |
|---|---|
| BILL OF LADING NO:   36085 | |
| *MISC. CHGS. EXPL: | |

| | |
|---|---|
| SALES AMOUNT | 2,681.25 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,681.25 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

## INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036212 | 1 |

SOLD TO

DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO

DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036192 | 9/8/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 09/02/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. SHIPPED | | | | |
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,681.25 |
| 975 | 975 | | | | |

2.677

2610.08

BILL OF LADING NO:    36192

*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,681.25 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,681.25 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036213 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036193 | 9/8/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 09/06/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5190A | 975 | 26105190  REV:12 | 975 | EA | 2.7500 | EA | 2,681.25 |

2.677

2610.08

BILL OF LADING NO:   36193
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,681.25 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,681.25 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

## INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036214 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036194 | 9/8/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 09/07/05 | Net 30 Days |

| MPC PART NO. QTY ORDERED | CUSTOMER PART DESCRIPTION QTY SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,475.00 |
| 900 | 900 | | | | |

*handwritten: 2.677*

*handwritten: 2409.30*

BILL OF LADING NO:   36194
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036277 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036195 | 9/16/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 9/8/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,475.00 |
| 900 | 900 | | | | |

2.677

2409.30

BILL OF LADING NO:    36195
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036303 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN 47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036276 | 9/16/2005 | DS100 | | SAG90I5144 | ALVAN MOTOR F | 9/9/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,475.00 |
| 900 | 900 | | | | |

2.67

2409.30

BILL OF LADING NO:   36276
*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036304 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER ACCT NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036277 | 9/16/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/12/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5190A | 900 | 26105190 REV:12 | 900 | EA | 2.7500 | EA | 2,475.00 |

*handwritten: 2677*

*handwritten: 2409.30*

BILL OF LADING NO:    36277
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036305 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC   MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036278 | 9/16/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/13/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190  REV:12 | EA | 2.7500 | EA | 2,475.00 |
| 900 | 900 | | | | |

2.677

2409.30

BILL OF LADING NO:    36278
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036306 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036279 | 9/16/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/14/05 | Net 30 Days |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK/UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 5,156.25 |
| 1,875 | 1,875 | | | | |

2⁶⁷⁷

5019.38

BILL OF LADING NO:   36279
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 5,156.25 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 5,156.25 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036335 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036280 | 9/16/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/15/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART NO. | QTY. SHIPPED | DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 5190A | 900 | 26105190 | 900 | REV:12 | EA | 2.7500 | EA | 2,475.00 |

| | |
|---|---|
| BILL OF LADING NO: | 36280 |
| *MISC. CHGS. EXPL: | |

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/21/05 | 036377 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036323 | 9/21/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/16/05 | Net 30 Days |

| MPC PART NO. / QTY. ORDERED | CUSTOMER PART DESCRIPTION / QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,475.00 |
| 900 | 900 | | | | |

2.677

2409.30

BILL OF LADING NO:   36323
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/21/05 | 036378 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036324 | 9/21/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/19/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION / QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 5190A | 900 | 26105190 REV:12 / 900 | EA | 2.7500 | EA | 2,475.00 |

2.677

2409.30

BILL OF LADING NO:   36324

MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/21/05 | 036379 | 1 |

**SOLD TO**
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

**SHIP TO**
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036325 | 9/21/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/20/05 | Net 30 Days |

| MPC PART NO. / QTY. ORDERED | CUSTOMER PART/DESCRIPTION / QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,475.00 |
| 900 | 900 | | | | |

2.677

2409.30

| | |
|---|---|
| BILL OF LADING NO: | 36325 |
| MISC. CHGS. EXPL: | |

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/22/05 | 036407 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036326 | 9/22/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/21/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK. UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5190A | | 26105190 REV:12 | | EA | 2.7500 | EA | 2,475.00 |
| | 900 | | 900 | | | | |

BILL OF LADING NO:   36326
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,475.00 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036446 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036327 | 9/28/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/22/05 | Net 30 Days |

| MPC PART NO. | | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5190A | | 26105190 REV:12 | | EA | 2.7500 | EA | 2,475.00 |
| | 900 | | 900 | | | | |

*handwritten: 2677*

*handwritten: 2409.30*

| | | |
|---|---|---|
| BILL OF LADING NO:   36327 | SALES AMOUNT | 2,475.00 |
| MISC. CHGS. EXPL: | MISC. CHARGES FREIGHT | |
| | TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.

