IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
                                                                           )
In re:                                                                     )   Chapter 11
                                                                           )
DELPHI CORPORATION                                                         )   Case No. 05-44481 (RDD)
                                                                           )
                                                                           )
                                                                           )
         Debtor.                                                           )
---------------------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:         **DEUTSCHE BANK SECURITIES INC.** ("Transferor")
                 60 Wall Street, 3rd Floor
                 New York, NY 10005
                 Attn: Matthew Doheny
                 Tel:  212-250-5760
                 Fax:  212-797-8770

2.   Please take notice of the transfer, in the amount of $105,650.59, of your general unsecured claim against DELPHI CORPORATION, as jointly administered In re: Delphi Corporation, Case No. 05-44481, as evidenced by the Proof of Claim No.11965 (Exhibit A), has been transferred to:

                 **GOLDMAN SACHS CREDIT PARTNERS, L.P.** ("Transferee")
                 c/o Goldman, Sachs & Co.
                 30 Hudson, 17th Floor
                 Jersey City, NJ 07302
                 Attn: Pedro Ramirez
                 Telephone: (917) 343-8319
                 Fax: (212) 428-1243

     An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached in Exhibit C.

3.   No action is required <u>if you do not object</u> to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

NY405723.1/153-02508

|   |   |
|---|---|
| -- | **FILE A WRITTEN OBJECTION TO THE TRANSFER** with: |

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--     **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--     Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                                                                             CLERK

------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                                                                                             _____
                                                                                             Deputy Clerk

# EXHIBIT A

# PROOF OF CLAIM

FORM B10 (Official Form 10) (04/05)

**COPY**

| UNITED STATES BANKRUPTCY COURT  Southern  DISTRICT OF  New York | PROOF OF CLAIM |

Name of Debtor: Delphi Corporation
Case Number: 05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
TDK Corporation of America

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
John P. Sieger
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661-3693
Telephone number: (312) 902-5294

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED**
AUG 0 5 2006
KURTZMAN CARSON
✓ Date Stamped Copy Returned
No self addressed stamped envelope
No copy to return

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ■ amends    a previously filed claim, dated: 12/2/05

1. Basis for Claim
   ■ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☐ Other _____
   
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)  (date)

2. Date debt was incurred: 7/27/05 through 10/07/05

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 105,650.59
   _____  _____  _____  105,650.59
   (unsecured)  (secured)  (priority)  (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Nonpriority Claim $ 105,650.59
   ■ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05, Pub. L. 109-8.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: July 26, 2006
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Wayne Zolotar
Credit Manager
[signature: Wayne Zolotar]

**RECEIVED**
JUL 2 8 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RIDER TO AMENDED PROOF OF CLAIM

TDK Corporation of America ("*TDK*") files this amended proof of claim (the "*Proof of Claim*") to amend its original proof of claim dated December 2, 2005. This Proof of Claim provides that TDK's claim against Delphi Corporation is $105,650.59.

The documents evidencing TDK's claim are voluminous. Therefore, rather than attaching such documents, attached hereto as Exhibit A and incorporated herein is a list summarizing the pertinent information with respect to such documents. These documents, and others that may evidence TDK's claim, will be made available upon request.

TDK reserves its right to amend and supplement this Proof of Claim or to file additional proofs of claim for additional claims, including, without limitation, claims for administrative expenses and/or other claims entitled to priority and any and all other claims at law or in equity.

