**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

In re:                                                                    Chapter 11

                                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                Jointly Administered

                          Debtors


---------------------------------------------------------------x

## <u>ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*</u>

UPON the motion of  Michael R. Wernette, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Michael R. Wernette, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 6, 2007
         New York, New York


                                        /s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE