**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                         Chapter 11

                                                                     Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                    Jointly Administered

                         Debtors

-------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

      UPON the motion of Charles R. Forman, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Charles R. Forman, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 6, 2007
         New York, New York

                                              /s/Robert D. Drain_____
                                              UNITED STATES BANKRUPTCY JUDGE