**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                              Chapter 11

                                                           Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,              Jointly Administered

                      Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of Roger L. Tarbutton, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Roger L. Tarbutton, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 6, 2007
          New York, New York

                                                  /s/Robert D. Drain_____
                                                  UNITED STATES BANKRUPTCY JUDGE