**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                           Chapter 11

                                                                             Case No. 05-44481(RDD)

DELPHI CORPORATION,  et al.,                  Jointly Administered

                            Debtors

-------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

     UPON the motion of Randall D. LaTour, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Randall D. LaTour, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 6, 2007
         New York, New York

                                                  /s/Robert D. Drain_____
                                                  UNITED STATES BANKRUPTCY JUDGE