IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                      )
In re:                                                ) Chapter 11
                                                      )
DELPHI AUTOMOTIVE SYSTEMS LLC                         ) Case No. 05-44640 (RDD)
                                                      )
                                                      )
                                                      )
      Debtor.                                         )
---------------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:    **DEUTSCHE BANK SECURITIES INC.** ("Transferor")
          60 Wall Street, 3rd Floor
          New York, NY 10005
          Attn: Matthew Doheny
          Tel: 212-250-5760
          Fax: 212-797-8770

2.    Please take notice of the transfer, in the amount of $2,115,405.67, of your general unsecured claim against DELPHI AUTOMOTIVE SYSTEMS LLC, as jointly administered In re: Delphi Corporation, Case No. 05-44481, as evidenced by the Proof of Claim No.2127, has been transferred to:

          **GOLDMAN SACHS CREDIT PARTNERS, L.P.** ("Transferee")
          c/o Goldman, Sachs & Co.
          30 Hudson, 17th Floor
          Jersey City, NJ 07302
          Attn: Pedro Ramirez
          Telephone: (917) 343-8319
          Fax: (212) 428-1243

    An evidence of transfer of claim is attached hereto as Exhibit A. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached in Exhibit B.

3.    No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

NY405732.1/153-02508

--   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--   Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.   If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                                CLERK
-----------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

                                                        _____
                                                        Deputy Clerk

NY405732.1/153-02508

**EXHIBIT A**

**EVIDENCE OF TRANSFER OF CLAIM**

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:   Clerk

In re Delphi Corporation et al., Case No. 05-44481 (RDD) (Jointly Administered) (the "Cases"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

AND TO:  Delphi Automotive Systems LLC ("Debtor")
Case No 05-44640 (RDD)

Claim #: 2127

**DEUTSCHE BANK SECURITIES INC.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**GOLDMAN SACHS CREDIT PARTNERS L.P.**
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ 07302
Attention:    Pedro Ramirez
Telephone:   (917) 343-8319
Fax:          (212) 428-1243

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $2,115,405.67 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated May 29, 2007.

DEUTSCHE BANK SECURITIES INC.                                   GOLDMAN SACHS CREDIT PARTNERS L.P.

By: _____                                    By: _____
    Name:                                                       Name:
    Title:                                                      Title:
    Scott G. Martin                                             Jaime Weisfelner
    Managing Director                                           Authorized Signatory

# EXHIBIT B

<u>Address for Notices</u>:

Goldman Sachs Credit Partners L.P.
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ 07302
Attention:      Pedro Ramirez
Telephone:    (917) 343-8319
Fax:              (212) 428-1243

<u>Wire Instructions</u>:

Citibank N.A.
New York, New York
ABA No.:       021000089
Acct. No.:      40717188
Acct. Name:   Goldman Sachs Credit Partners L.P.
Reference:     Delphi (Trade Claim) from Deutsche
Attention:      Bank Loan Operations – Philip F. Green

NY405732.1/153-02508