**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ADRIAN RADIOLOGY ASSOC<br>PO BOX 306<br>ADRIAN, MI 49221 | 15366 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $32.00<br>Total: $32.00 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| COFACE COLLECTIONS NORTH AMERICA INC AS AGENT FOR MAPORAMA INTERNATIONAL<br>ATTN DAVID MILLER<br>PO BOX 2102<br>CRANBURY, NJ 08512 | 1520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $23,390.20<br>Total: $23,390.20 | 01/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| COFACE NORTH AMERICA INC AS AGENT FOR HELLERMANN TYTON CORPORATION<br>COFACE NORTH AMERICA INC<br>PO BOX 2102<br>CRANBURY, NJ 08512 | 5395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,531.46<br>Total: $8,531.46 | 05/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| FLEX TECHNOLOGIES INC<br>108 BRATTONTOWN CIR<br>LAFAYETTE, TN 37083 | 9088 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,499.90<br>Total: $6,499.90 | 07/06/2006 | DELPHI CORPORATION<br>(05-44481) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 291 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $287.00<br>Total: $287.00 | 11/02/2005 | DELPHI CORPORATION<br>(05-44481) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 281 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $172.80<br>Total: $172.80 | 11/01/2005 | DELPHI SERVICES HOLDING CORPORATION<br>(05-44633) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 278 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $86.00<br>Total: $86.00 | 11/01/2005 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 277 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $425.54<br>Total: $425.54 | 11/01/2005 | DELPHI NY HOLDING CORPORATION<br>(05-44480) |

**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEE SPRING COMPANY<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$792.40<br>$792.40 | 11/01/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NES RENTALS<br>PO BOX 8500-1226<br>PHILADELPHIA, PA 19178-1226 | 321 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$13,200.75<br>$13,200.75 | 11/04/2005 | DELPHI CORPORATION (05-44481) |
| **Total:** | **10** | | **$53,418.05** | | |