**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HONEYWELL INTERNATIONAL<br>HONEYWELL SERVICE & SOLUTIONS<br>1140 W WARNER RD MS 1233 M<br>TEMPE, AZ 85284-2816 | 16537 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $133.08<br>Total: $133.08 | 02/13/2007 | DELPHI CORPORATION<br>(05-44481) |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 16593 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,484.00<br>Total: $3,484.00 | 04/12/2007 | DELPHI CORPORATION<br>(05-44481) |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-5151 | 16594 | Secured:<br>Priority:<br>Administrative: $586.88<br>Unsecured:<br>Total: $586.88 | 04/12/2007 | DELPHI CORPORATION<br>(05-44481) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS ON BEHALF OF THE STATE OF TEXAS TEXAS MUNICIPALITIES TEXAS COUNTIES COLLECTION DIVISION BANKRUPTCY SECT<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 16466 | Secured:<br>Priority:<br>Administrative: $242.10<br>Unsecured:<br>Total: $242.10 | 12/27/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| **Total:** | **4** | **$4,446.06** | | |