**EXHIBIT C - BOOKS AND RECORDS INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY AND ITS AFFILIATES 1400 AMERICAN LN SCHAUMBURG, IL 60196 | 10 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 10/17/2005 | DELPHI CORPORATION (05-44481) |
| **Total:** | 1 | | **$0.00** | | |