**EXHIBIT D-1 - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONDENSER PEOPLE INC<br>2323 S MOUNT PROSPECT RD<br>DES PLAINES, IL 60018 | 16572 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,685.00<br><br><br>$1,685.00<br>$3,370.00 | 03/12/2007 | DELPHI CORPORATION<br>(05-44481) |
| GUSTAVO RODRIGUEZ PENA<br>MAR ROJO 811 A COLONIA<br>CAVAZOS RENYNOSA<br>TAMAULIPASMEXICO | 16586 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,213.65<br>$23,213.65 | 03/26/2007 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| KEYENCE CORP OF AMERICA<br>50 TICE BLVD<br>WOODCLIFF LAKE, NJ 07677 | 16585 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$58,421.00<br>$58,421.00 | 04/02/2007 | DELPHI CORPORATION<br>(05-44481) |
| NEBRASKA DEPARTMENT OF REVENUE<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | 16492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,251.51<br><br><br>$2,251.51 | 01/22/2007 | DELPHI CORPORATION<br>(05-44481) |
| NEWPORT STRATFORD INC<br>150 LONG BEACH BLVD<br>STRATFORD, CT 06615 | 16553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,369.84<br>$1,369.84 | 02/23/2007 | DELPHI MEDICAL<br>SYSTEMS TEXAS<br>CORPORATION<br>(05-44511) |
| SPENCER JAMES<br>483 HUBBARD ST NE<br>GRAND RAPIDS, MI 49525-2533 | 16543 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $56,031.43<br><br><br><br>$56,031.43 | 02/13/2007 | DELPHI CORPORATION<br>(05-44481) |
| THE IDEA NEXUS<br>6690 GLENWAY DR<br>W BLOOMFIELD, MI 48322 | 16582 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$8,406.00<br><br><br>$8,406.00 | 03/20/2007 | DELPHI CORPORATION<br>(05-44481) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS<br>PO BOX 10<br>BRUNSWICK, OH 44212 | 16569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,360.00<br>$12,360.00 | 03/07/2007 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT D-1 - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TINNERMAN PALNUT ENGINEERED PRODUCTS<br>PO BOX 10<br>BRUNSWICK, OH 44212 | 16568 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$18,030.08<br>$18,030.08 | 03/07/2007 | DELPHI CORPORATION (05-44481) |
| TSI SOLUTIONS<br>2220 CENTRE PARK COURT<br>STONE MOUNTAIN, GA 30087 | 16547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,108.45<br>$1,108.45 | 02/21/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **10** | **$184,561.96** | | | |