In re Delphi Corporation, et al.                                   **Thirteenth Omnibus Claims Objection**

## EXHIBIT D-2 - UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF DAYTON CITY OF DAYTON FINANCE DEPARTMENT 101 W THIRD ST DAYTON, OH 45402 | 16404 | Secured: Priority: Administrative: Unsecured: Total: | $427,534.25<br><br><br>$427,534.25 | 11/06/2006 | DELPHI CORPORATION (05-44481) |
| HINDS CO MS HINDS CO TAX COLLECTOR PO BOX 1727 JACKSON, MS 39215 | 16274 | Secured: Priority: Administrative: Unsecured: Total: | $702,798.81<br><br><br>$702,798.81 | 08/28/2006 | DELPHI CORPORATION (05-44481) |
| HINDS COUNTY TAX COLLECTOR PO BOX 1727 ADD CHG 1 08 04 CP JACKSON, MS 39215-1727 | 16275 | Secured: Priority: Administrative: Unsecured: Total: | $380,196.10<br>$0.00<br><br><br>$380,196.10 | 08/28/2006 | DELPHI CORPORATION (05-44481) |
| ST JOSEPH COUNTY TREASURER COUNTY CITY BLDG 227 W JEFFERSON BLVD SOUTH BEND, IN 46601-1830 | 16552 | Secured: Priority: Administrative: Unsecured: Total: | $1,105.56<br><br><br>$1,105.56 | 02/23/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MINNESOTA DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 64447 SAINT PAUL, MN 55164-0447 | 16478 | Secured: Priority: Administrative: Unsecured: Total: | $599.00<br><br><br>$599.00 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW HAMPSHIRE DEPT OF REVENUE ADMINISTRATION PO BOX 454 CONCORD, NH 03302-0454 | 16565 | Secured: Priority: Administrative: Unsecured: Total: | $13,505.35<br><br><br>$13,505.35 | 03/05/2007 | DELPHI CORPORATION (05-44481) |
| VIRGINIA DEPARTMENT OF TAXATION PO BOX 2156 RICHMOND, VA 23218 | 16464 | Secured: Priority: Administrative: Unsecured: Total: | <br><br>$10,288.39<br><br>$10,288.39 | 12/26/2006 | DELPHI CORPORATION (05-44481) |
| WARREN CITY INCOME TAX DEPT PO BOX 230 WARREN, OH 44482 | 16457 | Secured: Priority: Administrative: Unsecured: Total: | <br>$131,083.00<br><br><br>$131,083.00 | 12/15/2006 | DELPHI CORPORATION (05-44481) |

|  | **Total:** | **8** | | **$1,667,110.46** | |

**In re Delphi Corporation, et al.**                    **Thirteenth Omnibus Claims Objection**

**EXHIBIT D-2 - UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|