In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1730<br>Date Filed:01/31/06<br>Docketed Total:  $3,657.48<br>Filing Creditor Name and Address<br> 123 INC O A THOMPSON EMERGENCY<br> 123 INC O A THOMPSON EMERGENCY<br> FREI<br> PO BOX 410<br> LINCOLN PARK MI 48146 | Claim Holder Name and Address   Docketed Total   $3,657.48<br>123 INC O A THOMPSON EMERGENCY<br>123 INC O A THOMPSON EMERGENCY<br>FREI<br>PO BOX 410<br>LINCOLN PARK MI 48146 | Modified Total   $3,657.48 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $3,657.48<br>                                          $3,657.48 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $3,657.48<br>                                          $3,657.48 |
| Claim: 7700<br>Date Filed:06/09/06<br>Docketed Total:  $982.33<br>Filing Creditor Name and Address<br> 1579364 ONTARIO INC<br> SELECT SORTING SERVICES<br> 97 GRATH CRES<br> WHITBY ON L1N 6N7<br> CANADA | Claim Holder Name and Address   Docketed Total   $982.33<br>1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY ON L1N 6N7<br>CANADA | Modified Total   $929.28 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $982.33<br>                                            $982.33 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $929.28<br>                                            $929.28 |
| Claim: 7703<br>Date Filed:06/09/06<br>Docketed Total:  $2,117.74<br>Filing Creditor Name and Address<br> 1579364 ONTARIO INC<br> SELECT SORTING SERVICES<br> 97 GRATH CRES<br> WHITBY ON L1N 6N7<br> CANADA | Claim Holder Name and Address   Docketed Total   $2,117.74<br>1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY ON L1N 6N7<br>CANADA | Modified Total   $2,003.38 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $2,117.74<br>                                          $2,117.74 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $2,003.38<br>                                          $2,003.38 |
| Claim: 10480<br>Date Filed:07/24/06<br>Docketed Total:  $20,872.35<br>Filing Creditor Name and Address<br> A RAYMOND INC<br> 3091 RESEARCH DR<br> ROCHESTER HILLS MI 48309-3581 | Claim Holder Name and Address   Docketed Total   $20,872.35<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001 | Modified Total   $20,872.35 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $20,872.35<br>                                         $20,872.35 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $20,872.35<br>                                         $20,872.35 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  1 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 3777**
Date Filed: 05/01/06
Docketed Total:   $555.87
Filing Creditor Name and Address
  AABEL EXTERMINATING CO INC
  440 CONGRESS PK DR
  DAYTON OH 45459

Claim Holder Name and Address — Docketed Total  $555.87
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total  $555.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $555.87 |
| | | | $555.87 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $555.87 |
| | | | $555.87 |

**Claim: 12205**
Date Filed: 07/28/06
Docketed Total:   $1,113.42
Filing Creditor Name and Address
  ACE CONTROLS INC
  ACCOUNTING
  23435 INDUSTRIAL PARK DR
  FARMINGTON HILLS MI 48335

Claim Holder Name and Address — Docketed Total  $1,113.42
ACE CONTROLS INC
ACCOUNTING
23435 INDUSTRIAL PARK DR
FARMINGTON HILLS MI 48335

Modified Total  $1,113.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,113.42 |
| | | | $1,113.42 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,113.42 |
| | | | $1,113.42 |

**Claim: 5126**
Date Filed: 05/08/06
Docketed Total:   $2,387,697.06
Filing Creditor Name and Address
  ADVANCED MICRO DEVICES INC
  ALLAN J MANZAGOL
  ONE AMD PL MS68
  SUNNYVALE CA 94088-3453

Claim Holder Name and Address — Docketed Total  $2,387,697.06
ADVANCED MICRO DEVICES INC
ALLAN J MANZAGOL
ONE AMD PL MS68
SUNNYVALE CA 94088-3453

Modified Total  $2,232,151.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,387,697.06 |
| | | | $2,387,697.06 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,232,151.00 |
| | | | $2,232,151.00 |

**Claim: 5946**
Date Filed: 05/16/06
Docketed Total:   $127,867.14
Filing Creditor Name and Address
  ADVANTEK TAPING SYSTEMS INC
  ADVANTEK TAPING SYSTEMS
  6839 MOWRY AVE
  NEWARK CA 94560-492

Claim Holder Name and Address — Docketed Total  $127,867.14
ADVANTEK TAPING SYSTEMS INC
ADVANTEK TAPING SYSTEMS
6839 MOWRY AVE
NEWARK CA 94560-492

Modified Total  $126,555.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $127,867.14 |
| | | | $127,867.14 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,555.08 |
| | | | $126,555.08 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:   2 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 192<br>Date Filed:10/28/05<br>Docketed Total:  $194,615.27<br>Filing Creditor Name and Address<br>  AER TECHNOLOGIES INC<br>  650 COLUMBIA ST<br>  BREA CA 92821 | Claim Holder Name and Address<br>AER TECHNOLOGIES INC<br>650 COLUMBIA ST<br>BREA CA 92821 | Docketed Total | | $194,615.27 | | Modified Total | | $96,205.51 |
| | **Case Number*** <br>05-44481 | **Secured**<br>$194,615.27<br>$194,615.27 | **Priority** | **Unsecured** | **Case Number*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$96,205.51<br>$96,205.51 |
| Claim: 4985<br>Date Filed:05/08/06<br>Docketed Total:   $29,512.35<br>Filing Creditor Name and Address<br>  AGE INDUSTRIES INC<br>  1701 AMISTAD DR<br>  SAN BENITO TX 78586 | Claim Holder Name and Address<br>AGE INDUSTRIES INC<br>1701 AMISTAD DR<br>SAN BENITO TX 78586 | Docketed Total | | $29,512.35 | | Modified Total | | $3,559.90 |
| | **Case Number*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$29,512.35<br>$29,512.35 | **Case Number*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$3,559.90<br>$3,559.90 |
| Claim: 9821<br>Date Filed:07/18/06<br>Docketed Total:   $17,789.03<br>Filing Creditor Name and Address<br>  AIDA DAYTON TECHNOLOGIES CORP<br>  7660 CTR POINT 70 BLVD<br>  DAYTON OH 45424-6380 | Claim Holder Name and Address<br>AIDA DAYTON TECHNOLOGIES CORP<br>7660 CTR POINT 70 BLVD<br>DAYTON OH 45424-6380 | Docketed Total | | $17,789.03 | | Modified Total | | $17,789.03 |
| | **Case Number*** <br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$17,789.03<br>$17,789.03 | **Case Number*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$17,789.03<br>$17,789.03 |
| Claim: 13607<br>Date Filed:07/31/06<br>Docketed Total:   $887.00<br>Filing Creditor Name and Address<br>  AIR ACADEMY PRESS & ASSOCIATES<br>  LLC<br>  1650 TELSTAR DR 110 STE 110<br>  COLORADO SPRINGS CO 80920-1009 | Claim Holder Name and Address<br>AIR ACADEMY PRESS & ASSOCIATES LLC<br>1650 TELSTAR DR 110 STE 110<br>COLORADO SPRINGS CO 80920-1009 | Docketed Total | | $887.00 | | Modified Total | | $887.00 |
| | **Case Number*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$887.00<br>$887.00 | **Case Number*** <br>05-44482 | **Secured** | **Priority** | **Unsecured**<br>$887.00<br>$887.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:   3 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 485**
Date Filed: 11/10/05
Docketed Total:   $4,240.50
Filing Creditor Name and Address
 ALEXANDERS PEST CONTROL INC
 STEPHEN A MILLER PRESIDENT
 14889 MACKLIN RD
 NEW SPRINGFIELD OH 44443

Claim Holder Name and Address       Docketed Total       $4,240.50
ALEXANDERS PEST CONTROL INC
STEPHEN A MILLER PRESIDENT
14889 MACKLIN RD
NEW SPRINGFIELD OH 44443

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $4,240.50 | |
| | | $4,240.50 | |

Modified Total       $3,246.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,246.50 |
| | | | $3,246.50 |

---

**Claim: 812**
Date Filed: 11/22/05
Docketed Total:   $8,488.94
Filing Creditor Name and Address
 ALL TYPES EXPEDITING
 ALL TYPES EXPEDITING & TRANS
 SVCS
 PO BOX 123
 HUNTERTOWN IN 46748

Claim Holder Name and Address       Docketed Total       $8,488.94
ALL TYPES EXPEDITING
ALL TYPES EXPEDITING & TRANS
SVCS
PO BOX 123
HUNTERTOWN IN 46748

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,488.94 |
| | | | $8,488.94 |

Modified Total       $2,006.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,006.10 |
| | | | $2,006.10 |

---

**Claim: 1683**
Date Filed: 01/26/06
Docketed Total:   $78,385.24
Filing Creditor Name and Address
 ALLIANCE PLASTICS EFT
 3123 STATION RD
 ERIE PA 16510

Claim Holder Name and Address       Docketed Total       $78,385.24
ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $78,385.24 |
| | | | $78,385.24 |

Modified Total       $57,348.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $57,348.31 |
| | | | $57,348.31 |

---

**Claim: 2733**
Date Filed: 04/24/06
Docketed Total:   $5,081.80
Filing Creditor Name and Address
 ALLIED FIRE PROTECTION &
 SIERRA LIQUIDITY FUND
 SIERRA LIQUIDITY FUND
 2699 WHITE RD STE 255
 IRVINE CA 92614

Claim Holder Name and Address       Docketed Total       $5,081.80
ALLIED FIRE PROTECTION & SIERRA
LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,081.80 |
| | | | $5,081.80 |

Modified Total       $5,081.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,081.80 |
| | | | $5,081.80 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   4 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | | | | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 5676<br>Date Filed:05/12/06<br>Docketed Total:  $16,785.00<br>Filing Creditor Name and Address<br> ALLINGHAM CORP<br> 21250 W 8 MILE RD<br> SOUTHFIELD MI 48075-566 | | | | Claim Holder Name and Address   Docketed Total   $16,785.00<br>ALLINGHAM CORP<br>21250 W 8 MILE RD<br>SOUTHFIELD MI 48075-566 | | | | Modified Total   $16,785.00 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | | | | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $16,785.00<br>$16,785.00 | | | | 05-44640 | | | $16,785.00<br>$16,785.00 |
| Claim: 653<br>Date Filed:11/17/05<br>Docketed Total:  $67,850.97<br>Filing Creditor Name and Address<br> ALSTOM POWER ENVIRONMENTAL<br> CONSULT SARL<br> 104 AVE ALBERT 1<br> RUEIL MALMAISON CEDEX  92563<br> FRANCE | | | | Claim Holder Name and Address   Docketed Total   $67,850.97<br>ALSTOM POWER ENVIRONMENTAL CONSULT<br>SARL<br>104 AVE ALBERT 1<br>RUEIL MALMAISON CEDEX  92563<br>FRANCE | | | | Modified Total   $67,850.97 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | | | | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $67,850.97<br>$67,850.97 | | | | 05-44640 | | | $67,850.97<br>$67,850.97 |
| Claim: 9816<br>Date Filed:07/18/06<br>Docketed Total:  $13,417.47<br>Filing Creditor Name and Address<br> AMES REESE INC<br> C O MATTHEW C SAMLEY ESQ<br> REESE PUGH SAMLEY WAGENSELLER<br> & MEC<br> 120 N SHIPPEN ST<br> LANCASTER PA 17602 | | | | Claim Holder Name and Address   Docketed Total   $13,417.47<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>REESE PUGH SAMLEY WAGENSELLER<br>& MEC<br>120 N SHIPPEN ST<br>LANCASTER PA 17602 | | | | Modified Total   $8,117.47 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | | | | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $13,417.47<br>$13,417.47 | | | | 05-44640 | | | $8,117.47<br>$8,117.47 |
| Claim: 9820<br>Date Filed:07/18/06<br>Docketed Total:  $118,242.99<br>Filing Creditor Name and Address<br> AMES REESE INC<br> C O MATTHEW C SAMLEY ESQ<br> 120 N SHIPPEN ST<br> LANCASTER PA 17602 | | | | Claim Holder Name and Address   Docketed Total   $118,242.99<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>120 N SHIPPEN ST<br>LANCASTER PA 17602 | | | | Modified Total   $97,736.39 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | | | | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $118,242.99<br>$118,242.99 | | | | 05-44640 | | | $97,736.39<br>$97,736.39 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   5 of 73

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10021**
Date Filed: 07/20/06
Docketed Total:   $7,037.10
Filing Creditor Name and Address
 AMKO SERVICE COMPANY
 C O PRAXAIR INC
 39 OLD RIDGEBURY RD
 DANBURY CT 06810-5113

Claim Holder Name and Address       Docketed Total       $7,037.10
AMKO SERVICE COMPANY
C O PRAXAIR INC
39 OLD RIDGEBURY RD
DANBURY CT 06810-5113

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $7,037.10 | | $0.00 | 05-44640 | | | $7,037.10 |
| | $7,037.10 | | | | | | $7,037.10 |

Modified Total       $7,037.10

---

**Claim: 8577**
Date Filed: 06/26/06
Docketed Total:   $26,126.00
Filing Creditor Name and Address
 AMROC INVESTMENTS LLC AS
 ASSIGNEE OF OSTLING
 TECHNOLOGIES
 ATTN DAVID S LEINWAND ESQ
 535 MADISON AVE 15TH FL
 NEW YORK NY 10022

Claim Holder Name and Address       Docketed Total       $26,126.00
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $23,626.00 | | $2,500.00 | 05-44640 | | | $26,126.00 |
| | $23,626.00 | | $2,500.00 | | | | $26,126.00 |

Modified Total       $26,126.00

---

**Claim: 11581**
Date Filed: 07/27/06
Docketed Total:   $123,587.84
Filing Creditor Name and Address
 AMROC INVESTMENTS LLC AS
 ASSIGNEE OF WARD PRODUCTS LLC
 ATTN DAVID S LEINWAND
 AS ASSIGNEE OF WARD PRODUCTS
 LLC
 535 MADISON AVE 15TH FL
 NEW YORK NY

Claim Holder Name and Address       Docketed Total       $123,587.84
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $123,587.84 | 05-44640 | | | $79,061.20 |
| | | | $123,587.84 | | | | $79,061.20 |

Modified Total       $79,061.20

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   6 of 73

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 7568**<br>Date Filed:06/06/06<br>Docketed Total:   $20,602.24<br>Filing Creditor Name and Address<br> ANDERSON CITY UTILITIES IN<br> 120 EAST 8TH ST<br> ANDERSON IN 46016 | Claim Holder Name and Address     Docketed Total     $20,602.24<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | | | | | | | Modified Total     $18,943.43 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $20,602.24<br>$20,602.24 | 05-44640 | | | $18,943.43<br>$18,943.43 |
| **Claim: 1742**<br>Date Filed:02/01/06<br>Docketed Total:   $6,168.28<br>Filing Creditor Name and Address<br> ANI SAFETY & SUPPLY<br> PO BOX 228<br> SKOKIE IL 60076 | Claim Holder Name and Address     Docketed Total     $6,168.28<br>ANI SAFETY & SUPPLY<br>PO BOX 228<br>SKOKIE IL 60076 | | | | | | | Modified Total     $5,517.68 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $6,168.28<br>$6,168.28 | 05-44640 | | | $5,517.68<br>$5,517.68 |
| **Claim: 349**<br>Date Filed:11/04/05<br>Docketed Total:   $147,550.00<br>Filing Creditor Name and Address<br> APPLIED DATA SYSTEMS INC<br> JAN ELDRIDGE<br> 10260 G OLD COLUMBIA RD<br> COLUMBIA MD 21046 | Claim Holder Name and Address     Docketed Total     $147,550.00<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | | Modified Total     $146,250.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $147,550.00<br>$147,550.00 | 05-44507 | | | $146,250.00<br>$146,250.00 |
| **Claim: 3**<br>Date Filed:10/13/05<br>Docketed Total:   $252,354.58<br>Filing Creditor Name and Address<br> ARIBA INC<br> ATTN CREDIT & COLLECTIONS<br> 210 6TH AVE<br> PITTSBURGH PA 15222 | Claim Holder Name and Address     Docketed Total     $252,354.58<br>ARIBA INC<br>ATTN CREDIT & COLLECTIONS<br>210 6TH AVE<br>PITTSBURGH PA 15222 | | | | | | | Modified Total     $169,354.58 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44596 | | $252,354.58<br>$252,354.58 | | 05-44640 | | | $169,354.58<br>$169,354.58 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on June 19, 2007.                                                       Page:   7 of 73

In re: Delphi Corporation, et al.                                              Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12230<br>Date Filed:07/28/06<br>Docketed Total:  $240,942.30<br>Filing Creditor Name and Address<br>  ASAHI KASEI PLASTICS NORTH<br>  AMERICA INC FKA ASAHI KASEI<br>  PLASTICS AMERICA INC<br>  C O DONALD J HUTCHINSON<br>  MILLER CANFIELD PADDOCK AND<br>  STONE P<br>  150 W JEFFERSON AVE STE 2500<br>  DETROIT MI 48226 | Claim Holder Name and Address   Docketed Total   $240,942.30<br>ASAHI KASEI PLASTICS NORTH AMERICA<br>INC FKA ASAHI KASEI PLASTICS<br>AMERICA INC<br>C O DONALD J HUTCHINSON<br>MILLER CANFIELD PADDOCK AND<br>STONE P<br>150 W JEFFERSON AVE STE 2500<br>DETROIT MI 48226<br><br>Case Number*    Secured        Priority       Unsecured<br>05-44481      $65,779.80                    $175,162.50<br>              $65,779.80                    $175,162.50 | Modified Total    $175,162.50<br><br><br><br><br><br><br><br>Case Number*   Secured       Priority      Unsecured<br>05-44640                                  $175,162.50<br>                                          $175,162.50 |
| Claim: 5401<br>Date Filed:05/09/06<br>Docketed Total:   $12,230.40<br>Filing Creditor Name and Address<br>  ASBURY GRAPHITE MILLS INC<br>  41 MAIN ST<br>  PO BOX 144<br>  ASBURY NJ 08802 | Claim Holder Name and Address   Docketed Total   $12,230.40<br>ASBURY GRAPHITE MILLS INC<br>41 MAIN ST<br>PO BOX 144<br>ASBURY NJ 08802<br><br>Case Number*    Secured        Priority       Unsecured<br>05-44481                                     $12,230.40<br>                                             $12,230.40 | Modified Total    $3,436.80<br><br><br><br>Case Number*   Secured       Priority      Unsecured<br>05-44640                                    $3,436.80<br>                                            $3,436.80 |
| Claim: 5623<br>Date Filed:05/11/06<br>Docketed Total:   $16,000.00<br>Filing Creditor Name and Address<br>  ASC PROCESS SYSTEMS<br>  14062 BALBOA BLVD<br>  SYLMAR CA 91302 | Claim Holder Name and Address   Docketed Total   $16,000.00<br>ASC PROCESS SYSTEMS<br>14062 BALBOA BLVD<br>SYLMAR CA 91302<br><br>Case Number*    Secured        Priority       Unsecured<br>05-44481                                     $16,000.00<br>                                             $16,000.00 | Modified Total    $16,000.00<br><br><br><br>Case Number*   Secured       Priority      Unsecured<br>05-44624                                   $16,000.00<br>                                           $16,000.00 |
| Claim: 12830<br>Date Filed:07/28/06<br>Docketed Total:   $12,847.12<br>Filing Creditor Name and Address<br>  ASSOCIATED SPRING DO BRASIL<br>  LTDA<br>  W JOE WILSON<br>  TYLER COOPER & ALCORN LLP<br>  185 ASYLUM ST CITYPLACE I 35TH | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:   8 of 73

In re: Delphi Corporation, et al.

