In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2870<br>Date Filed:04/27/06<br>Docketed Total:  $3,954.48<br>Filing Creditor Name and Address<br> ANDERSON CO SC<br> ANDERSON CO TREASURER<br> PO BOX 8002<br> ANDERSON SC 29622 | Claim Holder Name and Address    Docketed Total    $3,954.48<br>ANDERSON CO SC<br>ANDERSON CO TREASURER<br>PO BOX 8002<br>ANDERSON SC 29622 | Modified Total    $3,033.57 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                             $3,954.48<br>                                         $3,954.48 | Case Number*    Secured    Priority    Unsecured<br>05-44640                             $3,033.57<br>                                         $3,033.57 |
| Claim: 1502<br>Date Filed:01/10/06<br>Docketed Total:  $112,252.16<br>Filing Creditor Name and Address<br> BOARD OF COUNTY COMMISSIONERS<br> OF JOHNSON COUNTY KANSAS<br> JOHNSON COUNTY LEGAL DEPT<br> JOHNSON COUNTY ADMIN BLDG<br> 111 S CHERRY ST STE 3200<br> OLATHE KS 66061-3441 | Claim Holder Name and Address    Docketed Total    $112,252.16<br>BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPT<br>JOHNSON COUNTY ADMIN BLDG<br>111 S CHERRY ST STE 3200<br>OLATHE KS 66061-3441 | Modified Total    $97,459.26 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640    $112,252.16<br>            $112,252.16 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $97,459.26<br>                                                    $97,459.26 |
| Claim: 1509<br>Date Filed:01/10/06<br>Docketed Total:  $325,806.69<br>Filing Creditor Name and Address<br> BOARD OF COUNTY COMMISSIONERS<br> OF JOHNSON COUNTY KANSAS<br> JOHNSON COUNTY LEGAL DEPT<br> JOHNSON COUNTY ADMIN BLDG<br> 111 S CHERRY ST STE 3200<br> OLATHE KS 66061-3441 | Claim Holder Name and Address    Docketed Total    $325,806.69<br>BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPT<br>JOHNSON COUNTY ADMIN BLDG<br>111 S CHERRY ST STE 3200<br>OLATHE KS 66061-3441 | Modified Total    $282,870.92 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                             $325,806.69<br>                                         $325,806.69 | Case Number*    Secured    Priority    Unsecured<br>05-44640                             $282,870.92<br>                                         $282,870.92 |
| Claim: 1332<br>Date Filed:12/27/05<br>Docketed Total:  $1,672.13<br>Filing Creditor Name and Address<br> CAMPBELL COUNTY TREASURERS<br> OFFICE<br> PO BOX 37<br> RUSTBURG VA 24588 | Claim Holder Name and Address    Docketed Total    $1,672.13<br>CAMPBELL COUNTY TREASURERS OFFICE<br>PO BOX 37<br>RUSTBURG VA 24588 | Modified Total    $1,282.73 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                             $1,672.13 | Case Number*    Secured    Priority    Unsecured<br>05-44640                             $1,282.73 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  1 of 22

In re: Delphi Corporation, et al.                                          Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | $1,672.13 | CLAIM AS MODIFIED | $1,282.73 |
|---|---|---|---|---|

**Claim: 325**
Date Filed: 11/04/05
Docketed Total:   $551.00
Filing Creditor Name and Address
 CAROLYN P BOWERS MONTGOMERY
 COUNTY TRUSTEE
 PO BOX 1005
 CLARKSVILLE TN 37041

Claim Holder Name and Address   Docketed Total   $551.00
CAROLYN P BOWERS MONTGOMERY COUNTY
TRUSTEE
PO BOX 1005
CLARKSVILLE TN 37041

Modified Total   $422.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $551.00 | | 05-44640 | | $422.68 | |
| | | $551.00 | | | | $422.68 | |

**Claim: 9558**
Date Filed: 07/17/06
Docketed Total:   $7,331.57
Filing Creditor Name and Address
 CHARTER TOWNSHIP OF BRIGHTON
 HARRIS & LITERSKI
 822 E GRAND RIVER
 BRIGHTON MI 48116

Claim Holder Name and Address   Docketed Total   $7,331.57
CHARTER TOWNSHIP OF BRIGHTON
HARRIS & LITERSKI
822 E GRAND RIVER
BRIGHTON MI 48116

Modified Total   $7,049.59

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $7,331.57 | | 05-44640 | | $7,049.59 | |
| | | $7,331.57 | | | | $7,049.59 | |

**Claim: 8763**
Date Filed: 06/29/06
Docketed Total:   $1,410.24
Filing Creditor Name and Address
 CHESTERFIELD CO SC
 CHESTERFIELD CO TAX TREASURER
 PO BOX 750
 CHESTERFIELD SC 29709

Claim Holder Name and Address   Docketed Total   $1,410.24
CHESTERFIELD CO SC
CHESTERFIELD CO TAX TREASURER
PO BOX 750
CHESTERFIELD SC 29709

Modified Total   $932.72

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,410.24 | | 05-44640 | | $932.72 | |
| | | $1,410.24 | | | | $932.72 | |

**Claim: 7239**
Date Filed: 05/31/06
Docketed Total:   $73.22
Filing Creditor Name and Address
 CHRIS HUGHES  OKALOOSA COUNTY
 TAX COLLECTOR
 OKALOOSA COUNTY TAX COLLECTOR
 151-C EGLIN PARKWAY NE
 FT WALTON BEACH FL 32548

Claim Holder Name and Address   Docketed Total   $73.22
CHRIS HUGHES  OKALOOSA COUNTY TAX
COLLECTOR
OKALOOSA COUNTY TAX COLLECTOR
151-C EGLIN PARKWAY NE
FT WALTON BEACH FL 32548

Modified Total   $65.65

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $73.22 | | | 05-44640 | | | $65.65 |
| | $73.22 | | | | | | $65.65 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                         Page:   2 of 22

In re: Delphi Corporation, et al.                                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7238**
Date Filed: 05/31/06
Docketed Total:   $16,756.18
Filing Creditor Name and Address
 CHRIS HUGHES OKALOOSA COUNTY
 TAX COLLECTOR
 PHILIP A BATES PA
 PO BOX 1390
 PENSACOLA FL 32591-1390

Claim Holder Name and Address     Docketed Total   $16,756.18
CHRIS HUGHES OKALOOSA COUNTY TAX
COLLECTOR
PHILIP A BATES PA
PO BOX 1390
PENSACOLA FL 32591-1390

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $16,756.18 | | |
| | $16,756.18 | | |

Modified Total   $16,120.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,120.74 |
| | | | $16,120.74 |

---

**Claim: 109**
Date Filed: 10/25/05
Docketed Total:   $4.00
Filing Creditor Name and Address
 CITY OF FRANKLIN
 TAX COLLECTOR
 PO BOX 705
 FRANKLIN TN 37065

