In re: Delphi Corporation, et al.                                                                          Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1139￼Date Filed:12/13/05￼Docketed Total:   $93,039.28￼Filing Creditor Name and Address￼ ALL RITE INDUSTRIES￼ 470 OAKWOOD RD￼ LAKE ZURICH IL 60047 | Claim Holder Name and Address￼ALL RITE INDUSTRIES￼470 OAKWOOD RD￼LAKE ZURICH IL 60047 | Docketed Total | | $93,039.28 | | | Modified Total | $93,039.28 |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$93,039.28￼$93,039.28 | Case Number*￼05-44640 | Secured | Priority￼$13,280.00￼$13,280.00 | Unsecured￼$79,759.28￼$79,759.28 |
| Claim: 15203￼Date Filed:07/31/06￼Docketed Total:   $110,591.58￼Filing Creditor Name and Address￼ AMI INDUSTRIES INC￼ AMI INDUSTRIES PREPETITION￼ 5093 N RED OAK RD￼ LEWISTON MI 49756 | Claim Holder Name and Address￼AMI INDUSTRIES INC￼AMI INDUSTRIES PREPETITION￼5093 N RED OAK RD￼LEWISTON MI 49756 | Docketed Total | | $110,591.58 | | | Modified Total | $110,591.58 |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$110,591.58￼$110,591.58 | Case Number*￼05-44640 | Secured | Priority￼$184.23￼$184.23 | Unsecured￼$110,407.35￼$110,407.35 |
| Claim: 11580￼Date Filed:07/27/06￼Docketed Total:   $22,755.61￼Filing Creditor Name and Address￼ AMROC INVESTMENTS LLC AS￼ ASSIGNEE OF TOTAL COMPONENT￼ AS ASSIGNEE OF TOTAL COMPONENT￼ ATTN DAVID S LEINWAND￼ 535 MADISON AVE 15TH FL￼ NEW YORK NY 10022 | Claim Holder Name and Address￼AMROC INVESTMENTS LLC￼ATTN DAVID S LEINWAND ESQ￼535 MADISON AVE 15TH FL￼NEW YORK NY 10022 | Docketed Total | | $22,755.61 | | | Modified Total | $19,985.86 |
| | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$22,755.61￼￼$22,755.61 | Case Number*￼05-44640 | Secured | Priority￼$900.36￼￼$900.36 | Unsecured￼$19,085.50￼￼$19,085.50 |
| Claim: 4458￼Date Filed:05/02/06￼Docketed Total:   $11,070.00￼Filing Creditor Name and Address￼ ARMADA RUBBER MANUFACTURING￼ COMPANY￼ ROBERT BOVA￼ PO BOX 579￼ ARMADA MI 48005-0579 | Claim Holder Name and Address￼ARMADA RUBBER MANUFACTURING COMPANY￼ROBERT BOVA￼PO BOX 579￼ARMADA MI 48005-0579 | Docketed Total | | $11,070.00 | | | Modified Total | $11,070.00 |
| | Case Number*￼05-44640 | Secured | Priority￼$1,210.00￼￼$1,210.00 | Unsecured￼$9,860.00￼￼$9,860.00 | Case Number*￼05-44640 | Secured | Priority￼$1,210.00￼$1,210.00 | Unsecured￼$9,860.00￼$9,860.00 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   1 of 20

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2182<br>Date Filed:03/03/06<br>Docketed Total:   $33,163.60<br>Filing Creditor Name and Address<br> ARROW SHEET METAL PRODUCTS CO<br> ATTN S TUJILLO<br> 2890 W 62ND AVE<br> DENVER CO 80221 | Claim Holder Name and Address   Docketed Total   $33,163.60<br>ARROW SHEET METAL PRODUCTS CO<br>ATTN S TUJILLO<br>2890 W 62ND AVE<br>DENVER CO 80221<br><br>Case Number*     Secured      Priority       Unsecured<br>05-44507                                           $33,163.60<br>                                                   $33,163.60 | Modified Total   $33,163.60<br><br><br><br>Case Number*   Secured       Priority        Unsecured<br>05-44507                      $6,367.31      $26,796.29<br>                              $6,367.31      $26,796.29 |
| Claim: 1447<br>Date Filed:01/04/06<br>Docketed Total:   $250,559.17<br>Filing Creditor Name and Address<br> AVNET INC<br> 2211 S 47TH ST<br> PHOENIX AZ 85034-6403 | Claim Holder Name and Address   Docketed Total   $250,559.17<br>AVNET INC<br>2211 S 47TH ST<br>PHOENIX AZ 85034-6403<br><br>Case Number*     Secured      Priority       Unsecured<br>05-44481                                           $250,559.17<br>                                                   $250,559.17 | Modified Total   $223,631.22<br><br><br><br>Case Number*   Secured       Priority        Unsecured<br>05-44507                      $67,613.23     $154,335.84<br>05-44511                                     $1,382.05<br>05-44624                                     $300.10<br>                              $67,613.23     $156,017.99 |
| Claim: 9755<br>Date Filed:07/18/06<br>Docketed Total:   $119,379.15<br>Filing Creditor Name and Address<br> AVX CORP<br> 801 17TH AVE S<br> MYRTLE BEACH SC 29577-424 | Claim Holder Name and Address   Docketed Total   $119,379.15<br>AVX CORP<br>801 17TH AVE S<br>MYRTLE BEACH SC 29577-424<br><br>Case Number*     Secured      Priority       Unsecured<br>05-44481                      $11,894.48     $107,484.67<br>                              $11,894.48     $107,484.67 | Modified Total   $116,936.73<br><br><br><br>Case Number*   Secured       Priority        Unsecured<br>05-44567                                     $419.83<br>05-44640                      $11,894.48     $104,622.42<br>                              $11,894.48     $105,042.25 |
| Claim: 14241<br>Date Filed:07/31/06<br>Docketed Total:   $43,119.30<br>Filing Creditor Name and Address<br> CABLE TECHNOLOGIESINC<br> GEORGE OBRIEN<br> 3209 AVE E EAST<br> ARLINGTON TX 76011 | Claim Holder Name and Address   Docketed Total   $43,119.30<br>CABLE TECHNOLOGIESINC<br>GEORGE OBRIEN<br>3209 AVE E EAST<br>ARLINGTON TX 76011<br><br>Case Number*     Secured      Priority       Unsecured<br>05-44511                      $18,966.38     $24,152.92<br>                              $18,966.38     $24,152.92 | Modified Total   $43,119.30<br><br><br><br>Case Number*   Secured       Priority        Unsecured<br>05-44511                      $18,966.38     $24,152.92<br>                              $18,966.38     $24,152.92 |

