**EXHIBIT F-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 7836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$82,871.31<br>$82,871.31 | 06/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 1 | | $82,871.31 | | |