**EXHIBIT F-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CALSONIC KANSEI NORTH AMERICA INC<br>BOULT CUMMINGS CONNERS & BERRY PLC<br>1600 DIVISION ST STE 700<br>NASHVILLE, TN 37203 | 11162 | Secured: $3,867,106.33<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,867,106.33 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 1659 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $885.80<br>Total: $885.80 | 01/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $132.69<br>Total: $132.69 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| CROWN ENTERPRISES INC<br>STEINBERG SHAPIRO & CLARK<br>24901 NORTHWESTERN HWY STE 611<br>SOUTHFIELD, MI 48075 | 11129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $269,135.33<br>Total: $269,135.33 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY 5TH FL<br>NEW YORK, NY 10007 | 14154 | Secured: $9,281.26<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $9,281.26 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| HIDRIA USA<br>202 BEECHTREE BLVD<br>GREENVILLE, SC 29605 | 3734 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30,248.78<br>Total: $30,248.78 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MSX INTERNATIONAL INC<br>HONIGMAN MILLER SCHWARTZ AND COHN L<br>2290 FIRST NATIONAL BLDG<br>660 WOODWARD AVE<br>DETROIT, MI 48226 | 11425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $90,809.43<br>Total: $90,809.43 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC<br>2 GREENWICH PLZ<br>GREENWICH, CT 06830 | 9107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $98,067.90<br>Total: $98,067.90 | 07/07/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT F-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TOYOTA MOTOR CORPORATION<br>FROST BROWN TODD LLC<br>250 WEST MAIN STREET<br>SUITE 2700<br>LEXINGTON, KY 40507 | 15533 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $51,342.00<br><br><br><br>$51,342.00 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| WACHOVIA BANK NA SUCCESSOR BY MERGER TO SOUTHTRUST BANK<br>BURR & FORMAN LLP<br>420 N 20TH STREET SUITE 3100<br>BIRMINGHAM, AL 35203 | 14913 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,656,624.92<br>$6,656,624.92 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 10 | $11,073,634.44 | | | |