**EXHIBIT F-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BAY COUNTY TAX COLLECTOR<br>239 E 4TH ST<br>PANAMA CITY, FL 32401 | 16559 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $16,270.91<br><br><br><br>$16,270.91 | 03/01/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARICOPA COUNTY TREASURER<br>HEBERT SCHENK PC<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16477 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,742.82<br><br><br><br>$4,742.82 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 16467 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$15,000,000.00<br>$15,000,000.00 | 12/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **3** | | **$15,021,013.73** | | |