05-44481-rdd    Doc 8194-14    Filed 06/06/07    Entered 06/06/07 16:08:03    Exhibit F-4

In re Delphi Corporation, et al.         Pg 1 of 16         Thirteenth Omnibus Claims Objection

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13015 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13036 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13024 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13026 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13027 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13007 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13025 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13033 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 12998 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 12999 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13006 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13020 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13028 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13029 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13031 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13012 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13017 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13019 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13023 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 12997 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13034 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | ASPIRE, INC (05-44618) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13037 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13000 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13004 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13013 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13016 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13018 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13010 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13022 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI RECEIVABLES LLC (05-47459) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13030 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DREAL INC (05-44627) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13032 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13038 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13001 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13002 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI CHINA LLC (05-44577) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13003 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13008 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13011 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13014 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13035 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI LLC (05-44615) |
| ACE AMERICAN INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13021 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | MOBILEARIA, INC. (05-47474) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13297 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13331 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13305 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13306 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13310 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13312 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI RECEIVABLES LLC (05-47459) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13317 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13328 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13329 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13330 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13296 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13309 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13313 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13320 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DREAL INC (05-44627) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13332 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13295 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13307 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13308 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13314 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13292 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13300 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13301 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13327 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13294 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13318 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13323 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13299 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13326 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13303 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13304 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13311 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | MOBILEARIA, INC. (05-47474) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13315 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13333 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13293 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI CHINA LLC (05-44577) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13298 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13316 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13321 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13322 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13324 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | ASPIRE, INC (05-44618) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13325 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI LLC (05-44615) |
| ILLINOIS UNION INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13302 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13069 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13057 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13059 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13060 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13061 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13064 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI CHINA LLC (05-44577) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13066 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13041 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13046 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13055 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13067 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13070 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13074 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13039 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | MOBILEARIA, INC. (05-47474) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13044 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13049 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13050 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13054 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13056 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13058 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13068 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13053 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI LLC (05-44615) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13062 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13065 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13071 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13072 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13076 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13040 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI RECEIVABLES LLC (05-47459) |

# EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13043 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13063 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13077 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13073 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13042 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13045 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13047 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13048 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DREAL INC (05-44627) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13051 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13075 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13078 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13079 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13080 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13052 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 07/28/2006 | ASPIRE, INC (05-44618) |
| **Total:** | **126** | **$0.00** | | |