**EXHIBIT F-5 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BEST FOAM FABRICATORS INC<br>9633 S COTTAGE GROVE<br>CHICAGO, IL 60628 | 16550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$40,680.44<br>$40,680.44 | 02/22/2007 | DELPHI CORPORATION<br>(05-44481) |
| BRADFORD INDUSTRIES INC<br>1857 MIDDLESEX ST<br>LOWELL, MA 01851 | 16564 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$60,814.07<br>$60,814.07 | 03/05/2007 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| MOTION INDUSTRIES INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | 16416 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,198.43<br><br><br>$835,355.82<br>$877,554.25 | 11/09/2006 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| **Total:** | **3** | | **$979,048.76** | | |