**EXHIBIT F-6 - ADJOURNED UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>100 W RANDOLPH ST LEVEL 7 425<br>CHICAGO, IL 60601 | 16470 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$222,477.02<br><br>$35,181.75<br>$257,658.77 | 01/03/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$257,658.77** | | |