In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9105<br>Date Filed: 07/07/06<br>Docketed Total: $277,159.38<br>Filing Creditor Name and Address<br>BRUSH WELLMAN INC<br>C O JEAN ROBERTSON<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVENUE EAST STE 2100<br>CLEVELAND OH 44114 | Claim Holder Name and Address    Docketed Total    $277,159.38<br>BRUSH WELLMAN INC<br>C O JEAN ROBERTSON<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVENUE EAST STE 2100<br>CLEVELAND OH 44114<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $277,159.38<br>                                           $277,159.38 | Modified Total    $246,462.28<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $31,044.61    $215,417.67<br>                               $31,044.61    $215,417.67 |
| Claim: 9760<br>Date Filed: 07/18/06<br>Docketed Total: $4,041,686.30<br>Filing Creditor Name and Address<br>CATALER NORTH AMERICA CORP<br>2002 CATALER DR<br>LINCOLNTOWN NC 28092 | Claim Holder Name and Address    Docketed Total    $4,041,686.30<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                  $18,298.73    $4,023,387.57<br>                           $18,298.73    $4,023,387.57 | Modified Total    $4,041,686.30<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                  $18,298.73    $4,023,387.57<br>                           $18,298.73    $4,023,387.57 |
| Claim: 12691<br>Date Filed: 07/28/06<br>Docketed Total: $1,539,602.72<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $1,539,602.72<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                  $98,196.60    $1,441,406.12<br>                           $98,196.60    $1,441,406.12 | Modified Total    $1,529,102.05<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                  $88,544.81    $1,440,557.24<br>                           $88,544.81    $1,440,557.24 |

In re: Delphi Corporation, et al.  Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10381<br>Date Filed: 07/24/06<br>Docketed Total: $166,195.72<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF ETCO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total  $166,195.72<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>ETCO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $166,195.72<br>                                           $166,195.72 | Modified Total  $166,195.72<br><br><br><br><br><br>Case Number*  Secured  Priority   Unsecured<br>05-44640              $1,072.80   $165,122.92<br>                      $1,072.80   $165,122.92 |
| Claim: 12689<br>Date Filed: 07/28/06<br>Docketed Total: $176,114.66<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF FLOW DRY<br>TECHNOLOGY LTD<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total  $176,114.66<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>FLOW DRY TECHNOLOGY LTD<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority    Unsecured<br>05-44640                 $42,727.58   $133,387.08<br>                        $42,727.58   $133,387.08 | Modified Total  $174,308.42<br><br><br><br><br><br><br>Case Number*  Secured   Priority    Unsecured<br>05-44640              $42,727.58   $131,580.84<br>                      $42,727.58   $131,580.84 |
| Claim: 9796<br>Date Filed: 07/18/06<br>Docketed Total: $572,033.91<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF HITCHINER<br>MANUFACTURING CO INC<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total  $572,033.91<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>HITCHINER MANUFACTURING CO INC<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority    Unsecured<br>05-44640                  $8,179.67   $563,854.24<br>                         $8,179.67   $563,854.24 | Modified Total  $572,033.91<br><br><br><br><br><br><br>Case Number*  Secured   Priority    Unsecured<br>05-44640               $8,179.67   $563,854.24<br>                       $8,179.67   $563,854.24 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10382<br>Date Filed: 07/24/06<br>Docketed Total:  $210,732.14<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF MTD TECHNOLOGIES<br>  INC<br>  ATTN ALPA JIMENEZ<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $210,732.14<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>MTD TECHNOLOGIES INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                             $16,294.70       $194,437.44<br>                                     _____        _____<br>                                     $16,294.70       $194,437.44 | Modified Total    $210,732.14<br><br><br><br><br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                             $16,294.70       $194,437.44<br>                                     _____        _____<br>                                     $16,294.70       $194,437.44 |
