**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 8004<br>Date Filed: 06/15/2006<br>Creditor's Name and Address:<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $77,637.34<br>Priority:<br>Administrative:<br>Unsecured: $2,127.75<br>Total: $79,765.09 | Claim Number: 16249<br>Date Filed: 08/22/2006<br>Creditor's Name and Address:<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $77,637.34<br>Priority:<br>Administrative:<br>Unsecured: $2,127.75<br>Total: $79,765.09 |
| Claim Number: 753<br>Date Filed: 11/21/2005<br>Creditor's Name and Address:<br>CITY AND COUNTY OF DENVER TREASURY<br>MCNICHOLS CIVIC CTR BLDG<br>144 W COLFAX AVE ROOM 384<br>DENVER, CO 80202-5391<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $0.00<br>Priority: $648.29<br>Administrative:<br>Unsecured:<br>Total: $648.29 | Claim Number: 16495<br>Date Filed: 01/23/2007<br>Creditor's Name and Address:<br>CITY AND COUNTY OF DENVER TREASURY<br>MCNICHOLS CIVIC CTR BLDG<br>144 W COLFAX AVE ROOM 384<br>DENVER, CO 80202-5391<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639)<br>Secured: $0.00<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 |
| Claim Number: 2714<br>Date Filed: 04/24/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $5,981.92<br>Administrative:<br>Unsecured: $331,172.17<br>Total: $337,154.09 | Claim Number: 16570<br>Date Filed: 03/12/2007<br>Creditor's Name and Address:<br>GCI TECHNOLOGIES INC<br>1301 PRECISION DR<br>PLANO, TX 75074<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $5,981.92<br>Administrative:<br>Unsecured: $331,172.17<br>Total: $337,154.09 |
| Claim Number: 11095<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>CURTIS SCREW COMPANY LLC<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO, NY 14203<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $147,534.28<br>Total: $147,534.28 | Claim Number: 16592<br>Date Filed: 04/05/2007<br>Creditor's Name and Address:<br>CURTIS SCREW COMPANY LLC<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO, NY 14203<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $52,906.09<br>Administrative:<br>Unsecured: $94,568.23<br>Total: $147,474.32 |
| Claim Number: 16045<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>DELORIS ROGERS<br>6241 HWY 18<br>JACKSON, MS 39209<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $886.00<br>Administrative:<br>Unsecured:<br>Total: $886.00 | Claim Number: 16144<br>Date Filed: 08/08/2006<br>Creditor's Name and Address:<br>DELORIS ROGERS<br>6241 HWY 18<br>JACKSON, MS 39209<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $886.00<br>Administrative:<br>Unsecured:<br>Total: $886.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 1316<br>Date Filed: 12/27/2005<br>Creditor's Name and Address:<br>ECORSE MACHINERY SALES & RE BUILDERS INC<br>75 SOUTH FIELD<br>ECORSE, MI 48229<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,044.70<br>Total: $3,044.70 | Claim Number: 16167<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>ECORSE MACHINERY SLS & RBLDRS<br>75 SOUTHFIELD<br>ECORSE, MI 48229-143<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,901.89<br>Total: $4,901.89 |
| Claim Number: 16025<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>FITZGERALD WATER LIGHT & BOND COMMISSION<br>PO BOX F<br>FITZGERALD, GA 31750<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,275.90<br>Total: $55,275.90 | Claim Number: 16026<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>FITZGERALD WATER LIGHT & BOND<br>PO BOX DRAWER F<br>FITZGERALD, GA 31750<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,275.90<br>Total: $55,275.90 |
