**EXHIBIT B-1 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CELESTE R MULCRONE AND MARY ELLEN MULCRONE JT TEN<br>10850 MONTICELLO<br>PINCKNEY, MI 48169-9326 | 16539 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/13/2007 | DELPHI CORPORATION (05-44481) |
| CELESTE ROSE MULCRONE AND JOHN<br>W MULCRONE JT TEN<br>10850 MONTICELLO<br>PINCKNEY, MI 48169-9326 | 16538 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/13/2007 | DELPHI CORPORATION (05-44481) |
| L SUZANNE SCHMIDT AND BRUCE H<br>SCHMIDT TEN COM<br>9932 MCKINSTRY MILL RD<br>NEW WINDSOR, MD 21776-7917 | 16549 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/20/2007 | DELPHI CORPORATION (05-44481) |
| VICKI L SPANG<br>1114 LAYARD AVE<br>RACINE, WI 53402-4327 | 16554 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 03/09/2007 | DELPHI CORPORATION (05-44481) |

**Total:** 4   **$0.00**