05-44481-rdd    Doc 8195-3    Filed 06/06/07    Entered 06/06/07 16:32:27    Exhibit B-2

In re Delphi Corporation, et al.    Pg 1 of 3    Twelfth Omnibus Claims Objection

**EXHIBIT B-2 - INSUFFICIENTLY DOCUMENTED EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ANDREW LADIKA AND MARGARET C LADIKA JT TEN<br>3951 RIVER LN<br>ROCKY RIVER, OH 44116-3824 | 16401 | Secured: $1,439.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,439.00 | 10/27/2006 | DELPHI CORPORATION (05-44481) |
| ANGELINE WYSOCKI<br>2944 WALMSLEY CIRCLE<br>LAKE ORION, MI 48360-1644 | 5333 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| AUSTIN L JARVIS CUST RAYMOND S JARVIS UNIF GIFT MIN ACT<br>APT 5 M<br>1834 CATON AVE<br>BROOKLYN, NY 11226-2815 | 3024 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| BERNARD J PONKE<br>8079 DALE<br>CENTERLINE, MI 48015-1529 | 4859 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| CLIFFORD L TALLMAN<br>2163 NICHOLS RD<br>LENNON, MI 48449-9320 | 6762 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| DIANNE SMITH FOWLER<br>7154 DIAMOND HEAD RD<br>JACKSONVILLE, FL 32216-9113 | 8954 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| DIETER MANTHEY<br>FRAVENLOBSTR 30<br>D 55118 MAINZGERMANY | 9280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| EUGENE W MILLER AND MICHAEL LEE MILLER JT TEN<br>1784 SILVER MAPLE DR<br>BLAIRSVILLE, GA 30512-3859 | 7447 | Secured: $260.00<br>Priority:<br>Administrative:<br>Unsecured: $6,500.00<br>Total: $6,760.00 | 06/05/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-2 - INSUFFICIENTLY DOCUMENTED EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HELEN KRIZ TR HELEN KRIZ TRUST UA DTD 082091<br>2033 SE ALLAMANDA DR<br>PORT ST LUCIE, FL 34952-5803 | 3397 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| JEANNE FITZSIMMONS<br>120 W JACKSON AVE S<br>SAPULPA, OK 74066-5514 | 5975 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| JUDITH K LIPITZ<br>27122 PRESTON RD<br>PUEBLO, CO 81006-9750 | 9632 | Secured: $18.27<br>Priority:<br>Administrative:<br>Unsecured: $5.00<br>Total: $23.27 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| KATY B DANNER<br>11865 S W BELVIDERE PL<br>PORTLAND, OR 97225-5803 | 8655 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $89.85<br>Total: $89.85 | 06/27/2006 | DELPHI CORPORATION (05-44481) |
| LILLIAN ZABLOCKI<br>ALON SHVNT 90433<br>GUSH ETZIONISRAEL | 7628 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| MISS ROBERTA BRISGALL<br>20301 W COUNTRY CLUB DR APT 1927<br>AVENTURA, FL 33180-1657 | 4444 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| RICHARD C ZAHNOW<br>1921 SUNSET TRL<br>NATIONAL CITY, MI 48748-9537 | 15793 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| ROBERT E WOODROW<br>2 GALILEO CT<br>SUFFERN, NY 10901-1902 | 4251 | Secured: $2,606.25<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,606.25 | 05/01/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-2 - INSUFFICIENTLY DOCUMENTED EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SMITH EZZARD<br>2959 CONCORD<br>FLINT, MI 48504 | 6249 | Secured:<br>Priority: $25,000.00<br>Administrative:<br>Unsecured:<br>Total: $25,000.00 | 05/18/2006 | DELPHI CORPORATION<br>(05-44481) |
| SUSAN K GEAN BULAR<br>2288 MATTIE LU DR<br>AUBURN HILLS, MI 48326-2427 | 9223 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| THERESA BERMAN CUST<br>PHILIP A BERMAN UNIF GIFT<br>MIN ACT NY<br>BOX 354<br>RIVERDALE, NY 10463-0354 | 15639 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $673.37<br>Total: $673.37 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| ULRICH E SEIFFERT<br>VIERZ NOTHELFER STR 44<br>55124 MAINZ 1GERMANY | 11144 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |

**Total:**    20    $36,591.74