**EXHIBIT C-1 - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 4434<br>Date Filed: 05/02/2006<br>Creditor's Name and Address:<br>BAY COUNTY TAX COLLECTOR<br>239 E 4TH ST<br>PANAMA CITY, FL 32401<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $18,028.96<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $18,028.96 | Claim Number: 16559<br>Date Filed: 03/01/2007<br>Creditor's Name and Address:<br>BAY COUNTY TAX COLLECTOR<br>239 E 4TH ST<br>PANAMA CITY, FL 32401<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $16,270.91<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $16,270.91 |
| Claim Number: 11447<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>CENTRAL CAROLINA PRODUCTS INC<br>3250 W BIG BEAVER STE 429<br>TROY, MI 48084<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,118.34<br>Total: $50,118.34 | Claim Number: 16542<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br>CENTRAL CAROLINA PRODUCTS INC<br>3250 W BIG BEAVER STE 429<br>TROY, MI 48084<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,118.34<br>Total: $50,118.34 |
| Claim Number: 12177<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>COMERICA LEASING CORPORATION<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 12176<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>COMERICA LEASING CORPORATION<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 808<br>Date Filed: 11/22/2005<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $51,817.86<br>Total: $51,817.86 | Claim Number: 16544<br>Date Filed: 02/16/2007<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $51,817.86<br>Total: $51,817.86 |

Total Claims to be Expunged: 4
Total Asserted Amount to be Expunged: $119,965.16