**EXHIBIT C-2 - ADJOURNED UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BRADLEY A BENNETT AND BARBARA R BENNETT 211 E 53RD ST APT 6D NEW YORK, NY 10022-4805 | 16591 | Secured: Priority: Administrative: Unsecured: $643.64 Total: $643.64 | 03/29/2007 | DELPHI CORPORATION (05-44481) |

Total:    1            $643.64