## PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

– – – – – – – – – – – – – – – – – – – – – – – X

### ORDER GRANTING MOTION OF CALSONIC KANSEI NORTH AMERICA FOR RELIEF FROM THE STAY

Upon the motion dated June 6, 2007 (the "Motion") of Calsonic Kansei North America ("CKNA") for relief from the automatic stay pursuant to § 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), as set forth more fully in the Motion, the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to sections 157 and 1334 of title 28 of the United States Code and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.), consideration of the Motion and the relief requested therein being a core proceeding pursuant to section 157(b) of title 28 of the United States Code and venue being proper before this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code, due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

1574091 v1
106492-012  6/6/2007

ORDERED that the Motion is granted; and it is further

ORDERED that CKNA is granted relief from the automatic stay to give notice to the

Debtors of the termination of the contract represented by the blanket purchase order that CKNA

sent to Delphi on or about March 2, 2006 (the "Purchase Order" a copy of which is attached to

the Motion) under which CKNA would purchase all of its requirement of belt tension sensors, as

described in the Purchase Order, from Delphi, and terminate said contract pursuant to paragraph

10 of the Terms and Conditions of the Purchase Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that CKNA file a

separate memorandum of law in support of the Motion is hereby waived; and it is further

ORDERED that, pursuant to Bankruptcy Rule 4001(a)(3), this Order shall be effective

and enforceable immediately.

DATED: _____ ____, 2007.


_____
UNITED STATES BANKRUPTCY JUDGE


Respectfully submitted for entry,


/s/ Austin L. McMullen
_____
Roger G. Jones (admitted *pro hac vice*)
Austin L. McMullen (admitted *pro hac vice*)
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2307
amcmulle@bccb.com

*Attorneys for Calsonic Kansei North America*