BOULT, CUMMINGS, CONNERS & BERRY PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Roger G. Jones (admitted *pro hac vice*)
Austin L. McMullen (admitted *pro hac vice*)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------ X
                         :
   In re                 :    Chapter 11
                         :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                         :
                         :    (Jointly Administered)
                         :
       Debtors.          :
------------------------ X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Motion of Calsonic Kansei North America for relief from the stay, the related Notice of Hearing and the related Proposed Order have been sent to all parties requesting service through the Court's CM/ECF system on this the 6th day of June, 2007.

Respectfully submitted,

/s/ Austin L. McMullen
Roger G. Jones (admitted *pro hac vice*)
Austin L. McMullen (admitted *pro hac vice*)
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2307
amcmulle@bccb.com

*Attorneys for Calsonic Kansei North America*

1574095 v1
106492-012  6/6/2007