Hearing Date and Time: June 26, 2007, at 10:00 a.m. EDT
Response Date and Time: June 22, 2007, at 4:00 p.m. EDT

BOULT, CUMMINGS, CONNERS & BERRY PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Roger G. Jones (admitted *pro hac vice*)
Austin L. McMullen (admitted *pro hac vice*)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
    In re                             :    Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :    Case No. 05-44481 (RDD)
                                      :
                                      :    (Jointly Administered)
    Debtors.                          :
------------------------------------- X

NOTICE OF RESCHEDULED HEARING
ON MOTION OF CALSONIC KANSEI NORTH AMERICA FOR RELIEF FROM THE STAY

PLEASE THAT NOTICE that the Motion of Calsonic Kansei North America ("CKNA") dated June 6, 2007 (the "Motion") (Docket No. 8196) for relief from the automatic stay pursuant to § 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), previously scheduled for consideration by the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on June 21, 2007 at 10:00 a.m. EDT, has been rescheduled, pursuant to the Notice of Change of Omnibus Hearing Date dated March 29, 2007, and will now be heard by the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Courtroom 610, New York, New York 10004 on June 26, 2007 at 10:00 a.m. EDT.

- 2 -

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief sought in the Motion must be filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-242), which may be accessed (with a password that is available by contacting the Bankruptcy Court's technical assistance at (212) 668-2870, ext. 3522, Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's website at: www.nysb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of documents, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection shall be delivered directly to the Chambers of the Honorable Robert D. Drain at the above address, so as to be received no later than 4:00 p.m. (EDT) on June 22, 2007. The objection shall be served in accordance with General Order M-242 so as to be received no later than June 22, 2007 at 4:00 p.m. (EDT), upon Boult, Cummings, Conners & Berry, PLC, 1600 Division Street, Suite 700, P.O. Box 340025, Nashville, Tennessee 37203, Attention: Roger G. Jones and Austin L. McMullen.

DATED:  June 7, 2007.

                                      Respectfully submitted,

                                      /s/ Austin L. McMullen
                                      Roger G. Jones (admitted *pro hac vice*)
                                      Austin L. McMullen (admitted *pro hac vice*)
                                      BOULT, CUMMINGS, CONNERS & BERRY, PLC
                                      1600 Division Street, Suite 700
                                      P.O. Box 340025
                                      Nashville, Tennessee 37203
                                      (615) 252-2307
                                      amcmulle@bccb.com

                                      *Attorneys for Calsonic Kansei North America*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been sent to all parties requesting service through the Court's CM/ECF system on this the 7th day of June, 2007.

                                      /s/ Austin L. McMullen
                                      Austin L. McMullen