Donald W. Mallory
Dinsmore & Shohl LLP
255 E. 5th St., Suite 1900
Cincinnati, OH  45202
Telephone:  (513) 977-8200
Facsimile:   (513) 977-8141
donald.mallory@dinslaw.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**DELPHI CORPORATION, *et al.***<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 05-44481 (RDD)**<br><br>**(Jointly Administered)** |

### NOTICE OF WITHDRAWAL AND WITHDRAWAL OF APPEARANCE OF DONALD W. MALLORY

PLEASE TAKE NOTICE that Donald W. Mallory hereby withdraws his appearance as counsel for Plastic Moldings Company LLC, in the above-captioned cases, with client consent, and gives this notice of withdrawal of his appearance as counsel for Plastic Moldings Company, LLC in the above-captioned cases, and requests that his name and address be removed from all service lists, including without limitation the Master Service List and the 2002 list, in the above-captioned cases.

| | |
|---|---|
| Dated:  June 7, 2007 | DINSMORE & SHOHL LLP |
| | By:  */s/ Donald W. Mallory*<br>      Donald W. Mallory |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2007, a copy of the foregoing Notice of Withdrawal and Withdrawal of Appearance of Donald W. Mallory, was served electronically on the appropriate registered ECF users and via regular U.S. Mail on the following parties:

| | |
|---|---|
| Honorable Robert D. Drain<br>U.S. Bankruptcy Court for the Southern<br>  District of New York<br>One Bowling Green, Room 610<br>New York, NY  10004 | Delphi Corporation<br>Attn:  General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 |
| John Wm. Butler, Jr.<br>John K. Lyons<br>Joseph N. Wharton<br>Randall G. Reese<br>Lisa Diaz<br>Skadden, Arps, Slate, Meagher &<br>  Flom LLP<br>333 West Wacker Dr., Suite 2100<br>Chicago, IL  60606 | Dale Turner<br>Plastic Moldings Company, LLC<br>2181 Grand Avenue<br>Cincinnati, OH  45214-1593 |

　　　　　　　　　　　　　　　　　　　　　　/s/ Donald W. Mallory

1389928v1