David S. Lefere
Bolhouse, Vander Hulst, Risko & Baar, P.C.
Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Telephone: (616) 531-7711
Facsimile: (616) 531-7757
davidl@bolhouselaw.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
|  | Chapter 11 |
| In Re: | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al. | (Jointly Administered) |
| Debtors. |  |

### NOTICE OF WITHDRAWAL AND WITHDRAWAL OF APPEARANCE OF DAVID S. LEFERE

PLEASE TAKE NOTICE that David S. Lefere hereby withdraws his appearance as counsel for Eclipse Tool & Die, Inc. in the above-captioned case, with client consent, and give this Notice of Withdrawal of his appearance as counsel for Eclipse Tool & Die, Inc. in the above-captioned cases, and requests that his name and address be removed from all service lists, including without limitation the Master Service List and the 2002 list, in the above-captioned cases.

Dated: June 8, 2007

Bolhouse, Vander Hulst, Risko & Baar, P.C.

By: /s/ David S. Lefere
    David S. Lefere (P61790)