UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael P. O'Connor, hereby certify that I am counsel for Claimant, American Casualty Company of Reading, PA, in the above action, and that on June 8, 2007 I served a true copy of Claimant's Response to Debtor's Objection to Proofs of Claim Filed by American Casualty Company of Reading, PA on the following parties hereto by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

SEE ANNEXED SERVICE LIST

Dated: June 8, 2007

_____
MICHAEL P. O'CONNOR (MO1550)

## SERVICE LIST

1. Delphi Corporation
   Attn.: General Counsel
   5725 Delphi Drive
   Troy, MI 48098

2. John Wm. Butler, Jr., Esq.
   SKADDEN ARPS SLATE MEAGHER & FLOM LLP
   Attorneys for Debtors
   333 West Wacker Drive
   Suite 2100
   Chicago, IL 60606

3. John K. Lyons, Esq.
   SKADDEN ARPS SLATE MEAGHER & FLOM LLP
   Attorneys for Debtors
   333 West Wacker Drive
   Suite 2100
   Chicago, IL 60606

4. Joseph N. Wharton, Esq.
   SKADDEN ARPS SLATE MEAGHER & FLOM LLP
   Attorneys for Debtors
   333 West Wacker Drive
   Suite 2100
   Chicago, IL 60606