UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.

Debtors,

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

**CERTIFICATE OF SERVICE**

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Documents Served: *Response to Debtor's Thirteenth Omnibus Objection Pursuant to 11 USC § 502(B) and FRBP 3007 Chapter 11 and Response to Debtor's Notice of Objection to Claim, with attached Exhibits thereto; together with a copy of the Bankruptcy Court Confirmation of filing of Response and Exhibits.*

Method of Service/   First Class Mail
Served Upon:

| | |
|---|---|
| US Bankruptcy Court | Counsel to Debtor |
| Southern District of New York | John W. Butler, Jr., John K. Lyons, |
| Delphi Corporation Claim | Joseph N. Wharton |
| Bowling Green Station | Skadden Arps Slate, Meager, Flom LLP |
| PO Box 5058 | 333 W. Wackard Dr., Suite 2100 |
| New York, NY  10274-5058 | Chicago, IL  60606 |
| | |
| Delphi Corporation | Hon. Robert D. Drain |
| Attn: General Counsel | US Bankruptcy Judge |
| 5725 Delphi Dr. | One Bowling Green, Rm 610 |
| Troy, MI  48098 | New York, NY  10004 |

Date of Service:   June 7, 2007

            /s/  Patricia A. Klein
              Patricia A. Klein
              Legal Assistant

5452523.1 28716/116637