Hearing Date and Time: June 26, 2007 at 10:00 a.m.
Response Date and Time: June 19, 2007 at 4:00 p.m.

LAW OFFICES OF JOHN T. CROLEY, JR.
311 W. Central Avenue
Post Office Box 690
Fitzgerald, Georgia 31750
John T. Croley, Jr. (JC 1838)
Toni Sawyer (LS 0541)

Attorneys for Fitzgerald Water, Light &
Bond Commission,
   Creditor
Claim No. 16026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
In re                                                 :   Chapter 11
:
DELPHI CORPORATION, et al.,                           :   Case No. 05-44481 (RDD)
:
:   (Jointly Administered)
Debtors.                                              :
------------------------------------------------------x

RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE)
PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANK. P. 3007 TO CERTAIN (A)
INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON
DEBTOR'S BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY TAX
CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO
MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION AND
AMENDMENT OF CLAIM NO. 16026

("RESPONSE AND AMENDMENT OF CLAIM")

On July 28, 2006, the undersigned attorneys submitted a proof of claim, assigned number 05-44640, on behalf of the Fitzgerald Water, Light, and Bond Commission (hereafter referred to as "Creditor") against Delphi Automotive Systems, LLC (hereafter referred to as "Debtor") in the amount of fifty-five thousand two hundred seventy-five dollars ($55,275.00) for unpaid utilities.

Said utilities account is general and unsecured. According to the Court's records, the proof of claim was filed on August 9, 2006.

Thereafter, on May 22, 2007, Debtor thereafter filed the *Fifteenth Omnibus Objection* and *Notice of Objection to Claim* asserting an objection to Creditor's claim. The basis of objection for said claim has been identified as a "Claim Subject to Modification." Debtor contends that the claim amount should be modified to reflect forty-nine thousand seven hundred fifty-eight and 77/100 dollars ($49,758.77).

Creditor hereby agrees to said modification to claim number 16026, as stated in the *Notice of Objection to Claim*. Further, FWLB hereby amends claim number 16026, accordingly, to reflect an asserted claim amount equal to forty-nine thousand seven hundred fifty-eight and 77/100 dollars ($49,758.77).

This 8th day of June, 2007.

LAW OFFICES OF JOHN T. CROLEY, JR.

_____
John T. Croley, Jr. (JC 1838)
Toni Sawyer (LS 0541)
311 W. Central Avenue
Post Office Box 690
Fitzgerald, Georgia 31750