

**R·M·S**

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

June 1, 2007

VIA OVERNIGHT MAIL

Clerk
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Response to Debtors' Fifteenth Omnibus Objection to Claims (Substantive)
In re: Delphi Corporation, *et al.* ("Debtors")
Case No. 05-44481 (Jointly Administered) (Chapter 11)
Claimant – EMC$^2$ Corporation, Claim No. 14837

Dear Clerk:

As agent for the creditor, EMC$^2$ Corporation ("EMC"), we disagree with the Debtors' objection to reduce EMC's claim from $115,123.63 ($74,172.96 pre-petition & $40,950.67 post-petition) to $73,342.81 as shown in the Notice of Objection. Payment has not been received for any of the services rendered to the Debtors between March 2005 and February 2006. Copies of those actual invoices, with Delphi Purchase Orders and other correspondence, where available, are attached in support of the claim.

In that regard, we ask that the claim be evaluated on its merits and not reduced to the general unsecured amount proposed by the Debtors.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for EMC$^2$ Corporation

Enclosures

cc:
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher, Flom LLP
Attn: John Wm. Butler, Jr., Esq., John K.
Lyons, Esq. & Joseph N. Wharton, Esq.
333 West Wacker Dr., Ste. 2100
Chicago, IL 60606

Chambers Copy

Honorable Robert D. Drain
U.S. Bkcy Court – Southern NY
Room 610

EMC² CORPORATION
STATEMENT OF ACCOUNT - INVOICE DETAIL

| CUSTOMER NO. / LOCATION | PURCHASE ORDER NO. | INVOICE DATE | INVOICE NO. | DESCRIPTION | SERVICE DATE | CLAIM TOTAL | PRE-PETITION | POST-PETITION |
|---|---|---|---|---|---|---|---|---|
| 13680 42047473 | DWS10233-002 (30-MAR) | 04/15/05 | 5202047660 | Professional Services | 03/15/05 | $ 5,000.00 | $ 5,000.00 | $ - |
| 13680 42047473 | 450172772 | 12/22/05 | 5202052838 | Professional Services | 11/26/05 | $ 5,000.00 | | $ 5,000.00 |
| 24037 132112089 | DWS10247 001 | 03/31/05 | R0336673 | Maintenance | 02/11/05 - 04/11/05 | $ 830.15 | $ 830.15 | |
| 24037 132112089 | 450108010 | 08/10/05 | R0350153 | Maintenance | 04/12/05 - 09/30/05 | $ 65,349.15 | $ 65,349.15 | |
| 24037 132112089 | 450108010 | 09/14/05 | R0353444 | Maintenance | 10/01/05 - 10/31/05 | $ 11,600.44 | $ 2,993.66 | $ 8,606.78 |
| 24037 132112089 | 450108010 | 10/12/05 | R0357229 | Maintenance | 11/01/05 - 11/30/05 | $ 11,600.44 | | $ 11,600.44 |
| 24037 132112089 | 450108010 | 12/14/05 | R0363138 | Maintenance | 01/01/06 - 01/31/06 | $ 11,600.44 | | $ 11,600.44 |
| 24037 132112089 | 450108010 | 01/11/06 | R0366673 | Maintenance | 02/01/06 - 02/10/06 | $ 4,143.01 | | $ 4,143.01 |
| | | | | | | $ 115,123.63 | $ 74,172.96 | $ 40,950.67 |

# PROFESSIONAL SERVICES

# EMC²
where information lives

Hopkinton, MA 01748
(508) 435-1000

EMC Tax Code:
04-2680009

| | EMC Sales Order NO. | EMC Sales Contact | Payment Terms | | Document NO. |
|---|---|---|---|---|---|
| | | North Ameri Misc | NET 30 | | 5202047660 |
| | Waybill NO. | Customer P.O. | Due Date | | Document Date |
| | | DWS10233-002 30-MAR | 15-MAY-05 | | 15-APR-05 |

# Invoice

**Bill To:**

ACCOUNTS PAYABLE
DELPHI AUTOMOTIVE
5725 DELPHI DR
TROY MI 48098
UNITED STATES

**Ship To:**

DELPHI AUTOMOTIVE
5725 DELPHI DR
TROY MI 48098
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | Specified Date |
|---|---|---|---|---|---|---|
| | 13680    42047473 | | | | | |

| Line No. | Item | Description | Qty Ordered | Qty Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | T&M LABOR | CUSTOMER SERVICE T&M LABOR
Reconfiguration
MODEL: 3930
SERIAL#: HK183700137
TRAVEL HOURS: 1.0
LABOR HOURS: 5.0
SERVICE DATE: 31-MAR-05
NAME: STAN LAFFERY
TELEPHONE#: 248-267-0951 | 1 | 1 | 5,000.00 | 5,000.00 |

These commodities are licensed by the US. Diversion contrary to US law is prohibited

All prices are in  USD

| | | |
|---|---|---|
| Sub-total: | | 5,000.00 |
| Freight: | | 0.00 |
| Tax: | | 0.00 |
| Total Due: | | 5,000.00 |

**Remit To:**

EMC CORPORATION
DEPT. CH 10648
PALATINE IL 60055-0648
UNITED STATES

Past Due Amounts will bear interest at rate of 1.5% per month

**Comments:**

13- 13768256  REFCONFIGURATION OF 3930 SOS HK'S

# EMC

1-800-SVC-4EMC (U.S.)
1-800-543-4SVC (CANADA)

## INCIDENT REPORT

SALES ORDER #

Site: Smith 3930
Customer: Delphi Automotive
5725 Delphi Drive
Troy, Michigan   48098 - 2815

Major   Phase 3
Reregistration
Changed LUNS Assigned
Remove and re-create main volumes
Re-assign LUNS to different host
FA Changes

Ed Ruhns

WHITE - Planner   YELLOW - Customer   PINK - Customer Engineer   GOLD/BROD - Account Representative



# EMC²
where information lives

176 South Street
Hopkinton, MA 01748
(508) 435-1000

EMC Tax Code:
04-2680009

Bill To: ATTN: ACCOUNTS PAYABLE
DELPHI AUTOMOTIVE
5725 DELPHI DR
TROY MI 48098
UNITED STATES

# Invoice

| EMC Sales Order NO. | EMC Sales Contact | Payment Terms | | Document NO. |
|---|---|---|---|---|
| | North Ameri Misc | NET 30 | | 520205283 |
| Waybill NO. | Customer P.O. | Due Date | | Document Date |
| | 450172772 | 21-JAN-06 | | 22-DEC-05 |

