**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                       Chapter 11

                                                           Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                                 Jointly Administered

                     Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of *James Derian*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that *James Derian*, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 12, 2007
        New York, New York

                                            /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE