**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                                          Chapter 11

                                                                                                     Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                         Jointly Administered

                                    Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *Arthur T. Lippert, Jr.*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *Arthur T. Lippert, Jr.*, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 12, 2007
            New York, New York

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE