SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                  :
     In re                                        :   Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       :   Case No. 05-44481 (RDD)
                                                  :
                            Debtors.              :   (Jointly Administered)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF HEARING OF FOURTH FEE AND
EXPENSE APPLICATIONS OF DEBTORS' PROFESSIONALS

PLEASE TAKE NOTICE THAT in accordance with paragraph seven of the Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145), a hearing to consider the fourth applications for interim or final court approval and allowance of compensation and reimbursement of expenses of the professionals retained by the Debtors (each, a "Fee Application," and collectively, the "Fee Applications"), will be held on June 26, 2007 at 10:00 a.m. (prevailing Eastern time) during the omnibus hearing to be held on that date (the "Hearing").

PLEASE TAKE FURTHER NOTICE THAT the Fee Applications of the retained professionals listed in <u>Exhibit 1</u> attached hereto will be considered at the Hearing.

PLEASE TAKE FURTHER NOTICE THAT the deadline for filing and serving an objection to any retained professionals' fourth Fee Application is June 19, 2007 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that objections, if any, to any retained professional's fourth Fee Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered by this Court on October 26, 2006, as amended (the "Amended Eighth Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) -- registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel for the official committee of equity security holders, Fried Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT in accordance with the Court's instructions, in the event that a retained professionals' Fee Application is unopposed, a representative of such retained professional need not attend the Hearing.

Dated:  New York, New York
        June 14, 2007

                      SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

## Exhibit 1[1]

| | | |
|---|---|---|
| 1. | Banner & Witcoff, Ltd. | Docket No. 7405 |
| 2. | Blake, Cassels & Graydon LLP | Docket No. 7538 |
| 3. | Butzel Long, P.C. | Docket No. 7495 |
| 4. | Cadwalader, Wickersham & Taft LLP | Docket No. 7282 |
| 5. | Cantor Colburn LLP | Docket No. 7514 |
| 6. | Covington & Burling LLP | Docket No. 7450 |
| 7. | Deloitte & Touche LLP | Docket No. 7505 |
| 8. | Dickinson Wright PLLC | Docket No. 7506 |
| 9. | DLA Piper LLP[2] | Docket Nos. 6030, 6031, 7726 |
| 10. | Ernst & Young LLP | Docket No. 7520 |
| 11. | FTI Consulting, Inc. | Docket No. 7509 |
| 12. | Groom Law Group, Chartered | Docket No. 7502 |
| 13. | Howard & Howard Attorneys, P.C. | Docket No. 7403 |
| 14. | Ivins, Phillips, & Barker Chartered | Docket No. 7587 |
| 15. | Jaeckle Fleischmann & Mugel, LLP | Docket No. 7501 |
| 16. | Jones Lang LaSalle Americas, Inc. | Docket No. 7531 |
| 17. | KPMG LLP | Docket No. 7533 |
| 18. | Mayer, Brown, Rowe & Maw LLP | Docket No. 7487 |
| 19. | O'Melveny & Myers LLP | Docket No. 7494 |
| 20. | PricewaterhouseCoopers LLP[3] | Docket Nos. 7351, 7402, 7815 |
| 21. | Price, Heneveld, Cooper, DeWitt & Litton, LLP | Docket No. 7451 |
| 22. | Quinn Emanuel Urquhart Oliver & Hedges LLP | Docket No. 7527 |
| 23. | Rader, Fishman & Grauer PLLC | Docket No. 7559 |
| 24. | Rothschild Inc. | Docket No. 7479 |
| 25. | Shearman & Sterling LLP | Docket No. 7106 |
| 26. | Skadden, Arps, Slate, Meagher & Flom LLP | Docket No. 7522 |
| 27. | Thompson, Hine & Flory, LLP | Docket No. 7070 |
| 28. | Togut, Segal & Segal LLP | Docket No. 7491 |
| 29. | Wilmer Cutler Pickering Hale & Dorr LLP | Docket No. 7472 |

---

[1] The following retained professionals have not filed a Fee Application: Crowell & Moring LLP, Pagemill Partners, LLC, and W.Y. Campbell.

[2] DLA Piper LLP's Fee Applications for the Second, Third, and Fourth Interim Fee Periods will be heard.

[3] PricewaterhouseCoopers LLP's Fee Applications for the Second, Third, and Fourth Interim Fee Periods will be heard.