**FOLEY & LARDNER LLP**
Lori V. Vaughan
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

David G. Dragich (Michigan Bar No. 63234)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               )
In re:                                                         )
                                                               )      Chapter 11
DELPHI CORPORATION, et al.,                                    )      Case No. 05-44481 (RDD)
                                                               )      Jointly Administered
                    Debtors.                                   )
---------------------------------------------------------------x

### RESPONSE OF PBR COLUMBIA LLC TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION

PBR Columbia LLC ("PBR Columbia"), by its attorneys Foley & Lardner LLP, hereby submits this Response (the "Response") to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims (the "Fifteenth Omnibus Claims Objection"). In support of its Response, PBR Columbia respectfully represents as follows:

1.     The Fifteenth Omnibus Claims Objection addresses Claim Number 6610 filed by

PBR Columbia (the "Claim").  The Claim was filed against Delphi Automotive Systems LLC,

case number 05-44640.  The Claim asserts an unsecured claim against the Debtors in the amount

of $447,670.98 and a secured claim in the amount of $1,508.953.50.  A substantially similar

claim for the same amounts was filed against Delphi Corporation, case number 05-44481.  Two

claims were filed out of an abundance of caution because PBR Columbia was uncertain against

which Debtor the claims are properly asserted.

2.     The Debtors' Fifteenth Omnibus Claims Objection seeks to disallow and expunge

the Claim because the Debtors contend that they do not owe the amounts set forth in the Claim

for one or more of the following purported reasons: (a) the Debtors' books and records do not

reflect the existence of the Claim or of the claimant asserting such Claim, (b) the Debtors' books

and records reflect that the Claim has been paid pursuant to a prior order of this Court, (c) the

Debtors' books and records reflect that the asserted Claim was properly paid prior to the

commencement of the Debtors' cases, and (d) the Claim constitutes a postpetition liability that

has been paid by the Debtors in the ordinary course of the Debtors' businesses.

3.     Section 502(a) of the Bankruptcy Code and Bankruptcy Rule 3001(f) provide that

a properly filed proof of claim constitutes *prima facie* evidence of the validity and the amount of

the claim, unless a party objects.  The party objecting to the claim has the burden of going

forward and of introducing evidence sufficient to rebut the presumption of validity. In re Wells,

51 B.R. 563 (D. Colo. 1985); Matter of Unimet Corp., 74 B.R. 156 (Bankr. N.D. Ohio 1987).

The Debtors have set forth no such evidence.  Other than generic and vague representations, the

Debtors offer neither evidence nor specific bases to object to the Claim.  The Debtors fail to

provide any supporting materials to support the Fifteenth Omnibus Claims Objection.

2

4.        PBR Columbia, on the other hand, reiterates its position that the Claim is due and owing by the Debtors in the amounts set forth in the Claim.  The documents supporting the Claim were annexed as exhibits previously filed and submitted.  For ease of reference, PBR Columbia re-attaches hereto as **Exhibit A**, the Claim, with supporting documents, along with the claim filed against Delphi Corporation.  Consistent with the Court's prior orders, PBR Columbia will continue to work with the Debtors in an effort to resolve the Claim.

WHEREFORE, PBR Columbia respectfully requests that the Court enter an order denying the Debtors' Fifteenth Omnibus Claims Objection with respect to its claim and award such other and further relief as may be just and proper.

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ Lori V. Vaughan_____
Lori V. Vaughan
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

David G. Dragich (Michigan Bar. No. 63234)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
Attorneys for PBR Columbia LLC

Dated: June 14, 2007

3