UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            )
In re:                                     )
                                            )   Chapter 11
DELPHI CORPORATION, et al.,              )   Case No. 05-44481 (RDD)
                                            )   Jointly Administered
           Debtors.                    )
------------------------------------------------------------x

## PROOF OF SERVICE

KATHY ROSE, an employee of Foley & Lardner LLP, states that she caused a copy of the **Response of PBR Columbia LLC To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation**, along with this Certificate of Service, to be served on June 13, 2007 upon the following parties by placing copies of same in a U.S. Mail depository, postage prepaid and clearly addressed on the date within stated, and by electronic mail, where indicated:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | John Wm. Butler, Jr.<br>John K. Lyons<br>Joseph N. Wharton<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>jwharton@skadden.com |

        */s/ Kathy Rose*
KATHY ROSE
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Dated: June 14, 2007

2