SCHAFER AND WEINER, PLLC
By: Michael R. Wernette
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel: (248) 540-3340
Attorneys for Richard Janes

E-FILED

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          Chapter 11

DELPHI CORPORATION, et al.,                     Case No. 05-44481 (RDD)

    Debtors.                                                (Jointly Administered)
-------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 14762
**(Richard Janes)**

Richard Janes, through the undersigned counsel, hereby withdraws his claim identified as Proof of Claim No. 14762 with prejudice.  This withdrawal is not intended to, nor shall it, affect any rights Mr. Janes has or may have against any other persons.

Dated: June 14, 2007

New York, New York                    Respectfully submitted,

                                                          SCHAFER AND WEINER, PLLC

                                            By:     /S/ Michael R. Wernette
                                                          MICHAEL R. WERNETTE (P32010)
                                                          Counsel for Richard Janes
                                                          40950 Woodward Ave., Suite 100
                                                          Bloomfield Hills, MI 48304
                                                          (248) 540-3340
                                                          mwernette@schaferandweiner.com