Elena Lazarou (EL-5681)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450

and

Stephen T. Bobo
Arlene N. Gelman
Pia N. Thompson
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
      In re

DELPHI CORPORATION, et al.,

              Debtors.


-----------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## VERIFIED STATEMENT OF
## REED SMITH LLP
## PURSUANT TO BANKRUPTCY RULE 2019

Reed Smith LLP makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1.    Reed Smith LLP represents the following creditors in the above-captioned bankruptcy proceeding:

        A.    ADMIRAL TOOL & MANUFACTURING CO. OF ILLINOIS

        3700 N. TALMAN AVENUE
        CHICAGO, IL 60618-4782

B.    ARABIAN BATTERY HOLDING COMPANY
        5757 N. GREEN BAY AVENUE
        P.O. BOX 591
        MILWAUKEE, WI 53051-0591

C.    BORG AG
        C/O JOHNSON CONTROLS
        5757 N. GREEN BAY AVENUE
        P.O. BOX 591
        MILWAUKEE, WI 53051-0591.

D.    EMPRESAS CA LE TLAXCALA S.A. DE C.V.
        MANZANA 2 SECCION C
        CD. INDUSTRIAL XICOTENCATL
        TETLA TLAXCALA, MEXICO 70430

E.    GENERAL ELECTRIC CAPITAL CORPORATION
        10 RIVERVIEW DRIVE
        DANBURY, CT 06810

F.    INFINEON TECHNOLOGIES NORTH AMERICA CORP.
        1730 NORTH FIRST STREET
        SAN JOSE, CA 95112

G.    JOHNSON CONTROLS BATTERY GROUP, INC.
        5757 N. GREEN BAY AVENUE
        P.O. BOX 591
        MILWAUKEE, WI 53051-0591

H.    JOHNSON CONTROLS GMBH & CO KG
        BRANDENBURGER RING 2-4,
        ESPELKAMP GERMANY
        D-32339

I.    JOHNSON CONTROLS INTERIORS S DE RL DE CV
        MIGUEL HIDALGO
        MONTES URALES NO. 530
        D.F., LOMAS DE CHAPULTEPEC
        MEXICO 11000

J.    JOHNSON CONTROLS SPOL SRO
        915 EAST 32nd
        HOLLAND, MICHIGAN 49423

K.  JOHNSON CONTROLS TECHNOLOGY COMPANY
    915 EAST 32nd
    HOLLAND, MICHIGAN 49423

L.  JOHNSON CONTROLS, INC.
    5757 N. GREEN BAY AVENUE
    P.O. BOX 591
    MILWAUKEE, WI 53051-0591

M.  JOHNSON CONTROLS, INC. – AUTOMOTIVE GROUP
    5757 N. GREEN BAY AVENUE
    P.O. BOX 591
    MILWAUKEE, WI 53051-0591

N.  JOHNSON CONTROLS, INC. – BATTERY GROUP
    5757 N. GREEN BAY AVENUE
    P.O. BOX 591
    MILWAUKEE, WI 53051-0591

O.  JOHNSON CONTROLS, INC. – CONTROLS GROUP
    5757 N. GREEN BAY AVENUE
    P.O. BOX 591
    MILWAUKEE, WI 53051-0591

P.  JOHNSON CONTROLS, LP
    7400 BIRCHMOUNT ROAD
    MARKHAM, ONTARIO CANADA L3R 5V4

Q.  PHELPS DODGE MAGNET WIRE COMPANY, INC.
    C/O PHELPS DODGE CORPORATION
    ONE NORTH CENTRAL AVENUE
    PHOENIX, ARIZONA 85004

