UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                      :    Chapter 11
:
DELPHI CORPORATION, *et al.*,              :    Case No. 05-44481 (RDD)
:
Debtors.                          :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### **MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, David M. Schilli, a member in good standing of the bar in the States of Missouri and North Carolina, and, if applicable, the bar of the U.S. Court of Appeals for the Fourth Circuit, the U.S. District Courts for the Western, Middle and Eastern Districts of North Carolina, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent AB Automotive, Inc. and BI Technologies Corporation in the above-referenced bankruptcy proceeding.

| | |
|---|---|
| Mailing Address: | Robinson, Bradshaw & Hinson, P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246 |
| Email Address: | dschilli@rbh.com |
| Telephone Number: | (704) 377-8346 (direct) |

The filing fee of $25.00 has been submitted with this Motion for Admission to Practice, *Pro Hac Vice*.

Dated: Charlotte, North Carolina
June 14, 2007.

          ROBINSON, BRADSHAW & HINSON, P.A.
          Attorneys for AB Automotive, Inc. and BI
          Technologies Corporation

*/s/ David M. Schilli*

_____
David M. Schilli
N.C. State Bar No. 17989
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Tel: (704) 377-8346 (direct)
Fax: (704) 377-8346 (direct)
dschilli@rbh.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re  :  Chapter 11
: 
DELPHI CORPORATION, *et al.*,  :  Case No. 05-44481 (RDD)
: 
Debtors.  :  (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

David M. Schilli, a member in good standing of the bar in the States of Missouri and North Carolina, and, if applicable, the bar of the U.S. Court of Appeals for the Fourth Circuit, the U.S. District Courts for the Western, Middle and Eastern Districts of North Carolina, having requested admission, *pro hac vice*, to represent AB Automotive, Inc. and BI Technologies Corporation in the above-referenced bankruptcy proceeding.

ORDERED, that David M. Schilli, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       June __, 2007.

/s/_____
UNITED STATES BANKRUPTCY JUDGE

C-1040426v1 11090.01019          1