BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
AZ State Bar No. 023544
Attorney for Creditor Pima County

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                        :   Chapter 11
:
:   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                   :
:   (Jointly Administered)
Debtors.                        :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF WITHDRAWAL OF PIMA COUNTY'S MOTION FOR RECONSIDERATION,
PURSUANT TO 11 U.S.C. § 502(j) AND FED. R. BANKR. P. 3008, OF THE COURT'S JUNE
6, 2007, ORDER MODIFYING PIMA COUNTY'S CLAIM

COMES NOW secured creditor Pima County, by and through undersigned

counsel, and withdraws its Motion for Reconsideration, Pursuant To 11 U.S.C. § 502(j)

and Fed. R. Bankr. P. 3008, of the Court's June 6, 2007, Order Modifying Pima County's

//

//

//

//

//

1

Claim. The undersigned has conferred with the Debtors' counsel and confirmed that the June 6 order does not extent to Pima County's Claim.

Dated this 12th day of June, 2007.

        BARBARA LAWALL
        PIMA COUNTY ATTORNEY


        /s/ German Yusufov
        German Yusufov (GY 1553)
        Deputy County Attorney
        32 North Stone Avenue, Suite 2100
        Tucson, Arizona 85701
        Telephone: (520) 740-5750
        Facsimile: (520) 620-6556
        Attorney for Creditor Pima County

## CERTIFICATE OF SERVICE

I, Gina Inman, certify that on the 15th day of June, 2007, I caused to be served a true and correct copy of Pima County's Motion for Reconsideration and Response to the Debtors' Thirteenth Omnibus Claims Objection on the following:

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Kayalin A. Marafioti
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attorneys for Debtors

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Attorneys for the Creditors' Committee

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

_/s/ Gina Inman_
Gina Inman