Michael S. Etkin, Esquire
Thomas A. Pitta, Esquire
LOWENSTEIN SANDLER PC
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 262-6700

and

Glenn D. Solomon, Esquire
OFFIT KURMAN, P.A.
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
Telephone:  (443) 738-1500
Attorneys for Sandvik Materials Technology

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                        :     Chapter 11
In re:                                                  :
                                                        :     Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.                              :
                                                        :     Jointly Administered
        Debtors.                                        :
                                                        :
-------------------------------------------------------------- x

### CREDITOR SANDVIK MATERIALS TECHNOLOGY'S RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION

Sandvik Materials Technology ("Creditor") by its undersigned attorneys, hereby files its

Response to the Fifteenth Omnibus Claims Objection pursuant to 11 U.S.C. § 502 and Federal Rule

of Bankruptcy Procedure 3007, and states as follows:

BACKGROUND

1.    The Debtors filed Voluntary Petitions under Chapter 11 of the United States Bankruptcy Code (the "Code") on October 8 and October 14, 2005.

2.    The Creditor filed two Proofs of Claim in this case, as follows:

a.    Claim No. 590, filed on November 15, 2005 in Case No. 05-44481 in the amount of $29,390.33 (unsecured, nonpriority claim), a copy of which is attached hereto and incorporated herein by reference as Exhibit A (hereinafter referred to as "Claim 1"); and

b.    Claim No. 591, filed on November 15, 2005 in Case No. 05-44481 in the amount of $118,687.88 (unsecured, nonpriority claim), a copy of which is attached hereto and incorporated herein by reference as Exhibit B (hereinafter referred to as "Claim 2"). The claims are for amounts owed for steel products manufactured and delivered by the Creditor to the Debtors pursuant to written requests from the Debtors to the Creditors.

3.    On May 22, 2007, the Debtors filed their Fifteenth Omnibus Claims Objection (the "Fifteenth Objection"). In the Fifteenth Objection, the Debtors identified eight (8) different categories of objections. One of the categories of the objections was "Claims Subject to Modification," being those claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

4.    The Fifteenth Objection objects to Claim 1 and Claim 2 under the category of "Claims Subject to Modification".

5.    With respect to Claim 1, the Debtors contend in the Fifteenth Objection that the amount of the claim was overstated and should be $7,862.55, rather than $29,390.33. The Debtors

2

also contend that Claim 1 was filed against the wrong debtor and should have been filed in Case No. 05-44640. The Creditor agrees that Claim 1 should be filed in Case No. 05-44640, and therefore consents to the relief requested in the Fifteenth Objection to that extent. The Creditor does not agree that the amount stated in Claim 1 is incorrect. Attached to Claim 1 is the Creditor's account statement showing the invoices due to the Creditor by the Debtor at the time the Debtor filed its bankruptcy case. The total of the invoices owed at that time was $29,390.33. Attached hereto and incorporated by reference herein as Exhibit C are the invoices listed on the account statement. The Fifteenth Objection does not state any facts or include any documents to support the Debtors' claim that less than the amount claimed by the Creditor is owed. The Creditor has alleged sufficient facts to support a prima facie claim. The Debtors are required to produce evidence sufficient to negate the Creditor's prima facie claim, In re: Allegheny Intern, Inc., 954 F.2d 167 (C.A.3 Pa. 1992), and the Debtors' Fifteenth Objection fails to do that. The Creditor therefore contends that the Fifteenth Objection should be denied insofar as it seeks to reduce the amount of Claim 1.

6.      With respect to Claim 2, in the Fifteenth Objection, the Debtors do not contest the amount of the Claim, but rather contend that the claim should have been filed in Case No. 05-44640. As with Claim 1, the Creditor does not object and agrees that Claim 2 be modified to the extent that it will be deemed to be filed in Case No. 05-44640.

7.      Because of the statutory authorities relied upon by the Creditor herein, the Creditor requests that this Court waive the requirement that the Creditor file a memorandum of law pursuant to Local Bankruptcy Rule 9013-1(b).

3

WHEREFORE, the Creditor requests that this Court enter an order granting in part and denying in part the Fifteenth Objection, and granting the Creditor such other and further relief as may be appropriate.

LOWENSTEIN SANDLER, P.C.

_____/s/ Thomas A. Pitta_____

Michael S. Etkin, Esquire
Thomas A. Pitta, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700

_____/s/ Glenn D. Solomon_____

Glenn D. Solomon, Esquire
OFFIT KURMAN, P.A.
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
Telephone: (443) 738-1500

Attorneys for Sandvik Materials Technology

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of June, 2007, a copy of the foregoing Creditor Sandvik Material Technology's Response to Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation was sent via facsimile transmission and mailed by overnight mail to Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Attn: General Counsel and counsel to Debtors, Skadden, Arps, Slate, Meagher & Flom, LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn: John Wm. Butler, Jr., Esquire, John K. Lyons, Esquire and Joseph N. Wharton, Esquire.

_____/s/ Thomas A. Pitta_____

Thomas A. Pitta

4

EXHIBIT A TO SANDVIK RESPONSE
CASE NUMBER 05-44481

| United States Bankruptcy Court | District Of | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor**
Delphi Corporation et al.

