Michael S. Etkin, Esquire
Thomas A. Pitta, Esquire
LOWENSTEIN SANDLER PC
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700

and

Glenn D. Solomon, Esquire
OFFIT KURMAN, P.A.
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
Telephone: (443) 738-1500
Attorneys for Sandvik Materials Technology

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :    Chapter 11
In re:                                                        :
                                                              :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.                                    :
                                                              :    Jointly Administered
        Debtors.                                              :
                                                              :
------------------------------------------------------------- X

### ORDER GRANTING IN PART AND DENYING IN PART
### DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION
### WITH REGARD TO CREDITOR SANDVIK MATERIALS TECHNOLOGY

Upon consideration of the Debtors' Fifteenth Omnibus Claims Objection (the "Fifteenth Objection"), and the Response thereto filed by Creditor Sandvik Materials Technology (the "Creditor"), it is hereby

ORDERED, that the Fifteenth Objection is granted in part in that the Creditor's Claim numbers 590 and 591 are hereby deemed to be filed in Case Number 05-44640; and it is further

ORDERED, that the Fifteenth Objection is denied insofar as it seeks to reduce the amount of the Creditor's Claim Number 590; and it is further

ORDERED, that the Creditor's Claim Number 590 is hereby allowed as filed, except that the claim shall be deemed filed in Case Number 05-44640.

Date:  New York, New York

July _____, 2007

                                                                              Honorable Robert D. Drain
                                                                              United States Bankruptcy Judge