Hearing date:    June 26, 2007
10:00 a.m. Eastern

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

In Re:

    DELPHI CORPORATION, et al.,                                           Case No. 05-44481 (RDD)

                            Debtors.

------------------------------------------------------------------- x


**NOTICE OF WITHDRAWAL OF RENEWED MOTION OF USW TO COMPEL DEBTORS TO SUBMIT INDIVIDUAL EMPLOYEE MATTER TO IMPARTIAL MEDICAL AUTHORITY**

The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("USW"), successor by merger to the United Steelworkers of America, and its Local Union No. 87L hereby withdraw their Renewed Motion to Compel Debtors to Submit Individual Employee Matter to Impartial Medical Authority dated April 18, 2007, without prejudice.

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By:    /s/ Lowell Peterson
Lowell Peterson (LP 5405)
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999
lpeterson@msek.com

David R. Jury, Assistant General Counsel
Melvin Stein, Assistant General Counsel

        United Steelworkers
        Five Gateway Center, Room 807
        Pittsburgh, Pennsylvania 15222
        (412) 562-2545
        djury@usw.org
        mstein@usw.org

        Attorneys for United Steelworkers

Dated:    June 15, 2007

86832

-2-