UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

_____/

## APPEARANCE AND REQUEST FOR NOTICE

**TO THE DEBTORS, THEIR COUNSEL, THE CLERK AND ALL INTERESTED PARTIES;**

**PLEASE ENTER THE APPEARANCE** of the law firm of Maddin, Hauser, Wartell, Roth & Heller, P.C., by Alexander Stotland, as counsel for Danice Manufacturing Co. in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 3017, 4001, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Sections 102(1) and 1109(b) of the Bankruptcy Code, the undersigned hereby requests that all notices given or required to be given in this case, and all pleadings served or required to be served in this case, be given to and served upon the undersigned at the following address and telephone number:

ALEXANDER STOTLAND, ESQ.
MADDIN, HAUSER, WARTELL,
ROTH & HELLER, P.C.
28400 Northwestern Highway, Third Floor
Southfield, MI 48034
(248) 354-4030

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and pleadings referred to in the rules specified above, but also includes, without limitation, orders and notices of entry with respect thereto, applications, motions, petitions, pleadings, requests, plans, disclosure statements, complaints, demands, answers or reply papers made by the debtor or any party in interest in this case or any contested matters herein, whether formal or

09920.0001:674857

informal, whether written or oral, and whether transmitted to conveyed by mail, delivery, telephone facsimile or otherwise.

        MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

        BY:  /s/ ALEXANDER STOTLAND
        ALEXANDER STOTLAND (AS 3960)
        Attorney for Danice Manufacturing Co.
        28400 Northwestern Highway, Third Floor
        Southfield, MI 48034
        (248) 354-4030
        E-Mail: axs@maddinhauser.com

DATED: June 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed Appearance and Request for Notice with the Clerk of the Court using the ECF System, which will send notification to all ECF participants.

        /s/ Alexander Stotland
        Alexander Stotland