# EXHIBIT A

## ACCOUNTS RECEIVABLE AGED INVOICE REPORT

*ALL OPEN INVOICES - AGED AS OF: 10/08/0*

| CUSTOMER/INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 45 DAYS | 60 DAYS | 90 DAYS | DAY DEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000140 | DELPHI CHASSIS SYSTEMS | | | CONTACT: MIKE HILLARD | | PHONE: (937) 455-5340 | | EXT: | CR LMT: | | .00 |
| 09/28/05 | 0014748 - IN | 10/25/05 | | .00 | 6,879.60 | 6,879.60 | | | | | |
| 09/28/05 | 0014749 - IN | 10/25/05 | | .00 | 1,224.00 | 1,224.00 | | | | | |
| 09/29/05 | 0014751 - IN | 10/25/05 | | .00 | 1,308.84 | 1,308.84 | | | | | |
| 09/29/05 | 0014752 - IN | 10/25/05 | | .00 | 3,574.80 | 3,574.80 | | | | | |
| 09/29/05 | 0014753 - IN | 10/25/05 | | .00 | 3,672.00 | 3,672.00 | | | | | |
| 09/29/05 | 0014754 - IN | 10/25/05 | | .00 | 1,827.00 | 1,827.00 | | | | | |
| 09/30/05 | 0014755 - IN | 10/25/05 | | .00 | 7,149.60 | 7,149.60 | | | | | |
| 10/03/05 | 0014763 - IN | 11/25/05 | | .00 | 8,607.84 | 8,607.84 | | | | | |
| 10/03/05 | 0014764 - IN | 11/25/05 | | .00 | 3,672.00 | 3,672.00 | | | | | |
| 10/04/05 | 0014765 - IN | 11/25/05 | | .00 | 3,139.20 | 3,139.20 -- *Pl* | | | | | |
| 10/05/05 | 0014766 - IN | 11/25/05 | | .00 | 10,116.00 | 10,116.00 | | | | | |
| 10/05/05 | 0014767 - IN | 11/25/05 | | .00 | 11,016.00 | 11,016.00 | | | | | |
| 10/06/05 | 0014768 - IN | 11/25/05 | | .00 | 6,069.60 | 6,069.60 | | | | | |
| 10/06/05 | 0014769 - IN | 11/25/05 | | .00 | 534.00 | 534.00 | | | | | |
| 10/07/05 | 0014770 - IN | 11/25/05 | | .00 | 4,601.88 | 4,601.88 *Pl* | | | | | |
| 10/07/05 | 0014771 - IN | 11/25/05 | | .00 | 687.00 | 687.00 | | | | | |
| 10/07/05 | 0014772 - IN | 11/25/05 | | .00 | 3,672.00 | 3,672.00 | | | | | |
| | CUSTOMER 0000140 TOTALS: | | | .00 | 77,751.36 | 77,751.36 | .00 | .00 | .00 | .00 | |