SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
    In re                                     :        Chapter 11
                                                    :
DELPHI CORPORATION, et al.,       :        Case No. 05-44481 (RDD)
                                                    :
                              Debtors.    :        (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER
COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 2980
(THOMAS ENGINEERING & SURVEYING CO.)

PLEASE TAKE NOTICE that on February 15, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 2980 (the "Proof of Claim") filed by The Thomas Engineering & Surveying Co. (the "Claimant") pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Ninth Omnibus Claims Objection with respect to the Proof of Claim, and because the claim (the "Claim") asserted in the Proof of Claim involves an ordinary course controversy and pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), the Debtors and Claimant have (i) entered into a Settlement Agreement, dated as of April 30, 2007 (the "Settlement Agreement") and (ii) executed a Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 2980 (The Thomas Engineering & Surveying Co.) (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to allow the Claim as a general unsecured non-priority claim in the amount of $575.00 and the Claimant shall withdraw with prejudice its response to the Ninth Omnibus Objection, which was received by counsel to the Debtors on February 21, 2007.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for June 22, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        June 15, 2007

>                               SKADDEN, ARPS, SLATE, MEAGHER &
>                                 FLOM LLP
>
>                               By: /s/ John Wm. Butler, Jr.
>                                   John Wm. Butler, Jr. (JB 4711)
>                                   John K. Lyons (JL 4951)
>                                   Ron E. Meisler (RM 3026)
>                               333 West Wacker Drive, Suite 2100
>                               Chicago, Illinois  60606
>                               (312) 407-0700
>
>                               By: /s/ Kayalyn A. Marafioti
>                                   Kayalyn A. Marafioti (KM 9632)
>                                   Thomas J. Matz (TM 5986)
>                               Four Times Square
>                               New York, New York 10036
>                               (212) 735-3000
>
>                               Attorneys for Delphi Corporation, et al.,
>                                   Debtors and Debtors-in-Possession