W. Timothy Miller (*pro hac vice*)
Paige Leigh Ellerman (*pro hac vice*)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Telephone:  (513) 381-2838
Facsimile:  (513) 381-0205
miller@taftlaw.com
ellerman@taftlaw.com

*Counsel for Gobar Systems, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**RESPONSE OF GOBAR SYSTEMS, INC. IN OPPOSITION TO
DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION**

Gobar Systems, Inc. ("Gobar"), a creditor of Delphi Corporation or its affiliates (the "Debtors"), by and through its undersigned counsel, hereby files its Response (the "Response") in Opposition to Debtors' Fifteenth Omnibus Claims Objection (Doc. No. 7999) dated May 22, 2007 (the "Objection").  Gobar opposes the Objection because (i) the Debtors have failed to provide evidentiary support for their objection to Gobar's Proof of Claim, and (ii) the Objection contradicts the documentary evidence supporting

{W0998646.1}

Gobar's Proof of Claim. In support of this Response, Gobar respectfully states as follows:

## BACKGROUND

1. On October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Prior to the Petition Date, Gobar sold goods to the Debtors in the ordinary course of business.

3. On July 29, 2006, Gobar timely filed its general unsecured Proof of Claim in the Debtors' bankruptcy case. The Proof of Claim included all amounts owed to Gobar by the Debtors prior to the Petition Date, totaling $431,794.32 (the "Claim Amount"). A spreadsheet listing all invoices supporting Gobar's claim was attached to the Proof of Claim. A copy of the Proof of Claim is attached hereto as Exhibit "A".

4. As set forth in the Proof of Claim, Gobar sold and delivered goods to the Debtors between September 18, 2005 and the Petition Date in the ordinary course of the Debtors' businesses. A spreadsheet of all invoices evidencing the sale of goods, the delivery date, and the amount of each sale for which Gobar remains unpaid is detailed on the exhibits attached to the Proof of Claim. See Exhibit "A". The total amount owed to Gobar for goods sold and delivered to the Debtors prior to the Petition Date is the Claim Amount.

5. To date, Gobar has not received payment from the Debtors for the Claim Amount.

{W0998646.1}

6. On or about May 22, 2007, the Debtors filed the Objection through which they seek to reduce the Claim Amount from a general unsecured claim totaling $431,794.32 to a general unsecured claim of $30,706.84 and a priority claim of $2,848.88. The Objection identifies "Modified Claims Asserting Reclamation" as the basis on which the Debtors seek to reduce the Claim Amount, but no clear explanation or evidence in support of the Debtors' Objection to the Proof of Claim is provided.

7. On several occasions, by both phone and e-mail, counsel for Gobar has contacted counsel for the Debtors and has requested additional information concerning the reason for the Objection. To date, no additional information has been provided by the Debtors in support of the Objection.

## ARGUMENT

8. The Debtors have failed to establish that the Claim Amount should be reduced or modified under 11 U.S.C. § 502(b). The Proof of Claim is supported by documentation evidencing the full Claim Amount. The Objection is absent of any support for the reduction or modification of the Claim Amount and, despite multiple requests by Gobar following the filing of the Objection, the Debtors have failed to provide any documentary or other support for the relief sought against Gobar in the Objection. Therefore, without contrary evidence, pursuant to Federal Rule of Bankruptcy Procedure 3001(f), the Proof of Claim is prima facie evidence of the validity and amount of the claim. As such, under 11 U.S.C. § 502(b), Gobar is entitled to an allowed general unsecured claim in the full Claim Amount, totaling $431,794.32.

**WHEREFORE**, Gobar Systems, Inc. respectfully requests that the Court enter an order denying the Debtors' Objection, allowing the Proof of Claim in the full Claim

{W0998646.1}

Amount of $431,794.32, pursuant to 11 U.S.C. § 502(b), and directing the Debtors to pay such amount consistent with any distributions made to other similarly situated creditors. Gobar Systems, Inc. further requests all other and further relief as the Court deems just.

Dated: June 15, 2007

                                              Respectfully submitted,

                                              */s/ Paige Leigh Ellerman*
                                              W. Timothy Miller (*pro hac vice*)
                                              Paige Leigh Ellerman (*pro hac vice*)
                                              TAFT, STETTINIUS & HOLLISTER LLP
                                              425 Walnut Street, Suite 1800
                                              Cincinnati, OH  45202
                                              Telephone: (513) 381-2838

                                              *Counsel for Gobar Systems, Inc.*