IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

In re                       :     Chapter 11
                                    :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                    :

                 Debtors.    :     (Jointly Administered)
                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

      I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On June 8, 2007, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

    1)    Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement Identified In Thirteenth Omnibus Claims Objection ("Thirteenth Omnibus Claims Objection Order") (Docket No. 8194) [a copy of which is attached hereto as Exhibit D]

      On June 8, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

    2)    Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement Identified In Thirteenth Omnibus Claims Objection ("Thirteenth Omnibus Claims Objection Order") [without exhibits] (Docket No. 8194) [a copy of which is attached hereto as Exhibit D]

3)      Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And
        Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A)
        Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'
        Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims
        Not Reflected On Debtors' Books And Records, (E) Untimely Claims And
        Untimely Tax Claims, And (F) Claims Subject To Modification And
        Reclamation Agreement Identified In Thirteenth Omnibus Claims Objection
        (the "Personalized Notice") [a copy of the form of which is attached hereto
        as Exhibit F].  Each party's Personalized Notice was sent to the name and
        address listed in columns 1 and 2 of Exhibit E attached hereto.  In addition,
        the chart provided on each party's Personalized Notice contained the
        information listed in columns 3 through 8 of Exhibit E attached hereto.  The
        chart contained in the form of the Personalized Notice which is attached
        hereto as Exhibit F has been marked so as to demonstrate the manner in
        which the information listed in columns 3 through 8 of Exhibit E attached
        hereto was incorporated into each Personalized Notice.

        On June 8, 2007, I caused to be served the documents listed below upon the
parties listed on Exhibit G hereto via postage pre-paid U.S. mail:

4)      Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007
        Disallowing And Expunging Certain (A) Insufficiently Documented Claims,
        (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective
        Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books
        And Records, (E) Untimely Claims And Untimely Tax Claims, And (F)
        Claims Subject To Modification And Reclamation Agreement Identified In
        Thirteenth Omnibus Claims Objection ("Thirteenth Omnibus Claims
        Objection Order") [without exhibits] (Docket No. 8194) [a copy of which is
        attached hereto as Exhibit D]

5)      Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And
        Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A)
        Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'
        Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims
        Not Reflected On Debtors' Books And Records, (E) Untimely Claims And
        Untimely Tax Claims, And (F) Claims Subject To Modification And
        Reclamation Agreement Identified In Thirteenth Omnibus Claims Objection
        (the "Personalized Notice") [a copy of the form of which is attached hereto
        as Exhibit H].  Each party's Personalized Notice was sent to the name and
        address listed in columns 1 and 2 of Exhibit G attached hereto.  In addition,
        the chart provided on each party's Personalized Notice contained the
        information listed in columns 3 through 12 of Exhibit G attached hereto.
        The chart contained in the form of the Personalized Notice which is attached
        hereto as Exhibit H has been marked so as to demonstrate the manner in
        which the information listed in columns 3 through 12 of Exhibit G attached
        hereto was incorporated into each Personalized Notice.

On June 8, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit I hereto via postage pre-paid U.S. mail:

6)   Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement Identified In Thirteenth Omnibus Claims Objection ("Thirteenth Omnibus Claims Objection Order") [without exhibits] (Docket No. 8194) [a copy of which is attached hereto as Exhibit D]

7)   Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement Identified In Thirteenth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit J].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit I attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 18 of Exhibit I attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit J has been marked so as to demonstrate the manner in which the information listed in columns 3 through 18 of Exhibit I attached hereto was incorporated into each Personalized Notice.

Dated: June 15, 2007

        /s/ Evan Gershbein
Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 15th day of June, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    /s/ Shannon J. Spencer

Commission Expires:   6/20/10

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com slivini@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

6/13/2007 8:05 PM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

6/13/2007 8:05 PM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

6/13/2007 8:05 PM
Master Service List Overnight Mail

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com slivini@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

6/13/2007 8:06 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264122 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

6/13/2007 8:06 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|------------------|
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

6/13/2007 8:06 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel to Motion Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel to Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.h and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.h and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimilliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st  Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com erilley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabel@klettrooney.com dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Ideal Tool Company, Inc. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative for the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to National Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin K. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher P. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autmomotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Sotiroff & Abramczyk, P.C. | Lawrence A Tower | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | | 248-642-6000 | 248-642-9001 | ltower@sotablaw.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rnsteinwurtzel@swidlaw.com | Attorneys for Sanders Lead Co., Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | 81-3-3286-3919 | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

6/13/2007 8:06 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| White & Case LLP | Glenn Kurtz<br>Gerard Uzzi<br>Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com<br>guzzi@whitecase.com<br>dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria<br>Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com<br>featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | | 512-370-2800 | 512-370-2850 | bspears@winstead.com | Counsel to National Instruments Corporation |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

6/13/2007 8:06 PM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| APS Clearing, Inc. | Andy Leinhoff | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| APS Clearing, Inc. | Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Deputy Attorney General | Amina Maddox | R.J. Hughes Justice Complex | P.O. Box 106 | Trenton | NJ | 08625 | 609-984-0183 | Deputy Attorney General - State of New Jersey |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

6/13/2007 8:07 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

6/13/2007 8:07 PM
US MAIL

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
       In re                      :     Chapter 11
:
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
:
               Debtors.    :     (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
PROTECTIVE INSURANCE CLAIMS, (D) INSURANCE CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS AND UNTIMELY TAX
CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION
AGREEMENT IDENTIFIED IN THIRTEENTH OMNIBUS CLAIMS OBJECTION

("THIRTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims

Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance

Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax

Claims, And (f) Claims Subject To Modification, Tax Claims Subject To Modification, And

Claims Subject To Modification And Reclamation Agreement, dated April 27, 2007 (the

"Thirteenth Omnibus Claims Objection")[1] of Delphi Corporation and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Thirteenth Omnibus Claims Objection.

"Debtors"); and upon the record of the hearing held on the Thirteenth Omnibus Claims Objection;

and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim (as to each, a "Claim") listed on Exhibits A-1, A-2,

B-1, B-2, C, D-1, D-2, and E-3 attached hereto was properly and timely served with a copy of

the Thirteenth Omnibus Claims Objection, a copy of the Order Pursuant to 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates

For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"),

a personalized Notice Of Objection To Claim, the proposed order in respect of the Thirteenth

Omnibus Claims Objection, and notice of the deadline for responding to the Thirteenth Omnibus

Claims Objection.  No other or further notice of the Thirteenth Omnibus Claims Objection is

necessary.

B.    The Court has jurisdiction over the Thirteenth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirteenth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Thirteenth Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Claims listed on Exhibit A-1 hereto contain insufficient

documentation to support the Claims asserted (the "Insufficiently Documented Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

D.      The Claim listed on <u>Exhibit A-2</u> hereto contains insufficient documentation to support the Claim asserted and was also untimely pursuant to the Bar Date Order (the "Untimely Insufficiently Documented Claim").

E.      The Claims listed on <u>Exhibit B-1</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

F.      The Claims listed on <u>Exhibit B-2</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

G.      The Claim listed on <u>Exhibit C</u> hereto contains liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Insurance Claim").

H.      The Claims listed on <u>Exhibit D-1</u> hereto were untimely pursuant to the Bar Date Order (the "Untimely Claims").

I.      The Tax Claims listed on <u>Exhibit D-2</u> hereto were untimely pursuant to the Bar Date Order (the "Untimely Tax Claims").

J.      The Claims listed on <u>Exhibit E-3</u> hereto (a) (i) were denominated in a foreign currency or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured, administrative, or priority status and (b) are Claims with respect to which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement  pursuant to which the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors'

3

determination of the valid amount of the reclamation demand (with respect to (a) and (b) each, a

"Reclamation Agreement"), subject to the Debtor's right to seek, at any time and notwithstanding

the claimant's agreement to the amount set forth in the Reclamation Agreement, a judicial

determination that certain reserved defenses with respect to the reclamation demand are valid

(the "Claims Subject To Modification And Reclamation Agreement").

   K. The relief requested in the Thirteenth Omnibus Claims Objection and

provided herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

   1. Each Insufficiently Documented Claim listed on <u>Exhibit A-1</u> hereto is

hereby disallowed and expunged in its entirety.

   2. The Untimely Insufficiently Documented Claim listed on <u>Exhibit A-2</u>

hereto is hereby disallowed and expunged in its entirety.

   3. Each Books And Records Claim listed on <u>Exhibit B-1</u> hereto is hereby

disallowed and expunged in its entirety.

   4. Each Untimely Books And Records Claim listed on <u>Exhibit B-2</u> hereto is

hereby disallowed and expunged in its entirety.

   5. The Books And Records Insurance Claim listed on <u>Exhibit C</u> hereto is

hereby disallowed and expunged in its entirety.

   6. Each Untimely Claim listed on <u>Exhibit D-1</u> hereto is hereby disallowed

and expunged in its entirety.

7.      Each Untimely Tax Claim listed on <u>Exhibit D-2</u> hereto is hereby

disallowed and expunged in its entirety.

8.      Each "Claim As Docketed" amount, classification, and Debtor listed on

<u>Exhibit E-3</u> hereto is revised to the amount and classification listed as the "Claim As Modified."

No Claimant listed on <u>Exhibit E-3</u> shall be entitled to (a) a recovery for any Claim Subject To

Modification And Reclamation Agreement in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with the

classification that is listed in the "Claim As Modified" column on <u>Exhibit E-3</u>, and/or (c) assert a

claim against a Debtor whose case number is not listed in the "Claim As Modified" column on

<u>Exhibit E-3</u>, subject to the Debtors' right to further object to each such Claim Subject To

Modification And Reclamation Agreement.  The Claims Subject To Modification And

Reclamation Agreement shall remain on the claims register, and shall remain subject to future

objection by the Debtors and other parties-in-interest.  For clarity, <u>Exhibit G</u> hereto displays the

formal name of each of the Debtor entities and their associated bankruptcy case numbers

referenced on <u>Exhibit E-3</u>.

9.      With respect to each Claim for which a Response to the Thirteenth

Omnibus Claims Objection, other than a Response filed by a claimant whose Claim is listed on

Exhibits E-1 or E-2 to the Thirteenth Omnibus Claims Objection, has been filed and served, and

which has not been resolved by the parties, all of which Claims are listed on <u>Exhibits</u> <u>F-1</u>, <u>F-2</u>, <u>F-</u>

<u>3</u>, <u>F-4</u>, <u>F-5</u>, <u>F-6</u>, and <u>F-7</u> hereto, the hearing regarding the objection to such Claims is adjourned

to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims

Objection Procedures Order; provided, however, that such adjournment shall be without

prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

10.     With respect to each Claim listed on Exhibits E-1 or E-2 to the Thirteenth Omnibus Claims Objection, all of which Claims are listed on Exhibits E-1 and E-2 hereto, the hearing regarding the objection to such Claims is adjourned to June 26, 2007 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York and the deadline for claimants holding such Claims to respond to the Thirteenth Omnibus Claims Objection is continued to 4:00 p.m. (prevailing Eastern time) on June 19, 2007.

11.     Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to claims that are the subject of the Thirteenth Omnibus Claims Objection.

12.     Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors.

13.     This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Thirteenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

14.     Each of the objections by the Debtors to each Claim addressed in the Thirteenth Omnibus Claims Objection and set forth on Exhibits F-1, F-2, F-3, F-4, F-5, F-6, and F-7 hereto constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Thirteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

6

15.     Kurtzman Carson Consultants LLC is hereby directed to serve this order

in accordance with the Claims Objection Procedures Order.

16.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Thirteenth Omnibus Claims

Objection.

Dated: New York, New York
       June 6, 2007

                                        _/s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.                                           Thirteenth Omnibus Claims Objection

## EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ADRIAN RADIOLOGY ASSOC PO BOX 306 ADRIAN, MI 49221 | 15366 | Secured: Priority: Administrative: Unsecured: Total: | $32.00 $32.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| COFACE COLLECTIONS NORTH AMERICA INC AS AGENT FOR MAPORAMA INTERNATIONAL ATTN DAVID MILLER PO BOX 2102 CRANBURY, NJ 08512 | 1520 | Secured: Priority: Administrative: Unsecured: Total: | $23,390.20 $23,390.20 | 01/12/2006 | DELPHI CORPORATION (05-44481) |
| COFACE NORTH AMERICA INC AS AGENT FOR HELLERMANN TYTON CORPORATION COFACE NORTH AMERICA INC PO BOX 2102 CRANBURY, NJ 08512 | 5395 | Secured: Priority: Administrative: Unsecured: Total: | $8,531.46 $8,531.46 | 05/09/2006 | DELPHI CORPORATION (05-44481) |
| FLEX TECHNOLOGIES INC 108 BRATTONTOWN CIR LAFAYETTE, TN 37083 | 9088 | Secured: Priority: Administrative: Unsecured: Total: | $6,499.90 $6,499.90 | 07/06/2006 | DELPHI CORPORATION (05-44481) |
| LEE SPRING CO 1462 62ND ST BROOKLYN, NY 11219-5477 | 291 | Secured: Priority: Administrative: Unsecured: Total: | $287.00 $287.00 | 11/02/2005 | DELPHI CORPORATION (05-44481) |
| LEE SPRING CO 1462 62ND ST BROOKLYN, NY 11219-5477 | 281 | Secured: Priority: Administrative: Unsecured: Total: | $172.80 $172.80 | 11/01/2005 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| LEE SPRING CO 1462 62ND ST BROOKLYN, NY 11219-5477 | 278 | Secured: Priority: Administrative: Unsecured: Total: | $86.00 $86.00 | 11/01/2005 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| LEE SPRING CO 1462 62ND ST BROOKLYN, NY 11219-5477 | 277 | Secured: Priority: Administrative: Unsecured: Total: | $425.54 $425.54 | 11/01/2005 | DELPHI NY HOLDING CORPORATION (05-44480) |

## EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEE SPRING COMPANY<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$792.40<br>$792.40 | 11/01/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NES RENTALS<br>PO BOX 8500-1226<br>PHILADELPHIA, PA 19178-1226 | 321 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$13,200.75<br>$13,200.75 | 11/04/2005 | DELPHI CORPORATION (05-44481) |
| **Total:** | **10** | | **$53,418.05** | | |

In re Delphi Corporation, et al.                                    **Thirteenth Omnibus Claims Objection**

**EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY AND COUNTY OF DENVER TREASURY MCNICHOLS CIVIC CTR BLDG 144 W COLFAX AVE ROOM 384 DENVER, CO 80202-5391 | 16495 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 _____ $0.00 | 01/23/2007 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| | **Total:** 1 | | **$0.00** | | |

In re Delphi Corporation, et al.                                    Thirteenth Omnibus Claims Objection

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALL AMERICAN SEMICONDUCTOR INC<br>16115 NW 52ND AVE<br>MIAMI, FL 33014 | 10414 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$44,275.71<br>$44,275.71 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| BLACKHAWK AUTOMOTIVE PLASTICS<br>800 PENNSYLVANIA AVE<br>SALEM, OH 44460 | 8198 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,330.63<br><br><br><br>$6,330.63 | 06/19/2006 | DELPHI CORPORATION (05-44481) |
| BULK TRANSIT CORPORATION<br>7177 INDUSTRIAL PKWY<br>PLAIN CITY, OH 43064 | 5059 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$361.92<br>$361.92 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CAROLINA AUTO RESTYLING<br>6745 NETHERLANDS DR<br>WILMINGTON, NC 28405 | 6020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,500.00<br>$7,500.00 | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| CITICORP VENDOR FINANCE INC<br>C/O FOSTER & WOLKIND PC<br>80 FIFTH AVENUE SUITE 1401<br>NEW YORK, NY 10011 | 7587 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$26,629.83<br>$26,629.83 | 06/06/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| DONNELLY INDUSTRIES INC<br>26 N CENTER ST<br>ORANGE, NJ 07050 | 60 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$22,196.00<br>$22,196.00 | 10/20/2005 | DELPHI CORPORATION (05-44481) |
| EAGLE EQUIPMENT CORPORATION<br>666 BROOKSIDE BLVD<br>WESTERVILLE, OH 43081 | 1622 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$27,242.74<br>$27,242.74 | 01/23/2006 | DELPHI CORPORATION (05-44481) |
| ELEKTROBAU HEINZ MEISSNER KG KG<br>WESTFALENWEG 256<br>33415 VERLGERMANY | 5951 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$37,182.34<br>$37,182.34 | 05/16/2006 | DELPHI CORPORATION (05-44481) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FILTER PRODUCTS CORP 5825 S PALO VERDE RD TUCSON, AZ 85706-7737 | 8811 | Secured: Priority: Administrative: Unsecured: Total: | $214.00 $214.00 | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| GENESIS GLOBAL SOLUTIONS INC 910 K E REDD RD NO 331 EL PASO, TX 79912 | 2302 | Secured: Priority: Administrative: Unsecured: Total: | $7,508.00 $7,508.00 | 03/15/2006 | DELPHI CORPORATION (05-44481) |
| GEORGIA INSTITUTE OF TECHNOLOG ELECTRICAL & COMPUTER ENGINEER 777 ATLANTIC DR ATLANTA, GA 30332 | 12390 | Secured: Priority: Administrative: Unsecured: Total: | $6,000.00 $6,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HONEYWELL FRICTION MATERIALS BENDIX 39 OLD RIDGEBURY RD DANBURY, CT 06810 | 2180 | Secured: Priority: Administrative: Unsecured: Total: | $80,658.14 $80,658.14 | 03/03/2006 | DELPHI CORPORATION (05-44481) |
| INFASCO NUT 390 THOMAS ST INGERSOLL, ON N5C 2G7 CANADA | 8254 | Secured: Priority: Administrative: Unsecured: Total: | $63,004.01 $63,004.01 | 06/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| J GORDON LEWIS DBA J GORDON LEWIS PLLC 441 NORTH EVANSDALE DR BLOOMFIELD HILLS, MI 48304 | 317 | Secured: Priority: Administrative: Unsecured: Total: | $3,850.00 $0.00 $3,850.00 | 11/03/2005 | DELPHI CORPORATION (05-44481) |
| JODY R SWANSON 8537 10TH AVE JENISON, MI 49428-9503 | 16259 | Secured: Priority: Administrative: Unsecured: Total: | $575,000.00 $575,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC CONTROLS GROUP SACHNOFF & WEAVER LTD 10 S WACKER DR STE 4000 CHICAGO, IL 60606 | 15527 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KUESTER AUTOMOBILOVA TECHNIKA SRO TOVARENSKA 1 97631 VLKANOVASLOVAKIA (Slovak Republic) | 11234 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,683.00<br>$7,683.00 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| LAKEVIEW LOCAL SCH DST BOARD OF EDUCATION 300 HILLMAN DR CORTLAND, OH 44410 | 12344 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LATHROP GAGE 2345 GRAND BLVD KANSAS CITY, MO 64108-2612 | 1484 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,892.37<br>$1,892.37 | 01/09/2006 | DELPHI CORPORATION (05-44481) |
| LEE SPRING CO 1462 62ND ST BROOKLYN, NY 11219-5477 | 2385 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$48.20<br>$48.20 | 03/24/2006 | DELPHI CORPORATION (05-44481) |
| LEE SPRING CO 1462 62ND ST BROOKLYN, NY 11219-5477 | 2384 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$86.00<br>$86.00 | 03/24/2006 | DELPHI CORPORATION (05-44481) |
| MACLEAN DYNALINK 13820 WEST POLO TRAIL DR LAKE FOREST, IL 60045 | 9167 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$76,664.00<br>$76,664.00 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| METALLURGICAL SERVICES 2221 ARBOR BLVD DAYTON, OH 45439 | 2295 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,361.01<br>$7,361.01 | 03/14/2006 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE PO BOX 5300 ALBANY, NY 12205-0300 | 2584 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$105.97<br><br>$105.97 | 04/07/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE PO BOX 5300 ALBANY, NY 12205-0300 | 9708 | Secured: Priority: Administrative: Unsecured: Total: | $701.18 $701.18 | 07/18/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| OCE NORTH AMERICA INC 5600 BROKEN SOUND BLVD BOCA RATON, FL 33487 | 7501 | Secured: Priority: Administrative: Unsecured: Total: | $14,465.13 $14,465.13 | 06/05/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ORR SAFETY CORP PO BOX 198029 LOUISVILLE, KY 40229 | 6849 | Secured: Priority: Administrative: Unsecured: Total: | $5,678.32 $5,678.32 | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| POLIMOON AS RUSELOKKEVEIEN 6 OSLO, 00125 NORWAY | 6841 | Secured: Priority: Administrative: Unsecured: Total: | $6,362.31 $6,362.31 | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| REDROCK CAPITAL PARTNERS LLC 111 S MAIN ST STE C11 PO BOX 9095 BRECKENRIDGE, CO 80424 | 15282 | Secured: Priority: Administrative: Unsecured: Total: | $33,920.00 $33,920.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| RIZZO SERVICES 22449 GROESBECK WARREN, MI 48089 | 983 | Secured: Priority: Administrative: Unsecured: Total: | $31,846.63 $31,846.63 | 12/05/2005 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH S A DE C V C O ROBERT BOSCH CORPORATION 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 13621 | Secured: Priority: Administrative: Unsecured: Total: | $446,072.62 $446,072.62 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SAFETY KLEEN SYSTEMS INC 5400 LEGACY DR CLUSTER II BLDG 3 PLANO, TX 75024 | 3618 | Secured: Priority: Administrative: Unsecured: Total: | $743.38 $743.38 | 05/01/2006 | DELPHI CORPORATION (05-44481) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1581 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,060.82<br>$1,060.82 | 01/17/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| SCP US INC<br>8455 WESTPARK<br>BOISE, ID 83704 | 1112 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,056.56<br>$7,056.56 | 12/12/2005 | DELPHI CORPORATION (05-44481) |
| SHERWIN WILLIAMS CO THE<br>915 MURRAY DR STE 338<br>LEXINGTON, KY 40505 | 4860 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $15,654.45<br>$15,654.45 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| SOKYMAT AUTOMOTIVE GMBH<br>GEWERBEPARKSTRASSE 10<br>REICHSHOF WEHNRATH, DE 51580<br>GERMANY | 12191 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $142,476.15<br>$142,476.15 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>BANKRUPTCY COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 1452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,112.55<br><br>$10,112.55 | 01/05/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| TRIAD TECHNOLOGIES LLC<br>100 ROCKRIDGE RD<br>ENGLEWOOD, OH 45322 | 2360 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,163.12<br>$20,163.12 | 03/22/2006 | DELPHI CORPORATION (05-44481) |
| UIS PROGRAMMABLE SERVICES INC<br>PO BOX 981123<br>YPSILANTI, MI 48198-1123 | 4964 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,629.49<br><br>$889.00<br>$6,518.49 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO SCHALTER UND SENSOREN GMBH<br>GUSTAV RAU STR 4<br>86650 WEMDINGGERMANY | 16121 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,311.04<br>$25,311.04 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VWR SCIENTIFIC<br>1230 KENNESTONE CIRCLE<br>MARIETTA, PA 30066 | 8249 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,903.43<br>$1,903.43 | 06/20/2006 | DELPHI CORPORATION<br>(05-44481) |
| VWR SCIENTIFIC PRODUCTS CORP<br>1230 KENNESTONE CIRCLE<br>MARIETTA, GA 30066 | 8248 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$226.14<br>$226.14 | 06/20/2006 | DELPHI CORPORATION<br>(05-44481) |
| YAMAZEN INC<br>735 E REMINGTON RD<br>SCHAUMBURG, IL 60173 | 1231 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,303.95<br>$9,303.95 | 12/21/2005 | DELPHI CORPORATION<br>(05-44481) |

|  | Total: | 43 | $1,781,370.14 |
|---|---|---|---|

In re Delphi Corporation, et al.                                      **Thirteenth Omnibus Claims Objection**

## EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HONEYWELL INTERNATIONAL HONEYWELL SERVICE & SOLUTIONS 1140 W WARNER RD MS 1233 M TEMPE, AZ 85284-2816 | 16537 | Secured: Priority: Administrative: Unsecured: Total: | $133.08 $133.08 | 02/13/2007 | DELPHI CORPORATION (05-44481) |
| PITNEY BOWES CREDIT CORPORATION 27 WATERVIEW DR SHELTON, CT 06484-4361 | 16593 | Secured: Priority: Administrative: Unsecured: Total: | $3,484.00 $3,484.00 | 04/12/2007 | DELPHI CORPORATION (05-44481) |
| PITNEY BOWES CREDIT CORPORATION 27 WATERVIEW DR SHELTON, CT 06484-5151 | 16594 | Secured: Priority: Administrative: Unsecured: Total: | $586.88 $586.88 | 04/12/2007 | DELPHI CORPORATION (05-44481) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS ON BEHALF OF THE STATE OF TEXAS TEXAS MUNICIPALITIES TEXAS COUNTIES COLLECTION DIVISION BANKRUPTCY SECT PO BOX 12548 AUSTIN, TX 78711-2548 | 16466 | Secured: Priority: Administrative: Unsecured: Total: | $242.10 $242.10 | 12/27/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |

                              **Total:**    **4**                **$4,446.06**

In re Delphi Corporation, et al.                                    Thirteenth Omnibus Claims Objection

## EXHIBIT C - BOOKS AND RECORDS INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY AND ITS AFFILIATES 1400 AMERICAN LN SCHAUMBURG, IL 60196 | 10 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 10/17/2005 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$0.00** | | |

**In re Delphi Corporation, et al.**        **Thirteenth Omnibus Claims Objection**

## EXHIBIT D-1 - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONDENSER PEOPLE INC<br>2323 S MOUNT PROSPECT RD<br>DES PLAINES, IL 60018 | 16572 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,685.00<br><br><br>$1,685.00<br>$3,370.00 | 03/12/2007 | DELPHI CORPORATION (05-44481) |
| GUSTAVO RODRIGUEZ PENA<br>MAR ROJO 811 A COLONIA<br>CAVAZOS RENYNOSA<br>TAMAULIPASMEXICO | 16586 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,213.65<br>$23,213.65 | 03/26/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KEYENCE CORP OF AMERICA<br>50 TICE BLVD<br>WOODCLIFF LAKE, NJ 07677 | 16585 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$58,421.00<br>$58,421.00 | 04/02/2007 | DELPHI CORPORATION (05-44481) |
| NEBRASKA DEPARTMENT OF REVENUE<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | 16492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,251.51<br><br><br>$2,251.51 | 01/22/2007 | DELPHI CORPORATION (05-44481) |
| NEWPORT STRATFORD INC<br>150 LONG BEACH BLVD<br>STRATFORD, CT 06615 | 16553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,369.84<br>$1,369.84 | 02/23/2007 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| SPENCER JAMES<br>483 HUBBARD ST NE<br>GRAND RAPIDS, MI 49525-2533 | 16543 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $56,031.43<br><br><br><br>$56,031.43 | 02/13/2007 | DELPHI CORPORATION (05-44481) |
| THE IDEA NEXUS<br>6690 GLENWAY DR<br>W BLOOMFIELD, MI 48322 | 16582 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$8,406.00<br><br><br>$8,406.00 | 03/20/2007 | DELPHI CORPORATION (05-44481) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS<br>PO BOX 10<br>BRUNSWICK, OH 44212 | 16569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,360.00<br>$12,360.00 | 03/07/2007 | DELPHI CORPORATION (05-44481) |

**EXHIBIT D-1 - UNTIMELY CLAIMS**

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TINNERMAN PALNUT ENGINEERED PRODUCTS PO BOX 10 BRUNSWICK, OH 44212 | 16568 | Secured: Priority: Administrative: Unsecured: Total: | $18,030.08 $18,030.08 | 03/07/2007 | DELPHI CORPORATION (05-44481) |
| TSI SOLUTIONS 2220 CENTRE PARK COURT STONE MOUNTAIN, GA 30087 | 16547 | Secured: Priority: Administrative: Unsecured: Total: | $1,108.45 $1,108.45 | 02/21/2007 | DELPHI CORPORATION (05-44481) |

|  | **Total:** | **10** | **$184,561.96** | | |

In re Delphi Corporation, et al.                                                    **Thirteenth Omnibus Claims Objection**

**EXHIBIT D-2 - UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 16404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $427,534.25<br><br><br>$427,534.25 | 11/06/2006 | DELPHI CORPORATION (05-44481) |
| HINDS CO MS<br>HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON, MS 39215 | 16274 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $702,798.81<br><br><br>$702,798.81 | 08/28/2006 | DELPHI CORPORATION (05-44481) |
| HINDS COUNTY TAX COLLECTOR<br>PO BOX 1727<br>ADD CHG 1 08 04 CP<br>JACKSON, MS 39215-1727 | 16275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $380,196.10<br>$0.00<br><br>$380,196.10 | 08/28/2006 | DELPHI CORPORATION (05-44481) |
| ST JOSEPH COUNTY TREASURER<br>COUNTY CITY BLDG<br>227 W JEFFERSON BLVD<br>SOUTH BEND, IN 46601-1830 | 16552 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,105.56<br><br><br>$1,105.56 | 02/23/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MINNESOTA<br>DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64447<br>SAINT PAUL, MN 55164-0447 | 16478 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $599.00<br><br><br>$599.00 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW HAMPSHIRE DEPT OF REVENUE ADMINISTRATION<br>PO BOX 454<br>CONCORD, NH 03302-0454 | 16565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,505.35<br><br><br>$13,505.35 | 03/05/2007 | DELPHI CORPORATION (05-44481) |
| VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218 | 16464 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,288.39<br><br>$10,288.39 | 12/26/2006 | DELPHI CORPORATION (05-44481) |
| WARREN CITY INCOME TAX DEPT<br>PO BOX 230<br>WARREN, OH 44482 | 16457 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $131,083.00<br><br><br>$131,083.00 | 12/15/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **8** | | **$1,667,110.46** | | |

In re Delphi Corporation, et al.                                      **Thirteenth Omnibus Claims Objection**

**EXHIBIT D-2 - UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|

In re: Delphi Corporation, et al.                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 1730**
Date Filed: 01/31/06
Docketed Total:   $3,657.48
Filing Creditor Name and Address
123 INC O A THOMPSON EMERGENCY
123 INC O A THOMPSON EMERGENCY
FREI
PO BOX 410
LINCOLN PARK MI 48146

Claim Holder Name and Address    Docketed Total    $3,657.48
123 INC O A THOMPSON EMERGENCY
123 INC O A THOMPSON EMERGENCY
FREI
PO BOX 410
LINCOLN PARK MI 48146

Modified Total    $3,657.48

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,657.48 | 05-44640 | | | $3,657.48 |
| | | | $3,657.48 | | | | $3,657.48 |

**Claim: 7700**
Date Filed: 06/09/06
Docketed Total:   $982.33
Filing Creditor Name and Address
1579364 ONTARIO INC
SELECT SORTING SERVICES
97 GRATH CRES
WHITBY ON L1N 6N7
CANADA

Claim Holder Name and Address    Docketed Total    $982.33
1579364 ONTARIO INC
SELECT SORTING SERVICES
97 GRATH CRES
WHITBY ON L1N 6N7
CANADA

Modified Total    $929.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $982.33 | 05-44640 | | | $929.28 |
| | | | $982.33 | | | | $929.28 |

**Claim: 7703**
Date Filed: 06/09/06
Docketed Total:   $2,117.74
Filing Creditor Name and Address
1579364 ONTARIO INC
SELECT SORTING SERVICES
97 GRATH CRES
WHITBY ON L1N 6N7
CANADA

Claim Holder Name and Address    Docketed Total    $2,117.74
1579364 ONTARIO INC
SELECT SORTING SERVICES
97 GRATH CRES
WHITBY ON L1N 6N7
CANADA

Modified Total    $2,003.38

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,117.74 | 05-44640 | | | $2,003.38 |
| | | | $2,117.74 | | | | $2,003.38 |

**Claim: 10480**
Date Filed: 07/24/06
Docketed Total:   $20,872.35
Filing Creditor Name and Address
A RAYMOND INC
3091 RESEARCH DR
ROCHESTER HILLS MI 48309-3581

Claim Holder Name and Address    Docketed Total    $20,872.35
FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE
2305
NEW YORK NY 10001

Modified Total    $20,872.35

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $20,872.35 | 05-44640 | | | $20,872.35 |
| | | | $20,872.35 | | | | $20,872.35 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:  1 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 3777<br>Date Filed:05/01/06<br>Docketed Total:   $555.87<br>Filing Creditor Name and Address<br> AABEL EXTERMINATING CO INC<br> 440 CONGRESS PK DR<br> DAYTON OH 45459 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total      $555.87 | | Modified Total      $555.87 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                                             $555.87<br>                                                                  $555.87 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                                             $555.87<br>                                                                  $555.87 | |
| Claim: 12205<br>Date Filed:07/28/06<br>Docketed Total:   $1,113.42<br>Filing Creditor Name and Address<br> ACE CONTROLS INC<br> ACCOUNTING<br> 23435 INDUSTRIAL PARK DR<br> FARMINGTON HILLS MI 48335 | Claim Holder Name and Address<br>ACE CONTROLS INC<br>ACCOUNTING<br>23435 INDUSTRIAL PARK DR<br>FARMINGTON HILLS MI 48335 | Docketed Total     $1,113.42 | | Modified Total     $1,113.42 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                                           $1,113.42<br>                                                                $1,113.42 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                                           $1,113.42<br>                                                                $1,113.42 | |
| Claim: 5126<br>Date Filed:05/08/06<br>Docketed Total:   $2,387,697.06<br>Filing Creditor Name and Address<br> ADVANCED MICRO DEVICES INC<br> ALLAN J MANZAGOL<br> ONE AMD PL MS68<br> SUNNYVALE CA 94088-3453 | Claim Holder Name and Address<br>ADVANCED MICRO DEVICES INC<br>ALLAN J MANZAGOL<br>ONE AMD PL MS68<br>SUNNYVALE CA 94088-3453 | Docketed Total    $2,387,697.06 | | Modified Total    $2,232,151.00 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                                        $2,387,697.06<br>                                                             $2,387,697.06 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                                        $2,232,151.00<br>                                                             $2,232,151.00 | |
| Claim: 5946<br>Date Filed:05/16/06<br>Docketed Total:   $127,867.14<br>Filing Creditor Name and Address<br> ADVANTEK TAPING SYSTEMS INC<br> ADVANTEK TAPING SYSTEMS<br> 6839 MOWRY AVE<br> NEWARK CA 94560-492 | Claim Holder Name and Address<br>ADVANTEK TAPING SYSTEMS INC<br>ADVANTEK TAPING SYSTEMS<br>6839 MOWRY AVE<br>NEWARK CA 94560-492 | Docketed Total     $127,867.14 | | Modified Total     $126,555.08 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                                          $127,867.14<br>                                                               $127,867.14 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                                          $126,555.08<br>                                                               $126,555.08 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                             Page:   2 of  73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 192<br>Date Filed:10/28/05<br>Docketed Total:  $194,615.27<br>Filing Creditor Name and Address<br> AER TECHNOLOGIES INC<br> 650 COLUMBIA ST<br> BREA CA 92821 | Claim Holder Name and Address    Docketed Total    $194,615.27<br>AER TECHNOLOGIES INC<br>650 COLUMBIA ST<br>BREA CA 92821<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $194,615.27<br>                $194,615.27 | Modified Total    $96,205.51<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $96,205.51<br>                $96,205.51 |
| Claim: 4985<br>Date Filed:05/08/06<br>Docketed Total:  $29,512.35<br>Filing Creditor Name and Address<br> AGE INDUSTRIES INC<br> 1701 AMISTAD DR<br> SAN BENITO TX 78586 | Claim Holder Name and Address    Docketed Total    $29,512.35<br>AGE INDUSTRIES INC<br>1701 AMISTAD DR<br>SAN BENITO TX 78586<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $29,512.35<br>                $29,512.35 | Modified Total    $3,559.90<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $3,559.90<br>                $3,559.90 |
| Claim: 9821<br>Date Filed:07/18/06<br>Docketed Total:  $17,789.03<br>Filing Creditor Name and Address<br> AIDA DAYTON TECHNOLOGIES CORP<br> 7660 CTR POINT 70 BLVD<br> DAYTON OH 45424-6380 | Claim Holder Name and Address    Docketed Total    $17,789.03<br>AIDA DAYTON TECHNOLOGIES CORP<br>7660 CTR POINT 70 BLVD<br>DAYTON OH 45424-6380<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                $17,789.03<br>                $17,789.03 | Modified Total    $17,789.03<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $17,789.03<br>                $17,789.03 |
| Claim: 13607<br>Date Filed:07/31/06<br>Docketed Total:  $887.00<br>Filing Creditor Name and Address<br> AIR ACADEMY PRESS & ASSOCIATES<br> LLC<br> 1650 TELSTAR DR 110 STE 110<br> COLORADO SPRINGS CO 80920-1009 | Claim Holder Name and Address    Docketed Total    $887.00<br>AIR ACADEMY PRESS & ASSOCIATES LLC<br>1650 TELSTAR DR 110 STE 110<br>COLORADO SPRINGS CO 80920-1009<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $887.00<br>                $887.00 | Modified Total    $887.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                $887.00<br>                $887.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  3 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 485<br>Date Filed:11/10/05<br>Docketed Total:  $4,240.50<br>Filing Creditor Name and Address<br> ALEXANDERS PEST CONTROL INC<br> STEPHEN A MILLER PRESIDENT<br> 14889 MACKLIN RD<br> NEW SPRINGFIELD OH 44443 | Claim Holder Name and Address   Docketed Total      $4,240.50<br>ALEXANDERS PEST CONTROL INC<br>STEPHEN A MILLER PRESIDENT<br>14889 MACKLIN RD<br>NEW SPRINGFIELD OH 44443 | Modified Total      $3,246.50 |
| | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                          $4,240.50<br>                                        $4,240.50 | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                          $3,246.50<br>                                        $3,246.50 |
| Claim: 812<br>Date Filed:11/22/05<br>Docketed Total:  $8,488.94<br>Filing Creditor Name and Address<br> ALL TYPES EXPEDITING<br> ALL TYPES EXPEDITING & TRANS<br> SVCS<br> PO BOX 123<br> HUNTERTOWN IN 46748 | Claim Holder Name and Address   Docketed Total      $8,488.94<br>ALL TYPES EXPEDITING<br>ALL TYPES EXPEDITING & TRANS<br>SVCS<br>PO BOX 123<br>HUNTERTOWN IN 46748 | Modified Total      $2,006.10 |
| | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                          $8,488.94<br>                                        $8,488.94 | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                          $2,006.10<br>                                        $2,006.10 |
| Claim: 1683<br>Date Filed:01/26/06<br>Docketed Total:  $78,385.24<br>Filing Creditor Name and Address<br> ALLIANCE PLASTICS EFT<br> 3123 STATION RD<br> ERIE PA 16510 | Claim Holder Name and Address   Docketed Total      $78,385.24<br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Modified Total      $57,348.31 |
| | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                          $78,385.24<br>                                        $78,385.24 | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                          $57,348.31<br>                                        $57,348.31 |
| Claim: 2733<br>Date Filed:04/24/06<br>Docketed Total:  $5,081.80<br>Filing Creditor Name and Address<br> ALLIED FIRE PROTECTION &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total      $5,081.80<br>ALLIED FIRE PROTECTION & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Modified Total      $5,081.80 |
| | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                          $5,081.80<br>                                        $5,081.80 | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                          $5,081.80<br>                                        $5,081.80 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   4 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5676<br>Date Filed:05/12/06<br>Docketed Total:  $16,785.00<br>Filing Creditor Name and Address<br> ALLINGHAM CORP<br> 21250 W 8 MILE RD<br> SOUTHFIELD MI 48075-566 | Claim Holder Name and Address     Docketed Total     $16,785.00<br>ALLINGHAM CORP<br>21250 W 8 MILE RD<br>SOUTHFIELD MI 48075-566 | | | | | | Modified Total     $16,785.00 | |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                         $16,785.00<br>                                                  $16,785.00 | | | | Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $16,785.00<br>                                                  $16,785.00 | | | |
| Claim: 653<br>Date Filed:11/17/05<br>Docketed Total:  $67,850.97<br>Filing Creditor Name and Address<br> ALSTOM POWER ENVIRONMENTAL<br> CONSULT SARL<br> 104 AVE ALBERT 1<br> RUEIL MALMAISON CEDEX  92563<br> FRANCE | Claim Holder Name and Address     Docketed Total     $67,850.97<br>ALSTOM POWER ENVIRONMENTAL CONSULT<br>SARL<br>104 AVE ALBERT 1<br>RUEIL MALMAISON CEDEX  92563<br>FRANCE | | | | | | Modified Total     $67,850.97 | |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                         $67,850.97<br>                                                  $67,850.97 | | | | Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $67,850.97<br>                                                  $67,850.97 | | | |
| Claim: 9816<br>Date Filed:07/18/06<br>Docketed Total:  $13,417.47<br>Filing Creditor Name and Address<br> AMES REESE INC<br> C O MATTHEW C SAMLEY ESQ<br> REESE PUGH SAMLEY WAGENSELLER<br> & MEC<br> 120 N SHIPPEN ST<br> LANCASTER PA 17602 | Claim Holder Name and Address     Docketed Total     $13,417.47<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>REESE PUGH SAMLEY WAGENSELLER<br>& MEC<br>120 N SHIPPEN ST<br>LANCASTER PA 17602 | | | | | | Modified Total     $8,117.47 | |
| | Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $13,417.47<br>                                                  $13,417.47 | | | | Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $8,117.47<br>                                                  $8,117.47 | | | |
| Claim: 9820<br>Date Filed:07/18/06<br>Docketed Total:  $118,242.99<br>Filing Creditor Name and Address<br> AMES REESE INC<br> C O MATTHEW C SAMLEY ESQ<br> 120 N SHIPPEN ST<br> LANCASTER PA 17602 | Claim Holder Name and Address     Docketed Total     $118,242.99<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>120 N SHIPPEN ST<br>LANCASTER PA 17602 | | | | | | Modified Total     $97,736.39 | |
| | Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $118,242.99<br>                                                  $118,242.99 | | | | Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $97,736.39<br>                                                  $97,736.39 | | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   5 of  73

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 10021<br>Date Filed:07/20/06<br>Docketed Total:  $7,037.10<br>Filing Creditor Name and Address<br>  AMKO SERVICE COMPANY<br>  C O PRAXAIR INC<br>  39 OLD RIDGEBURY RD<br>  DANBURY CT 06810-5113 | Claim Holder Name and Address    Docketed Total    $7,037.10<br>AMKO SERVICE COMPANY<br>C O PRAXAIR INC<br>39 OLD RIDGEBURY RD<br>DANBURY CT 06810-5113<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44481      $7,037.10                      $0.00<br>                   $7,037.10 | Modified Total    $7,037.10<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                     $7,037.10<br>                                                $7,037.10 |
| Claim: 8577<br>Date Filed:06/26/06<br>Docketed Total:   $26,126.00<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF OSTLING<br>  TECHNOLOGIES<br>  ATTN DAVID S LEINWAND ESQ<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address    Docketed Total    $26,126.00<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640    $23,626.00                  $2,500.00<br><br>              $23,626.00                  $2,500.00 | Modified Total    $26,126.00<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                   $26,126.00<br><br>                                              $26,126.00 |
| Claim: 11581<br>Date Filed:07/27/06<br>Docketed Total:   $123,587.84<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF WARD PRODUCTS LLC<br>  ATTN DAVID S LEINWAND<br>  AS ASSIGNEE OF WARD PRODUCTS<br>  LLC<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY | Claim Holder Name and Address    Docketed Total    $123,587.84<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                  $123,587.84<br><br><br>                                            $123,587.84 | Modified Total    $79,061.20<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                   $79,061.20<br><br>                                              $79,061.20 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   6 of  73

In re: Delphi Corporation, et al.    _____

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 7568**
Date Filed: 06/06/06
Docketed Total:    $20,602.24
Filing Creditor Name and Address
  ANDERSON CITY UTILITIES IN
  120 EAST 8TH ST
  ANDERSON IN 46016

| Claim Holder Name and Address | Docketed Total | $20,602.24 |
|---|---|---|
| FAIR HARBOR CAPITAL LLC | | |
| 875 AVE OF THE AMERICAS STE 2305 | | |
| NEW YORK NY 10001 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,602.24 |
| | | | $20,602.24 |

Modified Total    $18,943.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,943.43 |
| | | | $18,943.43 |

---

**Claim: 1742**
Date Filed: 02/01/06
Docketed Total:   $6,168.28
Filing Creditor Name and Address
  ANI SAFETY & SUPPLY
  PO BOX 228
  SKOKIE IL 60076

| Claim Holder Name and Address | Docketed Total | $6,168.28 |
|---|---|---|
| ANI SAFETY & SUPPLY | | |
| PO BOX 228 | | |
| SKOKIE IL 60076 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,168.28 |
| | | | $6,168.28 |

Modified Total    $5,517.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,517.68 |
| | | | $5,517.68 |

---

**Claim: 349**
Date Filed: 11/04/05
Docketed Total:   $147,550.00
Filing Creditor Name and Address
  APPLIED DATA SYSTEMS INC
  JAN ELDRIDGE
  10260 G OLD COLUMBIA RD
  COLUMBIA MD 21046

| Claim Holder Name and Address | Docketed Total | $147,550.00 |
|---|---|---|
| CONTRARIAN FUNDS LLC | | |
| ATTN ALISA MUMOLA | | |
| 411 W PUTNAM AVE STE 225 | | |
| GREENWICH CT 06830 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $147,550.00 |
| | | | $147,550.00 |

Modified Total    $146,250.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $146,250.00 |
| | | | $146,250.00 |

---

**Claim: 3**
Date Filed: 10/13/05
Docketed Total:   $252,354.58
Filing Creditor Name and Address
  ARIBA INC
  ATTN CREDIT & COLLECTIONS
  210 6TH AVE
  PITTSBURGH PA 15222

| Claim Holder Name and Address | Docketed Total | $252,354.58 |
|---|---|---|
| ARIBA INC | | |
| ATTN CREDIT & COLLECTIONS | | |
| 210 6TH AVE | | |
| PITTSBURGH PA 15222 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44596 | | $252,354.58 | |
| | | $252,354.58 | |

Modified Total    $169,354.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $169,354.58 |
| | | | $169,354.58 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12230<br>Date Filed:07/28/06<br>Docketed Total:  $240,942.30<br>Filing Creditor Name and Address<br> ASAHI KASEI PLASTICS NORTH<br> AMERICA INC FKA ASAHI KASEI<br> PLASTICS AMERICA INC<br> C O DONALD J HUTCHINSON<br> MILLER CANFIELD PADDOCK AND<br> STONE P<br> 150 W JEFFERSON AVE STE 2500<br> DETROIT MI 48226 | Claim Holder Name and Address<br>ASAHI KASEI PLASTICS NORTH AMERICA<br>INC FKA ASAHI KASEI PLASTICS<br>AMERICA INC<br>C O DONALD J HUTCHINSON<br>MILLER CANFIELD PADDOCK AND<br>STONE P<br>150 W JEFFERSON AVE STE 2500<br>DETROIT MI 48226 | | Docketed Total | $240,942.30 | | Modified Total | $175,162.50 | |
| | Case Number*<br>05-44481 | Secured<br>$65,779.80<br>$65,779.80 | Priority | Unsecured<br>$175,162.50<br>$175,162.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$175,162.50<br>$175,162.50 |
| Claim: 5401<br>Date Filed:05/09/06<br>Docketed Total:  $12,230.40<br>Filing Creditor Name and Address<br> ASBURY GRAPHITE MILLS INC<br> 41 MAIN ST<br> PO BOX 144<br> ASBURY NJ 08802 | Claim Holder Name and Address<br>ASBURY GRAPHITE MILLS INC<br>41 MAIN ST<br>PO BOX 144<br>ASBURY NJ 08802 | | Docketed Total | $12,230.40 | | Modified Total | $3,436.80 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,230.40<br>$12,230.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,436.80<br>$3,436.80 |
| Claim: 5623<br>Date Filed:05/11/06<br>Docketed Total:  $16,000.00<br>Filing Creditor Name and Address<br> ASC PROCESS SYSTEMS<br> 14062 BALBOA BLVD<br> SYLMAR CA 91302 | Claim Holder Name and Address<br>ASC PROCESS SYSTEMS<br>14062 BALBOA BLVD<br>SYLMAR CA 91302 | | Docketed Total | $16,000.00 | | Modified Total | $16,000.00 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,000.00<br>$16,000.00 | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$16,000.00<br>$16,000.00 |
| Claim: 12830<br>Date Filed:07/28/06<br>Docketed Total:  $12,847.12<br>Filing Creditor Name and Address<br> ASSOCIATED SPRING DO BRASIL<br> LTDA<br> W JOE WILSON<br> TYLER COOPER & ALCORN LLP<br> 185 ASYLUM ST CITYPLACE I 35TH | | | | | | | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                         Page:   8 of 73

In re: Delphi Corporation, et al.

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

Thirteenth Omnibus Objection

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Docketed Total | | $12,847.12 | CLAIM AS MODIFIED | Modified Total | | $8,043.55 |
|---|---|---|---|---|---|---|---|---|

**Claim Holder Name and Address** LONGACRE MASTER FUND LTD / VLADIMIR JELISAVCIC / 810 SEVENTH AVE 22ND FL / NEW YORK NY 10019 (upper)

| CLAIM TO BE MODIFIED | CLAIM AS MODIFIED |
|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $12,847.12 | 05-44640 | | | $8,043.55 |
| | | | $12,847.12 | | | | $8,043.55 |

| | Claim Holder Name and Address | Docketed Total | $23,273.34 | | Modified Total | $20,176.00 |
|---|---|---|---|---|---|---|
| Claim: 5571<br>Date Filed: 05/10/06<br>Docketed Total: $23,273.34<br>Filing Creditor Name and Address<br>ATCO INDUSTRIES INC<br>7200 15 MILE RD<br>STERLING HEIGHTS MI 48312-452 | ATCO INDUSTRIES INC<br>7200 15 MILE RD<br>STERLING HEIGHTS MI 48312-452 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $23,273.34 | 05-44640 | | | $20,176.00 |
| | | | $23,273.34 | | | | $20,176.00 |

| | Claim Holder Name and Address | Docketed Total | $6,045.40 | | Modified Total | $6,045.40 |
|---|---|---|---|---|---|---|
| Claim: 1527<br>Date Filed: 01/13/06<br>Docketed Total: $6,045.40<br>Filing Creditor Name and Address<br>ATLAS FLUID COMPONENTS INC<br>ATTORNEY JOHN A NEHRER<br>111 STOW AVE STE 100<br>CUYAHOGA FALLS OH 44221 | ATLAS FLUID COMPONENTS INC<br>ATTORNEY JOHN A NEHRER<br>111 STOW AVE STE 100<br>CUYAHOGA FALLS OH 44221 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,045.40 | 05-44640 | | | $6,045.40 |
| | | | $6,045.40 | | | | $6,045.40 |

| | Claim Holder Name and Address | Docketed Total | $7,188.12 | | Modified Total | $7,188.12 |
|---|---|---|---|---|---|---|
| Claim: 8203<br>Date Filed: 06/19/06<br>Docketed Total: $7,188.12<br>Filing Creditor Name and Address<br>BAKER TANKS<br>CHRIS CAVALIER<br>PO BOX 513967<br>LOS ANGELES CA 90051-3967 | BAKER TANKS<br>CHRIS CAVALIER<br>PO BOX 513967<br>LOS ANGELES CA 90051-3967 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,188.12 | 05-44640 | | | $7,188.12 |
| | | | $7,188.12 | | | | $7,188.12 |

| | Claim Holder Name and Address | Docketed Total | $965,830.50 | | Modified Total | $771,268.50 |
|---|---|---|---|---|---|---|
| Claim: 8140<br>Date Filed: 06/19/06<br>Docketed Total: $965,830.50<br>Filing Creditor Name and Address<br>BEI SYSTRON DONNER AUTOMOTIVE DIVISION<br>C O RICHARD WILKINS<br>2700 SYSTRON DR<br>CONCORD CA 94518 | LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $965,830.50 | 05-44640 | | | $771,268.50 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on June 19, 2007.

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | $965,830.50 | CLAIM AS MODIFIED | | $771,268.50 |
|---|---|---|---|---|---|---|
| Claim: 5455<br>Date Filed:05/10/06<br>Docketed Total:   $17,646.30<br>Filing Creditor Name and Address<br> BELL MICROPRODUCTS<br> TINA MOORE<br> 201 MONROE ST STE 300<br> MONTGOMERY AL 36104 | Claim Holder Name and Address<br>BELL MICROPRODUCTS<br>TINA MOORE<br>201 MONROE ST STE 300<br>MONTGOMERY AL 36104 | Docketed Total | $17,646.30 | | Modified Total | $12,456.65 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44507                                  $17,646.30<br>                                         $17,646.30 | | | Case Number*   Secured   Priority   Unsecured<br>05-44507                                  $12,456.65<br>                                         $12,456.65 | | |
| Claim: 1546<br>Date Filed:01/17/06<br>Docketed Total:   $199,278.47<br>Filing Creditor Name and Address<br> BGF INDUSTRIES INC<br> 3802 ROBERT PORCHER WY<br> GREENSBORO NC 27410 | Claim Holder Name and Address<br>BGF INDUSTRIES INC<br>3802 ROBERT PORCHER WY<br>GREENSBORO NC 27410 | Docketed Total | $199,278.47 | | Modified Total | $183,958.76 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $199,278.47<br>                                        $199,278.47 | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $183,958.76<br>                                        $183,958.76 | | |
| Claim: 2774<br>Date Filed:04/26/06<br>Docketed Total:   $8,884.00<br>Filing Creditor Name and Address<br> BIG BEND AGRI SERVICES INC<br> BIG BEND INDUSTRIAL SALES<br> PO BOX 479<br> CAIRO GA 39828 | Claim Holder Name and Address<br>BIG BEND AGRI SERVICES INC<br>BIG BEND INDUSTRIAL SALES<br>PO BOX 479<br>CAIRO GA 39828 | Docketed Total | $8,884.00 | | Modified Total | $8,884.00 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                   $8,884.00<br>                                           $8,884.00 | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $8,884.00<br>                                           $8,884.00 | | |
| Claim: 14054<br>Date Filed:07/27/06<br>Docketed Total:   $15,126.31<br>Filing Creditor Name and Address<br> BLUE WATER AUTOMOTIVE SYSTEMS<br> INC<br> ACCOUNTS PAYABLE<br> PO BOX 339<br> RANGE RD PLANT<br> MARYSVILLE MI 48040 | Claim Holder Name and Address<br>BLUE WATER AUTOMOTIVE SYSTEMS INC<br>ACCOUNTS PAYABLE<br>PO BOX 339<br>RANGE RD PLANT<br>MARYSVILLE MI 48040 | Docketed Total | $15,126.31 | | Modified Total | $15,126.31 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $15,126.31<br><br>                                         $15,126.31 | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $15,126.31<br><br>                                         $15,126.31 | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   10 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1133<br>Date Filed:12/13/05<br>Docketed Total:  $7,506.87<br>Filing Creditor Name and Address<br> BORAMCO INC<br> PO BOX 6<br> WALKERTON IN 46574-0006 | Claim Holder Name and Address<br>BORAMCO INC<br>PO BOX 6<br>WALKERTON IN 46574-0006 | Docketed Total | | $7,506.87 | | Modified Total | | $7,506.87 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,506.87<br>$7,506.87 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,506.87<br>$7,506.87 |
| Claim: 13650<br>Date Filed:07/31/06<br>Docketed Total:  $7,976.71<br>Filing Creditor Name and Address<br> BOSCH REXROTH CORPORATION<br> ATTN JUDITH LOWITZ ADLER<br> ROBERT BOSCH CORPORATION<br> 38000 HILLS TECH DR<br> FARMINGTON HILLS MI 48331 | Claim Holder Name and Address<br>BOSCH REXROTH CORPORATION<br>ATTN JUDITH LOWITZ ADLER<br>ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS MI 48331 | Docketed Total | | $7,976.71 | | Modified Total | | $1,972.02 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,976.71<br>$7,976.71 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,972.02<br>$1,972.02 |
| Claim: 12011<br>Date Filed:07/28/06<br>Docketed Total:  $179,220.24<br>Filing Creditor Name and Address<br> BRAKE PARTS INC WIX FILTRATION<br> CORP AFFINIA GROUP INC<br> BRAKE PARTS INC<br> BRAKES PARTS WIX<br> 4400 PRIME PKWY<br> MCHENRY IL 60050 | Claim Holder Name and Address<br>BRAKE PARTS INC WIX FILTRATION CORP<br>AFFINIA GROUP INC<br>BRAKE PARTS INC<br>BRAKES PARTS WIX<br>4400 PRIME PKWY<br>MCHENRY IL 60050 | Docketed Total | | $179,220.24 | | Modified Total | | $86,576.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$179,220.24<br>$179,220.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$86,576.50<br>$86,576.50 |
| Claim: 4522<br>Date Filed:05/02/06<br>Docketed Total:  $5,574.00<br>Filing Creditor Name and Address<br> BRINKMANN PUMPS INC<br> 47060 CARTIER DR<br> WIXOM MI 48393 | Claim Holder Name and Address<br>BRINKMANN PUMPS INC<br>47060 CARTIER DR<br>WIXOM MI 48393 | Docketed Total | | $5,574.00 | | Modified Total | | $5,574.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,574.00<br>$5,574.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,574.00<br>$5,574.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                  Page:  11 of 73

In re: Delphi Corporation, et al.                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4009<br>Date Filed: 05/01/06<br>Docketed Total:  $5,556.30<br>Filing Creditor Name and Address<br> BUCKEYE TOOLS AND SUPPLY CO<br> TOM MITCHELL<br> 400 GARGRAVE RD<br> DAYTON OH 45449 | Claim Holder Name and Address<br>BUCKEYE TOOLS AND SUPPLY CO<br>TOM MITCHELL<br>400 GARGRAVE RD<br>DAYTON OH 45449 | Docketed Total | | $5,556.30 | | Modified Total | | $5,556.30 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_<br>$5,556.30<br>$5,556.30 | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$5,556.30<br>$5,556.30 |
| Claim: 11449<br>Date Filed: 07/27/06<br>Docketed Total:  $8,105.50<br>Filing Creditor Name and Address<br> BUSAK & SHAMBAN SOUTH<br> 2842 COLLECTIONS CTR DR<br> CHICAGO IL 60693 | Claim Holder Name and Address<br>BUSAK & SHAMBAN SOUTH<br>2842 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | Docketed Total | | $8,105.50 | | Modified Total | | $7,035.70 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$8,105.50<br>$8,105.50 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$7,035.70<br>$7,035.70 |
| Claim: 12700<br>Date Filed: 07/28/06<br>Docketed Total:  $20,492.90<br>Filing Creditor Name and Address<br> CANON USA INC<br> ATTN STEVER BECKER ESQ<br> ONE CANON PLZ<br> LAKE SUCCESS NY 11042-1198 | Claim Holder Name and Address<br>CANON USA INC<br>ATTN STEVER BECKER ESQ<br>ONE CANON PLZ<br>LAKE SUCCESS NY 11042-1198 | Docketed Total | | $20,492.90 | | Modified Total | | $20,492.90 |
| | _Case Number*_<br>05-44547 | _Secured_ | _Priority_ | _Unsecured_<br>$20,492.90<br>$20,492.90 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$20,492.90<br>$20,492.90 |
| Claim: 7477<br>Date Filed: 06/05/06<br>Docketed Total:  $21,987.42<br>Filing Creditor Name and Address<br> CENTRO INDUSTRIAL SUPPLY CORP<br> 1650 W SAM HOUSTON PKWY N<br> HOUSTON TX 77043 | Claim Holder Name and Address<br>CENTRO INDUSTRIAL SUPPLY CORP<br>1650 W SAM HOUSTON PKWY N<br>HOUSTON TX 77043 | Docketed Total | | $21,987.42 | | Modified Total | | $15,704.22 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$21,987.42<br>$21,987.42 | _Case Number*_<br>05-44567 | _Secured_ | _Priority_ | _Unsecured_<br>$15,704.22<br>$15,704.22 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:  12 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15138<br>Date Filed:07/31/06<br>Docketed Total:  $28,836.00<br>Filing Creditor Name and Address<br> CH2M HILL SPAIN SL<br> C 17 JUAN DE MARIANA<br> 3 PLANTA PORTAL B<br> MADRID  28045<br> SPAIN | Claim Holder Name and Address<br>CH2M HILL SPAIN SL<br>C 17 JUAN DE MARIANA<br>3 PLANTA PORTAL B<br>MADRID  28045<br>SPAIN | Docketed Total | $28,836.00 | | | Modified Total | $25,372.60 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $28,836.00<br>$28,836.00 | 05-44640 | | | $25,372.60<br>$25,372.60 |
| Claim: 234<br>Date Filed:10/31/05<br>Docketed Total:  $221,982.00<br>Filing Creditor Name and Address<br> CINCINNATI MACHINE LLC<br> ATTN TIM LEHAN<br> 2200 LITTON LN<br> HEBRON KY 41048-8435 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS DBA REVENUE<br>MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | $221,982.00 | | | Modified Total | $221,982.00 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $221,982.00<br>$221,982.00 | 05-44640 | | | $221,982.00<br>$221,982.00 |
| Claim: 5083<br>Date Filed:05/08/06<br>Docketed Total:  $849.39<br>Filing Creditor Name and Address<br> CINGULAR WIRELESS<br> BANKO<br> PO BOX 309<br> PORTLAND OR 97207-0309 | Claim Holder Name and Address<br>CINGULAR WIRELESS<br>BANKO<br>PO BOX 309<br>PORTLAND OR 97207-0309 | Docketed Total | $849.39 | | | Modified Total | $849.39 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $849.39<br>$849.39 | 05-44640 | | | $849.39<br>$849.39 |
| Claim: 6286<br>Date Filed:05/18/06<br>Docketed Total:  $25,920.04<br>Filing Creditor Name and Address<br> COFACE NORTH AMERICA INC<br> AS AGENT FOR USHIO AMERICA INC<br> ATTN DAVID MILLER<br> PO BOX 2102<br> CRANBURY NJ 08512 | Claim Holder Name and Address<br>COFACE NORTH AMERICA INC<br>AS AGENT FOR USHIO AMERICA INC<br>ATTN DAVID MILLER<br>PO BOX 2102<br>CRANBURY NJ 08512 | Docketed Total | $25,920.04 | | | Modified Total | $23,724.15 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $25,920.04<br>$25,920.04 | 05-44640 | | | $23,724.15<br>$23,724.15 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  13 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5699**
Date Filed: 05/12/06
Docketed Total:   $5,670.00
Filing Creditor Name and Address
 COMPUTER SYSTEMS OF AMERICA
 INC
 22 BATTERYMARCH ST
 BOSTON MA 02109

Claim Holder Name and Address    Docketed Total    $5,670.00
COMPUTER SYSTEMS OF AMERICA INC
22 BATTERYMARCH ST
BOSTON MA 02109

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $5,670.00 | | |
| | | | $5,670.00 |

Modified Total    $5,670.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,670.00 |
| | | | $5,670.00 |

---

**Claim: 13772**
Date Filed: 07/31/06
Docketed Total:   $256,726.91
Filing Creditor Name and Address
 CONCERIA PASUBIO SPA
 ATTN PAUL RICOTTA ESQ AND
 STEPHANIE
 MINTZ LEVIN COHN FERRIS
 GLOVSKY AND
 666 THIRD AVE
 NEW YORK NY 10017
 ITALY

Claim Holder Name and Address    Docketed Total    $256,726.91
CONCERIA PASUBIO SPA
ATTN PAUL RICOTTA ESQ AND
STEPHANIE
MINTZ LEVIN COHN FERRIS
GLOVSKY AND
666 THIRD AVE
NEW YORK NY 10017
ITALY

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $256,726.91 |
| | | | $256,726.91 |

Modified Total    $247,608.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $247,608.70 |
| | | | $247,608.70 |

---

**Claim: 3332**
Date Filed: 04/28/06
Docketed Total:   $8,335.27
Filing Creditor Name and Address
 CONDIT RE CO INC
 3050 SPRINGBORO W
 DAYTON OH 45439-1716

Claim Holder Name and Address    Docketed Total    $8,335.27
CONDIT RE CO INC
3050 SPRINGBORO W
DAYTON OH 45439-1716

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,335.27 |
| | | | $8,335.27 |

Modified Total    $8,335.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,335.27 |
| | | | $8,335.27 |

---

**Claim: 9789**
Date Filed: 07/18/06
Docketed Total:   $142,160.85
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF CACACE ASSOCIATES
 INC
 ATTN ALPA JIMENEZ
 CONTRARIAN FUNDS LLC

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                         Page:   14 of 73

In re: Delphi Corporation, et al.

Thirteenth Omnibus Objection

# EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Docketed Total | $142,160.85 | CLAIM AS MODIFIED | | Modified Total | $121,260.85 |

**CLAIM TO BE MODIFIED**
411 W PUTNAM AVE  STE 225
GREENWICH CT 06830

Claim Holder Name and Address   Docketed Total   $142,160.85
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
CACACE ASSOCIATES INC
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE  STE 225
GREENWICH CT 06830

**CLAIM AS MODIFIED**

Modified Total   $121,260.85

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $142,160.85 | 05-44640 | | | $121,260.85 |
| | | | $142,160.85 | | | | $121,260.85 |

Claim: 10402
Date Filed:07/24/06
Docketed Total:   $220,188.26
Filing Creditor Name and Address
 COOPER BUSSMANN INC
 175 HANSEN COURT
 WOOD DALE IL 60191

Claim Holder Name and Address   Docketed Total   $220,188.26
COOPER BUSSMANN INC
175 HANSEN COURT
WOOD DALE IL 60191

Modified Total   $175,379.31

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $220,188.26 | 05-44640 | | | $175,379.31 |
| | | | $220,188.26 | | | | $175,379.31 |

Claim: 5519
Date Filed:05/10/06
Docketed Total:   $179,851.26
Filing Creditor Name and Address
 COOPER INDUSTRIES INC
 DAVID PULLIAM
 BUSSMAN DIVISION
 114 OLD STAT E RD
 ELLISVILLE MO 63021

Claim Holder Name and Address   Docketed Total   $179,851.26
COOPER INDUSTRIES INC
DAVID PULLIAM
BUSSMAN DIVISION
114 OLD STAT E RD
ELLISVILLE MO 63021

Modified Total   $115,658.88

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $179,851.26 | 05-44640 | | | $115,658.88 |
| | | | $179,851.26 | | | | $115,658.88 |

Claim: 14661
Date Filed:07/31/06
Docketed Total:   $266,362.70
Filing Creditor Name and Address
 COOPER STANDARD AUTOMOTIVE
 39550 ORCHARD HILL PLACE
 NOVI MI 48376-8034

Claim Holder Name and Address   Docketed Total   $266,362.70
COOPER STANDARD AUTOMOTIVE
39550 ORCHARD HILL PLACE
NOVI MI 48376-8034

Modified Total   $266,352.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $266,362.70 | 05-44640 | | | $266,352.24 |
| | | | $266,362.70 | | | | $266,352.24 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:  15 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10007 | Claim Holder Name and Address | Docketed Total | | $71,436.25 | | | Modified Total | $33,187.17 |
| Date Filed:07/20/06 | CREDENCE SYSTEMS CORP | | | | | | | |
| Docketed Total:  $71,436.25 | ATTN LARRY ROCK | | | | | | | |
| Filing Creditor Name and Address | 5975 NW PINE FARM PL | | | | | | | |
| CREDENCE SYSTEMS CORP | HILLSBORO OR 97124 | | | | | | | |
| ATTN LARRY ROCK | | | | | | | | |
| 5975 NW PINE FARM PL | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| HILLSBORO OR 97124 | 05-44481 | | | $71,436.25 | 05-44640 | | | $33,187.17 |
| | | | | $71,436.25 | | | | $33,187.17 |
| Claim: 7493 | Claim Holder Name and Address | Docketed Total | | $65,942.01 | | | Modified Total | $65,942.01 |
| Date Filed:06/05/06 | CROMPTON SALES COMPANY INC EFT | | | | | | | |
| Docketed Total:  $65,942.01 | CHEMTURA | | | | | | | |
| Filing Creditor Name and Address | DBA CROMPTON | | | | | | | |
| CROMPTON SALES COMPANY INC EFT | 199 BERSON RD | | | | | | | |
| CHEMTURA | MIDDLEBURY CT 06749 | | | | | | | |
| DBA CROMPTON | | | | | | | | |
| 199 BERSON RD | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| MIDDLEBURY CT 06749 | 05-44481 | | | $65,942.01 | 05-44640 | | | $65,942.01 |
| | | | | $65,942.01 | | | | $65,942.01 |
| Claim: 290 | Claim Holder Name and Address | Docketed Total | | $12,602.00 | | | Modified Total | $12,602.00 |
| Date Filed:11/02/05 | CUSTOM ELECTRIC MANUFACTURING INC | | | | | | | |
| Docketed Total:  $12,602.00 | T ECKSTEIN | | | | | | | |
| Filing Creditor Name and Address | 48941 W RD | | | | | | | |
| CUSTOM ELECTRIC MANUFACTURING | WIXOM MI 48393 | | | | | | | |
| INC | | | | | | | | |
| T ECKSTEIN | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 48941 W RD | 05-44481 | | | $12,602.00 | 05-44640 | | | $12,602.00 |
| WIXOM MI 48393 | | | | $12,602.00 | | | | $12,602.00 |
| Claim: 2550 | Claim Holder Name and Address | Docketed Total | | $148,987.53 | | | Modified Total | $147,992.53 |
| Date Filed:04/04/06 | DAA DRAEXLMAIER AUTOMOTIVE OF | | | | | | | |
| Docketed Total:  $148,987.53 | AMERICA | | | | | | | |
| Filing Creditor Name and Address | 1751 E MAIN ST | | | | | | | |
| DAA DRAEXLMAIER AUTOMOTIVE OF | DUNCAN SC 29334 | | | | | | | |
| AMERICA | | | | | | | | |
| 1751 E MAIN ST | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| DUNCAN SC 29334 | 05-44640 | | | $148,987.53 | 05-44640 | | | $147,992.53 |
| | | | | $148,987.53 | | | | $147,992.53 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  16 of 73

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1692**
Date Filed:01/30/06
Docketed Total:   $5,416.00
Filing Creditor Name and Address
 DAGE PRECISION INDUSTRIES INC
 4024 CLIPPER COURT
 FREMONT CA 94538

Claim Holder Name and Address   Docketed Total   $5,416.00
DAGE PRECISION INDUSTRIES INC
4024 CLIPPER COURT
FREMONT CA 94538

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,416.00 |
| | | | $5,416.00 |

Modified Total   $5,416.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,416.00 |
| | | | $5,416.00 |

---

**Claim: 15329**
Date Filed:07/31/06
Docketed Total:   $77,751.36
Filing Creditor Name and Address
 DANICE MANUFACTURING CO
 361 DONOVAN ST
 SOUTH LYON MI 48178

Claim Holder Name and Address   Docketed Total   $77,751.36
DANICE MANUFACTURING CO
361 DONOVAN ST
SOUTH LYON MI 48178

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $77,751.36 |
| | | | $77,751.36 |

Modified Total   $57,013.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $57,013.68 |
| | | | $57,013.68 |

---

**Claim: 11541**
Date Filed:07/27/06
Docketed Total:   $11,746.36
Filing Creditor Name and Address
 DAYTON DRILL BUSHING  EFT
 LEAHY CORP
 PO BOX 301
 DAYTON OH 45404

Claim Holder Name and Address   Docketed Total   $11,746.36
DAYTON DRILL BUSHING  EFT
LEAHY CORP
PO BOX 301
DAYTON OH 45404

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,746.36 |
| | | | $11,746.36 |

Modified Total   $11,746.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,746.36 |
| | | | $11,746.36 |

---

**Claim: 8925**
Date Filed:07/05/06
Docketed Total:   $40,822.50
Filing Creditor Name and Address
 DE LAGE LANDEN FINANCIAL
 SERVICES INC
 DBA OCE USA INC
 1111 OLD EAGLE SCHOOL RD
 WAYNE PA 19087

Claim Holder Name and Address   Docketed Total   $40,822.50
DE LAGE LANDEN FINANCIAL SERVICES
INC
DBA OCE USA INC
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,822.50 |
| | | | $40,822.50 |

Modified Total   $4,163.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,163.00 |
| | | | $4,163.00 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  17 of 73

In re: Delphi Corporation, et al.                                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 750<br>Date Filed:11/21/05<br>Docketed Total:  $17,597.28<br>Filing Creditor Name and Address<br>  DEARBORN GROUP<br>  27007 HILLS TECH COURT<br>  FARMINGTON HILLS MI 48331 | Claim Holder Name and Address<br>DEARBORN GROUP<br>27007 HILLS TECH COURT<br>FARMINGTON HILLS MI 48331 | Docketed Total | | $17,597.28 | | Modified Total | | $17,577.00 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$17,597.28<br>$17,597.28 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$17,577.00<br>$17,577.00 |
| Claim: 5826<br>Date Filed:05/15/06<br>Docketed Total:  $32,091.03<br>Filing Creditor Name and Address<br>  DIEBOLT INTERNATIONAL INC<br>  DADCO<br>  43850 PLYMOUTH OAKS BLVD<br>  PLYMOUTH MI 48170 | Claim Holder Name and Address<br>DIEBOLT INTERNATIONAL INC<br>DADCO<br>43850 PLYMOUTH OAKS BLVD<br>PLYMOUTH MI 48170 | Docketed Total | | $32,091.03 | | Modified Total | | $30,953.71 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$32,091.03<br>$32,091.03 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$30,953.71<br>$30,953.71 |
| Claim: 10418<br>Date Filed:07/24/06<br>Docketed Total:  $27,002.18<br>Filing Creditor Name and Address<br>  DIVERSEY CORP<br>  ATTN DIANE TAYLOR<br>  JOHNSON DIVERSEY INC<br>  DUBOIS CHEMICALS DIV<br>  200 CROWNE POINT PL<br>  SHARONVILLE OH 45241 | Claim Holder Name and Address<br>DIVERSEY CORP<br>ATTN DIANE TAYLOR<br>JOHNSON DIVERSEY INC<br>DUBOIS CHEMICALS DIV<br>200 CROWNE POINT PL<br>SHARONVILLE OH 45241 | Docketed Total | | $27,002.18 | | Modified Total | | $482.04 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$27,002.18<br>$27,002.18 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$482.04<br>$482.04 |
| Claim: 2364<br>Date Filed:03/22/06<br>Docketed Total:  $278.75<br>Filing Creditor Name and Address<br>  DOBSON INDUSTRIAL INC<br>  3660 N EUCLID AVE<br>  BAY CITY MI 48706 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $278.75 | | Modified Total | | $268.75 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$278.75<br>$278.75 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$268.75<br>$268.75 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                      Page:  18 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2607<br>Date Filed:04/11/06<br>Docketed Total:   $58.00<br>Filing Creditor Name and Address<br> DORNER MFG CORP<br> 975 COTTONWOOD AVE<br> HARTLAND WI 53029-0020 | Claim Holder Name and Address    Docketed Total    $58.00<br>DORNER MFG CORP<br>975 COTTONWOOD AVE<br>HARTLAND WI 53029-0020<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $58.00<br>$58.00 | Modified Total    $58.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $58.00<br>$58.00 |
| Claim: 14402<br>Date Filed:07/31/06<br>Docketed Total:   $18,385.92<br>Filing Creditor Name and Address<br> DOTT INDUSTRIES INC<br> RYAN D HEILMAN ESQ<br> 40950 WOODWARD AVE STE 100<br> BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address    Docketed Total    $18,385.92<br>DOTT INDUSTRIES INC<br>RYAN D HEILMAN ESQ<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567    $18,385.92<br>$18,385.92 | Modified Total    $18,360.04<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567    $18,360.04<br>$18,360.04 |
| Claim: 1128<br>Date Filed:12/12/05<br>Docketed Total:   $1,892.54<br>Filing Creditor Name and Address<br> DOUG WIRT ENTERPRISES INC DBA<br> WIRT SAGINAW STONE DOCK<br> 4700 CROW ISLAND<br> SAGINAW MI 48601 | Claim Holder Name and Address    Docketed Total    $1,892.54<br>DOUG WIRT ENTERPRISES INC DBA WIRT<br>SAGINAW STONE DOCK<br>4700 CROW ISLAND<br>SAGINAW MI 48601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $1,892.54<br>$1,892.54 | Modified Total    $1,892.54<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $1,892.54<br>$1,892.54 |
| Claim: 7342<br>Date Filed:06/02/06<br>Docketed Total:   $67,009.18<br>Filing Creditor Name and Address<br> DOW CORNING CORPORATION<br> ATTN TAMMY GROVE CO1222<br> 2200 W SALZBURG RD<br> MIDLAND MI 48686 | Claim Holder Name and Address    Docketed Total    $67,009.18<br>DOW CORNING CORPORATION<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $67,009.18<br>$67,009.18 | Modified Total    $66,528.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $66,528.00<br>$66,528.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:  19 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 7470**
Date Filed: 06/05/06
Docketed Total:  $55,235.07
Filing Creditor Name and Address
 DT ASSEMBLY & TEST EUROPE LTD
 DT INDUSTRIES
 TINGEWICK RD
 BUCKINGHAM BUCKINGHA  MK18 1EF
 UNITED KINGDOM

Claim Holder Name and Address
DT ASSEMBLY & TEST EUROPE LTD
DT INDUSTRIES
TINGEWICK RD
BUCKINGHAM BUCKINGHA  MK18 1EF
UNITED KINGDOM

Docketed Total    $55,235.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $55,235.07 |
| | | | $55,235.07 |

Modified Total    $55,235.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $55,235.07 |
| | | | $55,235.07 |

---

**Claim: 9916**
Date Filed: 07/19/06
Docketed Total:  $86,129.80
Filing Creditor Name and Address
 DYBROOK PRODUCTS INC
 5232 TOD AVE S W UNIT 23
 WARREN OH 44481-972

Claim Holder Name and Address
DYBROOK PRODUCTS INC
5232 TOD AVE S W UNIT 23
WARREN OH 44481-972

Docketed Total    $86,129.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $86,129.80 |
| | | | $86,129.80 |

Modified Total    $74,018.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,018.11 |
| | | | $74,018.11 |

---

**Claim: 1090**
Date Filed: 12/09/05
Docketed Total:  $8,142.11
Filing Creditor Name and Address
 EASYLINK SERVICES
 33 KNIGHTSBRIDGE RD
 PISCATAWAY NJ 08854

Claim Holder Name and Address
EASYLINK SERVICES
33 KNIGHTSBRIDGE RD
PISCATAWAY NJ 08854

Docketed Total    $8,142.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,142.11 |
| | | | $8,142.11 |

Modified Total    $8,142.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,142.11 |
| | | | $8,142.11 |

---

**Claim: 4753**
Date Filed: 05/04/06
Docketed Total:  $486.56
Filing Creditor Name and Address
 EATON OFFICE SUPPLY CO INC
 180 JOHN GLENN DR
 AMHERST NY 14228-2292

Claim Holder Name and Address
EATON OFFICE SUPPLY CO INC
180 JOHN GLENN DR
AMHERST NY 14228-2292

Docketed Total    $486.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $486.56 | |
| | | $486.56 | |

Modified Total    $486.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $486.56 | |
| | | $486.56 | |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:  20 of 73

In re: Delphi Corporation, et al.                                              Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5468**
Date Filed: 05/10/06
Docketed Total:  $1,500.00
Filing Creditor Name and Address
 ELITE MOLD & ENGINEERING EFT
 51548 FILOMENA DR
 SHELBY TOWNSHIP MI 48315

Claim Holder Name and Address — ELITE MOLD & ENGINEERING EFT, 51548 FILOMENA DR, SHELBY TOWNSHIP MI 48315 — Docketed Total $1,500.00 | Modified Total $1,500.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $960.00 | | $540.00 | 05-44640 | | | $1,500.00 |
| | $960.00 | | $540.00 | | | | $1,500.00 |

**Claim: 657**
Date Filed: 11/17/05
Docketed Total:  $4,150.00
Filing Creditor Name and Address
 EMG EIFELWERK HEINRICH STEIN
 MONTAGE GMBH
 RAIFFESISENSTRASSE 5
 UTTFELD  54619
 GERMANY

Claim Holder Name and Address — EMG EIFELWERK HEINRICH STEIN, MONTAGE GMBH, RAIFFESISENSTRASSE 5, UTTFELD  54619, GERMANY — Docketed Total $4,150.00 | Modified Total $4,150.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,150.00 | 05-44640 | | | $4,150.00 |
| | | | $4,150.00 | | | | $4,150.00 |

**Claim: 15239**
Date Filed: 07/31/06
Docketed Total:  $139,507.23
Filing Creditor Name and Address
 ENERGY CONVERSION SYSTEMS
 ENERGY CONVERSION SYSTEMS
 HOLDINGS
 5520 DILLARD DR STE 260
 CARY NC 27518

Claim Holder Name and Address — ENERGY CONVERSION SYSTEMS, ENERGY CONVERSION SYSTEMS HOLDINGS, 5520 DILLARD DR STE 260, CARY NC 27518 — Docketed Total $139,507.23 | Modified Total $58,655.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $13,500.00 | $126,007.23 | 05-44640 | | | $58,655.00 |
| | | $13,500.00 | $126,007.23 | | | | $58,655.00 |

**Claim: 5060**
Date Filed: 05/08/06
Docketed Total:  $825.00
Filing Creditor Name and Address
 ENGINEERING SUPPLY CORP
 11281 JAMES ST
 HOLLAND MI 49424-862

Claim Holder Name and Address — ENGINEERING SUPPLY CORP, 11281 JAMES ST, HOLLAND MI 49424-862 — Docketed Total $825.00 | Modified Total $825.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $825.00 | 05-44640 | | | $825.00 |
| | | | $825.00 | | | | $825.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   21 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6992<br>Date Filed:05/30/06<br>Docketed Total:  $13,831.00<br>Filing Creditor Name and Address<br> ENGINEERING TECHNOLOGY ASSOC<br> INC<br> 1133 E MAPLE RD STE 200<br> TROY MI 48083 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $13,831.00 | | Modified Total | | $13,831.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$10,000.00<br>$10,000.00 | Unsecured<br>$3,831.00<br>$3,831.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,831.00<br>$13,831.00 |
| Claim: 1143<br>Date Filed:12/13/05<br>Docketed Total:   $2,975.00<br>Filing Creditor Name and Address<br> EPES EXPRESS SERVICES INC<br> PO BOX 35884<br> GREENSBORO NC 27425 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | Docketed Total | | $2,975.00 | | Modified Total | | $2,975.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$2,975.00<br>$2,975.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,975.00<br>$2,975.00 |
| Claim: 1464<br>Date Filed:01/09/06<br>Docketed Total:   $122,867.13<br>Filing Creditor Name and Address<br> ERWIN QUARDER INC<br> ATTN JENNIFER STEWARD<br> 5101 KRAFT AVE SE<br> GRAND RAPIDS MI 49512 | Claim Holder Name and Address<br>ERWIN QUARDER INC<br>ATTN JENNIFER STEWARD<br>5101 KRAFT AVE SE<br>GRAND RAPIDS MI 49512 | Docketed Total | | $122,867.13 | | Modified Total | | $100,997.21 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$122,867.13<br>$122,867.13 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$100,997.21<br>$100,997.21 |
| Claim: 15354<br>Date Filed:07/31/06<br>Docketed Total:   $4,135.81<br>Filing Creditor Name and Address<br> EXONIC SYSTEMS<br> 149 DELTA DR<br> PITTSBURGH PA 15238 | Claim Holder Name and Address<br>EXONIC SYSTEMS<br>149 DELTA DR<br>PITTSBURGH PA 15238 | Docketed Total | | $4,135.81 | | Modified Total | | $4,135.81 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,135.81<br>$4,135.81 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,135.81<br>$4,135.81 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                               Page:   22 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15804<br>Date Filed:08/02/06<br>Docketed Total:  $9,555.10<br>Filing Creditor Name and Address<br> FIRST CHOICE HEATING &<br> COOLING<br> INC<br> 8147 ISLANDVIEW DR<br> NEWAYGO MI 49337 | Claim Holder Name and Address   Docketed Total     $9,555.10<br>FIRST CHOICE HEATING & COOLING INC<br>8147 ISLANDVIEW DR<br>NEWAYGO MI 49337 | | | | Modified Total     $9,555.10 | | | |
| | Case Number*<br>05-44640 | Secured<br>$9,555.10 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,555.10 |
| | | $9,555.10 | | | | | | $9,555.10 |
| Claim: 1672<br>Date Filed:01/26/06<br>Docketed Total:  $633,258.00<br>Filing Creditor Name and Address<br> FIRST TECHNOLOGY HOLDINGS INC<br> AND AFFILIATES AND<br> SUBSIDIARIES<br> JOHN D HERTZBERG<br> 30150 TELEGRAPH RD STE 444<br> BINGHAM FARMS MI 48025 | Claim Holder Name and Address   Docketed Total    $633,258.00<br>FIRST TECHNOLOGY HOLDINGS INC AND<br>AFFILIATES AND SUBSIDIARIES<br>JOHN D HERTZBERG<br>30150 TELEGRAPH RD STE 444<br>BINGHAM FARMS MI 48025 | | | | Modified Total    $633,258.00 | | | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$175,000.00 | Unsecured<br>$458,258.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$633,258.00 |
| | | | $175,000.00 | $458,258.00 | | | | $633,258.00 |
| Claim: 3946<br>Date Filed:05/01/06<br>Docketed Total:  $12,161.00<br>Filing Creditor Name and Address<br> FISCHER SPECIAL TOOLING<br> KEVIN JOHNSON<br> 7219 COMMERCE DR<br> MENTOR OH 44060 | Claim Holder Name and Address   Docketed Total     $12,161.00<br>FISCHER SPECIAL TOOLING<br>KEVIN JOHNSON<br>7219 COMMERCE DR<br>MENTOR OH 44060 | | | | Modified Total     $12,161.00 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,161.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,161.00 |
| | | | | $12,161.00 | | | | $12,161.00 |
| Claim: 3319<br>Date Filed:04/28/06<br>Docketed Total:  $2,632.00<br>Filing Creditor Name and Address<br> FLEX PAC INC<br> 7113 S MAYFLOWER PK DR<br> ZIONSVILLE IN 46077 | Claim Holder Name and Address   Docketed Total     $2,632.00<br>FLEX PAC INC<br>7113 S MAYFLOWER PK DR<br>ZIONSVILLE IN 46077 | | | | Modified Total     $2,632.00 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,632.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,632.00 |
| | | | | $2,632.00 | | | | $2,632.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   23 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 9076<br>Date Filed:07/06/06<br>Docketed Total:  $35,858.00<br>Filing Creditor Name and Address<br> FLEX TECHNOLOGIES INC<br> 104 FLEX DR<br> PORTLAND TN 37148 | Claim Holder Name and Address<br>FLEX TECHNOLOGIES INC<br>104 FLEX DR<br>PORTLAND TN 37148 | Docketed Total | $35,858.00 | | Modified Total | | $35,820.11 |
| | **Case Number*** Secured | Priority | Unsecured | **Case Number*** Secured | | Priority | Unsecured |
| | 05-44481 | | $35,858.00<br>$35,858.00 | 05-44640 | | | $35,820.11<br>$35,820.11 |
| Claim: 10895<br>Date Filed:07/25/06<br>Docketed Total:   $7,096.55<br>Filing Creditor Name and Address<br> FLUID KINETICS DIV OF VALCO<br> CINCINNATI<br> VALCO CINCINNATI INC<br> 411 CIRCLE FREEWAY DR<br> CINCINNATI OH 45246 | Claim Holder Name and Address<br>FLUID KINETICS DIV OF VALCO<br>CINCINNATI<br>VALCO CINCINNATI INC<br>411 CIRCLE FREEWAY DR<br>CINCINNATI OH 45246 | Docketed Total | $7,096.55 | | Modified Total | | $7,096.55 |
| | **Case Number*** Secured | Priority | Unsecured | **Case Number*** Secured | | Priority | Unsecured |
| | 05-44481 | | $7,096.55<br>$7,096.55 | 05-44640 | | | $7,096.55<br>$7,096.55 |
| Claim: 5063<br>Date Filed:05/08/06<br>Docketed Total:   $5,428.30<br>Filing Creditor Name and Address<br> FOERSTER INSTRUMENTS INC<br> 140 INDUSTRY DR<br> PITTSBURGH PA 15275 | Claim Holder Name and Address<br>FOERSTER INSTRUMENTS INC<br>140 INDUSTRY DR<br>PITTSBURGH PA 15275 | Docketed Total | $5,428.30 | | Modified Total | | $5,420.00 |
| | **Case Number*** Secured | Priority | Unsecured | **Case Number*** Secured | | Priority | Unsecured |
| | 05-44481 | | $5,428.30<br>$5,428.30 | 05-44640 | | | $5,420.00<br>$5,420.00 |
| Claim: 10405<br>Date Filed:07/24/06<br>Docketed Total:   $5,400.00<br>Filing Creditor Name and Address<br> FOX EXCAVATING AND SEWER<br> 1014 FRANKLIN ST<br> SANDUSKY OH 44870 | Claim Holder Name and Address<br>FOX EXCAVATING AND SEWER<br>1014 FRANKLIN ST<br>SANDUSKY OH 44870 | Docketed Total | $5,400.00 | | Modified Total | | $5,400.00 |
| | **Case Number*** Secured | Priority | Unsecured | **Case Number*** Secured | | Priority | Unsecured |
| | 05-44481 | | $5,400.00<br>$5,400.00 | 05-44640 | | | $5,400.00<br>$5,400.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                         Page:   24 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10757<br>Date Filed: 07/25/06<br>Docketed Total:  $72,525.00<br>Filing Creditor Name and Address<br> FUJIKOKI AMERICA INC<br> DONNIE J ANDERSON<br> 4040 BRONZE WAY<br> DALLAS TX 75237 | Claim Holder Name and Address<br>FUJIKOKI AMERICA INC<br>DONNIE J ANDERSON<br>4040 BRONZE WAY<br>DALLAS TX 75237 | Docketed Total | | $72,525.00 | | | | Modified Total   $37,245.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$72,525.00<br>$72,525.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$37,245.00<br>$37,245.00 |
| Claim: 501<br>Date Filed: 11/10/05<br>Docketed Total:  $311,610.55<br>Filing Creditor Name and Address<br> FUTURE ELECTRONICS<br> DIANE SVENDSEN<br> 41 MAIN ST<br> BOLTON MA 01740 | Claim Holder Name and Address<br>FUTURE ELECTRONICS<br>DIANE SVENDSEN<br>41 MAIN ST<br>BOLTON MA 01740 | Docketed Total | | $311,610.55 | | | | Modified Total   $308,621.57 |
| | Case Number*<br>05-44529 | Secured | Priority | Unsecured<br>$311,610.55<br>$311,610.55 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$308,621.57<br>$308,621.57 |
| Claim: 16536<br>Date Filed: 02/13/07<br>Docketed Total:  $452,346.63<br>Filing Creditor Name and Address<br> GENESEE PACKAGING INC<br> DENNIS M HALEY P14538<br> WINEGARDEN HALEY LINDHOLM &<br> ROBERTS<br> G 9460 S SAGINAW ST STE A<br> GRAND BLANC MI 48439 | Claim Holder Name and Address<br>GENESEE PACKAGING INC<br>DENNIS M HALEY P14538<br>WINEGARDEN HALEY LINDHOLM &<br>ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC MI 48439 | Docketed Total | | $452,346.63 | | | | Modified Total   $481,540.09 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$452,346.63<br>$452,346.63 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$481,540.09<br>$481,540.09 |
| Claim: 11937<br>Date Filed: 07/28/06<br>Docketed Total:  $17,280.45<br>Filing Creditor Name and Address<br> GORMAN JOHN M CO INC<br> 2844 KEENAN AVE<br> DAYTON OH 45414-4914 | Claim Holder Name and Address<br>GORMAN JOHN M CO INC<br>2844 KEENAN AVE<br>DAYTON OH 45414-4914 | Docketed Total | | $17,280.45 | | | | Modified Total   $17,280.45 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,280.45<br>$17,280.45 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,280.45<br>$17,280.45 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   25 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1694<br>Date Filed: 01/30/06<br>Docketed Total: $5,451.99<br>Filing Creditor Name and Address<br>GREINER PERFOAM GMBH GERMANY<br>ROBERT BOSCH STR 13<br>WANGEN 73117<br>GERMANY | Claim Holder Name and Address<br>GREINER PERFOAM GMBH GERMANY<br>ROBERT BOSCH STR 13<br>WANGEN 73117<br>GERMANY | Docketed Total | | $5,451.99 | | Modified Total | | $5,367.31 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $5,451.99<br>$5,451.99 | 05-44640 | | | $5,367.31<br>$5,367.31 |
| Claim: 9219<br>Date Filed: 07/10/06<br>Docketed Total: $290,762.87<br>Filing Creditor Name and Address<br>GREYSTONE OF LINCOLN INC<br>7 WELLINGTON RD<br>LINCOLN RI 02865 | Claim Holder Name and Address<br>GREYSTONE OF LINCOLN INC<br>7 WELLINGTON RD<br>LINCOLN RI 02865 | Docketed Total | | $290,762.87 | | Modified Total | | $287,266.60 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $290,762.87<br>$290,762.87 | 05-44640 | | | $287,266.60<br>$287,266.60 |
| Claim: 11258<br>Date Filed: 07/27/06<br>Docketed Total: $7,745.30<br>Filing Creditor Name and Address<br>HACK PIRO ODAY MERKLINGER<br>WALLACE & MCKENNA PA<br>30 COLUMBIA TKP<br>FLORHAM PK NJ 07932 | Claim Holder Name and Address<br>HACK PIRO ODAY MERKLINGER<br>WALLACE & MCKENNA PA<br>30 COLUMBIA TKP<br>FLORHAM PK NJ 07932 | Docketed Total | | $7,745.30 | | Modified Total | | $7,745.30 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $7,745.30<br>$7,745.30 | 05-44640 | | | $7,745.30<br>$7,745.30 |
| Claim: 7016<br>Date Filed: 05/30/06<br>Docketed Total: $54,883.42<br>Filing Creditor Name and Address<br>HARRIS HEALTHTRENDS EFT CORP<br>6629 W CENTRAL AVE<br>TOLEDO OH 43617-1401 | Claim Holder Name and Address<br>HARRIS HEALTHTRENDS EFT CORP<br>6629 W CENTRAL AVE<br>TOLEDO OH 43617-1401 | Docketed Total | | $54,883.42 | | Modified Total | | $31,710.90 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $54,883.42<br>$54,883.42 | 05-44640 | | | $31,710.90<br>$31,710.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  26 of 73

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4771<br>Date Filed:05/04/06<br>Docketed Total:  $167,142.92<br>Filing Creditor Name and Address<br> HELLA ELECTRONICS CORP<br> PO BOX 398<br> FLORA IL 62839 | Claim Holder Name and Address   Docketed Total   $167,142.92<br>HELLA ELECTRONICS CORP<br>PO BOX 398<br>FLORA IL 62839 | | | | | Modified Total   $164,800.58 | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $167,142.92<br>$167,142.92 | 05-44640 | | | $164,800.58<br>$164,800.58 |
| Claim: 1338<br>Date Filed:12/27/05<br>Docketed Total:   $6,555.25<br>Filing Creditor Name and Address<br> HELLERMANN TYTON GMBH<br> HELLERMANN TYTON GMBH<br> GROBER MOORWEG 45<br> TORNESCH  D-25436<br> GERMANY | Claim Holder Name and Address   Docketed Total   $6,555.25<br>HELLERMANN TYTON GMBH<br>HELLERMANN TYTON GMBH<br>GROBER MOORWEG 45<br>TORNESCH  D-25436<br>GERMANY | | | | | Modified Total   $6,555.25 | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $6,555.25<br>$6,555.25 | 05-44640 | | | $6,555.25<br>$6,555.25 |
| Claim: 1714<br>Date Filed:01/30/06<br>Docketed Total:   $2,002.09<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address   Docketed Total   $2,002.09<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307 | | | | | Modified Total   $1,011.90 | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44596 | | | $2,002.09<br><br>$2,002.09 | 05-44640 | | | $1,011.90<br><br>$1,011.90 |
| Claim: 1716<br>Date Filed:01/30/06<br>Docketed Total:   $282,500.00<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address   Docketed Total   $282,500.00<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307 | | | | | Modified Total   $214,500.00 | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44596 | | | $282,500.00 | 05-44640 | | | $214,500.00 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   27 of 73

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | $282,500.00 | CLAIM AS MODIFIED | | | $214,500.00 |
|---|---|---|---|---|---|---|---|

**Claim: 3827**
Date Filed: 05/01/06
Docketed Total:  $31,046.14
Filing Creditor Name and Address
 HENRY COUNTY RURAL ELECTRIC ME
 HENRY COUNTY REMC
 201 N 6TH ST
 NEW CASTLE IN 47362

Claim Holder Name and Address
HENRY COUNTY RURAL ELECTRIC ME
HENRY COUNTY REMC
201 N 6TH ST
NEW CASTLE IN 47362

Docketed Total    $31,046.14     Modified Total    $30,449.05

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,046.14 | 05-44640 | | | $30,449.05 |
| | | | $31,046.14 | | | | $30,449.05 |

**Claim: 7847**
Date Filed: 06/12/06
Docketed Total:  $8,716.81
Filing Creditor Name and Address
 HERITAGE OPERATING LP
 IKARD & NEWSOM SERVI GAS
 13307 MONTANA AVE
 EL PASO TX 79938

Claim Holder Name and Address
HERITAGE OPERATING LP
IKARD & NEWSOM SERVI GAS
13307 MONTANA AVE
EL PASO TX 79938

Docketed Total    $8,716.81     Modified Total    $8,626.36

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,716.81 | 05-44640 | | | $8,626.36 |
| | | | $8,716.81 | | | | $8,626.36 |

**Claim: 2674**
Date Filed: 04/18/06
Docketed Total:  $54,264.82
Filing Creditor Name and Address
 HIGHLAND TRANSPORT
 2815 14TH AVE
 MARKHAM ON L3R 0H9
 CANADA

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK NY 10018

Docketed Total    $54,264.82     Modified Total    $54,264.82

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $54,264.82 | 05-44640 | | | $54,264.82 |
| | | | $54,264.82 | | | | $54,264.82 |

**Claim: 7324**
Date Filed: 06/01/06
Docketed Total:  $114,828.73
Filing Creditor Name and Address
 HILL & KNOWLTON AUSTRALIA PTY
 C 12 338 PITT ST SYDNEY
 N5W 2000

 AUSTRALIA

Claim Holder Name and Address
HILL & KNOWLTON AUSTRALIA PTY
C 12 338 PITT ST SYDNEY
N5W 2000

AUSTRALIA

Docketed Total    $114,828.73     Modified Total    $114,828.73

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $114,828.73 | 05-44640 | | | $114,828.73 |
| | | | $114,828.73 | | | | $114,828.73 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   28 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claim: 1477**<br>Date Filed: 01/09/06<br>Docketed Total:  $164,535.00<br>Filing Creditor Name and Address<br> HONEYWELL INTERNATIONAL<br> AEROSPACE<br> DEB MAINS<br> 1140 W WARNER RD BLDG 1233 M<br> TEMPE AZ 85284 | Claim Holder Name and Address  Docketed Total  $164,535.00<br>HONEYWELL INTERNATIONAL AEROSPACE<br>DEB MAINS<br>1140 W WARNER RD BLDG 1233 M<br>TEMPE AZ 85284 | | | | Modified Total  $135,975.00 | | |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $164,535.00 | 05-44640 | | | $135,975.00 |
| | | | | $164,535.00 | | | | $135,975.00 |

| **Claim: 1478**<br>Date Filed: 01/09/06<br>Docketed Total:  $18,187.00<br>Filing Creditor Name and Address<br> HONEYWELL INTERNATIONAL HPS<br> DEB MAINS<br> 1140 W WARNER RD BLDG 1233-M<br> TEMPE AZ 85284 | Claim Holder Name and Address  Docketed Total  $18,187.00<br>HONEYWELL INTERNATIONAL HPS<br>DEB MAINS<br>1140 W WARNER RD BLDG 1233-M<br>TEMPE AZ 85284 | | | | Modified Total  $15,763.00 | | |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $18,187.00 | 05-44640 | | | $15,763.00 |
| | | | | $18,187.00 | | | | $15,763.00 |

| **Claim: 2170**<br>Date Filed: 03/02/06<br>Docketed Total:  $14,595.67<br>Filing Creditor Name and Address<br> HONEYWELL INTERNATIONAL INC<br> DEBBIE JACKSON ASSOCIATE<br> ACCOUNTING<br> ACS CASH SERVICES<br> 1985 DOUGLAS DR N MN10 2517<br> GOLDEN VALLEY MN 55422 | Claim Holder Name and Address  Docketed Total  $14,595.67<br>HONEYWELL INTERNATIONAL INC<br>DEBBIE JACKSON ASSOCIATE<br>ACCOUNTING<br>ACS CASH SERVICES<br>1985 DOUGLAS DR N MN10 2517<br>GOLDEN VALLEY MN 55422 | | | | Modified Total  $7,137.53 | | |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $14,595.67 | 05-44640 | | | $7,137.53 |
| | | | | $14,595.67 | | | | $7,137.53 |

| **Claim: 10977**<br>Date Filed: 07/26/06<br>Docketed Total:  $9,062.95<br>Filing Creditor Name and Address<br> HOTTINGER BALDWIN MEASUREMENTS<br> INC<br> 19 BARTLETT ST<br> MARLBORO MA 01752 | Claim Holder Name and Address  Docketed Total  $9,062.95<br>HOTTINGER BALDWIN MEASUREMENTS INC<br>19 BARTLETT ST<br>MARLBORO MA 01752 | | | | Modified Total  $9,062.95 | | |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $9,062.95 | 05-44640 | | | $9,062.95 |
| | | | | $9,062.95 | | | | $9,062.95 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  29 of 73

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1435**
Date Filed: 01/04/06
Docketed Total:  $9,231.25
Filing Creditor Name and Address
  HUNTSVILLE RADIO SERVICE INC
  2402 CLINTON AVE W
  HUNTSVILLE AL 35805

Claim Holder Name and Address — Docketed Total $9,231.25
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total $9,231.25

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,231.25 | 05-44640 | | | $9,231.25 |
| | | | $9,231.25 | | | | $9,231.25 |

---

**Claim: 643**
Date Filed: 11/17/05
Docketed Total:  $74,900.00
Filing Creditor Name and Address
  HYATT REGENCY HOTEL SAN
  ANTONIO
  ATTN PATRICK GONZALES
  HYATT REGENCY HOTEL
  123 LOSOYA
  SAN ANTONIO TX 78205

Claim Holder Name and Address — Docketed Total $74,900.00
HYATT REGENCY HOTEL SAN ANTONIO
ATTN PATRICK GONZALES
HYATT REGENCY HOTEL
123 LOSOYA
SAN ANTONIO TX 78205

Modified Total $74,900.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $74,900.00 | 05-44640 | | | $74,900.00 |
| | | | $74,900.00 | | | | $74,900.00 |

---

**Claim: 3383**
Date Filed: 04/28/06
Docketed Total:  $2,576.96
Filing Creditor Name and Address
  HYDROSCAPES INC
  337 W CENTRAL AVE
  WEST CARROLLTON OH 45449

Claim Holder Name and Address — Docketed Total $2,576.96
ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

Modified Total $2,576.96

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,576.96 | 05-44640 | | | $2,576.96 |
| | | | $2,576.96 | | | | $2,576.96 |

---

**Claim: 2427**
Date Filed: 03/27/06
Docketed Total:  $9,249.00
Filing Creditor Name and Address
  I DONALD PENSON
  STEVEN LEE SMITH
  SHUMAKER LOOP & KENDRICK LLP
  41 S HIGHT ST STE 2400
  COLUMBUS OH 43215

Claim Holder Name and Address — Docketed Total $9,249.00
I DONALD PENSON
STEVEN LEE SMITH
SHUMAKER LOOP & KENDRICK LLP
41 S HIGHT ST STE 2400
COLUMBUS OH 43215

Modified Total $9,249.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,249.00 | 05-44640 | | | $9,249.00 |
| | | | $9,249.00 | | | | $9,249.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                               Page:  30 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1177<br>Date Filed:12/15/05<br>Docketed Total:   $6,764.69<br>Filing Creditor Name and Address<br> IBEROFON PLASTICOS SL<br> POL IND MIRALCAMPO C ALUMINIO<br> 4<br> 19200 AZUQUECA DE HENARES<br> GUADALAJARA<br> SPAIN | Claim Holder Name and Address    Docketed Total    $6,764.69<br>IBEROFON PLASTICOS SL<br>POL IND MIRALCAMPO C ALUMINIO<br>4<br>19200 AZUQUECA DE HENARES<br>GUADALAJARA<br>SPAIN | Modified Total    $6,707.96 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $6,764.69<br>                                                         $6,764.69 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $6,707.96<br>                                                         $6,707.96 |
| Claim: 9995<br>Date Filed:07/20/06<br>Docketed Total:   $57,149.69<br>Filing Creditor Name and Address<br> IBJTC BUSINESS CREDIT<br> CORPORATION AS SUCCESSOR IN<br> INTEREST TO IBJ WHITEHALL<br> BUSINESS CREDIT CORPORATION<br> RONALD S BEACHER & CONRAD K<br> CHIU<br> DAY PITNEY LLP<br> 7 TIMES SQUARE<br> NEW YORK NY 10036 | Claim Holder Name and Address    Docketed Total    $57,149.69<br>IBJTC BUSINESS CREDIT CORPORATION<br>AS SUCCESSOR IN INTEREST TO IBJ<br>WHITEHALL BUSINESS CREDIT<br>CORPORATION<br>RONALD S BEACHER & CONRAD K<br>CHIU<br>DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036 | Modified Total    $44,643.53 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $57,149.69<br>                                                         $57,149.69 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $44,643.53<br>                                                         $44,643.53 |
| Claim: 1932<br>Date Filed:02/09/06<br>Docketed Total:   $43,975.27<br>Filing Creditor Name and Address<br> ICOM1 INTEGRATED SYSTEMS<br> PO BOX 8028<br> 22975 VENTURE DR<br> NOVI MI 48376 | Claim Holder Name and Address    Docketed Total    $43,975.27<br>ICOM1 INTEGRATED SYSTEMS<br>PO BOX 8028<br>22975 VENTURE DR<br>NOVI MI 48376 | Modified Total    $43,975.27 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $43,975.27<br>                                                         $43,975.27 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $43,975.27<br>                                                         $43,975.27 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                           Page:   31 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 1563**<br>Date Filed:01/17/06<br>Docketed Total:  $58,575.00<br>Filing Creditor Name and Address<br> IET LABS INC<br> 534 MAIN ST<br> WESTBURY NY 11590 | Claim Holder Name and Address<br>IET LABS INC<br>534 MAIN ST<br>WESTBURY NY 11590 | Docketed Total | | $58,575.00 | | Modified Total | | $1,665.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$58,575.00<br>$58,575.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,665.00<br>$1,665.00 |
| **Claim: 9648**<br>Date Filed:07/12/06<br>Docketed Total:  $225,089.20<br>Filing Creditor Name and Address<br> INDIANA UNIVERSITY<br> ATTN MICHAEL A KLEIN ESQ<br> OFFICE OF UNIVERSITY COUNSEL<br> 107 SOUTH INDIANA DR RM 211<br> BLOOMINGTON IN 47405-7000 | Claim Holder Name and Address<br>INDIANA UNIVERSITY<br>ATTN MICHAEL A KLEIN ESQ<br>OFFICE OF UNIVERSITY COUNSEL<br>107 SOUTH INDIANA DR RM 211<br>BLOOMINGTON IN 47405-7000 | Docketed Total | | $225,089.20 | | Modified Total | | $128,109.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$225,089.20<br>$225,089.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$128,109.96<br>$128,109.96 |
| **Claim: 913**<br>Date Filed:11/28/05<br>Docketed Total:  $32,863.89<br>Filing Creditor Name and Address<br> INDIANAPOLIS POWER & LIGHT<br> COMPANY<br> LACHELLE D STEPP<br> 8470 ALLISON POINT BLVD STE<br> 100<br> INDIANPOLIS IN 46250 | Claim Holder Name and Address<br>INDIANAPOLIS POWER & LIGHT COMPANY<br>LACHELLE D STEPP<br>8470 ALLISON POINT BLVD STE<br>100<br>INDIANPOLIS IN 46250 | Docketed Total | | $32,863.89 | | Modified Total | | $32,844.76 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,863.89<br><br>$32,863.89 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,844.76<br><br>$32,844.76 |
| **Claim: 4705**<br>Date Filed:05/04/06<br>Docketed Total:  $10,728.12<br>Filing Creditor Name and Address<br> INDUSTRIAL CONTROL DISTRIBUTOR<br> 1776 BLOOMSBURY AVE<br> WANAMASSA NJ 07712 | Claim Holder Name and Address<br>INDUSTRIAL CONTROL DISTRIBUTOR<br>1776 BLOOMSBURY AVE<br>WANAMASSA NJ 07712 | Docketed Total | | $10,728.12 | | Modified Total | | $10,728.12 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,728.12<br>$10,728.12 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,728.12<br>$10,728.12 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  32 of 73

In re: Delphi Corporation, et al.                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3144<br>Date Filed: 04/28/06<br>Docketed Total:  $3,124.57<br>Filing Creditor Name and Address<br>  INFRAMAT CORPORATION<br>  74 BATTERSON PK RD<br>  FARMINGTON CT 06032 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001 | Docketed Total | | $3,124.57 | | Modified Total | | $3,124.57 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $3,124.57<br>$3,124.57 | 05-44640 | | | $3,124.57<br>$3,124.57 |
| Claim: 410<br>Date Filed: 11/07/05<br>Docketed Total:  $1,417.80<br>Filing Creditor Name and Address<br>  INTEGRIS METALS FLINT<br>  455 85TH AVE NW<br>  COON RAPIDS MN 55433 | Claim Holder Name and Address<br>INTEGRIS METALS FLINT<br>455 85TH AVE NW<br>COON RAPIDS MN 55433 | Docketed Total | | $1,417.80 | | Modified Total | | $81.60 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $1,417.80<br>$1,417.80 | 05-44640 | | | $81.60<br>$81.60 |
| Claim: 199<br>Date Filed: 10/28/05<br>Docketed Total:  $16,633.18<br>Filing Creditor Name and Address<br>  INTEGRIS METALS GRAND RAPIDS<br>  INTEGRIS METALS<br>  455 85TH AVE NW<br>  COON RAPIDS MN 55433 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $16,633.18 | | Modified Total | | $16,419.30 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $16,633.18<br>$16,633.18 | 05-44640 | | | $16,419.30<br>$16,419.30 |
| Claim: 1138<br>Date Filed: 12/13/05<br>Docketed Total:  $14,399.28<br>Filing Creditor Name and Address<br>  INTERNAL HONING ABRASIVES INC<br>  JOHN HOEKSTRA<br>  3011 HILLCROFT AVE SW<br>  GRAND RAPIDS MI 49548 | Claim Holder Name and Address<br>INTERNAL HONING ABRASIVES INC<br>JOHN HOEKSTRA<br>3011 HILLCROFT AVE SW<br>GRAND RAPIDS MI 49548 | Docketed Total | | $14,399.28 | | Modified Total | | $14,399.28 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $14,399.28<br>$14,399.28 | 05-44640 | | | $14,399.28<br>$14,399.28 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  33 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 646<br>Date Filed:11/17/05<br>Docketed Total:  $33,597.65<br>Filing Creditor Name and Address<br> IRON MOUNTAIN INFORMATION<br> MANAGEMENT INC<br> R FREDERICK LINFESTY ESQ<br> IRON MOUNTAIN INC<br> 745 ATLANTIC AVE 10TH FL<br> BOSTON MA 02111 | Claim Holder Name and Address<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT INC<br>R FREDERICK LINFESTY ESQ<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON MA 02111 | Docketed Total | | $33,597.65 | | Modified Total | | $15,868.06 |
| | Case Number*<br>05-44481 | Secured<br>$33,597.65<br>$33,597.65 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,868.06<br>$15,868.06 |
| Claim: 28<br>Date Filed:10/17/05<br>Docketed Total:  $22,624.17<br>Filing Creditor Name and Address<br> ISSPRO INC<br> PO BOX 11177<br> PORTLAND OR  97211 | Claim Holder Name and Address<br>ISSPRO INC<br>PO BOX 11177<br>PORTLAND OR 97211 | Docketed Total | | $22,624.17 | | Modified Total | | $6,165.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$22,624.17<br>$22,624.17 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,165.00<br>$6,165.00 |
| Claim: 3916<br>Date Filed:05/01/06<br>Docketed Total:  $48,511.07<br>Filing Creditor Name and Address<br> ITT CANNON SANTA ANA<br> ITT INDUSTRIES SHARED SERVICES<br> 2881 EAST BAYARD STREET<br> SENECA FALLS NY 13148 | Claim Holder Name and Address<br>ITT CANNON SANTA ANA<br>ITT INDUSTRIES SHARED SERVICES<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | Docketed Total | | $48,511.07 | | Modified Total | | $20,869.49 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$48,511.07<br>$48,511.07 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,869.49<br>$20,869.49 |
| Claim: 1608<br>Date Filed:01/17/06<br>Docketed Total:  $7,770.48<br>Filing Creditor Name and Address<br> ITT MMI<br> ITT INDUSTRIES SHARED SERVICES<br> 2881 EAST BAYARD STREET<br> SENECA FALLS NY 13148 | Claim Holder Name and Address<br>ITT MMI<br>ITT INDUSTRIES SHARED SERVICES<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | Docketed Total | | $7,770.48 | | Modified Total | | $7,319.84 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,770.48<br>$7,770.48 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$7,319.84<br>$7,319.84 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  34 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2008**
Date Filed: 02/14/06
Docketed Total:   $7,968.03
Filing Creditor Name and Address
 J H BENNETT AND CO INC
 PO BOX 8028
 22975 VENTURE DR
 NOVI MI 48376

Claim Holder Name and Address
J H BENNETT AND CO INC
PO BOX 8028
22975 VENTURE DR
NOVI MI 48376

Docketed Total    $7,968.03

Modified Total    $7,968.03

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,968.03 | 05-44640 | | | $7,968.03 |
| | | | $7,968.03 | | | | $7,968.03 |

**Claim: 1314**
Date Filed: 12/27/05
Docketed Total:   $9,894.39
Filing Creditor Name and Address
 JAMISON METAL SUPPLY INC
 KAREN JAMISON
 PO BOX 70
 DAYTON OH 45449

Claim Holder Name and Address
JAMISON METAL SUPPLY INC
KAREN JAMISON
PO BOX 70
DAYTON OH 45449

Docketed Total    $9,894.39

Modified Total    $9,894.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,894.39 | 05-44640 | | | $9,894.39 |
| | | | $9,894.39 | | | | $9,894.39 |

**Claim: 4578**
Date Filed: 05/03/06
Docketed Total:   $36,003.34
Filing Creditor Name and Address
 JCM AMERICAN CORPORATION
 DANTE OLGADO
 925 PILOT RD
 LAS VEGAS NV 89119

Claim Holder Name and Address
JCM AMERICAN CORPORATION
DANTE OLGADO
925 PILOT RD
LAS VEGAS NV 89119

Docketed Total    $36,003.34

Modified Total    $29,237.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $36,003.34 | 05-44507 | | | $29,237.89 |
| | | | $36,003.34 | | | | $29,237.89 |

**Claim: 4261**
Date Filed: 05/01/06
Docketed Total:   $13,152.00
Filing Creditor Name and Address
 JODON ENGINEERING ASSOCIATES I
 62 ENTERPRISE DR
 ANN ARBOR MI 48103-9503

Claim Holder Name and Address
JODON ENGINEERING ASSOCIATES I
62 ENTERPRISE DR
ANN ARBOR MI 48103-9503

Docketed Total    $13,152.00

Modified Total    $13,152.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,152.00 | 05-44640 | | | $13,152.00 |
| | | | $13,152.00 | | | | $13,152.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:   35 of 73

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13476**
Date Filed: 07/31/06
Docketed Total:   $7,356.00
Filing Creditor Name and Address
  JOHANN A KRAUSE
  305 W DELAVAN DR
  PO BOX 1367
  JANESVILLE WI 53547-1367

Claim Holder Name and Address        Docketed Total        $7,356.00
JOHANN A KRAUSE
305 W DELAVAN DR
PO BOX 1367
JANESVILLE WI 53547-1367

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,356.00 |
| | | | $7,356.00 |

Modified Total        $7,356.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,356.00 |
| | | | $7,356.00 |

---

**Claim: 15522**
Date Filed: 07/31/06
Docketed Total:   $12,887.20
Filing Creditor Name and Address
  JOHNSON CONTROLS INC
  STEPHEN BOBO
  SACHNOFF & WEAVER LTD
  10 S WACKER DR STE 4000
  CHICAGO IL 60606

Claim Holder Name and Address        Docketed Total        $12,887.20
JOHNSON CONTROLS INC
STEPHEN BOBO
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO IL 60606

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $12,887.20 | | |
| | $12,887.20 | | |

Modified Total        $12,887.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,887.20 |
| | | | $12,887.20 |

---

**Claim: 1036**
Date Filed: 12/06/05
Docketed Total:   $14,109.48
Filing Creditor Name and Address
  JOINT PRODUCTION TECHNOLOGY
  INC
  15381 HALLMARK
  MACOMB MI 48042

Claim Holder Name and Address        Docketed Total        $14,109.48
JOINT PRODUCTION TECHNOLOGY INC
15381 HALLMARK
MACOMB MI 48042

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,109.48 |
| | | | $14,109.48 |

Modified Total        $14,109.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,109.48 |
| | | | $14,109.48 |

---

**Claim: 11588**
Date Filed: 07/27/06
Docketed Total:   $43,628.24
Filing Creditor Name and Address
  K C WELDING SUPPLY INC
  1309 MAIN ST
  ESSEXVILLE MI 48732

Claim Holder Name and Address        Docketed Total        $43,628.24
REDROCK CAPITAL PARTNERS LLC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,628.24 |
| | | | $43,628.24 |

Modified Total        $43,209.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,209.45 |
| | | | $43,209.45 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  36 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1304<br>Date Filed:12/27/05<br>Docketed Total:  $11,007.20<br>Filing Creditor Name and Address<br> KAPOS MACHINE CONTROL CO<br> ATTN EDWARD KAPANOWSKI<br> 41675 POCATELLO DR<br> CANTON MI 48187 | Claim Holder Name and Address<br>KAPOS MACHINE CONTROL CO<br>ATTN EDWARD KAPANOWSKI<br>41675 POCATELLO DR<br>CANTON MI 48187 | Docketed Total | | $11,007.20 | | Modified Total | | $11,007.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,007.20<br>$11,007.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,007.20<br>$11,007.20 |
| Claim: 255<br>Date Filed:10/31/05<br>Docketed Total:  $10,721.27<br>Filing Creditor Name and Address<br> KC TRANSPORTATION INC<br> 888 WILL CARLETON RD<br> CARLETON MI 48117 | Claim Holder Name and Address<br>KC TRANSPORTATION INC<br>888 WILL CARLETON RD<br>CARLETON MI 48117 | Docketed Total | | $10,721.27 | | Modified Total | | $10,711.57 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,721.27<br>$10,721.27 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,711.57<br>$10,711.57 |
| Claim: 13582<br>Date Filed:07/31/06<br>Docketed Total:  $53,412.66<br>Filing Creditor Name and Address<br> KINCSES TOOL & MOLDING CORP<br> CHARLES WARRINER COMPTROLLER<br> PO BOX 69<br> FLORA MS 39071 | Claim Holder Name and Address<br>KINCSES TOOL & MOLDING CORP<br>CHARLES WARRINER COMPTROLLER<br>PO BOX 69<br>FLORA MS 39071 | Docketed Total | | $53,412.66 | | Modified Total | | $53,412.66 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$53,412.66<br>$53,412.66 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$53,412.66<br>$53,412.66 |
| Claim: 2110<br>Date Filed:02/23/06<br>Docketed Total:  $21,794.34<br>Filing Creditor Name and Address<br> KONE INC<br> BRIAN STELL<br> ONE KONE CT<br> MOLINE IL 61265 | Claim Holder Name and Address<br>KONE INC<br>BRIAN STELL<br>ONE KONE CT<br>MOLINE IL 61265 | Docketed Total | | $21,794.34 | | Modified Total | | $17,197.35 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$21,794.34<br>$21,794.34 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$17,197.35<br>$17,197.35 | Unsecured |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  37 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11617**
Date Filed: 07/27/06
Docketed Total:   $527,220.39
Filing Creditor Name and Address
 L & S TOOL INC
 JEANNE SIMMONS
 PO BOX 932
 KOKOMO IN 46903-0932

Claim Holder Name and Address   Docketed Total   $527,220.39
L & S TOOL INC
JEANNE SIMMONS
PO BOX 932
KOKOMO IN 46903-0932

Modified Total   $527,220.33

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $201,080.63 | $0.00 | $326,139.76 | 05-44640 | | | $527,220.33 |
| | $201,080.63 | | $326,139.76 | | | | $527,220.33 |

---

**Claim: 8677**
Date Filed: 06/27/06
Docketed Total:   $72,060.81
Filing Creditor Name and Address
 L&P FINANCIAL SERVICES CO
 ATTN RICK KATZFEY
 NO 1 LEGGETT RD
 CARTHAGE MO 64836

Claim Holder Name and Address   Docketed Total   $72,060.81
L&P FINANCIAL SERVICES CO
ATTN RICK KATZFEY
NO 1 LEGGETT RD
CARTHAGE MO 64836

Modified Total   $52,749.13

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $72,060.81 | 05-44640 | | | $52,749.13 |
| | | | $72,060.81 | | | | $52,749.13 |

---

**Claim: 6047**
Date Filed: 05/16/06
Docketed Total:   $5,708.67
Filing Creditor Name and Address
 LANE PUNCH CORP
 ATTN LINDA WHITE A R CREDIT
 281 LANE PKWY
 SALISBURY NC 28146

Claim Holder Name and Address   Docketed Total   $5,708.67
MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Modified Total   $5,708.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,708.67 | 05-44640 | | | $5,708.67 |
| | | | $5,708.67 | | | | $5,708.67 |

---

**Claim: 10827**
Date Filed: 07/25/06
Docketed Total:   $7,390.00
Filing Creditor Name and Address
 LATTICE SEMICONDUCTOR CORP
 ATTN MIKE WALSH
 5555 NE MOORE CT
 HILLSBORO OR 97124

Claim Holder Name and Address   Docketed Total   $7,390.00
LATTICE SEMICONDUCTOR CORP
ATTN MIKE WALSH
5555 NE MOORE CT
HILLSBORO OR 97124

Modified Total   $4,390.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,390.00 | 05-44640 | | | $4,390.00 |
| | | | $7,390.00 | | | | $4,390.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:   38 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2019**
Date Filed: 02/14/06
Docketed Total:   $18,278.00
Filing Creditor Name and Address
  LDMI
  ANN ARBOR CREDIT BUREAU
  311 N MAIN ST
  BOX 7820
  ANN ARBOR MI 48107

Claim Holder Name and Address    Docketed Total    $18,278.00
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

Modified Total    $18,278.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $18,278.00 | 05-44640 | | | $18,278.00 |
| | | | $18,278.00 | | | | $18,278.00 |

**Claim: 491**
Date Filed: 11/10/05
Docketed Total:   $385.90
Filing Creditor Name and Address
  LEE SPRING CO
  1462 62ND ST
  BROOKLYN NY 11219-5477

Claim Holder Name and Address    Docketed Total    $385.90
LEE SPRING CO
1462 62ND ST
BROOKLYN NY 11219-5477

Modified Total    $385.90

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $385.90 | 05-44640 | | | $385.90 |
| | | | $385.90 | | | | $385.90 |

**Claim: 2386**
Date Filed: 03/24/06
Docketed Total:   $314.71
Filing Creditor Name and Address
  LEE SPRING CO
  1462 62ND ST
  BROOKLYN NY 11219-5477

Claim Holder Name and Address    Docketed Total    $314.71
LEE SPRING CO
1462 62ND ST
BROOKLYN NY 11219-5477

Modified Total    $314.71

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $314.71 | 05-44640 | | | $314.71 |
| | | | $314.71 | | | | $314.71 |

**Claim: 15483**
Date Filed: 07/31/06
Docketed Total:   $66,952.29
Filing Creditor Name and Address
  LIQUIDITY SOLUTIONS INC DBA
  REVENUE MANAGEMENT AS ASSIGNEE
  OF DIGIKEY
  JEFFREY L CARESS
  ONE UNIVERSITY PLZ STE 312
  HACKENSACK NJ 07601

Claim Holder Name and Address    Docketed Total    $66,952.29
LIQUIDITY SOLUTIONS INC DBA REVENUE
MANAGEMENT AS ASSIGNEE OF DIGIKEY
JEFFREY L CARESS
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

Modified Total    $64,639.19

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $66,952.29 | 05-44507 | | | $64,639.19 |
| | | | $66,952.29 | | | | $64,639.19 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:  39 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15455**
Date Filed: 07/31/06
Docketed Total:   $79,564.47
Filing Creditor Name and Address
  LIQUIDITY SOLUTIONS INC DBA
  REVENUE MANAGEMENT AS ASSIGNEE
  OF ELEKTRISOLA INC
  JEFFREY L CARESS
  ONE UNIVERSITY PLAZA STE 312
  HACKENSACK NJ 7601

Claim Holder Name and Address    Docketed Total    $79,564.47
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $79,564.47 |
| | | | $79,564.47 |

Modified Total    $54,165.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,165.90 |
| | | | $54,165.90 |

---

**Claim: 10713**
Date Filed: 07/25/06
Docketed Total:   $49,220.00
Filing Creditor Name and Address
  LOGIKOS SYSTEMS & SOFTWARE
  2914 INDEPENDENCE DR
  FORT WAYNE IN 46808

Claim Holder Name and Address    Docketed Total    $49,220.00
LOGIKOS SYSTEMS & SOFTWARE
2914 INDEPENDENCE DR
FORT WAYNE IN 46808

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,220.00 |
| | | | $49,220.00 |

Modified Total    $49,220.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,220.00 |
| | | | $49,220.00 |

---

**Claim: 9463**
Date Filed: 07/13/06
Docketed Total:   $108,415.00
Filing Creditor Name and Address
  LYDALL THERMAL ACOUSTICAL
  SALES LLC FKA LYDALL WESTEX
  1241 BUCK SHOALS RD
  PO BOX 109
  HAMPTONVILLE NC 27020

Claim Holder Name and Address    Docketed Total    $108,415.00
LYDALL THERMAL ACOUSTICAL SALES LLC
FKA LYDALL WESTEX
1241 BUCK SHOALS RD
PO BOX 109
HAMPTONVILLE NC 27020

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $108,415.00 |
| | | | $108,415.00 |

Modified Total    $13,850.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,850.00 |
| | | | $13,850.00 |

---

**Claim: 11599**
Date Filed: 07/27/06
Docketed Total:   $432,705.04
Filing Creditor Name and Address
  MAC ARTHUR CORPORATION
  THOMAS F BARRETT
  3190 TRI PARK DR
  GRAND BLANC MI 48439-0010

Claim Holder Name and Address    Docketed Total    $432,705.04
MAC ARTHUR CORPORATION
THOMAS F BARRETT
3190 TRI PARK DR
GRAND BLANC MI 48439-0010

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $432,705.04 |
| | | | $432,705.04 |

Modified Total    $406,480.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $406,480.82 |
| | | | $406,480.82 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  40 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14882<br>Date Filed:07/31/06<br>Docketed Total:  $12,576.40<br>Filing Creditor Name and Address<br>  MAC EQUIPMENT INC<br>  HWY 75<br>  SABETHA KS 66534 | Claim Holder Name and Address<br>MAC EQUIPMENT INC<br>HWY 75<br>SABETHA KS 66534 | Docketed Total | | $12,576.40 | | Modified Total | | $12,576.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,576.40<br>$12,576.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,576.40<br>$12,576.40 |
| Claim: 5115<br>Date Filed:05/08/06<br>Docketed Total:   $210,634.01<br>Filing Creditor Name and Address<br>  MACHINED PRODUCTS CO<br>  2121 LANDMEIER RD<br>  ELK GROVE VILLAGE IL 60007 | Claim Holder Name and Address<br>MACHINED PRODUCTS CO<br>2121 LANDMEIER RD<br>ELK GROVE VILLAGE IL 60007 | Docketed Total | | $210,634.01 | | Modified Total | | $164,214.16 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$210,634.01<br>$210,634.01 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$164,214.16<br>$164,214.16 |
| Claim: 43<br>Date Filed:10/17/05<br>Docketed Total:   $12,410.13<br>Filing Creditor Name and Address<br>  MAERSK SEALAND INC<br>  ROSE AUSTIN<br>  6000 CARNEGIE BLVD<br>  CHARLOTTE NC 28209 | Claim Holder Name and Address<br>MAERSK SEALAND INC<br>ROSE AUSTIN<br>6000 CARNEGIE BLVD<br>CHARLOTTE NC 28209 | Docketed Total | | $12,410.13 | | Modified Total | | $12,410.13 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,410.13<br>$12,410.13 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,410.13<br>$12,410.13 |
| Claim: 4172<br>Date Filed:05/01/06<br>Docketed Total:   $11,943.90<br>Filing Creditor Name and Address<br>  MAGIC METALS INC<br>  GARRY GRIGGS<br>  3401 BAY ST<br>  UNION GAP WA 98903 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $11,943.90 | | Modified Total | | $11,943.90 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,943.90<br>$11,943.90 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$11,943.90<br>$11,943.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  41 of 73

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2011<br>Date Filed:02/14/06<br>Docketed Total:  $30,297.48<br>Filing Creditor Name and Address<br>  MAHR FEDERAL INC<br>  1144 EDDY ST<br>  PROVIDENCE RI 02905 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $30,297.48 | | Modified Total | | $30,297.48 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$30,297.48<br>$30,297.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,297.48<br>$30,297.48 |
| Claim: 4387<br>Date Filed:05/02/06<br>Docketed Total:  $15,885.07<br>Filing Creditor Name and Address<br>  MARKETING INNOVATORS INTL<br>  MARKETING INNOVATORS INTL INC<br>  9701 W HIGGINS RD<br>  UPD 12702 PH<br>  ROSEMONT IL 60018-4778 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $15,885.07 | | Modified Total | | $2,171.67 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,885.07<br>$15,885.07 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,171.67<br>$2,171.67 |
| Claim: 12161<br>Date Filed:07/28/06<br>Docketed Total:  $875,135.40<br>Filing Creditor Name and Address<br>  MARQUARDT GMBH<br>  SCHLOSS STR 16<br>  RIETHEIM WEIHEIM 78604<br>  GERMANY | Claim Holder Name and Address<br>MARQUARDT GMBH<br>SCHLOSS STR 16<br>RIETHEIM WEIHEIM 78604<br>GERMANY | Docketed Total | | $875,135.40 | | Modified Total | | $794,954.68 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$875,135.40<br>$875,135.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$794,954.68<br>$794,954.68 |
| Claim: 1166<br>Date Filed:11/18/05<br>Docketed Total:  $41,452.62<br>Filing Creditor Name and Address<br>  MASTERPIECE ENGINEERING INC<br>  3001 TECUMSEH WAY<br>  CORINTH MS 38834 | Claim Holder Name and Address<br>MASTERPIECE ENGINEERING INC<br>3001 TECUMSEH WAY<br>CORINTH MS 38834 | Docketed Total | | $41,452.62 | | Modified Total | | $41,452.62 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$41,452.62<br>$41,452.62 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$41,452.62<br>$41,452.62 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  42 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8876<br>Date Filed:06/30/06<br>Docketed Total:  $9,787.98<br>Filing Creditor Name and Address<br> MCMASTER CARR SUPPLY CO<br>  PO BOX 4355<br>  CHICAGO IL 60680 | Claim Holder Name and Address<br>MCMASTER CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO IL 60680 | Docketed Total | | $9,787.98 | | Modified Total | | $9,680.61 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,787.98<br>$9,787.98 | Case Number*<br>05-44507<br>05-44511<br>05-44567 | Secured | Priority | Unsecured<br>$8,860.82<br>$119.84<br>$699.95<br>$9,680.61 |
| Claim: 901<br>Date Filed:11/28/05<br>Docketed Total:  $5,995.00<br>Filing Creditor Name and Address<br> MECCO PARTNERS LLC<br>  PO BOX 307<br>  INGOMAR PA 15127 | Claim Holder Name and Address<br>MECCO PARTNERS LLC<br>PO BOX 307<br>INGOMAR PA 15127 | Docketed Total | | $5,995.00 | | Modified Total | | $5,995.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,995.00<br>$5,995.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,995.00<br>$5,995.00 |
| Claim: 9623<br>Date Filed:07/17/06<br>Docketed Total:  $16,935.05<br>Filing Creditor Name and Address<br> MESA LABORATORIES INC<br>  DATATRACE<br>  12100 W 6TH AVE<br>  LAKEWOOD CO 80228 | Claim Holder Name and Address<br>MESA LABORATORIES INC<br>DATATRACE<br>12100 W 6TH AVE<br>LAKEWOOD CO 80228 | Docketed Total | | $16,935.05 | | Modified Total | | $13,357.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,935.05<br>$16,935.05 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,357.05<br>$13,357.05 |
| Claim: 11611<br>Date Filed:07/27/06<br>Docketed Total:  $79,771.29<br>Filing Creditor Name and Address<br> METI<br>  6000 FRUITVILLE RD<br>  SARASOTA FL 34232 | Claim Holder Name and Address<br>METI<br>6000 FRUITVILLE RD<br>SARASOTA FL 34232 | Docketed Total | | $79,771.29 | | Modified Total | | $67,982.04 |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$79,771.29<br>$79,771.29 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$67,982.04<br>$67,982.04 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:   43 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12244**
Date Filed: 07/28/06
Docketed Total:   $3,512.31
Filing Creditor Name and Address
 MID STATES RUBBER PRODUCTS INC
 NTE 0008090953218
 1230 S RACE ST
 PO BOX 370
 PRINCETON IN 47670

Claim Holder Name and Address    Docketed Total    $3,512.31
MID STATES RUBBER PRODUCTS INC
NTE 0008090953218
1230 S RACE ST
PO BOX 370
PRINCETON IN 47670

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $3,512.31 | | |
| | $3,512.31 | | |

Modified Total    $3,124.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,124.61 |
| | | | $3,124.61 |

---

**Claim: 12245**
Date Filed: 07/28/06
Docketed Total:   $4,686.03
Filing Creditor Name and Address
 MID STATES RUBBER PRODUCTS INC
 PO BOX 370
 PRINCETON IN 47670

Claim Holder Name and Address    Docketed Total    $4,686.03
MID STATES RUBBER PRODUCTS INC
PO BOX 370
PRINCETON IN 47670

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $4,686.03 | | |
| | $4,686.03 | | |

Modified Total    $3,387.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,387.73 |
| | | | $3,387.73 |

---

**Claim: 2664**
Date Filed: 04/17/06
Docketed Total:   $746.81
Filing Creditor Name and Address
 MJM INVESTIGATIONS INC
 910 PAVERSTONE DR
 RALEIGH NC 27525

Claim Holder Name and Address    Docketed Total    $746.81
MJM INVESTIGATIONS INC
910 PAVERSTONE DR
RALEIGH NC 27525

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $746.81 |
| | | | $746.81 |

Modified Total    $359.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $359.81 |
| | | | $359.81 |

---

**Claim: 2352**
Date Filed: 03/22/06
Docketed Total:   $132,868.28
Filing Creditor Name and Address
 MONROE INC
 C O ROBERT D WOLFORD
 MILLER JOHNSON
 PO BOX 306
 GRAND RAPIDS MI 49501-0306

Claim Holder Name and Address    Docketed Total    $69,706.90
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $69,706.90 |
| | | | $69,706.90 |

Modified Total    $69,706.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $69,706.90 |
| | | | $69,706.90 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   44 of 73

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2352 (Continued)**

| | Claim Holder Name and Address | Docketed Total | $63,161.38 | | Modified Total | | $75.53 |
|---|---|---|---|---|---|---|---|
| | MONROE INC | | | | | | |
| | C O ROBERT D WOLFORD | | | | | | |
| | MILLER JOHNSON | | | | | | |
| | PO BOX 306 | | | | | | |
| | GRAND RAPIDS MI 49501-0306 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $63,161.38 | 05-44640 | | | $75.53 |
| | | | $63,161.38 | | | | $75.53 |

**Claim: 6556**
Date Filed: 05/22/06
Docketed Total:   $5,700.39
Filing Creditor Name and Address
 MOORE WALLACE NORTH AMERICA
 3075 HIGHLAND PKWY
 DOWNERS GROVE IL 60515

| | Claim Holder Name and Address | Docketed Total | $5,700.39 | | Modified Total | | $2,755.00 |
|---|---|---|---|---|---|---|---|
| | MOORE WALLACE NORTH AMERICA | | | | | | |
| | 3075 HIGHLAND PKWY | | | | | | |
| | DOWNERS GROVE IL 60515 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,700.39 | 05-44640 | | | $2,755.00 |
| | | | $5,700.39 | | | | $2,755.00 |

**Claim: 3289**
Date Filed: 04/28/06
Docketed Total:   $185.04
Filing Creditor Name and Address
 MORRISON INDUSTRIAL EQUIPMENT
 COMPANY
 COMPANY
 PO BOX 1803
 1825 MONROE NW
 GRAND RAPIDS MI 49501

| | Claim Holder Name and Address | Docketed Total | $185.04 | | Modified Total | | $185.04 |
|---|---|---|---|---|---|---|---|
| | MORRISON INDUSTRIAL EQUIPMENT | | | | | | |
| | COMPANY | | | | | | |
| | PO BOX 1803 | | | | | | |
| | 1825 MONROE NW | | | | | | |
| | GRAND RAPIDS MI 49501 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $185.04 | 05-44640 | | | $185.04 |
| | | | $185.04 | | | | $185.04 |

**Claim: 9154**
Date Filed: 07/10/06
Docketed Total:   $113,663.00
Filing Creditor Name and Address
 NAMICS TECHNOLOGIES INC
 5201 GREAT AMERICA PKWY STE
 272
 SANTA CLARA CA 95054

| | Claim Holder Name and Address | Docketed Total | $113,663.00 | | Modified Total | | $28,403.00 |
|---|---|---|---|---|---|---|---|
| | NAMICS TECHNOLOGIES INC | | | | | | |
| | 5201 GREAT AMERICA PKWY STE | | | | | | |
| | 272 | | | | | | |
| | SANTA CLARA CA 95054 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $113,663.00 | 05-44640 | | | $28,403.00 |
| | | | $113,663.00 | | | | $28,403.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                       Page:   45 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4892<br>Date Filed:05/05/06<br>Docketed Total:  $50,524.45<br>Filing Creditor Name and Address<br> NARRICOT INDUSTRIES INC<br> TUFF TEMP CORP<br> 928 JAYMOR RD STE C150<br> SOUTHAMPTON  18966 | Claim Holder Name and Address<br>NARRICOT INDUSTRIES INC<br>TUFF TEMP CORP<br>928 JAYMOR RD STE C150<br>SOUTHAMPTON  18966 | Docketed Total | | $50,524.45 | | Modified Total | | $37,826.70 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$50,524.45<br>$50,524.45 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$37,826.70<br>$37,826.70 |
| Claim: 10400<br>Date Filed:07/24/06<br>Docketed Total:  $237,792.65<br>Filing Creditor Name and Address<br> NATIONAL INSTRUMENTS CORP<br> ORDER TEAM<br> 11500 NORTH MOPAC EXPRESSWAY<br> AUSTIN TX 78759 | Claim Holder Name and Address<br>NATIONAL INSTRUMENTS CORP<br>ORDER TEAM<br>11500 NORTH MOPAC EXPRESSWAY<br>AUSTIN TX 78759 | Docketed Total | | $237,792.65 | | Modified Total | | $229,990.58 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$237,792.65<br>$237,792.65 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$229,990.58<br>$229,990.58 |
| Claim: 4579<br>Date Filed:05/03/06<br>Docketed Total:  $127,107.21<br>Filing Creditor Name and Address<br> NATIONAL MATERIAL COMPANY<br> ATTN BARB LAHTINEN<br> 1965 PRATT BLVD<br> ELK GROVE VILLAGE IL 60007 | Claim Holder Name and Address<br>NATIONAL MATERIAL COMPANY<br>ATTN BARB LAHTINEN<br>1965 PRATT BLVD<br>ELK GROVE VILLAGE IL 60007 | Docketed Total | | $127,107.21 | | Modified Total | | $124,219.19 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$127,107.21<br>$127,107.21 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$124,219.19<br>$124,219.19 |
| Claim: 4209<br>Date Filed:05/01/06<br>Docketed Total:  $9,678.00<br>Filing Creditor Name and Address<br> NATIONWIDE FENCE & SUPPLY CO<br> INDUSTRIAL DIV<br> 53861 GRATIOT AVE<br> CHESTERFIELD MI 48051 | Claim Holder Name and Address<br>NATIONWIDE FENCE & SUPPLY CO<br>INDUSTRIAL DIV<br>53861 GRATIOT AVE<br>CHESTERFIELD MI 48051 | Docketed Total | | $9,678.00 | | Modified Total | | $9,678.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,678.00<br>$9,678.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,678.00<br>$9,678.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  46 of 73

In re: Delphi Corporation, et al.                                                                        Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6287<br>Date Filed:05/18/06<br>Docketed Total:  $95,807.17<br>Filing Creditor Name and Address<br> NEW YORK POWER AUTHORITY<br> ATTN JOSEPH CARLINE ESQ<br> 123 MAINSTREET<br> WHITE PLAINS NY 10601 | Claim Holder Name and Address<br>NEW YORK POWER AUTHORITY<br>ATTN JOSEPH CARLINE ESQ<br>123 MAINSTREET<br>WHITE PLAINS NY 10601 | Docketed Total | | $95,807.17 | | Modified Total | | $91,526.45 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$95,807.17<br>$95,807.17 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$91,526.45<br>$91,526.45 |
| Claim: 4569<br>Date Filed:05/03/06<br>Docketed Total:  $1,955.53<br>Filing Creditor Name and Address<br> NORTH AMERICAN MFG<br> 4455 E 71ST ST<br> CLEVELAND OH 44105 | Claim Holder Name and Address<br>NORTH AMERICAN MFG<br>4455 E 71ST ST<br>CLEVELAND OH 44105 | Docketed Total | | $1,955.53 | | Modified Total | | $1,955.53 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,955.53<br>$1,955.53 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,955.53<br>$1,955.53 |
| Claim: 7502<br>Date Filed:06/05/06<br>Docketed Total:  $7,803.00<br>Filing Creditor Name and Address<br> OCE NORTH AMERICA INC<br> ATTN LEGAL DEPT<br> 5600 BROKEN SOUND BLVD<br> BOCA RATON FL 33487 | Claim Holder Name and Address<br>OCE NORTH AMERICA INC<br>ATTN LEGAL DEPT<br>5600 BROKEN SOUND BLVD<br>BOCA RATON FL 33487 | Docketed Total | | $7,803.00 | | Modified Total | | $7,803.00 |
| | Case Number*<br>05-44547 | Secured | Priority | Unsecured<br>$7,803.00<br>$7,803.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,803.00<br>$7,803.00 |
| Claim: 7504<br>Date Filed:06/05/06<br>Docketed Total:  $14,063.60<br>Filing Creditor Name and Address<br> OCE NORTH AMERICA INC<br> ATTN LEGAL DEPT<br> 5600 BROKEN SOUND BLVD<br> BOCA RATON FL 33487 | Claim Holder Name and Address<br>OCE NORTH AMERICA INC<br>ATTN LEGAL DEPT<br>5600 BROKEN SOUND BLVD<br>BOCA RATON FL 33487 | Docketed Total | | $14,063.60 | | Modified Total | | $9,755.85 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,063.60<br>$14,063.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,755.85<br>$9,755.85 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  47 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9851**
Date Filed: 07/18/06
Docketed Total:   $1,810,852.11
Filing Creditor Name and Address
  OGURA CORPORATION
  ROBERT A PEURACH ESQ
  FITZGERALD & DAKMAK PC
  615 GRISWOLD STE 600
  DETROIT MI 48226

Claim Holder Name and Address    Docketed Total    $1,810,852.11
OGURA CORPORATION
ROBERT A PEURACH ESQ
FITZGERALD & DAKMAK PC
615 GRISWOLD STE 600
DETROIT MI 48226

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $200,417.52 | $1,610,434.59 |
| | | $200,417.52 | $1,610,434.59 |

Modified Total    $1,210.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,210.00 |
| | | | $1,210.00 |

**Claim: 5491**
Date Filed: 05/10/06
Docketed Total:   $1,186.00
Filing Creditor Name and Address
  OHIO DESK COMPANY
  1122 PROSPECT AVE
  CLEVELAND OH 44115-1292

Claim Holder Name and Address    Docketed Total    $1,186.00
OHIO DESK COMPANY
1122 PROSPECT AVE
CLEVELAND OH 44115-1292

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,186.00 |
| | | | $1,186.00 |

Modified Total    $1,186.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,186.00 |
| | | | $1,186.00 |

**Claim: 933**
Date Filed: 11/29/05
Docketed Total:   $14,331.73
Filing Creditor Name and Address
  OTTOS INC
  529 E ADAMS ST
  SANDUSKY OH 44870

Claim Holder Name and Address    Docketed Total    $14,331.73
OTTOS INC
529 E ADAMS ST
SANDUSKY OH 44870

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,331.73 |
| | | | $14,331.73 |

Modified Total    $14,331.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,331.73 |
| | | | $14,331.73 |

**Claim: 895**
Date Filed: 11/28/05
Docketed Total:   $16,625.00
Filing Creditor Name and Address
  PAUL NEFF & ASSOCIATES
  CRAIG T MATTHEWS & ASSOCIATES
  LPA
  376 REGENCY RIDGE DR
  CENTERVILLE OH 45459

Claim Holder Name and Address    Docketed Total    $16,625.00
PAUL NEFF & ASSOCIATES
CRAIG T MATTHEWS & ASSOCIATES
LPA
376 REGENCY RIDGE DR
CENTERVILLE OH 45459

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,625.00 |
| | | | $16,625.00 |

Modified Total    $16,625.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,625.00 |
| | | | $16,625.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  48 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 729**
Date Filed:11/21/05
Docketed Total:  $55,503.21
Filing Creditor Name and Address
  PENN ENGINEERING MOTION
  TECHNOLOGIES PITTMAN DIVISION
  343 GODSHALL DR
  HARLEYSVILLE PA 19438

Claim Holder Name and Address
PENN ENGINEERING MOTION
TECHNOLOGIES PITTMAN DIVISION
343 GODSHALL DR
HARLEYSVILLE PA 19438 — Docketed Total $55,503.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | $55,503.21 | |
| | | $55,503.21 | |

Modified Total $55,503.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $55,503.21 |
| | | | $55,503.21 |

**Claim: 15944**
Date Filed:08/09/06
Docketed Total:  $8,300.00
Filing Creditor Name and Address
  PERFECTION TOOL & MOLD CORP
  3020 PRODUCTION CT
  DAYTON OH 45414-3514

Claim Holder Name and Address
PERFECTION TOOL & MOLD CORP
3020 PRODUCTION CT
DAYTON OH 45414-3514 — Docketed Total $8,300.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $8,300.00 | | |
| | $8,300.00 | | |

Modified Total $5,500.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,500.00 |
| | | | $5,500.00 |

**Claim: 10411**
Date Filed:07/24/06
Docketed Total:  $157,011.51
Filing Creditor Name and Address
  PHELPS DODGE MAGNET WIRE CO
  ATTN CREDIT DEPT
  ONE N CENTRAL AVE
  PHOENIX AZ 85004

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070 — Docketed Total $157,011.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $157,011.51 |
| | | | $157,011.51 |

Modified Total $143,591.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,591.30 |
| | | | $143,591.30 |

**Claim: 10409**
Date Filed:07/24/06
Docketed Total:  $8,236.78
Filing Creditor Name and Address
  PHELPS DODGE MAGNET WIRE
  COMPANY
  ATTN CREDIT DEPT
  ONE NORTH CENTRAL AVE
  PHOENIX AZ 85004

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070 — Docketed Total $8,236.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,236.78 |
| | | | $8,236.78 |

Modified Total $7,383.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,383.90 |
| | | | $7,383.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  49 of 73

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10581<br>Date Filed:07/25/06<br>Docketed Total:  $112,039.75<br>Filing Creditor Name and Address<br> PHILLIPS PLASTICS CORPORATION<br> ATTN MARK HUEG<br> 1201 HANLEY RD<br> HUDSON WI 54016 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $112,039.75 | | Modified Total | | $112,039.75 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44567 | $112,039.75 | | | 05-44567 | | | $112,039.75 |
| | | $112,039.75 | | | | | | $112,039.75 |
| Claim: 8300<br>Date Filed:06/21/06<br>Docketed Total:  $3,512.20<br>Filing Creditor Name and Address<br> PILOT AIR FREIGHT<br> PO BOX 97<br> LIMA PA 19037-0097 | Claim Holder Name and Address<br>PILOT AIR FREIGHT<br>PO BOX 97<br>LIMA PA 19037-0097 | Docketed Total | | $3,512.20 | | Modified Total | | $3,512.20 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $3,512.20 | 05-44640 | | | $3,512.20 |
| | | | | $3,512.20 | | | | $3,512.20 |
| Claim: 1263<br>Date Filed:12/23/05<br>Docketed Total:  $113,385.44<br>Filing Creditor Name and Address<br> PITNEY BOWES MANAGEMENT<br> SERVICES<br> ATTN RECOVERY DEPT<br> 27 WATERVIEW DR<br> SHELTON CT 06484-4361 | Claim Holder Name and Address<br>PITNEY BOWES MANAGEMENT SERVICES<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361 | Docketed Total | | $113,385.44 | | Modified Total | | $112,143.92 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $113,385.44 | | 05-44612 | | | $6,560.87 |
| | | | | | 05-44640 | | | $105,583.05 |
| | | | $113,385.44 | | | | | $112,143.92 |
| Claim: 9685<br>Date Filed:07/17/06<br>Docketed Total:  $139,824.40<br>Filing Creditor Name and Address<br> PLASTIC MOLDINGS COMPANY LLC<br> PMC<br> 2181 GRAND AVE<br> CINCINNATI OH 45214-150 | Claim Holder Name and Address<br>PLASTIC MOLDINGS COMPANY LLC<br>PMC<br>2181 GRAND AVE<br>CINCINNATI OH 45214-150 | Docketed Total | | $139,824.40 | | Modified Total | | $139,824.40 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $139,824.40 | | | 05-44640 | | | $139,824.40 |
| | | $139,824.40 | | | | | | $139,824.40 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                  Page:   50 of 73

In re: Delphi Corporation, et al.                                                                     Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12190<br>Date Filed: 07/28/06<br>Docketed Total:  $5,738.00<br>Filing Creditor Name and Address<br> PORT CITY METAL PRODUCTS INC<br> C O PARMENTER O TOOLE<br> 601 TERRACE ST<br> MUSKEGON MI 49443-0786 | Claim Holder Name and Address    Docketed Total    $5,738.00<br>PORT CITY METAL PRODUCTS INC<br>C O PARMENTER O TOOLE<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786 | Modified Total    $5,738.00 |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44567         $5,738.00<br>                 $5,738.00 | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44567                               $5,738.00<br>                                      $5,738.00 |
| Claim: 6586<br>Date Filed: 05/22/06<br>Docketed Total:  $71,580.00<br>Filing Creditor Name and Address<br> POTTERS INDUSTRIES INC<br> ATTN MICHELE GRYGA<br> CREDIT DEPT<br> 1200 W SWEDESFORD RD<br> BERWYN PA 19312 | Claim Holder Name and Address    Docketed Total    $71,580.00<br>POTTERS INDUSTRIES INC<br>ATTN MICHELE GRYGA<br>CREDIT DEPT<br>1200 W SWEDESFORD RD<br>BERWYN PA 19312 | Modified Total    $71,580.00 |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                               $71,580.00<br>                                      $71,580.00 | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                               $71,580.00<br>                                      $71,580.00 |
| Claim: 79<br>Date Filed: 10/24/05<br>Docketed Total:   $11,473.00<br>Filing Creditor Name and Address<br> PR NEWSWIRE<br> GPO BOX 5897<br> NEW YORK NY 10087-5897 | Claim Holder Name and Address    Docketed Total    $11,473.00<br>PR NEWSWIRE<br>GPO BOX 5897<br>NEW YORK NY 10087-5897 | Modified Total    $8,116.00 |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                               $11,473.00<br>                                      $11,473.00 | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                               $8,116.00<br>                                      $8,116.00 |
| Claim: 2462<br>Date Filed: 03/31/06<br>Docketed Total:   $103,014.55<br>Filing Creditor Name and Address<br> PRICE HENEVELD COOPER DEWITT<br> LITTON LLP<br> PO BOX 2567<br> GRAND RAPIDS MI 49501-2567 | Claim Holder Name and Address    Docketed Total    $103,014.55<br>PRICE HENEVELD COOPER DEWITT LITTON<br>LLP<br>PO BOX 2567<br>GRAND RAPIDS MI 49501-2567 | Modified Total    $103,014.55 |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                               $103,014.55<br>                                      $103,014.55 | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44554                               $103,014.55<br>                                      $103,014.55 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   51 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5285<br>Date Filed: 05/08/06<br>Docketed Total:  $4,175.04<br>Filing Creditor Name and Address<br> PRIDE GAGE ASSOCIATES LLC<br> 6725 W CENTRAL AVE STE M<br> TOLEDO OH 43617 | Claim Holder Name and Address<br>PRIDE GAGE ASSOCIATES LLC<br>6725 W CENTRAL AVE STE M<br>TOLEDO OH 43617 | Docketed Total | $4,175.04 | | | Modified Total | $4,175.04 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,175.04<br>$4,175.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,175.04<br>$4,175.04 |
| Claim: 11444<br>Date Filed: 07/27/06<br>Docketed Total:  $11,021.96<br>Filing Creditor Name and Address<br> PROYECTOS Y ADMNISITRACIONES<br> ELECTROMECANICAS SA DE CV<br> P NOVILLEROS NO 35 COL<br> PLAYASOL MATAMORSO TAMPS<br><br> MEXICO | Claim Holder Name and Address<br>PROYECTOS Y ADMNISITRACIONES<br>ELECTROMECANICAS SA DE CV<br>P NOVILLEROS NO 35 COL<br>PLAYASOL MATAMORSO TAMPS<br><br>MEXICO | Docketed Total | $11,021.96 | | | Modified Total | $5,932.16 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,021.96<br>$11,021.96 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,932.16<br>$5,932.16 |
| Claim: 5076<br>Date Filed: 05/08/06<br>Docketed Total:  $67,849.20<br>Filing Creditor Name and Address<br> PULLMAN MANUFACTURING CORP<br> 77 COMMERCE DR<br> ROCHESTER NY 14623 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Docketed Total | $67,849.20 | | | Modified Total | $64,917.77 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$67,849.20<br>$67,849.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$64,917.77<br>$64,917.77 |
| Claim: 592<br>Date Filed: 11/15/05<br>Docketed Total:  $91,084.00<br>Filing Creditor Name and Address<br> PYRAMID REBUILD & MACHINE LLC<br> ATTN JAMES LEIGH<br> 123 S THOMAS RD<br> TALLMADGE OH 44278 | Claim Holder Name and Address<br>PYRAMID REBUILD & MACHINE LLC<br>ATTN JAMES LEIGH<br>123 S THOMAS RD<br>TALLMADGE OH 44278 | Docketed Total | $91,084.00 | | | Modified Total | $91,000.00 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$91,084.00<br>$91,084.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$91,000.00<br>$91,000.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:   52 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3013**
Date Filed: 04/27/06
Docketed Total: $4,711.40
Filing Creditor Name and Address
 QMP ENTERPRISES INC
 2SQ MACHINE TOOLS
 43 COUNTY RTE 59
 PHOENIX NY 13135-2116

Claim Holder Name and Address    Docketed Total    $4,711.40
QMP ENTERPRISES INC
2SQ MACHINE TOOLS
43 COUNTY RTE 59
PHOENIX NY 13135-2116

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $4,711.40 | |
| | | $4,711.40 | |

Modified Total    $4,711.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,711.40 |
| | | | $4,711.40 |

---

**Claim: 10257**
Date Filed: 07/21/06
Docketed Total: $819,654.23
Filing Creditor Name and Address
 QUAKER CHEMICAL CORPORATION
 ANDREW C KASSNER
 DRINKER BIDDLE & REATH LLP
 ONE LOGAN SQUARE
 18TH & CHERRY ST
 PHILADELPHIA PA 19103

Claim Holder Name and Address    Docketed Total    $819,654.23
QUAKER CHEMICAL CORPORATION
ANDREW C KASSNER
DRINKER BIDDLE & REATH LLP
ONE LOGAN SQUARE
18TH & CHERRY ST
PHILADELPHIA PA 19103

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $819,654.23 |
| | | | $819,654.23 |

Modified Total    $799,803.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $799,803.77 |
| | | | $799,803.77 |

---

**Claim: 4003**
Date Filed: 05/01/06
Docketed Total: $7,513.50
Filing Creditor Name and Address
 QUALITY SOLUTIONS GROUP LLC
 2296 KENMORE AVE
 BUFFALO NY 14207

Claim Holder Name and Address    Docketed Total    $7,513.50
QUALITY SOLUTIONS GROUP LLC
2296 KENMORE AVE
BUFFALO NY 14207

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,513.50 |
| | | | $7,513.50 |

Modified Total    $7,513.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,513.50 |
| | | | $7,513.50 |

---

**Claim: 2073**
Date Filed: 02/21/06
Docketed Total: $29,268.00
Filing Creditor Name and Address
 QUICK CABLE CORPORATION
 3700 QUICK DR
 FRANKSVILLE WI 53126

Claim Holder Name and Address    Docketed Total    $29,268.00
MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,268.00 |
| | | | $29,268.00 |

Modified Total    $28,260.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,260.00 |
| | | | $28,260.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:  53 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14177**
Date Filed: 07/31/06
Docketed Total:  $63,564.33
Filing Creditor Name and Address
 QUINN EMANUEL URQUHART OLIVER
 & HEDGES LLP
 865 S FIGUEROA ST 10TH FL
 LOS ANGELES CA 90017

Claim Holder Name and Address    Docketed Total    $63,564.33
QUINN EMANUEL URQUHART OLIVER &
HEDGES LLP
865 S FIGUEROA ST 10TH FL
LOS ANGELES CA 90017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $63,564.33 |
| | | | $63,564.33 |

Modified Total    $50,353.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $32,173.76 |
| 05-44640 | | | $18,179.86 |
| | | | $50,353.62 |

---

**Claim: 9150**
Date Filed: 07/10/06
Docketed Total:  $20,298.56
Filing Creditor Name and Address
 R E DIXON INC
 2801 LOCKHEED WAY
 CARSON CITY NV 89706

Claim Holder Name and Address    Docketed Total    $20,298.56
R E DIXON INC
2801 LOCKHEED WAY
CARSON CITY NV 89706

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,298.56 |
| | | | $20,298.56 |

Modified Total    $20,298.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,298.56 |
| | | | $20,298.56 |

---

**Claim: 7699**
Date Filed: 06/09/06
Docketed Total:  $15,408.15
Filing Creditor Name and Address
 RACK PROCESSING CO INC EFT
 2350 ARBOR BLVD
 DAYTON OH 45439-1724

Claim Holder Name and Address    Docketed Total    $15,408.15
RACK PROCESSING CO INC EFT
2350 ARBOR BLVD
DAYTON OH 45439-1724

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,408.15 |
| | | | $15,408.15 |

Modified Total    $12,158.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,158.67 |
| | | | $12,158.67 |

---

**Claim: 5358**
Date Filed: 05/09/06
Docketed Total:  $23,679.17
Filing Creditor Name and Address
 RECO EQUIPMENT INC
 PO BOX 160
 MORRISTOWN OH 43759

Claim Holder Name and Address    Docketed Total    $23,679.17
RECO EQUIPMENT INC
PO BOX 160
MORRISTOWN OH 43759

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $23,679.17 |
| | | | $23,679.17 |

Modified Total    $1,789.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,789.40 |
| | | | $1,789.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:   54 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1636<br>Date Filed:01/23/06<br>Docketed Total:  $8,497.73<br>Filing Creditor Name and Address<br> REQUARTH LUMBER CO INC<br> PO BOX 38<br> DAYTON OH 45401 | Claim Holder Name and Address<br>REQUARTH LUMBER CO INC<br>PO BOX 38<br>DAYTON OH 45401 | Docketed Total | | $8,497.73 | Modified Total | | | $8,497.73 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $8,497.73<br>$8,497.73 | 05-44640 | | | $8,497.73<br>$8,497.73 |
| Claim: 2387<br>Date Filed:03/24/06<br>Docketed Total:  $61,578.63<br>Filing Creditor Name and Address<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF DETROIT HEADING LLC<br> ONE UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address<br>REVENUE MANAGEMENT AS ASSIGNEE OF<br>DETROIT HEADING LLC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $61,578.63 | Modified Total | | | $60,876.94 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $61,578.63<br>$61,578.63 | 05-44640 | | | $60,876.94<br>$60,876.94 |
| Claim: 4045<br>Date Filed:11/25/05<br>Docketed Total:  $4,691.52<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR JAN PAK<br> HUNTSVILLE<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR JAN PAK HUNTSVILLE<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024 | Docketed Total | | $4,691.52 | Modified Total | | | $4,519.20 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $4,691.52<br>$4,691.52 | 05-44640 | | | $4,519.20<br>$4,519.20 |
| Claim: 7031<br>Date Filed:05/30/06<br>Docketed Total:  $11,108.98<br>Filing Creditor Name and Address<br> ROBOTICS INC<br> 2421 RTE 9<br> BALLSTON SPA NY 12020-4407 | Claim Holder Name and Address<br>ROBOTICS INC<br>2421 RTE 9<br>BALLSTON SPA NY 12020-4407 | Docketed Total | | $11,108.98 | Modified Total | | | $8,568.98 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $11,108.98<br>$11,108.98 | 05-44640 | | | $8,568.98<br>$8,568.98 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:   55 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 1523**
Date Filed: 01/12/06
Docketed Total:  $6,532.99
Filing Creditor Name and Address
 ROCHESTER GAS & ELECTRIC
 CORPORATION
 89 EAST AVE
 ROCHESTER NY 14649

Claim Holder Name and Address
ROCHESTER GAS & ELECTRIC
CORPORATION
89 EAST AVE
ROCHESTER NY 14649
Docketed Total    $6,532.99

Modified Total    $6,187.31

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,532.99 | 05-44640 | | | $6,187.31 |
| | | | $6,532.99 | | | | $6,187.31 |

**Claim: 13528**
Date Filed: 07/31/06
Docketed Total:  $138,716.61
Filing Creditor Name and Address
 RPS TECHNOLOGIES INC
 1390 VANGUARD BLVD
 MIAMISBURG OH 45342

Claim Holder Name and Address
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022
Docketed Total    $138,716.61

Modified Total    $134,135.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $138,716.61 | | | 05-44640 | | | $134,135.28 |
| | $138,716.61 | | | | | | $134,135.28 |

**Claim: 15281**
Date Filed: 07/31/06
Docketed Total:  $5,495.00
Filing Creditor Name and Address
 S E HUFFMAN CORP EFT
 1050 HUFFMAN WAY
 CLOVER SC 29710

Claim Holder Name and Address
S E HUFFMAN CORP EFT
1050 HUFFMAN WAY
CLOVER SC 29710
Docketed Total    $5,495.00

Modified Total    $5,495.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,495.00 | 05-44640 | | | $5,495.00 |
| | | | $5,495.00 | | | | $5,495.00 |

**Claim: 12243**
Date Filed: 07/28/06
Docketed Total:  $22,080.43
Filing Creditor Name and Address
 S&D OSTERFELD MECHANICAL
 CONTRACTORS INC
 S&D OSTERFELD MECHANICAL
 1101 NEGLEY PL
 DAYTON OH 45402

Claim Holder Name and Address
S&D OSTERFELD MECHANICAL
CONTRACTORS INC
S&D OSTERFELD MECHANICAL
1101 NEGLEY PL
DAYTON OH 45402
Docketed Total    $22,080.43

Modified Total    $22,080.43

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $21,195.47 | | $884.96 | 05-44640 | | | $22,080.43 |
| | $21,195.47 | | $884.96 | | | | $22,080.43 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  56 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2644**
Date Filed: 04/13/06
Docketed Total:   $55,050.00
Filing Creditor Name and Address
  SALION INC & SIERRA LIQUIDITY
  FUND
  SIERRA LIQUIDITY FUND
  2699 WHITE ROAD STE 255
  IRVINE CA 92614

Claim Holder Name and Address    Docketed Total    $55,050.00
SALION INC & SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE ROAD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $55,050.00 |
| | | | $55,050.00 |

Modified Total    $55,050.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $55,050.00 |
| | | | $55,050.00 |

---

**Claim: 2120**
Date Filed: 02/27/06
Docketed Total:   $97,728.50
Filing Creditor Name and Address
  SAMUEL SON & CO
  MICHELLE PRITCHARD
  4334 WALDEN AVE
  LANCASTER NY 14086

Claim Holder Name and Address    Docketed Total    $97,728.50
SAMUEL SON & CO
MICHELLE PRITCHARD
4334 WALDEN AVE
LANCASTER NY 14086

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $97,728.50 |
| | | | $97,728.50 |

Modified Total    $97,728.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $97,728.50 |
| | | | $97,728.50 |

---

**Claim: 3128**
Date Filed: 04/28/06
Docketed Total:   $79.60
Filing Creditor Name and Address
  SANWAL TECHNOLOGIES INC
  4 PEUQUET PKY
  TONAWANDA NY 14150-2413

Claim Holder Name and Address    Docketed Total    $79.60
SANWAL TECHNOLOGIES INC
4 PEUQUET PKY
TONAWANDA NY 14150-2413

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79.60 |
| | | | $79.60 |

Modified Total    $79.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $79.60 |
| | | | $79.60 |

---

**Claim: 11240**
Date Filed: 07/26/06
Docketed Total:   $169,826.60
Filing Creditor Name and Address
  SATYAM COMPUTER SERVICES
  LIMITED
  SANJAY GUPTA
  300 GALLERIA OFFICENTRE STE
  322
  SOUTHFIELD MI 48034

Claim Holder Name and Address    Docketed Total    $169,826.60
SATYAM COMPUTER SERVICES LIMITED
SANJAY GUPTA
300 GALLERIA OFFICENTRE STE
322
SOUTHFIELD MI 48034

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $169,826.60 |
| | | | $169,826.60 |

Modified Total    $160,158.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $160,158.60 |
| | | | $160,158.60 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   57 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1735**
Date Filed: 01/31/06
Docketed Total:   $69,421.97
Filing Creditor Name and Address
 SCAPA TAPES N A
 ATTN CARMEN FOLKES
 111 GREAT POND DR
 WINDSOR CT 06095

Claim Holder Name and Address     Docketed Total     $69,421.97
SCAPA TAPES N A
ATTN CARMEN FOLKES
111 GREAT POND DR
WINDSOR CT 06095

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $69,421.97 | |
| | | $69,421.97 | |

Modified Total     $69,421.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $69,421.97 |
| | | | $69,421.97 |

---

**Claim: 2696**
Date Filed: 04/19/06
Docketed Total:   $15,234.88
Filing Creditor Name and Address
 SCHAEFER SYSTEMS INTERNATIONAL
 & SIERRA LIQUIDITY FUND
 SIERRA LIQUIDITY FUND
 2699 WHITE RD STE 255
 IRVINE CA 92614

Claim Holder Name and Address     Docketed Total     $15,234.88
SCHAEFER SYSTEMS INTERNATIONAL &
SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,234.88 |
| | | | $15,234.88 |

Modified Total     $1,174.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,174.00 |
| | | | $1,174.00 |

---

**Claim: 4878**
Date Filed: 05/05/06
Docketed Total:   $2,502.07
Filing Creditor Name and Address
 SCHLEMMER ASSOCIATES INC
 800 COMPTON RD
 CINCINNATI OH 45231-3846

Claim Holder Name and Address     Docketed Total     $2,502.07
SCHLEMMER ASSOCIATES INC
800 COMPTON RD
CINCINNATI OH 45231-3846

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,502.07 |
| | | | $2,502.07 |

Modified Total     $2,502.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,502.07 |
| | | | $2,502.07 |

---

**Claim: 926**
Date Filed: 11/29/05
Docketed Total:   $8,013.77
Filing Creditor Name and Address
 SCHMITT INDUSTRIES INC
 ATTN MICHAEL S MCAFEE
 2765 NW NICOLAI
 PORTLAND OR 97210

Claim Holder Name and Address     Docketed Total     $8,013.77
SCHMITT INDUSTRIES INC
ATTN MICHAEL S MCAFEE
2765 NW NICOLAI
PORTLAND OR 97210

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,013.77 |
| | | | $8,013.77 |

Modified Total     $3,198.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,198.77 |
| | | | $3,198.77 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:   58 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7076<br>Date Filed:05/30/06<br>Docketed Total:  $38,853.06<br>Filing Creditor Name and Address<br> SCOTTISSUE INC<br> 3249 DRYDEN RD<br> DAYTON OH 45439 | Claim Holder Name and Address   Docketed Total   $38,853.06<br>SCOTTISSUE INC<br>3249 DRYDEN RD<br>DAYTON OH 45439 | | | | Modified Total   $35,275.55 | | | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $38,853.06<br>                                             $38,853.06 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $35,275.55<br>                                             $35,275.55 | | | |
| Claim: 9585<br>Date Filed:07/17/06<br>Docketed Total:  $81,300.76<br>Filing Creditor Name and Address<br> SEAL & DESIGN INC<br> 4015 CASILIO PKY<br> CLARENCE NY 14031 | Claim Holder Name and Address   Docketed Total   $81,300.76<br>SEAL & DESIGN INC<br>4015 CASILIO PKY<br>CLARENCE NY 14031 | | | | Modified Total   $76,102.26 | | | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $81,300.76<br>                                             $81,300.76 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $76,102.26<br>                                             $76,102.26 | | | |
| Claim: 10398<br>Date Filed:07/24/06<br>Docketed Total:  $25,106.75<br>Filing Creditor Name and Address<br> SHEFFIELD MEASUREMENT INC<br> KEVIN MCBRIDE<br> 250 CIRCUIT DR<br> NO KINGSTOWN RI 02852 | Claim Holder Name and Address   Docketed Total   $25,106.75<br>SHEFFIELD MEASUREMENT INC<br>KEVIN MCBRIDE<br>250 CIRCUIT DR<br>NO KINGSTOWN RI 02852 | | | | Modified Total   $22,104.75 | | | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $25,106.75<br>                                             $25,106.75 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $22,104.75<br>                                             $22,104.75 | | | |
| Claim: 14662<br>Date Filed:07/31/06<br>Docketed Total:  $7,254.97<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE PUMP PROS INC<br> ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total   $7,254.97<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>PUMP PROS INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | Modified Total   $7,136.79 | | | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $7,254.97<br><br>                                             $7,254.97 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $7,136.79<br><br>                                             $7,136.79 | | | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  59 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9695<br>Date Filed:07/18/06<br>Docketed Total:  $116,779.47<br>Filing Creditor Name and Address<br> SOUTHERN STATES CHEMICAL<br> PO BOX 546<br> SAVANNAH GA 31402 | Claim Holder Name and Address<br>SOUTHERN STATES CHEMICAL<br>PO BOX 546<br>SAVANNAH GA 31402 | Docketed Total | | $116,779.47 | | Modified Total | | $116,594.95 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$116,779.47<br>$116,779.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$116,594.95<br>$116,594.95 |
| Claim: 16446<br>Date Filed:05/30/06<br>Docketed Total:  $144,962.44<br>Filing Creditor Name and Address<br> SOUTHWIRE COMPANY<br> BARBARA ELLIS-MONRO, ESQ.<br> SMITH, GAMBRELL & RUSSELL, LLP<br> 1230 PEACHTREE STREET, N.E.,<br> SUITE 3100<br> ATLANTA GA 30309-3592 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $144,962.44 | | Modified Total | | $140,274.95 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$144,962.44<br><br>$144,962.44 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$140,274.95<br><br>$140,274.95 |
| Claim: 14136<br>Date Filed:07/31/06<br>Docketed Total:  $91,770.01<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASIGNEE OF<br> KANE MAGNETICS GMBH<br> BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address<br>SPCP GROUP LLC AS ASSIGNEE OF KANE<br>MAGNETICS GMBH<br>BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | Docketed Total | | $91,770.01 | | Modified Total | | $91,704.36 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$25,214.34<br>$25,214.34 | Unsecured<br>$66,555.67<br>$66,555.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$91,704.36<br>$91,704.36 |
| Claim: 14138<br>Date Filed:07/31/06<br>Docketed Total:  $430,748.18<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> PRECISION DIE & STAMPING INC<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address<br>SPCP GROUP LLC AS ASSIGNEE OF<br>PRECISION DIE & STAMPING INC<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | Docketed Total | | $430,748.18 | | Modified Total | | $314,358.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$430,748.18<br>$430,748.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$314,358.90<br>$314,358.90 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                       Page:   60 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11963**
Date Filed: 07/28/06
Docketed Total:   $101,068.30
Filing Creditor Name and Address
 SPECIAL DEVICES INCORPORATED
 14370 WHITE SAGE RD
 MOORPARK CA 93021

Claim Holder Name and Address | Docketed Total | $101,068.30
SPECIAL DEVICES INCORPORATED
14370 WHITE SAGE RD
MOORPARK CA 93021

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $101,068.30 |
| | | | $101,068.30 |

Modified Total | $80,347.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,347.05 |
| | | | $80,347.05 |

---

**Claim: 8444**
Date Filed: 06/23/06
Docketed Total:   $820.00
Filing Creditor Name and Address
 SPECIALTY HEAT TREATING CO INC
 3700 EASTERN AVE SE
 GRAND RAPIDS MI 49508-241

Claim Holder Name and Address | Docketed Total | $820.00
FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE
2305
NEW YORK NY 10001

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $820.00 |
| | | | $820.00 |

Modified Total | $820.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $820.00 |
| | | | $820.00 |

---

**Claim: 10955**
Date Filed: 07/26/06
Docketed Total:   $126,623.88
Filing Creditor Name and Address
 SPEED TECH CORPORATION
 NO 568 SEC 1
 MIN SHENG N RD
 KWEISHAN HSIANG TAOYUAN HSIEN
 TAIWAN, PROVINCE OF CHINA

Claim Holder Name and Address | Docketed Total | $126,623.88
SPEED TECH CORPORATION
NO 568 SEC 1
MIN SHENG N RD
KWEISHAN HSIANG TAOYUAN HSIEN
TAIWAN, PROVINCE OF CHINA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,623.88 |
| | | | $126,623.88 |

Modified Total | $113,350.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $113,350.13 |
| | | | $113,350.13 |

---

**Claim: 10956**
Date Filed: 07/26/06
Docketed Total:   $191,139.00
Filing Creditor Name and Address
 SPEED TECH CORPORATION
 NO 568 SEC 1
 MIN SHENG N RD
 KWEISHAN HSIANG TAOYUAN HSIEN
 TAIWAN, PROVINCE OF CHINA

Claim Holder Name and Address | Docketed Total | $191,139.00
SPEED TECH CORPORATION
NO 568 SEC 1
MIN SHENG N RD
KWEISHAN HSIANG TAOYUAN HSIEN
TAIWAN, PROVINCE OF CHINA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $191,139.00 |
| | | | $191,139.00 |

Modified Total | $71,139.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $15,009.00 |
| 05-44624 | | | $56,130.00 |
| | | | $71,139.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   61 of 73

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 209<br>Date Filed:10/31/05<br>Docketed Total:  $856.00<br>Filing Creditor Name and Address<br> STAR SU STAR CUTTER COMPANY<br> AKA STAR CUT SALES GOLD STAR<br> COATING AND STAR SU LLC<br> STAR SU STAR CUTTER COMPANY<br> 23461 INDUSTRIAL PARK DR<br> FARMINGTON HILLS MI 48335 | Claim Holder Name and Address    Docketed Total    $856.00<br>STAR SU STAR CUTTER COMPANY AKA<br>STAR CUT SALES GOLD STAR COATING<br>AND STAR SU LLC<br>STAR SU STAR CUTTER COMPANY<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS MI 48335 | Modified Total    $856.00 |
| | **Case Number\***    Secured        _Priority_        _Unsecured_<br>05-44481                                                   $856.00<br>                                                       $856.00 | _Case Number\*_    Secured        _Priority_        _Unsecured_<br>05-44640                                                   $856.00<br>                                                       $856.00 |
| Claim: 10178<br>Date Filed:07/21/06<br>Docketed Total: $3,229.00<br>Filing Creditor Name and Address<br> STUART IRBY C CO<br> 6.40179E+008<br> 815 S STATE ST<br> PO BOX 1819<br> JACKSON MS 19215-1819 | Claim Holder Name and Address    Docketed Total    $3,229.00<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | Modified Total    $3,229.00 |
| | _Case Number\*_    Secured        _Priority_        _Unsecured_<br>05-44481                                                 $3,229.00<br><br>                                                       $3,229.00 | _Case Number\*_    Secured        _Priority_        _Unsecured_<br>05-44640                                                 $3,229.00<br><br>                                                       $3,229.00 |
| Claim: 6336<br>Date Filed:05/19/06<br>Docketed Total:  $6,720.00<br>Filing Creditor Name and Address<br> SUNAPEE CHEMICAL INC<br> PO BOX 684<br> WOOSTER OH 44691 | Claim Holder Name and Address    Docketed Total    $6,720.00<br>SUNAPEE CHEMICAL INC<br>PO BOX 684<br>WOOSTER OH 44691 | Modified Total    $6,720.00 |
| | _Case Number\*_    Secured        _Priority_        _Unsecured_<br>05-44481                                                 $6,720.00<br>                                                       $6,720.00 | _Case Number\*_    Secured        _Priority_        _Unsecured_<br>05-44640                                                 $6,720.00<br>                                                       $6,720.00 |
| Claim: 8770<br>Date Filed:06/29/06<br>Docketed Total:  $26,343.82<br>Filing Creditor Name and Address<br> SURFACE COMBUSTION INC<br> THOMAS C MCCLAIN<br> PO BOX 428<br> 1700 INDIAN WOOD CIRCLE<br> MAUMEE OH 43537-0428 | Claim Holder Name and Address    Docketed Total    $26,343.82<br>SURFACE COMBUSTION INC<br>THOMAS C MCCLAIN<br>PO BOX 428<br>1700 INDIAN WOOD CIRCLE<br>MAUMEE OH 43537-0428 | Modified Total    $26,343.82 |
| | _Case Number\*_    Secured        _Priority_        _Unsecured_<br>05-44481                                                $26,343.82<br>                                                      $26,343.82 | _Case Number\*_    Secured        _Priority_        _Unsecured_<br>05-44640                                                $26,343.82<br>                                                      $26,343.82 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:   62 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16358<br>Date Filed:10/10/06<br>Docketed Total:  $44,188.02<br>Filing Creditor Name and Address<br> T S EXPEDITING SERVICE INC<br> DBA TRI STATE EXPEDITED<br> SERVICE INC<br> PO BOX 307 SCATSCI<br> PERRYSBURG OH 43552 | Claim Holder Name and Address<br>T S EXPEDITING SERVICE INC<br>DBA TRI STATE EXPEDITED<br>SERVICE INC<br>PO BOX 307 SCATSCI<br>PERRYSBURG OH 43552 | Docketed Total | | $44,188.02 | | Modified Total | | $44,188.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$44,188.02<br>$44,188.02 | Case Number*<br>05-44612<br>05-44640 | Secured | Priority | Unsecured<br>$1,296.58<br>$42,891.44<br>$44,188.02 |
| Claim: 1341<br>Date Filed:12/28/05<br>Docketed Total:  $23,917.01<br>Filing Creditor Name and Address<br> TAPCO PRODUCTS INC<br> PO BOX 42395<br> CINCINNATI OH 45242 | Claim Holder Name and Address<br>TAPCO PRODUCTS INC<br>PO BOX 42395<br>CINCINNATI OH 45242 | Docketed Total | | $23,917.01 | | Modified Total | | $22,738.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$23,917.01<br>$23,917.01 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,738.05<br>$22,738.05 |
| Claim: 1353<br>Date Filed:12/28/05<br>Docketed Total:  $53,943.12<br>Filing Creditor Name and Address<br> TDS AUTOMOTIVE US INC<br> 2851 HIGH MEADOW CIR STE 250<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>TDS AUTOMOTIVE US INC<br>2851 HIGH MEADOW CIR STE 250<br>AUBURN HILLS MI 48326 | Docketed Total | | $53,943.12 | | Modified Total | | $47,499.16 |
| | Case Number*<br>05-44558 | Secured | Priority | Unsecured<br>$53,943.12<br>$53,943.12 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$47,499.16<br>$47,499.16 |
| Claim: 1576<br>Date Filed:01/18/06<br>Docketed Total:  $98,962.60<br>Filing Creditor Name and Address<br> TEGAL CORPORATION<br> 2201 S MC DOWELL BLVD<br> PETALUMA CA 94954 | Claim Holder Name and Address<br>TEGAL CORPORATION<br>2201 S MC DOWELL BLVD<br>PETALUMA CA 94954 | Docketed Total | | $98,962.60 | | Modified Total | | $53,963.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$98,962.60<br>$98,962.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$53,963.40<br>$53,963.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  63 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8521<br>Date Filed: 06/26/06<br>Docketed Total: $13,464.00<br>Filing Creditor Name and Address<br>  TENAXOL INC<br>  5801 W NATIONAL AVE<br>  MILWAUKEE WI 53214-3492 | Claim Holder Name and Address<br>TENAXOL INC<br>5801 W NATIONAL AVE<br>MILWAUKEE WI 53214-3492 | Docketed Total | | $13,464.00 | | Modified Total | | $13,464.00 |
| | **Case Number*** 05-44481 | **Secured** | **Priority** | **Unsecured** $13,464.00 <br>$13,464.00 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $13,464.00 <br>$13,464.00 |
| Claim: 8527<br>Date Filed: 06/26/06<br>Docketed Total: $1,409.10<br>Filing Creditor Name and Address<br>  TENAXOL INC<br>  5801 W NATIONAL AVE<br>  MILWAUKEE WI 53214-3447 | Claim Holder Name and Address<br>TENAXOL INC<br>5801 W NATIONAL AVE<br>MILWAUKEE WI 53214-3447 | Docketed Total | | $1,409.10 | | Modified Total | | $1,409.10 |
| | **Case Number*** 05-44481 | **Secured** | **Priority** | **Unsecured** $1,409.10 <br>$1,409.10 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $1,409.10 <br>$1,409.10 |
| Claim: 1758<br>Date Filed: 02/03/06<br>Docketed Total: $29,633.67<br>Filing Creditor Name and Address<br>  TEST AMERICA ANALYTICAL<br>  TESTING<br>  1380 BUSCH PARKWAY<br>  BUFFALO GROVE IL 60089 | Claim Holder Name and Address<br>TEST AMERICA ANALYTICAL TESTING<br>1380 BUSCH PARKWAY<br>BUFFALO GROVE IL 60089 | Docketed Total | | $29,633.67 | | Modified Total | | $14,695.38 |
| | **Case Number*** 05-44481 | **Secured** | **Priority** | **Unsecured** $29,633.67 <br>$29,633.67 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $14,695.38 <br>$14,695.38 |
| Claim: 16583<br>Date Filed: 03/20/07<br>Docketed Total: $206,964.00<br>Filing Creditor Name and Address<br>  TESTEQUITY INC<br>  ATTN ALEX BULCKE<br>  2450 TURQUOISE CIR<br>  THOUSAND OAKS CA 91320 | Claim Holder Name and Address<br>TESTEQUITY INC<br>ATTN ALEX BULCKE<br>2450 TURQUOISE CIR<br>THOUSAND OAKS CA 91320 | Docketed Total | | $206,964.00 | | Modified Total | | $165,246.00 |
| | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $206,964.00 <br>$206,964.00 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $165,246.00 <br>$165,246.00 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  64 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10373<br>Date Filed:07/24/06<br>Docketed Total:  $61,309.20<br>Filing Creditor Name and Address<br> THE DAYTON POWER AND LIGHT<br> COMPANY<br> 1065 WOODMAN DR<br> DAYTON OH 45432 | Claim Holder Name and Address   Docketed Total   $61,309.20<br>THE DAYTON POWER AND LIGHT COMPANY<br>1065 WOODMAN DR<br>DAYTON OH 45432 | | | | | | | Modified Total   $37,272.92 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$61,309.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$37,272.92 |
| | | | | $61,309.20 | | | | $37,272.92 |
| Claim: 1110<br>Date Filed:12/12/05<br>Docketed Total:  $42,905.53<br>Filing Creditor Name and Address<br> THIELENHAUS MICROFINISH<br> CORPORATION<br> ATTN MS JOAN COBLENTZ<br> 42925 W NINE MILE RD<br> NOVI MI 48375 | Claim Holder Name and Address   Docketed Total   $42,905.53<br>THIELENHAUS MICROFINISH CORPORATION<br>ATTN MS JOAN COBLENTZ<br>42925 W NINE MILE RD<br>NOVI MI 48375 | | | | | | | Modified Total   $18,324.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$42,905.53 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$18,324.04 |
| | | | | $42,905.53 | | | | $18,324.04 |
| Claim: 11538<br>Date Filed:07/27/06<br>Docketed Total:  $5,226.75<br>Filing Creditor Name and Address<br> THIERICA EQUIPMENT CORP<br> 900 CLANCY AVE NE<br> GRAND RAPIDS MI 49503 | Claim Holder Name and Address   Docketed Total   $5,226.75<br>THIERICA EQUIPMENT CORP<br>900 CLANCY AVE NE<br>GRAND RAPIDS MI 49503 | | | | | | | Modified Total   $5,226.75 |
| | Case Number*<br>05-44589 | Secured | Priority | Unsecured<br>$5,226.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,226.75 |
| | | | | $5,226.75 | | | | $5,226.75 |
| Claim: 2691<br>Date Filed:04/19/06<br>Docketed Total:  $10,701.40<br>Filing Creditor Name and Address<br> THREE 60 PRODUCTIONS & SIERRA<br> LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total   $10,701.40<br>THREE 60 PRODUCTIONS & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | | Modified Total   $4,274.40 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,701.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,274.40 |
| | | | | $10,701.40 | | | | $4,274.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  65 of 73

In re: Delphi Corporation, et al.                                                                                            Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11743<br>Date Filed:07/27/06<br>Docketed Total: $1,777,501.48<br>Filing Creditor Name and Address<br> TI GROUP AUTOMOTIVE SYSTEMS<br> LLC<br> TIMOTHY GUERRIERO ESQ<br> GENERAL COUNSEL & COMPANY<br> SECRETARY<br> TI AUTOMOTIVE<br> 12345 E NINE MILE RD<br> WARREN MI 48089-2614 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>NEELIMA VELUVOLU<br>270 PARK AVE 17TH FL<br>NEW YORK NY 10017 | Docketed Total | | $1,777,501.48 | | Modified Total | | $1,145,420.76 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $1,777,501.48 | 05-44640 | | | $1,145,420.76 |
| | | | | $1,777,501.48 | | | | $1,145,420.76 |
| Claim: 1755<br>Date Filed:02/03/06<br>Docketed Total: $229,282.43<br>Filing Creditor Name and Address<br> TITAN PLASTICS GROUP INC<br> 8051 MOORSBRIDGE<br> PORTAGE MI 49024 | Claim Holder Name and Address<br>TITAN PLASTICS GROUP INC<br>8051 MOORSBRIDGE<br>PORTAGE MI 49024 | Docketed Total | | $229,282.43 | | Modified Total | | $147,710.86 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $229,282.43 | 05-44640 | | | $147,710.86 |
| | | | | $229,282.43 | | | | $147,710.86 |
| Claim: 10815<br>Date Filed:07/25/06<br>Docketed Total: $2,003.55<br>Filing Creditor Name and Address<br> TOTAL FILTRATION SERVICES INC<br> 2725 COMMERCE PKWY<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>TOTAL FILTRATION SERVICES INC<br>2725 COMMERCE PKWY<br>AUBURN HILLS MI 48326 | Docketed Total | | $2,003.55 | | Modified Total | | $2,003.55 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44482 | | | $2,003.55 | 05-44640 | | | $2,003.55 |
| | | | | $2,003.55 | | | | $2,003.55 |
| Claim: 13501<br>Date Filed:07/25/06<br>Docketed Total: $49,655.16<br>Filing Creditor Name and Address<br> TRANE COMPANY<br> DIV OF AMERICAN STANDARD INC<br> 3600 PAMMEL CREEK RD<br> LA CROSSE WI 54601 | Claim Holder Name and Address<br>TRANE COMPANY<br>DIV OF AMERICAN STANDARD INC<br>3600 PAMMEL CREEK RD<br>LA CROSSE WI 54601 | Docketed Total | | $49,655.16 | | Modified Total | | $35,743.73 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $49,655.16 | 05-44554<br>05-44640 | | | $301.00<br>$35,442.73 |
| | | | | $49,655.16 | | | | $35,743.73 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:  66 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2676**
Date Filed: 04/18/06
Docketed Total:   $5,572.96
Filing Creditor Name and Address
 TRANSFER TOOL PRODUCTS INC
 CO THOMAS G KING & DS HOLMGREN
 KREIS ENDERLE CALLANDER &
 HUDGINS E
 PO BOX 4010
 KALAMAZOO MI 49003-4010

Claim Holder Name and Address    Docketed Total    $5,572.96
TRANSFER TOOL PRODUCTS INC
CO THOMAS G KING & DS HOLMGREN
KREIS ENDERLE CALLANDER &
HUDGINS E
PO BOX 4010
KALAMAZOO MI 49003-4010

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,572.96 | 05-44640 | | | $5,572.96 |
| | | | $5,572.96 | | | | $5,572.96 |

Modified Total    $5,572.96

---

**Claim: 2678**
Date Filed: 04/18/06
Docketed Total: $4,623.40
Filing Creditor Name and Address
 TRANSFER TOOL PRODUCTS INC
 CO THOMAS G KING & DS HOLMGREN
 KREIS ENDERLE CALLANDER &
 HUDGINS E
 PO BOX 4010
 KALAMAZOO MI 49003-4010

Claim Holder Name and Address    Docketed Total    $4,623.40
TRANSFER TOOL PRODUCTS INC
CO THOMAS G KING & DS HOLMGREN
KREIS ENDERLE CALLANDER &
HUDGINS E
PO BOX 4010
KALAMAZOO MI 49003-4010

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,623.40 | 05-44640 | | | $4,623.40 |
| | | | $4,623.40 | | | | $4,623.40 |

Modified Total    $4,623.40

---

**Claim: 1475**
Date Filed: 01/09/06
Docketed Total:   $1,000.00
Filing Creditor Name and Address
 TREASURER STATE OF OHIO
 ATTN ROBERT LEIDY
 OHIO DEPARTMENT OF HEALTH
 161 SOUTH HIGH ST STE 400
 AKRON OH 44308

Claim Holder Name and Address    Docketed Total    $1,000.00
TREASURER STATE OF OHIO
ATTN ROBERT LEIDY
OHIO DEPARTMENT OF HEALTH
161 SOUTH HIGH ST STE 400
AKRON OH 44308

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,000.00 | 05-44640 | | | $200.00 |
| | | | $1,000.00 | | | | $200.00 |

Modified Total    $200.00

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   67 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 8075<br>Date Filed:06/16/06<br>Docketed Total:   $21,230.04<br>Filing Creditor Name and Address<br> TRUPAR AMERICA<br> BRIAN BELBACK<br> 160 WILSON RD<br> BENTLEYVILLE PA 15314 | Claim Holder Name and Address     Docketed Total     $21,230.04<br>TRUPAR AMERICA<br>BRIAN BELBACK<br>160 WILSON RD<br>BENTLEYVILLE PA 15314<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $21,230.04<br>                                                     $21,230.04 | | Modified Total     $20,808.24<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $20,808.24<br>                                                     $20,808.24 | |
| Claim: 1793<br>Date Filed:02/06/06<br>Docketed Total:   $39,726.30<br>Filing Creditor Name and Address<br> UNITED ROAD SERVICES INC DBA<br> PILOT TRANSPORT<br> ATTN BILL COLE<br> PO BOX 258<br> BRIGHTON MI 48116 | Claim Holder Name and Address     Docketed Total     $39,726.30<br>UNITED ROAD SERVICES INC DBA PILOT<br>TRANSPORT<br>ATTN BILL COLE<br>PO BOX 258<br>BRIGHTON MI 48116<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $39,726.30<br>                                                     $39,726.30 | | Modified Total     $39,726.30<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $39,726.30<br>                                                     $39,726.30 | |
| Claim: 15350<br>Date Filed:07/31/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> UNIVERSITY OF ILLINOIS<br> THE OFFICE OF BUSINESS AFFAIRS<br> GRANT & CONTRACTS 109 COBLE H<br> 801 S WRIGHT ST RMT CHG 5 01<br> CHICAGO IL 61820 | Claim Holder Name and Address     Docketed Total     $30,000.00<br>UNIVERSITY OF ILLINOIS<br>THE OFFICE OF BUSINESS AFFAIRS<br>GRANT & CONTRACTS 109 COBLE H<br>801 S WRIGHT ST RMT CHG 5 01<br>CHICAGO IL 61820<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $30,000.00<br>                                                     $30,000.00 | | Modified Total     $30,000.00<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $30,000.00<br>                                                     $30,000.00 | |
| Claim: 5454<br>Date Filed:05/10/06<br>Docketed Total:   $1,643.70<br>Filing Creditor Name and Address<br> UPPER PENINSULA POWER COMPANY<br> PO BOX 19076<br> GREEN BAY WI 54307-9076 | Claim Holder Name and Address     Docketed Total     $1,643.70<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $1,643.70<br>                                                     $1,643.70 | | Modified Total     $1,643.70<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $1,643.70<br>                                                     $1,643.70 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                          Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7084**
Date Filed: 05/30/06
Docketed Total:   $21.78
Filing Creditor Name and Address
 USA MOBILE COMMUNICATIONS
 USA MOBILITY METROCALL ARCH
 WIRELES
 890 E HEINBERG ST
 PENSACOLA FL 32502

Claim Holder Name and Address — Docketed Total $21.78
USA MOBILE COMMUNICATIONS
USA MOBILITY METROCALL ARCH
WIRELES
890 E HEINBERG ST
PENSACOLA FL 32502

Modified Total $21.78

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $21.78 | 05-44624 | | | $21.78 |
| | | | $21.78 | | | | $21.78 |

**Claim: 11030**
Date Filed: 07/26/06
Docketed Total:   $1,372.28
Filing Creditor Name and Address
 VECTREN ENERGY DELIVERY
 ATTN SHARON ARMSTRONG
 PO BOX 209
 EVANSVILLE IN 47702

Claim Holder Name and Address — Docketed Total $1,372.28
VECTREN ENERGY DELIVERY
ATTN SHARON ARMSTRONG
PO BOX 209
EVANSVILLE IN 47702

Modified Total $1,322.45

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,372.28 | 05-44640 | | | $1,322.45 |
| | | | $1,372.28 | | | | $1,322.45 |

**Claim: 11031**
Date Filed: 07/26/06
Docketed Total:   $777.39
Filing Creditor Name and Address
 VECTREN ENERGY DELIVERY
 ATTN SHARON ARMSTRONG
 PO BOX 209
 EVANSVILLE IN 47702

Claim Holder Name and Address — Docketed Total $777.39
VECTREN ENERGY DELIVERY
ATTN SHARON ARMSTRONG
PO BOX 209
EVANSVILLE IN 47702

Modified Total $650.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $777.39 | 05-44640 | | | $650.00 |
| | | | $777.39 | | | | $650.00 |

**Claim: 11037**
Date Filed: 07/26/06
Docketed Total:   $1,092.16
Filing Creditor Name and Address
 VECTREN ENERGY DELIVERY
 ATTN SHARON ARMSTRONG
 PO BOX 209
 EVANSVILLE IN 47702

Claim Holder Name and Address — Docketed Total $1,092.16
VECTREN ENERGY DELIVERY
ATTN SHARON ARMSTRONG
PO BOX 209
EVANSVILLE IN 47702

Modified Total $801.06

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,092.16 | 05-44640 | | | $801.06 |
| | | | $1,092.16 | | | | $801.06 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                         Page:  69 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 13457**<br>Date Filed: 07/31/06<br>Docketed Total:  $379,947.09<br>Filing Creditor Name and Address<br>  VEHMA INTERNATIONAL OF<br>  AMERICAN INC<br>  SCHAFER AND WEINER PLLC<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address<br>VEHMA INTERNATIONAL OF AMERICAN INC<br>SCHAFER AND WEINER PLLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304 | Docketed Total | | $379,947.09 | Modified Total | | | $245,137.69 |
| | Case Number*<br>05-44640 | Secured<br>$379,947.09 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$245,137.69 |
| | | $379,947.09 | | | | | | $245,137.69 |
| **Claim: 9471**<br>Date Filed: 07/13/06<br>Docketed Total:  $38,735.12<br>Filing Creditor Name and Address<br>  VETTE CORP<br>  2 WALL ST 4TH FL<br>  MANCHESTER NH 03101 | Claim Holder Name and Address<br>VETTE CORP<br>2 WALL ST 4TH FL<br>MANCHESTER NH 03101 | Docketed Total | | $38,735.12 | Modified Total | | | $12,705.52 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$38,735.12 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,705.52 |
| | | | | $38,735.12 | | | | $12,705.52 |
| **Claim: 9452**<br>Date Filed: 07/13/06<br>Docketed Total:  $2,675,676.21<br>Filing Creditor Name and Address<br>  VISHAY AMERICAS INC<br>  ATTN MARION R HUBBARD<br>  1 GREENWHICH PL<br>  SHELTON CT 06484 | Claim Holder Name and Address<br>VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWHICH PL<br>SHELTON CT 06484 | Docketed Total | | $2,675,676.21 | Modified Total | | | $92,156.46 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,675,676.21 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$92,156.46 |
| | | | | $2,675,676.21 | | | | $92,156.46 |
| **Claim: 6561**<br>Date Filed: 05/22/06<br>Docketed Total:  $119,243.50<br>Filing Creditor Name and Address<br>  VITRONICS SOLTEC<br>  2 MARIN WAY<br>  STRATHAM NH 03885 | Claim Holder Name and Address<br>VITRONICS SOLTEC<br>2 MARIN WAY<br>STRATHAM NH 03885 | Docketed Total | | $119,243.50 | Modified Total | | | $54,359.40 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$119,243.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$54,359.40 |
| | | | | $119,243.50 | | | | $54,359.40 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   70 of 73

In re: Delphi Corporation, et al.                                                                           Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11393**
Date Filed: 07/27/06
Docketed Total:   $54,050.82
Filing Creditor Name and Address
 VORYS SATER SEYMOUR AND PEASE
 LLP
 C O RANDALL D LATOUR ESQ
 52 E GAY ST
 PO BOX 1008
 COLUMBUS OH 43215

Claim Holder Name and Address   Docketed Total   $54,050.82
VORYS SATER SEYMOUR AND PEASE LLP
C O RANDALL D LATOUR ESQ
52 E GAY ST
PO BOX 1008
COLUMBUS OH 43215

Modified Total   $648.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,050.82 |
| | | | $54,050.82 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $648.10 |
| | | | $648.10 |

---

**Claim: 9917**
Date Filed: 07/19/06
Docketed Total:   $10,510.50
Filing Creditor Name and Address
 VOSS MANUFACTURING INC
 2345 LOCKPORT RD
 SANBORN NY 14132

Claim Holder Name and Address   Docketed Total   $10,510.50
VOSS MANUFACTURING INC
2345 LOCKPORT RD
SANBORN NY 14132

Modified Total   $10,510.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,510.50 |
| | | | $10,510.50 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,510.50 |
| | | | $10,510.50 |

---

**Claim: 9060**
Date Filed: 07/06/06
Docketed Total:   $32,728.44
Filing Creditor Name and Address
 WALTER MECHANICAL SERVICE
 DBA ATI GROUP
 3419 PIERSON PL
 FLUSHING MI 48433

Claim Holder Name and Address   Docketed Total   $32,728.44
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

Modified Total   $31,126.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $32,728.44 |
| | | | $32,728.44 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,126.64 |
| | | | $31,126.64 |

---

**Claim: 8742**
Date Filed: 06/29/06
Docketed Total:   $1,690.25
Filing Creditor Name and Address
 WCR INC OHIO DIV
 221 CRANE ST
 DAYTON OH 45403

Claim Holder Name and Address   Docketed Total   $1,690.25
WCR INC OHIO DIV
221 CRANE ST
DAYTON OH 45403

Modified Total   $1,690.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,690.25 |
| | | | $1,690.25 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,690.25 |
| | | | $1,690.25 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                       Page:   71 of 73

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 2047**<br>Date Filed:02/16/06<br>Docketed Total:  $174,296.44<br>Filing Creditor Name and Address<br>  WINDSOR MACHINE & STAMPING LTD<br>  5725 OUTER DR RR 1<br>  WINDSOR ON W9A 6J3<br>  CANADA | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $174,296.44 | | Modified Total | | $174,296.44 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$174,296.44 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$174,296.44 |
| | | | | $174,296.44 | | | | $174,296.44 |
| **Claim: 7062**<br>Date Filed:05/30/06<br>Docketed Total:   $20,830.11<br>Filing Creditor Name and Address<br>  WORKPLACE INTEGRATORS<br>  DRAWER1634<br>  PO BOX 79001<br>  DETROIT MI 48279-1634 | Claim Holder Name and Address<br>WORKPLACE INTEGRATORS<br>DRAWER1634<br>PO BOX 79001<br>DETROIT MI 48279-1634 | Docketed Total | | $20,830.11 | | Modified Total | | $20,830.11 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,830.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,830.11 |
| | | | | $20,830.11 | | | | $20,830.11 |
| **Claim: 11224**<br>Date Filed:07/26/06<br>Docketed Total:   $120,421.40<br>Filing Creditor Name and Address<br>  XPEDX<br>  MARTHA DIAZ<br>  3900 LIMA ST<br>  DENVER CO 80239 | Claim Holder Name and Address<br>XPEDX<br>MARTHA DIAZ<br>3900 LIMA ST<br>DENVER CO 80239 | Docketed Total | | $120,421.40 | | Modified Total | | $120,421.40 |
| | Case Number*<br>05-44529 | Secured | Priority | Unsecured<br>$120,421.40 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$120,421.40 |
| | | | | $120,421.40 | | | | $120,421.40 |
| **Claim: 1568**<br>Date Filed:01/17/06<br>Docketed Total:   $4,088.81<br>Filing Creditor Name and Address<br>  YUASA & HARA<br>  SECTION 206 NEW OHTEMACHI BLDG<br>  2 1<br>  OHTEMACHI 2 CHOME CHIYODA KU<br>  TOKYO  100-0004<br>  JAPAN | Claim Holder Name and Address<br>YUASA & HARA<br>SECTION 206 NEW OHTEMACHI BLDG<br>2 1<br>OHTEMACHI 2 CHOME CHIYODA KU<br>TOKYO  100-0004<br>JAPAN | Docketed Total | | $4,088.81 | | Modified Total | | $4,012.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,088.81 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,012.39 |
| | | | | $4,088.81 | | | | $4,012.39 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:   72 of 73

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Row 1**

CLAIM TO BE MODIFIED:
Claim: 9153
Date Filed: 07/10/06
Docketed Total:  $48,340.32
Filing Creditor Name and Address
  YUASA & HARA
  SECTION 206 NEW OHTEMACHI BLDG
  2 1
  OHTEMACHI 2 CHOME CHIYODA KU
  TOKYO  100-0004
  JAPAN

CLAIM AS DOCKETED:
Claim Holder Name and Address          Docketed Total          $48,340.32
YUASA & HARA
SECTION 206 NEW OHTEMACHI BLDG
2 1
OHTEMACHI 2 CHOME CHIYODA KU
TOKYO  100-0004
JAPAN

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $48,340.32 |
| | | | $48,340.32 |

CLAIM AS MODIFIED:
Modified Total          $45,691.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,691.36 |
| | | | $45,691.36 |

**Row 2**

CLAIM TO BE MODIFIED:
Claim: 4399
Date Filed: 05/02/06
Docketed Total:  $5,066.84
Filing Creditor Name and Address
  Z MAR TECHNOLOGY
  TONYA CHAPMAN
  PO BOX 1298
  MATTHEWS NC 28106

CLAIM AS DOCKETED:
Claim Holder Name and Address          Docketed Total          $5,066.84
Z MAR TECHNOLOGY
TONYA CHAPMAN
PO BOX 1298
MATTHEWS NC 28106

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,066.84 |
| | | | $5,066.84 |

CLAIM AS MODIFIED:
Modified Total          $2,257.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,257.62 |
| | | | $2,257.62 |

Total Count of Claims:  285
Total Amount as Docketed:        $27,381,394.53
Total Amount as Modified:        $19,240,182.28

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-1 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  73 of 73

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2870**
Date Filed: 04/27/06
Docketed Total:   $3,954.48
Filing Creditor Name and Address
 ANDERSON CO SC
 ANDERSON CO TREASURER
 PO BOX 8002
 ANDERSON SC 29622

Claim Holder Name and Address     Docketed Total     $3,954.48
ANDERSON CO SC
ANDERSON CO TREASURER
PO BOX 8002
ANDERSON SC 29622

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $3,954.48 | | 05-44640 | | $3,033.57 | |
| | | $3,954.48 | | | | $3,033.57 | |

Modified Total     $3,033.57

---

**Claim: 1502**
Date Filed: 01/10/06
Docketed Total:   $112,252.16
Filing Creditor Name and Address
 BOARD OF COUNTY COMMISSIONERS
 OF JOHNSON COUNTY KANSAS
 JOHNSON COUNTY LEGAL DEPT
 JOHNSON COUNTY ADMIN BLDG
 111 S CHERRY ST STE 3200
 OLATHE KS 66061-3441

Claim Holder Name and Address     Docketed Total     $112,252.16
BOARD OF COUNTY COMMISSIONERS OF
JOHNSON COUNTY KANSAS
JOHNSON COUNTY LEGAL DEPT
JOHNSON COUNTY ADMIN BLDG
111 S CHERRY ST STE 3200
OLATHE KS 66061-3441

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $112,252.16 | | | 05-44640 | | | $97,459.26 |
| | $112,252.16 | | | | | | $97,459.26 |

Modified Total     $97,459.26

---

**Claim: 1509**
Date Filed: 01/10/06
Docketed Total:   $325,806.69
Filing Creditor Name and Address
 BOARD OF COUNTY COMMISSIONERS
 OF JOHNSON COUNTY KANSAS
 JOHNSON COUNTY LEGAL DEPT
 JOHNSON COUNTY ADMIN BLDG
 111 S CHERRY ST STE 3200
 OLATHE KS 66061-3441

Claim Holder Name and Address     Docketed Total     $325,806.69
BOARD OF COUNTY COMMISSIONERS OF
JOHNSON COUNTY KANSAS
JOHNSON COUNTY LEGAL DEPT
JOHNSON COUNTY ADMIN BLDG
111 S CHERRY ST STE 3200
OLATHE KS 66061-3441

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $325,806.69 | | 05-44640 | | $282,870.92 | |
| | | $325,806.69 | | | | $282,870.92 | |

Modified Total     $282,870.92

---

**Claim: 1332**
Date Filed: 12/27/05
Docketed Total:   $1,672.13
Filing Creditor Name and Address
 CAMPBELL COUNTY TREASURERS
 OFFICE
 PO BOX 37
 RUSTBURG VA 24588

Claim Holder Name and Address     Docketed Total     $1,672.13
CAMPBELL COUNTY TREASURERS OFFICE
PO BOX 37
RUSTBURG VA 24588

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,672.13 | | 05-44640 | | $1,282.73 | |

Modified Total     $1,282.73

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                    Page:  1 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | $1,672.13 | CLAIM AS MODIFIED | $1,282.73 |
|---|---|---|---|---|

**Claim: 325**
Date Filed:11/04/05
Docketed Total:   $551.00
Filing Creditor Name and Address
 CAROLYN P BOWERS MONTGOMERY
 COUNTY TRUSTEE
 PO BOX 1005
 CLARKSVILLE TN 37041

Claim Holder Name and Address   Docketed Total   $551.00
CAROLYN P BOWERS MONTGOMERY COUNTY
TRUSTEE
PO BOX 1005
CLARKSVILLE TN 37041

Modified Total   $422.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $551.00 | | 05-44640 | | $422.68 | |
| | | $551.00 | | | | $422.68 | |

**Claim: 9558**
Date Filed:07/17/06
Docketed Total:   $7,331.57
Filing Creditor Name and Address
 CHARTER TOWNSHIP OF BRIGHTON
 HARRIS & LITERSKI
 822 E GRAND RIVER
 BRIGHTON MI 48116

Claim Holder Name and Address   Docketed Total   $7,331.57
CHARTER TOWNSHIP OF BRIGHTON
HARRIS & LITERSKI
822 E GRAND RIVER
BRIGHTON MI 48116

Modified Total   $7,049.59

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $7,331.57 | | 05-44640 | | $7,049.59 | |
| | | $7,331.57 | | | | $7,049.59 | |

**Claim: 8763**
Date Filed:06/29/06
Docketed Total:   $1,410.24
Filing Creditor Name and Address
 CHESTERFIELD CO SC
 CHESTERFIELD CO TAX TREASURER
 PO BOX 750
 CHESTERFIELD SC 29709

Claim Holder Name and Address   Docketed Total   $1,410.24
CHESTERFIELD CO SC
CHESTERFIELD CO TAX TREASURER
PO BOX 750
CHESTERFIELD SC 29709

Modified Total   $932.72

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,410.24 | | 05-44640 | | $932.72 | |
| | | $1,410.24 | | | | $932.72 | |

**Claim: 7239**
Date Filed:05/31/06
Docketed Total:   $73.22
Filing Creditor Name and Address
 CHRIS HUGHES  OKALOOSA COUNTY
 TAX COLLECTOR
 OKALOOSA COUNTY TAX COLLECTOR
 151-C EGLIN PARKWAY NE
 FT WALTON BEACH FL 32548

Claim Holder Name and Address   Docketed Total   $73.22
CHRIS HUGHES  OKALOOSA COUNTY TAX
COLLECTOR
OKALOOSA COUNTY TAX COLLECTOR
151-C EGLIN PARKWAY NE
FT WALTON BEACH FL 32548

Modified Total   $65.65

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $73.22 | | | 05-44640 | | | $65.65 |
| | $73.22 | | | | | | $65.65 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:   2 of 22

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7238<br>Date Filed:05/31/06<br>Docketed Total:  $16,756.18<br>Filing Creditor Name and Address<br> CHRIS HUGHES OKALOOSA COUNTY<br> TAX COLLECTOR<br> PHILIP A BATES PA<br> PO BOX 1390<br> PENSACOLA FL 32591-1390 | Claim Holder Name and Address   Docketed Total      $16,756.18<br>CHRIS HUGHES OKALOOSA COUNTY TAX<br>COLLECTOR<br>PHILIP A BATES PA<br>PO BOX 1390<br>PENSACOLA FL 32591-1390<br><br>Case Number*   Secured     Priority      Unsecured<br>05-44481      $16,756.18                      <br>              $16,756.18 | Modified Total      $16,120.74<br><br><br><br><br><br>Case Number*   Secured    Priority     Unsecured<br>05-44640                              $16,120.74<br>                                      $16,120.74 |
| Claim: 109<br>Date Filed:10/25/05<br>Docketed Total:  $4.00<br>Filing Creditor Name and Address<br> CITY OF FRANKLIN<br> TAX COLLECTOR<br> PO BOX 705<br> FRANKLIN TN 37065 | Claim Holder Name and Address   Docketed Total          $4.00<br>CITY OF FRANKLIN<br>TAX COLLECTOR<br>PO BOX 705<br>FRANKLIN TN 37065<br><br>Case Number*   Secured     Priority      Unsecured<br>05-44481      $4.00<br>              $4.00 | Modified Total          $3.07<br><br><br><br><br>Case Number*   Secured    Priority     Unsecured<br>05-44640                  $3.07<br>                          $3.07 |
| Claim: 7561<br>Date Filed:06/06/06<br>Docketed Total:  $16.91<br>Filing Creditor Name and Address<br> CITY OF GORDONSVILLE TENNESSEE<br> JAMIE D WINKLER ESQ<br> BELLAR & WINKLER<br> 212 MAIN ST N<br> PO BOX 332<br> CARTHAGE TN 37030 | Claim Holder Name and Address   Docketed Total         $16.91<br>CITY OF GORDONSVILLE TENNESSEE<br>JAMIE D WINKLER ESQ<br>BELLAR & WINKLER<br>212 MAIN ST N<br>PO BOX 332<br>CARTHAGE TN 37030<br><br>Case Number*   Secured     Priority      Unsecured<br>05-44481                  $16.91<br>                          $16.91 | Modified Total         $12.97<br><br><br><br><br><br>Case Number*   Secured    Priority     Unsecured<br>05-44640                  $12.97<br>                          $12.97 |
| Claim: 6653<br>Date Filed:05/23/06<br>Docketed Total:  $1,370.50<br>Filing Creditor Name and Address<br> CITY OF LAREDO<br> C O LAURA L GOMEZ<br> 212 FLORES AVE<br> LAREDO TX 78040 | Claim Holder Name and Address   Docketed Total      $1,370.50<br>CITY OF LAREDO<br>C O LAURA L GOMEZ<br>212 FLORES AVE<br>LAREDO TX 78040<br><br>Case Number*   Secured     Priority      Unsecured<br>05-44481                  $1,370.50<br>                          $1,370.50 | Modified Total         $513.63<br><br><br><br><br>Case Number*   Secured    Priority     Unsecured<br>05-44640                  $513.63<br>                          $513.63 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                            Page:  3 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10138<br>Date Filed:07/21/06<br>Docketed Total:   $532.04<br>Filing Creditor Name and Address<br>  CITY OF LYNCHBURG VA<br>  CITY OF LYNCHBURG<br>  PO BOX 9000<br>  LYNCHBURG VA 24505 | Claim Holder Name and Address    Docketed Total        $532.04<br>CITY OF LYNCHBURG VA<br>CITY OF LYNCHBURG<br>PO BOX 9000<br>LYNCHBURG VA 24505 | Modified Total       $277.20 |

| | Case Number*    Secured       Priority       Unsecured<br>05-44640                                $532.04<br>                                        $532.04 | Case Number*    Secured       Priority       Unsecured<br>05-44640                                $277.20<br>                                        $277.20 |

| Claim: 3213<br>Date Filed:04/28/06<br>Docketed Total:   $34,386.70<br>Filing Creditor Name and Address<br>  CITY OF N KANSAS MO<br>  CITY HALL / CITY COLLECTOR<br>  PO BOX 7468<br>  2010 HOWELL ST<br>  N KANSAS CITY MO 64116 | Claim Holder Name and Address    Docketed Total      $34,386.70<br>CITY OF N KANSAS MO<br>CITY HALL / CITY COLLECTOR<br>PO BOX 7468<br>2010 HOWELL ST<br>N KANSAS CITY MO 64116 | Modified Total      $26,378.84 |

| | Case Number*    Secured       Priority       Unsecured<br>05-44640                              $34,386.70<br>                                        $34,386.70 | Case Number*    Secured       Priority       Unsecured<br>05-44640                              $26,378.84<br>                                        $26,378.84 |

| Claim: 425<br>Date Filed:11/07/05<br>Docketed Total:   $71.00<br>Filing Creditor Name and Address<br>  CITY OF PULASKI<br>  PO BOX 633<br>  PULASKI TN 38478 | Claim Holder Name and Address    Docketed Total        $71.00<br>CITY OF PULASKI<br>PO BOX 633<br>PULASKI TN 38478 | Modified Total        $54.47 |

| | Case Number*    Secured       Priority       Unsecured<br>05-44640                                              $71.00<br>                                                      $71.00 | Case Number*    Secured       Priority       Unsecured<br>05-44640                                $54.47<br>                                        $54.47 |

| Claim: 6741<br>Date Filed:05/12/06<br>Docketed Total:   $2,132.39<br>Filing Creditor Name and Address<br>  CITY OF TORRINGTON CT<br>  CITY OF TORRINGTON TAX<br>  COLLECTOR<br>  PO BOX 839<br>  TORRINGTON CT 06790 | Claim Holder Name and Address    Docketed Total       $2,132.39<br>CITY OF TORRINGTON CT<br>CITY OF TORRINGTON TAX<br>COLLECTOR<br>PO BOX 839<br>TORRINGTON CT 06790 | Modified Total       $1,983.62 |

| | Case Number*    Secured       Priority       Unsecured<br>05-44640         $2,132.39<br>                 $2,132.39 | Case Number*    Secured       Priority       Unsecured<br>05-44640                                              $1,983.62<br>                                                      $1,983.62 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:  4 of 22

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5858**
Date Filed: 05/15/06
Docketed Total:  $172.94
Filing Creditor Name and Address
  CLARK COUNTY TREASURER
  31 N LIMESTONE ST
  SPRINGFIELD OH 45502

Claim Holder Name and Address — CLARK COUNTY TREASURER, 31 N LIMESTONE ST, SPRINGFIELD OH 45502 — Docketed Total $172.94

Modified Total $132.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $172.94 | | 05-44640 | | $132.67 | |
| | | $172.94 | | | | $132.67 | |

**Claim: 5859**
Date Filed: 05/15/06
Docketed Total:  $134.10
Filing Creditor Name and Address
  CLARK COUNTY TREASURER
  31 N LIMESTONE ST
  PO BOX 1305
  SPRINGFIELD OH 45502

Claim Holder Name and Address — CLARK COUNTY TREASURER, 31 N LIMESTONE ST, PO BOX 1305, SPRINGFIELD OH 45502 — Docketed Total $134.10

Modified Total $102.87

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $134.10 | | 05-44640 | | $102.87 | |
| | | $134.10 | | | | $102.87 | |

**Claim: 6869**
Date Filed: 05/25/06
Docketed Total:  $351.00
Filing Creditor Name and Address
  CLINTON CITY RECORDER
  100 BOWLING ST CITY HALL
  CLINTON TN 37716

Claim Holder Name and Address — CLINTON CITY RECORDER, 100 BOWLING ST CITY HALL, CLINTON TN 37716 — Docketed Total $351.00

Modified Total $331.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $351.00 | | | 05-44640 | | | $331.40 |
| | $351.00 | | | | | | $331.40 |

**Claim: 2949**
Date Filed: 04/27/06
Docketed Total:  $2,540.94
Filing Creditor Name and Address
  CLINTON COUNTY IN
  CLINTON COUNTY TREASURER
  220 COURTHOUSE SQ
  FRANKFORT IN 46041

Claim Holder Name and Address — CLINTON COUNTY IN, CLINTON COUNTY TREASURER, 220 COURTHOUSE SQ, FRANKFORT IN 46041 — Docketed Total $2,540.94

Modified Total $2,245.08

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,540.94 | 05-44640 | | | $2,245.08 |
| | | | $2,540.94 | | | | $2,245.08 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                              Page:   5 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 355<br>Date Filed:11/04/05<br>Docketed Total:   $13,760.40<br>Filing Creditor Name and Address<br> COLLECTOR OF REVENUE<br> 41 S CENTRAL AVE<br> CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $13,760.40 | | Modified Total | | $10,555.98 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $13,760.40<br>$13,760.40 | | 05-44640 | | $10,555.98<br>$10,555.98 | |
| Claim: 356<br>Date Filed:11/04/05<br>Docketed Total:   $38.03<br>Filing Creditor Name and Address<br> COLLECTOR OF REVENUE<br> 41 S CENTRAL AVE<br> CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $38.03 | | Modified Total | | $29.79 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $38.03<br>$38.03 | | 05-44640 | | $29.79<br>$29.79 | |
| Claim: 357<br>Date Filed:11/04/05<br>Docketed Total:   $3,397.03<br>Filing Creditor Name and Address<br> COLLECTOR OF REVENUE<br> 41 S CENTRAL AVE<br> CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $3,397.03 | | Modified Total | | $2,605.94 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $3,397.03<br>$3,397.03 | | 05-44640 | | $2,605.94<br>$2,605.94 | |
| Claim: 3392<br>Date Filed:04/28/06<br>Docketed Total:   $25,358.82<br>Filing Creditor Name and Address<br> COPIAH COUNTY<br> TAX COLLECTOR<br> PO BOX 705<br> HAZLEHURST MS 39083 | Claim Holder Name and Address<br>COPIAH COUNTY<br>TAX COLLECTOR<br>PO BOX 705<br>HAZLEHURST MS 39083 | Docketed Total | | $25,358.82 | | Modified Total | | $24,620.21 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $25,358.82<br>$25,358.82 | | 05-44640 | | $24,620.21<br>$24,620.21 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                   Page:   6 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4312**
Date Filed: 05/01/06
Docketed Total:   $529.30
Filing Creditor Name and Address
 DAVIESS CO KY
 DAVIESS COUNTY ATTORNEY
 212 ST ANN ST
 OWENSBORO KY 42303

Claim Holder Name and Address    Docketed Total        $529.30
DAVIESS CO KY
DAVIESS COUNTY ATTORNEY
212 ST ANN ST
OWENSBORO KY 42303

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $529.30 | |
| | | $529.30 | |

Modified Total        $272.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $272.93 | |
| | | $272.93 | |

---

**Claim: 6361**
Date Filed: 05/19/06
Docketed Total:   $128.48
Filing Creditor Name and Address
 DEARBORN COUNTYIN
 DEARBORN COUNTY TREASURER
 215B W HIGH ST
 NEW ADMINSTRATION BLGD
 LAWRENCEBURG IN 47025

Claim Holder Name and Address    Docketed Total        $128.48
DEARBORN COUNTYIN
DEARBORN COUNTY TREASURER
215B W HIGH ST
NEW ADMINSTRATION BLGD
LAWRENCEBURG IN 47025

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $128.48 | |
| | | $128.48 | |

Modified Total         $66.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $66.90 | |
| | | $66.90 | |

---

**Claim: 10038**
Date Filed: 07/20/06
Docketed Total:   $392.83
Filing Creditor Name and Address
 DELAWARE COUNTY IN
 DELAWARE COUNTY TREASURER
 100 W MAIN ST
 ROOM 102
 MUNCIE IN 47305

Claim Holder Name and Address    Docketed Total        $392.83
DELAWARE COUNTY IN
DELAWARE COUNTY TREASURER
100 W MAIN ST
ROOM 102
MUNCIE IN 47305

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $392.83 | |
| | | $392.83 | |

Modified Total        $392.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $392.83 | |
| | | $392.83 | |

---

**Claim: 10039**
Date Filed: 07/20/06
Docketed Total:   $64.31
Filing Creditor Name and Address
 DELAWARE COUNTY IN
 DELAWARE COUNTY TREASURER
 100 W MAIN ST
 ROOM 102
 MUNCIE IN 47305

Claim Holder Name and Address    Docketed Total         $64.31
DELAWARE COUNTY IN
DELAWARE COUNTY TREASURER
100 W MAIN ST
ROOM 102
MUNCIE IN 47305

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $64.31 | |
| | | $64.31 | |

Modified Total         $64.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $64.31 | |
| | | $64.31 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10037**
Date Filed: 07/20/06
Docketed Total:   $148.02
Filing Creditor Name and Address
 DELAWARE COUNTY TREASURER
 ROOM 102 COUNTY BLDG
 100 W MAIN ST
 MUNICE IN 47305

Claim Holder Name and Address    Docketed Total    $148.02
DELAWARE COUNTY TREASURER
ROOM 102 COUNTY BLDG
100 W MAIN ST
MUNICE IN 47305

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $148.02 | |
| | | $148.02 | |

Modified Total    $148.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $148.02 | |
| | | $148.02 | |

---

**Claim: 3389**
Date Filed: 04/28/06
Docketed Total:   $43.44
Filing Creditor Name and Address
 EDGEFIELD CO SC
 EDGEFIELD CO TREASURER
 PO BOX 22
 EDGEFIELD SC 29824

Claim Holder Name and Address    Docketed Total    $43.44
EDGEFIELD CO SC
EDGEFIELD CO TREASURER
PO BOX 22
EDGEFIELD SC 29824

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $43.44 |
| | | | $43.44 |

Modified Total    $28.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28.97 |
| | | | $28.97 |

---

**Claim: 1545**
Date Filed: 01/17/06
Docketed Total:   $18.86
Filing Creditor Name and Address
 FORREST BUTCH FREEMAN OKLAHOMA
 COUNTY TREASURER
 320 ROBERT S KERR RM 307
 OKLAHOMA CITY OK 73102

Claim Holder Name and Address    Docketed Total    $18.86
FORREST BUTCH FREEMAN OKLAHOMA
COUNTY TREASURER
320 ROBERT S KERR RM 307
OKLAHOMA CITY OK 73102

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $18.86 | | |
| | $18.86 | | |

Modified Total    $18.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $18.86 | | |
| | $18.86 | | |

---

**Claim: 4415**
Date Filed: 05/02/06
Docketed Total:   $21.33
Filing Creditor Name and Address
 GLEYN TWILLA
 CITY TAX COLLECTOR
 425 W COURT ST
 DYERSBURG TN 38024

Claim Holder Name and Address    Docketed Total    $21.33
GLEYN TWILLA
CITY TAX COLLECTOR
425 W COURT ST
DYERSBURG TN 38024

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $21.33 | |
| | | $21.33 | |

Modified Total    $19.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $19.95 | |
| | | $19.95 | |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                Page:   8 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 893<br>Date Filed:11/28/05<br>Docketed Total:  $948.13<br>Filing Creditor Name and Address<br> GRAYSON COUNTY<br> F R YOUNG JR TREASURER<br> PO BOX 127<br> INDEPENDENCE VA 24348 | Claim Holder Name and Address  Docketed Total      $948.13<br>GRAYSON COUNTY<br>F R YOUNG JR TREASURER<br>PO BOX 127<br>INDEPENDENCE VA 24348 | | | | Modified Total      $948.13 | | | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$948.13<br>$948.13 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$948.13<br>$948.13 |
| Claim: 4865<br>Date Filed:05/05/06<br>Docketed Total:  $2,398.16<br>Filing Creditor Name and Address<br> GREENWOOD CO SC<br> GREENWOOD CO TAX TREASURER<br> 528 MONUMENT ST<br> R 101<br> GREENWOOD SC 29646 | Claim Holder Name and Address  Docketed Total    $2,398.16<br>GREENWOOD CO SC<br>GREENWOOD CO TAX TREASURER<br>528 MONUMENT ST<br>R 101<br>GREENWOOD SC 29646 | | | | Modified Total    $1,599.73 | | | |
| | Case Number*<br>05-44481 | Secured<br>$2,398.16<br>$2,398.16 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,599.73<br>$1,599.73 |
| Claim: 2232<br>Date Filed:03/09/06<br>Docketed Total:  $11,927.66<br>Filing Creditor Name and Address<br> HENRY COUNTY TREASURER<br> 101 S MAIN ST<br> NEW CASTLE IN 47362 | Claim Holder Name and Address  Docketed Total    $11,927.66<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE IN 47362 | | | | Modified Total    $2,396.24 | | | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$11,927.66<br>$11,927.66 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$2,396.24<br>$2,396.24 | Unsecured |
| Claim: 5372<br>Date Filed:05/09/06<br>Docketed Total:  $860.67<br>Filing Creditor Name and Address<br> HILLSBOROUGH COUNTY TAX<br> COLLECTOR<br> PO BOX 172920<br> TAMPA FL 33602 | Claim Holder Name and Address  Docketed Total      $860.67<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>PO BOX 172920<br>TAMPA FL 33602 | | | | Modified Total      $860.67 | | | |
| | Case Number*<br>05-44640 | Secured<br>$860.67<br>$860.67 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$860.67<br>$860.67 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:   9 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5756<br>Date Filed: 05/12/06<br>Docketed Total:  $669.29<br>Filing Creditor Name and Address<br> JACKSON COUNTY<br> MANAGER OF FINANCE<br> COLLECTION DEPARTMENT<br> 415 E 12TH ST<br> KANSAS CITY MO 64106-8401 | Claim Holder Name and Address    Docketed Total        $669.29<br>JACKSON COUNTY<br>MANAGER OF FINANCE<br>COLLECTION DEPARTMENT<br>415 E 12TH ST<br>KANSAS CITY MO 64106-8401 | | | | Modified Total        $669.29 | | | |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_<br>$669.29<br>$669.29 | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_ | _Priority_<br>$669.29<br>$669.29 | _Unsecured_ |
| Claim: 1160<br>Date Filed: 12/13/05<br>Docketed Total:  $636.02<br>Filing Creditor Name and Address<br> JOE G TEDDER TAX COLLECTOR<br> PO BOX 1189<br> BARTOW FL 33830 | Claim Holder Name and Address    Docketed Total        $636.02<br>JOE G TEDDER TAX COLLECTOR<br>PO BOX 1189<br>BARTOW FL 33830 | | | | Modified Total        $487.91 | | | |
| | _Case Number*_<br>05-44481 | _Secured_<br>$636.02<br>$636.02 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$487.91<br>$487.91 |
| Claim: 7901<br>Date Filed: 06/13/06<br>Docketed Total:  $2,696.25<br>Filing Creditor Name and Address<br> JOHNSON COUNTY TREASURER<br> COURTHOUSE ANNEX<br> 86 W COURT ST<br> FRANKLIN IN 46131 | Claim Holder Name and Address    Docketed Total        $2,696.25<br>JOHNSON COUNTY TREASURER COURTHOUSE<br>ANNEX<br>86 W COURT ST<br>FRANKLIN IN 46131 | | | | Modified Total        $2,451.14 | | | |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_<br>$2,696.25<br>$2,696.25 | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_ | _Priority_<br>$2,451.14<br>$2,451.14 | _Unsecured_ |
| Claim: 6565<br>Date Filed: 05/22/06<br>Docketed Total:  $19.09<br>Filing Creditor Name and Address<br> JONES CO MS<br> JONES CO TAX COLLECTOR<br> PO BOX 511<br> LAUREL MS 39441 | Claim Holder Name and Address    Docketed Total        $19.09<br>JONES CO MS<br>JONES CO TAX COLLECTOR<br>PO BOX 511<br>LAUREL MS 39441 | | | | Modified Total        $19.09 | | | |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_<br>$19.09<br>$19.09 | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_ | _Priority_<br>$19.09<br>$19.09 | _Unsecured_ |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:   10 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1328**
Date Filed:12/27/05
Docketed Total:  $269,106.72
Filing Creditor Name and Address
 JUDY PITTS REVENUE
 COMMISSIONER ETOWAH COUNTY
 ALABAMA
 ETOWAH COUNTY COURTHOUSE
 800 FORREST AVE RM 5
 GADSDEN AL 35901

Claim Holder Name and Address — JUDY PITTS REVENUE COMMISSIONER ETOWAH COUNTY ALABAMA ETOWAH COUNTY COURTHOUSE 800 FORREST AVE RM 5 GADSDEN AL 35901 — Docketed Total $269,106.72

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $269,106.72 | | | 05-44640 | | $269,106.72 | |
| | | $269,106.72 | | | | | $269,106.72 | |

Modified Total $269,106.72

---

**Claim: 1448**
Date Filed:01/04/06
Docketed Total:  $4,025.93
Filing Creditor Name and Address
 KEN BURTON JR CFC
 TAX COLLECTOR MANATEE COUNTY
 PO BOX 25300
 BRADENTON FL 34206-5300

Claim Holder Name and Address — KEN BURTON JR CFC TAX COLLECTOR MANATEE COUNTY PO BOX 25300 BRADENTON FL 34206-5300 — Docketed Total $4,025.93

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $4,025.93 | | | | 05-44640 | | | $3,183.90 |
| | $4,025.93 | | | | | | | $3,183.90 |

Modified Total $3,183.90

---

**Claim: 1449**
Date Filed:01/04/06
Docketed Total:  $4,848.48
Filing Creditor Name and Address
 KEN BURTON JR CFC
 TAX COLLECTOR MANATEE COUNTY
 PO BOX 25300
 BRADENTON FL 34206-5300

Claim Holder Name and Address — KEN BURTON JR CFC TAX COLLECTOR MANATEE COUNTY PO BOX 25300 BRADENTON FL 34206-5300 — Docketed Total $4,848.48

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $4,848.48 | | | | 05-44640 | | | $3,834.41 |
| | $4,848.48 | | | | | | | $3,834.41 |

Modified Total $3,834.41

---

**Claim: 1450**
Date Filed:01/04/06
Docketed Total:  $3,247.89
Filing Creditor Name and Address
 KEN BURTON JR CFC
 TAX COLLECTOR MANATEE COUNTY
 PO BOX 25300
 BRADENTON FL 34206-5300

Claim Holder Name and Address — KEN BURTON JR CFC TAX COLLECTOR MANATEE COUNTY PO BOX 25300 BRADENTON FL 34206-5300 — Docketed Total $3,247.89

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $3,247.89 | | | | 05-44640 | | | $2,568.59 |
| | $3,247.89 | | | | | | | $2,568.59 |

Modified Total $2,568.59

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  11 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1451**
Date Filed: 01/04/06
Docketed Total:  $924.94
Filing Creditor Name and Address
 KEN BURTON JR CFC
 TAX COLLECTOR MANATEE COUNTY
 PO BOX 25300
 BRADENTON FL 34206-5300

Claim Holder Name and Address    Docketed Total        $924.94
KEN BURTON JR CFC
TAX COLLECTOR MANATEE COUNTY
PO BOX 25300
BRADENTON FL 34206-5300

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $924.94 | | |
| | $924.94 | | |

Modified Total        $731.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $731.49 |
| | | | $731.49 |

---

**Claim: 3331**
Date Filed: 04/28/06
Docketed Total:  $107.52
Filing Creditor Name and Address
 KING COUNTY TAX COLLECTOR ROOM
 600
 500 4TH AVE
 SEATTLE WA 98104-2340

Claim Holder Name and Address    Docketed Total        $107.52
KING COUNTY TAX COLLECTOR ROOM 600
500 4TH AVE
SEATTLE WA 98104-2340

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $107.52 | | |
| | $107.52 | | |

Modified Total        $107.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $107.52 |
| | | | $107.52 |

---

**Claim: 1770**
Date Filed: 02/03/06
Docketed Total:  $110,647.51
Filing Creditor Name and Address
 LEXINGTON COUNTY
 212 S LAKE DR
 LEXINGTON SC 29072

Claim Holder Name and Address    Docketed Total    $110,647.51
LEXINGTON COUNTY
212 S LAKE DR
LEXINGTON SC 29072

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $110,647.51 | | |
| | $110,647.51 | | |

Modified Total    $98,010.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $98,010.73 |
| | | | $98,010.73 |

---

**Claim: 3900**
Date Filed: 05/01/06
Docketed Total:  $279,385.42
Filing Creditor Name and Address
 LIMESTONE COUNTY REVENUE
 COMMISSIONER
 100 S CLINTON ST STE A
 ATHENS AL 35611

Claim Holder Name and Address    Docketed Total    $279,385.42
LIMESTONE COUNTY REVENUE
COMMISSIONER
100 S CLINTON ST STE A
ATHENS AL 35611

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $279,385.42 | | |
| | $279,385.42 | | |

Modified Total    $139,692.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $139,692.54 |
| | | | $139,692.54 |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                      Page:  12 of 22

In re: Delphi Corporation, et al.                                                Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 4301**
Date Filed: 05/01/06
Docketed Total:   $74,750.40
Filing Creditor Name and Address
  LINCOLN CO MS
  LINCOLN COUNTY TAX COLLECTOR
  301 SOUTH 1ST ST
  ROOM 109
  BROOKHAVEN MS 39601

Claim Holder Name and Address        Docketed Total        $74,750.40
LINCOLN CO MS
LINCOLN COUNTY TAX COLLECTOR
301 SOUTH 1ST ST
ROOM 109
BROOKHAVEN MS 39601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $74,750.40 |
| | | | $74,750.40 |

Modified Total        $74,750.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,750.40 |
| | | | $74,750.40 |

---

**Claim: 5562**
Date Filed: 05/01/06
Docketed Total:   $26,390.76
Filing Creditor Name and Address
  LINCOLN COUNTY TAX
  301 SOUTH 1ST ROOM 109
  BROOKHAVEN MS 39601

Claim Holder Name and Address        Docketed Total        $26,390.76
LINCOLN COUNTY TAX
301 SOUTH 1ST ROOM 109
BROOKHAVEN MS 39601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $26,390.76 | |
| | | $26,390.76 | |

Modified Total        $26,390.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,390.76 | |
| | | $26,390.76 | |

---

**Claim: 1331**
Date Filed: 12/27/05
Docketed Total:   $385.25
Filing Creditor Name and Address
  LOUISVILLE JEFFERSON COUNTY
  METRO GOVERNMENT
  JEFFERSON COUNTY ATTORNEY'S
  OFFICE
  FISCAL COURT BUILDING
  531 COURT PLACE STE 1001
  LOUISVILLE KY 40202

Claim Holder Name and Address        Docketed Total        $385.25
LOUISVILLE JEFFERSON COUNTY METRO
GOVERNMENT
JEFFERSON COUNTY ATTORNEY'S
OFFICE
FISCAL COURT BUILDING
531 COURT PLACE STE 1001
LOUISVILLE KY 40202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $385.25 | | |
| | $385.25 | | |

Modified Total        $207.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $207.53 |
| | | | $207.53 |

---

**Claim: 10576**
Date Filed: 07/25/06
Docketed Total:   $24,661.06
Filing Creditor Name and Address
  MADISON CO MS
  MADISON CO TAX COLLECTOR
  PO BOX 113
  CANTON MS 39046

Claim Holder Name and Address        Docketed Total        $24,661.06
MADISON CO MS
MADISON CO TAX COLLECTOR
PO BOX 113
CANTON MS 39046

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $24,661.06 | |
| | | $24,661.06 | |

Modified Total        $18,918.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $18,918.07 | |
| | | $18,918.07 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                     Page:  13 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16571<br>Date Filed:03/12/07<br>Docketed Total:   $1,064,727.48<br>Filing Creditor Name and Address<br> MADISON COUNTY INDIANA<br> TREASURER<br> C O THOMAS M BEEMAN ATTORNEY<br> AT LAW<br> 33 W 10TH ST STE 200<br> ANDERSON IN 46016 | Claim Holder Name and Address   Docketed Total   $1,064,727.48<br>MADISON COUNTY INDIANA TREASURER<br>C O THOMAS M BEEMAN ATTORNEY<br>AT LAW<br>33 W 10TH ST STE 200<br>ANDERSON IN 46016<br><br>Case Number*   Secured        Priority        Unsecured<br>05-44481                      $1,064,727.48<br>                              _____<br>                              $1,064,727.48 | Modified Total   $1,064,727.48<br><br><br><br><br>Case Number*   Secured        Priority        Unsecured<br>05-44640                      $1,064,727.48<br>                              _____<br>                              $1,064,727.48 |
| Claim: 1776<br>Date Filed:02/06/06<br>Docketed Total:  $25,633.36<br>Filing Creditor Name and Address<br> MARION CO TREASURER<br> PO BOX 275<br> MARION SC 29571 | Claim Holder Name and Address   Docketed Total      $25,633.36<br>MARION CO TREASURER<br>PO BOX 275<br>MARION SC 29571<br><br>Case Number*   Secured        Priority        Unsecured<br>05-44640                      $25,633.36<br>                              $25,633.36 | Modified Total      $25,631.21<br><br><br><br>Case Number*   Secured        Priority        Unsecured<br>05-44640                      $25,631.21<br>                              $25,631.21 |
| Claim: 4733<br>Date Filed:05/04/06<br>Docketed Total:   $432.23<br>Filing Creditor Name and Address<br> MARION COUNTY TAX COLLECTOR<br> PO BOX 970<br> OCALA FL 34478-0970 | Claim Holder Name and Address   Docketed Total        $432.23<br>MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA FL 34478-0970<br><br>Case Number*   Secured        Priority        Unsecured<br>05-44640       $432.23<br>               $432.23 | Modified Total        $331.57<br><br><br><br>Case Number*   Secured        Priority        Unsecured<br>05-44640                                      $331.57<br>                                              $331.57 |
| Claim: 3809<br>Date Filed:05/01/06<br>Docketed Total:   $23,506.58<br>Filing Creditor Name and Address<br> MAURY COUNTY TRUSTEE<br> ONE PUBLIC SQUARE<br> COLUMBIA TN 38401 | Claim Holder Name and Address   Docketed Total      $23,506.58<br>MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA TN 38401<br><br>Case Number*   Secured        Priority        Unsecured<br>05-44481                      $23,506.58<br>                              $23,506.58 | Modified Total      $22,821.92<br><br><br><br>Case Number*   Secured        Priority        Unsecured<br>05-44640                      $22,821.92<br>                              $22,821.92 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  14 of 22

In re: Delphi Corporation, et al.                                                                        Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1508**
Date Filed: 01/10/06
Docketed Total:  $2,185.62
Filing Creditor Name and Address
 MCDONALD COUNTY COLLECTOR
 CLOTEEL ATKINS
 BOX 725
 PINEVILLE MO 64856

Claim Holder Name and Address    Docketed Total    $2,185.62
MCDONALD COUNTY COLLECTOR CLOTEEL
ATKINS
BOX 725
PINEVILLE MO 64856

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $2,185.62 | | |
| | $2,185.62 | | |

Modified Total    $2,185.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,185.62 |
| | | | $2,185.62 |

---

**Claim: 1038**
Date Filed: 12/06/05
Docketed Total:  $806.18
Filing Creditor Name and Address
 METROPOLITAN GOVERNMENT OF
 NASHVILLE AND DAVIDSON COUNTY
 DEPT OF LAW
 RM 204 METROPOLITAN COURTHOUSE
 NASHVILLE TN 37201

Claim Holder Name and Address    Docketed Total    $806.18
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
DEPT OF LAW
RM 204 METROPOLITAN COURTHOUSE
NASHVILLE TN 37201

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | $806.18 | | |
| | $806.18 | | |

Modified Total    $618.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $618.44 |
| | | | $618.44 |

---

**Claim: 11121**
Date Filed: 07/27/06
Docketed Total:  $10,929.20
Filing Creditor Name and Address
 MONROE CO MO
 MONROE CO COLLECTOR
 300 N MAIN
 PO BOX 245
 PARIS MO 65275

Claim Holder Name and Address    Docketed Total    $10,929.20
MONROE CO MO
MONROE CO COLLECTOR
300 N MAIN
PO BOX 245
PARIS MO 65275

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $10,929.20 | |
| | | $10,929.20 | |

Modified Total    $10,929.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $10,929.20 | |
| | | $10,929.20 | |

---

**Claim: 10557**
Date Filed: 07/24/06
Docketed Total:  $29.87
Filing Creditor Name and Address
 MONROE COUNTY IN
 MONROE COUNTY TREASURER
 COURTHUSE ROOM 204
 BLOOMINGTON IN 47404

Claim Holder Name and Address    Docketed Total    $29.87
MONROE COUNTY IN
MONROE COUNTY TREASURER
COURTHUSE ROOM 204
BLOOMINGTON IN 47404

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $29.87 | |
| | | $29.87 | |

Modified Total    $28.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $28.86 | |
| | | $28.86 | |

---

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  15 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1456<br>Date Filed: 01/03/06<br>Docketed Total:  $6.34<br>Filing Creditor Name and Address<br> MORGAN COUNTY REVENUE<br> COMMISSIONER<br> AMANDA G SCOTT CPA<br> PO BOX 696<br> DECATUR AL 35602 | Claim Holder Name and Address    Docketed Total        $6.34<br>MORGAN COUNTY REVENUE COMMISSIONER<br>AMANDA G SCOTT CPA<br>PO BOX 696<br>DECATUR AL 35602 | | | | | Modified Total        $6.34 | | |
| | Case Number*<br>05-44640 | Secured<br>$6.34 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6.34 |
| | | $6.34 | | | | | | $6.34 |
| Claim: 5633<br>Date Filed: 05/11/06<br>Docketed Total:  $5,704.18<br>Filing Creditor Name and Address<br> NEWTON CO MS<br> NEWTON CO TAX COLLECTOR<br> PO BOX 7<br> DECATUR MS 39327 | Claim Holder Name and Address    Docketed Total      $5,704.18<br>NEWTON CO MS<br>NEWTON CO TAX COLLECTOR<br>PO BOX 7<br>DECATUR MS 39327 | | | | | Modified Total    $5,484.79 | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$5,704.18 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$5,484.79 | Unsecured |
| | | | $5,704.18 | | | | $5,484.79 | |
| Claim: 6939<br>Date Filed: 05/26/06<br>Docketed Total:  $106.91<br>Filing Creditor Name and Address<br> NEWTON COUNTY IN<br> NEWTON COUNTY TREASURER<br> COURTHOUSE<br> KENTLAND IN 47951 | Claim Holder Name and Address    Docketed Total      $106.91<br>NEWTON COUNTY IN<br>NEWTON COUNTY TREASURER<br>COURTHOUSE<br>KENTLAND IN 47951 | | | | | Modified Total      $97.19 | | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$106.91 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$97.19 | Unsecured |
| | | | $106.91 | | | | $97.19 | |
| Claim: 10248<br>Date Filed: 07/21/06<br>Docketed Total:  $8,075.92<br>Filing Creditor Name and Address<br> PIMA COUNTY TREASURER PIMA<br> COUNTY ASSESSOR PIMA COUNTY<br> ARIZONA<br> PIMA COUNTY ATTORNEYS OFFICE<br> CIVIL<br> 32 N STONE AVE STE 2100<br> TUCSON AZ 85701 | Claim Holder Name and Address    Docketed Total      $8,075.92<br>PIMA COUNTY TREASURER PIMA COUNTY<br>ASSESSOR PIMA COUNTY ARIZONA<br>PIMA COUNTY ATTORNEYS OFFICE<br>CIVIL<br>32 N STONE AVE STE 2100<br>TUCSON AZ 85701 | | | | | Modified Total    $7,969.66 | | |
| | Case Number*<br>05-44481 | Secured<br>$8,075.92 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,969.66 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  16 of 22

In re: Delphi Corporation, et al.                                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED $8,075.92 | | | | CLAIM AS MODIFIED | | | $7,969.66 |
|---|---|---|---|---|---|---|---|---|
| Claim: 3556<br>Date Filed:05/01/06<br>Docketed Total:   $100.61<br>Filing Creditor Name and Address<br> POPE COUNTY AR<br> POPE COUNTY TAX COLLECTOR<br> 100 WEST MAIN ST<br> RUSSELLVILLE AR 72801 | Claim Holder Name and Address<br>POPE COUNTY AR<br>POPE COUNTY TAX COLLECTOR<br>100 WEST MAIN ST<br>RUSSELLVILLE AR 72801 | Docketed Total | | $100.61 | | Modified Total | | $78.56 |
| | **Case Number\*** <br>05-44481 | **Secured** | **Priority** | **Unsecured** <br>$100.61 <br>$100.61 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$78.56 <br>$78.56 |
| Claim: 3767<br>Date Filed:05/01/06<br>Docketed Total:   $42,243.59<br>Filing Creditor Name and Address<br> PORTAGE COUNTY TREASURER<br> 449 S MERIDIAN 1ST FL<br> PO BOX 1217<br> RAVENNA OH 44266 | Claim Holder Name and Address<br>PORTAGE COUNTY TREASURER<br>449 S MERIDIAN 1ST FL<br>PO BOX 1217<br>RAVENNA OH 44266 | Docketed Total | | $42,243.59 | | Modified Total | | $36,676.60 |
| | **Case Number\*** <br>05-44640 | **Secured** | **Priority** <br>$42,243.59 <br>$42,243.59 | **Unsecured** | **Case Number\*** <br>05-44640 | **Secured** | **Priority** <br>$36,676.60 <br>$36,676.60 | **Unsecured** |
| Claim: 5922<br>Date Filed:05/16/06<br>Docketed Total:   $5,452.41<br>Filing Creditor Name and Address<br> RANKIN COUNTY<br> 211 E GOVT ST<br> STE B<br> BRANDON MS 39042 | Claim Holder Name and Address<br>RANKIN COUNTY<br>211 E GOVT ST<br>STE B<br>BRANDON MS 39042 | Docketed Total | | $5,452.41 | | Modified Total | | $5,452.41 |
| | **Case Number\*** <br>05-44481 | **Secured** | **Priority** <br>$5,452.41 <br>$5,452.41 | **Unsecured** | **Case Number\*** <br>05-44640 | **Secured** | **Priority** <br>$5,452.41 <br>$5,452.41 | **Unsecured** |
| Claim: 424<br>Date Filed:11/07/05<br>Docketed Total:   $717.59<br>Filing Creditor Name and Address<br> RAY VALDES SEMINOLE COUNTY TAX<br> COLLECTOR<br> 1101 E FIRST ST<br> PO BOX 630<br> SANFORD FL 32772 | Claim Holder Name and Address<br>RAY VALDES SEMINOLE COUNTY TAX<br>COLLECTOR<br>1101 E FIRST ST<br>PO BOX 630<br>SANFORD FL 32772 | Docketed Total | | $717.59 | | Modified Total | | $550.48 |
| | **Case Number\*** <br>05-44481 | **Secured** <br>$717.59 <br>$717.59 | **Priority** | **Unsecured** | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$550.48 <br>$550.48 |

\*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:  17 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8347<br>Date Filed:06/22/06<br>Docketed Total:  $104.09<br>Filing Creditor Name and Address<br> ROGERS COUNTY TREASURER<br> PO BOX 699<br> CLAREMORE OK 74018 | Claim Holder Name and Address<br>ROGERS COUNTY TREASURER<br>PO BOX 699<br>CLAREMORE OK 74018 | Docketed Total | | $104.09 | | Modified Total | | $90.04 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$104.09<br>$104.09 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$90.04<br>$90.04 | Unsecured |
| Claim: 758<br>Date Filed:11/22/05<br>Docketed Total:  $377.96<br>Filing Creditor Name and Address<br> RONALD A LEGGETT COLLECTOR OF<br> REV<br> RONALD A LEGGETT COLLECTOR OF<br> REVEN<br> 109 CITY HALL<br> ST LOUIS MO 63103 | Claim Holder Name and Address<br>RONALD A LEGGETT COLLECTOR OF REV<br>RONALD A LEGGETT COLLECTOR OF<br>REVEN<br>109 CITY HALL<br>ST LOUIS MO 63103 | Docketed Total | | $377.96 | | Modified Total | | $289.94 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$377.96<br>$377.96 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$289.94<br>$289.94 | Unsecured |
| Claim: 5669<br>Date Filed:05/08/06<br>Docketed Total:  $36.47<br>Filing Creditor Name and Address<br> SMITH COUNTY TRUSTEE<br> JAMIE D WINKLER<br> PO BOX 332<br> CARTHAGE TN 37030 | Claim Holder Name and Address<br>SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER<br>PO BOX 332<br>CARTHAGE TN 37030 | Docketed Total | | $36.47 | | Modified Total | | $33.88 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$36.47<br>$36.47 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$33.88<br>$33.88 | Unsecured |
| Claim: 792<br>Date Filed:11/22/05<br>Docketed Total:  $145.15<br>Filing Creditor Name and Address<br> ST CHARLES COUNTY COLLECTOR<br> 201 N SECOND ST RM 134<br> ST CHARLES MO 63301-2789 | Claim Holder Name and Address<br>ST CHARLES COUNTY COLLECTOR<br>201 N SECOND ST RM 134<br>ST CHARLES MO 63301-2789 | Docketed Total | | $145.15 | | Modified Total | | $111.35 |
| | Case Number*<br>05-44610 | Secured | Priority<br>$145.15<br>$145.15 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$111.35<br>$111.35 | Unsecured |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:  18 of 22

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 797**
Date Filed: 11/22/05
Docketed Total:  $55,010.23
Filing Creditor Name and Address
 ST CHARLES COUNTY COLLECTOR
 201 N SECOND ST RM 134
 ST CHARLES MO 63301-2789

Claim Holder Name and Address
ST CHARLES COUNTY COLLECTOR
201 N SECOND ST RM 134
ST CHARLES MO 63301-2789

Docketed Total    $55,010.23

Modified Total    $42,199.63

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $55,010.23 | | 05-44640 | | $42,199.63 | |
| | | $55,010.23 | | | | $42,199.63 | |

**Claim: 1324**
Date Filed: 12/27/05
Docketed Total:  $1,929.19
Filing Creditor Name and Address
 ST JOHNS COUNTY TAX COLLECTOR
 DENNIS W HOLLINGSWORTH
 PO BOX 9001
 ST AUGUSTINE FL 32085-9001

Claim Holder Name and Address
ST JOHNS COUNTY TAX COLLECTOR
DENNIS W HOLLINGSWORTH
PO BOX 9001
ST AUGUSTINE FL 32085-9001

Docketed Total    $1,929.19

Modified Total    $1,479.93

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $1,929.19 | | | 05-44640 | | | $1,479.93 |
| | $1,929.19 | | | | | | $1,479.93 |

**Claim: 7093**
Date Filed: 05/30/06
Docketed Total:  $133.12
Filing Creditor Name and Address
 STATE OF LOUISIANA
 LOUISIANA DEPARTMENT OF
 REVENUE
 PO BOX 66658
 BATON ROUGE LA 70896

Claim Holder Name and Address
STATE OF LOUISIANA
LOUISIANA DEPARTMENT OF
REVENUE
PO BOX 66658
BATON ROUGE LA 70896

Docketed Total    $133.12

Modified Total    $133.12

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $133.12 | | 05-44640 | | $133.12 | |
| | | $133.12 | | | | $133.12 | |

**Claim: 1327**
Date Filed: 12/27/05
Docketed Total:  $2,483.92
Filing Creditor Name and Address
 SUMNER COUNTY TRUSTEE
 355 BELVEDERE DR RM 107
 GALLATIN TN 37066

Claim Holder Name and Address
SUMNER COUNTY TRUSTEE
355 BELVEDERE DR RM 107
GALLATIN TN 37066

Docketed Total    $2,483.92

Modified Total    $1,905.46

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $2,483.92 | | 05-44640 | | $1,905.46 | |
| | | $2,483.92 | | | | $1,905.46 | |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                          Page:  19 of 22

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2833<br>Date Filed:04/26/06<br>Docketed Total:  $1,104.78<br>Filing Creditor Name and Address<br> TAX COLLECTOR<br> TAX COLLECTOR TOWN OF<br> WATERTOWN<br> PO BOX 224<br> WATERTOWN CT 06795 | Claim Holder Name and Address<br>TAX COLLECTOR<br>TAX COLLECTOR TOWN OF<br>WATERTOWN<br>PO BOX 224<br>WATERTOWN CT 06795 | Docketed Total | | $1,104.78 | | Modified Total | | $869.39 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $1,104.78 | | | 05-44640 | | | $869.39 |
| | | $1,104.78 | | | | | | $869.39 |
| Claim: 4527<br>Date Filed:05/02/06<br>Docketed Total:  $44,542.68<br>Filing Creditor Name and Address<br> TAX COLLECTOR PINELLAS COUNTY<br> ATTN BETTY A GRAMLEY TAX<br> MANAGER<br> PO BOX 2943<br> CLEARWATER FL 33757-2943 | Claim Holder Name and Address<br>TAX COLLECTOR PINELLAS COUNTY<br>ATTN BETTY A GRAMLEY TAX<br>MANAGER<br>PO BOX 2943<br>CLEARWATER FL 33757-2943 | Docketed Total | | $44,542.68 | | Modified Total | | $17,084.87 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | $44,542.68 | | | 05-44640 | | | $17,084.87 |
| | | $44,542.68 | | | | | | $17,084.87 |
| Claim: 9271<br>Date Filed:04/26/06<br>Docketed Total:  $2,257.22<br>Filing Creditor Name and Address<br> TAX COLLECTOR SANTA ROSA<br> COUNTY<br> ATTN CINDY GRIMES DELINQUENT<br> TAX DE<br> ROBERT MCCLURE SANTA ROSA TAX<br> COLLE<br> PO BOX 7100<br> MILTON FL 32572 | Claim Holder Name and Address<br>TAX COLLECTOR SANTA ROSA COUNTY<br>ATTN CINDY GRIMES DELINQUENT<br>TAX DE<br>ROBERT MCCLURE SANTA ROSA TAX<br>COLLE<br>PO BOX 7100<br>MILTON FL 32572 | Docketed Total | | $2,257.22 | | Modified Total | | $2,052.02 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | $2,257.22 | | | 05-44640 | | | $2,052.02 |
| | | $2,257.22 | | | | | | $2,052.02 |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                    Page:  20 of 22

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8344<br>Date Filed:06/22/06<br>Docketed Total:  $9,379.17<br>Filing Creditor Name and Address<br> TIPTON COUNTY IN<br> TIPTON COUNTY TREASURER<br> COURTHOUSE<br> TIPTON IN 46072 | Claim Holder Name and Address<br>TIPTON COUNTY IN<br>TIPTON COUNTY TREASURER<br>COURTHOUSE<br>TIPTON IN 46072 | Docketed Total | | $9,379.17 | | | Modified Total | $7,804.36 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$9,379.17<br>$9,379.17 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$7,804.36<br>$7,804.36 | Unsecured |
| Claim: 8225<br>Date Filed:06/19/06<br>Docketed Total:  $612.98<br>Filing Creditor Name and Address<br> TREASURER OF KOSCIUSKO COUNTY<br> 100 W CTR ST<br> WARSAW IN 46580 | Claim Holder Name and Address<br>TREASURER OF KOSCIUSKO COUNTY<br>100 W CTR ST<br>WARSAW IN 46580 | Docketed Total | | $612.98 | | | Modified Total | $557.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$612.98<br>$612.98 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$557.25<br>$557.25 |
| Claim: 7835<br>Date Filed:06/12/06<br>Docketed Total:  $6.32<br>Filing Creditor Name and Address<br> TREASURER OF VIGO COUNTY<br> DAVID CROCKETT<br> PO BOX 1466<br> INDIANAPOLIS IN 46206-1466 | Claim Holder Name and Address<br>TREASURER OF VIGO COUNTY<br>DAVID CROCKETT<br>PO BOX 1466<br>INDIANAPOLIS IN 46206-1466 | Docketed Total | | $6.32 | | | Modified Total | $4.84 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$6.32<br>$6.32 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$4.84<br>$4.84 | Unsecured |
| Claim: 108<br>Date Filed:10/25/05<br>Docketed Total:  $25.00<br>Filing Creditor Name and Address<br> WILLIAMSON COUNTY TRUSTEE<br> WALTER J DAVIS TRUSTEE<br> PO BOX 648<br> FRANKLIN TN 37065 | Claim Holder Name and Address<br>WILLIAMSON COUNTY TRUSTEE<br>WALTER J DAVIS TRUSTEE<br>PO BOX 648<br>FRANKLIN TN 37065 | Docketed Total | | $25.00 | | | Modified Total | $19.18 |
| | Case Number*<br>05-44481 | Secured<br>$25.00<br>$25.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$19.18<br>$19.18 | Unsecured |

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                        Page:  21 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6053<br>Date Filed: 05/16/06<br>Docketed Total:  $963.65<br>Filing Creditor Name and Address<br> WILSON CO TN<br> WILSON COUNTY TRUSTEE<br> PO BOX 865<br> LEBANON TN 37088 | Claim Holder Name and Address        Docketed Total        $963.65<br>WILSON CO TN<br>WILSON COUNTY TRUSTEE<br>PO BOX 865<br>LEBANON TN 37088 | Modified Total        $537.75 |

**Claim 6053 — Case Number / Secured / Priority / Unsecured**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | $963.65 | | | 05-44640 | | $537.75 | |
| | | $963.65 | | | | | $537.75 | |

| Claim: 1706<br>Date Filed: 01/30/06<br>Docketed Total:  $8,156.89<br>Filing Creditor Name and Address<br> YORK COUNTY TAX COLLECTOR<br> 1070 HECKLE BEVA BOX 14<br> ROCK HILL SC 29732-2863 | Claim Holder Name and Address        Docketed Total        $8,156.89<br>YORK COUNTY TAX COLLECTOR<br>1070 HECKLE BEVA BOX 14<br>ROCK HILL SC 29732-2863 | Modified Total        $6,257.34 |

**Claim 1706 — Case Number / Secured / Priority / Unsecured**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | $8,156.89 | | | | 05-44640 | | | $6,257.34 |
| | $8,156.89 | | | | | | | $6,257.34 |

Total Count of Claims:  85
Total Amount as Docketed:        $2,691,985.08
Total Amount as Modified:        $2,392,053.91

*See Exhibit G for a listing of debtor entities by case number

The hearing with respect to the Debtors' Thirteenth Omnibus Claims Objection to
the Claims identified in this Exhibit E-2 has been adjourned to June 26, 2007 at
10:00 a.m. (prevailing Eastern time).  The deadline for claimants to respond to
the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on
June 19, 2007.                                                     Page:  22 of 22

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

### EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1139<br>Date Filed:12/13/05<br>Docketed Total:   $93,039.28<br>Filing Creditor Name and Address<br>  ALL RITE INDUSTRIES<br>  470 OAKWOOD RD<br>  LAKE ZURICH IL 60047 | Claim Holder Name and Address   Docketed Total   $93,039.28<br>ALL RITE INDUSTRIES<br>470 OAKWOOD RD<br>LAKE ZURICH IL 60047 | | | | | | Modified Total   $93,039.28 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                   $93,039.28<br>                                              $93,039.28 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                    $13,280.00   $79,759.28<br>                            $13,280.00   $79,759.28 | | | |
| Claim: 15203<br>Date Filed:07/31/06<br>Docketed Total:   $110,591.58<br>Filing Creditor Name and Address<br>  AMI INDUSTRIES INC<br>  AMI INDUSTRIES PREPETITION<br>  5093 N RED OAK RD<br>  LEWISTON MI 49756 | Claim Holder Name and Address   Docketed Total   $110,591.58<br>AMI INDUSTRIES INC<br>AMI INDUSTRIES PREPETITION<br>5093 N RED OAK RD<br>LEWISTON MI 49756 | | | | | | Modified Total   $110,591.58 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                   $110,591.58<br>                                              $110,591.58 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                    $184.23   $110,407.35<br>                            $184.23   $110,407.35 | | | |
| Claim: 11580<br>Date Filed:07/27/06<br>Docketed Total:   $22,755.61<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF TOTAL COMPONENT<br>  AS ASSIGNEE OF TOTAL COMPONENT<br>  ATTN DAVID S LEINWAND<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address   Docketed Total   $22,755.61<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | | | | | | Modified Total   $19,985.86 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $22,755.61<br><br>                                              $22,755.61 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                    $900.36   $19,085.50<br>                            $900.36   $19,085.50 | | | |
| Claim: 4458<br>Date Filed:05/02/06<br>Docketed Total:   $11,070.00<br>Filing Creditor Name and Address<br>  ARMADA RUBBER MANUFACTURING<br>  COMPANY<br>  ROBERT BOVA<br>  PO BOX 579<br>  ARMADA MI 48005-0579 | Claim Holder Name and Address   Docketed Total   $11,070.00<br>ARMADA RUBBER MANUFACTURING COMPANY<br>ROBERT BOVA<br>PO BOX 579<br>ARMADA MI 48005-0579 | | | | | | Modified Total   $11,070.00 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                    $1,210.00   $9,860.00<br>                            $1,210.00   $9,860.00 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                    $1,210.00   $9,860.00<br>                            $1,210.00   $9,860.00 | | | |

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2182**
Date Filed: 03/03/06
Docketed Total:   $33,163.60
Filing Creditor Name and Address
 ARROW SHEET METAL PRODUCTS CO
 ATTN S TUJILLO
 2890 W 62ND AVE
 DENVER CO 80221

Claim Holder Name and Address     Docketed Total     $33,163.60
ARROW SHEET METAL PRODUCTS CO
ATTN S TUJILLO
2890 W 62ND AVE
DENVER CO 80221

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $33,163.60 |
| | | | $33,163.60 |

Modified Total     $33,163.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | $6,367.31 | $26,796.29 |
| | | $6,367.31 | $26,796.29 |

---

**Claim: 1447**
Date Filed: 01/04/06
Docketed Total:   $250,559.17
Filing Creditor Name and Address
 AVNET INC
 2211 S 47TH ST
 PHOENIX AZ 85034-6403

Claim Holder Name and Address     Docketed Total     $250,559.17
AVNET INC
2211 S 47TH ST
PHOENIX AZ 85034-6403

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $250,559.17 |
| | | | $250,559.17 |

Modified Total     $223,631.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | $67,613.23 | $154,335.84 |
| 05-44511 | | | $1,382.05 |
| 05-44624 | | | $300.10 |
| | | $67,613.23 | $156,017.99 |

---

**Claim: 9755**
Date Filed: 07/18/06
Docketed Total:   $119,379.15
Filing Creditor Name and Address
 AVX CORP
 801 17TH AVE S
 MYRTLE BEACH SC 29577-424

Claim Holder Name and Address     Docketed Total     $119,379.15
AVX CORP
801 17TH AVE S
MYRTLE BEACH SC 29577-424

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $11,894.48 | $107,484.67 |
| | | $11,894.48 | $107,484.67 |

Modified Total     $116,936.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $419.83 |
| 05-44640 | | $11,894.48 | $104,622.42 |
| | | $11,894.48 | $105,042.25 |

---

**Claim: 14241**
Date Filed: 07/31/06
Docketed Total:   $43,119.30
Filing Creditor Name and Address
 CABLE TECHNOLOGIESINC
 GEORGE OBRIEN
 3209 AVE E EAST
 ARLINGTON TX 76011

Claim Holder Name and Address     Docketed Total     $43,119.30
CABLE TECHNOLOGIESINC
GEORGE OBRIEN
3209 AVE E EAST
ARLINGTON TX 76011

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44511 | | $18,966.38 | $24,152.92 |
| | | $18,966.38 | $24,152.92 |

Modified Total     $43,119.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44511 | | $18,966.38 | $24,152.92 |
| | | $18,966.38 | $24,152.92 |

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 7659<br>Date Filed:06/08/06<br>Docketed Total:  $298,168.53<br>Filing Creditor Name and Address<br> CAPSONIC GROUP LLC<br> 460 S 2ND ST<br> ELGIN IL 60123 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Docketed Total | $298,168.53 | | Modified Total | | $298,168.53 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$298,168.53<br>$298,168.53 | Case Number*<br>05-44640 | Secured | Priority<br>$3,118.89<br>$3,118.89 | Unsecured<br>$295,049.64<br>$295,049.64 |
| Claim: 10703<br>Date Filed:07/25/06<br>Docketed Total:  $1,380,747.26<br>Filing Creditor Name and Address<br> CAROLINA FORGE COMPANY LLC EFT<br> PO BOX 370<br> WILSON NC 27893 | Claim Holder Name and Address<br>CAROLINA FORGE COMPANY LLC EFT<br>PO BOX 370<br>WILSON NC 27893 | Docketed Total | $1,380,747.26 | | Modified Total | | $1,380,747.26 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$197,519.25<br>$197,519.25 | Unsecured<br>$1,183,228.01<br>$1,183,228.01 | Case Number*<br>05-44640 | Secured | Priority<br>$197,519.25<br>$197,519.25 | Unsecured<br>$1,183,228.01<br>$1,183,228.01 |
| Claim: 10355<br>Date Filed:07/24/06<br>Docketed Total:  $15,049.09<br>Filing Creditor Name and Address<br> CASCADE DIE CASTING GROUP<br> 7441 S DIVISION AVE STE A1<br> GRAND RAPIDS MI 49548 | Claim Holder Name and Address<br>CASCADE DIE CASTING GROUP<br>7441 S DIVISION AVE STE A1<br>GRAND RAPIDS MI 49548 | Docketed Total | $15,049.09 | | Modified Total | | $15,049.09 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$11,105.86<br>$11,105.86 | Unsecured<br>$3,943.23<br>$3,943.23 | Case Number*<br>05-44640 | Secured | Priority<br>$11,105.86<br>$11,105.86 | Unsecured<br>$3,943.23<br>$3,943.23 |
| Claim: 11923<br>Date Filed:07/28/06<br>Docketed Total:  $13,569.50<br>Filing Creditor Name and Address<br> CASCO PRODUCTS CORPORATION<br> MR JOHN SPRATTA VP GLOBAL<br> FINANCE<br> ONE WATERVIEW DR<br> SHELTON CT 06484-7367 | Claim Holder Name and Address<br>CASCO PRODUCTS CORPORATION<br>MR JOHN SPRATTA VP GLOBAL<br>FINANCE<br>ONE WATERVIEW DR<br>SHELTON CT 06484-7367 | Docketed Total | $13,569.50 | | Modified Total | | $13,321.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,569.50<br>$13,569.50 | Case Number*<br>05-44640 | Secured | Priority<br>$5,760.48<br>$5,760.48 | Unsecured<br>$7,560.52<br>$7,560.52 |

*See Exhibit G for a listing of debtor entities by case number                                        Page:   3 of 20

In re: Delphi Corporation, et al.                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14059<br>Date Filed:07/31/06<br>Docketed Total:  $422,138.00<br>Filing Creditor Name and Address<br> CATALYTIC SOLUTIONS INC<br> 1640 FISKE PL<br> OXNARD CA 93033 | Claim Holder Name and Address<br>CATALYTIC SOLUTIONS INC<br>1640 FISKE PL<br>OXNARD CA 93033 | Docketed Total | | $422,138.00 | | Modified Total | | $421,112.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$422,138.00<br>$422,138.00 | Case Number*<br>05-44640 | Secured | Priority<br>$9,345.36<br>$9,345.36 | Unsecured<br>$411,767.54<br>$411,767.54 |
| Claim: 3853<br>Date Filed:05/01/06<br>Docketed Total:  $24,193.80<br>Filing Creditor Name and Address<br> COATS AMERICAN INC<br> COATS NORTH AMERICA<br> PO BOX 60124<br> CHARLOTTE NC 28260 | Claim Holder Name and Address<br>COATS AMERICAN INC<br>COATS NORTH AMERICA<br>PO BOX 60124<br>CHARLOTTE NC 28260 | Docketed Total | | $24,193.80 | | Modified Total | | $23,460.46 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$24,193.80<br>$24,193.80 | Case Number*<br>05-44640 | Secured | Priority<br>$3,170.89<br>$3,170.89 | Unsecured<br>$20,289.57<br>$20,289.57 |
| Claim: 14247<br>Date Filed:07/31/06<br>Docketed Total:  $45,870.92<br>Filing Creditor Name and Address<br> CONTINENTAL MIDLAND LLC<br> WILLIAM S HACKNEY<br> MUCH SHELIST<br> 191 N WACKER DR STE 1800<br> CHICAGO IL 60606 | Claim Holder Name and Address<br>CONTINENTAL MIDLAND LLC<br>WILLIAM S HACKNEY<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO IL 60606 | Docketed Total | | $45,870.92 | | Modified Total | | $45,442.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$45,870.92<br>$45,870.92 | Case Number*<br>05-44640 | Secured | Priority<br>$1,386.73<br>$1,386.73 | Unsecured<br>$44,055.32<br>$44,055.32 |
| Claim: 16250<br>Date Filed:08/22/06<br>Docketed Total:  $40,206.20<br>Filing Creditor Name and Address<br> COORSTEK INC<br> ELIZABETH K FLAAGAN HOLME<br> ROBERTS &<br> 1700 LINCOLN ST STE 4100<br> DENVER CO 80203 | Claim Holder Name and Address<br>COORSTEK INC<br>ELIZABETH K FLAAGAN HOLME<br>ROBERTS &<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | Docketed Total | | $40,206.20 | | Modified Total | | $40,206.20 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$30,318.20<br>$30,318.20 | Unsecured<br>$9,888.00<br>$9,888.00 | Case Number*<br>05-44640 | Secured | Priority<br>$30,318.20<br>$30,318.20 | Unsecured<br>$9,888.00<br>$9,888.00 |

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16592**
Date Filed: 04/05/07
Docketed Total:   $147,474.32
Filing Creditor Name and Address
 CURTIS SCREW COMPANY LLC
 ATTN JULIA S KREHER ESQ
 HODGSON RUSS LLP
 ONE M&T PLZ STE 2000
 BUFFALO NY 14203

Claim Holder Name and Address
CURTIS SCREW COMPANY LLC
ATTN JULIA S KREHER ESQ
HODGSON RUSS LLP
ONE M&T PLZ STE 2000
BUFFALO NY 14203

Docketed Total      $147,474.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $52,906.09 | $94,568.23 |
| | | $52,906.09 | $94,568.23 |

Modified Total      $135,676.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $52,906.09 | $82,770.14 |
| | | $52,906.09 | $82,770.14 |

---

**Claim: 41**
Date Filed: 10/17/05
Docketed Total:   $82,859.86
Filing Creditor Name and Address
 EFTEC NORTH AMERICA
 HB FULLER COMPANY
 ATTN GREGG WALTERS
 2900 GRANADA LN
 OAKDALE MN 55128

Claim Holder Name and Address
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Docketed Total      $65,473.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $11,862.85 | $53,610.18 |
| | | $11,862.85 | $53,610.18 |

Modified Total      $62,972.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $14,711.99 | $48,260.58 |
| | | $14,711.99 | $48,260.58 |

Claim Holder Name and Address
EFTEC NORTH AMERICA
HB FULLER COMPANY
ATTN GREGG WALTERS
2900 GRANADA LN
OAKDALE MN 55128

Docketed Total      $17,386.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $17,386.83 | $0.00 |
| | | $17,386.83 | |

Modified Total      $6,678.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,678.61 |
| | | | $6,678.61 |

---

**Claim: 2049**
Date Filed: 02/16/06
Docketed Total:   $4,342,158.43
Filing Creditor Name and Address
 ENGELHARD CORPORATION
 MR ROBERT HOUSMAN DIRECTOR OF
 CREDI
 101 WOOD AVE
 ISELIN NJ 08830

Claim Holder Name and Address
BLUE ANGEL CLAIMS LLC
ATTN JENNIFER DONOVAN
C O DAVIDSON KEMPER CAPITAL
MANAGEM
65 E 55TH ST 19TH FL
NEW YORK NY 10022

Docketed Total      $4,019,539.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,195,184.47 | $2,824,354.56 |
| | | $1,195,184.47 | $2,824,354.56 |

Modified Total      $4,019,539.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,019,539.03 |
| | | | $4,019,539.03 |

---

*See Exhibit G for a listing of debtor entities by case number                Page:   5 of 20

In re: Delphi Corporation, et al.                                                                              Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2049 (Continued)**

| | Claim Holder Name and Address<br>ENGELHARD CORPORATION<br>MR ROBERT HOUSMAN DIRECTOR OF CREDI<br>101 WOOD AVE<br>ISELIN NJ 08830 | Docketed Total | $322,619.40 | | Modified Total | $127,502.51 |
|---|---|---|---|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $322,619.40 | $0.00 | $0.00 | 05-44640 | | $85,576.07 | $41,926.44 |
| | $322,619.40 | | | | | $85,576.07 | $41,926.44 |

**Claim: 2579**
Date Filed: 04/07/06
Docketed Total:   $50,085.22
Filing Creditor Name and Address
FAWN PLASTICS CO INC
1920 GREENSPRING DR STE 140
TIMONIUM MD 21093

| | Claim Holder Name and Address<br>FAWN PLASTICS CO INC<br>1920 GREENSPRING DR STE 140<br>TIMONIUM MD 21093 | Docketed Total | $50,085.22 | | Modified Total | $50,085.22 |
|---|---|---|---|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $50,085.22 | 05-44567 | | $26,190.18 | $23,895.04 |
| | | | $50,085.22 | | | $26,190.18 | $23,895.04 |

**Claim: 9840**
Date Filed: 07/18/06
Docketed Total:   $509,488.17
Filing Creditor Name and Address
HILITE INTERNATIONAL INC
1671 S BROADWAY ST
CARROLLTON TX 75006-7442

| | Claim Holder Name and Address<br>HILITE INTERNATIONAL INC<br>1671 S BROADWAY ST<br>CARROLLTON TX 75006-7442 | Docketed Total | $509,488.17 | | Modified Total | $509,488.17 |
|---|---|---|---|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $2,422.72 | $507,065.45 | 05-44640 | | $2,422.72 | $507,065.45 |
| | | $2,422.72 | $507,065.45 | | | $2,422.72 | $507,065.45 |

**Claim: 13773**
Date Filed: 07/31/06
Docketed Total:   $5,721,969.77
Filing Creditor Name and Address
HITACHI AUTOMOTIVE PRODUCTS
USA INC
PAUL J RICOTTA ESQ AND
STEPHANIE K
MINTZ LEVIN COHN FERRIS
GLOVSKY AND
666 THIRD AVENUE
NEW YORK NY 10017

| | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC<br>ATTN ROSS ROSENFELT & VIKAS MADAN<br>60 WALL ST 3RD FL<br>NEW YORK NY 10005 | Docketed Total | $27,569.59 | | Modified Total | $27,569.59 |
|---|---|---|---|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $27,569.59 | 05-44640 | | $27,569.59 | |
| | | | $27,569.59 | | | $27,569.59 | |

In re: Delphi Corporation, et al.                                                                      Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 13773 (Continued) | Claim Holder Name and Address    Docketed Total    $5,694,400.18<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | Modified Total    $5,694,400.18 |

| | Case Number*      Secured      Priority      Unsecured | Case Number*    Secured    Priority    Unsecured |
| | 05-44640                                      $5,694,400.18 | 05-44640                              $5,694,400.18 |
| | $5,694,400.18 | $5,694,400.18 |

| Claim: 16255<br>Date Filed:08/24/06<br>Docketed Total:   $1,898,409.80<br>Filing Creditor Name and Address<br> INTERNATIONAL RESISTIVE<br> COMPANY ADVANCED FILM DIVISION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address    Docketed Total    $77,694.80<br>INTERNATIONAL RESISTIVE COMPANY<br>ADVANCED FILM DIVISION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246 | Modified Total    $77,693.93 |

| | Case Number*      Secured      Priority      Unsecured | Case Number*    Secured    Priority    Unsecured |
| | 05-44640                          $77,693.93      $0.87 | 05-44640                    $77,693.93 |
| | $77,693.93      $0.87 | $77,693.93 |

| | Claim Holder Name and Address    Docketed Total    $1,820,715.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402 | Modified Total    $1,813,301.97 |

| | Case Number*      Secured      Priority      Unsecured | Case Number*    Secured    Priority    Unsecured |
| | 05-44640                                      $1,820,715.00 | 05-44640                              $1,813,301.97 |
| | $1,820,715.00 | $1,813,301.97 |

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16255 (Continued) | | |

**Claim: 8878**
Date Filed: 06/30/06
Docketed Total:   $170,159.62
Filing Creditor Name and Address
 INTERNATIONAL RESISTIVE
 COMPANY WIRE & FILM
 TECHNOLOGIES DIVISION
 DAVID M SCHILLI
 ROBINSON BRADSHAW & HINSON P A
 101 NORTH TRYON ST STE 1900
 CHARLOTTE NC 28246

Claim Holder Name and Address   Docketed Total   $3,036.28
INTERNATIONAL RESISTIVE COMPANY
WIRE & FILM TECHNOLOGIES DIVISION
DAVID M SCHILLI
ROBINSON BRADSHAW & HINSON P A
101 NORTH TRYON ST STE 1900
CHARLOTTE NC 28246

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,036.28 | $0.00 |
| | | $3,036.28 | |

Modified Total   $1,320.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,320.21 | |
| | | $1,320.21 | |

---

Claim Holder Name and Address   Docketed Total   $167,123.34
TPG CREDIT OPPORTUNITIES FUND LP
ATTN SHELLEY HARTMAN
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS MN 55402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $167,123.34 |
| | | | $167,123.34 |

Modified Total   $158,918.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $158,918.44 |
| | | | $158,918.44 |

---

**Claim: 1541**
Date Filed: 01/17/06
Docketed Total:   $114,460.81
Filing Creditor Name and Address
 ITT CANNON NEWTON
 ITT INDUSTRIES SHARED SERVICES
 2881 EAST BAYARD STREET
 SENECA FALLS NY 13148

Claim Holder Name and Address   Docketed Total   $114,460.81
ITT CANNON NEWTON
ITT INDUSTRIES SHARED SERVICES
2881 EAST BAYARD STREET
SENECA FALLS NY 13148

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $114,460.81 |
| | | | $114,460.81 |

Modified Total   $86,411.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $11,604.80 | $74,806.50 |
| | | $11,604.80 | $74,806.50 |

*See Exhibit G for a listing of debtor entities by case number                Page:   8 of 20

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10717**

Date Filed: 07/25/06
Docketed Total: $834,429.82
Filing Creditor Name and Address
JIDECO OF BARDSTOWN INC
  KENNETH W SHELVER
  950 WITHROW CRT
  BARDSTOWN KY 40004

Claim Holder Name and Address — AMROC INVESTMENTS LLC, ATTN DAVID S LEINWAND ESQ, 535 MADISON AVE 15TH FL, NEW YORK NY 10022 — Docketed Total $834,429.82 — Modified Total $834,429.82

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $6,636.00 | $827,793.82 | 05-44640 | | $6,636.00 | $827,793.82 |
| | | $6,636.00 | $827,793.82 | | | $6,636.00 | $827,793.82 |

**Claim: 2066**

Date Filed: 02/21/06
Docketed Total: $49,007.73
Filing Creditor Name and Address
KL INDUSTRIES INC
JAMES G MARTIGNON
LEVENFELD PEARLSTEIN LLC
2 N LASALLE STE 1300
CHICAGO IL 60602

Claim Holder Name and Address — ARGO PARTNERS, 12 W 37TH ST 9TH FL, NEW YORK NY 10018 — Docketed Total $37,538.43 — Modified Total $43,676.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $37,538.43 | 05-44640 | | | $43,676.20 |
| | | | $37,538.43 | | | | $43,676.20 |

Claim Holder Name and Address — KL INDUSTRIES INC, JAMES G MARTIGNON, LEVENFELD PEARLSTEIN LLC, 2 N LASALLE STE 1300, CHICAGO IL 60602 — Docketed Total $11,469.30 — Modified Total $4,872.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $11,469.30 | | $0.00 | 05-44640 | | $4,872.55 | |
| | $11,469.30 | | | | | $4,872.55 | |

**Claim: 9460**

Date Filed: 07/13/06
Docketed Total: $29,862.80
Filing Creditor Name and Address
LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF ELGIN DIE MOLD CO
C O LIQUIDITY SOLUTIONS INC
DBA REV
1 UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

Claim Holder Name and Address — LIQUIDITY SOLUTIONS INC, DBA REVENUE MANAGEMENT, ONE UNIVERSITY PLAZA STE 312, HACKENSACK NJ 07601 — Docketed Total $29,862.80 — Modified Total $29,862.80

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $29,862.80 | 05-44612 | | | $1,840.00 |
| | | | | 05-44640 | | $2,668.00 | $25,354.80 |
| | | | $29,862.80 | | | $2,668.00 | $27,194.80 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Row 1**

CLAIM TO BE MODIFIED:
Claim: 6146
Date Filed:05/17/06
Docketed Total:   $16,711.16
Filing Creditor Name and Address
 LITTELFUSE INC
 PAUL DICKINSON
 800 NORTHWEST HWY
 DES PLAINES IL 60016

CLAIM AS DOCKETED:
Claim Holder Name and Address
BANK OF AMERICA N A
ATTN INFORMATION MGR
100 N TRYON ST 20TH FL
MAIL CODE NCI 007 20 01
CHARLOTTE NC 28255

Docketed Total   $16,711.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $16,711.16 |
| | | | $16,711.16 |

CLAIM AS MODIFIED:
Modified Total   $16,711.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $4,125.59 | $12,585.57 |
| | | $4,125.59 | $12,585.57 |

**Row 2**

CLAIM TO BE MODIFIED:
Claim: 13974
Date Filed:07/31/06
Docketed Total:   $1,659,326.20
Filing Creditor Name and Address
 LONGACRE MASTER FUND LTD AS
 ASSIGNEE/TRANSFEREE OF SHARP
 ELECTRONICS CORP
 ATTN VLADIMIR JELISAVCIC
 810 SEVENTH AVE 22ND FLOOR
 NEW YORK NY 10019

CLAIM AS DOCKETED:
Claim Holder Name and Address
LONGACRE MASTER FUND LTD AS
ASSIGNEE/TRANSFEREE OF SHARP
ELECTRONICS CORP
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FLOOR
NEW YORK NY 10019

Docketed Total   $1,659,326.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,659,326.20 | |
| | | $1,659,326.20 | |

CLAIM AS MODIFIED:
Modified Total   $1,659,326.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $40,000.00 | $1,619,326.20 |
| | | $40,000.00 | $1,619,326.20 |

**Row 3**

CLAIM TO BE MODIFIED:
Claim: 12057
Date Filed:07/28/06
Docketed Total:   $35,063.00
Filing Creditor Name and Address
 M & S MANUFACTURING COMPANY
 C O BRUCE N ELLIOTT
 CONLIN MCKENNEY & PHILBRICK PC
 350 S MAIN ST STE 400
 ANN ARBOR MI 48104

CLAIM AS DOCKETED:
Claim Holder Name and Address
M & S MANUFACTURING COMPANY
C O BRUCE N ELLIOTT
CONLIN MCKENNEY & PHILBRICK PC
350 S MAIN ST STE 400
ANN ARBOR MI 48104

Docketed Total   $35,063.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $35,063.00 |
| | | | $35,063.00 |

CLAIM AS MODIFIED:
Modified Total   $35,063.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,620.06 | $21,442.94 |
| | | $13,620.06 | $21,442.94 |

**Row 4**

CLAIM TO BE MODIFIED:
Claim: 351
Date Filed:11/04/05
Docketed Total:   $635,040.00
Filing Creditor Name and Address
 MABUCHI MOTOR AMERICA CORP
 3001 W BIG BEAVER RD STE 520
 TROY MI 48084-3106

CLAIM AS DOCKETED:
Claim Holder Name and Address
MABUCHI MOTOR AMERICA CORP
3001 W BIG BEAVER RD STE 520
TROY MI 48084-3106

Docketed Total   $635,040.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $635,040.00 |
| | | | $635,040.00 |

CLAIM AS MODIFIED:
Modified Total   $635,040.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $875.54 | $634,164.46 |
| | | $875.54 | $634,164.46 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10186**
Date Filed: 07/21/06
Docketed Total:   $130,579.71
Filing Creditor Name and Address
 MAGNESIUM ALUMINUM CORP
 ATTN BOB OMALLEY
 3425 SERVICE RD
 CLEVELAND OH 44111

Claim Holder Name and Address — Docketed Total   $130,579.71
MAGNESIUM ALUMINUM CORP
ATTN BOB OMALLEY
3425 SERVICE RD
CLEVELAND OH 44111

Modified Total   $124,346.49

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $130,579.71 | 05-44640 | | $36,684.88 | $87,661.61 |
| | | | $130,579.71 | | | $36,684.88 | $87,661.61 |

**Claim: 12225**
Date Filed: 07/28/06
Docketed Total:   $17,618.29
Filing Creditor Name and Address
 MARKEL CORP
 435 SCHOOL LN
 PLYMOUTH MEETING PA 19462

Claim Holder Name and Address — Docketed Total   $17,618.29
MARKEL CORP
435 SCHOOL LN
PLYMOUTH MEETING PA 19462

Modified Total   $9,033.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $8,585.01 | $9,033.28 | 05-44640 | | $8,585.01 | $448.27 |
| | | $8,585.01 | $9,033.28 | | | $8,585.01 | $448.27 |

**Claim: 9989**
Date Filed: 07/20/06
Docketed Total:   $203,557.41
Filing Creditor Name and Address
 MASTER MOLDED PRODUCTS CORP
 1000 DAVIS RD
 ELGIN IL 60123

Claim Holder Name and Address — Docketed Total   $203,557.41
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Modified Total   $203,557.41

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $21,774.05 | $181,783.36 | 05-44640 | | $21,774.05 | $181,783.36 |
| | | $21,774.05 | $181,783.36 | | | $21,774.05 | $181,783.36 |

**Claim: 9386**
Date Filed: 07/12/06
Docketed Total:   $59,437.76
Filing Creditor Name and Address
 METAL CLADDING INC
 ATTN JULIA S KREHER ESQ
 HODGSON RUSS LLP
 ONE M&T PLZ STE 2000
 BUFFALO NY 14203

Claim Holder Name and Address — Docketed Total   $59,437.76
METAL CLADDING INC
ATTN JULIA S KREHER ESQ
HODGSON RUSS LLP
ONE M&T PLZ STE 2000
BUFFALO NY 14203

Modified Total   $59,437.76

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $59,437.76 | 05-44640 | | $14,090.99 | $45,346.77 |
| | | | $59,437.76 | | | $14,090.99 | $45,346.77 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11103<br>Date Filed: 07/26/06<br>Docketed Total:  $38,679.38<br>Filing Creditor Name and Address<br> MICRO MOTION INC<br> CUSTOMER FINANCIAL SERVICES<br> 12001 TECHNOLOGY DR AB03<br> EDEN PRAIRIE MN 55344 | Claim Holder Name and Address<br>MICRO MOTION INC<br>CUSTOMER FINANCIAL SERVICES<br>12001 TECHNOLOGY DR AB03<br>EDEN PRAIRIE MN 55344 | Docketed Total | | $38,679.38 | | Modified Total | | $38,640.57 |
| | Case Number*<br>05-44481 | Secured<br>_____ | Priority<br>$5,895.03 | Unsecured<br>$32,784.35 | Case Number*<br>05-44482<br>05-44640 | Secured<br>_____ | Priority<br>$5,895.03 | Unsecured<br>$31,770.54<br>$975.00 |
| | | | $5,895.03 | $32,784.35 | | | $5,895.03 | $32,745.54 |
| Claim: 6710<br>Date Filed: 05/23/06<br>Docketed Total:  $88,440.00<br>Filing Creditor Name and Address<br>MICRONAS GMBH<br>CO GLEN K RITNER DIRECTOR<br>MICRONAS SEMICONDUCTORS INC<br>AUTOMOTIVE HEADQUARTERS - THE<br>AMERI<br>3700 GRAND RIVER STE 215<br>FARMINGTON HILLLS MI 48335 | Claim Holder Name and Address<br>MICRONAS GMBH<br>CO GLEN K RITNER DIRECTOR<br>MICRONAS SEMICONDUCTORS INC<br>AUTOMOTIVE HEADQUARTERS - THE<br>AMERI<br>3700 GRAND RIVER STE 215<br>FARMINGTON HILLLS MI 48335 | Docketed Total | | $88,440.00 | | Modified Total | | $88,440.00 |
| | Case Number*<br>05-44640 | Secured<br>_____ | Priority<br>$18,090.00 | Unsecured<br>$70,350.00 | Case Number*<br>05-44640 | Secured<br>_____ | Priority<br>$18,090.00 | Unsecured<br>$70,350.00 |
| | | | $18,090.00 | $70,350.00 | | | $18,090.00 | $70,350.00 |
| Claim: 2071<br>Date Filed: 02/21/06<br>Docketed Total:  $3,608,175.78<br>Filing Creditor Name and Address<br> NGK AUTOMOTIVE CERAMICS USA<br> INC<br> MICHAEL G CRUSE ESQ<br> WARNER NORCROSS & JUDD LLP<br> 2000 TOWN  CTR STE 2700<br> SOUTHFIELD MI 48075-1318 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $3,608,175.78 | | Modified Total | | $3,608,175.78 |
| | Case Number*<br>05-44484 | Secured<br>_____ | Priority<br>$579,972.85 | Unsecured<br>$3,028,202.93 | Case Number*<br>05-44482 | Secured<br>_____ | Priority<br>$425,192.03 | Unsecured<br>$3,182,983.75 |
| | | | $579,972.85 | $3,028,202.93 | | | $425,192.03 | $3,182,983.75 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7572<br>Date Filed: 06/06/06<br>Docketed Total: $177,776.94<br>Filing Creditor Name and Address<br>NORTHERN ENGRAVING CORP<br>803 S BLACK RIVER ST<br>SPARTA WI 54656-0377 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $177,776.94 | | Modified Total | | $152,672.23 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$177,776.94<br>$177,776.94 | Case Number*<br>05-44567 | Secured | Priority<br>$23,482.06<br>$23,482.06 | Unsecured<br>$129,190.17<br>$129,190.17 |
| Claim: 7313<br>Date Filed: 06/01/06<br>Docketed Total: $61,384.40<br>Filing Creditor Name and Address<br>NU HORIZONS ELECTRONICS CORP<br>ATTN C SALAZAR<br>2070 RINGWOOD AVE<br>SAN JOSE CA 95131 | Claim Holder Name and Address<br>NU HORIZONS ELECTRONICS CORP<br>ATTN C SALAZAR<br>2070 RINGWOOD AVE<br>SAN JOSE CA 95131 | Docketed Total | | $61,384.40 | | Modified Total | | $61,384.40 |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$61,384.40<br>$61,384.40 | Case Number*<br>05-44507 | Secured | Priority<br>$30,455.00<br>$30,455.00 | Unsecured<br>$30,929.40<br>$30,929.40 |
| Claim: 8259<br>Date Filed: 06/20/06<br>Docketed Total: $2,583,993.60<br>Filing Creditor Name and Address<br>OLSON INTERNATIONAL CO<br>FRMLY OLSON R MANUFACTURING CO<br>50 W NORTH AVE<br>LOMBARD IL 60148 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $2,583,993.60 | | Modified Total | | $2,489,744.67 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76<br>$60,854.76 | Unsecured<br>$2,523,138.84<br>$2,523,138.84 | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76<br>$60,854.76 | Unsecured<br>$2,428,889.91<br>$2,428,889.91 |
| Claim: 1420<br>Date Filed: 01/03/06<br>Docketed Total: $6,185,131.57<br>Filing Creditor Name and Address<br>PIONEER NORTH AMERICA INC<br>CO MAX J NEWMAN ESQ<br>SCHAFER AND WEINER PLLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address<br>CREDIT SUISSE<br>11 MADISON AVE 5TH FL<br>NEW YORK NY 10010 | Docketed Total | | $6,185,131.57 | | Modified Total | | $6,185,131.57 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$3,129,150.38 | Unsecured<br>$3,055,981.19 | Case Number*<br>05-44640 | Secured | Priority<br>$40,059.72 | Unsecured<br>$6,145,071.85 |
| | | | $3,129,150.38 | $3,055,981.19 | | | $40,059.72 | $6,145,071.85 |

*See Exhibit G for a listing of debtor entities by case number                Page:   13 of 20

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3010<br>Date Filed:04/27/06<br>Docketed Total:   $916.61<br>Filing Creditor Name and Address<br>  PRECISION FITTING & GAUGE CO<br>  1214 S JOPLIN AVE<br>  TULSA OK 74112 | Claim Holder Name and Address   Docketed Total        $916.61<br>PRECISION FITTING & GAUGE CO<br>1214 S JOPLIN AVE<br>TULSA OK 74112<br><br>Case Number*      Secured      Priority        Unsecured<br>05-44481                                             $916.61<br>                                                     $916.61 | Modified Total        $916.61<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44482                                  $892.00        $24.61<br>                                          $892.00        $24.61 |
| Claim: 9021<br>Date Filed:07/05/06<br>Docketed Total:   $121,454.58<br>Filing Creditor Name and Address<br>  PTI ENGINEERED PLASTICS<br>  ACCOUNTS PAYABLE<br>  44850 CENTRE COURT EAST<br>  CLINTON TOWNSHIP MI 48038 | Claim Holder Name and Address   Docketed Total    $121,454.58<br>PTI ENGINEERED PLASTICS<br>ACCOUNTS PAYABLE<br>44850 CENTRE COURT EAST<br>CLINTON TOWNSHIP MI 48038<br><br>Case Number*      Secured      Priority        Unsecured<br>05-44640                                          $121,454.58<br>                                                  $121,454.58 | Modified Total    $121,454.58<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                  $620.00    $120,834.58<br>                                          $620.00    $120,834.58 |
| Claim: 1419<br>Date Filed:01/03/06<br>Docketed Total:   $13,700.00<br>Filing Creditor Name and Address<br>  RAETECH CORPORATION<br>  4750 VENTURE DR STE 100<br>  ANN ARBOR MI 48108 | Claim Holder Name and Address   Docketed Total     $13,700.00<br>RAETECH CORPORATION<br>4750 VENTURE DR STE 100<br>ANN ARBOR MI 48108<br><br>Case Number*      Secured      Priority        Unsecured<br>05-44481                              $13,700.00<br>                                     $13,700.00 | Modified Total     $13,700.00<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                              $4,500.00    $9,200.00<br>                                      $4,500.00    $9,200.00 |
| Claim: 10583<br>Date Filed:07/25/06<br>Docketed Total:   $198,426.72<br>Filing Creditor Name and Address<br>  RELIABLE CASTING CORP SIDNEY<br>  DIV<br>  3530 SPRING GROVE AVE<br>  CINCINNATI OH 45223 | Claim Holder Name and Address   Docketed Total    $198,426.72<br>RELIABLE CASTING CORP SIDNEY DIV<br>3530 SPRING GROVE AVE<br>CINCINNATI OH 45223<br><br>Case Number*      Secured      Priority        Unsecured<br>05-44481                          $37,324.15     $161,102.57<br><br>                                  $37,324.15     $161,102.57 | Modified Total     $53,190.30<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                          $37,324.15    $15,866.15<br><br>                                  $37,324.15    $15,866.15 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11264<br>Date Filed:07/27/06<br>Docketed Total:  $673,272.82<br>Filing Creditor Name and Address<br> REPUBLIC ENGINEERED PRODUCTS<br> INC<br> SCOTT N OPINCAR ESQ<br> MCDONALD HOPKINS CO LPA<br> 600 SUPERIOR AVE E STE 2100<br> CLEVELAND OH 44114 | Claim Holder Name and Address    Docketed Total    $673,272.82<br>REPUBLIC ENGINEERED PRODUCTS INC<br>SCOTT N OPINCAR ESQ<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND OH 44114 | | | | Modified Total    $650,319.85 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$673,272.82<br>―――――<br>$673,272.82 | Case Number*<br>05-44640 | Secured | Priority<br>$305,961.91<br>―――――<br>$305,961.91 | Unsecured<br>$344,357.94<br>―――――<br>$344,357.94 |
| Claim: 11102<br>Date Filed:07/26/06<br>Docketed Total:   $1,872.50<br>Filing Creditor Name and Address<br> ROSEMOUNT ANALYTICAL<br> CUSTOMER FINANCIAL SERVICES<br> 12001 TECHNOLOGY DR AB03<br> EDEN PRAIRIE MN 55344 | Claim Holder Name and Address    Docketed Total    $1,872.50<br>ROSEMOUNT ANALYTICAL<br>CUSTOMER FINANCIAL SERVICES<br>12001 TECHNOLOGY DR AB03<br>EDEN PRAIRIE MN 55344 | | | | Modified Total    $1,872.50 | | | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$1,340.00<br>$1,340.00 | Unsecured<br>$532.50<br>$532.50 | Case Number*<br>05-44482 | Secured | Priority<br>$1,340.00<br>$1,340.00 | Unsecured<br>$532.50<br>$532.50 |
| Claim: 1113<br>Date Filed:12/12/05<br>Docketed Total:   $88,587.35<br>Filing Creditor Name and Address<br> SCHLEUNIGER INC<br> 87 COLIN DR<br> MANCHESTER NH 03103 | Claim Holder Name and Address    Docketed Total    $88,587.35<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | | | | Modified Total    $85,998.25 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$88,587.35<br>$88,587.35 | Case Number*<br>05-44640 | Secured | Priority<br>$32,565.75<br>$32,565.75 | Unsecured<br>$53,432.50<br>$53,432.50 |
| Claim: 4409<br>Date Filed:05/02/06<br>Docketed Total:   $156,672.05<br>Filing Creditor Name and Address<br> SCIENTIFIC TUBE INC<br> IRA P GOLDBERG<br> DI MONTE & LIZAK LLC<br> 216 W HIGGINS RD<br> PARK RIDGE IL 60068 | Claim Holder Name and Address    Docketed Total    $156,672.05<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | | | | Modified Total    $155,101.69 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$156,672.05<br>―――――<br>$156,672.05 | Case Number*<br>05-44640 | Secured | Priority<br>$31,000.00<br>―――――<br>$31,000.00 | Unsecured<br>$124,101.69<br>―――――<br>$124,101.69 |

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1611<br>Date Filed:01/19/06<br>Docketed Total:  $105,930.00<br>Filing Creditor Name and Address<br> SEPR CERAMIC BEADS AND POWDERS<br> A DIVISION OF SAINT GOBAIN<br> CERAMICS & PLASTICS INC<br> CAROL WALKER<br> SAINT GOBAIN CERAMICS AND<br> PLASTICS<br> 1600 WEST  LEE STREET<br> LOUISVILLE KY 40210 | Claim Holder Name and Address    Docketed Total    $105,930.00<br>SEPR CERAMIC BEADS AND POWDERS A<br>DIVISION OF SAINT GOBAIN CERAMICS &<br>PLASTICS INC<br>CAROL WALKER<br>SAINT GOBAIN CERAMICS AND<br>PLASTICS<br>1600 WEST  LEE STREET<br>LOUISVILLE KY 40210 | Modified Total    $105,930.00 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | $35,310.00 | $70,620.00 | 05-44640 | | $35,310.00 | $70,620.00 |
| | | | $35,310.00 | $70,620.00 | | | $35,310.00 | $70,620.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8775<br>Date Filed:06/30/06<br>Docketed Total:  $112,408.05<br>Filing Creditor Name and Address<br> SILICON LABORATORIES INC<br> CO JEFFRY A DAVIS DLA PIPER<br> RUDNICK<br> 401 B STREET STE 1700<br> SAN DIEGO CA 92101 | Claim Holder Name and Address    Docketed Total    $102,681.24<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Modified Total    $102,681.24 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $102,681.24 | 05-44640 | | | $102,681.24 |
| | | | | $102,681.24 | | | | $102,681.24 |

| | Claim Holder Name and Address    Docketed Total    $9,726.81 | Modified Total    $9,726.81 |
|---|---|---|
| | SILICON LABORATORIES INC<br>CO JEFFRY A DAVIS DLA PIPER<br>RUDNICK<br>401 B STREET STE 1700<br>SAN DIEGO CA 92101 | |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | $9,726.81 | | $0.00 | 05-44640 | | $9,726.81 | |
| | | $9,726.81 | | | | | $9,726.81 | |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8775 (Continued) | | |
| Claim: 6117<br>Date Filed:05/17/06<br>Docketed Total:  $309,164.00<br>Filing Creditor Name and Address<br>  SONY ELECTRONICS INC<br>  ATTN TIMOTHY GRIEBERT<br>  1 SONY DR<br>  PARK RIDGE NJ 07656 | Claim Holder Name and Address    Docketed Total    $309,164.00<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ $309,164.00<br>                                  $309,164.00 | Modified Total    $309,164.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ $12,250.00  $296,914.00<br>                  $12,250.00  $296,914.00 |
| Claim: 8831<br>Date Filed:06/30/06<br>Docketed Total:  $3,534,443.06<br>Filing Creditor Name and Address<br>  SPX CORPORATION CONTECH<br>  DIVISION<br>  C O RONALD R PETERSON<br>  JENNER & BLOCK LLP<br>  ONE IBM PLAZA<br>  CHICAGO IL 60611 | Claim Holder Name and Address    Docketed Total    $3,534,443.06<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ $3,534,443.06<br><br>                                  $3,534,443.06 | Modified Total    $3,534,433.06<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ $938.28  $3,533,494.78<br><br>                  $938.28  $3,533,494.78 |
| Claim: 10439<br>Date Filed:07/24/06<br>Docketed Total:  $76,900.00<br>Filing Creditor Name and Address<br>  TADIRAN BATTERIES<br>  ATTN SOL JACOBS<br>  2 SEAVIEW BL<br>  PORT WASHINGTON NY 11050 | Claim Holder Name and Address    Docketed Total    $76,900.00<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ $76,900.00<br>                                  $76,900.00 | Modified Total    $76,900.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ $11,524.40  $65,375.60<br>                  $11,524.40  $65,375.60 |
| Claim: 1438<br>Date Filed:01/04/06<br>Docketed Total:  $791.97<br>Filing Creditor Name and Address<br>  THE LIGHTING COMPANY<br>  1621 BROWNING<br>  IRVINE CA 92606 | Claim Holder Name and Address    Docketed Total    $791.97<br>THE LIGHTING COMPANY<br>1621 BROWNING<br>IRVINE CA 92606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ $791.97<br>                                  $791.97 | Modified Total    $791.97<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624 _____ $791.97<br>                  $791.97 |

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13774**
Date Filed: 07/28/06
Docketed Total:   $1,708,509.29
Filing Creditor Name and Address
 TOKICO USA INC
 ATTN PAUL J RICOTTA ESQ AND
 STEPHAN
 MINTZ LEVIN COHN FERRIS
 GLOVSKY AND
 666 THIRD AVE
 NEW YORK NY 10017

| Claim Holder Name and Address | Docketed Total | $466.56 | | Modified Total | $466.56 |
|---|---|---|---|---|---|
| DEUTSCHE BANK SECURITIES INC | | | | | |
| ATTN ROSS ROSENFELT & VIKAS | | | | | |
| MADAN | | | | | |
| 60 WALL ST 3RD FL | | | | | |
| NEW YORK NY 10005 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $466.56 | 05-44640 | | $466.56 | |
| | | | $466.56 | | | $466.56 | |

| Claim Holder Name and Address | Docketed Total | $1,708,042.73 | | Modified Total | $1,706,975.81 |
|---|---|---|---|---|---|
| GOLDMAN SACHS CREDIT PARTNERS LP | | | | | |
| ATTN PEDRO RAMIREZ | | | | | |
| C O GOLDMAN SACHS & CO | | | | | |
| 30 HUDSON 17TH FL | | | | | |
| JERSEY CITY NJ 07302 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,708,042.73 | 05-44640 | | | $1,706,975.81 |
| | | | $1,708,042.73 | | | | $1,706,975.81 |

**Claim: 2677**
Date Filed: 04/18/06
Docketed Total:   $2,552.56
Filing Creditor Name and Address
 TRANSFER TOOL PRODUCTS INC
 CO THOMAS G KING & DS HOLMGREN
 KREIS ENDERLE CALLANDER &
 HUDGINS E
 PO BOX 4010
 KALAMAZOO MI 49003-4010

| Claim Holder Name and Address | Docketed Total | $2,552.56 | | Modified Total | $2,552.56 |
|---|---|---|---|---|---|
| TRANSFER TOOL PRODUCTS INC | | | | | |
| CO THOMAS G KING & DS HOLMGREN | | | | | |
| KREIS ENDERLE CALLANDER & | | | | | |
| HUDGINS E | | | | | |
| PO BOX 4010 | | | | | |
| KALAMAZOO MI 49003-4010 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $2,552.56 | | 05-44640 | | $1,186.74 | $1,365.82 |
| | | $2,552.56 | | | | $1,186.74 | $1,365.82 |

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10009<br>Date Filed:07/20/06<br>Docketed Total:  $88,505.44<br>Filing Creditor Name and Address<br> UNIFRAX CORPORATION<br> ATTN JULIA S KREHER ESQ<br> HODGSON RUSS LLP<br> ONE M&T PLAZA STE 2000<br> BUFFALO NY 14203 | Claim Holder Name and Address    Docketed Total    $88,505.44<br>UNIFRAX CORPORATION<br>ATTN JULIA S KREHER ESQ<br>HODGSON RUSS LLP<br>ONE M&T PLAZA STE 2000<br>BUFFALO NY 14203<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $88,505.44<br>                                                    $88,505.44 | Modified Total    $87,587.37<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $25,878.10    $61,709.27<br>                              $25,878.10    $61,709.27 |
| Claim: 52<br>Date Filed:10/19/05<br>Docketed Total:   $114,852.50<br>Filing Creditor Name and Address<br> UNITED MACHINING INC<br> 6300 18 1/2 MILE RD<br> STERLING HEIGHTS MI 48314 | Claim Holder Name and Address    Docketed Total    $114,852.50<br>UNITED MACHINING INC<br>6300 18 1/2 MILE RD<br>STERLING HEIGHTS MI 48314<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $114,852.50<br>                                                   $114,852.50 | Modified Total    $102,439.10<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $1,532.85    $100,906.25<br>                              $1,532.85    $100,906.25 |
| Claim: 7609<br>Date Filed:06/07/06<br>Docketed Total:   $402,499.83<br>Filing Creditor Name and Address<br> WAKO ELECTRONICS USA INC<br> ATTN W ROBINSON BEARD<br> C O STITES & HARBINSON<br> WAKO ELECTRONICS<br> 400 W MARKET ST STE 1800<br> LOUISVILLE KY 40202 | Claim Holder Name and Address    Docketed Total    $402,499.83<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $402,499.83<br><br>                                                   $402,499.83 | Modified Total    $402,499.83<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $4,244.00    $398,255.83<br><br>                              $4,244.00    $398,255.83 |
| Claim: 10208<br>Date Filed:07/21/06<br>Docketed Total:   $2,157,348.20<br>Filing Creditor Name and Address<br> WAMCO INC<br> PETER J GURFEIN<br> AKIN GUMP STRAUSS HAUER & FELD<br> 2029 CENTURY PARK E 24TH FL<br> LOS ANGELES CA 90067 | Claim Holder Name and Address    Docketed Total    $2,157,348.20<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $2,157,348.20<br><br>                                                   $2,157,348.20 | Modified Total    $2,157,348.20<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $40,599.17    $2,116,749.03<br><br>                              $40,599.17    $2,116,749.03 |

*See Exhibit G for a listing of debtor entities by case number          Page:   19 of 20

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11188<br>Date Filed:07/26/06<br>Docketed Total:   $119,859.25<br>Filing Creditor Name and Address<br> WIRE PRODUCTS INC<br> E MARK YOUNG ESQ<br> C O ROETZEL & ANDRESS LPA<br> 1375 E NINTH ST<br> ONE CLEVELAND CTR 9TH FL<br> CLEVELAND OH 44114 | Claim Holder Name and Address    Docketed Total    $119,859.25<br>WIRE PRODUCTS INC<br>E MARK YOUNG ESQ<br>C O ROETZEL & ANDRESS LPA<br>1375 E NINTH ST<br>ONE CLEVELAND CTR 9TH FL<br>CLEVELAND OH 44114 | Modified Total    $119,859.25 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $119,859.25 | 05-44640 | | $9,733.72 | $110,125.53 |
| | | | $119,859.25 | | | $9,733.72 | $110,125.53 |

Total Count of Claims:  64
Total Amount as Docketed:        $42,363,569.32
Total Amount as Modified:        $41,742,058.45

In re Delphi Corporation, et al.                                          Thirteenth Omnibus Claims Objection

**EXHIBIT F-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 7836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$82,871.31<br>$82,871.31 | 06/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

|  | Total: | 1 | $82,871.31 |
|---|---|---|---|

05-44481-rdd    Doc 8265    Filed 06/15/07    Entered 06/15/07 16:11:42    Main Document

In re Delphi Corporation, et al.    Pg 175 of 241    Thirteenth Omnibus Claims Objection

**EXHIBIT F-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CALSONIC KANSEI NORTH AMERICA INC<br>BOULT CUMMINGS CONNERS & BERRY PLC<br>1600 DIVISION ST STE 700<br>NASHVILLE, TN 37203 | 11162 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,867,106.33<br><br><br><br>$3,867,106.33 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 1659 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$885.80<br>$885.80 | 01/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$132.69<br>$132.69 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| CROWN ENTERPRISES INC<br>STEINBERG SHAPIRO & CLARK<br>24901 NORTHWESTERN HWY STE 611<br>SOUTHFIELD, MI 48075 | 11129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$269,135.33<br>$269,135.33 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY 5TH FL<br>NEW YORK, NY 10007 | 14154 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,281.26<br><br><br><br>$9,281.26 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| HIDRIA USA<br>202 BEECHTREE BLVD<br>GREENVILLE, SC 29605 | 3734 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$30,248.78<br>$30,248.78 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MSX INTERNATIONAL INC<br>HONIGMAN MILLER SCHWARTZ AND COHN L<br>2290 FIRST NATIONAL BLDG<br>660 WOODWARD AVE<br>DETROIT, MI 48226 | 11425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$90,809.43<br>$90,809.43 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC<br>2 GREENWICH PLZ<br>GREENWICH, CT 06830 | 9107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$98,067.90<br>$98,067.90 | 07/07/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT F-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TOYOTA MOTOR CORPORATION FROST BROWN TODD LLC 250 WEST MAIN STREET SUITE 2700 LEXINGTON, KY 40507 | 15533 | Secured: Priority: Administrative: Unsecured: Total: | $51,342.00 $51,342.00 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| WACHOVIA BANK NA SUCCESSOR BY MERGER TO SOUTHTRUST BANK BURR & FORMAN LLP 420 N 20TH STREET SUITE 3100 BIRMINGHAM, AL 35203 | 14913 | Secured: Priority: Administrative: Unsecured: Total: | $6,656,624.92 $6,656,624.92 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:    10    $11,073,634.44

## EXHIBIT F-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BAY COUNTY TAX COLLECTOR<br>239 E 4TH ST<br>PANAMA CITY, FL 32401 | 16559 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $16,270.91<br><br><br><br>$16,270.91 | 03/01/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARICOPA COUNTY TREASURER<br>HEBERT SCHENK PC<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16477 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,742.82<br><br><br><br>$4,742.82 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 16467 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$15,000,000.00<br>$15,000,000.00 | 12/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

|  | Total: | 3 | $15,021,013.73 |
|---|---|---|---|

In re Delphi Corporation, et al.                                    **Thirteenth Omnibus Claims Objection**

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13015 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13036 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13024 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13026 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13027 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13007 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13009 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13025 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13033 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 12998 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 12999 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13006 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13020 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13028 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13029 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13031 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13005 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13012 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13017 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13019 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13023 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 12997 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13034 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASPIRE, INC (05-44618) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13037 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13000 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13004 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13013 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13016 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13018 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13010 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13022 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI RECEIVABLES LLC (05-47459) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13030 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DREAL INC (05-44627) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13032 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13038 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13001 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13002 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CHINA LLC (05-44577) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13003 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13008 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13011 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13014 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13035 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LLC (05-44615) |
| ACE AMERICAN INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13021 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | MOBILEARIA, INC. (05-47474) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13297 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13331 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13305 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13306 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13310 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13312 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI RECEIVABLES LLC (05-47459) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13317 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13328 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13329 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13330 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13296 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13309 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13313 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13320 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DREAL INC (05-44627) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13332 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13295 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13307 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13308 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13314 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13292 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13300 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13301 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13327 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13294 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13318 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13323 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13299 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13326 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13303 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13304 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13311 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | MOBILEARIA, INC. (05-47474) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13315 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13319 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13333 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13293 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CHINA LLC (05-44577) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13298 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13316 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13321 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13322 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13324 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASPIRE, INC (05-44618) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13325 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LLC (05-44615) |
| ILLINOIS UNION INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13302 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13069 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13057 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13059 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13060 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13061 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13064 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CHINA LLC (05-44577) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13066 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13041 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13046 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13055 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13067 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13070 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13039 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | MOBILEARIA, INC. (05-47474) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13044 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13049 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13050 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13056 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 13058 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/28/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13068 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13053 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LLC (05-44615) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13062 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13065 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13071 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13072 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13076 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13040 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI RECEIVABLES LLC (05-47459) |

**EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13043 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13063 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13077 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13073 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13042 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13045 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13047 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13048 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DREAL INC (05-44627) |

## EXHIBIT F-4 - ADJOURNED PROTECTIVE INSURANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13051 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13075 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13078 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13079 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13080 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| PACIFIC EMPLOYERS INSURANCE COMPANY DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 13052 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/28/2006 | ASPIRE, INC (05-44618) |

|  | Total: | 126 | $0.00 | | |

In re Delphi Corporation, et al.                              **Thirteenth Omnibus Claims Objection**

**EXHIBIT F-5 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BEST FOAM FABRICATORS INC<br>9633 S COTTAGE GROVE<br>CHICAGO, IL 60628 | 16550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$40,680.44<br>$40,680.44 | 02/22/2007 | DELPHI CORPORATION (05-44481) |
| BRADFORD INDUSTRIES INC<br>1857 MIDDLESEX ST<br>LOWELL, MA 01851 | 16564 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$60,814.07<br>$60,814.07 | 03/05/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MOTION INDUSTRIES INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | 16416 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,198.43<br><br><br>$835,355.82<br>$877,554.25 | 11/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **3** | | **$979,048.76** | | |

**In re Delphi Corporation, et al.**                    **Thirteenth Omnibus Claims Objection**

## EXHIBIT F-6 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE 100 W RANDOLPH ST LEVEL 7 425 CHICAGO, IL 60601 | 16470 | Secured: Priority: Administrative: Unsecured: Total: | $222,477.02 $35,181.75 $257,658.77 | 01/03/2007 | DELPHI CORPORATION (05-44481) |

|  | **Total:** | **1** | **$257,658.77** | | |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9105<br>Date Filed:07/07/06<br>Docketed Total:  $277,159.38<br>Filing Creditor Name and Address<br> BRUSH WELLMAN INC<br> C O JEAN ROBERTSON<br> MCDONALD HOPKINS CO LPA<br> 600 SUPERIOR AVENUE EAST STE<br> 2100<br> CLEVELAND OH 44114 | Claim Holder Name and Address    Docketed Total    $277,159.38<br>BRUSH WELLMAN INC<br>C O JEAN ROBERTSON<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVENUE EAST STE<br>2100<br>CLEVELAND OH 44114 | Modified Total    $246,462.28 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640 _____ _____ $277,159.38<br>                              $277,159.38 | Case Number*   Secured   Priority   Unsecured<br>05-44640 _____ $31,044.61 $215,417.67<br>              $31,044.61 $215,417.67 |
| Claim: 9760<br>Date Filed:07/18/06<br>Docketed Total:  $4,041,686.30<br>Filing Creditor Name and Address<br> CATALER NORTH AMERICA CORP<br> 2002 CATALER DR<br> LINCOLNTOWN NC 28092 | Claim Holder Name and Address    Docketed Total    $4,041,686.30<br>SPECIAL SITUATIONS INVESTING GROUP<br>INC<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | Modified Total    $4,041,686.30 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640 _____ $18,298.73 $4,023,387.57<br>              $18,298.73 $4,023,387.57 | Case Number*   Secured   Priority   Unsecured<br>05-44640 _____ $18,298.73 $4,023,387.57<br>              $18,298.73 $4,023,387.57 |
| Claim: 12691<br>Date Filed:07/28/06<br>Docketed Total:  $1,539,602.72<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF CAMOPLAST<br> INCORPORATED<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 WEST PUTNAM AVENUE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $1,539,602.72<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>CAMOPLAST INCORPORATED<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830 | Modified Total    $1,529,102.05 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640 _____ $98,196.60 $1,441,406.12<br><br>_____ $98,196.60 $1,441,406.12 | Case Number*   Secured   Priority   Unsecured<br>05-44640 _____ $88,544.81 $1,440,557.24<br><br>_____ $88,544.81 $1,440,557.24 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 10381<br>Date Filed:07/24/06<br>Docketed Total:  $166,195.72<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF ETCO<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $166,195.72<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>ETCO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | Modified Total   $166,195.72 | |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                    $166,195.72<br>                                              $166,195.72 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                            $1,072.80   $165,122.92<br>                                    $1,072.80   $165,122.92 | |
| Claim: 12689<br>Date Filed:07/28/06<br>Docketed Total:   $176,114.66<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF FLOW DRY<br> TECHNOLOGY LTD<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 WEST PUTNAM AVENUE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $176,114.66<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>FLOW DRY TECHNOLOGY LTD<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830 | | Modified Total   $174,308.42 | |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                $42,727.58   $133,387.08<br>                        $42,727.58   $133,387.08 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                $42,727.58   $131,580.84<br>                        $42,727.58   $131,580.84 | |
| Claim: 9796<br>Date Filed:07/18/06<br>Docketed Total:   $572,033.91<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF HITCHINER<br> MANUFACTURING CO INC<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $572,033.91<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>HITCHINER MANUFACTURING CO INC<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830 | | Modified Total   $572,033.91 | |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                $8,179.67   $563,854.24<br>                        $8,179.67   $563,854.24 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                $8,179.67   $563,854.24<br>                        $8,179.67   $563,854.24 | |

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1:**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | Priority | Unsecured | CLAIM AS MODIFIED | | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| Claim: 10382<br>Date Filed:07/24/06<br>Docketed Total:  $210,732.14<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF MTD TECHNOLOGIES<br> INC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $210,732.14<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>MTD TECHNOLOGIES INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Case Number*<br>05-44640 | Secured | $16,294.70<br>———<br>$16,294.70 | $194,437.44<br>———<br>$194,437.44 | Modified Total   $210,732.14<br><br>Case Number*<br>05-44640 | Secured | $16,294.70<br>———<br>$16,294.70 | $194,437.44<br>———<br>$194,437.44 |

**Row 2:**

| Claim: 12669<br>Date Filed:07/28/06<br>Docketed Total:  $1,087,184.23<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF OMRON DUALTEC<br> AUTOMOTIVE ELECTRONICS INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $1,087,184.23<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>OMRON DUALTEC AUTOMOTIVE<br>ELECTRONICS INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Case Number*<br>05-44640 | Secured | $85,411.74<br>$85,411.74 | $1,001,772.49<br>$1,001,772.49 | Modified Total   $1,030,332.89<br><br>Case Number*<br>05-44640 | Secured | $85,411.74<br>$85,411.74 | $944,921.15<br>$944,921.15 |

**Row 3:**

| Claim: 9792<br>Date Filed:07/18/06<br>Docketed Total:  $214,580.56<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PAX MACHINE WORKS<br> INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $214,580.56<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PAX MACHINE WORKS INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Case Number*<br>05-44640 | Secured | $865.58<br>———<br>$865.58 | $213,714.98<br>———<br>$213,714.98 | Modified Total   $214,580.56<br><br>Case Number*<br>05-44640 | Secured | $865.58<br>———<br>$865.58 | $213,714.98<br>———<br>$213,714.98 |

In re: Delphi Corporation, et al.

Thirteenth Omnibus Objection

### EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12690<br>Date Filed:07/28/06<br>Docketed Total:  $865,517.60<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SCHAEFFLER CANADA<br> INC<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 WEST PUTNAM AVENUE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $865,517.60<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SCHAEFFLER CANADA INC<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH CT 06830 | | | | Modified Total    $865,517.60 | | | |
| | Case Number*    Secured        Priority          Unsecured<br>05-44640                     $80,774.09      $784,743.51<br>                              $80,774.09      $784,743.51 | | | | Case Number*    Secured        Priority          Unsecured<br>05-44640                     $80,774.09      $784,743.51<br>                              $80,774.09      $784,743.51 | | | |
| Claim: 9791<br>Date Filed:07/18/06<br>Docketed Total:  $299,745.20<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SP DIV NMC LLC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $299,745.20<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SP DIV NMC LLC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830 | | | | Modified Total    $299,745.20 | | | |
| | Case Number*    Secured        Priority          Unsecured<br>05-44640                     $5,367.21       $294,377.99<br>                              $5,367.21       $294,377.99 | | | | Case Number*    Secured        Priority          Unsecured<br>05-44640                     $5,367.21       $294,377.99<br>                              $5,367.21       $294,377.99 | | | |
| Claim: 12692<br>Date Filed:07/28/06<br>Docketed Total:  $3,398,927.24<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF STRATTEC SECURITY<br> CORP<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $3,398,927.24<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>STRATTEC SECURITY CORP<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | Modified Total  $3,395,680.90 | | | |
| | Case Number*    Secured        Priority          Unsecured<br>05-44640                     $43,124.50      $3,355,802.74<br>                              $43,124.50      $3,355,802.74 | | | | Case Number*    Secured        Priority          Unsecured<br>05-44640                     $43,124.50      $3,352,556.40<br>                              $43,124.50      $3,352,556.40 | | | |

In re: Delphi Corporation, et al.                                                                                                    Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9793<br>Date Filed:07/18/06<br>Docketed Total: $568,283.69<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF WHIRLAWAY<br> CORPORATION<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $568,283.69<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>WHIRLAWAY CORPORATION<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                $26,238.62    $542,045.07<br>                                                 $26,238.62    $542,045.07 | Modified Total    $557,025.45<br><br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                         $26,238.62    $530,786.83<br>                                          $26,238.62    $530,786.83 |
| Claim: 11279<br>Date Filed:07/27/06<br>Docketed Total: $34,432.00<br>Filing Creditor Name and Address<br> CTS OF CANADA CO<br> 171 COVINGTON DR<br> BLOOMINGTON IL 60108 | Claim Holder Name and Address    Docketed Total    $24,300.00<br>BEAR STEARNS INVESTMENT PRODUCTS<br>INC<br>ATTN LAURA L TORRADO<br>383 MADISON AVE<br>NEW YORK NY 10179<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                $3,120.45    $21,179.55<br>                                                 $3,120.45    $21,179.55 | Modified Total    $24,300.00<br><br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                          $3,120.45    $21,179.55<br>                                           $3,120.45    $21,179.55 |
|  | Claim Holder Name and Address    Docketed Total    $10,132.00<br>CTS OF CANADA CO<br>171 COVINGTON DR<br>BLOOMINGTON IL 60108<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                $0.00    $10,132.00 | Modified Total    $0.00<br><br><br><br>Case Number*   Secured      Priority      Unsecured |
| Claim: 8946<br>Date Filed:07/05/06<br>Docketed Total: $653,356.73<br>Filing Creditor Name and Address<br> EPCOS INC<br> ATTN DAVID N CRAPO ESQ<br> GIBBONS PC<br> ONE GATEWAY CTR<br> NEWARK NJ 07102-5310 | Claim Holder Name and Address    Docketed Total    $653,356.73<br>EPCOS INC<br>ATTN DAVID N CRAPO ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK NJ 07102-5310<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $653,356.73<br>                                                              $653,356.73 | Modified Total    $653,356.73<br><br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                         $72,949.27    $580,407.46<br>                                          $72,949.27    $580,407.46 |

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16570**
Date Filed: 03/12/07
Docketed Total:   $337,154.09
Filing Creditor Name and Address
 GCI TECHNOLOGIES INC
 1301 PRECISION DR
 PLANO TX 75074

Claim Holder Name and Address
GCI TECHNOLOGIES INC
1301 PRECISION DR
PLANO TX 75074

Docketed Total    $337,154.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,981.92 | $331,172.17 |
| | | $5,981.92 | $331,172.17 |

Modified Total    $330,859.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,981.92 | $324,877.35 |
| | | $5,981.92 | $324,877.35 |

---

**Claim: 4427**
Date Filed: 05/02/06
Docketed Total:   $139,123.46
Filing Creditor Name and Address
 HAMMOND GROUP INC
 1414 FIELD ST BLDG B
 HAMMOND IN 46320-173

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Docketed Total    $139,123.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $15,397.30 | $123,726.16 |
| | | $15,397.30 | $123,726.16 |

Modified Total    $136,367.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $15,397.30 | $120,970.00 |
| | | $15,397.30 | $120,970.00 |

---

**Claim: 9540**
Date Filed: 07/14/06
Docketed Total:   $39,111.67
Filing Creditor Name and Address
 HOLLINGSWORTH & VOSE CO
 112 WASHINGTON ST
 EAST WALPOLE MA 02032-100

Claim Holder Name and Address
HOLLINGSWORTH & VOSE CO
112 WASHINGTON ST
EAST WALPOLE MA 02032-100

Docketed Total    $39,111.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $39,111.67 |
| | | | $39,111.67 |

Modified Total    $15,157.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,984.96 | $9,173.00 |
| | | $5,984.96 | $9,173.00 |

---

**Claim: 15458**
Date Filed: 07/31/06
Docketed Total:   $100,584.84
Filing Creditor Name and Address
 LIQUIDITY SOLUTIONS INC DBA
 REVENUE MANAGEMENT AS ASSIGNEE
 OF HEXCEL CORPORATION
 JEFFREY L CARESS
 ONE UNIVERSITY PLAZA SUITE 312
 HACKENSACK NJ 7601

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Docketed Total    $100,584.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $100,584.84 |
| | | | $100,584.84 |

Modified Total    $100,584.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $33,980.58 | $66,604.26 |
| | | $33,980.58 | $66,604.26 |

---

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15211<br>Date Filed:07/31/06<br>Docketed Total:   $1,352,891.10<br>Filing Creditor Name and Address<br>  MILLENNIUM INDUSTRIES<br>  CORPORATION<br>  C O JOHN P HENSIEN AND SUSANNA<br>  C BR<br>  CLARK HILL PLC<br>  500 WOODWARD AVE STE 3500<br>  DETROIT MI 48226-3435 | Claim Holder Name and Address    Docketed Total    $1,352,891.10<br>MILLENNIUM INDUSTRIES CORPORATION<br>C O JOHN P HENSIEN AND SUSANNA<br>C BR<br>CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT MI 48226-3435 | Modified Total    $591,576.77 |
| | **Case Number*     Secured        Priority        Unsecured**<br>05-44640                                    $704,727.68    $648,163.42<br>                                _____    _____<br>                                    $704,727.68    $648,163.42 | **Case Number*     Secured        Priority        Unsecured**<br>05-44640                                        $1,942.04    $589,634.73<br>                                    _____    _____<br>                                        $1,942.04    $589,634.73 |
| Claim: 10218<br>Date Filed:07/21/06<br>Docketed Total:   $220,167.50<br>Filing Creditor Name and Address<br>  MILLWOOD INC DBA LIBERTY<br>  INDUSTRIES INC<br>  C O SAM O SIMMERMAN ESQ<br>  KRUGLIAK WILKINS GRIFFITHS &<br>  DOUGHE<br>  4775 MUNSON ST NW<br>  PO BOX 36963<br>  CANTON OH 44735-6963 | Claim Holder Name and Address    Docketed Total    $220,167.50<br>MILLWOOD INC DBA LIBERTY INDUSTRIES<br>INC<br>C O SAM O SIMMERMAN ESQ<br>KRUGLIAK WILKINS GRIFFITHS &<br>DOUGHE<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON OH 44735-6963 | Modified Total    $220,167.50 |
| | **Case Number*     Secured        Priority        Unsecured**<br>05-44640                                     $55,995.04    $164,172.46<br>                                    $55,995.04    $164,172.46 | **Case Number*     Secured        Priority        Unsecured**<br>05-44640                                        $3,946.75    $216,220.75<br>                                        $3,946.75    $216,220.75 |
| Claim: 13815<br>Date Filed:07/31/06<br>Docketed Total:   $223,843.01<br>Filing Creditor Name and Address<br>  MULTEK FLEXIBLE CIRCUITS INC<br>  ET AL<br>  C O STEVEN J REISMAN ESQ<br>  CURTIS MALLET PREVOST COLT &<br>  MOSLE<br>  101 PARK AVE<br>  NEW YORK NY 10178-0061 | Claim Holder Name and Address    Docketed Total    $223,843.01<br>MULTEK FLEXIBLE CIRCUITS INC ET AL<br>C O STEVEN J REISMAN ESQ<br>CURTIS MALLET PREVOST COLT &<br>MOSLE<br>101 PARK AVE<br>NEW YORK NY 10178-0061 | Modified Total    $173,461.71 |
| | **Case Number*     Secured        Priority        Unsecured**<br>05-44640                                     $28,136.03    $195,706.98<br>                                    _____    _____<br>                                    $28,136.03    $195,706.98 | **Case Number*     Secured        Priority        Unsecured**<br>05-44640                                     $11,801.03    $161,660.68<br>                                    _____    _____<br>                                    $11,801.03    $161,660.68 |

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection

**EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11053<br>Date Filed:07/26/06<br>Docketed Total:   $3,725,211.05<br>Filing Creditor Name and Address<br> MURATA ELECTRONICS NORTH<br> AMERICA INC<br> ATTN TREASURER CORP<br> CONTROLLER<br> 2200 LAKE PARK DR<br> SMYRNA GA 30080-7604 | Claim Holder Name and Address   Docketed Total   $3,725,211.05<br>MURATA ELECTRONICS NORTH AMERICA<br>INC<br>ATTN TREASURER CORP<br>CONTROLLER<br>2200 LAKE PARK DR<br>SMYRNA GA 30080-7604<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $33,926.12   $111,941.07   $3,579,343.86<br>          $33,926.12   $111,941.07   $3,579,343.86 | Modified Total   $3,717,844.93<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $111,941.07   $3,605,903.86<br>                $111,941.07   $3,605,903.86 |
| Claim: 15222<br>Date Filed:07/31/06<br>Docketed Total:   $392,351.79<br>Filing Creditor Name and Address<br> NOVELIS CORP<br> 6060 PKLAND BLVD<br> CLEVELAND OH 44124-4185 | Claim Holder Name and Address   Docketed Total   $392,351.79<br>NOVELIS CORP<br>6060 PKLAND BLVD<br>CLEVELAND OH 44124-4185<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481         $33,090.25   $359,261.54<br>                $33,090.25   $359,261.54 | Modified Total   $392,351.79<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $33,090.25   $359,261.54<br>                $33,090.25   $359,261.54 |
| Claim: 15627<br>Date Filed:07/31/06<br>Docketed Total:   $147,402.29<br>Filing Creditor Name and Address<br> PREMIER PRODUCTS INC<br> 3030 KERSTEN CT<br> KALAMAZOO MI 49048 | Claim Holder Name and Address   Docketed Total   $147,402.29<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                     $147,402.29<br>                             $147,402.29 | Modified Total   $141,620.92<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $10,671.05   $130,949.87<br>                $10,671.05   $130,949.87 |
| Claim: 14137<br>Date Filed:07/31/06<br>Docketed Total:   $2,752,068.75<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> FUJIKOKI AMERICA INC<br> BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $2,752,068.75<br>SPECIAL SITUATIONS INVESTING GROUP<br>INC<br>ATTN AL DOMBROWSKI<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK NY 10004<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                     $2,752,068.75<br>                             $2,752,068.75 | Modified Total   $2,752,068.75<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $102,600.39   $2,649,468.36<br>                $102,600.39   $2,649,468.36 |

*See Exhibit G for a listing of debtor entities by case number          Page:   8 of 9

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection

## EXHIBIT F-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12257**
Date Filed: 07/28/06
Docketed Total:   $217,822.60
Filing Creditor Name and Address
 STANLEY ELECTRIC SALES OF
 AMERICA INC
 C O MARK T FLEWELLING ESQ
 AFRCT LLP
 199 S LOS ROBLES AVE STE 600
 PASADENA CA 91101

Claim Holder Name and Address    Docketed Total    $217,822.60
STANLEY ELECTRIC SALES OF AMERICA
INC
C O MARK T FLEWELLING ESQ
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA CA 91101

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | $21,450.40 | $196,372.20 | 05-44567 | | $43,264.40 | $174,558.20 |
| | | $21,450.40 | $196,372.20 | | | $43,264.40 | $174,558.20 |

Modified Total    $217,822.60

**Claim: 12374**
Date Filed: 07/28/06
Docketed Total:   $33,257.86
Filing Creditor Name and Address
 ZELLER ELECTRIC OF ROCHESTER
 INC AKA ZELLER ELECTRIC INC
 ATTN JOHN K MCANDREW
 WOODS OVIATT GILMAN LLP
 700 CROSSROADS BUILDING
 2 STATE ST
 ROCHESTER NY 14614

Claim Holder Name and Address    Docketed Total    $33,257.86
ZELLER ELECTRIC OF ROCHESTER INC
AKA ZELLER ELECTRIC INC
ATTN JOHN K MCANDREW
WOODS OVIATT GILMAN LLP
700 CROSSROADS BUILDING
2 STATE ST
ROCHESTER NY 14614

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $33,257.86 | 05-44640 | | $4,000.00 | $29,257.86 |
| | | | $33,257.86 | | | $4,000.00 | $29,257.86 |

Modified Total    $33,257.86

Total Count of Claims:   28
Total Amount as Docketed:      $23,786,542.09
Total Amount as Modified:      $22,804,202.35

*See Exhibit G for a listing of debtor entities by case number          Page:   9 of 9

In re: Delphi Corporation, et. al.                                Thirteenth Omnibus Objection

**Exhibit G - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44484 | ASEC SALES GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44529 | DELPHI MEDICAL SYSTEMS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC |
| 05-44558 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 05-44567 | DELPHI TECHTRONIC SYSTEMS, INC |
| 05-44589 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 05-44596 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

# EXHIBIT E

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit A-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Adrian Radiology Assoc | PO Box 306<br>Adrian, MI 49221 | 7/31/06 | 15366 | $32.00 | Insufficiently Documented Claim | Disallow and Expunge | |
| Coface Collections North America Inc as Agent for Maporama International | Coface Collections North America Inc<br>Attn David Miller<br>PO Box 2102<br>Cranbury, NJ 08512 | 1/12/06 | 1520 | $23,390.20 | Insufficiently Documented Claim | Disallow and Expunge | |
| Coface North America Inc as Agent for Hellermann Tyton Corporation | David Miller<br>Coface North America Inc<br>PO Box 2102<br>Cranbury, NJ 08512 | 5/9/06 | 5395 | $8,531.46 | Insufficiently Documented Claim | Disallow and Expunge | |
| Flex Technologies Inc | 108 Brattontown Cir<br>Lafayette, TN 37083 | 7/6/06 | 9088 | $6,499.90 | Insufficiently Documented Claim | Disallow and Expunge | |
| Lee Spring Co | 1462 62nd St<br>Brooklyn, NY 11219-5477 | 11/1/05 | 277 | $425.54 | Insufficiently Documented Claim | Disallow and Expunge | |
| Lee Spring Co | 1462 62nd St<br>Brooklyn, NY 11219-5477 | 11/1/05 | 278 | $86.00 | Insufficiently Documented Claim | Disallow and Expunge | |
| Lee Spring Co | 1462 62nd St<br>Brooklyn, NY 11219-5477 | 11/1/05 | 281 | $172.80 | Insufficiently Documented Claim | Disallow and Expunge | |
| Lee Spring Co | 1462 62nd St<br>Brooklyn, NY 11219-5477 | 11/2/05 | 291 | $287.00 | Insufficiently Documented Claim | Disallow and Expunge | |
| Lee Spring Company | 1462 62nd St<br>Brooklyn, NY 11219-5477 | 11/1/05 | 279 | $792.40 | Insufficiently Documented Claim | Disallow and Expunge | |
| NES Rentals | NES Rentals<br>PO Box 8500-1226<br>Philadelphia, PA 19178-1226 | 11/4/05 | 321 | $13,200.75 | Insufficiently Documented Claim | Disallow and Expunge | |

6/13/2007 8:42 PM
Omni 13 Ex A-1 Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit A-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| City and County of Denver Treasury | Attn Karen Katros Bankruptcy Analyst McNichols Civic Ctr Bldg 144 W Colfax Ave Room 384 Denver, CO 80202-5391 | 1/23/07 | 16495 | $0.00 | Untimely Insufficiently Documented Claim | Disallow and Expunge | |

6/13/2007 8:42 PM
Omni 13 Ex A-2 Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| All American Semiconductor Inc | 16115 Nw 52nd Ave<br>Miami, FL 33014 | 7/24/06 | 10414 | $44,275.71 | Books and Records Claim | Disallow and Expunge | |
| Blackhawk Automotive Plastics | Accounts Payable<br>800 Pennsylvania Ave<br>Salem, OH 44460 | 6/19/06 | 8198 | $6,330.63 | Books and Records Claim | Disallow and Expunge | |
| Bulk Transit Corporation | 7177 Industrial Pkwy<br>Plain City, OH 43064 | 5/8/06 | 5059 | $361.92 | Books and Records Claim | Disallow and Expunge | |
| Carolina Auto Restyling | 6745 Netherlands Dr<br>Wilmington, NC 28405 | 5/16/06 | 6020 | $7,500.00 | Books and Records Claim | Disallow and Expunge | |
| Citicorp Vendor Finance Inc | Citicorp Vendor Finance Inc<br>c/o Foster & Wolkind PC<br>80 Fifth Avenue Suite 1401<br>New York, NY 10011 | 6/6/06 | 7587 | $26,629.83 | Books and Records Claim | Disallow and Expunge | |
| Donnelly Industries Inc | Kinrei of America LLC<br>26 N Center St<br>Orange, NJ 07050 | 10/20/05 | 60 | $22,196.00 | Books and Records Claim | Disallow and Expunge | |
| Eagle Equipment Corporation | 666 Brooksedge Blvd<br>Westerville, OH 43081 | 1/23/06 | 1622 | $27,242.74 | Books and Records Claim | Disallow and Expunge | |
| Elektrobau Heinz Meissner Kg | Kg<br>Westfalenweg 256 33415 Verl<br>, Germany | 5/16/06 | 5951 | $37,182.34 | Books and Records Claim | Disallow and Expunge | |
| Filter Products Corp | 5825 S Palo Verde Rd<br>Tucson, AZ 85706-7737 | 6/30/06 | 8811 | $214.00 | Books and Records Claim | Disallow and Expunge | |
| Genesis Global Solutions Inc | 910 K E Redd Rd No 331<br>El Paso, TX 79912 | 3/15/06 | 2302 | $7,508.00 | Books and Records Claim | Disallow and Expunge | |

6/13/2007 8:42 PM
Omni 13 Ex B-1 Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Georgia Institute Of Technolog | Electrical & Computer Engineer<br>777 Atlantic Dr<br>Atlanta, GA 30332 | 7/28/06 | 12390 | $6,000.00 | Books and Records Claim | Disallow and Expunge | |
| Honeywell Friction Materials Bendix | 39 Old Ridgebury Rd<br>Danbury, CT 06810 | 3/3/06 | 2180 | $80,658.14 | Books and Records Claim | Disallow and Expunge | |
| Infasco Nut | 390 Thomas St<br>Ingersoll, ON N5C 2G7 Canada | 6/20/06 | 8254 | $63,004.01 | Books and Records Claim | Disallow and Expunge | |
| J Gordon Lewis dba J Gordon Lewis PLLC | J Gordon Lewis dba J Gordon Lewis PLLC<br>441 North Evansdale Dr<br>Bloomfield Hills, MI 48304 | 11/3/05 | 317 | $3,850.00 | Books and Records Claim | Disallow and Expunge | |
| Jody R Swanson | 8537 10th Ave<br>Jenison, MI 49428-9503 | 8/9/06 | 16259 | $575,000.00 | Books and Records Claim | Disallow and Expunge | |
| Johnson Controls Inc Controls Group | Stephen Bobo<br>Sachnoff & Weaver Ltd<br>10 S Wacker Dr Ste 4000<br>Chicago, IL 60606 | 7/31/06 | 15527 | $0.00 | Books and Records Claim | Disallow and Expunge | |
| Kuester Automobilova Technika Sro | Tovarenska 1<br>97631 Vlkanova<br>, Slovakia Slovak Rep | 7/26/06 | 11234 | $7,683.00 | Books and Records Claim | Disallow and Expunge | |
| Lakeview Local Sch Dst Board Of Education | Treasurer<br>300 Hillman Dr<br>Cortland, OH 44410 | 7/28/06 | 12344 | $0.00 | Books and Records Claim | Disallow and Expunge | |
| Lathrop Gage | 2345 Grand Blvd<br>Kansas City, MO 64108-2612 | 1/9/06 | 1484 | $1,892.37 | Books and Records Claim | Disallow and Expunge | |
| Lee Spring Co | 1462 62nd St<br>Brooklyn, NY 11219-5477 | 3/24/06 | 2384 | $86.00 | Books and Records Claim | Disallow and Expunge | |

6/13/2007 8:42 PM
Omni 13 Ex B-1 Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Lee Spring Co | 1462 62nd St<br>Brooklyn, NY 11219-5477 | 3/24/06 | 2385 | $48.20 | Books and Records Claim | Disallow and Expunge | |
| Maclean Dynalink | Attn P A Russell<br>13820 West Polo Trail Dr<br>Lake Forest, IL 60045 | 7/10/06 | 9167 | $76,664.00 | Books and Records Claim | Disallow and Expunge | |
| Metallurgical Services | 2221 Arbor Blvd<br>Dayton, OH 45439 | 3/14/06 | 2295 | $7,361.01 | Books and Records Claim | Disallow and Expunge | |
| New York State Department of Taxation and Finance | Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | 4/7/06 | 2584 | $105.97 | Books and Records Claim | Disallow and Expunge | |
| New York State Department of Taxation and Finance | Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | 7/18/06 | 9708 | $701.18 | Books and Records Claim | Disallow and Expunge | |
| Oce North America Inc | Attn Legal Dept<br>5600 Broken Sound Blvd<br>Boca Raton, FL 33487 | 6/5/06 | 7501 | $14,465.13 | Books and Records Claim | Disallow and Expunge | |
| Orr Safety Corp | PO Box 198029<br>Louisville, KY 40229 | 5/25/06 | 6849 | $5,678.32 | Books and Records Claim | Disallow and Expunge | |
| Polimoon As | Ruselokkeveien 6<br>Oslo, 00125 Norway | 5/25/06 | 6841 | $6,362.31 | Books and Records Claim | Disallow and Expunge | |
| Polimoon as Kambo Components | Ase Tellefsen Polimoon Kristiansand<br>PO Box 1514<br>Lundsiden Torsgt 49<br>Kristiansand, N 4688 Norway | 5/25/06 | 6841 | $6,362.31 | Books and Records Claim | Disallow and Expunge | |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>111 S Main St Ste C11<br>PO Box 9095<br>Breckenridge, CO 80424 | 7/31/06 | 15282 | $33,920.00 | Books and Records Claim | Disallow and Expunge | |
| Rizzo Services | 22449 Groesbeck<br>Warren, MI 48089 | 12/5/05 | 983 | $31,846.63 | Books and Records Claim | Disallow and Expunge | |

6/13/2007 8:42 PM
Omni 13 Ex B-1 Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Robert Bosch S A de C V | Attn Judith Lowitz Adler<br>c o Robert Bosch Corporation<br>38000 Hills Tech Dr<br>Farmington Hills, MI 48331 | 7/31/06 | 13621 | $446,072.62 | Books and Records Claim | Disallow and Expunge | |
| Safety Kleen Systems Inc | 5400 Legacy Dr<br>Cluster II Bldg 3<br>Plano, TX 75024 | 5/1/06 | 3618 | $743.38 | Books and Records Claim | Disallow and Expunge | |
| SBC Global | PO Box 981268<br>West Sacramento, CA 95798 | 1/17/06 | 1581 | $1,060.82 | Books and Records Claim | Disallow and Expunge | |
| SCP US Inc | SCP US Inc<br>8455 Westpark<br>Boise, ID 83704 | 12/12/05 | 1112 | $7,056.56 | Books and Records Claim | Disallow and Expunge | |
| Sherwin Williams Co The | 915 Murray Dr Ste 338<br>Lexington, KY 40505 | 5/5/06 | 4860 | $15,654.45 | Books and Records Claim | Disallow and Expunge | |
| Sokymat Automotive Gmbh | Gewerbeparkstrasse 10<br>Reichshof Wehnrath, DE 51580 Germany | 7/28/06 | 12191 | $142,476.15 | Books and Records Claim | Disallow and Expunge | |
| Texas Comptroller of Public Accounts | Office of the Attorney General<br>Bankruptcy Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | 1/5/06 | 1452 | $10,112.55 | Books and Records Claim | Disallow and Expunge | |
| Triad Technologies LLC | Attn Tom Eyer<br>100 Rockridge Rd<br>Englewood, OH 45322 | 3/22/06 | 2360 | $20,163.12 | Books and Records Claim | Disallow and Expunge | |
| Uis Programmable Services Inc | PO Box 981123<br>Ypsilanti, MI 48198-1123 | 5/1/06 | 4964 | $6,518.49 | Books and Records Claim | Disallow and Expunge | |
| Valeo Schalter Und Sensoren | Gmbh<br>Gustav Rau Str 4 86650 Wemding<br>, Germany | 8/9/06 | 16121 | $25,311.04 | Books and Records Claim | Disallow and Expunge | |

6/13/2007 8:42 PM
Omni 13 Ex B-1 Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Vwr Scientific | VWR International Inc<br>1230 Kennestone Circle<br>Marietta, PA 30066 | 6/20/06 | 8249 | $1,903.43 | Books and Records Claim | Disallow and Expunge | |
| Vwr Scientific | Vwr Scientific<br>PO Box 640169<br>Pittsburgh, PA 15264-0169 | 6/20/06 | 8249 | $1,903.43 | Books and Records Claim | Disallow and Expunge | |
| Vwr Scientific Products Corp | VWR International Inc<br>1230 Kennestone Circle<br>Marietta, GA 30066 | 6/20/06 | 8248 | $226.14 | Books and Records Claim | Disallow and Expunge | |
| Vwr Scientific Products Corp | Vwr Scientific Products Corp<br>Vwr Scientific<br>5100 W Henrietta Rd<br>W Henrietta, NY 14586 | 6/20/06 | 8248 | $226.14 | Books and Records Claim | Disallow and Expunge | |
| Yamazen Inc | 735 E Remington Rd<br>Schaumburg, IL 60173 | 12/21/05 | 1231 | $9,303.95 | Books and Records Claim | Disallow and Expunge | |

6/13/2007 8:42 PM
Omni 13 Ex B-1 Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit B-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Honeywell International | Manjula Murugesh Honeywell Service & Solutions 1140 W Warner Rd MS 1233 M Tempe, AZ 85284-2816 | 2/13/07 | 16537 | $133.08 | Untimely Books and Records Claim | Disallow and Expunge | |
| Honeywell International | Honeywell ACS Service 12490 Collections Center Dr Chicago, IL 60693 | 2/13/07 | 16537 | $133.08 | Untimely Books and Records Claim | Disallow and Expunge | |
| Pitney Bowes Credit Corporation | Attn Recovery Dept 27 Waterview Dr Shelton, CT 06484-4361 | 4/12/07 | 16593 | $3,484.00 | Untimely Books and Records Claim | Disallow and Expunge | |
| Pitney Bowes Credit Corporation | Attn Recovery Dept 27 Waterview Dr Shelton, CT 06484-5151 | 4/12/07 | 16594 | $586.88 | Untimely Books and Records Claim | Disallow and Expunge | |
| Texas Comptroller of Public Accounts on behalf of the State of Texas Texas Municipalities Texas Counties Special Purpose Dist | Office of the Attorney General Collection Division Bankruptcy Section PO Box 12548 Austin, TX 78711-2548 | 12/27/06 | 16466 | $242.10 | Untimely Books and Records Claim | Disallow and Expunge | |
| Texas Comptroller of Public Accounts on behalf of the State of Texas Texas Municipalities Texas Counties Special Purpose Dist | Revenue Accounting Division Bankruptcy Section PO Box 13528 Austin, TX 78711-3528 | 12/27/06 | 16466 | $242.10 | Untimely Books and Records Claim | Disallow and Expunge | |

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Zurich American Insurance Company and its Affiliates | Attn Mary Perlick 1400 American Ln Schaumburg, IL 60196 | 10/17/05 | 10 | $0.00 | Books and Records Insurance Claim | Disallow And Expunge | |

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit D-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Condenser People Inc | 2323 S Mount Prospect Rd<br>Des Plaines, IL 60018 | 3/12/07 | 16572 | $3,370.00 | Untimely Claim | Disallow and Expunge | |
| Gustavo Rodriguez Pena | Mar Rojo 811 A<br>Colonia Cavazos Renynosa Tamaulipas, Mexico | 3/26/07 | 16586 | $23,213.65 | Untimely Claim | Disallow and Expunge | |
| Gustavo Rodriguez Pena | Rene Segundo<br>602 N McColl Rd<br>PO Box 6226<br>McAllen, TX 78502 | 3/26/07 | 16586 | $23,213.65 | Untimely Claim | Disallow and Expunge | |
| Keyence Corp Of America | 50 Tice Blvd<br>Woodcliff Lake, NJ 07677 | 4/2/07 | 16585 | $58,421.00 | Untimely Claim | Disallow and Expunge | |
| Nebraska Department Of Revenue | Attn Bankruptcy Unit<br>PO Box 94818<br>Lincoln, NE 68509-4818 | 1/22/07 | 16492 | $2,251.51 | Untimely Claim | Disallow and Expunge | |
| Newport Stratford Inc | 150 Long Beach Blvd<br>Stratford, CT 06615 | 2/23/07 | 16553 | $1,369.84 | Untimely Claim | Disallow and Expunge | |
| Spencer James | 483 Hubbard St Ne<br>Grand Rapids, MI 49525-2533 | 2/13/07 | 16543 | $56,031.43 | Untimely Claim | Disallow and Expunge | |
| The Idea Nexus | c o Todd Mitzman<br>6690 Glenway Dr<br>W Bloomfield, MI 48322 | 3/20/07 | 16582 | $8,406.00 | Untimely Claim | Disallow and Expunge | |
| Tinnerman Palnut Engineered Products | Tinnerman Palnut Engineered Products<br>PO Box 10<br>Brunswick, OH 44212 | 3/7/07 | 16568 | $18,030.08 | Untimely Claim | Disallow and Expunge | |
| Tinnerman Palnut Engineered Products | Tinnerman Palnut Engineered Products<br>PO Box 10<br>Brunswick, OH 44212 | 3/7/07 | 16569 | $12,360.00 | Untimely Claim | Disallow and Expunge | |

6/13/2007 8:42 PM
Omni 13 Ex D-1 Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit D-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| TSI Solutions | 2220 Centre Park Court Stone Mountain, GA 30087 | 2/21/07 | 16547 | $1,108.45 | Untimely Claim | Disallow and Expunge | |

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit D-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| City of Dayton | Attn Tax Collections<br>City of Dayton Finance Department<br>101 W Third St<br>Dayton, OH 45402 | 11/6/06 | 16404 | $427,534.25 | Untimely Tax Claim | Disallow and Expunge | |
| Hinds Co Ms | Hinds Co Tax Collector<br>PO Box 1727<br>Jackson, MS 39215 | 8/28/06 | 16274 | $702,798.81 | Untimely Tax Claim | Disallow and Expunge | |
| Hinds County Tax Collector | PO Box 1727<br>Add Chg 1 08 04 Cp<br>Jackson, MS 39215-1727 | 8/28/06 | 16275 | $380,196.10 | Untimely Tax Claim | Disallow and Expunge | |
| St Joseph County Treasurer | County City Bldg<br>227 W Jefferson Blvd<br>South Bend, IN 46601-1830 | 2/23/07 | 16552 | $1,105.56 | Untimely Tax Claim | Disallow and Expunge | |
| State of Minnesota Department of Revenue | Department of Revenue Collection Division<br>Bankruptcy Section<br>PO Box 64447<br>Saint Paul, MN 55164-0447 | 1/9/07 | 16478 | $599.00 | Untimely Tax Claim | Disallow and Expunge | |
| State of New Hampshire Dept of Revenue Administration | Pierre O Boisvert Director<br>PO Box 454<br>Concord, NH 03302-0454 | 3/5/07 | 16565 | $13,505.35 | Untimely Tax Claim | Disallow and Expunge | |
| Virginia Department of Taxation | PO Box 2156<br>Richmond, VA 23218 | 12/26/06 | 16464 | $10,288.39 | Untimely Tax Claim | Disallow and Expunge | |
| Virginia Department of Taxation | Taxing Authority Consulting Services PC<br>Mark K Ames<br>2812 Emerywood Pkwy Ste 220<br>Richmond, VA 23294 | 12/26/06 | 16464 | $10,288.39 | Untimely Tax Claim | Disallow and Expunge | |
| Warren City Income Tax Dept | PO Box 230<br>Warren, OH 44482 | 12/15/06 | 16457 | $131,083.00 | Untimely Tax Claim | Disallow and Expunge | |

6/13/2007 8:43 PM
Omni 13 Ex D-2 Service List

# EXHIBIT F

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
         In re                          :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P.
3007 DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
PROTECTIVE INSURANCE CLAIMS,  (D) INSURANCE CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS AND UNTIMELY TAX
CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION
AGREEMENT IDENTIFIED IN THIRTEENTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on June 6, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement Identified In Thirteenth Omnibus Claims Objection (the "Thirteenth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Thirteenth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was a subject of the Thirteenth Omnibus Claims Objection Order, was listed on Exhibit __ to the Thirteenth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Thirteenth Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.

Dated:  New York, New York
        June 8, 2007

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    - and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

3

# EXHIBIT G

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit E-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| All Rite Industries | All Rite Industries 470 Oakwood Rd Lake Zurich, IL 60047 | 12/13/05 | 1139 | $93,039.28 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $13,280.00 | Priority | 05-44640 | $79,759.28 | General Unsecured |
| AMI Industries Inc | AMI Industries Prepetition 5093 N Red Oak Rd Lewiston, MI 49756 | 7/31/06 | 15203 | $110,591.58 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $184.23 | Priority | 05-44640 | $110,407.35 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 10/17/05 | 41 | $82,859.86 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $14,711.99 | Priority | 05-44640 | $48,260.58 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/7/06 | 7609 | $402,499.83 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $4,244.00 | Priority | 05-44640 | $398,255.83 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/20/06 | 8259 | $2,583,993.60 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $60,854.76 | Priority | 05-44640 | $2,428,889.91 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/30/06 | 8831 | $3,534,443.06 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $938.28 | Priority | 05-44640 | $3,533,494.78 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/21/06 | 10208 | $2,157,348.20 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $40,599.17 | Priority | 05-44640 | $2,116,749.03 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/25/06 | 10717 | $834,429.82 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $6,636.00 | Priority | 05-44640 | $827,793.82 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/27/06 | 11580 | $22,755.61 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $900.36 | Priority | 05-44640 | $19,085.50 | General Unsecured |
| Argo Partners | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 2/21/06 | 2066 | $49,007.73 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $43,676.20 | General Unsecured | | | |
| Argo Partners | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 7/24/06 | 10439 | $76,900.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $11,524.40 | Priority | 05-44640 | $65,375.60 | General Unsecured |
| Armada Rubber Manufacturing Company | Robert Bova PO Box 579 Armada, MI 48005-0579 | 5/2/06 | 4458 | $11,070.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,210.00 | Priority | 05-44640 | $9,860.00 | General Unsecured |
| Arrow Sheet Metal Products Co | Attn S Tujillo 2890 W 62nd Ave Denver, CO 80221 | 3/3/06 | 2182 | $33,163.60 | Claims Subject to Modification and Reclamation Agreement | 05-44507 | $6,367.31 | Priority | 05-44507 | $26,796.29 | General Unsecured |
| Bank of America N A | Attn Information Mgr 100 N Tryon St 20th Fl Mail Code NCI 007 20 01 Charlotte, NC 28255 | 5/17/06 | 6146 | $16,711.16 | Claims Subject to Modification and Reclamation Agreement | 05-44567 | $4,125.59 | Priority | 05-44567 | $12,585.57 | General Unsecured |

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit E-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| Blue Angel Claims LLC | Attn Jennifer Donovan c o Davidson Kemper Capital Management LLC 65 E 55th St 19th Fl New York, NY 10022 | 2/16/06 | 2049 | $4,342,158.43 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $4,019,539.03 | General Unsecured | | | |
| Cable Technologiesinc | George Obrien 3209 Ave E East Arlington, TX 76011 | 7/31/06 | 14241 | $43,119.30 | Claims Subject to Modification and Reclamation Agreement | 05-44511 | $18,966.38 | Priority | 05-44511 | $24,152.92 | General Unsecured |
| Cascade Die Casting Group | 7441 S Division Ave Ste A1 Grand Rapids, MI 49548 | 7/24/06 | 10355 | $15,049.09 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $11,105.86 | Priority | 05-44640 | $3,943.23 | General Unsecured |
| Casco Products Corporation | Mr John Spratta VP Global Finance One Waterview Dr Shelton, CT 06484-7367 | 7/28/06 | 11923 | $13,569.50 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $5,760.48 | Priority | 05-44640 | $7,560.52 | General Unsecured |
| Casco Products Corporation | Casco Products Corp Attn Cherie Macdonald Esq Greensfelder Hemker & Gale PC 12 Wolf Creek Ste 100 Belleville, IL 62226 | 7/28/06 | 11923 | $13,569.50 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $5,760.48 | Priority | 05-44640 | $7,560.52 | General Unsecured |
| Catalytic Solutions Inc | 1640 Fiske Pl Oxnard, CA 93033 | 7/31/06 | 14059 | $422,138.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $9,345.36 | Priority | 05-44640 | $411,767.54 | General Unsecured |
| Coats American Inc | Coats North America PO Box 60124 Charlotte, NC 28260 | 5/1/06 | 3853 | $24,193.80 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $3,170.89 | Priority | 05-44640 | $20,289.57 | General Unsecured |
| Continental Midland LLC | William S Hackney Much Shelist 191 N Wacker Dr Ste 1800 Chicago, IL 60606 | 7/31/06 | 14247 | $45,870.92 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,386.73 | Priority | 05-44640 | $44,055.32 | General Unsecured |
| CoorsTek Inc | Elizabeth K Flaagan Holme Roberts & Owen LLP 1700 Lincoln St Ste 4100 Denver, CO 80203 | 8/22/06 | 16250 | $40,206.20 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $30,318.20 | Priority | 05-44640 | $9,888.00 | General Unsecured |
| Credit Suisse | Wendy Beer 11 Madison Ave 5th Fl New York, NY 10010 | 1/3/06 | 1420 | $6,185,131.57 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $40,059.72 | Priority | 05-44640 | $6,145,071.85 | General Unsecured |
| Curtis Screw Company LLC | Attn Julia S Kreher Esq Hodgson Russ LLP One M&T Plz Ste 2000 Buffalo, NY 14203 | 4/5/07 | 16592 | $147,474.32 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $52,906.09 | Priority | 05-44640 | $82,770.14 | General Unsecured |
| Curtis Screw Company LLC | Curtis Screw Company LLC PO Box 2970 Buffalo, NY 14240-2970 | 4/5/07 | 16592 | $147,474.32 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $52,906.09 | Priority | 05-44640 | $82,770.14 | General Unsecured |

6/13/2007 8:54 PM
Omni 13 Ex E-3 single Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit E-3 Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| | Deutsche Bank Securities Inc | Attn Ross Rosenfelt & Vikas Madan<br>60 Wall St 3rd Fl<br>New York, NY 10005 | 7/31/06 | 13773 | $5,721,969.77 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $27,569.59 | Priority | | | |
| | Deutsche Bank Securities Inc | Attn Ross Rosenfelt & Vikas Madan<br>60 Wall St 3rd Fl<br>New York, NY 10005 | 7/28/06 | 13774 | $1,708,509.29 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $466.56 | Priority | | | |
| | EFTEC North America | HB Fuller Company<br>attn Gregg Walters<br>2900 Granada Ln<br>Oakdale, MN 55128 | 10/17/05 | 41 | $82,859.86 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $6,678.61 | General Unsecured | | | |
| | Engelhard Corporation | Mr Robert Housman Director of Credit<br>101 Wood Ave<br>Iselin, NJ 08830 | 2/16/06 | 2049 | $4,342,158.43 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $85,576.07 | Priority | 05-44640 | $41,926.44 | General Unsecured |
| | Fawn Plastics Co Inc | Fawn Plastics Co Inc<br>1920 Greenspring Dr Ste 140<br>Timonium, MD 21093 | 4/7/06 | 2579 | $50,085.22 | Claims Subject to Modification and Reclamation Agreement | 05-44567 | $26,190.18 | Priority | 05-44567 | $23,895.04 | General Unsecured |
| | Goldman Sachs Credit Partners LP | Attn Pedro Ramirez<br>c o Goldman Sachs & Co<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/31/06 | 13773 | $5,721,969.77 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $5,694,400.18 | General Unsecured | | | |
| | Goldman Sachs Credit Partners LP | Attn Pedro Ramirez<br>c o Goldman Sachs & Co<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/28/06 | 13774 | $1,708,509.29 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,706,975.81 | General Unsecured | | | |
| | Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 12/12/05 | 1113 | $88,587.35 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $32,565.75 | Priority | 05-44640 | $53,432.50 | General Unsecured |
| | Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 6/30/06 | 8775 | $112,408.05 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $102,681.24 | General Unsecured | | | |
| | Hilite International Inc | 1671 S Broadway St<br>Carrollton, TX 75006-7442 | 7/18/06 | 9840 | $509,488.17 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $2,422.72 | Priority | 05-44640 | $507,065.45 | General Unsecured |
| | International Resistive Company Advanced Film Division | David M Schilli<br>Robinson Bradshaw & Hinson PA<br>101 N Tryon St Ste 1900<br>Charlotte, NC 28246 | 8/24/06 | 16255 | $1,898,409.80 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $77,693.93 | Priority | | | |
| | International Resistive Company Wire & Film Technologies Division | David M Schilli<br>Robinson Bradshaw & Hinson P A<br>101 North Tryon St Ste 1900<br>Charlotte, NC 28246 | 6/30/06 | 8878 | $170,159.62 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,320.21 | Priority | 05-44640 | $0.00 | General Unsecured |

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit E-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| ITT Cannon Newton | ITT Industries Shared Services 2881 East Bayard Street Seneca Falls, NY 13148 | 1/17/06 | 1541 | $114,460.81 | Claims Subject to Modification and Reclamation Agreement | 05-44567 | $11,604.80 | Priority | 05-44567 | $74,806.50 | General Unsecured |
| JPMorgan Chase Bank NA | Neelima Veluvolu 270 Park Ave 17th Fl New York, NY 10017 | 7/25/06 | 10703 | $1,380,747.26 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $197,519.25 | Priority | 05-44640 | $1,183,228.01 | General Unsecured |
| KL Industries Inc | James G Martignon Levenfeld Pearlstein LLC 2 N LaSalle 1300 Chicago, IL 60602 | 2/21/06 | 2066 | $49,007.73 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $4,872.55 | Priority | | | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 2/21/06 | 2071 | $3,608,175.78 | Claims Subject to Modification and Reclamation Agreement | 05-44482 | $425,192.03 | Priority | 05-44482 | $3,182,983.75 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 5/2/06 | 4409 | $156,672.05 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $31,000.00 | Priority | 05-44640 | $124,101.69 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 5/17/06 | 6117 | $309,164.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $12,250.00 | Priority | 05-44640 | $296,914.00 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 6/6/06 | 7572 | $177,776.94 | Claims Subject to Modification and Reclamation Agreement | 05-44567 | $23,482.06 | Priority | 05-44567 | $129,190.17 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/20/06 | 9989 | $203,557.41 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $21,774.05 | Priority | 05-44640 | $181,783.36 | General Unsecured |
| Longacre Master Fund Ltd as assignee/transferee of Sharp Electronics Corp | Attn Vladimir Jelisavcic 810 Seventh Ave 22nd Floor New York, NY 10019 | 7/31/06 | 13974 | $1,659,326.20 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $40,000.00 | Priority | 05-44640 | $1,619,326.20 | General Unsecured |
| M & S Manufacturing Company | c o Bruce N Elliott Conlin McKenney & Philbrick PC 350 S Main St Ste 400 Ann Arbor, MI 48104 | 7/28/06 | 12057 | $35,063.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $13,620.06 | Priority | 05-44640 | $21,442.94 | General Unsecured |
| Mabuchi Motor America Corp | Mabuchi Motor America Corp 3001 W Big Beaver Rd Ste 520 Troy, MI 48084-3106 | 11/4/05 | 351 | $635,040.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $875.54 | Priority | 05-44640 | $634,164.46 | General Unsecured |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 4/5/07 | 16592 | $147,474.32 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $52,906.09 | Priority | 05-44640 | $82,770.14 | General Unsecured |
| Magnesium Aluminum Corp | Attn Bob OMalley 3425 Service Rd Cleveland, OH 44111 | 7/21/06 | 10186 | $130,579.71 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $36,684.88 | Priority | 05-44640 | $87,661.61 | General Unsecured |
| Markel Corp | 435 School Ln Plymouth Meeting, PA 19462 | 7/28/06 | 12225 | $17,618.29 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $8,585.01 | Priority | 05-44640 | $448.27 | General Unsecured |

6/13/2007 8:54 PM
Omni 13 Ex E-3 single Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit E-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| Metal Cladding Inc | Attn Julia S Kreher Esq Hodgson Russ LLP One M&T Plz Ste 2000 Buffalo, NY 14203 | 7/12/06 | 9386 | $59,437.76 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $14,090.99 | Priority | 05-44640 | $45,346.77 | General Unsecured |
| Micronas GmbH | co Glen K Ritner Director Micronas Semiconductors Inc Automotive Headquarters - The Americas 3700 Grand River Ste 215 Farmington Hillls, MI 48335 | 5/23/06 | 6710 | $88,440.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $18,090.00 | Priority | 05-44640 | $70,350.00 | General Unsecured |
| Nu Horizons Electronics Corp | Attn C Salazar 2070 Ringwood Ave San Jose, CA 95131 | 6/1/06 | 7313 | $61,384.40 | Claims Subject to Modification and Reclamation Agreement | 05-44507 | $30,455.00 | Priority | 05-44507 | $30,929.40 | General Unsecured |
| Precision Fitting & Gauge Co | 1214 S Joplin Ave Tulsa, OK 74112 | 4/27/06 | 3010 | $916.61 | Claims Subject to Modification and Reclamation Agreement | 05-44482 | $892.00 | Priority | 05-44482 | $24.61 | General Unsecured |
| Pti Engineered Plastics | Accounts Payable 44850 Centre Court East Clinton Township, MI 48038 | 7/5/06 | 9021 | $121,454.58 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $620.00 | Priority | 05-44640 | $120,834.58 | General Unsecured |
| Raetech Corporation | Raetech Corporation 4750 Venture Dr Ste 100 Ann Arbor, MI 48108 | 1/3/06 | 1419 | $13,700.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $4,500.00 | Priority | 05-44640 | $9,200.00 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 111 S Main St Ste C11 PO Box 9095 Breckenridge, CO 80424 | 6/8/06 | 7659 | $298,168.53 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $3,118.89 | Priority | 05-44640 | $295,049.64 | General Unsecured |
| Reliable Casting Corp Sidney Div | 3530 Spring Grove Ave Cincinnati, OH 45223 | 7/25/06 | 10583 | $198,426.72 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $37,324.15 | Priority | 05-44640 | $15,866.15 | General Unsecured |
| Republic Engineered Products Inc | Scott N Opincar Esq McDonald Hopkins Co LPA 600 Superior Ave E Ste 2100 Cleveland, OH 44114 | 7/27/06 | 11264 | $673,272.82 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $305,961.91 | Priority | 05-44640 | $344,357.94 | General Unsecured |
| Rosemount Analytical | Customer Financial Services 12001 Technology Dr AB03 Eden Prairie, MN 55344 | 7/26/06 | 11102 | $1,872.50 | Claims Subject to Modification and Reclamation Agreement | 05-44482 | $1,340.00 | Priority | 05-44482 | $532.50 | General Unsecured |
| SEPR Ceramic Beads and Powders a division of Saint Gobain Ceramics & Plastics Inc | Carol Walker Saint Gobain Ceramics and Plastics Inc 1600 West Lee Street Louisville, KY 40210 | 1/19/06 | 1611 | $105,930.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $35,310.00 | Priority | 05-44640 | $70,620.00 | General Unsecured |
| SEPR Ceramic Beads and Powders a division of Saint Gobain Ceramics & Plastics Inc | Strasburger & Price LLP Mark E Golman 901 Main Street Suite 4300 Dallas, TX 75202-3794 | 1/19/06 | 1611 | $105,930.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $35,310.00 | Priority | 05-44640 | $70,620.00 | General Unsecured |

6/13/2007 8:54 PM
Omni 13 Ex E-3 single Service List

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit E-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| Silicon Laboratories Inc | co Jeffry A Davis DLA Piper Rudnick Gray Cary 401 B Street Ste 1700 San Diego, CA 92101 | 6/30/06 | 8775 | $112,408.05 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $9,726.81 | Priority | 05-44640 | $0.00 | General Unsecured |
| The Lighting Company | The Lighting Company 1621 Browning Irvine, CA 92606 | 1/4/06 | 1438 | $791.97 | Claims Subject to Modification and Reclamation Agreement | 05-44624 | $791.97 | Priority | | | |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman c o TPG Credit Management LP 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 6/30/06 | 8878 | $170,159.62 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $158,918.44 | General Unsecured | | | |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman c o TPG Credit Management LP 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 8/24/06 | 16255 | $1,898,409.80 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,813,301.97 | General Unsecured | | | |
| Transfer Tool Products Inc | co Thomas G King & DS Holmgren Kreis Enderle Callander & Hudgins et al PO Box 4010 Kalamazoo, MI 49003-4010 | 4/18/06 | 2677 | $2,552.56 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,186.74 | Priority | 05-44640 | $1,365.82 | General Unsecured |
| Unifrax Corporation | attn Julia S Kreher Esq Hodgson Russ LLP One M&T Plaza Ste 2000 Buffalo, NY 14203 | 7/20/06 | 10009 | $88,505.44 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $25,878.10 | Priority | 05-44640 | $61,709.27 | General Unsecured |
| United Machining Inc | Lou Sabel General Manager 6300 18 1/2 Mile Rd Sterling Heights, MI 48314 | 10/19/05 | 52 | $114,852.50 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,532.85 | Priority | 05-44640 | $100,906.25 | General Unsecured |
| Wire Products Inc | E Mark Young Esq c o Roetzel & Andress LPA 1375 E Ninth St One Cleveland Ctr 9th Fl Cleveland, OH 44114 | 7/26/06 | 11188 | $119,859.25 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $9,733.72 | Priority | 05-44640 | $110,125.53 | General Unsecured |

6/13/2007 8:54 PM
Omni 13 Ex E-3 single Service List

# EXHIBIT H

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :
     In re                     :    Chapter 11
                           :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                           :
             Debtors.   :    (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P.
3007 DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
PROTECTIVE INSURANCE CLAIMS,  (D) INSURANCE CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS AND UNTIMELY TAX
CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION
AGREEMENT IDENTIFIED IN THIRTEENTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on June 6, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement Identified In Thirteenth Omnibus Claims Objection (the "Thirteenth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Thirteenth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was a subject of the Thirteenth Omnibus Claims Objection Order, was listed on Exhibit __ to the Thirteenth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Thirteenth Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.


Dated:  New York, New York
           June 8, 2007

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

3

# EXHIBIT I

Delphi Corporation
Thirteenth Omnibus Objection Order
Exhibit E-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 | Modified Debtor3 | Modified Amount3 | Modified Nature3 | Modified Debtor4 | Modified Amount4 | Modified Nature4 |
| Avnet Inc | 2211 S 47th St Phoenix, AZ 85034 | 1/4/06 | 1447 | $250,559.17 | Claims Subject to Modification and Reclamation Agreement | 05-44511 | $1,382.05 | General Unsecured | 05-44624 | $300.10 | General Unsecured | 05-44507 | $67,613.23 | Priority | 05-44507 | $154,335.84 | General Unsecured |
| Avx Corp | 801 17th Ave S Myrtle Beach, SC 29577-424 | 7/18/06 | 9755 | $119,379.15 | Claims Subject to Modification and Reclamation Agreement | 05-44567 | $419.83 | General Unsecured | 05-44640 | $11,894.48 | Priority | 05-44640 | $104,622.42 | General Unsecured | | | |
| Liquidity Solutions Inc | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 7/13/06 | 9460 | $29,862.80 | Claims Subject to Modification and Reclamation Agreement | 05-44612 | $1,840.00 | General Unsecured | 05-44640 | $2,668.00 | Priority | 05-44640 | $25,354.80 | General Unsecured | | | |
| Micro Motion Inc | Customer Financial Services 12001 Technology Dr AB03 Eden Prairie, MN 55344 | 7/26/06 | 11103 | $38,679.38 | Claims Subject to Modification and Reclamation Agreement | 05-44482 | $5,895.03 | Priority | 05-44482 | $31,770.54 | General Unsecured | 05-44640 | $975.00 | General Unsecured | | | |

6/13/2007 8:53 PM
Omni 13 Ex E-3 multiple Service List

# EXHIBIT J

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                     :
     In re               :    Chapter 11
                     :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                     :
           Debtors.   :    (Jointly Administered)
                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P.
3007 DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
PROTECTIVE INSURANCE CLAIMS,  (D) INSURANCE CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS AND UNTIMELY TAX
CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION
AGREEMENT IDENTIFIED IN THIRTEENTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on June 6, 2007, the United States Bankruptcy
Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance
Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely
Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation
Agreement Identified In Thirteenth Omnibus Claims Objection (the "Thirteenth Omnibus Claims
Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Thirteenth Omnibus
Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which
you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors
and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was a
subject of the Thirteenth Omnibus Claims Objection Order, was listed on Exhibit __ to the
Thirteenth Omnibus Claims Objection Order, and was accordingly disallowed and expunged,
unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

3

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Thirteenth Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.


Dated:  New York, New York
        June 8, 2007

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

   - and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession