IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
   In re                            :   Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :   Case No. 05-44481 (RDD)
                                              :
                    Debtors.    :   (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## AFFIDAVIT OF SERVICE

     I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On June 13, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via overnight delivery:

    1) Letter from Kurtzman Carson Consultants LLC [a copy of which is attached hereto as Exhibit B]

    2) Declaration Form [a copy of which is attached hereto as Exhibit C]

    3) Pre-paid return Federal Express envelope


Dated: June 15, 2007

                                                           /s/ Evan Gershbein
                                                           Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 15th day of June, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    /s/ Shannon J. Spencer

Commission Expires:   6/20/10

# EXHIBIT A

Delphi Corporation
Claims Timeliness Declaration Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Claim Number |
|---|---|---|---|---|---|---|---|---|---|
| ADAC Plastics Inc and its wholly owned subsidiaries ADAC Door Components Inc & ADAC Automotive Trim Inc | Attn John F Shape | 5920 Tahoe Dr SE | | | Grand Rapids | MI | 49546 | | 15846 |
| Allied Tool & Machine Co | Fred N Becker | 3545 Janes Rd | | | Saginaw | MI | 48601 | | 16009 |
| Alycia T Wright and | | Jamie E Wright Jt Ten | 800 Red Mills Rd | | Wallkill | NY | 12589 | | 15891 |
| Barbara Garner | J Barton Warren Esquire | Warren & Simpson PC | 105 North Side Square | | Huntsville | AL | 35801 | | 16043 |
| Barbara Garner | J Barton Warren Esquire | Warren & Simpson PC | 105 North Side Square | | Huntsville | AL | 35801 | | 16044 |
| Beverly M Jenkins | | 834 Pennington Ave | | | Trenton | NJ | 08618-2912 | | 15910 |
| Black Dennis A | | 416 Willow Brook Way | | | Chesapeake | VA | 23320-3560 | | 16021 |
| Brubaker and Associates Inc | | PO Box 412000 | | | St Louis | MO | 63141-2000 | | 16106 |
| Cantoola Inc | Cantoola Incorporated | Cantoola Incorporated | 560 Jade Rd | | Toney | AL | 35773 | | 16165 |
| Cantoola Inc | | 1408 5th Ave Se Ste 1 | | | Decatur | AL | 35601 | | 16165 |
| Carl J Birchmeier Jr | | MC 481 POL028 | PO Box 8024 | | Plymouth | MI | 48170-8024 | | 16146 |
| Carolyn M Seracka | | 1208 Sunnyfield Ln | | | Scotch Plains | NJ | 07076-2220 | | 15948 |
| Carolyn Russell | | 2641 Timber Lane | | | Flushing | MI | 48433 | | 16081 |
| Carolyn Russell | | 2641 Timber Lane | | | Flushing | MI | 48433 | | 16082 |
| Catchpole Ronald | | 4888 Townline Rd | | | Sanborn | NY | 14132 | | 16122 |
| Catchpole Ronald | | 4888 Townline Rd | | | Sanborn | NY | 14132 | | 16123 |
| Catchpole Ronald | | 4888 Townline Rd | | | Sanborn | NY | 14132 | | 16124 |
| Chandler Richard | | 3856 Old Riverside Dr | | | Dayton | OH | 45405 | | 16059 |
| Cheeseman | | 2200 State Route 119 | | | Ft Recovery | OH | 45846 | | 15942 |
| Chiuchiarelli Cheryl | | 5369 Perry Rd | | | Grand Blanc | MI | 48439 | | 15845 |
| Copenhaver Gerald | | 2416 Losantiville | | | Golf Manor | OH | 45237 | | 15887 |
| Crowley Tool Co | | 190 Molly Walton Rd | | | Hendersonville | TN | 37075 | | 16132 |
| Cutting Tools Inc | Customer Servic | 121 E Tutt St | | | South Bend | IN | 46634 | | 16142 |
| Cynthia L Darby | | 3577 Compton Pkwy | | | Saint Charles | MO | 63301-4078 | | 15894 |
| Dajaco Industries Inc | | 49715 Leona | | | Chesterfield | MI | 48051 | | 16018 |
| Dana Blake | | 620 Storie Ave | | | Crossville | TN | 38555 | | 16107 |
| Dana Fidler | | 1743 Stony Creek Dr | | | Rochestor | MI | 48307 | | 16166 |
| Debra A Smith | | 1116 Bay Hill Dr | | | Gibsonia | PA | 15044 | | 16063 |
| Design Pattern Works Inc | Craig T Matthews & Associates LPA | 376 Regency Ridge Dr | | | Centerville | OH | 45459 | | 16103 |
| Donald H Van Denbussche and | | Rod Rozman Jt Ten | 10401 St John Dr | Box 317 | Algonac | MI | 48001-4243 | | 16067 |
| Duane A Bolinger | | 9057 Huntsman Circle | | | Grand Blanc | MI | 48439 | | 16036 |
| Ecorse Machinery Sls & Rbldrs | | 75 Southfield | | | Ecorse | MI | 48229-143 | | 16167 |
| Ferguson Electric Service Co | | 321 Ellicott St | | | Buffalo | NY | 14203 | | 15844 |
| Fitzgerald Water Light & Bond | | PO Box Drawer F | | | Fitzgerald | GA | 31750 | | 16026 |
| Galonska Joseph | | 6350 Belmont Pl | | | Saginaw | MI | 48603-3450 | | 16141 |
| Gebbia Steven | | 1916 Lincolnshire Dr | | | Rochester Hills | MI | 48309-4530 | | 16178 |
| Gomoluch Joseph B | | 1865 Daley Dr | | | Reese | MI | 48757-9231 | | 15997 |
| Grau Patricia | | 101 Mac Arthur St | | | Blissfield | MI | 49228 | | 16032 |
| Hanke Crimp Technik Gmbh | | Hirschfelder Ring 8 | | | Zittau | | 02763 | Germany | 15949 |
| Haven Manufacturing Corp | Dave Erickson | 370 Sterling Industrial Pk | | | Brunwick | GA | 31525 | | 16180 |
| Hayward Woodrow | | 1733 Brandywine Dr | | | Bloomfield | MI | 48304-1111 | | 16173 |

