**Hearing Date and Time: June 26, 2007 at 10:00 a.m.**
                                                          **Response Date and Time: June 19, 2007 at 4:00 p.m.**

**Sarah F. Sparrow (NC State Bar No. 13112)**
**Ryan S. Luft (RL 3808)**
**Tuggle Duggins & Meschan, P.A.**
**100 North Greene Street, Suite 600**
**P. O. Box 2888**
**Greensboro, NC 27402**
**(336) 378-1431**

*Attorneys for TK Holdings Inc., Automotive Systems*
*Laboratory, Inc., and Takata Seat Belts Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                             )
In Re:                                                     )          Chapter 11
                                                            )
**DELPHI CORPORATION,** *et al.,*         )          Case No. 05-44481 (RDD)
                                                           )
                Debtors.                        )          (Jointly Administered)
----------------------------------------------------------------x

**RESPONSE TO DEBTORS' FOURTEENTH OMNIBUS CLAIMS OBJECTION [1]**
**BY TK HOLDINGS INC., AUTOMOTIVE SYSTEMS LABORATORY, INC.**
**AND TAKATA SEAT BELTS INC. (CLAIM NO. 10571)**

        **NOW COME** TK Holdings Inc., Automotive Systems Laboratory, Inc. and Takata Seat Belts Inc. ("TK Holdings"), parties to an executory contract with the Debtors Delphi Corporation and Delphi Technologies, Inc., and respond to the Debtors' Fourteenth Omnibus Claims Objection to TK Holdings' Proof of Claim No. 10571 filed against Delphi Corporation. The Debtors assert that the claim is a duplicate or amended claim and that it should be disallowed and expunged. TK Holdings objects to the disallowance and expungement of this proof of claim by the Debtors. In support thereof, TK Holdings shows the Court the following:

---

[1] Debtors' Fourteenth Omnibus Objection (Procedural) pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claims ("Fourteenth Omnibus Claims Objection").

1.   The proof of claim is based upon an executory contract dated November 22, 2004 (the "11/22/04 Agreement") which has not been rejected as of this date.  The proof of claim was filed as a contingent unliquidated claim in an undetermined amount to preserve all of TK Holdings' rights.  Both Delphi Corporation and Delphi Technologies, Inc. entered into a license agreement dated November 22, 2004 with TK Holdings.  Delphi Corporation and Delphi Technologies each scheduled the 11/22/04 Agreement on its Schedule G, Schedule of Executory Contracts.

2.   There is no basis to disallow the claim as duplicative.  The 11/22/04 Agreement specifically provides that it is an agreement with both Delphi Corporation and Delphi Technologies, Inc. and each has liability to TK Holdings under the Agreement.  Since the two Debtors are separate corporations and the bankruptcy cases have not been substantively consolidated, the claim is proper against both entities.[2]  TK Holdings is not seeking a duplicate recovery as suggested by the Fourteenth Omnibus Claims Objection (¶ 25).

3.   The terms of the 11/22/04 Agreement prevent TK Holdings from attaching the agreement to this Response.  However, TK Holdings will provide Debtors' counsel with a copy. Upon information and belief, Delphi Corporation has a copy of the 11/22/04 Agreement because it is a party to the Agreement, it listed the agreement as an executory contract on its Schedule of Executory Contracts and TK Holdings' counsel has previously provided Debtor's counsel Randall Reese with a copy of the Agreement by letter dated December 8, 2006.

4.   The agreement is an executory contract which is being performed postpetition.

---

[2] The Delphi cases are being jointly administered pursuant to an order of the Court entered October 8, 2005 pursuant to Bankruptcy Rule 1015 "for procedural purposes only." (Dkt. #28) Joint administration does not encompass treating a claim against more than one debtor as if it were against only one debtor. The Court would need to order substantive consolidation of the two bankruptcy cases to eliminate one of TK Holdings' claims. *See* "Advisory Committee Note" to Rule 1015 of the Federal Rules of Bankruptcy Procedure; *Federal Deposit Insurance Corp. v. Colonial Realty Co.*, 966 F.2d 57, 58-59 (2nd Cir. 1992).

5. Disallowance of the proof of claim at this stage in the proceedings is premature.

6. Any reply to this Response should be addressed to Sarah F. Sparrow at the address below.

7. The contact information for the person who possesses the authority to reconcile, settle or otherwise resolve the Fourteenth Omnibus Claims Objection is Sarah F. Sparrow at the address below.

**WHEREFORE**, TK Holdings Inc. respectfully requests that the Court overrule the Debtors' objection to its Proof of Claim No. 10571.

Dated: June 15th, 2007  
      Greensboro, NC

Respectfully submitted,

TUGGLE DUGGINS & MESCHAN, P.A.

By: /s/ Sarah F. Sparrow  
Sarah F. Sparrow[3] (NC State Bar No. 13112)  
Ryan S. Luft (RL 3808)  
100 North Greene Street, Suite 600  
P. O. Box 2888  
Greensboro, NC 27402  
(336) 378-1431  
Fax: (336) 274-6590  
ssparrow@tuggleduggins.com  
rluft@tuggleduggins.com

*Attorneys for TK Holdings Inc., Automotive Systems Laboratory, Inc., and Takata Seat Belts Inc.*

---

[3] Admitted to practice *pro hac vice* per Order dated November 21, 2006 (Dkt. #5608).

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that the undersigned served a copy of the foregoing **Response to Debtors' Fourteenth Omnibus Claims Objection by TK Holdings Inc., Automotive Systems Laboratory, Inc., and Takata Seat Belts Inc. (Claim No. 10571)** by Federal Express to the parties in interest as shown below, at addresses identified in the DEBTORS' FOURTEENTH OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11 U.S.C. §502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS AND (B) PROTECTIVE CLAIMS (Dkt. #7998), and electronically by the Court's ECF System.

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., John K. Lyons &
Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

In addition, the undersigned submitted a copy, as required by the Notice, by Federal Express to the following:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

This the 15th day of June, 2007.

        */s/ Sarah F. Sparrow*
        Sarah F. Sparrow