Hearing Date and Time: June 26, 2007 at 10:00 a.m.
Response Date and Time: June 19, 2007 at 4:00 p.m.

**Sarah F. Sparrow (NC State Bar No. 13112)**
**Ryan S. Luft (RL 3808)**
**Tuggle Duggins & Meschan, P.A.**
**100 North Greene Street, Suite 600**
**P. O. Box 2888**
**Greensboro, NC 27402**
**(336) 378-1431**

*Attorneys for Takata Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              )
In Re:                                                        )     Chapter 11
                                                              )
**DELPHI CORPORATION,** *et al.,*                             )     Case No. 05-44481 (RDD)
                                                              )
          Debtors.                                            )     (Jointly Administered)
------------------------------------------------------------- x

### RESPONSE TO DEBTORS' FOURTEENTH OMNIBUS CLAIMS OBJECTION[1]
### BY TAKATA CORPORATION (CLAIM NO. 10968)

**NOW COMES** Takata Corporation ("Takata"), a party to an executory contract with the Debtors Delphi Corporation and Delphi Technologies, Inc., and responds to the Debtors' Fourteenth Omnibus Claims Objection to Takata's Proof of Claim No. 10968 filed against Delphi Corporation. The Debtors have asserted that the basis for the objection is that it is a duplicate claim and that it should be disallowed and expunged. Takata objects to the disallowance and expungement of this proof of claim by the Debtors. In support thereof, Takata shows the Court the following:

1.  The proof of claim is based upon an executory contract dated October 24, 2003 (the "10/24/03 Agreement") which has not been rejected as of this date. The proof of claim was filed as a contingent unliquidated claim in an undetermined amount to preserve all of Takata's rights. Delphi

---

[1] Debtors' Fourteenth Omnibus Objection (Procedural) pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claims ("Fourteenth Omnibus Claims Objection").

Corporation and Delphi Technologies, Inc. entered into a license agreement dated October 24, 2003 with Takata. In addition, the agreement provided for a designation which was made May 6, 2005.

  2. There is no basis to disallow the claim as duplicative. The 10/24/03 Agreement specifically provides that it is an agreement with both Delphi Corporation and Delphi Technologies, Inc. and each has liability to Takata under the Agreement. Since the two Debtors are separate corporations and the bankruptcy cases have not been substantively consolidated, the claim is proper against both entities.[2] Takata is not seeking a duplicate recovery as suggested by the Fourteenth Omnibus Claims Objection (¶ 25).

  3. The terms of the 10/24/03 Agreement prevent Takata from attaching the agreement to this Response. However, Takata will provide Debtors' counsel with a copy. Upon information and belief, Delphi Corporation has a copy of the agreement because it is a party to the Agreement and Takata's counsel has previously provided Debtor's counsel Randall Reese with a copy of the Agreement by letter dated December 8, 2006.

  4. The agreement is an executory contract which is being performed postpetition.

  5. Disallowance of the proof of claim at this stage in the proceedings is premature.

  6. Any reply to this Response should be addressed to Sarah F. Sparrow at the address below.

  7. The contact information for the person who possesses the authority to reconcile, settle or otherwise resolve the Fourteenth Omnibus Claims Objection is Sarah F. Sparrow at the address below.

---

[2] The Delphi cases are being jointly administered pursuant to an order of the Court entered October 8, 2005 in accordance with Bankruptcy Rule 1015 "for procedural purposes only" (Dkt. #28). Joint administration does not encompass treating a claim against more than one debtor as if it were against only one debtor. The Court would need to order substantive consolidation of the two bankruptcy cases to eliminate one of Takata's claims. *See* "Advisory Committee Note" to Rule 1015 of the Federal Rules of Bankruptcy Procedure; *Federal Deposit Insurance Corp. v. Colonial Realty Co.*, 966 F.2d 57, 58-59 (2nd Cir. 1992).

**WHEREFORE**, Takata respectfully requests that the Court overrule the Debtors' objection to its Proof of Claim No. 10968.

Dated: June 15th, 2007  
      Greensboro, NC

Respectfully submitted,

TUGGLE DUGGINS & MESCHAN, P.A.

By:   */s/ Sarah F. Sparrow*  
    Sarah F. Sparrow[3] (NC State Bar No. 13112)  
    Ryan S. Luft (RL 3808)  
    100 North Greene Street, Suite 600  
    P. O. Box 2888  
    Greensboro, NC 27402  
    (336) 378-1431  
    Fax: (336) 274-6590  
    ssparrow@tuggleduggins.com  
    rluft@tuggleduggins.com

***Attorneys for Takata Corporation***

---

[3] Admitted to practice *pro hac vice* per Order dated November 21, 2006 (Dkt. #5608).

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that the undersigned served a copy of the foregoing **Response to Debtors' Fourteenth Omnibus Claims Objection by Takata Corporation (Claim No. 10968)** by Federal Express to the parties in interest as shown below, at addresses identified in the DEBTORS' FOURTEENTH OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11 U.S.C. §502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS AND (B) PROTECTIVE CLAIMS (Dkt. #7998), and electronically by the Court's ECF System.

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr., John K. Lyons &<br>Joseph N. Wharton<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

In addition, the undersigned submitted a copy, as required by the Notice, by Federal Express to the following:

> The Honorable Robert D. Drain
> United States Bankruptcy Judge
> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green, Room 610
> New York, NY 10004

This the 15th day of June, 2007.

                                                      */s/ Sarah F. Sparrow*
                                                      Sarah F. Sparrow