**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CENTER MANUFACTURING INC<br>PO BOX 337<br>BYRON CENTER, MI 49315 | 594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $46,706.76<br>Total: $46,706.76 | 11/16/2005 | DELPHI CORPORATION (05-44481) |
| CLEO INC<br>4025 VISCOUNT<br>MEMPHIS, TN 38118 | 3048 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,878.39<br>Total: $18,878.39 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| FORTNEY EYECARE ASSOCIATES INC<br>23469 MICHIGAN AVE<br>DEARBORN, MI 48124 | 535 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $99,446.17<br>Total: $99,446.17 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| GRAYBAR ELECTRIC CO INC<br>825 8TH AVE SOUTH<br>NASHVILLE, TN 37203 | 5210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,234.49<br>Total: $2,234.49 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| HOLSET ENGINEERING COMPANY LTD CO CUMMINS BUSINESS SERVICES<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610 | 11214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,950.96<br>Total: $4,950.96 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KRUPP BILSTEIN OF AMERICA EFT<br>8695 BERK BLVD<br>HAMILTON, OH 45015-2205 | 3531 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $812,224.68<br>Total: $812,224.68 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| MORI SEIKI<br>15014 MARLEBONE<br>HOUSTON, TX 77069 | 2178 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,366.36<br>Total: $13,366.36 | 03/03/2006 | DELPHI CORPORATION (05-44481) |

**Total:**    7    **$997,807.81**