**EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIM**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JEANNE FITZSIMMONS<br>120 W JACKSON AVE S<br>SAPULPA, OK 74066-5514 | 16603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/14/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$0.00** | | |