**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| A SCHULMAN INC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>2100 ONE CLEVELAND CENTER<br>1375 NINTH STREET<br>CLEVELAND, OH 44114 | 11260 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $98,066.34<br>Total: $98,066.34 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| ADVETECH INC<br>451 W MAIN ST<br>CANFIELD, OH 44406 | 486 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,594.00<br>Total: $3,594.00 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| AIRGAS EAST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD STE 100<br>RADNOR, PA 19087 | 14279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,649.48<br>Total: $3,649.48 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 1392 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,450.92<br>Total: $1,450.92 | 12/30/2005 | DELPHI CORPORATION (05-44481) |
| BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 1397 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $559.50<br>Total: $559.50 | 12/30/2005 | DELPHI CORPORATION (05-44481) |
| DAYTON METAL FINISHING<br>2221 ARBOR BLVD<br>DAYTON, OH 45439 | 2294 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,059.71<br>Total: $6,059.71 | 03/20/2006 | DELPHI CORPORATION (05-44481) |
| DAYTON PRECISION PUNCH INC<br>4900 WEBSTER ST<br>DAYTON, OH 45414 | 8985 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,974.50<br>Total: $5,974.50 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| DECO ENGINEERING INC<br>4850 COOLIDGE HWY<br>ROYAL OAK, MI 48073 | 6292 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $99,471.33<br>Total: $99,471.33 | 05/18/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DEK INTERNATIONAL GMBH<br>2225 RINGWOOD AVE<br>SAN JOSE, CA 95131 | 1021 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8.00<br>Total: $8.00 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| DEK INTERNATIONAL GMBH<br>2225 RINGWOOD AVE<br>SAN JOSE, CA 95131 | 1020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $348.40<br>Total: $348.40 | 12/05/2005 | DELPHI CORPORATION (05-44481) |
| EATON BI STATE VALVE CLAIM<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 12158 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,000,000.00<br>Total: $2,000,000.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON, MA 02111 | 683 | Secured: $935.80<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $935.80 | 11/17/2005 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LEXISNEXIS A DIVISION OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | 2101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $21,000.00<br>Total: $21,000.00 | 02/22/2006 | DELPHI CORPORATION (05-44481) |
| NALCO COMPANY<br>1601 W DIEHL RD<br>NAPERVILLE, IL 60563 | 1616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,549.94<br>Total: $1,549.94 | 01/20/2006 | DELPHI CORPORATION (05-44481) |
| ROCKFORD PRODUCTS CORPORATION<br>707 HARRISON AVE<br>ROCKFORD, IL 61104 | 4015 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30,838.79<br>Total: $30,838.79 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| STONEHILL INSTITUTIONAL PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022 | 12369 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $115,348.56<br>Total: $115,348.56 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TAYLOR WINFIELD CORPORATION<br>PO BOX 500<br>BROOKFIELD, OH 44403-0500 | 12222 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,416.80<br>Total: $48,416.80 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| TEMIC AUTOMOTIVE OF NORTH AMERIC INC<br>CONTINENTAL AUTOMOTIVE SYSTEMS<br>21440 W LAKE COOK RD<br>DEER PARK, IL 60010 | 8391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,385,154.00<br>Total: $8,385,154.00 | 06/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TYCO ADHESIVES<br>25 FORGE PKWY<br>FRANKLIN, MA 02038 | 1619 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $121,059.11<br>Total: $121,059.11 | 01/23/2006 | DELPHI CORPORATION (05-44481) |
| VANGUARD DISTRIBUTORS INC<br>PO BOX 608<br>SAVANNAH, GA 31402 | 9319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $788,321.49<br>Total: $788,321.49 | 07/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408 | 12383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $762,104.80<br>Total: $762,104.80 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **21** | **$12,493,911.47** | | |