**EXHIBIT B-2 - BOOKS AND RECORDS TAX CLAIM**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICES 290 BROADWAY 5TH FL NEW YORK, NY 10007 | 14153 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $2,989.09 $2,989.09 | 06/05/2006 | MOBILEARIA, INC. (05-47474) |
| **Total:** | **1** | | **$2,989.09** | | |