**EXHIBIT B-3 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF MCALLEN<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$3,696.46<br><br>$3,696.46 | 03/28/2007 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 16596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,976.58<br><br>$2,976.58 | 04/13/2007 | DELPHI CORPORATION (05-44481) |
| ORANGE COUNTY TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702-1438 | 16548 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$0.00<br><br>$0.00 | 02/20/2007 | DELPHI CORPORATION (05-44481) |
| SOUTH TEXAS COLLEGE<br>LINEBARGER GOGGAN BLAIR & SAMPSON L<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16590 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,257.82<br>$1,257.82 | 03/28/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MARYLAND<br>COMPTROLLER OF THE TREASURY<br>RM 409 STATE OFFICE BLDG<br>301 W PRESTON ST<br>BALTIMORE, MD 21201 | 16501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,492.00<br><br>$48.00<br>$2,540.00 | 01/25/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | 5 | $10,470.86 | | | |