**EXHIBIT C - BOOKS AND RECORDS INSURANCE CLAIM**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 2539 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$11,750,000.00<br><br><br>$11,750,000.00 | 04/03/2006 | DELPHI CORPORATION (05-44481) |

**Total:**   1   **$11,750,000.00**