**EXHIBIT D-2 - UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CITY OF TROY<br>500 W BIG BEAVER RD<br>TROY, MI 48084-5284 | 16563 | Secured:<br>Priority: $28,447.96<br>Administrative:<br>Unsecured:<br>Total: $28,447.96 | 03/05/2007 | DELPHI CORPORATION<br>(05-44481) |
| CLARK COUNTY COLLECTOR<br>401 CLAY ST<br>ARKADELPHIA, AR 71923 | 16599 | Secured:<br>Priority: $11,153.24<br>Administrative:<br>Unsecured:<br>Total: $11,153.24 | 05/01/2007 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| ST JOSEPH COUNTY IN<br>ST JOSEPH COUNTY TREASURER<br>227 W JEFFERSON BLVD<br>SOUTH BEND, IN 46601 | 16551 | Secured:<br>Priority: $4,393.94<br>Administrative:<br>Unsecured:<br>Total: $4,393.94 | 02/23/2007 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| WARREN CITY INCOME TAX DEPT<br>PO BOX 230<br>WARREN, OH 44482 | 16600 | Secured:<br>Priority: $135,015.50<br>Administrative:<br>Unsecured:<br>Total: $135,015.50 | 05/14/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **4** | **$179,010.64** | | |