In re: Delphi Corporation, et al.                                                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5501**
Date Filed: 05/10/06
Docketed Total:   $594.67
Filing Creditor Name and Address
  ACME MILLS COMPANY
  1750 S TELEGRAPH RD STE 304
  BLOOMFIELD HILLS MI 48302

Claim Holder Name and Address   Docketed Total   $594.67
ACME MILLS COMPANY
1750 S TELEGRAPH RD STE 304
BLOOMFIELD HILLS MI 48302

Modified Total   $594.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44547 | | | $594.67 | 05-44640 | | | $594.67 |
| | | | $594.67 | | | | $594.67 |

---

**Claim: 5117**
Date Filed: 05/08/06
Docketed Total:   $3,990.00
Filing Creditor Name and Address
  ACTION TOOL AND MACH INC
  DOUGLAS LADEMAN
  5976 FORD CT
  BRIGHTON MI 48116

Claim Holder Name and Address   Docketed Total   $3,990.00
ACTION TOOL AND MACH INC
DOUGLAS LADEMAN
5976 FORD CT
BRIGHTON MI 48116

Modified Total   $3,990.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,990.00 | 05-44640 | | | $3,990.00 |
| | | | $3,990.00 | | | | $3,990.00 |

---

**Claim: 14278**
Date Filed: 07/31/06
Docketed Total:   $18,704.93
Filing Creditor Name and Address
  AIRGAS EAST INC
  ATTN D BOYLE
  AIRGAS INC
  259 N RADNOR CHESTER ROAD STE
  100
  RADNOR PA 19087

Claim Holder Name and Address   Docketed Total   $18,704.93
AIRGAS EAST INC
ATTN D BOYLE
AIRGAS INC
259 N RADNOR CHESTER ROAD STE
100
RADNOR PA 19087

Modified Total   $13,927.33

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44554 | | | $18,704.93 | 05-44640 | | | $13,927.33 |
| | | | $18,704.93 | | | | $13,927.33 |

---

**Claim: 9050**
Date Filed: 07/06/06
Docketed Total:   $177,673.57
Filing Creditor Name and Address
  ALKEN ZIEGLER INC
  ATTN NICHOLAS BAISE
  ALKEN ZIEGLER
  33855 CAPITOL
  LIVONIA MI 48150

Claim Holder Name and Address   Docketed Total   $177,673.57
ALKEN ZIEGLER INC
ATTN NICHOLAS BAISE
ALKEN ZIEGLER
33855 CAPITOL
LIVONIA MI 48150

Modified Total   $39,244.23

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $177,673.57 | 05-44640 | | | $39,244.23 |
| | | | $177,673.57 | | | | $39,244.23 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11431**
Date Filed: 07/27/06
Docketed Total:   $1,130.81
Filing Creditor Name and Address
  AMERICAN LABELMARK CO
  PO BOX 46402
  CHICAGO IL 60646-0402

Claim Holder Name and Address
AMERICAN LABELMARK CO
PO BOX 46402
CHICAGO IL 60646-0402

Docketed Total        $1,130.81            Modified Total        $804.75

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,130.81 | 05-44640 | | | $804.75 |
| | | | $1,130.81 | | | | $804.75 |

---

**Claim: 1135**
Date Filed: 12/13/05
Docketed Total:   $142,103.30
Filing Creditor Name and Address
  AMPHENOL TUCHEL ELECTRONICS
  6900 HAGGERTY RD STE 200
  CANTON MI 48187

Claim Holder Name and Address
AMPHENOL TUCHEL ELECTRONICS
6900 HAGGERTY RD STE 200
CANTON MI 48187

Docketed Total        $142,103.30            Modified Total        $134,837.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $142,103.30 | 05-44640 | | | $134,837.30 |
| | | | $142,103.30 | | | | $134,837.30 |

---

**Claim: 11195**
Date Filed: 07/26/06
Docketed Total:   $23,073.64
Filing Creditor Name and Address
  AMROC INVESTMENTS LLC
  AS ASSIGNEE OF BORDER STATES
  ELECTR
  ATTN DAVID S LEINWAND
  535 MADISON AVE 15TH FL
  NEW YORK NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
AS ASSIGNEE OF BORDER STATES
ELECTR
ATTN DAVID S LEINWAND
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Docketed Total        $23,073.64            Modified Total        $22,615.93

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $23,073.64 | 05-44640 | | | $22,615.93 |
| | | | $23,073.64 | | | | $22,615.93 |

---

**Claim: 7514**
Date Filed: 06/06/06
Docketed Total:   $58,187.44
Filing Creditor Name and Address
  AMROC INVESTMENTS LLC AS
  ASSIGNEE OF FASTENAL COMPANY
  ATTN LEGAL
  PO BOX 978
  WINONA MN 55987-0978

Claim Holder Name and Address
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Docketed Total        $55,180.98            Modified Total        $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $55,180.98 | | | | |

---

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7514 (Continued) | Claim Holder Name and Address   Docketed Total   $3,006.46<br>FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA MN 55987-0978<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $3,006.46<br>                                            $3,006.46 | Modified Total   $1,567.26<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $1,567.26<br>                                            $1,567.26 |
| Claim: 11196<br>Date Filed: 07/26/06<br>Docketed Total:   $59,444.55<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF TOMPKINS PRODUCTS<br>  INC EFT<br>  AS ASSIGNEE OF TOMPKINS<br>  PRODUCTS IN<br>  ATTN DAIV S LEINWAND<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address   Docketed Total   $59,444.55<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $59,444.55<br><br>                                            $59,444.55 | Modified Total   $53,910.07<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $53,910.07<br><br>                                            $53,910.07 |
| Claim: 5110<br>Date Filed: 05/08/06<br>Docketed Total:   $29,559.00<br>Filing Creditor Name and Address<br>  ANDERSEN ARTHUR LLP<br>  33 W MONROE<br>  18TH FLOOR<br>  CHICAGO IL 60603 | Claim Holder Name and Address   Docketed Total   $29,559.00<br>ANDERSEN ARTHUR LLP<br>33 W MONROE<br>18TH FLOOR<br>CHICAGO IL 60603<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $29,559.00<br>                                            $29,559.00 | Modified Total   $29,559.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $29,559.00<br>                                            $29,559.00 |
| Claim: 11795<br>Date Filed: 07/28/06<br>Docketed Total:   $178,793.00<br>Filing Creditor Name and Address<br>  ANXEBUSINESS CORP<br>  2000 TOWN CTR STE 2050<br>  SOUTHFIELD MI 48075 | Claim Holder Name and Address   Docketed Total   $178,793.00<br>ANXEBUSINESS CORP<br>2000 TOWN CTR STE 2050<br>SOUTHFIELD MI 48075<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $178,793.00<br>                                            $178,793.00 | Modified Total   $153,895.15<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $153,895.15<br>                                            $153,895.15 |

*See Exhibit F for a listing of debtor entities by case number                Page:   3 of 35

In re: Delphi Corporation, et al.                                                                      Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10634<br>Date Filed:07/25/06<br>Docketed Total:   $729.76<br>Filing Creditor Name and Address<br> APPLIED INDUSTRIAL<br> TECHNOLOGIES CA LLC AND<br> APPLIED INDUSTRIAL<br> TECHNOLOGIES DIXIE INC<br> BETH ARVAI<br> ONE APPLIED PLAZA<br> E 36TH ST & EUCLID AVE<br> CLEVELAND OH 44115-5056 | Claim Holder Name and Address   Docketed Total        $729.76<br>APPLIED INDUSTRIAL TECHNOLOGIES CA<br>LLC AND APPLIED INDUSTRIAL<br>TECHNOLOGIES DIXIE INC<br>BETH ARVAI<br>ONE APPLIED PLAZA<br>E 36TH ST & EUCLID AVE<br>CLEVELAND OH 44115-5056 | Modified Total        $729.76 |

**Claim: 10634 — CLAIM AS DOCKETED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $729.76 |
| | | | $729.76 |

**Claim: 10634 — CLAIM AS MODIFIED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $183.30 |
| 05-44511 | | | $546.46 |
| | | | $729.76 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1650<br>Date Filed:01/24/06<br>Docketed Total:   $257,596.00<br>Filing Creditor Name and Address<br> APPLIED MATERIALS INC<br> ATTN PAUL DELSON ESQ<br> PO BOX 58039<br> 3050 BOWERS AVE MS 2062<br> SANTA CLARA CA 95052-8039 | Claim Holder Name and Address   Docketed Total    $257,596.00<br>APPLIED MATERIALS INC<br>ATTN PAUL DELSON ESQ<br>PO BOX 58039<br>3050 BOWERS AVE MS 2062<br>SANTA CLARA CA 95052-8039 | Modified Total    $257,596.00 |

**Claim: 1650 — CLAIM AS DOCKETED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $257,596.00 |
| | | | $257,596.00 |

**Claim: 1650 — CLAIM AS MODIFIED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $257,596.00 |
| | | | $257,596.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13825<br>Date Filed:07/31/06<br>Docketed Total:   $330,238.12<br>Filing Creditor Name and Address<br> ARNESES ELECTRICOS<br> AUTOMOTRICES S A DE C V<br> ATTN DEBORAH M BUELL<br> CLEARY GOTTLIEB STEEN &<br> HAMILTON LL<br> ONE LIBERTY PLZ<br> NEW YORK NY 10006 | Claim Holder Name and Address   Docketed Total    $330,238.12<br>ARNESES ELECTRICOS AUTOMOTRICES S A<br>DE C V<br>ATTN DEBORAH M BUELL<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LL<br>ONE LIBERTY PLZ<br>NEW YORK NY 10006 | Modified Total    $330,238.12 |

**Claim: 13825 — CLAIM AS DOCKETED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $330,238.12 |
| | | | $330,238.12 |

**Claim: 13825 — CLAIM AS MODIFIED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $330,238.12 |
| | | | $330,238.12 |

