In re: Delphi Corporation, et al.                                                                                               Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2234<br>Date Filed: 03/09/06<br>Docketed Total: $1,013.04<br>Filing Creditor Name and Address<br> BOULDER COUNTY TREASURER<br> BOB HULLINGHORST<br> PO BOX 471<br> BOULDER CO 80306 | Claim Holder Name and Address<br>BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>PO BOX 471<br>BOULDER CO 80306<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured<br>$1,013.04<br>$1,013.04 | $1,013.04<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured<br>$777.13<br>$777.13 | $777.13<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured |
| Claim: 671<br>Date Filed: 11/18/05<br>Docketed Total: $37.00<br>Filing Creditor Name and Address<br> DYER COUNTY TRUSTEE<br> C O J MICHAEL GAULDIN<br> PO BOX 220<br> DYERSBURG TN 38025 | Claim Holder Name and Address<br>DYER COUNTY TRUSTEE<br>C O J MICHAEL GAULDIN<br>PO BOX 220<br>DYERSBURG TN 38025<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured<br>$37.00<br>$37.00 | $37.00<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured<br>$28.38<br>$28.38 | $28.38<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured |
| Claim: 11372<br>Date Filed: 07/27/06<br>Docketed Total: $218,106.97<br>Filing Creditor Name and Address<br> ERIE COUNTY TREASURER<br> 247 COLUMBUS AVE STE 115<br> SANDUSKY OH 44870 | Claim Holder Name and Address<br>ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY OH 44870<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured<br>$218,106.97<br>$218,106.97 | $218,106.97<br><br><br><br>Priority | <br><br><br><br>Unsecured | <br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured<br>$188,837.20<br>$188,837.20 | $188,837.20<br><br><br><br>Priority | <br><br><br><br>Unsecured |
| Claim: 7182<br>Date Filed: 05/31/06<br>Docketed Total: $359.23<br>Filing Creditor Name and Address<br> GILES CO TN<br> GILES COUNTY TRUSTEE<br> PO BOX 678<br> COURTHOUSE<br> PULASKI TN 38478 | Claim Holder Name and Address<br>GILES CO TN<br>GILES COUNTY TRUSTEE<br>PO BOX 678<br>COURTHOUSE<br>PULASKI TN 38478<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br><br>Secured<br>$359.23<br>$359.23 | $359.23<br><br><br><br><br><br>Priority | <br><br><br><br><br><br>Unsecured | <br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br>Secured<br>$268.49<br>$268.49 | $268.49<br><br><br><br><br><br>Priority | <br><br><br><br><br><br>Unsecured |

