**In re: Delphi Corporation, et al.**  **Seventeenth Omnibus Objection**

## EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16321<br>Date Filed: 09/18/06<br>Docketed Total: $92,205.51<br>Filing Creditor Name and Address<br>  AMERICAN & EFIRD INC<br>  DAVID M GROGAN ESQ<br>  SHUMAKER LOOP & KENDRICK LLP<br>  128 S TRYON STE 1800<br>  CHARLOTTE NC 28202 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $92,205.51 | | | Modified Total | $90,989.17 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$8,323.61<br>$8,323.61 | Unsecured<br>$83,881.90<br>$83,881.90 | Case Number*<br>05-44640 | Secured | Priority<br>$8,323.61<br>$8,323.61 | Unsecured<br>$82,665.56<br>$82,665.56 |
| Claim: 7996<br>Date Filed: 06/14/06<br>Docketed Total: $19,963.33<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF NEW YORK INC<br>  ATTN DAVID S LEINWAND ESQ<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC AS ASSIGNEE<br>OF FEINTOOL NEW YORK INC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $19,963.33 | | | Modified Total | $14,953.20 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$1,795.90<br>$1,795.90 | Unsecured<br>$18,167.43<br>$18,167.43 | Case Number*<br>05-44640 | Secured | Priority<br>$1,775.91<br>$1,775.91 | Unsecured<br>$13,177.29<br>$13,177.29 |
| Claim: 15201<br>Date Filed: 07/31/06<br>Docketed Total: $123,166.50<br>Filing Creditor Name and Address<br>  ASI<br>  ASI PREPETITION<br>  6285 GARFIELD AVE<br>  CASS CITY MI 48726 | Claim Holder Name and Address<br>ASI<br>ASI PREPETITION<br>6285 GARFIELD AVE<br>CASS CITY MI 48726 | Docketed Total | | $123,166.50 | | | Modified Total | $35,107.98 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$123,166.50<br>$123,166.50 | Case Number*<br>05-44640 | Secured | Priority<br>$325.80<br>$325.80 | Unsecured<br>$34,782.18<br>$34,782.18 |
| Claim: 9112<br>Date Filed: 07/07/06<br>Docketed Total: $135,377.75<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF ELECTRONIC<br>  SERVICES LLC DBA CSI<br>  ELECTRONICS<br>  ATTN ALPA JIMENEZ<br>  411 WEST PUTNAM AVE<br>  STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>ELECTRONIC SERVICES LLC DBA CSI<br>ELECTRONICS<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE<br>STE 225<br>GREENWICH CT 06830 | Docketed Total | | $135,377.75 | | | Modified Total | $127,078.50 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$29,610.00<br>$29,610.00 | Unsecured<br>$105,767.75<br>$105,767.75 | Case Number*<br>05-44640 | Secured | Priority<br>$29,610.00<br>$29,610.00 | Unsecured<br>$97,468.50<br>$97,468.50 |

*See Exhibit F for a listing of debtor entities by case number     Page: 1 of 10

In re: Delphi Corporation, et al.                                                                         Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10388<br>Date Filed: 07/24/06<br>Docketed Total:  $141,675.49<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF GEMINI PLASTICS<br> INC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $141,675.49<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>GEMINI PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | Modified Total | $141,675.49 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$141,675.49<br>$141,675.49 | Case Number*<br>05-44640 | Secured | Priority<br>$14,138.65<br>$14,138.65 | Unsecured<br>$127,536.84<br>$127,536.84 |
| Claim: 9113<br>Date Filed: 07/07/06<br>Docketed Total:  $116,590.48<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PRESTOLITE WIRE<br> CORPORATION<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $116,590.48<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PRESTOLITE WIRE CORPORATION<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | Modified Total | $103,372.28 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$16,141.07<br>$16,141.07 | Unsecured<br>$100,449.41<br>$100,449.41 | Case Number*<br>05-44640 | Secured | Priority<br>$16,141.07<br>$16,141.07 | Unsecured<br>$87,231.21<br>$87,231.21 |
| Claim: 10385<br>Date Filed: 07/24/06<br>Docketed Total:  $102,464.27<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SIERRA PLASTICS<br> INC AKA SIERRA EL PASO<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $102,464.27<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SIERRA PLASTICS INC AKA SIERRA EL<br>PASO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | Modified Total | $100,918.82 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$102,464.27<br>$102,464.27 | Case Number*<br>05-44640 | Secured | Priority<br>$12,586.47<br>$12,586.47 | Unsecured<br>$88,332.35<br>$88,332.35 |

