In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 8271-1    Filed 06/15/07    Entered 06/15/07 18:36:29    Exhibit A
Pg 1 of 2

Sixteenth Omnibus Claims Objection

EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| **Claim Number:** 16606<br>**Date Filed:** 05/14/2007<br>**Creditor's Name and Address:**<br>1ST CHOICE HEATING & COOLING INC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,046.54 | **Claim Number:** 15805<br>**Date Filed:** 08/02/2006<br>**Creditor's Name and Address:**<br>1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $12,491.44<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $12,491.44 |
| **Claim Number:** 16601<br>**Date Filed:** 05/15/2007<br>**Creditor's Name and Address:**<br>1ST CHOICE HEATING & COOLING INC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,046.54 | **Claim Number:** 15805<br>**Date Filed:** 08/02/2006<br>**Creditor's Name and Address:**<br>1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $12,491.44<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $12,491.44 |
| **Claim Number:** 11108<br>**Date Filed:** 07/26/2006<br>**Creditor's Name and Address:**<br>DR BERND GOTTSCHALK<br>VDA ASSOC OF THE GERMAN AUTOMOBILE<br>WESTENDSTRASSE 61<br>FRANKFURT, 60325<br>GERMANY<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $682,083.00<br>Total: $682,083.00 | **Claim Number:** 12164<br>**Date Filed:** 07/28/2006<br>**Creditor's Name and Address:**<br>DR BERND GOTTSCHALK<br>VDA ASSOC OF THE GERMAN AUTOMOBILE<br>WESTENDSTRASSE 61<br>FRANKFURT, 60325<br>GERMANY<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $682,083.00<br>Total: $682,083.00 |
| **Claim Number:** 16562<br>**Date Filed:** 03/05/2007<br>**Creditor's Name and Address:**<br>KENDALL PRINTING COMPANY<br>3331 W 29TH ST<br>GREELEY, CO 80634<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,116.75<br>Total: $2,116.75 | **Claim Number:** 5354<br>**Date Filed:** 05/08/2006<br>**Creditor's Name and Address:**<br>KENDALL PRINTING COMPANY<br>3331 WEST 29TH ST<br>GREELEY, CO 80631<br><br>**Debtor:** DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,180.25<br>Total: $2,180.25 |
| **Claim Number:** 10251<br>**Date Filed:** 07/21/2006<br>**Creditor's Name and Address:**<br>MOTION INDUSTRIES INC<br>BARACK FERRAZZANO KIRSCHBAUM PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $835,355.82<br>Total: $835,355.82 | **Claim Number:** 16416<br>**Date Filed:** 11/09/2006<br>**Creditor's Name and Address:**<br>MOTION INDUSTRIES INC<br>BARACK FERRAZZANO KIRSCHBAUM PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $42,198.43<br>Priority:<br>Administrative:<br>Unsecured: $835,355.82<br>Total: $877,554.25 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 8271-1    Filed 06/15/07    Entered 06/15/07 18:36:29    Exhibit A
Pg 2 of 2

Sixteenth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 11837<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>STATE OF MARYLAND COMPTROLLER OF TREASURY<br>STATE OFFICE BLDG RM 409<br>301 W PRESTON ST<br>BALTIMORE, MD 21201<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,445.00<br>Administrative:<br>Unsecured:<br>Total: $2,445.00 | Claim Number: 16501<br>Date Filed: 01/25/2007<br>Creditor's Name and Address:<br>STATE OF MARYLAND COMPTROLLER OF THE TREASURY<br>RM 409 STATE OFFICE BLDG<br>301 W PRESTON ST<br>BALTIMORE, MD 21201<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,492.00<br>Administrative:<br>Unsecured: $48.00<br>Total: $2,540.00 |
| Claim Number: 1514<br>Date Filed: 01/11/2006<br>Creditor's Name and Address:<br>STATE OF NEW JERSEY<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $503,000.00<br>Unsecured:<br>Total: $503,000.00 | Claim Number: 16546<br>Date Filed: 02/20/2007<br>Creditor's Name and Address:<br>STATE OF NEW JERSEY<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,158,884.07<br>Unsecured:<br>Total: $1,158,884.07 |
| Claim Number: 16499<br>Date Filed: 01/23/2007<br>Creditor's Name and Address:<br>THE TIMKEN COMPANY<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44706-0927<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $732,657.37<br>Priority: $1,803,986.64<br>Administrative:<br>Unsecured: $2,702,790.97<br>Total: $5,239,434.98 | Claim Number: 14319<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>US TIMKEN CO<br>1835 DUEBER AVE<br>PO BOX 6927<br>CANTON, OH 44706-0927<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $551,667.27<br>Priority:<br>Administrative: $1,803,986.64<br>Unsecured: $2,883,781.07<br>Total: $5,239,434.98 |
| Claim Number: 11288<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>WL GORE & ASSOCIATES GMBH<br>WL GORE & ASSOCIATES INC<br>551 PAPER MILL RD<br>NEWARK, DE 19711<br>Debtor: DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,110.68<br>Total: $11,110.68 | Claim Number: 8385<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br>MARTIN BRAUN BOKMITTEL<br>1200 ARLINGTON HEIGHTS RD STE 410<br>ITASCA, IL 60143<br>Debtor: DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,823.08<br>Total: $8,823.08 |

**Total Claims to be Expunged:** 9

**Total Asserted Amount to be Expunged:** $7,319,639.31