**EXHIBIT A**

**DELPHI 407100**

| Invoice # | Invoice Date | Invoice Amount | Payment | Outstanding Balance |
|---|---|---|---|---|
| 20828 | 7/12/05 | -$140.86 | $0.00 | -$140.86 |
| 201660 | 3/03/04 | $2,339.47 | -$2,179.91 | $159.56 |
| 206268 | 6/01/04 | $1,943.41 | $0.00 | $1,943.41 |
| 206684 | 6/09/04 | $1,922.57 | -$1,877.29 | $45.28 |
| 208695 | 7/21/04 | $2,031.12 | $0.00 | $2,031.12 |
| 213664 | 11/09/04 | $1,949.25 | -$1,933.61 | $15.64 |
| 216962 | 1/28/05 | $2,150.43 | -$1,105.81 | $1,044.62 |
| 219746 | 3/29/05 | $882.47 | $0.00 | $882.47 |
| 222529 | 5/25/05 | $2,927.52 | -$1,731.94 | $1,195.58 |
| 224257 | 6/30/05 | $618.30 | -$617.52 | $0.78 |
| 224916 | 7/18/05 | $1,048.05 | -$1,020.90 | $27.15 |
| 225039 | 7/20/05 | $3,597.88 | -$3,231.58 | $366.30 |
| 225247 | 7/25/05 | $3,285.25 | -$3,284.16 | $1.09 |
| 225259 | 7/25/05 | $822.02 | -$801.78 | $20.24 |
| 225473 | 7/28/05 | $2,202.78 | -$106.25 | $2,096.53 |
| 225680 | 8/02/05 | $822.27 | $0.00 | $822.27 |
| 225887 | 8/04/05 | $834.51 | $0.00 | $834.51 |
| 226049 | 8/09/05 | $3,164.72 | $0.00 | $3,164.72 |
| 226053 | 8/09/05 | $817.94 | $0.00 | $817.94 |
| 226292 | 8/12/05 | $873.63 | $0.00 | $873.63 |
| 226428 | 8/16/05 | $3,421.08 | $0.00 | $3,421.08 |
| 226492 | 8/17/05 | $832.42 | $0.00 | $832.42 |
| 226498 | 8/17/05 | $3,368.04 | $0.00 | $3,368.04 |
| 226712 | 8/23/05 | $806.06 | $0.00 | $806.06 |
| 227076 | 8/30/05 | $344.96 | $0.00 | $344.96 |
| 227173 | 8/31/05 | $906.07 | $0.00 | $906.07 |
| 227359 | 9/06/05 | $3,391.52 | $0.00 | $3,391.52 |
| 227373 | 9/06/05 | $926.73 | $0.00 | $926.73 |
| 227624 | 9/12/05 | $1,300.29 | $0.00 | $1,300.29 |
| 227634 | 9/12/05 | $3,382.50 | $0.00 | $3,382.50 |
| 227715 | 9/13/05 | $862.89 | $0.00 | $862.89 |
| 227797 | 9/14/05 | $3,608.00 | $0.00 | $3,608.00 |
| 227857 | 9/15/05 | $864.97 | $0.00 | $864.97 |
| 227938 | 9/16/05 | $3,175.04 | $0.00 | $3,175.04 |
| 228059 | 9/21/05 | $2,201.70 | $0.00 | $2,201.70 |
| 228168 | 9/22/05 | $919.20 | $0.00 | $919.20 |
| 228288 | 9/26/05 | $3,608.00 | $0.00 | $3,608.00 |
| 228375 | 9/28/05 | $3,562.90 | $0.00 | $3,562.90 |
| 228376 | 9/28/05 | $783.22 | $0.00 | $783.22 |
| 228514 | 9/30/05 | $2,227.15 | $0.00 | $2,227.15 |
| 228656 | 10/04/05 | $2,302.26 | $0.00 | $2,302.26 |
| 228668 | 10/04/05 | $958.44 | $0.00 | $958.44 |
| | | | | **$59,955.42** |

**DELPHI 408000**

| Invoice # | Invoice Date | Invoice Amount | Payment | Outstanding Balance |
|---|---|---|---|---|
| 194969 | 11/17/03 | $3,501.71 | -$1,306.60 | $2,195.11 |
| 200435 | 2/09/04 | $3,659.36 | -$966.24 | $2,693.12 |
| 200512 | 2/10/04 | $1,774.59 | -$468.48 | $1,306.11 |
| 200513 | 2/10/04 | $1,910.42 | $0.00 | $1,910.42 |
| 200517 | 2/10/04 | $1,488.38 | -$392.84 | $1,095.54 |
| 200613 | 2/12/04 | $1,786.60 | -$470.92 | $1,315.68 |
| 200625 | 2/12/04 | $1,901.18 | -$501.42 | $1,399.76 |
| 201230 | 2/24/04 | $1,792.38 | -$472.14 | $1,320.24 |
| 206266 | 6/01/04 | $1,816.65 | $0.00 | $1,816.65 |
| 207014 | 6/16/04 | $1,763.56 | $0.00 | $1,763.56 |
| 213533 | 11/05/04 | $5,709.49 | -$4,967.00 | $742.49 |
| 219731 | 3/29/05 | $3,814.93 | -$3,797.52 | $17.41 |
| 219827 | 3/30/05 | $3,886.32 | -$3,748.21 | $138.11 |
| 21049 | 11/30/05 | $190.12 | $0.00 | $190.12 |
| 230451 | 11/10/05 | $2,113.42 | $0.00 | $2,113.42 |
| | | | | $19,637.50 |

**DELPHI 409400**

| Invoice # | Invoice Date | Invoice Amount | Payment | Outstanding Balance |
|-----------|--------------|----------------|---------|---------------------|
| 226621 | 8/19/05 | $1,894.85 | $0.00 | $1,894.85 |

# ELEKTRISOLA Inc.
Page 5 of 142
Boscawen, N.H. 03303, USA

**SHIP TO:**

DELPHI ENERGY  CHASSIS
48 WALTER JONES
BLDG "B" DOCK 87  88
EL PASO, TX 79906

**INVOICE TO:**

DELPHI ENERGY  CHASSIS
48 WALTER JONES
BLDG "B" DOCK 87  88
EL PASO, TX 79906

## Invoice

| | |
|---|---|
| Invoice No. | **226621** |
| Date | 08/19/2005 |
| Page | 1/1 |
| Customer No. | 004094 |
| Carrier | EMERY MENLO COLLECT 702178013 |
| PRO# | 200-801-982-7 |
| P/L | 5178033 |
| Region | 007 |
| WHS | C |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   415719 | | | |
| **Purchase Order No:**   JMS42428 | | | |
| | | | |
| 0101  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.100 | 371.540 | 1,894.85 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: M3879043 | | | |
| 17 SPOOLS ONLY | | | |
| VIA; EMERY COLLECT NEXT | | | |
| DAY DELIVERY | | | |
| ACCT# 702-178-013 | | | |
| FAX PACKING SLIP TO | | | |
| MARISOL ORTIZ @ 915-612-7270 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   1,894.85

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:            603/796/2114
Fax:              603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN.              Germany
ELEKTRISOLA ATESINA.                 Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT.       Switzerland
ELEKTRISOLA.                         Malaysia
ELEKTRISOLA,                         Mexico

# ELEKTRISOLA
### INCORPORATED
**126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119**

331571                          PACKING LIST - Revision 1
                                    DATE   7/14/06 PAGE    1

CARRIER: EMERY MENLO COLLECT 702178013
CUSTOMER: 004094                      BILL OF LADING _____
  DELPHI ENERGY & CHASSIS                  PRO 200-801-982-7
  48 WALTER JONES               PACKING LIST 5178033
  BLDG "B" DOCK 87 & 88
  EL PASO, TX 79906



                                SID#
                                (2S)              5178033

ORDER NO.       CUSTOMER P.O.
 415719          JMS42428

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM              DUE          QUANTITY
WHS.    NUMBER            DATE         ORDERED      U/M

                                      QUANTITY              QUANTITY
LOCATION                              SHIPPED     U/M       B/O

C     430020402082014    08/19/05    340.000      LBS
      43.00 MN HMN E180   CL 82
      M3879043

 AA073              TOTAL SHIPPED--> ___371.540___  ____  _____
            17 SPOOLS ONLY
            VIA; EMERY COLLECT NEXT
            DAY DELIVERY
            ACCT# 702-178-013
            FAX PACKING SLIP TO
            MARISOL ORTIZ @ 915-612-7270

                           Package Charges  _____

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

## Invoice

**SHIP TO:**   A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

| | |
|---|---|
| Invoice No. | **200435** |
| Date | 02/09/2004 |
| Page | 1/1 |
| Customer No. | 004080 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | USF BESTWAY |
| PRO# | 333-526870-2 |
| P/L | 4151334 |
| Region | 004 |
| WHS | C |

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| Internal Order Number   95066 | | | |
| **Purchase Order No:**   550014541 | | | |
| 0101  43.00 AWG HMN Estersol-180 CL 8/S10S | 4.620 | 792.070 | 3,659.36 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KANBAN NUMBERS: 059, 026 RELEASE # | | | |
| 1500226580,1500226098 | | | |
| P/N 3879043 REV1 | | | |
| O.D. CHECKED =.066 | | | |
| FIRM | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   3,659.36

Contains product made in USA

126 High Street
Boscawen, NH 03303

| | |
|---|---|
| Phone: | 603/796/2114 |
| Fax: | 603/796/2119 |
| e-mail address: | sales@elektrisola-usa.com |
| homepage: | www.elektrisola.com |

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies

| | |
|---|---|
| ELEKTRISOLA ECKENHAGEN, | Germany |
| ELEKTRISOLA ATESINA, | Italy |
| ELEKTRISOLA ELEKTRO-FEINDRAHT, | Switzerland |
| ELEKTRISOLA, | Malaysia |
| ELEKTRISOLA, | Mexico |

# ELEKTRISOLA
### INCORPORATED
**126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119**

300908                    PACKING LIST - Revision 1
                              DATE   7/14/06  PAGE    1

CARRIER: USF BESTWAY
CUSTOMER: 004080     A                    BILL OF LADING 64419
  DELPHI ENERGY SYSTEMS                          PRO 333-526870-2
  PLANT 59 TORREON I.P.D.C.             PACKING LIST 4151334
  8202 KILLAM IND. BLVD.
  LAREDO, TX 78041



                                         SID#
                                         (2S)          4151334

ORDER NO.      CUSTOMER P.O.
  95066        550014541

SHIP INSTRUCTIONS:

| WHS | ITEM<br>NUMBER | DUE<br>DATE | QUANTITY<br>ORDERED | U/M | | |
|-----|----------------|-------------|---------------------|-----|---|---|
| LOCATION | | | QUANTITY<br>SHIPPED | U/M | QUANTITY<br>B/O | |
| C | 430020402082014<br>43.00 MN HMN E180  CL 82<br>3879043 REV1 | 02/09/04 | 600.000 | LBS | | |

  FL000                    TOTAL SHIPPED--> ___792.070___  ____  _____
                  43 AWG, HEAVY, MIN/NOM
                  0.0545
                  KANBAN NUMBERS: 059, 026 RELEASE # 1500226580,1500226098
                  P/N 3879043 REV1
                  O.D. CHECKED =.066
                  FIRM

                                         Package Charges _____

# ELEKTRISOLA Inc.
## Boscawen, N.H. 03303, USA

**SHIP TO:** A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

## Invoice

| | |
|---|---|
| Invoice No. | **200512** |
| Date | 02/10/2004 |
| Page | 1/1 |
| Customer No. | 004080 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | USF BESTWAY |
| PRO# | 3335268710 |
| P/L | 4151374 |
| Region | 004 |
| WHS | C |

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| **Internal Order Number** 95066 | | | |
| **Purchase Order No:** 550014541 | | | |
| | | | |
| 0104  43.00 AWG HMN Estersol-180 CL 8/S10S | 4.620 | 384.110 | 1,774.59 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KANBAN NUMBERS: 050 | | | |
| P/N 3879043 REV1 | | | |
| O.D. CHECKED =.066 | | | |
| FIRM RELEASE # 37 , 1500227084 | | | |
| RELEASE # 1500227084 | | | |

**Freight Terms** Freight on board ship. point
**Payment Terms** NET 30 DAYS

**Please pay this amount:**    1,774.59

Contains product made in USA

---

126 High Street
Boscawen, NH 03303
Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:   sales@elektrisola.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,                 Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,  Switzerland
ELEKTRISOLA,                          Malaysia
ELEKTRISOLA,                          Mexico

# ELEKTRISOLA

### INCORPORATED

**126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119**

301003                          PACKING LIST - Revision 1
                                        DATE  7/14/06 PAGE    1

CARRIER: USF BESTWAY
CUSTOMER: 004080    A                BILL OF LADING 64442
  DELPHI ENERGY SYSTEMS                         PRO 3335268710
  PLANT 59 TORREON I.P.D.C.         PACKING LIST 4151374
  8202 KILLAM IND. BLVD.
  LAREDO, TX 78041

                                     SID#
                                     (2S)          4151374

ORDER NO.      CUSTOMER P.O.
  95066         550014541

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M |
| --- | --- | --- | --- | --- |

| LOCATION | | QUANTITY SHIPPED | U/M | QUANTITY B/O |
| --- | --- | --- | --- | --- |

C    430020402082014    02/10/04    300.000    LBS
        43.00 MN HMN E180   CL 82
     3879043 REV1

  FL000                  TOTAL SHIPPED-->    384.110    ____   _____
        43 AWG, HEAVY, MIN/NOM
        0.0545
        KANBAN NUMBERS: 050
        P/N 3879043 REV1
        O.D. CHECKED =.066
        FIRM RELEASE # 37 , 1500227084
        RELEASE # 1500227084

                          Package Charges _____

# ELEKTRISOLA Inc.

Boscawen, N.H. 03303, USA

**SHIP TO:** A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

**Invoice**

| | |
|---|---|
| Invoice No. | **200513** |
| Date | 02/10/2004 |
| Page | 1/1 |
| Customer No. | 004080 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | USF BESTWAY |
| PRO# | 333-294395-1 |
| P/L | 4151399 |
| Region | 004 |
| WHS | C |

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| Internal Order Number   95066 | | | |
| **Purchase Order No:**   550014541 | | | |
| 0105  43.00 AWG HMN Estersol-180 CL 8/S10S | 4.620 | 413.510 | 1,910.42 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KANBAN NUMBERS: 050 | | | |
| P/N 3879043 REV1 | | | |
| O.D. CHECKED =.066 | | | |
| FIRM RELEASE # 37 , 1500227084 | | | |
| RELEASE # 53 | | | |
| SHIPPED ON 2/3/04 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   1,910.42

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:                      603/796/2114
Fax:                         603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:          www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                 Germany
ELEKTRISOLA ATESINA,                          Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,    Switzerland
ELEKTRISOLA,                                        Malaysia
ELEKTRISOLA,                                        Mexico

# ELEKTRISOLA
### INCORPORATED
**126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119**

301008        PACKING LIST - Revision 1

DATE   7/14/06   PAGE     1

CARRIER: USF BESTWAY

CUSTOMER: 004080     A
   DELPHI ENERGY SYSTEMS
   PLANT 59 TORREON I.P.D.C.
   8202 KILLAM IND. BLVD.
   LAREDO, TX 78041

BILL OF LADING 0019
PRO 333-294395-1
PACKING LIST 4151399

SID#   (2S)

**4151399**

ORDER NO.     CUSTOMER P.O.
   95066      550014541

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M |
|---|---|---|---|---|
| LOCATION | | | QUANTITY SHIPPED | U/M | QUANTITY B/O |

| | | | | | |
|---|---|---|---|---|---|
| C | 430020402082014 | 02/10/04 | 413.510 | LBS | |
| | 43.00 MN HMN E180 CL 82 | | | | |
| | 3879043 REV1 | | | | |

FL000          TOTAL SHIPPED-->    413.510

     43 AWG, HEAVY, MIN/NOM
     0.0545
     KANBAN NUMBERS: 050
     P/N 3879043 REV1
     O.D. CHECKED =.066
     FIRM RELEASE # 37 , 1500227084
     RELEASE # 53
     SHIPPED ON 2/3/04

Package Charges               

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

**SHIP TO:**    A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

## Invoice

| | |
|---|---|
| Invoice No. | **200517** |
| Date | 02/10/2004 |
| Page | 1/1 |
| Customer No. | 004080 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | USF BESTWAY |
| PRO# | 3335268736 |
| P/L | 4151376 |
| Region | 004 |
| WHS | C |

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| Internal Order Number   112156 | | | |
| **Purchase Order No:**    JMS36406 | | | |
| | | | |
| 0101  43.00 AWG HMN Estersol-180 CL 8/SLCN | 4.620 | 322.160 | 1,488.38 |
| ITEM.NO. 430020402093014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| P/N 3879043 REV 1 | | | |
| 8 SPOOLS / PALLET | | | |
| ATTACH A FLUORECENT SHEET | | | |
| OF PAPER WITH / FOLLOWING | | | |
| INFORMATION: | | | |
| P.O.# JMS36406 | | | |
| ATTN: JOSE LUIS BARRERA | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**    NET 30 DAYS

**Please pay this amount:**        1,488.38

Contains product made in USA

---

126 High Street
Boscawen, NH 03303

Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:     sales@elektrisola-usa.com
homepage:           www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies

ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

# ELEKTRISOLA
### INCORPORATED
**126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119**

301007                          PACKING LIST - Revision 1
                                    DATE   7/14/06  PAGE     1

CARRIER: USF BESTWAY
CUSTOMER: 004080     A                    BILL OF LADING 64443
  DELPHI ENERGY SYSTEMS                              PRO 3335268736
  PLANT 59 TORREON I.P.D.C.               PACKING LIST 4151376
  8202 KILLAM IND. BLVD.
  LAREDO, TX 78041

