**EXHIBIT B**

# E-DACOR DOCUMENT SEARCH RESULTS For Duns Number: RD 091448431

| Doc Type | Document # | Document Date | Total Amount | Currency Code | Purchase Order # | Status | Due Date/ Payment Date |
|---|---|---|---|---|---|---|---|
| 2 | 5.2016E+12 | 11/10/2004 | $1,720.00 | USD | DD450076728 | PAID | 1/3/2005 |
| 2 | 5.2021E+12 | 03/07/2005 | $1,467.00 | USD | DD450088635 | PAID | 5/2/2005 |
| 2 | 5.7636E+10 | 06/27/2005 | $353.00 | USD | DCSD9009 | PAID | 8/2/2005 |
| 2 | 5.2044E+12 | 01/11/2006 | $1,720.00 | USD | DD450165310 | PAID | 3/2/2006 |
| 2 | 5.2051E+12 | 03/16/2006 | $635.00 | USD | DD450260206 | PAID | 5/9/2006 |
| 2 | 5.2055E+12 | 06/12/2006 | $450.00 | USD | DD450297413 | PAID | 8/2/2006 |
| 2 | 5.2053E+12 | 09/28/2005 | $1,665.00 | USD | DD233305 | UNPAID | |
| 2 | 5.2053E+12 | 09/29/2005 | $56,905.00 | USD | DD851705M0028 | UNPAID | |



# IET LABS, INC

534 Main Street
Westbury, NY 11590
Phone (516) 334-5959
Fax (516) 334-5988
www.ietlabs.com
sales@ietlabs.com

Claim #01563
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

# Invoice

Number: 1515
Date: 9/29/200

ATTN ROSIE (201)-968-0010

**Purchase Order:** FA8517-05-M-0028
**RMA :**
**A/R Customer #:**
**Account Number:** 12835
**Ship Via:**

**Terms:** Net 30
**Shipping Terms:** Prepaid

☐ Date Stamped Copy Returned
☐ No self addressed stamped envel
☑ No copy to return

**Note:** NSN: 6625-01-356-8709
Part No. HARS-X-7-1-RM
SN: C2-05382063-81
Item No. 0001
Shipment No. IET00012

| Item ID | Description | Qty. | Price Ea. | Total |
|---|---|---|---|---|
| HARS-X-7-1-RM | Resistance Decade w/RM | 19 | $ 2,977.00 | $ 56,563.00 |
| Serial Numbers: | C2-05382063 C2-05382064 C2-05382065 C2-05382066 | | | |
| | C2-05382067 C2-05382068 C2-05382069 C2-05382070 | | | |
| | C2-05382071 C2-05382072 C2-05382073 C2-05382074 | | | |
| | C2-05382075 C2-05382076 C2-05382077 C2-05382078 | | | |
| | C2-05382079 C2-05382080 C2-05382081 | | | |

**Shipping & Insurance:** $342.00
**Total Amount Due:** $ 56,905.00



RECEIVED
JAN 18 2006
KURTZMAN CARSON



05444810601170000000000028

We at IET Labs thank you for the opportunity to serve your calibration and service requirements. We stand ready to respond to all your needs, for either standard or custom models. Thank you.

Printed: 1/11/2006 11:37 AM  1/11/2006  invoice.rpt

Page 1 of 1



# IET LABS, INC
**534 Main Street**
**Westbury, NY 11590**
Phone (516) 334-5959      www.ietlabs.com
Fax     (516) 334-5988    sales@ietlabs.com

# Invoic
Number **1513**
Date:   9/28/20(

**Bill To**
Setech, Inc.
P.O. Box 2826
Kokomo, IN 46904-2826

**Ship To**
Setech Inc./ Delphi Delco
Plant 9 Dock 9-S
2033 E. Boulevard
Kokomo, IN 46902

Source: S. O. - 144

**Purchase Order:**   233305
**RMA :**   GR08230503
**A/R Customer #:**   Setech Inc.
**Account Number:**   15236          **Terms :** Net 30
**Ship Via:**                         **Shipping Terms:** Collect

Customer Shipping Instructions:   FedEx Account: 2086-8490-6
                                  Items Serviced on S. O. 14419

| Item ID   | Description              | Serial Number   or   Qt |
|-----------|--------------------------|-------------------------|
| 1538-9701 | 1538-A Stroboscope, 115 V | 16200362               |
| 1538-9602 | 1538-P2 Extention Lamp   |                         |

Note:   Kimberly Mckay
        765-456-3554
        kimberly.mckay@setechusa.com

| Item ID     | Description               | Qty. | Price Ea.  | Total      |
|-------------|---------------------------|------|------------|------------|
| 1538-9701-r | REPAIRED STROBOTAC        | 1    | $1,390.00  | $1,390.00  |
| 1538-9601   | 1531-P1 Flashtube for 1538-P2 | 1 | $275.00    | $275.00    |

**Shipping & Insurance:**   $0.00
**Total Amount Due:**   $1,665.00



We at IET Labs thank you for the opportunity to serve your calibration and service requirements. We stand ready to respond to all your needs, for either standard or custom models. Thank you.

Printed: 1/11/2006 11:32 AM  1/11/2006  invoice.rpt                                                  Page 1 of 1