W. Timothy Miller (admitted *pro hac vice*)
Paige Leigh Ellerman (admitted *pro hac vice*)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Telephone:  (513) 381-2838
Facsimile:  (513) 381-0205
miller@taftlaw.com
ellerman@taftlaw.com

*Counsel for Gobar Systems, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____ x
In re:                               :    Chapter 11
                                     :
DELPHI CORPORATION, *et al.*         :    Case No. 05-44481 (RDD)
                                     :
        Debtors.                     :    (Jointly Administered)
_____ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       )    ss:
COUNTY OF NEW YORK     )

W. TIMOTHY MILLER, being duly sworn, deposes and states:

1. I am over the age of eighteen years and employed by Taft Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202, and I am not a party to the above-captioned action.

2. On June 18, 2007, I caused to be served a true and correct copy of the Response of Gobar Systems, Inc. in Opposition to Debtors' Fifteenth Omnibus Claims Objection on the parties listed on the attached Exhibit A.

{W1005111.1}

        */s/ W. Timothy Miller*
        W. Timothy Miller

Sworn to before me this
18th day of June, 2007

*/s/ Pamela L. Rein*
Notary Public, State of Ohio
My Commission Expires:  July 21, 2009

{W1005111.1}