HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable
Seth A. Drucker
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226

Attorneys for Valeo Climate Control Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                    :

In re                             :        Case No.: 05-44481

DELPHI CORPORATION, *et al.*,      :        Chapter 11

        Debtors.             :        (Jointly Administered)
------------------------------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned hereby swears and affirms that on Monday, June 18, 2007, he electronically filed with the clerk of the court the Response of Valeo Climate Control Corporation in Opposition to Debtors' Objections to Proof of Claim Number 11462 Included in Debtors' Fifteenth Omnibus Claims Objection (Substantive) and that copies were also served by Federal Express Mail, overnight priority, upon the following:

1.    Delphi Corporation, Debtors
       Attn:  General Counsel
       5725 Delphi Drive
       Troy, MI  48098

2.    Skadden, Arps, Slate, Meagher & Flom, LLP
       Attn:   John William Butler, Jr., Esq.
                 John K. Lyons, Esq.
                 Joseph N. Wharton, Esq
       Attorneys for Debtors.
       333 West Wacker Drive, Suite 2100
       Chicago, IL  60606

        HONIGMAN MILLER SCHWARTZ AND
COHN LLP

By:   /s/ E. Todd Sable
       E. Todd Sable (P54956)
       Seth A. Drucker (P65641)
       2290 First National Building
       660 Woodward Ave., Suite 2290
       Detroit, MI 48226
       Telephone: (313) 465-7000
       Facsimile: (313) 465-7627
       Email: sdrucker@honigman.com
             tsable@honigman.com

Attorneys for Valeo Climate Control
Corporation

DETROIT.2668464.1