UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
     In re                                     :        Chapter 11
                                                :
DELPHI CORPORATION, _et al._,    :        Case No. 05-44481 (RDD)
                                                :
              Debtors.                :        (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **ORDER GRANTING ADMISSION TO PRACTICE,** _Pro Hac Vice_

David M. Schilli, a member in good standing of the bar in the States of Missouri and North Carolina, and, if applicable, the bar of the U.S. Court of Appeals for the Fourth Circuit, the U.S. District Courts for the Western, Middle and Eastern Districts of North Carolina, having requested admission, _pro hac vice_, to represent AB Automotive, Inc. and BI Technologies Corporation in the above-referenced bankruptcy proceeding.

ORDERED, that David M. Schilli, Esq., is admitted to practice, _pro hac vice_, in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       June 18, 2007.

                                            /s/Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE