Hearing Date and Time:     June 26, 2007 at 10:00 a.m.
Response Date and Time:    June 19, 2007 at 4:00 p.m.

OFFICE OF THE ILLINOIS
ATTORNEY GENERAL
Revenue Litigation Bureau
500 South Second Street
Springfield, Illinois 60606
William M. Katich
Assistant Attorney General
Illinois Reg. No. 06211278

Attorney for Creditor/Claimant
Illinois Department of Revenue

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
                                              )
In Re:                                        )          Chapter 11
                                              )
DELPHI CORPORATION,   et. al.,                )          Case No. 05-44481
                                              )
            Debtors.                          )          (Jointly Administered)
------------------------------------------------- )

### CREDITOR ILLINOIS DEPARTMENT OF REVENUE'S
### SUPPLEMENTAL RESPONSE TO DEBTOR'S
### THIRTEENTH OMNIBUS OBJECTION TO CLAIMS

NOW COMES the Creditor/Claimant, the Illinois Department of Revenue, by and through its' attorney, Lisa Madigan, Attorney General of and for the State of Illinois, and for its' Response to Debtor's Thirteenth Omnibus Objection to Claims respectfully offers the following:

1.      That the Debtor's original Illinois Income Tax returns for the years 2002 and 2003 were filed on or about September 29, 2003 and September 12, 2004, respectively.

2.      That proper payment accompanied each return, and, as such, the Debtor had no balances collectible for the years 2002 and 2003, based on the figures contained in the Debtor's said original 2002 and 2003 Illinois Income Tax returns.

3.      That on or about May 19, 2006, the Internal Revenue Service made certain adjustments to the Debtor's Federal Income Tax returns for the years 2002 and 2003, which substantially increased the Debtor's Federal liability for those two tax years.

4.      That since the Debtor's Federal adjusted gross income is the starting point for determining the Debtor's Illinois Income Tax liability, any change in the Debtor's Federal tax liability impacts the Debtor's Illinois liability accordingly, and amended Illinois Income Tax returns must be filed to reflect the federal changes.

5.      That despite being informed of Federal adjustments to its' 2002 and 2003 income on or about May 19, 2006, the Debtor failed to file amended Illinois Income Tax returns until August 29, 2006, over three months after first being informed of the Federal changes, and almost exactly thirty days after the expiration of the claims bar date.

6.      That the amount of the Creditor Illinois Department of Revenue's claim was derived directly from the Debtor's amended returns filed August 29, 2006, and, as such, it can fairly be said that the amount of said claim was established by the Debtor itself and is not subject to dispute.

7.      That until the Debtor filed its' amended Illinois Income Tax returns reflecting the Federal changes to income, the Creditor, the Illinois Department of Revenue, had no way to know that the Debtor had additional Illinois Income Tax liability for the 2002 and 2003 tax years, and that any kind of claim, estimated, protective, or otherwise could not be filed by the creditor Illinois Department of Revenue before the expiration of the claims bar date.

8.      That if the Debtor's objection to the Creditor Illinois Department of Revenue's claim numbered 16470 is sustained, the Debtor will have been able to escape proper pre-petition tax liability merely by filing its' required amended return after the expiration of the claims bar date.

WHEREFORE the Creditor/Claimant, the Illinois Department of Revenue, respectfully prays that the Honorable Court overrule the Debtors' Thirteenth Omnibus Objection to Claims as the same addresses Claim Numbered 16470 of the Illinois Department of Revenue, allowing the said claim as filed, and for such other and further relief as this Court deems proper and just under the circumstances.

Dated:      Springfield, Illinois
            June 18, 2007

                                    The Illinois Department of Revenue,
                                    Creditor/Claimant

By:    Lisa Madigan
       Attorney General of and for the State of
       Illinois.


  /s/ William M. Katich
William M. Katich
Ill. Reg. No. 06211278
Assistant Attorney General
Revenue Litigation Bureau
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706

Telephone:    (217) 782-9095
Facsimile:    (217) 782-1396
Email:        wkatich@atg.state.il.us


## CERTIFICATE OF SERVICE

WILLIAM M. KATICH, certifies that he is an Assistant Attorney General of the State
of Illinois employed in the Office of Lisa Madigan, Attorney General of and for the State of
Illinois; that he is authorized to make this certificate; that on June 18, 2007, he deposited a true
and accurate copy of the foregoing instrument entitled **The Illinois Department of Revenue's
Response to Debtor's Thirteenth Omnibus Objection to Claims** in the City of Springfield,
State of Illinois, with postage prepaid and properly addressed to the following at their regular
business addresses:

Delphi Corporation                        Skadden, Arps, Slate, Meagher & Flom
5725 Delphi Drive                         333 West Wacker Drive
Troy, Michigan 48098                      Suite 2100
                                          Chicago, Illinois 60606
Attn:   General Counsel
                                          Attn:   John Wm. Butler
                                                  John K. Lyons
                                                  Joseph N. Wharton


Honorable Robert D. Drain
United States Bankruptcy judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

And that additionally true and accurate copies were also served through the Bankruptcy Court's electronic notification system to all individuals appearing of record on the electronic matrix maintained in this case.

      /s/   William M. Katich
Assistant Attorney General

William M. Katich
Ill. Reg. No. 06211278
Assistant Attorney General
Revenue Litigation Bureau
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706

Phone:          (217) 782-9095
Facsimile:     (217) 782-1396
wkatich@atg.state.il.us