UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re: DELPHI CORPORATION, et al.　　　　　　　　Case No.: 05-44481 (RDD)

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter

　　　　　　　　　　　　Debtor.
------------------------------------------------------------x

　　　　　　　　　　　　Plaintiff　　　　　　　　　Adversary Proceeding
　　　　　　　　　　　　　　　　　　　　　　　　　No.: _____

　　　　v.

　　　　　　　　　　　　Defendant
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __Jay A. Schwartz__, a member in good standing of the bar in the State of __Michigan__ and, if applicable, the bar of the U.S. District Court for the __Eastern__ District of __Michigan__, request admission, *pro hac vice*, before the Honorable __Robert D. Drain__, to represent __Nu-Tech Plastics Engineering__, a __creditor__ in the above referenced ☒ case ☐ adversary proceeding.

Mailing address: __37887 W. 12 Mile Road, Suite A, Farmington Hills, MI 48331__;

E-mail address: __jschwartz@schwartzlawfirmpc.com__; telephone number ( 248 ) __553-9400__.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: __6/15/07__
_____, New York

[RECEIVED JUN 18 2007 stamp]

[signature]