**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____/

**In Re:**

DELPHI CORPORATION, *et al*,

    **Debtors.**

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

_____/

**CERTIFICATE OF SERVICE**

I certify that true and correct copies of:

- **RESPONSE OF PORT CITY CASTINGS CORP TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 USC 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION**
- **RESPONSE OF PORT CITY METAL PRODUCTS, INC. TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 USC 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) PROTECTIVE INSURANCE CLAIMS, (D) INSURANCE CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLIAMS AND UNTIMELY TAX CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**
- **RESPONSE OF MUSKEGON CASTINGS CORP TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 USC 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION**
- 

were served electronically (where email addresses are indicated, otherwise by overnight delivery) on June 18th, 2007, on the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy MI 48098

Document6

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John Wm. Butler, Jr.
        John K. Lyons
        Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago IL 60606
jbutler@skadden.com

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court SDNY
One Bowling Green, Room 610
New York NY 10004

Dated:  June 18, 2007                       PARMENTER O'TOOLE

                                                            By:   /s/ James R. Scheuerle
        James R. Scheuerle (P42932)
        601 Terrace Street, PO Box 786
        Muskegon MI 49443-0786
        Telephone 231.722.1621
        Fax 231.728.2206
        Email JRS@Parmenterlaw.com