| Customer Number | Purchase Order No. | Invoice Number | Bill of Lading | Cust Part Number | Shipped Qty | Invoice Date | Open Balance |
|---|---|---|---|---|---|---|---|
| 1,320 | EKS22638 | 27,826 | 4,502 | DK201056 | 99 | 9/18/2003 | $ 9,999.00 |
| 1,320 | 488645 | 28,079 | 4,567 | 122444512 | 1,000 | 9/24/2003 | $ 6,800.00 |
| 1,321 | EKS49224 | 29,693 | Tooling | DK203916 | 6 | 10/31/2003 | $ 400.00 |
| 1,320 | 459864 | 31,118 | 5,319 | 9384323 | 2,340 | 12/5/2003 | $ 2,938.81 |
| 1,320 | 450053571 | 35,579 | 6,486 | DK208863 | 100 | 3/26/2004 | $ 2,612.50 |
| 1,321 | 450060782 | 39,624 | Tooling | 28007077 | 6 | 7/1/2004 | $ 8,500.00 |
| 1,320 | 450077115 | 46,436 | 9,495 | DK221396 | 300 | 11/18/2004 | $ 2,137.50 |
| 1,320 | 550063680 | 47,979 | 9,880 | 28001734 | 200 | 12/17/2004 | $ 678.00 |
| 1,320 | 550064688 | 51,790 | 10,809 | 28004326 | 240 | 3/7/2005 | $ 107.76 |
| 1,320 | 550065199 | 51,791 | 10,809 | 28004325 | 300 | 3/7/2005 | $ 105.90 |
| 1,320 | 550064688 | 52,172 | 10,897 | 28004327 | 216 | 3/11/2005 | $ 441.72 |
| 1,320 | 550065199 | 52,390 | 10,953 | 28020247 | 120 | 3/16/2005 | $ 53.88 |
| 1,320 | 550065199 | 52,391 | 10,953 | 28004325 | 260 | 3/16/2005 | $ 91.78 |
| 1,321 | 450083601 | 52,435 | Tooling | 28004327 | 6 | 3/17/2005 | $ 178,750.00 |
| 1,321 | 450078392 | 52,749 | Tooling | 28001742 | 6 | 3/23/2005 | $ 25,750.00 |
| 1,321 | 450087564 | 52,750 | Tooling | 28001742 | 6 | 3/23/2005 | $ 2,250.00 |
| 1,321 | 450082822 | 53,348 | Tooling | 28012745 | 6 | 4/5/2005 | $ 32,000.00 |
| 1,320 | 550064688 | 53,446 | 11,220 | 28004326 | 240 | 4/6/2005 | $ 107.76 |
| 1,320 | 550064688 | 53,457 | 11,220 | 28004327 | 900 | 4/6/2005 | $ 2,340.00 |
| 1,320 | 550064688 | 53,643 | 11,270 | 28004327 | 324 | 4/8/2005 | $ 662.58 |
| 1,320 | 550064688 | 53,802 | 11,315 | 28004327 | 72 | 4/12/2005 | $ 147.24 |
| 1,320 | 550064688 | 53,907 | 11,352 | 28004327 | 405 | 4/14/2005 | $ 828.22 |
| 1,321 | 450087566 | 54,249 | Tooling | 12244007 | 6 | 4/21/2005 | $ 42,000.00 |
| 1,321 | 450087566 | 54,250 | Tooling | 12244726 | 6 | 4/21/2005 | $ 24,950.00 |
| 1,321 | 450087566 | 54,252 | Tooling | 28000392 | 6 | 4/21/2005 | $ 38,750.00 |
| 1,321 | 450087566 | 54,253 | Tooling | 12244724 | 6 | 4/21/2005 | $ 33,500.00 |
| 1,320 | 550064688 | 54,690 | 11,581 | 28004327 | 144 | 5/2/2005 | $ 294.48 |
| 1,321 | 450087566 | 55,304 | Tooling | 28000393 | 6 | 5/6/2005 | $ 44,500.00 |
| 1,320 | 550040480 | 55,071 | 11,681 | 9351522 | 2,400 | 5/9/2005 | $ 234.00 |
| 1,320 | 550064688 | 55,175 | 11,712 | 28004326 | 120 | 5/10/2005 | $ 11.52 |
| 1,320 | 550064688 | 55,176 | 11,712 | 28004327 | 40 | 5/10/2005 | $ 81.80 |
| 1,320 | 550064688 | 55,275 | 11,733 | 28004326 | 120 | 5/11/2005 | $ 11.52 |
| 1,320 | 550064688 | 55,329 | 11,751 | 28004327 | 80 | 5/12/2005 | $ 163.60 |
| 1,320 | 550064688 | 55,400 | 11,772 | 28004326 | 120 | 5/13/2005 | $ 11.52 |
| 1,320 | 550064688 | 55,401 | 11,772 | 28004327 | 36 | 5/13/2005 | $ 73.62 |
| 1,320 | 550064688 | 55,650 | 11,832 | 28004327 | 1,152 | 5/18/2005 | $ 2,355.84 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,320 | 550065199 | 55,688 | | 28004325 | 200 | 5/19/2005 | $ 70.60 |
| 1,320 | 550064688 | 55,755 | 11,851 | 28004326 | 120 | 5/20/2005 | $ 11.52 |
| 1,320 | 550064688 | 55,801 | 11,866 | 28004326 | 240 | 5/23/2005 | $ 23.04 |
| 1,320 | 550064688 | 55,900 | 11,887 | 28004326 | 240 | 5/24/2005 | $ 23.04 |
| 1,320 | 550064688 | 56,045 | 11,913 | 28004327 | 1,944 | 5/26/2005 | $ 3,975.48 |
| 1,321 | 450087566 | 56,653 | 11,947 | 28021208 | 6 | 6/7/2005 | $ 13,250.00 |
| 1,321 | 550073363 | 56,830 | Tooling | 28026214 | 6 | 6/10/2005 | $ 140.70 |
| 1,320 | 550042971 | 58,063 | Tooling | 12242131 | 200 | 7/11/2005 | $ 20.20 |
| 1,320 | 550042839 | 58,064 | 12,548 | 12239498 | 240 | 7/11/2005 | $ 56.40 |
| 1,321 | 550053416 | 58,065 | 12,548 | 21002359 | 360 | 7/11/2005 | $ 84.96 |
| 1,320 | 550066133 | 58,719 | 12,707 | 28010129 | 250 | 7/22/2005 | $ 73.75 |
| 1,320 | 550060461 | 58,770 | 12,728 | 28007463 | 300 | 7/25/2005 | $ 109.80 |
| 1,320 | 550066133 | 58,940 | 12,763 | 28010129 | 250 | 7/27/2005 | $ 73.75 |
| 1,320 | 550060461 | 58,952 | 12,763 | 28007463 | 300 | 7/27/2005 | $ 109.80 |
| 1,320 | 550042256 | 59,284 | 12,837 | 12224349 | 4,880 | 8/2/2005 | $ 787.32 |
| 1,321 | 450102428 | 59,460 | Tooling | 28008895 | 6 | 8/4/2005 | $ 1,290.00 |
| 1,321 | 450102428 | 59,672 | Tooling | 28008895 | 6 | 8/9/2005 | $ 1,290.00 |
| 1,321 | 450102428 | 59,948 | Tooling | 28008911 | 6 | 8/15/2005 | $ 46,500.00 |
| 1,321 | 450102428 | 59,949 | Tooling | 28008992 | 6 | 8/15/2005 | $ 29,750.00 |
| 1320 | 450112240 | 60006 | Tooling | 28020319 | 6 | 8/16/2005 | $ 5,250.00 |
| 1,320 | 450109427 | 60,260 | 13,051 | 28039570 | 1,440 | 8/19/2005 | $ 1,041.60 |
| 1,320 | 550041774 | 60,426 | 13,085 | 9359818 | 4,200 | 8/23/2005 | $ 45.10 |
| 1,320 | 550063990 | 60,479 | 13,100 | 28001743 | 1,150 | 8/24/2005 | $ 119.60 |
| 1,320 | 550040374 | 61,089 | 13,250 | 12233707 | 80 | 9/6/2005 | $ 32.16 |
| 1,320 | 550039677 | 61,090 | 13,250 | 16255275 | 230 | 9/6/2005 | $ 65.71 |
| 1,320 | 550047296 | 61,091 | 13,250 | 12225870 | 1,500 | 9/6/2005 | $ 432.00 |
| 1,320 | 550042971 | 61,092 | 13,250 | 12233032 | 1,680 | 9/6/2005 | $ 974.40 |
