FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT  SOUTHERN  DISTRICT OF  NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Delphi Automotive Systems, LLC | 05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Grigoleit Company, The<br><br>Name and address where notices should be sent:<br>The Grigoleit Company<br>2000 N. Woodford St.<br>P. O. Box 831<br>Decatur, IL 62525-0831<br>Telephone number: 217-429-5411 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies debtor:<br>DUNS No. 005199070<br>Vendor Nos. 1007941 or 1007959 | Check here ☐ replaces<br>if this claim ☐ amends     a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**

☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
          (date)          (date)

| 2. Date debt was incurred: Tooling Expediting Charge 2/18/05; invoice dates 7/26/05 to 10/8/05 | 3. If court judgment, date obtained:<br>N/A |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $  259,605.47 _____ _____ _____  259,605.47
                                    (unsecured)      (secured)    (priority)         (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other_____

Value of Collateral:    $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $  259,605.47

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority  $ _____
Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

| **8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br><br>**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br><br>**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date<br><br>7-19-06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): The Grigoleit Company<br>By: _Dean H. Ortinau_  (Dean H. Ortinau, Controller) |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

THE GRIGOLEIT COMPANY
PROOF OF CLAIM SUMMARY
FOR 10-08-05

| INVOICE NUMBER | INVOICE DATE | P.O. NUMBER | DELPHI PART # | ASN NUMBER OR REFERENCE ID | $ AMOUNT |
|---|---|---|---|---|---|
| 106112 | 09/27/05 | 0550061073 | 16135921 | GA00007621 | 1142.00 |
| 105893 | 07/27/05 | 0550069088 | 28014594 | GA00007182 | 13377.00 |
| 105905 | 07/29/05 | 0550069088 | 28014594 | GA00007183 | 2058.00 |
| 105921 | 08/02/05 | 0550069088 | 28014594 | GA00007184 | 13377.00 |
| 105945 | 08/09/05 | 0550069088 | 28014594 | GA00007185 | 12348.00 |
| 105964 | 08/17/05 | 0550069088 | 28014594 | GA00007386 | 3087.00 |
| 105962 | 08/16/05 | 0550069088 | 28014594 | GA00007384 | 10290.00 |
| 105996 | 08/23/05 | 0550069088 | 28014594 | GA00007394 | 10290.00 |
| 106032 | 09/02/05 | 0550069088 | 28014594 | GA00007396 | 2058.00 |
| 106030 | 09/01/05 | 0550069088 | 28014594 | GA00007465 | 2058.00 |
| 105892 | 07/26/05 | 0550070762 | 28008325 | GA00007187 | 16731.00 |
| 105920 | 08/02/05 | 0550070762 | 28008325 | GA00007188 | 13384.80 |
| 105961 | 08/16/05 | 0550070762 | 28008325 | GA00007189 | 13384.80 |
| 105963 | 08/17/05 | 0550070762 | 28008325 | GA00007382 | 2230.80 |
| 105969 | 08/19/05 | 0550070762 | 28008325 | GA00007398 | 1115.40 |
| 105970 | 08/19/05 | 0550070762 | 28008325 | GA00007399 | 1115.40 |
| 105995 | 08/23/05 | 0550070762 | 28008325 | GA00007400 | 2788.50 |
| 105994 | 08/23/05 | 0550070762 | 28008325 | GA00007401 | 1115.40 |
| 105999 | 08/25/05 | 0550070762 | 28008325 | GA00007466 | 2788.50 |
| 106000 | 08/26/05 | 0550070762 | 28008325 | GA00007471 | 2788.50 |
| 106007 | 08/29/05 | 0550070762 | 28008325 | GA00007472 | 2788.50 |
| 106022 | 08/30/05 | 0550070762 | 28008325 | GA00007473 | 2788.50 |
| 106024 | 08/31/05 | 0550070762 | 28008325 | GA00007505 | 2230.80 |
| 106029 | 09/01/05 | 0550070762 | 28008325 | GA00007506 | 2230.80 |
| 106031 | 09/02/05 | 0550070762 | 28008325 | GA00007507 | 2230.80 |
| 106033 | 09/06/05 | 0550070762 | 28008325 | GA00007508 | 2788.50 |
| 106038 | 09/07/05 | 0550070762 | 28008325 | GA00007509 | 2230.80 |
| 106046 | 09/08/05 | 0550070762 | 28008325 | GA00007510 | 2788.50 |
| 106057 | 09/13/05 | 0550070762 | 28008325 | GA00007553 | 8923.20 |
| 106082 | 09/19/05 | 0550070762 | 28008325 | GA00007554 | 2788.50 |
| 106083 | 09/19/05 | 0550070762 | 28008325 | GA00007555 | 2788.50 |
| 106084 | 09/20/05 | 0550070762 | 28008325 | GA00007556 | 2788.50 |
| 106089 | 09/21/05 | 0550070762 | 28008325 | GA00007557 | 2788.50 |
| 106092 | 09/22/05 | 0550070762 | 28008325 | GA00007558 | 2788.50 |
| 106098 | 09/23/05 | 0550070762 | 28008325 | GA00007559 | 2788.50 |
| 106101 | 09/26/05 | 0550070762 | 28008325 | GA00007560 | 2788.50 |
| 106111 | 09/27/05 | 0550070762 | 28008325 | GA00007561 | 3346.20 |
| 106115 | 09/29/05 | 0550070762 | 28008325 | GA00007562 | 2788.50 |
| 106047 | 09/08/05 | 0550077235 | 28014594 | GA00007531 | 1029.00 |
| 106048 | 09/09/05 | 0550077235 | 28014594 | GA00007532 | 2058.00 |
| 106058 | 09/13/05 | 0550077235 | 28014594 | GA00007533 | 8232.00 |
| 106085 | 09/20/05 | 0550077235 | 28014594 | GA00007534 | 14406.00 |
| 106113 | 09/27/05 | 0550077235 | 28014594 | GA00007622 | 8232.00 |

GA SUBTOTAL                216139.70

OTHER CHARGES AND SERVICES

| 901067 | 09/24/02 (NET BALANCE DUE) | PRICE CHANGE | -2847.92 |
|---|---|---|---|
| 105925 | 08/05/05 | TOOLING | 18500.00 |
| 967463 | 09/02/05 | UNAUTHORIZED DED | 1.12 |
| 930931 | 10/04/05 | UNAUTHORIZED DED | 3.75 |
| 945390 | 10/04/05 | UNAUTHORIZED DED | 6.60 |

OTHER CHARGES SUBTOTAL        15663.55

THE GRIGOLEIT COMPANY
PROOF OF CLAIM SUMMARY
FOR 10-08-05

| INVOICE NUMBER | INVOICE DATE | P.O. NUMBER | DELPHI PART # | ASN NUMBER OR REFERENCE ID | $ AMOUNT |
|---|---|---|---|---|---|
| 863463 | 09/02/05 | 0550045162 | 9379391 | MA00007496 | 144.00 |
| 863473 | 09/09/05 | 0550045162 | 9379391 | MA00007514 | 144.00 |
| 863464 | 09/02/05 | 0550045671 | 9367050 | MA00007497 | 1615.50 |
| 863465 | 09/02/05 | 0550072638 | 28004207 | MA00007498 | 1862.78 |
| 863474 | 09/09/05 | 0550072638 | 28004207 | MA00007515 | 1966.27 |
| 863490 | 09/16/05 | 0550072638 | 28004207 | MA00007564 | 1345.34 |
| 863506 | 09/23/05 | 0550072638 | 28004207 | MA00007593 | 2897.66 |
| 863521 | 09/30/05 | 0550072638 | 28004207 | MA00007625 | 1138.37 |
| 863466 | 09/02/05 | 0550072638 | 28004208 | MA00007499 | 853.25 |
| 863475 | 09/09/05 | 0550072638 | 28004208 | MA00007516 | 853.25 |
| 863491 | 09/16/05 | 0550072638 | 28004208 | MA00007565 | 639.94 |
| 863507 | 09/23/05 | 0550072638 | 28004208 | MA00007594 | 959.90 |
| 863522 | 09/30/05 | 0550072638 | 28004208 | MA00007626 | 853.25 |
| 863519 | 09/30/05 | 0550077391 | 16233376 | MA00007623 | 594.13 |
| 863505 | 09/23/05 | 0550077391 | 9379391 | MA00007592 | 144.00 |
| 863520 | 09/30/05 | 0550077391 | 9379391 | MA00007624 | 1296.00 |
| 863489 | 09/16/05 | 0550077391 | 9379392 | MA00007563 | 756.00 |

MA SUBTOTAL 18063.64

ADJUSTMENTS

(SUMMARY FOR RETURN MATERIAL ATTACHED)

| RETURNED MATERIAL AUTHORIZATION # | LAST LOT GRIG RECD DATE IF MULTIPLE DATES | $ AMOUNT |
|---|---|---|
| CR607A (GRIGOLEIT RESPONSIBLE) | 08/25/05 | -2058.65 |
| CR609A (GRIGOLEIT RESPONSIBLE) | 08/17/05 | -471.90 |
| CR610A (GRIGOLEIT RESPONSIBLE) | 08/09/05 | -78.65 |
| CR612A (GRIGOLEIT RESPONSIBLE) | 08/30/05 | -4137.65 |
| CR618A (GRIGOLEIT RESPONSIBLE) | 10/06/05 | -1747.97 |
| CR619A (GRIGOLEIT RESPONSIBLE) | 09/19/05 | -0.55 |
| CR620A (GRIGOLEIT RESPONSIBLE) | 09/19/05 | -566.50 |
| CR621A (GRIGOLEIT RESPONSIBLE) | 09/26/05 | -2.20 |
| CR622A (GRIGOLEIT RESPONSIBLE) | 09/26/05 | -387.20 |
| CR624A (GRIGOLEIT RESPONSIBLE) | 10/05/05 | -377.85 |
| CR627A (GRIGOLEIT RESPONSIBLE) | 10/10/05 | -432.30 |

ADJUSTMENT SUBTOTAL -10261.42

| TOOLING EXPEDITING CHARGE (SEE ATTACHED SUMMARY SHEET) | CLAIM DATE | |
|---|---|---|
| TOOL PROJ C4716B | 11/10/04 | 20000.00 |

TOTAL CLAIM 259605.47

THE GRIGOLEIT COMPANY
PROOF OF CLAIM SUMMARY FOR
10-08-05 OF PRE-PETITION
RETURN MATERIAL

| # | DATE AUTHORIZED | DATE RETURNED | QUANTITY RETURNED | GRIGOLEIT RESPONSIBLE | POTENTIAL CREDIT AUTHORIZED |
|---|---|---|---|---|---|
| CR607A | 08/02/05 | 08/23/05 | 12327 | 3743 | 2058.65 |
| CR609A | 08/08/05 | 08/17/05 | 858 | 858 | 471.90 |
| CR610A | 08/02/05 | 08/09/05 | 143 | 143 | 78.65 |
| CR612A | 08/11/05 | 08/29/05 | 25428 | 7523 | 4137.65 |
| CR618A | 09/07/05 | 10/06/05 | 4869 | 4869 | 1747.97 |
| CR619A | 09/09/05 | 09/19/05 | 1 | 1 | 0.55 |
| CR620A | 09/09/05 | 09/19/05 | 1765 | 1030 | 566.50 |
| CR621A | 09/16/05 | 09/26/05 | 4 | 4 | 2.20 |
| CR622A | 09/16/05 | 09/26/05 | 856 | 704 | 387.20 |
| CR623A | 09/27/05 | 10/04/05 | 858 | 0 | 0.00 |
| CR624A | 09/27/05 | 10/05/05 | 837 | 687 | 377.85 |
| CR627A | 10/04/05 | 10/10/05 | 861 | 786 | 432.30 |
| | | TOTAL | | | 10261.42 |

## SUMMARY REGARDING THE GRIGOLEIT COMPANY
## TOOLING EXPEDITING CHARGE INCLUDED IN PROOF OF CLAIM

### TOOL PROJECT C4716B

Included in the Proof of Claim of The Grigoleit Company is a tooling expediting charge of $20,000.00 based upon an oral agreement between Joel A. Winick, Sales Manager of The Grigoleit Company, and various Delphi personnel, as reflected in the attached e-mail exchanges between Joel A. Winick and various Delphi personnel. The Grigoleit Company expedited tooling completion to meet advanced production timing of an HVAC knob from 3/7/05 "first shot tooling available" quote to 2/18/05 "PPAP knob tooling available." The Grigoleit Company was orally assured, as confirmed in writing, in the attached e-mail exchanges that the $20,000.00 tooling expediting charge would be paid and proceeded to expedite the timing of tooling completion in reliance upon such assurances. The tooling expediting charge was incurred by 2/18/05 and due to be invoiced following receipt of purchase order. As of 10/08/05, the Petition date, The Grigoleit Company had not invoiced the $20,000.00 charge because a purchase order had not yet been received from Delphi; however, as of June 29, 2005 and July 18, 2005, as per the attached e-mail messages, Wayne Romano, Senior Buyer, Decorative Plastics, was attempting to obtain purchase requisitions to complete obligations to The Grigoleit Company. On 9/28/05, Todd Hawkins of Delphi, advised Joel A. Winick of The Grigoleit Company, in a telephone conference, that he would write the purchase requisition and get it taken care of. (see attached contemporaneous telephone log record of Joel A. Winick)

**Subj:**   **Meeting minutes from 11/4/04 Epsilon 380-381 Aluminum ring meeting**
**Date:**   11/4/2004 1:22:30 PM Central Standard Time
**From:**   larry.w.shelton@delphi.com
**To:**     grigressls@aol.com, rene.martinez@delphi.com, Alfredo.Marroquin@delphi.com,
          ronald.j.goubeaux@delphi.com, Andrew.D.McClure@delphiauto.com, miguel.blancas@delphi.com,
          john.lusk@delphi.com, adija.3.rauls@gm.com, gerald.e.mader@delphi.com,
          Todd.A.Hawkins@delphi.com, Darl.Dufendach@delphi.com, larry.w.shelton@delphi.com
**CC:**     walt.fellows@delphi.com

RECEIVED
NOV 0 4 2004
THE GRIGOLEIT CO.

