# DELPHI CLAIM RECONCILIATION DETAIL

Claimant's Name: GRIGOLEIT COMPANY THE
Claim #: 10128
Vendor #: RD005199070

| | | Unreconciled Amount | Pre-Petition Balance | Reconciled Amount |
|---|---|---|---|---|
| | | 20,011.47 | 259,112.50 | |

Total Claimed: 259,605.47
Total Scheduled: 225,557.94
Variance: 34,047.53

Debtor(s): 5-44640 - DELPHI AUTOMO

| Item | Document Description | Co. # | Invoice Date | Date of Service | Amount Claimed per POC | Scheduled Amount | Claim to Schedule Variance | Reconciled Amount | Recon Type | Adjustment to Claimed Amount | Resolution |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 106112/ GA00007621 | 39 | 9/27/05 | GA00007621 | 1,142.00 | 1,142.00 | - | 1,142.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 2 | 105893/ GA00007182 | 39 | 7/27/05 | GA00007182 | 13,377.00 | 13,376.25 | 0.75 | 13,376.25 | R4 - Pre-Petition Unpaid Invoices | (0.75) | Line item agree, per eDecor amt is scheduled for pymt |
| 3 | 105905/ GA00007183 | 39 | 7/29/05 | GA00007183 | 2,058.00 | 2,058.00 | - | 2,058.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 4 | 105921/ GA00007184 | 39 | 8/2/05 | GA00007184 | 13,377.00 | 13,377.00 | - | 13,377.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 5 | 105945/ GA00007185 | 39 | 8/9/05 | GA00007185 | 12,348.00 | 12,348.00 | - | 12,348.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 6 | 105964/ GA00007386 | 39 | 8/17/05 | GA00007386 | 3,087.00 | 3,087.00 | - | 3,087.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 7 | 105962/ GA00007384 | 39 | 8/16/05 | GA00007384 | 10,290.00 | 10,290.00 | - | 10,290.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 8 | 105996/ GA00007394 | 39 | 8/23/05 | GA00007394 | 10,290.00 | 10,290.00 | - | 10,290.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 9 | 106032/ GA00007396 | 39 | 9/2/05 | GA00007396 | 2,058.00 | 2,058.00 | - | 2,058.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 10 | 106030/ GA00007465 | 39 | 9/1/05 | GA00007465 | 2,058.00 | 2,058.00 | - | 2,058.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 11 | 105892/ GA00007187 | 39 | 7/26/05 | GA00007187 | 16,731.00 | 3,611.85 | 13,119.15 | 3,611.85 | R4 - Pre-Petition Unpaid Invoices | (13,119.15) | Qnty Adjmnt; pay scheduled amount shown is Decor. |
| 12 | 105920/ GA00007188 | 39 | 8/2/05 | GA00007188 | 13,384.80 | 25,365.45 | (11,980.65) | 11,980.65 | R4 - Pre-Petition Unpaid Invoices | (1,404.15) | Line item scheduled twice in system with $1,404.15 qnty adj |
| 13 | 105961/ GA00007189 | 39 | 8/16/05 | GA00007189 | 13,384.80 | 13,384.80 | - | 13,384.80 | R4 - Pre-Petition Unpaid Invoices | 13,384.80 scheduled |
| 14 | 105963/ GA00007382 | 39 | 8/17/05 | GA00007382 | 2,230.80 | 1,294.70 | 936.10 | 1,294.70 | R4 - Pre-Petition Unpaid Invoices | (936.10) | Qnty Adjmnt; pay scheduled amount shown is Decor. |
| 15 | 105969/ GA00007398 | 39 | 8/19/05 | GA00007398 | 1,115.40 | 1,114.85 | 0.55 | 1,114.85 | R4 - Pre-Petition Unpaid Invoices | (0.55) | Qnty Adjmnt; pay scheduled amount shown is Decor. |
| 16 | 105970/ GA00007399 | 39 | 8/19/05 | GA00007399 | 1,115.40 | 1,115.40 | - | 1,115.40 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 17 | 105995/ GA00007400 | 39 | 8/23/05 | GA00007400 | 1,115.40 | 1,115.40 | - | 1,115.40 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 18 | 105994/ GA00007401 | 39 | 8/23/05 | GA00007401 | 1,115.40 | 1,115.40 | - | 1,115.40 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 19 | 106029/ GA00007466 | 39 | 9/1/05 | GA00007466 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 20 | 106000/ GA00007471 | 39 | 8/25/05 | GA00007471 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 21 | 106007/ GA00007472 | 39 | 8/29/05 | GA00007472 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 22 | 106022/ GA00007473 | 39 | 8/30/05 | GA00007473 | 2,788.50 | 2,786.30 | 2.20 | 2,786.30 | R4 - Pre-Petition Unpaid Invoices | (2.20) | Qnty Adjmnt; pay scheduled amount shown is Decor. |
