GRIGOLEIT COMPANY
CLAIM # 10128, VENDOR # RD005199070
DEBTOR- DELPHI AUTOMOTIVE SYSTEMS, LLC
CASE # 05-44640

| INVOICE # | ASN # | INVOICE AMOUNT PER CLAIM | QTY PER INVOICE | QTY PER PACK LIST | QTY PER DELPHI RECADV | DIFFER. | DELPHI'S ADJ TO CLAIM |
|---|---|---|---|---|---|---|---|
| 105893 | GA00007182 | 13377.00 | 17836 | 17836 | 17836 | 0 | 0.75 |
| 105892 | GA00007187 | 16731.00 | 30420 | 30420 | 30420 | 0 | 13119.15 |
| 105920 | GA00007188 | 13384.80 | 24336 | 24336 | 24336 | 0 | 1404.15 |
| 105963 | GA00007382 | 2230.80 | 4056 | 4056 | 4056 | 0 | 936.10 |
| 105969 | GA00007398 | 1115.40 | 2028 | 2028 | 2028 | 0 | 0.55 |
| 106022 | GA00007473 | 2788.50 | 5070 | 5070 | 5070 | 0 | 2.20 |
| 106029 | GA00007506 | 2230.80 | 4056 | 4056 | 4056 | 0 | 467.50 |
| 106057 | GA00007553 | 8923.20 | 16224 | 16224 | 16224 | 0 | 550.00 |
| 106092 | GA00007558 | 2788.50 | 5070 | 5070 | 5070 | 0 | 0.00 |
| 106101 | GA00007560 | 2788.50 | 5070 | 5070 | 5070 | 0 | 471.90 |
| 106111 | GA00007561 | 3346.20 | 6084 | 6084 | NOT REC'D | 1014 | 557.70 @ |
| TOTALS | | 69704.70 | 120250 | 120250 | 114166 | 1014 | 17510.00 |

@    BAX GLOBAL SIGNED FOR AND PICKED UP 6 BOXES EQUAL TO 6084 PIECES.
     TRACKING # 655824584 SHOWS 5 BOXES DELIVERED EQUAL TO 5070 PIECES

UNSUPPORTED ADJUSTMENT TO CLAIM

ADJUSTMENT OF GA ASN'S BY DELPHI                              17510.00
  LESS POTENTIAL NON RECEIVED PIECES FROM GA00007561          -557.70
                                            TOTAL             16952.30

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois  62525

217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 105893 | 1 |

| D A T E | 7/27/05 |
|---|---|

| BILL OF LADING NO. |
|---|
| |

SOLD TO:
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN  46904

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567

| CUST. CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO | TERMS | |
|---|---|---|---|---|---|---|
| 1- 131500 | CENTRAL TRANSPORT | C018448 | 43 | 550069088 | NET 30    FOB DECATUR | |

| | QUANTITY SHIPPED | | | |
|---|---|---|---|---|
| 470901 | PREVIOUS INVOICE 105870<br>KNOB ASSY/DELPHI<br>DELRA  KAAG<br>PART 28014594<br>REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 41799   B/L 5215<br><br>ASN #GA00007182 | PC | 17,836 | | |
| | | | 17,836 | TOTAL QUANTITY | .750 | 13,377.00 |

| 351.0 | 13,377.00 | | | | | 13,377.00 |

GLT # 159-2

# PACKING LIST NO 41799

## 1G PART NO 470901          DELRA   18448

THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE   **7-27-05**

ASN # GA00007182

GRIGOLEIT PART NUMBER    470901
     CUSTOMER CODE    DELRA
     ORDER NUMBER     018448

P/L NO   41799

B/L NO   **5215**

SOLD TO
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN  46904

SHIP TO
DELPHI D DELNOSA PLNT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567

ASSIGNED SUPPLIER CODE

SITE CODE 036008A
DUNS 00-519-9070
PO 550069088
TID=COIM &MOVREC DA
SHIP VIA

CUSTOMER ORDER NUMBER
**550069088   KNOB**
CUSTOMER PART INFORMATION
DELRA  KAAG
PART 28014594
REV A
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

**CENTRAL TRANSPORT**

QUANTITY SHIPPED

**17,836**

PALLET BARCODE LABEL S/N

**650056158**

| CASE INFORMATION | | | PACKING LIST TOTALS | | |
|---|---|---|---|---|---|
| NO/NOS | PIECES | POUNDS | CASES | PIECES | POUNDS |
| 1-13 of 13 | 1372 | 27 | 13 | 17,836 | 351 |
| | | | | | |
| | | | | | |

| | TOTALS | | |
|---|---|---|---|
| | 13 | 17,836 | 351 |

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.  GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.  NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

470901

DELRA 18448

SID#
(2S)   GA00007182

Received: 08/03/2005 11:43 am
RECEIVING ADVICE MESSAGE (RECADV)

BEGINNING OF MESSAGE:
    DOCUMENT NAME CODE                          Goods receipt
    DOCUMENT/MESSAGE NUMBER                      0184438080
    MESSAGE FUNCTION CODE                        Original

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE               Document/message date/time
    QUALIFIE
    DATE/TIME/PERIOD VALUE                       20050803
    DATE/TIME/PERIOD FORMAT CODE                 CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER            SID (Shipper's identifying number for
                                                 sh
    REFERENCE IDENTIFIER                         GA00007182

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE               Manifest/ship notice date
    QUALIFIE
    DATE/TIME/PERIOD VALUE                       20050727
    DATE/TIME/PERIOD FORMAT CODE                 CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER            Bill of lading number
    REFERENCE IDENTIFIER                         5215

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER            Customer reference number
    REFERENCE IDENTIFIER                         0184438080

DOCUMENT/MESSAGE DETAILS:
    DOCUMENT NAME CODE                           Goods receipt

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER                Supplier
    PARTY IDENTIFIER                             0001007941
    CODE LIST RESPONSIBLE AGENCY CODE            Assigned by buyer or buyer's agent

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER                Ship to
    PARTY IDENTIFIER                             DA24
    CODE LIST RESPONSIBLE AGENCY CODE            Assigned by buyer or buyer's agent

CONSIGNMENT PACKING SEQUENCE:
    HIERARCHICAL STRUCTURE LEVEL                 1
    IDENTIFIER
    PACKAGING LEVEL, CODED                       No packaging hierarchy

LINE ITEM:
    ITEM NUMBER                                  28014594
    ITEM TYPE IDENTIFICATION CODE                Buyer's item number

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER                 Despatch quantity
    QUANTITY                                     17836

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER                 Received quantity
    QUANTITY                                     17836

Page 1

**Received: 08/03/2005 11:43 am**
**RECEIVING ADVICE MESSAGE (RECADV)**

**QUANTITY VARIANCES:**
    **QUANTITY DIFFERENCE**                      0
    **QUANTITY TYPE CODE QUALIFIER**        Short shipped

**REFERENCE:**
    **REFERENCE FUNCTION CODE QUALIFIER**    Order number (purchase)
    **REFERENCE IDENTIFIER**                      0550069088

**\*\*END OF DOCUMENT\*\***

# THE ⒼRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 105892 | 1 |
| DATE | 7/26/05 |

BILL OF LADING NO.

| SOLD TO | SHIP TO |
|---|---|
| DELPHI DELCO ELECTRONICS<br>ONE CORPORATE CENTER<br>KOKOMO, IN 46904 | DELPHI D DELNOSA<br>PLANT 1-4<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS, TX 78567 |

| CUST CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST ORDER NO. | TERMS | |
|---|---|---|---|---|---|---|
| 1- 131500 | CENTRAL TRANPORT | C018319 | 43 | 550070762 | NET 30 | FOB DECATUR |

| | DESCRIPTION | UOM | QUANTITY SHIPPED | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PREVIOUS INVOICE 105868 | | | | | |
| 471601 | KNOB-OUTER ASSEMBLY | PC | 30,125 | | .550 | 16,568.75 |
| 471601 | KNOB-OUTER ASSEMBLY | PC | 295 | | .550 | 162.25 |
| | DELRA KRAG | | | | | |
| | PART 28008325 | | | | | |
| | REV A | | TOTAL QUANTITY | 30,420 | | |
| | SUPPLIER: GRIGOLEIT CO. | | | | | |
| | INVOICE # NOT AVAILABLE | | | | | |
| | AT SHIP TIME | | | | | |
| | | | | | | |
| | P/L 41804  B/L 5214 | | | | | |
| | | | | | | |
| | ASN #GA00007187 | | | | | |

| TOTAL WEIGHT | AMOUNT ENCLOSED / CHECK NO. | INVOICE TOTAL |
|---|---|---|
| 420.0 | 16,731.00 | 16,731.00 |

G.C. P-4602

# PACKING LIST NO 41804

## GRIG PART NO 471601          DELRA   18319

### THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE            7-26-05

ASN # GA00007187

GRIGOLEIT PART NUMBER       471601
CUSTOMER CODE        DELRA
ORDER NUMBER        018319

P/L NO    41804

B/L NO    5214

SOLD TO
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN  46904

SHIP TO
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567
SITE CODE 036008A
DUNS 00-519-9070
PO 550070762
TID=COIM &MOVREC DA
SHIP VIA