*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036462 | 1 |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI SAGINAW DIVISION<br>3900 HOLLAND ROAD<br>DUNS #041550674<br>PONTIAC  MI 48601-9494 | DELPHI SAGINAW CIS:44068<br>NEW CASTLE PLT 12<br>499 E. COUNTY RD 300 SOUTH<br>NEW CASTLE, IN  47362 |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036387 | 9/28/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/23/05 | Net 30 Days |

| MPC PART NO.<br>QTY. ORDERED | CUSTOMER PART DESCRIPTION<br>QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5190A<br>900 | 26105190  REV:12<br>900 | EA | 2.7500 | EA | 2,475.00 |

2.6⁷⁷

2409.³⁰

| BILL OF LADING NO: 36387 | | |
|---|---|---|
| *MISC. CHGS. EXPL: | SALES AMOUNT | 2,475.00 |
| | MISC. CHARGES | |
| | FREIGHT | |
| | TOTAL | 2,475.00 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036463 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036388 | 9/28/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/27/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5190A | 825 | 26105190 REV:12 | 825 | EA | 2.7500 | EA | 2,268.75 |

| | | |
|---|---|---|
| BILL OF LADING NO: | 36388 | |
| MISC. CHGS. EXPL: | | |

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

**INVOICE**

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/30/05 | 036513 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036389 | 9/30/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/28/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 5190A | 825 | 26105190 REV:12 825 | EA | 2.7500 | EA | 2,268.75 |

2.677

228.53

| | |
|---|---|
| BILL OF LADING NO: 36389 | |
| MISC. CHGS. EXPL: | |

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.
2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/30/05 | 036514 | 1 |

SOLD TO
**DELPHI SAGINAW DIVISION**
**3900 HOLLAND ROAD**
**DUNS #041550674**
**PONTIAC  MI 48601-9494**

SHIP TO
**DELPHI SAGINAW CIS:44068**
**NEW CASTLE PLT 12**
**499 E. COUNTY RD 300 SOUTH**
**NEW CASTLE, IN  47362**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036390 | 9/30/2005 | DS100 | | SAG90I5144 | PJAX INC | 9/29/05 | Net 30 Days |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 5190A | 26105190 REV:12 | EA | 2.7500 | EA | 2,268.75 |
| | 825 | 825 | | | | |

*(handwritten: 2.677)*

*(handwritten: 2208.53)*

BILL OF LADING NO:    36390
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,268.75 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

## INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/30/05 | 036515 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC  MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN  47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036391 | 9/30/2005 | DS100 | | SAG9015144 | PJAX INC | 9/30/05 | Net 30 Days |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5190A | 825 | 26105190 REV:12 | 825 | EA | 2.7500 | EA | 2,268.75 |

*(handwritten: 2.69)*

*(handwritten: 228.53)*

| | | |
|---|---|---|
| BILL OF LADING NO: 36391 | SALES AMOUNT | 2,268.75 |
| MISC. CHGS. EXPL: | MISC. CHARGES FREIGHT | |
| | TOTAL | 2,268.75 |

# MACHINED PRODUCTS CO.
DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/07/05 | 036613 | 1 |

SOLD TO
DELPHI SAGINAW DIVISION
3900 HOLLAND ROAD
DUNS #041550674
PONTIAC MI 48601-9494

SHIP TO
DELPHI SAGINAW CIS:44068
NEW CASTLE PLT 12
499 E. COUNTY RD 300 SOUTH
NEW CASTLE, IN 47362

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036538 | 10/7/2005 | DS100 | | SAG90I5144 | PJAX INC | 10/06/05 | Net 30 Days |

| MPC PART NO. | | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | QTY. ORDERED | | QTY. SHIPPED | | | | |
| 5190A | | 26105190 REV:12 | | EA | 2.6770 | EA | 1,606.20 |
| | 600 | | 600 | | | | |