EXHIBIT A

**TDK PREPETITION CLAIM - Delphi Corporation, Case No. 05-44481**

| Buyer Name | Doc No | Doc Date | Unit Price | Qty | Ext Amt | Tax | Amount | PO Number | Part Number | Ship To | Invoice | Bill Of Lading |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELPHI CHASSIS | 11404656 | 7/27/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 071630 | 0001 | 731-283061-5 | 071630 |
| DELPHI CHASSIS | 11405291 | 7/28/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 071610 | 0001 | 731-283052-3 | 071610 |
| DELPHI CHASSIS | 11409348 | 7/29/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 071640 | 0001 | 731-283053-1 | 071640 |
| DELPHI CHASSIS | 11416374 | 8/3/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 071737 | 0001 | 071737 | 071737 |
| DELPHI CHASSIS | 11421837 | 8/9/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 071785 | 0001 | 731-283057-2 | 071785 |
| DELPHI CHASSIS | 11425094 | 8/11/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 071837 | 0001 | 731-283059-8 | 071837 |
| DELPHI CHASSIS | 11431212 | 8/16/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 071908 | 0001 | 731-283061-4 | 071908 |
| DELPHI CHASSIS | 11435813 | 8/18/05 | 3,260.25 | | | 0.17250 | 18,900 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 072000 | 0001 | 731-283059-1 | 072000 |
| DELPHI CHASSIS | 11440639 | 8/22/05 | 3,756.69 | | | 0.17889 | 21,000 | 5500025865 | 18024076 | FB5LC74.68X56.04X31.50 | 072035 | 0001 | 731-271325-3 | 072035 |
| DELPHI CHASSIS | 11442152 | 8/24/05 | 1,086.75 | | | 0.17250 | 6,300 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 072069 | 0001 | 731-288876-2 | 072069 |
| DELPHI CHASSIS | 11442153 | 8/24/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 072077 | 0001 | 731-288876-2 | 072077 |
| DELPHI CHASSIS | 11442164 | 8/24/05 | 3,756.69 | | | 0.17889 | 21,000 | 5500000865 | 18024076 | FB5LC74.68X56.04X31.50 | 072036 | 0001 | 731-263063-0 | 072036 |
| DELPHI CHASSIS | 11445529 | 8/25/05 | 3,756.69 | | | 0.17889 | 21,000 | 5500000865 | 18024076 | FB5LC74.68X56.04X31.50 | 072103 | 0001 | 731-263063-0 | 072103 |
| DELPHI ENERGY&ENGINE MNGMT SYS | 11453243 | 8/30/05 | 704.00 | | | 0.04400 | 16,000 | 5500014314 | 08089495 | C3212X7R1H103KT0D8N | 072129 | 0001 | 731-283064-8 | 072129 |
| DELPHI ENERGY&ENGINE MNGMT SYS | 11453255 | 8/31/05 | 240.00 | | | 0.00400 | 60,000 | 5500014307 | 18089724 | C3212X7R1H103KT0D8N | PI00924255 | 0003 | 547543710 | |
| DELPHI ENERGY&ENGINE MNGMT SYS | 11458849 | 9/2/05 | 272.00 | | | 0.01700 | 16,000 | 5500014313 | 09379846 | MMZ2012Y102BTD25 | PI00922331 | 0003 | 459722653 | |
| DELPHI CHASSIS | 11460132 | 9/7/05 | 3,756.69 | | | 0.17889 | 21,000 | 5500000865 | 18024076 | FB5LC74.68X56.04X31.50 | 072217 | 0001 | 731-287385-5 | 072217 |
| DELPHI CHASSIS | 11461857 | 9/8/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 072251 | 0001 | 731-285700-5 | 072251 |
| DELPHI CHASSIS | 11464653 | 9/9/05 | 3,756.69 | | | 0.17889 | 21,000 | 5500000865 | 18024076 | FB5LC74.68X56.04X31.50 | 072296 | 0001 | 731-263068-3 | 072296 |
| DELPHI CHASSIS | 11467675 | 9/13/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 072310 | 0001 | 731-259268-2 | 072310 |
| DELPHI CHASSIS | 11478118 | 9/21/05 | 3,756.69 | | | 0.17889 | 21,000 | 5500000865 | 18024076 | FB5LC74.68X56.04X31.50 | 072443 | 0001 | 731-271477-2 | 072443 |
| DELPHI ENERGY&ENGINE MNGMT SYS | 11479989 | 9/22/05 | 3,756.69 | | | 0.03000 | 100,000 | 5500014303 | 25182479 | MMZ3216S801AT503 | 072470 | 0001 | 731-271339-4 | 072470 |
| DELPHI CHASSIS | 11481362 | 9/24/05 | 3,756.69 | | | 0.17889 | 21,000 | 5500000865 | 18024076 | FB5LC74.68X56.04X31.50 | 472189 | 0003 | 885548836 | 472189 |
| DELPHI CHASSIS | 11488265 | 9/26/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 072531 | 0001 | 731-263067-1 | 072531 |
| DELPHI CHASSIS | 11488509 | 9/29/05 | 3,756.69 | | | 0.17889 | 21,000 | 5500000865 | 18024076 | FB5LC74.68X56.04X31.50 | 072580 | 0001 | 731-283066-9 | 072580 |
| DELPHI CHASSIS | 11491901 | 9/30/05 | 3,756.69 | | | 0.17889 | 21,000 | 5500000865 | 18024076 | FB5LC74.68X56.04X31.50 | 072581 | 0001 | 731-271975-5 | 072581 |
| DELPHI CHASSIS | 11493900 | 9/30/05 | 4,347.00 | | | 0.17250 | 25,200 | 5500025642 | 18045713 | FB5LC74.68X56.03X26.49 | 072612 | 0001 | 731-270803-0 | 072612 |
| DELPHI ENERGY&ENGINE MNGMT SYS | 11496939 | 10/5/05 | 160.00 | | | 0.00400 | 40,000 | 5500014306 | 18089712 | C2012X7R1H102KT0D8N | 072613 | 0001 | 731-270803-0 | 072613 |
| DELPHI ENERGY&ENGINE MNGMT SYS | 11501031 | 10/9/05 | 3,000.00 | | | 0.03000 | 100,000 | 5500014303 | 25162479 | MMZ3216S801AT503 | PI00946565 | 0003 | 474117 | 474117 |
| DELPHI ENERGY&ENGINE MNGMT SYS | 11508554 | 10/12/05 | 320.00 | | | 0.00400 | 80,000 | 5500014306 | 18089712 | C2012X7R1H102KT0D8N | PI00951378 | 0003 | 865548566 | |
| DELPHI ENERGY&ENGINE MNGMT SYS | 11508585 | 10/12/05 | 120.00 | | | 0.00400 | 30,000 | 5500014307 | 18089724 | C2012X7R1H103KT0D8N | PI00951379 | 0003 | 547959576 | |
| **Delphi Corporation Total** | | | | | | | | | | | **105,650.59** | | | |

## EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

NY405723.1/153-02508

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

In re Delphi Corporation et al., Case No. 05-44481 (RDD) (Jointly Administered) (the "Cases"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

AND TO: Delphi Corporation ("Debtor")
Case No. 05-44481

Claim #: 11965

**DEUTSCHE BANK SECURITIES INC.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**GOLDMAN SACHS CREDIT PARTNERS L.P.**
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ 07302
Attention: Pedro Ramirez
Telephone: (917) 343-8319
Fax: (212) 428-1243

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $105,650.59 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated May 29, 2007.

DEUTSCHE BANK SECURITIES INC.          GOLDMAN SACHS CREDIT PARTNERS L.P.

By: _____            By: _____
Name:                                   Name:
Title: Scott G. Martin                  Title:
Managing Director                       Jaime Weisfelner
                                        Authorized Signatory

## EXHIBIT C

Address for Notices:

Goldman Sachs Credit Partners L.P.
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ  07302
Attention:      Pedro Ramirez
Telephone:      (917) 343-8319
Fax:            (212) 428-1243

Wire Instructions:

Citibank N.A.
New York, New York
ABA No.:        021000089
Acct. No.:      40717188
Acct. Name:     Goldman Sachs Credit Partners L.P.
Reference:      Delphi (Trade Claim) from Deutsche
Attention:      Bank Loan Operations – Philip F. Green