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

Thirteenth Omnibus Objection

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Docketed Total | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| | LONGACRE MASTER FUND LTD | $12,847.12 | Modified Total | $8,043.55 |
| CLAIM TO BE MODIFIED<br>HARTFORD CT 06103-3488 | VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | | CLAIM AS MODIFIED | |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $12,847.12 | 05-44640 | | | $8,043.55 |
| | | | | $12,847.12 | | | | $8,043.55 |

| Claim: 5571<br>Date Filed: 05/10/06<br>Docketed Total:  $23,273.34<br>Filing Creditor Name and Address<br>ATCO INDUSTRIES INC<br>7200 15 MILE RD<br>STERLING HEIGHTS MI 48312-452 | Claim Holder Name and Address<br>ATCO INDUSTRIES INC<br>7200 15 MILE RD<br>STERLING HEIGHTS MI 48312-452 | Docketed Total | $23,273.34 | Modified Total | $20,176.00 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $23,273.34 | 05-44640 | | | $20,176.00 |
| | | | | $23,273.34 | | | | $20,176.00 |

| Claim: 1527<br>Date Filed: 01/13/06<br>Docketed Total:  $6,045.40<br>Filing Creditor Name and Address<br>ATLAS FLUID COMPONENTS INC<br>ATTORNEY JOHN A NEHRER<br>111 STOW AVE STE 100<br>CUYAHOGA FALLS OH 44221 | Claim Holder Name and Address<br>ATLAS FLUID COMPONENTS INC<br>ATTORNEY JOHN A NEHRER<br>111 STOW AVE STE 100<br>CUYAHOGA FALLS OH 44221 | Docketed Total | $6,045.40 | Modified Total | $6,045.40 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $6,045.40 | 05-44640 | | | $6,045.40 |
| | | | | $6,045.40 | | | | $6,045.40 |

| Claim: 8203<br>Date Filed: 06/19/06<br>Docketed Total:  $7,188.12<br>Filing Creditor Name and Address<br>BAKER TANKS<br>CHRIS CAVALIER<br>PO BOX 513967<br>LOS ANGELES CA 90051-3967 | Claim Holder Name and Address<br>BAKER TANKS<br>CHRIS CAVALIER<br>PO BOX 513967<br>LOS ANGELES CA 90051-3967 | Docketed Total | $7,188.12 | Modified Total | $7,188.12 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $7,188.12 | 05-44640 | | | $7,188.12 |
| | | | | $7,188.12 | | | | $7,188.12 |

| Claim: 8140<br>Date Filed: 06/19/06<br>Docketed Total:  $965,830.50<br>Filing Creditor Name and Address<br>BEI SYSTRON DONNER AUTOMOTIVE<br>DIVISION<br>C O RICHARD WILKINS<br>2700 SYSTRON DR<br>CONCORD CA 94518 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | $965,830.50 | Modified Total | $771,268.50 |

| | Case Number* | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| | 05-44640 | | $965,830.50 | 05-44640 | | | $771,268.50 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                                           Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | $965,830.50 | CLAIM AS MODIFIED | | | $771,268.50 |
|---|---|---|---|---|---|---|---|---|
| **Claim: 5455**<br>Date Filed:05/10/06<br>Docketed Total:   $17,646.30<br>Filing Creditor Name and Address<br>  BELL MICROPRODUCTS<br>  TINA MOORE<br>  201 MONROE ST STE 300<br>  MONTGOMERY AL 36104 | Claim Holder Name and Address<br>BELL MICROPRODUCTS<br>TINA MOORE<br>201 MONROE ST STE 300<br>MONTGOMERY AL 36104 | Docketed Total | | $17,646.30 | | Modified Total | | $12,456.65 |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$17,646.30<br>$17,646.30 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$12,456.65<br>$12,456.65 |
| **Claim: 1546**<br>Date Filed:01/17/06<br>Docketed Total:   $199,278.47<br>Filing Creditor Name and Address<br>  BGF INDUSTRIES INC<br>  3802 ROBERT PORCHER WY<br>  GREENSBORO NC 27410 | Claim Holder Name and Address<br>BGF INDUSTRIES INC<br>3802 ROBERT PORCHER WY<br>GREENSBORO NC 27410 | Docketed Total | | $199,278.47 | | Modified Total | | $183,958.76 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$199,278.47<br>$199,278.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$183,958.76<br>$183,958.76 |
| **Claim: 2774**<br>Date Filed:04/26/06<br>Docketed Total:   $8,884.00<br>Filing Creditor Name and Address<br>  BIG BEND AGRI SERVICES INC<br>  BIG BEND INDUSTRIAL SALES<br>  PO BOX 479<br>  CAIRO GA 39828 | Claim Holder Name and Address<br>BIG BEND AGRI SERVICES INC<br>BIG BEND INDUSTRIAL SALES<br>PO BOX 479<br>CAIRO GA 39828 | Docketed Total | | $8,884.00 | | Modified Total | | $8,884.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,884.00<br>$8,884.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,884.00<br>$8,884.00 |
| **Claim: 14054**<br>Date Filed:07/27/06<br>Docketed Total:   $15,126.31<br>Filing Creditor Name and Address<br>  BLUE WATER AUTOMOTIVE SYSTEMS<br>  INC<br>  ACCOUNTS PAYABLE<br>  PO BOX 339<br>  RANGE RD PLANT<br>  MARYSVILLE MI 48040 | Claim Holder Name and Address<br>BLUE WATER AUTOMOTIVE SYSTEMS INC<br>ACCOUNTS PAYABLE<br>PO BOX 339<br>RANGE RD PLANT<br>MARYSVILLE MI 48040 | Docketed Total | | $15,126.31 | | Modified Total | | $15,126.31 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$15,126.31<br><br>$15,126.31 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,126.31<br><br>$15,126.31 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1133<br>Date Filed:12/13/05<br>Docketed Total:   $7,506.87<br>Filing Creditor Name and Address<br> BORAMCO INC<br> PO BOX 6<br> WALKERTON IN 46574-0006 | Claim Holder Name and Address<br>BORAMCO INC<br>PO BOX 6<br>WALKERTON IN 46574-0006 | Docketed Total | | $7,506.87 | | Modified Total | | $7,506.87 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,506.87<br>$7,506.87 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,506.87<br>$7,506.87 |
| Claim: 13650<br>Date Filed:07/31/06<br>Docketed Total:   $7,976.71<br>Filing Creditor Name and Address<br> BOSCH REXROTH CORPORATION<br> ATTN JUDITH LOWITZ ADLER<br> ROBERT BOSCH CORPORATION<br> 38000 HILLS TECH DR<br> FARMINGTON HILLS MI 48331 | Claim Holder Name and Address<br>BOSCH REXROTH CORPORATION<br>ATTN JUDITH LOWITZ ADLER<br>ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS MI 48331 | Docketed Total | | $7,976.71 | | Modified Total | | $1,972.02 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,976.71<br>$7,976.71 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,972.02<br>$1,972.02 |
| Claim: 12011<br>Date Filed:07/28/06<br>Docketed Total:   $179,220.24<br>Filing Creditor Name and Address<br> BRAKE PARTS INC WIX FILTRATION<br> CORP AFFINIA GROUP INC<br> BRAKE PARTS INC<br> BRAKES PARTS WIX<br> 4400 PRIME PKWY<br> MCHENRY IL 60050 | Claim Holder Name and Address<br>BRAKE PARTS INC WIX FILTRATION CORP<br>AFFINIA GROUP INC<br>BRAKE PARTS INC<br>BRAKES PARTS WIX<br>4400 PRIME PKWY<br>MCHENRY IL 60050 | Docketed Total | | $179,220.24 | | Modified Total | | $86,576.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$179,220.24<br>$179,220.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$86,576.50<br>$86,576.50 |
| Claim: 4522<br>Date Filed:05/02/06<br>Docketed Total:   $5,574.00<br>Filing Creditor Name and Address<br> BRINKMANN PUMPS INC<br> 47060 CARTIER DR<br> WIXOM MI 48393 | Claim Holder Name and Address<br>BRINKMANN PUMPS INC<br>47060 CARTIER DR<br>WIXOM MI 48393 | Docketed Total | | $5,574.00 | | Modified Total | | $5,574.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,574.00<br>$5,574.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,574.00<br>$5,574.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   11 of 73

In re: Delphi Corporation, et al.                                                        Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 4009<br>Date Filed:05/01/06<br>Docketed Total:   $5,556.30<br>Filing Creditor Name and Address<br> BUCKEYE TOOLS AND SUPPLY CO<br> TOM MITCHELL<br> 400 GARGRAVE RD<br> DAYTON OH 45449 | Claim Holder Name and Address    Docketed Total      $5,556.30<br>BUCKEYE TOOLS AND SUPPLY CO<br>TOM MITCHELL<br>400 GARGRAVE RD<br>DAYTON OH 45449<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                    $5,556.30<br>                                             $5,556.30 | Modified Total      $5,556.30<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                    $5,556.30<br>                                             $5,556.30 |
| Claim: 11449<br>Date Filed:07/27/06<br>Docketed Total:   $8,105.50<br>Filing Creditor Name and Address<br> BUSAK & SHAMBAN SOUTH<br> 2842 COLLECTIONS CTR DR<br> CHICAGO IL 60693 | Claim Holder Name and Address    Docketed Total      $8,105.50<br>BUSAK & SHAMBAN SOUTH<br>2842 COLLECTIONS CTR DR<br>CHICAGO IL 60693<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                    $8,105.50<br>                                             $8,105.50 | Modified Total      $7,035.70<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                    $7,035.70<br>                                             $7,035.70 |
| Claim: 12700<br>Date Filed:07/28/06<br>Docketed Total:   $20,492.90<br>Filing Creditor Name and Address<br> CANON USA INC<br> ATTN STEVER BECKER ESQ<br> ONE CANON PLZ<br> LAKE SUCCESS NY 11042-1198 | Claim Holder Name and Address    Docketed Total      $20,492.90<br>CANON USA INC<br>ATTN STEVER BECKER ESQ<br>ONE CANON PLZ<br>LAKE SUCCESS NY 11042-1198<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44547                                    $20,492.90<br>                                             $20,492.90 | Modified Total      $20,492.90<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                    $20,492.90<br>                                             $20,492.90 |
| Claim: 7477<br>Date Filed:06/05/06<br>Docketed Total:   $21,987.42<br>Filing Creditor Name and Address<br> CENTRO INDUSTRIAL SUPPLY CORP<br> 1650 W SAM HOUSTON PKWY N<br> HOUSTON TX 77043 | Claim Holder Name and Address    Docketed Total      $21,987.42<br>CENTRO INDUSTRIAL SUPPLY CORP<br>1650 W SAM HOUSTON PKWY N<br>HOUSTON TX 77043<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                    $21,987.42<br>                                             $21,987.42 | Modified Total      $15,704.22<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44567                                    $15,704.22<br>                                             $15,704.22 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   12 of 73

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 15138**
Date Filed: 07/31/06
Docketed Total:   $28,836.00
Filing Creditor Name and Address
 CH2M HILL SPAIN SL
 C 17 JUAN DE MARIANA
 3 PLANTA PORTAL B
 MADRID  28045
 SPAIN

Claim Holder Name and Address    Docketed Total    $28,836.00
CH2M HILL SPAIN SL
C 17 JUAN DE MARIANA
3 PLANTA PORTAL B
MADRID  28045
SPAIN

Modified Total    $25,372.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $28,836.00 | 05-44640 | | | $25,372.60 |
| | | | $28,836.00 | | | | $25,372.60 |

**Claim: 234**
Date Filed: 10/31/05
Docketed Total:   $221,982.00
Filing Creditor Name and Address
 CINCINNATI MACHINE LLC
 ATTN TIM LEHAN
 2200 LITTON LN
 HEBRON KY 41048-8435

Claim Holder Name and Address    Docketed Total    $221,982.00
LIQUIDITY SOLUTIONS DBA REVENUE
MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Modified Total    $221,982.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $221,982.00 | 05-44640 | | | $221,982.00 |
| | | | $221,982.00 | | | | $221,982.00 |

**Claim: 5083**
Date Filed: 05/08/06
Docketed Total:   $849.39
Filing Creditor Name and Address
 CINGULAR WIRELESS
 BANKO
 PO BOX 309
 PORTLAND OR 97207-0309

Claim Holder Name and Address    Docketed Total    $849.39
CINGULAR WIRELESS
BANKO
PO BOX 309
PORTLAND OR 97207-0309

Modified Total    $849.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $849.39 | 05-44640 | | | $849.39 |
| | | | $849.39 | | | | $849.39 |

**Claim: 6286**
Date Filed: 05/18/06
Docketed Total:   $25,920.04
Filing Creditor Name and Address
 COFACE NORTH AMERICA INC
 AS AGENT FOR USHIO AMERICA INC
 ATTN DAVID MILLER
 PO BOX 2102
 CRANBURY NJ 08512

Claim Holder Name and Address    Docketed Total    $25,920.04
COFACE NORTH AMERICA INC
AS AGENT FOR USHIO AMERICA INC
ATTN DAVID MILLER
PO BOX 2102
CRANBURY NJ 08512

Modified Total    $23,724.15

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $25,920.04 | 05-44640 | | | $23,724.15 |
| | | | $25,920.04 | | | | $23,724.15 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  13 of 73

In re: Delphi Corporation, et al.                                       Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5699<br>Date Filed:05/12/06<br>Docketed Total:   $5,670.00<br>Filing Creditor Name and Address<br> COMPUTER SYSTEMS OF AMERICA<br> INC<br> 22 BATTERYMARCH ST<br> BOSTON MA 02109 | Claim Holder Name and Address    Docketed Total    $5,670.00<br>COMPUTER SYSTEMS OF AMERICA INC<br>22 BATTERYMARCH ST<br>BOSTON MA 02109 | Modified Total    $5,670.00 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481    $5,670.00           $5,670.00<br>                                $5,670.00 | Case Number*   Secured   Priority   Unsecured<br>05-44640                        $5,670.00<br>                                $5,670.00 |
| Claim: 13772<br>Date Filed:07/31/06<br>Docketed Total:   $256,726.91<br>Filing Creditor Name and Address<br> CONCERIA PASUBIO SPA<br> ATTN PAUL RICOTTA ESQ AND<br> STEPHANIE<br> MINTZ LEVIN COHN FERRIS<br> GLOVSKY AND<br> 666 THIRD AVE<br> NEW YORK NY 10017<br> ITALY | Claim Holder Name and Address    Docketed Total    $256,726.91<br>CONCERIA PASUBIO SPA<br>ATTN PAUL RICOTTA ESQ AND<br>STEPHANIE<br>MINTZ LEVIN COHN FERRIS<br>GLOVSKY AND<br>666 THIRD AVE<br>NEW YORK NY 10017<br>ITALY | Modified Total    $247,608.70 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                       $256,726.91<br>                                $256,726.91 | Case Number*   Secured   Priority   Unsecured<br>05-44640                       $247,608.70<br>                                $247,608.70 |
| Claim: 3332<br>Date Filed:04/28/06<br>Docketed Total:   $8,335.27<br>Filing Creditor Name and Address<br> CONDIT RE CO INC<br> 3050 SPRINGBORO W<br> DAYTON OH 45439-1716 | Claim Holder Name and Address    Docketed Total    $8,335.27<br>CONDIT RE CO INC<br>3050 SPRINGBORO W<br>DAYTON OH 45439-1716 | Modified Total    $8,335.27 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                       $8,335.27<br>                                $8,335.27 | Case Number*   Secured   Priority   Unsecured<br>05-44640                       $8,335.27<br>                                $8,335.27 |
| Claim: 9789<br>Date Filed:07/18/06<br>Docketed Total:   $142,160.85<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF CACACE ASSOCIATES<br> INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                    Page:   14 of 73

In re: Delphi Corporation, et al.

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

Thirteenth Omnibus Objection

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | Docketed Total | | $142,160.85 | CLAIM AS MODIFIED | | Modified Total | $121,260.85 |
|---|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|
| 411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830 | CONTRARIAN FUNDS LLC<br>AS ASSIGNEE OF<br>CACACE ASSOCIATES INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830 | | | | | | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$142,160.85<br>$142,160.85 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$121,260.85<br>$121,260.85 |
| Claim: 10402<br>Date Filed:07/24/06<br>Docketed Total:   $220,188.26<br>Filing Creditor Name and Address<br> COOPER BUSSMANN INC<br> 175 HANSEN COURT<br> WOOD DALE IL 60191 | Claim Holder Name and Address<br>COOPER BUSSMANN INC<br>175 HANSEN COURT<br>WOOD DALE IL 60191 | | Docketed Total | $220,188.26 | | | | Modified Total | $175,379.31 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$220,188.26<br>$220,188.26 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$175,379.31<br>$175,379.31 |
| Claim: 5519<br>Date Filed:05/10/06<br>Docketed Total:   $179,851.26<br>Filing Creditor Name and Address<br> COOPER INDUSTRIES INC<br> DAVID PULLIAM<br> BUSSMAN DIVISION<br> 114 OLD STAT E RD<br> ELLISVILLE MO 63021 | Claim Holder Name and Address<br>COOPER INDUSTRIES INC<br>DAVID PULLIAM<br>BUSSMAN DIVISION<br>114 OLD STAT E RD<br>ELLISVILLE MO 63021 | | Docketed Total | $179,851.26 | | | | Modified Total | $115,658.88 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$179,851.26<br>$179,851.26 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$115,658.88<br>$115,658.88 |
| Claim: 14661<br>Date Filed:07/31/06<br>Docketed Total:   $266,362.70<br>Filing Creditor Name and Address<br> COOPER STANDARD AUTOMOTIVE<br> 39550 ORCHARD HILL PLACE<br> NOVI MI 48376-8034 | Claim Holder Name and Address<br>COOPER STANDARD AUTOMOTIVE<br>39550 ORCHARD HILL PLACE<br>NOVI MI 48376-8034 | | Docketed Total | $266,362.70 | | | | Modified Total | $266,352.24 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$266,362.70<br>$266,362.70 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$266,352.24<br>$266,352.24 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                              Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10007 | Claim Holder Name and Address | | Docketed Total | $71,436.25 | | | Modified Total | $33,187.17 |
| Date Filed:07/20/06 | CREDENCE SYSTEMS CORP | | | | | | | |
| Docketed Total:   $71,436.25 | ATTN LARRY ROCK | | | | | | | |
| Filing Creditor Name and Address | 5975 NW PINE FARM PL | | | | | | | |
| CREDENCE SYSTEMS CORP | HILLSBORO OR 97124 | | | | | | | |
| ATTN LARRY ROCK | | | | | | | | |
| 5975 NW PINE FARM PL | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| HILLSBORO OR 97124 | 05-44481 | | | $71,436.25 | 05-44640 | | | $33,187.17 |
| | | | | $71,436.25 | | | | $33,187.17 |
| Claim: 7493 | Claim Holder Name and Address | | Docketed Total | $65,942.01 | | | Modified Total | $65,942.01 |
| Date Filed:06/05/06 | CROMPTON SALES COMPANY INC EFT | | | | | | | |
| Docketed Total:   $65,942.01 | CHEMTURA | | | | | | | |
| Filing Creditor Name and Address | DBA CROMPTON | | | | | | | |
| CROMPTON SALES COMPANY INC EFT | 199 BERSON RD | | | | | | | |
| CHEMTURA | MIDDLEBURY CT 06749 | | | | | | | |
| DBA CROMPTON | | | | | | | | |
| 199 BERSON RD | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| MIDDLEBURY CT 06749 | 05-44481 | | | $65,942.01 | 05-44640 | | | $65,942.01 |
| | | | | $65,942.01 | | | | $65,942.01 |
| Claim: 290 | Claim Holder Name and Address | | Docketed Total | $12,602.00 | | | Modified Total | $12,602.00 |
| Date Filed:11/02/05 | CUSTOM ELECTRIC MANUFACTURING INC | | | | | | | |
| Docketed Total:   $12,602.00 | T ECKSTEIN | | | | | | | |
| Filing Creditor Name and Address | 48941 W RD | | | | | | | |
| CUSTOM ELECTRIC MANUFACTURING | WIXOM MI 48393 | | | | | | | |
| INC | | | | | | | | |
| T ECKSTEIN | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 48941 W RD | 05-44481 | | | $12,602.00 | 05-44640 | | | $12,602.00 |
| WIXOM MI 48393 | | | | | | | | |
| | | | | $12,602.00 | | | | $12,602.00 |
| Claim: 2550 | Claim Holder Name and Address | | Docketed Total | $148,987.53 | | | Modified Total | $147,992.53 |
| Date Filed:04/04/06 | DAA DRAEXLMAIER AUTOMOTIVE OF | | | | | | | |
| Docketed Total:   $148,987.53 | AMERICA | | | | | | | |
| Filing Creditor Name and Address | 1751 E MAIN ST | | | | | | | |
| DAA DRAEXLMAIER AUTOMOTIVE OF | DUNCAN SC 29334 | | | | | | | |
| AMERICA | | | | | | | | |
| 1751 E MAIN ST | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| DUNCAN SC 29334 | 05-44640 | | | $148,987.53 | 05-44640 | | | $147,992.53 |
| | | | | $148,987.53 | | | | $147,992.53 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 1692**
Date Filed: 01/30/06
Docketed Total:  $5,416.00
Filing Creditor Name and Address
 DAGE PRECISION INDUSTRIES INC
 4024 CLIPPER COURT
 FREMONT CA 94538

Claim Holder Name and Address — Docketed Total — $5,416.00
DAGE PRECISION INDUSTRIES INC
4024 CLIPPER COURT
FREMONT CA 94538

Modified Total — $5,416.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,416.00 | 05-44640 | | | $5,416.00 |
| | | | $5,416.00 | | | | $5,416.00 |

**Claim: 15329**
Date Filed: 07/31/06
Docketed Total:   $77,751.36
Filing Creditor Name and Address
 DANICE MANUFACTURING CO
 361 DONOVAN ST
 SOUTH LYON MI 48178

Claim Holder Name and Address — Docketed Total — $77,751.36
DANICE MANUFACTURING CO
361 DONOVAN ST
SOUTH LYON MI 48178

Modified Total — $57,013.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $77,751.36 | 05-44640 | | | $57,013.68 |
| | | | $77,751.36 | | | | $57,013.68 |

**Claim: 11541**
Date Filed: 07/27/06
Docketed Total:   $11,746.36
Filing Creditor Name and Address
 DAYTON DRILL BUSHING  EFT
 LEAHY CORP
 PO BOX 301
 DAYTON OH 45404

Claim Holder Name and Address — Docketed Total — $11,746.36
DAYTON DRILL BUSHING  EFT
LEAHY CORP
PO BOX 301
DAYTON OH 45404

Modified Total — $11,746.36

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $11,746.36 | 05-44640 | | | $11,746.36 |
| | | | $11,746.36 | | | | $11,746.36 |

**Claim: 8925**
Date Filed: 07/05/06
Docketed Total:   $40,822.50
Filing Creditor Name and Address
 DE LAGE LANDEN FINANCIAL
 SERVICES INC
 DBA OCE USA INC
 1111 OLD EAGLE SCHOOL RD
 WAYNE PA 19087

Claim Holder Name and Address — Docketed Total — $40,822.50
DE LAGE LANDEN FINANCIAL SERVICES
INC
DBA OCE USA INC
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