Claim Holder Name and Address     Docketed Total   $4.00
CITY OF FRANKLIN
TAX COLLECTOR
PO BOX 705
FRANKLIN TN 37065

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $4.00 | | |
| | $4.00 | | |

Modified Total   $3.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3.07 | |
| | | $3.07 | |

---

**Claim: 7561**
Date Filed: 06/06/06
Docketed Total:   $16.91
Filing Creditor Name and Address
 CITY OF GORDONSVILLE TENNESSEE
 JAMIE D WINKLER ESQ
 BELLAR & WINKLER
 212 MAIN ST N
 PO BOX 332
 CARTHAGE TN 37030

Claim Holder Name and Address     Docketed Total   $16.91
CITY OF GORDONSVILLE TENNESSEE
JAMIE D WINKLER ESQ
BELLAR & WINKLER
212 MAIN ST N
PO BOX 332
CARTHAGE TN 37030

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $16.91 | |
| | | $16.91 | |

Modified Total   $12.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12.97 | |
| | | $12.97 | |

---

**Claim: 6653**
Date Filed: 05/23/06
Docketed Total:   $1,370.50
Filing Creditor Name and Address
 CITY OF LAREDO
 C O LAURA L GOMEZ
 212 FLORES AVE
 LAREDO TX 78040

Claim Holder Name and Address     Docketed Total   $1,370.50
CITY OF LAREDO
C O LAURA L GOMEZ
212 FLORES AVE
LAREDO TX 78040

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,370.50 | |
| | | $1,370.50 | |

Modified Total   $513.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $513.63 | |
| | | $513.63 | |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   3 of 22

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10138<br>Date Filed:07/21/06<br>Docketed Total:  $532.04<br>Filing Creditor Name and Address<br> CITY OF LYNCHBURG VA<br> CITY OF LYNCHBURG<br> PO BOX 9000<br> LYNCHBURG VA 24505 | Claim Holder Name and Address   Docketed Total      $532.04<br>CITY OF LYNCHBURG VA<br>CITY OF LYNCHBURG<br>PO BOX 9000<br>LYNCHBURG VA 24505 | Modified Total      $277.20 |
| | Case Number*     Secured       Priority        Unsecured<br>05-44640                         $532.04<br>                                 $532.04 | Case Number*     Secured       Priority        Unsecured<br>05-44640                         $277.20<br>                                 $277.20 |
| Claim: 3213<br>Date Filed:04/28/06<br>Docketed Total:  $34,386.70<br>Filing Creditor Name and Address<br> CITY OF N KANSAS MO<br> CITY HALL / CITY COLLECTOR<br> PO BOX 7468<br> 2010 HOWELL ST<br> N KANSAS CITY MO 64116 | Claim Holder Name and Address   Docketed Total   $34,386.70<br>CITY OF N KANSAS MO<br>CITY HALL / CITY COLLECTOR<br>PO BOX 7468<br>2010 HOWELL ST<br>N KANSAS CITY MO 64116 | Modified Total   $26,378.84 |
| | Case Number*     Secured       Priority        Unsecured<br>05-44640                        $34,386.70<br>                                $34,386.70 | Case Number*     Secured       Priority        Unsecured<br>05-44640                        $26,378.84<br>                                $26,378.84 |
| Claim: 425<br>Date Filed:11/07/05<br>Docketed Total:  $71.00<br>Filing Creditor Name and Address<br> CITY OF PULASKI<br> PO BOX 633<br> PULASKI TN 38478 | Claim Holder Name and Address   Docketed Total      $71.00<br>CITY OF PULASKI<br>PO BOX 633<br>PULASKI TN 38478 | Modified Total      $54.47 |
| | Case Number*     Secured       Priority        Unsecured<br>05-44640                                          $71.00<br>                                                  $71.00 | Case Number*     Secured       Priority        Unsecured<br>05-44640                         $54.47<br>                                 $54.47 |
| Claim: 6741<br>Date Filed:05/12/06<br>Docketed Total:  $2,132.39<br>Filing Creditor Name and Address<br> CITY OF TORRINGTON CT<br> CITY OF TORRINGTON TAX<br> COLLECTOR<br> PO BOX 839<br> TORRINGTON CT 06790 | Claim Holder Name and Address   Docketed Total    $2,132.39<br>CITY OF TORRINGTON CT<br>CITY OF TORRINGTON TAX<br>COLLECTOR<br>PO BOX 839<br>TORRINGTON CT 06790 | Modified Total    $1,983.62 |
| | Case Number*     Secured       Priority        Unsecured<br>05-44640       $2,132.39<br>               $2,132.39 | Case Number*     Secured       Priority        Unsecured<br>05-44640                                         $1,983.62<br>                                                 $1,983.62 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5858<br>Date Filed:05/15/06<br>Docketed Total:  $172.94<br>Filing Creditor Name and Address<br> CLARK COUNTY TREASURER<br> 31 N LIMESTONE ST<br> SPRINGFIELD OH 45502 | Claim Holder Name and Address   Docketed Total   $172.94<br>CLARK COUNTY TREASURER<br>31 N LIMESTONE ST<br>SPRINGFIELD OH 45502 | Modified Total   $132.67 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                $172.94<br>                         $172.94 | Case Number*   Secured   Priority   Unsecured<br>05-44640                $132.67<br>                         $132.67 |
| Claim: 5859<br>Date Filed:05/15/06<br>Docketed Total:  $134.10<br>Filing Creditor Name and Address<br> CLARK COUNTY TREASURER<br> 31 N LIMESTONE ST<br> PO BOX 1305<br> SPRINGFIELD OH 45502 | Claim Holder Name and Address   Docketed Total   $134.10<br>CLARK COUNTY TREASURER<br>31 N LIMESTONE ST<br>PO BOX 1305<br>SPRINGFIELD OH 45502 | Modified Total   $102.87 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                $134.10<br>                         $134.10 | Case Number*   Secured   Priority   Unsecured<br>05-44640                $102.87<br>                         $102.87 |
| Claim: 6869<br>Date Filed:05/25/06<br>Docketed Total:  $351.00<br>Filing Creditor Name and Address<br> CLINTON CITY RECORDER<br> 100 BOWLING ST CITY HALL<br> CLINTON TN 37716 | Claim Holder Name and Address   Docketed Total   $351.00<br>CLINTON CITY RECORDER<br>100 BOWLING ST CITY HALL<br>CLINTON TN 37716 | Modified Total   $331.40 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481   $351.00<br>            $351.00 | Case Number*   Secured   Priority   Unsecured<br>05-44640                       $331.40<br>                                $331.40 |
| Claim: 2949<br>Date Filed:04/27/06<br>Docketed Total:  $2,540.94<br>Filing Creditor Name and Address<br> CLINTON COUNTY IN<br> CLINTON COUNTY TREASURER<br> 220 COURTHOUSE SQ<br> FRANKFORT IN 46041 | Claim Holder Name and Address   Docketed Total   $2,540.94<br>CLINTON COUNTY IN<br>CLINTON COUNTY TREASURER<br>220 COURTHOUSE SQ<br>FRANKFORT IN 46041 | Modified Total   $2,245.08 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                       $2,540.94<br>                                $2,540.94 | Case Number*   Secured   Priority   Unsecured<br>05-44640                       $2,245.08<br>                                $2,245.08 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 355<br>Date Filed:11/04/05<br>Docketed Total:  $13,760.40<br>Filing Creditor Name and Address<br> COLLECTOR OF REVENUE<br> 41 S CENTRAL AVE<br> CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $13,760.40 | | | Modified Total | $10,555.98 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $13,760.40<br>$13,760.40 | | 05-44640 | | $10,555.98<br>$10,555.98 | |
| Claim: 356<br>Date Filed:11/04/05<br>Docketed Total:  $38.03<br>Filing Creditor Name and Address<br> COLLECTOR OF REVENUE<br> 41 S CENTRAL AVE<br> CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $38.03 | | | Modified Total | $29.79 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $38.03<br>$38.03 | | 05-44640 | | $29.79<br>$29.79 | |
| Claim: 357<br>Date Filed:11/04/05<br>Docketed Total:  $3,397.03<br>Filing Creditor Name and Address<br> COLLECTOR OF REVENUE<br> 41 S CENTRAL AVE<br> CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $3,397.03 | | | Modified Total | $2,605.94 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $3,397.03<br>$3,397.03 | | 05-44640 | | $2,605.94<br>$2,605.94 | |
| Claim: 3392<br>Date Filed:04/28/06<br>Docketed Total:  $25,358.82<br>Filing Creditor Name and Address<br> COPIAH COUNTY<br> TAX COLLECTOR<br> PO BOX 705<br> HAZLEHURST MS 39083 | Claim Holder Name and Address<br>COPIAH COUNTY<br>TAX COLLECTOR<br>PO BOX 705<br>HAZLEHURST MS 39083 | Docketed Total | | $25,358.82 | | | Modified Total | $24,620.21 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $25,358.82<br>$25,358.82 | | 05-44640 | | $24,620.21<br>$24,620.21 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                 Page:   6 of 22