In re: Delphi Corporation, et al.                                                                        Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7659<br>Date Filed:06/08/06<br>Docketed Total:  $298,168.53<br>Filing Creditor Name and Address<br> CAPSONIC GROUP LLC<br> 460 S 2ND ST<br> ELGIN IL 60123 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Docketed Total | | $298,168.53 | | Modified Total | | $298,168.53 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$298,168.53<br>$298,168.53 | Case Number*<br>05-44640 | Secured | Priority<br>$3,118.89<br>$3,118.89 | Unsecured<br>$295,049.64<br>$295,049.64 |
| Claim: 10703<br>Date Filed:07/25/06<br>Docketed Total:  $1,380,747.26<br>Filing Creditor Name and Address<br> CAROLINA FORGE COMPANY LLC EFT<br> PO BOX 370<br> WILSON NC 27893 | Claim Holder Name and Address<br>CAROLINA FORGE COMPANY LLC EFT<br>PO BOX 370<br>WILSON NC 27893 | Docketed Total | | $1,380,747.26 | | Modified Total | | $1,380,747.26 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$197,519.25<br>$197,519.25 | Unsecured<br>$1,183,228.01<br>$1,183,228.01 | Case Number*<br>05-44640 | Secured | Priority<br>$197,519.25<br>$197,519.25 | Unsecured<br>$1,183,228.01<br>$1,183,228.01 |
| Claim: 10355<br>Date Filed:07/24/06<br>Docketed Total:  $15,049.09<br>Filing Creditor Name and Address<br> CASCADE DIE CASTING GROUP<br> 7441 S DIVISION AVE STE A1<br> GRAND RAPIDS MI 49548 | Claim Holder Name and Address<br>CASCADE DIE CASTING GROUP<br>7441 S DIVISION AVE STE A1<br>GRAND RAPIDS MI 49548 | Docketed Total | | $15,049.09 | | Modified Total | | $15,049.09 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$11,105.86<br>$11,105.86 | Unsecured<br>$3,943.23<br>$3,943.23 | Case Number*<br>05-44640 | Secured | Priority<br>$11,105.86<br>$11,105.86 | Unsecured<br>$3,943.23<br>$3,943.23 |
| Claim: 11923<br>Date Filed:07/28/06<br>Docketed Total:  $13,569.50<br>Filing Creditor Name and Address<br> CASCO PRODUCTS CORPORATION<br> MR JOHN SPRATTA VP GLOBAL<br> FINANCE<br> ONE WATERVIEW DR<br> SHELTON CT 06484-7367 | Claim Holder Name and Address<br>CASCO PRODUCTS CORPORATION<br>MR JOHN SPRATTA VP GLOBAL<br>FINANCE<br>ONE WATERVIEW DR<br>SHELTON CT 06484-7367 | Docketed Total | | $13,569.50 | | Modified Total | | $13,321.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,569.50<br>$13,569.50 | Case Number*<br>05-44640 | Secured | Priority<br>$5,760.48<br>$5,760.48 | Unsecured<br>$7,560.52<br>$7,560.52 |

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14059<br>Date Filed:07/31/06<br>Docketed Total:   $422,138.00<br>Filing Creditor Name and Address<br> CATALYTIC SOLUTIONS INC<br> 1640 FISKE PL<br> OXNARD CA 93033 | Claim Holder Name and Address<br>CATALYTIC SOLUTIONS INC<br>1640 FISKE PL<br>OXNARD CA 93033 | Docketed Total | | $422,138.00 | | | Modified Total | $421,112.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$422,138.00<br>$422,138.00 | Case Number*<br>05-44640 | Secured | Priority<br>$9,345.36<br>$9,345.36 | Unsecured<br>$411,767.54<br>$411,767.54 |
| Claim: 3853<br>Date Filed:05/01/06<br>Docketed Total:   $24,193.80<br>Filing Creditor Name and Address<br> COATS AMERICAN INC<br> COATS NORTH AMERICA<br> PO BOX 60124<br> CHARLOTTE NC 28260 | Claim Holder Name and Address<br>COATS AMERICAN INC<br>COATS NORTH AMERICA<br>PO BOX 60124<br>CHARLOTTE NC 28260 | Docketed Total | | $24,193.80 | | | Modified Total | $23,460.46 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$24,193.80<br>$24,193.80 | Case Number*<br>05-44640 | Secured | Priority<br>$3,170.89<br>$3,170.89 | Unsecured<br>$20,289.57<br>$20,289.57 |
| Claim: 14247<br>Date Filed:07/31/06<br>Docketed Total:   $45,870.92<br>Filing Creditor Name and Address<br> CONTINENTAL MIDLAND LLC<br> WILLIAM S HACKNEY<br> MUCH SHELIST<br> 191 N WACKER DR STE 1800<br> CHICAGO IL 60606 | Claim Holder Name and Address<br>CONTINENTAL MIDLAND LLC<br>WILLIAM S HACKNEY<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO IL 60606 | Docketed Total | | $45,870.92 | | | Modified Total | $45,442.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$45,870.92<br>$45,870.92 | Case Number*<br>05-44640 | Secured | Priority<br>$1,386.73<br>$1,386.73 | Unsecured<br>$44,055.32<br>$44,055.32 |
| Claim: 16250<br>Date Filed:08/22/06<br>Docketed Total:   $40,206.20<br>Filing Creditor Name and Address<br> COORSTEK INC<br> ELIZABETH K FLAAGAN HOLME<br> ROBERTS &<br> 1700 LINCOLN ST STE 4100<br> DENVER CO 80203 | Claim Holder Name and Address<br>COORSTEK INC<br>ELIZABETH K FLAAGAN HOLME<br>ROBERTS &<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | Docketed Total | | $40,206.20 | | | Modified Total | $40,206.20 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$30,318.20<br>$30,318.20 | Unsecured<br>$9,888.00<br>$9,888.00 | Case Number*<br>05-44640 | Secured | Priority<br>$30,318.20<br>$30,318.20 | Unsecured<br>$9,888.00<br>$9,888.00 |