| Claim: 12669<br>Date Filed: 07/28/06<br>Docketed Total:  $1,087,184.23<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF OMRON DUALTEC<br>  AUTOMOTIVE ELECTRONICS INC<br>  ALPA JIMENEZ<br>  CONTRARIAN FUNDS LLC<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $1,087,184.23<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>OMRON DUALTEC AUTOMOTIVE<br>ELECTRONICS INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                             $85,411.74     $1,001,772.49<br>                                     _____        _____<br>                                     $85,411.74     $1,001,772.49 | Modified Total    $1,030,332.89<br><br><br><br><br><br><br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                             $85,411.74       $944,921.15<br>                                     _____        _____<br>                                     $85,411.74       $944,921.15 |
| Claim: 9792<br>Date Filed: 07/18/06<br>Docketed Total:  $214,580.56<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF PAX MACHINE WORKS<br>  INC<br>  ATTN ALPA JIMENEZ<br>  CONTRARIAN FUNDS LLC<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $214,580.56<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PAX MACHINE WORKS INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                                $865.58       $213,714.98<br>                                     _____        _____<br>                                        $865.58       $213,714.98 | Modified Total    $214,580.56<br><br><br><br><br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                                $865.58       $213,714.98<br>                                     _____        _____<br>                                        $865.58       $213,714.98 |

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12690<br>Date Filed:07/28/06<br>Docketed Total:  $865,517.60<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SCHAEFFLER CANADA<br> INC<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 WEST PUTNAM AVENUE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total    $865,517.60<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SCHAEFFLER CANADA INC<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830<br><br>Case Number*      Secured        Priority         Unsecured<br>05-44640                           $80,774.09       $784,743.51<br>                                   ─────────        ─────────<br>                                   $80,774.09       $784,743.51 | Modified Total    $865,517.60<br><br><br><br><br><br><br>Case Number*      Secured        Priority         Unsecured<br>05-44640                           $80,774.09       $784,743.51<br>                                   ─────────        ─────────<br>                                   $80,774.09       $784,743.51 |
| Claim: 9791<br>Date Filed:07/18/06<br>Docketed Total:  $299,745.20<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SP DIV NMC LLC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total    $299,745.20<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SP DIV NMC LLC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830<br><br>Case Number*      Secured        Priority         Unsecured<br>05-44640                            $5,367.21       $294,377.99<br>                                    ────────        ─────────<br>                                    $5,367.21       $294,377.99 | Modified Total    $299,745.20<br><br><br><br><br><br><br>Case Number*      Secured        Priority         Unsecured<br>05-44640                            $5,367.21       $294,377.99<br>                                    ────────        ─────────<br>                                    $5,367.21       $294,377.99 |
| Claim: 12692<br>Date Filed:07/28/06<br>Docketed Total:  $3,398,927.24<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF STRATTEC SECURITY<br> CORP<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total    $3,398,927.24<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>STRATTEC SECURITY CORP<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*      Secured        Priority         Unsecured<br>05-44640                           $43,124.50     $3,355,802.74<br>                                   ─────────      ─────────────<br>                                   $43,124.50     $3,355,802.74 | Modified Total  $3,395,680.90<br><br><br><br><br><br>Case Number*      Secured        Priority         Unsecured<br>05-44640                           $43,124.50     $3,352,556.40<br>                                   ─────────      ─────────────<br>                                   $43,124.50     $3,352,556.40 |