| Claim Number: 16204<br>Date Filed: 08/14/2006<br>Creditor's Name and Address:<br>GENESEE PACKAGING INC<br>WINEGARDEN HALEY LINDHOLM & ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,504,043.71<br>Total: $2,504,043.71 | Claim Number: 16536<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br>GENESEE PACKAGING INC<br>WINEGARDEN HALEY LINDHOLM & ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $452,346.63<br>Total: $452,346.63 |
| Claim Number: 16587<br>Date Filed: 03/26/2007<br>Creditor's Name and Address:<br>GUSTAVO RODRIGUEZ PENA<br>MAR ROJO 811 A COLONIA<br>CAVAZOS RENYNOSA TAMAULIPASMEXICO<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $23,213.65<br>Total: $23,213.65 | Claim Number: 16586<br>Date Filed: 03/26/2007<br>Creditor's Name and Address:<br>GUSTAVO RODRIGUEZ PENA<br>MAR ROJO 811 A COLONIA<br>CAVAZOS RENYNOSA TAMAULIPASMEXICO<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $23,213.65<br>Total: $23,213.65 |
| Claim Number: 15795<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH<br>13375 HADDON DR<br>FENTON, MI 48430<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 15801<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15799<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15800<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>EXPENSES ONLY 513302698<br>13375 HADDON ST<br>FENTON, MI 48430<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 16567<br>Date Filed: 03/06/2007<br>Creditor's Name and Address:<br>HARRIS HEALTHTRENDS EFT CORP<br>6629 W CENTRAL AVE<br>TOLEDO, OH 43617-1401<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $54,883.42<br>Total: $54,883.42 | Claim Number: 7016<br>Date Filed: 05/30/2006<br>Creditor's Name and Address:<br>HARRIS HEALTHTRENDS EFT CORP<br>6629 W CENTRAL AVE<br>TOLEDO, OH 43617-1401<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $54,883.42<br>Total: $54,883.42 |
| Claim Number: 14182<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HERITAGE ENVIRONMENTAL SERVICES LLC<br>BINGHAM MCHALEY LLP<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $426,433.36<br>Total: $426,433.36 | Claim Number: 14283<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HERITAGE ENVIRONMENTAL SERVICES LLC<br>BINGHAM MCHALEY LLP<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $426,433.26<br>Total: $426,433.26 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 13834<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HERITAGE INTERACTIVE SERVICES LLC<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,367.34<br>Total: $38,367.34 | Claim Number: 15964<br>Date Filed: 08/01/2006<br>Creditor's Name and Address:<br>HERITAGE INTERACTIVE SERVICES LLC<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,367.34<br>Total: $38,367.34 |
| Claim Number: 2557<br>Date Filed: 04/04/2006<br>Creditor's Name and Address:<br>HOWARD COUNTY INDIANA<br>BARNES & THORNBURG LLP<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,453,074.52<br>Priority: $4,628,077.82<br>Administrative:<br>Unsecured:<br>Total: $7,081,152.34 | Claim Number: 16506<br>Date Filed: 02/02/2007<br>Creditor's Name and Address:<br>HOWARD COUNTY INDIANA<br>BARNES & THORNBURG LLP<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,069,991.66<br>Priority: $5,076,914.92<br>Administrative:<br>Unsecured:<br>Total: $7,146,906.58 |
| Claim Number: 1540<br>Date Filed: 01/17/2006<br>Creditor's Name and Address:<br>ITT CANNON SHAKOPEE<br>2881 EAST BAYARD STREET<br>SENECA FALLS, NY 13148<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $84,708.68<br>Total: $84,708.68 | Claim Number: 1541<br>Date Filed: 01/17/2006<br>Creditor's Name and Address:<br>ITT CANNON NEWTON<br>2881 EAST BAYARD STREET<br>SENECA FALLS, NY 13148<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $114,460.81<br>Total: $114,460.81 |