Ship To: DELPHI AUTOMOTIVE
5725 DELPHI DR
TROY MI 48098
UNITED STATES

PAGE 1 OF 1

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | Specified Date |
|---|---|---|---|---|---|---|
| | 13680   42047473 | | | | | |

| Line No. | Item | Description | Qty Shipped | Unit Price | Extended Price | Tax |
|---|---|---|---|---|---|---|
| 1 | T&M LABOR | CUSTOMER SERVICE T&M LABOR Reconfiguration MODEL: 3930 SERIAL#: HK183700137 TRAVEL HOURS: 2.0 LABOR HOURS: 3.0 SERVICE DATE: 26-NOV-05 NAME: ED ROWE/JOE KOKOSZKA TELEPHONE#: UNKNOWN | 1 | 5,000.00 | 5,000.00 | 0.00 |

These commodities are licensed by the U.S.
Diversion contrary to U.S. law is prohibited.

| All prices are in   USD | | Sub-total: | 5,000.00 |
|---|---|---|---|
| Remit To: EMC CORPORATION DEPT. CH 10648 PALATINE IL 60055-0648 UNITED STATES | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | **Total Due:** | **5,000.00** |

Past Due Amounts will bear interest
at rate of 1.5% per month
Comments:
R  1526424 48/CS0/GE/18G336M/ST2936

Fulfillment Method Legend Only Applicable to Software Products:   PF- Physical Fulfillment, EP- Electronic & Physical Fulfillment, EF- Electronic Fulfillment, LL- Load and Leave

All inquiries regarding this document, please call  1-508-293-6134  or Email    invoiceInquiries@emc.com

# EMC² 
where information lives

1-800-SVC-4EMC (U.S.)
1-800-543-4SVC (Canada)

## INCIDENT REPORT

#52020S2838
SALES ORDER #: 12-22-05

Site Number: 13680
12047473

DATE (Circle one)
M T W Th F Sa Su
11 26 05

CE Name and #: Jerry Smith

BOX TYPE: 52215
JS009381

IR#/Clarify Case #: 14266414

Evaluation ☐ Loaner ☐ Replacement ☐ Secure Site ☐
Time and Material Repair Code: (check all that apply) Install ☐ Deinstall ☐
Move ☐ Upgrade ☐ Reconfig ☒ Other (specify): ☐

Customer Purchase order # 450172772

**AUTHORIZED THIRD PARTY MAINTAINER INFORMATION**

Supported System Serial #'s: 3930 sn HK1837 001 37

Supported System Model #:

CPU Name:

CUSTOMER BILL TO NAME AND ADDRESS:
Ed Rowe  Joe Kokoszka /gregory Rivard
Delphi Automotive
5725 Delphi Dr
Troy Michigan 48098

SIGNATURES:

CE or Service Provider Signature:

EMC Authorized Signature:

Customer Signature Authorizing Service
Per T&Cs on Reverse:   Ed Rowe

**INSTALL SITE NAME AND ADDRESS:**
Delphi Automotive
5725 Delphi Dr
Troy Michigan 48098

Name:

Address:

Contact Information:

### LABOR AND TRAVEL

Travel Start: 21:00  Stop: 22:00  Date: 11/26/05
Travel Start: 1:00  Stop: 2:00  Date: 11/27/05
Labor Start: 22:00  Stop: 21:00  Date: 11/26/05
Labor Start: 00:01  Stop: 01:00  Date: 11/27/05

Total Travel Time  2hrs
Total Labor Time  3hrs

| Part Number | Serial Number | RMA# | Price |
|---|---|---|---|
| Installed |  |  |  |
| Returned |  |  |  |
| Installed |  |  |  |
| Returned |  |  |  |
| Installed |  |  |  |
| Returned |  |  |  |

**TOTAL CHARGES BASED ON CURRENT LABOR RATES, LABOR & TRAVEL TIME, AND MATERIALS USED:**

#5000

Bundle Reconfiguration Connect Rebecca Winters to SAN volumes
Skull Case 14206024  Change Control Activity 58453
PO # 450172772  Flat rate = $5000.00

#5000
FLAT RATE
#5000.00
No Tax

WHITE Finance    YELLOW Customer    PINK Customer Engineer    GOLDENROD Administration

# MAINTENANCE

**EMC**
where information lives

(508) 435-1000

EMC Tax Code:
04-2680009

| | | EMC Sales Contact | Payment Terms |
|---|---|---|---|
| | M549229 | | NET 30 |
| | | Customer P.O. | Due Date |
| | | POF DWSI0247 001 | |

| | Document NO. |
|---|---|
| | R0336673 |
| | Document Date |
| | 31-MAR-05 |

COPY

Bill To:

JOE KOKOZSKA

DELPHI CORPORATION
1441 WEST LONG LAKE ROAD
NORTHFIELD CROSSING
TROY MI 48098
UNITED STATES

Install Address

DELPHI AUTOMOTIVE
2033 E BLVD
KOKOMO IN 46902
UNITED STATES

# Maintenance
# Invoice

PAGE 1 OF 1

| Customer Number/Location | | Customer Tax Code |
|---|---|---|
| 24037 | 132112089 | |

| Install Id. | Service Description | Period From | Period To | Model | Desc | Serial No. | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050211 | 20050411 | 3930-50 | SYM 3930-50 FRAM | HK183702134 | 1 | 717.68 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050211 | 20050411 | 3030-50S3 | SYM 3030 149.1GB | | 24 | 12,103.62 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050211 | 20050411 | DP2-FCD2 | 2-PORT DP FIBRE | | 2 | 193.97 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050211 | 20050411 | MEM2-8192 | 8192MB M2 CACHE | | 1 | 781.69 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050211 | 20050411 | DS-32M-00 | 32 PORT SWITCH W | | 1 | 335.57 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050211 | 20050411 | DP2-FCD2 | 2-PORT DP FIBRE | | 3 | 290.95 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050211 | 20050411 | 3030-50S3 | SYM 3030 149.1GB | | 16 | 8,069.08 |

All prices are in   USD

Remit To:

EMC CORPORATION
DEPT. CH 10648
PALATINE IL 60055-0648
UNITED STATES

These commodities are licensed by the US. Diversion
contrary to US law is prohibited.

For billing inquires please call (508) 435-1000

| | |
|---|---|
| Sub-total: | 22,492.56 |
| Freight: | 0.00 |
| Tax: | 0.00 |
| Total Due: | 22,492.56 |

Past Due Amounts will bear interest at rate of 1.5%
per month:

Comments:

# EMC

where information lives

`~~ Vuiu Street`
Hopkinton, MA 01748
(508) 435-1000

EMC Tax Code:
04-2680009

Bill To:

JOE KOKOZSKA
DELPHI CORPORATION
1441 WEST LONG LAKE ROAD
NORTHFIELD CROSSING
TROY MI 48098
UNITED STATES

| Contract No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| M549229A | | NET 30 |
| | Customer P.O. | Due Date |
| | 450108010 | |

| Document NO. |
|---|
| R0350153 |
| Document Date |
| 10-AUG-05 |

## Maintenance Invoice

Install Address

DELPHI AUTOMOTIVE
2033 E BLVD
KOKOMO IN 46902
UNITED STATES

*(COPY)*

PAGE 1 OF 1

### Customer Number/Location

| 24037 | 132112089 | Customer Tax Code |
|---|---|---|

| Install Id. | Service Description | Period From | Period To | Model | Desc | Serial No. | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050412 | 20050930 | 3930-50 | SYM 3930-50 FRAM | HK183702134 | 1 | 2,085.12 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050412 | 20050930 | 3030-50S3 | SYM 3030 149.1GB | | 24 | 35,165.46 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050412 | 20050930 | DP2-FCD2 | 2-PORT DP FIBRE | | 2 | 563.56 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050412 | 20050930 | MEM2-8192 | 8192MB M2 CACHE | | 1 | 2,271.08 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050412 | 20050930 | DS-32M-00 | 32 PORT SWITCH W | | 1 | 974.96 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050412 | 20050930 | DP2-FCD2 | 2-PORT DP FIBRE | | 3 | 845.34 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20050412 | 20050930 | 3030-50S3 | SYM 3030 149.1GB | | 16 | 23,443.63 |

These commodities are licensed by the US . Diversion
contrary to US law is prohibited.