R.  SIEMENS VDO AUTOMOTIVE SAS
    1 AVENUE PAUL PURLIAC
    31036 TOULOUSE, FRANCE

S.  SIEMENS VDO AUTOMOTIVE CORPORATION
    2400 EXECUTIVE HILLS BLVD.
    AUBURN HILLS, MICHIGAN

T.  SIEMENS VDO AUTOMOTIVE, INC.
    1020 ADELAIDE STREET SOUTH
    LONDON, ONTARIO, CANADA N6E 1R6

U.   SIEMENS AKTIENGESELLSCHAFT
     POSTFACH 10 09 43 – 93009 REGENSBURG

V.   SIEMENS AG
     POSTFACH 10 09 43 – 93009 REGENSBURG

W.   YORK INTERNATIONAL CORP.
     631 SOUTH RICHLAND AVENUE DOOR 100
     YORK, PENNSYLVANIA 17403

1.   Admiral Tool & Manufacturing Co. of Illinois ("Admiral") is an unsecured creditor of the Debtors based on the Debtors' failure to pay for goods sold. Admiral has sold its claim.

2.   Arabian Battery Holding Company is an unsecured creditor of the Debtors, holding an unliquidated claim pursuant to an agreement.

3.   Borg AG is an unsecured creditor of the Debtors holding a claim in the amount of $85,668.20 pursuant to an agreement.

4.   Empresas Ca Le Tlaxcala S.A. de C.V. is an unsecured creditor of the Debtors holding claims in various amounts pursuant to an Environmental Matters Agreement.

5.   General Electric Capital Corporation is a commercial lessor and holds a claim against the Debtors pursuant to a Master Lease Agreement and related schedules.

6.   Infineon Technologies North America Corp. is an unsecured creditor of the Debtors based on the Debtors' failure to pay for certain goods.

7.   Johnson Controls Battery Group, Inc. is an unsecured creditor of the Debtors, holding various unliquidated claims pursuant to various agreements.

8.   Johnson Controls GMBH & Co KG is a secured creditor of the Debtors, holding a claim in the amount of $61,802.40 pursuant to an agreement.

9.   Johnson Controls Interiors S de RL de CV, is a secured creditor of the Debtors,

holding an unliquidated claim pursuant to an agreement.

10. Johnson Controls spol sro is an unsecured creditor of the Debtors, holding a claim in the amount of $10,414.30 pursuant to an agreement.

11. Johnson Controls Technology Company is a creditor of the Debtors, holding various unsecured, unliquidated claims, and a secured, unliquidated claim pursuant to various agreements.

12. Johnson Controls, Inc. is a secured creditor of the Debtors, holding a claim in the amount of $12,887.20 pursuant to an agreement.

13. Johnson Controls, Inc. – Automotive Group is a secured creditor of the Debtors, holding various unliquidated claims pursuant to various agreements.

14. Johnson Controls, Inc. – Battery Group is a secured creditor of the Debtors, holding various unliquidated claims pursuant to various agreements.

15. Johnson Controls, Inc. – Controls Group is a secured creditor of the Debtors, holding an unliquidated claim pursuant to an agreement.

16. Johnson Controls, LP is a secured creditor of the Debtors, holding various unliquidated claims, pursuant to various agreements.

17. Phelps Dodge Magnet Wire Company, Inc. ("Phelps"), a wholly owned subsidiary of Phelps Dodge Corporation, is an unsecured creditor of the Debtors based on the Debtors' failure to pay for certain goods pursuant to various purchase orders. Phelps has transferred its rights and interests in that claim.

18. Siemens VDO Automotive SAS is an unsecured creditor of the Debtors based on the Debtors' failure to purchase goods required by agreements between the parties.

19. Siemens VDO Automotive Corporation is an unsecured creditor of the Debtors

based on the Debtors' failure to pay for certain goods.

20. Siemens VDO Automotive, Inc. is an unsecured creditor of the Debtors based on the Debtors' failure to pay for certain goods and for services rendered to the Debtors.

21. Siemens Aktiengesellschaft is an unsecured creditor of the Debtors based on the Debtors' failure to pay for certain goods.

22. Siemens AG is an unsecured creditor of the Debtors based on the Debtors' failure to pay for certain goods.

23. York International Corp. is an unsecured creditor of the Debtors, holding various unliquidated claims pursuant to various agreements.