**Case Number**
05-44481 (RDD)

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Sandvik Materials Technology

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Address where notices should be sent:**
Sandvik Materials Technology
Attn: Dominic Grandinetti
PO Box 1220
Scranton PA 18501-1220

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone Number:**

This Space For Court Use Only

**Account or other number by which creditor identifies debtor:**
Customer # 2785

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)    (date)

**2. Date debt was incurred:**
12/16/2004 → 10/10/2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describer your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim** $29,390.33
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000,* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**  $ 29,390.33
(Unsecured) _____ (Secured) _____ (Priority) _____ (Total)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

RECEIVED
NOV 18 2005
CLAIMS PROCESSING CENTER
USBC, SDNY

**Date:**
11/11/05

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim** (attach copy of power of attorney, if any):
Nomine M. Grandin

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## —— DEFINITIONS ——

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.*)

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Classification of Claim**
Secured Claim:
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the

amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority.

**5. Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**6. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**7. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.



Account Statement
Delphi Automotive Systems
5725 Delphi Dr
Troy, MI 48098

Customer # 2789

From
Dominic M. Grandinetti
Phone 570-585-7600
Fax 570-585-7607

| Invoice Number | I = Invoice C = Credit | Invoice Amount | Invoice Date | PO Number |
|---|---|---|---|---|
| 2272692 | C | -1,138.92 | 12/16/2004 | 550015735 |
| 2278527 | I | 2,001.60 | 7/22/2005 | 550015735 |
| 2278528 | I | 4,196.84 | 7/22/2005 | 550015736 |
| 2278609 | I | 2,021.94 | 7/26/2005 | 550015736 |
| 2278897 | I | -35.58 | 8/8/2005 | 550015735 |
| 2278898 | I | 2,114.04 | 8/8/2005 | 550015730 |
| 2278971 | I | -17.50 | 8/10/2005 | 550015735 |
| 2278973 | I | -17.20 | 8/10/2005 | 550015736 |
| 2279412 | I | 1,718.25 | 8/26/2005 | 550015730 |
| 2279692 | P | -1,877.04 | 9/6/2005 | On Account Payment |
| 2279810 | I | 3,443.61 | 9/12/2005 | 550015730 |
| 2279833 | I | 1,761.60 | 9/12/2005 | 550015735 |
| 2279834 | I | 1,589.35 | 9/12/2005 | 550015736 |
| 2279971 | I | 2,102.40 | 9/16/2005 | 550015735 |
| 2279972 | I | 2,127.10 | 9/16/2005 | 550015736 |
| 2280226 | I | 2,497.55 | 9/26/2005 | 550015736 |
| 2280379 | I | 2,030.40 | 6/30/2005 | 550015735 |
| 2280586 | I | 3,097.64 | 10/7/2005 | 550015730 |
| 2280600 | I | 1,774.25 | 10/10/2005 | 550015730 |

EXHIBIT B TO SANDVIK RESPONSE
CASE NUMBER 05-44481

| United States Bankruptcy Court | District Of | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor** _Delphi corporation et al_

**Case Number** _05-444 ₁ (RDD)_

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

_Sandvik materials Technology_

Name and Address where notices should be sent:

_Sandvik materials Technology_
_Attn: Dominic Grandinetti_
_PO Box 1220_
_Scranton, PA 18501 - 1220_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number:

This Space For Court Use Only

Account or other number by which creditor identifies debtor:

_Customer # 284050_

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated:

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)                    (date)

**2. Date debt was incurred:**
_8/24/2004 → 10/4/2005_

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describer your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other_____
Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim** $ _118,687.88_

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ _118,687.88_ _____ _____ _____
(Unsecured)        (Secured)        (Priority)        (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

**Date:** _11/11/05_

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Norman M. Trentos_

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**FORM B10** (Official Form 10) (10/05)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## —— DEFINITIONS ——

**Debtor**

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

**Proof of Claim**

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

**Secured Claim**

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.*)

**Unsecured Claim**

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Priority Claim**

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

---

# Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**

Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**

Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**

Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**

If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Classification of Claim**

**Secured Claim:**

Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the

amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**Unsecured Priority Claim:**

Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**Unsecured Nonpriority Claim:**

Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority.

**5. Total Amount of Claim at Time Case Filed:**

Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**6. Credits:**

By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**7. Supporting Documents:**

You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.