Delphi Corporation
Claims Timeliness Declaration Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Claim Number |
|---|---|---|---|---|---|---|---|---|---|
| Holland Scottie E | | 1403 E Mclean Ave | | | Burton | MI | 48529-1611 | | 15840 |
| Holland Scottie E | | 1403 E Mclean Ave | | | Burton | MI | 48529-1611 | | 15841 |
| Hollister Iii R | | 1692 Garry Dr | | | Bellbrook | OH | 45305 | | 16129 |
| James J Kalled Trustee Uw | | Josiah W Brown | Box 132 | | Ossipee | NH | 03864-0132 | | 16038 |
| Joseph D Campbell | | 50 Carnoustic Ln | | | Springboro | OH | 45066 | | 16031 |
| Judco Manufacturing Inc | | 1429 W 240th St | | | Harbor City | CA | 90710 | | 16012 |
| Judith S Matzelle | | 5345 Iroquois Ct | | | Clarkston | MI | 48348 | | 16089 |
| Kenmode Tool & Engr Inc Eft | | 820 W Algonquin Rd | | | Algonquin | IL | 60102 | | 15982 |
| Laporte County In | | Laporte County Treasurer | 813 Lincolnway Ste 205 | | Laporte | IN | 46360-3491 | | 16116 |
| Leeck Rasolind J | | 4118 Northshore Dr | | | Fenton | MI | 48430-9148 | | 16111 |
| Littell Michael | | 154 Fitzhugh Se | | | Grand Rapids | MI | 49506 | | 15861 |
| Lockport Town Of Ny | | 6560 Dysinger Rd | | | Lockport | NY | 14094 | | 15946 |
| Logan Eartha | | 2121 Canniff St | | | Flint | MI | 48504-2009 | | 15923 |
| Logan Eartha | | 2121 Canniff St | | | Flint | MI | 48504-2009 | | 16262 |
| Lori A Ostrander | | 1601 N Averill Ave | M C 485 220 075 | | Flint | MI | 48556 | | 16094 |
| Madden Judith A | | 31 Auburn Ave Se | | | Grand Rapids | MI | 49506-1619 | | 15860 |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38 | 6310 Lamar Ave Ste 120 | | | Overland Park | KS | 66202 | | 15844 |
| Martin P Sheridan | | 5305 Stone Ridge | | | Midland | MI | 48640 | | 16159 |
| Mary Fenwick | | 420 W Adrian | | | Blissfield | MI | 49228-1002 | | 15971 |
| Matthews Gloria G | Rush E Elliott | Rush E Elliott | 4590 Boardman Canfield Rd Ste B | PO Box 37 | Canfield | OH | 44406 | | 15854 |
| Matthews Gloria G | | 3999 Longview Rd | | | W Middlesex | PA | 16159-2911 | | 15854 |
| Michael K Leslie | | 2406 Wiltshire Ct Apt 201 | | | Rochester Hills | MI | 48309 | | 15950 |
| Miller Mary | | 5285 Little Woods Ln | | | Dayton | OH | 45429 | | 15989 |
| Modern Hard Chrome Eft | | 12880 E 9 Mile Rd | | | Warren | MI | 48089 | | 16126 |
| Offenbacher Lon | | 538 Springview Dr | | | Rochester | MI | 48307 | | 16258 |
| Pariseau Richard J | | 388 Gilford Ranch Trail | | | Rose City | MI | 48654-9594 | | 15993 |
| Perfection Tool & Mold Corp | | 3020 Production Ct | | | Dayton | OH | 45414-3514 | | 15944 |
| Peters Dry Cleaning | | c o PO Box 450 | 76 West Ave | | Lockport | NY | 14094 | | 15943 |
| Prototype Industries | Susan Albrecht | 349 Congress Pk Dr | | | Centerville | OH | 45459 | | 15858 |
| Prototype Industries | Susan Albrecht | 349 Congress Pk Dr | | | Centerville | OH | 45459 | | 15859 |
| Rachel Heidenreich | | 9445 Hunt Club Tr | | | Warren | OH | 44484 | | 16008 |
| Reba Boyd Hogan | Reba Boyd Hogan | Reba Boyd Hogan | 107 Lamie | | Lauson | SC | 29456-5457 | | 16074 |
| Reba Boyd Hogan | | 309 Adams St | | | Decatur | GA | 30030 | | 16074 |
| Robert L Spencer | | 288 Narrows Trce | | | Xenia | OH | 45385-9387 | | 16099 |
| Robert L Spencer and Karen E | | Spencer Jt Ten | 288 Narrows Trace | | Xenia | OH | 45385-9387 | | 16098 |
| Roger D Newell | | 5952 Phelps Ct | | | Otter Lake | MI | 48464-0029 | | 15878 |
| RT Sub LLC Formerly Known as RecepTec LLC | George E Caston Manager | RT Sub LLC | 20791 Torrey Pines Way | | Estero | FL | 33928 | | 15939 |
| Samuel O Oyefeso | | PO Box 1253 | | | Alief | TX | 77411-1253 | | 16000 |
| Scott Specialty Gases Inc | | 6141 Easton Rd | | | Plumsteadville | PA | 18949 | | 16104 |
| Shaffer Lowell K | | 3389 Sunset Key Circle | | | Punta Gorda | FL | 33955-1971 | | 16110 |
| Shanks Brenda L | | 3105 E Mt Morris Rd | | | Mt Morris | MI | 48458-8992 | | 16065 |
| Sheperd Susan | | 30225 Ardmore | | | Farmington Hills | MI | 48334 | | 15968 |