In re: Delphi Corporation, et al.                                                          Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6394<br>Date Filed:05/19/06<br>Docketed Total:  $12,389.25<br>Filing Creditor Name and Address<br> ASM CAPITAL AS ASSIGNEE FOR<br> BETA LASERMIKE<br> 7600 JERICHO TPKE STE 302<br> WOODBURY NY 11747 | Claim Holder Name and Address<br>ASM CAPITAL AS ASSIGNEE FOR BETA<br>LASERMIKE<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11747 | Docketed Total | | $12,389.25 | | Modified Total | | $9,106.97 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,389.25<br>$12,389.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,106.97<br>$9,106.97 |
| Claim: 4898<br>Date Filed:05/05/06<br>Docketed Total:   $113,976.02<br>Filing Creditor Name and Address<br> ATG PRECISION PRODUCTS LLC<br> 7545 N HAGGERTY RD<br> CANTON MI 48187 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $113,976.02 | | Modified Total | | $113,304.16 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$113,976.02<br>$113,976.02 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$113,304.16<br>$113,304.16 |
| Claim: 12829<br>Date Filed:07/28/06<br>Docketed Total:   $90,716.91<br>Filing Creditor Name and Address<br> BARNES GROUP CANADA CORP<br> W JOE WILSON ESQ<br> TYLER COOPER & ALCORN LLP<br> 185 ASYLUM ST CITYPLACE I 35TH<br> FL<br> HARTFORD CT 06103-3488 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $90,716.91 | | Modified Total | | $88,440.43 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$90,716.91<br><br>$90,716.91 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$88,440.43<br><br>$88,440.43 |
| Claim: 5572<br>Date Filed:05/10/06<br>Docketed Total:   $10,267.92<br>Filing Creditor Name and Address<br> BELTLINE ELECTRIC MOTOR REPAIR<br> 520 TRINITY LN<br> DECATUR AL 35601 | Claim Holder Name and Address<br>BELTLINE ELECTRIC MOTOR REPAIR<br>520 TRINITY LN<br>DECATUR AL 35601 | Docketed Total | | $10,267.92 | | Modified Total | | $8,872.92 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,267.92<br>$10,267.92 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,872.92<br>$8,872.92 |

In re: Delphi Corporation, et al.                                                     Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9080<br>Date Filed:07/06/06<br>Docketed Total:   $66,748.15<br>Filing Creditor Name and Address<br> BENECKE KALIKO AG<br> DANIEL FELDEN<br> CONTINENTAL AG<br> STRAWINSKYLAAN 3111 6TH FL<br> AMSTERDAM  1077ZX<br> NETHERLANDS | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $66,748.15 | | Modified Total | | $53,024.14 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$66,748.15 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$53,024.14 |
| | | | | $66,748.15 | | | | $53,024.14 |
| Claim: 9653<br>Date Filed:07/17/06<br>Docketed Total:   $177,062.67<br>Filing Creditor Name and Address<br> BERKSHIRE INVESTMENTS LLC<br> CHICAGO EXTRUDED METALS CO<br> 1601 S 54TH AVE<br> CICERO IL 60804 | Claim Holder Name and Address<br>BERKSHIRE INVESTMENTS LLC<br>CHICAGO EXTRUDED METALS CO<br>1601 S 54TH AVE<br>CICERO IL 60804 | Docketed Total | | $177,062.67 | | Modified Total | | $169,862.29 |
| | Case Number*<br>05-44481 | Secured<br>$177,062.67 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$169,862.29 |
| | | $177,062.67 | | | | | | $169,862.29 |
| Claim: 16400<br>Date Filed:10/31/06<br>Docketed Total:   $6,400.00<br>Filing Creditor Name and Address<br> BOHL CRANE INC<br> 534 W LASKEY RD<br> TOLEDO OH 43612 | Claim Holder Name and Address<br>BOHL CRANE INC<br>534 W LASKEY RD<br>TOLEDO OH 43612 | Docketed Total | | $6,400.00 | | Modified Total | | $6,400.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,400.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,400.00 |
| | | | | $6,400.00 | | | | $6,400.00 |
| Claim: 1393<br>Date Filed:12/30/05<br>Docketed Total:   $11,465.20<br>Filing Creditor Name and Address<br> BOWMAN SUPPLY COMPANY<br> 225 N IRWIN ST<br> PO BOX 1404<br> DAYTON OH 45401 | Claim Holder Name and Address<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401 | Docketed Total | | $11,465.20 | | Modified Total | | $11,465.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,465.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,465.20 |
| | | | | $11,465.20 | | | | $11,465.20 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1394<br>Date Filed:12/30/05<br>Docketed Total:   $165.06<br>Filing Creditor Name and Address<br>  BOWMAN SUPPLY COMPANY<br>  225 N IRWIN ST<br>  PO BOX 1404<br>  DAYTON OH 45401 | Claim Holder Name and Address    Docketed Total      $165.06<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $165.06<br>                                            $165.06 | Modified Total      $165.06<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $165.06<br>                                            $165.06 |
| Claim: 1395<br>Date Filed:12/30/05<br>Docketed Total:   $5,628.29<br>Filing Creditor Name and Address<br>  BOWMAN SUPPLY COMPANY<br>  225 N IRWIN ST<br>  PO BOX 1404<br>  DAYTON OH 45401 | Claim Holder Name and Address    Docketed Total    $5,628.29<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $5,628.29<br>                                           $5,628.29 | Modified Total    $5,628.29<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $5,628.29<br>                                           $5,628.29 |
| Claim: 1396<br>Date Filed:12/30/05<br>Docketed Total:   $477.47<br>Filing Creditor Name and Address<br>  BOWMAN SUPPLY COMPANY<br>  225 N IRWIN ST<br>  PO BOX 1404<br>  DAYTON OH 45401 | Claim Holder Name and Address    Docketed Total      $477.47<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $477.47<br>                                            $477.47 | Modified Total      $477.47<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $477.47<br>                                            $477.47 |
| Claim: 11632<br>Date Filed:07/27/06<br>Docketed Total:   $80,767.37<br>Filing Creditor Name and Address<br>  BRANSON ULTRASONICS CORP<br>  ATTN JOHN RICHERS<br>  41 EAGLE RD<br>  DANBURY CT 06810 | Claim Holder Name and Address    Docketed Total    $80,767.37<br>BRANSON ULTRASONICS CORP<br>ATTN JOHN RICHERS<br>41 EAGLE RD<br>DANBURY CT 06810<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $80,767.37<br><br>                                          $80,767.37 | Modified Total    $26,411.10<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                   $3,584.40<br>05-44640                                  $22,826.70<br>                                          $26,411.10 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16106<br>Date Filed: 08/09/06<br>Docketed Total:   $2,370.34<br>Filing Creditor Name and Address<br> BRUBAKER AND ASSOCIATES INC<br> PO BOX 412000<br> ST LOUIS MO 63141-2000 | Claim Holder Name and Address     Docketed Total     $2,370.34<br>BRUBAKER AND ASSOCIATES INC<br>PO BOX 412000<br>ST LOUIS MO 63141-2000<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $2,370.34<br>                                                     $2,370.34 | Modified Total     $2,370.34<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $2,370.34<br>                                                     $2,370.34 |
| Claim: 2249<br>Date Filed: 03/10/06<br>Docketed Total:   $71,960.60<br>Filing Creditor Name and Address<br> C&E SALES INC<br> C O SCOTT A LIBERMAN<br> 1 S MAIN ST STE 1700<br> DAYTON OH 45402 | Claim Holder Name and Address     Docketed Total     $71,960.60<br>C&E SALES INC<br>C O SCOTT A LIBERMAN<br>1 S MAIN ST STE 1700<br>DAYTON OH 45402<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $71,960.60<br>                                                     $71,960.60 | Modified Total     $68,930.03<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $68,930.03<br>                                                     $68,930.03 |
| Claim: 9387<br>Date Filed: 07/11/06<br>Docketed Total:   $71,792.35<br>Filing Creditor Name and Address<br> CALVARY INDUSTRIES INC<br> C O RICHARD L FERRELL<br> TAFT STETTINIUS & HOLLISTER<br> LLP<br> 425 WALNUT ST STE 1800<br> CINCINNATI OH 45202 | Claim Holder Name and Address     Docketed Total     $71,792.35<br>CALVARY INDUSTRIES INC<br>C O RICHARD L FERRELL<br>TAFT STETTINIUS & HOLLISTER<br>LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $71,792.35<br>                                                     $71,792.35 | Modified Total     $59,826.96<br><br><br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $59,826.96<br>                                                     $59,826.96 |
| Claim: 16542<br>Date Filed: 02/13/07<br>Docketed Total:   $50,118.34<br>Filing Creditor Name and Address<br> CENTRAL CAROLINA PRODUCTS INC<br> 3250 W BIG BEAVER STE 429<br> TROY MI 48084 | Claim Holder Name and Address     Docketed Total     $50,118.34<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $50,118.34<br>                                                     $50,118.34 | Modified Total     $43,473.60<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $43,473.60<br>                                                     $43,473.60 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15942<br>Date Filed:08/09/06<br>Docketed Total:   $3,392.30<br>Filing Creditor Name and Address<br>  CHEESEMAN<br>  2200 STATE ROUTE 119<br>  FT RECOVERY OH 45846 | Claim Holder Name and Address<br>CHEESEMAN<br>2200 STATE ROUTE 119<br>FT RECOVERY OH 45846 | Docketed Total | | $3,392.30 | | Modified Total | | $3,392.30 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $3,392.30<br>$3,392.30 | | 05-44640 | | | $3,392.30<br>$3,392.30 |
| Claim: 7767<br>Date Filed:06/09/06<br>Docketed Total:   $106,977.00<br>Filing Creditor Name and Address<br>  CIRQIT<br>  100 SOUTH JEFFERSON RD 3RD FL<br>  WHIPPANY NJ 07981 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $106,977.00 | | Modified Total | | $102,054.50 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $106,977.00<br><br>$106,977.00 | 05-44612<br>05-44640 | | | $6,769.56<br>$95,284.94<br>$102,054.50 |
| Claim: 7624<br>Date Filed:06/08/06<br>Docketed Total:   $22,307.18<br>Filing Creditor Name and Address<br>  CITY OF VANDALIA<br>  333 JAMES E BOHANAN DR<br>  VANDALIA OH 45377 | Claim Holder Name and Address<br>CITY OF VANDALIA<br>333 JAMES E BOHANAN DR<br>VANDALIA OH 45377 | Docketed Total | | $22,307.18 | | Modified Total | | $22,307.18 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $22,307.18<br>$22,307.18 | 05-44640 | | | $22,307.18<br>$22,307.18 |
| Claim: 2339<br>Date Filed:03/20/06<br>Docketed Total:   $63,642.38<br>Filing Creditor Name and Address<br>  CONESTOGA ROVERS & ASSOCIATES<br>  INC<br>  2055 NIAGARA FALLS BLVD STE 3<br>  NIAGARA FALLS NY 14304 | Claim Holder Name and Address<br>CONESTOGA ROVERS & ASSOCIATES INC<br>2055 NIAGARA FALLS BLVD STE 3<br>NIAGARA FALLS NY 14304 | Docketed Total | | $63,642.38 | | Modified Total | | $56,221.90 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $63,642.38<br><br>$63,642.38 | 05-44640 | | | $56,221.90<br><br>$56,221.90 |