In re: Delphi Corporation, et al.                                                                                                    Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3655<br>Date Filed: 05/01/06<br>Docketed Total: $8.75<br>Filing Creditor Name and Address<br>  HAYWOOD COUNTY TRUSTEE<br>  COURTHOUSE<br>  BROWNSVILLE TN 38012 | Claim Holder Name and Address<br>HAYWOOD COUNTY TRUSTEE<br>COURTHOUSE<br>BROWNSVILLE TN 38012<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured | <br><br><br><br>Priority<br>$8.58<br>$8.58 | $8.75<br><br><br><br>Unsecured<br>$0.17<br>$0.17 | <br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured | <br><br><br><br>Priority<br>$8.58<br>$8.58 | $8.58<br><br><br><br>Unsecured |
| Claim: 197<br>Date Filed: 10/28/05<br>Docketed Total: $23,130.99<br>Filing Creditor Name and Address<br>  KNOX COUNTY TRUSTEE<br>  MIKE LOWE KNOX CO TRUSTEE<br>  C O ATTORNEY DEAN B FARMER<br>  HODGES DOUGHTY CARSON PLLC<br>  PO BOX 869<br>  KNOXVILLE TN 37901-0869 | Claim Holder Name and Address<br>KNOX COUNTY TRUSTEE<br>MIKE LOWE KNOX CO TRUSTEE<br>C O ATTORNEY DEAN B FARMER<br>HODGES DOUGHTY CARSON PLLC<br>PO BOX 869<br>KNOXVILLE TN 37901-0869<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br><br><br>Secured | <br><br><br><br><br><br><br>Priority<br>$23,130.99<br>$23,130.99 | $23,130.99<br><br><br><br><br><br><br>Unsecured | <br><br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br><br>Secured | <br><br><br><br><br><br><br>Priority<br>$17,744.32<br>$17,744.32 | $17,744.32<br><br><br><br><br><br><br>Unsecured |
| Claim: 16116<br>Date Filed: 08/09/06<br>Docketed Total: $22.25<br>Filing Creditor Name and Address<br>  LAPORTE COUNTY IN<br>  LAPORTE COUNTY TREASURER<br>  813 LINCOLNWAY STE 205<br>  LAPORTE IN 46360-3491 | Claim Holder Name and Address<br>LAPORTE COUNTY IN<br>LAPORTE COUNTY TREASURER<br>813 LINCOLNWAY STE 205<br>LAPORTE IN 46360-3491<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority<br>$22.25<br>$22.25 | $22.25<br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority<br>$20.23<br>$20.23 | $20.23<br><br><br><br><br>Unsecured |
| Claim: 1108<br>Date Filed: 12/12/05<br>Docketed Total: $17,534.38<br>Filing Creditor Name and Address<br>  MIAMI DADE COUNTY TAX<br>  COLLECTOR<br>  C O METRO DADE COUNTY<br>  PARALEGAL UNI<br>  140 W FLAGLER ST STE 1403<br>  MIAMI FL 33130 | Claim Holder Name and Address<br>MIAMI DADE COUNTY TAX COLLECTOR<br>C O METRO DADE COUNTY<br>PARALEGAL UNI<br>140 W FLAGLER ST STE 1403<br>MIAMI FL 33130<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br><br>Secured<br>$17,534.38<br>$17,534.38 | <br><br><br><br><br><br>Priority | $17,534.38<br><br><br><br><br><br>Unsecured | <br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br>Secured<br>$13,297.02<br>$13,297.02 | <br><br><br><br><br><br>Priority | $13,297.02<br><br><br><br><br><br>Unsecured |

In re: Delphi Corporation, et al.                                                                           Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8415<br>Date Filed:06/23/06<br>Docketed Total:   $455.00<br>Filing Creditor Name and Address<br>  MONTGOMERY CO TN<br>  MONTGOMERY COUNTY TRUSTEES<br>  OFFICE<br>  350 PAGEANT LN<br>  STE 101 A<br>  CLARKSVILLE TN 37041 | Claim Holder Name and Address   Docketed Total        $455.00<br>MONTGOMERY CO TN<br>MONTGOMERY COUNTY TRUSTEES<br>OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE TN 37041<br><br>Case Number*       Secured         Priority          Unsecured<br>05-44640                         $455.00<br>                                 $455.00 | Modified Total        $422.68<br><br><br><br><br><br><br>Case Number*       Secured         Priority          Unsecured<br>05-44640                         $422.68<br>                                 $422.68 |
| Claim: 8535<br>Date Filed:06/26/06<br>Docketed Total:   $9,984.48<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total      $9,984.48<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*       Secured         Priority          Unsecured<br>05-44481          $9,984.48<br>                  $9,984.48 | Modified Total      $3,600.61<br><br><br><br>Case Number*       Secured         Priority          Unsecured<br>05-44640          $3,600.61<br>                  $3,600.61 |
| Claim: 8537<br>Date Filed:06/26/06<br>Docketed Total:   $13,321.05<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 817600<br>  DAYTON OH 45481 | Claim Holder Name and Address   Docketed Total     $13,321.05<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 817600<br>DAYTON OH 45481<br><br>Case Number*       Secured         Priority          Unsecured<br>05-44640          $13,321.05<br>                  $13,321.05 | Modified Total      $4,787.82<br><br><br><br>Case Number*       Secured         Priority          Unsecured<br>05-44640          $4,787.82<br>                  $4,787.82 |
| Claim: 8540<br>Date Filed:06/26/06<br>Docketed Total:   $55.96<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total         $55.96<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*       Secured         Priority          Unsecured<br>05-44481             $55.96<br>                     $55.96 | Modified Total         $13.71<br><br><br><br>Case Number*       Secured         Priority          Unsecured<br>05-44640             $13.71<br>                     $13.71 |