*See Exhibit F for a listing of debtor entities by case number                                             Page:   2 of 10

In re: Delphi Corporation, et al.                                                                                          Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12696<br>Date Filed: 07/28/06<br>Docketed Total:   $109,002.60<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRELLEBORG YSH INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $109,002.60<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRELLEBORG YSH INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*      Secured          Priority           Unsecured<br>05-44640                            $15,865.76         $93,136.84<br>                                    $15,865.76         $93,136.84 | Modified Total   $89,520.40<br><br><br><br><br><br><br>Case Number*   Secured      Priority       Unsecured<br>05-44640                     $1,445.02      $88,075.38<br>                             $1,445.02      $88,075.38 |
| Claim: 12694<br>Date Filed: 07/28/06<br>Docketed Total:   $91,243.71<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRELLEBORG YSH SA<br> DE CV<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $91,243.71<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRELLEBORG YSH SA DE CV<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*      Secured          Priority           Unsecured<br>05-44640                                               $91,243.71<br>                                                       $91,243.71 | Modified Total   $82,066.88<br><br><br><br><br><br><br>Case Number*   Secured      Priority       Unsecured<br>05-44640                     $14,420.74     $67,646.14<br>                             $14,420.74     $67,646.14 |
| Claim: 10907<br>Date Filed: 07/25/06<br>Docketed Total:   $929,544.79<br>Filing Creditor Name and Address<br> DATWYLER RUBBER & PLASTICS<br> ATTN LINDA BARR<br> NELSON MULLINS RILEY &<br> SCARBOROUGH<br> PO BOX 11070<br> COLUMBIA SC 29211-1070 | Claim Holder Name and Address   Docketed Total   $929,544.79<br>DATWYLER RUBBER & PLASTICS<br>ATTN LINDA BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070<br><br>Case Number*      Secured          Priority           Unsecured<br>05-44640                                               $929,544.79<br>                                                       $929,544.79 | Modified Total   $902,131.56<br><br><br><br><br><br><br>Case Number*   Secured      Priority       Unsecured<br>05-44640                     $2,430.09      $899,701.47<br>                             $2,430.09      $899,701.47 |

*See Exhibit F for a listing of debtor entities by case number                                                       Page:   3 of 10

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2545<br>Date Filed: 04/04/06<br>Docketed Total:   $339,670.20<br>Filing Creditor Name and Address<br>  EAGLEPICHER AUTOMOTIVE INC<br>  HILLSDALE DIVISION<br>  COLLEEN HITCHINS<br>  2424 JOHN DALY<br>  INKSTER MI 48141 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured | $339,670.20<br><br><br><br><br>Priority<br>$314,810.19<br>$314,810.19 | <br><br><br><br><br>Unsecured<br>$24,860.01<br>$24,860.01 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $333,110.44<br><br><br><br><br>Priority<br>$20,001.80<br>$20,001.80 | <br><br><br><br><br>Unsecured<br>$313,108.64<br>$313,108.64 |
| Claim: 2544<br>Date Filed: 04/04/06<br>Docketed Total:   $56,938.30<br>Filing Creditor Name and Address<br>  EAGLEPICHER INC WOLVERINE<br>  GASKET DIV<br>  COLLEEN HITCHINS<br>  2424 JOHN DALY<br>  INKSTER MI 48141 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured | $56,938.30<br><br><br><br><br>Priority<br>$7,994.48<br>$7,994.48 | <br><br><br><br><br>Unsecured<br>$48,943.82<br>$48,943.82 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $56,938.30<br><br><br><br><br>Priority<br>$7,994.48<br>$7,994.48 | <br><br><br><br><br>Unsecured<br>$48,943.82<br>$48,943.82 |
| Claim: 5568<br>Date Filed: 05/10/06<br>Docketed Total:   $307,574.95<br>Filing Creditor Name and Address<br>  FOSTER ELECTRIC USA INC<br>  C O MASUDA FUNAI EIFERT &<br>  MITCHELL<br>  203 N LASALLE ST STE 2500<br>  CHICAGO IL 60601-1262 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br>Secured | $307,574.95<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured<br>$307,574.95<br>$307,574.95 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $306,445.51<br><br><br><br><br>Priority<br>$433.60<br>$433.60 | <br><br><br><br><br>Unsecured<br>$306,011.91<br>$306,011.91 |
| Claim: 11292<br>Date Filed: 07/27/06<br>Docketed Total:   $1,298,844.76<br>Filing Creditor Name and Address<br>  HOOVER PRECISION PRODUCTS INC<br>  & SUBSIDIARIES<br>  HOOVER PRECISION<br>  PO BOX 899<br>  CUMMING GA 30028 | Claim Holder Name and Address<br>HOOVER PRECISION PRODUCTS INC &<br>SUBSIDIARIES<br>HOOVER PRECISION<br>PO BOX 899<br>CUMMING GA 30028<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured | $1,298,844.76<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured<br>$1,298,844.76<br>$1,298,844.76 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $1,278,381.52<br><br><br><br><br>Priority<br>$301,625.75<br>$301,625.75 | <br><br><br><br><br>Unsecured<br>$976,755.77<br>$976,755.77 |