                                          SID#       |||||||||||||||||||||
                                          (2S)           4151376

ORDER NO.      CUSTOMER P.O.
  112156       JMS36406

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M |
|-----|-------------|----------|------------------|-----|

| LOCATION | | QUANTITY SHIPPED | U/M | QUANTITY B/O |
|----------|--|------------------|-----|--------------|

C    430020402093014   02/10/04    360.000     LBS
       43.00 MN HMN E180   CL 93
     3879043 REV1

  AA075                   TOTAL SHIPPED-->    322.160   ____  _____
              P/N 3879043 REV 1
              8 SPOOLS / PALLET
              ATTACH A FLUORECENT SHEET
              OF PAPER WITH / FOLLOWING
              INFORMATION:
              P.O.# JMS36406
              ATTN: JOSE LUIS BARRERA

                                          Package Charges  _____

# ELEKTRISOLA Inc.

Boscawen, N.H. 03303, USA

**SHIP TO:    A**

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

**Invoice**

| | |
|---|---|
| Invoice No. | **200625** |
| Date | 02/12/2004 |
| Page | 1/1 |
| Customer No. | 004080 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | USF BESTWAY |
| PRO# | 333-526874-4 |
| P/L | 4151536 |
| Region | 004 |
| WHS | C |

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| Internal Order Number   95066 | | | |
| **Purchase Order No:**   550014541 | | | |
| 0106  43.00 AWG HMN Estersol-180 CL 8/S10S | 4.620 | 411.510 | 1,901.18 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KANBAN NUMBERS: 032 | | | |
| P/N 3879043 REV1 | | | |
| O.D. CHECKED =.066 | | | |
| FIRM | | | |
| RELEASE # 1500228005 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**    1,901.18

Contains product made in USA

126 High Street
Boscawen, NH 03303

Phone:         603/796/2114
Fax:           603/796/2119
e-mail address: sales@elektrisola-usa.com
homepage:      www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,                   Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,  Switzerland
ELEKTRISOLA,                          Malaysia
ELEKTRISOLA,                           Mexico

# ELEKTRISOLA
### INCORPORATED
**126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119**

301155                    PACKING LIST - Revision 1
                                    DATE  7/14/06 PAGE    1

CARRIER: USF BESTWAY
CUSTOMER: 004080    A              BILL OF LADING 64501
  DELPHI ENERGY SYSTEMS                       PRO 333-526874-4
  PLANT 59 TORREON I.P.D.C.        PACKING LIST 4151536
  8202 KILLAM IND. BLVD.
  LAREDO, TX 78041

                                   SID#
                                   (2S)          4151536

ORDER NO.      CUSTOMER P.O.
  95066          550014541

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M |
|-----|-------------|----------|------------------|-----|

|  | LOCATION |  | QUANTITY SHIPPED | U/M | QUANTITY B/O |

C     430020402082014   02/12/04   300.000    LBS
        43.00 MN HMN E180   CL 82
      3879043 REV1

  FL000                   TOTAL SHIPPED-->    411.510    ____   _____
              43 AWG, HEAVY, MIN/NOM
              0.0545
              KANBAN NUMBERS: 032
              P/N 3879043 REV1
              O.D. CHECKED =.066
              FIRM
              RELEASE # 1500228005

                              Package Charges   _____

# ELEKTRISOLA Inc.

Boscawen, N.H. 03303, USA

SHIP TO:    A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

## Invoice

| | |
|---|---|
| Invoice No. | **200613** |
| Date | 02/12/2004 |
| Page | 1/1 |
| Customer No. | 004080 |

| | |
|---|---|
| Carrier | ROADWAY EPXRESS |
| PRO# | 189-521296-3 |
| P/L | 4151524 |
| Region | 004 |
| WHS | B |

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| Internal Order Number    400433 | | | |
| **Purchase Order No:**    550014541 | | | |
| 0101  43.00 AWG HMN Estersol-180 CL 8/S10S | 4.620 | 386.710 | 1,786.60 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KAN BAN NUMBER 043 | | | |
| RELEASE# 1500228099 | | | |
| PREPAID HOT TAILGATE | | | |
| O.D. CHECKED=.066 | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**    NET 30 DAYS

**Please pay this amount:**        1,786.60

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:     sales@elektrisola-usa.com
homepage:           www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,              Germany
ELEKTRISOLA ATESINA,                 Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,       Switzerland
ELEKTRISOLA,                         Malaysia
ELEKTRISOLA,                         Mexico

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

301164                           PACKING LIST - Revision 2
                                      DATE  7/14/06 PAGE    1

CARRIER: ROADWAY EPXRESS
CUSTOMER: 004080    A                    BILL OF LADING 64498
  DELPHI ENERGY SYSTEMS                         PRO 189-521296-3
  PLANT 59 TORREON I.P.D.C.              PACKING LIST 4151524
  8202 KILLAM IND. BLVD.
  LAREDO, TX 78041

                                    SID#
                                    (2S)           **4151524**

ORDER NO.      CUSTOMER P.O.
  400433       550014541

SHIP INSTRUCTIONS: Freight on board ship. point

      ITEM              DUE          QUANTITY
WHS   NUMBER            DATE         ORDERED      U/M

                                    QUANTITY            QUANTITY
LOCATION                            SHIPPED      U/M     B/O

B     430020402082014   02/12/04    300.000      LBS
        43.00 MN HMN E180  CL 82
      3879043 REV1

  BB196               TOTAL SHIPPED--> ____386.710____ ____ _____
            43 AWG, HEAVY, MIN/NOM
            0.0545
            KAN BAN NUMBER 043
            RELEASE# 1500228099
            PREPAID HOT TAILGATE
            O.D. CHECKED=.066

                                Package Charges _____

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

**SHIP TO:** A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

**Invoice**

| | |
|---|---|
| Invoice No. | **201230** |
| Date | 02/24/2004 |
| Page | 1/1 |
| Customer No. | 004080 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | USF BESTWAY |
| PRO# | 333-5268760 |
| P/L | 4152093 |
| Region | 004 |
| WHS | C |

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| **Internal Order Number** 95066 | | | |
| **Purchase Order No:** 550014541 | | | |
| 0113  43.00 AWG HMN Estersol-180 CL 8/S10S | 4.620 | 387.960 | 1,792.38 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KANBAN NUMBERS: 042 | | | |
| P/N 3879043 REV1 | | | |
| O.D. CHECKED =.066 | | | |
| FIRM | | | |
| RELEASE # | | | |

**Freight Terms**  Freight on board ship. point
**Payment Terms**  NET 30 DAYS

**Please pay this amount:**      1,792.38

Contains product made in USA

126 High Street
Boscawen, NH 03303

Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:     sales@elektrisola-usa.com
homepage:           www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies

| | |
|---|---|
| ELEKTRISOLA ECKENHAGEN, | Germany |
| ELEKTRISOLA ATESINA, | Italy |
| ELEKTRISOLA ELEKTRO-FEINDRAHT, | Switzerland |
| ELEKTRISOLA, | Malaysia |
| ELEKTRISOLA, | Mexico |

# ELEKTRISOLA
INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

301806                        PACKING LIST - Revision 1
                                        DATE  7/14/06 PAGE    1
CARRIER: USF BESTWAY
CUSTOMER: 004080    A                  BILL OF LADING 64762
  DELPHI ENERGY SYSTEMS                           PRO 333-5268760
  PLANT 59 TORREON I.P.D.C.             PACKING LIST 4152093
  8202 KILLAM IND. BLVD.
  LAREDO, TX 78041

                                        SID#
                                        (2S)            4152093

ORDER NO.      CUSTOMER P.O.
  95066          550014541

SHIP INSTRUCTIONS: Freight on board ship. point

      ITEM              DUE          QUANTITY
WHS   NUMBER            DATE         ORDERED      U/M

                                    QUANTITY          QUANTITY
LOCATION                            SHIPPED     U/M   B/O

C    430020402082014    02/24/04    300.000      LBS
      43.00 MN HMN E180  CL 82
     3879043 REV1

 FL000                  TOTAL SHIPPED-->    387.960  ____  _____
          43 AWG, HEAVY, MIN/NOM
          0.0545
          KANBAN NUMBERS: 042
          P/N 3879043 REV1
          O.D. CHECKED =.066
          FIRM
          RELEASE #

                              Package Charges  _____

# ELEKTRISOLA Inc.

Boscawen, N.H. 03303, USA

**SHIP TO:**    A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

## Invoice

| | |
|---|---|
| Invoice No. | **206266** |
| Date | 06/01/2004 |
| Page | 1/1 |
| Customer No. | 004080 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | S79930720006 |
| P/L | 4157140 |
| Region | 004 |
| WHS | C |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| Internal Order Number    95066 | | | |
| **Purchase Order No:**    550014541 | | | |
| 0142  43.00 AWG HMN Estersol-180 CL 8/S10S | 4.740 | 383.260 | 1,816.65 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KANBAN NUMBERS: 93 | | | |
| P/N 3879043 REV1 | | | |
| O.D. CHECKED =.066 | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**    1,816.65

Contains product made in USA

126 High Street
Boscawen, NH 03303

Phone:          603/796/2114
Fax:            603/796/2119
e-mail address: sales@elektrisola-usa.com
homepage:       www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,      Germany
ELEKTRISOLA ATESINA,         Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA,                 Malaysia
ELEKTRISOLA,                 Mexico

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

307681                        PACKING LIST - Revision 1
                                   DATE   7/14/06 PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004080    A                    BILL OF LADING 66966
  DELPHI ENERGY SYSTEMS                             PRO S79930720006
  PLANT 59 TORREON I.P.D.C.              PACKING LIST 4157140
  8202 KILLAM IND. BLVD.
  LAREDO, TX 78041

                                        SID#
                                        (2S)          4157140

ORDER NO.       CUSTOMER P.O.
  95066          550014541

SHIP INSTRUCTIONS: Freight on board ship. point

       ITEM            DUE           QUANTITY
WHS    NUMBER          DATE          ORDERED     U/M

                                     QUANTITY          QUANTITY
LOCATION                             SHIPPED   U/M     B/O

C    430020402082014   06/01/04    220.000     LBS
        43.00 MN HMN E180   CL 82
     3879043 REV1

 FL000                    TOTAL SHIPPED-->    383.260    ____  _____
        43 AWG, HEAVY, MIN/NOM
        0.0545
        KANBAN NUMBERS: 93
        P/N 3879043 REV1
        O.D. CHECKED =.066

                              Package Charges  _____

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303 USA

## Invoice

**SHIP TO:** A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

| | |
|---|---|
| Invoice No. | **207014** |
| Date | 06/16/2004 |
| Page | 1/1 |
| Customer No. | 004080 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 7993133279 |
| P/L | 4157952 |
| Region | 004 |
| WHS | C |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| Internal Order Number   95066 | | | |
| **Purchase Order No:**   550014541 | | | |
| 0144  43.00 AWG HMN Estersol-180 CL MN | 4.740 | 372.060 | 1,763.56 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KANBAN NUMBERS: 95 | | | |
| P/N 3879043 REV1 | | | |
| O.D. CHECKED = .066 | | | |
| RELEASE # 95 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**    1,763.56

Contains product made in USA

128 High Street
Boscawen, NH 03303
Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies

| | |
|---|---|
| ELEKTRISOLA ECKENHAGEN, | Germany |
| ELEKTRISOLA ATESINA, | Italy |
| ELEKTRISOLA ELEKTRO-FEINDRAHT, | Switzerland |
| ELEKTRISOLA, | Malaysia |
| ELEKTRISOLA, | Mexico |

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

308585                          PACKING LIST - ORIGINAL
                                        DATE  6/16/04  PAGE    1

CARRIER: CENTRAL TRANSPORT
SHIP-TO ADDRESS                         BILL OF LADING 67327
CUSTOMER:    408000   A                          PRO 7993133279
  DELPHI ENERGY SYSTEMS                  PACKING LIST 4157952
  PLANT 59 TORREON I.P.D.C.
  8202 KILLAM IND. BLVD.
  LAREDO, TX 78041

                                        SID#
                                        (2S)        4157952

ORDER NO.      CUSTOMER P.O.
C095066        550014541

SHIP INSTRUCTIONS -  Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | |
|-----|-------------|----------|------------------|-----|---|---|
| LOCATION | | | QUANTITY SHIPPED | U/M | QUANTITY B/O | |
| C | 430020402082014 | 06/16/04 | 200.000 | LBS | | |
|   | 43.00 MN HMN E180  CL 82 | | | | | |
|   | 3879043 REV1 | | | | | |

  FL000                 TOTAL SHIPPED-->      372.060
          43 AWG, HEAVY, MIN/NOM
          0.0545
          KANBAN NUMBERS: 95
          P/N 3879043 REV1
          O.D. CHECKED =.066
          RELEASE # 95

                              U P S  CHARGES

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

CARRIER: __CENTRAL TRANSPORT__    6/16  192004  From __Elektrisola, Inc.__    CARRIER NO. _____  67327

At _____

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

| CONSIGNED TO | | | |
|---|---|---|---|
| DELPHI ENERGY SYSTEMS | | | |
| PLANT 59 TORREON I.P.D.C. | | | |
| 8202 KILLAM IND. BLVD. | | | |
| LAREDO    TX   78041 | | | |

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 18 | COPPER WIRE | 494.0 | 60 | |
| | | 799-313327-9    02 | | | |

PLEASE DO NOT STACK

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Per _____

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____
Agent or Carrier

COLLECT

The signature here acknowledges only the amount prepaid.

$ _____    Charges advanced

ELEKTRISOLA, INC.

Shipper, Per _____ Agent, _____ Per _____

Permanent post-office address of shipper:    2700 Airport Road, Suite 400
Santa Teresa, NM 88008

OFFICE

SHIP TO:    A

# Invoice

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C
8202 KILLAM IND  BLVD
LAREDO, TX 78041

| | |
|---|---|
| Invoice No. | **213533** |
| Date | 11/05/2004 |
| Page | 1/1 |
| Customer No. | 004080 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 799-328177-1 |
| P/L | 4164607 |
| Represe | 004 |
| WHS | C |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number  95066 | | | |
| **Purchase Order No:**  550014541 | | | |
| 0133  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 4.870 | 1,172.380 | 5,709.49 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KANBAN NUMBERS: 004, 005,007 | | | |
| P/N 3879043 REV1 | | | |
| O.D. CHECKED =.066 | | | |
| firm 11/5 | | | |
| RELEASE # 1500313029 & 1500313505 | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**    NET 30 DAYS

Please pay this amount:    5,709.49

Contains product made in USA

---

128 High Street
Boscawen, NH 03303

Phone          603/796/2114
Fax            603/796/2119
e-mail address  sales@elektrisola-usa.com
homepage       www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

# ELEKTRISOLA

I N C O R P O R A T E D

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

316119                          PACKING LIST - ORIGINAL
                                      DATE 11/05/04 PAGE    1

CARRIER: CENTRAL TRANSPORT
SHIP-TO ADDRESS                              BILL OF LADING 70321
CUSTOMER:   408000    A                              PRO 799-328177-1
 DELPHI ENERGY SYSTEMS                       PACKING LIST 4164607
 PLANT 59 TORREON I.P.D.C.
 8202 KILLAM IND. BLVD.
 LAREDO, TX 78041

                                      SID#
                                      (2S)         4164607

ORDER NO.      CUSTOMER P.O.
C095066        550014541

SHIP INSTRUCTIONS -  Freight on board ship. point

|     | ITEM | DUE | QUANTITY | | |
| WHS | NUMBER | DATE | ORDERED | U/M | |
| LOCATION | | | QUANTITY SHIPPED | U/M | QUANTITY B/O |
| C | 430020402082014   11/05/04 | | 1,200.000 | LBS | |
|   | 43.00 MN HMN E180  CL 82 | | | | |
|   | 3879043 REV1 | | | | |

FL000                      TOTAL SHIPPED--> ___ 1,172.380 ____ _____
          43 AWG, HEAVY, MIN/NOM
          0.0545
          KANBAN NUMBERS: 004, 005,007
          P/N 3879043 REV1
          O.D. CHECKED =.066
          firm 11/5
          RELEASE # 1500313029 & 1500313505

                              U P S CHARGES  _____

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER NO. _____ 70321

CARRIER: CENTRAL TRANSPORT

At _____ 11/05    192004 From    Elektrisola, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, (if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNEE TO:
DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO    TX    78041

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR) | CLASS OR RATE | CHECK COL. | |
|---|---|---|---|---|---|---|
| 3 | 54 | COPPER WIRE | 1,540.0 | 60 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____ (Signature of consignor)<br><br>If charges are to be prepaid, write or stamp here "To be Prepaid."<br><br>Collect |
| | | SUPPLIER CODE | | | | |
| | | 88008971301 | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Per _____<br>Agent or Carrier |
| | | PN 3879043 REV 1 | | | | (The signature here acknowledges only the amount prepaid)<br><br>Per _____ |
| | | | | | | Charges advanced<br><br>$ _____ |
| | | PLEASE DO NOT STACK | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.    Shipper, Per _____    Agent    Per _____

Permanent post-office address of shipper:
2700 Airport Road, Suite 400
Santa Teresa, NM 88008

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.