| 1,320 | 550042971 | 61,093 | 13,250 | 12242131 | 2,200 | 9/6/2005 | $ 222.20 |
| 1,320 | 550042839 | 61,094 | 13,250 | 12239498 | 120 | 9/6/2005 | $ 28.20 |
| 1,320 | 550053089 | 61,095 | 13,250 | 21001322 | 96 | 9/6/2005 | $ 145.92 |
| 1,320 | 550053416 | 61,096 | 13,250 | 21002359 | 630 | 9/6/2005 | $ 148.68 |
| 1,320 | 550053416 | 61,097 | 13,250 | 21002360 | 640 | 9/6/2005 | $ 590.72 |
| 1,320 | 550040480 | 61,101 | 13,250 | 9351522 | 2,400 | 9/6/2005 | $ 234.00 |
| 1,320 | 550042242 | 61,102 | 13,250 | 9394246 | 576 | 9/6/2005 | $ 545.47 |
| 1,320 | 550064688 | 61,225 | 13,284 | 28004326 | 120 | 9/7/2005 | $ 11.52 |
| 1,320 | 550064688 | 61,287 | 13,296 | 28004326 | 960 | 9/8/2005 | $ 92.16 |
| 1,320 | 550064688 | 61,443 | 13,325 | 28004326 | 120 | 9/12/2005 | $ 11.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,320 | 550075170 | 61,574 | 13,353 | 28000382 | 324 | 9/13/2005 | $ 30.78 |
| 1,320 | 550064688 | 61,671 | 13,381 | 28004326 | 120 | 9/14/2005 | $ 11.52 |
| 1,320 | 550040480 | 61,810 | 13,419 | 9351522 | 3,200 | 9/16/2005 | $ 312.00 |
| 1,320 | 550040374 | 61,811 | 13,419 | 12233707 | 160 | 9/16/2005 | $ 64.32 |
| 1,320 | 550053416 | 61,812 | 13,419 | 21002360 | 1,152 | 9/16/2005 | $ 1,063.30 |
| 1,320 | 550063680 | 61,866 | 13,430 | 28001734 | 360 | 9/19/2005 | $ 1,220.40 |
| 1,320 | 550063680 | 61,885 | 13,430 | 28001741 | 180 | 9/19/2005 | $ 71.28 |
| 1,320 | 550053416 | 62,042 | 13,475 | 21002360 | 320 | 9/21/2005 | $ 295.36 |
| 1,320 | 550053416 | 62,081 | 13,475 | 21002359 | 1,350 | 9/21/2005 | $ 318.60 |
| 1,320 | 550070373 | 62,083 | 13,476 | 28020352 | 2,400 | 9/22/2005 | $ 1,644.00 |
| 1,320 | 550070373 | 62,179 | 13,498 | 28020352 | 1,600 | 9/22/2005 | $ 1,096.00 |
| 1,320 | 550078522 | 62,180 | 13,498 | 28023564 | 840 | 9/23/2005 | $ 2,268.00 |
| 1,320 | 550042256 | 62,209 | 13,506 | 12224349 | 1,940 | 9/23/2005 | $ 1,414.26 |
| 1,320 | 550042256 | 62,210 | 13,506 | 12224351 | 4,212 | 9/23/2005 | $ 1,979.64 |
| 1,320 | 550042841 | 62,215 | 13,506 | 12234757 | 5,760 | 9/23/2005 | $ 3,553.92 |
| 1,320 | 550043398 | 62,229 | 13,503 | 12225402 | 2,016 | 9/23/2005 | $ 3,600.58 |
| 1,320 | 550070373 | 62,238 | 13,506 | 28020352 | 2,400 | 9/23/2005 | $ 1,644.00 |
| 1,320 | 550078522 | 62,268 | 13,515 | 28023564 | 448 | 9/23/2005 | $ 1,209.60 |
| 1,320 | 4501121409 | 62,273 | 13,516 | 28044499 | 30 | 9/23/2005 | $ 4,635.00 |
| 1,320 | 4501118351 | 62,277 | 13,516 | 28027598 | 20 | 9/23/2005 | $ 2,750.00 |
| 1,321 | 4500094328 | 62,256 | Tooling | 28004327 | 6 | 9/23/2005 | $ 3,950.00 |
| 1,321 | 4500094537 | 62,257 | Tooling | 28004327 | 6 | 9/23/2005 | $ 5,000.00 |
| 1,321 | 4501109965 | 62,262 | Tooling | 28034659 | 6 | 9/23/2005 | $ 29,950.00 |
| 1,320 | 550040480 | 62,299 | 13,525 | 9351522 | 800 | 9/26/2005 | $ 78.00 |
| 1,320 | 550040374 | 62,300 | 13,525 | 12233707 | 80 | 9/26/2005 | $ 32.16 |
| 1,320 | 550039677 | 62,301 | 13,525 | 16255275 | 230 | 9/26/2005 | $ 65.71 |
| 1,320 | 550047296 | 62,302 | 13,525 | 12225870 | 200 | 9/26/2005 | $ 57.60 |
| 1,320 | 550042971 | 62,303 | 13,525 | 12233032 | 720 | 9/26/2005 | $ 417.60 |
| 1,320 | 550042839 | 62,304 | 13,525 | 12239498 | 600 | 9/26/2005 | $ 141.00 |
| 1,320 | 550053416 | 62,305 | 13,525 | 21002360 | 352 | 9/26/2005 | $ 324.90 |
| 1,320 | 550059435 | 62,306 | 13,525 | 28007077 | 128 | 9/26/2005 | $ 163.84 |
| 1,320 | 550063990 | 62,307 | 13,525 | 28001743 | 1,000 | 9/26/2005 | $ 104.00 |
| 1,320 | 550063680 | 62,308 | 13,525 | 28005976 | 300 | 9/26/2005 | $ 166.50 |
| 1,320 | 550064688 | 62,309 | 13,525 | 28004327 | 72 | 9/26/2005 | $ 187.20 |
| 1,320 | 550722159 | 62,310 | 13,525 | 28012912 | 1,000 | 9/26/2005 | $ 267.00 |
| 1,320 | 550047200 | 62,311 | 13,527 | 12216647 | 4,000 | 9/26/2005 | $ 204.00 |
| 1,320 | 550047142 | 62,312 | 13,527 | 12208643 | 7,200 | 9/26/2005 | $ 460.80 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1,320 | 550046983 | 62,313 | 13,527 | 12208647 | 3,000 | 9/26/2005 | $ | 255.00 |
| 1,320 | 550046983 | 62,314 | 13,527 | 12208648 | 120 | 9/26/2005 | $ | 77.52 |
| 1,320 | 550046983 | 62,315 | 13,527 | 12208644 | 120 | 9/26/2005 | $ | 12.84 |
| 1,320 | 550046983 | 62,316 | 13,527 | 12217033 | 1,000 | 9/26/2005 | $ | 423.00 |
| 1,320 | 550046440 | 62,317 | 13,527 | 12210897 | 352 | 9/26/2005 | $ | 66.53 |
| 1,320 | 550046440 | 62,318 | 13,527 | 12210896 | 400 | 9/26/2005 | $ | 54.80 |
| 1,320 | 550044237 | 62,319 | 13,527 | 12241781 | 3,600 | 9/26/2005 | $ | 892.80 |
| 1,320 | 550042841 | 62,320 | 13,527 | 12234757 | 5,640 | 9/26/2005 | $ | 3,479.88 |
| 1,320 | 550042713 | 62,321 | 13,527 | 12231488 | 1,000 | 9/26/2005 | $ | 88.00 |
| 1,320 | 550042713 | 62,322 | 13,527 | 12239266 | 1,000 | 9/26/2005 | $ | 93.00 |
| 1,320 | 550042256 | 62,323 | 13,527 | 12224349 | 1,660 | 9/26/2005 | $ | 1,210.14 |
| 1,320 | 550042256 | 62,324 | 13,527 | 12224351 | 2,808 | 9/26/2005 | $ | 1,319.76 |
| 1,320 | 550041758 | 62,325 | 13,527 | 22699841 | 210 | 9/26/2005 | $ | 107.10 |
| 1,320 | 550040462 | 62,326 | 13,527 | 10338613 | 280 | 9/26/2005 | $ | 125.72 |
| 1,320 | 550040462 | 62,327 | 13,527 | 12224335 | 240 | 9/26/2005 | $ | 108.00 |
| 1,320 | 550039265 | 62,328 | 13,527 | 12228614 | 900 | 9/26/2005 | $ | 144.00 |
| 1,320 | 550055261 | 62,329 | 13,527 | 28004336 | 700 | 9/26/2005 | $ | 282.10 |