Folks,

Meeting attendees:  All listed above in "To"

Following are my notes from our noon EST meeting on 11/4/04 relative to "Chrome" rings on 380 - 381 HVAC and Radio knobs:

---

The following dates were provided at our 10/28/04 meeting

Critical dates that were discussed:                                            *CA109A*
4/4/05:   2006 381 SORP at Orion (GM)
3/30/05:  2006 381 SSF at Orion (GM)
3/24/05:  2006 381 SSF at Delphi Cockpit
3/14/05:  Cockpit PTR's new 2006 HVAC & Radio's (with new knobs) to GM
3/9/05:   New 381 "chrome" HVAC knobs required at SPAN (outside Detroit) for rebuilding of 381 HVAC controls into 2006 "chrome" units.  (105 pieces + safety stock
          required)
3/16/05:  Production quant of knobs req'd at SPAN to maintain re-builds until pipeline from Korea gets filled & 381 controls begin arriving with new knobs
2/16/05:  Need first samples of HVAC knobs for validation to meet above timing  (Concurrent w/ valid is all color & texture approvals, AAR's etc)
3/7/05:   Current quote for first sample HVAC knobs

---

New timing information provided by Joel Winick:
2/18/05:  PPAP quality & quantity 381 HVAC knobs available
3/04/05:  PPAP quality & quantity 381 radio knobs available (common knob with 380 radio)
First shot parts of each type knob will be available approximately 1 week prior to PPAP quality knobs

Timing for the 380 introduction will follow the 381, but will be introduced in 2005.5 since the 2006 380 SORP timing is 6/6/05.  Delaying the bright rings on the 380 program until 2006 SORP would cause serious problems at the knob source as the new HVAC knob tooling partially incorporates some portions of the old tooling.

A meeting to discuss specific radio knob concerns with GM is scheduled for Monday, 11/8/04.  If any concerns arise relative to the above timing, a follow-up to this (11/4) meeting will be scheduled.

**Larry W. Shelton**
**Delphi-Delco Resident Engineer**
**HVAC Engineering**
**586-492-8068**
**Page: 810-812-0854**
**Fax: 586-492-8271**
**M/C: 480-210-705**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subj:   **Re: Meeting minutes from 11/4/04 Epsilon 380-381 Aluminum ring meeting**
Date:   11/4/2004 3:29:41 PM Central Standard Time
From:   GRIGRESSLS
To:     larry.w.shelton@delphi.com

Hi Larry,

Just wanted to confirm that as I noted in the call, a significant amount of overtime will be involved in meeting these expedited dates.  Charges for overtime could be approximately up to $20,000.  We plan to tally it up at the end and present to Delphi.

Thanks for your help in coordinating efforts on this program.  Please give me a call if you have any questions about this.

Best regards,
Joel A. Winick
Sales Manager
**The Grigoleit Company**
**Phone: 217-429-5411**
**Fax: 217-429-8441**
**email: grigressls@aol.com**



Subj:   RE: Meeting minutes from 11/4/04 Epsilon 380-381 Aluminum ring meeting
Date:   11/5/2004 9:10:58 AM Eastern Standard Time
From:   "larry w.shelton" <larry.w.shelton@delphi.com>
To:     "Shelton, Larry W" <larry.w.shelton@delphi.com>,  "Joel Winick \(E-mail\)" <grigressls@aol.com>,
        "Martinez, Rene " <rene.martinez@delphi.com>,  "Marroquin, Alfredo"
        <Alfredo.Marroquin@delphi.com>,  "Goubeaux, Ronald J" <ronald.j.goubeaux@delphi.com>,
        "Andy McClure \(E-mail\)" <Andrew.D.McClure@delphiauto.com>,  "Blancas, Miguel "
        <miguel.blancas@delphi.com>,  "Lusk, John " <john.lusk@delphi.com>,  "Adija Rauls \(E-mail\)"
        <adija.3.rauls@gm.com>,  "Mader, Gerald E" <gerald.e.mader@delphi.com>,  "Hawkins, Todd A"
        <Todd.A.Hawkins@delphi.com>,  "Dufendach, Darl" <Darl.Dufendach@delphi.com>
Cc:     "Fellows, Walt " <walt.fellows@delphi.com>,  "Heidkamp, Philip C"
        <philip.c.heidkamp@delphi.com>,  "Hurnevich, Brian " <brian.hurnevich@delphi.com>
Sent from the Internet (Details)

Folks,

I neglected to include the following informatiion relative to pulling the knob timing back to GM timing
requirements for the 2006 381 builds.

Moving the production HVAC knob from the 3/7/05 "first shot tooling available" quote to 2/18/05 "PPAP knob
tooling available" will require the addition of overtime premium at Grigoleit.  They estimate this could be as
much as $20,000, but a firm quote will not be available until the work is complete.

Larry

        -----Original Message-----
        **From:** Shelton, Larry W
        **Sent:** Thursday, November 04, 2004 2:22 PM
        **To:** Joel Winick (E-mail); Martinez, Rene ; Marroquin, Alfredo; Goubeaux, Ronald J; Andy
        McClure (E-mail); Blancas, Miguel ; Lusk, John ; Adija Rauls (E-mail); Mader, Gerald E;
        Hawkins, Todd A; Dufendach, Darl; Shelton, Larry W
        **Cc:** Fellows, Walt
        **Subject:** Meeting minutes from 11/4/04 Epsilon 380-381 Aluminum ring meeting

        Folks,

        Meeting attendees:  All listed above in "To"

        Following are my notes from our noon EST meeting on 11/4/04 relative to "Chrome" rings on 380 -
        381 HVAC and Radio knobs:

        _____

        The following dates were provided at our 10/28/04 meeting

        Critical dates that were discussed:
        4/4/05:   2006 381 SORP at Orion (GM)
        3/30/05:  2006 381 SSF at Orion (GM)
        3/24/05:  2006 381 SSF at Delphi Cockpit
        3/14/05:  Cockpit PTR's new 2006 HVAC & Radio's (with new knobs) to GM
        3/9/05:    New 381 "chrome" HVAC knobs required at SPAN (outside Detroit) for rebuilding of 381
        HVAC controls into 2006 "chrome" units.  (105 pieces + safety stock
                required)

3/18/05:   Production quant of knobs req'd to maintain re-builds until pipeline from Korea gets filled & 381 controls begin arriving with new knobs
2/16/05:   Need first samples of HVAC knobs for validation to meet above timing  (Concurrent w/ valid is all color & texture approvals, AAR's etc)
3/7/05:     Current quote for first sample HVAC knobs

---

New timing information provided by Joel Winick:
2/18/05:   PPAP quality & quantity 381 HVAC knobs available
3/04/05:   PPAP quality & quantity 381 radio knobs available (common knob with 380 radio)
First shot parts of each type knob will be available approximately 1 week prior to PPAP quality knobs

Timing for the 380 introduction will follow the 381, but will be introduced in 2005.5 since the 2006 380 SORP timing is 6/6/05.  Delaying the bright rings on the 380 program until 2006 SORP would cause serious problems at the knob source as the new HVAC knob tooling partially incorporates some portions of the old tooling.

A meeting to discuss specific radio knob concerns with GM is scheduled for Monday, 11/8/04.  If any concerns arise relative to the above timing, a follow-up to this (11/4) meeting will be scheduled.

## Larry W. Shelton

**Delphi-Delco Resident Engineer**
**HVAC Engineering**
**586-492-8068**
**Page: 810-812-0854**
**Fax:  586-492-8271**
**M/C:  480-210-705**

*****************************************************************************************

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*****************************************************************************************

Subj:     **GMX380/380 KNOB OVERTIME TO PULL UP TIMING**
Date:     11/6/2004 11:53:20 AM Central Standard Time
From:     GRIGRESSLS
To:       Todd.A.Hawkins@delphi.com, rene.martinez@delphi.com
CC:       wayne.romano@delphi.com, GRIGRESSLS

Todd and Rene:

On Friday, November 5, I reviewed with Wayne Romano the pull-up timing for the
GMX380/381 radio and HVAC MicroBrite knobs and Grigoleit's estimate that overtime
charges for same would not exceed approximately $20,000 (see Larry Shelton's Nov 4,
meeting minutes and amendment below).  Wayne advised me to confirm our estimate to you
so that you can make provisions now for paying the overtime charges.

Grigoleit is continuing to proceed based on the understanding that Delphi is committed to
paying us for the overtime commitment we have made to expedite this program.  If you have
any questions about or objections to this, please let me know immediately.

Thank you,
Joel A. Winick
Sales Manager
**The Grigoleit Company**
**Phone: 217-429-5411**
**Fax: 217-429-8441**
**email: grigressls@aol.com**

*Key in DELDRO41105A WRK*
*file hard copy*
*Key to here*

COPY

----------------
Forwarded Message:
Subj:     **RE: Meeting minutes from 11/4/04 Epsilon 380-381 Aluminum ring meeting**
Date:     11/5/2004 8:11:39 AM Central Standard Time
From:     larry.w.shelton@delphi.com
To:       larry.w.shelton@delphi.com, grigressls@aol.com, rene.martinez@delphi.com,
          Alfredo.Marroquin@delphi.com, ronald.j.goubeaux@delphi.com,
          Andrew.D.McClure@delphiauto.com, miguel.blancas@delphi.com, john.lusk@delphi.com,
          adija.3.rauls@gm.com, gerald.e.mader@delphi.com, Todd.A.Hawkins@delphi.com,
          Darl.Dufendach@delphi.com
CC:       walt.fellows@delphi.com, philip.c.heidkamp@delphi.com, brian.hurnevich@delphi.com
*Sent from the Internet (Details)*

Folks,

I neglected to include the following informatiion relative to pulling the knob timing back to GM
timing requirements for the 2006 381 builds.

Moving the production HVAC knob from the 3/7/05 "first shot tooling available" quote to
2/18/05 "PPAP knob tooling available" will require the addition of overtime premium at
Grigoleit.  They estimate this could be as much as $20,000, but a firm quote will not be
available until the work is complete.

Larry

-----Original Message-----
**From:** Shelton, Larry W
**Sent:** Thursday, November 04, 2004 2:22 PM
**To:** Joel Winick (E-mail); Martinez, Rene ; Marroquin, Alfredo; Goubeaux, Ronald J; Andy McClure (E-mail); Blancas, Miguel ; Lusk, John ; Adija Rauls (E-mail); Mader, Gerald E; Hawkins, Todd A; Dufendach, Darl; Shelton, Larry W
**Cc:** Fellows, Walt
**Subject:** Meeting minutes from 11/4/04 Epsilon 380-381 Aluminum ring meeting

Folks,

Meeting attendees:  All listed above in "To"

Following are my notes from our noon EST meeting on 11/4/04 relative to "Chrome" rings on 380 - 381 HVAC and Radio knobs:

---

The following dates were provided at our 10/28/04 meeting

Critical dates that were discussed:
4/4/05:     2006 381 SORP at Orion (GM)
3/30/05:    2006 381 SSF at Orion (GM)
3/24/05:    2006 381 SSF at Delphi Cockpit
3/14/05:    Cockpit PTR's new 2006 HVAC & Radio's (with new knobs) to GM
3/9/05:     New 381 "chrome" HVAC knobs required at SPAN (outside Detroit) for rebuilding of 381 HVAC controls into 2006 "chrome" units.  (105 pieces + safety stock required)
3/16/05:    Production quant of knobs req'd at SPAN to maintain re-builds until pipeline from Korea gets filled & 381 controls begin arriving with new knobs
2/16/05:    Need first samples of HVAC knobs for validation to meet above timing (Concurrent w/ valid is all color & texture approvals, AAR's etc)
3/7/05:     Current quote for first sample HVAC knobs

---

New timing information provided by Joel Winick:
2/18/05:    PPAP quality & quantity 381 HVAC knobs available
3/04/05:    PPAP quality & quantity 381 radio knobs available (common knob with 380 radio)
First shot parts of each type knob will be available approximately 1 week prior to PPAP quality knobs

Timing for the 380 introduction will follow the 381, but will be introduced in 2005.5 since the 2006 380 SORP timing is 6/6/05.  Delaying the bright rings on the 380 program until 2006 SORP would cause serious problems at the knob source as the new HVAC knob tooling partially incorporates some portions of the old tooling.