| 23 | 106024/ GA00007505 | 39 | 8/31/05 | GA00007505 | 2,230.80 | 2,230.80 | - | 2,230.80 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 24 | 106029/ GA00007506 | 39 | 9/1/05 | GA00007506 | 2,230.80 | 1,763.30 | 467.50 | 1,763.30 | R4 - Pre-Petition Unpaid Invoices | (467.50) | Qnty Adjmnt; pay scheduled amount shown is Decor. |
| 25 | 106082/ GA00007554 | 39 | 9/13/05 | GA00007554 | 8,923.20 | 17,296.40 | (8,373.20) | 8,373.20 | R4 - Pre-Petition Unpaid Invoices | (550.00) | Qnty Adjmnt; pay scheduled amount shown is Decor. |
| 26 | 106031/ GA00007507 | 39 | 9/2/05 | GA00007507 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 27 | 106038/ GA00007508 | 39 | 9/6/05 | GA00007508 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 28 | 106046/ GA00007509 | 39 | 9/7/05 | GA00007509 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 29 | 106057/ GA00007510 | 39 | 9/8/05 | GA00007510 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 30 | 106098/ GA00007553 | 39 | 9/22/05 | GA00007553 | 2,788.50 | 2,316.60 | 471.90 | 2,316.60 | R4 - Pre-Petition Unpaid Invoices | (471.90) | Qnty Adjmnt; pay scheduled amount shown is Decor. |
| 31 | 106083/ GA00007555 | 39 | 9/19/05 | GA00007555 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 32 | 106084/ GA00007556 | 39 | 9/20/05 | GA00007556 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 33 | 106089/ GA00007557 | 39 | 9/21/05 | GA00007557 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 34 | 106092/ GA00007558 | 39 | 9/22/05 | GA00007558 | 2,788.50 | 2,316.60 | 471.90 | 2,316.60 | R4 - Pre-Petition Unpaid Invoices | (471.90) | Qnty Adjmnt; pay scheduled amount shown is Decor. |
| 35 | 106098/ GA00007559 | 39 | 9/23/05 | GA00007559 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 36 | 106101/ GA00007560 | 39 | 9/26/05 | GA00007560 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 37 | 106111/ GA00007561 | 39 | 9/27/05 | GA00007561 | 3,346.20 | 2,788.50 | 557.70 | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | (557.70) | Qnty Adjmnt; pay scheduled amount shown is Decor. |
| 38 | 106115/ GA00007562 | 39 | 9/29/05 | GA00007562 | 2,788.50 | 2,788.50 | - | 2,788.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 39 | 106047/ GA00007531 | 39 | 9/8/05 | GA00007531 | 1,029.00 | 1,029.00 | - | 1,029.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 40 | 106048/ GA00007532 | 39 | 9/9/05 | GA00007532 | 2,058.00 | 2,058.00 | - | 2,058.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 41 | 106058/ GA00007533 | 39 | 9/13/05 | GA00007533 | 8,232.00 | 8,232.00 | - | 8,232.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 42 | 106085/ GA00007534 | 39 | 9/20/05 | GA00007534 | 14,406.00 | 14,406.00 | - | 14,406.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 43 | 106113/ GA00007622 | 39 | 9/27/05 | GA00007622 | 8,232.00 | 8,232.00 | - | 8,232.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 44 | 863463/ MA00007496 | 39 | 9/2/05 | MA00007496 | 144.00 | 144.00 | - | 144.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 45 | 863473/ MA00007514 | 39 | 9/9/05 | MA00007514 | 144.00 | 144.00 | - | 144.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 46 | 863464/ MA00007497 | 39 | 9/2/05 | MA00007497 | 1,615.50 | 1,615.50 | - | 1,615.50 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 47 | 863465/ MA00007498 | 39 | 9/2/05 | MA00007498 | 1,862.78 | 1,862.78 | - | 1,862.78 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 48 | 863474/ MA00007515 | 39 | 9/9/05 | MA00007515 | 1,966.27 | 1,966.27 | - | 1,966.27 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 49 | 863490/ MA00007564 | 39 | 9/16/05 | MA00007564 | 1,345.34 | 1,345.34 | - | 1,345.34 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 50 | 863506/ MA00007593 | 39 | 9/23/05 | MA00007593 | 2,897.66 | 2,897.66 | - | 2,897.66 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 51 | 863521/ MA00007625 | 39 | 9/30/05 | MA00007625 | 1,138.37 | 1,138.37 | - | 1,138.37 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |
| 52 | 863466/ MA00007499 | 39 | 9/2/05 | MA00007499 | 853.25 | 853.25 | - | 853.25 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDecor amt is scheduled for pymt |