ASSIGNED SUPPLIER CODE

CUSTOMER ORDER NUMBER
550070762   KNOB
CUSTOMER PART INFORMATION
DELRA  KRAG
PART 28008325
REV A
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

CENTRAL TRANPORT

QUANTITY SHIPPED

30,420

PALLET BARCODE LABEL S/N

GS 50056098

CASE INFORMATION

| NO/NOS | PIECES | POUNDS | CASES | PIECES | POUNDS |
|--------|--------|--------|-------|--------|--------|
| 1-30 OF 30 | 1014 | 14 | 30 | 30,420 | 420 |
| | | | | | |
| | | | | | |

PACKING LIST TOTALS

| TOTALS | CASES | PIECES | POUNDS |
|--------|-------|--------|--------|
| | 30 | 30,420 | 420 |

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.  GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.  NO CLAIMS CONSIDERED UNLESS MADE (
DAYS AFTER RECEIPT OF GOODS.

471601 / DELRA 18319



SID#
(2S)        GA00007187

Received: 08/01/2005 08:00 pm
RECEIVING ADVICE MESSAGE (RECADV)

BEGINNING OF MESSAGE:
   DOCUMENT NAME CODE                          Goods receipt
   DOCUMENT/MESSAGE NUMBER                     0184431391
   MESSAGE FUNCTION CODE                       Original

DATE/TIME/PERIOD:
   DATE/TIME/PERIOD FUNCTION CODE              Document/message date/time
   QUALIFIE
   DATE/TIME/PERIOD VALUE                      20050801
   DATE/TIME/PERIOD FORMAT CODE                CCYYMMDD

REFERENCE:
   REFERENCE FUNCTION CODE QUALIFIER           SID (Shipper's identifying number for
                                               sh
   REFERENCE IDENTIFIER                        GA00007187

DATE/TIME/PERIOD:
   DATE/TIME/PERIOD FUNCTION CODE              Manifest/ship notice date
   QUALIFIE
   DATE/TIME/PERIOD VALUE                      20050726
   DATE/TIME/PERIOD FORMAT CODE                CCYYMMDD

REFERENCE:
   REFERENCE FUNCTION CODE QUALIFIER           Bill of lading number
   REFERENCE IDENTIFIER                        5214

REFERENCE:
   REFERENCE FUNCTION CODE QUALIFIER           Customer reference number
   REFERENCE IDENTIFIER                        0184431391

DOCUMENT/MESSAGE DETAILS:
   DOCUMENT NAME CODE                          Goods receipt

NAME AND ADDRESS:
   PARTY FUNCTION CODE QUALIFIER               Supplier
   PARTY IDENTIFIER                            0001007941
   CODE LIST RESPONSIBLE AGENCY CODE           Assigned by buyer or buyer's agent

NAME AND ADDRESS:
   PARTY FUNCTION CODE QUALIFIER               Ship to
   PARTY IDENTIFIER                            DA26
   CODE LIST RESPONSIBLE AGENCY CODE           Assigned by buyer or buyer's agent

CONSIGNMENT PACKING SEQUENCE:
   HIERARCHICAL STRUCTURE LEVEL                1
   IDENTIFIER
   PACKAGING LEVEL, CODED                      No packaging hierarchy

LINE ITEM:
   ITEM NUMBER                                 28008325
   ITEM TYPE IDENTIFICATION CODE               Buyer's item number

QUANTITY:
   QUANTITY TYPE CODE QUALIFIER                Despatch quantity
   QUANTITY                                    30420

QUANTITY:
   QUANTITY TYPE CODE QUALIFIER                Received quantity
   QUANTITY                                    30420

Page 1

**Received: 08/01/2005 08:00 pm**
**RECEIVING ADVICE MESSAGE (RECADV)**

**QUANTITY VARIANCES:**
    QUANTITY DIFFERENCE                0
    QUANTITY TYPE CODE QUALIFIER       Short shipped

**REFERENCE:**
    REFERENCE FUNCTION CODE QUALIFIER  Order number (purchase)
    REFERENCE IDENTIFIER               0550070762

**\*\*END OF DOCUMENT\*\***

# THE ⒼRIGOLEIT COMPANY

P.O. Box 831 -- Decatur, Illinois 62525
217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 105920 | 1 |

| DATE | 8/02/05 |
|---|---|

| BILL OF LADING NO. | |
|---|---|

**SOLD TO:**
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN 46904

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO | TERMS | | |
|---|---|---|---|---|---|---|---|
| 1- 131500 | CENTRAL TRANPORT | C018319 | 43 | 5500 70762 | NET 30   FOB DECATUR | | |
| | | | QUANTITY SHIPPED | | | | |
| | PREVIOUS INVOICE 105892 | | | | | | |
| 471601 | KNOB-OUTER ASSEMBLY | PC | 23,855 | | .550 | | 13,120.25 |
| 471601 | KNOB-OUTER ASSEMBLY | PC | 481 | | .550 | | 264.55 |
| | DELRA KRAG | | | | | | |
| | PART 28008325 | | | | | | |
| | REV A | | 24,336 | TOTAL QUANTITY | | | |
| | SUPPLIER: GRIGOLEIT CO. | | | | | | |
| | INVOICE # NOT AVAILABLE | | | | | | |
| | AT SHIP TIME | | | | | | |
| | | | | | | | |
| | P/L 41805   B/L 5220 | | | | | | |
| | | | | | | | |
| | ASN #GA00007188 | | | | | | |
| | | | | | | | |
| | 336.0 | | 13,384.80 | | | | 13,384.80 |

G.C. P 4062

105920 P 11 of 47

# PACKING LIST NO 41805

## GRIG PART NO 471601          DELRA   18319

**THE GRIGOLEIT COMPANY**
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE   8-2-05

ASN # GA00007188

GRIGOLEIT PART NUMBER   471601
        CUSTOMER CODE   DELRA
        ORDER NUMBER   018319

P/L NO   41805

B/L NO   5220

SOLD TO
DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER
KOKOMO, IN   46904

SHIP TO
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX   78567
SITE CODE 036008A
DUNS 00-519-9070
PO 550070762
TID=COIM &MOVREC DA
SHIP VIA

ASSIGNED SUPPLIER CODE

CUSTOMER ORDER NUMBER
**550070762   KNOB**

CENTRAL TRANPORT

CUSTOMER PART INFORMATION
DELRA  KRAG
PART 28008325
REV A

SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

QUANTITY SHIPPED

24,336

PALLET BARCODE LABEL S/N

650056400

| CASE INFORMATION | | | | PACKING LIST TOTALS | | |
|---|---|---|---|---|---|---|
| NO/NOS | PIECES | POUNDS | | CASES | PIECES | POUNDS |
| 1-24 of 24 | 1014 | 14 | | 24 | 24,336 | 336 |
| | | | | | | |
| | | | | | | |

TOTALS   24   24,336   336

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.  GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.  NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

471601  DELRA 18319

SID#
(2S)      GA00007188

Received: 08/09/2005 02:00 pm
RECEIVING ADVICE MESSAGE (RECADV)

BEGINNING OF MESSAGE:
    DOCUMENT NAME CODE                    Goods receipt
    DOCUMENT/MESSAGE NUMBER               0184468278
    MESSAGE FUNCTION CODE                 Original