BILL OF LADING NO.   36538
*MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 1,606.20 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 1,606.20 |

```
                                          ·00
                              3,112·80
                              1,621·25
                              2,399·45
                                180·00
                                194·55
                              1,621·25
                                 44·64
                                270·00
                                648·50
                              1,815·80
                              1,815·80
                                778·20
                              2,334·60
                              2,594·00
                                 66·96
                              2,399·45
                              2,464·30
                             24,361·55

                                  0·00
```

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036215 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY  MI 48098

SHIP TO
GM SPO PONTIAC (17575)
1251 JOSLYN ROAD
PONTIAC, MI 48340

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036196 | 9/8/2005 | DE100 | | GM43486 | CENTRAL TRANS | 09/01/05 | 1/2% 10 Net 30 |

| MPC PART NO. | | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | QTY. ORDERED | | QTY. SHIPPED | | | | | |
| 6760A | | 18026760 KNUCKL | | EA | 64.8500 | EA | | 3,112.80 |
| | 48 | | 48 | | | | | |
| | | SLI#  KA21758 | | | | | | |

| | |
|---|---|
| BILL OF LADING NO:    36196 | |
| MISC. CHGS. EXPL: | |

| | |
|---|---|
| SALES AMOUNT | 3,112.80 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 3,112.80 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036216 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY   MI  48098

SHIP TO
GMSPO DRAYTON PLAINS PC
17578
5260 WILLIAMS LAKE ROAD
WATERFORD, MI  48329

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036197 | 9/8/2005 | DE100 | | GM43486 | CENTRAL TRANS | 09/01/05 | 1/2% 10 Net 30 |

| MPC PART NO. / QTY. ORDERED | CUSTOMER PART DESCRIPTION / QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 6757A | 18026757 KNUCKL | EA | 64.8500 | EA | 1,621.25 |
| 25 | 25 | | | | |
| | SLI# KA21764 | | | | |

| | | |
|---|---|---|
| BILL OF LADING NO: | 36197 | |
| *MISC. CHGS. EXPL: | SALES AMOUNT | 1,621.25 |
| | MISC. CHARGES FREIGHT | |
| | TOTAL | 1,621.25 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036229 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY   MI 48098

SHIP TO
GM SPO PONTIAC (17575)
1251 JOSLYN ROAD
PONTIAC, MI 48340

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036229 | 9/8/2005 | DE100 | | GM43486 | CENTRAL TRANS | 09/06/05 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 6759A | 18026759 KNUCKL | | EA | 64.8500 | EA | 2,399.45 |
| | 37 | 37 | | | | |
| | SLI# KA37728 | | | | | |

BILL OF LADING NO:    36229
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,399.45 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,399.45 |

# MACHINED PRODUCTS CO.

*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036230 | 1 |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI ENERGY & CHASSIS<br>5820 DELPHI DRIVE<br>TROY   MI  48098 | GMSPO DRAYTON PLAINS PC<br>17578<br>5260 WILLIAMS LAKE ROAD<br>WATERFORD, MI 48329 |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036230 | 9/8/2005 | DE100 | | GM43486 | UPS COLLECT | 09/06/05 | 1/2% 10 Net 30 |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 3001B | 6 | 18023001  KNUCKL | 6 | EA | 30.0000 | EA | 180.00 |
| | | SLI#  KA37619 | | | | | |

| | | |
|---|---|---|
| BILL OF LADING NO:    36230 | SALES AMOUNT | 180.00 |
| MISC. CHGS. EXPL: | MISC. CHARGES<br>FREIGHT | |
| | TOTAL | 180.00 |

## MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/08/05 | 036231 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY  MI  48098

SHIP TO
GM SPO DOMINION GENERAL
PLT:14972 DUN:248014987
6201 VIPOND DRIVE
MISSISSAUGA,ONTARIO L5T 2B2

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036231 | 9/8/2005 | DE100 | | CN43486 | MENLO WORLDWI | 09/06/05 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 6757A | 18026757 KNUCKL | EA | 64.8500 | EA | 194.55 |
| | 3 | 3 | | | | |
| | SLI# KA34546 | | | | |