Modified Total — $4,163.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $40,822.50 | 05-44640 | | | $4,163.00 |
| | | | $40,822.50 | | | | $4,163.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 750<br>Date Filed:11/21/05<br>Docketed Total:   $17,597.28<br>Filing Creditor Name and Address<br>  DEARBORN GROUP<br>  27007 HILLS TECH COURT<br>  FARMINGTON HILLS MI 48331 | Claim Holder Name and Address<br>DEARBORN GROUP<br>27007 HILLS TECH COURT<br>FARMINGTON HILLS MI 48331 | Docketed Total | | $17,597.28 | | Modified Total | | $17,577.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,597.28<br>$17,597.28 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,577.00<br>$17,577.00 |
| Claim: 5826<br>Date Filed:05/15/06<br>Docketed Total:   $32,091.03<br>Filing Creditor Name and Address<br>  DIEBOLT INTERNATIONAL INC<br>  DADCO<br>  43850 PLYMOUTH OAKS BLVD<br>  PLYMOUTH MI 48170 | Claim Holder Name and Address<br>DIEBOLT INTERNATIONAL INC<br>DADCO<br>43850 PLYMOUTH OAKS BLVD<br>PLYMOUTH MI 48170 | Docketed Total | | $32,091.03 | | Modified Total | | $30,953.71 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,091.03<br>$32,091.03 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,953.71<br>$30,953.71 |
| Claim: 10418<br>Date Filed:07/24/06<br>Docketed Total:   $27,002.18<br>Filing Creditor Name and Address<br>  DIVERSEY CORP<br>  ATTN DIANE TAYLOR<br>  JOHNSON DIVERSEY INC<br>  DUBOIS CHEMICALS DIV<br>  200 CROWNE POINT PL<br>  SHARONVILLE OH 45241 | Claim Holder Name and Address<br>DIVERSEY CORP<br>ATTN DIANE TAYLOR<br>JOHNSON DIVERSEY INC<br>DUBOIS CHEMICALS DIV<br>200 CROWNE POINT PL<br>SHARONVILLE OH 45241 | Docketed Total | | $27,002.18 | | Modified Total | | $482.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$27,002.18<br>$27,002.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$482.04<br>$482.04 |
| Claim: 2364<br>Date Filed:03/22/06<br>Docketed Total:   $278.75<br>Filing Creditor Name and Address<br>  DOBSON INDUSTRIAL INC<br>  3660 N EUCLID AVE<br>  BAY CITY MI 48706 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $278.75 | | Modified Total | | $268.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$278.75<br>$278.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$268.75<br>$268.75 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   18 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| **Claim: 2607**<br>Date Filed:04/11/06<br>Docketed Total:   $58.00<br>Filing Creditor Name and Address<br>  DORNER MFG CORP<br>  975 COTTONWOOD AVE<br>  HARTLAND WI 53029-0020 | Claim Holder Name and Address   Docketed Total   $58.00<br>DORNER MFG CORP<br>975 COTTONWOOD AVE<br>HARTLAND WI 53029-0020<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                         $58.00<br>                                                 $58.00 | Modified Total   $58.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                         $58.00<br>                                                 $58.00 |
| **Claim: 14402**<br>Date Filed:07/31/06<br>Docketed Total:   $18,385.92<br>Filing Creditor Name and Address<br>  DOTT INDUSTRIES INC<br>  RYAN D HEILMAN ESQ<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address   Docketed Total   $18,385.92<br>DOTT INDUSTRIES INC<br>RYAN D HEILMAN ESQ<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567   $18,385.92<br>           $18,385.92 | Modified Total   $18,360.04<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                         $18,360.04<br>                                                 $18,360.04 |
| **Claim: 1128**<br>Date Filed:12/12/05<br>Docketed Total:   $1,892.54<br>Filing Creditor Name and Address<br>  DOUG WIRT ENTERPRISES INC DBA<br>  WIRT SAGINAW STONE DOCK<br>  4700 CROW ISLAND<br>  SAGINAW MI 48601 | Claim Holder Name and Address   Docketed Total   $1,892.54<br>DOUG WIRT ENTERPRISES INC DBA WIRT<br>SAGINAW STONE DOCK<br>4700 CROW ISLAND<br>SAGINAW MI 48601<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                         $1,892.54<br>                                                 $1,892.54 | Modified Total   $1,892.54<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                         $1,892.54<br>                                                 $1,892.54 |
| **Claim: 7342**<br>Date Filed:06/02/06<br>Docketed Total:   $67,009.18<br>Filing Creditor Name and Address<br>  DOW CORNING CORPORATION<br>  ATTN TAMMY GROVE CO1222<br>  2200 W SALZBURG RD<br>  MIDLAND MI 48686 | Claim Holder Name and Address   Docketed Total   $67,009.18<br>DOW CORNING CORPORATION<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                         $67,009.18<br>                                                 $67,009.18 | Modified Total   $66,528.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                         $66,528.00<br>                                                 $66,528.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   19 of 73

In re: Delphi Corporation, et al.                                              Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 7470<br>Date Filed: 06/05/06<br>Docketed Total:  $55,235.07<br>Filing Creditor Name and Address<br> DT ASSEMBLY & TEST EUROPE LTD<br> DT INDUSTRIES<br> TINGEWICK RD<br> BUCKINGHAM BUCKINGHA  MK18 1EF<br> UNITED KINGDOM | Claim Holder Name and Address<br>DT ASSEMBLY & TEST EUROPE LTD<br>DT INDUSTRIES<br>TINGEWICK RD<br>BUCKINGHAM BUCKINGHA  MK18 1EF<br>UNITED KINGDOM | Docketed Total | $55,235.07 | | Modified Total | | $55,235.07 |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $55,235.07 $55,235.07 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $55,235.07 $55,235.07 |
| Claim: 9916<br>Date Filed: 07/19/06<br>Docketed Total:  $86,129.80<br>Filing Creditor Name and Address<br> DYBROOK PRODUCTS INC<br> 5232 TOD AVE S W UNIT 23<br> WARREN OH 44481-972 | Claim Holder Name and Address<br>DYBROOK PRODUCTS INC<br>5232 TOD AVE S W UNIT 23<br>WARREN OH 44481-972 | Docketed Total | $86,129.80 | | Modified Total | | $74,018.11 |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $86,129.80 $86,129.80 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $74,018.11 $74,018.11 |
| Claim: 1090<br>Date Filed: 12/09/05<br>Docketed Total:  $8,142.11<br>Filing Creditor Name and Address<br> EASYLINK SERVICES<br> 33 KNIGHTSBRIDGE RD<br> PISCATAWAY NJ 08854 | Claim Holder Name and Address<br>EASYLINK SERVICES<br>33 KNIGHTSBRIDGE RD<br>PISCATAWAY NJ 08854 | Docketed Total | $8,142.11 | | Modified Total | | $8,142.11 |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $8,142.11 $8,142.11 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $8,142.11 $8,142.11 |
| Claim: 4753<br>Date Filed: 05/04/06<br>Docketed Total:  $486.56<br>Filing Creditor Name and Address<br> EATON OFFICE SUPPLY CO INC<br> 180 JOHN GLENN DR<br> AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON OFFICE SUPPLY CO INC<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | $486.56 | | Modified Total | | $486.56 |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** $486.56 $486.56 | **Unsecured** | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $486.56 $486.56 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   20 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5468<br>Date Filed:05/10/06<br>Docketed Total:  $1,500.00<br>Filing Creditor Name and Address<br> ELITE MOLD & ENGINEERING EFT<br> 51548 FILOMENA DR<br> SHELBY TOWNSHIP MI 48315 | Claim Holder Name and Address<br>ELITE MOLD & ENGINEERING EFT<br>51548 FILOMENA DR<br>SHELBY TOWNSHIP MI 48315 | Docketed Total | | $1,500.00 | | Modified Total | | $1,500.00 |
| | Case Number*<br>05-44640 | Secured<br>$960.00<br>$960.00 | Priority | Unsecured<br>$540.00<br>$540.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,500.00<br>$1,500.00 |
| Claim: 657<br>Date Filed:11/17/05<br>Docketed Total:  $4,150.00<br>Filing Creditor Name and Address<br> EMG EIFELWERK HEINRICH STEIN<br> MONTAGE GMBH<br> RAIFFESISENSTRASSE 5<br> UTTFELD  54619<br> GERMANY | Claim Holder Name and Address<br>EMG EIFELWERK HEINRICH STEIN<br>MONTAGE GMBH<br>RAIFFESISENSTRASSE 5<br>UTTFELD  54619<br>GERMANY | Docketed Total | | $4,150.00 | | Modified Total | | $4,150.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,150.00<br>$4,150.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,150.00<br>$4,150.00 |
| Claim: 15239<br>Date Filed:07/31/06<br>Docketed Total:  $139,507.23<br>Filing Creditor Name and Address<br> ENERGY CONVERSION SYSTEMS<br> ENERGY CONVERSION SYSTEMS<br> HOLDINGS<br> 5520 DILLARD DR STE 260<br> CARY NC 27518 | Claim Holder Name and Address<br>ENERGY CONVERSION SYSTEMS<br>ENERGY CONVERSION SYSTEMS<br>HOLDINGS<br>5520 DILLARD DR STE 260<br>CARY NC 27518 | Docketed Total | | $139,507.23 | | Modified Total | | $58,655.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$13,500.00<br>$13,500.00 | Unsecured<br>$126,007.23<br>$126,007.23 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$58,655.00<br>$58,655.00 |
| Claim: 5060<br>Date Filed:05/08/06<br>Docketed Total:  $825.00<br>Filing Creditor Name and Address<br> ENGINEERING SUPPLY CORP<br> 11281 JAMES ST<br> HOLLAND MI 49424-862 | Claim Holder Name and Address<br>ENGINEERING SUPPLY CORP<br>11281 JAMES ST<br>HOLLAND MI 49424-862 | Docketed Total | | $825.00 | | Modified Total | | $825.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$825.00<br>$825.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$825.00<br>$825.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:   21 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6992<br>Date Filed:05/30/06<br>Docketed Total:  $13,831.00<br>Filing Creditor Name and Address<br> ENGINEERING TECHNOLOGY ASSOC<br> INC<br> 1133 E MAPLE RD STE 200<br> TROY MI 48083 | Claim Holder Name and Address   Docketed Total   $13,831.00<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44640                    $10,000.00   $3,831.00<br>                            $10,000.00   $3,831.00 | Modified Total   $13,831.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $13,831.00<br>                                      $13,831.00 |
| Claim: 1143<br>Date Filed:12/13/05<br>Docketed Total:   $2,975.00<br>Filing Creditor Name and Address<br> EPES EXPRESS SERVICES INC<br> PO BOX 35884<br> GREENSBORO NC 27425 | Claim Holder Name and Address   Docketed Total    $2,975.00<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44481                     $2,975.00<br>                             $2,975.00 | Modified Total    $2,975.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                               $2,975.00<br>                                       $2,975.00 |
| Claim: 1464<br>Date Filed:01/09/06<br>Docketed Total:  $122,867.13<br>Filing Creditor Name and Address<br> ERWIN QUARDER INC<br> ATTN JENNIFER STEWARD<br> 5101 KRAFT AVE SE<br> GRAND RAPIDS MI 49512 | Claim Holder Name and Address   Docketed Total   $122,867.13<br>ERWIN QUARDER INC<br>ATTN JENNIFER STEWARD<br>5101 KRAFT AVE SE<br>GRAND RAPIDS MI 49512<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44567                                  $122,867.13<br>                                          $122,867.13 | Modified Total   $100,997.21<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                              $100,997.21<br>                                      $100,997.21 |
| Claim: 15354<br>Date Filed:07/31/06<br>Docketed Total:   $4,135.81<br>Filing Creditor Name and Address<br> EXONIC SYSTEMS<br> 149 DELTA DR<br> PITTSBURGH PA 15238 | Claim Holder Name and Address   Docketed Total    $4,135.81<br>EXONIC SYSTEMS<br>149 DELTA DR<br>PITTSBURGH PA 15238<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44481                                   $4,135.81<br>                                           $4,135.81 | Modified Total    $4,135.81<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                $4,135.81<br>                                        $4,135.81 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                   Page:   22 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15804**
Date Filed: 08/02/06
Docketed Total:   $9,555.10
Filing Creditor Name and Address
 FIRST CHOICE HEATING &
 COOLING INC
 8147 ISLANDVIEW DR
 NEWAYGO MI 49337

Claim Holder Name and Address    Docketed Total    $9,555.10
FIRST CHOICE HEATING & COOLING INC
8147 ISLANDVIEW DR
NEWAYGO MI 49337

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $9,555.10 | | |
| | | | $9,555.10 |

Modified Total    $9,555.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,555.10 |
| | | | $9,555.10 |

---

**Claim: 1672**
Date Filed: 01/26/06
Docketed Total:   $633,258.00
Filing Creditor Name and Address
 FIRST TECHNOLOGY HOLDINGS INC
 AND AFFILIATES AND
 SUBSIDIARIES
 JOHN D HERTZBERG
 30150 TELEGRAPH RD STE 444
 BINGHAM FARMS MI 48025

Claim Holder Name and Address    Docketed Total    $633,258.00
FIRST TECHNOLOGY HOLDINGS INC AND
AFFILIATES AND SUBSIDIARIES
JOHN D HERTZBERG
30150 TELEGRAPH RD STE 444
BINGHAM FARMS MI 48025

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $175,000.00 | $458,258.00 |
| | | $175,000.00 | $458,258.00 |

Modified Total    $633,258.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $633,258.00 |
| | | | $633,258.00 |

---

**Claim: 3946**
Date Filed: 05/01/06
Docketed Total:   $12,161.00
Filing Creditor Name and Address
 FISCHER SPECIAL TOOLING
 KEVIN JOHNSON
 7219 COMMERCE DR
 MENTOR OH 44060

Claim Holder Name and Address    Docketed Total    $12,161.00
FISCHER SPECIAL TOOLING
KEVIN JOHNSON
7219 COMMERCE DR
MENTOR OH 44060

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,161.00 |
| | | | $12,161.00 |

Modified Total    $12,161.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,161.00 |
| | | | $12,161.00 |

---

**Claim: 3319**
Date Filed: 04/28/06
Docketed Total:   $2,632.00
Filing Creditor Name and Address
 FLEX PAC INC
 7113 S MAYFLOWER PK DR
 ZIONSVILLE IN 46077

Claim Holder Name and Address    Docketed Total    $2,632.00
FLEX PAC INC
7113 S MAYFLOWER PK DR
ZIONSVILLE IN 46077

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,632.00 |
| | | | $2,632.00 |

Modified Total    $2,632.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,632.00 |
| | | | $2,632.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 9076**
Date Filed: 07/06/06
Docketed Total:  $35,858.00
Filing Creditor Name and Address
 FLEX TECHNOLOGIES INC
 104 FLEX DR
 PORTLAND TN 37148

Claim Holder Name and Address      Docketed Total      $35,858.00
FLEX TECHNOLOGIES INC
104 FLEX DR
PORTLAND TN 37148

Modified Total      $35,820.11

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $35,858.00 | 05-44640 | | | $35,820.11 |
| | | | $35,858.00 | | | | $35,820.11 |

**Claim: 10895**
Date Filed: 07/25/06
Docketed Total:  $7,096.55
Filing Creditor Name and Address
 FLUID KINETICS DIV OF VALCO
 CINCINNATI
 VALCO CINCINNATI INC
 411 CIRCLE FREEWAY DR
 CINCINNATI OH 45246

Claim Holder Name and Address      Docketed Total      $7,096.55
FLUID KINETICS DIV OF VALCO
CINCINNATI
VALCO CINCINNATI INC
411 CIRCLE FREEWAY DR
CINCINNATI OH 45246

Modified Total      $7,096.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,096.55 | 05-44640 | | | $7,096.55 |
| | | | $7,096.55 | | | | $7,096.55 |

**Claim: 5063**
Date Filed: 05/08/06
Docketed Total:  $5,428.30
Filing Creditor Name and Address
 FOERSTER INSTRUMENTS INC
 140 INDUSTRY DR
 PITTSBURGH PA 15275

Claim Holder Name and Address      Docketed Total      $5,428.30
FOERSTER INSTRUMENTS INC
140 INDUSTRY DR
PITTSBURGH PA 15275

Modified Total      $5,420.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,428.30 | 05-44640 | | | $5,420.00 |
| | | | $5,428.30 | | | | $5,420.00 |

**Claim: 10405**
Date Filed: 07/24/06
Docketed Total:  $5,400.00
Filing Creditor Name and Address
 FOX EXCAVATING AND SEWER
 1014 FRANKLIN ST
 SANDUSKY OH 44870

Claim Holder Name and Address      Docketed Total      $5,400.00
FOX EXCAVATING AND SEWER
1014 FRANKLIN ST
SANDUSKY OH 44870

Modified Total      $5,400.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,400.00 | 05-44640 | | | $5,400.00 |
| | | | $5,400.00 | | | | $5,400.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:  24 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10757<br>Date Filed:07/25/06<br>Docketed Total:  $72,525.00<br>Filing Creditor Name and Address<br> FUJIKOKI AMERICA INC<br> DONNIE J ANDERSON<br> 4040 BRONZE WAY<br> DALLAS TX 75237 | Claim Holder Name and Address<br>FUJIKOKI AMERICA INC<br>DONNIE J ANDERSON<br>4040 BRONZE WAY<br>DALLAS TX 75237 | Docketed Total | | $72,525.00 | | Modified Total | | $37,245.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$72,525.00<br>$72,525.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$37,245.00<br>$37,245.00 |
| Claim: 501<br>Date Filed:11/10/05<br>Docketed Total:  $311,610.55<br>Filing Creditor Name and Address<br> FUTURE ELECTRONICS<br> DIANE SVENDSEN<br> 41 MAIN ST<br> BOLTON MA 01740 | Claim Holder Name and Address<br>FUTURE ELECTRONICS<br>DIANE SVENDSEN<br>41 MAIN ST<br>BOLTON MA 01740 | Docketed Total | | $311,610.55 | | Modified Total | | $308,621.57 |
| | Case Number*<br>05-44529 | Secured | Priority | Unsecured<br>$311,610.55<br>$311,610.55 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$308,621.57<br>$308,621.57 |
| Claim: 16536<br>Date Filed:02/13/07<br>Docketed Total:  $452,346.63<br>Filing Creditor Name and Address<br> GENESEE PACKAGING INC<br> DENNIS M HALEY P14538<br> WINEGARDEN HALEY LINDHOLM &<br> ROBERTS<br> G 9460 S SAGINAW ST STE A<br> GRAND BLANC MI 48439 | Claim Holder Name and Address<br>GENESEE PACKAGING INC<br>DENNIS M HALEY P14538<br>WINEGARDEN HALEY LINDHOLM &<br>ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC MI 48439 | Docketed Total | | $452,346.63 | | Modified Total | | $481,540.09 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$452,346.63<br>$452,346.63 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$481,540.09<br>$481,540.09 |
| Claim: 11937<br>Date Filed:07/28/06<br>Docketed Total:  $17,280.45<br>Filing Creditor Name and Address<br> GORMAN JOHN M CO INC<br> 2844 KEENAN AVE<br> DAYTON OH 45414-4914 | Claim Holder Name and Address<br>GORMAN JOHN M CO INC<br>2844 KEENAN AVE<br>DAYTON OH 45414-4914 | Docketed Total | | $17,280.45 | | Modified Total | | $17,280.45 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,280.45<br>$17,280.45 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,280.45<br>$17,280.45 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   25 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1694<br>Date Filed: 01/30/06<br>Docketed Total:   $5,451.99<br>Filing Creditor Name and Address<br> GREINER PERFOAM GMBH GERMANY<br> ROBERT BOSCH STR 13<br> WANGEN  73117<br> GERMANY | Claim Holder Name and Address    Docketed Total      $5,451.99<br>GREINER PERFOAM GMBH GERMANY<br>ROBERT BOSCH STR 13<br>WANGEN  73117<br>GERMANY<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                           $5,451.99<br>                                                   $5,451.99 | Modified Total      $5,367.31<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                           $5,367.31<br>                                                   $5,367.31 |
| Claim: 9219<br>Date Filed: 07/10/06<br>Docketed Total:   $290,762.87<br>Filing Creditor Name and Address<br> GREYSTONE OF LINCOLN INC<br> 7 WELLINGTON RD<br> LINCOLN RI 02865 | Claim Holder Name and Address    Docketed Total      $290,762.87<br>GREYSTONE OF LINCOLN INC<br>7 WELLINGTON RD<br>LINCOLN RI 02865<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                           $290,762.87<br>                                                   $290,762.87 | Modified Total      $287,266.60<br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                           $287,266.60<br>                                                   $287,266.60 |
| Claim: 11258<br>Date Filed: 07/27/06<br>Docketed Total:   $7,745.30<br>Filing Creditor Name and Address<br> HACK PIRO ODAY MERKLINGER<br> WALLACE & MCKENNA PA<br> 30 COLUMBIA TKP<br> FLORHAM PK NJ 07932 | Claim Holder Name and Address    Docketed Total      $7,745.30<br>HACK PIRO ODAY MERKLINGER<br>WALLACE & MCKENNA PA<br>30 COLUMBIA TKP<br>FLORHAM PK NJ 07932<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                           $7,745.30<br>                                                   $7,745.30 | Modified Total      $7,745.30<br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                           $7,745.30<br>                                                   $7,745.30 |
| Claim: 7016<br>Date Filed: 05/30/06<br>Docketed Total:   $54,883.42<br>Filing Creditor Name and Address<br> HARRIS HEALTHTRENDS  EFT CORP<br> 6629 W CENTRAL AVE<br> TOLEDO OH 43617-1401 | Claim Holder Name and Address    Docketed Total      $54,883.42<br>HARRIS HEALTHTRENDS  EFT CORP<br>6629 W CENTRAL AVE<br>TOLEDO OH 43617-1401<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                           $54,883.42<br>                                                   $54,883.42 | Modified Total      $31,710.90<br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                           $31,710.90<br>                                                   $31,710.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:   26 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4771<br>Date Filed:05/04/06<br>Docketed Total:  $167,142.92<br>Filing Creditor Name and Address<br> HELLA ELECTRONICS CORP<br> PO BOX 398<br> FLORA IL 62839 | Claim Holder Name and Address<br>HELLA ELECTRONICS CORP<br>PO BOX 398<br>FLORA IL 62839 | Docketed Total | | $167,142.92 | | Modified Total | | $164,800.58 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$167,142.92<br>$167,142.92 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$164,800.58<br>$164,800.58 |
| Claim: 1338<br>Date Filed:12/27/05<br>Docketed Total:  $6,555.25<br>Filing Creditor Name and Address<br> HELLERMANN TYTON GMBH<br> HELLERMANN TYTON GMBH<br> GROBER MOORWEG 45<br> TORNESCH  D-25436<br> GERMANY | Claim Holder Name and Address<br>HELLERMANN TYTON GMBH<br>HELLERMANN TYTON GMBH<br>GROBER MOORWEG 45<br>TORNESCH  D-25436<br>GERMANY | Docketed Total | | $6,555.25 | | Modified Total | | $6,555.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,555.25<br>$6,555.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,555.25<br>$6,555.25 |
| Claim: 1714<br>Date Filed:01/30/06<br>Docketed Total:  $2,002.09<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307 | Docketed Total | | $2,002.09 | | Modified Total | | $1,011.90 |
| | Case Number*<br>05-44596 | Secured | Priority | Unsecured<br>$2,002.09<br><br>$2,002.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,011.90<br><br>$1,011.90 |
| Claim: 1716<br>Date Filed:01/30/06<br>Docketed Total:  $282,500.00<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307 | Docketed Total | | $282,500.00 | | Modified Total | | $214,500.00 |
| | Case Number*<br>05-44596 | Secured | Priority | Unsecured<br>$282,500.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$214,500.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:   27 of 73