In re: Delphi Corporation, et al.                                                                  Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4312<br>Date Filed:05/01/06<br>Docketed Total:   $529.30<br>Filing Creditor Name and Address<br> DAVIESS CO KY<br> DAVIESS COUNTY ATTORNEY<br> 212 ST ANN ST<br> OWENSBORO KY 42303 | Claim Holder Name and Address   Docketed Total      $529.30<br>DAVIESS CO KY<br>DAVIESS COUNTY ATTORNEY<br>212 ST ANN ST<br>OWENSBORO KY 42303<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                $529.30<br>                                        $529.30 | Modified Total      $272.93<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                $272.93<br>                                        $272.93 |
| Claim: 6361<br>Date Filed:05/19/06<br>Docketed Total:   $128.48<br>Filing Creditor Name and Address<br> DEARBORN COUNTYIN<br> DEARBORN COUNTY TREASURER<br> 215B W HIGH ST<br> NEW ADMINSTRATION BLGD<br> LAWRENCEBURG IN 47025 | Claim Holder Name and Address   Docketed Total      $128.48<br>DEARBORN COUNTYIN<br>DEARBORN COUNTY TREASURER<br>215B W HIGH ST<br>NEW ADMINSTRATION BLGD<br>LAWRENCEBURG IN 47025<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                $128.48<br>                                        $128.48 | Modified Total      $66.90<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                $66.90<br>                                        $66.90 |
| Claim: 10038<br>Date Filed:07/20/06<br>Docketed Total:   $392.83<br>Filing Creditor Name and Address<br> DELAWARE COUNTY IN<br> DELAWARE COUNTY TREASURER<br> 100 W MAIN ST<br> ROOM 102<br> MUNCIE IN 47305 | Claim Holder Name and Address   Docketed Total      $392.83<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                $392.83<br>                                        $392.83 | Modified Total      $392.83<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                $392.83<br>                                        $392.83 |
| Claim: 10039<br>Date Filed:07/20/06<br>Docketed Total:   $64.31<br>Filing Creditor Name and Address<br> DELAWARE COUNTY IN<br> DELAWARE COUNTY TREASURER<br> 100 W MAIN ST<br> ROOM 102<br> MUNCIE IN 47305 | Claim Holder Name and Address   Docketed Total      $64.31<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                $64.31<br>                                        $64.31 | Modified Total      $64.31<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                $64.31<br>                                        $64.31 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:   7 of 22

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10037**
Date Filed:07/20/06
Docketed Total:   $148.02
Filing Creditor Name and Address
 DELAWARE COUNTY TREASURER
 ROOM 102 COUNTY BLDG
 100 W MAIN ST
 MUNICE IN 47305

Claim Holder Name and Address — DELAWARE COUNTY TREASURER, ROOM 102 COUNTY BLDG, 100 W MAIN ST, MUNICE IN 47305 — Docketed Total $148.02

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $148.02 | | 05-44640 | | $148.02 | |
| | | $148.02 | | | | $148.02 | |

Modified Total $148.02

---

**Claim: 3389**
Date Filed:04/28/06
Docketed Total:   $43.44
Filing Creditor Name and Address
 EDGEFIELD CO SC
 EDGEFIELD CO TREASURER
 PO BOX 22
 EDGEFIELD SC 29824

Claim Holder Name and Address — EDGEFIELD CO SC, EDGEFIELD CO TREASURER, PO BOX 22, EDGEFIELD SC 29824 — Docketed Total $43.44

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $43.44 | 05-44640 | | | $28.97 |
| | | | $43.44 | | | | $28.97 |

Modified Total $28.97

---

**Claim: 1545**
Date Filed:01/17/06
Docketed Total:   $18.86
Filing Creditor Name and Address
 FORREST BUTCH FREEMAN OKLAHOMA
 COUNTY TREASURER
 320 ROBERT S KERR RM 307
 OKLAHOMA CITY OK 73102

Claim Holder Name and Address — FORREST BUTCH FREEMAN OKLAHOMA COUNTY TREASURER, 320 ROBERT S KERR RM 307, OKLAHOMA CITY OK 73102 — Docketed Total $18.86

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $18.86 | | | 05-44640 | | | $18.86 |
| | $18.86 | | | | | | $18.86 |

Modified Total $18.86

---

**Claim: 4415**
Date Filed:05/02/06
Docketed Total:   $21.33
Filing Creditor Name and Address
 GLEYN TWILLA
 CITY TAX COLLECTOR
 425 W COURT ST
 DYERSBURG TN 38024

Claim Holder Name and Address — GLEYN TWILLA, CITY TAX COLLECTOR, 425 W COURT ST, DYERSBURG TN 38024 — Docketed Total $21.33