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

### EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16592<br>Date Filed:04/05/07<br>Docketed Total:   $147,474.32<br>Filing Creditor Name and Address<br> CURTIS SCREW COMPANY LLC<br> ATTN JULIA S KREHER ESQ<br> HODGSON RUSS LLP<br> ONE M&T PLZ STE 2000<br> BUFFALO NY 14203 | Claim Holder Name and Address<br>CURTIS SCREW COMPANY LLC<br>ATTN JULIA S KREHER ESQ<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO NY 14203 | Docketed Total | $147,474.32 | | | Modified Total | $135,676.23 | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$52,906.09<br>$52,906.09 | Unsecured<br>$94,568.23<br>$94,568.23 | Case Number*<br>05-44640 | Secured | Priority<br>$52,906.09<br>$52,906.09 | Unsecured<br>$82,770.14<br>$82,770.14 |
| Claim: 41<br>Date Filed:10/17/05<br>Docketed Total:   $82,859.86<br>Filing Creditor Name and Address<br> EFTEC NORTH AMERICA<br> HB FULLER COMPANY<br> ATTN GREGG WALTERS<br> 2900 GRANADA LN<br> OAKDALE MN 55128 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | $65,473.03 | | | Modified Total | $62,972.57 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$11,862.85<br>$11,862.85 | Unsecured<br>$53,610.18<br>$53,610.18 | Case Number*<br>05-44640 | Secured | Priority<br>$14,711.99<br>$14,711.99 | Unsecured<br>$48,260.58<br>$48,260.58 |
| | Claim Holder Name and Address<br>EFTEC NORTH AMERICA<br>HB FULLER COMPANY<br>ATTN GREGG WALTERS<br>2900 GRANADA LN<br>OAKDALE MN 55128 | Docketed Total | $17,386.83 | | | Modified Total | $6,678.61 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$17,386.83<br>$17,386.83 | Unsecured<br>$0.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,678.61<br>$6,678.61 |
| Claim: 2049<br>Date Filed:02/16/06<br>Docketed Total:   $4,342,158.43<br>Filing Creditor Name and Address<br> ENGELHARD CORPORATION<br> MR ROBERT HOUSMAN DIRECTOR OF<br> CREDI<br> 101 WOOD AVE<br> ISELIN NJ 08830 | Claim Holder Name and Address<br>BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C O DAVIDSON KEMPER CAPITAL<br>MANAGEM<br>65 E 55TH ST 19TH FL<br>NEW YORK NY 10022 | Docketed Total | $4,019,539.03 | | | Modified Total | $4,019,539.03 | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$1,195,184.47<br>$1,195,184.47 | Unsecured<br>$2,824,354.56<br>$2,824,354.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,019,539.03<br>$4,019,539.03 |

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

### EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2049 (Continued) | Claim Holder Name and Address<br>ENGELHARD CORPORATION<br>MR ROBERT HOUSMAN DIRECTOR OF CREDI<br>101 WOOD AVE<br>ISELIN NJ 08830 | Docketed Total | | $322,619.40 | | Modified Total | | $127,502.51 |
| | Case Number*<br>05-44640 | Secured<br>$322,619.40<br>$322,619.40 | Priority<br>$0.00 | Unsecured<br>$0.00 | Case Number*<br>05-44640 | Secured | Priority<br>$85,576.07<br>$85,576.07 | Unsecured<br>$41,926.44<br>$41,926.44 |
| Claim: 2579<br>Date Filed:04/07/06<br>Docketed Total:   $50,085.22<br>Filing Creditor Name and Address<br> FAWN PLASTICS CO INC<br> 1920 GREENSPRING DR STE 140<br> TIMONIUM MD 21093 | Claim Holder Name and Address<br>FAWN PLASTICS CO INC<br>1920 GREENSPRING DR STE 140<br>TIMONIUM MD 21093 | Docketed Total | | $50,085.22 | | Modified Total | | $50,085.22 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$50,085.22<br>$50,085.22 | Case Number*<br>05-44567 | Secured | Priority<br>$26,190.18<br>$26,190.18 | Unsecured<br>$23,895.04<br>$23,895.04 |
| Claim: 9840<br>Date Filed:07/18/06<br>Docketed Total:   $509,488.17<br>Filing Creditor Name and Address<br> HILITE INTERNATIONAL INC<br> 1671 S BROADWAY ST<br> CARROLLTON TX 75006-7442 | Claim Holder Name and Address<br>HILITE INTERNATIONAL INC<br>1671 S BROADWAY ST<br>CARROLLTON TX 75006-7442 | Docketed Total | | $509,488.17 | | Modified Total | | $509,488.17 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$2,422.72<br>$2,422.72 | Unsecured<br>$507,065.45<br>$507,065.45 | Case Number*<br>05-44640 | Secured | Priority<br>$2,422.72<br>$2,422.72 | Unsecured<br>$507,065.45<br>$507,065.45 |
| Claim: 13773<br>Date Filed:07/31/06<br>Docketed Total:   $5,721,969.77<br>Filing Creditor Name and Address<br> HITACHI AUTOMOTIVE PRODUCTS<br> USA INC<br> PAUL J RICOTTA ESQ AND<br> STEPHANIE K<br> MINTZ LEVIN COHN FERRIS<br> GLOVSKY AND<br> 666 THIRD AVENUE<br> NEW YORK NY 10017 | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC<br>ATTN ROSS ROSENFELT & VIKAS MADAN<br>60 WALL ST 3RD FL<br>NEW YORK NY 10005 | Docketed Total | | $27,569.59 | | Modified Total | | $27,569.59 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$27,569.59<br><br>$27,569.59 | Case Number*<br>05-44640 | Secured | Priority<br>$27,569.59<br><br>$27,569.59 | Unsecured |

*See Exhibit G for a listing of debtor entities by case number                    Page:   6 of 20

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13773 (Continued) | Claim Holder Name and Address    Docketed Total    $5,694,400.18<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | Modified Total    $5,694,400.18 |
| | **Case Number\***   **Secured**   **Priority**   **Unsecured**<br>05-44640                       $5,694,400.18<br>                             $5,694,400.18 | **Case Number\***   **Secured**   **Priority**   **Unsecured**<br>05-44640                       $5,694,400.18<br>                             $5,694,400.18 |
| Claim: 16255<br>Date Filed:08/24/06<br>Docketed Total:   $1,898,409.80<br>Filing Creditor Name and Address<br> INTERNATIONAL RESISTIVE<br> COMPANY ADVANCED FILM DIVISION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address    Docketed Total    $77,694.80<br>INTERNATIONAL RESISTIVE COMPANY<br>ADVANCED FILM DIVISION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246 | Modified Total    $77,693.93 |
| | **Case Number\***   **Secured**   **Priority**   **Unsecured**<br>05-44640              $77,693.93      $0.87<br>                $77,693.93      $0.87 | **Case Number\***   **Secured**   **Priority**   **Unsecured**<br>05-44640              $77,693.93<br>                $77,693.93 |
| | Claim Holder Name and Address    Docketed Total    $1,820,715.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402 | Modified Total    $1,813,301.97 |
| | **Case Number\***   **Secured**   **Priority**   **Unsecured**<br>05-44640                       $1,820,715.00<br>                         $1,820,715.00 | **Case Number\***   **Secured**   **Priority**   **Unsecured**<br>05-44640                      $1,813,301.97<br>                       $1,813,301.97 |