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9793<br>Date Filed: 07/18/06<br>Docketed Total:  $568,283.69<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF WHIRLAWAY<br>  CORPORATION<br>  CONTRARIAN FUNDS LLC<br>  ATTN ALPA JIMENEZ<br>  411 W PUTNAM AVE  STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $568,283.69<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>WHIRLAWAY CORPORATION<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                       $26,238.62      $542,045.07<br>                               —————————      —————————<br>                               $26,238.62      $542,045.07 | Modified Total      $557,025.45<br><br><br><br><br><br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                       $26,238.62      $530,786.83<br>                               —————————      —————————<br>                               $26,238.62      $530,786.83 |
| Claim: 11279<br>Date Filed: 07/27/06<br>Docketed Total:  $34,432.00<br>Filing Creditor Name and Address<br>  CTS OF CANADA CO<br>  171 COVINGTON DR<br>  BLOOMINGTON IL 60108 | Claim Holder Name and Address    Docketed Total    $24,300.00<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>ATTN LAURA L TORRADO<br>383 MADISON AVE<br>NEW YORK NY 10179<br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                       $3,120.45       $21,179.55<br>                               —————————      —————————<br>                               $3,120.45       $21,179.55 | Modified Total      $24,300.00<br><br><br><br><br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                       $3,120.45       $21,179.55<br>                               —————————      —————————<br>                               $3,120.45       $21,179.55 |
|  | Claim Holder Name and Address    Docketed Total    $10,132.00<br>CTS OF CANADA CO<br>171 COVINGTON DR<br>BLOOMINGTON IL 60108<br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                       $0.00           $10,132.00 | Modified Total      $0.00<br><br><br><br><br>Case Number*     Secured       Priority         Unsecured |
| Claim: 8946<br>Date Filed: 07/05/06<br>Docketed Total:  $653,356.73<br>Filing Creditor Name and Address<br>  EPCOS INC<br>  ATTN DAVID N CRAPO ESQ<br>  GIBBONS PC<br>  ONE GATEWAY CTR<br>  NEWARK NJ 07102-5310 | Claim Holder Name and Address    Docketed Total    $653,356.73<br>EPCOS INC<br>ATTN DAVID N CRAPO ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK NJ 07102-5310<br><br>Case Number*     Secured       Priority         Unsecured<br>05-44481                                                       $653,356.73<br>                                                              —————————<br>                                                              $653,356.73 | Modified Total      $653,356.73<br><br><br><br><br><br>Case Number*     Secured       Priority         Unsecured<br>05-44640                                       $72,949.27      $580,407.46<br>                                                —————————      —————————<br>                                                $72,949.27      $580,407.46 |

In re: Delphi Corporation, et al.                                                                           Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16570<br>Date Filed:03/12/07<br>Docketed Total:   $337,154.09<br>Filing Creditor Name and Address<br>  GCI TECHNOLOGIES INC<br>  1301 PRECISION DR<br>  PLANO TX 75074 | Claim Holder Name and Address   Docketed Total   $337,154.09<br>GCI TECHNOLOGIES INC<br>1301 PRECISION DR<br>PLANO TX 75074<br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                     $5,981.92      $331,172.17<br>                             $5,981.92      $331,172.17 | Modified Total   $330,859.27<br><br><br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                     $5,981.92      $324,877.35<br>                             $5,981.92      $324,877.35 |
| Claim: 4427<br>Date Filed:05/02/06<br>Docketed Total:   $139,123.46<br>Filing Creditor Name and Address<br>  HAMMOND GROUP INC<br>  1414 FIELD ST BLDG B<br>  HAMMOND IN 46320-173 | Claim Holder Name and Address   Docketed Total   $139,123.46<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured      Priority        Unsecured<br>05-44481                     $15,397.30     $123,726.16<br>                             $15,397.30     $123,726.16 | Modified Total   $136,367.30<br><br><br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                     $15,397.30     $120,970.00<br>                             $15,397.30     $120,970.00 |
| Claim: 9540<br>Date Filed:07/14/06<br>Docketed Total:   $39,111.67<br>Filing Creditor Name and Address<br>  HOLLINGSWORTH & VOSE CO<br>  112 WASHINGTON ST<br>  EAST WALPOLE MA 02032-100 | Claim Holder Name and Address   Docketed Total   $39,111.67<br>HOLLINGSWORTH & VOSE CO<br>112 WASHINGTON ST<br>EAST WALPOLE MA 02032-100<br><br>Case Number*   Secured      Priority        Unsecured<br>05-44481                                    $39,111.67<br>                                            $39,111.67 | Modified Total   $15,157.96<br><br><br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                     $5,984.96      $9,173.00<br>                             $5,984.96      $9,173.00 |