| Claim Number: 14172<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>KEYSTONE POWDERED METAL COMPANY<br>BUCHANAN INGERSOLL & ROONEY PC<br>ONE OXFORD CENTRE<br>301 GRANT ST 20TH FL<br>PITTSBURGH, PA 15219<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $109,652.70<br>Total: $109,652.70 | Claim Number: 15792<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>KEYSTONE POWDERED METAL COMPANY<br>BUCHANAN INGERSOLL & ROONEY PC<br>1 CHASE MANHATTAN PLAZA<br>35TH FLR<br>NEW YORK, NY 10007<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $140,983.79<br>Total: $140,983.79 |
| Claim Number: 16545<br>Date Filed: 02/16/2007<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $78,672.00<br>Total: $78,672.00 | Claim Number: 6378<br>Date Filed: 05/19/2006<br>Creditor's Name and Address:<br>SUPERIOR LTD<br>PO BOX 37<br>PESHTIGO, WI 54157<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $61,552.00<br>Total: $61,552.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16487<br>Date Filed: 01/17/2007<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $405,670.69<br>Total: $405,670.69 | Claim Number: 10126<br>Date Filed: 07/21/2006<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $405,670.69<br>Total: $405,670.69 |
| Claim Number: 16484<br>Date Filed: 01/16/2007<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $163,499.09<br>Total: $163,499.09 | Claim Number: 8525<br>Date Filed: 06/26/2006<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $163,499.09<br>Total: $163,499.09 |
| Claim Number: 11612<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $144,348.23<br>Unsecured: $245,395.29<br>Total: $389,743.52 | Claim Number: 16558<br>Date Filed: 02/28/2007<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $144,348.23<br>Administrative:<br>Unsecured: $245,395.29<br>Total: $389,743.52 |
| Claim Number: 7463<br>Date Filed: 06/05/2006<br>Creditor's Name and Address:<br>MADISON COUNTY INDIANA TREASURER<br>33 W 10TH ST STE 200<br>ANDERSON, IN 46016<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $1,226,335.55<br>Administrative:<br>Unsecured:<br>Total: $1,226,335.55 | Claim Number: 16571<br>Date Filed: 03/12/2007<br>Creditor's Name and Address:<br>MADISON COUNTY INDIANA TREASURER<br>33 W 10TH ST STE 200<br>ANDERSON, IN 46016<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $1,064,727.48<br>Administrative:<br>Unsecured:<br>Total: $1,064,727.48 |
| Claim Number: 15828<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>MARION COUNTY IN<br>MARION COUNTY TREASURER<br>200 E WASHINGTON ST<br>ROOM 1001<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $80,326.06<br>Administrative:<br>Unsecured:<br>Total: $80,326.06 | Claim Number: 16296<br>Date Filed: 09/08/2006<br>Creditor's Name and Address:<br>MARION COUNTY IN<br>200 E WASHINGTON ST RM 1001<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $138,133.68<br>Administrative:<br>Unsecured:<br>Total: $138,133.68 |

05-44481-rdd    Doc 8195-1    Filed 06/06/07    Entered 06/06/07 16:32:27    Exhibit A
Pg 6 of 9

In re Delphi Corporation, et al.                                                                                                    Twelfth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 12229<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>MCNAUGHTON MCKAY ELECTRIC CO O<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI 48071-4134<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $23,230.90<br>Administrative:<br>Unsecured: $54,322.16<br>Total: $77,553.06 | Claim Number: 16561<br>Date Filed: 03/02/2007<br>Creditor's Name and Address:<br>MCNAUGHTON MCKAY ELECTRIC OF OHIO<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI 48071-4126<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $23,230.90<br>Administrative:<br>Unsecured: $46,886.26<br>Total: $70,117.16 |
| Claim Number: 2694<br>Date Filed: 04/19/2006<br>Creditor's Name and Address:<br>METRIC EQUIPMENT SALES & SIERRA<br>LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $247.75<br>Total: $247.75 | Claim Number: 15976<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>METRIC EQUIPMENT SALES INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $991.00<br>Total: $991.00 |