All prices are in    USD

Remit To:
EMC CORPORATION
DEPT. CH 10648
PALATINE IL 60055-0648
UNITED STATES

| | |
|---|---|
| Sub-total: | 65,349.15 |
| Freight: | 0.00 |
| Tax: | 0.00 |
| Total Due: | 65,349.15 |

For billing inquires please call (508) 435-1000

Past Due Amounts will bear interest at rate of 1.5%
per month

Comments:



**EMC²**
where information lives

Hopkinton, MA 01748
(508) 435-1000

EMC Tax Code:
04-2680009

| Document NO. | R0353444 |
| Document Date | 14-SEP-05 |

Bill To:

JOE KOKOZSKA
DELPHI CORPORATION
1441 WEST LONG LAKE ROAD
NORTHFIELD CROSSING
TROY MI 48098
UNITED STATES

| Contract No. | EMC Sales Contact | Payment Terms |
| M549229A | | NET 30 |
| | Customer P.O. | Due Date |
| | 450108010 | |

# Maintenance
# Invoice

Install Address

DELPHI AUTOMOTIVE
2033 E BLVD
KOKOMO IN 46902
UNITED STATES

PAGE 1 OF 1

## Customer Number/Location

| 24037 | 132112089 |

| Install Id. | Service Description | Customer Tax Code | Period From | Period To | Model | Desc | Serial No. | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | | 20051001 | 20051031 | 3930-50 | SYM 3930-50 FRAM | HK183702134 | 1 | 370.14 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | | 20051001 | 20051031 | 3030-50S3 | SYM 3030 149.1GB | | 24 | 6,242.39 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | | 20051001 | 20051031 | DP2-FCD2 | 2-PORT DF FIBRE | | 2 | 100.04 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | | 20051001 | 20051031 | MEM2-8192 | 8192MB M2 CACHE | | 1 | 403.15 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | | 20051001 | 20051031 | DS-32M-00 | 32 PORT SWITCH W | | 1 | 173.07 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | | 20051001 | 20051031 | DP2-FCD2 | 2-PORT DF FIBRE | | 3 | 150.06 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | | 20051001 | 20051031 | 3030-50S3 | SYM 3030 149.1GB | | 16 | 4,161.59 |

These commodities are licensed by the US. Diversion contrary to US law is prohibited.

All prices are in    USD

Remit To:

EMC CORPORATION
DEPT. CH 10648
PALATINE IL 60055-0648
UNITED STATES

For billing inquires please call (508) 435-1000

| Sub-total: | 11,600.44 |
| Freight: | 0.00 |
| Tax: | 0.00 |
| Total Due: | 11,600.44 |

Past Due Amounts will bear interest at rate of 1.5% per month

Comments:

INVOICE SPLITS

Delphi Corporation - CLAIM ANALYSIS 01.xls

| INVOICE NO. | INVOICE AMOUNT | SERVICE PERIOD | | | | PRE-PETITION | | | BANKRUPTCY DATE 10/08/05 | | | |
| | | BEGINS | ENDS | NO. OF DAYS | RATE PER DAY | BEGINS | ENDS | NO. OF DAYS | AMOUNT | BEGINS | ENDS | NO. OF DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R0353444 | $ 11,600.44 | 10/01/05 | 10/31/05 | 31 | $ 374.21 | 10/01/05 | 10/08/05 | 8 | $ 2,993.66 | 10/09/05 | 10/31/05 | 23 | $ 8,606.78 |

# EMC²

where information lives

_/o South Street
Hopkinton, MA 01748
(508) 435-1000

EMC Tax Code:
04-2680009

| Contract No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| M549229A | | NET 30 |
| | Customer P.O. | Due Date |
| (508) 435-1000 | 450108010 | 12-OCT-05 |

| | Document NO. |
|---|---|
| | R0357229 |
| | Document Date |
| | 12-OCT-05 |

Bill To:

JOE KOKOZSKA
DELPHI CORPORATION
1441 WEST LONG LAKE ROAD
NORTHFIELD CROSSING
TROY MI 48098
UNITED STATES

# Maintenance
# Invoice

Install Address

DELPHI AUTOMOTIVE
2033 E BLVD
KOKOMO IN 46902
UNITED STATES



PAGE 1 OF 1

| Customer Number/Location | | | Customer Tax Code | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24037 | 132112089 | | | | | | | |
| Install Id. | Service Description | Period From | Period To | Model | Desc | Serial No. | Qty | Extended Price |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20051101 | 20051130 | 3930-50 | SYM 3930-50 FRAM | HK18370213A | 1 | 370.14 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20051101 | 20051130 | 3030-50S3 | SYM 3030 149.1GB | | 24 | 6,242.39 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20051101 | 20051130 | DP2-FCD2 | 2-PORT DP FIBRE | | 2 | 100.04 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20051101 | 20051130 | MEM2-8192 | 8192MB M2 CACHE | | 1 | 403.15 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20051101 | 20051130 | DS-32M-00 | 32 PORT SWITCH W | | 1 | 173.07 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20051101 | 20051130 | DP2-FCD2 | 2-PORT DP FIBRE | | 3 | 150.06 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20051101 | 20051130 | 3030-50S3 | SYM 3030 149.1GB | | 16 | 4,161.59 |

These commodities are licensed by the US. Diversion
contrary to US law is prohibited.