24. Reed Smith LLP does not own, nor has it ever owned, any claim whatsoever against the above-referenced Debtors, nor does it hold any equity security interest in the above-referenced Debtors.

Respectfully submitted this 14th day of June, 2007.

REED SMITH LLP

/s/ Elena Lazarou
Elena Lazarou (EL-5681)
599 Lexington Avenue
New York, New York 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450

and

Stephen T. Bobo
Arlene N. Gelman
Pia N. Thompson
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

Telephone: 312-207-1000

ATTORNEYS FOR:

ADMIRAL TOOL & MANUFACTURING CO. OF ILLINOIS
ARABIAN BATTERY HOLDING COMPANY
BORG AG
EMPRESAS CA LE TLAXCALA S.A. DE C.V.
GENERAL ELECTRIC CAPITAL CORPORATION
INFINEON TECHNOLOGIES NORTH AMERICA CORP.
JOHNSON CONTROLS BATTERY GROUP, INC.
JOHNSON CONTROLS GMBH & CO KG
JOHNSON CONTROLS INTERIORS S DE RL DE CV
JOHNSON CONTROLS SPOL SRO
JOHNSON CONTROLS TECHNOLOGY COMPANY
JOHNSON CONTROLS, INC.
JOHNSON CONTROLS, INC. – AUTOMOTIVE GROUP
JOHNSON CONTROLS, INC. – BATTERY GROUP
JOHNSON CONTROLS, INC. – CONTROLS GROUP
JOHNSON CONTROLS, LP
PHELPS DODGE MAGNET WIRE COMPANY, INC.
SIEMENS VDO AUTOMOTIVE SAS
SIEMENS VDO AUTOMOTIVE CORPORATION
SIEMENS VDO AUTOMOTIVE, INC.
SIEMENS AKTIENGESELLSCHAFT
SIEMENS AG
YORK INTERNATIONAL CORP.

### **VERIFICATION PURSUANT TO 28 U.S.C.§ 1746**

I declare under penalty of perjury that the facts set forth in this Bankruptcy Rule 2019 Statement regarding REED SMITH LLP are true and correct.

Executed on: _____

_____

Telephone: 312-207-1000

ATTORNEYS FOR:

ADMIRAL TOOL & MANUFACTURING CO. OF ILLINOIS
ARABIAN BATTERY HOLDING COMPANY
BORG AG
EMPRESAS CA LE TLAXCALA S.A. DE C.V.
GENERAL ELECTRIC CAPITAL CORPORATION
INFINEON TECHNOLOGIES NORTH AMERICA CORP.
JOHNSON CONTROLS BATTERY GROUP, INC.
JOHNSON CONTROLS GMBH & CO KG
JOHNSON CONTROLS INTERIORS S DE RL DE CV
JOHNSON CONTROLS SPOL SRO
JOHNSON CONTROLS TECHNOLOGY COMPANY
JOHNSON CONTROLS, INC.
JOHNSON CONTROLS, INC. – AUTOMOTIVE GROUP
JOHNSON CONTROLS, INC. – BATTERY GROUP
JOHNSON CONTROLS, INC. – CONTROLS GROUP
JOHNSON CONTROLS, LP
PHELPS DODGE MAGNET WIRE COMPANY, INC.
SIEMENS VDO AUTOMOTIVE SAS
SIEMENS VDO AUTOMOTIVE CORPORATION
SIEMENS VDO AUTOMOTIVE, INC.
SIEMENS AKTIENGESELLSCHAFT
SIEMENS AG
YORK INTERNATIONAL CORP.

**VERIFICATION PURSUANT TO 28 U.S.C.§ 1746**

I declare under penalty of perjury that the facts set forth in this Bankruptcy Rule 2019 Statement regarding REED SMITH LLP are true and correct.

Executed on: 6/14/07

Sworn to before me
this 14th day of June, 2007

IDALIA M. COLLADO
NOTARY PUBLIC, State of New York
No. 01CO6042232
Qualified in County of Queens
Commission Expires April 29, __

—7—