Account Statement
Delphi Chassis Systems
Disbursement Anylysis Dept
PO Box 1550
Flint, MI 48501

Customer # 284050

From
Dominic M. Grandinetti
Phone 570-585-7600
Fax 570-585-7607

| Invoice Number | I = Invoice C = Credit | Invoice Amount | Invoice Date | PO Number |
|---|---|---|---|---|
| 9269374 | I | 217.12 | 8/24/2004 | 550004597 |
| 9269375 | I | 181.92 | 8/24/2004 | 550004597 |
| 9269604 | I | 136.80 | 8/31/2004 | 550004597 |
| 9269605 | I | 214.40 | 8/31/2004 | 550004597 |
| 9269782 | I | 167.49 | 9/7/2004 | 550004597 |
| 9269783 | I | 240.93 | 9/7/2004 | 550004597 |
| 9270376 | I | 510.66 | 9/30/2004 | 550004597 |
| 9270673 | I | 222.66 | 10/11/2004 | 550004597 |
| 9270695 | I | 221.31 | 10/11/2004 | 550004597 |
| 9270841 | I | 219.42 | 10/18/2004 | 550004597 |
| 9270842 | I | 298.62 | 10/18/2004 | 550004597 |
| 9271200 | I | 170.73 | 10/29/2004 | 550004597 |
| 9271201 | I | 205.41 | 10/29/2004 | 550004597 |
| 9271450 | I | 168.30 | 11/8/2004 | 550004597 |
| 9271451 | I | 363.15 | 11/8/2004 | 550004597 |
| 9271829 | I | 199.26 | 11/22/2004 | 550004597 |
| 9272212 | I | 243.00 | 12/8/2004 | 550004597 |
| 9272360 | I | 227.34 | 12/14/2004 | 550004597 |
| 9273784 | I | 551.20 | 2/2/2005 | 550048544 |
| 9274618 | I | 1,121.58 | 3/2/2005 | 550004597 |
| 9274967 | I | 157.46 | 3/17/2005 | 550004597 |
| 9275045 | I | 414.72 | 3/21/2005 | 550004597 |
| 9275203 | I | 768.18 | 3/29/2005 | 550004597 |
| 9275399 | I | -1,566.26 | 4/4/2005 | 550004597 |
| 9275570 | I | 798.08 | 4/8/2005 | 550004597 |
| 9275591 | I | -18.11 | 4/11/2005 | 550004597 |
| 9275745 | I | 669.06 | 4/18/2005 | 550004597 |
| 9275747 | I | -20.20 | 4/18/2005 | 550004597 |
| 9275941 | I | 1,095.64 | 4/26/2005 | 550048544 |

| | | | | |
|---|---|---|---|---|
| 9276000 P | -2,324.52 | 4/28/2005 | On Account Payment |
| 9276119 P | -1,121.58 | 4/28/2005 | On Account Payment |
| 9277815 P | 559.82 | 6/6/2005 | On Account Payment |
| 9278143 I | 1,224.49 | 7/20/2005 | 550048544 |
| 9278170 I | 2,249.00 | 7/21/2005 | 550000407 |
| 9278499 I | -121.94 | 8/1/2005 | 550004597 |
| 9278548 I | 460.20 | 8/3/2005 | 550048544 |
| 9278658 I | -61.86 | 8/8/2005 | 550004597 |
| 9278813 I | -117.26 | 8/15/2005 | 550004597 |
| 9278966 I | -58.26 | 8/19/2005 | 550004597 |
| 9279003 I | 1,638.00 | 8/22/2005 | 550004597 |
| 9279008 I | -117.39 | 8/22/2005 | 550004597 |
| 9279350 I | 3,083.08 | 9/2/2005 | 550004597 |
| 9279351 I | 4,864.20 | 9/2/2005 | 550004597 |
| 9279352 I | 3,915.56 | 9/2/2005 | 550004597 |
| 9279370 I | 1,045.32 | 9/6/2005 | 550000407 |
| 9279371 I | 1,196.00 | 9/6/2005 | 550004597 |
| 9279372 I | 1,073.22 | 9/6/2005 | 550004597 |
| 9279373 I | 1,210.68 | 9/6/2005 | 550004597 |
| 9279374 I | 2,125.92 | 9/6/2005 | 550000407 |
| 9279375 I | 1,102.40 | 9/6/2005 | 550000407 |
| 9279376 I | 5,039.34 | 9/6/2005 | 550004597 |
| 9279377 I | 952.64 | 9/6/2005 | 550048544 |
| 9279378 I | 386.88 | 9/6/2005 | 550048544 |
| 9279379 I | 934.56 | 9/6/2005 | 550048544 |
| 9279406 I | 1,611.64 | 9/7/2005 | 550048544 |
| 9279438 P | -2,038.86 | 9/2/2005 | On Account Payment |
| 9279458 I | 547.04 | 9/8/2005 | 550048544 |
| 9279481 I | 2,069.85 | 9/9/2005 | 550004597 |
| 9279532 I | 2,517.66 | 9/12/2005 | 550004597 |
| 9279533 I | 1,775.80 | 9/12/2005 | 550004597 |
| 9279534 I | 1,196.00 | 9/12/2005 | 550000407 |
| 9279535 I | 858.28 | 9/12/2005 | 550000407 |
| 9279536 I | 1,094.60 | 9/12/2005 | 550000407 |
| 9279537 I | 1,310.40 | 9/12/2005 | 550000407 |
| 9279538 I | 905.82 | 9/12/2005 | 550000407 |
| 9279539 I | 5,117.86 | 9/12/2005 | 550004597 |
| 9279540 I | 934.56 | 9/12/2005 | 550048544 |
| 9279562 I | 1,991.33 | 9/13/2005 | 550004597 |
| 9279563 I | 220.16 | 9/13/2005 | 550004597 |
| 9279564 I | 1,503.84 | 9/13/2005 | 550048544 |
| 9279576 I | 202.96 | 9/14/2005 | 550004597 |
| 9279600 I | 9,732.45 | 9/14/2005 | 550004597 |
| 9279601 I | 1,737.20 | 9/14/2005 | 550004597 |
| 9279650 I | 239.08 | 9/15/2005 | 550048544 |
| 9279667 I | 1,718.28 | 9/16/2005 | 550000407 |
| 9279668 I | 686.40 | 9/16/2005 | 550048544 |
| 9279718 I | 1,674.00 | 9/19/2005 | 550048544 |
| 9279719 I | 665.60 | 9/19/2005 | 550004597 |
| 9279720 I | 1,043.46 | 9/19/2005 | 550000407 |
| 9279721 I | 1,848.84 | 9/19/2005 | 550004597 |
| 9279722 I | 1,720.00 | 9/19/2005 | 550000407 |