Delphi Corporation
Claims Timeliness Declaration Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Claim Number |
|---|---|---|---|---|---|---|---|---|---|
| Sidney A Scott | | 2094 Marcia Dr | | | Bellbrook | Ohio | 45305 | | 15929 |
| Sierra Liquidity Fund LLC Assignee HTT Inc Assignor | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine | CA | 92614 | | 15984 |
| Sierra Liquidity Fund LLC Assignee Inspex Inc Assignor | | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | | 15973 |
| Sierra Liquidity Fund LLC Assignee Mayville Engineering Co Inc Assignor | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine | CA | 92614 | | 15983 |
| Sierra Liquidity Fund LLC Assignee Metric Equipment Sales Inc Assignor | | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | | 15976 |
| Sierra Liquidity Fund LLC Assignee Motion Machine Co Assignor | | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | | 15981 |
| Sierra Liquidity Fund LLC Assignee Reeds Office Supply Equipment Assignor | | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | | 15986 |
| Sierra Liquidity Fund LLC Assignee Repro Parts Inc Assignor | | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | | 15979 |
| Sierra Liquidity Fund LLC Assignee Skyworld Interactive Inc Assignor | | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | | 15978 |
| Sierra Liquidity Fund LLC Assignee Staff Force Inc Assignor | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine | CA | 92614 | | 15974 |
| Sierra Liquidity Fund LLC Assignee The Caster Store Inc Assignor | | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | | 15975 |
| Sierra Liquidity Fund LLC Assignee Toledo Floor Resurfacing Inc Assignor | | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | | 15980 |
| Smiley Doris M | | 6119 Pine Creek Crossing | | | Grand Blanc | MI | 48439-9730 | | 16128 |
| Smithers Mary L | | 3241 Westbrook St | | | Saginaw | MI | 48601-6949 | | 16040 |
| Smt Research Inc | Nicole Jorgensen | 37575 N Hwy 59 | | | Lake Villa | IL | 60046 | | 16073 |
| Sopus Products | Stephanie Fowler | 910 Louisiana 20th Fl | | | Houston | TX | 77002 | | 16105 |
| Spencer Robert | | 288 Narrows Trace | | | Xenia | OH | 45385 | | 16100 |
| Stanley Assembly Technologies | | Frmly Stanley Air Tools | 5335 Avion Park | | Cleveland | OH | 44143-2328 | | 16113 |
| Stanley M Proctor Company | Accounts Payable | 2016 Midway Dr | | | Twinsburg | OH | 44087-0446 | | 15853 |
| Stephen Zorich | Stephanie Chandler | Cohent Malad LLP | One Indiana Sq Ste 1400 | | Indianapolis | IN | 46204 | | 16053 |
| Steven DeRaedt | | 5747 Kirkridge Trl | | | Rochester Hills | MI | 48306 | | 16181 |
| Straight Mary | | 27 Deer Trail | | | Saginaw | MI | 48603 | | 16125 |
| Straight Mary | | 27 Deer Trail | | | Saginaw | MI | 48603 | | 16257 |
| Tawas Plating Co | Tawas Plating Co | PO Box 419 | | | Tawas City | MI | 48764-0419 | | 15931 |
| Tawas Plating Co | | 510 Industrial Ave | | | Tawas City | MI | 48763 | | 15931 |