\*See Exhibit F for a listing of debtor entities by case number                    Page:   9 of 35

In re: Delphi Corporation, et al.                                                                 Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 9079<br>Date Filed: 07/06/06<br>Docketed Total: $129,383.00<br>Filing Creditor Name and Address<br> CONTI TECH ELASTOMER COATINGS<br> DANIEL FELDEN<br> CONTINENTAL AG<br> STRAWINSKYLAAN 3111 6TH FL<br> AMSTERDAM 1077ZX<br> NETHERLANDS | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | $129,383.00 | | Modified Total | $117,611.00 | |
| | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $129,383.00 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $117,611.00 |
| | | | | $129,383.00 | | | | $117,611.00 |
| Claim: 9795<br>Date Filed: 07/18/06<br>Docketed Total: $134,225.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF KARDEX SYSTEMS INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>KARDEX SYSTEMS INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | $134,225.00 | | Modified Total | $118,225.00 | |
| | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $134,225.00 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $118,225.00 |
| | | | | $134,225.00 | | | | $118,225.00 |
| Claim: 7507<br>Date Filed: 06/05/06<br>Docketed Total: $12,274.00<br>Filing Creditor Name and Address<br> CONTROL GAGING INC EFT<br> ADDRESS FROM CSIDS 8 95<br> 5200 VENTURE DR<br> ANN ARBOR MI 48108-9561 | Claim Holder Name and Address<br>CONTROL GAGING INC EFT<br>ADDRESS FROM CSIDS 8 95<br>5200 VENTURE DR<br>ANN ARBOR MI 48108-9561 | Docketed Total | $12,274.00 | | Modified Total | $12,274.00 | |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $12,274.00 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $12,274.00 |
| | | | | $12,274.00 | | | | $12,274.00 |
| Claim: 4163<br>Date Filed: 05/01/06<br>Docketed Total: $11,353.00<br>Filing Creditor Name and Address<br> CORROSION FLUID PRODUCTS CORP<br> 24450 INDOPLEX CIRCLE<br> FARMINGTON HILLS MI 48335-2526 | Claim Holder Name and Address<br>CORROSION FLUID PRODUCTS CORP<br>24450 INDOPLEX CIRCLE<br>FARMINGTON HILLS MI 48335-2526 | Docketed Total | $11,353.00 | | Modified Total | $11,353.00 | |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $11,353.00 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $11,353.00 |
| | | | | $11,353.00 | | | | $11,353.00 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14179<br>Date Filed:07/31/06<br>Docketed Total:  $263,559.79<br>Filing Creditor Name and Address<br> COVINGTON & BURLING<br> SUSAN POWER JOHNSTON<br> 1330 AVENUE OF THE AMERICAS<br> NEW YORK NY 10019 | Claim Holder Name and Address<br>COVINGTON & BURLING<br>SUSAN POWER JOHNSTON<br>1330 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | Docketed Total | | $263,559.79 | | Modified Total | | $263,559.79 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$263,559.79<br>$263,559.79 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$263,559.79<br>$263,559.79 |
| Claim: 1936<br>Date Filed:02/09/06<br>Docketed Total:  $71,393.25<br>Filing Creditor Name and Address<br> CREATIVE FOAM CORPORATION<br> 300 N ALLOY DR<br> FENTON MI 48430 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Docketed Total | | $71,393.25 | | Modified Total | | $69,868.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$71,393.25<br>$71,393.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$69,868.25<br>$69,868.25 |
| Claim: 10190<br>Date Filed:07/21/06<br>Docketed Total:  $54,256.58<br>Filing Creditor Name and Address<br> D A INC<br> 101 QUALITY CT<br> CHARLESTOWN IN 47111-114 | Claim Holder Name and Address<br>D A INC<br>101 QUALITY CT<br>CHARLESTOWN IN 47111-114 | Docketed Total | | $54,256.58 | | Modified Total | | $54,256.58 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$54,256.58<br>$54,256.58 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$54,256.58<br>$54,256.58 |
| Claim: 8984<br>Date Filed:07/05/06<br>Docketed Total:  $7,329.10<br>Filing Creditor Name and Address<br> DAYTON PRECISION PUNCH INC<br> 4900  N WEBSTER ST<br> DAYTON OH 45414 | Claim Holder Name and Address<br>DAYTON PRECISION PUNCH INC<br>4900  N WEBSTER ST<br>DAYTON OH 45414 | Docketed Total | | $7,329.10 | | Modified Total | | $7,098.10 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,329.10<br>$7,329.10 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,098.10<br>$7,098.10 |

*See Exhibit F for a listing of debtor entities by case number                      Page:   11 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1018<br>Date Filed:12/05/05<br>Docketed Total:   $103.24<br>Filing Creditor Name and Address<br> DEK INTERNATIONAL GMBH<br>  ATTN RAJ LAKHOTIA<br>  2225 RINGWOOD AVE<br>  SAN JOSE CA 95131 | Claim Holder Name and Address<br>DEK INTERNATIONAL GMBH<br>ATTN RAJ LAKHOTIA<br>2225 RINGWOOD AVE<br>SAN JOSE CA 95131 | Docketed Total | | $103.24 | Modified Total | | | $103.24 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$103.24<br>$103.24 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$103.24<br>$103.24 |
| Claim: 1019<br>Date Filed:12/05/05<br>Docketed Total:   $740.57<br>Filing Creditor Name and Address<br> DEK INTERNATIONAL GMBH<br>  ATTN RAJ LAKHOTIA<br>  2225 RINGWOOD AVE<br>  SAN JOSE CA 95131 | Claim Holder Name and Address<br>DEK INTERNATIONAL GMBH<br>ATTN RAJ LAKHOTIA<br>2225 RINGWOOD AVE<br>SAN JOSE CA 95131 | Docketed Total | | $740.57 | Modified Total | | | $740.57 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$740.57<br>$740.57 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$740.57<br>$740.57 |
| Claim: 7343<br>Date Filed:06/02/06<br>Docketed Total:   $59,296.80<br>Filing Creditor Name and Address<br> DOW CORNING CORP<br>  ATTN TAMMY GROVE CO1222<br>  2200 W SALZBURG RD<br>  MIDLAND MI 48686 | Claim Holder Name and Address<br>DOW CORNING CORP<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686 | Docketed Total | | $59,296.80 | Modified Total | | | $57,946.80 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$59,296.80<br>$59,296.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$57,946.80<br>$57,946.80 |
| Claim: 7341<br>Date Filed:06/02/06<br>Docketed Total:   $34,468.09<br>Filing Creditor Name and Address<br> DOW CORNING CORPORATION<br>  ATTN TAMMY GROVE CO1222<br>  2200 W SALZBURG RD<br>  MIDLAND MI 48686 | Claim Holder Name and Address<br>DOW CORNING CORPORATION<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686 | Docketed Total | | $34,468.09 | Modified Total | | | $34,320.46 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$34,468.09<br>$34,468.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$34,320.46<br>$34,320.46 |

In re: Delphi Corporation, et al.                                                                      Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 11936**
Date Filed: 07/28/06
Docketed Total: $304,267.04
Filing Creditor Name and Address
 DOWTY ORINGS NORTH AMERICA EFT
 AKA DOWTY POLYMERS INC
 PO BOX 905665
 CHARLOTTE NC 28290-5665

Claim Holder Name and Address
DOWTY ORINGS NORTH AMERICA EFT
AKA DOWTY POLYMERS INC
PO BOX 905665
CHARLOTTE NC 28290-5665

Docketed Total $304,267.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $304,267.04 |
| | | | $304,267.04 |

Modified Total $265,906.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $265,906.08 |
| | | | $265,906.08 |

---

**Claim: 2039**
Date Filed: 02/16/06
Docketed Total: $432,071.89
Filing Creditor Name and Address
 DUNCAN EQUIPMENT CO
 3450 S MACARTHUR BLVD
 OKLAHOMA CITY OK 73179-7638

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Docketed Total $432,071.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $432,071.89 |
| | | | $432,071.89 |

Modified Total $432,071.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $432,071.89 |
| | | | $432,071.89 |

---

**Claim: 8376**
Date Filed: 06/22/06
Docketed Total: $131,187.07
Filing Creditor Name and Address
 DYNACAST CANADA INC
 C O JASON W HARBOUR ESQ
 HUNTON & WILLIAMS LLC
 RIVERFRONT PLZ EAST TOWER
 951 E BYRD ST
 RICHMOND VA 23219

Claim Holder Name and Address
DYNACAST CANADA INC
C O JASON W HARBOUR ESQ
HUNTON & WILLIAMS LLC
RIVERFRONT PLZ EAST TOWER
951 E BYRD ST
RICHMOND VA 23219

Docketed Total $131,187.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $3,221.49 | | $127,965.58 |
| | $3,221.49 | | $127,965.58 |

Modified Total $119,048.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,800.33 |
| 05-44640 | | | $115,248.23 |
| | | | $119,048.56 |

---

**Claim: 10597**
Date Filed: 07/25/06
Docketed Total: $2,419,203.01
Filing Creditor Name and Address
 E I DU PONT DE NEMOURS AND
 COMPANY DUPONT
 ATTN SUSAN F HERR
 DUPONT LEGAL D 4026
 1007 MARKET ST
 WILMINGTON DE 19898

Claim Holder Name and Address
LATIGO MASTER FUND LTD
ATTN PAUL MALEK
590 MADISON AVE 9TH FL
NEW YORK NY 10022

Docketed Total $2,419,203.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,419,203.01 |
| | | | $2,419,203.01 |

Modified Total $2,000,792.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,000,792.55 |
| | | | $2,000,792.55 |

---

*See Exhibit F for a listing of debtor entities by case number                Page:   13 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16167**
Date Filed: 08/09/06
Docketed Total:   $4,901.89
Filing Creditor Name and Address
 ECORSE MACHINERY SLS & RBLDRS
 75 SOUTHFIELD
 ECORSE MI 48229-143

Claim Holder Name and Address    Docketed Total    $4,901.89
ECORSE MACHINERY SLS & RBLDRS
75 SOUTHFIELD
ECORSE MI 48229-143

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,901.89 |
| | | | $4,901.89 |

Modified Total    $2,694.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,694.50 |
| | | | $2,694.50 |

---

**Claim: 11238**
Date Filed: 07/26/06
Docketed Total:   $14,694.47
Filing Creditor Name and Address
 ELSTON RICHARDS INC ELSTON
 RICHARDS STORAGE CO
 3701 PATTERSON AVE SE
 GRAND RAPIDS MI 49512