In re: Delphi Corporation, et al.  Seventeenth Omnibus Objection

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8541<br>Date Filed: 06/26/06<br>Docketed Total: $583,848.54<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br>Secured<br>$583,848.54<br>$583,848.54 | $583,848.54<br><br><br>Priority | <br><br><br>Unsecured | <br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br>Secured<br>$209,844.35<br>$209,844.35 | $209,844.35<br><br><br>Priority | <br><br><br>Unsecured |
| Claim: 8542<br>Date Filed: 06/26/06<br>Docketed Total: $4,329.83<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br>Secured<br>$4,329.83<br>$4,329.83 | $4,329.83<br><br><br>Priority | <br><br><br>Unsecured | <br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br>Secured<br>$1,059.72<br>$1,059.72 | $1,059.72<br><br><br>Priority | <br><br><br>Unsecured |
| Claim: 8543<br>Date Filed: 06/26/06<br>Docketed Total: $9,370.62<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br>Secured<br>$9,370.62<br>$9,370.62 | $9,370.62<br><br><br>Priority | <br><br><br>Unsecured | <br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br>Secured<br>$3,367.94<br>$3,367.94 | $3,367.94<br><br><br>Priority | <br><br><br>Unsecured |
| Claim: 8545<br>Date Filed: 06/26/06<br>Docketed Total: $182,850.01<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br>Secured<br>$182,850.01<br>$182,850.01 | $182,850.01<br><br><br>Priority | <br><br><br>Unsecured | <br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br>Secured<br>$65,719.34<br>$65,719.34 | $65,719.34<br><br><br>Priority | <br><br><br>Unsecured |

In re: Delphi Corporation, et al.                                                                                    Seventeenth Omnibus Objection

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8546<br>Date Filed: 06/26/06<br>Docketed Total:   $2,628.90<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured<br>$2,628.90<br>$2,628.90 | $2,628.90<br><br><br><br>Priority | <br><br><br><br>Unsecured | <br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured<br>$944.88<br>$944.88 | $944.88<br><br><br><br>Priority | <br><br><br><br>Unsecured |
| Claim: 8547<br>Date Filed: 06/26/06<br>Docketed Total:   $578,440.64<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured<br>$578,440.64<br>$578,440.64 | $578,440.64<br><br><br><br>Priority | <br><br><br><br>Unsecured | <br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured<br>$207,900.92<br>$207,900.92 | $207,900.92<br><br><br><br>Priority | <br><br><br><br>Unsecured |
| Claim: 8548<br>Date Filed: 06/26/06<br>Docketed Total:   $35,659.30<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured<br>$35,659.30<br>$35,659.30 | $35,659.30<br><br><br><br>Priority | <br><br><br><br>Unsecured | <br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured<br>$12,816.60<br>$12,816.60 | $12,816.60<br><br><br><br>Priority | <br><br><br><br>Unsecured |
| Claim: 8549<br>Date Filed: 06/26/06<br>Docketed Total:   $1,179,183.93<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured<br>$1,179,183.93<br>$1,179,183.93 | $1,179,183.93<br><br><br><br>Priority | <br><br><br><br>Unsecured | <br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured<br>$444,646.98<br>$444,646.98 | $444,646.98<br><br><br><br>Priority | <br><br><br><br>Unsecured |

*See Exhibit F for a listing of debtor entities by case number                                    Page:    5 of 11

In re: Delphi Corporation, et al.            Seventeenth Omnibus Objection

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8550<br>Date Filed: 06/26/06<br>Docketed Total: $78,139.90<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $78,139.90<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $78,139.90<br>           $78,139.90 | Modified Total    $28,084.71<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $28,084.71<br>           $28,084.71 |
| Claim: 8551<br>Date Filed: 06/26/06<br>Docketed Total: $1,089.88<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $1,089.88<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $1,089.88<br>           $1,089.88 | Modified Total    $391.74<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $391.74<br>           $391.74 |
| Claim: 8552<br>Date Filed: 06/26/06<br>Docketed Total: $938.16<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $938.16<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $938.16<br>           $938.16 | Modified Total    $337.21<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $337.21<br>           $337.21 |
| Claim: 8553<br>Date Filed: 06/26/06<br>Docketed Total: $72,963.37<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $72,963.37<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $72,963.37<br>           $72,963.37 | Modified Total    $26,224.18<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $26,224.18<br>           $26,224.18 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

# EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8554<br>Date Filed: 06/26/06<br>Docketed Total:   $32,104.56<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total   $32,104.56<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*        Secured           Priority            Unsecured<br>05-44481           $32,104.56<br>                   $32,104.56 | Modified Total   $23,129.72<br><br><br><br>Case Number*        Secured           Priority            Unsecured<br>05-44640           $23,129.72<br>                   $23,129.72 |
| Claim: 8555<br>Date Filed: 06/26/06<br>Docketed Total:   $237.40<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  451 W. THIRD ST.<br>  DAYTON OH 45422-0476 | Claim Holder Name and Address   Docketed Total   $237.40<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*        Secured           Priority            Unsecured<br>05-44481           $237.40<br>                   $237.40 | Modified Total   $85.35<br><br><br><br>Case Number*        Secured           Priority            Unsecured<br>05-44640           $85.35<br>                   $85.35 |
| Claim: 8557<br>Date Filed: 06/26/06<br>Docketed Total:   $1,516.63<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  451 W. THIRD ST.<br>  DAYTON OH 45422-0476 | Claim Holder Name and Address   Docketed Total   $1,516.63<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*        Secured           Priority            Unsecured<br>05-44481           $1,516.63<br>                   $1,516.63 | Modified Total   $549.17<br><br><br><br>Case Number*        Secured           Priority            Unsecured<br>05-44640           $549.17<br>                   $549.17 |
| Claim: 8558<br>Date Filed: 06/26/06<br>Docketed Total:   $882.12<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total   $882.12<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*        Secured           Priority            Unsecured<br>05-44481           $882.12<br>                   $882.12 | Modified Total   $319.10<br><br><br><br>Case Number*        Secured           Priority            Unsecured<br>05-44640           $319.10<br>                   $319.10 |

*See Exhibit F for a listing of debtor entities by case number                                Page:    7 of 11

In re: Delphi Corporation, et al.                                                                                              Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8559<br>Date Filed: 06/26/06<br>Docketed Total:   $1,165.11<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address   Docketed Total      $1,165.11<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*       Secured        Priority         Unsecured<br>05-44481          $1,165.11<br>                  $1,165.11 | Modified Total     $285.63<br><br><br><br><br>Case Number*       Secured        Priority         Unsecured<br>05-44640          $285.63<br>                  $285.63 |
| Claim: 8560<br>Date Filed: 06/26/06<br>Docketed Total:   $492.69<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total      $492.69<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*       Secured        Priority         Unsecured<br>05-44481          $492.69<br>                  $492.69 | Modified Total     $343.59<br><br><br><br><br>Case Number*       Secured        Priority         Unsecured<br>05-44640          $343.59<br>                  $343.59 |
| Claim: 8561<br>Date Filed: 06/26/06<br>Docketed Total:   $26,607.06<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address   Docketed Total      $26,607.06<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*       Secured        Priority         Unsecured<br>05-44481          $26,607.06<br>                  $26,607.06 | Modified Total     $9,820.72<br><br><br><br><br>Case Number*       Secured        Priority         Unsecured<br>05-44640          $9,820.72<br>                  $9,820.72 |
| Claim: 8562<br>Date Filed: 06/26/06<br>Docketed Total:   $97.46<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total      $97.46<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*       Secured        Priority         Unsecured<br>05-44481          $97.46<br>                  $97.46 | Modified Total     $35.13<br><br><br><br><br>Case Number*       Secured        Priority         Unsecured<br>05-44640          $35.13<br>                  $35.13 |

*See Exhibit F for a listing of debtor entities by case number                                            Page:   8 of 11