In re: Delphi Corporation, et al.                                                                                          Seventeenth Omnibus Objection

### EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9574<br>Date Filed: 07/17/06<br>Docketed Total:    $106,700.48<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ITW DRAWFORM<br>  500 FAIRVIEW<br>  ZEELAND MI 49464 | Claim Holder Name and Address    Docketed Total    $106,700.48<br>ILLINOIS TOOL WORKS INC<br>ITW DRAWFORM<br>500 FAIRVIEW<br>ZEELAND MI 49464<br><br>Case Number*       Secured        Priority            Unsecured<br>05-44481                          $102,936.28          $3,764.20<br>                                  $102,936.28          $3,764.20 | Modified Total    $106,353.64<br><br><br><br><br>Case Number*       Secured        Priority            Unsecured<br>05-44640                          $29,054.71         $77,298.93<br>                                  $29,054.71         $77,298.93 |
| Claim: 9575<br>Date Filed: 07/17/06<br>Docketed Total:     $49,713.99<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ITW DELTAR ENGINEERED COMPONEN<br>  8450 W 185TH ST<br>  TINLEY PK IL 60477 | Claim Holder Name and Address    Docketed Total     $49,713.99<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED COMPONEN<br>8450 W 185TH ST<br>TINLEY PK IL 60477<br><br>Case Number*       Secured        Priority            Unsecured<br>05-44481                           $49,713.99<br>                                   $49,713.99 | Modified Total     $49,713.99<br><br><br><br><br>Case Number*       Secured        Priority            Unsecured<br>05-44640                           $7,998.74         $41,715.25<br>                                   $7,998.74         $41,715.25 |
| Claim: 2181<br>Date Filed: 03/03/06<br>Docketed Total:    $152,447.45<br>Filing Creditor Name and Address<br>  INTEGRATED CABLE SYSTEMS INC<br>  ATTN CURT EVEN<br>  504 2ND ST<br>  BERTHOUD CO 80513 | Claim Holder Name and Address    Docketed Total    $152,447.45<br>INTEGRATED CABLE SYSTEMS INC<br>ATTN CURT EVEN<br>504 2ND ST<br>BERTHOUD CO 80513<br><br>Case Number*       Secured        Priority            Unsecured<br>05-44507                                              $152,447.45<br>                                                      $152,447.45 | Modified Total    $147,225.69<br><br><br><br><br>Case Number*       Secured        Priority            Unsecured<br>05-44507                          $28,105.36        $119,120.33<br>                                  $28,105.36        $119,120.33 |
| Claim: 6655<br>Date Filed: 05/23/06<br>Docketed Total:    $355,445.11<br>Filing Creditor Name and Address<br>  KENDALL ELECTRIC INC<br>  VERN STEFFEL OR J GATES<br>  131 GRAND TRUNK AVE<br>  BATTLE CREEK MI 49016 | Claim Holder Name and Address    Docketed Total<br>KENDALL ELECTRIC INC<br>VERN STEFFEL OR J GATES<br>131 GRAND TRUNK AVE<br>BATTLE CREEK MI 49016<br><br>Case Number*       Secured        Priority            Unsecured<br>05-44640                                         $0.00 | Modified Total          $0.00<br><br><br><br><br>Case Number*       Secured        Priority            Unsecured |