Boscawen, N.H. 03303, USA

## Invoice

**SHIP TO:**   A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

| | |
|---|---|
| Invoice No. | **219731** |
| Date | 03/29/2005 |
| Page | 1/1 |
| Customer No. | 004080 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 799-328238-1 |
| P/L | 5170923 |
| Region | 004 |
| WHS | C |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   95066 | | | |
| **Purchase Order No:**   550014541 | | | |
| 0173  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 4.930 | 773.820 | 3,814.93 |

ITEM.NO. 430020402082014
Customer Part No.: 3879043 REV1
KANBAN NUMBERS: 005, 007
P/N 3879043 REV1
O.D. CHECKED =.066
RELEASE # 1500349204

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   3,814.93

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:            603/796/2114
Fax:              603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,            Germany
ELEKTRISOLA ATESINA,                 Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                       Malaysia
ELEKTRISOLA,                        Mexico

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

PACKING LIST - Revision 1

DATE   7/14/06 PAGE    1

C/    R: CENTRAL TRANSPORT
CU    ER: 004080    A
      HI ENERGY SYSTEMS
      T 59 TORREON I.P.D.C.
      KILLAM IND. BLVD.
I     DO, TX 78041

BILL OF LADING 73147
PRO 799-328238-1
PACKING LIST 5170923

SID#
(2S)                    5170923

C    O.    CUSTOMER P.O.
          550014541

S   NSTRUCTIONS: Freight on board ship. point

| ITEM<br>NUMBER | DUE<br>DATE | QUANTITY<br>ORDERED | U/M | | |
|---|---|---|---|---|---|
| LOCATION | | QUANTITY<br>SHIPPED | U/M | QUANTITY<br>B/O | |
| C    0020402082014   03/29/05 | | 600.000 | LBS | | |
| 43.00 MN HMN E180  CL 82 | | | | | |
| 879043 REV1 | | | | | |
| A | | 388.760 | | | |
| | | 385.060 | | | |
| TOTAL SHIPPED--> | | 773.820 | | | |

43 AWG, HEAVY, MIN/NOM
0.0545
KANBAN NUMBERS: 005, 007
P/N 3879043 REV1
O.D. CHECKED =.066
RELEASE # 1500349204

Package Charges _____

# ELEKTRISOLA Inc.
Boscawen, N.H., USA

SHIP TO:   B

## Invoice

DELPHI-ENERGY MGT SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

| | |
|---|---|
| Invoice No. | **201660** |
| Date | 03/03/2004 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | USF BESTWAY |
| PRO# | 3335268786 |
| P/L | 4152549 |
| Region | 004 |
| WHS | C |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| Internal Order Number  98987 | | | |
| **Purchase Order No:**   550007677 | | | |
| 0103  42.00 AWG SMN Polysol-180 CL 6S | 3.700 | 632.290 | 2,339.47 |
| ITEM.NO. 420020214018117 | | | |
| ****FIRM**** | | | |
| P/N 03867-043 | | | |
| VIA: USF BESTWAY | | | |
| CALL TO ARRANGE PICK UP | | | |
| @ 800-926-3363 | | | |
| TANYA @ DELPHI IS CONTACT | | | |
| TANYA PHONE @ | | | |
| 915-612-2839 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   2,339.47

---

126 High Street
Boscawen, NH 03303
Phone:          603/796/2114
Fax:            603/796/2119
e-mail address:  sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
Post Office BOX 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

302321                          PACKING LIST - ORIGINAL
                                    DATE  3/03/04  PAGE    1
CARRIER: USF BESTWAY
SHIP-TO ADDRESS                     BILL OF LADING 64947
CUSTOMER:  407100   B                         PRO 3335268786
  DELPHI-ENERGY MGT.SYS.              PACKING LIST 4152549
  32 CELERITY WAGON
  PLT 96  DOCK 10 A
  EL PASO               TX    79906
  US
                                    SID#
                                    (2S)        4152549
ORDER NO.      CUSTOMER P.O.
C098987        550007677

SHIP INSTRUCTIONS -  Freight on board ship. point


      ITEM              DUE          QUANTITY
WHS   NUMBER            DATE         ORDERED     U/M

                                    QUANTITY            QUANTITY
LOCATION                            SHIPPED    U/M        B/O

 C    420020214018117   03/03/04    550.000    LBS
      42.00 MN SMN P180  CL 18 1


  GG125              TOTAL SHIPPED-->      632.290
          ****FIRM****
          P/N 03867-043
          VIA: USF BESTWAY
          CALL TO ARRANGE PICK UP
          @ 800-926-3363
          TANYA @ DELPHI IS CONTACT
          TANYA PHONE @
          915-612-2839




                              U P S CHARGES

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER:  USF BESTWAY                                                              CARRIER NO.        64947

At _____        3/03    19 2004  From         Elektrisola, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME-OR AS OTHERWISE PROVIDED IN ITEM 430, SEC 1.

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 27 | DELPHI-ENERGY MGT.SYS.<br>32. CELEBRITY WAGON<br>PLT 96  DOCK 10 A<br>EL PASO  TX  79906<br><br>COPPER WIRE<br><br>333-526878-6<br><br>PLEASE DO NOT STACK | 1,443.0 | 60 | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Collect

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid)

Charges advanced $ _____

ELEKTRISOLA, INC.

Shipper, Per _____        Agent, Per _____

Permanent post-office address of shipper:

2700 Airport Road, Suite 400
Santa Teresa, NM 88008

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

**SHIP TO:** B

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

## Invoice

| | |
|---|---|
| Invoice No. | **206268** |
| Date | 06/01/2004 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | USF BESTWAY |
| PRO# | 0008251 |
| P/L | 4157145 |
| Region | 004 |
| WHS | C |

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| **Internal Order Number**  90888 | | | |
| **Purchase Order No:**  V5T00007 | | | |
| 0106  40.00 AWG SMN Polysol-180 CL 6/SNBX | 3.110 | 624.890 | 1,943.41 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No.: 25354081 | | | |
| P/N 25354081 | | | |
| firm 6/1 release #31 | | | |

**Freight Terms**  Freight on board ship. point
**Payment Terms**  NET 30 DAYS

**Please pay this amount:**   1,943.41

Contains product made in USA

---

126 High Street
Boscawen, NH 03303
Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:     sales@elektrisola-usa.com
homepage:           www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

307648                          PACKING LIST - Revision 1
                                        DATE  6/23/06 PAGE    1
CARRIER: USF BESTWAY
CUSTOMER: 004071    B                BILL OF LADING 66968
 DELPHI-ENERGY MGT.SYS.                        PRO 0008251
 32 CELERITY WAGON                    PACKING LIST 4157145
 PLT 96  DOCK 10 A
 EL PASO, TX 79906



                                     SID#
                                     (2S)          4157145

ORDER NO.      CUSTOMER P.O.
 90888         V5T00007

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M |
|-----|-------------|----------|------------------|-----|

| LOCATION | QUANTITY SHIPPED | U/M | QUANTITY B/O |
|----------|------------------|-----|--------------|

C    400020214029014   06/01/04   600.000      LBS
       40.00 MN SMN P180   CL 29
     25354081

BB122                          570.920   ____   _____
BB119                           53.970   ____   _____

            TOTAL SHIPPED-->    624.890          _____

       P/N 25354081
       firm 6/1 release #31

                                          Package Charges  _____

# ELEKTRISOLA Inc.

Pg 37 of 142

Boscawen, N.H. 03303, USA

**SHIP TO:**   A

DELPHI ENERGY SYSTEMS
PLANT 59 TORREON I.P.D.C.
8202 KILLAM IND. BLVD.
LAREDO, TX 78041

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

## Invoice

| | |
|---|---|
| Invoice No. | **219827** |
| Date | 03/30/2005 |
| Page | 1/1 |
| Customer No. | 004080 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 799-328239-9 |
| P/L | 5170989 |
| Region | 004 |
| WHS | C |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   95066 | | | |
| **Purchase Order No:**    550014541 | | | |
| | | | |
| 0174  Copper Magnet Wire 43.00 AWG HMN Estersol-180 | 4.930 | 788.300 | 3,886.32 |
| Clear MN | | | |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: 3879043 REV1 | | | |
| KANBAN NUMBERS:002,003 | | | |
| P/N 3879043 REV1 | | | |
| O.D. CHECKED =.066 | | | |
| RELEASE # 1500349386 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**     3,886.32

Contains product made in USA

126 High Street
Boscawen, NH 03303

Phone:               603/796/2114
Fax:                 603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies

| | |
|---|---|
| ELEKTRISOLA ECKENHAGEN, | Germany |
| ELEKTRISOLA ATESINA, | Italy |
| ELEKTRISOLA ELEKTRO-FEINDRAHT, | Switzerland |
| ELEKTRISOLA, | Malaysia |
| ELEKTRISOLA, | Mexico |

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

303                          PACKING LIST - Revision 1
                                      DATE  7/14/06 PAGE    1

C.   :R: CENTRAL TRANSPORT
CU   OMER: 004080      A              BILL OF LADING 73177
     LPHI ENERGY SYSTEMS                        PRO 799-328239-9
     ANT 59 TORREON I.P.D.C.         PACKING LIST 5170989
     )C KILLAM IND. BLVD.
     'DO, TX 78041

                                      SID#
                                      (2S)           5170989

C.   NO.      CUSTOMER P.O.
     ' 5       550014541

S    INSTRUCTIONS: Freight on board ship. point

       ITEM            DUE          QUANTITY
W.    NUMBER           DATE         ORDERED      U/M

                                    QUANTITY              QUANTITY
I    TION                           SHIPPED    U/M        B/O

C    430020402082014   03/30/05    600.000     LBS
        43.00 MN HMN E180   CL 82
     3879043 REV1

   3                               379.090   ____   _____
    5                               409.210   ____   _____

              TOTAL SHIPPED-->       788.300   _____   _____

        43 AWG, HEAVY, MIN/NOM
        0.0545
        KANBAN NUMBERS:002,003
        P/N 3879043 REV1
        O.D. CHECKED =.066
        RELEASE # 1500349386

                              Package Charges  _____

# ELEKTRISOLA inc.

**SHIP TO:** B

## Invoice

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

| | |
|---|---|
| Invoice No. | **206684** |
| Date | 06/09/2004 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | USF BESTWAY |
| PRO# | 3330008253 |
| P/L | 4157610 |
| Region | 004 |
| WHS | C |

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| **Internal Order Number** 90888 | | | |
| **Purchase Order No:** V5T00007 | | | |
| | | | |
| 0108  40.00 AWG SMN Polysol-180 CL MN | 3.110 | 618.190 | 1,922.57 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No : 25354081 | | | |
| P/N 25354081 | | | |
| firm line # 33 | | | |

**Freight Terms**  Freight on board ship. point
**Payment Terms**  NET 30 DAYS

**Please pay this amount:**  1,922.57

Contains product made in USA

126 High Street
Boscawen, NH 03303

Phone:          603/796/2114
Fax:            603/796/2119
e-mail address: sales@elektrisola-usa.com
homepage:       www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies

ELEKTRISOLA ECKENHAGEN,        Germany
ELEKTRISOLA ATESINA,           Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA,                   Malaysia
ELEKTRISOLA,                   Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

308148                     PACKING LIST - ORIGINAL
                                          DATE  6/09/04  PAGE     1
CARRIER: USF BESTWAY
SHIP-TO ADDRESS                           BILL OF LADING 67170
CUSTOMER:    407100    B                         PRO 3330008253
  DELPHI-ENERGY MGT.SYS.                  PACKING LIST 4157610
  32 CELERITY WAGON
  PLT 96   DOCK 10 A
  EL PASO, TX 79906

                                          SID#
ORDER NO.      CUSTOMER P.O.              (2S)        4157610
C090888        V5TC0007

SHIP INSTRUCTIONS -  Freight on board ship. point


        ITEM            DUE         QUANTITY
WHS     NUMBER          DATE        ORDERED    U/M

                                    QUANTITY          QUANTITY
LOCATION                            SHIPPED   U/M      B/O

C     400020214029014   06/09/04    600.000   LBS
        40.00 MN SMN P180  CL 29
      25354081

BB093            TOTAL SHIPPED-->      618.190  _____  _____
        P/N 25354081
        firm line # 33



                         U P S  CHARGES    _____

# STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

## Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER: USF BESTWAY

At _____ 6/09  192004 From  Elektrisola, Inc.

CARRIER NO. 671170

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO  TX  79906

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. | |
|---|---|---|---|---|---|---|
| 1 | 12 | COPPER WIRE | 713.0 | 60 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | Per _____ (Signature of consignor) |
| | | | | | | If charges are to be prepaid write or stamp here "To be Prepaid." Collect |
| | | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | | Agent of Carrier |
| | | | | | | Per _____ (The signature here acknowledges only the amount prepaid.) |
| | | PLEASE DO NOT STACK | | | | Charges advanced $ _____ |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.     Shipper, Per _____     Agent, Per _____

Permanent post-office address of shipper:   2700 Airport Road, Suite 400
Santa Teresa, NM 88008

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303 USA

**SHIP TO:**   B

**Invoice**

DELPHI-ENERGY MGT SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

| | |
|---|---|
| Invoice No. | **208695** |
| Date | 07/21/2004 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

| | |
|---|---|
| Carrier | USF BESTWAY |
| PRO# | 3330008255 |
| P/L | 4159628 |
| Region | 004 |
| WHS | C |

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST
PONTIAC, MI 48342

| | Price $/LBS | Quantity LBS | Amount $ |
|---|---|---|---|
| Internal Order Number  98987 | | | |
| **Purchase Order No:**    550007677 | | | |
| 0114  42.00 AWG SMN Polysol-180 CL MN Spec. Diameter | 3.660 | 554.950 | 2,031.12 |
| ITEM.NO. 420020214018117 | | | |
| Customer Part No.: 3867043 | | | |
| P/N 03867-043 | | | |
| VIA: USF BESTWAY | | | |
| CALL TO ARRANGE PICK UP | | | |
| @ 800-926-3363 | | | |
| TANYA @ DELPHI IS CONTACT | | | |
| TANYA PHONE @ | | | |
| 915-612-2839 | | | |
| RELEASE # 32 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   2,031.12

---

126 High Street
Boscawen, NH 03303

| Phone: | 603/796/2114 |
| Fax: | 603/796/2119 |
| e-mail address: | sales@elektrisola.com |
| homepage: | www.elektrisola.com |

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,                   Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                             Malaysia
ELEKTRISOLA,                             Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

310493                    PACKING LIST - ORIGINAL
                                        DATE  7/21/04  PAGE    1

CARRIER: USF BESTWAY
SHIP-TO ADDRESS                              BILL OF LADING 68081
CUSTOMER:    407100    B                          PRO 3330008255
  DELPHI-ENERGY MGT.SYS.                    PACKING LIST 4159628
  32 CELERITY WAGON
  PLT 96   DOCK 10 A
  EL PASO, TX 79906

                                        SID#
ORDER NO.     CUSTOMER P.O.              (2S)            4159628
C098987       550007677

SHIP INSTRUCTIONS - Freight on board ship. point

        ITEM            DUE           QUANTITY
WHS     NUMBER          DATE          ORDERED      U/M

                                      QUANTITY                QUANTITY
LOCATION                              SHIPPED     U/M           B/O

C     420020214018117    07/21/04     541.420    LBS
      42.00 MN SMN P180  CL 18 1
      3867043

  BB125              TOTAL SHIPPED-->       554.950
            P/N 03867-043
            VIA: USF BESTWAY
            CALL TO ARRANGE PICK UP
            @ 800-926-3363
            TANYA @ DELPHI IS CONTACT
            TANYA PHONE @
            915-612-2839
            RELEASE # 32

                              U P S  CHARGES  _____

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER:   USF BESTWAY            CARRIER NO.     68081

At        7/21   192004   From     Elektrisola, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 12 | COPPER WIRE | 651.0 | 60 | |
| | | PLEASE DO NOT STACK | | | |

**DELPHI - ENERGY MGT. SYS.**
32 CELERITY WAGON
PLT 96   DOCK 10 A
EL PASO   TX   79906

US PO 0008255 333

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of consignor)

If charges are to be prepaid write or stamp here, "To be Prepaid"

Per _____

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____
Agent or Carrier

Charges advanced $ _____

**Collect**

The signature here acknowledges only the amount prepaid.)

ELEKTRISOLA, INC.

Shipper, Per _____   Agent

Permanent post-office address of shipper:

2700 Airport Road, Suite 400
Santa Teresa, NM 88008

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight.'"