| 1,320 | 550056417 | 62,330 | 13,527 | 21000446 | 3,250 | 9/26/2005 | $ | 435.50 |
| 1,320 | 550056417 | 62,331 | 13,527 | 21000447 | 3,500 | 9/26/2005 | $ | 101.15 |
| 1,320 | 550056417 | 62,332 | 13,527 | 21000445 | 3,250 | 9/26/2005 | $ | 94.25 |
| 1,320 | 550056417 | 62,333 | 13,527 | 21000444 | 3,250 | 9/26/2005 | $ | 416.00 |
| 1,320 | 550054894 | 62,334 | 13,527 | 12242131 | 11,000 | 9/26/2005 | $ | 1,111.00 |
| 1,320 | 550058782 | 62,335 | 13,527 | 28009203 | 4,500 | 9/26/2005 | $ | 427.50 |
| 1,320 | 550059053 | 62,336 | 13,527 | 21002359 | 2,970 | 9/26/2005 | $ | 700.92 |
| 1,320 | 550059053 | 62,337 | 13,527 | 28006985 | 1,404 | 9/26/2005 | $ | 1,213.06 |
| 1,320 | 550070373 | 62,338 | 13,527 | 28020352 | 1,600 | 9/26/2005 | $ | 1,096.00 |
| 1,320 | 550072729 | 62,339 | 13,527 | 28023595 | 1,400 | 9/26/2005 | $ | 1,120.00 |
| 1,320 | 550078522 | 62,340 | 13,527 | 28017601 | 900 | 9/26/2005 | $ | 337.50 |
| 1,320 | 550078522 | 62,341 | 13,527 | 28017602 | 900 | 9/26/2005 | $ | 328.50 |
| 1,320 | 550078522 | 62,342 | 13,527 | 28017603 | 900 | 9/26/2005 | $ | 548.10 |
| 1,320 | 550078522 | 62,343 | 13,527 | 28023564 | 1,680 | 9/26/2005 | $ | 4,536.00 |
| 1,320 | 550078522 | 62,344 | 13,527 | 28000492 | 2,150 | 9/26/2005 | $ | 2,848.75 |
| 1,320 | 550078522 | 62,345 | 13,527 | 28000493 | 2,128 | 9/26/2005 | $ | 1,800.29 |
| 1,320 | 550078522 | 62,346 | 13,527 | 28000494 | 2,160 | 9/26/2005 | $ | 779.76 |
| 1,320 | 550078522 | 62,347 | 13,527 | 28000495 | 2,160 | 9/26/2005 | $ | 697.68 |
| 1,320 | 550041774 | 62,351 | 13,527 | 9359818 | 2,800 | 9/26/2005 | $ | 1,262.80 |
| 1,320 | 550041310 | 62,352 | 13,527 | 16246277 | 4,200 | 9/26/2005 | $ | 262.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,320 | 550042839 | 62,374 | 13,535 | 12239498 | 1,800 | 9/26/2005 | $ 423.00 |
| 1,320 | 550053416 | 62,375 | 13,535 | 21002359 | 900 | 9/26/2005 | $ 212.40 |
| 1,320 | 550044074 | 62,418 | 13,549 | 9353874 | 4,500 | 9/27/2005 | $ 460.80 |
| 1,320 | 550042613 | 62,419 | 13,549 | 9351522 | 4,000 | 9/27/2005 | $ 390.00 |
| 1,320 | 550039161 | 62,420 | 13,549 | 9359876 | 1,600 | 9/27/2005 | $ 124.80 |
| 1,320 | 550053119 | 62,421 | 13,549 | 12237454 | 252 | 9/27/2005 | $ 317.52 |
| 1,320 | 550047200 | 62,422 | 13,553 | 12216647 | 6,000 | 9/27/2005 | $ 306.00 |
| 1,320 | 550047142 | 62,423 | 13,553 | 12208643 | 7,200 | 9/27/2005 | $ 460.80 |
| 1,320 | 550046440 | 62,424 | 13,553 | 12210897 | 176 | 9/27/2005 | $ 33.26 |
| 1,320 | 550046440 | 62,425 | 13,553 | 12210896 | 200 | 9/27/2005 | $ 27.40 |
| 1,320 | 550044237 | 62,426 | 13,553 | 12241781 | 3,000 | 9/27/2005 | $ 744.00 |
| 1,320 | 550042841 | 62,427 | 13,553 | 12234757 | 5,760 | 9/27/2005 | $ 3,553.92 |
| 1,320 | 550042713 | 62,428 | 13,553 | 12231488 | 1,000 | 9/27/2005 | $ 88.00 |
| 1,320 | 550042713 | 62,429 | 13,553 | 12239266 | 1,000 | 9/27/2005 | $ 93.00 |
| 1,320 | 550042256 | 62,430 | 13,553 | 12224349 | 300 | 9/27/2005 | $ 218.70 |
| 1,320 | 550042256 | 62,431 | 13,553 | 12224351 | 4,212 | 9/27/2005 | $ 1,979.64 |
| 1,320 | 550040462 | 62,432 | 13,553 | 10338613 | 350 | 9/27/2005 | $ 157.15 |
| 1,320 | 550039265 | 62,433 | 13,553 | 12228614 | 900 | 9/27/2005 | $ 144.00 |
| 1,320 | 550077853 | 62,434 | 13,551 | 12208643 | 1,800 | 9/27/2005 | $ 115.20 |
| 1,320 | 550041774 | 62,435 | 13,553 | 9359818 | 2,800 | 9/27/2005 | $ 1,262.80 |
| 1,320 | 550041758 | 62,436 | 13,553 | 22699841 | 210 | 9/27/2005 | $ 107.10 |
| 1,320 | 550041344 | 62,437 | 13,553 | 9352298 | 150 | 9/27/2005 | $ 71.09 |
| 1,320 | 550041272 | 62,438 | 13,553 | 9351522 | 8,000 | 9/27/2005 | $ 780.00 |
| 1,320 | 550041065 | 62,439 | 13,553 | 9352296 | 24 | 9/27/2005 | $ 48.26 |
| 1,320 | 550039159 | 62,440 | 13,553 | 9359876 | 1,600 | 9/27/2005 | $ 124.80 |
| 1,320 | 550055261 | 62,441 | 13,553 | 28004336 | 300 | 9/27/2005 | $ 120.90 |
| 1,320 | 550058782 | 62,442 | 13,553 | 28009203 | 5,000 | 9/27/2005 | $ 475.00 |
| 1,320 | 550059053 | 62,443 | 13,553 | 21002359 | 2,700 | 9/27/2005 | $ 637.20 |
| 1,320 | 550059053 | 62,444 | 13,553 | 28006985 | 2,808 | 9/27/2005 | $ 2,426.11 |
| 1,320 | 550072729 | 62,445 | 13,553 | 28023595 | 100 | 9/27/2005 | $ 80.00 |
| 1,320 | 550078522 | 62,446 | 13,553 | 28023564 | 1,176 | 9/27/2005 | $ 3,175.20 |
| 1,320 | 550040480 | 62,450 | 13,551 | 9351522 | 1,600 | 9/27/2005 | $ 156.00 |
| 1,320 | 550039677 | 62,451 | 13,551 | 16255275 | 460 | 9/27/2005 | $ 131.42 |
| 1,320 | 550039163 | 62,452 | 13,551 | 9359876 | 1,600 | 9/27/2005 | $ 124.80 |
| 1,320 | 550047296 | 62,453 | 13,551 | 12225870 | 900 | 9/27/2005 | $ 259.20 |
| 1,320 | 550042971 | 62,454 | 13,551 | 12233032 | 600 | 9/27/2005 | $ 348.00 |
| 1,320 | 550042971 | 62,455 | 13,551 | 12233091 | 240 | 9/27/2005 | $ 139.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,320 | 550042839 | 62,456 | 13,551 | 12239498 | 480 | 9/27/2005 | $ 112.80 |
| 1,320 | 550041776 | 62,457 | 13,551 | 9359818 | 1,400 | 9/27/2005 | $ 631.40 |
| 1,320 | 550053416 | 62,458 | 13,551 | 21002360 | 192 | 9/27/2005 | $ 177.22 |
| 1,320 | 550059053 | 62,459 | 13,553 | 28004550 | 3,456 | 9/27/2005 | $ 3,767.04 |
| 1,320 | 550059435 | 62,460 | 13,551 | 28007077 | 384 | 9/27/2005 | $ 491.52 |
| 1,320 | 550059618 | 62,461 | 13,551 | 28010484 | 100 | 9/27/2005 | $ 675.00 |