A meeting to discuss specific radio knob concerns with GM is scheduled for Monday, 11/8/04.  If any concerns arise relative to the above timing, a follow-up to this (11/4)

meeting will be scheduled.

# Larry W. Shelton

Delphi-Delco Resident Engineer
HVAC Engineering
586-492-8068
Page: 810-812-0854
Fax: 586-492-8271
M/C: 480-210-705

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: The information contained in this message may be privileged and confidential and thus protected from
disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you have received this communication in error, please
notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subj:   **Re: Tooling Schedule of task**
Date:   1/20/2005 5:09:41 PM Central Standard Time
From:   GRIGRESSLS
To:     gerald.e.mader@delphi.com
CC:     Todd.A.Hawkins@delphi.com, wayne.romano@delphi.com

January 20, 2005                    DELDR050119A — *Key in work! for tail copy*

Jerry,

I talked to Todd on the phone today about the following and am confirming per his instructions.

Delphi authorized Grigoleit to proceed with the radio knob tooling on 10/25/04. Based on our quoted lead time of 22 weeks to complete tooling, this start date would have led to a tool completion date of 03/29/05.

In a conference call with Delphi on 11/04/04, Grigoleit was asked to expedite timing. We agreed to work toward having first samples of the radio knob available for Delphi on 03/04/05. Since we need a few days to mold, stamp, MicroBrite and assemble, tooling needs to be completed approximately a week before the sample date, which represents a pull up of more than 4 weeks for the tooling. We also advised Delphi that working toward this expedited first sample date would require approximately $20,000 in charges for overtime, etc. As of this date we have not received any Delphi confirmation that the $20,000 will be paid, but we have been working overtime toward the expedited dates. Todd assured me he will take care of authorizing payment of the $20,000 already quoted for overtime.

Once the tooling is completed, the following tasks must be completed before PPAP approved knobs will be available:

1. Refine tooling and process as needed based on first samples.
2. Run at rate to produce samples for PPAP and initial Delphi requirements.
   - Mold knob ring
   - Stamp aluminum trim ring
   - MicroBrite aluminum trim ring
   - Assemble MicroBrite trim ring to molded knob ring
3. Measure and test parts to specified requirements.
   - Dimensional layout
   - Environmental testing
   - Appearance approval
4. Prepare PPAP documentation
5. Submit PPAP documentation and samples.
6. Delphi approve PPAP submission.



As shown in the project timing chart that I provided to you previously, our portion of the above activity is scheduled to take 4 weeks. We will provide samples to Delphi for TALC as soon as they are available and we will work with Delphi in any manner practicable to expedite approvals, but at this time we cannot commit to pulling dates forward any further.

Please let me know if you or Todd have any questions.

Best regards.

*Joel A. Winick*
Sales Manager
The Grigoleit Company
Phone: 217-429-5411
Fax: 217-429-8441
email: grigressls@aol.com

Subj:      **FW: follow up on requisitions needed GMX380/381 Knobs**
Date:      6/29/2005 8:00:50 AM Central Daylight Time
From:      wayne.romano@delphi.com
To:        grigressls@aol.com

fyi

Wayne J. Romano
Senior Buyer, Decorative Plastics
Delphi Electronics & Safety
Global Supply Management
One Corporate Center
M/S # CTCLLME
P.O. Box 9005
P.O.U. # CTCLLE-B16-01
Kokomo, Indiana 46904-9005

765-451-0106
765-451-0265 fax

> "All Delphi Documents are Delphi proprietary and as such consider this document and those
attached as Delphi Confidential"
>

> -----Original Message-----
> From:    Romano, Wayne

> Sent:   Wednesday, June 29, 2005 7:59 AM
> To:   Martinez, Rene ; Hawkins, Todd A
> Cc:   Hayes, Robert L; Roberts, Carmen
> Subject:   follow up on requisitions needed GMX380/381 Knobs
> Importance:   High
> Sensitivity:   Confidential
>

> Gentlemen,
>

> I need to get my hands on the following to complete our obligations to Grigoleit. Please
advise when I will receive the requisition, thanks Wayne
>

> Rene   12200626   $18,500
>

> Todd   28008325   $20,000

>

> 
>
> 
>
> Wayne J. Romano
> Senior Buyer, Decorative Plastics
> Delphi Electronics & Safety
> Global Supply Management
> One Corporate Center
> M/S # CTCLLME
> P.O. Box 9005
> P.O.U. # CTCLLE-B16-01
> Kokomo, Indiana 46904-9005
>
>
> 765-451-0106
> 765-451-0265 fax
>
>
> "All Delphi Documents are Delphi proprietary and as such consider this document and those
attached as Delphi Confidential"
>

***************************************************************************************

Note: The information contained in this message may be privileged and confidential and thus
protected from disclosure. If the reader of this message is not the intended recipient, or an
employee or agent responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify us immediately by
replying to the message and deleting it from your computer. Thank you.

***************************************************************************************

Subj:    **FW: FW: follow up on requisitions needed GMX380/381 Knobs**
Date:    7/18/2005 2:50:46 PM Central Daylight Time
From:    wayne.romano@delphi.com
To:      Todd.A.Hawkins@delphi.com, rene.martinez@delphi.com
CC:      grigressls@aol.com

?

**Wayne J. Romano**
Senior Buyer, Decorative Plastics
Delphi Electronics & Safety
Global Supply Management
One Corporate Center
M/S # CTCLLME
P.O. Box 9005
P.O.U. # CTCLLE-B16-01
Kokomo, Indiana 46904-9005

765-451-0106
765-451-0265 fax



```
RECEIVED
JUL 1 8 2005
THE GRIGOLEIT CO.
```

**"All Delphi Documents are Delphi proprietary and as such consider this document and those attached as Delphi Confidential"**

-----Original Message-----
**From:** GRIGRESSLS@aol.com [mailto:GRIGRESSLS@aol.com]
**Sent:** Monday, July 11, 2005 3:51 PM
**To:** Romano, Wayne
**Subject:** Re: FW: follow up on requisitions needed GMX380/381 Knobs

Hi Wayne,

What have you heard back from Todd Hawkins and Rene Martinez about the PR's for these?

GMX380/381 knob tooling overtime -- $20,000.
GMX380 premium to get p/n 12200626 -- $18,500.

Best regards,

*Joel A. Winick*
Sales Manager
The Grigoleit Company
Phone: 217-429-5411
Fax: 217-429-8441
email: grigressls@aol.com

***********************************************************************************************

Note: The information contained in this message may be privileged and confidential and thus

protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subj:    Need PR for $20,000 Tool Expediting - GMX380/381 Radio Knob
Date:    9/13/2005 10:39:27 A.M. Central Daylight Time
From:    GRIGRESSLS
To:      Todd.A.Hawkins@delphi.com
CC:      mark.a.shively@delphi.com

Todd,

On September 7, you reconfirmed to me that Delphi will pay the $20,000 charge that Delphi agreed to pay for expediting tool completion for the GMX380/381 knobs.

Grigoleit completed the tool work for these knobs 6 months ago and we met the expedited dates as we agreed to do in order to support Delphi's production requirements. It was our expectation that we would receive payment from Delphi in a timely manner; however we have not yet received a Purchase Order so that we can invoice this charge.

In consideration of all of the circumstances, we believe that Grigoleit has provided Delphi more than a fair amount of time in this matter, and we respectfully request that you immediately provide proper authorization so that Delphi can pay this charge.

Please feel free to contact me if you have any questions.

Best regards,

*Joel A. Winick*
Sales Manager
**The Grigoleit Company**
Phone: 217-429-5411
Fax: 217-429-8441
email: grigressls@aol.com



```
********************************************************************************
10/20/05 SLS/JAW  PER PHONE WITH CURT STAPERT, ENGINEERING MANAGER, JAW
ADVISED THAT GRIGOLEIT WOULD LIKE TO GET THE $20,000 TOOLING OVERTIME
CHARGES PAID BY DELPHI BEFORE WE START ANY NEW TOOL WORK FOR DELPHI.
STAPERT SAID HE UNDERSTOOD AND AGREED THAT WAS REASONABLE.  STAPERT SAID
HE WOULD TALK TO TODD HAWKINS.  MY CONVERSATION WITH STAPERT WAS IN REGARD
TO A REVISION THAT DELPHI WANTS TO MAKE TO THE TOOLING FOR THE 4716 KNOB.

09/28/05 SLS/JAW  PER PHONE WITH TODD HAWKINS, TODD ADVISED THAT THERE IS
STILL NO PROBLEM GETTING THE $20,000 TOOLING OVERTIME PAID TO GRIGOLEIT.
TODD SAID HE HAS SOME NEW RESPONSIBILITIES AND HAD JUST FORGOTTEN TO GET
A PR WRITTEN SINCE I TALKED TO HIM ON 09/07/05.  TODD SAID THE LOOMING
POTENTIAL DELPHI BANKRUPTCY WOULD NOT KEEP DELPHI FROM PAYING THIS, AND
THAT HE WOULD, "JUST WRITE THE PR," NOW TO GET IT TAKEN CARE OF.

09/07/05 SLS/JAW  PER MEETING WITH TODD HAWKINS AT KOKOMO, DELPHI WILL PAY
THIS CHARGE.  HE NEEDS TO "FIND THE MONEY" SO HE CAN SEND A PR TO
PURCHASING AND THEY CAN SEND US A PURCHASE ORDER TO INVOICE IT AGAINST.

07/12/05  SLS/JAW/MDT  C4716B

DELPHI AUTHORIZED $20,000 FOR OVERTIME ON TOOLING. STILL WAITING ON PO
TO INVOICE, WHICH TODD HAWKINS AGREED TO PAY & WAYNE ROMANO IS FOLLOWING
TO GET A PR# TO ISSUE A PO SO WE CAN INVOICE.

02/02/05 SLS/JAW  PER MEETING WITH TODD HAWKINS, WHERE JAW SHOWED
PRELIMINARY KNOB SAMPLES, HAWKINS SAID THAT HE WOULD "TAKE CARE OF"
GETTING GRIGOLEIT PAID FOR THE TOOLING OVERTIME.  HAWKINS PRESSED FOR EVEN
EARLIER SAMPLES AND PRODUCTION AVAILABILITY THAN WE COMMITTED TO AND JAW
TOLD HIM WE WOULD TRY.
********************************************************************************
```

| | | DRAWING DESCRIPTION | ] |
|---|---|---|---|
| HE GRIGOLEIT COMPANY | ]ID | ]471601 TOOLING OVERTIME/$20K | UM EA ] |
| 17-429-5411   FAX 217-429-8441 | ]FV | ]CONTR. REV>EPSILON BRT TRM KNB | ] |
| ONFIDENTIAL/TRADE SECRET | ]STATUS | ]AUTHORIZE/PROPOSED ACTIVITY | UM EA ] |
| OPYRIGHT 2005 ISO9001/QS001-2000]PLS2103 | ]ORDER CONTROL SALES 1 | ] |
| | ] | ] | ] |
| ESP ENTITY/SLS/WINICK | ]AUTHORIZATION C4709A SC4716AS01C4716A]DRAWING NUMBER | ] |
| NIT ENTITY/SLS/WINICK | ]PROCESS DATE & TIME 10/21/05 3:41PM]C4716B | ] |
| | ] | ] | ] |

# THE (G) GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106112 | 1 |

DATE: 9/27/05

BILL OF LADING NO.