Claimant's Name: GRIGOLEIT COMPANY THE
Claim #: 10128
Vendor #: RD00519907O

Debtor(s): :-44640 - DELPHI AUTOMO

| | Unreconciled Amount | Pre-Petition Balance | Reconciled Amount |
|---|---|---|---|
| | 20,011.47 | | 209,112.50 |

| | Total Claimed | Total Scheduled | Variance |
|---|---|---|---|
| | 259,605.47 | 225,557.94 | 34,047.53 |

| Item | Document Description | Co. # | Invoice Date | Date of Service | Amount Claimed per POC | Scheduled Amount | Claim to Schedule Variance | Reconciled Amount | Recon Type | Adjustment to Claimed Amount | Resolution |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Other Charges and Services** | | | | | | | | | | |
| 53 | 863475/ MA00007516 | 39 | 9/9/05 | MA00007516 | 853.25 | 853.25 | - | 853.25 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDacor amt is scheduled for pymt |
| 54 | 863491/ MA00007565 | 39 | 9/16/05 | MA00007565 | 639.94 | 639.94 | - | 639.94 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDacor amt is scheduled for pymt |
| 55 | 863507/ MA00007594 | 39 | 9/23/05 | MA00007594 | 959.90 | 959.90 | - | 959.90 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDacor amt is scheduled for pymt |
| 56 | 863522/ MA00007626 | 39 | 9/30/05 | MA00007626 | 853.25 | 853.25 | - | 853.25 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDacor amt is scheduled for pymt |
| 57 | 863519/ MA00007623 | 39 | 9/30/05 | MA00007623 | 594.13 | 594.13 | - | 594.13 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDacor amt is scheduled for pymt |
| 58 | 863505/ MA00007592 | 39 | 9/23/05 | MA00007592 | 144.00 | 144.00 | - | 144.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDacor amt is scheduled for pymt |
| 59 | 863520/ MA00007624 | 39 | 9/30/05 | MA00007624 | 1,296.00 | 1,296.00 | - | 1,296.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDacor amt is scheduled for pymt |
| 60 | 863489/ MA00007563 | 39 | 9/16/05 | MA00007563 | 756.00 | 756.00 | - | 756.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item agree, per eDacor amt is scheduled for pymt |
| 61 | 901067/Price Change | 39 | 9/24/02 | | (2,847.92) | | (2,847.92) | (2,847.92) | R8 - Other Reconciling Adjustments | - | Price Adj issued by vendor but Delphi paid higher price |
| 62 | 105925/Tooling | 39 | 8/5/05 | 105925 | 18,500.00 | | 18,500.00 | 18,500.00 | R4 - Pre-Petition Unpaid Invoices | - | Line item do not agree, per eDacor amt is scheduled for pym |
| 63 | 967463/Unauthorized DED | 39 | 9/2/05 | | 1.12 | | 1.12 | (1.12) | R8 - Other Reconciling Adjustments | (1.12) | Price Adj taken by Delphi - do not pay |
| 64 | 930931/Unauthorized DED | 39 | 10/4/05 | | 3.75 | | 3.75 | (3.75) | R8 - Other Reconciling Adjustments | (3.75) | Price Adj taken by Delphi - do not pay |
| 65 | 945390/Unauthorized DED | 39 | 10/4/05 | | 6.60 | | 6.60 | (6.60) | R8 - Other Reconciling Adjustments | (6.60) | Price Adj taken by Delphi - do not pay |
| | **Adjustments (Returned Material)** | | | | | | | | | | |