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE        Document/message date/time
    QUALIFIE
    DATE/TIME/PERIOD VALUE                20050809
    DATE/TIME/PERIOD FORMAT CODE          CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER     SID (Shipper's identifying number for
                                          sh
    REFERENCE IDENTIFIER                  GA00007188

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE        Manifest/ship notice date
    QUALIFIE
    DATE/TIME/PERIOD VALUE                20050802
    DATE/TIME/PERIOD FORMAT CODE          CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER     Bill of lading number
    REFERENCE IDENTIFIER                  5220

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER     Customer reference number
    REFERENCE IDENTIFIER                  0184468278

DOCUMENT/MESSAGE DETAILS:
    DOCUMENT NAME CODE                    Goods receipt

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER         Supplier
    PARTY IDENTIFIER                      0001007941
    CODE LIST RESPONSIBLE AGENCY CODE     Assigned by buyer or buyer's agent

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER         Ship to
    PARTY IDENTIFIER                      DA26
    CODE LIST RESPONSIBLE AGENCY CODE     Assigned by buyer or buyer's agent

CONSIGNMENT PACKING SEQUENCE:
    HIERARCHICAL STRUCTURE LEVEL          1
    IDENTIFIER
    PACKAGING LEVEL, CODED                No packaging hierarchy

LINE ITEM:
    ITEM NUMBER                           28008325
    ITEM TYPE IDENTIFICATION CODE         Buyer's item number

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER          Despatch quantity
    QUANTITY                              24336

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER          Received quantity
    QUANTITY                              24336

**Received: 08/09/2005 02:00 pm**
**RECEIVING ADVICE MESSAGE (RECADV)**

QUANTITY VARIANCES:
   QUANTITY DIFFERENCE                    0
   QUANTITY TYPE CODE QUALIFIER           Short shipped

REFERENCE:
   REFERENCE FUNCTION CODE QUALIFIER      Order number (purchase)
   REFERENCE IDENTIFIER                   0550070762

**\*\*END OF DOCUMENT\*\***

# THE (G)RIGOLEIT COMPANY

P.O. Box B31 -- Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO | PAGE |
|---|---|
| 105963 | 1 |
| DATE | 8/17/05 |

| BILL OF LADING NO |
|---|

| SOLD TO | SHIP TO |
|---|---|
| DELPHI | DELPHI D DELNOSA |
| ELECTRONICS & SAFETY | PLANT 1-4 |
| P.O. BOX 9005 | 702 JOAQUIN CAVAZOS ROAD |
| KOKOMO IN 46904-9005 | LOS INDIOS, TX 78567 |

| REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|
| C018319 | 43 | 550070762 | NET 30    FOB DECATUR |

| CUST CODE | SHIP VIA |
|---|---|
| 1- 131500 | CENTRAL TRANPORT |

| | QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 471601 | PC | 4,056 | PREVIOUS INVOICE 105961 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME | .550 | 2,230.80 |
| | | 4,056 | TOTAL QUANTITY | | |
| | | | P/L 41894   B/L 5235 | | |
| | | | ASN #GA00007389 | | |
| | 56.0 | | 2,230.80 | | 2,230.80 |

GC3 # 4592

# PACKING LIST NO. 41894

105903

# GRIG PART NO 471601

DELRA   18319

## THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE     **8-17-05**

ASN # GA00007389

GRIGOLEIT PART NUMBER   471601
        CUSTOMER CODE   DELRA
        ORDER NUMBER    018319

F/L NO   41894

B/L NO   **5235**

SOLD TO
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

SHIP TO
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567
SITE CODE 036008A
DUNS 00-519-9070
PO 550070762
TID=COIM &MOVREC DA
SHIP VIA

ASSIGNED SUPPLIER CODE

CUSTOMER ORDER NUMBER
550070762    KNOB

**CENTRAL TRANPORT**

CUSTOMER PART INFORMATION
DELRA  KRAG
PART 28008325
REV A
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

QUANTITY SHIPPED

**4056**

PALLET BARCODE LABEL S/N

**GS0057011**

CASE INFORMATION
| NO/NOS | PIECES | POUNDS |
|--------|--------|--------|
| 1-4 OF 4 | 1014 | 14 |

PACKING LIST TOTALS
| CASES | PIECES | POUNDS |
|-------|--------|--------|
| 4 | 4056 | 56 |

TOTALS     4     4056     56

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.  GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.   NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

471601

DELRA 18319



SID#
(2S)     GA00007382

Received: 08/23/2005 08:00 pm
RECEIVING ADVICE MESSAGE(RECADV)

BEGINNING OF MESSAGE:
    DOCUMENT NAME CODE                        Goods receipt
    DOCUMENT/MESSAGE NUMBER                   0184552745
    MESSAGE FUNCTION CODE                     Original

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE            Document/message date/time
    QUALIFIE
    DATE/TIME/PERIOD VALUE                    20050823
    DATE/TIME/PERIOD FORMAT CODE              CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER         SID (Shipper's identifying number for
                                              sh
    REFERENCE IDENTIFIER                      GA00007382

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE            Manifest/ship notice date
    QUALIFIE
    DATE/TIME/PERIOD VALUE                    20050817
    DATE/TIME/PERIOD FORMAT CODE              CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER         Bill of lading number
    REFERENCE IDENTIFIER                      5235

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER         Customer reference number
    REFERENCE IDENTIFIER                      0184552745

DOCUMENT/MESSAGE DETAILS:
    DOCUMENT NAME CODE                        Goods receipt

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER             Supplier
    PARTY IDENTIFIER                          0001007941
    CODE LIST RESPONSIBLE AGENCY CODE         Assigned by buyer or buyer's agent

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER             Ship to
    PARTY IDENTIFIER                          DA26
    CODE LIST RESPONSIBLE AGENCY CODE         Assigned by buyer or buyer's agent

CONSIGNMENT PACKING SEQUENCE:
    HIERARCHICAL STRUCTURE LEVEL              1
    IDENTIFIER
    PACKAGING LEVEL, CODED                    No packaging hierarchy

LINE ITEM:
    ITEM NUMBER                               28008325
    ITEM TYPE IDENTIFICATION CODE             Buyer's item number

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER              Despatch quantity
    QUANTITY                                  4056

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER              Received quantity
    QUANTITY                                  4056

**Received: 08/23/2005 08:00 pm**
**RECEIVING ADVICE MESSAGE(RECADV)**

QUANTITY VARIANCES:
    QUANTITY DIFFERENCE                     0
    QUANTITY TYPE CODE QUALIFIER         Short shipped

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER     Order number (purchase)
    REFERENCE IDENTIFIER                 0550070762

**END OF DOCUMENT**

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 105969 | 1 |
| DATE | 8/19/05 |

**SOLD TO:**
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

BILL OF LADING NO.

| CUST CODE | SHIP VIA | REF. NO. | SLS NO. | CUST ORDER NO | TERMS |
|---|---|---|---|---|---|
| 1- 131500 | BAX GLOBAL 2ND DAY | C018319 | 43 | 550070762 | NET 30    FOB DECATUR |

| CUST CODE | QUANTITY SHIPPED | U/M | | | | |
|---|---|---|---|---|---|---|
| 471601 | PREVIOUS INVOICE 105963 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME  P/L 41906  ASN #GA00007398 | PC | 2,028 | | .550 | 1,115.40 |
| | | | 2,028 TOTAL QUANTITY | | | |
| 28.0 | 1,115.40 | | | | | 1,115.40 |

C.C. # 1992

# PACKING LIST NO 41906

## GRIG PART NO 471601          DELRA   18319

### THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE   8-19-05

ASN # GA00007398

GRIGOLEIT PART NUMBER   471601
CUSTOMER CODE   DELRA
ORDER NUMBER   018319

P/L NO   41906

B/L NO   622-999-J01

SOLD TO
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

ASSIGNED SUPPLIER CODE

SHIP TO
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567
SITE CODE 036008A
DUNS 00-519-9070
PO 550070762
TID=COIM &MOVREC DA
SHIP VIA

CUSTOMER ORDER NUMBER
550070762    KNOB
CUSTOMER PART INFORMATION
DELRA  KRAG
PART 28008325
REV A
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