BILL OF LADING NO:   MENLO #3003711117
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 194.55 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 194.55 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036289 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY   MI 48098

SHIP TO
GM SPO PONTIAC (17575)
1251 JOSLYN ROAD
PONTIAC, MI 48340

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036243 | 9/16/2005 | DE100 | | GM43486 | CENTRAL TRANS | 9/8/05 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 6760A | 18026760 KNUCKL | EA | 64.8500 | EA | 1,621.25 |
| | 25 | 25 | | | | |
| | SLI# KA65610 | | | | |

BILL OF LADING NO:   36243
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 1,621.25 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 1,621.25 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036316 | 1 |

SOLD TO:
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY  MI 48098

SHIP TO:
GMSPO DRAYTON PLAINS PC
17578
5260 WILLIAMS LAKE ROAD
WATERFORD, MI 48329

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036297 | 9/16/2005 | DE100 | | GM43486 | UPS COLLECT | 9/12/05 | 1/2% 10 Net 30 |

| MPC PART NO. | QTY. ORDERED | CUSTOMER PART DESCRIPTION | QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 0437A | 8 | 25620437 KNUCKL | 8 | EA | 5.5800 | EA | 44.64 |
| | | SLI# KA86250 | | | | | |

BILL OF LADING NO:    36297
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 44.64 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 44.64 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036317 | 1 |

SOLD TO  DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY   MI 48098

SHIP TO  GMSPO DRAYTON PLAINS PC
17578
5260 WILLIAMS LAKE ROAD
WATERFORD, MI 48329

#36297

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036298 | 9/16/2005 | DE100 | | GM43486 | UPS COLLECT | 9/12/05 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 3001B | 18023001 KNUCKL | EA | 30.0000 | EA | 270.00 |
| | 9 | 9 | | | | |
| | SLI# KA86250 | | | | |

| | | |
|---|---|---|
| BILL OF LADING NO.   36298 | SALES AMOUNT | 270.00 |
| *MISC. CHGS. EXPL: | MISC. CHARGES | |
| | FREIGHT | |
| | TOTAL | 270.00 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/16/05 | 036348 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY   MI  48098

SHIP TO
GM SPO PONTIAC (17575)
1251 JOSLYN ROAD
PONTIAC, MI 48340

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036354 | 9/16/2005 | DE100 | | GM43486 | CENTRAL TRANS | 9/15/05 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 6759A | | 18026759 KNUCKL | EA | 64.8500 | EA | 648.50 |
| | 10 | 10 | | | | |
| | SLI# KC15361 | | | | | |

BILL OF LADING NO:    36354
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 648.50 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 648.50 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036472 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY  MI 48098

SHIP TO
GM SPO PONTIAC (17575)
1251 JOSLYN ROAD
PONTIAC, MI 48340

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036421 | 9/28/2005 | DE100 | | GM43486 | CCX | 9/22/05 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | |
| 6758A | 18026758  KNUCKL | EA | 64.8500 | EA | 1,815.80 |
| | 28 | 28 | | | |
| | SLI#  KC62063 | | | | |

BILL OF LADING NO:    36421

MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 1,815.80 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 1,815.80 |

# MACHINED PRODUCTS CO.
### DIV. OF FABRICATED METALS CO.

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036473 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY   MI 48098

SHIP TO
GMSPO DRAYTON PLAINS PC
17578
5260 WILLIAMS LAKE ROAD
WATERFORD, MI 48329

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036422 | 9/28/2005 | DE100 | | GM43486 | CENTRAL TRANS | 09/22/20 | 1/2% 10 Net 30 |

| MPC PART NO. QTY. ORDERED | CUSTOMER PART DESCRIPTION QTY. SHIPPED | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| 6757A | 18026757  KNUCKL | EA | 64.8500 | EA | 1,815.80 |
| 28 | 28 | | | | |
| | SLI#  KC62072 | | | | |

BILL OF LADING NO:   36422
MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 1,815.80 |
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 1,815.80 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 036497 | 1 |