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | $282,500.00 | CLAIM AS MODIFIED | | $214,500.00 |
|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 3827<br>Date Filed:05/01/06<br>Docketed Total:  $31,046.14<br>Filing Creditor Name and Address<br> HENRY COUNTY RURAL ELECTRIC ME<br> HENRY COUNTY REMC<br> 201 N 6TH ST<br> NEW CASTLE IN 47362 | Claim Holder Name and Address<br>HENRY COUNTY RURAL ELECTRIC ME<br>HENRY COUNTY REMC<br>201 N 6TH ST<br>NEW CASTLE IN 47362 | Docketed Total | $31,046.14 | | Modified Total | $30,449.05 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$31,046.14<br>$31,046.14 | **Case Number\***<br>05-44640  **Secured**  **Priority** | **Unsecured**<br>$30,449.05<br>$30,449.05 |
| Claim: 7847<br>Date Filed:06/12/06<br>Docketed Total:  $8,716.81<br>Filing Creditor Name and Address<br> HERITAGE OPERATING LP<br> IKARD & NEWSOM SERVI GAS<br> 13307 MONTANA AVE<br> EL PASO TX 79938 | Claim Holder Name and Address<br>HERITAGE OPERATING LP<br>IKARD & NEWSOM SERVI GAS<br>13307 MONTANA AVE<br>EL PASO TX 79938 | Docketed Total | $8,716.81 | | Modified Total | $8,626.36 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$8,716.81<br>$8,716.81 | **Case Number\***<br>05-44640  **Secured**  **Priority** | **Unsecured**<br>$8,626.36<br>$8,626.36 |
| Claim: 2674<br>Date Filed:04/18/06<br>Docketed Total:  $54,264.82<br>Filing Creditor Name and Address<br> HIGHLAND TRANSPORT<br> 2815 14TH AVE<br> MARKHAM ON L3R 0H9<br> CANADA | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | Docketed Total | $54,264.82 | | Modified Total | $54,264.82 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$54,264.82<br><br>$54,264.82 | **Case Number\***<br>05-44640  **Secured**  **Priority** | **Unsecured**<br>$54,264.82<br><br>$54,264.82 |
| Claim: 7324<br>Date Filed:06/01/06<br>Docketed Total:  $114,828.73<br>Filing Creditor Name and Address<br> HILL & KNOWLTON AUSTRALIA PTY<br> C 12 338 PITT ST SYDNEY<br> N5W 2000<br><br> AUSTRALIA | Claim Holder Name and Address<br>HILL & KNOWLTON AUSTRALIA PTY<br>C 12 338 PITT ST SYDNEY<br>N5W 2000<br><br>AUSTRALIA | Docketed Total | $114,828.73 | | Modified Total | $114,828.73 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$114,828.73<br>$114,828.73 | **Case Number\***<br>05-44640  **Secured**  **Priority** | **Unsecured**<br>$114,828.73<br>$114,828.73 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   28 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1477**
Date Filed: 01/09/06
Docketed Total:   $164,535.00
Filing Creditor Name and Address
 HONEYWELL INTERNATIONAL
  AEROSPACE
 DEB MAINS
 1140 W WARNER RD BLDG 1233 M
 TEMPE AZ 85284

Claim Holder Name and Address     Docketed Total     $164,535.00
HONEYWELL INTERNATIONAL AEROSPACE
DEB MAINS
1140 W WARNER RD BLDG 1233 M
TEMPE AZ 85284

Modified Total     $135,975.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $164,535.00 | 05-44640 | | | $135,975.00 |
| | | | $164,535.00 | | | | $135,975.00 |

**Claim: 1478**
Date Filed: 01/09/06
Docketed Total:   $18,187.00
Filing Creditor Name and Address
 HONEYWELL INTERNATIONAL HPS
 DEB MAINS
 1140 W WARNER RD BLDG 1233-M
 TEMPE AZ 85284

Claim Holder Name and Address     Docketed Total     $18,187.00
HONEYWELL INTERNATIONAL HPS
DEB MAINS
1140 W WARNER RD BLDG 1233-M
TEMPE AZ 85284

Modified Total     $15,763.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $18,187.00 | 05-44640 | | | $15,763.00 |
| | | | $18,187.00 | | | | $15,763.00 |

**Claim: 2170**
Date Filed: 03/02/06
Docketed Total:   $14,595.67
Filing Creditor Name and Address
 HONEYWELL INTERNATIONAL INC
 DEBBIE JACKSON ASSOCIATE
 ACCOUNTING
 ACS CASH SERVICES
 1985 DOUGLAS DR N MN10 2517
 GOLDEN VALLEY MN 55422

Claim Holder Name and Address     Docketed Total     $14,595.67
HONEYWELL INTERNATIONAL INC
DEBBIE JACKSON ASSOCIATE
ACCOUNTING
ACS CASH SERVICES
1985 DOUGLAS DR N MN10 2517
GOLDEN VALLEY MN 55422

Modified Total     $7,137.53

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $14,595.67 | 05-44640 | | | $7,137.53 |
| | | | $14,595.67 | | | | $7,137.53 |

**Claim: 10977**
Date Filed: 07/26/06
Docketed Total:   $9,062.95
Filing Creditor Name and Address
 HOTTINGER BALDWIN MEASUREMENTS
  INC
 19 BARTLETT ST
 MARLBORO MA 01752

Claim Holder Name and Address     Docketed Total     $9,062.95
HOTTINGER BALDWIN MEASUREMENTS INC
19 BARTLETT ST
MARLBORO MA 01752

Modified Total     $9,062.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,062.95 | 05-44640 | | | $9,062.95 |
| | | | $9,062.95 | | | | $9,062.95 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   29 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1435<br>Date Filed:01/04/06<br>Docketed Total: $9,231.25<br>Filing Creditor Name and Address<br> HUNTSVILLE RADIO SERVICE INC<br> 2402 CLINTON AVE W<br> HUNTSVILLE AL 35805 | Claim Holder Name and Address   Docketed Total   $9,231.25<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $9,231.25<br>                                              $9,231.25 | Modified Total   $9,231.25<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $9,231.25<br>                                              $9,231.25 |
| Claim: 643<br>Date Filed:11/17/05<br>Docketed Total: $74,900.00<br>Filing Creditor Name and Address<br> HYATT REGENCY HOTEL SAN<br> ANTONIO<br> ATTN PATRICK GONZALES<br> HYATT REGENCY HOTEL<br> 123 LOSOYA<br> SAN ANTONIO TX 78205 | Claim Holder Name and Address   Docketed Total   $74,900.00<br>HYATT REGENCY HOTEL SAN ANTONIO<br>ATTN PATRICK GONZALES<br>HYATT REGENCY HOTEL<br>123 LOSOYA<br>SAN ANTONIO TX 78205<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $74,900.00<br>                                              $74,900.00 | Modified Total   $74,900.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $74,900.00<br>                                              $74,900.00 |
| Claim: 3383<br>Date Filed:04/28/06<br>Docketed Total: $2,576.96<br>Filing Creditor Name and Address<br> HYDROSCAPES INC<br> 337 W CENTRAL AVE<br> WEST CARROLLTON OH 45449 | Claim Holder Name and Address   Docketed Total   $2,576.96<br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $2,576.96<br>                                              $2,576.96 | Modified Total   $2,576.96<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $2,576.96<br>                                              $2,576.96 |
| Claim: 2427<br>Date Filed:03/27/06<br>Docketed Total: $9,249.00<br>Filing Creditor Name and Address<br> I DONALD PENSON<br> STEVEN LEE SMITH<br> SHUMAKER LOOP & KENDRICK LLP<br> 41 S HIGHT ST STE 2400<br> COLUMBUS OH 43215 | Claim Holder Name and Address   Docketed Total   $9,249.00<br>I DONALD PENSON<br>STEVEN LEE SMITH<br>SHUMAKER LOOP & KENDRICK LLP<br>41 S HIGHT ST STE 2400<br>COLUMBUS OH 43215<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $9,249.00<br>                                              $9,249.00 | Modified Total   $9,249.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $9,249.00<br>                                              $9,249.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  30 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1177<br>Date Filed:12/15/05<br>Docketed Total:  $6,764.69<br>Filing Creditor Name and Address<br>  IBEROFON PLASTICOS SL<br>  POL IND MIRALCAMPO C ALUMINIO<br>  4<br>  19200 AZUQUECA DE HENARES<br>  GUADALAJARA<br>  SPAIN | Claim Holder Name and Address<br>IBEROFON PLASTICOS SL<br>POL IND MIRALCAMPO C ALUMINIO<br>4<br>19200 AZUQUECA DE HENARES<br>GUADALAJARA<br>SPAIN | Docketed Total | | $6,764.69 | | Modified Total | | $6,707.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,764.69<br>$6,764.69 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,707.96<br>$6,707.96 |
| Claim: 9995<br>Date Filed:07/20/06<br>Docketed Total:   $57,149.69<br>Filing Creditor Name and Address<br>  IBJTC BUSINESS CREDIT<br>  CORPORATION AS SUCCESSOR IN<br>  INTEREST TO IBJ WHITEHALL<br>  BUSINESS CREDIT CORPORATION<br>  RONALD S BEACHER & CONRAD K<br>  CHIU<br>  DAY PITNEY LLP<br>  7 TIMES SQUARE<br>  NEW YORK NY 10036 | Claim Holder Name and Address<br>IBJTC BUSINESS CREDIT CORPORATION<br>AS SUCCESSOR IN INTEREST TO IBJ<br>WHITEHALL BUSINESS CREDIT<br>CORPORATION<br>RONALD S BEACHER & CONRAD K<br>CHIU<br>DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036 | Docketed Total | | $57,149.69 | | Modified Total | | $44,643.53 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$57,149.69<br>$57,149.69 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$44,643.53<br>$44,643.53 |
| Claim: 1932<br>Date Filed:02/09/06<br>Docketed Total:   $43,975.27<br>Filing Creditor Name and Address<br>  ICOM1 INTEGRATED SYSTEMS<br>  PO BOX 8028<br>  22975 VENTURE DR<br>  NOVI MI 48376 | Claim Holder Name and Address<br>ICOM1 INTEGRATED SYSTEMS<br>PO BOX 8028<br>22975 VENTURE DR<br>NOVI MI 48376 | Docketed Total | | $43,975.27 | | Modified Total | | $43,975.27 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$43,975.27<br>$43,975.27 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$43,975.27<br>$43,975.27 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:   31 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1563<br>Date Filed: 01/17/06<br>Docketed Total: $58,575.00<br>Filing Creditor Name and Address<br>  IET LABS INC<br>  534 MAIN ST<br>  WESTBURY NY 11590 | Claim Holder Name and Address<br>IET LABS INC<br>534 MAIN ST<br>WESTBURY NY 11590 | Docketed Total | | $58,575.00 | | Modified Total | | $1,665.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $58,575.00<br>$58,575.00 | 05-44640 | | | $1,665.00<br>$1,665.00 |
| Claim: 9648<br>Date Filed: 07/12/06<br>Docketed Total: $225,089.20<br>Filing Creditor Name and Address<br>  INDIANA UNIVERSITY<br>  ATTN MICHAEL A KLEIN ESQ<br>  OFFICE OF UNIVERSITY COUNSEL<br>  107 SOUTH INDIANA DR RM 211<br>  BLOOMINGTON IN 47405-7000 | Claim Holder Name and Address<br>INDIANA UNIVERSITY<br>ATTN MICHAEL A KLEIN ESQ<br>OFFICE OF UNIVERSITY COUNSEL<br>107 SOUTH INDIANA DR RM 211<br>BLOOMINGTON IN 47405-7000 | Docketed Total | | $225,089.20 | | Modified Total | | $128,109.96 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $225,089.20<br>$225,089.20 | 05-44640 | | | $128,109.96<br>$128,109.96 |
| Claim: 913<br>Date Filed: 11/28/05<br>Docketed Total: $32,863.89<br>Filing Creditor Name and Address<br>  INDIANAPOLIS POWER & LIGHT<br>  COMPANY<br>  LACHELLE D STEPP<br>  8470 ALLISON POINT BLVD STE<br>  100<br>  INDIANPOLIS IN 46250 | Claim Holder Name and Address<br>INDIANAPOLIS POWER & LIGHT COMPANY<br>LACHELLE D STEPP<br>8470 ALLISON POINT BLVD STE<br>100<br>INDIANPOLIS IN 46250 | Docketed Total | | $32,863.89 | | Modified Total | | $32,844.76 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $32,863.89<br><br>$32,863.89 | 05-44640 | | | $32,844.76<br><br>$32,844.76 |
| Claim: 4705<br>Date Filed: 05/04/06<br>Docketed Total: $10,728.12<br>Filing Creditor Name and Address<br>  INDUSTRIAL CONTROL DISTRIBUTOR<br>  1776 BLOOMSBURY AVE<br>  WANAMASSA NJ 07712 | Claim Holder Name and Address<br>INDUSTRIAL CONTROL DISTRIBUTOR<br>1776 BLOOMSBURY AVE<br>WANAMASSA NJ 07712 | Docketed Total | | $10,728.12 | | Modified Total | | $10,728.12 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $10,728.12<br>$10,728.12 | 05-44640 | | | $10,728.12<br>$10,728.12 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  32 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| **Claim: 3144**<br>Date Filed: 04/28/06<br>Docketed Total:   $3,124.57<br>Filing Creditor Name and Address<br> INFRAMAT CORPORATION<br> 74 BATTERSON PK RD<br> FARMINGTON CT 06032 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | Docketed Total | $3,124.57 | | Modified Total | | $3,124.57 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,124.57<br>$3,124.57 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,124.57<br>$3,124.57 |
| **Claim: 410**<br>Date Filed: 11/07/05<br>Docketed Total:   $1,417.80<br>Filing Creditor Name and Address<br> INTEGRIS METALS FLINT<br> 455 85TH AVE NW<br> COON RAPIDS MN 55433 | Claim Holder Name and Address<br>INTEGRIS METALS FLINT<br>455 85TH AVE NW<br>COON RAPIDS MN 55433 | Docketed Total | $1,417.80 | | Modified Total | | $81.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,417.80<br>$1,417.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$81.60<br>$81.60 |
| **Claim: 199**<br>Date Filed: 10/28/05<br>Docketed Total:   $16,633.18<br>Filing Creditor Name and Address<br> INTEGRIS METALS GRAND RAPIDS<br> INTEGRIS METALS<br> 455 85TH AVE NW<br> COON RAPIDS MN 55433 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | $16,633.18 | | Modified Total | | $16,419.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,633.18<br>$16,633.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,419.30<br>$16,419.30 |
| **Claim: 1138**<br>Date Filed: 12/13/05<br>Docketed Total:   $14,399.28<br>Filing Creditor Name and Address<br> INTERNAL HONING ABRASIVES INC<br> JOHN HOEKSTRA<br> 3011 HILLCROFT AVE SW<br> GRAND RAPIDS MI 49548 | Claim Holder Name and Address<br>INTERNAL HONING ABRASIVES INC<br>JOHN HOEKSTRA<br>3011 HILLCROFT AVE SW<br>GRAND RAPIDS MI 49548 | Docketed Total | $14,399.28 | | Modified Total | | $14,399.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,399.28<br>$14,399.28 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,399.28<br>$14,399.28 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on June 19, 2007.                                    Page:   33 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 646<br>Date Filed:11/17/05<br>Docketed Total:  $33,597.65<br>Filing Creditor Name and Address<br> IRON MOUNTAIN INFORMATION<br>  MANAGEMENT INC<br> R FREDERICK LINFESTY ESQ<br> IRON MOUNTAIN INC<br> 745 ATLANTIC AVE 10TH FL<br> BOSTON MA 02111 | Claim Holder Name and Address<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT INC<br>R FREDERICK LINFESTY ESQ<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON MA 02111 | Docketed Total | | $33,597.65 | | Modified Total | | $15,868.06 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | $33,597.65 | | | 05-44640 | | | $15,868.06 |
| | | $33,597.65 | | | | | | $15,868.06 |
| Claim: 28<br>Date Filed:10/17/05<br>Docketed Total:  $22,624.17<br>Filing Creditor Name and Address<br> ISSPRO INC<br> PO BOX 11177<br> PORTLAND OR 97211 | Claim Holder Name and Address<br>ISSPRO INC<br>PO BOX 11177<br>PORTLAND OR 97211 | Docketed Total | | $22,624.17 | | Modified Total | | $6,165.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $22,624.17 | 05-44640 | | | $6,165.00 |
| | | | | $22,624.17 | | | | $6,165.00 |
| Claim: 3916<br>Date Filed:05/01/06<br>Docketed Total:  $48,511.07<br>Filing Creditor Name and Address<br> ITT CANNON SANTA ANA<br> ITT INDUSTRIES SHARED SERVICES<br> 2881 EAST BAYARD STREET<br> SENECA FALLS NY 13148 | Claim Holder Name and Address<br>ITT CANNON SANTA ANA<br>ITT INDUSTRIES SHARED SERVICES<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | Docketed Total | | $48,511.07 | | Modified Total | | $20,869.49 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $48,511.07 | 05-44640 | | | $20,869.49 |
| | | | | $48,511.07 | | | | $20,869.49 |
| Claim: 1608<br>Date Filed:01/17/06<br>Docketed Total:  $7,770.48<br>Filing Creditor Name and Address<br> ITT MMI<br> ITT INDUSTRIES SHARED SERVICES<br> 2881 EAST BAYARD STREET<br> SENECA FALLS NY 13148 | Claim Holder Name and Address<br>ITT MMI<br>ITT INDUSTRIES SHARED SERVICES<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | Docketed Total | | $7,770.48 | | Modified Total | | $7,319.84 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $7,770.48 | 05-44507 | | | $7,319.84 |
| | | | | $7,770.48 | | | | $7,319.84 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2008<br>Date Filed:02/14/06<br>Docketed Total:   $7,968.03<br>Filing Creditor Name and Address<br> J H BENNETT AND CO INC<br> PO BOX 8028<br> 22975 VENTURE DR<br> NOVI MI 48376 | Claim Holder Name and Address<br>J H BENNETT AND CO INC<br>PO BOX 8028<br>22975 VENTURE DR<br>NOVI MI 48376 | Docketed Total | | $7,968.03 | | Modified Total | | $7,968.03 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,968.03<br>$7,968.03 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,968.03<br>$7,968.03 |
| Claim: 1314<br>Date Filed:12/27/05<br>Docketed Total:  $9,894.39<br>Filing Creditor Name and Address<br> JAMISON METAL SUPPLY INC<br> KAREN JAMISON<br> PO BOX 70<br> DAYTON OH 45449 | Claim Holder Name and Address<br>JAMISON METAL SUPPLY INC<br>KAREN JAMISON<br>PO BOX 70<br>DAYTON OH 45449 | Docketed Total | | $9,894.39 | | Modified Total | | $9,894.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,894.39<br>$9,894.39 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,894.39<br>$9,894.39 |
| Claim: 4578<br>Date Filed:05/03/06<br>Docketed Total:  $36,003.34<br>Filing Creditor Name and Address<br> JCM AMERICAN CORPORATION<br> DANTE OLGADO<br> 925 PILOT RD<br> LAS VEGAS NV 89119 | Claim Holder Name and Address<br>JCM AMERICAN CORPORATION<br>DANTE OLGADO<br>925 PILOT RD<br>LAS VEGAS NV 89119 | Docketed Total | | $36,003.34 | | Modified Total | | $29,237.89 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$36,003.34<br>$36,003.34 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$29,237.89<br>$29,237.89 |
| Claim: 4261<br>Date Filed:05/01/06<br>Docketed Total:   $13,152.00<br>Filing Creditor Name and Address<br> JODON ENGINEERING ASSOCIATES I<br> 62 ENTERPRISE DR<br> ANN ARBOR MI 48103-9503 | Claim Holder Name and Address<br>JODON ENGINEERING ASSOCIATES I<br>62 ENTERPRISE DR<br>ANN ARBOR MI 48103-9503 | Docketed Total | | $13,152.00 | | Modified Total | | $13,152.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$13,152.00<br>$13,152.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,152.00<br>$13,152.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                  Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13476<br>Date Filed:07/31/06<br>Docketed Total:   $7,356.00<br>Filing Creditor Name and Address<br> JOHANN A KRAUSE<br> 305 W DELAVAN DR<br> PO BOX 1367<br> JANESVILLE WI 53547-1367 | Claim Holder Name and Address   Docketed Total   $7,356.00<br>JOHANN A KRAUSE<br>305 W DELAVAN DR<br>PO BOX 1367<br>JANESVILLE WI 53547-1367<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                        $7,356.00<br>                                                $7,356.00 | Modified Total   $7,356.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                        $7,356.00<br>                                                $7,356.00 |
| Claim: 15522<br>Date Filed:07/31/06<br>Docketed Total:   $12,887.20<br>Filing Creditor Name and Address<br> JOHNSON CONTROLS INC<br> STEPHEN BOBO<br> SACHNOFF & WEAVER LTD<br> 10 S WACKER DR STE 4000<br> CHICAGO IL 60606 | Claim Holder Name and Address   Docketed Total   $12,887.20<br>JOHNSON CONTROLS INC<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $12,887.20<br>           $12,887.20 | Modified Total   $12,887.20<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                        $12,887.20<br>                                                $12,887.20 |
| Claim: 1036<br>Date Filed:12/06/05<br>Docketed Total:   $14,109.48<br>Filing Creditor Name and Address<br> JOINT PRODUCTION TECHNOLOGY<br> INC<br> 15381 HALLMARK<br> MACOMB MI 48042 | Claim Holder Name and Address   Docketed Total   $14,109.48<br>JOINT PRODUCTION TECHNOLOGY INC<br>15381 HALLMARK<br>MACOMB MI 48042<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                        $14,109.48<br><br>                                                $14,109.48 | Modified Total   $14,109.48<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                        $14,109.48<br><br>                                                $14,109.48 |
| Claim: 11588<br>Date Filed:07/27/06<br>Docketed Total:   $43,628.24<br>Filing Creditor Name and Address<br> K C WELDING SUPPLY INC<br> 1309 MAIN ST<br> ESSEXVILLE MI 48732 | Claim Holder Name and Address   Docketed Total   $43,628.24<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                        $43,628.24<br>                                                $43,628.24 | Modified Total   $43,209.45<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                        $43,209.45<br>                                                $43,209.45 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   36 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1304<br>Date Filed:12/27/05<br>Docketed Total:  $11,007.20<br>Filing Creditor Name and Address<br> KAPOS MACHINE CONTROL CO<br> ATTN EDWARD KAPANOWSKI<br> 41675 POCATELLO DR<br> CANTON MI 48187 | Claim Holder Name and Address<br>KAPOS MACHINE CONTROL CO<br>ATTN EDWARD KAPANOWSKI<br>41675 POCATELLO DR<br>CANTON MI 48187 | Docketed Total | | $11,007.20 | Modified Total | | | $11,007.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,007.20<br>$11,007.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,007.20<br>$11,007.20 |
| Claim: 255<br>Date Filed:10/31/05<br>Docketed Total:  $10,721.27<br>Filing Creditor Name and Address<br> KC TRANSPORTATION INC<br> 888 WILL CARLETON RD<br> CARLETON MI 48117 | Claim Holder Name and Address<br>KC TRANSPORTATION INC<br>888 WILL CARLETON RD<br>CARLETON MI 48117 | Docketed Total | | $10,721.27 | Modified Total | | | $10,711.57 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,721.27<br>$10,721.27 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,711.57<br>$10,711.57 |
| Claim: 13582<br>Date Filed:07/31/06<br>Docketed Total:   $53,412.66<br>Filing Creditor Name and Address<br> KINCSES TOOL & MOLDING CORP<br> CHARLES WARRINER COMPTROLLER<br> PO BOX 69<br> FLORA MS 39071 | Claim Holder Name and Address<br>KINCSES TOOL & MOLDING CORP<br>CHARLES WARRINER COMPTROLLER<br>PO BOX 69<br>FLORA MS 39071 | Docketed Total | | $53,412.66 | Modified Total | | | $53,412.66 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$53,412.66<br>$53,412.66 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$53,412.66<br>$53,412.66 |
| Claim: 2110<br>Date Filed:02/23/06<br>Docketed Total:   $21,794.34<br>Filing Creditor Name and Address<br> KONE INC<br> BRIAN STELL<br> ONE KONE CT<br> MOLINE IL 61265 | Claim Holder Name and Address<br>KONE INC<br>BRIAN STELL<br>ONE KONE CT<br>MOLINE IL 61265 | Docketed Total | | $21,794.34 | Modified Total | | | $17,197.35 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$21,794.34<br>$21,794.34 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$17,197.35<br>$17,197.35 | Unsecured |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11617**
Date Filed: 07/27/06
Docketed Total:  $527,220.39
Filing Creditor Name and Address
 L & S TOOL INC
 JEANNE SIMMONS
 PO BOX 932
 KOKOMO IN 46903-0932