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $21.33 | | 05-44640 | | $19.95 | |
| | | $21.33 | | | | $19.95 | |

Modified Total $19.95

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 893<br>Date Filed:11/28/05<br>Docketed Total:   $948.13<br>Filing Creditor Name and Address<br> GRAYSON COUNTY<br> F R YOUNG JR TREASURER<br> PO BOX 127<br> INDEPENDENCE VA 24348 | Claim Holder Name and Address   Docketed Total      $948.13<br>GRAYSON COUNTY<br>F R YOUNG JR TREASURER<br>PO BOX 127<br>INDEPENDENCE VA 24348 | Modified Total      $948.13 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $948.13 | | 05-44640 | | | $948.13 |
| | | $948.13 | | | | | $948.13 |

| | | |
|---|---|---|
| Claim: 4865<br>Date Filed:05/05/06<br>Docketed Total:   $2,398.16<br>Filing Creditor Name and Address<br> GREENWOOD CO SC<br> GREENWOOD CO TAX TREASURER<br> 528 MONUMENT ST<br> R 101<br> GREENWOOD SC 29646 | Claim Holder Name and Address   Docketed Total    $2,398.16<br>GREENWOOD CO SC<br>GREENWOOD CO TAX TREASURER<br>528 MONUMENT ST<br>R 101<br>GREENWOOD SC 29646 | Modified Total    $1,599.73 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $2,398.16 | | | 05-44640 | | | $1,599.73 |
| | $2,398.16 | | | | | | $1,599.73 |

| | | |
|---|---|---|
| Claim: 2232<br>Date Filed:03/09/06<br>Docketed Total:   $11,927.66<br>Filing Creditor Name and Address<br> HENRY COUNTY TREASURER<br> 101 S MAIN ST<br> NEW CASTLE IN 47362 | Claim Holder Name and Address   Docketed Total    $11,927.66<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE IN 47362 | Modified Total    $2,396.24 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $11,927.66 | | 05-44640 | | $2,396.24 | |
| | | $11,927.66 | | | | $2,396.24 | |

| | | |
|---|---|---|
| Claim: 5372<br>Date Filed:05/09/06<br>Docketed Total:   $860.67<br>Filing Creditor Name and Address<br> HILLSBOROUGH COUNTY TAX<br> COLLECTOR<br> PO BOX 172920<br> TAMPA FL 33602 | Claim Holder Name and Address   Docketed Total      $860.67<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>PO BOX 172920<br>TAMPA FL 33602 | Modified Total      $860.67 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $860.67 | | | 05-44640 | | | $860.67 |
| | $860.67 | | | | | | $860.67 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                           Page:   9 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5756**
Date Filed: 05/12/06
Docketed Total:   $669.29
Filing Creditor Name and Address
 JACKSON COUNTY
 MANAGER OF FINANCE
 COLLECTION DEPARTMENT
 415 E 12TH ST
 KANSAS CITY MO 64106-8401

Claim Holder Name and Address    Docketed Total    $669.29
JACKSON COUNTY
MANAGER OF FINANCE
COLLECTION DEPARTMENT
415 E 12TH ST
KANSAS CITY MO 64106-8401

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $669.29 | |
| | | $669.29 | |

Modified Total    $669.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $669.29 | |
| | | $669.29 | |

---

**Claim: 1160**
Date Filed: 12/13/05
Docketed Total:   $636.02
Filing Creditor Name and Address
 JOE G TEDDER TAX COLLECTOR
 PO BOX 1189
 BARTOW FL 33830

Claim Holder Name and Address    Docketed Total    $636.02
JOE G TEDDER TAX COLLECTOR
PO BOX 1189
BARTOW FL 33830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $636.02 | | |
| | $636.02 | | |

Modified Total    $487.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $487.91 |
| | | | $487.91 |

---

**Claim: 7901**
Date Filed: 06/13/06
Docketed Total:   $2,696.25
Filing Creditor Name and Address
 JOHNSON COUNTY TREASURER
 COURTHOUSE ANNEX
 86 W COURT ST
 FRANKLIN IN 46131

Claim Holder Name and Address    Docketed Total    $2,696.25
JOHNSON COUNTY TREASURER COURTHOUSE
ANNEX
86 W COURT ST
FRANKLIN IN 46131

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,696.25 | |
| | | $2,696.25 | |

Modified Total    $2,451.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,451.14 | |
| | | $2,451.14 | |

---

**Claim: 6565**
Date Filed: 05/22/06
Docketed Total:   $19.09
Filing Creditor Name and Address
 JONES CO MS
 JONES CO TAX COLLECTOR
 PO BOX 511
 LAUREL MS 39441

Claim Holder Name and Address    Docketed Total    $19.09
JONES CO MS
JONES CO TAX COLLECTOR
PO BOX 511
LAUREL MS 39441

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $19.09 | |
| | | $19.09 | |

Modified Total    $19.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $19.09 | |
| | | $19.09 | |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                     Page:  10 of 22