In re: Delphi Corporation, et al.                                                                   Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16255 (Continued) | | |
| Claim: 8878<br>Date Filed:06/30/06<br>Docketed Total:   $170,159.62<br>Filing Creditor Name and Address<br> INTERNATIONAL RESISTIVE<br> COMPANY WIRE & FILM<br> TECHNOLOGIES DIVISION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON P A<br> 101 NORTH TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address   Docketed Total     $3,036.28<br>INTERNATIONAL RESISTIVE COMPANY<br>WIRE & FILM TECHNOLOGIES DIVISION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON P A<br>101 NORTH TRYON ST STE 1900<br>CHARLOTTE NC 28246 | Modified Total     $1,320.21 |

**Claim: 8878 detail (Docketed)**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,036.28 | $0.00 |
| | | $3,036.28 | |

**Claim: 8878 detail (Modified)**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,320.21 | |
| | | $1,320.21 | |

| | Claim Holder Name and Address   Docketed Total   $167,123.34<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402 | Modified Total   $158,918.44 |
|---|---|---|

**TPG detail (Docketed)**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $167,123.34 |
| | | | $167,123.34 |

**TPG detail (Modified)**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $158,918.44 |
| | | | $158,918.44 |

| Claim: 1541<br>Date Filed:01/17/06<br>Docketed Total:   $114,460.81<br>Filing Creditor Name and Address<br> ITT CANNON NEWTON<br> ITT INDUSTRIES SHARED SERVICES<br> 2881 EAST BAYARD STREET<br> SENECA FALLS NY 13148 | Claim Holder Name and Address   Docketed Total   $114,460.81<br>ITT CANNON NEWTON<br>ITT INDUSTRIES SHARED SERVICES<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | Modified Total   $86,411.30 |
|---|---|---|

**Claim: 1541 detail (Docketed)**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $114,460.81 |
| | | | $114,460.81 |