| Claim: 15458<br>Date Filed:07/31/06<br>Docketed Total:   $100,584.84<br>Filing Creditor Name and Address<br>  LIQUIDITY SOLUTIONS INC DBA<br>  REVENUE MANAGEMENT AS ASSIGNEE<br>  OF HEXCEL CORPORATION<br>  JEFFREY L CARESS<br>  ONE UNIVERSITY PLAZA SUITE 312<br>  HACKENSACK NJ 7601 | Claim Holder Name and Address   Docketed Total   $100,584.84<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                                    $100,584.84<br>                                            $100,584.84 | Modified Total   $100,584.84<br><br><br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                     $33,980.58     $66,604.26<br>                             $33,980.58     $66,604.26 |

In re: Delphi Corporation, et al.  Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15211<br>Date Filed: 07/31/06<br>Docketed Total:   $1,352,891.10<br>Filing Creditor Name and Address<br>  MILLENNIUM INDUSTRIES CORPORATION<br>  C O JOHN P HENSIEN AND SUSANNA C BR<br>  CLARK HILL PLC<br>  500 WOODWARD AVE STE 3500<br>  DETROIT MI 48226-3435 | Claim Holder Name and Address   Docketed Total   $1,352,891.10<br>MILLENNIUM INDUSTRIES CORPORATION<br>C O JOHN P HENSIEN AND SUSANNA C BR<br>CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT MI 48226-3435<br><br>Case Number*     Secured         Priority          Unsecured<br>05-44640                         $704,727.68     $648,163.42<br>                                 —————————————    —————————————<br>                                 $704,727.68     $648,163.42 | Modified Total    $591,576.77<br><br><br><br><br><br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640                         $1,942.04       $589,634.73<br>                                 —————————————   —————————————<br>                                 $1,942.04       $589,634.73 |
| Claim: 10218<br>Date Filed: 07/21/06<br>Docketed Total:   $220,167.50<br>Filing Creditor Name and Address<br>  MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>  C O SAM O SIMMERMAN ESQ<br>  KRUGLIAK WILKINS GRIFFITHS & DOUGHE<br>  4775 MUNSON ST NW<br>  PO BOX 36963<br>  CANTON OH 44735-6963 | Claim Holder Name and Address   Docketed Total   $220,167.50<br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>C O SAM O SIMMERMAN ESQ<br>KRUGLIAK WILKINS GRIFFITHS & DOUGHE<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON OH 44735-6963<br><br>Case Number*     Secured         Priority          Unsecured<br>05-44640                         $55,995.04      $164,172.46<br>                                 —————————————   —————————————<br>                                 $55,995.04      $164,172.46 | Modified Total    $220,167.50<br><br><br><br><br><br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640                         $3,946.75       $216,220.75<br>                                 —————————————   —————————————<br>                                 $3,946.75       $216,220.75 |
| Claim: 13815<br>Date Filed: 07/31/06<br>Docketed Total:   $223,843.01<br>Filing Creditor Name and Address<br>  MULTEK FLEXIBLE CIRCUITS INC ET AL<br>  C O STEVEN J REISMAN ESQ<br>  CURTIS MALLET PREVOST COLT & MOSLE<br>  101 PARK AVE<br>  NEW YORK NY 10178-0061 | Claim Holder Name and Address   Docketed Total   $223,843.01<br>MULTEK FLEXIBLE CIRCUITS INC ET AL<br>C O STEVEN J REISMAN ESQ<br>CURTIS MALLET PREVOST COLT & MOSLE<br>101 PARK AVE<br>NEW YORK NY 10178-0061<br><br>Case Number*     Secured         Priority          Unsecured<br>05-44640                         $28,136.03      $195,706.98<br>                                 —————————————   —————————————<br>                                 $28,136.03      $195,706.98 | Modified Total    $173,461.71<br><br><br><br><br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640                         $11,801.03      $161,660.68<br>                                 —————————————   —————————————<br>                                 $11,801.03      $161,660.68 |

*See Exhibit G for a listing of debtor entities by case number          Page:    7 of 9

In re: Delphi Corporation, et al.                                                                                                    Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11053<br>Date Filed:07/26/06<br>Docketed Total:  $3,725,211.05<br>Filing Creditor Name and Address<br>  MURATA ELECTRONICS NORTH<br>  AMERICA INC<br>  ATTN TREASURER CORP<br>  CONTROLLER<br>  2200 LAKE PARK DR<br>  SMYRNA GA 30080-7604 | Claim Holder Name and Address    Docketed Total    $3,725,211.05<br>MURATA ELECTRONICS NORTH AMERICA<br>INC<br>ATTN TREASURER CORP<br>CONTROLLER<br>2200 LAKE PARK DR<br>SMYRNA GA 30080-7604<br><br>Case Number*         Secured              Priority              Unsecured<br>05-44640          $33,926.12         $111,941.07       $3,579,343.86<br>                  $33,926.12         $111,941.07       $3,579,343.86 | Modified Total    $3,717,844.93<br><br><br><br><br><br><br>Case Number*     Secured         Priority           Unsecured<br>05-44640                         $111,941.07       $3,605,903.86<br>                                 $111,941.07       $3,605,903.86 |