| Claim Number: 8370<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br>PANASONIC FACTORY AUTOMATION<br>PO BOX 70425<br>CHICAGO, IL 60673-0425<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,900.00<br>Total: $5,900.00 | Claim Number: 14318<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SPCP GROUP LLC<br>2 GREENWICH PLZ<br>GREENWICH, CT 06830<br><br>CREDIT SUISSE INTERNATIONAL<br>1 5 CABOT SQ<br>LONDON E 14, 4QR<br>UNITED KINGDOM<br><br>PANASONIC AUTOMOTIVE SYSTEMS COMPANY<br>OF AMERICA DIVISION OF PANASONIC<br>COMPANY OF NORTH AMERICA<br>776 HWY 74 S<br>PEACHTREE CITY, GA 30269<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,078,756.03<br>Total: $9,078,756.03 |
| Claim Number: 10356<br>Date Filed: 07/24/2006<br>Creditor's Name and Address:<br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,691,908.08<br>Total: $1,691,908.08 | Claim Number: 16557<br>Date Filed: 02/28/2007<br>Creditor's Name and Address:<br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $435,185.00<br>Total: $435,185.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16494<br>Date Filed: 01/22/2007<br>Creditor's Name and Address:<br>PLASTICERT INC<br>801 N SECOND ST<br>HARRISBURG, PA 17102<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $29,718.29<br>Unsecured: $13,551.00<br>Total: $43,269.29 | Claim Number: 16584<br>Date Filed: 03/21/2007<br>Creditor's Name and Address:<br>PLASTI CERT INC<br>801 NORTH SECOND STREET<br>HARRISBURG, PA 17102<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $30,985.93<br>Administrative:<br>Unsecured: $14,146.00<br>Total: $45,131.93 |
| Claim Number: 16540<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br>PRESSURE VESSEL SERVICE INC<br>BASIC CHEMICAL SOLUTIONS LLC<br>525 SEAPORT BLVD<br>REDWOOD CITY, CA 94063<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,058.98<br>Total: $25,058.98 | Claim Number: 9593<br>Date Filed: 07/17/2006<br>Creditor's Name and Address:<br>BASIC CHEMICAL SOLUTIONS LLC<br>5 STEEL RD E<br>MORRISVILLE, PA 19067<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,764.58<br>Total: $25,764.58 |
| Claim Number: 15798<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>RALPH E HANDLEY<br>13375 HADDON DR<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15797<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>RALPH E HANDLEY AND MAXINE A<br>HANDLEY JT TEN<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15802<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>HANDLEY RALPH E<br>13375 HADDON ST<br>FENTON, MI 48430-1103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 4208<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br>SANTA ROSA COUNTY TAX COLLECTOR<br>PO BOX 7100<br>MILTON, FL 32572<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,257.22<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,257.22 | Claim Number: 9271<br>Date Filed: 04/26/2006<br>Creditor's Name and Address:<br>TAX COLLECTOR SANTA ROSA COUNTY<br>ROBERT MCCLURE SANTA ROSA TAX COLLE<br>PO BOX 7100<br>MILTON, FL 32572<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,257.22<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,257.22 |

In re Delphi Corporation, et al.  05-44481-rdd    Doc 8195-1    Filed 06/06/07    Entered 06/06/07 16:32:27    Exhibit A
Pg 8 of 9
Twelfth Omnibus Claims Objection

EXHIBIT A - DUPLICATE AND AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 1226<br>Date Filed: 12/21/2005<br>Creditor's Name and Address:<br>SOPUS PRODUCTS<br>910 LOUISIANA 20TH FL<br>HOUSTON, TX 77002<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $35,141.75<br>Total: $35,141.75 | Claim Number: 16105<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>SOPUS PRODUCTS<br>910 LOUISIANA 20TH FL<br>HOUSTON, TX 77002<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $35,141.75<br>Total: $35,141.75 |