All prices are in   USD

Remit To:

EMC CORPORATION
DEPT. CH 10648
PALATINE IL 60055-0648
UNITED STATES

| | |
|---|---|
| Sub-total: | 11,600.44 |
| Freight: | 0.00 |
| Tax: | 0.00 |
| Total Due: | 11,600.44 |

Past Due Amounts will bear interest at rate of 1.5%
per month

Comments:

For billing inquires please call (508) 435-1000

# EMC²
where information lives

EMC Corporation
176 South Street
Hopkinton, MA 01748
(508) 435 - 1000

EMC Tax Code:
04- 2680009

| Contract No. | EMC Sales Contact | Payment Terms | | Document No. |
|---|---|---|---|---|
| M549229A | | NET 30 | | R0363138 |
| | Customer P.O. | Due Date | | Document Date |
| | 450108010 | | | 14 - DEC- 05 |

Bill To:

JOE KOKOZSKA
DELPHI CORPORATION
1441 WEST LONG LAKE ROAD
NORTHFIELD CROSSING
TROY MI 48098
UNITED STATES



Install Address

DELPHI AUTOMOTIVE
2033 E BLVD
KOKOMO IN 46902
UNITED STATES

# Maintenance
# Invoice

**PAGE 1 OF 1**

| Customer Number/Location | | Customer Tax Code | |
|---|---|---|---|
| 24037 | 132112089 | | |

| Install Id. | Service Description | Period From | Period To | Model | Desc | Serial No. | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060101 | 20060131 | 3930- 50 | SYM 3930- 50 FRAM | HK183702134 | 1 | 370.14 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060101 | 20060131 | 3030- 50S3 | SYM 3030 149.1GB | | 24 | 6,242.39 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060101 | 20060131 | DP2- FCD2 | 2- PORT DP FIBRE | | 2 | 100.04 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060101 | 20060131 | MEM2- 8192 | 8192MB M2 CACHE | | 1 | 403.15 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060101 | 20060131 | DS- 32M- 00 | 32 PORT SWITCH W | | 1 | 173.07 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060101 | 20060131 | DP2- FCD2 | 2- PORT DP FIBRE | | 3 | 150.06 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060101 | 20060131 | 3030- 50S3 | SYM 3030 149.1GB | | 16 | 4,161.59 |

These commodities are licensed by the US Division
contrary to US law is prohibited

All prices are in USD

Remit To:

EMC CORPORATION
DEPT. CH 10648
PALATINE IL 60055- 0648
UNITED STATES

For billing inquiries please call (508) 435- 1000

| | |
|---|---|
| Sub- total: | 11,600.44 |
| Freight: | 0.00 |
| Tax: | 0.00 |
| Total Due: | 11,600.44 |

Past Due Amounts will bear interest at rate of 1.5%
per month

Comments:

# EMC²
## where information lives

EMC Corporation
176 South Street
Hopkinton, MA 01748
(508) 435-1000

EMC Tax Code:
04-2680009

Bill To:

JOE KOKOZSKA
DELPHI CORPORATION
1441 WEST LONG LAKE ROAD
NORTHFIELD CROSSING
TROY MI 48098
UNITED STATES

| Contract No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| M549229A | | NET 30 |
| | Customer P.O. | Due Date |
| | 450108010 | |

# Maintenance
# Invoice

Install Address

DELPHI AUTOMOTIVE
2033 E BLVD
KOKOMO IN 46902
UNITED STATES

| Document No. |
|---|
| R0366673 |
| Document Date |
| 11-JAN-06 |

□ COPY

PAGE 1 OF 1

Customer Number/Location

| | 132112089 | |
|---|---|---|
| 24057 | | |

Customer Tax Code

| Install Id. | Service Description | Period From | Period To | Model | Desc | Serial No. | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060201 | 20060210 | 3930-50 | SYM 3930-50 FRAM | HK183702134 | 1 | 132.19 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060201 | 20060210 | 3030-50S3 | SYM 3030 149.1GB | | 24 | 2,229.43 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060201 | 20060210 | DP2-FCD2 | 2-PORT DP FIBRE | | 2 | 35.73 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060201 | 20060210 | MEM2-8192 | 8192MB M2 CACHE | | 1 | 143.98 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060201 | 20060210 | DS-32M-00 | 32 PORT SWITCH W | | 1 | 61.81 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060201 | 20060210 | DP2-FCD2 | 2-PORT DP FIBRE | | 3 | 53.59 |
| 35041973 | PREMIUM 7X24 HARDWARE SUPPORT | 20060201 | 20060210 | 3030-50S3 | SYM 3030 149.1GB | | 16 | 1,486.28 |

These commodities are licensed by the U.S. Diversion contrary to US law is prohibited.

All prices are in USD

Remit To:

EMC CORPORATION
DEPT CH 10648
PALATINE IL 60055-0648
UNITED STATES

For billing inquires please call (508) 435-1000

| Sub-total: | 4,143.01 |
|---|---|
| Freight: | 0.00 |
| Tax: | 0.00 |
| **Total Due:** | **4,143.01** |

Past Due Amounts will bear interest at rate of 1.5% per month

Comments:

Contract Expiry Date:  *10-Feb-05*

# CONTINUOUS COVERAGE PRODUCT MAINTENANCE SCHEDULE

This Continuous Coverage Product Maintenance Schedule (the "Schedule") sets forth the location, billing and pricing under which EMC will make available Continuous Coverage Product Maintenance ("CCPM") for the EMC Products listed in Part 3 below to the customer named below (the "Customer"). CCPM provided pursuant to this Schedule is governed by EMC's standard Terms and Conditions for Continuous Coverage Product Maintenance (the "Agreement"), a copy of which is included with this Form and for which the Customer acknowledges receipt. The term of this CCPM coverage shall commence on the day after the Current Coverage Expiry Date shown above and shall remain in effect until terminated in the accordance with the Agreement.

To obtain CCPM at the pricing set forth below, please review, sign and return this Schedule to the following address within thirty (30) days after receipt by Customer . In order for Customer to make any changes to this Schedule, Customer must contact EMC prior to the Expiry Date and obtain EMC approval.

*Schedule Issuance Date:*_____

*Part 1*                                     *Product Location*

GSA number:

|  |  |
|---|---|
| Contract #: | Q549229 |
| Customer Code: | DEL039 |
| Sales Order #: |  |

Current Product Location:                      Product Location Changes:

| Company: | DELPHI AUTOMOTIVE | Company: | _____ |
| Address: | 2033 E BLVD | Address: | _____ |
|  | ATTN PLANT 9 RECEIVING |  | _____ |
|  | KOKOMO |  | _____ |
|  | IN          46902 |  | _____ |
| Contact: |  | Contact: | _____ |
| Phone: |  | Phone: | _____ |

*Part 2*                                     *BILLING TERMS*

Billing Period (in advance): Hardware: Monthly____Annually____Software: Annually

Customer -- Check applicable selection
____Continue to invoice and refer to the current purchase order number
____Continue to invoice, but refer to new purchase order #_____, which is enclosed
____No purchase order reference required to invoice

Current Billing Location:                      Billing Location Changes:

| Company: | DELPHI AUTOMOTIVE | Company: | _____ |
| Address: | 2033 E BLVD | Address: | _____ |
|  | ATTN PLANT 9 RECEIVING |  | _____ |
|  | KOKOMO |  | _____ |
|  | IN          46902 |  | _____ |
| Contact: | JOE BOIKE | Contact: | _____ |
| Phone: | 765-451-4005 | Phone: | _____ |