| | | | |
|---|---|---|---|
| 9279723 I | 2,044.64 | 9/19/2005 | 550000407 |
| 9279724 I | 1,219.40 | 9/19/2005 | 550048544 |
| 9279725 I | 992.16 | 9/19/2005 | 550048544 |
| 9279726 I | 1,032.30 | 9/19/2005 | 550048544 |
| 9279727 I | 311.85 | 9/19/2005 | 550048544 |
| 9279728 I | 2,098.23 | 9/19/2005 | 550004597 |
| 9279764 I | 3,775.20 | 9/20/2005 | 550004597 |
| 9279765 I | 3,296.04 | 9/20/2005 | 550004597 |
| 9279766 I | 849.92 | 9/20/2005 | 550048544 |
| 9279893 I | 2,400.32 | 9/26/2005 | 550048544 |
| 9279894 I | 662.20 | 9/26/2005 | 550000407 |
| 9279895 I | 1,381.12 | 9/26/2005 | 550000407 |
| 9279896 I | 951.60 | 9/26/2005 | 550000407 |
| 9279897 I | 1,545.44 | 9/26/2005 | 550000407 |
| 9279898 I | 920.40 | 9/26/2005 | 550048544 |
| 9279953 I | 1,112.28 | 9/27/2005 | 550004597 |
| 9280170 I | 720.39 | 10/3/2005 | 550048544 |
| 9280175 I | 2,005.52 | 10/4/2005 | 550000407 |
| 9280176 I | 1,331.20 | 10/4/2005 | 550000407 |
| 9280177 I | 848.16 | 10/4/2005 | 550004597 |
| 9280178 I | 1,905.76 | 10/4/2005 | 550000407 |
| 9280179 I | 2,862.60 | 10/4/2005 | 550000407 |
| 9280180 I | 1,790.88 | 10/4/2005 | 550000407 |
| 9280181 I | 1,586.00 | 10/4/2005 | 550048544 |
| 9280182 I | 1,021.28 | 10/4/2005 | 550048544 |
| 9280199 I | 444.54 | 10/4/2005 | 550048544 |
| 9280200 I | 230.64 | 10/4/2005 | 550048544 |
| 9280201 I | 863.44 | 10/4/2005 | 550004597 |
| 9280328 P | -1,718.25 | 10/4/2005 | On Account Payment |

EXHIBIT C TO SANDVIK RESPONSE
CASE NUMBER 05-44481



# CREDIT MEMO
## *Reprint*

CUSTOMER ORDER NUMBER:550015735 / 730

SANDVIK ORDER NUMBER:      49864

SANDVIK INVOICE NUMBER:

**Sandvik Materials Technology**
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

CREDIT TO:
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI      USA      48098

CREDIT MEMO NO: 2272692

DATE: 12/16/2004

CUSTOMER ACCOUNT NO: 2789

SALESPERSON:  2011

NOTES:

| PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2A302033XRWD | .000 | | 2.1300 | 1,162.98- |
| | .000 | LB | 2.1300 | |
| 2A302033XRWD | .000 | | 2.1300 | 998.97- |
| | .000 | LB | 2.1300 | |
| 2A302033XRWD | .000 | | 1.9600 | 891.80- |
| | .000 | LB | 1.9600 | |
| 2A302041XRWD | .000 | | 1.9200 | 975.36- |
| | .000 | LB | 1.9200 | |



$ 1,138.92
remaining

Customer Original          Page    1

| | |
|---|---|
| Sub Total | 4,029.11- |
| Total  USD | 4,029.11- |

# SANDVIK

www.smt.sandvik.com
www.smt.sandvik.com/nafta

**Sandvik Materials Technology**
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

# INVOICE

**TERMS:** 1/2% 10 NET 30       **Due Date:** 08/21/2005
**PHONE:** 800-359-9442        **Disc Date:** 08/01/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015735 | 01/13/2005 | 51669 | 01/13/2005 | 2278527 | 07/22/2005 |

| Salesperson | Special Code | F.O.B. | | Carrier | | Page |
|---|---|---|---|---|---|---|
| 2011 2087 | | COLLECT | | PJAX FREIGHT SYSTEM (PJXI) | | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI    USA    48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI    USA    48556

Attn:

**NOTES:**

DELPI PART# -> 5762

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
    PICKUP AT 800-248-0293

.**************************************************

** WHSE/TRAF -> SHIP COLLECT VIA PJAX 7/22 **
**************************************************

Ship 2 reels on 7/22

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 35 | 2A302033XRWD | 880.000 | LB | 834.000 | 2.4000 | 2,001.60 |

**REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY**
        PO BOX 360968 M
        PITTSBURGH, PA    15251-6968

| | |
|---|---|
| Sub Total | 2,001.60 |
| Total USD | 2,001.60 |

**Customer File Copy**

NDINV

# SANDVIK

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta

# INVOICE

**TERMS:** 1/2% 10 NET 30    **Due Date:** 08/21/2005
PHONE: 800-359-9442    **Disc Date:** 08/01/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015736 | 01/13/2005 | 51680 | 01/13/2005 | 2278528 | 07/22/2005 |

| Salesperson | Special Code | F.O.B. | | Carrier | Page |
|---|---|---|---|---|---|
| 2011 2087 | | COLLECT | | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI     USA     48098

Attn:

**SHIP TO:**

DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI     USA     48556

Attn:

**NOTES:**

DELPHI PART# 5779

.

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
    PICKUP AT 800-248-0293

.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
** WHSE/TRAF -> SHIP  COLLECT VIA **
**        PJAX 7/22/05   thanks... **
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Ship 4 reels on 7/22

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 31 | 2A302038XRWD | 1,756.000 | LB | 1,756.000 | 2.3900 | 4,196.84 |

| REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY PO BOX 360968 M PITTSBURGH, PA    15251-6968 | Sub Total | 4,196.84 |
|---|---|---|
| | **Total** USD | 4,196.84 |

NDINV

**Customer File Copy**

# SANDVIK

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta

# INVOICE

**TERMS:** 1/2% 10 NET 30     **Due Date:** 08/25/2005
**PHONE:** 800-359-9442      **Disc Date:** 08/05/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015736 | 01/13/2005 | 51680 | 01/13/2005 | 2278609 | 07/26/2005 |

| Salesperson | Special Code | F.O.B. | | Carrier | | | Page |
|---|---|---|---|---|---|---|---|
| 2011 2087 | | COLLECT | | PJAX FREIGHT SYSTEM (PJXI) | | | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI     USA     48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI     USA     48556

Attn:

**NOTES:**

DELPHI PART# 5779

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
    PICKUP AT 800-248-0293

****************************************

** WHSE/TRAF -> SHIP  COLLECT VIA PJAX BY 7/26 **

****************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 33 | 2A302038XRWD | 800.000 | LB | 846.000 | 2.3900 | 2,021.94 |

| REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY PO BOX 360968 M PITTSBURGH, PA    15251-6968 | Sub Total | 2,021.94 |
|---|---|---|
| | Total USD | 2,021.94 |

NDINV

**Customer File Copy**

# SANDVIK

**Sandvik Materials Technology**
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta

# INVOICE

**TERMS:** 1/2% 10 NET 30
**PHONE:** 800-359-9442

**Due Date:** 09/07/2005
**Disc Date:** 08/18/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015735 | 01/13/2005 | 51669 | 01/13/2005 | 2278897 | 08/08/2005 |

| Salesperson | Special Code | F.O.B. | | Carrier | Page |
|---|---|---|---|---|---|
| 2011 2087 | | COLLECT | | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI    USA    48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI    USA    48556

Attn:

**NOTES:**

DELPI PART# -> 5762

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
PICKUP AT 800-248-0293

*********************************************

** WHSE/TRAF -> SHIP COLLECT VIA PJAX ASAP!!!  **

*********************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 37 | 2A302033XRWD | 896.000 | LB | 896.000 | 2.4000 | 2,150.40 |
| 39 | 2A302033XRWD | 883.000 | LB | 883.000 | 2.4000 | 2,119.20 |

*Over Paid $35.58 by* (handwritten)

| REMIT PAYMENT TO: | SANDVIK MATERIALS TECHNOLOGY<br>PO BOX 360968 M<br>PITTSBURGH, PA    15251-6968 | **Sub Total** | 4,269.60 |
|---|---|---|---|
| | | **Total** USD | 4,269.60 |

**Customer File Copy**

NDINV

# SANDVIK

www.smt.sandvik.com
www.smt.sandvik.com/nafta

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

## INVOICE

**TERMS:** 1/2% 10 NET 30     **Due Date:** 09/07/2005
**PHONE:** 800-359-9442     **Disc Date:** 08/18/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015730 | 01/13/2005 | 51675 | 01/13/2005 | 2278898 | 08/08/2005 |

| Salesperson | Special Code | F.O.B. | Carrier | Page |
|---|---|---|---|---|
| 2011 2087 | | COLLECT | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI   USA   48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI   USA   48556

Attn:

**NOTES:**
DELPHI PART# 5802

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
    PICKUP AT 800-248-0293

*************************************************
* WHSE/TRAF -> SHIP COLLECT VIA PJAX ASAP!!!!!!! *
*************************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 41 | 2A302041XRWD | 892.000 | LB | 892.000 | 2.3700 | 2,114.04 |

| REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY PO BOX 360968 M PITTSBURGH, PA   15251-6968 | Sub Total | 2,114.04 |
|---|---|---|
| | Total USD | 2,114.04 |

**Customer File Copy**

NDINV



**SANDVIK**

www.smt.sandvik.com
www.smt.sandvik.com/nafta

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

# INVOICE

**TERMS:** 1/2% 10 NET 30
**PHONE:** 800-359-9442

**Due Date:** 09/09/2005
**Disc Date:** 08/20/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015735 | 01/13/2005 | 51669 | 01/13/2005 | 2278971 | 08/10/2005 |

| Salesperson | Special Code | F.O.B. | Carrier | Page |
|---|---|---|---|---|
| 2011 2087 | | COLLECT | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI    USA    48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI    USA    48556

Attn:

**NOTES:**

DELPI PART# -> 5762

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
        PICKUP AT 800-248-0293

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\* WHSE/TRAF -> SHIP COLLECT VIA PJAX ASAP!!! \*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 41 | 2A302033XRWD | 875.000 | LB | 875.000 | 2.4000 | 2,100.00 |

*Overpaid by $17.50*

| REMIT PAYMENT TO: | SANDVIK MATERIALS TECHNOLOGY PO BOX 360968 M PITTSBURGH, PA    15251-6968 | Sub Total | 2,100.00 |
|---|---|---|---|
| | | **Total** USD | 2,100.00 |

.NDINV

**Customer File Copy**



**Sandvik Materials Technology**
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta

# INVOICE

**TERMS:** 1/2% 10 NET 30   **Due Date:** 09/09/2005
**PHONE:** 800-359-9442   **Disc Date:** 08/20/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015736 | 01/13/2005 | 51680 | 01/13/2005 | 2278973 | 08/10/2005 |

| Salesperson | Special Code | F.O.B. | Carrier | Page |
|---|---|---|---|---|
| 2011 2087 | | COLLECT | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI   USA   48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI   USA   48556

Attn:

**NOTES:**
DELPHI PART# 5779

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
      PICKUP AT 800-248-0293

*************************************************
** WHSE/TRAF -> SHIP  COLLECT VIA PJAX BY 8/10 **
*************************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 35 | 2A302038XRWD | 860.000 | LB | 860.000 | 2.3900 | 2,055.40 |

Over Paid
by $17.20

| REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY PO BOX 360968 M PITTSBURGH, PA    15251-6968 | Sub Total | 2,055.40 |
|---|---|---|
| | Total USD | 2,055.40 |

INDINV

**Customer File Copy**

# SANDVIK

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta

# INVOICE

**TERMS:** 1/2% 10 NET 30

**PHONE:** 800-359-9442

**Due Date:** 09/25/2005

**Disc Date:** 09/05/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|----------|----------|-----------------|-------------------------------|---------------------|---------------------|--------------------|----------------|--------------|
| 20 | 20 | 2789 | 550015730 | 01/13/2005 | 51675 | 01/13/2005 | 2279412 | 08/26/2005 |

| Salesperson | Special Code | F.O.B. | Carrier | Page |
|-------------|--------------|--------|---------|------|
| 2011 2087 | | COLLECT | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI     USA     48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI     USA     48556

Attn: .

**NOTES:**

DELPHI PART# 5802

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
    PICKUP AT 800-248-0293

*******************************************
* WHSE/TRAF -> SHIP COLLECT VIA PJAX ASAP!!!!!! *
*******************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|------|--------------------------|------------------|-----|------------------|------------|-------|
| 45 | 2A302041XRWD | 725.000 | LB | 725.000 | 2.3700 | 1,718.25 |

| REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY PO BOX 360968 M PITTSBURGH, PA    15251-6968 | Sub Total | 1,718.25 |
|---|---|---|
| | Total  USD | 1,718.25 |

**Customer File Copy**

NDINV

# SANDVIK

Sandvik Materials Technology Area
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta

# INVOICE

**TERMS:** 1/2% 10 NET 30      **Due Date:** 10/12/2005
**PHONE:** 800-359-9442      **Disc Date:** 09/22/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015730 | 01/13/2005 | 51675 | 01/13/2005 | 2279810 | 09/12/2005 |

| Salesperson | Special Code | F.O.B. | | Carrier | Page |
|---|---|---|---|---|---|
| 2011 2087 | | COLLECT | | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI      USA      48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI      USA      48556

Attn:

**NOTES:**

DELPHI PART# 5802

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
       PICKUP AT 800-248-0293

*****************************************************
* WHSE/TRAF -> SHIP COLLECT VIA PJAX ASAP!!!!!!! *
*****************************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 47 | 2A302041XRWD | 753.000 | LB | 766.000 | 2.3700 | 1,815.42 |
| 49 | 2A302041XRWD | 700.000 | LB | 687.000 | 2.3700 | 1,628.19 |

REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY
                  PO BOX 360968 M
                  PITTSBURGH, PA    15251-6968

| Sub Total | 3,443.61 |
|---|---|
| Total USD | 3,443.61 |

NDINV      **Customer File Copy**

# SANDVIK

www.smt.sandvik.com
www.smt.sandvik.com/nafta

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

# INVOICE

**TERMS:** 1/2% 10 NET 30      **Due Date:** 10/12/2005
**PHONE:** 800-359-9442       **Disc Date:** 09/22/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015735 | 01/13/2005 | 51669 | 01/13/2005 | 2279833 | 09/12/2005 |

| Salesperson | Special Code | F.O.B. | Carrier | Page |
|---|---|---|---|---|
| 2011 2087 | | COLLECT | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI    USA    48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI    USA    48556

Attn:

**NOTES:**

DELPI PART# -> 5762

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
        PICKUP AT 800-248-0293

*******************************************
** WHSE/TRAF -> SHIP COLLECT VIA PJAX ASAP!!! **
*******************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 43 | 2A302033XRWD | 734.000 | LB | 734.000 | 2.4000 | 1,761.60 |

**REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY**
              PO BOX 360968 M
              PITTSBURGH, PA    15251-6968

| Sub Total | 1,761.60 |
|---|---|
| Total USD | 1,761.60 |

ANDINV

**Customer File Copy**

# SANDVIK

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta

# INVOICE

**TERMS:** 1/2% 10 NET 30       **Due Date:** 10/12/2005
**PHONE:** 800-359-9442         **Disc Date:** 09/22/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015736 | 01/13/2005 | 51680 | 01/13/2005 | 2279834 | 09/12/2005 |

| Salesperson | Special Code | F.O.B. | Carrier | Page |
|---|---|---|---|---|
| 2011 2087 | | COLLECT | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI    USA    48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI    USA    48556

Attn:

**NOTES:**
DELPHI PART# 5779

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
    PICKUP AT 800-248-0293

*****************************************
** WHSE/TRAF -> SHIP  COLLECT VIA PJAX BY 8/10 **
*****************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 37 | 2A302038XRWD | 665.000 | LB | 665.000 | 2.3900 | 1,589.35 |

| REMIT PAYMENT TO: | SANDVIK MATERIALS TECHNOLOGY PO BOX 360968 M PITTSBURGH, PA    15251-6968 | Sub Total | 1,589.35 |
|---|---|---|---|
| | | Total USD | 1,589.35 |

**Customer File Copy**

NDINV



**Sandvik Materials Technology**
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta.

# INVOICE

**TERMS:** 1/2% 10 NET 30          **Due Date:** 10/16/2005
**PHONE:** 800-359-9442          **Disc Date:** 09/26/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015735 | 01/13/2005 | 51669 | 01/13/2005 | 2279971 | 09/16/2005 |

| Salesperson | Special Code | F.O.B. | Carrier | Page |
|---|---|---|---|---|
| 2011 2087 | | COLLECT | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI    USA    48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI    USA    48556

Attn:

**NOTES:**

DELPI PART# -> 5762

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
    PICKUP AT 800-248-0293

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\* WHSE/TRAF -> SHIP COLLECT VIA PJAX ASAP!!!  \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 45 | 2A302033XRWD | 876.000 | LB | 876.000 | 2.4000 | 2,102.40 |

| REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY PO BOX 360968 M PITTSBURGH, PA    15251-6968 | Sub Total | 2,102.40 |
|---|---|---|
| | Total USD | 2,102.40 |

**Customer File Copy**

ANDINV



**SANDVIK**

www.smt.sandvik.com
www.smt.sandvik.com/nafta

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

# INVOICE

**TERMS:** 1/2%.10 NET 30    **Due Date:** 10/16/2005
**PHONE:** 800-359-9442    **Disc Date:** 09/26/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015736 | 01/13/2005 | 51680 | 01/13/2005 | 2279972 | 09/16/2005 |

| Salesperson | Special Code | F.O.B. | | Carrier | Page |
|---|---|---|---|---|---|
| 2011 2087 | | COLLECT | | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI    USA    48098

Attn:

**SHIP TO:**

DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI    USA    48556

Attn:

**NOTES:**

DELPHI PART# 5779

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
    PICKUP AT 800-248-0293

.
***************************************************

** WHSE/TRAF -> SHIP  COLLECT VIA PJAX ASAP!!! **
***************************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 39 | 2A302038XRWD | 800.000 | LB | 890.000 | 2.3900 | 2,127.10 |

| REMIT PAYMENT TO: | SANDVIK MATERIALS TECHNOLOGY PO BOX 360968 M PITTSBURGH, PA    15251-6968 | **Sub Total** | 2,127.10 |
|---|---|---|---|
| | | **Total** USD | 2,127.10 |

**Customer File Copy**

ᴏJNV

# SANDVIK

www.smt.sandvik.com
www.smt.sandvik.com/nafta

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

# INVOICE

**TERMS:** 1/2% 10 NET 30   **Due Date:** 10/26/2005
**PHONE:** 800-359-9442   **Disc Date:** 10/06/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015736 | 01/13/2005 | 51680 | 01/13/2005 | 2280226 | 09/26/2005 |

| Salesperson | Special Code | F.O.B. | Carrier | Page |
|---|---|---|---|---|
| 2011 2087 | | COLLECT | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI    USA    48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI    USA    48556