Delphi Corporation
Claims Timeliness Declaration Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Claim Number |
|---|---|---|---|---|---|---|---|---|---|
| Techno Industrial Product | Cindy | 1190 Richards Road Unit 5 | | | Hartland | WI | 53029 | | 16095 |
| Terry Gay | | 671 Bending Brook | | | Flushing | MI | 48433 | | 16014 |
| Thermo Electron North America | Thermo Electron | 1400 Northpointe Pkwy Ste10 | | | West Palm Beach | FL | 33407 | | 16120 |
| Thomas R Montour | | 445 Fairway Dr | | | Springboro | OH | 45066-1057 | | 15877 |
| Ti Automotive Neuss Gmbh | | Hortzstr 24 30 | | | Ettlingen | | 76275 | Germany | 15839 |
| Tolnar Peter F | | 6540 Mount Everett Rd | | | Hubbard | OH | 44425-3167 | | 15904 |
| Uni Bond Brake Inc | | 1350 Jarvis | | | Ferndale | MI | 48220 | | 16017 |
| Uren R B Equipment Rental | | 1120 Connecting Rd | | | Niagara Falls | NY | 14304-1522 | | 15912 |
| Veronica Chemers and Nick | | Chemers Jt Ten | 1312 S Crescent | | Park Ridge | IL | 60068-5362 | | 15862 |
| Watson Sandra | | In re Cheryl D Harris | 1445 Westerrace Dr | | Flint | MI | 48532 | | 15921 |
| Webb Janet | | 4906 Birchcrest Dr | | | Flint | MI | 48504 | | 15922 |
| Weinmann Patricia C | | 2913 Tyler Ave | | | Berkley | MI | 48072-1335 | | 16175 |
| Wenzlick Patrick | | 1111 Krumm Rd | | | Tawas | MI | 48763 | | 16183 |
| William C Spelman | | 1713 Green Acres Dr | | | Kokomo | IN | 46901-9549 | | 15998 |
| Work Lynne H | | 6145 Windstone Lane | | | Clarkston | MI | 48346 | | 16007 |
| World Circuit Technology Inc | | 67 West Easy St | | | Simi Valley | CA | 93065 | | 16015 |
| Zizelman James | | 1887 Hickory Ln | | | Honeoye Falls | NY | 14472 | | 15956 |
| Zofko Martin | | 8978 Altura Dr Ne | | | Warren | OH | 44484 | | 16084 |
| Zombar Ronald | | 840 Cresta Alta | | | El Paso | TX | 79912 | | 15902 |

# EXHIBIT B


KURTZMAN
CARSON
CONSULTANTS

June 13, 2007

Re:   Your claim against certain of the chapter 11 estates of Delphi Corporation and its debtor affiliates

Dear Madam or Sir:

We are the designated agent to receive and collect proofs of claim on behalf of the Bankruptcy Court for the Southern District of New York in the chapter 11 cases of Delphi Corporation and certain of its affiliate debtors ("Delphi"), In re Delphi Corporation et al., Case No. 05-44481 (RDD) (Bankr. S.D.N.Y.). This letter is being sent to you because your proof of claim was stamped as received between August 1, 2006, and August 9, 2006.