Claim Holder Name and Address    Docketed Total    $14,694.47
ELSTON RICHARDS INC ELSTON RICHARDS
STORAGE CO
3701 PATTERSON AVE SE
GRAND RAPIDS MI 49512

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,694.47 |
| | | | $14,694.47 |

Modified Total    $14,586.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,586.86 |
| | | | $14,586.86 |

---

**Claim: 1257**
Date Filed: 12/23/05
Docketed Total:   $6,768.18
Filing Creditor Name and Address
 ENGEL CANADA INC
 545 ELMIRA RD
 GUELPH ON N1K1C2
 CANADA

Claim Holder Name and Address    Docketed Total    $6,768.18
ENGEL CANADA INC
545 ELMIRA RD
GUELPH ON N1K1C2
CANADA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,768.18 |
| | | | $6,768.18 |

Modified Total    $860.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $860.00 |
| | | | $860.00 |

---

**Claim: 2523**
Date Filed: 04/03/06
Docketed Total:   $179,246.02
Filing Creditor Name and Address
 EQUITY CORPORATE HOUSING
 JONATHAN W YOUNG & JEFFREY L
 GANSBE
 WILDMAN HARROLD ALLEN & DIXON
 LLP
 225 W WACKER DR STE 3000
 CHICAGO IL 60606

Claim Holder Name and Address    Docketed Total    $179,246.02
EQUITY CORPORATE HOUSING
JONATHAN W YOUNG & JEFFREY L
GANSBE
WILDMAN HARROLD ALLEN & DIXON
LLP
225 W WACKER DR STE 3000
CHICAGO IL 60606

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $179,246.02 | | |
| | $179,246.02 | | |

Modified Total    $154,582.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $154,582.23 |
| | | | $154,582.23 |

In re: Delphi Corporation, et al.                                                                Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1933<br>Date Filed:02/09/06<br>Docketed Total:  $161,818.99<br>Filing Creditor Name and Address<br> EST TESTING SOLUTIONS<br> STEPHEN B GROW<br> WARNER NORCROSS & JUDD LLP<br> 111 LYON ST NW STE 900<br> GRAND RAPIDS MI 49503 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $161,818.99 | | Modified Total | | $138,463.99 |
| | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $161,818.99 _____ $161,818.99 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $138,463.99 _____ $138,463.99 |
| Claim: 16444<br>Date Filed:12/05/06<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address<br> EXPORT DEVELOPMENT CANADA EDC<br> EDC<br> 151 O CONNOR ST 18TH FL<br> OTTAWA ON K1A 1K3<br> CANADA | Claim Holder Name and Address<br>EXPORT DEVELOPMENT CANADA EDC<br>EDC<br>151 O CONNOR ST 18TH FL<br>OTTAWA ON K1A 1K3<br>CANADA | Docketed Total | | | | Modified Total | | $24,171.24 |
| | **Case Number*** 05-44481 | **Secured** | **Priority** | **Unsecured** $0.00 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $24,171.24 _____ $24,171.24 |
| Claim: 6024<br>Date Filed:05/16/06<br>Docketed Total:   $7,269.05<br>Filing Creditor Name and Address<br> FAUBER FREIGHTWAYS INC<br> 322 KALORAMA ST<br> STAUNTON VA 24401 | Claim Holder Name and Address<br>FAUBER FREIGHTWAYS INC<br>322 KALORAMA ST<br>STAUNTON VA 24401 | Docketed Total | | $7,269.05 | | Modified Total | | $5,298.94 |
| | **Case Number*** 05-44482 | **Secured** | **Priority** | **Unsecured** $7,269.05 $7,269.05 | **Case Number*** 05-44482 | **Secured** | **Priority** | **Unsecured** $5,298.94 $5,298.94 |
| Claim: 9051<br>Date Filed:07/06/06<br>Docketed Total:   $539.62<br>Filing Creditor Name and Address<br> FEDEX KINKOS<br> CUSTOMER ADMINISTRATIVE<br> SERVICES<br> PO BOX 262682<br> PLANO TX 75026-2682 | Claim Holder Name and Address<br>FEDEX KINKOS<br>CUSTOMER ADMINISTRATIVE<br>SERVICES<br>PO BOX 262682<br>PLANO TX 75026-2682 | Docketed Total | | $539.62 | | Modified Total | | $358.12 |
| | **Case Number*** 05-47474 | **Secured** | **Priority** | **Unsecured** $539.62 $539.62 | **Case Number*** 05-47474 | **Secured** | **Priority** | **Unsecured** $358.12 $358.12 |

*See Exhibit F for a listing of debtor entities by case number                         Page:   15 of 35

In re: Delphi Corporation, et al.                                                                                          Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9951**
Date Filed: 07/19/06
Docketed Total:   $79,244.79
Filing Creditor Name and Address
 FERRO ELECTRONIC MATERIALS
 FERRO CORPORATION
 1000 LAKESIDE AVE
 CLEVELAND OH 44114

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE S 225
GREENWICH CT 06830
Docketed Total    $79,244.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79,244.79 |
| | | | $79,244.79 |

Modified Total    $59,881.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,881.66 |
| | | | $59,881.66 |

---

**Claim: 2342**
Date Filed: 03/20/06
Docketed Total:   $2,801,641.96
Filing Creditor Name and Address
 FIRSTENERGY SOLUTIONS CORP
 BANKRUPTCY ANALYST
 395 GHENT RD
 AKRON OH 44333

Claim Holder Name and Address
FIRSTENERGY SOLUTIONS CORP
BANKRUPTCY ANALYST
395 GHENT RD
AKRON OH 44333
Docketed Total    $2,801,641.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,801,641.96 |
| | | | $2,801,641.96 |

Modified Total    $508,267.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $508,267.41 |
| | | | $508,267.41 |

---

**Claim: 16511**
Date Filed: 06/08/06
Docketed Total:   $59,175.40
Filing Creditor Name and Address
 FRAENKISCHE USA LP
 ATTN SIMONE KRAUS
 SMITH GAMBREIL & RUSSELL LLP
 1230 PEACHTREE ST NE
 PROMENADE II STE 3100
 ATLANTA GA 30309

Claim Holder Name and Address
FRAENKISCHE USA LP
ATTN SIMONE KRAUS
SMITH GAMBREIL & RUSSELL LLP
1230 PEACHTREE ST NE
PROMENADE II STE 3100
ATLANTA GA 30309
Docketed Total    $59,175.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,175.40 |
| | | | $59,175.40 |

Modified Total    $159.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $159.89 |
| | | | $159.89 |

---

**Claim: 10240**
Date Filed: 07/21/06
Docketed Total:   $1,659.02
Filing Creditor Name and Address
 GE BETZ CANADA
 ATTN JOE HALSTEAD
 4636 SOMERTON RD
 TREVOSE PA 19053-6783

Claim Holder Name and Address
GE BETZ CANADA
ATTN JOE HALSTEAD
4636 SOMERTON RD
TREVOSE PA 19053-6783
Docketed Total    $1,659.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,659.02 |
| | | | $1,659.02 |

Modified Total    $1,350.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,350.00 |
| | | | $1,350.00 |

---

In re: Delphi Corporation, et al.                                                                Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10417<br>Date Filed:07/24/06<br>Docketed Total:   $156,408.67<br>Filing Creditor Name and Address<br> GE BETZ INC<br> 4636 SOMERTON RD<br> TREVOSE PA 19053 | Claim Holder Name and Address<br>GE BETZ INC<br>4636 SOMERTON RD<br>TREVOSE PA 19053 | Docketed Total | | $156,408.67 | | Modified Total | | $75,775.47 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$156,408.67<br>$156,408.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$75,775.47<br>$75,775.47 |
| Claim: 2022<br>Date Filed:02/14/06<br>Docketed Total:   $4,031.99<br>Filing Creditor Name and Address<br> GRAYBAR ELECTRIC CO INC<br> PO BOX 14368<br> WEST ALLIS WI 53214 | Claim Holder Name and Address<br>GRAYBAR ELECTRIC CO INC<br>PO BOX 14368<br>WEST ALLIS WI 53214 | Docketed Total | | $4,031.99 | | Modified Total | | $4,031.99 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,031.99<br>$4,031.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,031.99<br>$4,031.99 |
| Claim: 9466<br>Date Filed:07/13/06<br>Docketed Total:   $2,114,936.05<br>Filing Creditor Name and Address<br> HARCO BRAKE SYSTEMS INC<br> PO BOX 326<br> ENGLEWOOD OH 45322 | Claim Holder Name and Address<br>HARCO BRAKE SYSTEMS INC<br>PO BOX 326<br>ENGLEWOOD OH 45322 | Docketed Total | | $2,114,936.05 | | Modified Total | | $2,099,080.09 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,114,936.05<br>$2,114,936.05 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,099,080.09<br>$2,099,080.09 |
| Claim: 7562<br>Date Filed:06/06/06<br>Docketed Total:   $136,961.01<br>Filing Creditor Name and Address<br> HELLA FAHRZEUGKOMPONENTEN GMBH<br> MR GERD GUENTHER<br> DORTMUNDER STR 5<br> BREMEN  28199<br> GERMANY | Claim Holder Name and Address<br>HELLA FAHRZEUGKOMPONENTEN GMBH<br>MR GERD GUENTHER<br>DORTMUNDER STR 5<br>BREMEN  28199<br>GERMANY | Docketed Total | | $136,961.01 | | Modified Total | | $107,909.88 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$136,961.01<br>$136,961.01 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$107,909.88<br>$107,909.88 |