In re: Delphi Corporation, et al.            Seventeenth Omnibus Objection

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8563<br>Date Filed: 06/26/06<br>Docketed Total: $279,130.73<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address   Docketed Total   $279,130.73<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $279,130.73<br>          $279,130.73 | Modified Total   $100,363.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $100,363.00<br>          $100,363.00 |
| Claim: 1681<br>Date Filed: 01/26/06<br>Docketed Total: $1,290.10<br>Filing Creditor Name and Address<br>PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH FL 33402-3715 | Claim Holder Name and Address   Docketed Total   $1,290.10<br>PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH FL 33402-3715<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $1,290.10<br>          $1,290.10 | Modified Total   $989.67<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $989.67<br>          $989.67 |
| Claim: 2661<br>Date Filed: 04/17/06<br>Docketed Total: $22,464.47<br>Filing Creditor Name and Address<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401 | Claim Holder Name and Address   Docketed Total   $22,464.47<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $22,464.47<br>          $22,464.47 | Modified Total   $21,600.45<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $21,600.45<br>          $21,600.45 |
| Claim: 8661<br>Date Filed: 06/27/06<br>Docketed Total: $47,271.82<br>Filing Creditor Name and Address<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401 | Claim Holder Name and Address   Docketed Total   $47,271.82<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $47,271.82<br>          $47,271.82 | Modified Total   $906.59<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $906.59<br>          $906.59 |

In re: Delphi Corporation, et al. — Seventeenth Omnibus Objection

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1783<br>Date Filed: 02/06/06<br>Docketed Total: $569.53<br>Filing Creditor Name and Address<br>PINAL COUNTY TREASURER<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE AZ 85232-0729 | Claim Holder Name and Address  Docketed Total  $569.53<br>PINAL COUNTY TREASURER<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE AZ 85232-0729<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640      $569.53<br>              $569.53 | Modified Total  $557.21<br><br><br><br><br>Case Number*  Secured    Priority  Unsecured<br>05-44640      $557.21<br>              $557.21 |
| Claim: 559<br>Date Filed: 11/14/05<br>Docketed Total: $502.98<br>Filing Creditor Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | Claim Holder Name and Address  Docketed Total  $502.98<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44481      $502.98<br>              $502.98 | Modified Total  $385.85<br><br><br><br>Case Number*  Secured    Priority  Unsecured<br>05-44640      $385.85<br>              $385.85 |
| Claim: 560<br>Date Filed: 11/14/05<br>Docketed Total: $153.92<br>Filing Creditor Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | Claim Holder Name and Address  Docketed Total  $153.92<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640      $153.92<br>              $153.92 | Modified Total  $118.08<br><br><br><br>Case Number*  Secured    Priority  Unsecured<br>05-44640      $118.08<br>              $118.08 |
| Claim: 9302<br>Date Filed: 07/11/06<br>Docketed Total: $761,504.21<br>Filing Creditor Name and Address<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN OH 44481-1090 | Claim Holder Name and Address  Docketed Total  $761,504.21<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN OH 44481-1090<br><br>Case Number*  Secured       Priority   Unsecured<br>05-44481      $761,504.21<br>              $761,504.21 | Modified Total  $661,150.94<br><br><br><br>Case Number*  Secured      Priority  Unsecured<br>05-44640      $661,150.94<br>              $661,150.94 |

In re: Delphi Corporation, et al.                                                                 Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13581<br>Date Filed: 07/31/06<br>Docketed Total:  $1,058.87<br>Filing Creditor Name and Address<br>  YAZOO CO MS<br>  YAZOO COUNTY TAX COLLECTOR<br>  PO BOX 108<br>  YAZOO MS 39194 | Claim Holder Name and Address    Docketed Total    $1,058.87<br>YAZOO CO MS<br>YAZOO COUNTY TAX COLLECTOR<br>PO BOX 108<br>YAZOO MS 39194<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                        $1,058.87<br>                                $1,058.87 | Modified Total    $998.94<br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                         $998.94<br>                                 $998.94<br><br>Total Count of Claims:  41<br>Total Amount as Docketed:        $4,190,521.84<br>Total Amount as Modified:        $2,052,783.88 |