In re: Delphi Corporation, et al.  Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6655(Continued) | Claim Holder Name and Address  Docketed Total  $355,445.11<br>MIDTOWN CLAIMS LLC<br>ATTN MEGHAN SLOW<br>65 E 55TH ST 19TH FL<br>NEW YORK NY 10022<br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                  $97,429.07     $258,016.04<br>                          $97,429.07     $258,016.04 | Modified Total  $331,263.95<br><br><br><br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                  $97,429.07     $233,834.88<br>                          $97,429.07     $233,834.88 |
| Claim: 14534<br>Date Filed:07/31/06<br>Docketed Total:   $3,629,694.59<br>Filing Creditor Name and Address<br>  L&W ENGINEERING CO<br>  RYAN D HEILMAN ESQ<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address  Docketed Total  $3,629,694.59<br>L&W ENGINEERING CO<br>RYAN D HEILMAN ESQ<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304<br><br>Case Number*    Secured          Priority        Unsecured<br>05-44640      $3,629,694.59<br>              $3,629,694.59 | Modified Total  $439,255.68<br><br><br><br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                  $1,376.54      $437,879.14<br>                          $1,376.54      $437,879.14 |
| Claim: 10755<br>Date Filed:07/25/06<br>Docketed Total:   $1,007,764.22<br>Filing Creditor Name and Address<br>  MAXIM INTEGRATED PRODUCTS INC<br>  DAVID B DRAPER ESQ<br>  TERRA LAW LLP<br>  177 PARK AVE 3RD FL<br>  SAN JOSE CA 95113 | Claim Holder Name and Address  Docketed Total  $1,007,764.22<br>MAXIM INTEGRATED PRODUCTS INC<br>DAVID B DRAPER ESQ<br>TERRA LAW LLP<br>177 PARK AVE 3RD FL<br>SAN JOSE CA 95113<br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                  $457,900.00    $549,864.22<br>                          $457,900.00    $549,864.22 | Modified Total  $801,350.00<br><br><br><br><br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                  $22,730.81     $778,619.19<br>                          $22,730.81     $778,619.19 |
| Claim: 2708<br>Date Filed:04/05/06<br>Docketed Total:   $3,014.55<br>Filing Creditor Name and Address<br>  METAL POWDER PRODUCTS COMPANY<br>  STEVEN KAHN DIRECTOR OF<br>  PURCHASING<br>  17005 A WESTFIELD PARK RD<br>  WESTFIELD IN 46074-9373 | Claim Holder Name and Address  Docketed Total  $3,014.55<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured    Priority        Unsecured<br>05-44481                                 $3,014.55<br>                                         $3,014.55 | Modified Total  $3,014.55<br><br><br><br><br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                  $459.77        $2,554.78<br>                          $459.77        $2,554.78 |