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

**SHIP TO:**   B

## Invoice

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

| | |
|---|---|
| Invoice No. | **213664** |
| Date | 11/09/2004 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 799-328179-7 |
| P/L | 4164727 |
| Represe | 004 |
| WHS | C |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number  90888 | | | |
| **Purchase Order No:**   V5T00007 | | | |
| | | | |
| 0110  Copper Magnet Wire 40.00 AWG SMN Polysol-180 Clear MN | 3.240 | 601.620 | 1,949.25 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No.: 25354081 | | | |
| P/N 25354081 | | | |
| RELEASE #38 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   1,949.25

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:                603/796/2114
Fax:                  603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                    Germany
ELEKTRISOLA ATESINA,                              Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,      Switzerland
ELEKTRISOLA,                                          Malaysia
ELEKTRISOLA,                                            Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

316260                          PACKING LIST - ORIGINAL

                                                    DATE 11/09/04  PAGE    1

CARRIER: CENTRAL TRANSPORT
SHIP-TO ADDRESS                               BILL OF LADING 70381
CUSTOMER:    407100   B                                    PRO 799-328179-7
  DELPHI-ENERGY MGT.SYS.                      PACKING LIST 4164727
  32 CELERITY WAGON
  PLT 96  DOCK 10 A
  EL PASO, TX 79906

                                              SID#
                                              (2S)        4164727

ORDER NO.      CUSTOMER P.O.
C090888        V5T00007

SHIP INSTRUCTIONS - Freight on board ship. point


        ITEM            DUE           QUANTITY
WHS     NUMBER          DATE          ORDERED      U/M

                                      QUANTITY            QUANTITY
LOCATION                              SHIPPED    U/M        B/O

C      400020214029014   11/09/04    600.000    LBS
         40.00 MN SMN P180  CL 29
       25354081

  DD115                TOTAL SHIPPED-->    601.620  _____  _____
            P/N 25354081
            RELEASE #38


                              U P S CHARGES    _____

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER: **CENTRAL TRANSPORT**    CARRIER NO. _____    70381

At _____ 11/09    19 2004 From _____ Elektrisola, Inc. _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

DELPHI-ENERGY MGT. SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO    TX  79906

TO
CONSIGNEE

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 11 | COPPER WIRE | 709.0 | 60 | |
| | | SUPPLIER CODE | | | |
| | | 8808971301 | | | |
| | | CISCO #31007 | | | |
| | | PLEASE DO NOT STA | | | |

799-328179-7  B/L

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."
**Collect**

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Carrier

Per _____

Received $ _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced
$ _____

Per _____
(Signature of consignor)

**MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.**

† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

_____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.    Shipper, Per _____    Agent, Per _____

Permanent post-office address of shipper:

2700 Airport Road, Suite 400
Santa Teresa, NM 88008

CARRIER

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

**SHIP TO:**   B

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

## Invoice

| | |
|---|---|
| Invoice No. | **216962** |
| Date | 01/28/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 799-328161-5 |
| P/L | 5168081 |
| Region | 004 |
| WHS | C |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   90888 | | | |
| **Purchase Order No:**   V5T00007 | | | |
| 0115  Copper Magnet Wire 40.00 AWG SMN Polysol-180 Clear MN | 3.340 | 643.840 | 2,150.43 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No.: 25354081 | | | |
| P/N 25354081 | | | |
| firm | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**         2,150.43

Contains product made in USA

125 High Street
Boscawen, NH 03303
Phone:            603/796/2114
Fax:              603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola-usa.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                Germany
ELEKTRISOLA ATESINA,                   Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,         Switzerland
ELEKTRISOLA,                           Malaysia
ELEKTRISOLA,                           Mexico

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

319996                        PACKING LIST - Revision 1
                                   DATE   6/23/06 PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      B              BILL OF LADING 71877
  DELPHI-ENERGY MGT.SYS.                     PRO 799-328161-5
  32 CELERITY WAGON             PACKING LIST 5168081
  PLT 96  DOCK 10 A
  EL PASO, TX 79906

                                    SID#
                                    (2S)          5168081

ORDER NO.     CUSTOMER P.O.
  90888       V5T00007

SHIP INSTRUCTIONS: Freight on board ship. point

|     | ITEM | DUE | QUANTITY | | |
| WHS | NUMBER | DATE | ORDERED | U/M | |
| | | | QUANTITY | | QUANTITY |
| LOCATION | | | SHIPPED | U/M | B/O |
| C | 400020214029014   01/28/05 | | 600.000 | LBS | |
| | 40.00 MN SMN P180  CL 29 | | | | |
| | 25354081 | | | | |

  DD115                      TOTAL SHIPPED--->    643.840
          P/N 25354081
          firm

                                           Package Charges

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

**SHIP TO:**    F

**Invoice**

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **219746** |
| Date | 03/29/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | UPS COLLECT |
| P/L | 5170922 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number    411385 | | | |
| **Purchase Order No:**    550036052 | | | |
| 0101  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 4.930 | 179.000 | 882.47 |
| ITEM.NO. 430020402029014 | | | |
| Customer Part No.: M3879-43 | | | |
| 5 BOXES FIRM | | | |
| VIA; UPS COLLECT | | | |
| ACCT# 86W402 | | | |
| ATTN; CHARLIE HIGH | | | |
| RECEIVING INSPECTION | | | |
| RELEASE# 98 | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**    NET 30 DAYS

**Please pay this amount:**    882.47

Contains product made in USA

125 High Street
Boscawen, NH 03303

Phone:           603/796/2114
Fax:             603/796/2119
e-mail address:  sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies

ELEKTRISOLA ECKENHAGEN,      Germany
ELEKTRISOLA ATESINA,         Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,  Switzerland
ELEKTRISOLA,                 Malaysia
ELEKTRISOLA,                 Mexico

# ELEKTRISOLA

**INCORPORATED**

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

323194                    PACKING LIST - Revision 1

DATE  6/23/06 PAGE    1

CARRIER: UPS COLLECT
CUSTOMER: 004071        F
  DELPHI-E
  2620 EAST 38TH STREET
  PLANT 20
  ANDERSON, IN 46013

BILL OF LADING
PRO
PACKING LIST 5170922



SID#
(2S)                    5170922

ORDER NO.        CUSTOMER P.O.
 411385          550036052

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | |
|-----|-------------|----------|------------------|-----|---|---|
| LOCATION | | | QUANTITY SHIPPED | U/M | QUANTITY B/O | |
| F | 430020402029014 | 03/29/05 | 150.000 | LBS | | |
|  | 43.00 MN HMN E180  CL 29 | | | | | |
|  | M3879-43 | | | | | |

JJ096                    TOTAL SHIPPED-->    179.000
        43 AWG, HEAVY MIN/NOM,E180
        5 BOXES FIRM
        VIA; UPS COLLECT
        ACCT# 86W402
        ATTN; CHARLIE HIGH
        RECEIVING INSPECTION
        RELEASE# 98

Package Charges _____

# ELEKTRISOLA Inc.

**SHIP TO:** F

**Invoice**

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **226292** |
| Date | 08/12/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | UPS GROUND COLLECT |
| P/L | 5177671 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number** 411385 | | | |
| **Purchase Order No:** 550036052 | | | |
| 0118 Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.100 | 171.300 | 873.63 |
| ITEM.NO. 430020402029014 | | | |
| Customer Part No.: M3879-43 | | | |
| VIA; UPS COLLECT | | | |
| ACCT# 86W402 | | | |
| ATTN; CHARLIE HIGH | | | |
| RECEIVING INSPECTION | | | |
| firm # 126 | | | |

**Freight Terms**  Freight on board ship. point
**Payment Terms**  NET 30 DAYS

Please pay this amount:        873.63

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:          603/796/2114
Fax:            603/796/2119
e-mail address: sales@elektrisola-usa.com
homepage:       www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,            Germany
ELEKTRISOLA ATESINA,               Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,     Switzerland
ELEKTRISOLA,                       Malaysia
ELEKTRISOLA,                       Mexico

05-44481-rdd Doc 45-5 Filed 06/07 09:52:03 Exhibit A

# ELEKTRISOLA

INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

331112                    PACKING LIST - ORIGINAL
                                    DATE  8/12/05  PAGE     1

CARRIER: UPS GROUND COLLECT
CUSTOMER: 004071      F                BILL OF LADING _____
  DELPHI-E                                         PRO _____
  2620 EAST 38TH STREET                  PACKING LIST 5177671
  PLANT 20
  ANDERSON, IN 46013

                                        SID#
                                        (2S)        5177671

ORDER NO.     CUSTOMER P.O.
  411385        550036052

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M |
|-----|-------------|----------|------------------|-----|

| LOCATION | | | QUANTITY SHIPPED | U/M | QUANTITY B/O |
|----------|---|---|---|---|---|

F   430020402029014    08/12/05    160.000      LBS
      43.00 MN HMN E180  CL 29
    M3879-43

  KK038              TOTAL SHIPPED-->  ___171.300___  ____  _____
              43 AWG, HEAVY MIN/NOM,E180
              VIA; UPS COLLECT
              ACCT# 86W402
              ATTN; CHARLIE HIGH
              RECEIVING INSPECTION
              firm # 126

                                    Package Charges _____

**ELEKTRISOLA Inc.**
Boscawen, N.H. 03303, USA

SHIP TO: F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

**Invoice**

| | |
|---|---|
| Invoice No. | **222529** |
| Date | 05/25/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463-412283-4 |
| P/L | 5173823 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number** 403060 | | | |
| **Purchase Order No:** 550055991 | | | |
| | | | |
| 0101 Copper Magnet Wire 42.00 AWG HMN Estersol-180 Clear MN | 4.280 | 684.000 | 2,927.52 |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| RELEASE # 39  firm 5/25 | | | |

**Freight Terms**  Freight on board ship. point
**Payment Terms**  NET 30 DAYS

**Please pay this amount:**    2,927.52

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:           603/796/2114
Fax:             603/796/2119
e-mail address:  sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,        Germany
ELEKTRISOLA ATESINA,           Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA,                   Malaysia
ELEKTRISOLA,                   Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

326529                         PACKING LIST - ORIGINAL
                                    DATE  5/25/05 PAGE    1

CARRIER: CENTRAL TRANSPORT                    BILL OF LADING 74361
CUSTOMER: 004071      F                             PRO 463-412283-4
    DELPHI-E                                 PACKING LIST 5173823
    2620 EAST 38TH STREET
    PLANT 20
    ANDERSON, IN 46013

                                        SID#    
                                        (2S)        5173823

ORDER NO.      CUSTOMER P.O.
  403060       550055991

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM              DUE          QUANTITY
WHS    NUMBER             DATE         ORDERED      U/M

                                            QUANTITY  U/M      QUANTITY
LOCATION                                    SHIPPED            B/O

 F     420020402089014    05/25/05     540.000      LBS
       42.00 MN HMN E180  CL 89
     3879001

 FL000               TOTAL SHIPPED-->    684.000   ____  _____
           PUT ON SKIDS
           "FOR GEN IV"
           P/N 3879001
           RELEASE # 39  firm 5/25

                                  Package Charges  _____

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Bill of Lading

74361

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER: __CENTRAL TRANSPORT__          CARRIER NO. _____

At Indianapolis, IN          From __5/25/2005__          Elektrisola, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO:
DELPHI - E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. | |
|-------|-------|------------------------|----------------------|---------------|------------|---|
| 1 | 24 | COPPER WIRE | 1,024.00 | 60 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____ (Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid." |
| | | | | 07 | | Collect |
| | | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | | Per _____ Agent or Carrier
(The signature here acknowledges only the amount prepaid.) |
| | | | | | | Charges advanced
$ _____ |

463-412283-4

CENTRAL TRANSPORT

DO NOT REMOVE FROM PALLET(S)

PLEASE DO NOT STACK

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.          Shipper, Per _____          Agent __CENTRAL TRANSPORT__ Per __CCC HEYHIES__ _____

Permanent post-office address of shipper:
2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303 USA

**SHIP TO:** F

## Invoice

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **224257** |
| Date | 06/30/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | UPS COLLECT |
| P/L | 5175589 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   411385 | | | |
| **Purchase Order No:**   550036052 | | | |
| | | | |
| 0113  Copper Magnet Wire 43.00 AWG HMN Estersol-180 | 4.950 | 124.910 | 618.30 |
| Clear MN | | | |
| ITEM.NO. 430020402029014 | | | |
| Customer Part No.: M3879-43 | | | |
| VIA; UPS COLLECT | | | |
| ACCT# 86W402 | | | |
| ATTN; CHARLIE HIGH | | | |
| RECEIVING INSPECTION | | | |
| RELEASE#116 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**    618.30

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:                    603/796/2114
Fax:                       603/796/2119
e-mail address:    sales@elektrisola-usa.com
homepage:           www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                    Germany
ELEKTRISOLA ATESINA,                               Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,        Switzerland
ELEKTRISOLA,                                             Malaysia
ELEKTRISOLA,                                             Mexico

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

328528                        PACKING LIST - ORIGINAL
                                    DATE  6/30/05 PAGE    1

CARRIER: UPS COLLECT _____            BILL OF LADING _____
CUSTOMER: 004071      F                                        PRO _____
  DELPHI-E                                          PACKING LIST 5175589
  2620 EAST 38TH STREET
  PLANT 20
  ANDERSON, IN 46013

                                          
                                          SID#
                                          (2S)          5175589

ORDER NO.       CUSTOMER P.O.
  411385        550036052

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM            DUE          QUANTITY
WHS     NUMBER          DATE         ORDERED      U/M

                                     QUANTITY     U/M      QUANTITY
 LOCATION                            SHIPPED                B/O

 F     430020402029014   06/30/05    120.000      LBS
       43.00 MN HMN E180  CL 29
     M3879-43

  99999                  TOTAL SHIPPED-->    124.910   ____   _____
           43 AWG, HEAVY MIN/NOM,E180
           VIA; UPS COLLECT
           ACCT# 86W402
           ATTN; CHARLIE HIGH
           RECEIVING INSPECTION
           RELEASE#116

                                          Package Charges _____

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303 USA

**SHIP TO:** F

**Invoice**

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **224916** |
| Date | 07/18/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463-412285-9 |
| P/L | 5176239 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number  414420 | | | |
| **Purchase Order No:**  550036052 | | | |
| 0101  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN ITEM.NO. 430020402082014 Customer Part No.: M3879-43 FIRM RELEASE ATTN; CARL FLETCHER | 5.100 | 205.500 | 1,048.05 |

**Freight Terms**  Freight on board ship. point
**Payment Terms**  NET 30 DAYS

**Please pay this amount:**    1,048.05

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:            603/796/2114
Fax:              603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                    Germany
ELEKTRISOLA ATESINA,                          Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,        Switzerland
ELEKTRISOLA,                               Malaysia
ELEKTRISOLA,                                Mexico

# ELEKTRISOLA

INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

329299                    PACKING LIST - ORIGINAL
                                     DATE   7/18/05 PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F               BILL OF LADING 75454
   DELPHI-E                                      PRO 463-412285-9
   2620 EAST 38TH STREET              PACKING LIST 5176239
   PLANT 20
   ANDERSON, IN 46013

                                     SID#
                                     (2S)          5176239

ORDER NO.      CUSTOMER P.O.
   414420         550036052

SHIP INSTRUCTIONS: Freight on board ship. point

          ITEM          DUE          QUANTITY
WHS     NUMBER         DATE        ORDERED     U/M

                                     QUANTITY              QUANTITY
LOCATION                          SHIPPED    U/M            B/O

F    430020402082014   07/18/05    200.000       LBS
         43.00 MN HMN E180   CL 82
     M3879-43

   LL024              TOTAL SHIPPED-->      205.500   ____  _____
         FIRM RELEASE
         ATTN; CARL FLETCHER

                              Package Charges  _____

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE        Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER NO.    75454

CARRIER   CENTRAL TRANSPORT   7/18/2005   From   Elektrisola, Inc.

At Indianapolis, IN

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. | |
|---|---|---|---|---|---|---|
| 1 | 10 | COPPER WIRE | 295.00 | 60 | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of consignor) |
| | | 463-412285-9 09 | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid."<br><br>Collect |
| | | DO NOT REMOVE FROM PALLET(S) | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier |
| | | PLEASE DO NOT STACK | | | | Per _____<br>(The signature here acknowledges only the amount prepaid.)<br><br>Charges advanced $ |

*If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

CENTRAL TRANSPORT
Per: Roberts 7/18/05

ELEKTRISOLA, INC.    Shipper, Per _____    Agent _____

Permanent post-office address of shipper:   2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

## Invoice

SHIP TO:   F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **225039** |
| Date | 07/20/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463-412286-7 |
| P/L | 5176353 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   403060 | | | |
| **Purchase Order No:**   550055991 | | | |
| 0120  Copper Magnet Wire 42.00 AWG HMN Estersol-180 Clear MN | 4.420 | 814.000 | 3,597.88 |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| RELEASE # 44  firm 7/20 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**      3,597.88

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:            603/796/2114
Fax:              603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,        Germany
ELEKTRISOLA ATESINA,           Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA,                   Malaysia
ELEKTRISOLA,                   Mexico

05-44481-rdd   Doc 75-   Filed 0    Entered 0   8/07 09:52:03   Exhibit A
Pg 62 of 142

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

329598                    PACKING LIST - ORIGINAL
                                    DATE  7/20/05  PAGE    1

CARRIER: CENTRAL TRANSPORT                    BILL OF LADING 75514
CUSTOMER: 004071      F                              PRO 463-412286-7
  DELPHI-E                              PACKING LIST 5176353
  2620 EAST 38TH STREET
  PLANT 20
  ANDERSON, IN 46013

                                              
                              SID#
                              (2S)          5176353

ORDER NO.      CUSTOMER P.O.
  403060        550055991

SHIP INSTRUCTIONS: Freight on board ship. point

      ITEM          DUE          QUANTITY
WHS   NUMBER        DATE         ORDERED      U/M

                                      QUANTITY          QUANTITY
LOCATION                              SHIPPED   U/M      B/O

F    420020402089014   07/20/05   540.000     LBS
      42.00 MN HMN E180  CL 89
     3879001

  FL000              TOTAL SHIPPED-->    814.000  ____  _____
            PUT ON SKIDS
            "FOR GEN IV"
            P/N 3879001
            RELEASE # 44  firm 7/20

                                      Package Charges  _____

# STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER: __CENTRAL TRANSPORT__    7/20/2005    From    __Elektrisola, Inc.__    CARRIER NO. _____    75514

At __Indianapolis, IN__

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO

DELPHI - E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 24 | COPPER WIRE | 1,154.00 | 60 | |
| | | 463-412286-7    09 | | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it as "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.