| 1,320 | 550077011 | 62,465 | 13,553 | 28020319 | 200 | 9/27/2005 | $ 84.20 |
| 1,320 | 550047296 | 62,466 | 13,554 | 122258870 | 1,800 | 9/27/2005 | $ 518.40 |
| 1,320 | 550042971 | 62,467 | 13,554 | 12233032 | 600 | 9/27/2005 | $ 348.00 |
| 1,320 | 550043398 | 62,480 | 13,570 | 12225402 | 2,016 | 9/28/2005 | $ 3,600.58 |
| 1,320 | 550044074 | 62,481 | 13,571 | 9353874 | 2,250 | 9/28/2005 | $ 230.40 |
| 1,320 | 550042613 | 62,482 | 13,571 | 9351522 | 8,800 | 9/28/2005 | $ 858.00 |
| 1,320 | 550039161 | 62,483 | 13,571 | 9359876 | 3,200 | 9/28/2005 | $ 249.60 |
| 1,320 | 550040480 | 62,484 | 13,569 | 9351522 | 800 | 9/28/2005 | $ 78.00 |
| 1,320 | 550039677 | 62,485 | 13,569 | 162552275 | 230 | 9/28/2005 | $ 65.71 |
| 1,320 | 550042995 | 62,486 | 13,569 | 12244512 | 500 | 9/28/2005 | $ 23.75 |
| 1,320 | 550042971 | 62,487 | 13,569 | 12233091 | 120 | 9/28/2005 | $ 69.60 |
| 1,320 | 550042839 | 62,488 | 13,569 | 12239498 | 480 | 9/28/2005 | $ 112.80 |
| 1,320 | 550053089 | 62,489 | 13,569 | 21001322 | 64 | 9/28/2005 | $ 97.28 |
| 1,320 | 550053416 | 62,490 | 13,569 | 21002360 | 320 | 9/28/2005 | $ 295.36 |
| 1,320 | 550059435 | 62,491 | 13,569 | 28007077 | 128 | 9/28/2005 | $ 163.84 |
| 1,320 | 550072159 | 62,492 | 13,569 | 28012912 | 1,000 | 9/28/2005 | $ 267.00 |
| 1,320 | 550077386 | 62,493 | 13,568 | 28026214 | 1,400 | 9/28/2005 | $ 93.80 |
| 1,320 | 550047200 | 62,494 | 13,568 | 12216647 | 6,000 | 9/28/2005 | $ 306.00 |
| 1,320 | 550047142 | 62,495 | 13,568 | 12208643 | 5,400 | 9/28/2005 | $ 345.60 |
| 1,320 | 550046983 | 62,496 | 13,568 | 12208647 | 2,500 | 9/28/2005 | $ 212.50 |
| 1,320 | 550046983 | 62,497 | 13,568 | 12215433 | 300 | 9/28/2005 | $ 99.00 |
| 1,320 | 550046983 | 62,498 | 13,568 | 12208644 | 120 | 9/28/2005 | $ 12.84 |
| 1,320 | 550046983 | 62,499 | 13,568 | 12217033 | 760 | 9/28/2005 | $ 321.48 |
| 1,320 | 550046440 | 62,500 | 13,568 | 12210897 | 352 | 9/28/2005 | $ 66.53 |
| 1,320 | 550046440 | 62,501 | 13,568 | 12210896 | 400 | 9/28/2005 | $ 54.80 |
| 1,320 | 550042713 | 62,502 | 13,568 | 12231488 | 1,000 | 9/28/2005 | $ 88.00 |
| 1,320 | 550042256 | 62,503 | 13,568 | 12224349 | 1,720 | 9/28/2005 | $ 1,253.88 |
| 1,320 | 550042256 | 62,504 | 13,568 | 12224351 | 2,808 | 9/28/2005 | $ 1,319.76 |
| 1,320 | 550039265 | 62,505 | 13,568 | 12228614 | 900 | 9/28/2005 | $ 144.00 |
| 1,320 | 550078014 | 62,506 | 13,569 | 12215543 | 280 | 9/28/2005 | $ 28.28 |
| 1,320 | 550044576 | 62,507 | 13,568 | 12239055 | 108 | 9/28/2005 | $ 151.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,320 | 550044237 | 62,508 | 13,568 | 12241781 | 2,640 | 9/28/2005 | $ 654.72 |
| 1,320 | 550042841 | 62,509 | 13,568 | 12234757 | 5,640 | 9/28/2005 | $ 3,479.88 |
| 1,320 | 550042713 | 62,510 | 13,568 | 12239266 | 1,500 | 9/28/2005 | $ 139.50 |
| 1,320 | 550041774 | 62,511 | 13,568 | 9359818 | 2,800 | 9/28/2005 | $ 1,262.80 |
| 1,320 | 550041758 | 62,512 | 13,568 | 22699841 | 210 | 9/28/2005 | $ 107.10 |
| 1,320 | 550058782 | 62,513 | 13,568 | 28009203 | 4,000 | 9/28/2005 | $ 380.00 |
| 1,320 | 550059053 | 62,514 | 13,568 | 28006985 | 5,616 | 9/28/2005 | $ 4,852.22 |
| 1,320 | 550070373 | 62,515 | 13,568 | 28020352 | 400 | 9/28/2005 | $ 274.00 |
| 1,320 | 550072729 | 62,516 | 13,568 | 28023595 | 1,300 | 9/28/2005 | $ 1,040.00 |
| 1,320 | 550078522 | 62,517 | 13,568 | 28023564 | 392 | 9/28/2005 | $ 1,058.40 |
| 1,320 | 550040462 | 62,537 | 13,568 | 12224335 | 1,520 | 9/28/2005 | $ 684.00 |
| 1,320 | 550055261 | 62,538 | 13,568 | 28004336 | 300 | 9/28/2005 | $ 120.90 |
| 1,320 | 550059053 | 62,539 | 13,568 | 28004550 | 4,032 | 9/28/2005 | $ 4,394.88 |
| 1,320 | 550043398 | 62,564 | 13,581 | 12225402 | 2,016 | 9/28/2005 | $ 3,600.58 |
| 1,320 | 550044074 | 62,565 | 13,582 | 9353874 | 1,800 | 9/28/2005 | $ 184.32 |
| 1,320 | 550042613 | 62,566 | 13,582 | 9351522 | 4,800 | 9/28/2005 | $ 468.00 |
| 1,320 | 550039161 | 62,567 | 13,582 | 9359876 | 4,000 | 9/28/2005 | $ 312.00 |
| 1,320 | 550040480 | 62,571 | 13,590 | 9351522 | 800 | 9/28/2005 | $ 78.00 |
| 1,320 | 550039677 | 62,572 | 13,590 | 16255275 | 460 | 9/29/2005 | $ 131.42 |
| 1,320 | 550042971 | 62,573 | 13,590 | 12242131 | 1,000 | 9/29/2005 | $ 101.00 |
| 1,320 | 550042971 | 62,574 | 13,590 | 12233091 | 60 | 9/29/2005 | $ 34.80 |
| 1,320 | 550042839 | 62,575 | 13,590 | 12239498 | 360 | 9/29/2005 | $ 84.60 |
| 1,320 | 550053416 | 62,576 | 13,590 | 21002359 | 180 | 9/29/2005 | $ 42.48 |
| 1,320 | 550053416 | 62,577 | 13,590 | 21002360 | 320 | 9/29/2005 | $ 295.36 |
| 1,320 | 550059435 | 62,578 | 13,590 | 28007077 | 64 | 9/29/2005 | $ 81.92 |
| 1,320 | 550064688 | 62,579 | 13,590 | 28004327 | 36 | 9/29/2005 | $ 93.60 |
| 1,320 | 550077386 | 62,580 | 13,590 | 28026214 | 2,100 | 9/29/2005 | $ 140.70 |
| 1,320 | 550047200 | 62,581 | 13,589 | 12216647 | 6,000 | 9/29/2005 | $ 306.00 |
| 1,320 | 550047142 | 62,582 | 13,589 | 12208643 | 7,200 | 9/29/2005 | $ 460.80 |
| 1,320 | 550046983 | 62,583 | 13,589 | 12208647 | 3,000 | 9/29/2005 | $ 255.00 |
| 1,320 | 550046983 | 62,584 | 13,589 | 12208644 | 240 | 9/29/2005 | $ 25.68 |
| 1,320 | 550046983 | 62,585 | 13,589 | 12217033 | 960 | 9/29/2005 | $ 406.08 |
| 1,320 | 550046440 | 62,586 | 13,589 | 12210897 | 176 | 9/29/2005 | $ 33.26 |
| 1,320 | 550046440 | 62,587 | 13,589 | 12210896 | 200 | 9/29/2005 | $ 27.40 |