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

SHIP TO:
DELPHI D DPSS CUNEO
1125 EAST VAILE AVENUE
KOKOMO IN  46901

| CUST. CODE | GRIGOLEIT ITEM NUMBER | DESCRIPTION | REF. NO. | U/M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | TERMS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 131500 | 1— | BAX 2ND DAY IF LESS THAN 50 LB | C018466 | PC | 400 | 43 | 550061073 | NET 30  F0B DECATUR | 2.855 | 1,142.00 |
| 458605 | | PREVIOUS INVOICE 106023 BLK KNOB ASSY W/PAINTED IND DEL74 KALG PART 16135921 REV - SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME. P/L 42086 ASN #GA00007621 | | | 400    TOTAL QUANTITY | | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 8.0 | 1,142.00 | | 1,142.00 |

G.C. # 459-2

# THE (G) RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois  62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105893 | 1 |

| DATE |
|---|
| 7/27/05 |

| BILL OF LADING NO. |
|---|

**SOLD TO:**
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN 46904

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1 ←
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | U M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CUST. CODE | CENTRAL TRANSPORT | | C018448 | | | 43 | 550069088 | NET 30 | FOB DECATUR |
| 1— 131500 | PREVIOUS INVOICE 105870 | | | | | | | TERMS | |
| | KNOB ASSY/DELPHI | | | | | | | | |
| 470901 | DELRA  KAAG | | | PC | 17,836 | | | .750 | 13,377.00 |
| | PART 28014594 | | | | 17,836 | | TOTAL QUANTITY | | |
| | REV A | | | | | | | | |
| | SUPPLIER: GRIGOLEIT CO. | | | | | | | | |
| | INVOICE # NOT AVAILABLE | | | | | | | | |
| | AT SHIP TIME | | | | | | | | |
| | P/L 41799   B/L 5215 | | | | | | | | |
| | ASN #GA00007182 | | | | | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 351.0 | 13,377.00 | | 13,377.00 |

G.C. # 459-2

G.C. # 459-2

# THE ⊙ GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois  62525
217/429-5411

**ORIGINAL INVOICE**

| | INVOICE NO. | PAGE |
|---|---|---|
| DATE | 105905 | 1 |
| 7/29/05 | | |

SOLD TO:
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN  46904

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567

BILL OF LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 131500 | BAX GLOBAL 2ND DAY | C018448 | 43 | 550069088 | NET 30  FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1— 470901 | PREVIOUS INVOICE 105893<br>KNOB ASSY/DELPHI<br>DELRA  KAAG<br>PART 28014594<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41800<br><br>ASN #GA00007183 | PC | 2,744<br><br>2,744  TOTAL QUANTITY | .750 | 2,058.00 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 54.0 | 2,058.00 | | 2,058.00 |

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois  62525
217/429-5411

ORIGINAL INVOICE

| | INVOICE NO. | PAGE |
|---|---|---|
| | 105921 | 1 |

| | D A T E | 8/02/05 |

SOLD TO:
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN 46904

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| | BILL OF LADING NO. |

| CUST. CODE | CENTRAL TRANSPORT | SHIP VIA | | | | | |
|---|---|---|---|---|---|---|---|

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | REF. NO. | U/M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | NET 30 | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | C018448 | | | 43 | 550069088 | | FOB DECATUR | TERMS |
| 1— 131500 | CENTRAL TRANSPORT | | | | | | | | |
| 470901 | PREVIOUS INVOICE 105905<br>KNOB ASSY/DELPHI<br>DELRA KAAG<br>PART 28014594<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41801   B/L 5220<br>ASN #GA00007184 | | PC | 17,836<br><br>17,836 | | TOTAL QUANTITY | | .750 | 13,377.00 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 351.0 | 13,377.00 | | 13,377.00 |

G.C. # 459.2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105945 | 1 |

| DATE |
|---|
| 8/09/05 |

BILL OF LADING NO.

**SOLD TO:**
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN 46904

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| | CENTRAL TRANSPORT | C018448 | 43 | 55006908B | NET 30  FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1— 131500 | PREVIOUS INVOICE 105921 | | | | |
| 470901 | KNOB ASSY/DELPHI | PC | 16,464 | | |
| | DELRA KAAG | | | | |
| | PART 28014594 | | | | |
| | REV A | | | | |
| | SUPPLIER: GRIGOLEIT CO. | | | | |
| | INVOICE # NOT AVAILABLE | | | | |
| | AT SHIP TIME | | | | |
| | P/L 41802    B/L 5228 | | 16,464 | .750 | 12,348.00 |
| | ASN #GA00007185 | | TOTAL QUANTITY | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 324.0 | 12,348.00 | | 12,348.00 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105964 | 1 |

| DATE |
|---|
| 8/17/05 |

BILL OF LADING NO.

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1 →
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE. | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| | CENTRAL TRANSPORT | C018448 | 43 | 550069088 | NET 30    FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1— 131500 | | | | | |
| 470901 | PREVIOUS INVOICE 105962<br>KNOB ASSY/DELPHI<br>DELRA KAAG<br>PART 28014594<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41889   B/L 5235<br>ASN #GA0000738A | PC | 4,116<br><br>4,116  TOTAL QUANTITY | .750 | 3,087.00 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 81.0 | 3,087.00 | | 3,087.00 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois  62525

217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 105962 | 1 |

| DATE |
|---|
| 8/16/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567

| BILL OF LADING NO. |
|---|

| CUST. CODE | SHIP VIA | REF. NO. | | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| 131500 | CENTRAL TRANSPORT | C018448 | | 43 | 550069088 | NET 30    FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1— 470901 | PREVIOUS INVOICE 105945 KNOB ASSY/DELPHI DELRA  KAAG PART 28014594 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME  P/L 41890    B/L 5233  ASN #6A00007385 | PC | 13,720  13,720 | TOTAL QUANTITY | .750 | 10,290.00  10,290.00 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 270.0 | 10,290.00 | | 10,290.00 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| | |
|---|---|
| INVOICE NO. | PAGE |
| 105996 | 1 |

| | |
|---|---|
| DATE | 8/23/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| | CENTRAL TRANSPORT | C018448 | 43 | 550069088 | NET 30    FOB DECATUR |

| I- | GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 131500 | 470901 | PREVIOUS INVOICE 105964<br>KNOB ASSY/DELPHI<br>DELRA  KAAG<br>PART 28014594<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41902   B/L 5241<br><br>ASN #GA00007394 | PC | 13,720<br><br>13,720<br><br>TOTAL QUANTITY | .750 | 10,290.00 |

| | TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|---|
| | 270.0 | 10,290.00 | | 10,290.00 |

G.C. # 4592

# THE ⊙GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106032 | 1 |

DATE: 9/02/05

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

SHIP TO:
DELPHI D DELNOSA
PLANT 1—4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 131500 | BAX 2ND DAY AIR | C018448 | 43 | 5500 69088 | NET 30   FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1— 470901 | PREVIOUS INVOICE 106030<br>KNOB ASSY/DELPHI<br>DELRA KAAG<br>PART 28014594<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41904<br>ASN #GA00007396 | PC | 2,744<br><br>2,744  TOTAL QUANTITY | .750 | 2,058.00<br><br>2,058.00 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | AMOUNT DUE |
|---|---|---|---|---|
| 54.0 | 2,058.00 | | | 2,058.00 |

G.C. # 459.2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 106030 | 1 |

| DATE |
|---|
| 9/01/05 |

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567

BILL OF LADING NO.

| CUST. CODE | | | |
|---|---|---|---|

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | REF. NO. | U M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1— 131500 | BAX 2ND DAY AIR | | | | | | | |
| 470901 | PREVIOUS INVOICE 105996 KNOB ASSY/DELPHI DELRA KAAG PART 28014594 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME  P/L 41967  ASN #GA00007465 | C018448 | PC | 2,744  2,744 TOTAL QUANTITY | 43 | 550069088 | .750 | 2,058.00  2,058.00 |

NET 30    FOB DECATUR    TERMS

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 54.0 | 2,058.00 | | 2,058.00 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 105892 | 1 |

| DATE |
|---|
| 7/26/05 |

BILL OF LADING NO.

**SOLD TO:**
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN 46904

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | | SHIP VIA | REF. NO. | U/M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | TERMS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 131500 | CENTRAL TRANPORT | | C018319 | | | 43 | 5500 70 762 | NET 30  FOB. DECATUR | | |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1— | | | | | |
| 471601 | KNOB-OUTER ASSEMBLY | PC | 30,125 | .550 | 16,568.75 |
| 471601 | KNOB-OUTER ASSEMBLY | PC | 295 | .550 | 162.25 |
| | DELRA KRAG | | | | |
| | PART 28008325 | | | | |
| | REV A | | 30,420 | TOTAL QUANTITY | |
| | SUPPLIER: GRIGOLEIT CO. | | | | |
| | INVOICE # NOT AVAILABLE | | | | |
| | AT SHIP TIME | | | | |
| | | | | | |
| | P/L 41004   B/L 5214 | | | | |
| | | | | | |
| | ASN #GA00007187 | | | | |
| | | | | | |
| | PREVIOUS INVOICE 105868 | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 420.0 | 16,731.00 | | 16,731.00 |

G.C. # 4592

G.C. #4592-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105920 | 1 |

| DATE |
|---|
| 8/02/05 |

| BILL OF LADING NO. |
|---|

**SOLD TO:**
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN 46904

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | 1- 131500 | CENTRAL TRANPORT | C018319 | 43 | 5500 70762 | NET 30 | FOB DECATUR |
|---|---|---|---|---|---|---|---|

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | U M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 471601 471601 | KNOB-OUTER ASSEMBLY KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | | | PC PC | 23,855 481 | | | .550 .550 | 13,120.25 264.55 |
| | PREVIOUS INVOICE 105892 | | | | | | | | |
| | P/L 41805   B/L 5220 | | | | 24,336 | | TOTAL QUANTITY | | |
| | ASN #GA0007188 | | | | | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 336.0 | 13,384.80 | | 13,384.80 |

G.C. # 459-2

G.C. # 459-2

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

ORIGINAL INVOICE

| | | INVOICE NO. | PAGE |
|---|---|---|---|
| D A T E | | 105961 | 1 |
| | | 8/16/05 | |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 1- 131500 | CENTRAL TRANPORT | C018319 | 43 | 5500 70762 | NET 30 F0B DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 471601 | PREVIOUS INVOICE 105920<br>KNOB-OUTER ASSEMBLY<br>DELRA  KRAG<br>PART 28008325<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41806   B/L 5233<br><br>ASN #GA0007189 | PC | 24,336<br><br>24,336<br><br>TOTAL QUANTITY | .550 | 13,384.80 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 336.0 | 13,384.80 | | | | | | 13,384.80 |

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105963 | 1 |

| D A T E |
|---|
| 8/17/05 |

**SOLD TO**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| BILL OF LADING NO. |
|---|

| CUST. CODE | GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | U/M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | TERMS | UNIT PRICE | FOB DECATUR AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1— | 131500 | CENTRAL TRANPORT | | C018319 | PC | 4,056 | 43 | 55007 0762 | NET 30 | | |
| 471601 | | PREVIOUS INVOICE 105961 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME P/L 41894  B/L 5235 ASN #GA00007389 | | | | 4,056  TOTAL QUANTITY | | | | .550 | 2,230.80 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 56.0 | 2,230.80 | | 2,230.80 |

GC # 459-2

G.C. # 459-2

# THE (G) RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105969 | 1 |

| DATE |
|---|
| 8/19/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST. CODE | | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| | BAX GLOBAL 2ND DAY | | C018319 | 43  55007062 | NET 30  FOB DECATUR | |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1— 131500 | | | | | |
| 471601 | PREVIOUS INVOICE 105963 KNOB-OUTER ASSEMBLY DELRA  KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | PC | 2,028 | .550 | 1,115.40 |
| | P/L 41906 | | | | |
| | ASN #GA0007398 | | 2,028 TOTAL QUANTITY | | |

| | TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|---|
| | 28.0 | 1,115.40 | | 1,115.40 |

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 105970 | 8/19/05 | 1 |

| BILL OF LADING NO. |
|---|

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| | MENLO FORWARDING | | C018319 | 43 | 550070762 | NET 30 FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1- 131500 | PREVIOUS INVOICE 105963 | | | | |
| | KNOB-OUTER ASSEMBLY | | | | |
| 471601 | KNOB-OUTER ASSEMBLY | PC | 598 | .550 | 328.90 |
| 471601 | DELRA KRAG | PC | 1,430 | .550 | 786.50 |
| | PART 28008325 | | | | |
| | REV A | | | | |
| | SUPPLIER: GRIGOLEIT CO. | | | | |
| | INVOICE # NOT AVAILABLE | | 2,028 | TOTAL QUANTITY | |
| | AT SHIP TIME | | | | |
| | P/L 41907 | | | | |
| | ASN #GA00007399 | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 28.0 | 1,115.40 | | 1,115.40 |

G.C. # 459-2

# THE (G) RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| | INVOICE NO. | PAGE |
|---|---|---|
| DATE | 105995 | 1 |
| 8/23/05 | | |