| 66 | CR607A (Grigoleit Responsible) | 39 | 8/25/05 | | (2,058.65) | | (2,058.65) | (2,058.65) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 67 | CR609A (Grigoleit Responsible) | 39 | 8/17/05 | | (471.90) | | (471.90) | (471.90) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 68 | CR610A (Grigoleit Responsible) | 39 | 8/9/05 | | (78.65) | | (78.65) | (78.65) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 69 | CR612A (Grigoleit Responsible) | 39 | 8/30/05 | | (4,137.65) | | (4,137.65) | (4,137.65) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 70 | CR618A (Grigoleit Responsible) | 39 | 10/6/05 | | (1,747.97) | | (1,747.97) | (1,747.97) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 71 | CR619A (Grigoleit Responsible) | 39 | 9/19/05 | | (0.55) | | (0.55) | (0.55) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 72 | CR620A (Grigoleit Responsible) | 39 | 9/19/05 | | (566.50) | | (566.50) | (566.50) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 73 | CR621A (Grigoleit Responsible) | 39 | 9/26/05 | | (2.20) | | (2.20) | (2.20) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 74 | CR622A (Grigoleit Responsible) | 39 | 9/26/05 | | (387.20) | | (387.20) | (387.20) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 75 | CR624A (Grigoleit Responsible) | 39 | 10/5/05 | | (377.85) | | (377.85) | (377.85) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| 76 | CR627A (Grigoleit Responsible) | 39 | 10/10/05 | | (432.30) | | (432.30) | (432.30) | R8 - Other Reconciling Adjustments | - | Reconciling Adjmt - Parts returned to vendor |
| | **Tooling Expediting Charge** | | | | | | | | | | |
| 77 | Tool PROJC4716B | 39 | 11/10/04 | | 20,000.00 | | 20,000.00 | | R4 - Pre-Petition Unpaid Invoices | (20,000.00) | Per email from Richard Hofmann, no written agreement exist to this amount and have not been accrued for. As instructed, this a objected for pymt. |
| | **Delphi Adjustments** | | | | | | | | | | |
| 78 | GA00006894 | 39 | 8/19/05 | | (3,303.30) | | (3,303.30) | (3,303.30) | R8 - Other Reconciling Adjustments | (3,303.30) | SOL item but not shown on claimant's schedule - Delphi Adjm |
| 79 | GA00006894 | 39 | 8/2/05 | | (709.50) | | (709.50) | (709.50) | R7 - Pre-Petition Credit/Debit Memos | (709.50) | SOL item but not shown on claimant's schedule - Delphi Adjm |
| 80 | GA00006923 | 39 | 8/9/05 | | (471.90) | | (471.90) | (471.90) | R7 - Pre-Petition Credit/Debit Memos | (471.90) | SOL item but not shown on claimant's schedule - Delphi Adjm |
| 81 | GA00007186 | 39 | 8/11/05 | | (1.65) | | (1.65) | (1.65) | R7 - Pre-Petition Credit/Debit Memos | (1.65) | SOL item but not shown on claimant's schedule - Delphi Adjm |
| 82 | GA00007186 | 39 | 8/9/05 | | (5,086.40) | | (5,086.40) | (5,086.40) | R7 - Pre-Petition Credit/Debit Memos | (5,086.40) | SOL item but not shown on claimant's schedule - Delphi Adjm |
| 83 | GA00007186 | 39 | 8/15/05 | | (1,549.90) | | (1,549.90) | (1,549.90) | R7 - Pre-Petition Credit/Debit Memos | (1,549.90) | SOL item but not shown on claimant's schedule - Delphi Adjm |
| 84 | MA00007459 | 39 | 9/8/05 | | (1.80) | | (1.80) | (1.80) | R7 - Pre-Petition Credit/Debit Memos | (1.80) | SOL item but not shown on claimant's schedule - Delphi Adjm |
| 85 | MA00007459 | 39 | 9/29/05 | | (1,847.05) | | (1,847.05) | (1,847.05) | R7 - Pre-Petition Credit/Debit Memos | (1,847.05) | SOL item but not shown on claimant's schedule - Delphi Adjm |
| | **Total** | | | | 259,605.47 | 225,557.94 | 21,076.03 | 209,112.50 | | (50,492.97) | |