~~CENTRAL TRANPORT~~ Bax GLobal 2nd DAY

QUANTITY SHIPPED

2028

PALLET BARCODE LABEL S/N

G-S0057013

CASE INFORMATION

| NO/NOS | PIECES | POUNDS | CASES | PIECES | POUNDS |
|--------|--------|--------|-------|--------|--------|
| 1-2 OF 2 | 1014 | 14 | 2 | 2028 | 28 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

PACKING LIST TOTALS

TOTALS   2   2028   28

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.   GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.   NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

471601   DELRA 18319

SID#
(2S)   GA00007398

Received: 08/22/2005 08:00 pm
RECEIVING ADVICE MESSAGE(RECADV)


**BEGINNING OF MESSAGE:**
      DOCUMENT NAME CODE                   Goods receipt
      DOCUMENT/MESSAGE NUMBER              0184568517
      MESSAGE FUNCTION CODE                Original


**DATE/TIME/PERIOD:**
      DATE/TIME/PERIOD FUNCTION CODE       Document/message date/time
      QUALIFIE
      DATE/TIME/PERIOD VALUE               20050822
      DATE/TIME/PERIOD FORMAT CODE         CCYYMMDD


**REFERENCE:**
      REFERENCE FUNCTION CODE QUALIFIER    SID (Shipper's identifying number for
                                           sh
      REFERENCE IDENTIFIER                 GA00007398


**DATE/TIME/PERIOD:**
      DATE/TIME/PERIOD FUNCTION CODE       Manifest/ship notice date
      QUALIFIE
      DATE/TIME/PERIOD VALUE               20050819
      DATE/TIME/PERIOD FORMAT CODE         CCYYMMDD


**REFERENCE:**
      REFERENCE FUNCTION CODE QUALIFIER    Bill of lading number
      REFERENCE IDENTIFIER                 41906


**REFERENCE:**
      REFERENCE FUNCTION CODE QUALIFIER    Customer reference number
      REFERENCE IDENTIFIER                 0184568517


**DOCUMENT/MESSAGE DETAILS:**
      DOCUMENT NAME CODE                   Goods receipt


**NAME AND ADDRESS:**
      PARTY FUNCTION CODE QUALIFIER        Supplier
      PARTY IDENTIFIER                     0001007941
      CODE LIST RESPONSIBLE AGENCY CODE    Assigned by buyer or buyer's agent


**NAME AND ADDRESS:**
      PARTY FUNCTION CODE QUALIFIER        Ship to
      PARTY IDENTIFIER                     DA26
      CODE LIST RESPONSIBLE AGENCY CODE    Assigned by buyer or buyer's agent


**CONSIGNMENT PACKING SEQUENCE:**
      HIERARCHICAL STRUCTURE LEVEL         1
      IDENTIFIER
      PACKAGING LEVEL, CODED               No packaging hierarchy


**LINE ITEM:**
      ITEM NUMBER                          28008325
      ITEM TYPE IDENTIFICATION CODE        Buyer's item number


**QUANTITY:**
      QUANTITY TYPE CODE QUALIFIER         Despatch quantity
      QUANTITY                             2028


**QUANTITY:**
      QUANTITY TYPE CODE QUALIFIER         Received quantity
      QUANTITY                             2028

Received: 08/22/2005 08:00 pm
RECEIVING ADVICE MESSAGE (RECADV)

QUANTITY VARIANCES:
    QUANTITY DIFFERENCE                0
    QUANTITY TYPE CODE QUALIFIER       Short shipped

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER    Order number  (purchase)
    REFERENCE IDENTIFIER                 0550070762

**END OF DOCUMENT**

# THE ⊙RIGOLEIT COMPANY

P.O. Box 831 -- Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106022 | 1 |

| D A T E | 8/30/05 |
|---|---|

| BILL OF LADING NO. |
|---|
| |

```
S  DELPHI
O  ELECTRONICS & SAFETY
L  P.O. BOX 9005
D  KOKOMO IN  46904-9005
T
O
```

```
S  DELPHI D DELNOSA
H  PLANT 1-4
I  702 JOAQUIN CAVAZOS ROAD
P  LOS INDIOS, TX  78567
T
O
```

| CUST CODE | SHIP VIA |
|---|---|
| 1- 131500 | BAX 2ND DAY AIR |

| REF NO. | SLS NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|
| C018319 | 43 | 5500070762 | NET 30    FOB DECATUR |

| 471601 | QUANTITY SHIPPED | | | |
|---|---|---|---|---|
| | PREVIOUS INVOICE 106007 | | | |
| | KNOB-OUTER ASSEMBLY | | | |
| | DELRA  KRAG | | | |
| | PART 28008325 | PC | 5,070 | .550 | 2,788.50 |
| | REV A | | | |
| | SUPPLIER: GRIGOLEIT CO. | | | |
| | INVOICE # NOT AVAILABLE | | | |
| | AT SHIP TIME | TOTAL QUANTITY | 5,070 | | |
| | | | | |
| | P/L 41978 | | | |
| | | | | |
| | ASN #GA000074 73 | | | |

| 70.0 | 2,788.50 | | | 2,788.50 |

GC # 4592

PACKING LIST NO 41978

GRIG PART NO 471601          DELRA    18319

THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE  8-30-05

ASN # GA00007473

GRIGOLEIT PART NUMBER      471601
        CUSTOMER CODE    DELRA
        ORDER NUMBER     O18319

P/L NO  41978

B/L NO  655823195

SOLD TO
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

ASSIGNED SUPPLIER CODE

SHIP TO
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567
SITE CODE 036008A
DUNS 00-519-9070
PO 550070762
TID=COIM &MOVREC DA
SHIP VIA
CENTRAL TRANPORT
BAX 2nd DAY AIR

CUSTOMER ORDER NUMBER
550070762   KNOR

CUSTOMER PART INFORMATION
DELRA  KRAG
PART 28008325
REV A
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

QUANTITY SHIPPED
5070

PALLET BARCODE LABEL S/N

CASE INFORMATION
NO/NOS    PIECES    POUNDS
1-5 of 5   1014      14

PACKING LIST TOTALS
CASES     PIECES    POUNDS
5          5070      70

TOTALS     5    5070    70

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING. GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED. NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

471601  DELRA  18319

SID# (2S)   GA00007473

Received: 09/05/2005 08:00 pm
RECEIVING ADVICE MESSAGE (RECADV)

**BEGINNING OF MESSAGE:**
    DOCUMENT NAME CODE                Goods receipt
    DOCUMENT/MESSAGE NUMBER         0184623929
    MESSAGE FUNCTION CODE           Original

**DATE/TIME/PERIOD:**
    DATE/TIME/PERIOD FUNCTION CODE      Document/message date/time
    QUALIFIE
    DATE/TIME/PERIOD VALUE         20050905
    DATE/TIME/PERIOD FORMAT CODE       CCYYMMDD

**REFERENCE:**
    REFERENCE FUNCTION CODE QUALIFIER   SID (Shipper's identifying number for
                                   sh
    REFERENCE IDENTIFIER           GA00007473

**DATE/TIME/PERIOD:**
    DATE/TIME/PERIOD FUNCTION CODE      Manifest/ship notice date
    QUALIFIE
    DATE/TIME/PERIOD VALUE         20050830
    DATE/TIME/PERIOD FORMAT CODE       CCYYMMDD

**REFERENCE:**
    REFERENCE FUNCTION CODE QUALIFIER   Bill of lading number
    REFERENCE IDENTIFIER           41978

**REFERENCE:**
    REFERENCE FUNCTION CODE QUALIFIER   Customer reference number
    REFERENCE IDENTIFIER           0184623929

**DOCUMENT/MESSAGE DETAILS:**
    DOCUMENT NAME CODE                Goods receipt

**NAME AND ADDRESS:**
    PARTY FUNCTION CODE QUALIFIER       Supplier
    PARTY IDENTIFIER              0001007941
    CODE LIST RESPONSIBLE AGENCY CODE   Assigned by buyer or buyer's agent

**NAME AND ADDRESS:**
    PARTY FUNCTION CODE QUALIFIER       Ship to
    PARTY IDENTIFIER              DA26
    CODE LIST RESPONSIBLE AGENCY CODE   Assigned by buyer or buyer's agent