SOLD TO:
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY   MI 48098

SHIP TO:
GM SPO DOMINION GENERAL
PLT:14972 DUN:248014987
6201 VIPOND DRIVE
MISSISSAUGA,ONTARIO L5T 2B2

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036505 | 9/28/2005 | DE100 | | CN43486 | MENLO WORLDWI | 09/27/20 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. SHIPPED | | | | |
| 6760A | 18026760 KNUCKL | EA | 64.8500 | EA | 778.20 |
| 12 | 12 | | | | |
| | SLI# KC93980 | | | | |

BILL OF LADING NO:   36505

MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 778.20 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 778.20 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/30/05 | 036537 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY  MI  48098

SHIP TO
GM SPO PONTIAC (17575)
1251 JOSLYN ROAD
PONTIAC, MI 48340

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036528 | 9/30/2005 | DE100 | | GM43486 | CENTRAL TRANS | 9/29/05 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 6758A | 18026758 KNUCKL | | EA | 64.8500 | EA | 2,334.60 |
| | 36 | 36 | | | | |
| | SLI# KD13949 | | | | | |

BILL OF LADING NO:   36528
MISC. CHGS. EXPL:

| SALES AMOUNT | 2,334.60 |
|---|---|
| MISC. CHARGES | |
| FREIGHT | |
| TOTAL | 2,334.60 |

# MACHINED PRODUCTS CO.

*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/30/05 | 036538 | 1 |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI ENERGY & CHASSIS<br>5820 DELPHI DRIVE<br>TROY  MI  48098 | GMSPO DRAYTON PLAINS PC<br>17578<br>5260 WILLIAMS LAKE ROAD<br>WATERFORD, MI 48329 |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036529 | 9/30/2005 | DE100 | | GM43486 | CENTRAL TRANS | 9/29/05 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | | |
| 6757A | 18026757 KNUCKL | | EA | 64.8500 | EA | | 2,594.00 |
| | 40 | 40 | | | | | |
| | SLI# KD13951 | | | | | | |

| BILL OF LADING NO: | 36529 | | |
|---|---|---|---|
| MISC. CHGS. EXPL: | | SALES AMOUNT | 2,594.00 |
| | | MISC. CHARGES<br>FREIGHT | |
| | | TOTAL | 2,594.00 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/06/05 | 036598 | 1 |

SOLD TO: DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY  MI 48098

SHIP TO: GMSPO DRAYTON PLAINS PC
17578
5260 WILLIAMS LAKE ROAD
WATERFORD, MI 48329

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036596 | 10/6/2005 | DE100 | | GM43486 | CENTRAL TRANS | 100305 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | | |
| 0438A | | 25620438 KNUCKL | EA | 5.5800 | EA | | 66.96 |
| | 12 | 12 | | | | | |
| | SLI# KD42879 | | | | | | |

| | | |
|---|---|---|
| BILL OF LADING NO: 36596 | SALES AMOUNT | 66.96 |
| MISC. CHGS. EXPL: | MISC. CHARGES | |
| | FREIGHT | |
| | TOTAL | 66.96 |

# MACHINED PRODUCTS CO.
*DIV. OF FABRICATED METALS CO.*

2121 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007
(847) 718-1300
FAX (847) 718-1307

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/07/05 | 036615 | 1 |

SOLD TO
DELPHI ENERGY & CHASSIS
5820 DELPHI DRIVE
TROY   MI  48098

SHIP TO
GM SPO PONTIAC (17575)
1251 JOSLYN ROAD
PONTIAC, MI 48340

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 036595 | 10/7/2005 | DE100 | | GM43486 | CENTRAL TRANS | 10/06/05 | 1/2% 10 Net 30 |

| MPC PART NO. | CUSTOMER PART DESCRIPTION | | STK UNIT | UNIT PRICE | PRICE UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | QTY. ORDERED | QTY. SHIPPED | | | | |
| 6758A | | 18026758 KNUCKL | EA | 64.8500 | EA | 2,399.45 |
| | 37 | 37 | | | | |
| | | SLI#  KD63062 | | | | |

BILL OF LADING NO:    36595

MISC. CHGS. EXPL:

| | |
|---|---|
| SALES AMOUNT | 2,399.45 |
| MISC. CHARGES FREIGHT | |
| TOTAL | 2,399.45 |