Claim Holder Name and Address     Docketed Total     $527,220.39
L & S TOOL INC
JEANNE SIMMONS
PO BOX 932
KOKOMO IN 46903-0932

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $201,080.63 | $0.00 | $326,139.76 |
| | $201,080.63 | | $326,139.76 |

Modified Total     $527,220.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $527,220.33 |
| | | | $527,220.33 |

---

**Claim: 8677**
Date Filed: 06/27/06
Docketed Total:  $72,060.81
Filing Creditor Name and Address
 L&P FINANCIAL SERVICES CO
 ATTN RICK KATZFEY
 NO 1 LEGGETT RD
 CARTHAGE MO 64836

Claim Holder Name and Address     Docketed Total     $72,060.81
L&P FINANCIAL SERVICES CO
ATTN RICK KATZFEY
NO 1 LEGGETT RD
CARTHAGE MO 64836

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $72,060.81 |
| | | | $72,060.81 |

Modified Total     $52,749.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $52,749.13 |
| | | | $52,749.13 |

---

**Claim: 6047**
Date Filed: 05/16/06
Docketed Total:  $5,708.67
Filing Creditor Name and Address
 LANE PUNCH CORP
 ATTN LINDA WHITE A R CREDIT
 281 LANE PKWY
 SALISBURY NC 28146

Claim Holder Name and Address     Docketed Total     $5,708.67
MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,708.67 |
| | | | $5,708.67 |

Modified Total     $5,708.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,708.67 |
| | | | $5,708.67 |

---

**Claim: 10827**
Date Filed: 07/25/06
Docketed Total:  $7,390.00
Filing Creditor Name and Address
 LATTICE SEMICONDUCTOR CORP
 ATTN MIKE WALSH
 5555 NE MOORE CT
 HILLSBORO OR 97124

Claim Holder Name and Address     Docketed Total     $7,390.00
LATTICE SEMICONDUCTOR CORP
ATTN MIKE WALSH
5555 NE MOORE CT
HILLSBORO OR 97124

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,390.00 |
| | | | $7,390.00 |

Modified Total     $4,390.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,390.00 |
| | | | $4,390.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                  Page:   38 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2019<br>Date Filed: 02/14/06<br>Docketed Total:   $18,278.00<br>Filing Creditor Name and Address<br>  LDMI<br>  ANN ARBOR CREDIT BUREAU<br>  311 N MAIN ST<br>  BOX 7820<br>  ANN ARBOR MI 48107 | Claim Holder Name and Address   Docketed Total   $18,278.00<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $18,278.00<br>                                              $18,278.00 | Modified Total   $18,278.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $18,278.00<br>                                              $18,278.00 |
| Claim: 491<br>Date Filed: 11/10/05<br>Docketed Total:   $385.90<br>Filing Creditor Name and Address<br>  LEE SPRING CO<br>  1462 62ND ST<br>  BROOKLYN NY 11219-5477 | Claim Holder Name and Address   Docketed Total   $385.90<br>LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN NY 11219-5477<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $385.90<br>                                              $385.90 | Modified Total   $385.90<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $385.90<br>                                              $385.90 |
| Claim: 2386<br>Date Filed: 03/24/06<br>Docketed Total:   $314.71<br>Filing Creditor Name and Address<br>  LEE SPRING CO<br>  1462 62ND ST<br>  BROOKLYN NY 11219-5477 | Claim Holder Name and Address   Docketed Total   $314.71<br>LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN NY 11219-5477<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $314.71<br>                                              $314.71 | Modified Total   $314.71<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $314.71<br>                                              $314.71 |
| Claim: 15483<br>Date Filed: 07/31/06<br>Docketed Total:   $66,952.29<br>Filing Creditor Name and Address<br>  LIQUIDITY SOLUTIONS INC DBA<br>  REVENUE MANAGEMENT AS ASSIGNEE<br>  OF DIGIKEY<br>  JEFFREY L CARESS<br>  ONE UNIVERSITY PLZ STE 312<br>  HACKENSACK NJ 07601 | Claim Holder Name and Address   Docketed Total   $66,952.29<br>LIQUIDITY SOLUTIONS INC DBA REVENUE<br>MANAGEMENT AS ASSIGNEE OF DIGIKEY<br>JEFFREY L CARESS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                                      $66,952.29<br>                                              $66,952.29 | Modified Total   $64,639.19<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                                      $64,639.19<br>                                              $64,639.19 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  39 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Claim: 15455**<br>Date Filed:07/31/06<br>Docketed Total:  $79,564.47<br>Filing Creditor Name and Address<br> LIQUIDITY SOLUTIONS INC DBA<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF ELEKTRISOLA INC<br> JEFFREY L CARESS<br> ONE UNIVERSITY PLAZA STE 312<br> HACKENSACK NJ 7601 | Claim Holder Name and Address   Docketed Total   $79,564.47<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total   $54,165.90 | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $79,564.47 | 05-44640 | | | $54,165.90 |
| | | | $79,564.47 | | | | $54,165.90 |

| | | | | |
|---|---|---|---|---|
| **Claim: 10713**<br>Date Filed:07/25/06<br>Docketed Total:  $49,220.00<br>Filing Creditor Name and Address<br> LOGIKOS SYSTEMS & SOFTWARE<br> 2914 INDEPENDENCE DR<br> FORT WAYNE IN 46808 | Claim Holder Name and Address   Docketed Total   $49,220.00<br>LOGIKOS SYSTEMS & SOFTWARE<br>2914 INDEPENDENCE DR<br>FORT WAYNE IN 46808 | Modified Total   $49,220.00 | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $49,220.00 | 05-44640 | | | $49,220.00 |
| | | | $49,220.00 | | | | $49,220.00 |

| | | | | |
|---|---|---|---|---|
| **Claim: 9463**<br>Date Filed:07/13/06<br>Docketed Total:  $108,415.00<br>Filing Creditor Name and Address<br> LYDALL THERMAL ACOUSTICAL<br> SALES LLC FKA LYDALL WESTEX<br> 1241 BUCK SHOALS RD<br> PO BOX 109<br> HAMPTONVILLE NC 27020 | Claim Holder Name and Address   Docketed Total   $108,415.00<br>LYDALL THERMAL ACOUSTICAL SALES LLC<br>FKA LYDALL WESTEX<br>1241 BUCK SHOALS RD<br>PO BOX 109<br>HAMPTONVILLE NC 27020 | Modified Total   $13,850.00 | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $108,415.00 | 05-44640 | | | $13,850.00 |
| | | | $108,415.00 | | | | $13,850.00 |

| | | | | |
|---|---|---|---|---|
| **Claim: 11599**<br>Date Filed:07/27/06<br>Docketed Total:  $432,705.04<br>Filing Creditor Name and Address<br> MAC ARTHUR CORPORATION<br> THOMAS F BARRETT<br> 3190 TRI PARK DR<br> GRAND BLANC MI 48439-0010 | Claim Holder Name and Address   Docketed Total   $432,705.04<br>MAC ARTHUR CORPORATION<br>THOMAS F BARRETT<br>3190 TRI PARK DR<br>GRAND BLANC MI 48439-0010 | Modified Total   $406,480.82 | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $432,705.04 | 05-44640 | | | $406,480.82 |
| | | | $432,705.04 | | | | $406,480.82 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   40 of 73

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14882<br>Date Filed:07/31/06<br>Docketed Total:  $12,576.40<br>Filing Creditor Name and Address<br>  MAC EQUIPMENT INC<br>  HWY 75<br>  SABETHA KS 66534 | Claim Holder Name and Address<br>MAC EQUIPMENT INC<br>HWY 75<br>SABETHA KS 66534 | Docketed Total | | $12,576.40 | | Modified Total | | $12,576.40 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $12,576.40<br>$12,576.40 | 05-44640 | | | $12,576.40<br>$12,576.40 |
| Claim: 5115<br>Date Filed:05/08/06<br>Docketed Total:   $210,634.01<br>Filing Creditor Name and Address<br>  MACHINED PRODUCTS CO<br>  2121 LANDMEIER RD<br>  ELK GROVE VILLAGE IL 60007 | Claim Holder Name and Address<br>MACHINED PRODUCTS CO<br>2121 LANDMEIER RD<br>ELK GROVE VILLAGE IL 60007 | Docketed Total | | $210,634.01 | | Modified Total | | $164,214.16 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $210,634.01<br>$210,634.01 | 05-44640 | | | $164,214.16<br>$164,214.16 |
| Claim: 43<br>Date Filed:10/17/05<br>Docketed Total:   $12,410.13<br>Filing Creditor Name and Address<br>  MAERSK SEALAND INC<br>  ROSE AUSTIN<br>  6000 CARNEGIE BLVD<br>  CHARLOTTE NC 28209 | Claim Holder Name and Address<br>MAERSK SEALAND INC<br>ROSE AUSTIN<br>6000 CARNEGIE BLVD<br>CHARLOTTE NC 28209 | Docketed Total | | $12,410.13 | | Modified Total | | $12,410.13 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $12,410.13<br>$12,410.13 | 05-44640 | | | $12,410.13<br>$12,410.13 |
| Claim: 4172<br>Date Filed:05/01/06<br>Docketed Total:   $11,943.90<br>Filing Creditor Name and Address<br>  MAGIC METALS INC<br>  GARRY GRIGGS<br>  3401 BAY ST<br>  UNION GAP WA 98903 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $11,943.90 | | Modified Total | | $11,943.90 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $11,943.90<br><br>$11,943.90 | 05-44507 | | | $11,943.90<br><br>$11,943.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2011<br>Date Filed: 02/14/06<br>Docketed Total:   $30,297.48<br>Filing Creditor Name and Address<br>  MAHR FEDERAL INC<br>  1144 EDDY ST<br>  PROVIDENCE RI 02905 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $30,297.48 | | Modified Total | | $30,297.48 |
| | **Case Number\*** | Secured | Priority | Unsecured | Case Number\* | Secured | Priority | Unsecured |
| | 05-44481 | | | $30,297.48 | 05-44640 | | | $30,297.48 |
| | | | | $30,297.48 | | | | $30,297.48 |
| Claim: 4387<br>Date Filed: 05/02/06<br>Docketed Total:   $15,885.07<br>Filing Creditor Name and Address<br>  MARKETING INNOVATORS INTL<br>  MARKETING INNOVATORS INTL INC<br>  9701 W HIGGINS RD<br>  UPD 12702 PH<br>  ROSEMONT IL 60018-4778 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $15,885.07 | | Modified Total | | $2,171.67 |
| | **Case Number\*** | Secured | Priority | Unsecured | Case Number\* | Secured | Priority | Unsecured |
| | 05-44640 | | | $15,885.07 | 05-44640 | | | $2,171.67 |
| | | | | $15,885.07 | | | | $2,171.67 |
| Claim: 12161<br>Date Filed: 07/28/06<br>Docketed Total:   $875,135.40<br>Filing Creditor Name and Address<br>  MARQUARDT GMBH<br>  SCHLOSS STR 16<br>  RIETHEIM WEIHEIM 78604<br>  GERMANY | Claim Holder Name and Address<br>MARQUARDT GMBH<br>SCHLOSS STR 16<br>RIETHEIM WEIHEIM 78604<br>GERMANY | Docketed Total | | $875,135.40 | | Modified Total | | $794,954.68 |
| | **Case Number\*** | Secured | Priority | Unsecured | Case Number\* | Secured | Priority | Unsecured |
| | 05-44640 | | | $875,135.40 | 05-44640 | | | $794,954.68 |
| | | | | $875,135.40 | | | | $794,954.68 |
| Claim: 1166<br>Date Filed: 11/18/05<br>Docketed Total:   $41,452.62<br>Filing Creditor Name and Address<br>  MASTERPIECE ENGINEERING INC<br>  3001 TECUMSEH WAY<br>  CORINTH MS 38834 | Claim Holder Name and Address<br>MASTERPIECE ENGINEERING INC<br>3001 TECUMSEH WAY<br>CORINTH MS 38834 | Docketed Total | | $41,452.62 | | Modified Total | | $41,452.62 |
| | **Case Number\*** | Secured | Priority | Unsecured | Case Number\* | Secured | Priority | Unsecured |
| | 05-44481 | | | $41,452.62 | 05-44640 | | | $41,452.62 |
| | | | | $41,452.62 | | | | $41,452.62 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8876**
Date Filed: 06/30/06
Docketed Total:   $9,787.98
Filing Creditor Name and Address
  MCMASTER CARR SUPPLY CO
    PO BOX 4355
    CHICAGO IL 60680

| Claim Holder Name and Address | Docketed Total | $9,787.98 |
|---|---|---|
| MCMASTER CARR SUPPLY CO | | |
| PO BOX 4355 | | |
| CHICAGO IL 60680 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,787.98 |
| | | | $9,787.98 |

| Modified Total | $9,680.61 |
|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $8,860.82 |
| 05-44511 | | | $119.84 |
| 05-44567 | | | $699.95 |
| | | | $9,680.61 |

---

**Claim: 901**
Date Filed: 11/28/05
Docketed Total:   $5,995.00
Filing Creditor Name and Address
  MECCO PARTNERS LLC
    PO BOX 307
    INGOMAR PA 15127

| Claim Holder Name and Address | Docketed Total | $5,995.00 |
|---|---|---|
| MECCO PARTNERS LLC | | |
| PO BOX 307 | | |
| INGOMAR PA 15127 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,995.00 |
| | | | $5,995.00 |

| Modified Total | $5,995.00 |
|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,995.00 |
| | | | $5,995.00 |

---

**Claim: 9623**
Date Filed: 07/17/06
Docketed Total:   $16,935.05
Filing Creditor Name and Address
  MESA LABORATORIES INC
    DATATRACE
    12100 W 6TH AVE
    LAKEWOOD CO 80228

| Claim Holder Name and Address | Docketed Total | $16,935.05 |
|---|---|---|
| MESA LABORATORIES INC | | |
| DATATRACE | | |
| 12100 W 6TH AVE | | |
| LAKEWOOD CO 80228 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,935.05 |
| | | | $16,935.05 |

| Modified Total | $13,357.05 |
|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,357.05 |
| | | | $13,357.05 |

---

**Claim: 11611**
Date Filed: 07/27/06
Docketed Total:   $79,771.29
Filing Creditor Name and Address
  METI
    6000 FRUITVILLE RD
    SARASOTA FL 34232

| Claim Holder Name and Address | Docketed Total | $79,771.29 |
|---|---|---|
| METI | | |
| 6000 FRUITVILLE RD | | |
| SARASOTA FL 34232 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $79,771.29 |
| | | | $79,771.29 |

| Modified Total | $67,982.04 |
|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $67,982.04 |
| | | | $67,982.04 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   43 of 73

In re: Delphi Corporation, et al.                                        Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12244<br>Date Filed:07/28/06<br>Docketed Total:  $3,512.31<br>Filing Creditor Name and Address<br> MID STATES RUBBER PRODUCTS INC<br> NTE 0008090953218<br> 1230 S RACE ST<br> PO BOX 370<br> PRINCETON IN 47670 | Claim Holder Name and Address    Docketed Total    $3,512.31<br>MID STATES RUBBER PRODUCTS INC<br>NTE 0008090953218<br>1230 S RACE ST<br>PO BOX 370<br>PRINCETON IN 47670<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $3,512.31                        $3,512.31 | Modified Total    $3,124.61<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $3,124.61<br>                                                $3,124.61 |
| Claim: 12245<br>Date Filed:07/28/06<br>Docketed Total:   $4,686.03<br>Filing Creditor Name and Address<br> MID STATES RUBBER PRODUCTS INC<br> PO BOX 370<br> PRINCETON IN 47670 | Claim Holder Name and Address    Docketed Total    $4,686.03<br>MID STATES RUBBER PRODUCTS INC<br>PO BOX 370<br>PRINCETON IN 47670<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $4,686.03                        $4,686.03 | Modified Total    $3,387.73<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $3,387.73<br>                                                $3,387.73 |
| Claim: 2664<br>Date Filed:04/17/06<br>Docketed Total:   $746.81<br>Filing Creditor Name and Address<br> MJM INVESTIGATIONS INC<br> 910 PAVERSTONE DR<br> RALEIGH NC 27525 | Claim Holder Name and Address    Docketed Total    $746.81<br>MJM INVESTIGATIONS INC<br>910 PAVERSTONE DR<br>RALEIGH NC 27525<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $746.81<br>                                                $746.81 | Modified Total    $359.81<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $359.81<br>                                                $359.81 |
| Claim: 2352<br>Date Filed:03/22/06<br>Docketed Total:   $132,868.28<br>Filing Creditor Name and Address<br> MONROE INC<br> C O ROBERT D WOLFORD<br> MILLER JOHNSON<br> PO BOX 306<br> GRAND RAPIDS MI 49501-0306 | Claim Holder Name and Address    Docketed Total    $69,706.90<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $69,706.90<br><br>                                                $69,706.90 | Modified Total    $69,706.90<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $69,706.90<br><br>                                                $69,706.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  44 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2352 (Continued) | Claim Holder Name and Address<br>MONROE INC<br>C O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306 | Docketed Total | | $63,161.38 | | Modified Total | | $75.53 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$63,161.38<br>$63,161.38 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$75.53<br>$75.53 |
| Claim: 6556<br>Date Filed:05/22/06<br>Docketed Total:   $5,700.39<br>Filing Creditor Name and Address<br> MOORE WALLACE NORTH AMERICA<br> 3075 HIGHLAND PKWY<br> DOWNERS GROVE IL 60515 | Claim Holder Name and Address<br>MOORE WALLACE NORTH AMERICA<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE IL 60515 | Docketed Total | | $5,700.39 | | Modified Total | | $2,755.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,700.39<br>$5,700.39 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,755.00<br>$2,755.00 |
| Claim: 3289<br>Date Filed:04/28/06<br>Docketed Total:   $185.04<br>Filing Creditor Name and Address<br> MORRISON INDUSTRIAL EQUIPMENT<br> COMPANY<br> COMPANY<br> PO BOX 1803<br> 1825 MONROE NW<br> GRAND RAPIDS MI 49501 | Claim Holder Name and Address<br>MORRISON INDUSTRIAL EQUIPMENT<br>COMPANY<br>PO BOX 1803<br>1825 MONROE NW<br>GRAND RAPIDS MI 49501 | Docketed Total | | $185.04 | | Modified Total | | $185.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$185.04<br>$185.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$185.04<br>$185.04 |
| Claim: 9154<br>Date Filed:07/10/06<br>Docketed Total:   $113,663.00<br>Filing Creditor Name and Address<br> NAMICS TECHNOLOGIES INC<br> 5201 GREAT AMERICA PKWY STE<br> 272<br> SANTA CLARA CA 95054 | Claim Holder Name and Address<br>NAMICS TECHNOLOGIES INC<br>5201 GREAT AMERICA PKWY STE<br>272<br>SANTA CLARA CA 95054 | Docketed Total | | $113,663.00 | | Modified Total | | $28,403.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$113,663.00<br>$113,663.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$28,403.00<br>$28,403.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                           Page:  45 of 73

In re: Delphi Corporation, et al.                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 4892**
Date Filed: 05/05/06
Docketed Total:  $50,524.45
Filing Creditor Name and Address
 NARRICOT INDUSTRIES INC
 TUFF TEMP CORP
 928 JAYMOR RD STE C150
 SOUTHAMPTON  18966

Claim Holder Name and Address — NARRICOT INDUSTRIES INC / TUFF TEMP CORP / 928 JAYMOR RD STE C150 / SOUTHAMPTON  18966 — Docketed Total  $50,524.45

Modified Total  $37,826.70

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $50,524.45 | 05-44640 | | | $37,826.70 |
| | | | $50,524.45 | | | | $37,826.70 |

**Claim: 10400**
Date Filed: 07/24/06
Docketed Total:  $237,792.65
Filing Creditor Name and Address
 NATIONAL INSTRUMENTS CORP
 ORDER TEAM
 11500 NORTH MOPAC EXPRESSWAY
 AUSTIN TX 78759

Claim Holder Name and Address — NATIONAL INSTRUMENTS CORP / ORDER TEAM / 11500 NORTH MOPAC EXPRESSWAY / AUSTIN TX 78759 — Docketed Total  $237,792.65

Modified Total  $229,990.58

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $237,792.65 | 05-44640 | | | $229,990.58 |
| | | | $237,792.65 | | | | $229,990.58 |

**Claim: 4579**
Date Filed: 05/03/06
Docketed Total:  $127,107.21
Filing Creditor Name and Address
 NATIONAL MATERIAL COMPANY
 ATTN BARB LAHTINEN
 1965 PRATT BLVD
 ELK GROVE VILLAGE IL 60007

Claim Holder Name and Address — NATIONAL MATERIAL COMPANY / ATTN BARB LAHTINEN / 1965 PRATT BLVD / ELK GROVE VILLAGE IL 60007 — Docketed Total  $127,107.21