In re: Delphi Corporation, et al.                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1328<br>Date Filed:12/27/05<br>Docketed Total:  $269,106.72<br>Filing Creditor Name and Address<br> JUDY PITTS REVENUE<br> COMMISSIONER ETOWAH COUNTY<br> ALABAMA<br> ETOWAH COUNTY COURTHOUSE<br> 800 FORREST AVE RM 5<br> GADSDEN AL 35901 | Claim Holder Name and Address<br>JUDY PITTS REVENUE COMMISSIONER<br>ETOWAH COUNTY ALABAMA<br>ETOWAH COUNTY COURTHOUSE<br>800 FORREST AVE RM 5<br>GADSDEN AL 35901 | Docketed Total | $269,106.72 | | | Modified Total | $269,106.72 | |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority**<br>$269,106.72 | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$269,106.72 | **Unsecured** |
| | | | $269,106.72 | | | | $269,106.72 | |
| Claim: 1448<br>Date Filed:01/04/06<br>Docketed Total:   $4,025.93<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $4,025.93 | | | Modified Total | $3,183.90 | |
| | **Case Number\***<br>05-44640 | **Secured**<br>$4,025.93 | **Priority** | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$3,183.90 |
| | | $4,025.93 | | | | | | $3,183.90 |
| Claim: 1449<br>Date Filed:01/04/06<br>Docketed Total:   $4,848.48<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $4,848.48 | | | Modified Total | $3,834.41 | |
| | **Case Number\***<br>05-44640 | **Secured**<br>$4,848.48 | **Priority** | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$3,834.41 |
| | | $4,848.48 | | | | | | $3,834.41 |
| Claim: 1450<br>Date Filed:01/04/06<br>Docketed Total:   $3,247.89<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $3,247.89 | | | Modified Total | $2,568.59 | |
| | **Case Number\***<br>05-44640 | **Secured**<br>$3,247.89 | **Priority** | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$2,568.59 |
| | | $3,247.89 | | | | | | $2,568.59 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  11 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1451<br>Date Filed:01/04/06<br>Docketed Total:   $924.94<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address    Docketed Total        $924.94<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300<br><br>Case Number*     Secured       Priority      Unsecured<br>05-44640        $924.94<br>                $924.94 | Modified Total        $731.49<br><br><br><br><br>Case Number*    Secured       Priority      Unsecured<br>05-44640                                   $731.49<br>                                           $731.49 |
| Claim: 3331<br>Date Filed:04/28/06<br>Docketed Total:   $107.52<br>Filing Creditor Name and Address<br> KING COUNTY TAX COLLECTOR ROOM<br> 600<br> 500 4TH AVE<br> SEATTLE WA 98104-2340 | Claim Holder Name and Address    Docketed Total        $107.52<br>KING COUNTY TAX COLLECTOR ROOM 600<br>500 4TH AVE<br>SEATTLE WA 98104-2340<br><br>Case Number*     Secured       Priority      Unsecured<br>05-44481        $107.52<br>                $107.52 | Modified Total        $107.52<br><br><br><br>Case Number*    Secured       Priority      Unsecured<br>05-44640                                   $107.52<br>                                           $107.52 |
| Claim: 1770<br>Date Filed:02/03/06<br>Docketed Total:   $110,647.51<br>Filing Creditor Name and Address<br> LEXINGTON COUNTY<br> 212 S LAKE DR<br> LEXINGTON SC 29072 | Claim Holder Name and Address    Docketed Total      $110,647.51<br>LEXINGTON COUNTY<br>212 S LAKE DR<br>LEXINGTON SC 29072<br><br>Case Number*     Secured       Priority      Unsecured<br>05-44481        $110,647.51<br>                $110,647.51 | Modified Total      $98,010.73<br><br><br><br>Case Number*    Secured       Priority      Unsecured<br>05-44640                                   $98,010.73<br>                                           $98,010.73 |
| Claim: 3900<br>Date Filed:05/01/06<br>Docketed Total:   $279,385.42<br>Filing Creditor Name and Address<br> LIMESTONE COUNTY REVENUE<br> COMMISSIONER<br> 100 S CLINTON ST STE A<br> ATHENS AL 35611 | Claim Holder Name and Address    Docketed Total      $279,385.42<br>LIMESTONE COUNTY REVENUE<br>COMMISSIONER<br>100 S CLINTON ST STE A<br>ATHENS AL 35611<br><br>Case Number*     Secured       Priority      Unsecured<br>05-44481        $279,385.42<br>                $279,385.42 | Modified Total      $139,692.54<br><br><br><br><br>Case Number*    Secured       Priority      Unsecured<br>05-44640                                   $139,692.54<br>                                           $139,692.54 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   12 of 22

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4301<br>Date Filed:05/01/06<br>Docketed Total:  $74,750.40<br>Filing Creditor Name and Address<br> LINCOLN CO MS<br> LINCOLN COUNTY TAX COLLECTOR<br> 301 SOUTH 1ST ST<br> ROOM 109<br> BROOKHAVEN MS 39601 | Claim Holder Name and Address<br>LINCOLN CO MS<br>LINCOLN COUNTY TAX COLLECTOR<br>301 SOUTH 1ST ST<br>ROOM 109<br>BROOKHAVEN MS 39601 | Docketed Total | | $74,750.40 | | Modified Total | | $74,750.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$74,750.40<br>$74,750.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$74,750.40<br>$74,750.40 |
| Claim: 5562<br>Date Filed:05/01/06<br>Docketed Total:  $26,390.76<br>Filing Creditor Name and Address<br> LINCOLN COUNTY TAX<br> 301 SOUTH 1ST ROOM 109<br> BROOKHAVEN MS 39601 | Claim Holder Name and Address<br>LINCOLN COUNTY TAX<br>301 SOUTH 1ST ROOM 109<br>BROOKHAVEN MS 39601 | Docketed Total | | $26,390.76 | | Modified Total | | $26,390.76 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$26,390.76<br>$26,390.76 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$26,390.76<br>$26,390.76 | Unsecured |
| Claim: 1331<br>Date Filed:12/27/05<br>Docketed Total:  $385.25<br>Filing Creditor Name and Address<br> LOUISVILLE JEFFERSON COUNTY<br> METRO GOVERNMENT<br> JEFFERSON COUNTY ATTORNEY'S<br> OFFICE<br> FISCAL COURT BUILDING<br> 531 COURT PLACE STE 1001<br> LOUISVILLE KY 40202 | Claim Holder Name and Address<br>LOUISVILLE JEFFERSON COUNTY METRO<br>GOVERNMENT<br>JEFFERSON COUNTY ATTORNEY'S<br>OFFICE<br>FISCAL COURT BUILDING<br>531 COURT PLACE STE 1001<br>LOUISVILLE KY 40202 | Docketed Total | | $385.25 | | Modified Total | | $207.53 |
| | Case Number*<br>05-44640 | Secured<br>$385.25<br>$385.25 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$207.53<br>$207.53 |
| Claim: 10576<br>Date Filed:07/25/06<br>Docketed Total:  $24,661.06<br>Filing Creditor Name and Address<br> MADISON CO MS<br> MADISON CO TAX COLLECTOR<br> PO BOX 113<br> CANTON MS 39046 | Claim Holder Name and Address<br>MADISON CO MS<br>MADISON CO TAX COLLECTOR<br>PO BOX 113<br>CANTON MS 39046 | Docketed Total | | $24,661.06 | | Modified Total | | $18,918.07 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$24,661.06<br>$24,661.06 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$18,918.07<br>$18,918.07 | Unsecured |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16571<br>Date Filed:03/12/07<br>Docketed Total: $1,064,727.48<br>Filing Creditor Name and Address<br> MADISON COUNTY INDIANA<br> TREASURER<br> C O THOMAS M BEEMAN ATTORNEY<br> AT LAW<br> 33 W 10TH ST STE 200<br> ANDERSON IN 46016 | Claim Holder Name and Address   Docketed Total   $1,064,727.48<br>MADISON COUNTY INDIANA TREASURER<br>C O THOMAS M BEEMAN ATTORNEY<br>AT LAW<br>33 W 10TH ST STE 200<br>ANDERSON IN 46016<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481             $1,064,727.48<br>                     $1,064,727.48 | Modified Total   $1,064,727.48<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $1,064,727.48<br>                     $1,064,727.48 |
| Claim: 1776<br>Date Filed:02/06/06<br>Docketed Total: $25,633.36<br>Filing Creditor Name and Address<br> MARION CO TREASURER<br> PO BOX 275<br> MARION SC 29571 | Claim Holder Name and Address   Docketed Total   $25,633.36<br>MARION CO TREASURER<br>PO BOX 275<br>MARION SC 29571<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $25,633.36<br>                     $25,633.36 | Modified Total   $25,631.21<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $25,631.21<br>                     $25,631.21 |
| Claim: 4733<br>Date Filed:05/04/06<br>Docketed Total: $432.23<br>Filing Creditor Name and Address<br> MARION COUNTY TAX COLLECTOR<br> PO BOX 970<br> OCALA FL 34478-0970 | Claim Holder Name and Address   Docketed Total   $432.23<br>MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA FL 34478-0970<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $432.23<br>           $432.23 | Modified Total   $331.57<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                               $331.57<br>                                       $331.57 |
| Claim: 3809<br>Date Filed:05/01/06<br>Docketed Total: $23,506.58<br>Filing Creditor Name and Address<br> MAURY COUNTY TRUSTEE<br> ONE PUBLIC SQUARE<br> COLUMBIA TN 38401 | Claim Holder Name and Address   Docketed Total   $23,506.58<br>MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA TN 38401<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481             $23,506.58<br>                     $23,506.58 | Modified Total   $22,821.92<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $22,821.92<br>                     $22,821.92 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  14 of 22