**Claim: 1541 detail (Modified)**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $11,604.80 | $74,806.50 |
| | | $11,604.80 | $74,806.50 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10717<br>Date Filed:07/25/06<br>Docketed Total:   $834,429.82<br>Filing Creditor Name and Address<br> JIDECO OF BARDSTOWN INC<br> KENNETH W SHELVER<br> 950 WITHROW CRT<br> BARDSTOWN KY 40004 | Claim Holder Name and Address    Docketed Total    $834,429.82<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                            $6,636.00    $827,793.82<br>                                    $6,636.00    $827,793.82 | | | | Modified Total    $834,429.82<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                            $6,636.00    $827,793.82<br>                                    $6,636.00    $827,793.82 | | | |
| Claim: 2066<br>Date Filed:02/21/06<br>Docketed Total:   $49,007.73<br>Filing Creditor Name and Address<br> KL INDUSTRIES INC<br> JAMES G MARTIGNON<br> LEVENFELD PEARLSTEIN LLC<br> 2 N LASALLE STE 1300<br> CHICAGO IL 60602 | Claim Holder Name and Address    Docketed Total    $37,538.43<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                         $37,538.43<br><br>                                                 $37,538.43 | | | | Modified Total    $43,676.20<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                         $43,676.20<br><br>                                                 $43,676.20 | | | |
| | Claim Holder Name and Address    Docketed Total    $11,469.30<br>KL INDUSTRIES INC<br>JAMES G MARTIGNON<br>LEVENFELD PEARLSTEIN LLC<br>2 N LASALLE STE 1300<br>CHICAGO IL 60602<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481        $11,469.30                          $0.00<br>                $11,469.30 | | | | Modified Total    $4,872.55<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                            $4,872.55<br>                                    $4,872.55 | | | |
| Claim: 9460<br>Date Filed:07/13/06<br>Docketed Total:   $29,862.80<br>Filing Creditor Name and Address<br> LIQUIDITY SOLUTIONS INC AS<br> ASSIGNEE OF ELGIN DIE MOLD CO<br> C O LIQUIDITY SOLUTIONS INC<br> DBA REV<br> 1 UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address    Docketed Total    $29,862.80<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                         $29,862.80<br><br>                                                 $29,862.80 | | | | Modified Total    $29,862.80<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44612                                          $1,840.00<br><br>05-44640                            $2,668.00    $25,354.80<br>                                    $2,668.00    $27,194.80 | | | |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6146<br>Date Filed:05/17/06<br>Docketed Total:   $16,711.16<br>Filing Creditor Name and Address<br> LITTELFUSE INC<br> PAUL DICKINSON<br> 800 NORTHWEST HWY<br> DES PLAINES IL 60016 | Claim Holder Name and Address<br>BANK OF AMERICA N A<br>ATTN INFORMATION MGR<br>100 N TRYON ST 20TH FL<br>MAIL CODE NCI 007 20 01<br>CHARLOTTE NC 28255 | Docketed Total | | $16,711.16 | | | Modified Total | $16,711.16 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$16,711.16<br>$16,711.16 | Case Number*<br>05-44567 | Secured | Priority<br>$4,125.59<br>$4,125.59 | Unsecured<br>$12,585.57<br>$12,585.57 |
| Claim: 13974<br>Date Filed:07/31/06<br>Docketed Total:   $1,659,326.20<br>Filing Creditor Name and Address<br> LONGACRE MASTER FUND LTD AS<br> ASSIGNEE/TRANSFEREE OF SHARP<br> ELECTRONICS CORP<br> ATTN VLADIMIR JELISAVCIC<br> 810 SEVENTH AVE 22ND FLOOR<br> NEW YORK NY 10019 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD AS<br>ASSIGNEE/TRANSFEREE OF SHARP<br>ELECTRONICS CORP<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK NY 10019 | Docketed Total | | $1,659,326.20 | | | Modified Total | $1,659,326.20 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$1,659,326.20<br>$1,659,326.20 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$40,000.00<br>$40,000.00 | Unsecured<br>$1,619,326.20<br>$1,619,326.20 |
| Claim: 12057<br>Date Filed:07/28/06<br>Docketed Total:   $35,063.00<br>Filing Creditor Name and Address<br> M & S MANUFACTURING COMPANY<br> C O BRUCE N ELLIOTT<br> CONLIN MCKENNEY & PHILBRICK PC<br> 350 S MAIN ST STE 400<br> ANN ARBOR MI 48104 | Claim Holder Name and Address<br>M & S MANUFACTURING COMPANY<br>C O BRUCE N ELLIOTT<br>CONLIN MCKENNEY & PHILBRICK PC<br>350 S MAIN ST STE 400<br>ANN ARBOR MI 48104 | Docketed Total | | $35,063.00 | | | Modified Total | $35,063.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$35,063.00<br>$35,063.00 | Case Number*<br>05-44640 | Secured | Priority<br>$13,620.06<br>$13,620.06 | Unsecured<br>$21,442.94<br>$21,442.94 |
| Claim: 351<br>Date Filed:11/04/05<br>Docketed Total:   $635,040.00<br>Filing Creditor Name and Address<br> MABUCHI MOTOR AMERICA CORP<br> 3001 W BIG BEAVER RD STE 520<br> TROY MI 48084-3106 | Claim Holder Name and Address<br>MABUCHI MOTOR AMERICA CORP<br>3001 W BIG BEAVER RD STE 520<br>TROY MI 48084-3106 | Docketed Total | | $635,040.00 | | | Modified Total | $635,040.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$635,040.00<br>$635,040.00 | Case Number*<br>05-44640 | Secured | Priority<br>$875.54<br>$875.54 | Unsecured<br>$634,164.46<br>$634,164.46 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10186<br>Date Filed:07/21/06<br>Docketed Total:    $130,579.71<br>Filing Creditor Name and Address<br> MAGNESIUM ALUMINUM CORP<br> ATTN BOB OMALLEY<br> 3425 SERVICE RD<br> CLEVELAND OH 44111 | Claim Holder Name and Address<br>MAGNESIUM ALUMINUM CORP<br>ATTN BOB OMALLEY<br>3425 SERVICE RD<br>CLEVELAND OH 44111 | Docketed Total | | $130,579.71 | | | Modified Total | $124,346.49 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$130,579.71<br>$130,579.71 | Case Number*<br>05-44640 | Secured | Priority<br>$36,684.88<br>$36,684.88 | Unsecured<br>$87,661.61<br>$87,661.61 |
| Claim: 12225<br>Date Filed:07/28/06<br>Docketed Total:    $17,618.29<br>Filing Creditor Name and Address<br> MARKEL CORP<br> 435 SCHOOL LN<br> PLYMOUTH MEETING PA 19462 | Claim Holder Name and Address<br>MARKEL CORP<br>435 SCHOOL LN<br>PLYMOUTH MEETING PA 19462 | Docketed Total | | $17,618.29 | | | Modified Total | $9,033.28 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$8,585.01<br>$8,585.01 | Unsecured<br>$9,033.28<br>$9,033.28 | Case Number*<br>05-44640 | Secured | Priority<br>$8,585.01<br>$8,585.01 | Unsecured<br>$448.27<br>$448.27 |
| Claim: 9989<br>Date Filed:07/20/06<br>Docketed Total:    $203,557.41<br>Filing Creditor Name and Address<br> MASTER MOLDED PRODUCTS CORP<br> 1000 DAVIS RD<br> ELGIN IL 60123 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $203,557.41 | | | Modified Total | $203,557.41 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$21,774.05<br>$21,774.05 | Unsecured<br>$181,783.36<br>$181,783.36 | Case Number*<br>05-44640 | Secured | Priority<br>$21,774.05<br>$21,774.05 | Unsecured<br>$181,783.36<br>$181,783.36 |
| Claim: 9386<br>Date Filed:07/12/06<br>Docketed Total:    $59,437.76<br>Filing Creditor Name and Address<br> METAL CLADDING INC<br> ATTN JULIA S KREHER ESQ<br> HODGSON RUSS LLP<br> ONE M&T PLZ STE 2000<br> BUFFALO NY 14203 | Claim Holder Name and Address<br>METAL CLADDING INC<br>ATTN JULIA S KREHER ESQ<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO NY 14203 | Docketed Total | | $59,437.76 | | | Modified Total | $59,437.76 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$59,437.76<br>$59,437.76 | Case Number*<br>05-44640 | Secured | Priority<br>$14,090.99<br>$14,090.99 | Unsecured<br>$45,346.77<br>$45,346.77 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11103<br>Date Filed:07/26/06<br>Docketed Total:   $38,679.38<br>Filing Creditor Name and Address<br> MICRO MOTION INC<br> CUSTOMER FINANCIAL SERVICES<br> 12001 TECHNOLOGY DR AB03<br> EDEN PRAIRIE MN 55344 | Claim Holder Name and Address<br>MICRO MOTION INC<br>CUSTOMER FINANCIAL SERVICES<br>12001 TECHNOLOGY DR AB03<br>EDEN PRAIRIE MN 55344 | Docketed Total | | $38,679.38 | | Modified Total | | $38,640.57 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$5,895.03 | Unsecured<br>$32,784.35 | Case Number*<br>05-44482<br>05-44640 | Secured | Priority<br>$5,895.03 | Unsecured<br>$31,770.54<br>$975.00 |
| | | | $5,895.03 | $32,784.35 | | | $5,895.03 | $32,745.54 |
| Claim: 6710<br>Date Filed:05/23/06<br>Docketed Total:   $88,440.00<br>Filing Creditor Name and Address<br> MICRONAS GMBH<br> CO GLEN K RITNER DIRECTOR<br> MICRONAS SEMICONDUCTORS INC<br> AUTOMOTIVE HEADQUARTERS - THE<br> AMERI<br> 3700 GRAND RIVER STE 215<br> FARMINGTON HILLLS MI 48335 | Claim Holder Name and Address<br>MICRONAS GMBH<br>CO GLEN K RITNER DIRECTOR<br>MICRONAS SEMICONDUCTORS INC<br>AUTOMOTIVE HEADQUARTERS - THE<br>AMERI<br>3700 GRAND RIVER STE 215<br>FARMINGTON HILLLS MI 48335 | Docketed Total | | $88,440.00 | | Modified Total | | $88,440.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$18,090.00 | Unsecured<br>$70,350.00 | Case Number*<br>05-44640 | Secured | Priority<br>$18,090.00 | Unsecured<br>$70,350.00 |
| | | | $18,090.00 | $70,350.00 | | | $18,090.00 | $70,350.00 |
| Claim: 2071<br>Date Filed:02/21/06<br>Docketed Total:   $3,608,175.78<br>Filing Creditor Name and Address<br> NGK AUTOMOTIVE CERAMICS USA<br> INC<br> MICHAEL G CRUSE ESQ<br> WARNER NORCROSS & JUDD LLP<br> 2000 TOWN  CTR STE 2700<br> SOUTHFIELD MI 48075-1318 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $3,608,175.78 | | Modified Total | | $3,608,175.78 |
| | Case Number*<br>05-44484 | Secured | Priority<br>$579,972.85 | Unsecured<br>$3,028,202.93 | Case Number*<br>05-44482 | Secured | Priority<br>$425,192.03 | Unsecured<br>$3,182,983.75 |
| | | | $579,972.85 | $3,028,202.93 | | | $425,192.03 | $3,182,983.75 |