| Claim: 15222<br>Date Filed:07/31/06<br>Docketed Total:   $392,351.79<br>Filing Creditor Name and Address<br>  NOVELIS CORP<br>  6060 PKLAND BLVD<br>  CLEVELAND OH 44124-4185 | Claim Holder Name and Address    Docketed Total    $392,351.79<br>NOVELIS CORP<br>6060 PKLAND BLVD<br>CLEVELAND OH 44124-4185<br><br>Case Number*         Secured              Priority              Unsecured<br>05-44481                                $33,090.25         $359,261.54<br>                                        $33,090.25         $359,261.54 | Modified Total    $392,351.79<br><br><br><br><br>Case Number*     Secured         Priority           Unsecured<br>05-44640                         $33,090.25         $359,261.54<br>                                 $33,090.25         $359,261.54 |
| Claim: 15627<br>Date Filed:07/31/06<br>Docketed Total:   $147,402.29<br>Filing Creditor Name and Address<br>  PREMIER PRODUCTS INC<br>  3030 KERSTEN CT<br>  KALAMAZOO MI 49048 | Claim Holder Name and Address    Docketed Total    $147,402.29<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*         Secured              Priority              Unsecured<br>05-44640                                                    $147,402.29<br>                                                            $147,402.29 | Modified Total    $141,620.92<br><br><br><br><br>Case Number*     Secured         Priority           Unsecured<br>05-44640                         $10,671.05         $130,949.87<br>                                 $10,671.05         $130,949.87 |
| Claim: 14137<br>Date Filed:07/31/06<br>Docketed Total:  $2,752,068.75<br>Filing Creditor Name and Address<br>  SPCP GROUP LLC AS ASSIGNEE OF<br>  FUJIKOKI AMERICA INC<br>  BRIAN JARMAIN<br>  TWO GREENWICH PLZ 1ST FL<br>  GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $2,752,068.75<br>SPECIAL SITUATIONS INVESTING GROUP<br>INC<br>ATTN AL DOMBROWSKI<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK NY 10004<br><br>Case Number*         Secured              Priority              Unsecured<br>05-44640                                                    $2,752,068.75<br>                                                            $2,752,068.75 | Modified Total    $2,752,068.75<br><br><br><br><br><br><br>Case Number*     Secured         Priority           Unsecured<br>05-44640                         $102,600.39       $2,649,468.36<br>                                 $102,600.39       $2,649,468.36 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12257<br>Date Filed: 07/28/06<br>Docketed Total:  $217,822.60<br>Filing Creditor Name and Address<br>  STANLEY ELECTRIC SALES OF<br>  AMERICA INC<br>  C O MARK T FLEWELLING ESQ<br>  AFRCT LLP<br>  199 S LOS ROBLES AVE STE 600<br>  PASADENA CA 91101 | Claim Holder Name and Address    Docketed Total     $217,822.60<br>STANLEY ELECTRIC SALES OF AMERICA<br>INC<br>C O MARK T FLEWELLING ESQ<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA CA 91101<br><br>Case Number*      Secured         Priority           Unsecured<br>05-44567                         $21,450.40        $196,372.20<br>                                 $21,450.40        $196,372.20 | Modified Total     $217,822.60<br><br><br><br><br><br>Case Number*      Secured         Priority           Unsecured<br>05-44567                         $43,264.40        $174,558.20<br>                                 $43,264.40        $174,558.20 |
| Claim: 12374<br>Date Filed: 07/28/06<br>Docketed Total:   $33,257.86<br>Filing Creditor Name and Address<br>  ZELLER ELECTRIC OF ROCHESTER<br>  INC AKA ZELLER ELECTRIC INC<br>  ATTN JOHN K MCANDREW<br>  WOODS OVIATT GILMAN LLP<br>  700 CROSSROADS BUILDING<br>  2 STATE ST<br>  ROCHESTER NY 14614 | Claim Holder Name and Address    Docketed Total      $33,257.86<br>ZELLER ELECTRIC OF ROCHESTER INC<br>AKA ZELLER ELECTRIC INC<br>ATTN JOHN K MCANDREW<br>WOODS OVIATT GILMAN LLP<br>700 CROSSROADS BUILDING<br>2 STATE ST<br>ROCHESTER NY 14614<br><br>Case Number*      Secured         Priority           Unsecured<br>05-44640                                            $33,257.86<br>                                                    $33,257.86 | Modified Total      $33,257.86<br><br><br><br><br><br>Case Number*      Secured         Priority           Unsecured<br>05-44640                         $4,000.00         $29,257.86<br>                                 $4,000.00         $29,257.86 |

                                                                      Total Count of Claims:   28
                                                                      Total Amount as Docketed:          $23,786,542.09
                                                                      Total Amount as Modified:          $22,804,202.35