| Claim Number: 2010<br>Date Filed: 02/14/2006<br>Creditor's Name and Address:<br>STAGECOACH CARTAGE & DIST LP<br>7167 CHINO DR<br>EL PASO, TX 79926<br>Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567)<br>Secured:<br>Priority: $4,300.44<br>Administrative:<br>Unsecured:<br>Total: $4,300.44 | Claim Number: 5069<br>Date Filed: 05/08/2006<br>Creditor's Name and Address:<br>STAGECOACH CARTAGE<br>PO BOX 26517<br>EL PASO, TX 79926<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,890.28<br>Total: $3,890.28 |
| Claim Number: 2157<br>Date Filed: 03/01/2006<br>Creditor's Name and Address:<br>STAPLA ULTRASONICS CORPORATION<br>250 ANDOVER ST<br>WILMINGTON, MA 01887<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $766.00<br>Total: $766.00 | Claim Number: 15809<br>Date Filed: 08/03/2006<br>Creditor's Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR STAPLA ULTRASONICS CORPORATION<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,216.00<br>Total: $25,216.00 |
| Claim Number: 6393<br>Date Filed: 05/19/2006<br>Creditor's Name and Address:<br>TENNESSEE DEPARTMENT OF REVENUE<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $53,809.59<br>Administrative:<br>Unsecured:<br>Total: $53,809.59 | Claim Number: 16580<br>Date Filed: 03/16/2007<br>Creditor's Name and Address:<br>TENNESSEE DEPARTMENT OF REVENUE<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $18,990.89<br>Administrative:<br>Unsecured:<br>Total: $18,990.89 |
| Claim Number: 1208<br>Date Filed: 12/19/2005<br>Creditor's Name and Address:<br>TESTEQUITY INC<br>2450 TURQUOISE CIR<br>THOUSAND OAKS, CA 91320<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $206,964.00<br>Total: $206,964.00 | Claim Number: 16583<br>Date Filed: 03/20/2007<br>Creditor's Name and Address:<br>TESTEQUITY INC<br>2450 TURQUOISE CIR<br>THOUSAND OAKS, CA 91320<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $206,964.00<br>Total: $206,964.00 |

05-44481-rdd    Doc 8195-1    Filed 06/06/07    Entered 06/06/07 16:32:27    Exhibit A
Pg 9 of 9

In re Delphi Corporation, et al.  Twelfth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16480<br>Date Filed: 01/11/2007<br>Creditor's Name and Address:<br><br>THE FURUKAWA ELECTRIC CO LTD<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WAY<br>PALO ALTO, CA 94304-1043 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,067.68<br>Total: $48,067.68 | Claim Number: 16555<br>Date Filed: 02/26/2007<br>Creditor's Name and Address:<br><br>THE FURUKAWA ELECTRIC CO LTD<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,067.68<br>Total: $48,067.68 |
| Claim Number: 4039<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br><br>U S CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567)<br>Secured:<br>Priority: $48,074.00<br>Administrative:<br>Unsecured: $48,074.00<br>Total: $96,148.00 | Claim Number: 16201<br>Date Filed: 08/14/2006<br>Creditor's Name and Address:<br><br>US CUSTOMS & BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 |
| Claim Number: 14912<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>WACHOVIA BANK NA SUCCESSOR BY<br>MERGER TO SOUTHTRUST BANK<br>BURR & FORMAN LLP<br>420 N 20TH STREET SUITE 3100<br>BIRMINGHAM, AL 35203 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,656,624.92<br>Total: $6,656,624.92 | Claim Number: 14913<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>WACHOVIA BANK NA SUCCESSOR BY MERGER<br>TO SOUTHTRUST BANK<br>BURR & FORMAN LLP<br>420 N 20TH STREET SUITE 3100<br>BIRMINGHAM, AL 35203 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,656,624.92<br>Total: $6,656,624.92 |

**Total Claims to be Expunged:** 42

**Total Asserted Amount to be Expunged:** $22,239,027.22