· Site ID    35041973                                  Contract #    32549229

| Model | Serial Number | Description | Service | Qty | Price |
|-------|---------------|-------------|---------|-----|-------|
| MDP2-FCD2 | | 2-PORT DP FIBRE CHNL | PREMIUM 7X24 HARDWARE | 3 | $150.00 |
| M3030-50S3 | | SYM 3030 149.1GB RAI | PREMIUM 7X24 HARDWAR | 24 | $6,240.00 |
| M3030-50S3 | | SYM 3030 149.1GB RAI | PREMIUM 7X24 HARDWAR | 16 | $4,160.00 |
| MMEM2-8192 | | 8192MB M2 CACHE MEM | PREMIUM 7X24 HARDWAR | 1 | $403.00 |
| MDS-32M-00 | | 32 PORT SWITCH W/SW | PREMIUM 7X24 HARDWAR | 1 | $173.00 |
| MDP2-FCD2 | | 2-PORT DP FIBRE CHNL | PREMIUM 7X24 HARDWAR | 2 | $100.00 |
| M3930-50 | HK183702134 | SYM 3930-50 FRAME | PREMIUM 7X24 HARDWAR | 1 | $370.00 |

Please Make Selection:

Total MONTHLY Charge:        $11,596.00

Pro-rated from 02/11/2005 – 4/11/2005 (59 days)

22,492.57

Hardware Payment Options:

Accepted for Customer:

By : _____

Name (Print) : _____

Title:_____

Email Address: _____

Fax Number _____

Date:_____

*PLEASE RETURN SIGNED QUOTE AND/OR PO TO:*

# EMC²

Where Information Lives

**MaryEllen Sweeney**
171 South Street
Hopkinton, MA  01748
**Office:** 508-249-8785
**Fax:** 508-249-8319

http://www.EMC.com E-mail: sweeney_maryellen@emc.com

**For billing issues, please contact Credit & Collections at 800-445-2588
Please reference the state your Invoice should be sent to**

Attachment: Terms and Conditions for Continuous Coverage Product Maintenance

ᗡƐᄂᑭHI

DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY, MI
48098-2815
US

SHIP TO:
DELPHI CORPORATION
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY, MI
48098-2815
US

VENDOR NUMBER 09-744-7148

TO:
EMC CORP
EMC2
176 SOUTH ST
PO BOX 9103
HOPKINTON MA
01748

INVOICE TO: X X X
SEE BELOW
FOR SHIPPING INSTRUCTIONS
US

# PURCHASE
PAGE 1

## ORDER: DWS10247 001

### ## A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.

Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

PHONE: 248-813-1449
G RIVARD                Buyer
DI05

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 03/13/05 |
| ALTERATION EFFECTIVE | 03/13/05 |

This order is not binding until accepted. Acceptance should be confirmed on acknowledgement copy which should be returned to Buyer. On this invoice...

| PAYMENT TERMS | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | UNITED PARCEL SERVICE-GENERAL |
| NET 2ND DAY OF 2ND MONTH | | HOPKINTON, MA | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE UOM MULTIPLE/LINE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY DWS10247 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THE PURPOSE OF THIS ALTERATION IS TO ADD THE LINE ITEMS BELOW. | | | | | |
| | | | | REFERENCE QUOTE DATED 3/3/05 FOR CONTRACT NUMBER Q549229 FOR ITEM PRICES AND DESCRIPTIONS ONLY. | | | | | |
| | | | | THIS FUNDS CONTINUATION OF MAINTENANCE AND SUPPORT SERVICES BEGINNING 2/10/05 AND RUNNING FOR TWO MONTHS. | | | | | |
| | | | | ALL OTHER CONTACTS AND TERMS AND CONDITIONS AS PREVIOUSLY STATED ON THIS PO STILL APPLY. | | | | | |
| | | | | THIS ORDER REQUIRES AN INVOICE FOR PAYMENT. INVOICE PER INSTRUCTIONS BELOW. | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |
| 00006 | 2 | PR1E8721 001 | | MDP2-FCO2 2-PORT-DR-FIBRE CHNL PREMIUM /X24HARDWARE QTY 3 INVOICE TO: DELPHI CORPORATION-NORTHFIELD CROSSINGS 1441 LONG LAKE ROAD-ATTN: JOE KOKOZSKA | | 12/31/05 | C 0.00% | 150.0000 | |

CONTINUE PAGE

0001161    USER GREGORY RIVARD

ORIGINAL

DELPHI

# PURCHASE ORDER: DWS10247 001

### A L T E R A T I O N ###

PAGE 2

DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY, MI
48098-2815
US

SHIP TO:
DELPHI CORPORATION
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY, MI
48098-2815
US

SEE BELOW
FOR SHIPPING INSTRUCTIONS

INVOICE TO: X  X
X

VENDOR NUMBER 09-744-7148
EMC CORP
TO: 176 SOUTH ST
PO BOX 9103
HOPKINTON MA
01748

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation at Express Shipments or Insure Parcel
Post.

PHONE: 248-813-1449
Buyer: G RIVARD
DI05

PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 03/13/05 |
| ALTERATION EFFECTIVE DATE | 03/13/05 |

This order is not binding until vendor's Acceptance should be received or acknowledgment copy which should be returned to Buyer, and the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. On the reverse, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between the Buyer and Seller, and no modification of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. Attached Hereto Apply.

SHIP VIA
UNITED PARCEL SERVICE-GENERAL

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
HOPKINTON, MA

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WHO ORDERED: JOE KOKOSZKA | TROY, MICHIGAN 48098 JOE KOKOSZKA | | | | | | |
| 00007 | 2 | PR1E8721 002 | | ### THIS ITEM HAS BEEN ADDED ### M3030-50S3 SYM 3030 149.1GB RAI PREMIUM 7X24 HARDWARE QTY 24 WHO ORDERED: JOE KOKOSZKA | | 12/31/05 | C | 0.00% | 6240.0000 | | |
| 00008 | 2 | PR1E8721 003 | | ### THIS ITEM HAS BEEN ADDED ### M3030-50S3 SYM 3030 149.1GB RAI PREMIUM 7X24 HARDWARE QTY 16 WHO ORDERED: JOE KOKOSZKA | | 12/31/05 | C | 0.00% | 4160.0000 | | |
| 00009 | 2 | PR1E8721 004 | | ### THIS ITEM HAS BEEN ADDED ### MMEM2-8192MB M2 CACHE ME PREMIUM 7X24 HARDWARE QTY 1 WHO ORDERED: JOE KOKOSZKA | | 12/31/05 | C | 0.00% | 403.0000 | | |
| 00010 | 2 | PR1E8721 005 | | ### THIS ITEM HAS BEEN ADDED ### MDS-32M-00 32 PORT SWITCH W/S PREMIUM 7X24 HARDWARE QTY 1 WHO ORDERED: JOE KOKOSZKA | | 12/31/05 | C | 0.00% | 173.0000 | | |

CONTINUE PAGE

ORIGINAL

0001161  USER GREGORY RIVARD

DELPHI

**PURCHASE**  PAGE 3

**ORDER** DWS10247 001
### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-813-1449
G RIVARD                    Buyer
DI05

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ATTENTION EFFECTIVE |
|---|---|---|
| 12/22/04 | 03/13/05 | 03/13/05 |

SHIP TO:
DELPHI CORPORATION
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY, MI
48098-2815                    US

SEE BELOW
FOR SHIPPING INSTRUCTIONS
X X
X

INVOICE TO:                    US

VENDOR NUMBER 09-7441-7148
EMC CORP
EMC2
176 SOUTH ST
PO BOX 9103
HOPKINTON MA
01748

TO:
DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY, MI
48098-2815                    US

This sheet is not binding upon vendor or purchaser. Acceptance should be conveyed on acknowledgement copy which should be returned to Buyer.