Attn:

**NOTES:**
DELPHI PART# 5779

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
      PICKUP AT 800-248-0293

*************************************************
** WHSE/TRAF -> SHIP  COLLECT VIA PJAX ASAP!!! **
*************************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 41 | 2A302038XRWD | 1,045.000 | LB | 1,045.000 | 2.3900 | 2,497.55 |

REMIT PAYMENT TO:  SANDVIK MATERIALS TECHNOLOGY
                   PO BOX 360968 M
                   PITTSBURGH, PA    15251-6968

| Sub Total | 2,497.55 |
|---|---|
| Total USD | 2,497.55 |

ANDINV

**Customer File Copy**



Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta

# INVOICE

**TERMS:** 1/2% 10 NET 30          **Due Date:** 10/30/2005

**PHONE:** 800-359-9442          **Disc Date:** 10/10/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015735 | 01/13/2005 | 51669 | 01/13/2005 | 2280379 | 09/30/2005 |

| Salesperson | Special Code | F.O.B. | Carrier | Page |
|---|---|---|---|---|
| 2011 2087 | | COLLECT | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI     USA     48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI     USA     48556

Attn:

**NOTES:**

DELPI PART# -> 5762

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
        PICKUP AT 800-248-0293

***************************************************
** WHSE/TRAF -> SHIP COLLECT VIA PJAX ASAP!!!  **
***************************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 47 | 2A302033XRWD | 800.000 | LB | 846.000 | 2.4000 | 2,030.40 |

| REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY | Sub Total | 2,030.40 |
|---|---|---|
| PO BOX 360968 M PITTSBURGH, PA     15251-6968 | Total  USD | 2,030.40 |

NDINV

**Customer File Copy**



**SANDVIK**

www.smt.sandvik.com
www.smt.sandvik.com/nafta

Sandvik Materials Technology
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

# INVOICE

**TERMS:** 1/2% 10 NET 30          **Due Date:** 11/06/2005
**PHONE:** 800-359-9442            **Disc Date:** 10/17/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015730 | 01/13/2005 | 51675 | 01/13/2005 | 2280586 | 10/07/2005 |

| Salesperson | - Special Code | F.O.B. | Carrier | Page |
|---|---|---|---|---|
| 2011 2087 | | COLLECT | CUSTOMER PICK UP | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
MI     USA        48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI     USA        48556

Attn:

**NOTES:**

DELPHI PART# 5802

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
        PICKUP AT 800-248-0293
WHSE/TRAF -> PACK LINE 51&53 FOR SHIPMENT ON 10/7
        -> DELPHI WILL CONTACT TRAFFIC FOR
        SHIPPING DIRECTIONS!

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 51 | 2A302041XRWD | 800.000 | LB | 804.000 | 1.8200 | 1,463.28 |
| 53 | 2A302041XRWD | 800.000 | LB | 898.000 | 1.8200 | 1,634.36 |

| REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY | | |
|---|---|---|
| PO BOX 360968 M | Sub Total | 3,097.64 |
| PITTSBURGH, PA     15251-6968 | Total USD | 3,097.64 |

NDINV

**Customer File Copy**



**Sandvik Materials Technology**
Welding & Wire Product Area
P.O. Box 1220
Scranton
PA USA 18501

www.smt.sandvik.com
www.smt.sandvik.com/nafta

# INVOICE

**TERMS:** 1/2% 10 NET 30    **Due Date:** 11/09/2005
**PHONE:** 800-359-9442    **Disc Date:** 10/20/2005

| Division | Location | Customer Number | Customer Purchase Order Number | Purchase Order Date | Sandvik Order Number | Sandvik Order Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2789 | 550015730 | 01/13/2005 | 51675 | 01/13/2005 | 2280600 | 10/10/2005 |

| Salesperson | Special Code | F.O.B. | | Carrier | Page |
|---|---|---|---|---|---|
| 2011 2087 | | COLLECT | | PJAX FREIGHT SYSTEM (PJXI) | 1 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY
Mi    USA    48098

Attn:

**SHIP TO:**
DELPHI AUTOMOTIVE
2926 DAVISON ROAD
(CISCO CODE# 31005)
FLINT
MI    USA    48556

Attn:

**NOTES:**
DELPHI PART# 5802

TRAFFIC -> CALL PJAX FRIGHT SYSTEM TO SCHEDULE
    PICKUP AT 800-248-0293

*****************************************************
* WHSE/TRAF -> SHIP COLLECT VIA PJAX ASAP!!!!!!! *
*****************************************************

| LINE | PRODUCT CODE/DESCRIPTION | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 55 | 2A302041XRWD | 755.000 | LB | 755.000 | 2.3500 | 1,774.25 |

| REMIT PAYMENT TO: SANDVIK MATERIALS TECHNOLOGY<br>PO BOX 360968 M<br>PITTSBURGH, PA    15251-6968 | Sub Total | 1,774.25 |
|---|---|---|
| | Total USD | 1,774.25 |

**Customer File Copy**

NDINV