The Bankruptcy Court has asked that claimants like you submit a declaration stating, under penalty of perjury, whether your proof of claim was delivered on or before the bar date for receiving claims against the Delphi chapter 11 estates (July 31, 2006) or was placed in the U.S. mail three days before the bar date. A copy of a form declaration for you to fill out, sign, and return is attached to this letter. If your claim was sent via Federal Express (or other overnight service), courier or hand delivery, postal service with return-receipt requested, or other method that provides documentary evidence of when it was sent and delivered, you should provide copies of that documentary evidence with the returned declaration.

Note that this declaration and documentary evidence will be used to examine the date of transmission and receipt only, and all rights that you, the Debtors, and any other party have are reserved and preserved. Although the declaration is intended to allow the Debtors to avoid unnecessarily objecting to your claim, note that the Debtors may still ask the Court to disallow your claim as untimely or otherwise even if you provide the information requested in this letter.

Please complete the enclosed declaration by entering your name, and, ONLY IF ACCURATE AS TO THE DELIVERY OF YOUR PROOF OF CLAIM, check one of the boxes below. You should also attach any documentary evidence that is appropriate. You must then sign the Declaration. NOTE THAT YOUR SIGNATURE IS THE EQUIVALENT OF AN OATH, AND ANY KNOWINGLY FALSE STATEMENTS IN THIS DECLARATION MAY BE CONSIDERED PERJURY, AND MAY SUBJECT YOU TO LEGAL ACTION.

June 13, 2007<br>Page 2 of 2



    Please submit your signed declaration and any supporting documentation in the enclosed pre-paid Federal Express mailer directly to KCC.  If we do not receive your declaration on or prior to  July 13, 2007, Delphi will presume that you are unable or not interested in submitting a declaration, and will proceed accordingly.

                                                   Sincerely,

                                                   Eric Kurtzman

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
                                                            :
    In re                                :   Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :   Case No. 05-44481 (RDD)
                                                            :
                                                   Debtors.   :   (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X


Declaration Of _____

I, _____, on behalf of _____,
under penalty of perjury under the laws of the United States, state the following:

**U.S. Mail Delivery**

☐   I deposited a Proof of Claim against the chapter 11 estate of Delphi Corporation (or an affiliate debtor), postage pre-paid, into an official depository of the U.S. Postal Service, addressed to:

> United States Bankruptcy Court
> Southern District of New York,
> Delphi Corporation Claims
> Bowling Green Station
> P.O. Box 5058
> New York, New York 10274-5058

(*If your claim was sent with return receipt requested, please attach a copy of that receipt as returned to you.*)

(*If you checked the box above, please complete this additional information.*)
To the best of my knowledge, my Proof of Claim was so mailed on the date of _____, 2006.

(*If you are unable to specify the precise date on which you mailed your claim, please provide as much information as possible concerning the timing of the mailing of your claim.*)
_____
_____

1

**Delivery by overnight courier**

☐      I deposited a Proof of Claim against the chapter 11 estate of Delphi Corporation (or an affiliate debtor) with an overnight courier (such as Fed Ex or DHL) to be delivered to:

>United States Bankruptcy Court
>Southern District of New York
>Delphi Corporation Claims
>One Bowling Green
>Room 534
>New York, New York 10004-1408

A copy of my receipt of shipment and/or delivery is attached hereto. (*Please attach shipping and/or delivery receipt.*)

(*If you checked the box above, please complete this additional information.*)
To the best of my knowledge, my Proof of Claim was deposited with the overnight courier on the date of _____, 2006.

(*If you are unable to specify the precise date on which you deposited your claim with the overnight courier, please provide as much information as possible concerning the timing of the submission of your claim.*)
_____
_____


**Delivery by hand or messenger**

☐      I delivered a Proof of Claim against the chapter 11 estate of Delphi Corporation (or an affiliate debtor), by hand, or caused such claim to be hand-delivered by a messenger or courier, to:

>United States Bankruptcy Court
>Southern District of New York
>Delphi Corporation Claims
>One Bowling Green
>Room 534
>New York, New York 10004-1408

(*If you have proof of shipping or delivery, please attach hereto.*)

(*If you checked the box above, please complete this additional information.*)

2

To the best of my knowledge, my Proof of Claim was hand delivered to the Bankruptcy Court on the date of _____, 2006.

*(If you are unable to specify the precise date on which your claim was hand delivered, please provide as much information as possible concerning the timing of the delivery of your claim.)*
_____
_____


Additional comments relating to the timing of the submission of my Proof of Claim:

_____

_____

_____

_____


**I declare under penalty of perjury under the laws of the United States (28 U.S.C. § 1746) that the foregoing is true and correct.**

Executed in: _____
        City/State


    On: _____
        Date

        Sign:      _____

        Print name:  _____

        Print title:   _____

3