In re: Delphi Corporation, et al.                                                                Seventeenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9012<br>Date Filed:07/05/06<br>Docketed Total:   $17,885.47<br>Filing Creditor Name and Address<br> HELLA INC<br> PO BOX 2665<br> PEACHTREE GA 30269 | Claim Holder Name and Address<br>HELLA INC<br>PO BOX 2665<br>PEACHTREE GA 30269<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44612 | | Docketed Total | $17,885.47<br><br><br><br>$17,885.47<br>$17,885.47 | Case Number*   Secured   Priority   Unsecured<br>05-44612 | Modified Total | | $8,304.72<br><br><br><br>$8,304.72<br>$8,304.72 |
| Claim: 9018<br>Date Filed:07/05/06<br>Docketed Total:   $49,357.60<br>Filing Creditor Name and Address<br> HELLA INC<br> 201 KELLY DR<br> PEACHTREE CITY GA 30214-114 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481 | | Docketed Total | $49,357.60<br><br><br><br>$49,357.60<br>$49,357.60 | Case Number*   Secured   Priority   Unsecured<br>05-44640 | Modified Total | | $49,357.60<br><br><br><br>$49,357.60<br>$49,357.60 |
| Claim: 1739<br>Date Filed:01/31/06<br>Docketed Total:   $12,893.76<br>Filing Creditor Name and Address<br> HELLA INNENLEUCHTEN SYSTEME<br> GMBH<br> MRS MELANIE RENNER<br> MAIENBUHLSTRASSE 7<br> WEMBACH  79677<br> GERMANY | Claim Holder Name and Address<br>HELLA INNENLEUCHTEN SYSTEME GMBH<br>MRS MELANIE RENNER<br>MAIENBUHLSTRASSE 7<br>WEMBACH  79677<br>GERMANY<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481 | | Docketed Total | $12,893.76<br><br><br><br><br>$12,893.76<br>$12,893.76 | Case Number*   Secured   Priority   Unsecured<br>05-44640 | Modified Total | | $12,893.76<br><br><br><br><br>$12,893.76<br>$12,893.76 |
| Claim: 1537<br>Date Filed:01/13/06<br>Docketed Total:   $64,733.76<br>Filing Creditor Name and Address<br> HELLA KGAA HUECK & CO<br> MR BERNHARD LICHTENAUER<br> RIXBECKER STR 75<br> LIPPSTRADT  59552<br> GERMANY | Claim Holder Name and Address<br>HELLA KGAA HUECK & CO<br>MR BERNHARD LICHTENAUER<br>RIXBECKER STR 75<br>LIPPSTRADT  59552<br>GERMANY<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481 | | Docketed Total | $64,733.76<br><br><br><br><br>$64,733.76<br>$64,733.76 | Case Number*   Secured   Priority   Unsecured<br>05-44640 | Modified Total | | $59,754.24<br><br><br><br><br>$59,754.24<br>$59,754.24 |

*See Exhibit F for a listing of debtor entities by case number                Page:   18 of 35

In re: Delphi Corporation, et al.                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4584<br>Date Filed:05/04/06<br>Docketed Total:  $2,307.10<br>Filing Creditor Name and Address<br> HELM INSTRUMENT CO INC<br> 361 W DUSSEL DR<br> MAUMEE OH 43537 | Claim Holder Name and Address    Docketed Total      $2,307.10<br>HELM INSTRUMENT CO INC<br>361 W DUSSEL DR<br>MAUMEE OH 43537<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $2,307.10<br>                                                 $2,307.10 | Modified Total      $260.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $260.00<br>                                                 $260.00 |
| Claim: 1715<br>Date Filed:01/30/06<br>Docketed Total:   $127,058.35<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address    Docketed Total    $127,058.35<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44596                                       $127,058.35<br><br>                                               $127,058.35 | Modified Total    $92,916.58<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $92,916.58<br><br>                                               $92,916.58 |
| Claim: 15964<br>Date Filed:08/01/06<br>Docketed Total:   $38,367.34<br>Filing Creditor Name and Address<br> HERITAGE INTERACTIVE SERVICES<br> LLC<br> MATTHEW M PRICE<br> 10 W MARKET ST<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total     $38,367.34<br>HERITAGE INTERACTIVE SERVICES LLC<br>MATTHEW M PRICE<br>10 W MARKET ST<br>INDIANAPOLIS IN 46204<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $38,367.34<br><br>                                                $38,367.34 | Modified Total    $36,951.86<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $36,951.86<br><br>                                                $36,951.86 |
| Claim: 5566<br>Date Filed:05/10/06<br>Docketed Total:   $517.25<br>Filing Creditor Name and Address<br> HOBART CORP<br> A DIVISION OF ITW FORD<br> EQUIPMENT GR<br> ATTN ANITA CLUTTER<br> 701 S RIDGE AVE<br> TROY OH 45374-0001 | Claim Holder Name and Address    Docketed Total        $517.25<br>HOBART CORP<br>A DIVISION OF ITW FORD<br>EQUIPMENT GR<br>ATTN ANITA CLUTTER<br>701 S RIDGE AVE<br>TROY OH 45374-0001<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $517.25<br>                                                   $517.25 | Modified Total      $517.25<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $517.25<br>                                                   $517.25 |

In re: Delphi Corporation, et al.                                                                Seventeenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4948<br>Date Filed:05/05/06<br>Docketed Total:  $32,826.02<br>Filing Creditor Name and Address<br> HOLT COMPANY OF OHIO INC<br> OHIO CAT<br> 3993 E ROYALTON RD<br> BROADVIEW HTS OH 44147 | Claim Holder Name and Address<br>HOLT COMPANY OF OHIO INC<br>OHIO CAT<br>3993 E ROYALTON RD<br>BROADVIEW HTS OH 44147 | Docketed Total | | $32,826.02 | | Modified Total | | $32,826.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,826.02<br>$32,826.02 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,826.02<br>$32,826.02 |
| Claim: 6087<br>Date Filed:05/16/06<br>Docketed Total:  $7,337.30<br>Filing Creditor Name and Address<br> HOVER DAVIS INC<br> 100 PARAGON DR<br> ROCHESTER NY 14624 | Claim Holder Name and Address<br>HOVER DAVIS INC<br>100 PARAGON DR<br>ROCHESTER NY 14624 | Docketed Total | | $7,337.30 | | Modified Total | | $7,337.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,337.30<br>$7,337.30 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,337.30<br>$7,337.30 |
| Claim: 2041<br>Date Filed:02/16/06<br>Docketed Total:  $52,428.91<br>Filing Creditor Name and Address<br> HUSKY INJECTION MOLDING<br> SYSTEMS<br> 55 AMHERST VILLA RD<br> BUFFALO NY 14225-1432 | Claim Holder Name and Address<br>HUSKY INJECTION MOLDING SYSTEMS<br>55 AMHERST VILLA RD<br>BUFFALO NY 14225-1432 | Docketed Total | | $52,428.91 | | Modified Total | | $40,505.07 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$52,428.91<br>$52,428.91 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$40,505.07<br>$40,505.07 |
| Claim: 660<br>Date Filed:11/18/05<br>Docketed Total:  $300,000.00<br>Filing Creditor Name and Address<br> HYUNDAI LCD AMERICA AKA<br> HYUNDAI DISPLAY TECHNOLOGY<br> 3101 N FIRST ST<br> SAN JOSE CA 95134 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $300,000.00 | | Modified Total | | $236,962.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$300,000.00<br>$300,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$236,962.75<br>$236,962.75 |

*See Exhibit F for a listing of debtor entities by case number                    Page:    20  of  35

In re: Delphi Corporation, et al.                                      Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6927**
Date Filed: 05/26/06
Docketed Total:   $723.66
Filing Creditor Name and Address
 IBT INC
 PO BOX 2982
 SHAWNEE MISSION KS 66201

Claim Holder Name and Address
IBT INC
PO BOX 2982
SHAWNEE MISSION KS 66201

Docketed Total          $723.66

Modified Total          $356.63

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44482 | | | $723.66 | 05-44482 | | | $356.63 |
| | | | $723.66 | | | | $356.63 |

**Claim: 6285**
Date Filed: 05/18/06
Docketed Total:   $139,466.95
Filing Creditor Name and Address
 IFCO SYSTEMS NA
 ATTN CHRIS TIESMAN
 6829 FLINTLOCK RD
 HOUSTON TX 77040

Claim Holder Name and Address
IFCO SYSTEMS NA
ATTN CHRIS TIESMAN
6829 FLINTLOCK RD
HOUSTON TX 77040

Docketed Total          $139,466.95

Modified Total          $123,393.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $139,466.95 | 05-44640 | | | $123,393.30 |
| | | | $139,466.95 | | | | $123,393.30 |

**Claim: 1660**
Date Filed: 01/24/06
Docketed Total:   $291,924.71
Filing Creditor Name and Address
 IKON FINANCIAL SERVICES
 BANKRUPTCY ADMINISTRATION
 PO BOX 13708
 MACON GA 31208

Claim Holder Name and Address
IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
PO BOX 13708
MACON GA 31208

Docketed Total          $291,924.71

Modified Total          $5,306.51

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $291,924.71 | 05-44640 | | | $5,306.51 |
| | | | $291,924.71 | | | | $5,306.51 |

**Claim: 2**
Date Filed: 10/12/05
Docketed Total:   $70,507.34
Filing Creditor Name and Address
 ITW THIELEX
 TERRI WHITE
 95 COMMERCE DR
 SOMERSET NJ 08873

Claim Holder Name and Address
ITW THIELEX
TERRI WHITE
95 COMMERCE DR
SOMERSET NJ 08873

Docketed Total          $70,507.34

Modified Total          $63,612.57

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $70,507.34 | | | 05-44640 | | | $63,612.57 |
| | $70,507.34 | | | | | | $63,612.57 |

In re: Delphi Corporation, et al.                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8010**
Date Filed: 06/15/06
Docketed Total:   $48,416.72
Filing Creditor Name and Address
  JAMESTOWN PLASTICS INC
  8806 HIGHLAND AVE
  BROCTON NY 14716

Claim Holder Name and Address    Docketed Total    $48,416.72
JAMESTOWN PLASTICS INC
8806 HIGHLAND AVE
BROCTON NY 14716

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $48,416.72 |
| | | | $48,416.72 |

Modified Total    $44,188.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,188.45 |
| | | | $44,188.45 |

---

**Claim: 1637**
Date Filed: 01/25/06
Docketed Total:   $177,081.16
Filing Creditor Name and Address
  JASCO TOOLS INC
  ATTN DIANE SIMON CFO
  1390 MOUNT READ BLVD
  ROCHESTER NY 14606

Claim Holder Name and Address    Docketed Total    $177,081.16
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $177,081.16 |
| | | | $177,081.16 |

Modified Total    $159,771.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $159,771.16 |
| | | | $159,771.16 |

---

**Claim: 4446**
Date Filed: 05/02/06
Docketed Total:   $27,790.40
Filing Creditor Name and Address
  KADDIS MANUFACTURING
  CORPORATION
  KIMBERLY SICKLES
  1100 BEACHAN RD
  PO BOX 92985
  ROCHESTER NY 14692

Claim Holder Name and Address    Docketed Total    $27,790.40
KADDIS MANUFACTURING CORPORATION
KIMBERLY SICKLES
1100 BEACHAN RD
PO BOX 92985
ROCHESTER NY 14692

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,790.40 |
| | | | $27,790.40 |

Modified Total    $26,411.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,411.27 |
| | | | $26,411.27 |

---

**Claim: 3329**
Date Filed: 04/28/06
Docketed Total:   $39,078.76
Filing Creditor Name and Address
  KENTUCKY AIR TOOL
  JIM OR RICKY
  3600 CHAMBERLAIN LN
  STE 616
  LOUISVILLE KY 40241