In re: Delphi Corporation, et al.                                              Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2402<br>Date Filed: 03/24/06<br>Docketed Total:   $2,537,512.52<br>Filing Creditor Name and Address<br> MOTOROLA INC AKA MOTOROLA AIEG<br> PETER A CLARK & THOMAS J<br> AUGSPURGER<br> MCDERMOTT WILL & EMERY LLP<br> 227 W MONROE ST<br> CHICAGO IL 60606 | Claim Holder Name and Address   Docketed Total    $2,537,512.52<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*         Secured          Priority            Unsecured<br>05-44640           $750,487.44                         $1,787,025.08<br><br>                   _____     _____     _____<br>                   $750,487.44                         $1,787,025.08 | Modified Total    $2,516,096.88<br><br><br><br><br>Case Number*      Secured            Priority           Unsecured<br>05-44640                                $39,060.00    $2,477,036.88<br><br>                  _____        _____       _____<br>                                     $39,060.00    $2,477,036.88 |
| Claim: 16368<br>Date Filed: 10/16/06<br>Docketed Total:    $9,911,978.07<br>Filing Creditor Name and Address<br> NEC ELECTRONICS AMERICA INC<br> ATTN DENNIS BALANESI<br> 2880 SCOTT BLVD<br> SANTA CLARA CA 95052-8062 | Claim Holder Name and Address   Docketed Total    $9,911,978.07<br>NEC ELECTRONICS AMERICA INC<br>ATTN DENNIS BALANESI<br>2880 SCOTT BLVD<br>SANTA CLARA CA 95052-8062<br><br>Case Number*     Secured         Priority           Unsecured<br>05-44481        $308,024.19     $3,424,138.98     $6,179,814.90<br>                $308,024.19     $3,424,138.98     $6,179,814.90 | Modified Total    $9,596,272.10<br><br><br><br><br>Case Number*     Secured         Priority           Unsecured<br>05-44640                         $3,424,138.98     $6,172,133.12<br>                                 $3,424,138.98     $6,172,133.12 |
| Claim: 11566<br>Date Filed: 07/27/06<br>Docketed Total:   $5,764,040.00<br>Filing Creditor Name and Address<br> ON SEMICONDUCTOR COMPONENTS<br> INDUSTRIES LLC<br> QUARLES & BRADY STREICH LANG<br> LLP<br> ONE RENAISSANCE SQUARE<br> TWO N CENTRAL AVE<br> PHOENIX AZ 85004-2391 | Claim Holder Name and Address   Docketed Total    $5,764,040.00<br>SPCP GROUP LLC AS AGENT FOR SILVER<br>POINT CAPITAL FUND LP AND SILVER<br>POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*       Secured         Priority           Unsecured<br>05-44640                                             $5,764,040.00<br>                   _____    _____     _____<br>                                                     $5,764,040.00 | Modified Total    $5,764,040.00<br><br><br><br><br><br>Case Number*      Secured          Priority           Unsecured<br>05-44640                           $118,885.06     $5,645,154.94<br>                  _____     _____     _____<br>                                   $118,885.06     $5,645,154.94 |
| Claim: 8564<br>Date Filed: 06/26/06<br>Docketed Total:    $138,773.28<br>Filing Creditor Name and Address<br> ROHM AND HAAS CO<br> ATTN C RANKIN<br> 100 INDEPENDENCE MALL W<br> PHILADELPHIA PA 19106 | Claim Holder Name and Address   Docketed Total      $138,773.28<br>ROHM AND HAAS CO<br>ATTN C RANKIN<br>100 INDEPENDENCE MALL W<br>PHILADELPHIA PA 19106<br><br>Case Number*      Secured         Priority           Unsecured<br>05-44481                                                $138,773.28<br>                                                        $138,773.28 | Modified Total       $66,192.24<br><br><br><br><br>Case Number*      Secured         Priority           Unsecured<br>05-44481                           $25,117.91       $41,074.33<br>                                   $25,117.91       $41,074.33 |

In re: Delphi Corporation, et al.      Seventeenth Omnibus Objection

## EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9315<br>Date Filed:07/11/06<br>Docketed Total: $47,062.62<br>Filing Creditor Name and Address<br> SIEMENS VDO AUTOMOTIVE<br> CORPORATION ASSIGNEE OF<br> AMERICAN ELECTRONIC COMPONENTS<br> INC<br> CHARLES P SCHULMAN<br> SACHNOFF & WEAVER LTD<br> 10 S WACKER DR 40TH FL<br> CHICAGO IL 60606 | Claim Holder Name and Address  Docketed Total  $47,062.62<br>SIEMENS VDO AUTOMOTIVE CORPORATION<br>ASSIGNEE OF AMERICAN ELECTRONIC<br>COMPONENTS INC<br>CHARLES P SCHULMAN<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO IL 60606<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $47,062.62<br>                                                    $47,062.62 | Modified Total  $47,062.62<br><br><br><br><br><br><br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                   $11,006.25  $36,056.37<br>                                    $11,006.25  $36,056.37 |
| Claim: 14141<br>Date Filed:07/31/06<br>Docketed Total: $2,565,472.27<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> PARKER HANNIFIN CORPORATION<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total  $2,492,426.58<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                $2,492,426.58<br>                                 $2,492,426.58 | Modified Total  $2,243,971.67<br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44507                              $24,324.10<br>05-44640                              $2,219,647.57<br>                               $2,243,971.67 |
| | Claim Holder Name and Address  Docketed Total  $73,045.69<br>SPCP GROUP LLC AS ASSIGNEE OF<br>PARKER HANNIFIN CORPORATION<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                   $73,045.69<br>                                $73,045.69 | Modified Total  $121,842.03<br><br><br><br><br><br>Case Number*  Secured  Priority    Unsecured<br>05-44507                   $386.01<br>05-44640                   $121,456.02<br>                                $121,842.03 |