Shipper, Per _____    Agent _____    Per _____

Permanent post-office address of shipper:

2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

Collect

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced $ _____

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303 USA

## Invoice

**SHIP TO:** B

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

| | |
|---|---|
| Invoice No. | **225247** |
| Date | 07/25/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 799-328196-1 |
| P/L | 5176642 |
| Region | 004 |
| WHS | C |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number** 90888 | | | |
| **Purchase Order No:** V5T00007 | | | |
| 0119 Copper Magnet Wire 40.00 AWG SMN Polysol-180 Clear MN | 3.520 | 933.310 | 3,285.25 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No.: 25354081 | | | |
| P/N 25354081 | | | |
| firm 1 skid 7/25 | | | |

**Freight Terms** Freight on board ship. point
**Payment Terms** NET 30 DAYS

**Please pay this amount:**  3,285.25

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:          603/796/2114
Fax:            603/796/2119
e-mail address  sales@elektrisola-usa.com
homepage        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico



**ELEKTRISOLA**
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

329828                     PACKING LIST - ORIGINAL
                                   DATE  7/25/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071     B               BILL OF LADING 75642
 DELPHI-ENERGY MGT.SYS.                       PRO 799-328196-1
 32 CELERITY WAGON                  PACKING LIST 5176642
 PLT 96  DOCK 10 A
 EL PASO, TX 79906

                                            SID#
                                            (2S)        5176642

ORDER NO.      CUSTOMER P.O.
  90888        V5T00007

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | |
|-----|-------------|----------|------------------|-----|---|---|
| | LOCATION | | QUANTITY SHIPPED | U/M | QUANTITY B/O | |
| C | 400020214029014 | 07/25/05 | 933.000 | LBS | | |
| | 40.00 MN SMN P180  CL 29 | | | | | |
| | 25354081 | | | | | |

 BB090                TOTAL SHIPPED-->     933.310  ____  _____
          P/N 25354081
          firm 1 skid 7/25

                                        Package Charges  _____



STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER: CENTRAL TRANSPORT    CARRIER NO.    75642

At Santa Teresa, NM    7/25/2005    From    Elektrisola, Inc.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 18 | COPPER WIRE | 1,057.00 | 60 | 01 |

DELPHI-ENERGY MGT. SYS.
32 DELPHI WEGOS
EL-25 DOCK 10.5
EL PASO, TX 79906

CISCO 35440

SUPPLIER CODE

8800897I307

DO NOT REMOVE FROM PALLET(S)

PLEASE DO NOT STACK

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

799-328196-1

ELEKTRISOLA, INC.
Shipper Per _____ Agent
2700 Airport Road, Suite 400
Santa Teresa, NM 88008

Permanent post-office address of shipper.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

SHIP TO:    F

**Invoice**

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **225259** |
| Date | 07/25/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| | |
| Carrier | UPS COLLECT |
| | |
| P/L | 5176640 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number    411385 | | | |
| **Purchase Order No:**    550036052 | | | |
| | | | |
| 0120  Copper Magnet Wire 43.00 AWG HMN Estersol-180 | 5.100 | 161.180 | 822.02 |
| Clear MN | | | |
| ITEM.NO. 430020402029014 | | | |
| Customer Part No.: M3879-43 | | | |
| VIA; UPS COLLECT | | | |
| ACCT# 86W402 | | | |
| ATTN; CHARLIE HIGH | | | |
| RECEIVING INSPECTION | | | |
| Line #123   7/25 | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**    NET 30 DAYS

**Please pay this amount:**    822.02

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,         Germany
ELEKTRISOLA ATESINA,            Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,  Switzerland
ELEKTRISOLA,                    Malaysia
ELEKTRISOLA,                    Mexico

# ELEKTRISOLA
### INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

329842                    PACKING LIST - ORIGINAL
                                  DATE  7/25/05  PAGE    1

CARRIER: UPS COLLECT
CUSTOMER: 004071    F                BILL OF LADING _____
 DELPHI-E                                      PRO _____
 2620 EAST 38TH STREET                PACKING LIST 5176640
 PLANT 20
 ANDERSON, IN 46013



                                  SID#
                                  (2S)        5176640

ORDER NO.      CUSTOMER P.O.
 411385        550036052

SHIP INSTRUCTIONS: Freight on board ship. point

      ITEM          DUE          QUANTITY
WHS   NUMBER        DATE         ORDERED     U/M

                                QUANTITY   U/M    QUANTITY
LOCATION                        SHIPPED            B/O

F     430020402029014    07/25/05    160.000    LBS
       43.00 MN HMN E180   CL 29
      M3879-43

  II081              TOTAL SHIPPED-->    161.180   ____   _____
            43 AWG, HEAVY MIN/NOM,E180
            VIA; UPS COLLECT
            ACCT# 86W402
            ATTN; CHARLIE HIGH
            RECEIVING INSPECTION
            Line #123   7/25

                              Package Charges  _____

# ELEKTRISOLA Inc.

Boscawen, N.H. 03303 USA

## Invoice

**SHIP TO:** B

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

| | |
|---|---|
| Invoice No. | **225473** |
| Date | 07/28/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412287-5 |
| P/L | 5176824 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   90888 | | | |
| **Purchase Order No:**   V5T00007 | | | |
| .0120  Copper Magnet Wire 40.00 AWG SMN Polysol-180 Clear MN | 3.520 | 625.790 | 2,202.78 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No.: 25354081 | | | |
| P/N 25354081 | | | |
| RELEASE # 48 | | | |
| FIRM 8/2 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**        2,202.78

Contains product made in USA

| | | | |
|---|---|---|---|
| 126 High Street Boscawen, NH 03303 | | **Please remit to:** | Sister Companies: |
| Phone: | 603/796/2114 | ELEKTRISOLA INC. | ELEKTRISOLA ECKENHAGEN,    Germany |
| Fax: | 603/796/2119 | P. O. Box 4792 | ELEKTRISOLA ATESINA,    Italy |
| e-mail address: | sales@elektrisola-usa.com | BOSTON, MA 02212-4792 | ELEKTRISOLA ELEKTRO-FEINDRAHT,    Switzerland |
| homepage: | www.elektrisola.com | | ELEKTRISOLA,    Malaysia |
| | | | ELEKTRISOLA,    Mexico |

# ELEKTRISOLA
INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

330102                          PACKING LIST - ORIGINAL
                                      DATE  7/28/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      B                    BILL OF LADING 75720
  DELPHI-ENERGY MGT.SYS.                        PRO 463 412287-5
  32 CELERITY WAGON                     PACKING LIST 5176824
  PLT 96  DOCK 10 A
  EL PASO, TX 79906

                                          SID#
                                          (2S)          5176824

ORDER NO.        CUSTOMER P.O.
  90888          V5T00007

SHIP INSTRUCTIONS: Freight on board ship. point

|     | ITEM | DUE | QUANTITY | |
| WHS | NUMBER | DATE | ORDERED | U/M |

|          | | QUANTITY | | QUANTITY |
| LOCATION | | SHIPPED | U/M | B/O |

| F | 400020214029014 | 07/28/05 | 600.000 | LBS |
|   | 40.00 MN SMN P180  CL 29 | | | |
|   | 25354081 | | | |

| GG028 | | TOTAL SHIPPED--> | 625.790 | |
|       | P/N 25354081 | | | |
|       | RELEASE # 48 | | | |
|       | FIRM 8/2 | | | |

Package Charges _____

# STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**Bill of Lading**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER NO. **75720**

CARRIER: **CENTRAL TRANSPORT**    **7/28/2005**    From    **Elektrisola, Inc.**

At **Indianapolis, IN**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO:

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96 DOCK 10 A
EL PASO, TX 79906

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|-------|-------|-------------------------|------------------------|---------------|------------|
| 1 | 12 | COPPER WIRE | 726.00 | 60 | |
| | | 463-412287-5    09 | | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid." **Collect**

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid.)

$ _____    Charges advanced

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.    Shipper, Per _____ Agent    Per _____

Permanent post office address of shipper:    2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

* MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, NH 03303 USA

## Invoice

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **225680** |
| Date | 08/02/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | UPS GROUND COLLECT |
| P/L | 5177044 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   411385 | | | |
| **Purchase Order No:**   550036052 | | | |
| | | | |
| 0115  Copper Magnet Wire 43.00 AWG HMN Estersol-180 | 5.100 | 161.230 | 822.27 |
| Clear MN | | | |
| ITEM.NO. 430020402029014 | | | |
| Customer Part No.: M3879-43 | | | |
| VIA; UPS COLLECT | | | |
| ACCT# 86W402 | | | |
| ATTN; CHARLIE HIGH | | | |
| RECEIVING INSPECTION | | | |
| release # 125 | | | |
| firm | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**      822.27

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:              603/796/2 14
Fax:                603/796/2 19
e-mail address:     sales@elektrisola-usa.com
homepage:           www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies

ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

330389                    PACKING LIST - ORIGINAL
                              DATE  8/02/05 PAGE    1

CARRIER: UPS GROUND COLLECT _____
CUSTOMER: 004071     F              BILL OF LADING _____
 DELPHI-E                                     PRO _____
 2620 EAST 38TH STREET              PACKING LIST 5177044
 PLANT 20
 ANDERSON, IN 46013



                                    SID#
                                    (2S)        5177044

ORDER NO.    CUSTOMER P.O.
 411385      550036052

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | |
|-----|-------------|----------|------------------|-----|---|---|
| | | LOCATION | QUANTITY SHIPPED | U/M | | QUANTITY B/O |
| F | 430020402029014  08/02/05 | | 160.000 | LBS | | |
| | 43.00 MN HMN E180  CL 29 | | | | | |
| | M3879-43 | | | | | |

 II081              TOTAL SHIPPED--> ___ 161.230 ___ ___ _____
          43 AWG, HEAVY MIN/NOM,E180
          VIA; UPS COLLECT
          ACCT# 86W402
          ATTN; CHARLIE HIGH
          RECEIVING INSPECTION
          release # 125
          firm

                              Package Charges _____

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303 / USA

## Invoice

SHIP TO:  F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **225887** |
| Date | 08/04/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | UPS GROUND COLLECT |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| P/L | 5177239 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number 411385 | | | |
| **Purchase Order No:** 550036052 | | | |
| .0116 Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.100 | 163.630 | 834.51 |

ITEM.NO. 430020402029014
Customer Part No.: M3879-43
VIA; UPS COLLECT
ACCT# 86W402
ATTN; CHARLIE HIGH
RECEIVING INSPECTION
FIRM 8/4
RELEASE # 125

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

Please pay this amount:            834.51

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:                603/796/2114
Fax:                  603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                    Germany
ELEKTRISOLA ATESINA,                          Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,         Switzerland
ELEKTRISOLA,                                  Malaysia
ELEKTRISOLA,                                  Mexico

05-44481-rdd   Doc 6275   Filed 06/25/07 09:52:03   Exhibit A
Pg 75 of 142



**ELEKTRISOLA**
INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

330608                     PACKING LIST - ORIGINAL
                                    DATE  8/04/05 PAGE    1
CARRIER: UPS GROUND COLLECT
CUSTOMER: 004071     F                  BILL OF LADING _____
  DELPHI-E                                         PRO _____
  2620 EAST 38TH STREET               PACKING LIST 5177239
  PLANT 20
  ANDERSON, IN 46013

                                          SID#
                                          (2S)          5177239

ORDER NO.     CUSTOMER P.O.
  411385       550036052

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM              DUE          QUANTITY
WHS    NUMBER            DATE          ORDERED      U/M

                                        QUANTITY              QUANTITY
LOCATION                                SHIPPED   U/M            B/O

F    430020402029014    08/04/05     160.000      LBS
       43.00 MN HMN E180  CL 29
     M3879-43

  KK038              TOTAL SHIPPED--> ____163.630__  ____ _____
          43 AWG, HEAVY MIN/NOM,E180
          VIA; UPS COLLECT
          ACCT# 86W402
          ATTN; CHARLIE HIGH
          RECEIVING INSPECTION
          FIRM 8/4
          RELEASE # 125

                                Package Charges _____

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303 USA

**Invoice**

SHIP TO:   F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **226049** |
| Date | 08/09/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463-412288-3 |
| P/L | 5177430 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   403060 | | | |
| **Purchase Order No:**   550055991 | | | |
| .0117  Copper Magnet Wire 42.00 AWG HMN Estersol-180 Clear MN | 4.420 | 716.000 | 3,164.72 |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| RELEASE #48 FIRM | | | |
| 1 SKID | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**        3,164.72

Contains product made in USA

128 High Street
Boscawen, NH 03303
Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:    sales@elektrisola-usa.com
homepage:          www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,                    Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,  Switzerland
ELEKTRISOLA.                              Malaysia
ELEKTRISOLA.                              Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

330817                          PACKING LIST - ORIGINAL
                                    DATE  8/09/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F                  BILL OF LADING 75989
  DELPHI-E                                      PRO 463-412288-3
  2620 EAST 38TH STREET                 PACKING LIST 5177430
  PLANT 20
  ANDERSON, IN 46013

                                 SID#        5177430
                                 (2S)

ORDER NO.     CUSTOMER P.O.
  403060        550055991

SHIP INSTRUCTIONS: Freight on board ship. point

      ITEM              DUE         QUANTITY
WHS   NUMBER            DATE        ORDERED     U/M

                                   QUANTITY            QUANTITY
LOCATION                           SHIPPED    U/M        B/O

F    420020402089014   08/09/05    600.000    LBS
       42.00 MN HMN E180  CL 89
     3879001

  FL000              TOTAL SHIPPED-->  716.000    ____   _____
          PUT ON SKIDS
          "FOR GEN IV"
          P/N 3879001
          RELEASE #48 FIRM
          1 SKID

                          Package Charges   _____

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE                    Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER: __CENTRAL TRANSPORT__    DATE __8/09/2005__    From __Elektrisola, Inc.__    CARRIER NO. __75989__

At Indianapolis, IN

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which govern the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|-------|-------|------------------------|----------------------|---------------|------------|
| 1 | 24 | COPPER WIRE | 1,056.00 | 60 | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of consignor)<br><br>If charges are to be prepaid, write or stamp here "To be Prepaid."<br><br>Collect<br><br>Received $_____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Carrier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid.)<br><br>Charges advanced<br>$ |
| | | 463-412288-3 | 09 | | |
| | | CENTRAL TRANSPORT | | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

*If the shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.    Shipper, Per _____    Agent    Per _____

Permanent post office address of shipper:

2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.

**SHIP TO:    F**

## Invoice

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **226053** |
| Date | 08/09/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | UPS COLLECT |
| P/L | 5177432 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number    411385 | | | |
| **Purchase Order No:**    550036052 | | | |
| 0117  Copper Magnet Wire 43.00 AWG HMN Estersol-180<br>Clear MN<br>ITEM.NO. 430020402029014<br>Customer Part No.: M3879-43<br>VIA; UPS COLLECT<br>ACCT# 86W402<br>ATTN; CHARLIE HIGH<br>RECEIVING INSPECTION<br>RELEASE # 127<br>FIRM | 5.100 | 160.380 | 817.94 |

**Freight Terms**    Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**        817.94

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:                    603/796/2114
Fax:                      603/796/2119
e-mail address:    sales@elektrisola-usa.com
homepage:          www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,                    Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT.    Switzerland
ELEKTRISOLA,                                Malaysia
ELEKTRISOLA,                                Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

330839                    PACKING LIST - ORIGINAL

                                    DATE  8/09/05  PAGE   1

CARRIER: UPS COLLECT
CUSTOMER: 004071     F                    BILL OF LADING _____
  DELPHI-E                                          PRO _____
  2620 EAST 38TH STREET                  PACKING LIST 5177432
  PLANT 20
  ANDERSON, IN 46013



                                    SID#
                                    (2S)        5177432

ORDER NO.      CUSTOMER P.O.
  411385         550036052

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M |
|-----|-------------|----------|------------------|-----|

| LOCATION | | | QUANTITY SHIPPED | U/M | QUANTITY B/O |
|----------|--|--|------------------|-----|--------------|

F    430020402029014   08/09/05   160.000    LBS
       43.00 MN HMN E180  CL 29
     M3879-43

  KK038               TOTAL SHIPPED-->   160.380   ____  _____
       43 AWG, HEAVY MIN/NOM,E180
     VIA; UPS COLLECT
     ACCT# 86W402
     ATTN; CHARLIE HIGH
     RECEIVING INSPECTION
     RELEASE # 127
     FIRM

                              Package Charges  _____

**ELEKTRISOLA INC.**
Boscawen, N.H. 03303 USA

SHIP TO:    F

# Invoice

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **226428** |
| Date | 08/16/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412289 1 |
| P/L | 5177810 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number**   403060 | | | |
| **Purchase Order No:**   550055991 | | | |
| | | | |
| 0118  Copper Magnet Wire 42.00 AWG HMN Estersol-180 | 4.420 | 774.000 | 3,421.08 |
| Clear MN | | | |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| firm 1 skid | | | |
| release # 51 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**        3,421.08

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:     sales@elektrisola-usa.com
homepage:           www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

05-44481-rdd   Doc 2215   Filed 06/... ... 08/07 09:52:03   Exhibit A
Pg 82 of 142

**ELEKTRISOLA**
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

331307                          PACKING LIST - ORIGINAL
                                     DATE  8/16/05 PAGE    1
CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F              BILL OF LADING 76155
  DELPHI-E                                PRO 463 412289 1
  2620 EAST 38TH STREET              PACKING LIST 5177810
  PLANT 20
  ANDERSON, IN 46013



                                     SID#
                                     (2S)          5177810

ORDER NO.       CUSTOMER P.O.
 403060         550055991

SHIP INSTRUCTIONS: Freight on board ship. point

      ITEM              DUE           QUANTITY
WHS   NUMBER            DATE          ORDERED      U/M

                                     QUANTITY              QUANTITY
LOCATION                             SHIPPED    U/M        B/O

 F    420020402089014   08/16/05     600.000      LBS
        42.00 MN HMN E180  CL 89
      3879001

  FL000                 TOTAL SHIPPED-->    774.000    ____    _____
          PUT ON SKIDS
          "FOR GEN IV"
          P/N 3879001
          firm 1 skid
          release # 51

                                 Package Charges    _____

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Bill of Lading

CARRIER:  CENTRAL TRANSPORT                    CARRIER NO. _____            76155

At  Indianapolis, IN                8/16/2005        From        Elektrisola, Inc.

CARRIER: _____

*the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.*

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME-OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 24 | COPPER WIRE | 1,114.00 | 60 | |
| | | **463-412289-1**  09 | | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

Collect

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Carrier

Per _____
[The signature here acknowledges only the amount prepaid.]

Charges advanced
$ _____

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

_____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.

Shipper, Per _____  Agent _____  Per _____

Permanent post-office address of shipper:

2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

* MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.