| 1,320 | 550042841 | 62,588 | 13,589 | 12234757 | 6,000 | 9/29/2005 | $ 3,702.00 |
| 1,320 | 550042713 | 62,589 | 13,589 | 12231488 | 1,500 | 9/29/2005 | $ 132.00 |
| 1,320 | 550042713 | 62,590 | 13,589 | 12239266 | 1,000 | 9/29/2005 | $ 93.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,320 | 550042256 | 62,591 | 13,589 | 122224349 | 1,660 | 9/29/2005 | $ 1,210.14 |
| 1,320 | 550042256 | 62,592 | 13,589 | 122224351 | 2,808 | 9/29/2005 | $ 1,319.76 |
| 1,320 | 550040462 | 62,593 | 13,589 | 10338613 | 280 | 9/29/2005 | $ 125.72 |
| 1,320 | 550040462 | 62,594 | 13,589 | 122224335 | 760 | 9/29/2005 | $ 342.00 |
| 1,320 | 550039265 | 62,595 | 13,589 | 122228614 | 900 | 9/29/2005 | $ 144.00 |
| 1,320 | 550044237 | 62,597 | 13,589 | 12241781 | 3,000 | 9/29/2005 | $ 744.00 |
| 1,320 | 550041774 | 62,598 | 13,589 | 9359818 | 2,800 | 9/29/2005 | $ 1,262.80 |
| 1,320 | 550041758 | 62,599 | 13,589 | 22699841 | 210 | 9/29/2005 | $ 107.10 |
| 1,320 | 550041065 | 62,600 | 13,589 | 9352297 | 36 | 9/29/2005 | $ 64.38 |
| 1,320 | 550055261 | 62,601 | 13,589 | 28004336 | 300 | 9/29/2005 | $ 120.90 |
| 1,320 | 550054894 | 62,602 | 13,589 | 122242131 | 19,200 | 9/29/2005 | $ 1,939.20 |
| 1,320 | 550058782 | 62,603 | 13,589 | 28009203 | 5,000 | 9/29/2005 | $ 475.00 |
| 1,320 | 550059053 | 62,604 | 13,589 | 28004550 | 2,880 | 9/29/2005 | $ 3,139.20 |
| 1,320 | 550059053 | 62,605 | 13,589 | 28006985 | 5,616 | 9/29/2005 | $ 4,852.22 |
| 1,320 | 550070373 | 62,606 | 13,589 | 28020352 | 1,600 | 9/29/2005 | $ 1,096.00 |
| 1,320 | 550072729 | 62,607 | 13,589 | 28023595 | 1,200 | 9/29/2005 | $ 960.00 |
| 1,320 | 550078522 | 62,608 | 13,589 | 28023564 | 504 | 9/29/2005 | $ 1,360.80 |
| 1,320 | 550040480 | 62,623 | 13,591 | 9351522 | 2,400 | 9/29/2005 | $ 234.00 |
| 1,320 | 550047296 | 62,624 | 13,591 | 122225870 | 500 | 9/29/2005 | $ 144.00 |
| 1,320 | 550042971 | 62,625 | 13,590 | 122233032 | 240 | 9/29/2005 | $ 139.20 |
| 1,320 | 550039265 | 62,626 | 13,589 | 122228614 | 450 | 9/29/2005 | $ 72.00 |
| 1,320 | 550059053 | 62,627 | 13,589 | 210002359 | 3,600 | 9/29/2005 | $ 849.60 |
| 1,320 | 550044074 | 62,664 | 13,601 | 9353874 | 1,350 | 9/30/2005 | $ 138.24 |
| 1,320 | 550042613 | 62,665 | 13,601 | 9351522 | 7,200 | 9/30/2005 | $ 702.00 |
| 1,320 | 550039161 | 62,666 | 13,601 | 9359876 | 2,400 | 9/30/2005 | $ 187.20 |
| 1,320 | 550053119 | 62,667 | 13,601 | 122237454 | 2,142 | 9/30/2005 | $ 2,698.92 |
| 1,320 | 550063885 | 62,668 | 13,601 | 21000495 | 1,280 | 9/30/2005 | $ 2,169.60 |
| 1,320 | 550047142 | 62,670 | 13,606 | 12208643 | 7,200 | 9/30/2005 | $ 460.80 |
| 1,320 | 550046983 | 62,671 | 13,606 | 122217033 | 840 | 9/30/2005 | $ 355.32 |
| 1,320 | 550041776 | 62,672 | 13,605 | 9359818 | 1,400 | 9/30/2005 | $ 631.40 |
| 1,320 | 550044237 | 62,673 | 13,606 | 12241781 | 2,880 | 9/30/2005 | $ 714.24 |
| 1,320 | 550042841 | 62,674 | 13,606 | 122234757 | 5,880 | 9/30/2005 | $ 3,627.96 |
| 1,320 | 550042256 | 62,675 | 13,606 | 122224349 | 1,660 | 9/30/2005 | $ 1,210.14 |
| 1,320 | 550040462 | 62,676 | 13,606 | 122224335 | 800 | 9/30/2005 | $ 360.00 |
| 1,320 | 550053416 | 62,677 | 13,605 | 210002360 | 320 | 9/30/2005 | $ 295.36 |
| 1,320 | 550059053 | 62,678 | 13,606 | 28004550 | 2,880 | 9/30/2005 | $ 3,139.20 |
| 1,320 | 550078522 | 62,679 | 13,606 | 28023564 | 504 | 9/30/2005 | $ 1,360.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,320 | 550043398 | 62,688 | 13,602 | 12225402 | 1,728 | 9/30/2005 | $ 3,086.21 |
| 1,320 | 550047200 | 62,696 | 13,606 | 12216647 | 6,000 | 9/30/2005 | $ 306.00 |
| 1,320 | 550046983 | 62,697 | 13,606 | 12208647 | 3,000 | 9/30/2005 | $ 255.00 |
| 1,320 | 550046983 | 62,698 | 13,606 | 12208644 | 240 | 9/30/2005 | $ 25.68 |
| 1,320 | 550046440 | 62,699 | 13,606 | 12210897 | 176 | 9/30/2005 | $ 33.26 |
| 1,320 | 550046440 | 62,700 | 13,606 | 12210896 | 200 | 9/30/2005 | $ 27.40 |
| 1,320 | 550042713 | 62,701 | 13,606 | 12231488 | 1,000 | 9/30/2005 | $ 88.00 |
| 1,320 | 550040462 | 62,702 | 13,606 | 10338613 | 70 | 9/30/2005 | $ 31.43 |
| 1,320 | 550039265 | 62,703 | 13,606 | 12228614 | 450 | 9/30/2005 | $ 72.00 |
| 1,320 | 550044576 | 62,704 | 13,606 | 12239055 | 216 | 9/30/2005 | $ 302.40 |
| 1,320 | 550042713 | 62,705 | 13,606 | 12239266 | 1,000 | 9/30/2005 | $ 93.00 |
| 1,320 | 550041758 | 62,706 | 13,606 | 22699841 | 210 | 9/30/2005 | $ 107.10 |
| 1,320 | 550041310 | 62,707 | 13,606 | 16246277 | 12,600 | 9/30/2005 | $ 786.24 |
| 1,320 | 550041065 | 62,708 | 13,606 | 9352297 | 36 | 9/30/2005 | $ 64.38 |
| 1,320 | 550041065 | 62,709 | 13,606 | 9352296 | 24 | 9/30/2005 | $ 48.26 |
| 1,320 | 550055261 | 62,710 | 13,606 | 28004336 | 300 | 9/30/2005 | $ 120.90 |
| 1,320 | 550054894 | 62,711 | 13,606 | 12242131 | 2,400 | 9/30/2005 | $ 242.40 |
| 1,320 | 550058782 | 62,712 | 13,606 | 28009203 | 5,000 | 9/30/2005 | $ 475.00 |
| 1,320 | 550059053 | 62,713 | 13,606 | 21002359 | 5,220 | 9/30/2005 | $ 1,231.92 |
| 1,320 | 550062901 | 62,714 | 13,604 | 9388310 | 192 | 9/30/2005 | $ 872.58 |
| 1,320 | 550070373 | 62,715 | 13,606 | 28020352 | 1,600 | 9/30/2005 | $ 1,096.00 |
| 1,320 | 550072729 | 62,716 | 13,606 | 28023595 | 1,200 | 9/30/2005 | $ 960.00 |
| 1,320 | 550039677 | 62,717 | 13,605 | 16255275 | 230 | 9/30/2005 | $ 65.71 |
| 1,320 | 550047296 | 62,718 | 13,605 | 12225870 | 300 | 9/30/2005 | $ 86.40 |