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567

BILL OF
LADING NO.

| CUST. CODE | | SHIP VIA | | TERMS |
|---|---|---|---|---|
| | CENTRAL TRANPORT | | | NET 30  FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | REF. NO. | SLS. NO. | QUANTITY SHIPPED | CUST. ORDER NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1- 131500 | CENTRAL TRANPORT | | C018319 | 43 | | 5500070762 | | |
| 471601 | PREVIOUS INVOICE 105970 KNOB-OUTER ASSEMBLY DELRA  KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | PC | | | 5,070 | | .550 | 2,788.50 |
| | P/L 41908   B/L 5241 ASN #5A00007400 | | | | 5,070 TOTAL QUANTITY | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | AMOUNT DUE |
|---|---|---|---|---|
| 70.0 | 2,788.50 | | | 2,788.50 |

G.C. # 459.2

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105994 | 1 |

| D A T E | 8/23/05 |
|---|---|

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. BOX 9005<br>KOKOMO IN 46904-9005 | DELPHI D DELNOSA<br>PLANT 1-4<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS, TX 78567 |

| BILL OF<br>LADING NO. | |
|---|---|

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 131500 | BAX 2ND DAY | C018319 | 43 | 550070762 | NET 30 FOB DECATUR |

| GRIGOLEIT<br>ITEM NUMBER | DESCRIPTION | U M | QUANTITY<br>SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1-<br>471601 | PREVIOUS INVOICE 105970<br>KNOB-OUTER ASSEMBLY<br>DELRA KRAG<br>PART 28008325<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41909<br><br>ASN #GA00007401 | PC | 2,028<br><br>2,028<br><br>TOTAL QUANTITY | .550 | 1,115.40 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 28.0 | 1,115.40 | | 1,115.40 |

G.C. # 459-2

# THE ⒼRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105999 | 1 |

| DATE | |
|---|---|
| 8/25/05 | |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI | DELPHI D DELNOSA |
| ELECTRONICS & SAFETY | PLANT 1-4 |
| P.O. BOX 9005 | 702 JOAQUIN CAVAZOS ROAD |
| KOKOMO IN 46904-9005 | LOS INDIOS, TX 78567 |

| BILL OF LADING NO. |
|---|

| CUST. CODE | | SHIP VIA | | REF. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| 471601 | | BAX 2ND DAY AIR | | C018319 | 550070762 | NET 30  FOB DECATUR |

| I-   GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | SLS. NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| I-   1315O0 | PREVIOUS INVOICE 1O5995 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | PC | 5,070 | 43 | .550 | 2,788.50 |
| | P/L 41971 | | | | | |
| | ASN #6A00007466 | | 5,070  TOTAL QUANTITY | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 70.0 | 2,788.50 | | | | | 2,788.50 |

# THE ⓖRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106000 | 1 |

| | DATE |
|---|---|
| | 8/26/05 |

| BILL OF LADING NO. |
|---|

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | 131500 | SHIP VIA | BAX GLOBAL 2ND DAY | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|---|
| | | | | C018319 | 43 | 550070762 | NET 30  FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1— 471601 | PREVIOUS INVOICE 105999<br>KNOB-OUTER ASSEMBLY<br>DELRA KRAG<br>PART 28008325<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41976<br>ASN #GA00007471 | PC | 5,070<br><br>5,070  TOTAL QUANTITY | .550 | 2,788.50 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 70.0 | 2,788.50 | | 2,788.50 |

G.C. # 459-2

THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | | 106007 |
| DATE | | 8/29/05 |
| PAGE | | 1 |

BILL OF
LADING NO.

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| I— 131500 | BAX 2HD DAY AIR | C018319 | 43 | 550070762 | NET 30   FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 471601 | PREVIOUS INVOICE 106000 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | PC | 5,070 | .550 | 2,788.50 |
| | P/L 41977 | | | | |
| | ASN #GA00007472 | | 5,070 | | |
| | | | TOTAL QUANTITY | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | AMOUNT DUE |
|---|---|---|---|---|---|
| 70.0 | 2,788.50 | | | | 2,788.50 |

G.C. # 469-2

G.C. # 459.2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105022 | 1 |

DATE 8/30/05

BILL OF LADING NO.

| S O L D T O | S H I P T O |
|---|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. BOX 9005<br>KOKOMO IN 46904-9005 | DELPHI D DELNOSA<br>PLANT 1-4<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS, TX 78567 |

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| | BAX 2ND DAY AIR | C018319 | 43 | 550070762 | NET 30  FOB DECATUR |

| GRIGOLEIT<br>ITEM NUMBER | DESCRIPTION | U M | QUANTITY<br>SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1-  131500 | PREVIOUS INVOICE 106007<br>KNOB-OUTER ASSEMBLY<br>DELRA  KRAG<br>PART 28008325<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41978<br><br>ASN #GA000074473 | PC | 5,070<br><br>5,070  TOTAL QUANTITY | .550 | 2,788.50 |
| 471601 | | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | AMOUNT DUE |
|---|---|---|---|---|---|
| 70.0 | 2,788.50 | | | | 2,788.50 |

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106024 | 1 |

| DATE |
|---|
| 8/31/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF
LADING NO.

| CUST. CODE | GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | U M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | TERMS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1- | 131500 | BAX 2ND DAY AIR | | C018319 | | | 43 | 5500 70 762 | NET 30 FOB DECATUR | | |
| 471601 | | PREVIOUS INVOICE 106022 | | | PC | 4,056 | | | | .550 | 2,230.80 |
| | | KNOB-OUTER ASSEMBLY | | | | | | | | | |
| | | DELRA KRAG | | | | | | | | | |
| | | PART 28008325 | | | | | | | | | |
| | | REV A | | | | 4,056 TOTAL QUANTITY | | | | | |
| | | SUPPLIER: GRIGOLEIT CO. | | | | | | | | | |
| | | INVOICE # NOT AVAILABLE | | | | | | | | | |
| | | AT SHIP TIME | | | | | | | | | |
| | | P/L 41999 | | | | | | | | | |
| | | ASN #GA00007505 | | | | | | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 56.0 | 2,230.80 | | 2,230.80 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106029 | 1 |

DATE 9/01/05

| BILL OF LADING NO. |
|---|

**S O L D T O**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**S H I P T O**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | | | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | | TERMS |
|---|---|---|---|---|---|---|---|---|
| 1- 131500 | | | BAX 2ND DAY AIR | CO18319 | 43 | 5500 70762 | NET 30 | FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 471601 | PREVIOUS INVOICE 106024<br>KNOB-OUTER ASSEMBLY<br>DELRA KRAG<br>PART 28008325<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 42000<br><br>ASN #5A00007506 | PC | 4,056<br><br>4,056<br><br>TOTAL QUANTITY | .550 | 2,230.80 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 56.0 | 2,230.80 | | 2,230.80 |

O.C. # 499.2

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106031 | 1 |

DATE 9/02/05

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST. CODE | | SHIP VIA | REF. NO. | | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|---|
| | | BAX 2ND DAY AIR | C018319 | | 43 | 5500 70762 | NET 30  FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1- 131500 | PREVIOUS INVOICE 106029 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | PC | 4,056 | .550 | 2,230.80 |
| 471601 | | | | | |
| | P/L 42001 | | | | |
| | ASN #GA00007507 | | 4,056  TOTAL QUANTITY | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 56.0 | 2,230.80 | | 2,230.80 |

G.C. # 459-2

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| | INVOICE NO. | PAGE |
|---|---|---|
| D A T E | 106033 | 1 |

INVOICE DATE: 9/06/05

S O L D   T O
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

S H I P   T O
DELPHI D DELNOSA
PLANT 1 - 4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF
LADING NO.

| CUST. CODE | GRIGOLEIT ITEM NUMBER | DESCRIPTION | REF. NO. | U.M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | NET 30 | FOB DECATUR |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | UNIT PRICE | AMOUNT |
| 1— | 131500 | BAX 2ND DAY AIR | C018319 | | | 43 | 5500 70762 | | TERMS |
| 471601 | | PREVIOUS INVOICE 106031 KNOB-OUTER ASSEMBLY DELRA KRAG PART 2800B325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | | PC | 5,070 | | | .550 | 2,788.50 |
| | | P/L 42002 | | | 5,070  TOTAL QUANTITY | | | | |
| | | ASN #6A00007508 | | | | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 70.0 | 2,788.50 | | 2,788.50 |

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

G.C. # 459.2

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106038 | 1 |

| DATE |
|---|
| 9/07/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| BILL OF LADING NO. |
|---|

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 1- 131500 | BAX 2ND DAY AIR | C018319 | 43 | 550707162 | NET 30 FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 471601 | PREVIOUS INVOICE 106033 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | PC | 4,056 | .550 | 2,230.80 |
| | P/L 42003 | | | | |
| | ASN #GA00007509 | | 4,056 TOTAL QUANTITY | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 56.0 | 2,230.80 | | 2,230.80 |

# THE G GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 106046 | 1 |

DATE: 9/08/05

| | |
|---|---|
| **S O L D T O** | DELPHI ELECTRONICS & SAFETY P.O. BOX 9005 KOKOMO IN 46904-9005 |
| **S H I P T O** | DELPHI D DELNOSA PLANT 1-4 702 JOAQUIN CAVAZOS ROAD LOS INDIOS, TX 78567 |

BILL OF LADING NO.

| CUST. CODE | | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| 1- | 131500 | BAX 2ND DAY AIR | C018319 | 43 | 550070762 | NET 30 FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 471601 471601 | PREVIOUS INVOICE 106038 KNOB-OUTER ASSEMBLY KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME P/L 42004 ASN #GA00007510 | PC PC | 4,812 258 5,070  TOTAL QUANTITY | .550 .550 | 2,646.60 141.90 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 70.0 | 2,788.50 | | 2,788.50 |

G.C. # 459-2

G.C. # 459-2

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106057 | 1 |

DATE 9/13/05

| BILL OF LADING NO. |
|---|

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| 1- 131500 | CENTRAL TRANPORT | | C018319 | 43 | 550070762 | NET 30   FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 471601 | KNOB-OUTER ASSEMBLY | PC | 15,492 | .550 | 8,520.60 |
| 471601 | KNOB-OUTER ASSEMBLY | PC | 732 | .550 | 402.60 |
| | PREVIOUS INVOICE 106046 | | | | |
| | DELRA   KRAG | | | | |
| | PART 28008325 | | | | |
| | REV A | | | | |
| | SUPPLIER: GRIGOLEIT CO. | | | | |
| | INVOICE # NOT AVAILABLE | | | | |
| | AT SHIP TIME | | | | |
| | P/L 42040   B/L 5258 | | | | |
| | ASN #GA00007553 | | 16,224   TOTAL QUANTITY | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | AMOUNT DUE |
|---|---|---|---|---|
| 224.0 | 8,923.20 | | | 8,923.20 |

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| | INVOICE NO. | PAGE |
|---|---|---|
| DATE | 106082 | 1 |
| 9/19/05 | | |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| | BAX 2ND DAY AIR | CO18319 | 43 | 55007076 2 | NET 30  FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1- 131500 | PREVIOUS INVOICE 106057 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | PC | 5,070 | .550 | 2,788.50 |
| 471601 | | | | | |
| | P/L 42041 | | | | |
| | ASN #GA00007554 | | 5,070  TOTAL QUANTITY | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 70.0 | 2,788.50 | | 2,788.50 |

G.C. # 459.2

# THE Ⓖ GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

ORIGINAL INVOICE

| | INVOICE NO. | PAGE |
|---|---|---|
| DATE | 106.083 | 1 |
| | 9/19/05 | |

BILL OF LADING NO.