**CONSIGNMENT PACKING SEQUENCE:**
    HIERARCHICAL STRUCTURE LEVEL      1
    IDENTIFIER
    PACKAGING LEVEL, CODED          No packaging hierarchy

**LINE ITEM:**
    ITEM NUMBER                   28008325
    ITEM TYPE IDENTIFICATION CODE      Buyer's item number

**QUANTITY:**
    QUANTITY TYPE CODE QUALIFIER       Despatch quantity
    QUANTITY                      5070

**QUANTITY:**
    QUANTITY TYPE CODE QUALIFIER       Received quantity
    QUANTITY                      5070

Received: 09/05/2005 08:00 pm
RECEIVING ADVICE MESSAGE (RECADV)

QUANTITY VARIANCES:
    QUANTITY DIFFERENCE                    0
    QUANTITY TYPE CODE QUALIFIER           Short shipped

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER      Order number (purchase)
    REFERENCE IDENTIFIER                   0550070762

                        **END OF DOCUMENT**

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106029 | 1 |

| D A T E | 9/01/05 |
|---|---|

BILL OF LADING NO

| S O L D T O | DELPHI<br>ELECTRONICS & SAFETY<br>P.O. BOX 9005<br>KOKOMO IN 46904-9005 |
|---|---|

| S H I P T O | DELPHI D DELNOSA<br>PLANT 1-4<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS, TX 78567 |
|---|---|

| CUST CODE | SHIP VIA | REF. NO. | SLS NO. | CUST. ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 1- 131500 | BAX 2ND DAY AIR | C018319 | 43 | 5500 70762 | NET 30    FOB DECATUR |

| | | QUANTITY<br>SHIPPED | | | |
|---|---|---|---|---|---|
| 471601 | PREVIOUS INVOICE 106024<br>KNOB-OUTER ASSEMBLY<br>  DELRA KRAG<br>  PART 28008325<br>  REV A<br>SUPPLIER: GRIGOLEIT CO.<br>INVOICE # NOT AVAILABLE<br>AT SHIP TIME<br><br>P/L 42000<br><br>ASN #5A00007506 | PC | 4,056 | | .550 | 2,230.80 |
| | | | 4,056 | TOTAL QUANTITY | | |

| 56.0 | 2,230.80 | | | | 2,230.80 |

GLC #15912

# PACKING LIST NO 42000

## GRIG PART NO 471601          DELRA  18319

THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE          9-1-05

ASN # GA00007506

GRIGOLEIT PART NUMBER     471601
     CUSTOMER CODE     DELRA
     ORDER NUMBER      018319

P/L NO   42000

B/L NO   655823221

SOLD TO
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

ASSIGNED SUPPLIER CODE

CUSTOMER ORDER NUMBER
550070762   KNOB
CUSTOMER PART INFORMATION
DELRA  KRAG
PART 28008325
REV A
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

*PTA Normal - Bruce.*
*2nd Day    Taflinger*

SHIP TO
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567
SITE CODE 036008A
DUNS 00-519-9070
PO 550070762
TID=CDIM &MOVREC DA
SHIP VIA
~~CENTRAL TRANPORT~~  *BAX*
*2nd DAY*
*AIR*

QUANTITY SHIPPED
    4056

PALLET BARCODE LABEL S/N
_____

_____

CASE INFORMATION
NO/NOS       PIECES       POUNDS
1-4 of 4     1014         14

PACKING LIST TOTALS
CASES       PIECES       POUNDS
 4          4056         56

                    TOTALS      4      4056      56

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.  GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.  NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

471601   DELRA   18319

SID#
(2S)      GA00007506

Received: 09/06/2005 05:11 pm
RECEIVING ADVICE MESSAGE (RECADV)

**BEGINNING OF MESSAGE:**
    DOCUMENT NAME CODE                  Goods receipt
    DOCUMENT/MESSAGE NUMBER        0184640124
    MESSAGE FUNCTION CODE          Original

**DATE/TIME/PERIOD:**
    DATE/TIME/PERIOD FUNCTION CODE   Document/message date/time
    QUALIFIE
    DATE/TIME/PERIOD VALUE         20050906
    DATE/TIME/PERIOD FORMAT CODE     CCYYMMDD

**REFERENCE:**
    REFERENCE FUNCTION CODE QUALIFIER  SID (Shipper's identifying number for
                                    sh
    REFERENCE IDENTIFIER           GA00007506

**DATE/TIME/PERIOD:**
    DATE/TIME/PERIOD FUNCTION CODE   Manifest/ship notice date
    QUALIFIE
    DATE/TIME/PERIOD VALUE         20050901
    DATE/TIME/PERIOD FORMAT CODE     CCYYMMDD

**REFERENCE:**
    REFERENCE FUNCTION CODE QUALIFIER  Bill of lading number
    REFERENCE IDENTIFIER           42000

**REFERENCE:**
    REFERENCE FUNCTION CODE QUALIFIER  Customer reference number
    REFERENCE IDENTIFIER           0184640124

**DOCUMENT/MESSAGE DETAILS:**
    DOCUMENT NAME CODE                  Goods receipt

**NAME AND ADDRESS:**
    PARTY FUNCTION CODE QUALIFIER    Supplier
    PARTY IDENTIFIER              0001007941
    CODE LIST RESPONSIBLE AGENCY CODE  Assigned by buyer or buyer's agent

**NAME AND ADDRESS:**
    PARTY FUNCTION CODE QUALIFIER    Ship to
    PARTY IDENTIFIER              DA26
    CODE LIST RESPONSIBLE AGENCY CODE  Assigned by buyer or buyer's agent

**CONSIGNMENT PACKING SEQUENCE:**
    HIERARCHICAL STRUCTURE LEVEL     1
    IDENTIFIER
    PACKAGING LEVEL, CODED        No packaging hierarchy

**LINE ITEM:**
    ITEM NUMBER                    28008325
    ITEM TYPE IDENTIFICATION CODE    Buyer's item number

**QUANTITY:**
    QUANTITY TYPE CODE QUALIFIER     Despatch quantity
    QUANTITY                      4056

**QUANTITY:**
    QUANTITY TYPE CODE QUALIFIER     Received quantity
    QUANTITY                      4056

Received: 09/06/2005 05:11 pm
RECEIVING ADVICE MESSAGE(RECADV)

QUANTITY VARIANCES:
    QUANTITY DIFFERENCE                0
    QUANTITY TYPE CODE QUALIFIER      Short shipped

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER    Order number (purchase)
    REFERENCE IDENTIFIER          0550070762

**\*\*END OF DOCUMENT\*\***

# THE GRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

ORIGINAL INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 106057 | 1 |

| DATE |
|---|
| 9/13/05 |

BILL OF
LADING NO.

| SOLD TO | SHIP TO |
|---|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. BOX 9005<br>KOKOMO IN 46904-9005 | DELPHI D DELNOSA<br>PLANT 1-4<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS, TX 78567 |

| CUST CODE | SHIP VIA | REF NO. | SLS NO. | CUST ORDER NO | TERMS |
|---|---|---|---|---|---|
| 1- 131500 | CENTRAL TRANPORT | CO18319 | 43 | 550070762 | NET 30    FOB DECATUR |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | PREVIOUS INVOICE 106046 | | |
| 471601 | | PC | 15,492 | KNOB-OUTER ASSEMBLY | .550 | 8,520.60 |
| 471601 | | PC | 732 | KNOB-OUTER ASSEMBLY | .550 | 402.60 |
| | | DELRA KRAG | | |
| | | PART 28008325 | | |
| | | REV A | | |
| | | SUPPLIER: GRIGOLEIT CO. | | |
| | | INVOICE # NOT AVAILABLE | | |
| | | AT SHIP TIME | | |
| | 16,224 | TOTAL QUANTITY | | |
| | | P/L 42040   B/L 5258 | | |
| | | ASN #GA00007553 | | |

| TAXABLE AMOUNT | MERCHANDISE AMOUNT | FREIGHT CHARGE | SPECIAL CHARGE | INVOICE TOTAL |
|---|---|---|---|---|
| 224.0 | 8,923.20 | | | 8,923.20 |