Modified Total  $124,219.19

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $127,107.21 | 05-44640 | | | $124,219.19 |
| | | | $127,107.21 | | | | $124,219.19 |

**Claim: 4209**
Date Filed: 05/01/06
Docketed Total:  $9,678.00
Filing Creditor Name and Address
 NATIONWIDE FENCE & SUPPLY CO
 INDUSTRIAL DIV
 53861 GRATIOT AVE
 CHESTERFIELD MI 48051

Claim Holder Name and Address — NATIONWIDE FENCE & SUPPLY CO / INDUSTRIAL DIV / 53861 GRATIOT AVE / CHESTERFIELD MI 48051 — Docketed Total  $9,678.00

Modified Total  $9,678.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,678.00 | 05-44640 | | | $9,678.00 |
| | | | $9,678.00 | | | | $9,678.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  46 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6287<br>Date Filed: 05/18/06<br>Docketed Total:   $95,807.17<br>Filing Creditor Name and Address<br> NEW YORK POWER AUTHORITY<br> ATTN JOSEPH CARLINE ESQ<br> 123 MAINSTREET<br> WHITE PLAINS NY 10601 | Claim Holder Name and Address<br>NEW YORK POWER AUTHORITY<br>ATTN JOSEPH CARLINE ESQ<br>123 MAINSTREET<br>WHITE PLAINS NY 10601 | Docketed Total | | $95,807.17 | | Modified Total | | $91,526.45 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$95,807.17<br>$95,807.17 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$91,526.45<br>$91,526.45 |
| Claim: 4569<br>Date Filed: 05/03/06<br>Docketed Total:   $1,955.53<br>Filing Creditor Name and Address<br> NORTH AMERICAN MFG<br> 4455 E 71ST ST<br> CLEVELAND OH 44105 | Claim Holder Name and Address<br>NORTH AMERICAN MFG<br>4455 E 71ST ST<br>CLEVELAND OH 44105 | Docketed Total | | $1,955.53 | | Modified Total | | $1,955.53 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,955.53<br>$1,955.53 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,955.53<br>$1,955.53 |
| Claim: 7502<br>Date Filed: 06/05/06<br>Docketed Total:   $7,803.00<br>Filing Creditor Name and Address<br> OCE NORTH AMERICA INC<br> ATTN LEGAL DEPT<br> 5600 BROKEN SOUND BLVD<br> BOCA RATON FL 33487 | Claim Holder Name and Address<br>OCE NORTH AMERICA INC<br>ATTN LEGAL DEPT<br>5600 BROKEN SOUND BLVD<br>BOCA RATON FL 33487 | Docketed Total | | $7,803.00 | | Modified Total | | $7,803.00 |
| | Case Number*<br>05-44547 | Secured | Priority | Unsecured<br>$7,803.00<br>$7,803.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,803.00<br>$7,803.00 |
| Claim: 7504<br>Date Filed: 06/05/06<br>Docketed Total:   $14,063.60<br>Filing Creditor Name and Address<br> OCE NORTH AMERICA INC<br> ATTN LEGAL DEPT<br> 5600 BROKEN SOUND BLVD<br> BOCA RATON FL 33487 | Claim Holder Name and Address<br>OCE NORTH AMERICA INC<br>ATTN LEGAL DEPT<br>5600 BROKEN SOUND BLVD<br>BOCA RATON FL 33487 | Docketed Total | | $14,063.60 | | Modified Total | | $9,755.85 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,063.60<br>$14,063.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,755.85<br>$9,755.85 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   47 of 73

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| **Claim: 9851**<br>Date Filed: 07/18/06<br>Docketed Total:  $1,810,852.11<br>Filing Creditor Name and Address<br>  OGURA CORPORATION<br>  ROBERT A PEURACH ESQ<br>  FITZGERALD & DAKMAK PC<br>  615 GRISWOLD STE 600<br>  DETROIT MI 48226 | Claim Holder Name and Address    Docketed Total    $1,810,852.11<br>OGURA CORPORATION<br>ROBERT A PEURACH ESQ<br>FITZGERALD & DAKMAK PC<br>615 GRISWOLD STE 600<br>DETROIT MI 48226<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                 $200,417.52    $1,610,434.59<br>                                         $200,417.52    $1,610,434.59 | Modified Total    $1,210.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $1,210.00<br>                                                      $1,210.00 |
| **Claim: 5491**<br>Date Filed: 05/10/06<br>Docketed Total:  $1,186.00<br>Filing Creditor Name and Address<br>  OHIO DESK COMPANY<br>  1122 PROSPECT AVE<br>  CLEVELAND OH 44115-1292 | Claim Holder Name and Address    Docketed Total    $1,186.00<br>OHIO DESK COMPANY<br>1122 PROSPECT AVE<br>CLEVELAND OH 44115-1292<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $1,186.00<br>                                                      $1,186.00 | Modified Total    $1,186.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $1,186.00<br>                                                      $1,186.00 |
| **Claim: 933**<br>Date Filed: 11/29/05<br>Docketed Total:  $14,331.73<br>Filing Creditor Name and Address<br>  OTTOS INC<br>  529 E ADAMS ST<br>  SANDUSKY OH 44870 | Claim Holder Name and Address    Docketed Total    $14,331.73<br>OTTOS INC<br>529 E ADAMS ST<br>SANDUSKY OH 44870<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $14,331.73<br>                                                      $14,331.73 | Modified Total    $14,331.73<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $14,331.73<br>                                                      $14,331.73 |
| **Claim: 895**<br>Date Filed: 11/28/05<br>Docketed Total:  $16,625.00<br>Filing Creditor Name and Address<br>  PAUL NEFF & ASSOCIATES<br>  CRAIG T MATTHEWS & ASSOCIATES<br>  LPA<br>  376 REGENCY RIDGE DR<br>  CENTERVILLE OH 45459 | Claim Holder Name and Address    Docketed Total    $16,625.00<br>PAUL NEFF & ASSOCIATES<br>CRAIG T MATTHEWS & ASSOCIATES<br>LPA<br>376 REGENCY RIDGE DR<br>CENTERVILLE OH 45459<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $16,625.00<br>                                                      $16,625.00 | Modified Total    $16,625.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $16,625.00<br>                                                      $16,625.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:    48 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 729<br>Date Filed:11/21/05<br>Docketed Total:  $55,503.21<br>Filing Creditor Name and Address<br> PENN ENGINEERING MOTION<br> TECHNOLOGIES PITTMAN DIVISION<br> 343 GODSHALL DR<br> HARLEYSVILLE PA 19438 | Claim Holder Name and Address<br>PENN ENGINEERING MOTION<br>TECHNOLOGIES PITTMAN DIVISION<br>343 GODSHALL DR<br>HARLEYSVILLE PA 19438 | Docketed Total | | $55,503.21 | | Modified Total | | $55,503.21 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44507 | | $55,503.21<br>$55,503.21 | | 05-44507 | | | $55,503.21<br>$55,503.21 |
| Claim: 15944<br>Date Filed:08/09/06<br>Docketed Total:  $8,300.00<br>Filing Creditor Name and Address<br> PERFECTION TOOL & MOLD CORP<br> 3020 PRODUCTION CT<br> DAYTON OH 45414-3514 | Claim Holder Name and Address<br>PERFECTION TOOL & MOLD CORP<br>3020 PRODUCTION CT<br>DAYTON OH 45414-3514 | Docketed Total | | $8,300.00 | | Modified Total | | $5,500.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | $8,300.00<br>$8,300.00 | | | 05-44640 | | | $5,500.00<br>$5,500.00 |
| Claim: 10411<br>Date Filed:07/24/06<br>Docketed Total:  $157,011.51<br>Filing Creditor Name and Address<br> PHELPS DODGE MAGNET WIRE CO<br> ATTN CREDIT DEPT<br> ONE N CENTRAL AVE<br> PHOENIX AZ 85004 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $157,011.51 | | Modified Total | | $143,591.30 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $157,011.51<br>$157,011.51 | 05-44640 | | | $143,591.30<br>$143,591.30 |
| Claim: 10409<br>Date Filed:07/24/06<br>Docketed Total:  $8,236.78<br>Filing Creditor Name and Address<br> PHELPS DODGE MAGNET WIRE<br> COMPANY<br> ATTN CREDIT DEPT<br> ONE NORTH CENTRAL AVE<br> PHOENIX AZ 85004 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $8,236.78 | | Modified Total | | $7,383.90 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $8,236.78<br><br>$8,236.78 | 05-44640 | | | $7,383.90<br><br>$7,383.90 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10581**
Date Filed: 07/25/06
Docketed Total:   $112,039.75
Filing Creditor Name and Address
 PHILLIPS PLASTICS CORPORATION
 ATTN MARK HUEG
 1201 HANLEY RD
 HUDSON WI 54016

Claim Holder Name and Address      Docketed Total      $112,039.75
CONTRARIAN FUNDS LLC
ATTN ALISA MUMOLA
411 W PUTNAM AVE S 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $112,039.75 | | |
| | $112,039.75 | | |

Modified Total      $112,039.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $112,039.75 |
| | | | $112,039.75 |

**Claim: 8300**
Date Filed: 06/21/06
Docketed Total:   $3,512.20
Filing Creditor Name and Address
 PILOT AIR FREIGHT
 PO BOX 97
 LIMA PA 19037-0097

Claim Holder Name and Address      Docketed Total      $3,512.20
PILOT AIR FREIGHT
PO BOX 97
LIMA PA 19037-0097

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,512.20 |
| | | | $3,512.20 |

Modified Total      $3,512.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,512.20 |
| | | | $3,512.20 |

**Claim: 1263**
Date Filed: 12/23/05
Docketed Total:   $113,385.44
Filing Creditor Name and Address
 PITNEY BOWES MANAGEMENT
 SERVICES
 ATTN RECOVERY DEPT
 27 WATERVIEW DR
 SHELTON CT 06484-4361

Claim Holder Name and Address      Docketed Total      $113,385.44
PITNEY BOWES MANAGEMENT SERVICES
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON CT 06484-4361

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $113,385.44 | |
| | | $113,385.44 | |

Modified Total      $112,143.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $6,560.87 |
| 05-44640 | | | $105,583.05 |
| | | | $112,143.92 |

**Claim: 9685**
Date Filed: 07/17/06
Docketed Total:   $139,824.40
Filing Creditor Name and Address
 PLASTIC MOLDINGS COMPANY LLC
 PMC
 2181 GRAND AVE
 CINCINNATI OH 45214-150

Claim Holder Name and Address      Docketed Total      $139,824.40
PLASTIC MOLDINGS COMPANY LLC
PMC
2181 GRAND AVE
CINCINNATI OH 45214-150

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $139,824.40 | | |
| | $139,824.40 | | |

Modified Total      $139,824.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $139,824.40 |
| | | | $139,824.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   50 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12190**
Date Filed: 07/28/06
Docketed Total: $5,738.00
Filing Creditor Name and Address
 PORT CITY METAL PRODUCTS INC
 C O PARMENTER O TOOLE
 601 TERRACE ST
 MUSKEGON MI 49443-0786

| | | | | |
|---|---|---|---|---|
| Claim Holder Name and Address | Docketed Total | | | $5,738.00 |
| PORT CITY METAL PRODUCTS INC | | | | |
| C O PARMENTER O TOOLE | | | | |
| 601 TERRACE ST | | | | |
| MUSKEGON MI 49443-0786 | | | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $5,738.00 | | |
| | | | $5,738.00 |

| | |
|---|---|
| Modified Total | $5,738.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,738.00 |
| | | | $5,738.00 |

---

**Claim: 6586**
Date Filed: 05/22/06
Docketed Total: $71,580.00
Filing Creditor Name and Address
 POTTERS INDUSTRIES INC
 ATTN MICHELE GRYGA
 CREDIT DEPT
 1200 W SWEDESFORD RD
 BERWYN PA 19312

Claim Holder Name and Address      Docketed Total      $71,580.00
POTTERS INDUSTRIES INC
ATTN MICHELE GRYGA
CREDIT DEPT
1200 W SWEDESFORD RD
BERWYN PA 19312

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $71,580.00 |
| | | | $71,580.00 |

Modified Total      $71,580.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $71,580.00 |
| | | | $71,580.00 |

---

**Claim: 79**
Date Filed: 10/24/05
Docketed Total: $11,473.00
Filing Creditor Name and Address
 PR NEWSWIRE
 GPO BOX 5897
 NEW YORK NY 10087-5897

Claim Holder Name and Address      Docketed Total      $11,473.00
PR NEWSWIRE
GPO BOX 5897
NEW YORK NY 10087-5897

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,473.00 |
| | | | $11,473.00 |

Modified Total      $8,116.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,116.00 |
| | | | $8,116.00 |

---

**Claim: 2462**
Date Filed: 03/31/06
Docketed Total: $103,014.55
Filing Creditor Name and Address
 PRICE HENEVELD COOPER DEWITT
 LITTON LLP
 PO BOX 2567
 GRAND RAPIDS MI 49501-2567

Claim Holder Name and Address      Docketed Total      $103,014.55
PRICE HENEVELD COOPER DEWITT LITTON
LLP
PO BOX 2567
GRAND RAPIDS MI 49501-2567

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,014.55 |
| | | | $103,014.55 |

Modified Total      $103,014.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $103,014.55 |
| | | | $103,014.55 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   51 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5285**
Date Filed: 05/08/06
Docketed Total:  $4,175.04
Filing Creditor Name and Address
 PRIDE GAGE ASSOCIATES LLC
 6725 W CENTRAL AVE STE M
 TOLEDO OH 43617

Claim Holder Name and Address    Docketed Total    $4,175.04
PRIDE GAGE ASSOCIATES LLC
6725 W CENTRAL AVE STE M
TOLEDO OH 43617

Modified Total    $4,175.04

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,175.04 | 05-44640 | | | $4,175.04 |
| | | | $4,175.04 | | | | $4,175.04 |

**Claim: 11444**
Date Filed: 07/27/06
Docketed Total:  $11,021.96
Filing Creditor Name and Address
 PROYECTOS Y ADMINSITRACIONES
 ELECTROMECANICAS SA DE CV
 P NOVILLEROS NO 35 COL
 PLAYASOL MATAMORSO TAMPS

 MEXICO

Claim Holder Name and Address    Docketed Total    $11,021.96
PROYECTOS Y ADMINSITRACIONES
ELECTROMECANICAS SA DE CV
P NOVILLEROS NO 35 COL
PLAYASOL MATAMORSO TAMPS

MEXICO

Modified Total    $5,932.16

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $11,021.96 | 05-44640 | | | $5,932.16 |
| | | | $11,021.96 | | | | $5,932.16 |

**Claim: 5076**
Date Filed: 05/08/06
Docketed Total:  $67,849.20
Filing Creditor Name and Address
 PULLMAN MANUFACTURING CORP
 77 COMMERCE DR
 ROCHESTER NY 14623

Claim Holder Name and Address    Docketed Total    $67,849.20
REDROCK CAPITAL PARTNERS LLC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Modified Total    $64,917.77

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $67,849.20 | 05-44640 | | | $64,917.77 |
| | | | $67,849.20 | | | | $64,917.77 |

**Claim: 592**
Date Filed: 11/15/05
Docketed Total:  $91,084.00
Filing Creditor Name and Address
 PYRAMID REBUILD & MACHINE LLC
 ATTN JAMES LEIGH
 123 S THOMAS RD
 TALLMADGE OH 44278

Claim Holder Name and Address    Docketed Total    $91,084.00
PYRAMID REBUILD & MACHINE LLC
ATTN JAMES LEIGH
123 S THOMAS RD
TALLMADGE OH 44278

Modified Total    $91,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $91,084.00 | 05-44640 | | | $91,000.00 |
| | | | $91,084.00 | | | | $91,000.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  52 of 73

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3013<br>Date Filed: 04/27/06<br>Docketed Total:  $4,711.40<br>Filing Creditor Name and Address<br>  QMP ENTERPRISES INC<br>  2SQ MACHINE TOOLS<br>  43 COUNTY RTE 59<br>  PHOENIX NY 13135-2116 | Claim Holder Name and Address    Docketed Total    $4,711.40<br>QMP ENTERPRISES INC<br>2SQ MACHINE TOOLS<br>43 COUNTY RTE 59<br>PHOENIX NY 13135-2116<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                    $4,711.40<br>                            $4,711.40 | Modified Total    $4,711.40<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $4,711.40<br>                            $4,711.40 |
| Claim: 10257<br>Date Filed: 07/21/06<br>Docketed Total:   $819,654.23<br>Filing Creditor Name and Address<br>  QUAKER CHEMICAL CORPORATION<br>  ANDREW C KASSNER<br>  DRINKER BIDDLE & REATH LLP<br>  ONE LOGAN SQUARE<br>  18TH & CHERRY ST<br>  PHILADELPHIA PA 19103 | Claim Holder Name and Address    Docketed Total    $819,654.23<br>QUAKER CHEMICAL CORPORATION<br>ANDREW C KASSNER<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE<br>18TH & CHERRY ST<br>PHILADELPHIA PA 19103<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $819,654.23<br>                            $819,654.23 | Modified Total    $799,803.77<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $799,803.77<br>                            $799,803.77 |
| Claim: 4003<br>Date Filed: 05/01/06<br>Docketed Total:   $7,513.50<br>Filing Creditor Name and Address<br>  QUALITY SOLUTIONS GROUP LLC<br>  2296 KENMORE AVE<br>  BUFFALO NY 14207 | Claim Holder Name and Address    Docketed Total    $7,513.50<br>QUALITY SOLUTIONS GROUP LLC<br>2296 KENMORE AVE<br>BUFFALO NY 14207<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                    $7,513.50<br>                            $7,513.50 | Modified Total    $7,513.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $7,513.50<br>                            $7,513.50 |
| Claim: 2073<br>Date Filed: 02/21/06<br>Docketed Total:   $29,268.00<br>Filing Creditor Name and Address<br>  QUICK CABLE CORPORATION<br>  3700 QUICK DR<br>  FRANKSVILLE WI 53126 | Claim Holder Name and Address    Docketed Total    $29,268.00<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $29,268.00<br>                            $29,268.00 | Modified Total    $28,260.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $28,260.00<br>                            $28,260.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:   53 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 14177<br>Date Filed:07/31/06<br>Docketed Total:  $63,564.33<br>Filing Creditor Name and Address<br> QUINN EMANUEL URQUHART OLIVER<br> & HEDGES LLP<br> 865 S FIGUEROA ST 10TH FL<br> LOS ANGELES CA 90017 | Claim Holder Name and Address<br>QUINN EMANUEL URQUHART OLIVER &<br>HEDGES LLP<br>865 S FIGUEROA ST 10TH FL<br>LOS ANGELES CA 90017 | Docketed Total | $63,564.33 | | Modified Total | | $50,353.62 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$63,564.33 | Case Number*<br>05-44554<br>05-44640 | Secured | Priority | Unsecured<br>$32,173.76<br>$18,179.86 |
| | | | | $63,564.33 | | | | $50,353.62 |
| Claim: 9150<br>Date Filed:07/10/06<br>Docketed Total:  $20,298.56<br>Filing Creditor Name and Address<br>R E DIXON INC<br>2801 LOCKHEED WAY<br>CARSON CITY NV 89706 | Claim Holder Name and Address<br>R E DIXON INC<br>2801 LOCKHEED WAY<br>CARSON CITY NV 89706 | Docketed Total | $20,298.56 | | Modified Total | | $20,298.56 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,298.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,298.56 |
| | | | | $20,298.56 | | | | $20,298.56 |
| Claim: 7699<br>Date Filed:06/09/06<br>Docketed Total:  $15,408.15<br>Filing Creditor Name and Address<br>RACK PROCESSING CO INC EFT<br>2350 ARBOR BLVD<br>DAYTON OH 45439-1724 | Claim Holder Name and Address<br>RACK PROCESSING CO INC EFT<br>2350 ARBOR BLVD<br>DAYTON OH 45439-1724 | Docketed Total | $15,408.15 | | Modified Total | | $12,158.67 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$15,408.15 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,158.67 |
| | | | | $15,408.15 | | | | $12,158.67 |
| Claim: 5358<br>Date Filed:05/09/06<br>Docketed Total:  $23,679.17<br>Filing Creditor Name and Address<br>RECO EQUIPMENT INC<br>PO BOX 160<br>MORRISTOWN OH 43759 | Claim Holder Name and Address<br>RECO EQUIPMENT INC<br>PO BOX 160<br>MORRISTOWN OH 43759 | Docketed Total | $23,679.17 | | Modified Total | | $1,789.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$23,679.17 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,789.40 |
| | | | | $23,679.17 | | | | $1,789.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  54 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1636**
Date Filed: 01/23/06
Docketed Total:   $8,497.73
Filing Creditor Name and Address
 REQUARTH LUMBER CO INC
 PO BOX 38
 DAYTON OH 45401

| Claim Holder Name and Address | | Docketed Total | $8,497.73 |
|---|---|---|---|
| REQUARTH LUMBER CO INC |
| PO BOX 38 |
| DAYTON OH 45401 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,497.73 |
| | | | $8,497.73 |

| | Modified Total | $8,497.73 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,497.73 |
| | | | $8,497.73 |

---

**Claim: 2387**
Date Filed: 03/24/06
Docketed Total:   $61,578.63
Filing Creditor Name and Address
 REVENUE MANAGEMENT AS ASSIGNEE
 OF DETROIT HEADING LLC
 ONE UNIVERSITY PLZ STE 312
 HACKENSACK NJ 07601

| Claim Holder Name and Address | | Docketed Total | $61,578.63 |
|---|---|---|---|
| REVENUE MANAGEMENT AS ASSIGNEE OF |
| DETROIT HEADING LLC |
| ONE UNIVERSITY PLZ STE 312 |
| HACKENSACK NJ 07601 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,578.63 |
| | | | $61,578.63 |

| | Modified Total | $60,876.94 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $60,876.94 |
| | | | $60,876.94 |

---

**Claim: 4045**
Date Filed: 11/25/05
Docketed Total:   $4,691.52
Filing Creditor Name and Address
 RIVERSIDE CLAIMS LLC AS
 ASSIGNEE FOR JAN PAK
 HUNTSVILLE
 RIVERSIDE CLAIMS LLC
 PO BOX 626 PLANETARIUM STATION
 NEW YORK NY 10024

| Claim Holder Name and Address | | Docketed Total | $4,691.52 |
|---|---|---|---|
| RIVERSIDE CLAIMS LLC AS ASSIGNEE |
| FOR JAN PAK HUNTSVILLE |
| RIVERSIDE CLAIMS LLC |
| PO BOX 626 PLANETARIUM STATION |
| NEW YORK NY 10024 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,691.52 |
| | | | $4,691.52 |

| | Modified Total | $4,519.20 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,519.20 |
| | | | $4,519.20 |