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1508**
Date Filed: 01/10/06
Docketed Total:   $2,185.62
Filing Creditor Name and Address
 MCDONALD COUNTY COLLECTOR
 CLOTEEL ATKINS
 BOX 725
 PINEVILLE MO 64856

Claim Holder Name and Address      Docketed Total      $2,185.62
MCDONALD COUNTY COLLECTOR CLOTEEL
ATKINS
BOX 725
PINEVILLE MO 64856

Modified Total      $2,185.62

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $2,185.62 | | | 05-44640 | | | $2,185.62 |
| | $2,185.62 | | | | | | $2,185.62 |

---

**Claim: 1038**
Date Filed: 12/06/05
Docketed Total:   $806.18
Filing Creditor Name and Address
 METROPOLITAN GOVERNMENT OF
 NASHVILLE AND DAVIDSON COUNTY
 DEPT OF LAW
 RM 204 METROPOLITAN COURTHOUSE
 NASHVILLE TN 37201

Claim Holder Name and Address      Docketed Total      $806.18
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
DEPT OF LAW
RM 204 METROPOLITAN COURTHOUSE
NASHVILLE TN 37201

Modified Total      $618.44

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44610 | $806.18 | | | 05-44640 | | | $618.44 |
| | $806.18 | | | | | | $618.44 |

---

**Claim: 11121**
Date Filed: 07/27/06
Docketed Total:   $10,929.20
Filing Creditor Name and Address
 MONROE CO MO
 MONROE CO COLLECTOR
 300 N MAIN
 PO BOX 245
 PARIS MO 65275

Claim Holder Name and Address      Docketed Total      $10,929.20
MONROE CO MO
MONROE CO COLLECTOR
300 N MAIN
PO BOX 245
PARIS MO 65275

Modified Total      $10,929.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $10,929.20 | | 05-44640 | | $10,929.20 | |
| | | $10,929.20 | | | | $10,929.20 | |

---

**Claim: 10557**
Date Filed: 07/24/06
Docketed Total:   $29.87
Filing Creditor Name and Address
 MONROE COUNTY IN
 MONROE COUNTY TREASURER
 COURTHUSE ROOM 204
 BLOOMINGTON IN 47404

Claim Holder Name and Address      Docketed Total      $29.87
MONROE COUNTY IN
MONROE COUNTY TREASURER
COURTHUSE ROOM 204
BLOOMINGTON IN 47404

Modified Total      $28.86

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $29.87 | | 05-44640 | | $28.86 | |
| | | $29.87 | | | | $28.86 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                     Page:  15 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1456<br>Date Filed:01/03/06<br>Docketed Total:  $6.34<br>Filing Creditor Name and Address<br> MORGAN COUNTY REVENUE<br> COMMISSIONER<br> AMANDA G SCOTT CPA<br> PO BOX 696<br> DECATUR AL 35602 | Claim Holder Name and Address   Docketed Total      $6.34<br>MORGAN COUNTY REVENUE COMMISSIONER<br>AMANDA G SCOTT CPA<br>PO BOX 696<br>DECATUR AL 35602 | | | | | | Modified Total        $6.34 | |
| | Case Number*<br>05-44640 | Secured<br>$6.34 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6.34 |
| | | $6.34 | | | | | | $6.34 |
| Claim: 5633<br>Date Filed:05/11/06<br>Docketed Total:  $5,704.18<br>Filing Creditor Name and Address<br> NEWTON CO MS<br> NEWTON CO TAX COLLECTOR<br> PO BOX 7<br> DECATUR MS 39327 | Claim Holder Name and Address   Docketed Total    $5,704.18<br>NEWTON CO MS<br>NEWTON CO TAX COLLECTOR<br>PO BOX 7<br>DECATUR MS 39327 | | | | | | Modified Total   $5,484.79 | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$5,704.18 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$5,484.79 | Unsecured |
| | | | $5,704.18 | | | | $5,484.79 | |
| Claim: 6939<br>Date Filed:05/26/06<br>Docketed Total:  $106.91<br>Filing Creditor Name and Address<br> NEWTON COUNTY IN<br> NEWTON COUNTY TREASURER<br> COURTHOUSE<br> KENTLAND IN 47951 | Claim Holder Name and Address   Docketed Total      $106.91<br>NEWTON COUNTY IN<br>NEWTON COUNTY TREASURER<br>COURTHOUSE<br>KENTLAND IN 47951 | | | | | | Modified Total       $97.19 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$106.91 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$97.19 | Unsecured |
| | | | $106.91 | | | | $97.19 | |
| Claim: 10248<br>Date Filed:07/21/06<br>Docketed Total:  $8,075.92<br>Filing Creditor Name and Address<br> PIMA COUNTY TREASURER PIMA<br> COUNTY ASSESSOR PIMA COUNTY<br> ARIZONA<br> PIMA COUNTY ATTORNEYS OFFICE<br> CIVIL<br> 32 N STONE AVE STE 2100<br> TUCSON AZ 85701 | Claim Holder Name and Address   Docketed Total    $8,075.92<br>PIMA COUNTY TREASURER PIMA COUNTY<br>ASSESSOR PIMA COUNTY ARIZONA<br>PIMA COUNTY ATTORNEYS OFFICE<br>CIVIL<br>32 N STONE AVE STE 2100<br>TUCSON AZ 85701 | | | | | | Modified Total   $7,969.66 | |
| | Case Number*<br>05-44481 | Secured<br>$8,075.92 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,969.66 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                           Page:  16 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED $8,075.92 | | | | CLAIM AS MODIFIED | | | $7,969.66 |
|---|---|---|---|---|---|---|---|---|

**Claim: 3556**
Date Filed: 05/01/06
Docketed Total:   $100.61
Filing Creditor Name and Address
 POPE COUNTY AR
 POPE COUNTY TAX COLLECTOR
 100 WEST MAIN ST
 RUSSELLVILLE AR 72801