In re: Delphi Corporation, et al.                                                                          Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Docketed Total | | | | | Modified Total | |
|---|---|---|---|---|---|---|---|---|

Row 1:

Claim: 7572
Date Filed:06/06/06
Docketed Total:    $177,776.94
Filing Creditor Name and Address
 NORTHERN ENGRAVING CORP
 803 S BLACK RIVER ST
 SPARTA WI 54656-0377

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Docketed Total    $177,776.94    Modified Total    $152,672.23

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $177,776.94 | 05-44567 | | $23,482.06 | $129,190.17 |
| | | | $177,776.94 | | | $23,482.06 | $129,190.17 |

Row 2:

Claim: 7313
Date Filed:06/01/06
Docketed Total:    $61,384.40
Filing Creditor Name and Address
 NU HORIZONS ELECTRONICS CORP
 ATTN C SALAZAR
 2070 RINGWOOD AVE
 SAN JOSE CA 95131

Claim Holder Name and Address
NU HORIZONS ELECTRONICS CORP
ATTN C SALAZAR
2070 RINGWOOD AVE
SAN JOSE CA 95131

Docketed Total    $61,384.40    Modified Total    $61,384.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $61,384.40 | 05-44507 | | $30,455.00 | $30,929.40 |
| | | | $61,384.40 | | | $30,455.00 | $30,929.40 |

Row 3:

Claim: 8259
Date Filed:06/20/06
Docketed Total:    $2,583,993.60
Filing Creditor Name and Address
 OLSON INTERNATIONAL CO
 FRMLY OLSON R MANUFACTURING CO
 50 W NORTH AVE
 LOMBARD IL 60148

Claim Holder Name and Address
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Docketed Total    $2,583,993.60    Modified Total    $2,489,744.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $60,854.76 | $2,523,138.84 | 05-44640 | | $60,854.76 | $2,428,889.91 |
| | | $60,854.76 | $2,523,138.84 | | | $60,854.76 | $2,428,889.91 |

Row 4:

Claim: 1420
Date Filed:01/03/06
Docketed Total:    $6,185,131.57
Filing Creditor Name and Address
 PIONEER NORTH AMERICA INC
 CO MAX J NEWMAN ESQ
 SCHAFER AND WEINER PLLC
 40950 WOODWARD AVE STE 100
 BLOOMFIELD HILLS MI 48304

Claim Holder Name and Address
CREDIT SUISSE
11 MADISON AVE 5TH FL
NEW YORK NY 10010

Docketed Total    $6,185,131.57    Modified Total    $6,185,131.57

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $3,129,150.38 | $3,055,981.19 | 05-44640 | | $40,059.72 | $6,145,071.85 |
| | | $3,129,150.38 | $3,055,981.19 | | | $40,059.72 | $6,145,071.85 |

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3010<br>Date Filed:04/27/06<br>Docketed Total:   $916.61<br>Filing Creditor Name and Address<br> PRECISION FITTING & GAUGE CO<br> 1214 S JOPLIN AVE<br> TULSA OK 74112 | Claim Holder Name and Address<br>PRECISION FITTING & GAUGE CO<br>1214 S JOPLIN AVE<br>TULSA OK 74112 | Docketed Total | | $916.61 | | | Modified Total | $916.61 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$916.61<br>$916.61 | Case Number*<br>05-44482 | Secured | Priority<br>$892.00<br>$892.00 | Unsecured<br>$24.61<br>$24.61 |
| Claim: 9021<br>Date Filed:07/05/06<br>Docketed Total:   $121,454.58<br>Filing Creditor Name and Address<br> PTI ENGINEERED PLASTICS<br> ACCOUNTS PAYABLE<br> 44850 CENTRE COURT EAST<br> CLINTON TOWNSHIP MI 48038 | Claim Holder Name and Address<br>PTI ENGINEERED PLASTICS<br>ACCOUNTS PAYABLE<br>44850 CENTRE COURT EAST<br>CLINTON TOWNSHIP MI 48038 | Docketed Total | | $121,454.58 | | | Modified Total | $121,454.58 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$121,454.58<br>$121,454.58 | Case Number*<br>05-44640 | Secured | Priority<br>$620.00<br>$620.00 | Unsecured<br>$120,834.58<br>$120,834.58 |
| Claim: 1419<br>Date Filed:01/03/06<br>Docketed Total:   $13,700.00<br>Filing Creditor Name and Address<br> RAETECH CORPORATION<br> 4750 VENTURE DR STE 100<br> ANN ARBOR MI 48108 | Claim Holder Name and Address<br>RAETECH CORPORATION<br>4750 VENTURE DR STE 100<br>ANN ARBOR MI 48108 | Docketed Total | | $13,700.00 | | | Modified Total | $13,700.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$13,700.00<br>$13,700.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$4,500.00<br>$4,500.00 | Unsecured<br>$9,200.00<br>$9,200.00 |
| Claim: 10583<br>Date Filed:07/25/06<br>Docketed Total:   $198,426.72<br>Filing Creditor Name and Address<br> RELIABLE CASTING CORP SIDNEY<br> DIV<br> 3530 SPRING GROVE AVE<br> CINCINNATI OH 45223 | Claim Holder Name and Address<br>RELIABLE CASTING CORP SIDNEY DIV<br>3530 SPRING GROVE AVE<br>CINCINNATI OH 45223 | Docketed Total | | $198,426.72 | | | Modified Total | $53,190.30 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$37,324.15<br>$37,324.15 | Unsecured<br>$161,102.57<br>$161,102.57 | Case Number*<br>05-44640 | Secured | Priority<br>$37,324.15<br>$37,324.15 | Unsecured<br>$15,866.15<br>$15,866.15 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11264<br>Date Filed:07/27/06<br>Docketed Total:  $673,272.82<br>Filing Creditor Name and Address<br> REPUBLIC ENGINEERED PRODUCTS<br> INC<br> SCOTT N OPINCAR ESQ<br> MCDONALD HOPKINS CO LPA<br> 600 SUPERIOR AVE E STE 2100<br> CLEVELAND OH 44114 | Claim Holder Name and Address    Docketed Total    $673,272.82<br>REPUBLIC ENGINEERED PRODUCTS INC<br>SCOTT N OPINCAR ESQ<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND OH 44114 | | | | | | Modified Total    $650,319.85 | |
| | Case Number*      Secured          Priority          Unsecured<br>05-44481                                                 $673,272.82<br>_____  _____  _____<br>                                                            $673,272.82 | | | | Case Number*      Secured         Priority          Unsecured<br>05-44640                                  $305,961.91      $344,357.94<br>_____  _____  _____<br>                                          $305,961.91      $344,357.94 | | | |
| Claim: 11102<br>Date Filed:07/26/06<br>Docketed Total:   $1,872.50<br>Filing Creditor Name and Address<br> ROSEMOUNT ANALYTICAL<br> CUSTOMER FINANCIAL SERVICES<br> 12001 TECHNOLOGY DR AB03<br> EDEN PRAIRIE MN 55344 | Claim Holder Name and Address    Docketed Total      $1,872.50<br>ROSEMOUNT ANALYTICAL<br>CUSTOMER FINANCIAL SERVICES<br>12001 TECHNOLOGY DR AB03<br>EDEN PRAIRIE MN 55344 | | | | | | Modified Total      $1,872.50 | |
| | Case Number*      Secured          Priority          Unsecured<br>05-44481                               $1,340.00          $532.50<br>                                       $1,340.00          $532.50 | | | | Case Number*      Secured         Priority          Unsecured<br>05-44482                                    $1,340.00          $532.50<br>                                            $1,340.00          $532.50 | | | |
| Claim: 1113<br>Date Filed:12/12/05<br>Docketed Total:   $88,587.35<br>Filing Creditor Name and Address<br> SCHLEUNIGER INC<br> 87 COLIN DR<br> MANCHESTER NH 03103 | Claim Holder Name and Address    Docketed Total     $88,587.35<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | | | | | | Modified Total     $85,998.25 | |
| | Case Number*      Secured          Priority          Unsecured<br>05-44481                                                  $88,587.35<br>_____  _____  _____<br>                                                            $88,587.35 | | | | Case Number*      Secured         Priority          Unsecured<br>05-44640                                   $32,565.75      $53,432.50<br>_____  _____  _____<br>                                           $32,565.75      $53,432.50 | | | |
| Claim: 4409<br>Date Filed:05/02/06<br>Docketed Total:   $156,672.05<br>Filing Creditor Name and Address<br> SCIENTIFIC TUBE INC<br> IRA P GOLDBERG<br> DI MONTE & LIZAK LLC<br> 216 W HIGGINS RD<br> PARK RIDGE IL 60068 | Claim Holder Name and Address    Docketed Total    $156,672.05<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | | | | | | Modified Total    $155,101.69 | |
| | Case Number*      Secured          Priority          Unsecured<br>05-44640                                                 $156,672.05<br>_____  _____  _____<br>                                                           $156,672.05 | | | | Case Number*      Secured         Priority          Unsecured<br>05-44640                                   $31,000.00     $124,101.69<br>_____  _____  _____<br>                                           $31,000.00     $124,101.69 | | | |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

### EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1611<br>Date Filed:01/19/06<br>Docketed Total:   $105,930.00<br>Filing Creditor Name and Address<br> SEPR CERAMIC BEADS AND POWDERS<br> A DIVISION OF SAINT GOBAIN<br> CERAMICS & PLASTICS INC<br> CAROL WALKER<br> SAINT GOBAIN CERAMICS AND<br> PLASTICS<br> 1600 WEST  LEE STREET<br> LOUISVILLE KY 40210 | Claim Holder Name and Address   Docketed Total     $105,930.00<br>SEPR CERAMIC BEADS AND POWDERS A<br>DIVISION OF SAINT GOBAIN CERAMICS &<br>PLASTICS INC<br>CAROL WALKER<br>SAINT GOBAIN CERAMICS AND<br>PLASTICS<br>1600 WEST  LEE STREET<br>LOUISVILLE KY 40210<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                       $35,310.00      $70,620.00<br>                               $35,310.00      $70,620.00 | Modified Total     $105,930.00<br><br><br><br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                       $35,310.00      $70,620.00<br>                               $35,310.00      $70,620.00 |
| Claim: 8775<br>Date Filed:06/30/06<br>Docketed Total:   $112,408.05<br>Filing Creditor Name and Address<br> SILICON LABORATORIES INC<br> CO JEFFRY A DAVIS DLA PIPER<br> RUDNICK<br> 401 B STREET STE 1700<br> SAN DIEGO CA 92101 | Claim Holder Name and Address   Docketed Total     $102,681.24<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                                       $102,681.24<br>                                               $102,681.24 | Modified Total     $102,681.24<br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                       $102,681.24<br>                                               $102,681.24 |
|  | Claim Holder Name and Address   Docketed Total       $9,726.81<br>SILICON LABORATORIES INC<br>CO JEFFRY A DAVIS DLA PIPER<br>RUDNICK<br>401 B STREET STE 1700<br>SAN DIEGO CA 92101<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481         $9,726.81                          $0.00<br>                 $9,726.81 | Modified Total       $9,726.81<br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                       $9,726.81<br>                               $9,726.81 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 8775 (Continued)

**Claim: 6117**
Date Filed: 05/17/06
Docketed Total: $309,164.00
Filing Creditor Name and Address
SONY ELECTRONICS INC
ATTN TIMOTHY GRIEBERT
1 SONY DR
PARK RIDGE NJ 07656

Claim Holder Name and Address: LONGACRE MASTER FUND LTD, VLADIMIR JELISAVCIC, 810 SEVENTH AVE 22ND FL, NEW YORK NY 10019
Docketed Total $309,164.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $309,164.00 | 05-44640 | | $12,250.00 | $296,914.00 |
| | | | $309,164.00 | | | $12,250.00 | $296,914.00 |

Modified Total $309,164.00

**Claim: 8831**
Date Filed: 06/30/06
Docketed Total: $3,534,443.06
Filing Creditor Name and Address
SPX CORPORATION CONTECH
DIVISION
C O RONALD R PETERSON
JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO IL 60611

Claim Holder Name and Address: AMROC INVESTMENTS LLC, ATTN DAVID S LEINWAND ESQ, 535 MADISON AVE 15TH FL, NEW YORK NY 10022
Docketed Total $3,534,443.06

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $3,534,443.06 | 05-44640 | | $938.28 | $3,533,494.78 |
| | | | $3,534,443.06 | | | $938.28 | $3,533,494.78 |

Modified Total $3,534,433.06

**Claim: 10439**
Date Filed: 07/24/06
Docketed Total: $76,900.00
Filing Creditor Name and Address
TADIRAN BATTERIES
ATTN SOL JACOBS
2 SEAVIEW BL
PORT WASHINGTON NY 11050