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
HOPKINTON, MA

SHIP VIA
UNITED PARCEL SERVICE-GENERAL

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | QUANTITY ORDERED | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 00011 | PR1E8721 006 | 2 | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| | | | MDP2-FCD2 2PORT DP FIBRE CHNL PREMIUM 7X24 HARDWARE QTY 2 WHO ORDERED: JOE KOKOSZKA | | | 12/31/05 | C 0.00% | 100.0000 | |
| 00012 | PR1E8721 007 | 2 | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| | | | M3930-50 HK183702134 SYM 3930-50 FRAME PREMIUM 7X24 HARDWARE QTY 1 WHO ORDERED: JOE KOKOSZKA | | | 12/31/05 | C 0.00% | 370.0000 | |

73,192

0001161  USER GREGORY RIVARD    ORIGINAL

Sweeney, MaryEllen

From:              gregory.r.rivard [gregory.r.rivard@delphi.com]
Sent:              Friday, March 25, 2005 3:47 PM
To:                Sweeney_MaryEllen@emc.com
Subject:           RE: Delphi PO DWS10247 001


Mary Ellen,

Delphi accepts your statement below.


Thank you,

Gregory Rivard
Delphi IT Senior Buyer

Office: 248.813.1449
    Fax:  248.813.1744
Email: Gregory.R.Rivard@delphi.com

NOTICE: E-mails from this company normally contain confidential material for the sole use
of the intended recipient. The use, distribution, transmittal or re-transmittal by an
unintended recipient of any communication is prohibited without our express approval in
writing or by e-mail. If you are not the intended recipient please contact the sender and
delete all copies of this and supporting correspondence. All e-mails sent to or from the
Delphi Corporation are to be used for business purposes only. E-mails sent from or to the
Delphi Corporation are subject to monitoring or review.


-----Original Message-----
From: Sweeney_MaryEllen@emc.com [mailto:Sweeney_MaryEllen@emc.com]
Sent: Friday, March 25, 2005 3:20 PM
To: Rivard, Gregory R
Subject: RE: Delphi PO DWS10247 001


3/25/05
Hi Gregory,
    I did receive your ammened PO.  Our auditors require that the PO's be
signed.  If it's not signed they require us to get your acceptance of the
following statement.   Here's the statement, would you please reply with
acceptance?


    This confirms our receipt of your purchase order #  DWS10247 001 for
maintenance services as outlined in the letter sent to you. The term is
02/11/2005 - 04/11/2005 and the amount is $$23,192.00. We believe the
omission of signature to be a simple oversight. Please confirm that you are
ordering these services by promptly replying to this email.


Best Regards,

Mary Ellen Sweeney

50 Constitution Blvd 4/Q10

Franklin, MA 02038

508-346-2859 (office)

508-553-4404 (fax)
sweeney_maryellen@emc.com

EMC²

-----Original Message-----
From: gregory.r.rivard [mailto:gregory.r.rivard@delphi.com]

Sent: Friday, March 25, 2005 2:21 PM
To: Sweeney_MaryEllen@emc.com
Subject: Delphi PO DWS10247 001
Importance: High

MaryEllen,

Please acknowledge receipt of this PO Alteration and let me know if there
are any issues in processing it.

Thank you,

Gregory Rivard
Delphi IT Senior Buyer

Office: 248.813.1449
   Fax:  248.813.1744
Email: Gregory.R.Rivard@delphi.com

NOTICE: E-mails from this company normally contain confidential material for
the sole use of the intended recipient. The use, distribution, transmittal
or re-transmittal by an unintended recipient of any communication is
prohibited without our express approval in writing or by e-mail. If you are
not the intended recipient please contact the sender and delete all copies
of this and supporting correspondence. All e-mails sent to or from the
Delphi Corporation are to be used for business purposes only. E-mails sent
from or to the Delphi Corporation are subject to monitoring or review.

-----Original Message-----
From: gregory.r.rivard@delphi.com [mailto:gregory.r.rivard@delphi.com]
Sent: Thursday, March 24, 2005 4:09 PM
To: Rivard, Gregory R
Subject: Document from Delphi-D

Please review and reply as needed.

***************************************************************************
***********

Note: The information contained in this message may be privileged and
confidential and thus protected from disclosure. If the reader of this
message is not the intended recipient, or an employee or agent responsible
for delivering this message to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by replying to the
message and deleting it from your computer. Thank you.

2

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

3

# CONTINUOUS COVERAGE PRODUCT MAINTENANCE SCHEDULE

This Continuous Coverage Product Maintenance Schedule (the "Schedule") sets forth the location, billing and pricing under which EMC will make available Continuous Coverage Product Maintenance ("CCPM") for the EMC Products listed in Part 3 below to the customer named below (the "Customer"). CCPM provided pursuant to this Schedule is governed by EMC's standard Terms and Conditions for Continuous Coverage Product Maintenance (the "Agreement"), a copy of which is included with this Form and for which the Customer acknowledges receipt. The term of this CCPM coverage shall commence on the day after the Current Coverage Expiry Date shown above and shall remain in effect until terminated in the accordance with the Agreement.

To obtain CCPM at the pricing set forth below, please review, sign and return this Schedule to the following address within thirty (30) days after receipt by Customer . In order for Customer to make any changes to this Schedule, Customer must contact EMC prior to the Expiry Date and obtain EMC approval.