Claim Holder Name and Address    Docketed Total    $39,078.76
KENTUCKY AIR TOOL
JIM OR RICKY
3600 CHAMBERLAIN LN
STE 616
LOUISVILLE KY 40241

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $39,078.76 |
| | | | $39,078.76 |

Modified Total    $37,155.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,155.47 |
| | | | $37,155.47 |

---

*See Exhibit F for a listing of debtor entities by case number          Page:   22 of 35

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4670**
Date Filed: 05/04/06
Docketed Total: $75.50
Filing Creditor Name and Address
  KLAPEC TRUCKING CO INC
  PO BOX 1278
  OIL CITY PA 16301

Claim Holder Name and Address    Docketed Total    $75.50
KLAPEC TRUCKING CO INC
PO BOX 1278
OIL CITY PA 16301

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $75.50 |
| | | | $75.50 |

Modified Total    $75.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75.50 |
| | | | $75.50 |

---

**Claim: 1987**
Date Filed: 02/14/06
Docketed Total: $249,500.00
Filing Creditor Name and Address
  KOKUSAI INC
  8102 WOODLAND DR
  INDIANAPOLIS IN 46278

Claim Holder Name and Address    Docketed Total    $249,500.00
KOKUSAI INC
8102 WOODLAND DR
INDIANAPOLIS IN 46278

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $249,500.00 |
| | | | $249,500.00 |

Modified Total    $200,350.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $200,350.00 |
| | | | $200,350.00 |

---

**Claim: 2150**
Date Filed: 02/28/06
Docketed Total: $10,884.57
Filing Creditor Name and Address
  KOM LAMB INC
  355 COMMERCE DR
  AMHERST NY 14228

Claim Holder Name and Address    Docketed Total    $10,884.57
KOM LAMB INC
355 COMMERCE DR
AMHERST NY 14228

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,884.57 |
| | | | $10,884.57 |

Modified Total    $9,307.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,307.57 |
| | | | $9,307.57 |

---

**Claim: 4273**
Date Filed: 05/01/06
Docketed Total: $14,681.25
Filing Creditor Name and Address
  KOYO MACHINERY USA INC
  14878 GALLEON CT
  PLYMOUTH MI 48170

Claim Holder Name and Address    Docketed Total    $14,681.25
KOYO MACHINERY USA INC
14878 GALLEON CT
PLYMOUTH MI 48170

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,681.25 |
| | | | $14,681.25 |

Modified Total    $5,431.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,431.25 |
| | | | $5,431.25 |

In re: Delphi Corporation, et al.                                                                Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2145<br>Date Filed: 02/28/06<br>Docketed Total:   $407,503.38<br>Filing Creditor Name and Address<br>  KULICKE AND SOFFA INDUSTRIES<br>  INC<br>  ROBERT F AMWEG<br>  1005 VIRGINIA DR<br>  FORT WASHINGTON PA 19034 | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | Docketed Total | | $407,503.38 | | Modified Total | | $179,076.42 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$407,503.38 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$179,076.42 |
| | | | | $407,503.38 | | | | $179,076.42 |
| Claim: 15926<br>Date Filed: 07/26/06<br>Docketed Total:   $404,986.61<br>Filing Creditor Name and Address<br>  M A COM INC<br>  GEORGE D NAGLE JR CREDIT MGR<br>  PO BOX 3608 MS38 26<br>  HARRISBURG PA 17105 | Claim Holder Name and Address<br>M A COM INC<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS38 26<br>HARRISBURG PA 17105 | Docketed Total | | $404,986.61 | | Modified Total | | $270,821.26 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$404,986.61 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$270,821.26 |
| | | | | $404,986.61 | | | | $270,821.26 |
| Claim: 8791<br>Date Filed: 06/30/06<br>Docketed Total:   $9,790.00<br>Filing Creditor Name and Address<br>  MASTERS TOOL & DIE INC<br>  4485 MARLEA DR<br>  SAGINAW MI 48601-7230 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $9,790.00 | | Modified Total | | $6,290.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,790.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,290.00 |
| | | | | $9,790.00 | | | | $6,290.00 |
| Claim: 11540<br>Date Filed: 07/27/06<br>Docketed Total:   $36,848.11<br>Filing Creditor Name and Address<br>  MC ALPIN INDUSTRIES INC<br>  255 HOLLENBECK ST<br>  ROCHESTER NY 14621 | Claim Holder Name and Address<br>MC ALPIN INDUSTRIES INC<br>255 HOLLENBECK ST<br>ROCHESTER NY 14621 | Docketed Total | | $36,848.11 | | Modified Total | | $27,156.01 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$36,848.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$27,156.01 |
| | | | | $36,848.11 | | | | $27,156.01 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   24 of 35

In re: Delphi Corporation, et al.                                                          Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2709<br>Date Filed: 04/05/06<br>Docketed Total:  $33,544.10<br>Filing Creditor Name and Address<br> METAL POWDER PRODUCTS COMPANY<br> STEVEN KAHN DIRECTOR OF<br> PURCHASING<br> 17005 A WESTFIELD PARK RD<br> WESTFIELD IN 46074-9373 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $33,544.10 | | Modified Total | | $33,544.10 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $33,544.10 | 05-44640 | | | $33,544.10 |
| | | | | $33,544.10 | | | | $33,544.10 |
| Claim: 2711<br>Date Filed: 04/05/06<br>Docketed Total:  $15,750.00<br>Filing Creditor Name and Address<br> METAL POWDER PRODUCTS COMPANY<br> STEVEN KAHN DIRECTOR OF<br> PURCHASING<br> 17005 A WESTFIELD PARK RD<br> WESTFIELD IN 46074-9373 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $15,750.00 | | Modified Total | | $14,070.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $15,750.00 | 05-44640 | | | $14,070.00 |
| | | | | $15,750.00 | | | | $14,070.00 |
| Claim: 2712<br>Date Filed: 04/05/06<br>Docketed Total:  $26,184.00<br>Filing Creditor Name and Address<br> METAL POWDER PRODUCTS COMPANY<br> STEVEN KAHN DIRECTOR OF<br> PURCHASING<br> 17005 A WESTFIELD PARK RD<br> WESTFIELD IN 46074-9373 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $26,184.00 | | Modified Total | | $20,104.03 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $26,184.00 | 05-44640 | | | $20,104.03 |
| | | | | $26,184.00 | | | | $20,104.03 |
| Claim: 15333<br>Date Filed: 07/31/06<br>Docketed Total:  $34,323.80<br>Filing Creditor Name and Address<br> MILLER TOOL & DIE CO<br> LYNN M BRIMER<br> STROBL & SHARP PC<br> 300 E LONG LAKE RD STE 200<br> BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address<br>MILLER TOOL & DIE CO<br>LYNN M BRIMER<br>STROBL & SHARP PC<br>300 E LONG LAKE RD STE 200<br>BLOOMFIELD HILLS MI 48304 | Docketed Total | | $34,323.80 | | Modified Total | | $27,103.80 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $34,323.80 | | | 05-44640 | | | $27,103.80 |
| | | $34,323.80 | | | | | | $27,103.80 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3873<br>Date Filed:05/01/06<br>Docketed Total:  $1,491.09<br>Filing Creditor Name and Address<br> MOSIER AUTOMATION KOK<br> STEVE COOPER<br> 9851 PK DAVIS RD<br> INDIANAPOLIS IN 46235 | Claim Holder Name and Address    Docketed Total    $1,491.09<br>MOSIER AUTOMATION KOK<br>STEVE COOPER<br>9851 PK DAVIS RD<br>INDIANAPOLIS IN 46235<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,491.09<br>                                                $1,491.09 | Modified Total    $919.48<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $919.48<br>                                                $919.48 |
| Claim: 10231<br>Date Filed:07/21/06<br>Docketed Total:  $6,132.75<br>Filing Creditor Name and Address<br> MOTION INDUSTRIES INC<br> KIMBERLY J ROBINSON<br> BARACK FERRAZZANO KIRSCHBAUM<br> PERLMA<br> 333 W WACKER DR STE 2700<br> CHICAGO IL 60606-1227 | Claim Holder Name and Address    Docketed Total    $6,132.75<br>MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARACK FERRAZZANO KIRSCHBAUM<br>PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                        $6,132.75<br>                                                $6,132.75 | Modified Total    $6,132.75<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                        $6,132.75<br>                                                $6,132.75 |
| Claim: 10232<br>Date Filed:07/21/06<br>Docketed Total:  $108,287.35<br>Filing Creditor Name and Address<br> MOTION INDUSTRIES INC<br> KIMBERLY J ROBINSON<br> BARRACK FERRAZZANO KIRSCHBAUM<br> PERIM<br> 333 W WACKER DR STE 2700<br> CHICAGO IL 60606-1227 | Claim Holder Name and Address    Docketed Total    $108,287.35<br>MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARRACK FERRAZZANO KIRSCHBAUM<br>PERIM<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                        $108,287.35<br>                                                $108,287.35 | Modified Total    $108,287.35<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                        $108,287.35<br>                                                $108,287.35 |
| Claim: 2643<br>Date Filed:04/13/06<br>Docketed Total:  $12,800.00<br>Filing Creditor Name and Address<br> NAGEL & SHIPPERS PRODUCTS &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE ROAD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $12,800.00<br>NAGEL & SHIPPERS PRODUCTS & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $12,800.00<br>                                                $12,800.00 | Modified Total    $12,800.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $12,800.00<br>                                                $12,800.00 |