In re: Delphi Corporation, et al.                                                                                  Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14141 (Continued) | | |
| Claim: 10724<br>Date Filed: 07/25/06<br>Docketed Total: $1,384,396.89<br>Filing Creditor Name and Address<br>STAHL SPECIALTY COMPANY EFT<br>ATTN GUY TODD<br>3155 W BIG BEAVER RD<br>PO BOX 2601<br>TROY MI 48007-2601 | Claim Holder Name and Address   Docketed Total   $1,384,396.89<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $1,384,396.89<br>                                            $1,384,396.89 | Modified Total   $1,328,444.92<br><br><br><br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                $269,578.01   $1,058,866.91<br>                       $269,578.01   $1,058,866.91 |
| Claim: 14886<br>Date Filed: 07/31/06<br>Docketed Total: $205,971.42<br>Filing Creditor Name and Address<br>TECH TOOL & MOLD INC EFT<br>1045 FRENCH ST<br>MEADVILLE PA 16335 | Claim Holder Name and Address   Docketed Total   $205,971.42<br>TECH TOOL & MOLD INC EFT<br>1045 FRENCH ST<br>MEADVILLE PA 16335<br><br>Case Number*   Secured       Priority   Unsecured<br>05-44640       $205,971.42<br>               $205,971.42 | Modified Total   $200,530.15<br><br><br><br>Case Number*   Secured   Priority    Unsecured<br>05-44640                $45,859.51   $154,670.64<br>                       $45,859.51   $154,670.64 |
| Claim: 6671<br>Date Filed: 05/23/06<br>Docketed Total: $130,235.05<br>Filing Creditor Name and Address<br>THALER MACHINE COMPANY<br>DAYTON FACILITY<br>257 HOPELAND ST<br>DAYTON OH 45408 | Claim Holder Name and Address   Docketed Total   $130,235.05<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $130,235.05<br>                                            $130,235.05 | Modified Total   $130,235.05<br><br><br><br><br>Case Number*   Secured   Priority    Unsecured<br>05-44640                $31,412.25   $98,822.80<br>                       $31,412.25   $98,822.80 |
| Claim: 9940<br>Date Filed: 07/19/06<br>Docketed Total: $6,678,072.11<br>Filing Creditor Name and Address<br>THYSSEN KRUPP WAUPACA INC<br>LOCK BOX 68 9343<br>MILWAUKEE WI 53268-9343 | Claim Holder Name and Address   Docketed Total   $6,678,072.11<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $6,678,072.11<br>                                            $6,678,072.11 | Modified Total   $6,675,684.36<br><br><br><br><br>Case Number*   Secured   Priority    Unsecured<br>05-44640                $79,710.92   $6,595,973.44<br>                       $79,710.92   $6,595,973.44 |

*See Exhibit F for a listing of debtor entities by case number                                              Page:   9 of 10

In re: Delphi Corporation, et al.                                                                          Seventeenth Omnibus Objection

### EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11200<br>Date Filed: 07/26/06<br>Docketed Total:   $358,909.35<br>Filing Creditor Name and Address<br> UNITED PLASTICS GROUP INC<br> WILLIAM HOLBROOK DIRECTOR OF FINANC<br> 1420 KENSINGTON RD STE 209<br> OAK BROOK IL 60523 | Claim Holder Name and Address   Docketed Total   $358,909.35<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                         $358,909.35<br>                                                 $358,909.35 | Modified Total   $281,972.65<br><br><br><br><br><br>Case Number*   Secured    Priority       Unsecured<br>05-44640                  $1,444.80     $280,527.85<br>                          $1,444.80     $280,527.85 |
| Claim: 1787<br>Date Filed: 02/06/06<br>Docketed Total:   $596,771.49<br>Filing Creditor Name and Address<br> UNIVERSAL BEARINGS INC<br> PO BOX 38<br> BREMEN IN 46506 | Claim Holder Name and Address   Docketed Total   $464,157.46<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                                         $464,157.46<br>                                                 $464,157.46 | Modified Total   $455,719.44<br><br><br><br><br><br>Case Number*   Secured    Priority       Unsecured<br>05-44481                                $455,719.44<br>                                        $455,719.44 |
|  | Claim Holder Name and Address   Docketed Total   $132,614.03<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                           $132,614.03          $0.00<br>                                    $132,614.03 | Modified Total   $132,614.03<br><br><br><br>Case Number*   Secured    Priority       Unsecured<br>05-44481                  $1,391.72     $131,222.31<br>                          $1,391.72     $131,222.31 |
|  |  | Total Count of Claims:   33<br>Total Amount as Docketed:           $39,488,238.10<br>Total Amount as Modified:           $35,101,545.69 |