Boscawen, N.H. 03303, USA

**SHIP TO:**    F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

**Invoice**

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Invoice No. | **226492** |
| Date | 08/17/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | UPS GROUND COLLECT |
| P/L | 5177876 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number** 411385 | | | |
| **Purchase Order No:** 550036052 | | | |
| | | | |
| 0119 Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.100 | 163.220 | 832.42 |
| ITEM.NO. 430020402029014 | | | |
| Customer Part No.: M3879-43 | | | |
| VIA; UPS COLLECT | | | |
| ACCT# 86W402 | | | |
| ATTN; CHARLIE HIGH | | | |
| RECEIVING INSPECTION | | | |
| line # 128 | | | |
| firm | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**    NET 30 DAYS

**Please pay this amount:**    832.42

Contains product made in USA

26 High Street
oscawen, NH 03303

hone;          603/796/2114
ax.            603/796/2119
mail address   sales@elektrisola-usa.com
mepage         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,
ELEKTRISOLA

05-44481-rdd   Doc 24545-3   Filed 06/09/10   Entered 06/09/10 09:52:03   Exhibit A
Pg 85 of 142

# ELEKTRISOLA

INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

331397                         PACKING LIST - ORIGINAL
                                        DATE  8/17/05 PAGE    1

CARRIER: UPS GROUND COLLECT
CUSTOMER: 004071      F                 BILL OF LADING _____
  DELPHI-E                                          PRO _____
  2620 EAST 38TH STREET                 PACKING LIST 5177876
  PLANT 20
  ANDERSON, IN 46013



                                        SID#          5177876
                                        (2S)

ORDER NO.      CUSTOMER P.O.
  411385       550036052

SHIP INSTRUCTIONS: Freight on board ship. point

|     | ITEM | DUE | QUANTITY | | |
| WHS | NUMBER | DATE | ORDERED | U/M | |
|     |      |     | QUANTITY | | QUANTITY |
| LOCATION | | | SHIPPED | U/M | B/O |
| F | 430020402029014 | 08/17/05 | 160.000 | LBS | |
|   | 43.00 MN HMN E180  CL 29 | | | | |
|   | M3879-43 | | | | |

   KK038                TOTAL SHIPPED--> ____163.220____  ____  _____
              43 AWG, HEAVY MIN/NOM,E180
              VIA; UPS COLLECT
              ACCT# 86W402
              ATTN; CHARLIE HIGH
              RECEIVING INSPECTION
              line # 128
              firm

                                        Package Charges _____

# ELEKTRISOLA Inc.

Boscawen, NH, USA

**Invoice**

SHIP TO:    F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **226498** |
| Date | 08/17/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412290-9 |
| P/L | 5177870 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   403060 | | | |
| **Purchase Order No:**   550055991 | | | |
| 0121   Copper Magnet Wire 42.00 AWG HMN Estersol-180 Clear MN | 4.420 | 762.000 | 3,368.04 |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| release # 52 | | | |
| firm | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**   NET 30 DAYS

Please pay this amount:    3,368.04

Contains product made in USA

128 High Street
Boscawen, NH 03303

Phone          603/796-2114
Fax             603/796-2119
e-mail address:  sales@elektrisola-usa.com
homepage:      www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,                    Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,  Switzerland
ELEKTRISOLA,                             Malaysia
ELEKTRISOLA,                             Mexico

**ELEKTRISOLA**

I N C O R P O R A T E D

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

331407                         PACKING LIST - ORIGINAL
                                    DATE  8/17/05 PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F                BILL OF LADING 76182
  DELPHI-E                                        PRO 463 412290-9
  2620 EAST 38TH STREET              PACKING LIST 5177870
  PLANT 20
  ANDERSON, IN 46013

                                         SID#
                                         (2S)        5177870

ORDER NO.      CUSTOMER P.O.
 403060        550055991

SHIP INSTRUCTIONS: Freight on board ship. point

|      ITEM | DUE | QUANTITY | | |
|WHS NUMBER | DATE | ORDERED | U/M | |
| LOCATION | | QUANTITY SHIPPED | U/M | QUANTITY B/O |
| F  420020402089014  08/17/05 | | 540.000 | LBS | |
|    42.00 MN HMN E180  CL 89 | | | | |
|    3879001 | | | | |

 FL000                     TOTAL SHIPPED-->    762.000 _____  _____
          PUT ON SKIDS
          "FOR GEN IV"
          P/N 3879001
          release # 52
          firm

                                        Package Charges  _____

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER: __CENTRAL TRANSPORT__          CARRIER NO. ____76182____

At Indianapolis, IN          8/17/2005          From          Elektrisola, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which govern the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 24 | COPPER WIRE | 1,102.00 | 60 | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | 463-412290-9   09 | | | |
| | | PLEASE DO NOT STACK | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Collect

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____
Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced $ _____

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

_____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.          Shipper, Per _____          Agent, Per _____

Permanent post-office address of shipper:

2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.

SHIP TO: F

**Invoice**

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **226712** |
| Date | 08/23/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | UPS GROUND COLLECT |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| P/L | 5178110 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number 411385 | | | |
| **Purchase Order No:** 550036052 | | | |
| 0121 Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.100 | 158.050 | 806.06 |
| ITEM.NO. 430020402029014 | | | |
| Customer Part No.: M3879-43 | | | |
| VIA; UPS COLLECT | | | |
| ACCT# 86W402 | | | |
| ATTN; CHARLIE HIGH | | | |
| RECEIVING INSPECTION | | | |
| release # 130 | | | |

**Freight Terms** Freight on board ship. point
**Payment Terms** NET 30 DAYS

Please pay this amount: 806.06

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone: 603/796/2114
Fax: 603/796/2119
e-mail address: sales@elektrisola-usa.com
homepage: www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN, Germany
ELEKTRISOLA ATESINA, Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA, Malaysia
ELEKTRISOLA, Mexico

**ELEKTRISOLA**

INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

331650                      PACKING LIST - ORIGINAL
                                    DATE  8/23/05 PAGE    1
CARRIER: UPS GROUND COLLECT
CUSTOMER: 004071      F                  BILL OF LADING _____
  DELPHI-E                                          PRO _____
  2620 EAST 38TH STREET                    PACKING LIST  5178110
  PLANT 20
  ANDERSON, IN 46013

                                         SID#
                                         (2S)        5178110

ORDER NO.       CUSTOMER P.O.
  411385        550036052

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM          DUE        QUANTITY
WHS    NUMBER         DATE       ORDERED     U/M

                                 QUANTITY    U/M     QUANTITY
LOCATION                         SHIPPED             B/O

F    430020402029014   08/23/05   160.000    LBS
       43.00 MN HMN E180  CL 29
     M3879-43

   KK038              TOTAL SHIPPED-->    158.050            1.950
              43 AWG, HEAVY MIN/NOM,E180
              VIA; UPS COLLECT
              ACCT# 86W402
              ATTN; CHARLIE HIGH
              RECEIVING INSPECTION
              release # 129

                                         Package Charges _____

# ELEKTRISOLA Inc.

SHIP TO:   F

**Invoice**

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **227076** |
| Date | 08/30/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | UPS GROUND COLLECT |
| P/L | 5178475 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number**   411385 | | | |
| **Purchase Order No:**   550036052 | | | |
| 0122  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.100 | 67.640 | 344.96 |
| ITEM.NO. 430020402029014 | | | |
| Customer Part No.: M3879-43 | | | |
| VIA; UPS COLLECT | | | |
| ACCT# 86W402 | | | |
| ATTN; CHARLIE HIGH | | | |
| RECEIVING INSPECTION | | | |
| release #131 | | | |
| 2 cases LAST SHIPMENT OF THE 6" SPOOLS. Firm | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   344.96

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:                    603/796/2114
Fax:                      603/796/2119
e-mail address:  sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,      Germany
ELEKTRISOLA ATESINA,              Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,  Switzerland
ELEKTRISOLA,                        Malaysia
ELEKTRISOLA,                        Mexico

# ELEKTRISOLA

INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

```
 332088                    PACKING LIST - ORIGINAL
                                   DATE  8/30/05 PAGE    1
CARRIER: UPS GROUND COLLECT _____
CUSTOMER: 004071     F                  BILL OF LADING _____
  DELPHI-E                                      PRO _____
  2620 EAST 38TH STREET              PACKING LIST 5178475
  PLANT 20
  ANDERSON, IN 46013
```

SID# (2S)        **5178475**

```
ORDER NO.      CUSTOMER P.O.
  411385        550036052

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM              DUE            QUANTITY
WHS    NUMBER            DATE           ORDERED    U/M

                                       QUANTITY              QUANTITY
LOCATION                               SHIPPED    U/M          B/O

 F    430020402029014    08/30/05      67.640      LBS
        43.00 MN HMN E180  CL 29
      M3879-43

  KK038                  TOTAL SHIPPED-->     67.640   ____  _____
          43 AWG, HEAVY MIN/NOM,E180
          VIA; UPS COLLECT
          ACCT# 86W402
          ATTN; CHARLIE HIGH
          RECEIVING INSPECTION
          release #131
          2 cases LAST SHIPMENT OF THE 6" SPOOLS.
          Firm
```

                                   Package Charges _____

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

**SHIP TO:**   F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

## Invoice

| | |
|---|---|
| Invoice No. | **227173** |
| Date | 08/31/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANS. |
| PRO# | 463-412291-7 |
| P/L | 5178572 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   415593 | | | |
| **Purchase Order No:**   550036052 | | | |
| 0101 Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN ITEM.NO. 430020402082014 Customer Part No.: M3879-43 Firm 8/31  1st shipment of the 8" spools | 5.100 | 177.660 | 906.07 |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   906.07

Contains product made in USA

126 High Street
Boscawen, NH 03303

Phone:            603/796/2114
Fax:              603/796/2119
e-mail address    sales@elektrisola-usa.com
homepage          www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,        Germany
ELEKTRISOLA ATESINA,           Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA,                   Malaysia
ELEKTRISOLA,                   Mexico

05-44481-rdd   Doc 25215-1   Filed 06/18/08   Entered 06/18/08 07:09:52:03   Exhibit A
Pg 94 of 142

# ELEKTRISOLA

I N C O R P O R A T E D

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

332180                    PACKING LIST - ORIGINAL
                                      DATE  8/31/05  PAGE   1

CARRIER: CENTRAL TRANS.
CUSTOMER: 004071      F                BILL OF LADING 76490
  DELPHI-E                                      PRO 463-412291-7
  2620 EAST 38TH STREET                PACKING LIST 5178572
  PLANT 20
  ANDERSON, IN 46013



                                       SID#
                                       (2S)        5178572

ORDER NO.      CUSTOMER P.O.
  415593        550036052

SHIP INSTRUCTIONS: Freight on board ship. point

       ITEM          DUE          QUANTITY
WHS    NUMBER        DATE         ORDERED      U/M

                                      QUANTITY              QUANTITY
LOCATION                              SHIPPED    U/M          B/O

 F    430020402082014     08/31/05   180.000      LBS
       43.00 MN HMN E180  CL 82
      M3879-43

  99999           TOTAL SHIPPED-->     177.660    ____    ____ 2.340
        Firm 8/31  1st shipment of the 8" spools

                                       Package Charges  _____

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER  __CENTRAL TRANS.__    CARRIER NO. ____    76490

At __Indianapolis, IN__    From ____    __Elektrisola, Inc.__
8/31/2005

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

DELPHI - E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 8 | COPPER WIRE | 258.00 | 60 | |

CENTRAL TRANSPORT

463-412291-7   09

DO NOT REMOVE FROM PALLET(S)

PLEASE DO NOT STACK

If charges are to be prepaid, write or stamp here "To be Prepaid"

(Signature of consignor)

COllect

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Received $ ____ to apply in prepayment of the charges on the property described hereon.

Per ____ Agent or Carrier

Per ____
(The signature here acknowledges only the amount prepaid)

$ ____ Charges advanced

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE. Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____ per ____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.

Shipper, Per ____ Agent

Permanent post-office address of shipper:

ELEKTRISOLA, INC.
2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Per ____

OFFICE

# ELEKTRISOLA Inc.

**Invoice**

SHIP TO:    F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **227359** |
| Date | 09/06/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412292 5 |
| P/L | 5178769 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   403060 | | | |
| **Purchase Order No:**    550055991 | | | |
| 0122  Copper Magnet Wire 42.00 AWG HMN Estersol-180 Clear MN | 4.510 | 752.000 | 3,391.52 |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| release #54 | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**    NET 30 DAYS

**Please pay this amount:**    3,391.52

Contains product made in USA

126 High Street
Boscawen, NH 03303

| | | | |
|---|---|---|---|
| Phone: | 603/796/2114 | | |
| Fax: | 603/796/2119 | | |
| e-mail address: | sales@elektrisola-usa.com | | |
| homepage: | www.elektrisola.com | | |

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies

| | |
|---|---|
| ELEKTRISOLA ECKENHAGEN, | Germany |
| ELEKTRISOLA ATESINA, | Italy |
| ELEKTRISOLA ELEKTRO-FEINDRAHT, | Switzerland |
| ELEKTRISOLA, | Malavsia |
| ELEKTRISOLA, | Mexico |



## ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

332404                          PACKING LIST - ORIGINAL
                                     DATE  9/06/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071     F                 BILL OF LADING 76592
  DELPHI-E                                      PRO 463 412292 5
  2620 EAST 38TH STREET                PACKING LIST 5178769
  PLANT 20
  ANDERSON, IN 46013

                                       SID#
                                       (2S)        5178769

ORDER NO.     CUSTOMER P.O.
  403060        550055991

SHIP INSTRUCTIONS: Freight on board ship. point

      ITEM            DUE          QUANTITY
WHS   NUMBER          DATE         ORDERED     U/M

                                              QUANTITY          QUANTITY
LOCATION                                      SHIPPED    U/M    B/O

F     420020402089014   09/06/05   540.000     LBS
        42.00 MN HMN E180  CL 89
      3879001

  FL000              TOTAL SHIPPED-->    752.000  ____  _____
            PUT ON SKIDS
            "FOR GEN IV"
            P/N 3879001
            release #54

                                        Package Charges  _____

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

76592

CARRIER: CENTRAL TRANSPORT    From Elektrisola, Inc.    CARRIER NO.

At Indianapolis, IN    9/06/2005

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO
DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| | | COPPER WIRE | | 60 | |
| | | | | | |
| | | 463-412292-5 | 09 | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper, Per _____    Agent _____

ELEKTRISOLA, INC.

Permanent post-office address of shipper:    2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid"
Collect

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid)

Charges advanced
$ _____

OFFICE

# ELEKTRISOLA Inc.
Boscawen, NH 03303, USA

**SHIP TO:** F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

**Invoice**

| | |
|---|---|
| Invoice No. | **227373** |
| Date | 09/06/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412292 5 |
| P/L | 5178772 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   415593 | | | |
| **Purchase Order No:**   550036052 | | | |
| | | | |
| 0102  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.190 | 178.560 | 926.73 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: M3879-43 | | | |
| Release # 133 | | | |
| Firm | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**        926.73

Contains product made in USA

126 High Street
Boscawen, NH 03303

Phone:            603/796/2114
Fax:              603/796/2119
e-mail address:   sales@elektrisola-usa.com
homepage:         www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,        Germany
ELEKTRISOLA ATESINA,           Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA,                   Malaysia
ELEKTRISOLA,                   Mexico



**ELEKTRISOLA**
I N C O R P O R A T E D

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

332441

PACKING LIST - ORIGINAL

DATE  9/06/05 PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F
  DELPHI-E
  2620 EAST 38TH STREET
  PLANT 20
  ANDERSON, IN 46013

BILL OF LADING 76592
          PRO 463 412292 5
  PACKING LIST 5178772

SID#
(2S)          5178772

ORDER NO.      CUSTOMER P.O.
 415593        550036052

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | |
|-----|-------------|----------|------------------|-----|--|--|
| | | | QUANTITY SHIPPED | U/M | QUANTITY B/O |
| LOCATION | | | | | |
| F | 430020402082014 | 09/06/05 | 175.000 | LBS | |
| | 43.00 MN HMN E180  CL 82 | | | | |
| | M3879-43 | | | | |

HH082                    TOTAL SHIPPED-->    178.560
      Release # 133
      Firm

Package Charges _____

# STANDARD BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

## Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

76592

CARRIER: __CENTRAL TRANSPORT__          From __Elektrisola, Inc.__

At __Indianapolis, IN__          __9/06/2005__          CARRIER NO. _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME; OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO:
DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| | | COPPER WIRE | | 60 | |
| | | | | | |
| | | 463-412292-5 | | | |
| | | 60 | | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.          Shipper, Per _____          Agent, Per _____

Permanent post-office address of shipper: 2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

Collect

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____          Agent or Carrier
(The signature here acknowledges only the amount prepaid)

Charges advanced
$ _____

OFFICE

# ELEKTRISOLA Inc.

**Invoice**

SHIP TO:    B

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

| | |
|---|---|
| Invoice No. | **227624** |
| Date | 09/12/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 799-314485-4 |
| P/L | 5179082 |
| Region | 004 |
| WHS | C |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number    90888 | | | |
| **Purchase Order No:**    V5T00007 | | | |
| 0121  Copper Magnet Wire 40.00 AWG SMN Polysol-180 Clear MN | 3.610 | 360.190 | 1,300.29 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No.: 25354081 | | | |
| P/N 25354081 | | | |
| Firm 9/12/05 | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**    1,300.29

Contains product made in USA

126 High Street
Boscawen, NH 03303

Phone          603/7962114
Fax            603/7962119
e-mail address: sales@elektrisola-usa.com
homepage       www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,              Germany
ELEKTRISOLA ATESINA,                  Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,    Switzerland
ELEKTRISOLA,                        Malaysia
ELEKTRISOLA,                         Mexico

# ELEKTRISOLA
INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

332725                          PACKING LIST - ORIGINAL
                                     DATE   9/12/05 PAGE    1
CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071       B                BILL OF LADING 76726
  DELPHI-ENERGY MGT.SYS.                       PRO 799-314485-4
  32 CELERITY WAGON                    PACKING LIST 5179082
  PLT 96  DOCK 10 A
  EL PASO, TX 79906

                                   SID#          5179082
                                   (2S)

ORDER NO.      CUSTOMER P.O.
  90888        V5T00007

SHIP INSTRUCTIONS: Freight on board ship. point

|     | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | |
| WHS | LOCATION | | QUANTITY SHIPPED | U/M | QUANTITY B/O | |

C    400020214029014   09/12/05    360.000     LBS
       40.00 MN SMN P180  CL 29
     25354081

 BB069                  TOTAL SHIPPED-->    360.190   ____  _____
          P/N 25354081
          Firm 9/12/05

                                    Package Charges  _____

**Bill of Lading**

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER: **CENTRAL TRANSPORT**    CARRIER NO. **76726**

At **Santa Teresa, NM** From **Elektrisola, Inc.** **9/12/2005**

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 7 | COPPER WIRE | 435.00 | 60 | |
| | | CISCO# 35440 | | | |
| | | SUPPLIER CODE | | | |
| | | 88089771307 | | | |
| | | PO# VSTO0007 | | | |
| | | PN 25354081 | | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

**CENTRAL TRANSPORT** 799-314485-4 01

Collect

ELEKTRISOLA, INC.