| 1,320 | 550042971 | 62,719 | 13,605 | 12233032 | 1,020 | 9/30/2005 | $ 591.60 |
| 1,320 | 550042971 | 62,720 | 13,606 | 12242131 | 800 | 9/30/2005 | $ 80.80 |
| 1,320 | 550042971 | 62,721 | 13,605 | 12233091 | 120 | 9/30/2005 | $ 69.60 |
| 1,320 | 550042256 | 62,722 | 13,606 | 12224351 | 2,808 | 9/30/2005 | $ 1,319.76 |
| 1,320 | 550041774 | 62,723 | 13,606 | 9359818 | 2,800 | 9/30/2005 | $ 1,262.80 |
| 1,320 | 550039159 | 62,724 | 13,606 | 9359876 | 800 | 9/30/2005 | $ 62.40 |
| 1,320 | 550059435 | 62,725 | 13,605 | 28007077 | 96 | 9/30/2005 | $ 122.88 |
| 1,320 | 550064688 | 62,726 | 13,605 | 28004327 | 72 | 9/30/2005 | $ 187.20 |
| 1,320 | 550072159 | 62,727 | 13,605 | 28012912 | 1,000 | 9/30/2005 | $ 267.00 |
| 1,320 | 550077386 | 62,728 | 13,605 | 28026214 | 2,100 | 9/30/2005 | $ 140.70 |
| 1,320 | 550078522 | 62,729 | 13,606 | 28017603 | 300 | 9/30/2005 | $ 182.70 |
| 1,320 | 550077853 | 62,730 | 13,605 | 12208643 | 1,800 | 9/30/2005 | $ 115.20 |
| 1,320 | 550053416 | 62,731 | 13,605 | 21002359 | 270 | 9/30/2005 | $ 63.72 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,320 | 550043398 | 62,775 | 13,620 | 12225402 | 1,728 | 10/3/2005 | $ 3,086.21 |
| 1,320 | 550044074 | 62,776 | 13,621 | 9353874 | 2,250 | 10/3/2005 | $ 230.40 |
| 1,320 | 550042613 | 62,777 | 13,621 | 9351522 | 6,400 | 10/3/2005 | $ 624.00 |
| 1,320 | 550039161 | 62,778 | 13,621 | 9351522 | 2,400 | 10/3/2005 | $ 187.20 |
| 1,320 | 550040480 | 62,783 | 13,624 | 9351522 | 800 | 10/3/2005 | $ 78.00 |
| 1,320 | 550039677 | 62,784 | 13,624 | 16255275 | 460 | 10/3/2005 | $ 131.42 |
| 1,320 | 550039163 | 62,785 | 13,624 | 9359876 | 800 | 10/3/2005 | $ 62.40 |
| 1,320 | 550047200 | 62,786 | 13,623 | 12216647 | 6,000 | 10/3/2005 | $ 306.00 |
| 1,320 | 550047142 | 62,787 | 13,623 | 12208643 | 7,200 | 10/3/2005 | $ 460.80 |
| 1,320 | 550046983 | 62,788 | 13,623 | 12208647 | 3,000 | 10/3/2005 | $ 255.00 |
| 1,320 | 550046983 | 62,789 | 13,623 | 12216648 | 250 | 10/3/2005 | $ 37.00 |
| 1,320 | 550046983 | 62,790 | 13,623 | 12217033 | 1,120 | 10/3/2005 | $ 473.76 |
| 1,320 | 550046440 | 62,791 | 13,623 | 12210897 | 352 | 10/3/2005 | $ 66.53 |
| 1,320 | 550046440 | 62,792 | 13,623 | 12210896 | 200 | 10/3/2005 | $ 27.40 |
| 1,320 | 550047296 | 62,793 | 13,623 | 12225870 | 500 | 10/3/2005 | $ 144.00 |
| 1,320 | 550042971 | 62,794 | 13,624 | 12242131 | 600 | 10/3/2005 | $ 60.60 |
| 1,320 | 550042971 | 62,795 | 13,624 | 12233091 | 60 | 10/3/2005 | $ 34.80 |
| 1,320 | 550042242 | 62,796 | 13,624 | 9394246 | 576 | 10/3/2005 | $ 545.47 |
| 1,320 | 550044237 | 62,797 | 13,623 | 12241781 | 2,880 | 10/3/2005 | $ 714.24 |
| 1,320 | 550042841 | 62,798 | 13,623 | 12234757 | 5,640 | 10/3/2005 | $ 3,479.88 |
| 1,320 | 550042713 | 62,799 | 13,623 | 12231488 | 1,000 | 10/3/2005 | $ 88.00 |
| 1,320 | 550042713 | 62,800 | 13,623 | 12239266 | 1,500 | 10/3/2005 | $ 139.50 |
| 1,320 | 550042256 | 62,801 | 13,623 | 12224349 | 1,500 | 10/3/2005 | $ 1,093.50 |
| 1,320 | 550042256 | 62,802 | 13,623 | 12224351 | 5,616 | 10/3/2005 | $ 2,639.52 |
| 1,320 | 550041774 | 62,803 | 13,623 | 9359818 | 2,800 | 10/3/2005 | $ 1,262.80 |
| 1,320 | 550040462 | 62,804 | 13,623 | 103386 13 | 280 | 10/3/2005 | $ 125.72 |
| 1,320 | 550040462 | 62,805 | 13,623 | 12224335 | 800 | 10/3/2005 | $ 360.00 |
| 1,320 | 550039265 | 62,806 | 13,623 | 12228614 | 900 | 10/3/2005 | $ 144.00 |
| 1,320 | 550053416 | 62,807 | 13,624 | 210002359 | 270 | 10/3/2005 | $ 63.72 |
| 1,320 | 550053416 | 62,808 | 13,624 | 210002360 | 320 | 10/3/2005 | $ 295.36 |
| 1,320 | 550055261 | 62,809 | 13,623 | 28004336 | 300 | 10/3/2005 | $ 120.90 |
| 1,320 | 550054894 | 62,810 | 13,623 | 12242131 | 5,200 | 10/3/2005 | $ 525.20 |
| 1,320 | 550058782 | 62,811 | 13,623 | 28009203 | 5,000 | 10/3/2005 | $ 475.00 |
| 1,320 | 550059053 | 62,812 | 13,623 | 28004550 | 2,880 | 10/3/2005 | $ 3,139.20 |
| 1,320 | 550059053 | 62,813 | 13,623 | 210002359 | 1,530 | 10/3/2005 | $ 361.08 |
| 1,320 | 550059053 | 62,814 | 13,623 | 28006985 | 156 | 10/3/2005 | $ 134.78 |
| 1,320 | 550059435 | 62,815 | 13,624 | 28007077 | 64 | 10/3/2005 | $ 81.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,320 | 550064688 | 62,816 | 13,624 | 28004327 | 72 | 10/3/2005 | $ 187.20 |
| 1,320 | 550070373 | 62,817 | 13,623 | 28020352 | 1,600 | 10/3/2005 | $ 1,096.00 |
| 1,320 | 550072159 | 62,818 | 13,624 | 28012912 | 1,000 | 10/3/2005 | $ 267.00 |
| 1,320 | 550072729 | 62,819 | 13,623 | 28023595 | 1,100 | 10/3/2005 | $ 880.00 |
| 1,320 | 550077011 | 62,820 | 13,623 | 28020319 | 100 | 10/3/2005 | $ 42.10 |
| 1,320 | 550078522 | 62,821 | 13,623 | 28017601 | 180 | 10/3/2005 | $ 67.50 |
| 1,320 | 550078522 | 62,822 | 13,623 | 28017602 | 180 | 10/3/2005 | $ 65.70 |
| 1,320 | 550078522 | 62,823 | 13,623 | 28017603 | 500 | 10/3/2005 | $ 304.50 |
| 1,320 | 550078522 | 62,824 | 13,623 | 28023564 | 504 | 10/3/2005 | $ 1,360.80 |
| 1,320 | 550077853 | 62,825 | 13,624 | 12208643 | 1,800 | 10/3/2005 | $ 115.20 |
| 1,320 | 550064688 | 62,860 | 13,632 | 28004326 | 600 | 10/3/2005 | $ 269.40 |
| 1,320 | 550043398 | 62,872 | 13,639 | 122225402 | 2,016 | 10/4/2005 | $ 3,600.58 |
| 1,320 | 550059053 | 62,873 | 13,647 | 28004550 | 3,456 | 10/4/2005 | $ 3,767.04 |
| 1,320 | 550047200 | 62,878 | 13,647 | 12216647 | 4,000 | 10/4/2005 | $ 204.00 |