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1—4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 471601 | 8AX 2ND DAY AIR | CO18319 | 43 | 550070762 | NET 30  FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1—  131500 | PREVIOUS INVOICE 106057<br>KNOB-OUTER ASSEMBLY<br>DELRA  KRAG<br>PART 28008325<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 42042<br>ASN #GA00007555 | PC | 5,070<br><br>5,070 TOTAL QUANTITY | .550 | 2,788.50 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 70.0 | 2,788.50 | | 2,788.50 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106084 | 1 |

| DATE |
|---|
| 9/20/05 |

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF
LADING NO.

| CUST. CODE | | |
|---|---|---|
| 131500 | | |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | U M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1- | BAX 2ND DAY AIR | | C018319 | | | 43 | 550070762 | NET 30 | FOB DECATUR |
| 471601 | PREVIOUS INVOICE 106083 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | | | PC | 5,070 | | | .550 | 2,788.50 |
| | P/L 42043 ASN #GA00007556 | | | | 5,070 | TOTAL QUANTITY | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 70.0 | 2,788.50 | | | | | 2,788.50 |

G.C. # 459-2

G.C. # 459-2

# THE ⓖRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| | INVOICE NO. | PAGE |
|---|---|---|
| D A T E | 106089 | 1 |
| | 9/21/05 | |

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

|  | BILL OF LADING NO. |
|---|---|

| CUST. CODE | SHIP VIA | REF. NO. | | | CUST. ORDER NO. | TERMS | |
|---|---|---|---|---|---|---|---|
| | BAX 2ND DAY AIR | CO18319 | | | 550070762 | NET 30 | FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | SLS. NO. | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1— 131500 | | | | 43 | | | |
| 471601 | KNOB-OUTER ASSEMBLY | PC | 5,070 | | | .550 | 2,788.50 |
| | PREVIOUS INVOICE 106084 | | | | | | |
| | DELRA KRAG | | | | | | |
| | PART 28008325 | | | | | | |
| | REV A | | | | | | |
| | SUPPLIER: GRIGOLEIT CO. | | | | | | |
| | INVOICE # NOT AVAILABLE | | | | | | |
| | AT SHIP TIME | | | | | | |
| | | | | | | | |
| | P/L 42044 | | 5,070 TOTAL QUANTITY | | | | |
| | ASN #GA00007557 | | | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 70.0 | 2,788.50 | | | | | | 2,788.50 |

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

G.C. # 459-2

| | |
|---|---|
| SOLD TO | DELPHI ELECTRONICS & SAFETY P.O. BOX 9005 KOKOMO IN 46904-9005 |
| SHIP TO | DELPHI D DELNOSA PLANT 1-4 702 JOAQUIN CAVAZOS ROAD LOS INDIOS, TX 78567 |

| | |
|---|---|
| INVOICE NO. | 106092 |
| PAGE | 1 |
| DATE | 9/22/05 |
| BILL OF LADING NO. | |

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| | BAX 2ND DAY AIR | C018319 | 43 | 550070762 | NET 30 FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1- 131500 | | | | | |
| 471601 | PREVIOUS INVOICE 106089 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME  P/L 42045 ASN #GA00007558 | PC | 5,070  5,070  TOTAL QUANTITY | .550 | 2,788.50  2,788.50 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | AMOUNT DUE |
|---|---|---|---|---|---|
| 70.0 | 2,788.50 | | | | 2,788.50 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 106098 | 1 |

| DATE |
|---|
| 9/23/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 131500 | BAX 2ND DAY AIR | C018319 | 43 | 550070762 | NET 30  FOB DECATUR |

| 1- GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 471601 | PREVIOUS INVOICE 106092 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME P/L 42046 ASN #6A00007559 | PC. | 5,070 | .550 | 2,788.50 |
| | | | 5,070 TOTAL QUANTITY | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 70.0 | 2,788.50 | | 2,788.50 |

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| | |
|---|---|
| INVOICE NO. | 106101 |
| PAGE | 1 |
| DATE | 9/26/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF
LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| | BAX 2ND DAY AIR | C018319 | 43 | 5500 70762 | NET 30   FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U.M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1- 131500 | | | | | |
| 471601 | PREVIOUS INVOICE 106098 | | | | |
| | KNOB-OUTER ASSEMBLY | | | | |
| | DELRA  KRAG | | | | |
| | PART 28008325 | PC | 5,070 | .550 | 2,788.50 |
| | REV A | | | | |
| | SUPPLIER: GRIGOLEIT CO. | | 5,070 TOTAL QUANTITY | | |
| | INVOICE # NOT AVAILABLE | | | | |
| | AT SHIP TIME | | | | |
| | | | | | |
| | P/L 42047 | | | | |
| | ASN #GA00007560 | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 70.0 | 2,788.50 | | 2,788.50 |

G.C. # 459-2

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106111 | 1 |
| DATE | 9/27/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST. CODE | GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | U M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | UNIT PRICE | TERMS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131500 | 1— | BAX 2ND DAY AIR | | C018319 | | | 43 | 550070762 | NET 30 | F0B DECATUR | |
| | 471601 | PREVIOUS INVOICE 106101 KNOB-OUTER ASSEMBLY | | | PC | 5,070 | | | .550 | | 2,788.50 |
| | 471601 | KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A | | | PC | 1,014 | | | .550 | | 557.70 |
| | | SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | | | | | | | | | |
| | | P/L 42048 | | | | 6,084 TOTAL QUANTITY | | | | | |
| | | ASN #GA00007561 | | | | | | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 84.0 | 3,346.20 | | 3,346.20 |

G.C. # 459-2

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106115 | 1 |

| DATE |
|---|
| 9/29/05 |

BILL OF LADING NO.

S O L D   T O:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

S H I P   T O:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | U M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 131500 | 471601 | PREVIOUS INVOICE 106111 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME P/L 42049 ASN #GA00007562 | BAX 2ND DAY AIR | C018319 | PC | 5,070 5,070 TOTAL QUANTITY | 43 | 550070762 | .550 | 2,788.50 |

I-  1-   NET 30   FOB DECATUR   TERMS

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 70.0 | 2,788.50 | | 2,788.50 |

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106047 | 1 |

DATE: 9/08/05

BILL OF LADING NO.

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI EES DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 131500 | BAX 2ND DAY AIR | C018471 | 43 | 5500 77235 | NET 30 FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1- 470901 | KNOB ASSY/DELPHI DEL55 KAAG PART 28014594 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | PC | 1,372 | .750 | 1,029.00 |
| | P/L 42022 | | | | |
| | ASN #GA00007531 | | | | |
| | | | 1,372 TOTAL QUANTITY | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | AMOUNT DUE |
|---|---|---|---|---|---|
| 27.0 | 1,029.00 | | | | 1,029.00 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| | | | INVOICE NO. | PAGE |
|---|---|---|---|---|
| | | DATE | 106048 | 1 |
| | | | 9/09/05 | |

| | BILL OF LADING NO. |
|---|---|

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

| CUST. CODE | GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | U M | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|---|---|
| 470901 | 1- 131500 | BAX 2ND DAY AIR | | C018471 | | 43 | 550077235 | NET 30 FOB DECATUR |

| | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PREVIOUS INVOICE 106047 | | | |
| KNOB ASSY/DELPHI | PC | 2,744 | .750 | 2,058.00 |
| DEL56 KAAG | | | |
| PART 28014594 | | | |
| REV A | | | |
| SUPPLIER: GRIGOLEIT CO. | | | |
| INVOICE # NOT AVAILABLE | | | |
| AT SHIP TIME | | | |
| P/L 42024 | | | |
| ASN #GA00007532 | | | |
| | | | |
| | 2,744 TOTAL QUANTITY | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 54.0 | 2,058.00 | | 2,058.00 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106058 | 1 |

DATE: 9/13/05

| BILL OF LADING NO. |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 1— | CENTRAL TRANSPORT | CO18471 | 43 | 550077235 | NET 30   FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 131500 | PREVIOUS INVOICE 106048<br>KNOB ASSY/DELPHI<br>DEL56  KAAG<br>PART 28014594<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 42025  B/L 5257<br>ASN #GA0007533 | PC | 10,976<br><br>10,976  TOTAL QUANTITY | .750 | 8,232.00 |

470901

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 216.0 | 8,232.00 | | 8,232.00 |

G.C. # 459.2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106085 | 1 |

DATE: 9/20/05

BILL OF LADING NO.

S O L D  T O:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

S H I P  T O:
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX  78567

| CUST. CODE | | SHIP VIA | REF. NO. | | SLS. NO. | CUST. ORDER NO. | | TERMS |
|---|---|---|---|---|---|---|---|---|
| 131500 | CENTRAL TRANSPORT | | C018471 | | 43 | 550077235 | NET 30 | FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1— 470901 | PREVIOUS INVOICE 106058<br>KNOB ASSY/DELPHI<br>DEL56  KAAG<br>PART 28014594<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 42026   B/L 5268<br><br>ASN #GA0000753** | PC | 19,208<br><br>19,208 TOTAL QUANTITY | .750 | 14,406.00 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | AMOUNT DUE |
|---|---|---|---|---|---|
| 378.0 | 14,406.00 | | | | 14,406.00 |

G.C. # 4592

G.C. # 459-2

# THE G**RIGOLEIT** COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106113 | 1 |

DATE 9/27/05

BILL OF LADING NO.

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 131500 | CENTRAL TRANSPORT | C018471 | 43 | 550077235 | NET 30  FOB DECATUR |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1- 470901 | PREVIOUS INVOICE 106085<br>KNOB ASSY/DELPHI<br>DEL56  KAAG<br>PART 28014594<br>REV B<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 42088   B/L 5275<br>ASN #6A00007622 | PC | 10,976<br><br>10,976  TOTAL QUANTITY | .750 | 8,232.00 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 216.0 | 8,232.00 | | 8,232.00 |

# THE ⒼRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois  62525

217/429-5411

**ORIGINAL INVOICE**

| | INVOICE NO | PAGE |
|---|---|---|
| DATE | 105925 | 1 |
| 8/05/05 | | |

| S O L D T O | DELPHI DELCO ELECTRONICS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO, IN  46904-9005 |
|---|---|

| S H I P T O | DELCO DELPHI ELECTRONICS<br>MAN. RECPT. PROC. MS-A241<br>P.O. BOX 9005<br>KOKOMO, IN  46904-9005 |
|---|---|

BILL OF
LADING NO

| CUST CODE | | SHIP VIA | REF. NO. | U/M | SLS. NO. | CUST ORDER NO | | TERMS |
|---|---|---|---|---|---|---|---|---|

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1- 131600 | | C018464 | | |
| C4564C | PRM CHG>POST PRD RUN / $18,500<br>DELCO | | | |
| | TOOLING FOR EXTRA PARTS ON<br>KNOB 12200626. | | | |
| | CUS PO NO/ ITEM IDENT NO/DATE<br>45015717  PR10183651 07/26/05 | 450157l7 | | 18,500.00 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 18,500.00 | | 18,500.00 |

# THE (G) RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863463 | 1 |
| DATE | |
| 9/02/05 | |

| | | BILL OF LADING NO. |
|---|---|---|

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005          00000

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031477 | 00043 | 550045162 | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 451828 | KNB ASSY W/ANG LP/H241934INNER DELRA KALM PART 9379391 | PC | 450 | .320 | 144.00 |
| | DATE SHIPPED  8/30/05 | | | | |
| | P/L 66115 | | | | |
| | CENTRAL / SKID 1 | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 144.00 | | 144.00 |

G.C. # 459-2

THE **GRIGOLEIT** COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 863473 | 1 |

DATE 9/09/05

S O L D  T O
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

00000

S H I P  T O
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF
LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 00131500 | BAX GLOBAL 2ND DAY | 031477 | 00043 | 550045162 | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 451828 | KNB ASSY W/ANG LP/H24193&INNER DELRA KALM PART 9379391 | PC | 450 | .320 | 144.00 |
|  | DATE SHIPPED 9/06/05 |  |  |  |  |
|  | P/L 66148 |  |  |  |  |
|  | BAX GLOBAL 2ND DAY |  |  |  |  |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
|  | 144.00 |  | 144.00 |

G.C. # 459-2

THE ⒼRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 863464 | 1 |

| DATE |
|---|
| 9/02/05 |

BILL OF LADING NO.

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1—4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031478 00043 | 550045671 | | NET 30 FOB SHIPPING POINT |
| | | 00000 | | | |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 457205 | KNOB ASSY READY TO SHIP | PC | 4500 | .359 | 1,615.50 |
| | DELRA KALM | | | | |
| | PART 9367050 | | | | |
| | DATE SHIPPED  8/30/05 | | | | |
| | P/L 66116 | | | | |
| | CENTRAL / SKID 1 | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 1,615.50 | | 1,615.50 |

G.C. # 459-2

THE **GRIGOLEIT COMPANY**

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

ORIGINAL INVOICE

| | INVOICE NO. | PAGE |
|---|---|---|
| DATE | 863465 | 1 |
| | 9/02/05 | |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005                00000

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

BILL OF
LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | U M | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031590 | PC | 00043 | 5500 72638 | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 465612 | BLK KNOB ASSY TO SHIP DEL56 KALM PART 28004207 | 8316 | .224 | 1,862.78 |
| | DATE SHIPPED 8/30/05 | | | |
| | P/L 66117 | | | |
| | CENTRAL / SKID 1 | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 1,862.78 | | 1,862.78 |

G.C. # 459-2

THE **GRIGOLEIT COMPANY**

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863474 | 1 |
| 9/09/05 | |

BILL OF LADING NO.