GIC #1992

1060 7          Pg 31 of 47

# PACKING LIST NO 42040

# GRIG PART NO 471601          DELRA 18319

## THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE   9-13-05

ASN # GA00007553

| GRIGOLEIT PART NUMBER | 471601 |
|---|---|
| CUSTOMER CODE | DELRA |
| ORDER NUMBER | 018319 |

P/L NO   42040

B/L NO   5258

SOLD TO
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

SHIP TO
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567
SITE CODE 036008A
DUNS 00-519-9070
PO 550070762
TID=COIM &MOVREC DA
SHIP VIA

ASSIGNED SUPPLIER CODE

CUSTOMER ORDER NUMBER
550070762   KNOB

CENTRAL TRANPORT

CUSTOMER PART INFORMATION
DELRA  KRAG
PART 28008325
REV A
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

QUANTITY SHIPPED
16,224

PALLET BARCODE LABEL S/N
GS0057924

| CASE INFORMATION | | | PACKING LIST TOTALS | | |
|---|---|---|---|---|---|
| NO/NOS | PIECES | POUNDS | CASES | PIECES | POUNDS |
| 1-16 of 16 | 1014 | 14 | 16 | 16,224 | 224 |
| | | | | | |
| | | | | | |

TOTALS   16   16,224   224

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.  GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.  NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

471601   DELRA 18319

SID#
(2S)          GA00007553

Received: 09/19/2005 08:00 pm
RECEIVING ADVICE MESSAGE(RECADV)

BEGINNING OF MESSAGE:
    DOCUMENT NAME CODE                        Goods receipt
    DOCUMENT/MESSAGE NUMBER                   0184701063
    MESSAGE FUNCTION CODE                     Original

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE            Document/message date/time
    QUALIFIE
    DATE/TIME/PERIOD VALUE                    20050919
    DATE/TIME/PERIOD FORMAT CODE              CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER         SID (Shipper's identifying number for
                                              sh
    REFERENCE IDENTIFIER                      GA00007553

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE            Manifest/ship notice date
    QUALIFIE
    DATE/TIME/PERIOD VALUE                    20050913
    DATE/TIME/PERIOD FORMAT CODE              CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER         Bill of lading number
    REFERENCE IDENTIFIER                      5258

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER         Customer reference number
    REFERENCE IDENTIFIER                      0184701063

DOCUMENT/MESSAGE DETAILS:
    DOCUMENT NAME CODE                        Goods receipt

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER             Supplier
    PARTY IDENTIFIER                          0001007941
    CODE LIST RESPONSIBLE AGENCY CODE         Assigned by buyer or buyer's agent

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER             Ship to
    PARTY IDENTIFIER                          DA26
    CODE LIST RESPONSIBLE AGENCY CODE         Assigned by buyer or buyer's agent

CONSIGNMENT PACKING SEQUENCE:
    HIERARCHICAL STRUCTURE LEVEL              1
    IDENTIFIER
    PACKAGING LEVEL, CODED                    No packaging hierarchy

LINE ITEM:
    ITEM NUMBER                               28008325
    ITEM TYPE IDENTIFICATION CODE             Buyer's item number

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER              Despatch quantity
    QUANTITY                                  16224

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER              Received quantity
    QUANTITY                                  16224

Received: 09/19/2005 08:00 pm
RECEIVING ADVICE MESSAGE(RECADV)

QUANTITY VARIANCES:
     QUANTITY DIFFERENCE                0
     QUANTITY TYPE CODE QUALIFIER       Short shipped

REFERENCE:
     REFERENCE FUNCTION CODE QUALIFIER  Order number (purchase)
     REFERENCE IDENTIFIER               0550070762

                    **END OF DOCUMENT**

# THE GRIGOLEIT COMPANY

P.O. Box 831 -- Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106092 | 1 |

| DATE | 9/22/05 |
|---|---|

| BILL OF LADING NO. |
|---|
| |

SOLD TO:
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005

SHIP TO:
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

| CUST CODE | SHIP VIA | REF NO. | SLS NO. | CUST ORDER NO | TERMS |
|---|---|---|---|---|---|
| 1- 131500 | BAX 2ND DAY AIR | CO18319 | 43 | 5500707762 | NET 30   FOB DECATUR |

| | | QUANTITY SHIPPED | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 471601 | PREVIOUS INVOICE 106089 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME  P/L 42045  ASN #GA00007558 | PC | 5,070 | | | .550 | 2,788.50 | |
| | | | 5,070 | TOTAL QUANTITY | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 70.0 | 2,788.50 | | | | | | 2,788.50 |

GIC # 4592

# PACKING LIST NO 42045

# GRIG PART NO 471601          DELRA 18319

**THE GRIGOLEIT COMPANY**
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE          9-22-05

ASN # GA00007558

| GRIGOLEIT PART NUMBER | 471601 |
| CUSTOMER CODE | DELRA |
| ORDER NUMBER | 018319 |

P/L NO    42045

B/L NO  655-803-044

SOLD TO
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

ASSIGNED SUPPLIER CODE

CUSTOMER ORDER NUMBER
550070762    KNOB

CUSTOMER PART INFORMATION
DELRA  KRAG
PART 28008325
REV A
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

SHIP TO
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567
SITE CODE 036008A
DUNS 00-519-9070
PO 550070762
TID=COIM &MOVREC DA
SHIP VIA

~~CENTRAL TRANPORT~~ BAX GLobal
2nd DAY AIR

QUANTITY SHIPPED

5070

PALLET BARCODE LABEL S/N

| CASE INFORMATION | | | PACKING LIST TOTALS | | |
|---|---|---|---|---|---|
| NO/NOS | PIECES | POUNDS | CASES | PIECES | POUNDS |
| 1-5 of 5 | 1014 | 14 | 5 | 5070 | 70 |
| | | | | | |
| | | | | | |
| | | TOTALS | 5 | 5070 | 70 |

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.  GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.  NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

471601

DELRA 18319

SID#
(2S)      GA00007558

                        Received: 09/26/2005 08:00 pm
                      RECEIVING ADVICE MESSAGE(RECADV)


BEGINNING OF MESSAGE:
    DOCUMENT NAME CODE                    Goods receipt
    DOCUMENT/MESSAGE NUMBER               0184754429
    MESSAGE FUNCTION CODE                 Original

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE        Document/message date/time
    QUALIFIE
    DATE/TIME/PERIOD VALUE                20050926
    DATE/TIME/PERIOD FORMAT CODE          CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER     SID (Shipper's identifying number for
                                          sh
    REFERENCE IDENTIFIER                  GA00007558

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE        Manifest/ship notice date
    QUALIFIE
    DATE/TIME/PERIOD VALUE                20050922
    DATE/TIME/PERIOD FORMAT CODE          CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER     Bill of lading number
    REFERENCE IDENTIFIER                  42045

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER     Customer reference number
    REFERENCE IDENTIFIER                  0184754429

DOCUMENT/MESSAGE DETAILS:
    DOCUMENT NAME CODE                    Goods receipt

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER         Supplier
    PARTY IDENTIFIER                      0001007941
    CODE LIST RESPONSIBLE AGENCY CODE     Assigned by buyer or buyer's agent

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER         Ship to
    PARTY IDENTIFIER                      DA26
    CODE LIST RESPONSIBLE AGENCY CODE     Assigned by buyer or buyer's agent

CONSIGNMENT PACKING SEQUENCE:
    HIERARCHICAL STRUCTURE LEVEL          1
    IDENTIFIER
    PACKAGING LEVEL, CODED                No packaging hierarchy

LINE ITEM:
    ITEM NUMBER                           28008325
    ITEM TYPE IDENTIFICATION CODE         Buyer's item number

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER          Despatch quantity
    QUANTITY                              5070

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER          Received quantity
    QUANTITY                              5070
                              Page 1

Received: 09/26/2005 08:00 pm
RECEIVING ADVICE MESSAGE(RECADV)

QUANTITY VARIANCES:
    QUANTITY DIFFERENCE                0
    QUANTITY TYPE CODE QUALIFIER     Short shipped

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER    Order number (purchase)
    REFERENCE IDENTIFIER            0550070762