---

**Claim: 7031**
Date Filed: 05/30/06
Docketed Total:   $11,108.98
Filing Creditor Name and Address
 ROBOTICS INC
 2421 RTE 9
 BALLSTON SPA NY 12020-4407

| Claim Holder Name and Address | | Docketed Total | $11,108.98 |
|---|---|---|---|
| ROBOTICS INC |
| 2421 RTE 9 |
| BALLSTON SPA NY 12020-4407 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,108.98 |
| | | | $11,108.98 |

| | Modified Total | $8,568.98 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,568.98 |
| | | | $8,568.98 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   55 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 1523**
Date Filed: 01/12/06
Docketed Total:   $6,532.99
Filing Creditor Name and Address
 ROCHESTER GAS & ELECTRIC
 CORPORATION
 89 EAST AVE
 ROCHESTER NY 14649

Claim Holder Name and Address
ROCHESTER GAS & ELECTRIC
CORPORATION
89 EAST AVE
ROCHESTER NY 14649          Docketed Total          $6,532.99          Modified Total          $6,187.31

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,532.99 | 05-44640 | | | $6,187.31 |
| | | | $6,532.99 | | | | $6,187.31 |

**Claim: 13528**
Date Filed: 07/31/06
Docketed Total:   $138,716.61
Filing Creditor Name and Address
 RPS TECHNOLOGIES INC
 1390 VANGUARD BLVD
 MIAMISBURG OH 45342

Claim Holder Name and Address
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022          Docketed Total          $138,716.61          Modified Total          $134,135.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $138,716.61 | | | 05-44640 | | | $134,135.28 |
| | $138,716.61 | | | | | | $134,135.28 |

**Claim: 15281**
Date Filed: 07/31/06
Docketed Total:   $5,495.00
Filing Creditor Name and Address
 S E HUFFMAN CORP EFT
 1050 HUFFMAN WAY
 CLOVER SC 29710

Claim Holder Name and Address
S E HUFFMAN CORP EFT
1050 HUFFMAN WAY
CLOVER SC 29710          Docketed Total          $5,495.00          Modified Total          $5,495.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,495.00 | 05-44640 | | | $5,495.00 |
| | | | $5,495.00 | | | | $5,495.00 |

**Claim: 12243**
Date Filed: 07/28/06
Docketed Total:   $22,080.43
Filing Creditor Name and Address
 S&D OSTERFELD MECHANICAL
 CONTRACTORS INC
 S&D OSTERFELD MECHANICAL
 1101 NEGLEY PL
 DAYTON OH 45402

Claim Holder Name and Address
S&D OSTERFELD MECHANICAL
CONTRACTORS INC
S&D OSTERFELD MECHANICAL
1101 NEGLEY PL
DAYTON OH 45402          Docketed Total          $22,080.43          Modified Total          $22,080.43

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $21,195.47 | | $884.96 | 05-44640 | | | $22,080.43 |
| | $21,195.47 | | $884.96 | | | | $22,080.43 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   56 of 73

In re: Delphi Corporation, et al.                                              Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2644<br>Date Filed: 04/13/06<br>Docketed Total:  $55,050.00<br>Filing Creditor Name and Address<br> SALION INC & SIERRA LIQUIDITY<br> FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE ROAD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address     Docketed Total     $55,050.00<br>SALION INC & SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614 | | | | | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$55,050.00<br>$55,050.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$55,050.00<br>$55,050.00 |
| Claim: 2120<br>Date Filed: 02/27/06<br>Docketed Total:  $97,728.50<br>Filing Creditor Name and Address<br> SAMUEL SON & CO<br> MICHELLE PRITCHARD<br> 4334 WALDEN AVE<br> LANCASTER NY 14086 | Claim Holder Name and Address     Docketed Total     $97,728.50<br>SAMUEL SON & CO<br>MICHELLE PRITCHARD<br>4334 WALDEN AVE<br>LANCASTER NY 14086 | | | | | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$97,728.50<br>$97,728.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$97,728.50<br>$97,728.50 |
| Claim: 3128<br>Date Filed: 04/28/06<br>Docketed Total:  $79.60<br>Filing Creditor Name and Address<br> SANWAL TECHNOLOGIES INC<br> 4 PEUQUET PKY<br> TONAWANDA NY 14150-2413 | Claim Holder Name and Address     Docketed Total     $79.60<br>SANWAL TECHNOLOGIES INC<br>4 PEUQUET PKY<br>TONAWANDA NY 14150-2413 | | | | | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$79.60<br>$79.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$79.60<br>$79.60 |
| Claim: 11240<br>Date Filed: 07/26/06<br>Docketed Total:  $169,826.60<br>Filing Creditor Name and Address<br> SATYAM COMPUTER SERVICES<br> LIMITED<br> SANJAY GUPTA<br> 300 GALLERIA OFFICENTRE STE<br> 322<br> SOUTHFIELD MI 48034 | Claim Holder Name and Address     Docketed Total     $169,826.60<br>SATYAM COMPUTER SERVICES LIMITED<br>SANJAY GUPTA<br>300 GALLERIA OFFICENTRE STE<br>322<br>SOUTHFIELD MI 48034 | | | | Modified Total     $160,158.60 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$169,826.60<br>$169,826.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$160,158.60<br>$160,158.60 |

Note: Modified Total for claims 2644, 2120, 3128 = $55,050.00, $97,728.50, $79.60 respectively.

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  57 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1735<br>Date Filed: 01/31/06<br>Docketed Total:  $69,421.97<br>Filing Creditor Name and Address<br> SCAPA TAPES N A<br> ATTN CARMEN FOLKES<br> 111 GREAT POND DR<br> WINDSOR CT 06095 | Claim Holder Name and Address<br>SCAPA TAPES N A<br>ATTN CARMEN FOLKES<br>111 GREAT POND DR<br>WINDSOR CT 06095 | Docketed Total | | $69,421.97 | | | Modified Total | $69,421.97 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$69,421.97<br>$69,421.97 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$69,421.97<br>$69,421.97 |
| Claim: 2696<br>Date Filed: 04/19/06<br>Docketed Total:  $15,234.88<br>Filing Creditor Name and Address<br> SCHAEFER SYSTEMS INTERNATIONAL<br> & SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br>SCHAEFER SYSTEMS INTERNATIONAL &<br>SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $15,234.88 | | | Modified Total | $1,174.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,234.88<br>$15,234.88 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,174.00<br>$1,174.00 |
| Claim: 4878<br>Date Filed: 05/05/06<br>Docketed Total:  $2,502.07<br>Filing Creditor Name and Address<br> SCHLEMMER ASSOCIATES INC<br> 800 COMPTON RD<br> CINCINNATI OH 45231-3846 | Claim Holder Name and Address<br>SCHLEMMER ASSOCIATES INC<br>800 COMPTON RD<br>CINCINNATI OH 45231-3846 | Docketed Total | | $2,502.07 | | | Modified Total | $2,502.07 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,502.07<br>$2,502.07 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,502.07<br>$2,502.07 |
| Claim: 926<br>Date Filed: 11/29/05<br>Docketed Total:  $8,013.77<br>Filing Creditor Name and Address<br> SCHMITT INDUSTRIES INC<br> ATTN MICHAEL S MCAFEE<br> 2765 NW NICOLAI<br> PORTLAND OR 97210 | Claim Holder Name and Address<br>SCHMITT INDUSTRIES INC<br>ATTN MICHAEL S MCAFEE<br>2765 NW NICOLAI<br>PORTLAND OR 97210 | Docketed Total | | $8,013.77 | | | Modified Total | $3,198.77 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,013.77<br>$8,013.77 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,198.77<br>$3,198.77 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:  58 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7076<br>Date Filed:05/30/06<br>Docketed Total:  $38,853.06<br>Filing Creditor Name and Address<br>  SCOTTISSUE INC<br>  3249 DRYDEN RD<br>  DAYTON OH 45439 | Claim Holder Name and Address<br>SCOTTISSUE INC<br>3249 DRYDEN RD<br>DAYTON OH 45439 | Docketed Total | | $38,853.06 | | Modified Total | | $35,275.55 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$38,853.06<br>$38,853.06 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$35,275.55<br>$35,275.55 |
| Claim: 9585<br>Date Filed:07/17/06<br>Docketed Total:   $81,300.76<br>Filing Creditor Name and Address<br>  SEAL & DESIGN INC<br>  4015 CASILIO PKY<br>  CLARENCE NY 14031 | Claim Holder Name and Address<br>SEAL & DESIGN INC<br>4015 CASILIO PKY<br>CLARENCE NY 14031 | Docketed Total | | $81,300.76 | | Modified Total | | $76,102.26 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$81,300.76<br>$81,300.76 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$76,102.26<br>$76,102.26 |
| Claim: 10398<br>Date Filed:07/24/06<br>Docketed Total:   $25,106.75<br>Filing Creditor Name and Address<br>  SHEFFIELD MEASUREMENT INC<br>  KEVIN MCBRIDE<br>  250 CIRCUIT DR<br>  NO KINGSTOWN RI 02852 | Claim Holder Name and Address<br>SHEFFIELD MEASUREMENT INC<br>KEVIN MCBRIDE<br>250 CIRCUIT DR<br>NO KINGSTOWN RI 02852 | Docketed Total | | $25,106.75 | | Modified Total | | $22,104.75 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,106.75<br>$25,106.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,104.75<br>$22,104.75 |
| Claim: 14662<br>Date Filed:07/31/06<br>Docketed Total:   $7,254.97<br>Filing Creditor Name and Address<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE PUMP PROS INC<br>  ASSIGNOR<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>PUMP PROS INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $7,254.97 | | Modified Total | | $7,136.79 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,254.97<br><br>$7,254.97 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,136.79<br><br>$7,136.79 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   59 of 73

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9695**
Date Filed: 07/18/06
Docketed Total: $116,779.47
Filing Creditor Name and Address
 SOUTHERN STATES CHEMICAL
 PO BOX 546
 SAVANNAH GA 31402

Claim Holder Name and Address   Docketed Total   $116,779.47
SOUTHERN STATES CHEMICAL
PO BOX 546
SAVANNAH GA 31402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $116,779.47 |
| | | | $116,779.47 |

Modified Total   $116,594.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $116,594.95 |
| | | | $116,594.95 |

---

**Claim: 16446**
Date Filed: 05/30/06
Docketed Total: $144,962.44
Filing Creditor Name and Address
 SOUTHWIRE COMPANY
 BARBARA ELLIS-MONRO, ESQ.
 SMITH, GAMBRELL & RUSSELL, LLP
 1230 PEACHTREE STREET, N.E.,
 SUITE 3100
 ATLANTA GA 30309-3592

Claim Holder Name and Address   Docketed Total   $144,962.44
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $144,962.44 |
| | | | $144,962.44 |

Modified Total   $140,274.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $140,274.95 |
| | | | $140,274.95 |

---

**Claim: 14136**
Date Filed: 07/31/06
Docketed Total: $91,770.01
Filing Creditor Name and Address
 SPCP GROUP LLC AS ASIGNEE OF
 KANE MAGNETICS GMBH
 BRIAN JARMAIN
 TWO GREENWICH PLZ 1ST FL
 GREENWICH CT 06830

Claim Holder Name and Address   Docketed Total   $91,770.01
SPCP GROUP LLC AS ASIGNEE OF KANE
MAGNETICS GMBH
BRIAN JARMAIN
TWO GREENWICH PLZ 1ST FL
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,214.34 | $66,555.67 |
| | | $25,214.34 | $66,555.67 |

Modified Total   $91,704.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,704.36 |
| | | | $91,704.36 |

---

**Claim: 14138**
Date Filed: 07/31/06
Docketed Total: $430,748.18
Filing Creditor Name and Address
 SPCP GROUP LLC AS ASSIGNEE OF
 PRECISION DIE & STAMPING INC
 ATTN BRIAN JARMAIN
 TWO GREENWICH PLZ 1ST FL
 GREENWICH CT 06830

Claim Holder Name and Address   Docketed Total   $430,748.18
SPCP GROUP LLC AS ASSIGNEE OF
PRECISION DIE & STAMPING INC
ATTN BRIAN JARMAIN
TWO GREENWICH PLZ 1ST FL
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $430,748.18 |
| | | | $430,748.18 |

Modified Total   $314,358.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $314,358.90 |
| | | | $314,358.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11963<br>Date Filed:07/28/06<br>Docketed Total:  $101,068.30<br>Filing Creditor Name and Address<br> SPECIAL DEVICES INCORPORATED<br> 14370 WHITE SAGE RD<br> MOORPARK CA 93021 | Claim Holder Name and Address<br>SPECIAL DEVICES INCORPORATED<br>14370 WHITE SAGE RD<br>MOORPARK CA 93021 | Docketed Total | | $101,068.30 | | Modified Total | | $80,347.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$101,068.30<br>$101,068.30 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$80,347.05<br>$80,347.05 |
| Claim: 8444<br>Date Filed:06/23/06<br>Docketed Total:  $820.00<br>Filing Creditor Name and Address<br> SPECIALTY HEAT TREATING CO INC<br> 3700 EASTERN AVE SE<br> GRAND RAPIDS MI 49508-241 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001 | Docketed Total | | $820.00 | | Modified Total | | $820.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$820.00<br>$820.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$820.00<br>$820.00 |
| Claim: 10955<br>Date Filed:07/26/06<br>Docketed Total:  $126,623.88<br>Filing Creditor Name and Address<br> SPEED TECH CORPORATION<br> NO 568 SEC 1<br> MIN SHENG N RD<br> KWEISHAN HSIANG TAOYUAN  HSIEN<br> TAIWAN, PROVINCE OF CHINA | Claim Holder Name and Address<br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN  HSIEN<br>TAIWAN, PROVINCE OF CHINA | Docketed Total | | $126,623.88 | | Modified Total | | $113,350.13 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$126,623.88<br>$126,623.88 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$113,350.13<br>$113,350.13 |
| Claim: 10956<br>Date Filed:07/26/06<br>Docketed Total:  $191,139.00<br>Filing Creditor Name and Address<br> SPEED TECH CORPORATION<br> NO 568 SEC 1<br> MIN SHENG N RD<br> KWEISHAN HSIANG TAOYUAN  HSIEN<br> TAIWAN, PROVINCE OF CHINA | Claim Holder Name and Address<br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN  HSIEN<br>TAIWAN, PROVINCE OF CHINA | Docketed Total | | $191,139.00 | | Modified Total | | $71,139.00 |
| | Case Number*<br>05-44539 | Secured | Priority | Unsecured<br>$191,139.00<br><br>$191,139.00 | Case Number*<br>05-44539<br>05-44624 | Secured | Priority | Unsecured<br>$15,009.00<br>$56,130.00<br>$71,139.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  61 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 209**
Date Filed: 10/31/05
Docketed Total:   $856.00
Filing Creditor Name and Address
  STAR SU STAR CUTTER COMPANY
  AKA STAR CUT SALES GOLD STAR
  COATING AND STAR SU LLC
  STAR SU STAR CUTTER COMPANY
  23461 INDUSTRIAL PARK DR
  FARMINGTON HILLS MI 48335

Claim Holder Name and Address   Docketed Total   $856.00
STAR SU STAR CUTTER COMPANY AKA
STAR CUT SALES GOLD STAR COATING
AND STAR SU LLC
STAR SU STAR CUTTER COMPANY
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS MI 48335

Modified Total   $856.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $856.00 | 05-44640 | | | $856.00 |
| | | | $856.00 | | | | $856.00 |

**Claim: 10178**
Date Filed: 07/21/06
Docketed Total:   $3,229.00
Filing Creditor Name and Address
  STUART IRBY C CO
  6.40179E+008
  815 S STATE ST
  PO BOX 1819
  JACKSON MS 19215-1819

Claim Holder Name and Address   Docketed Total   $3,229.00
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK NY 10018

Modified Total   $3,229.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,229.00 | 05-44640 | | | $3,229.00 |
| | | | $3,229.00 | | | | $3,229.00 |

**Claim: 6336**
Date Filed: 05/19/06
Docketed Total:   $6,720.00
Filing Creditor Name and Address
  SUNAPEE CHEMICAL INC
  PO BOX 684
  WOOSTER OH 44691

Claim Holder Name and Address   Docketed Total   $6,720.00
SUNAPEE CHEMICAL INC
PO BOX 684
WOOSTER OH 44691

Modified Total   $6,720.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,720.00 | 05-44640 | | | $6,720.00 |
| | | | $6,720.00 | | | | $6,720.00 |

**Claim: 8770**
Date Filed: 06/29/06
Docketed Total:   $26,343.82
Filing Creditor Name and Address
  SURFACE COMBUSTION INC
  THOMAS C MCCLAIN
  PO BOX 428
  1700 INDIAN WOOD CIRCLE
  MAUMEE OH 43537-0428

Claim Holder Name and Address   Docketed Total   $26,343.82
SURFACE COMBUSTION INC
THOMAS C MCCLAIN
PO BOX 428
1700 INDIAN WOOD CIRCLE
MAUMEE OH 43537-0428

Modified Total   $26,343.82

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $26,343.82 | 05-44640 | | | $26,343.82 |
| | | | $26,343.82 | | | | $26,343.82 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16358<br>Date Filed:10/10/06<br>Docketed Total:  $44,188.02<br>Filing Creditor Name and Address<br>  T S EXPEDITING SERVICE INC<br>  DBA TRI STATE EXPEDITED<br>  SERVICE INC<br>  PO BOX 307 SCATSCI<br>  PERRYSBURG OH 43552 | Claim Holder Name and Address<br>T S EXPEDITING SERVICE INC<br>DBA TRI STATE EXPEDITED<br>SERVICE INC<br>PO BOX 307 SCATSCI<br>PERRYSBURG OH 43552 | Docketed Total | | $44,188.02 | | Modified Total | | $44,188.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$44,188.02<br>―――――――<br>$44,188.02 | Case Number*<br>05-44612<br>05-44640 | Secured | Priority | Unsecured<br>$1,296.58<br>$42,891.44<br>―――――――<br>$44,188.02 |
| Claim: 1341<br>Date Filed:12/28/05<br>Docketed Total:  $23,917.01<br>Filing Creditor Name and Address<br>  TAPCO PRODUCTS INC<br>  PO BOX 42395<br>  CINCINNATI OH 45242 | Claim Holder Name and Address<br>TAPCO PRODUCTS INC<br>PO BOX 42395<br>CINCINNATI OH 45242 | Docketed Total | | $23,917.01 | | Modified Total | | $22,738.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$23,917.01<br>―――――――<br>$23,917.01 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,738.05<br>―――――――<br>$22,738.05 |
| Claim: 1353<br>Date Filed:12/28/05<br>Docketed Total:  $53,943.12<br>Filing Creditor Name and Address<br>  TDS AUTOMOTIVE US INC<br>  2851 HIGH MEADOW CIR STE 250<br>  AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>TDS AUTOMOTIVE US INC<br>2851 HIGH MEADOW CIR STE 250<br>AUBURN HILLS MI 48326 | Docketed Total | | $53,943.12 | | Modified Total | | $47,499.16 |
| | Case Number*<br>05-44558 | Secured | Priority | Unsecured<br>$53,943.12<br>―――――――<br>$53,943.12 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$47,499.16<br>―――――――<br>$47,499.16 |
| Claim: 1576<br>Date Filed:01/18/06<br>Docketed Total:  $98,962.60<br>Filing Creditor Name and Address<br>  TEGAL CORPORATION<br>  2201 S MC DOWELL BLVD<br>  PETALUMA CA 94954 | Claim Holder Name and Address<br>TEGAL CORPORATION<br>2201 S MC DOWELL BLVD<br>PETALUMA CA 94954 | Docketed Total | | $98,962.60 | | Modified Total | | $53,963.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$98,962.60<br>―――――――<br>$98,962.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$53,963.40<br>―――――――<br>$53,963.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  63 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8521<br>Date Filed: 06/26/06<br>Docketed Total:   $13,464.00<br>Filing Creditor Name and Address<br>  TENAXOL INC<br>  5801 W NATIONAL AVE<br>  MILWAUKEE WI 53214-3492 | Claim Holder Name and Address<br>TENAXOL INC<br>5801 W NATIONAL AVE<br>MILWAUKEE WI 53214-3492 | Docketed Total | | $13,464.00 | | Modified Total | | $13,464.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $13,464.00<br>$13,464.00 | 05-44640 | | | $13,464.00<br>$13,464.00 |
| Claim: 8527<br>Date Filed: 06/26/06<br>Docketed Total:   $1,409.10<br>Filing Creditor Name and Address<br>  TENAXOL INC<br>  5801 W NATIONAL AVE<br>  MILWAUKEE WI 53214-3447 | Claim Holder Name and Address<br>TENAXOL INC<br>5801 W NATIONAL AVE<br>MILWAUKEE WI 53214-3447 | Docketed Total | | $1,409.10 | | Modified Total | | $1,409.10 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $1,409.10<br>$1,409.10 | 05-44640 | | | $1,409.10<br>$1,409.10 |
| Claim: 1758<br>Date Filed: 02/03/06<br>Docketed Total:   $29,633.67<br>Filing Creditor Name and Address<br>  TEST AMERICA ANALYTICAL<br>  TESTING<br>  1380 BUSCH PARKWAY<br>  BUFFALO GROVE IL 60089 | Claim Holder Name and Address<br>TEST AMERICA ANALYTICAL TESTING<br>1380 BUSCH PARKWAY<br>BUFFALO GROVE IL 60089 | Docketed Total | | $29,633.67 | | Modified Total | | $14,695.38 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $29,633.67<br>$29,633.67 | 05-44640 | | | $14,695.38<br>$14,695.38 |
| Claim: 16583<br>Date Filed: 03/20/07<br>Docketed Total:   $206,964.00<br>Filing Creditor Name and Address<br>  TESTEQUITY INC<br>  ATTN ALEX BULCKE<br>  2450 TURQUOISE CIR<br>  THOUSAND OAKS CA 91320 | Claim Holder Name and Address<br>TESTEQUITY INC<br>ATTN ALEX BULCKE<br>2450 TURQUOISE CIR<br>THOUSAND OAKS CA 91320 | Docketed Total | | $206,964.00 | | Modified Total | | $165,246.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $206,964.00<br>$206,964.00 | 05-44640 | | | $165,246.00<br>$165,246.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10373**
Date Filed: 07/24/06
Docketed Total:    $61,309.20
Filing Creditor Name and Address
  THE DAYTON POWER AND LIGHT
  COMPANY
  1065 WOODMAN DR
  DAYTON OH 45432