Claim Holder Name and Address — Docketed Total $100.61
POPE COUNTY AR
POPE COUNTY TAX COLLECTOR
100 WEST MAIN ST
RUSSELLVILLE AR 72801

Modified Total $78.56

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $100.61 | 05-44640 | | | $78.56 |
| | | | $100.61 | | | | $78.56 |

**Claim: 3767**
Date Filed: 05/01/06
Docketed Total:   $42,243.59
Filing Creditor Name and Address
 PORTAGE COUNTY TREASURER
 449 S MERIDIAN 1ST FL
 PO BOX 1217
 RAVENNA OH 44266

Claim Holder Name and Address — Docketed Total $42,243.59
PORTAGE COUNTY TREASURER
449 S MERIDIAN 1ST FL
PO BOX 1217
RAVENNA OH 44266

Modified Total $36,676.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $42,243.59 | | 05-44640 | | $36,676.60 | |
| | | $42,243.59 | | | | $36,676.60 | |

**Claim: 5922**
Date Filed: 05/16/06
Docketed Total:   $5,452.41
Filing Creditor Name and Address
 RANKIN COUNTY
 211 E GOVT ST
 STE B
 BRANDON MS 39042

Claim Holder Name and Address — Docketed Total $5,452.41
RANKIN COUNTY
211 E GOVT ST
STE B
BRANDON MS 39042

Modified Total $5,452.41

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $5,452.41 | | 05-44640 | | $5,452.41 | |
| | | $5,452.41 | | | | $5,452.41 | |

**Claim: 424**
Date Filed: 11/07/05
Docketed Total:   $717.59
Filing Creditor Name and Address
 RAY VALDES SEMINOLE COUNTY TAX
 COLLECTOR
 1101 E FIRST ST
 PO BOX 630
 SANFORD FL 32772

Claim Holder Name and Address — Docketed Total $717.59
RAY VALDES SEMINOLE COUNTY TAX
COLLECTOR
1101 E FIRST ST
PO BOX 630
SANFORD FL 32772

Modified Total $550.48

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $717.59 | | | 05-44640 | | | $550.48 |
| | $717.59 | | | | | | $550.48 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  17 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8347<br>Date Filed:06/22/06<br>Docketed Total:   $104.09<br>Filing Creditor Name and Address<br> ROGERS COUNTY TREASURER<br> PO BOX 699<br> CLAREMORE OK 74018 | Claim Holder Name and Address     Docketed Total       $104.09<br>ROGERS COUNTY TREASURER<br>PO BOX 699<br>CLAREMORE OK 74018<br><br>Case Number*    Secured       Priority      Unsecured<br>05-44481                    $104.09<br>                            $104.09 | Modified Total       $90.04<br><br>Case Number*    Secured       Priority      Unsecured<br>05-44640                    $90.04<br>                            $90.04 |
| Claim: 758<br>Date Filed:11/22/05<br>Docketed Total:   $377.96<br>Filing Creditor Name and Address<br> RONALD A LEGGETT COLLECTOR OF<br> REV<br> RONALD A LEGGETT COLLECTOR OF<br> REVEN<br> 109 CITY HALL<br> ST LOUIS MO 63103 | Claim Holder Name and Address     Docketed Total       $377.96<br>RONALD A LEGGETT COLLECTOR OF REV<br>RONALD A LEGGETT COLLECTOR OF<br>REVEN<br>109 CITY HALL<br>ST LOUIS MO 63103<br><br>Case Number*    Secured       Priority      Unsecured<br>05-44481                    $377.96<br>                            $377.96 | Modified Total       $289.94<br><br>Case Number*    Secured       Priority      Unsecured<br>05-44640                    $289.94<br>                            $289.94 |
| Claim: 5669<br>Date Filed:05/08/06<br>Docketed Total:   $36.47<br>Filing Creditor Name and Address<br> SMITH COUNTY TRUSTEE<br> JAMIE D WINKLER<br> PO BOX 332<br> CARTHAGE TN 37030 | Claim Holder Name and Address     Docketed Total       $36.47<br>SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER<br>PO BOX 332<br>CARTHAGE TN 37030<br><br>Case Number*    Secured       Priority      Unsecured<br>05-44481                    $36.47<br>                            $36.47 | Modified Total       $33.88<br><br>Case Number*    Secured       Priority      Unsecured<br>05-44640                    $33.88<br>                            $33.88 |
| Claim: 792<br>Date Filed:11/22/05<br>Docketed Total:   $145.15<br>Filing Creditor Name and Address<br> ST CHARLES COUNTY COLLECTOR<br> 201 N SECOND ST RM 134<br> ST CHARLES MO 63301-2789 | Claim Holder Name and Address     Docketed Total       $145.15<br>ST CHARLES COUNTY COLLECTOR<br>201 N SECOND ST RM 134<br>ST CHARLES MO 63301-2789<br><br>Case Number*    Secured       Priority      Unsecured<br>05-44610                    $145.15<br>                            $145.15 | Modified Total       $111.35<br><br>Case Number*    Secured       Priority      Unsecured<br>05-44640                    $111.35<br>                            $111.35 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  18 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 797**
Date Filed:11/22/05
Docketed Total:  $55,010.23
Filing Creditor Name and Address
 ST CHARLES COUNTY COLLECTOR
 201 N SECOND ST RM 134
 ST CHARLES MO 63301-2789

Claim Holder Name and Address
ST CHARLES COUNTY COLLECTOR
201 N SECOND ST RM 134
ST CHARLES MO 63301-2789

Docketed Total    $55,010.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $55,010.23 | |
| | | $55,010.23 | |

Modified Total    $42,199.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $42,199.63 | |
| | | $42,199.63 | |

---

**Claim: 1324**
Date Filed:12/27/05
Docketed Total:  $1,929.19
Filing Creditor Name and Address
 ST JOHNS COUNTY TAX COLLECTOR
 DENNIS W HOLLINGSWORTH
 PO BOX 9001
 ST AUGUSTINE FL 32085-9001

Claim Holder Name and Address
ST JOHNS COUNTY TAX COLLECTOR
DENNIS W HOLLINGSWORTH
PO BOX 9001
ST AUGUSTINE FL 32085-9001

Docketed Total    $1,929.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $1,929.19 | | |
| | $1,929.19 | | |

Modified Total    $1,479.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,479.93 |
| | | | $1,479.93 |

---

**Claim: 7093**
Date Filed:05/30/06
Docketed Total:  $133.12
Filing Creditor Name and Address
 STATE OF LOUISIANA
 LOUISIANA DEPARTMENT OF
 REVENUE
 PO BOX 66658
 BATON ROUGE LA 70896

Claim Holder Name and Address
STATE OF LOUISIANA
LOUISIANA DEPARTMENT OF
REVENUE
PO BOX 66658
BATON ROUGE LA 70896