Claim Holder Name and Address: ARGO PARTNERS, 12 W 37TH ST 9TH FL, NEW YORK NY 10018
Docketed Total $76,900.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $76,900.00 | 05-44640 | | $11,524.40 | $65,375.60 |
| | | | $76,900.00 | | | $11,524.40 | $65,375.60 |

Modified Total $76,900.00

**Claim: 1438**
Date Filed: 01/04/06
Docketed Total: $791.97
Filing Creditor Name and Address
THE LIGHTING COMPANY
1621 BROWNING
IRVINE CA 92606

Claim Holder Name and Address: THE LIGHTING COMPANY, 1621 BROWNING, IRVINE CA 92606
Docketed Total $791.97

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $791.97 | 05-44624 | | $791.97 | |
| | | | $791.97 | | | $791.97 | |

Modified Total $791.97

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13774<br>Date Filed:07/28/06<br>Docketed Total:    $1,708,509.29<br>Filing Creditor Name and Address<br> TOKICO USA INC<br> ATTN PAUL J RICOTTA ESQ AND STEPHAN<br> MINTZ LEVIN COHN FERRIS<br> GLOVSKY AND<br> 666 THIRD AVE<br> NEW YORK NY 10017 | Claim Holder Name and Address     Docketed Total      $466.56<br>DEUTSCHE BANK SECURITIES INC<br>ATTN ROSS ROSENFELT & VIKAS MADAN<br>60 WALL ST 3RD FL<br>NEW YORK NY 10005 | Modified Total        $466.56 |

Claim 13774 — Deutsche Bank Securities Inc:

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $466.56 | 05-44640 | | | $466.56 |
| | | | $466.56 | | | | $466.56 |

Claim 13774 — Goldman Sachs Credit Partners LP:

Claim Holder Name and Address     Docketed Total   $1,708,042.73          Modified Total  $1,706,975.81
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY NJ 07302

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,708,042.73 | 05-44640 | | | $1,706,975.81 |
| | | | $1,708,042.73 | | | | $1,706,975.81 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2677<br>Date Filed:04/18/06<br>Docketed Total:    $2,552.56<br>Filing Creditor Name and Address<br> TRANSFER TOOL PRODUCTS INC<br> CO THOMAS G KING & DS HOLMGREN<br> KREIS ENDERLE CALLANDER &<br> HUDGINS E<br> PO BOX 4010<br> KALAMAZOO MI 49003-4010 | Claim Holder Name and Address     Docketed Total      $2,552.56<br>TRANSFER TOOL PRODUCTS INC<br>CO THOMAS G KING & DS HOLMGREN<br>KREIS ENDERLE CALLANDER &<br>HUDGINS E<br>PO BOX 4010<br>KALAMAZOO MI 49003-4010 | Modified Total      $2,552.56 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $2,552.56 | | 05-44640 | | $1,186.74 | $1,365.82 |
| | | $2,552.56 | | | | $1,186.74 | $1,365.82 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

### EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10009**
Date Filed:07/20/06
Docketed Total:  $88,505.44
Filing Creditor Name and Address
 UNIFRAX CORPORATION
 ATTN JULIA S KREHER ESQ
 HODGSON RUSS LLP
 ONE M&T PLAZA STE 2000
 BUFFALO NY 14203

Claim Holder Name and Address    Docketed Total    $88,505.44
UNIFRAX CORPORATION
ATTN JULIA S KREHER ESQ
HODGSON RUSS LLP
ONE M&T PLAZA STE 2000
BUFFALO NY 14203

Modified Total    $87,587.37

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $88,505.44 | 05-44640 | | $25,878.10 | $61,709.27 |
| | | | $88,505.44 | | | $25,878.10 | $61,709.27 |

**Claim: 52**
Date Filed:10/19/05
Docketed Total:  $114,852.50
Filing Creditor Name and Address
 UNITED MACHINING INC
 6300 18 1/2 MILE RD
 STERLING HEIGHTS MI 48314

Claim Holder Name and Address    Docketed Total    $114,852.50
UNITED MACHINING INC
6300 18 1/2 MILE RD
STERLING HEIGHTS MI 48314

Modified Total    $102,439.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $114,852.50 | 05-44640 | | $1,532.85 | $100,906.25 |
| | | | $114,852.50 | | | $1,532.85 | $100,906.25 |

**Claim: 7609**
Date Filed:06/07/06
Docketed Total:  $402,499.83
Filing Creditor Name and Address
 WAKO ELECTRONICS USA INC
 ATTN W ROBINSON BEARD
 C O STITES & HARBINSON
 WAKO ELECTRONICS
 400 W MARKET ST STE 1800
 LOUISVILLE KY 40202

Claim Holder Name and Address    Docketed Total    $402,499.83
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Modified Total    $402,499.83

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $402,499.83 | 05-44640 | | $4,244.00 | $398,255.83 |
| | | | $402,499.83 | | | $4,244.00 | $398,255.83 |

**Claim: 10208**
Date Filed:07/21/06
Docketed Total:  $2,157,348.20
Filing Creditor Name and Address
 WAMCO INC
 PETER J GURFEIN
 AKIN GUMP STRAUSS HAUER & FELD
 2029 CENTURY PARK E 24TH FL
 LOS ANGELES CA 90067

Claim Holder Name and Address    Docketed Total    $2,157,348.20
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Modified Total    $2,157,348.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,157,348.20 | 05-44640 | | $40,599.17 | $2,116,749.03 |
| | | | $2,157,348.20 | | | $40,599.17 | $2,116,749.03 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11188<br>Date Filed:07/26/06<br>Docketed Total:   $119,859.25<br>Filing Creditor Name and Address<br> WIRE PRODUCTS INC<br> E MARK YOUNG ESQ<br> C O ROETZEL & ANDRESS LPA<br> 1375 E NINTH ST<br> ONE CLEVELAND CTR 9TH FL<br> CLEVELAND OH 44114 | Claim Holder Name and Address   Docketed Total   $119,859.25<br>WIRE PRODUCTS INC<br>E MARK YOUNG ESQ<br>C O ROETZEL & ANDRESS LPA<br>1375 E NINTH ST<br>ONE CLEVELAND CTR 9TH FL<br>CLEVELAND OH 44114<br><br>Case Number*    Secured     Priority        Unsecured<br>05-44640                                     $119,859.25<br>                                             $119,859.25 | Modified Total   $119,859.25<br><br><br><br><br><br>Case Number*    Secured        Priority       Unsecured<br>05-44640                         $9,733.72   $110,125.53<br>                                 $9,733.72   $110,125.53<br><br>Total Count of Claims:  64<br>Total Amount as Docketed:      $42,363,569.32<br>Total Amount as Modified:      $41,742,058.45 |