*Schedule Issuance Date:*_____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| *Part 1* | *Product Location* |
|---|---|

GSA number:

|  |  |
|---|---|
| | Contract #: | 1C549229 |
| | Customer Code: | DEL039 |
| | Sales Order #: | |

| Current Product Location: | | Product Location Changes: |
|---|---|---|
| Company: | DELPHI AUTOMOTIVE ✓ | Company: _____ |
| Address: | 2033 E BLVD ✓ | Address: _____ |
| | ATTN PLANT 9 RECEIVING ✓ | _____ |
| | KOKOMO ✓ | _____ |
| | IN ✓          46902 ✓ | _____ |
| Contact: | | Contact: _____ |
| Phone: | | Phone: _____ |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| *Part 2* | *BILLING TERMS* |
|---|---|

Billing Period (in advance): Hardware: Monthly____Annually____Software: Annually

Customer -- Check applicable selection
____Continue to invoice and refer to the current purchase order number
____Continue to invoice, but refer to new purchase order #_____, which is enclosed
____No purchase order reference required to invoice

| Current Billing Location: | | Billing Location Changes: |
|---|---|---|
| Company: | DELPHI AUTOMOTIVE | Company: Delphi |
| Address: | 2033 E BLVD | Address: NORTH FIELD CROSSING |
| | ATTN PLANT 9 RECEIVING | 1441 W. Long Lake |
| | KOKOMO | Troy, MI 48098 |
| | IN          46902 | Contact: 248-267-0950 |
| Contact: | JOE BOIKE | Phone: Joe Kokoszka |
| Phone: | 765-451-4005 | |

Site ID   35041973                                      Contract #:   Q549229

| Model | Serial Number | Description | Service | Qty | Price |
|-------|---------------|-------------|---------|-----|-------|
| MDP2-FCD2 | | 2-PORT DP FIBRE CHNL | PREMIUM 7X24 HARDWARE | 3 | $150.00 |
| M3030-50S3 | | SYM 3030 149.1GB RAI | PREMIUM 7X24 HARDWARE | 24 | $6,240.00 |
| M3030-50S3 | | SYM 3030 149.1GB RAI | PREMIUM 7X24 HARDWARE | 16 | $4,160.00 |
| MMEM2-8192 | | 8192MB M2 CACHE MEM | PREMIUM 7X24 HARDWARE | 1 | $403.00 |
| MDS-32M-00 | | 32 PORT SWITCH W/SW | PREMIUM 7X24 HARDWARE | 1 | $173.00 |
| MDP2-FCD2 | | 2-PORT DP FIBRE CHNL | PREMIUM 7X24 HARDWARE | 2 | $100.00 |
| M3930-50 | HK183702134 | SYM 3930-50 FRAME | PREMIUM 7X24 HARDWAR | 1 | $370.00 |

**Please Make Selection:**

Pro-rated from 04/12/2005 – 02/10/2006      **(304 days)**

Total MONTHLY Charge:      $11,596.00

$115,893.92

**Hardware Payment Options:**

*Accepted for Customer:*

By : _____

Name (Print) : _____

Title: _____

Email Address: _____

Fax Number _____

Date: _____

*PLEASE RETURN SIGNED QUOTE AND/OR PO TO:*

# EMC²

Where Information Lives
**MaryEllen Sweeney**
171 South Street
Hopkinton, MA  01748
**Office: 508-249-8785**
**Fax: 508-249-8319**

http://www.EMC.com E-mail: sweeney_maryellen@emc.com

**For billing Issues, please contact Credit & Collections at 800-445-2588**
**Please reference the state your Invoice should be sent to**

Attachment: Terms and Conditions for Continuous Coverage Product Maintenance

# DELPHI

Page  1  of 3

| Buyer: | Purchase Order |
|---|---|
| Delphi<br>5725 Delphi Dr.<br>TROY MI 48098 | PO Number                    Date Issued<br>450108010                    06/07/2005<br>Version<br>06/07/2005 18:12:26 |

**Deliver to:**
Delphi Corporation
World Headquarters
5725 Delphi Dr.
TROY MI 48098-2815

**Vendor No:** 1012737
**DUNS No:** 097447148

EMC CORP
EMC2
P.O. Box 9103
HOPKINTON MA 01748

**Payment Terms: 2MN2        Currency:    USD**

Payment settled on 2nd, 2nd Month

**Incoterms:  FCA- Freight Forwarder's Dock**

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10172506 00010 | 10.000 | EW01 DELPHI A   WORLD HEADQUARTERS |
| | MDP2 FCD2 2-PORT DP FIBRE CHNL PREMIM | | JOE KOKOSZKA |
| | MDP2 FCD2 2-PORT DP FIBRE CHNL PREMIMUN 7X24 HARDWARE QTY 3 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 02/10/2006 | 10.000 | 150.00 | 1 | MON | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00020 | PR10172506 00020 | 10.000 | EW01 DELPHI A   WORLD HEADQUARTERS |
| | M3030 50S3 SYM 3030 149.1GB RAI PREMI | | JOE KOKOSZKA |
| | M3030 50S3 SYM 3030 149.1GB RAI PREMIUM 7X24 HARDWARE QTY 24 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 02/10/2006 | 10.000 | 6,240.00 | 1 | MON | 62,400.00 |
| Net Line Item Value | | | | USD | 62,400.00 |

| Purchasing Contact: Rivard, Gregory R | Contact Address: |
|---|---|
| Phone:  248-813-1449 | Delphi Headquarters IT<br>5820 Delphi Dr.,<br>TROY MI 48098 |
| Fax:  248-813-1744 | |

Date and Time Printed:   06/07/2005 18:12:26

# DELPHI

| EMC CORP |
|---|
| EMC2 |
| P.O. Box 9103 |
| HOPKINTON MA 01748 |

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450108010 | 06/07/2005 |
| Version | |
| 06/07/2005 18:12:26 | |

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

| 00030 | PR10172506 00030 | 10.000 | EW01 DELPHI A   WORLD HEADQUARTERS |
|---|---|---|---|
| | M3030 50S3 SYM 3030 149.1GB RAI PREMI | | JOE KOKOSZKA |
| | M3030 50S3 SYM 3030 149.1GB RAI PREMIUM 7X24 HARDWARE QTY: 16 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 04/12/2005 | 10.000 | 4,160.00 | 1 | MON | 41,600.00 |
| Net Line Item Value | | | | USD | 41,600.00 |

| 00040 | PR10172506 00040 | 10.000 | EW01 DELPHI A   WORLD HEADQUARTERS |
|---|---|---|---|
| | MMEM2 8192 MB M2 CACHE MEM PREMIUM 7X | | JOE KOKOSZKA |
| | MMEM2 8192 MB M2 CACHE MEM PREMIUM 7X24 HARDWARE QTY 1 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 04/12/2005 | 10.000 | 403.00 | 1 | MON | 4,030.00 |
| Net Line Item Value | | | | USD | 4,030.00 |

| 00050 | PR10172506 00050 | 10.000 | EW01 DELPHI A   WORLD HEADQUARTERS |
|---|---|---|---|
| | MDS 2M-00 32 PORT SWITCH W/SW | | JOE KOKOSZKA |
| | MDS 2M-00 32 PORT SWITCH W/SW | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 04/12/2005 | 10.000 | 173.00 | 1 | MON | 1,730.00 |
| Net Line Item Value | | | | USD | 1,730.00 |