*See Exhibit F for a listing of debtor entities by case number                Page:   26 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2735<br>Date Filed:04/24/06<br>Docketed Total:   $3,702.30<br>Filing Creditor Name and Address<br> NEW ENGLAND ELECTRIC WIRE &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $3,702.30<br>NEW ENGLAND ELECTRIC WIRE & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                        $3,702.30<br>                                                $3,702.30 | Modified Total    $2,816.47<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $2,816.47<br>                                             $2,816.47 |
| Claim: 2097<br>Date Filed:02/22/06<br>Docketed Total:   $154,620.81<br>Filing Creditor Name and Address<br> NOVELLUS SYSTEMS INC<br> ATTN PHYLLIS MILLER<br> 4000 N 1ST ST<br> SAN JOSE CA 95134 | Claim Holder Name and Address    Docketed Total    $154,620.81<br>STONEHILL INSTITUTIONAL PARTNERS LP<br>CO STONEHILL CAPITAL<br>MANAGEMENT<br>885 THIRD AVE 30TH FL<br>NEW YORK NY 10022<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                       $154,620.81<br>                                               $154,620.81 | Modified Total    $73,558.50<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $73,558.50<br>                                             $73,558.50 |
| Claim: 12181<br>Date Filed:07/28/06<br>Docketed Total:   $774,413.31<br>Filing Creditor Name and Address<br> OHIO EDISON COMPANY<br> BANKRUPTCY DEPT<br> 6896 MILLER RD RM 204<br> BRECKSVILLE OH 44141 | Claim Holder Name and Address    Docketed Total    $774,413.31<br>OHIO EDISON COMPANY<br>BANKRUPTCY DEPT<br>6896 MILLER RD RM 204<br>BRECKSVILLE OH 44141<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                       $774,413.31<br>                                               $774,413.31 | Modified Total    $589,907.30<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $589,907.30<br>                                             $589,907.30 |
| Claim: 16348<br>Date Filed:10/03/06<br>Docketed Total:   $183,291.76<br>Filing Creditor Name and Address<br> PARKER HANNIFIN CORPORATION<br> 6035 PARKLAND BLVD<br> CLEVELAND OH 44124 | Claim Holder Name and Address    Docketed Total    $183,291.76<br>PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD<br>CLEVELAND OH 44124<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                       $183,291.76<br>                                               $183,291.76 | Modified Total    $181,363.52<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $181,363.52<br>                                             $181,363.52 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3302<br>Date Filed:04/28/06<br>Docketed Total:  $11,133.32<br>Filing Creditor Name and Address<br> PHOENIX PASSIVE COMPONENTS INC<br> 508 TWILIGHT TRAIL STE 204<br> RICHARDSON TX 75080 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | | $11,133.32 | | Modified Total | | $8,108.51 |
| | Case Number*<br>05-44640 | Secured<br>$11,133.32<br>$11,133.32 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,108.51<br>$8,108.51 |
| Claim: 12440<br>Date Filed:07/28/06<br>Docketed Total:  $24,423.64<br>Filing Creditor Name and Address<br> PLAINFIELD STAMPING TEXAS INC<br> PO BOX 265<br> PLAINFIELD IL 60544 | Claim Holder Name and Address<br>PLAINFIELD STAMPING TEXAS INC<br>PO BOX 265<br>PLAINFIELD IL 60544 | Docketed Total | | $24,423.64 | | Modified Total | | $19,804.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$24,423.64<br>$24,423.64 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$19,804.00<br>$19,804.00 |
| Claim: 2680<br>Date Filed:04/18/06<br>Docketed Total:  $111,073.70<br>Filing Creditor Name and Address<br> ROTHRIST TUBE INC<br> ATTN LINDA K BARR<br> NELSON MULLINS RILEY &<br> SCARBOROUGH<br> PO BOX 11070<br> COLUMBIA SC 29211-1070 | Claim Holder Name and Address<br>ROTHRIST TUBE INC<br>ATTN LINDA K BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070 | Docketed Total | | $111,073.70 | | Modified Total | | $100,896.19 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$111,073.70<br>$111,073.70 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$100,896.19<br>$100,896.19 |
| Claim: 10494<br>Date Filed:07/24/06<br>Docketed Total:  $198,263.50<br>Filing Creditor Name and Address<br> SAFETY COMPONENTS FABRIC EFT<br> TECHNOLOGIES INC<br> 30 EMERY ST<br> GREENVILLE SC 29605 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $198,263.50 | | Modified Total | | $198,263.50 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$85,477.80<br>$85,477.80 | Unsecured<br>$112,785.70<br>$112,785.70 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$198,263.50<br>$198,263.50 |

In re: Delphi Corporation, et al.                                                                 Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12233<br>Date Filed:07/28/06<br>Docketed Total:   $1,204,932.14<br>Filing Creditor Name and Address<br> SAIA BURGESS AUTOMOTIVE INC<br> 303 GREGSON DR<br> CARY NC 27511 | Claim Holder Name and Address<br>SAIA BURGESS AUTOMOTIVE INC<br>303 GREGSON DR<br>CARY NC 27511 | Docketed Total | | $175,000.00 | | Modified Total | | $0.00 |
| | Case Number*<br>05-44640 | Secured<br>$175,000.00 | Priority | Unsecured | Case Number*<br> | Secured<br> | Priority<br> | Unsecured<br> |
| | Claim Holder Name and Address<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | Docketed Total | | $1,029,932.14 | | Modified Total | | $1,029,932.14 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,029,932.14<br>$1,029,932.14 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,029,932.14<br>$1,029,932.14 |
| Claim: 112<br>Date Filed:10/25/05<br>Docketed Total:   $57,501.00<br>Filing Creditor Name and Address<br> SANYO ELECTRONIC DEVICE USA<br> CORP<br> VICTORIA COMUNALE<br> 2055 SANYO AVE<br> SAN DIEGO CA 92154 | Claim Holder Name and Address<br>SANYO ELECTRONIC DEVICE USA CORP<br>VICTORIA COMUNALE<br>2055 SANYO AVE<br>SAN DIEGO CA 92154 | Docketed Total | | $57,501.00 | | Modified Total | | $57,501.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$57,501.00<br>$57,501.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$57,501.00<br>$57,501.00 |
| Claim: 9828<br>Date Filed:07/18/06<br>Docketed Total:   $471,910.96<br>Filing Creditor Name and Address<br> SECURITAS SECURITY SERVICES<br> USA INC<br> JENNIFER MATTHEW<br> 4330 PK TERRACE DR<br> WESTLAKE VILLAGE CA 91361 | Claim Holder Name and Address<br>SECURITAS SECURITY SERVICES USA INC<br>JENNIFER MATTHEW<br>4330 PK TERRACE DR<br>WESTLAKE VILLAGE CA 91361 | Docketed Total | | $471,910.96 | | Modified Total | | $470,974.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$471,910.96<br><br>$471,910.96 | Case Number*<br>05-44482<br><br>05-44640 | Secured | Priority | Unsecured<br>$31,258.54<br><br>$439,716.42<br>$470,974.96 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1471<br>Date Filed:01/09/06<br>Docketed Total: $17,311.48<br>Filing Creditor Name and Address<br> SHERWIN WILLIAMS COMPANY<br> 101 PROSPECT AVE NW<br> 625 REPUBLIC BLDG<br> CLEVELAND OH 44115 | Claim Holder Name and Address<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115 | Docketed Total | | $17,311.48 | | Modified Total | | $9,166.83 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,311.48<br>$17,311.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,166.83<br>$9,166.83 |
| Claim: 8673<br>Date Filed:06/27/06<br>Docketed Total: $15,307.20<br>Filing Creditor Name and Address<br> SIEMENS PLC A&D DIVISION<br> C O ELIZABETH GUNN ESQ MCGUIRE<br> WOOD<br> ONE JAMES CENTER<br> 901 EAST CARY ST<br> RICHMOND VA 23219 | Claim Holder Name and Address<br>SIEMENS PLC A&D DIVISION<br>C O ELIZABETH GUNN ESQ MCGUIRE<br>WOOD<br>ONE JAMES CENTER<br>901 EAST CARY ST<br>RICHMOND VA 23219 | Docketed Total | | $15,307.20 | | Modified Total | | $5,674.40 |
| | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$15,307.20<br>$15,307.20 | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$5,674.40<br>$5,674.40 |
| Claim: 14670<br>Date Filed:07/31/06<br>Docketed Total: $16,977.50<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE EISSMANN GROUP<br> AUTOMOTIVE ASSIGNOR<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>EISSMANN GROUP AUTOMOTIVE ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $16,977.50 | | Modified Total | | $11,624.82 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,977.50<br><br>$16,977.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,624.82<br><br>$11,624.82 |
| Claim: 14687<br>Date Filed:07/31/06<br>Docketed Total: $15,273.82<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE K A TECHNOLOGIES<br> ASSIGNOR<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>K A TECHNOLOGIES  ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $15,273.82 | | Modified Total | | $13,977.06 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,273.82<br><br>$15,273.82 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,977.06<br><br>$13,977.06 |

In re: Delphi Corporation, et al.                                              Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 10397<br>Date Filed:07/24/06<br>Docketed Total:   $59,289.47<br>Filing Creditor Name and Address<br> SPX CORPORATION CONTECH<br> DIVISION<br> C O RONALD R PETERSON<br> JENNER & BLOCK LLP<br> ONE IBM PLAZA<br> CHICAGO IL 60611 | Claim Holder Name and Address    Docketed Total    $59,289.47<br>SPX CORPORATION CONTECH DIVISION<br>C O RONALD R PETERSON<br>JENNER & BLOCK LLP<br>ONE IBM PLAZA<br>CHICAGO IL 60611 | Modified Total    $59,289.47 |

Claim as Docketed:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $59,289.47 | |
| | | $59,289.47 | |

Claim as Modified:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,289.47 |
| | | | $59,289.47 |

| | | |
|---|---|---|
| Claim: 9946<br>Date Filed:07/19/06<br>Docketed Total:   $167,205.47<br>Filing Creditor Name and Address<br> STUART IRBY CO<br> 144 WOODALL RD<br> DECATUR AL 35601 | Claim Holder Name and Address    Docketed Total    $167,205.47<br>STUART IRBY CO<br>144 WOODALL RD<br>DECATUR AL 35601 | Modified Total    $145,491.87 |

Claim as Docketed:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $167,205.47 |
| | | | $167,205.47 |

Claim as Modified:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $145,491.87 |
| | | | $145,491.87 |

| | | |
|---|---|---|
| Claim: 849<br>Date Filed:11/28/05<br>Docketed Total:   $91,766.83<br>Filing Creditor Name and Address<br> TEAM PACIFIC CORPORATION DBA<br> TEAM GOLDEN LINK AMERICA<br> TEAM GOLDEN LINK AMERICA<br> CORPORATIO<br> 1799 OLD BAYSHORE HWY STE 135<br> BURLINGAME CA 94010-1316 | Claim Holder Name and Address    Docketed Total    $91,766.83<br>TEAM PACIFIC CORPORATION DBA TEAM<br>GOLDEN LINK AMERICA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316 | Modified Total    $91,766.83 |

Claim as Docketed:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $91,766.83 |
| | | | $91,766.83 |

Claim as Modified:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,766.83 |
| | | | $91,766.83 |

| | | |
|---|---|---|
| Claim: 850<br>Date Filed:11/28/05<br>Docketed Total:   $84,709.66<br>Filing Creditor Name and Address<br> TEAM PACIFIC CORPORATION DBA<br> TEAM GOLDEN LINK AMERICA<br> TEAM GOLDEN LINK AMERICA<br> CORPORATIO<br> 1799 OLD BAYSHORE HWY STE 135<br> BURLINGAME CA 94010-1316 | Claim Holder Name and Address    Docketed Total    $84,709.66<br>TEAM PACIFIC CORPORATION DBA TEAM<br>GOLDEN LINK AMERICA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316 | Modified Total    $84,709.66 |