Shipper, Per _____ Agent

2700 Airport Road, Suite 400
Santa Teresa, NM 88008

Permanent post office address of shipper

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N H 03303 USA

SHIP TO:    F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

# Invoice

| | |
|---|---|
| Invoice No. | **227634** |
| Date | 09/12/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412293-3 |
| P/L | 5179039 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number**  403060 | | | |
| **Purchase Order No:**  550055991 | | | |
| 0123  Copper Magnet Wire 42.00 AWG HMN Estersol-180 | 4.510 | 750.000 | 3,382.50 |
| Clear MN | | | |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| release # | | | |
| Firm | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**    NET 30 DAYS

**Please pay this amount:**    3,382.50

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone            603/796/2114
Fax              603/796/2119
e-mail address:  sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

332738                          PACKING LIST - ORIGINAL

                                    DATE  9/12/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F                BILL OF LADING 76710
  DELPHI-E                                    PRO 463 412293-3
  2620 EAST 38TH STREET                PACKING LIST 5179039
  PLANT 20
  ANDERSON, IN 46013

SID#
(2S)                      5179039

ORDER NO.      CUSTOMER P.O.
 403060        550055991

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | | |
|-----|-------------|----------|------------------|-----|---|---|---|
| LOCATION | | | QUANTITY SHIPPED | U/M | | QUANTITY B/O | |
| F | 420020402089014<br>42.00 MN HMN E180  CL 89<br>3879001 | 09/12/05 | 540.000 | LBS | | | |

  FL000                    TOTAL SHIPPED--> ____750.000__ ____ _____
              PUT ON SKIDS
              "FOR GEN IV"
              P/N 3879001
              release #
              Firm

                                            Package Charges  _____

**Bill of Lading**

"STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER: MINLOW/CENTRAL TRANSPORT     CARRIER NO.     76710

At Indianapolis, IN     9/12/2005     From Elektrisola, Inc.,

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO:

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|-------|-------|-------------------------|----------------------|---------------|-----------|
| 1 | 24 | COPPER WIRE | 1,090.00 | 60 | |
| | | CENTRAL TRANSPORT | | | |
| | | 463-412293-3  09 | | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

_____
Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid.)

$ _____
Charges advanced

If charges are to be prepaid, write or stamp here:
Collect

_____ Per _____
(Signature of consignee)

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.

Shipper, Per _____

Permanent post-office address of shipper:

2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

_____ Agent, Per _____

* MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.

SHIP TO:    F

## Invoice

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **227715** |
| Date | 09/13/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412295 8 |
| P/L | 5179140 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number**   415593 | | | |
| **Purchase Order No:**   550036052 | | | |
| | | | |
| 0103  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.190 | 166.260 | 862.89 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: M3879-43 | | | |
| RELEASE #134 | | | |
| FIRM | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**        862.89

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone            603/796/2114
Fax              603/796/2119
e-mail address:  sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

05-44481-rdd   Do...5-...60...6...te...06...8/07 09:52:03   Exhibit A

# ELEKTRISOLA

INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

332842

**PACKING LIST - ORIGINAL**

DATE  9/13/05  PAGE     1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F
  DELPHI-E
  2620 EAST 38TH STREET
  PLANT 20
  ANDERSON, IN 46013

BILL OF LADING 76756
       PRO 463 412295 8
PACKING LIST 5179140



SID#
(2S)              5179140

ORDER NO.      CUSTOMER P.O.
 415593         550036052

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M |
|-----|-------------|----------|------------------|-----|

| LOCATION | | QUANTITY SHIPPED | U/M | QUANTITY B/O |
|----------|--|------------------|-----|--------------|

F    430020402082014    09/13/05    175.000    LBS
    43.00 MN HMN E180  CL 82
  M3879-43

HH082                    TOTAL SHIPPED-->    166.260                  8.740
      RELEASE #134
      FIRM

Package Charges  _____

**Bill of Lading**

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading:

CARRIER: _____    CARRIER NO. _____    76756

At Indianapolis, IN    From    Elektrisola, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR) | CLASS OR RATE | CHECK COL. |
|-------|-------|-------------------------|----------------------|---------------|------------|
| 1 | 8 | COPPER WIRE | 247.00 | 60 | |
| | | 463-412295-8    09 | | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.    Shipper, Per _____    Agent, Per _____

Permanent post-office address of shipper:    2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIALS AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

9/13/2005

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

**Collect**

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced
$ _____

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H 03303, USA

## Invoice

**SHIP TO:** F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **227797** |
| Date | 09/14/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412296 6 |
| P/L | 5179217 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number  403060 | | | |
| **Purchase Order No:**  550055991 | | | |
| | | | |
| 0124  Copper Magnet Wire 42.00 AWG HMN Estersol-180 Clear MN | 4.510 | 800.000 | 3,608.00 |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| RELEASE #56 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   3,608.00

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:          603/796/2114
Fax:            603/796/2119
e-mail address: sales@elektrisola-usa.com
homepage:       www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,        Germany
ELEKTRISOLA ATESINA,           Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA,                   Malaysia
ELEKTRISOLA,                   Mexico

# ELEKTRISOLA
**INCORPORATED**

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

332915                          PACKING LIST - ORIGINAL
                                          DATE   9/14/05   PAGE      1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F                    BILL OF LADING 76783
  DELPHI-E                                        PRO 463 412296 6
  2620 EAST 38TH STREET                     PACKING LIST 5179217
  PLANT 20
  ANDERSON, IN 46013

                                          SID#
                                          (2S)            5179217

ORDER NO.      CUSTOMER P.O.
  403060        550055991

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM              DUE         QUANTITY
WHS     NUMBER            DATE        ORDERED     U/M

                                       QUANTITY            QUANTITY
LOCATION                               SHIPPED    U/M        B/O

F    420020402089014   09/14/05     540.000      LBS
       42.00 MN HMN E180  CL 89
     3879001

  FL000              TOTAL SHIPPED-->    800.000   ____   _____
              PUT ON SKIDS
              "FOR GEN IV"
              P/N 3879001
              RELEASE #56

                                   Package Charges   _____

"STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**Bill of Lading**

76783

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER: __CENTRAL TRANSPORT__    9/14/2005    From __Elektrisola, Inc.__    CARRIER NO. _____

At __Indianapolis, IN__

At Indianapolis, IN, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to be the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR) | CLASS OR RATE | CHECK COL. | |
|---|---|---|---|---|---|---|
| 1 | 24 | COPPER WIRE | 1,140.00 | 60 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | 02 | | | _____ (Signature of consignor) |
| | | 463-412296-6 | | | | If charges are to be prepaid, write or stamp here "To be Prepaid" Collect |
| | | DO NOT REMOVE FROM PALLET(S) | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon |
| | | PLEASE DO NOT STACK | | | | Per _____ Agent or Carrier (The signature here acknowledges only the amount prepaid) |
| | | | | | | Charges advanced $ |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.    Shipper, Per _____    Agent _____    Per _____

Permanent post-office address of shipper:    2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, NH USA

**SHIP TO:** F

# Invoice

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **227857** |
| Date | 09/15/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412297 4 |
| P/L | 5179305 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   415593 | | | |
| **Purchase Order No:**   550036052 | | | |
| | | | |
| 0106  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.190 | 166.660 | 864.97 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: M3879-43 | | | |
| RELEASE #134 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   864.97

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:          603/796/2114
Fax:            603/796/2119
e-mail address: sales@elektrisola-usa.com
homepage:       www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                Germany
ELEKTRISOLA ATESINA,                   Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,         Switzerland
ELEKTRISOLA,                           Malaysia
ELEKTRISOLA,                           Mexico

# ELEKTRISOLA
INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

332993                    PACKING LIST - ORIGINAL
                                 DATE  9/15/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071    F                BILL OF LADING 76823
  DELPHI-E                                     PRO 463 412297 4
  2620 EAST 38TH STREET              PACKING LIST 5179305
  PLANT 20
  ANDERSON, IN 46013



                                     SID#
                                     (2S)        5179305

ORDER NO.      CUSTOMER P.O.
  415593       550036052

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | |
|-----|-------------|----------|------------------|-----|---|---|
| LOCATION | | | QUANTITY SHIPPED | U/M | QUANTITY B/O | |
| F | 430020402082014 | 09/15/05 | 175.000 | LBS | | |
|   | 43.00 MN HMN E180  CL 82 | | | | | |
|   | M3879-43 | | | | | |
| HH082 | | TOTAL SHIPPED--> | 166.660 | ____ | 8.340 | |
|   | RELEASE #134 | | | | | |

                         Package Charges  _____

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER. __CENTRAL TRANSPORT__    9/15/2005    From __Elektrisola, Inc.__    CARRIER NO. __76823__

At __Indianapolis, IN__

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME-OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

CONSIGNED TO

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. | |
|---|---|---|---|---|---|---|
| 1 | 8 | COPPER WIRE | 247.00 | 60 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>_____<br>(Signature of consignor)<br>If charges are to be prepaid, write or stamp here "To be Prepaid."<br>Collect |
| | | **463-412297-4**<br>CENTRAL TRANSPORT    09 | | | | Per _____<br>(Signature of consignor)<br>Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br>Per _____<br>Agent or Carrier<br>(The signature here acknowledges only the amount prepaid)<br>Charges advanced<br>$ |
| | | DO NOT REMOVE FROM PALLET(S) | | | | |
| | | PLEASE DO NOT STACK | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.    Shipper, Per _____    Agent

Permanent post-office address of shipper:    2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.

**SHIP TO:** F

**Invoice**

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **227938** |
| Date | 09/16/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412298 2 |
| P/L | 5179359 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   403060 | | | |
| **Purchase Order No:**   550055991 | | | |
| 0132  Copper Magnet Wire 42.00 AWG HMN Estersol-180 Clear MN | 4.510 | 704.000 | 3,175.04 |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| RELEASE #56 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**    3,175.04

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:          603/796/2114
Fax:            603/796/2119
e-mail address:  sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

05-44481-rdd    Doc 25-5    Filed 06/06/06    Entered 06/06/06 10:48/07 09:52:03    Exhibit A

**ELEKTRISOLA**

INCORPORATED

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

```
333091                    PACKING LIST - ORIGINAL
                                     DATE  9/16/05 PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F              BILL OF LADING 76848
  DELPHI-E                                    PRO 463 412298 2
  2620 EAST 38TH STREET              PACKING LIST 5179359
  PLANT 20
  ANDERSON, IN 46013
```



```
                                    SID#
                                    (2S)           5179359
```

```
ORDER NO.      CUSTOMER P.O.
  403060        550055991

SHIP INSTRUCTIONS: Freight on board ship. point

       ITEM            DUE          QUANTITY
WHS    NUMBER          DATE         ORDERED      U/M

                                    QUANTITY              QUANTITY
LOCATION                            SHIPPED    U/M          B/O

 F     420020402089014   09/16/05   540.000     LBS
       42.00 MN HMN E180  CL 89
       3879001

 FL000                  TOTAL SHIPPED-->    704.000    ____    _____
           PUT ON SKIDS
           "FOR GEN IV"
           P/N 3879001
           RELEASE #56
```

```
                              Package Charges  _____
```

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Bill of Lading

CARRIER: __CENTRAL TRANSPORT__     9/16/2005     From     __Elektrisola, Inc.__     CARRIER NO.     76848

At Indianapolis, IN

At Indianapolis, IN

DELPHI - E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME-OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

| C O N S I G N E D   T O | SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|---|
| | 1 | 24 | COPPER WIRE | 1,044.00 | 60 | |
| | | | CENTRAL TRANSPORT  463-412298-2  09 | | | |
| | | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | | PLEASE DO NOT STACK | | | |

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.

Shipper, Per _____     Agent. Per _____

Permanent post-office address of shipper:

2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Collect

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____
Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid.)

$ _____
Charges advanced

OFFICE

# ELEKTRISOLA Inc.

Boscawen, N.H. 03300, USA

SHIP TO: B

**Invoice**

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96 DOCK 10 A
EL PASO, TX 79906

| | |
|---|---|
| Invoice No. | **228059** |
| Date | 09/21/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| P/L | 5179534 |
| Region | 004 |
| WHS | B |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number** 90888 | | | |
| **Purchase Order No:** V5T00007 | | | |
| | | | |
| 0124 Copper Magnet Wire 40.00 AWG SMN Polysol-180 Clear MN | 3.610 | 609.890 | 2,201.70 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No.: 25354081 | | | |
| P/N 25354081 | | | |
| RELEASE #49 | | | |

**Freight Terms** Freight on board ship. point
**Payment Terms** NET 30 DAYS

**Please pay this amount:** 2,201.70

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:           603/796/2114
Fax:             603/796/2113
e-mail address   sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

# ELEKTRISOLA
INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

333253                    PACKING LIST - ORIGINAL
                                    DATE  9/21/05  PAGE    1

CARRIER: _____
CUSTOMER: 004071      B
  DELPHI-ENERGY MGT.SYS.                   BILL OF LADING  76931 _____
  32 CELERITY WAGON                                   PRO _____
  PLT 96  DOCK 10 A                         PACKING LIST  5179534 _____
  EL PASO, TX 79906



                                    SID#
                                    (2S)        5179534

ORDER NO.      CUSTOMER P.O.
  90888        V5T00007

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM              DUE          QUANTITY
WHS    NUMBER            DATE        ORDERED     U/M

                                    QUANTITY           QUANTITY
LOCATION                            SHIPPED    U/M       B/O

B    400020214029014    09/21/05    600.000      LBS
      40.00 MN SMN P180  CL 29
     25354081

  HH000                  TOTAL SHIPPED-->    609.890  ____  _____
        P/N 25354081
        RELEASE #49

                                    Package Charges  _____

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER: __Central Trans__          9/21/2005   From   Elektrisola, Inc.

CARRIER NO. __76931__

At __Boscawen, NH__

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB.TO CORR.) | CLASS OR RATE | CHECK. COL. |
|---|---|---|---|---|---|
| 1 | 12 | COPPER WIRE | 700.00 | 60 | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

CONSIGNED TO

DELPHI - ENERGY MGT. SYS.
32 CELERITY WAGON
PLT 96   DOCK 10 A
EL PASO, TX 79906

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here: "Prepaid"

Per _____   Agent or Carrier

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____
(The signature here acknowledges only the amount prepaid.)

$ _____   Charges advanced

Collect

ELEKTRISOLA, INC.

Shipper, Per _____ Agent

Permanent post-office address of shipper:

126 High Street, Boscawen NH 03303

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Per _____

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Driver's Signature Only Acknowledges Receipt of Freight

031-200044-6

SHIPPER LABEL

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303, USA

**SHIP TO:**   F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

## Invoice

| | |
|---|---|
| Invoice No. | **228168** |
| Date | 09/22/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 412299 0 |
| P/L | 5179594 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number**   415593 | | | |
| **Purchase Order No:**   550036052 | | | |
| 0107   Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.190 | 177.110 | 919.20 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: M3879-43 | | | |
| RELEASE #135 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   919.20

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:        603/796/2114
Fax:          603/796/2119
e-mail address: sales@elektrisola-usa.com
homepage:     www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,        Germany
ELEKTRISOLA ATESINA,           Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA,                   Malaysia
ELEKTRISOLA,                   Mexico

# ELEKTRISOLA

**INCORPORATED**

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

333371                          PACKING LIST - ORIGINAL
                                    DATE  9/22/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F                    BILL OF LADING 76949
  DELPHI-E                                         PRO 463 412299 0
  2620 EAST 38TH STREET                    PACKING LIST 5179594
  PLANT 20
  ANDERSON, IN 46013



                                         SID#
                                         (2S)          5179594

ORDER NO.        CUSTOMER P.O.
  415593           550036052

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | QUANTITY SHIPPED | U/M | QUANTITY B/O |
|-----|-------------|----------|------------------|-----|------------------|-----|--------------|
| F | 430020402082014 | 09/22/05 | 180.000 | LBS | | | |
|   | 43.00 MN HMN E180  CL 82 | | | | | | |
|   | M3879-43 | | | | | | |
| HH082 | | TOTAL SHIPPED--> | 177.110 | | | | 2.890 |
|   | RELEASE #135 | | | | | | |

Package Charges  _____

"STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

76949

CARRIER: __CENTRAL TRANSPORT__     /  9/22/2005  __From__     Elektrisola, Inc.     CARRIER NO. _____

At Indianapolis, IN

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME-OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1

CONSIGNED TO

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR) | CLASS OR RATE | CHECK COL. | |
|---|---|---|---|---|---|---|
| 1 | 8 | COPPER WIRE | 257.00 | 60 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | Per _____ (Signature of consignor) |
| | | 463-412299-0 | 10 | | | If charges are to be prepaid, write or stamp here "To be Prepaid." Collect |
| | | | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | DO NOT REMOVE FROM PALLET(S) | | | | Agent or Carrier |
| | | | | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | | PLEASE DO NOT STACK | | | | Charges advanced $ |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding,

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.          Shipper, Per _____          Agent _____          Per _____

Permanent post-office address of shipper:     2400 N. Shadeland Avenue, Suite B
                                              Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS
MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL
REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, NH 03303 USA

**SHIP TO:** F

## Invoice

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **228288** |
| Date | 09/26/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 469800-7 |
| P/L | 5179702 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number  403060 | | | |
| **Purchase Order No:**  550055991 | | | |
| | | | |
| 0125  Copper Magnet Wire 42.00 AWG HMN Estersol-180 | 4.510 | 800.000 | 3,608.00 |
| Clear MN | | | |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| release #57 | | | |

**Freight Terms**    Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**    3,608.00

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:              603/796/2114
Fax:                603/796/2119
e-mail address   sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico

05-44481-rdd    Doc 25... Filed 06/... Entered 10... 8/07 09:52:03    Exhibit A

# ELEKTRISOLA

I N C O R P O R A T E D

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

333502                    PACKING LIST - ORIGINAL
                              DATE  9/26/05  PAGE    1
CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F              BILL OF LADING 77000
  DELPHI-E                                    PRO 463 469800-7
  2620 EAST 38TH STREET              PACKING LIST 5179702
  PLANT 20
  ANDERSON, IN 46013

                                     SID#        5179702
                                     (2S)

ORDER NO.      CUSTOMER P.O.
  403060       550055991

SHIP INSTRUCTIONS: Freight on board ship. point

|     | ITEM | DUE | QUANTITY | | | |
|-----|------|-----|----------|--|--|--|
| WHS | NUMBER | DATE | ORDERED | U/M | | |
| LOCATION | | | QUANTITY SHIPPED | U/M | QUANTITY B/O |
| F | 420020402089014 | 09/26/05 | 540.000 | LBS | |
|   | 42.00 MN HMN E180  CL 89 | | | | |
|   | 3879001 | | | | |

  FL000                   TOTAL SHIPPED--> ____800.000____  ____  _____
          PUT ON SKIDS
          "FOR GEN IV"
          P/N 3879001
          release #57

                                     Package Charges  _____

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

CARRIER: CENTRAL TRANSPORT

9/26/2005   From   Elektrisola, Inc.   CARRIER NO.   77000

At Indianapolis, IN

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 24 | COPPER WIRE | 1,140.00 | 60 | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

463-469800-7   02

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid"

Per _____

Received $ _____ to apply in prepayment of the charges on the property described hereon

Per _____
Agent or Carrier

COllect

The signature here acknowledges only the amount prepaid.)