| 1,320 | 550047142 | 62,879 | 13,647 | 12208643 | 1,800 | 10/4/2005 | $ 115.20 |
| 1,320 | 550046983 | 62,880 | 13,647 | 12208647 | 2,500 | 10/4/2005 | $ 212.50 |
| 1,320 | 550046983 | 62,881 | 13,647 | 12208644 | 720 | 10/4/2005 | $ 77.04 |
| 1,320 | 550046440 | 62,882 | 13,647 | 12210897 | 176 | 10/4/2005 | $ 33.26 |
| 1,320 | 550046440 | 62,883 | 13,647 | 12210896 | 200 | 10/4/2005 | $ 27.40 |
| 1,320 | 550042841 | 62,884 | 13,647 | 12234757 | 2,760 | 10/4/2005 | $ 1,702.92 |
| 1,320 | 550042713 | 62,885 | 13,647 | 12231488 | 500 | 10/4/2005 | $ 44.00 |
| 1,320 | 550042713 | 62,886 | 13,647 | 12239266 | 500 | 10/4/2005 | $ 46.50 |
| 1,320 | 550042256 | 62,887 | 13,647 | 122244349 | 40 | 10/4/2005 | $ 29.16 |
| 1,320 | 550042256 | 62,888 | 13,647 | 12224351 | 5,616 | 10/4/2005 | $ 2,639.52 |
| 1,320 | 550041310 | 62,889 | 13,647 | 162246277 | 8,400 | 10/4/2005 | $ 524.16 |
| 1,320 | 550040462 | 62,890 | 13,647 | 122224335 | 840 | 10/4/2005 | $ 378.00 |
| 1,320 | 550055261 | 62,891 | 13,647 | 28004336 | 300 | 10/4/2005 | $ 120.90 |
| 1,320 | 550058782 | 62,892 | 13,647 | 28009203 | 7,000 | 10/4/2005 | $ 665.00 |
| 1,320 | 550078522 | 62,893 | 13,647 | 28017601 | 1,800 | 10/4/2005 | $ 675.00 |
| 1,320 | 550078522 | 62,894 | 13,647 | 28017602 | 1,800 | 10/4/2005 | $ 657.00 |
| 1,320 | 550040480 | 62,900 | 13,646 | 9351522 | 800 | 10/4/2005 | $ 78.00 |
| 1,320 | 550077386 | 62,901 | 13,646 | 28026214 | 4,900 | 10/4/2005 | $ 328.30 |
| 1,320 | 550079380 | 62,902 | 13,646 | 28013941 | 200 | 10/4/2005 | $ 149.00 |
| 1,320 | 550079380 | 62,903 | 13,646 | 28016216 | 200 | 10/4/2005 | $ 102.00 |
| 1,320 | 550040374 | 62,904 | 13,646 | 12233707 | 80 | 10/4/2005 | $ 32.16 |
| 1,320 | 550042971 | 62,905 | 13,646 | 12233032 | 480 | 10/4/2005 | $ 278.40 |
| 1,320 | 550042971 | 62,906 | 13,646 | 12242131 | 200 | 10/4/2005 | $ 20.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,320 | 550042839 | 62,907 | 13,646 | 12239498 | 960 | 10/4/2005 | $ 225.60 |
| 1,320 | 550053089 | 62,908 | 13,646 | 21001322 | 128 | 10/4/2005 | $ 194.56 |
| 1,320 | 550059618 | 62,909 | 13,646 | 28010484 | 100 | 10/4/2005 | $ 675.00 |
| 1,320 | 550063680 | 62,910 | 13,646 | 28001735 | 176 | 10/4/2005 | $ 138.69 |
| 1,320 | 550078522 | 62,911 | 13,647 | 28017603 | 1,600 | 10/4/2005 | $ 974.40 |
| 1,320 | 550079380 | 62,912 | 13,646 | 28008895 | 200 | 10/4/2005 | $ 258.00 |
| 1,320 | 550079380 | 62,913 | 13,646 | 28008900 | 180 | 10/4/2005 | $ 189.00 |
| 1,320 | 550079380 | 62,914 | 13,646 | 28008908 | 264 | 10/4/2005 | $ 183.48 |
| 1,320 | 550079380 | 62,915 | 13,646 | 28008911 | 160 | 10/4/2005 | $ 89.60 |
| 1,320 | 550079380 | 62,916 | 13,646 | 28008912 | 300 | 10/4/2005 | $ 66.00 |
| 1,320 | 550079380 | 62,917 | 13,646 | 28008913 | 450 | 10/4/2005 | $ 130.50 |
| 1,320 | 550079380 | 62,918 | 13,646 | 28008992 | 150 | 10/4/2005 | $ 51.00 |
| 1,320 | 550079380 | 62,919 | 13,646 | 28008994 | 200 | 10/4/2005 | $ 272.00 |
| 1,320 | 550079380 | 62,920 | 13,646 | 28008996 | 180 | 10/4/2005 | $ 720.00 |
| 1,320 | 550079380 | 62,921 | 13,646 | 28013927 | 180 | 10/4/2005 | $ 155.70 |
| 1,320 | 550044074 | 62,922 | 13,645 | 9353874 | 3,150 | 10/4/2005 | $ 322.56 |
| 1,320 | 550042613 | 62,923 | 13,645 | 9351522 | 5,600 | 10/4/2005 | $ 546.00 |
| 1,320 | 550039161 | 62,924 | 13,645 | 9359876 | 2,400 | 10/4/2005 | $ 187.20 |
| 1,320 | 450141532 | 62,925 | 13,645 | 28008911 | 320 | 10/4/2005 | $ 179.20 |
| 1,320 | 450141532 | 62,926 | 13,645 | 28013941 | 200 | 10/4/2005 | $ 149.00 |
| 1,320 | 450141532 | 62,927 | 13,645 | 28008895 | 200 | 10/4/2005 | $ 258.00 |
| 1,320 | 450141532 | 62,928 | 13,645 | 28008900 | 240 | 10/4/2005 | $ 252.00 |
| 1,320 | 450141532 | 62,929 | 13,645 | 28008908 | 264 | 10/4/2005 | $ 183.48 |
| 1,320 | 450141532 | 62,930 | 13,645 | 28008996 | 216 | 10/4/2005 | $ 864.00 |
| 1,320 | 450141532 | 62,931 | 13,645 | 28008912 | 300 | 10/4/2005 | $ 66.00 |
| 1,320 | 450141532 | 62,932 | 13,645 | 28008913 | 450 | 10/4/2005 | $ 130.50 |
| 1,320 | 450141532 | 62,933 | 13,645 | 28008992 | 300 | 10/4/2005 | $ 102.00 |
| 1,320 | 450141532 | 62,934 | 13,645 | 28008994 | 280 | 10/4/2005 | $ 380.80 |
| 1,320 | 450141532 | 62,935 | 13,645 | 28013927 | 270 | 10/4/2005 | $ 233.55 |
| 1,320 | 450141532 | 62,936 | 13,645 | 28016216 | 200 | 10/4/2005 | $ 102.00 |
| 1,320 | 550042839 | 62,946 | 13,650 | 12239498 | 1,440 | 10/4/2005 | $ 338.40 |
| 1,320 | 550053089 | 62,947 | 13,650 | 21001322 | 192 | 10/4/2005 | $ 291.84 |
| 1,320 | 550063680 | 62,948 | 13,650 | 28001752 | 240 | 10/4/2005 | $ 332.40 |
| 1,320 | 550079436 | 62,957 | 13,653 | 28039570 | 908 | 10/4/2005 | $ 4,894.12 |
| 1,320 | 550044074 | 62,964 | 13,658 | 9353874 | 3,150 | 10/5/2005 | $ 322.56 |
| 1,320 | 550042613 | 62,965 | 13,658 | 9351522 | 5,600 | 10/5/2005 | $ 546.00 |
| 1,320 | 550039161 | 62,966 | 13,658 | 9359876 | 4,000 | 10/5/2005 | $ 312.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,320 | 5500047200 | 62,967 | 12216647 | 6,000 | 10/5/2005 | $ 306.00 |
| 1,320 | 5500047142 | 62,968 | 12208643 | 7,200 | 10/5/2005 | $ 460.80 |
| 1,320 | 5500046983 | 62,969 | 12208647 | 3,000 | 10/5/2005 | $ 255.00 |
| 1,320 | 5500046983 | 62,970 | 12208648 | 120 | 10/5/2005 | $ 77.52 |
| 1,320 | 5500046983 | 62,971 | 12215433 | 300 | 10/5/2005 | $ 99.00 |