**SOLD TO**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

00000

**SHIP TO**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031590 | 00043 | 550072638 | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 465612 | BLK KNOB ASSY TO SHIP<br>DEL56 KALM<br>PART 28004207<br><br>DATE SHIPPED 9/06/05<br><br>P/L 66149<br><br>CENTRAL / SKID 1 | PC | 8778 | .224 | 1,966.27 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 1,966.27 | | 1,966.27 |

G.C. # 459.2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 8634.90 | 1 |

DATE 9/16/05

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005
00000

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX  78567

BILL OF LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | U M | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031590 | | 00043 | 550072638 | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 465612 | BLK KNOB ASSY TO SHIP<br>DEL56 KALM<br>PART 28004207<br><br>DATE SHIPPED  9/13/05<br><br>P/L 66177<br><br>CENTRAL / SKID 1 | PC | 6006 | .224 | 1,345.34 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 1,345.34 | | 1,345.34 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863506 | 1 |
| DATE | |
| 9/23/05 | |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005          00000

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

| BILL OF LADING NO. | |
|---|---|

| CUST. CODE | | SHIP VIA | | REF. NO. | | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|---|---|
| | | CENTRAL TRANSPORT | | 031590 | | 00063 | 550072638 | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 00131500 | | | | | |
| 465612 | BLK KNOB ASSY TO SHIP DEL56 KALM PART 28004207 | PC | 12936 | .224 | 2,897.66 |
| | DATE SHIPPED 9/20/05 | | | | |
| | P/L 66215 | | | | |
| | CENTRAL TRANSPORT/SK | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 2,897.66 | | 2,897.66 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863521 | 1 |
| DATE | 9/30/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005      00000

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

BILL OF
LADING NO.

| CUST. CODE | | | | | | |
|---|---|---|---|---|---|---|
| 00131500 | | | | | | |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| 465612 | BLK KNOB ASSY TO SHIP DEL56 KALM PART 28004207 DATE SHIPPED 9/27/05 P/L 66253 CENTRAL / SKID 1 | CENTRAL TRANSPORT | 031590 | 00043 | 550072638 | NET 30 FOB SHIPPING POINT |

| U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PC | 5082 | .224 | 1,138.37 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 1,138.37 | | 1,138.37 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois  62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863466 | 1 |

| DATE | 9/02/05 |
|---|---|

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

SHIP TO:
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX  78567

BILL OF
LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031591 | 00043 | 550072638 | NET 30 FOB SHIPPING POINT |
| | 00000 | | | | |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 465712 | BLK KNOB ASSY TO SHIP DEL56 KALM PART 28004208 | PC | 4,224 | .202 | 853.25 |
| | DATE SHIPPED  8/30/05 | | | | |
| | P/L 66118 | | | | |
| | CENTRAL / SKID 1 | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 853.25 | | 853.25 |

G.C. # 459-2

# THE (G) RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863475 | 1 |

| DATE |
|---|
| 9/09/05 |

| BILL OF LADING NO. |
|---|

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005          00000

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX  78567

| CUST. CODE | SHIP VIA | REF. NO. | U M | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031591 | PC | 00043 | 5500726 38 | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 465712 | BLK KNOB ASSY TO SHIP | 4,224 | .202 | 853.25 |
| | DEL56 KALM | | | |
| | PART 2800 4208 | | | |
| | DATE SHIPPED  9/06/05 | | | |
| | P/L 66150 | | | |
| | CENTRAL / SKID 1 | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 853.25 | | 853.25 |

G.C. # 459-2

# THE ⒼRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863491 | 1 |
| 9/16/05 | |

D A T E

S O L D T O
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005    00000

S H I P T O
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

BILL OF
LADING NO.

| CUST. CODE | | SHIP VIA | REF. NO. | U M | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031591 | PC | 00043 | 550072638 | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 465712 | BLK KNOB ASSY TO SHIP DEL56 KALM PART 28004208 | 3168 | .202 | 639.94 |
| | DATE SHIPPED 9/13/05 | | | |
| | P/L 66178 | | | |
| | CENTRAL / SKID 1 | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | | | | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 639.94 | | | | | 639.94 |

G.C. # 459-2

G.C. # 459-2

# THE ⒼRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois  62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863507 | 1 |

| DATE |
|---|
| 9/23/05 |

**SOLD TO**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

**SHIP TO**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX  78567

BILL OF
LADING NO.

| CUST. CODE | | |
|---|---|---|
| 00131500 | | |
| | 00000 | |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | SHIP VIA | REF. NO. | U M | QUANTITY SHIPPED | SLS. NO. | CUST. ORDER NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | CENTRAL TRANSPORT | 031591 | | 00043 | 550072638 | | | |
| 465712 | BLK KNOB ASSY TO SHIP DEL56  KALM PART 28004208 | | | PC | 4752 | | | .202 | 959.90 |
| | P/L 66216 | | | | | | | | |
| | CENTRAL TRANSPORT/SSK | | | | | | | | |

NET  30  FOB  SHIPPING POINT   TERMS

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 959.90 | | 959.90 |

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863522 | 1 |

| DATE | |
|---|---|
| 9/30/05 | |

| BILL OF LADING NO. |
|---|

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005          00000

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

| CUST. CODE | SHIP VIA | REF. NO. | | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031591 00043 | | 550072638 | NET 30 FOB SHIPPING POINT | |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 465712 | BLK KNOB ASSY TO SHIP<br>DEL56  KALM<br>PART 28044208<br><br>DATE SHIPPED  9/27/05<br><br>P/L 66254<br><br>CENTRAL / SKID 1 | PC | 4224 | .202 | 853.25 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 853.25 | | 853.25 |

G.C. # 459.2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863519 | 1 |

DATE 9/30/05

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005      00000

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST. CODE | | SHIP VIA | REF. NO. | | SLS. NO. | CUST. ORDER NO. | | TERMS |
|---|---|---|---|---|---|---|---|---|
| 00131500 | | CENTRAL TRANSPORT | 031617 | | 00043 | 550077391 | | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 417402 | MOLDED KNOB BODY<br>DEL56  KALM<br>PART 1623376<br><br>DATE SHIPPED  9/27/05<br><br>P/L 66251<br><br>CENTRAL / SKID 1 | PC | 462 | 1.286 | 594.13 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS | AMOUNT DUE |
|---|---|---|---|
| | 594.13 | | 594.13 |

G.C. # 459-2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863505 | 1 |

9/23/05

| | |
|---|---|
| D A T E | |

**SOLD TO**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

00000

**SHIP TO**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

| | BILL OF LADING NO. |
|---|---|

| CUST. CODE | DESCRIPTION | SHIP VIA | REF. NO. | U M | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|---|
| 00131500 | CENTRAL TRANSPORT | 031615 | 00043 | | 550077391 | NET 30 FOB SHIPPING POINT | |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 451828 | KNB ASSY W/ANG LP/H241934INNER DEL56 KALM PART 9379391 | PC | 450 | .320 | 144.00 |
| | DATE SHIPPED 9/20/05 | | | | |
| | P/L 66214 | | | | |
| | CENTRAL TRANSPORT/SK | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 144.00 | | 144.00 |

G.C. # 459-2

THE **GRIGOLEIT COMPANY**

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 863520 | 1 |

DATE 9/30/05

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

00000

**SHIP TO:**
DELPHI E&S DELNOSA PL 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 0131500 | CENTRAL TRANSPORT | 031615 00043 | 550077391 | NET 30 FOB SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 451828 | KNB ASSY W/ANG LP/H241934INNER DEL56  KALM PART 9379391 P/L 66252 CENTRAL / SKID 1 DATE SHIPPED  9/27/05 | PC | 4050 | .320 | 1,296.00 |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
|  | 1,296.00 |  | 1,296.00 |

G.C. # 459.2

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 863489 | 1 |

| | |
|---|---|
| DATE | 9/16/05 |

| | BILL OF LADING NO. |
|---|---|

| | |
|---|---|
| S O L D T O | DELPHI ELECTRONICS & SAFETY P.O. BOX 9005 KOKOMO IN 46904-9005 | S H I P T O | DELPHI E&S DELNOSA PL 5-6 LIDC RECEIVING WAREHOUSE 702 JOAQUIN CAVAZOS RD. LOS INDIOS, TX 78567 |

| CUST. CODE | | SHIP VIA | REF. NO. | | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|---|---|
| 00131500 | | CENTRAL TRANSPORT | 031616 | | 00043 | 550077391 | NET 30  FOB  SHIPPING POINT |

| GRIGOLEIT ITEM NUMBER | DESCRIPTION | U M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 454418 | KNB ASSY W/ANG LP H241934 DEL56 KALM PART 9379392 | PC | 2400 | .315 | 756.00 |
| | P/L 66176 | | | | |
| | CENTRAL / SKID 1 | | | | |
| | DATE SHIPPED  9/13/05 | | | | |

| TOTAL WEIGHT POUNDS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| | 756.00 | | 756.00 |

G C # 459-2

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**

DELPHI D DPSS CUNEO
1125 East Vaile Avenue
KOKOMO IN 4690!

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

| PO Number | |
|---|---|
| 550061073 | Date Issued |
| Version | 10/14/2004 |
| 01/15/2005 02:45:04 EST | |

**RECEIVED**
**JAN 2 1 2005**
THE GRIGOLEIT CO.

Vendor No: 1007941
DUNS No: 005199070

**Payment Terms:** ZMN2        **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 16135921 | DA74 DELPHI D DPSS CUNEO | | | | |
| | KNOB ASM | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 10/13/2004 | 12/31/2005 | USD | 2,855.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record changed*

**Notes:**

*******************************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*******************************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process

Purchasing Contact: Romano, Wayne

Phone: 765-451-0106

Fax: 765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM.
KOKOMO IN 46902

EST

Delphi Electronics and Safety

Page 2 of 3

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number
550061073
Version
01/15/2005 02:45:04 EST

Date Issued
10/14/2004

| Item No. | Material No. Description | Plant |
| --- | --- | --- |

## Notes Continued:

(SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*******************************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*******************************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************************************************************************

*******************
Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.

Delphi Electronics and Safety

Page 3 of 3

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number                                    Date Issued
550061073                                    10/14/2004
Version
01/15/2005 02:45:04 EST

| Item No. | Material No.<br>Description | Plant |
|----------|-----------------------------|-------|

**Notes Continued:**

4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (4) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (2) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.

*********************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

470901                                    470901

# DELPHI        DELDR050124C                    Delphi Electronics and Safety

Page  1  of  3

Buyer:
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

Deliver to:
DELPHI- D DELNOSA Plant 1-4
Brecha E. 99 S/N Colonia Parque Ind
REYNOSA
MEXICO

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

**RECEIVED**
JAN 2 4 2005
THE GRIGOLEIT CO.

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550069088 | 01/18/2005 |

Version
01/19/2005 02:37:47 EST

Vendor No:  1007941
DUNS No:    005199070

**Payment Terms:** Z23          **Currency:**  USD

Due 2nd day of the third month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 28014594 | DA24 DELPHI D DELNOSA Plant 1-4 | | | |
| | KNOB-ASM 6MM BORE | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2005 | 12/31/2006 | USD | 750.00 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 720.00 | 1,000 | PC |
| 01/01/2008 | 12/31/2009 | USD | 690.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

*********************************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).
*********************************************************************************

Purchasing Contact: Romano, Wayne

Phone:  765-451-0106

Fax:  765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM.
KOKOMO IN 46902

 **DELPHI**_____ Delphi Electronics and Safety

Page  2  of  3

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL  62525-0831

## Requirements Contract

PO Number                                          Date Issued
550069088                                          01/18/2005
Version
01/19/2005 02:37:47 EST

| Item No. | Material No. Description | Plant |
| --- | --- | --- |

**Notes Continued:**

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*********************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*********************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes
will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************************

*******************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************

*******************
Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.

# DELPHI

Delphi Electronics and Safety

Page  3  of  3

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number                                          Date Issued
550069088                                          01/18/2005
Version
01/19/2005 02:37:47 EST

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.

3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.

4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (4) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (2) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Industrial Park
K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delco Electronics Corporation
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

*DELPHI Part 28⁰¹⁴¹⁵⁹⁴*

Delphi Electronics and Safety

Page  1  of  3

| Buyer: |
|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN  46904-9005 |

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550069088 | 18-Jan-2005 |
| Version |  |
| 28-Jul-2005  02:35:37 EST | |

| Deliver to: |
|---|
| DELPHI E & S DELNOSA Plant 1-4<br>LIDC Receiving Warehouse<br>702 Joaquin Cavazos Rd<br>LOS INDIOS TX  78567 |

| GRIGOLEIT CO, THE |
|---|
| P.O. Box 831<br>DECATUR IL  62525-0831 |

| Vendor No:  1007941 |
|---|
| DUNS No:   005199070 |

| **Payment Terms:** Z23 | **Currency:** USD |
|---|---|
| Due 2nd day of the third month | |

| **Incoterms:**  FOB- Freight Collect |
|---|

RECEIVED
AUG 0 1 2005
THE GRIGOLEIT CO.