**END OF DOCUMENT**

# THE (G)RIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525

217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106101 | 1 |

| D A T E | 9/26/05 |
|---|---|

| BILL OF LADING NO. |
|---|

S  DELPHI
O  ELECTRONICS & SAFETY
L  P.O. BOX 9005
D  KOKOMO IN 46904-9005
T
O

S  DELPHI D DELNOSA
H  PLANT 1-4
I  702 JOAQUIN CAVAZOS ROAD
P  LOS INDIOS, TX 78567
T
O

| CUST CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS | |
|---|---|---|---|---|---|---|
| 1- 131500 | BAX 2ND DAY AIR | CO18319 | 43 | 550070762 | NET 30   FOB DECATUR | |

| CUST CODE | | QUANTITY SHIPPED | QUANTITY BACK ORDERED | | | |
|---|---|---|---|---|---|---|
| 471601 | PREVIOUS INVOICE 106098 KNOB-OUTER ASSEMBLY DELRA KRAG PART 28008325 REV A SUPPLIER: GRIGOLEIT CO. INVOICE # NOT AVAILABLE AT SHIP TIME   P/L 42047   ASN #GA00007560 | PC | 5,070 5,070 | TOTAL QUANTITY | .550 | 2,788.50 |

| | 70.0 | 2,788.50 | | | | 2,788.50 |

GC #469.2

PACKING LIST NO 42047

# GRIG PART NO  471601                    DELRA  18319

THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET          DATE    9-26-05
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411              ASN # GA00007560

GRIGOLEIT PART NUMBER   471601   P/L NO   42047
        CUSTOMER CODE   DELRA
        ORDER NUMBER    018319    B/L NO   6558230066

SOLD TO                          SHIP TO
DELPHI                           DELPHI D DELNOSA
ELECTRONICS & SAFETY             PLANT 1-4
P.O. BOX 9005                    702 JOAQUIN CAVAZOS ROAD
KOKOMO IN  46904-9005            LOS INDIOS, TX  78567
                                 SITE CODE 036008A
ASSIGNED SUPPLIER CODE           DUNS 00-519-9070
                                 PO 550070762
                                 TID=COIM &MOVREC DA
CUSTOMER ORDER NUMBER            SHIP VIA
550070762    KNOB                ~~CENTRAL TRANPORT~~ BAX
CUSTOMER PART INFORMATION                2nd DAY
DELRA  KRAG                                 AIR
PART 28008325
REV A                            QUANTITY SHIPPED
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE             5070
AT SHIP TIME
                                 PALLET BARCODE LABEL S/N


CASE INFORMATION                 PACKING LIST TOTALS
NO/NOS    PIECES    POUNDS       CASES    PIECES    POUNDS

1-5 of 5   1014      14            5       5070       70

_____   _____   _____     _____  _____   _____

_____   _____   _____     _____  _____   _____

                    TOTALS         5       5070       70

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.  GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.  NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

471601

DELRA 18319

SID#
(2S)        GA00007560

Received: 09/29/2005 06:50 am
RECEIVING ADVICE MESSAGE(RECADV)

BEGINNING OF MESSAGE:
    DOCUMENT NAME CODE                          Goods receipt
    DOCUMENT/MESSAGE NUMBER                      0184770666
    MESSAGE FUNCTION CODE                        Original

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE               Document/message date/time
    QUALIFIE
    DATE/TIME/PERIOD VALUE                       20050928
    DATE/TIME/PERIOD FORMAT CODE                 CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER            SID (Shipper's identifying number for
                                                 sh
    REFERENCE IDENTIFIER                         GA00007560

DATE/TIME/PERIOD:
    DATE/TIME/PERIOD FUNCTION CODE               Manifest/ship notice date
    QUALIFIE
    DATE/TIME/PERIOD VALUE                       20050926
    DATE/TIME/PERIOD FORMAT CODE                 CCYYMMDD

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER            Bill of lading number
    REFERENCE IDENTIFIER                         42047

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER            Customer reference number
    REFERENCE IDENTIFIER                         0184770666

DOCUMENT/MESSAGE DETAILS:
    DOCUMENT NAME CODE                           Goods receipt

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER                Supplier
    PARTY IDENTIFIER                             0001007941
    CODE LIST RESPONSIBLE AGENCY CODE            Assigned by buyer or buyer's agent

NAME AND ADDRESS:
    PARTY FUNCTION CODE QUALIFIER                Ship to
    PARTY IDENTIFIER                             DA26
    CODE LIST RESPONSIBLE AGENCY CODE            Assigned by buyer or buyer's agent

CONSIGNMENT PACKING SEQUENCE:
    HIERARCHICAL STRUCTURE LEVEL                 1
    IDENTIFIER
    PACKAGING LEVEL, CODED                       No packaging hierarchy

LINE ITEM:
    ITEM NUMBER                                  28008325
    ITEM TYPE IDENTIFICATION CODE                Buyer's item number

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER                 Despatch quantity
    QUANTITY                                     5070

QUANTITY:
    QUANTITY TYPE CODE QUALIFIER                 Received quantity
    QUANTITY                                     5070

Received: 09/29/2005 06:50 am
RECEIVING ADVICE MESSAGE(RECADV)

QUANTITY VARIANCES:
    QUANTITY DIFFERENCE                 0
    QUANTITY TYPE CODE QUALIFIER        Short shipped

REFERENCE:
    REFERENCE FUNCTION CODE QUALIFIER   Order number (purchase)
    REFERENCE IDENTIFIER                0550070762

**END OF DOCUMENT**

# THE ⒼRIGOLEIT COMPANY

P.O. Box 831 — Decatur, Illinois 62525
217/429-5411

**ORIGINAL INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 106111 | 1 |

| D A T E | 9/27/05 |
|---|---|

| S O L D T O | DELPHI<br>ELECTRONICS & SAFETY<br>P.O. BOX 9005<br>KOKOMO IN 46904-9005 |
|---|---|

| S H I P T O | DELPHI D DELNOSA<br>PLANT 1-4<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS, TX 78567 |
|---|---|

| BILL OF LADING NO. |
|---|

| CUST CODE | SHIP VIA | REF. NO. | SLS. NO. | CUST. ORDER NO. | TERMS | |
|---|---|---|---|---|---|---|
| 131500 | BAX 2ND DAY AIR | C018319 | 43 | 550070762 | NET 30 | FOB DECATUR |

| 1- | GRIGOLEIT<br>ITEM NUMBER | DESCRIPTION | U.M. | QUANTITY<br>SHIPPED | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | PREVIOUS INVOICE 106101 | | | | | |
| | 471601 | KNOB-OUTER ASSEMBLY | PC | 5,070 | | .550 | 2,788.50 |
| | 471601 | KNOB-OUTER ASSEMBLY | PC | 1,014 | | .550 | 557.70 |
| | | DELRA KRAG | | | | | |
| | | PART 28008325 | | | | | |
| | | REV A | | TOTAL QUANTITY | | | |
| | | SUPPLIER: GRIGOLEIT CO. | | 6,084 | | | |
| | | INVOICE # NOT AVAILABLE | | | | | |
| | | AT SHIP TIME | | | | | |
| | | | | | | | |
| | | P/L 42048 | | | | | |
| | | | | | | | |
| | | ASN #GA00007561 | | | | | |

| | TOTAL WEIGHT POUNDS | NET TAXABLE AMOUNT | | MISCELLANEOUS CHGS. | | | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| | 84.0 | 3,346.20 | | | | | 3,346.20 |

G.C. # 4592

001 001

**BAX GLOBAL**

CORPORATE SUPPORT GROUP
16808 ARMSTRONG
IRVINE, CA 92606-4936

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

AIRBILL NUMBER **655 824 584**

| DATE | ORIGIN | DEST. SORT CODE |
|------|--------|-----------------|
| 9-27-05 | | |

**3 SERVICE REQUESTED**

**GUARANTEED SERVICES**
CALL YOUR LOCAL BAX STATION

☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed 2nd Day (ER2 D)

| SHIPPER'S REFERENCE NO. | SHIPPER'S ACCOUNT NO. |
|---|---|
| DEC 18319 | 252151200 |

COMPANY
The Grigoleit Company

FROM (YOUR NAME)    PHONE NO.
C. Mack    2-1429-5411

STREET ADDRESS
2000 N. Woodford St.

| CITY | STATE | ZIP (REQUIRED) |
|------|-------|----------------|
| Decatur, | IL | 62526 |

**2**

| CONSIGNEE'S REFERENCE NO. | CONSIGNEE'S ACCOUNT NO. |
|---|---|

COMPANY    DEPT./FLOOR
Delphi D.Delnesa plant 14

TO (CONSIGNEE NAME)    PHONE NO.