Claim Holder Name and Address    Docketed Total    $61,309.20
THE DAYTON POWER AND LIGHT COMPANY
1065 WOODMAN DR
DAYTON OH 45432

Modified Total    $37,272.92

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $61,309.20 | 05-44640 | | | $37,272.92 |
| | | | $61,309.20 | | | | $37,272.92 |

---

**Claim: 1110**
Date Filed: 12/12/05
Docketed Total:    $42,905.53
Filing Creditor Name and Address
  THIELENHAUS MICROFINISH
  CORPORATION
  ATTN MS JOAN COBLENTZ
  42925 W NINE MILE RD
  NOVI MI 48375

Claim Holder Name and Address    Docketed Total    $42,905.53
THIELENHAUS MICROFINISH CORPORATION
ATTN MS JOAN COBLENTZ
42925 W NINE MILE RD
NOVI MI 48375

Modified Total    $18,324.04

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $42,905.53 | 05-44640 | | | $18,324.04 |
| | | | $42,905.53 | | | | $18,324.04 |

---

**Claim: 11538**
Date Filed: 07/27/06
Docketed Total:    $5,226.75
Filing Creditor Name and Address
  THIERICA EQUIPMENT CORP
  900 CLANCY AVE NE
  GRAND RAPIDS MI 49503

Claim Holder Name and Address    Docketed Total    $5,226.75
THIERICA EQUIPMENT CORP
900 CLANCY AVE NE
GRAND RAPIDS MI 49503

Modified Total    $5,226.75

| Case Number* | | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44589 | | | $5,226.75 | 05-44640 | | | $5,226.75 |
| | | | $5,226.75 | | | | $5,226.75 |

---

**Claim: 2691**
Date Filed: 04/19/06
Docketed Total:    $10,701.40
Filing Creditor Name and Address
  THREE 60 PRODUCTIONS & SIERRA
  LIQUIDITY FUND
  SIERRA LIQUIDITY FUND
  2699 WHITE RD STE 255
  IRVINE CA 92614

Claim Holder Name and Address    Docketed Total    $10,701.40
THREE 60 PRODUCTIONS & SIERRA
LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total    $4,274.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $10,701.40 | 05-44640 | | | $4,274.40 |
| | | | $10,701.40 | | | | $4,274.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   65 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11743<br>Date Filed:07/27/06<br>Docketed Total:  $1,777,501.48<br>Filing Creditor Name and Address<br> TI GROUP AUTOMOTIVE SYSTEMS<br> LLC<br> TIMOTHY GUERRIERO ESQ<br> GENERAL COUNSEL & COMPANY<br> SECRETARY<br> TI AUTOMOTIVE<br> 12345 E NINE MILE RD<br> WARREN MI 48089-2614 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>NEELIMA VELUVOLU<br>270 PARK AVE 17TH FL<br>NEW YORK NY 10017<br><br>**Case Number\*** 05-44640 | Docketed Total<br><br><br>**Secured** | <br><br><br>**Priority** | $1,777,501.48<br><br><br>**Unsecured**<br>$1,777,501.48<br>_____<br>$1,777,501.48 | <br><br><br>**Case Number\*** 05-44640 | Modified Total<br><br><br>**Secured** | <br><br><br>**Priority** | $1,145,420.76<br><br><br>**Unsecured**<br>$1,145,420.76<br>_____<br>$1,145,420.76 |
| Claim: 1755<br>Date Filed:02/03/06<br>Docketed Total:  $229,282.43<br>Filing Creditor Name and Address<br> TITAN PLASTICS GROUP INC<br> 8051 MOORSBRIDGE<br> PORTAGE MI 49024 | Claim Holder Name and Address<br>TITAN PLASTICS GROUP INC<br>8051 MOORSBRIDGE<br>PORTAGE MI 49024<br><br>**Case Number\*** 05-44481 | Docketed Total<br><br><br>**Secured** | <br><br><br>**Priority** | $229,282.43<br><br><br>**Unsecured**<br>$229,282.43<br>$229,282.43 | <br><br><br>**Case Number\*** 05-44640 | Modified Total<br><br><br>**Secured** | <br><br><br>**Priority** | $147,710.86<br><br><br>**Unsecured**<br>$147,710.86<br>$147,710.86 |
| Claim: 10815<br>Date Filed:07/25/06<br>Docketed Total:  $2,003.55<br>Filing Creditor Name and Address<br> TOTAL FILTRATION SERVICES INC<br> 2725 COMMERCE PKWY<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>TOTAL FILTRATION SERVICES INC<br>2725 COMMERCE PKWY<br>AUBURN HILLS MI 48326<br><br>**Case Number\*** 05-44482 | Docketed Total<br><br><br>**Secured** | <br><br><br>**Priority** | $2,003.55<br><br><br>**Unsecured**<br>$2,003.55<br>$2,003.55 | <br><br><br>**Case Number\*** 05-44640 | Modified Total<br><br><br>**Secured** | <br><br><br>**Priority** | $2,003.55<br><br><br>**Unsecured**<br>$2,003.55<br>$2,003.55 |
| Claim: 13501<br>Date Filed:07/25/06<br>Docketed Total:  $49,655.16<br>Filing Creditor Name and Address<br> TRANE COMPANY<br> DIV OF AMERICAN STANDARD INC<br> 3600 PAMMEL CREEK RD<br> LA CROSSE WI 54601 | Claim Holder Name and Address<br>TRANE COMPANY<br>DIV OF AMERICAN STANDARD INC<br>3600 PAMMEL CREEK RD<br>LA CROSSE WI 54601<br><br>**Case Number\*** 05-44481 | Docketed Total<br><br><br>**Secured** | <br><br><br>**Priority** | $49,655.16<br><br><br>**Unsecured**<br>$49,655.16<br>_____<br>$49,655.16 | <br><br><br>**Case Number\*** 05-44554<br>05-44640 | Modified Total<br><br><br>**Secured** | <br><br><br>**Priority** | $35,743.73<br><br><br>**Unsecured**<br>$301.00<br>$35,442.73<br>$35,743.73 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  66 of 73

In re: Delphi Corporation, et al.                                                           Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2676**
Date Filed: 04/18/06
Docketed Total:  $5,572.96
Filing Creditor Name and Address
 TRANSFER TOOL PRODUCTS INC
 CO THOMAS G KING & DS HOLMGREN
 KREIS ENDERLE CALLANDER &
 HUDGINS E
 PO BOX 4010
 KALAMAZOO MI 49003-4010

Claim Holder Name and Address       Docketed Total       $5,572.96
TRANSFER TOOL PRODUCTS INC
CO THOMAS G KING & DS HOLMGREN
KREIS ENDERLE CALLANDER &
HUDGINS E
PO BOX 4010
KALAMAZOO MI 49003-4010

Modified Total       $5,572.96

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,572.96 | 05-44640 | | | $5,572.96 |
| | | | $5,572.96 | | | | $5,572.96 |

**Claim: 2678**
Date Filed: 04/18/06
Docketed Total:  $4,623.40
Filing Creditor Name and Address
 TRANSFER TOOL PRODUCTS INC
 CO THOMAS G KING & DS HOLMGREN
 KREIS ENDERLE CALLANDER &
 HUDGINS E
 PO BOX 4010
 KALAMAZOO MI 49003-4010

Claim Holder Name and Address       Docketed Total       $4,623.40
TRANSFER TOOL PRODUCTS INC
CO THOMAS G KING & DS HOLMGREN
KREIS ENDERLE CALLANDER &
HUDGINS E
PO BOX 4010
KALAMAZOO MI 49003-4010

Modified Total       $4,623.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,623.40 | 05-44640 | | | $4,623.40 |
| | | | $4,623.40 | | | | $4,623.40 |

**Claim: 1475**
Date Filed: 01/09/06
Docketed Total:   $1,000.00
Filing Creditor Name and Address
 TREASURER STATE OF OHIO
 ATTN ROBERT LEIDY
 OHIO DEPARTMENT OF HEALTH
 161 SOUTH HIGH ST STE 400
 AKRON OH 44308

Claim Holder Name and Address       Docketed Total       $1,000.00
TREASURER STATE OF OHIO
ATTN ROBERT LEIDY
OHIO DEPARTMENT OF HEALTH
161 SOUTH HIGH ST STE 400
AKRON OH 44308

Modified Total       $200.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,000.00 | 05-44640 | | | $200.00 |
| | | | $1,000.00 | | | | $200.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                             Page:   67 of 73

In re: Delphi Corporation, et al. _____ Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8075**
Date Filed:06/16/06
Docketed Total:  $21,230.04
Filing Creditor Name and Address
 TRUPAR AMERICA
 BRIAN BELBACK
 160 WILSON RD
 BENTLEYVILLE PA 15314

Claim Holder Name and Address    Docketed Total    $21,230.04
TRUPAR AMERICA
BRIAN BELBACK
160 WILSON RD
BENTLEYVILLE PA 15314

Modified Total    $20,808.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $21,230.04 | 05-44640 | | | $20,808.24 |
| | | | $21,230.04 | | | | $20,808.24 |

**Claim: 1793**
Date Filed:02/06/06
Docketed Total:  $39,726.30
Filing Creditor Name and Address
 UNITED ROAD SERVICES INC DBA
 PILOT TRANSPORT
 ATTN BILL COLE
 PO BOX 258
 BRIGHTON MI 48116

Claim Holder Name and Address    Docketed Total    $39,726.30
UNITED ROAD SERVICES INC DBA PILOT
TRANSPORT
ATTN BILL COLE
PO BOX 258
BRIGHTON MI 48116

Modified Total    $39,726.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $39,726.30 | 05-44640 | | | $39,726.30 |
| | | | $39,726.30 | | | | $39,726.30 |

**Claim: 15350**
Date Filed:07/31/06
Docketed Total:  $30,000.00
Filing Creditor Name and Address
 UNIVERSITY OF ILLINOIS
 THE OFFICE OF BUSINESS AFFAIRS
 GRANT & CONTRACTS 109 COBLE H
 801 S WRIGHT ST RMT CHG 5 01
 CHICAGO IL 61820

Claim Holder Name and Address    Docketed Total    $30,000.00
UNIVERSITY OF ILLINOIS
THE OFFICE OF BUSINESS AFFAIRS
GRANT & CONTRACTS 109 COBLE H
801 S WRIGHT ST RMT CHG 5 01
CHICAGO IL 61820

Modified Total    $30,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $30,000.00 | 05-44640 | | | $30,000.00 |
| | | | $30,000.00 | | | | $30,000.00 |

**Claim: 5454**
Date Filed:05/10/06
Docketed Total:  $1,643.70
Filing Creditor Name and Address
 UPPER PENINSULA POWER COMPANY
 PO BOX 19076
 GREEN BAY WI 54307-9076

Claim Holder Name and Address    Docketed Total    $1,643.70
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Modified Total    $1,643.70

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,643.70 | 05-44640 | | | $1,643.70 |
| | | | $1,643.70 | | | | $1,643.70 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                 Page:  68 of 73

In re: Delphi Corporation, et al.

Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7084<br>Date Filed: 05/30/06<br>Docketed Total:   $21.78<br>Filing Creditor Name and Address<br> USA MOBILE COMMUNICATIONS<br> USA MOBILITY METROCALL ARCH<br> WIRELES<br> 890 E HEINBERG ST<br> PENSACOLA FL 32502 | Claim Holder Name and Address<br>USA MOBILE COMMUNICATIONS<br>USA MOBILITY METROCALL ARCH<br>WIRELES<br>890 E HEINBERG ST<br>PENSACOLA FL 32502 | Docketed Total | | $21.78 | | Modified Total | | $21.78 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$21.78<br>$21.78 | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$21.78<br>$21.78 |
| Claim: 11030<br>Date Filed: 07/26/06<br>Docketed Total:   $1,372.28<br>Filing Creditor Name and Address<br> VECTREN ENERGY DELIVERY<br> ATTN SHARON ARMSTRONG<br> PO BOX 209<br> EVANSVILLE IN 47702 | Claim Holder Name and Address<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702 | Docketed Total | | $1,372.28 | | Modified Total | | $1,322.45 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,372.28<br>$1,372.28 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,322.45<br>$1,322.45 |
| Claim: 11031<br>Date Filed: 07/26/06<br>Docketed Total:   $777.39<br>Filing Creditor Name and Address<br> VECTREN ENERGY DELIVERY<br> ATTN SHARON ARMSTRONG<br> PO BOX 209<br> EVANSVILLE IN 47702 | Claim Holder Name and Address<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702 | Docketed Total | | $777.39 | | Modified Total | | $650.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$777.39<br>$777.39 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$650.00<br>$650.00 |
| Claim: 11037<br>Date Filed: 07/26/06<br>Docketed Total:   $1,092.16<br>Filing Creditor Name and Address<br> VECTREN ENERGY DELIVERY<br> ATTN SHARON ARMSTRONG<br> PO BOX 209<br> EVANSVILLE IN 47702 | Claim Holder Name and Address<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702 | Docketed Total | | $1,092.16 | | Modified Total | | $801.06 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,092.16<br>$1,092.16 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$801.06<br>$801.06 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                         Page:   69 of 73

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13457**
Date Filed:07/31/06
Docketed Total:   $379,947.09
Filing Creditor Name and Address
 VEHMA INTERNATIONAL OF
 AMERICAN INC
 SCHAFER AND WEINER PLLC
 40950 WOODWARD AVE STE 100
 BLOOMFIELD HILLS MI 48304

| Claim Holder Name and Address | Docketed Total | $379,947.09 |
|---|---|---|
| VEHMA INTERNATIONAL OF AMERICAN INC SCHAFER AND WEINER PLLC 40950 WOODWARD AVE STE 100 BLOOMFIELD HILLS MI 48304 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $379,947.09 | | |
| | $379,947.09 | | |

| | Modified Total | $245,137.69 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $245,137.69 |
| | | | $245,137.69 |

**Claim: 9471**
Date Filed:07/13/06
Docketed Total:   $38,735.12
Filing Creditor Name and Address
 VETTE CORP
 2 WALL ST 4TH FL
 MANCHESTER NH 03101

| Claim Holder Name and Address | Docketed Total | $38,735.12 |
|---|---|---|
| VETTE CORP 2 WALL ST 4TH FL MANCHESTER NH 03101 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $38,735.12 |
| | | | $38,735.12 |

| | Modified Total | $12,705.52 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,705.52 |
| | | | $12,705.52 |

**Claim: 9452**
Date Filed:07/13/06
Docketed Total:   $2,675,676.21
Filing Creditor Name and Address
 VISHAY AMERICAS INC
 ATTN MARION R HUBBARD
 1 GREENWHICH PL
 SHELTON CT 06484

| Claim Holder Name and Address | Docketed Total | $2,675,676.21 |
|---|---|---|
| VISHAY AMERICAS INC ATTN MARION R HUBBARD 1 GREENWHICH PL SHELTON CT 06484 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,675,676.21 |
| | | | $2,675,676.21 |

| | Modified Total | $92,156.46 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $92,156.46 |
| | | | $92,156.46 |

**Claim: 6561**
Date Filed:05/22/06
Docketed Total:   $119,243.50
Filing Creditor Name and Address
 VITRONICS SOLTEC
 2 MARIN WAY
 STRATHAM NH 03885

| Claim Holder Name and Address | Docketed Total | $119,243.50 |
|---|---|---|
| VITRONICS SOLTEC 2 MARIN WAY STRATHAM NH 03885 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $119,243.50 |
| | | | $119,243.50 |

| | Modified Total | $54,359.40 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,359.40 |
| | | | $54,359.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                         Page:   70 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 11393<br>Date Filed:07/27/06<br>Docketed Total:  $54,050.82<br>Filing Creditor Name and Address<br> VORYS SATER SEYMOUR AND PEASE<br> LLP<br> C O RANDALL D LATOUR ESQ<br> 52 E GAY ST<br> PO BOX 1008<br> COLUMBUS OH 43215 | Claim Holder Name and Address    Docketed Total    $54,050.82<br>VORYS SATER SEYMOUR AND PEASE LLP<br>C O RANDALL D LATOUR ESQ<br>52 E GAY ST<br>PO BOX 1008<br>COLUMBUS OH 43215 | Modified Total          $648.10 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $54,050.82 | 05-44640 | | | $648.10 |
| | | | $54,050.82 | | | | $648.10 |

| | | | |
|---|---|---|---|
| Claim: 9917<br>Date Filed:07/19/06<br>Docketed Total:  $10,510.50<br>Filing Creditor Name and Address<br> VOSS MANUFACTURING INC<br> 2345 LOCKPORT RD<br> SANBORN NY 14132 | Claim Holder Name and Address    Docketed Total    $10,510.50<br>VOSS MANUFACTURING INC<br>2345 LOCKPORT RD<br>SANBORN NY 14132 | Modified Total    $10,510.50 | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $10,510.50 | 05-44640 | | | $10,510.50 |
| | | | $10,510.50 | | | | $10,510.50 |

| | | | |
|---|---|---|---|
| Claim: 9060<br>Date Filed:07/06/06<br>Docketed Total:  $32,728.44<br>Filing Creditor Name and Address<br> WALTER MECHANICAL SERVICE<br> DBA ATI GROUP<br> 3419 PIERSON PL<br> FLUSHING MI 48433 | Claim Holder Name and Address    Docketed Total    $32,728.44<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Modified Total    $31,126.64 | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $32,728.44 | 05-44640 | | | $31,126.64 |
| | | | $32,728.44 | | | | $31,126.64 |

| | | | |
|---|---|---|---|
| Claim: 8742<br>Date Filed:06/29/06<br>Docketed Total:  $1,690.25<br>Filing Creditor Name and Address<br> WCR INC OHIO DIV<br> 221 CRANE ST<br> DAYTON OH 45403 | Claim Holder Name and Address    Docketed Total    $1,690.25<br>WCR INC OHIO DIV<br>221 CRANE ST<br>DAYTON OH 45403 | Modified Total    $1,690.25 | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,690.25 | 05-44640 | | | $1,690.25 |
| | | | $1,690.25 | | | | $1,690.25 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2047<br>Date Filed:02/16/06<br>Docketed Total:   $174,296.44<br>Filing Creditor Name and Address<br> WINDSOR MACHINE & STAMPING LTD<br> 5725 OUTER DR RR 1<br> WINDSOR ON W9A 6J3<br> CANADA | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $174,296.44 | | Modified Total | | $174,296.44 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$174,296.44<br>$174,296.44 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$174,296.44<br>$174,296.44 |
| Claim: 7062<br>Date Filed:05/30/06<br>Docketed Total:   $20,830.11<br>Filing Creditor Name and Address<br> WORKPLACE INTEGRATORS<br> DRAWER1634<br> PO BOX 79001<br> DETROIT MI 48279-1634 | Claim Holder Name and Address<br>WORKPLACE INTEGRATORS<br>DRAWER1634<br>PO BOX 79001<br>DETROIT MI 48279-1634 | Docketed Total | | $20,830.11 | | Modified Total | | $20,830.11 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,830.11<br>$20,830.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,830.11<br>$20,830.11 |
| Claim: 11224<br>Date Filed:07/26/06<br>Docketed Total:   $120,421.40<br>Filing Creditor Name and Address<br> XPEDX<br> MARTHA DIAZ<br> 3900 LIMA ST<br> DENVER CO 80239 | Claim Holder Name and Address<br>XPEDX<br>MARTHA DIAZ<br>3900 LIMA ST<br>DENVER CO 80239 | Docketed Total | | $120,421.40 | | Modified Total | | $120,421.40 |
| | Case Number*<br>05-44529 | Secured | Priority | Unsecured<br>$120,421.40<br>$120,421.40 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$120,421.40<br>$120,421.40 |
| Claim: 1568<br>Date Filed:01/17/06<br>Docketed Total:   $4,088.81<br>Filing Creditor Name and Address<br> YUASA & HARA<br> SECTION 206 NEW OHTEMACHI BLDG<br> 2 1<br> OHTEMACHI 2 CHOME CHIYODA KU<br> TOKYO  100-0004<br> JAPAN | Claim Holder Name and Address<br>YUASA & HARA<br>SECTION 206 NEW OHTEMACHI BLDG<br>2 1<br>OHTEMACHI 2 CHOME CHIYODA KU<br>TOKYO  100-0004<br>JAPAN | Docketed Total | | $4,088.81 | | Modified Total | | $4,012.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,088.81<br>$4,088.81 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,012.39<br>$4,012.39 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:   72 of 73

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9153<br>Date Filed:07/10/06<br>Docketed Total:  $48,340.32<br>Filing Creditor Name and Address<br> YUASA & HARA<br> SECTION 206 NEW OHTEMACHI BLDG<br> 2 1<br> OHTEMACHI 2 CHOME CHIYODA KU<br> TOKYO  100-0004<br> JAPAN | Claim Holder Name and Address  Docketed Total   $48,340.32<br>YUASA & HARA<br>SECTION 206 NEW OHTEMACHI BLDG<br>2 1<br>OHTEMACHI 2 CHOME CHIYODA KU<br>TOKYO  100-0004<br>JAPAN<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44554                                          $48,340.32<br>                                                  $48,340.32 | Modified Total    $45,691.36<br><br><br><br><br><br><br><br>Case Number*   Secured     Priority      Unsecured<br>05-44640                                       $45,691.36<br>                                               $45,691.36 |
| Claim: 4399<br>Date Filed:05/02/06<br>Docketed Total:  $5,066.84<br>Filing Creditor Name and Address<br> Z MAR TECHNOLOGY<br> TONYA CHAPMAN<br> PO BOX 1298<br> MATTHEWS NC 28106 | Claim Holder Name and Address  Docketed Total   $5,066.84<br>Z MAR TECHNOLOGY<br>TONYA CHAPMAN<br>PO BOX 1298<br>MATTHEWS NC 28106<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44481                                          $5,066.84<br>                                                  $5,066.84 | Modified Total     $2,257.62<br><br><br><br><br>Case Number*   Secured     Priority      Unsecured<br>05-44640                                       $2,257.62<br>                                               $2,257.62<br><br>Total Count of Claims:  285<br>Total Amount as Docketed:      $27,381,394.53<br>Total Amount as Modified:      $19,240,182.28 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.