Docketed Total    $133.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $133.12 | |
| | | $133.12 | |

Modified Total    $133.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $133.12 | |
| | | $133.12 | |

---

**Claim: 1327**
Date Filed:12/27/05
Docketed Total:  $2,483.92
Filing Creditor Name and Address
 SUMNER COUNTY TRUSTEE
 355 BELVEDERE DR RM 107
 GALLATIN TN 37066

Claim Holder Name and Address
SUMNER COUNTY TRUSTEE
355 BELVEDERE DR RM 107
GALLATIN TN 37066

Docketed Total    $2,483.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,483.92 | |
| | | $2,483.92 | |

Modified Total    $1,905.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,905.46 | |
| | | $1,905.46 | |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:  19 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 2833**
Date Filed: 04/26/06
Docketed Total:  $1,104.78
Filing Creditor Name and Address
 TAX COLLECTOR
 TAX COLLECTOR TOWN OF
 WATERTOWN
 PO BOX 224
 WATERTOWN CT 06795

Claim Holder Name and Address — Docketed Total $1,104.78
TAX COLLECTOR
TAX COLLECTOR TOWN OF
WATERTOWN
PO BOX 224
WATERTOWN CT 06795

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $1,104.78 | | |
| | $1,104.78 | | |

Modified Total $869.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $869.39 |
| | | | $869.39 |

**Claim: 4527**
Date Filed: 05/02/06
Docketed Total:  $44,542.68
Filing Creditor Name and Address
 TAX COLLECTOR PINELLAS COUNTY
 ATTN BETTY A GRAMLEY TAX
 MANAGER
 PO BOX 2943
 CLEARWATER FL 33757-2943

Claim Holder Name and Address — Docketed Total $44,542.68
TAX COLLECTOR PINELLAS COUNTY
ATTN BETTY A GRAMLEY TAX
MANAGER
PO BOX 2943
CLEARWATER FL 33757-2943

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $44,542.68 | | |
| | $44,542.68 | | |

Modified Total $17,084.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,084.87 |
| | | | $17,084.87 |

**Claim: 9271**
Date Filed: 04/26/06
Docketed Total:  $2,257.22
Filing Creditor Name and Address
 TAX COLLECTOR SANTA ROSA
 COUNTY
 ATTN CINDY GRIMES DELINQUENT
 TAX DE
 ROBERT MCCLURE SANTA ROSA TAX
 COLLE
 PO BOX 7100
 MILTON FL 32572

Claim Holder Name and Address — Docketed Total $2,257.22
TAX COLLECTOR SANTA ROSA COUNTY
ATTN CINDY GRIMES DELINQUENT
TAX DE
ROBERT MCCLURE SANTA ROSA TAX
COLLE
PO BOX 7100
MILTON FL 32572

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $2,257.22 | | |
| | $2,257.22 | | |

Modified Total $2,052.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,052.02 |
| | | | $2,052.02 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8344**
Date Filed: 06/22/06
Docketed Total: $9,379.17
Filing Creditor Name and Address
 TIPTON COUNTY IN
 TIPTON COUNTY TREASURER
 COURTHOUSE
 TIPTON IN 46072

Claim Holder Name and Address
TIPTON COUNTY IN
TIPTON COUNTY TREASURER
COURTHOUSE
TIPTON IN 46072

Docketed Total $9,379.17 — Modified Total $7,804.36

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $9,379.17 | | 05-44640 | | $7,804.36 | |
| | | $9,379.17 | | | | $7,804.36 | |

**Claim: 8225**
Date Filed: 06/19/06
Docketed Total: $612.98
Filing Creditor Name and Address
 TREASURER OF KOSCIUSKO COUNTY
 100 W CTR ST
 WARSAW IN 46580

Claim Holder Name and Address
TREASURER OF KOSCIUSKO COUNTY
100 W CTR ST
WARSAW IN 46580

Docketed Total $612.98 — Modified Total $557.25

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $612.98 | 05-44640 | | | $557.25 |
| | | | $612.98 | | | | $557.25 |

**Claim: 7835**
Date Filed: 06/12/06
Docketed Total: $6.32
Filing Creditor Name and Address
 TREASURER OF VIGO COUNTY
 DAVID CROCKETT
 PO BOX 1466
 INDIANAPOLIS IN 46206-1466

Claim Holder Name and Address
TREASURER OF VIGO COUNTY
DAVID CROCKETT
PO BOX 1466
INDIANAPOLIS IN 46206-1466

Docketed Total $6.32 — Modified Total $4.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $6.32 | | 05-44640 | | $4.84 | |
| | | $6.32 | | | | $4.84 | |

**Claim: 108**
Date Filed: 10/25/05
Docketed Total: $25.00
Filing Creditor Name and Address
 WILLIAMSON COUNTY TRUSTEE
 WALTER J DAVIS TRUSTEE
 PO BOX 648
 FRANKLIN TN 37065

Claim Holder Name and Address
WILLIAMSON COUNTY TRUSTEE
WALTER J DAVIS TRUSTEE
PO BOX 648
FRANKLIN TN 37065

Docketed Total $25.00 — Modified Total $19.18

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $25.00 | | | 05-44640 | | $19.18 | |
| | $25.00 | | | | | $19.18 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  21 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6053<br>Date Filed:05/16/06<br>Docketed Total:   $963.65<br>Filing Creditor Name and Address<br>  WILSON CO TN<br>  WILSON COUNTY TRUSTEE<br>  PO BOX 865<br>  LEBANON TN 37088 | Claim Holder Name and Address    Docketed Total        $963.65<br>WILSON CO TN<br>WILSON COUNTY TRUSTEE<br>PO BOX 865<br>LEBANON TN 37088<br><br>Case Number*   Secured        Priority       Unsecured<br>05-44640                        $963.65<br>                               $963.65 | Modified Total        $537.75<br><br><br><br>Case Number*   Secured       Priority       Unsecured<br>05-44640                     $537.75<br>                             $537.75 |
| Claim: 1706<br>Date Filed:01/30/06<br>Docketed Total:   $8,156.89<br>Filing Creditor Name and Address<br>  YORK COUNTY TAX COLLECTOR<br>  1070 HECKLE BEVA BOX 14<br>  ROCK HILL SC 29732-2863 | Claim Holder Name and Address    Docketed Total       $8,156.89<br>YORK COUNTY TAX COLLECTOR<br>1070 HECKLE BEVA BOX 14<br>ROCK HILL SC 29732-2863<br><br>Case Number*   Secured        Priority       Unsecured<br>05-44481       $8,156.89<br>               $8,156.89 | Modified Total        $6,257.34<br><br><br><br>Case Number*   Secured       Priority       Unsecured<br>05-44640                                   $6,257.34<br>                                           $6,257.34<br><br><br>Total Count of Claims:  85<br>Total Amount as Docketed:      $2,691,985.08<br>Total Amount as Modified:      $2,392,053.91 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.