| 00060 | PR10172506 00060 | 10.000 | EW01 DELPHI A   WORLD HEADQUARTERS |
|---|---|---|---|
| | MDP2 FCD2 2 PORT DP FIBRE CHNL PREMIU | | JOE KOKOSZKA |
| | MDP2 FCD2 2 PORT DP FIBRE CHNL PREMIUM 7X24 HARDWARE QTY 2 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 04/12/2005 | 10.000 | 100.00 | 1 | MON | 1,000.00 |
| Net Line Item Value | | | | USD | 1,000.00 |

| 00070 | PR10172506 00070 | 10.000 | EW01 DELPHI A   WORLD HEADQUARTERS |
|---|---|---|---|
| | M3930 50 HK183702134 SYM 3930-50 FRAM | | JOE KOKOSZKA |
| | M3930 50 HK183702134 SYM 3930-50 FRAME PREMIUM 7X24 HARDWARE QTY 1 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 04/12/2005 | 10.000 | 370.00 | 1 | MON | 3,700.00 |
| Net Line Item Value | | | | USD | 3,700.00 |

| Total net value | USD | 115,960.00 |
|---|---|---|

| Notes: |
|---|
| Terms and conditions on file at Delphi and Supplier apply. |

# DELPHI

EMC CORP
EMC2
P.O. Box 9103
HOPKINTON  MA  01748

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450108010 | 06/07/2005 |
| Version | |
| 06/07/2005 18:12:26 | |

| Item No.  Material No/Item Identifier No  Total Order Quantity  Plant |
|---|
| Description                                                  Requester |

**Notes Continued:**

This contract replaces previous contract # DWS10247.

Reference quote Q549229 dated 4/11/2005 for item prices and descriptions only.

Term of support coverage is 4/12/2005 to 2/10/2006

This order requires an invoice for payment processing.
Invoice Attn: Joe Kokoszka at
NORTHFIELD CROSSING,
1441 WEST LONG LAKE
Troy, MI 48098

(248) 267-0950
Joe.Kokoszka@delphi.com

**\*\*\*\*\*\*\*\*\*SALES AND USE TAX EXEMPTION\*\*\*\*\*\*\*\*\*\***
DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITHIN THE STATES LISTED
BELOW. DELPHI AUTOMOTIVE SYSTEMS, LLC ("DELPHI")
HOLDS DIRECT PAY AUTHORITY WITH THESE STATES. AS A
RESULT, IN ALL OF THE IDENTIFIED STATES DELPHI WILL
REMIT DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR
USE TAX LIABILITY RELATED TO ITS PURCHASE AND USE OF
TANGIBLE PERSONAL PROPERTY AND SERVICES. THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES
ALL TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT
FOR THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE
STATES NOT IDENTIFIED BELOW, PLEASE CONTINUE TO
FOLLOW THE SPECIFIC TAX CODE INSTRUCTIONS FOUND ON
THIS ORDER. LISTED BELOW ARE DIRECT PAY PERMIT OR
SALES TAX LICENSE NUMBERS FOR THE ELEVEN (11) STATES,
OR DELPHI LOCATIONS WITHIN A STATE, WHERE DELPHI
HOLDS DIRECT PAY AUTHORITY.

| | | | |
|---|---|---|---|
| ALABAMA    805 | NEW JERSEY 383-431-131/000 | | |
| GEORGIA    300-45870-8 | NEW YORK  DP-3487 | | |
| INDIANA    1018902130011 | OHIO     98-002667 | | |
| KANSAS    98-0003A | TEXAS    1-38-3431131-1 | | |
| MICHIGAN  38-3431131 | WISC.    WDP-99-01-010037 | | |
| MISSISSIPPI 4375 | | | |

ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO:
DELPHI DISBUSEMENTS-CUSTOMER CENTER
PHONE: (248) 874-4636

Sweeney, MaryEllen

From:          gregory.r.rivard [gregory.r.rivard@delphi.com]
Sent:          Thursday, June 09, 2005 10:01 AM
To:            Sweeney_MaryEllen@emc.com
Subject:       RE: Delphi PO 450108010


MaryEllen,

Please accept this email as positive confirmation of Delphi's order for the described
services.


Thank you,

Gregory Rivard
Delphi IT Senior Buyer

Office: 248.813.1449
   Fax:  248.813.1744
Email: Gregory.R.Rivard@delphi.com

NOTICE: E-mails from this company normally contain confidential material for the sole use
of the intended recipient. The use, distribution, transmittal or re-transmittal by an
unintended recipient of any communication is prohibited without our express approval in
writing or by e-mail. If you are not the intended recipient please contact the sender and
delete all copies of this and supporting correspondence. All e-mails sent to or from the
Delphi Corporation are to be used for business purposes only. E-mails sent from or to the
Delphi Corporation are subject to monitoring or review.



-----Original Message-----
From: Sweeney_MaryEllen@emc.com [mailto:Sweeney_MaryEllen@emc.com]
Sent: Thursday, June 09, 2005 8:17 AM
To: Rivard, Gregory R
Subject: RE: Delphi PO 450108010


6/9/05
Hi Gregory,

 This confirms our receipt of your purchase order #  450108010 for
maintenance services on quote # Q549229. The term is 4/12/2005 - 2/10/2006
the  amount is $ 115,960.00. We believe the omission of signature to be a
simple oversight. Please confirm that you are ordering these services by
promptly replying to this email.


Best Regards,

Mary Ellen Sweeney

50 Constitution Blvd 4/Q10

Franklin, MA 02038

08-346-2859 (office)

08-553-4404 (fax)
sweeney_maryellen@emc.com

-----Original Message-----
From: gregory.r.rivard [mailto:gregory.r.rivard@delphi.com]

Sent: Wednesday, June 08, 2005 4:40 PM
To: Sweeney_MaryEllen@emc.com
Subject: Delphi PO 450108010

MaryEllen,

Please acknowledge receipt of this order and let me know if there are any
issues in processing it.


You will notice a new format for Delphi PO's.    We have migrated to a new
Purchasing System.    If you have any questions interpreting this new format,
please contact me.

   <<450108010 -- EMC.pdf>>

Thank you,

Gregory Rivard
Delphi IT Senior Buyer

Office: 248.813.1449
    Fax:  248.813.1744
Email: Gregory.R.Rivard@delphi.com

NOTICE: E-mails from this company normally contain confidential material for
the sole use of the intended recipient. The use, distribution, transmittal
or re-transmittal by an unintended recipient of any communication is
prohibited without our express approval in writing or by e-mail. If you are
not the intended recipient please contact the sender and delete all copies
of this and supporting correspondence. All e-mails sent to or from the
Delphi Corporation are to be used for business purposes only. E-mails sent
from or to the Delphi Corporation are subject to monitoring or review.



*************************************************************************
************

Note: The information contained in this message may be privileged and
confidential and thus protected from disclosure. If the reader of this
message is not the intended recipient, or an employee or agent responsible
for delivering this message to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by replying to the
message and deleting it from your computer. Thank you.


*************************************************************************
**********

*************************************************************************

te: The information contained in this message may be privileged and confidential and

thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

**********************************************************************************