Claim as Docketed:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $84,709.66 |
| | | | $84,709.66 |

Claim as Modified:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,709.66 |
| | | | $84,709.66 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 851<br>Date Filed:11/28/05<br>Docketed Total:  $175,658.02<br>Filing Creditor Name and Address<br> TEAM PACIFIC CORPORATION DBA<br> TEAM GOLDEN LINK AMERICA<br> TEAM GOLDEN LINK AMERICA<br> CORPORATIO<br> 1799 OLD BAYSHORE HWY STE 135<br> BURLINGAME CA 94010-1316 | Claim Holder Name and Address<br>TEAM PACIFIC CORPORATION DBA TEAM<br>GOLDEN LINK AMERICA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316 | Docketed Total | | $175,658.02 | | Modified Total | | $163,447.77 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$175,658.02<br>$175,658.02 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$163,447.77<br>$163,447.77 |
| Claim: 16095<br>Date Filed:08/09/06<br>Docketed Total:   $44.85<br>Filing Creditor Name and Address<br> TECHNO INDUSTRIAL PRODUCT<br> CINDY<br> 1190 RICHARDS ROAD UNIT 5<br> HARTLAND WI 53029 | Claim Holder Name and Address<br>TECHNO INDUSTRIAL PRODUCT<br>CINDY<br>1190 RICHARDS ROAD UNIT 5<br>HARTLAND WI 53029 | Docketed Total | | $44.85 | | Modified Total | | $44.85 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$44.85<br>$44.85 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$44.85<br>$44.85 |
| Claim: 1364<br>Date Filed:12/29/05<br>Docketed Total:   $1,558,603.56<br>Filing Creditor Name and Address<br> TELELOGIC NORTH AMERICA INC<br> 9401 JERONIMO RD<br> IRVINE CA 92618 | Claim Holder Name and Address<br>TELELOGIC NORTH AMERICA INC<br>9401 JERONIMO RD<br>IRVINE CA 92618 | Docketed Total | | $1,558,603.56 | | Modified Total | | $245,793.00 |
| | Case Number*<br>05-44547 | Secured | Priority<br>$1,558,603.56<br>$1,558,603.56 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$245,793.00<br>$245,793.00 |
| Claim: 5974<br>Date Filed:05/16/06<br>Docketed Total:   $128,492.85<br>Filing Creditor Name and Address<br> THERMAX CDT<br> THERMAX WIRE L P<br> 8946 WINNETKA AVE<br> NORTHRIDGE CA 91324 | Claim Holder Name and Address<br>THERMAX CDT<br>THERMAX WIRE L P<br>8946 WINNETKA AVE<br>NORTHRIDGE CA 91324 | Docketed Total | | $128,492.85 | | Modified Total | | $79,139.71 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$128,492.85<br>$128,492.85 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$79,139.71<br>$79,139.71 |

*See Exhibit F for a listing of debtor entities by case number                     Page:   32 of 35

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11537<br>Date Filed: 07/27/06<br>Docketed Total:  $42,065.81<br>Filing Creditor Name and Address<br> THI INC THIERICA INC<br> 900 CLANCY AVE N E<br> GRAND RAPIDS MI 49503 | Claim Holder Name and Address   Docketed Total   $42,065.81<br>THI INC THIERICA INC<br>900 CLANCY AVE N E<br>GRAND RAPIDS MI 49503<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $42,065.81<br>                                              $42,065.81 | Modified Total   $15,016.23<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $15,016.23<br>                                              $15,016.23 |
| Claim: 1574<br>Date Filed: 01/17/06<br>Docketed Total:  $221,415.22<br>Filing Creditor Name and Address<br> TRANSFREIGHT INC<br> 125 MAPLE GROVE RD<br> CAMBRIDGE ON N3H 4R7<br> CANADA | Claim Holder Name and Address   Docketed Total   $221,415.22<br>TRANSFREIGHT INC<br>125 MAPLE GROVE RD<br>CAMBRIDGE ON N3H 4R7<br>CANADA<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $221,415.22<br>                                              $221,415.22 | Modified Total   $30,264.35<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $30,264.35<br>                                              $30,264.35 |
| Claim: 1573<br>Date Filed: 01/17/06<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address<br> TRANSFREIGHT INTEGRATED<br> LOGISTICS INC<br> 125 MAPLE GROVE RD<br> CAMBRIDGE ON N3H 4R7<br> CANADA | Claim Holder Name and Address   Docketed Total<br>TRANSFREIGHT INTEGRATED LOGISTICS<br>INC<br>125 MAPLE GROVE RD<br>CAMBRIDGE ON N3H 4R7<br>CANADA<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $0.00<br>                                              $0.00 | Modified Total   $1,135.41<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $1,135.41<br>                                              $1,135.41 |
| Claim: 12378<br>Date Filed: 07/28/06<br>Docketed Total:  $33,320.75<br>Filing Creditor Name and Address<br> TROSTEL LIMITED<br> ATTN TIM BAKER<br> 901 MAXWELL ST<br> LAKE GENEVA WI 53147 | Claim Holder Name and Address   Docketed Total   $33,320.75<br>TROSTEL LIMITED<br>ATTN TIM BAKER<br>901 MAXWELL ST<br>LAKE GENEVA WI 53147<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $33,320.75<br>                                              $33,320.75 | Modified Total   $25,354.57<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $25,354.57<br>                                              $25,354.57 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   33 of 35

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10707<br>Date Filed:07/26/06<br>Docketed Total:  $12,731,160.31<br>Filing Creditor Name and Address<br> TYCO ELECTRONICS CORPORATION<br> GEORGE D NAGLE JR CREDIT MGR<br> PO BOX 3608 MS 3826<br> HARRISBURG PA 17105-3608 | Claim Holder Name and Address<br>TYCO ELECTRONICS CORPORATION<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS 3826<br>HARRISBURG PA 17105-3608 | Docketed Total | | $12,731,160.31 | | | Modified Total | $1,892,948.59 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,731,160.31 | Case Number*<br>05-44507<br>05-44511<br>05-44624<br>05-44640 | Secured | Priority | Unsecured<br>$1,917.20<br>$9,300.79<br>$34,332.85<br>$1,847,397.75 |
| | | | | $12,731,160.31 | | | | $1,892,948.59 |
| Claim: 11034<br>Date Filed:07/26/06<br>Docketed Total:  $6,610.83<br>Filing Creditor Name and Address<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702 | Claim Holder Name and Address<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702 | Docketed Total | | $6,610.83 | | | Modified Total | $6,610.83 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,610.83<br>$6,610.83 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,610.83<br>$6,610.83 |
| Claim: 93<br>Date Filed:10/24/05<br>Docketed Total:  $7,115.17<br>Filing Creditor Name and Address<br>VIDEOJET TECHNOLOGIES INC<br>1500 MITTEL BLVD<br>WOOD DALE IL 60191 | Claim Holder Name and Address<br>VIDEOJET TECHNOLOGIES INC<br>1500 MITTEL BLVD<br>WOOD DALE IL 60191 | Docketed Total | | $7,115.17 | | | Modified Total | $1,565.67 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,115.17<br>$7,115.17 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,565.67<br>$1,565.67 |
| Claim: 1607<br>Date Filed:01/18/06<br>Docketed Total:  $32,666.89<br>Filing Creditor Name and Address<br>WHEELABRATOR GROUP<br>1606 EXECUTIVE DRIVE<br>LAGRANGE GA 30240 | Claim Holder Name and Address<br>WHEELABRATOR GROUP<br>1606 EXECUTIVE DRIVE<br>LAGRANGE GA 30240 | Docketed Total | | $32,666.89 | | | Modified Total | $32,666.89 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,666.89<br>$32,666.89 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,666.89<br>$32,666.89 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8730**
Date Filed: 06/28/06
Docketed Total:   $0.00
Filing Creditor Name and Address
  XPRESS IMPRESORES SA DE CV EFT
  PERIF LUIS ECHEVERRIA 1800 PTE
  ZONA INDUSTRIAL CP 25290
  SALTILLO COAH
  MEXICO

Claim Holder Name and Address    Docketed Total
XPRESS IMPRESORES SA DE CV EFT
PERIF LUIS ECHEVERRIA 1800 PTE
ZONA INDUSTRIAL CP 25290
SALTILLO COAH
MEXICO

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |

Modified Total    $1,043.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,043.63 |
| | | | $1,043.63 |

---

**Claim: 77**
Date Filed: 10/24/05
Docketed Total:   $724,027.12
Filing Creditor Name and Address
  YODER INDUSTRIES INC
  2520 NEEDMORE RD
  DAYTON OH 45414

Claim Holder Name and Address    Docketed Total   $724,027.12
YODER INDUSTRIES INC
2520 NEEDMORE RD
DAYTON OH 45414

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $724,027.12 |
| | | | $724,027.12 |

Modified Total    $39,537.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,537.07 |
| | | | $39,537.07 |

---

**Claim: 12017**
Date Filed: 07/28/06
Docketed Total:   $99,852.32
Filing Creditor Name and Address
  ZF BOGE ELASTMETALL LLC
  JOHN J HUNTER ATTORNEY
  HUNTER & SCHANK CO LPA
  1700 CANTON AVE
  TOLEDO OH 43604

Claim Holder Name and Address    Docketed Total   $99,852.32
ZF BOGE ELASTMETALL LLC
JOHN J HUNTER ATTORNEY
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO OH 43604

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $99,852.32 |
| | | | $99,852.32 |

Modified Total    $74,932.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,932.82 |
| | | | $74,932.82 |

---

**Claim: 2464**
Date Filed: 03/31/06
Docketed Total:   $415,801.69
Filing Creditor Name and Address
  ZYLUX ACOUSTIC CORP
  ZYLUX AMERICA INC
  100 EMERSON LN STE 1513
  BRIDGEVILLE PA 15017

Claim Holder Name and Address    Docketed Total   $415,801.69
ZYLUX ACOUSTIC CORP
ZYLUX AMERICA INC
100 EMERSON LN STE 1513
BRIDGEVILLE PA 15017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $415,801.69 |
| | | | $415,801.69 |

Modified Total    $75,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75,000.00 |
| | | | $75,000.00 |

Total Count of Claims:  137
Total Amount as Docketed:    $34,758,280.46
Total Amount as Modified:    $16,457,473.00