$ _____
Charges advanced

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.

Shipper, Per _____   Agent, Per _____

Permanent post-office address of shipper:

2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.

## Invoice

**SHIP TO:** F

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **228375** |
| Date | 09/28/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 469801 5 |
| P/L | 5179822 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   403060 | | | |
| **Purchase Order No:**   550055991 | | | |
| 0126  Copper Magnet Wire 42.00 AWG HMN Estersol-180 Clear MN | 4.510 | 790.000 | 3,562.90 |
| ITEM.NO. 420020402089014 | | | |
| Customer Part No.: 3879001 | | | |
| PUT ON SKIDS | | | |
| "FOR GEN IV" | | | |
| P/N 3879001 | | | |
| release #58 | | | |
| Firm 9/28 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**        3,562.90

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:                    603/796/2114
Fax:                      603/796/2119
e-mail address:  sales@elektrisola-usa.com
homepage:        www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                Germany
ELEKTRISOLA ATESINA,                   Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,         Switzerland
ELEKTRISOLA,                           Malaysia
ELEKTRISOLA,                           Mexico

# ELEKTRISOLA
I N C O R P O R A T E D

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

333621                    PACKING LIST - ORIGINAL

DATE  9/28/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F

    BILL OF LADING 77048

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

            PRO 463 469801 5
PACKING LIST 5179822

SID#
(2S)

| | | | | | | | | | | | | |
5179822

ORDER NO.      CUSTOMER P.O.
403060        550055991

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M |
|-----|-------------|----------|------------------|-----|

LOCATION

| | QUANTITY SHIPPED | U/M | QUANTITY B/O |

F    420020402089014    09/28/05    540.000      LBS
     42.00 MN HMN E180  CL 89
   3879001

FL000                    TOTAL SHIPPED-->    790.000
         PUT ON SKIDS
         "FOR GEN IV"
         P/N 3879001
         release #58
         Firm 9/28

Package Charges  _____

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Bill of Lading

CARRIER: **CENTRAL TRANSPORT**                CARRIER NO. _____  77048

At **Indianapolis, IN** _____ 9/28/2005 ____ From ____ **Elektrisola, Inc.** _____

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC 1

|   |   | DELPHI - E |
|---|---|---|
|   |   | 2620 EAST 38TH STREET |
|   |   | PLANT 20 |
|   |   | ANDERSON,    IN   46013 |

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 2 | 32 | COPPER WIRE | 1,361.00 | 60 |   |
|   |   | 463-469801-5  08 |   |   |   |
|   |   | DO NOT REMOVE FROM PALLET(S) |   |   |   |
|   |   | PLEASE DO NOT STACK |   |   |   |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

stamp here "To be Prepaid"
__**Collect**__

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____ Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid.)

$ _____ Charges advanced

Per _____ (Signature of consignor)

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight.'"
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

**ELEKTRISOLA, INC.**    Shipper, Per _____    Agent.  Per _____

Permanent post office address of shipper.

2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

OFFICE

# ELEKTRISOLA Inc.
Boscawen, N.H. 03303 / USA

**SHIP TO:** F

## Invoice

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **228376** |
| Date | 09/28/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 469801 5 |
| P/L | 5179823 |
| Region | 004 |
| WHS | F |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| **Internal Order Number** 415593 | | | |
| **Purchase Order No:** 550036052 | | | |
| | | | |
| 0104 Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.190 | 150.910 | 783.22 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: M3879-43 | | | |
| Release # 136 | | | |
| Firm 9/28 | | | |

**Freight Terms** Freight on board ship. point
**Payment Terms** NET 30 DAYS

**Please pay this amount:** 783.22

Contains product made in USA

128 High Street
Boscawen, NH 03303
Phone: 603/796/2114
Fax: 603/796/2119
e-mail address: sales@elektrisola-usa.com
homepage: www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN, Germany
ELEKTRISOLA ATESINA, Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT, Switzerland
ELEKTRISOLA, Malaysia
ELEKTRISOLA, Mexico

**ELEKTRISOLA**
INCORPORATED
Pg 133 of 142

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

333622                      PACKING LIST - ORIGINAL
                                  DATE  9/28/05  PAGE    1
CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F                BILL OF LADING 77048
  DELPHI-E                                      PRO 463 469801 5
  2620 EAST 38TH STREET              PACKING LIST 5179823
  PLANT 20
  ANDERSON, IN 46013

                                       SID#
                                       (2S)          5179823

ORDER NO.       CUSTOMER P.O.
  415593        550036052

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | | |
|-----|-------------|----------|------------------|-----|---|---|---|
| | | | QUANTITY SHIPPED | U/M | | QUANTITY B/O | |
| LOCATION | | | | | | | |
| F | 430020402082014 | 09/28/05 | 180.000 | LBS | | | |
| | 43.00 MN HMN E180  CL 82 | | | | | | |
| | M3879-43 | | | | | | |
| HH082 | | TOTAL SHIPPED--> | 150.910 | | | 29.090 | |
| | Release # 136 | | | | | | |
| | Firm 9/28 | | | | | | |

Package Charges  _____

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE                 Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

CARRIER: CENTRAL TRANSPORT                    CARRIER NO.                    77048

At Indianapolis, IN          9/28/2005          From          Elektrisola, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1

CONSIGNED TO

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. | |
|---|---|---|---|---|---|---|
| 2 | 32 | COPPER WIRE | 1,361.00 | 60 | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | Per _____ /Signature of consignor |
| | | | | | | If charges are to be prepaid, write or stamp here "To be Prepaid." **Collect** |
| | | 463-469801-5 08 | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon |
| | | | | | | Agent or Carrier |
| | | PLEASE DO NOT STACK | | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | | DO NOT REMOVE FROM PALLET(S) | | | | $ _____ Charges advanced |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding, _____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ELEKTRISOLA, INC.          Shipper, Per _____     Agent _____ Per _____

Permanent post-office address of shipper:    2400 N. Shadeland Avenue, Suite B
Indianapolis, IN 46219

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

CENTRAL TRANSPORT

OFFICE

# ELEKTRISOLA Inc.

Boscawen, NH 03303 USA

**SHIP TO:   B**

DELPHI-ENERGY MGT.SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

## Invoice

| | |
|---|---|
| Invoice No. | **228514** |
| Date | 09/30/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 799-314489-6 |
| P/L | 5180009 |
| Region | 004 |
| WHS | C |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number    90888 | | | |
| **Purchase Order No:**    V5T00007 | | | |
| 0125  Copper Magnet Wire 40.00 AWG SMN Polysol-180 Clear MN | 3.610 | 616.940 | 2,227.15 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No.: 25354081 | | | |
| P/N 25354081 | | | |
| RELEASE #51 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**        2,227.15

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone          603/796/2114
Fax:            603/796/2119
e-mail address:  sales@elektrisola-usa.com
homepage:      www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                     Germany
ELEKTRISOLA ATESINA,                        Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,              Switzerland
ELEKTRISOLA,                                Malaysia
ELEKTRISOLA,                                Mexico



**ELEKTRISOLA** 
I N C
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

333823

PACKING LIST - ORIGINAL

DATE  9/30/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071     B
  DELPHI-ENERGY MGT.SYS.
  32 CELERITY WAGON
  PLT 96  DOCK 10 A
  EL PASO, TX 79906

BILL OF LADING 77139
            PRO 799-314489-6
  PACKING LIST 5180009

SID#
(2S)                    5180009

ORDER NO.      CUSTOMER P.O.
  90888        V5T00007

SHIP INSTRUCTIONS: Freight on board ship. point

| WHS | ITEM NUMBER | DUE DATE | QUANTITY ORDERED | U/M | | |
|-----|-------------|----------|------------------|-----|-----|-----|
| | LOCATION | | QUANTITY SHIPPED | U/M | QUANTITY B/O | |
| C | 400020214029014 | 09/30/05 | 600.000 | LBS | | |
| | 40.00 MN SMN P180  CL 29 | | | | | |
| | 25354081 | | | | | |
| 99999 | | TOTAL SHIPPED--> | 616.940 | | | |
| | P/N 25354081 | | | | | |
| | RELEASE #51 | | | | | |

Package Charges  _____

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Bill of Lading

CARRIER: **CENTRAL TRANSPORT**

9/30/2005    From

Elektrisola, Inc.

CARRIER NO.    77139

At Santa Teresa, NM

DELPHI - ENERGY MGT. SYS.
32 CELERITY WAGON
PLT 96   DOCK 10 A
EL PASO, TX 79906

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR.) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 12 | COPPER WIRE | 715.00 | 60 | 01 |
|  |  | SUPPLIER CODE |  |  |  |
|  |  | 880089971307 |  |  |  |
|  |  | PO#VST0007 |  |  |  |
|  |  | PN 25354081 |  |  |  |
|  |  | CISCO # 35440 |  |  |  |
|  |  | DO NOT REMOVE FROM PALLET(S) |  |  |  |
|  |  | PLEASE DO NOT STACK |  |  |  |

799-314489-6

CENTRAL TRANSPORT

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

For _____
Agent or Carrier

Received $_____ in prepayment of the charges on the property described ereon.

Per _____
Agent or Carrier

COLLECT

The signature here acknowledges only the amount prepaid.

Charges advanced
$_____

ELEKTRISOLA, INC.

Shipper, Per _____   Agent

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Permanent post-office address of shipper:
2700 Airport Road, Suite 400
Santa Teresa, NM 88008

OFFICE

# ELEKTRISOLA Inc.

Boscawen, N.H. 03303 USA

**SHIP TO:** B

**Invoice**

DELPHI-ENERGY MGT.SYS
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

| | |
|---|---|
| Invoice No. | **228656** |
| Date | 10/04/2005 |
| Page | 1/1 |
| Customer No. | 004071 |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | |
|---|---|
| Carrier | CENTRAL TRANSPORT |
| PRO# | 799-351578-0 |
| P/L | 5180115 |
| Region | 004 |
| WHS | C |

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   90888 | | | |
| **Purchase Order No:**   V5T00007 | | | |
| | | | |
| 0122  Copper Magnet Wire 40.00 AWG SMN Polysol-180 Clear MN | 3.640 | 632.490 | 2,302.26 |
| ITEM.NO. 400020214029014 | | | |
| Customer Part No.: 25354081 | | | |
| P/N 25354081 | | | |
| RELEASE# 52 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

**Please pay this amount:**   2,302.26

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:              603/796/2114
Fax:                603/796/2119
e-mail address:     sales@elektrisola-usa.com
homepage:           www.elektrisola.com

**Please remit to:**
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,                Germany
ELEKTRISOLA ATESINA,                      Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,       Switzerland
ELEKTRISOLA,                            Malaysia
ELEKTRISOLA,                             Mexico



**ELEKTRISOLA**
INCORPORATED
126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

333955                    PACKING LIST - ORIGINAL
                                DATE 10/04/05 PAGE    1
CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071     B                  BILL OF LADING 77184
  DELPHI-ENERGY MGT.SYS.                           PRO 799-351578-0
  32 CELERITY WAGON                        PACKING LIST 5180115
  PLT 96   DOCK 10 A
  EL PASO, TX 79906

                                         SID#
                                         (2S)            5180115

ORDER NO.      CUSTOMER P.O.
  90888        V5T00007

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM           DUE          QUANTITY
WHS    NUMBER          DATE         ORDERED     U/M

                                    QUANTITY              QUANTITY
LOCATION                            SHIPPED    U/M            B/O

C    400020214029014   10/04/05    600.000     LBS
       40.00 MN SMN P180  CL 29
       25354081

  BB084                 TOTAL SHIPPED-->    632.490  ____  _____
         P/N 25354081
         RELEASE# 52

                          Package Charges  _____

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

Bill of Lading

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

77184

CARRIER: CENTRAL TRANSPORT    From    Elektrisola, Inc.    CARRIER NO.

At Santa Teresa, NM    10/04/2005

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1

CONSIGNED TO:
DELPHI-ENERGY MGT. SYS.
32 CELERITY WAGON
PLT 96  DOCK 10 A
EL PASO, TX 79906

| SKIDS | BOXES | DESCRIPTION OF ARTICLES | WEIGHT (SUB TO CORR) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|---|
| 1 | 12 | COPPER WIRE | 747.00 | 60 | |
| | | CISCO# 35440 | | | |
| | | SUPPLIER CODE | | | |
| | | 88008971307 | | | |
| | | PO# V5T00007 | | | |
| | | **799-351578-0** | | 01 | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper, Per _____ Agent    Per _____ Agent

ELEKTRISOLA, INC.

Permanent post-office address of shipper:  2700 Airport Road, Suite 400
Santa Teresa, NM 88008

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

Collect

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____
Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced
$ _____

OFFICE

SHIP TO:    F

# Invoice

DELPHI-E
2620 EAST 38TH STREET
PLANT 20
ANDERSON, IN 46013

| | |
|---|---|
| Invoice No. | **228668** |
| Date | 10/04/2005 |
| Page | 1/1 |
| Customer No. | 004071 |
| Carrier | CENTRAL TRANSPORT |
| PRO# | 463 469802 3 |
| P/L | 5180114 |
| Region | 004 |
| WHS | F |

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
MAIL CODE 483-616-001
16 E JUDSON ST.
PONTIAC, MI 48342

| | Price US-$/LBS | Quantity LBS | Amount US-$ |
|---|---|---|---|
| Internal Order Number   415593 | | | |
| **Purchase Order No:**   550036052 | | | |
| 0108  Copper Magnet Wire 43.00 AWG HMN Estersol-180 Clear MN | 5.220 | 183.610 | 958.44 |
| ITEM.NO. 430020402082014 | | | |
| Customer Part No.: M3879-43 | | | |
| RELEASE # 137 | | | |

**Freight Terms**   Freight on board ship. point
**Payment Terms**   NET 30 DAYS

Please pay this amount:    958.44

Contains product made in USA

126 High Street
Boscawen, NH 03303
Phone:             603/796/2114
Fax:               603/796/2119
e-mail address     sales@elektrisola-usa.com
homepage:          www.elektrisola.com

Please remit to:
ELEKTRISOLA INC.
P. O. Box 4792
BOSTON, MA 02212-4792

Sister Companies
ELEKTRISOLA ECKENHAGEN,          Germany
ELEKTRISOLA ATESINA,             Italy
ELEKTRISOLA ELEKTRO-FEINDRAHT,   Switzerland
ELEKTRISOLA,                     Malaysia
ELEKTRISOLA,                     Mexico



**ELEKTRISOLA**
I N C O R P O R A T E D

126 High Street * Boscawen, NH 03303 * 603/796-2114 * FAX 603/796-2119

333954                    PACKING LIST - ORIGINAL

                              DATE 10/04/05  PAGE    1

CARRIER: CENTRAL TRANSPORT
CUSTOMER: 004071      F              BILL OF LADING 77183
  DELPHI-E                                   PRO 463 469802 3
  2620 EAST 38TH STREET              PACKING LIST 5180114
  PLANT 20
  ANDERSON, IN 46013

                                           SID#
                                           (2S)        5180114

ORDER NO.      CUSTOMER P.O.
 415593         550036052

SHIP INSTRUCTIONS: Freight on board ship. point

        ITEM          DUE        QUANTITY
WHS     NUMBER        DATE       ORDERED      U/M

                                QUANTITY              QUANTITY
LOCATION                        SHIPPED    U/M         B/O

F    430020402082014    10/04/05    180.000     LBS
       43.00 MN HMN E180  CL 82
     M3879-43

  KK025                 TOTAL SHIPPED-->    183.610
           RELEASE # 137

                                    Package Charges   _____