| 1,320 | 5500046983 | 62,972 | 12208644 | 720 | 10/5/2005 | $ 77.04 |
| 1,320 | 5500042713 | 62,973 | 12217033 | 800 | 10/5/2005 | $ 338.40 |
| 1,320 | 5500042256 | 62,974 | 12231488 | 1,500 | 10/5/2005 | $ 132.00 |
| 1,320 | 5500042256 | 62,975 | 12224349 | 2,040 | 10/5/2005 | $ 1,487.16 |
| 1,320 | 5500040462 | 62,976 | 12224351 | 4,212 | 10/5/2005 | $ 1,979.64 |
| 1,320 | 5500040462 | 62,977 | 10338613 | 210 | 10/5/2005 | $ 94.29 |
| 1,320 | 5500039265 | 62,978 | 12224335 | 480 | 10/5/2005 | $ 216.00 |
| 1,320 | 5500044576 | 62,979 | 12228614 | 450 | 10/5/2005 | $ 72.00 |
| 1,320 | 5500044576 | 62,980 | 12239054 | 162 | 10/5/2005 | $ 67.88 |
| 1,320 | 5500044237 | 62,981 | 12239055 | 162 | 10/5/2005 | $ 226.80 |
| 1,320 | 5500042841 | 62,982 | 12241781 | 1,800 | 10/5/2005 | $ 446.40 |
| 1,320 | 5500042713 | 62,983 | 12234757 | 5,880 | 10/5/2005 | $ 3,627.96 |
| 1,320 | 5500041758 | 62,984 | 12239266 | 1,500 | 10/5/2005 | $ 139.50 |
| 1,320 | 5500055261 | 62,985 | 22699841 | 700 | 10/5/2005 | $ 357.00 |
| 1,320 | 5500054894 | 62,986 | 28004336 | 300 | 10/5/2005 | $ 120.90 |
| 1,320 | 5500059053 | 62,987 | 12242131 | 3,400 | 10/5/2005 | $ 343.40 |
| 1,320 | 5500058782 | 62,988 | 21002359 | 4,230 | 10/5/2005 | $ 998.28 |
| 1,320 | 5500059053 | 62,989 | 28009203 | 4,500 | 10/5/2005 | $ 427.50 |
| 1,320 | 5500059053 | 62,990 | 28004550 | 3,456 | 10/5/2005 | $ 3,767.04 |
| 1,320 | 5500070373 | 62,991 | 28006985 | 702 | 10/5/2005 | $ 606.53 |
| 1,320 | 5500078522 | 62,992 | 28020352 | 400 | 10/5/2005 | $ 274.00 |
| 1,320 | 5500078522 | 62,993 | 28017601 | 540 | 10/5/2005 | $ 202.50 |
| 1,320 | 5500078522 | 62,994 | 28017602 | 540 | 10/5/2005 | $ 197.10 |
| 1,320 | 5500078522 | 62,995 | 28017603 | 600 | 10/5/2005 | $ 365.40 |
| 1,320 | 5500043398 | 62,996 | 28023564 | 280 | 10/5/2005 | $ 756.00 |
| 1,320 | 5500041774 | 62,997 | 12225402 | 1,728 | 10/5/2005 | $ 3,086.21 |
| 1,320 | 5500040480 | 62,998 | 9359818 | 1,400 | 10/5/2005 | $ 631.40 |
| 1,320 | 5500040374 | 62,999 | 9351522 | 800 | 10/5/2005 | $ 78.00 |
| 1,320 | 5500042971 | 63,000 | 12237707 | 80 | 10/5/2005 | $ 32.16 |
| 1,320 | 5500042971 | 63,001 | 12233032 | 900 | 10/5/2005 | $ 522.00 |
| 1,320 | 5500042971 | 63,002 | 12242131 | 600 | 10/5/2005 | $ 60.60 |
| 1,320 | 5500042971 | 63,003 | 12233091 | 60 | 10/5/2005 | $ 34.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,320 | 550042839 | 63,004 | 13,660 | 12239498 | 480 | 10/5/2005 | $ 112.80 |
| 1,320 | 550041776 | 63,005 | 13,660 | 9359818 | 1,400 | 10/5/2005 | $ 631.40 |
| 1,320 | 550053416 | 63,006 | 13,660 | 21002360 | 384 | 10/5/2005 | $ 354.43 |
| 1,320 | 550059435 | 63,007 | 13,660 | 28007077 | 64 | 10/5/2005 | $ 81.92 |
| 1,320 | 550063680 | 63,008 | 13,660 | 28001735 | 88 | 10/5/2005 | $ 69.34 |
| 1,320 | 550064688 | 63,009 | 13,660 | 28004327 | 36 | 10/5/2005 | $ 93.60 |
| 1,320 | 550077386 | 63,010 | 13,660 | 28026214 | 4,900 | 10/5/2005 | $ 328.30 |
| 1,320 | 550064688 | 63,031 | 13,667 | 28004326 | 480 | 10/5/2005 | $ 215.52 |
| 1,320 | 550063680 | 63,036 | 13,670 | 28001735 | 176 | 10/5/2005 | $ 138.69 |
| 1,320 | 550044074 | 63,043 | 13,675 | 9353874 | 2,700 | 10/6/2005 | $ 276.48 |
| 1,320 | 550042613 | 63,044 | 13,675 | 9351522 | 6,400 | 10/6/2005 | $ 624.00 |
| 1,320 | 550039161 | 63,045 | 13,675 | 9359876 | 4,000 | 10/6/2005 | $ 312.00 |
| 1,320 | 550042971 | 63,052 | 13,683 | 12233032 | 420 | 10/6/2005 | $ 243.60 |
| 1,320 | 550042971 | 63,053 | 13,683 | 12233091 | 60 | 10/6/2005 | $ 34.80 |
| 1,320 | 550042839 | 63,054 | 13,683 | 12239498 | 480 | 10/6/2005 | $ 112.80 |
| 1,320 | 550078014 | 63,079 | 13,683 | 12215543 | 280 | 10/6/2005 | $ 28.28 |
| 1,320 | 550043398 | 63,080 | 13,674 | 12225402 | 2,016 | 10/6/2005 | $ 3,600.58 |
| 1,320 | 550040480 | 63,081 | 13,683 | 9351522 | 1,600 | 10/6/2005 | $ 156.00 |
| 1,320 | 550042971 | 63,082 | 13,683 | 12242131 | 400 | 10/6/2005 | $ 40.40 |
| 1,320 | 550053089 | 63,083 | 13,683 | 21001322 | 64 | 10/6/2005 | $ 97.28 |
| 1,320 | 550053416 | 63,084 | 13,683 | 21002360 | 384 | 10/6/2005 | $ 354.43 |
| 1,320 | 550059435 | 63,085 | 13,683 | 28007077 | 96 | 10/6/2005 | $ 122.88 |
| 1,320 | 550062901 | 63,087 | 13,676 | 9388310 | 768 | 10/6/2005 | $ 3,490.33 |
| 1,320 | 550077386 | 63,089 | 13,683 | 28026214 | 2,800 | 10/6/2005 | $ 187.60 |
| 1,320 | 550077853 | 63,106 | 13,683 | 122208643 | 3,600 | 10/6/2005 | $ 230.40 |
| 1,320 | 550040480 | 63,143 | 13,702 | 9351522 | 800 | 10/7/2005 | $ 78.00 |
| 1,320 | 550042971 | 63,144 | 13,702 | 12233032 | 420 | 10/7/2005 | $ 243.60 |
| 1,320 | 550042971 | 63,145 | 13,702 | 12242131 | 800 | 10/7/2005 | $ 80.80 |
| 1,320 | 550042971 | 63,146 | 13,702 | 12233091 | 120 | 10/7/2005 | $ 69.60 |
| 1,320 | 550042839 | 63,147 | 13,702 | 12239498 | 240 | 10/7/2005 | $ 56.40 |
| 1,320 | 550053089 | 63,151 | 13,702 | 21001322 | 32 | 10/7/2005 | $ 48.64 |
| 1,320 | 550053416 | 63,152 | 13,702 | 21002360 | 160 | 10/7/2005 | $ 147.68 |
| 1,320 | 550059435 | 63,153 | 13,702 | 28007077 | 96 | 10/7/2005 | $ 122.88 |
| 1,320 | 550063843 | 63,154 | 13,702 | 28003735 | 250 | 10/7/2005 | $ 25.00 |
| 1,320 | 550072159 | 63,156 | 13,702 | 28012912 | 1,000 | 10/7/2005 | $ 267.00 |
| 1,320 | 550077386 | 63,157 | 13,702 | 28026214 | 3,500 | 10/7/2005 | $ 234.50 |

$ 887,660.10