\* \* \* *Delivery address changed*

| Notes: |
|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Delphi Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

| Purchasing Contact: Romano, Wayne | Contact Address: |
|---|---|
| Phone:  765-451-0106 | DELPHI DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER MS:CTLLM. |
| Fax:  765-451-0265 | KOKOMO IN 46902 |



**DELPHI** _____ Delphi Electronics and Safety

Page  2  of  3

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

### Requirements Contract

PO Number                                    Date Issued
550069088                                    18-Jan-2005
Version
28-Jul-2005  02:35:37  EST

---

**Notes Continued:**

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*************************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

********************
Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weighs required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and three (4) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (2) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.

********************

********************
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Industrial Park

RECEIVED
AUG 0 1 2005
THE GRIGOLEIT CO.

# DELPHI

———————————————————————————— Delphi Electronics and Safety

Page  3  of  3

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number                                          Date Issued
550069088                                          18-Jan-2005
Version
28-Jul-2005  02:35:37  EST

---

**Notes Continued:**

K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder:  Delco
Electronics Corporation
*********************



RECEIVED

AUG 0 1 2005

THE GRIGOLEIT CO.

*Delphi Electronics and Safety*

Page 1 of 3

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**

601 Joaquin Cavazos Road
LOS INDIOS TX 78567

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

**Requirements Contract**

PO Number
550070762
Version
02/22/2005 02:29:08 EST

Date Issued
02/21/2005

Vendor No: 1007941
DUNS No: 005199070

**Payment Terms:** Z23         **Currency:** USD

Due 2nd day of the third month

**Incoterms:** FOB· Freight Collect

*471601*

*KRAG* a

RECEIVED
FEB 2 8 2005
THE GRIGOLEIT CO.

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 28008325 | DA26 DELPHI D DELTRONICOS |
| | KNOB-OUTER | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2005 | 12/31/2005 | USD | 550.00 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 540.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

*******************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*******************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process

Purchasing Contact: Romano, Wayne

Phone: 765-451-0106

Fax: 765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

EST

Date and Time Printed: 02/22/2005 02:29:08

| GRIGOLEIT CO, THE |
|---|
| P.O. Box 831 |
| DECATUR IL 62525-0831 |

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550070762 | 02/21/2005 |
| Version | |
| 02/22/2005 02:29:08 EST | |

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

(SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*************************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*************************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes
will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*************************************************************************

*********************
Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.

| | |
|---|---|
| GRIGOLEIT CO, THE<br>P.O. Box 831<br>DECATUR IL 62525-0831 | **Requirements Contract**<br><br>PO Number         Date Issued<br>550070762         02/21/2005<br>Version<br>02/22/2005 02:29:08 EST |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (4) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (2) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.

*********************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

*********************
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Parque Industrial Del Norte
H. Matamoros Tam,
Matamoros, Mexico
State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delco Electronics Corporation
*********************

DELPHI  05-44481-rdd  Doc 8291-1  Filed 06/18/07  Entered 06/18/07 16:32:53  Exhibit A
Pg 95 of 109
Delphi Electronics and Safety

Page 1 of 3

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Requirements Contract**

PO Number
550077235
Version
03-Aug-2005 02:31:12 EST

Date Issued
02-Aug-2005

**Deliver to:**

DELPHI E&S DELNOSA Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Rd
LOS INDIOS TX 78567

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

RECEIVED
AUG 0 8 2005
THE GRIGOLEIT CO.

Vendor No: 1007941
DUNS No: 005199070

**Payment Terms:** Z23     **Currency:** USD

Due 2nd day of the third month

**Incoterms:** FOB Freight Collect

# 18471                                    Sale E 0434

| Item No. | Material No. Description | | | Plant | | |
|----------|-------------------------|---|---|-------|---|---|
| 00010 | 28014594    470901 KNOB-ASM 6MM BORE | | | DA31 DELPHI D DELNOSA Plant 5-6 | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|------------|----------|----------|-------|------------|-----|
| 01-Jan-2005 | 31-Dec-2006 | USD | 750.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 720.00 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2009 | USD | 690.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

*********************
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Industrial Park
K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delco

Purchasing Contact: Romano, Wayne

Phone: 765-451-0106

Fax: 765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM
KOKOMO IN 46902

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number                                           Date Issued
550077235                                           02-Aug-2005
Version
03-Aug-2005 02:31:12 EST

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Electronics Corporation
*********************

************************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

************************************************************

*********************

DELPHI

Delphi Electronics and Safety

Page  3  of 3

| GRIGOLEIT CO, THE<br>P.O. Box 831<br>DECATUR IL 62525-0831 | **Requirements Contract** |
|---|---|

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550077235 | C2-Aug-2005 |
| Version | |
| 03-Aug-2005  02:31:12  EST | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 1 of 1   Exhibit A   4518 2?
..4544

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550045162 | 01/01/2004 |
| Version | |
| 12/08/2004 02:36:02 EST | |

**Deliver to:**

DELPHI D DELNOSA Plant 1-4
601 Joaquin Cavazos Road
LOS INDIOS TX 78567

**RECEIVED**
**DEC 1 3 2004**
THE GRIGOLEIT CO.

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

| | |
|---|---|
| Vendor No: | 1007959 |
| DUNS No: | 005199070 |

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB· Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 9379391  451828 | DA24 DELPHI D DELNOSA Plant 1-4 |
| | KNOB | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/03/2001 | 12/31/2005 | USD | 320.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
**\*\*\* *Condition record changed***

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00020 | 9379392  454418 | DA24 DELPHI D DELNOSA Plant 1-4 |
| | KNOB-FAN | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/03/2001 | 12/31/2005 | USD | 315.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
**\*\*\* *Condition record changed***

**Notes:**

Purchasing Contact: Romano, Wayne

Phone: 765-451-0106

Fax: 765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM.
KOKOMO IN 46902

GRIGOLEIT CO, THE
P O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number
550045162
Version
12/08/2004 02:36:02 EST

Date Issued
01/01/2004

| Item No. | Material No. Description | Plant |
|----------|--------------------------|-------|

## Notes Continued

**********************
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Industrial Park
K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delco
Electronics Corporation
**********************

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
**********************
This Contract replaces previous contract #  00470580-001.
**********************


**********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**********************

**********************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

**********************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

**********************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number                                          Date Issued
550045162                                          01/01/2004
Version
12/08/2004 02:36:02 EST

| Item No. | Material No. Description | Plant |
|----------|--------------------------|-------|

### Notes Continued

salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*****************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes
will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************************************************

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**

DELPHI D DELNOSA Plant 1-4
601 Joaquin Cavazos Road
LOS INDIOS TX 78567

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550045671 | 01/01/2004 |
| Version | |
| 12/08/2004 02:36:02 EST | |

Vendor No: 1007959
DUNS No: 005199070

**Payment Terms:** ZMN2   **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

RECEIVED

DEC 1 3 2004

THE GRIGOLEIT CO.

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 9367050   457205 | DA24 DELPHI D DELNOSA Plant 1-4 |
| | KNOB | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 10/02/2001 | 12/31/2005 | USD | 359.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed

**Notes:**

*********************
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Industrial Park
K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delco Electronics Corporation

Purchasing Contact: Romano, Wayne

Phone: 765-451-0106

Fax: 765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM.
KOKOMO IN 46902

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number                                    Date Issued
550045671                                    01/01/2004
Version
12/08/2004 02:36:02 EST

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

---

**Notes Continued:**
********************

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
********************
This Contract replaces previous contract #  00472086-001.
********************


********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

********************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

********************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

********************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information

# DELPHI

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR  IL  62525-0831

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550045671 | 01/01/2004 |
| Version | |
| 12/08/2004 02:36:02 EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

### Notes Continued:

through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*********************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes
will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************************

# DELPHI

*B 46571 2*

Delphi Electronics and Safety

Page 1 of 3

| Buyer: |
|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 |

| **Requirements Contract** | |
|---|---|
| PO Number<br>550072638 | Date Issued<br>04/07/2005 |
| Version<br>04/08/2005 02:33:06 EST | |

| Deliver to: |
|---|
| DELPHI E& S DELNOSA Plant 5-6<br>LIDC Receiving Warehouse<br>702 Joaquin Cavazos Rd<br>LOS INDIOS TX 78567 |

| Vendor No: 1007959 |
|---|
| DUNS No: 005199070 |

| GRIGOLEIT CO, THE<br>P.O. Box 831<br>DECATUR IL 62525-0831 |
|---|

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

| **Incoterms:** FOB- Freight Collect |
|---|



RECEIVED
APR 1 2 2005
THE GRIGOLEIT CO.

| Item No. | Material No.<br>Description | Plant |
|---|---|---|
| 00010 | 28004207<br>KNOB | DA31 DELPHI D DELNOSA Plant 5-6 |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2005 | 12/31/2005 | USD | 224.00 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 215.00 | 1,000 | PC |
| 01/01/2007 | 12/31/2008 | USD | 206.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No.<br>Description | Plant |
|---|---|---|
| 00020 | 28004208<br>KNOB ASM-FAN | DA31 DELPHI D DELNOSA Plant 5-6 |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2005 | 12/31/2005 | USD | 202.00 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 194.00 | 1,000 | PC |
| 01/01/2007 | 12/31/2008 | USD | 186.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Notes: |
|---|

| Purchasing Contact: Romano, Wayne<br><br>Phone: 765-451-0106<br><br>Fax: 765-451-0265 | Contact Address:<br><br>DELPHI DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER MS:CTLLM.<br>KOKOMO IN 46902 |
|---|---|

EST

Date and Time Printed: 24 04 2005 02:33:06

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number
550072638

Date Issued
04/07/2005

Version
04/08/2005 02:33:06 EST

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

*********************
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Industrial Park
K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delco Electronics Corporation
*********************

*******************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*******************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*******************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*******************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written


RECEIVED
APR 12 2005
THE GRIGOLEIT CO.

**DELPHI**

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number                                        Date Issued
550072638                                        04/07/2005
Version
04/08/2005 02:33:06 EST

| Item No. | Material No. Description | Plant |
|----------|--------------------------|-------|
|          |                          |       |

### Notes Continued:

form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes
will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

*********************
Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (4) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (2) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.

*********************

Delphi Electronics and Safety

Page 1 of 3

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Requirements Contract**

| | |
|---|---|
| PO Number | |
| 550077391 | Date Issued |
| Version | 03-Aug-2005 |
| 04-Aug-2005 02:33:26 EST | |

**Deliver to:**

DELPHI E& S DELNOSA Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Rd
LOS INDIOS TX 78567

RECEIVED
AUG 0 9 2005
THE GRIGOLEIT CO.

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

Vendor No:  1007959
DUNS No:   005199070

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB-Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 9379391 KNOB  451828  #31615  CN6018477 | DA31 DELPHI D DELNOSA Plant 5-6  0378 |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2005 | 31-Dec-2005 | USD | 320.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00020 | 9379392 KNOB-FAN  454418  #31616  CN6018478 | DA31 DELPHI D DELNOSA Plant 5-6  0381 |
|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2005 | 31-Dec-2005 | USD | 315.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00030 | 12200626 KNOB-ASM 6MM BORE  OBSOLETE  465W | DA31 DELPHI D DELNOSA Plant 5-6 |
|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2005 | 31-Dec-2005 | USD | 310.00 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 301.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 292.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00040 | 16233376 KNOB  SHIPPED 8-9-05 to Plant 1-4 | DA31 DELPHI D DELNOSA Plant 5-6 |
|---|---|---|

**Purchasing Contact:** Romano, Wayne

Phone:  765-451-0106

Fax:  765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM.
KOKOMO IN 46902

Delphi Electronics and Safety

Page  2  of  3

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number
550077391
Version
04-Aug-2005  02:33:26  EST

Date Issued
03-Aug-2005

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | | **UOM** |
| 01-Jan-2005 | 31-Dec-2005 | USD | 1,286.00 | 1,000 | | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

*******************

The ultimate destination of this purchase order is Mexico.  When shipping from Mexico, use the following "Ship To" address:
Industrial Park
K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items.  Permit Holder:  Delco Electronics Corporation
*******************

***********************************************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

***********************************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual.  The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative.  Suppliers must have part manufacturing site approval prior to shipping production quantities.  Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

***********************************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes.  (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").  Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI).  To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

***********************************************************************************

GRIGOLEIT CO, THE
P.O. Box 831
DECATUR IL 62525-0831

## Requirements Contract

PO Number
550077391
Version
04-Aug-2005 02:33:26 EST

Date Issued
03-Aug-2005

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*