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)
702 Jonquin Cavazos Rd.

| CITY | STATE | ZIP (REQUIRED) |
|------|-------|----------------|
| Los Indios, | Tx. | 78567 |

**STANDARD SERVICES**

☐ OVERNIGHT (NEXT BUSINESS DAY)
☒ SECOND DAY
☐ BAXSAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER _____

**4 BILLING INFORMATION**

☐ PREPAID (SHIPPER)    $ _____
RATE QUOTE NUMBER    CASH RECEIVED (PAID IN ADVANCE)
☒ COLLECT (CONSIGNEE)
☐ 3RD PARTY (ACCT. NO. REQ'D.)
ACCOUNT NO. _____
COMPANY/NAME _____

**C.O.D.**
$ _____
BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN.

AIRBILL NUMBER **655 824 584**

**5 HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)

☐ HOLD AT BAX    ☐ *DANGEROUS GOODS    ☐ *SATURDAY DELIVERY    ☐ *SPECIAL DELIVERY    ☐ *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
Pln Normal - Bruce Taflinger

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 6 | 84 | 15 | 13 | 9 | Plastic Knobs |

| TOTAL PCS. | TOTAL WT. | REWEIGH | | | |
|---|---|---|---|---|---|

RELEASE SIGNATURE X _____

_____ SKID(S) SAID TO CONTAIN _____ NO. OF PIECES

(SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.)

DECLARED VALUE
$ _____

LIMIT OF LIABILITY
LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 6, FOR DECLARED VALUE LIMITATIONS.

**FOR BAX GLOBAL USE ONLY**

| RECEIVED BY BAX AT | OUTSIDE CARRIER: $ | CHARGES ADVANCED $ | PRO NUMBER | CARRIER NAME |
|---|---|---|---|---|
| ☐ SHIPPER'S DOOR ☐ BAX TERMINAL | | | | |

▶ I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X C. Mack    PRINT NAME X C. Mack    DATE 9-27-05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

Driver Signature: _____
Print Name: _____
Date: 9/27/05    Time: _____

Shipper must sign this bill and produce the proper identification. **One government issued of photo ID is acceptable.** If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

| 1st personal ID reviewed: | |
|---|---|
| # appearing on ID | Matched photo on ID? ☐ YES ☐ NO |
| 2nd personal ID reviewed: | |
| # appearing on ID | Matched photo on ID? ☐ YES ☐ NO |

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

P 100 (03-00)    NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.    **SHIPPER COPY**

 Prir

Tracking Number: **655824584**              Origin Waybill:
    Filtered By:    Tracking Number **655824584**

Status: **Delivered**                              Pieces: 5
Signature: F. Lopez                              Weight: 84.0 L **
Service Level: Standard Second Day          Volume Weight: 84.0 L
Shipped Date: 27-Sep-2005                   View Dimensions:
Origin: Decatur, IL, US
Destination: Los Indios, TX, US

| Date | Time | Pieces | Activity | Location | Remarks |
|------|------|--------|----------|----------|---------|
| 29-Sep-2005 | 1525 | 5 | Delivered | | F. LOPEZ |
| 29-Sep-2005 | 1321 | 5 | Out for Delivery | | |
| 27-Sep-2005 | 1600 | 5 | Received | Champaign, IL, US | |



** The weight shown may not reflect the dimensional weight invoiced on your shipment.

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any
inconvenience, but must strictly adhere to all government security regulations.

==========================================================================

FV/SDL            GRIGOLEIT FAX NUMBER (217) 429-8441

TO:____MARY NICOLE SOSA_____        COMPANY:___DELPHI DELCO ELECTRONICS____

DATE:____SEPTEMBER 30, 2005_____        FAX NO.:___956 366 4669_____

FROM:____ROBERT RUEHRUP_____

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US
IMMEDIATELY AT (217)429-5411 TO ARRANGE RETURN OF THE ORIGINAL
TRANSMISSION.  ANY COSTS IN NOTIFYING AND RETURNING THE TRANSMISSION TO
US WILL BE REIMBURSED TO YOU.

TOTAL NUMBER OF PAGES____3____ INCLUDING THIS COVER LETTER.  IF ALL PAGES
ARE NOT RECEIVED, PLEASE CALL (217)429-5411

COMMENTS:
            ATTACHED IS A COPY OF PACKING LIST 42048 (SID #GA00007561) FOR 6084 PIECES
            OF DELPHI PART 28008325 YOU REQUESTED.

            IT APPEARS THAT BAX GLOBAL HAS ONLY DELIVERED 5 OF THE 6 CARTONS FOR THIS
            PACKING LIST.  MOST LIKELY THE PACKING LIST THAT WAS SENT WITH THIS
            SHIPMENT IS ATTACHED TO THE CARTON THAT HAS YET TO BE DELIVERED.

            PLEASE FOLLOW WITH BAX GLOBAL TO DETERMINE WHERE THE OTHER CARTON IS SO
            THAT THEY MAY DELIVER TO YOU PROMPTLY.

            THANK YOU.

****************************************************************************

# PACKING LIST NO 42048

## GRIG PART NO 471601                    DELRA 18319

THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, ILLINOIS 62526
PHONE: 217-429-5411

DATE   **9-27-05**

ASN # GA00007561

| GRIGOLEIT PART NUMBER | 471601 |
| CUSTOMER CODE | DELRA |
| ORDER NUMBER | 018319 |

P/L NO   42048

B/L NO   **655 824 584**

SOLD TO
DELPHI
ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN  46904-9005

ASSIGNED SUPPLIER CODE

CUSTOMER ORDER NUMBER
**550070762    KNOB**

CUSTOMER PART INFORMATION
DELRA  KRAG
PART 28008325
REV A
SUPPLIER: GRIGOLEIT CO.
INVOICE # NOT AVAILABLE
AT SHIP TIME

SHIP TO
DELPHI D DELNOSA
PLANT 1-4
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567
SITE CODE 036008A
DUNS 00-519-9070
PO 550070762
TID=COIM &MOVREC DA
SHIP VIA
~~CENTRAL TRANPORT~~  **BAX 2nd DAY AIR**

QUANTITY SHIPPED
**6084**

PALLET BARCODE LABEL S/N

| CASE INFORMATION | | | | PACKING LIST TOTALS | | |
| NO/NOS | PIECES | POUNDS | | CASES | PIECES | POUNDS |
| 1-6 of 6 | 1014 | 14 | | 6 | 6084 | 84 |

TOTALS   **6   6084   84**

THESE GOODS WERE THOROUGHLY INSPECTED BEFORE LEAVING OUR PLANT AND
ARE CERTIFIED TO BE MANUFACTURED OF MATERIAL AND IN A FORM TO COMPLY
WITH THE ABOVE CUSTOMER PART NUMBER AS PER THE ABOVE GRIGOLEIT PART
NUMBER DRAWING.  GOODS RETURNED FOR CREDIT WITHOUT OUR PERMISSION
WILL NOT BE ACCEPTED.  NO CLAIMS CONSIDERED UNLESS MADE WITHIN 10
DAYS AFTER RECEIPT OF GOODS.

471601

DELRA 18319

SID#
(2S)   GA0007561

Subj:    **RE: Packing Slip Request**
Date:    9/30/2005 1:48:17 P.M. Central Daylight Time
From:    mary.sosa@delphi.com
To:      GRIGRESSLS@aol.com

Hello,

We received a shipment on the 30th of September by Bax freight bill number 655 824 584.
This shipment arrived without a packing slip.
We received 5,070 pieces of part number 28008325 on purchase order 550070762.
If I am correct this is a partial shipment to packing slip GA00007561 according to the freight bill no.
Can you please send me packing slip GA00007561 to process payment in a timely manner?

Thank you in advance,
Mary Nicole Sosa

Receiving Department DA26

Delphi Delco Electronics

c/o Penske Logistics

PH: (956)366-4660

Fax: (956)366-4669

E-mail: mary.sosa@delphi.com

**************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you have received this communication in error, please notify
us immediately by replying to the message and deleting it from your computer. Thank you.

**************************************************************************