THE GRIGOLEIT COMPANY
PROOF OF CLAIM SUMMARY FOR
10-08-05 OF PRE-PETITION
RETURN MATERIAL

| # | DATE AUTHORIZED | DATE RETURNED | QUANTITY RETURNED | GRIGOLEIT RESPONSIBLE | POTENTIAL CREDIT AUTHORIZED |
|---|---|---|---|---|---|
| CR607A | 08/02/05 | 08/23/05 | 12327 | 3743 | 2058.65 |
| CR609A | 08/08/05 | 08/17/05 | 858 | 858 | 471.90 |
| CR610A | 08/02/05 | 08/09/05 | 143 | 143 | 78.65 |
| CR612A | 08/11/05 | 08/29/05 | 25428 | 7523 | 4137.65 |
| CR618A | 09/07/05 | 10/06/05 | 4869 | 4869 | 1747.97 |
| CR619A | 09/09/05 | 09/19/05 | 1 | 1 | 0.55 |
| CR620A | 09/09/05 | 09/19/05 | 1765 | 1030 | 566.50 |
| CR621A | 09/16/05 | 09/26/05 | 4 | 4 | 2.20 |
| CR622A | 09/16/05 | 09/26/05 | 856 | 704 | 387.20 |
| CR623A | 09/27/05 | 10/04/05 | 858 | 0 | 0.00 |
| CR624A | 09/27/05 | 10/05/05 | 837 | 687 | 377.85 |
| CR627A | 10/04/05 | 10/10/05 | 861 | 786 | 432.30 |
| | | TOTAL | | | 10261.42 |

```
ITEM NO. USED   |DESCRIPTION OF ITEM NO. USED  |PSG000 |AUTHORIZATION       |WRKIN1
===============|==============================|=======|====================|======
```
05-44481-rdd    Doc 8291-4    Filed 06/18/07    Entered 06/18/07 16:32:53    Exhibit D
                                    Pg 2 of 17

| DWG F.V. ITEM | DESCRIPTION | | AUTHORIZATION | WRKIN1 |
|---|---|---|---|---|
| CUSCRO | CUS PRODUCT CONFORMANCE REVIEW | 000000R83007 | CUS000R46014012 | G80200 |

| DWG INTATH ITEM | DESCRIPTION | | AUTHORIZATION | WRKIN1 |
|---|---|---|---|---|
| Q0413 | CONTROL/CONFORMANCE REVIEW | 00000Q0412 G00400 G04980129 | | G80100 |

| DWG AUDATH ITEM | DESCRIPTION | | AUTHORIZATION | WRKIN1 |
|---|---|---|---|---|
| 980825 | NO ITEM MASTER RECORD | 000000 | | 00000 |

FV/CUSCRO PROCESS CONTROL PLAN

CR000A — AS APPROPRIATE FOR CUS RETURNS AND/OR CREDIT

AUTOMATIC DESCRIPTION: CUSCR>FPADETAIL>CTLPLN/ BEST COMPLAINT DESCRIPTION
UPDATED DESCRIPTION: FILL ACTUAL CTLPLN ITEM NUMBER

AUTOMATIC DESCRIPTION FOR LINE ACCUMULATIONS: "CUSCR>F0000B/YYMMDD/
CUSPKL/LAA".

"YYMMDD" SHALL BE DATE OF CUSTOMER NOTIFICATION. "CUSPKL" SHALL BE
CUSTOMER PACKING LIST QUANTITY. "LAA" IS LINE ACCUMULATION ADJUSTMENT
FACTOR AND SHALL BE FINAL AUDIT NON-CONFORMING QUANTITY DIVIDED BY
"CUSPKL" QTY WITH DECIMAL POINT IMPLIED BETWEEN FIRST AND SECOND POSITION,
I.E., 1.15 WILL BE 115, .73 WILL BE 073. QCL SHALL MAINTAIN CUSPKL AND
LAA AND SHALL MAINTAIN SAME FIELDS ON "F0000B" ON CUMULATIVE BASIS.
PRCCTL FOR LINE ACCUMULATIONS AT 83009 WILL BE F0000B WITH IT BEING
AUDITED AGAINST F(FAMILY)B OR F0000B IF NOT FAMILY SPECIFIC.

LINE ACCUMULATION PROCESSING SHALL BE THROUGH REVIEW OF INDIVIDUAL
ITEMS OR THROUGH SAMPLING AS DETERMINED APPROPRIATE BY QCLMGR.
INSTRUCTIONS FOR SUCH PROCESSING SHALL BE ESTABLISHED THROUGH CR PROJECT
DETAIL. NO ITEM NUMBER CR IS ESTABLISHED FOR LINE ACCUMULATIONS.

UPON COMPLETION OF LINE ACCUMULATION PROCESSING, SAMPLES SHOULD BE
REVIEWED BY ORIGINATING PRODUCTION SITE AS APPROPRIATE AND QCL WILL SEND
REPRESENTATIVE SAMPLES TO ENG FOR REVIEW AS APPROPRIATE.

ANY ENTITY MAKING A DETERMINATION CONCERNING CUSPRD CONFORMANCE REVIEW
SHALL MAKE A SUMMARY STATEMENT OF THE DETERMINATION IN THE FV OF THE
APPROPRIATE CR PRJDET.

** CONTINUED ON NEXT PAGE **

---

|  |  | DRAWING DESCRIPTION | |
|---|---|---|---|
| THE GRIGOLEIT COMPANY | ID | RETURN MATERIAL AUTHORIZATION | UM EA |
| 217-429-5411  FAX 217-429-8441 | FV | CUS PRODUCT CONFORMANCE REVIEW | |
| CONFIDENTIAL/TRADE SECRET | STATUS | PERFORM/RELEASED ACTIVITY | UM EA |
| COPYRIGHT 2007 ISO9001/Q9001-2000 | PL83000 | CUSPRD CR/ CONTROL | |
| RESP ENTITY/RES/LOCATES | AUTHORIZATION CUSCRO Q0413 G06980825 | DRAWING NUMBER | |
| INIT ENTITY/GMR/HOWIE,JR | PROCESS DATE & TIME  6/11/07 10:08AM | CUSCR1 | |

EG0111 PG# NO CTL 1

```
****************************************************************************
FV/SDL   CUSCR1
THIS IS YOUR AUTHORIZATION TO RETURN THE PART NUMBERS AND
QUANTITIES LISTED BELOW TO GRIGOLEIT SUBJECT TO OUR SUBSEQUENT
AUDIT FOR CONFORMANCE OF SUCH PARTS.  CREDIT FOR SUCH PARTS WILL BE
ALLOWED ONLY FOR PARTS RECEIVED AT GRIGOLEIT IN THE SAME CONDITION AS
ORIGINALLY MANUFACTURED AND SHIPPED TO YOU.

THIS AUTHORIZATION IS GOOD FOR 14 CALENDAR DAYS FROM DATE OF RETURN
AUTHORIZATION AS STATED ON THIS DRAWING.

THE AUTHORIZATION NUMBER FOR THE SUBJECT PARTS IS LOCATED BELOW.

RETURN PARTS WITH A COPY OF THIS DRAWING TO:

THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, IL  62526

FOR COMPANY RETURN POLICY, SEE CUSCNO FV/
ALL AUTHORIZATION PER CUSCR1 IS SUBJECT TO R83007 OPERATIONAL CONTROL
PLAN.  UPON ADVISING CUSTOMER OF AUTHORIZATION TO RETURN MATERIAL COMPANY
WILL PROCESS IN ACCORD WITH PRCCTL> RECCRO.
****************************************************************************
```

```
                                                 DRAWING DESCRIPTION
|THE GRIGOLEIT COMPANY               |ID     |RETURN MATERIAL AUTHORIZATION  UM EA |
|217-429-5411  FAX 217-429-8441      |FV     |CUS PRODUCT CONFORMANCE REVIEW       |
|CONFIDENTIAL/TRADE SECRET           |STATUS |PERFORM/RELEASED ACTIVITY      UM EA |
|COPYRIGHT 2007 ISO9001/Q9001-2000   |PL83000|CUSPRO CR/ CONTROL                   |
|                                    |       |                                     |
|RESP ENTITY/RES/LECATES             |AUTHORIZATION CUSCRO GQ0413 G06980825|DRAWING NUMBER|
|INIT ENTITY/GMR/HOWIE,JR  |PROCESS DATE & TIME  6/11/07 10:08AM|CUSCR1            |
                                                            EG0111 PG# NO CTL  2
```

```
                         OVERFLOW PAGE FOR DRAWING   CR607A
 ------------------------|-----|-----|-------------------------------|-------
 DWG AUDATH ITEM|DESCRIPTION   |     |     AUTHORIZATION             |WRKIN
 ================|=============|=====|===============================|======
```

FV/CUSCRO PROCESS CONTROL PLAN

CR000A  - AS APPROPRIATE FOR CUS RETURNS AND/OR CREDIT

AUTOMATIC DESCRIPTION: CUSCR>FPADETAIL>CTLPLN/ BEST COMPLAINT DESCRIPTION
UPDATED DESCRIPTION: FILL ACTUAL CTLPLN ITEM NUMBER

AUTOMATIC DESCRIPTION FOR LINE ACCUMULATIONS: "CUSCR>F0000B/YYMMDD/
CUSPKL/LAA".

"YYMMDD" SHALL BE DATE OF CUSTOMER NOTIFICATION. "CUSPKL" SHALL BE
CUSTOMER PACKING LIST QUANTITY. "LAA" IS LINE ACCUMULATION ADJUSTMENT
FACTOR AND SHALL BE FINAL AUDIT NON-CONFORMING QUANTITY DIVIDED BY
"CUSPKL" QTY WITH DECIMAL POINT IMPLIED BETWEEN FIRST AND SECOND POSITION,
I.E., 1.15 WILL BE 115, .73 WILL BE 073. QCL SHALL MAINTAIN CUSPKL AND
LAA AND SHALL MAINTAIN SAME FIELDS ON "F0000B" ON CUMULATIVE BASIS.
PRCCTL FOR LINE ACCUMULATIONS AT B3009 WILL BE F0000B WITH IT BEING
AUDITED AGAINST F(FAMILY)B OR F0000B IF NOT FAMILY SPECIFIC.

LINE ACCUMULATION PROCESSING SHALL BE THROUGH REVIEW OF INDIVIDUAL
ITEMS OR THROUGH SAMPLING AS DETERMINED APPROPRIATE BY QCLMGR.
INSTRUCTIONS FOR SUCH PROCESSING SHALL BE ESTABLISHED THROUGH CR PROJECT
DETAIL. NO ITEM NUMBER CR IS ESTABLISHED FOR LINE ACCUMULATIONS.

UPON COMPLETION OF LINE ACCUMULATION PROCESSING, SAMPLES SHOULD BE
REVIEWED BY ORIGINATING PRODUCTION SITE AS APPROPRIATE AND QCL WILL SEND
REPRESENTATIVE SAMPLES TO ENG FOR REVIEW AS APPROPRIATE.

ANY ENTITY MAKING A DETERMINATION CONCERNING CUSPRO CONFORMANCE REVIEW
SHALL MAKE A SUMMARY STATEMENT OF THE DETERMINATION IN THE FV OF THE
APPROPRIATE CR PRJDET.

************************************************************************

FV/CR607A

09/14/05  FV/DAP/CWR

SUMMARY TOTALS OF RETURNED PARTS
PACKING LIST QTY     _____20663
RECEIVED QTY         _____12327
AUDIT QTY            _____12327
              ** CONTINUED ON NEXT PAGE **

```
                                              |DRAWING DESCRIPTION
|THE GRIGOLEIT COMPANY              |ID       |DELCRO>F47168/050728/20663/010 UM EA
|217-429-5411  FAX 217-429-8441     |FV       |CUS PRODUCT CONFORMANCE REVIEW
|CONFIDENTIAL/TRADE SECRET          |STATUS   |CONFORMANCE REVIEW              UM EA
|COPYRIGHT 2005ISO9001/Q9001-2000   |PL44007  |ACT WRKPRD CONFORMANCE REVIEW
|RESP ENTITY/ACT/ORTINAU   |AUTHORIZATION CUSCRO POELCRO>17F47168|DRAWING NUMBER
|INIT ENTITY/RES/LECATES   |PROCESS DATE & TIME  11/11/05  7:49PM|CR607A
```

FORM 1411-2G-0                                                EG0100 PGM NO CTL

```
                      OVERFLOW PAGE FOR DRAWING    CR607A
   CONFORMING QTY          ___* 10181       * 1597 PCS + 8584 PCS (FROM BELOW)
   NON-CONFORMING QTY      _____2146
   ADJUSTMENT FACTOR       _____010
   QTY TO RESHIP           _____1597       > TO BE RETURNED TO GRG INVENTORY.
   HOURS TO PROCESS        _____28
```

09/14/05  QCL/DAP/CWR  471601CR20, (15) CTNS, (20663) PCS (PER PACKING
LIST AND/OR NON CONFORMING MAT. NOTIFICATION FORM), REC'D FROM DELPHI
8/09, 8/17, 8/22 AND 8/25/05 DUE TO, "SCRATCHES, BURR, RESIDUE".
  QCL 100% INSPECTION FOUND A TOTAL OF (12327) PCS WERE RETURNED, PER HAND
COUNT.  (1597) PCS ARE GOOD SHIPPABLE PARTS, WITH (10730) PCS THAT HAVE
VERY SLIGHT, BUT MULTIPLE CONDITIONS ON THE MICROBRITE TRIM RING.  THESE
NONCONFORMING PARTS DO NOT MEET CONTROL PLAN 47161A AND/OR OUR 04716E STD.
  QCL BELIEVES THE MAJORITY (80% - 8584 PCS) OF THESE NONCONFORMING PARTS
DID NOT LEAVE GRG IN THIS CONDITION AND LIKELY CAN BE ATTRIBUTED TO
HANDLING BY THE CUSTOMER.  THE CONFORMING/NONCONFORMING QUANTITY ABOVE
HAS BEEN ADJUSTED TO REFLECT THE FOLLOWING:

     10730 PCS - TOTAL FOUND TO BE NONCONFORMING
   - 8584 PCS - 80% CONFORMING WHEN SHIPPED FROM GRG, CUST. RESPONSIBILITY
   ---------
     2146 PCS - 20% NONCONFORMING, GRG RESPONSIBILITY

   THE BASIS FOR THIS ADJUSTMENT BEING THE RESULTS OF GRG S3605 PERFORMED
ON 471601, 6/24/05 THRU 6/29/05, (28) CTNS, (28135) PCS, WITH .6% SORTED
OUT AND S3605 PERFORMED 8/09/05 THRU 8/11/05, (19) CTNS, (19266) PCS,
WITH 1.6% SORTED OUT (SEE PRD/471601CR16 AND PRD/471601CR22).

08/23/05  FV/SDL  REC'D FROM DELPHI 5100 PCS 471601.

08/18/05  FV/PJM  AUTHORIZED AN ADDITIONAL 2,550 PCS TO BE RETURNED.
NCMNF# 39051.

08/18/05  FV/PJM  AUTHORIZED AN ADDITIONAL 2610 PCS TO BE RETURNED.
NCMNF# 38331.

08/16/05  FV/SDL  REC'D 08/17/05 FROM DELPHI PER THEIR PACKING LIST
9248 PCS. 471601; HOWEVER WE ONLY REC'D THE 1 CTN, APPROX. 858 PCS.

08/16/05  FV/PJM  ISSUED CR607A TO RETURN AN ADDITIONAL 5,100 PCS OF
471601 FOR PLASTIC RESIDUALS ON KNOB.

08/09/05  FV/SDL  REC'D FROM DELPHI 1147 PCS. OF 471601.

08/08/05  FV/PJM  ISSUED CR607A TO RETURN ANOTHER 9,248 PCS OF 471601.
(DELDRO50808A)

08/02/05  FV/PJM  ISSUED RMA # CR610A TO NELLY ANDARZA TO RETURN 1155
                        ** CONTINUED ON NEXT PAGE **

```
                                          |DRAWING DESCRIPTION
|THE GRIGOLEIT COMPANY          |ID       |DELCRO>F4716B/050728/20663/010 UM EA |
|217-429-5411  FAX 217-429-8441 |FV       |CUS PRODUCT CONFORMANCE REVIEW       |
|CONFIDENTIAL/TRADE SECRET      |STATUS   |CONFORMANCE REVIEW             UM EA |
|COPYRIGHT 2005ISO9001/Q9001-2000|PL44007 |ACT WRKPRD CONFORMANCE REVIEW        |
|RESP ENTITY/ACT/ORTINAU        |AUTHORIZATION CUSCRO RDELCROS17F47163|DRAWING NUMBER
|INIT ENTITY/RES/LECATES        |PROCESS DATE & TIME  11/11/05  7:49PM|CR607A
```

OVERFLOW PAGE FOR DRAWING    CR609A

| PROC CONTROL | DESCRIPTION | AUTHORIZATION | WRKIN1 |
|---|---|---|---|

| DWG INTATH ITEM | DESCRIPTION | AUTHORIZATION | WRKIN1 |
|---|---|---|---|
| DELCRO | DEL PROB REPORT & RESOLUTION | 000000CUSCROSDELO00G02CUS000 | R83000 |

| DWG AUDATH ITEM | DESCRIPTION | AUTHORIZATION | WRKIN1 |
|---|---|---|---|
| F4716B | PFMEA>4716/ 66574 / 032 | 000000FMP001SP4716CQ26CIM000 | 682302 |

FV/SDL  CUSCR1
THIS IS YOUR AUTHORIZATION TO RETURN THE PART NUMBERS AND
QUANTITIES LISTED BELOW TO GRIGOLEIT SUBJECT TO OUR SUBSEQUENT
AUDIT FOR CONFORMANCE OF SUCH PARTS.  CREDIT FOR SUCH PARTS WILL BE
ALLOWED ONLY FOR PARTS RECEIVED AT GRIGOLEIT IN THE SAME CONDITION AS
ORIGINALLY MANUFACTURED AND SHIPPED TO YOU.

THIS AUTHORIZATION IS GOOD FOR 14 CALENDAR DAYS FROM DATE OF RETURN
AUTHORIZATION AS STATED ON THIS DRAWING.

THE AUTHORIZATION NUMBER FOR THE SUBJECT PARTS IS LOCATED BELOW.

RETURN PARTS WITH A COPY OF THIS DRAWING TO:

THE GRIGOLEIT COMPANY
2000 N. WOODFORD STREET
DECATUR, IL  62526

FOR COMPANY RETURN POLICY, SEE CUSCNO FV/
ALL AUTHORIZATION PER CUSCR1 IS SUBJECT TO R83007 OPERATIONAL CONTROL
PLAN.  UPON ADVISING CUSTOMER OF AUTHORIZATION TO RETURN MATERIAL COMPANY
WILL PROCESS IN ACCORD WITH PRCCTL> RECCRO.
*************************************************************************
FV/CR609A

09/02/05  FV/DAP/CWR
SUMMARY TOTALS OF RETURNED PARTS
PACKING LIST QTY       _____858
RECEIVED QTY           _____858
AUDIT QTY              _____858
CONFORMING QTY         _____160
NON-CONFORMING QTY     _____698
ADJUSTMENT FACTOR      _____081
                ** CONTINUED ON NEXT PAGE **

| | | DRAWING DESCRIPTION | |
|---|---|---|---|
| THE GRIGOLEIT COMPANY | ID | DELCRO>F4716B/050728/ 858/081 | UM EA |
| 217-429-5411  FAX 217-429-8441 | FV | RETURN MATERIAL AUTHORIZATION | |
| CONFIDENTIAL/TRADE SECRET | STATUS | CONFORMANCE REVIEW | UM EA |
| COPYRIGHT 2005ISO9001/Q9001-2000 | PL44007 | ACT WRKPRO CONFORMANCE REVIEW | |
| RESP ENTITY/ACT/ORTINAU | AUTHORIZATION CUSCR1 RDELCROS12F4716B | DRAWING NUMBER | |
| INIT ENTITY/RES/LECATES | PROCESS DATE & TIME  11/11/05  7:49PM | CR609A | |

PL
EG0100 PG# NO CTL 2

OVERFLOW PAGE FOR DRAWING    CR609A

```
                        OVERFLOW PAGE FOR DRAWING    CR609A
     QTY TO RESHIP              _____160       * TO BE RETURNED TO GRG INVENTORY.
     HOURS TO PROCESS           _____4

     09/02/05  FV/DAP/CWP   471601CR22, (1) CTN, (858) PCS (PER PACKING LIST),
               REC'D FROM DELPHI 8/17/05, DUE TO "BURR INSIDE KNOB CAUSING SQUEAK".
               QCL 100% INSPECTION FOUND A TOTAL OF (858) PCS WERE RETURNED, PER HAND
               COUNT.  (160) PCS ARE GOOD SHIPPABLE PARTS, WITH (698) PCS THAT WERE
               FOUND TO BE NONCONFORMING AND WOULD NOT MEET CONTROL PLAN 47161A AND/OR
               OUR D4716E STD.  THESE NONCONFORMING PARTS CONSISTED OF COSMETIC ISSUES
               WITH THE MICROBRITE TRIM RING AND WERE OF ALL (4) CAVATIES (SEE
               QCL/471601CR22).
               THE (3) PCS RETURNED BY THE CUSTOMER ON 8/03/05 WERE ALL TESTED ON
               DELDR0501214A (RADIO) AND DELDR041025A (FACE PLATE) WITH NO RUBBING NOISE
               BEING HEARD OR FELT.
     * NOTE 1 - QCL ADDED TO 47161A PROCESS CONTROL PLAN, ITEM K, "GAGE ALL
               PCS 100% WITH G4716B, PRIOR TO INSPECTION".  THIS WILL DEFLECT
               THE FLASH AWAY FROM THE CENTER OF THE KNOB TO REDUCE THE
               POSSIBILITY OF ANY RUBBING NOISE.
     * NOTE 2 - GRIGOLEIT COMPLETED TOOL WORK TO REDUCE THE FLASH IN THE WINDOW
               OPENING ON 8/23/05 AND ALL PARTS MOLDED AFTER THIS DATE WILL
               HAVE THIS NEW IMPROVEMENT (REF. F4716B ENG 8/23/05 ENTRY).


     08/18/05  FV/SDL    REC'D 08/17/05 858 PCS 471601 FROM DELPHI.

     08/08/05  FV/PJM    ISSUED CR609A TO RETURN 858 PCS OF 471601 (DELDR050805A)

     08/03/05  FV/PJM    REC'D 3 SAMPLES OF 471601CR22.  TO QCL. (DELDR050803A)

     07/28/05  FV/PJM    FAXED DWG CR609A FV/SLSRSP TO GEORGINA RIVAS.

     07/28/05  FV/PJM    GEORGINA RETURNED MY CALL AND ADVISED THAT THEY ARE
                         100% SORTING THE CARTONS AND THEN REPACKING THE SAME WAY PARTS WERE
                         SHIPPED.  ADVISED THAT NELLY ANDARZA IS THE CONTACT PERSON TO ISSUE
                         RMA TO GET PARTS RETURNED.

                         GEORGINA SAID SHE IS SENDING PHOTOS OF KNOB WITH BURR INSIDE BY EMAIL.

     07/28/05  FV/PJM    CALLED GEORGINA BACK AND LEFT VOICE MESSAGE THAT WE
                         WOULD LIKE TO ISSUE RMA AND HAVE ALL PARTS RETURNED TO US ASAP.  ALSO
                         ASKED IF DELPHI WAS OPENING CARTON, FINDING SOME REJECTS AND THEN
                         LEAVING BOX AS PACKED BY GRIGOLEIT, OR WERE THEY SORTING THROUGH ENTIRE
                         CARTON AND THEN COMPLETELY REPACKING.

     07/28/05  FV/PJM    RECEIVED CALL FROM GEORGINA RIVAS AT DELPHI REGARDING
                         PART 28008325, OUR 471601.  PER GEORGINA HAVE 4 PCS WITH NO MOV REC DATE
                         THAT ARE BEING REJECTED FOR BURR INSIDE KNOB CAUSING BUTTON TO SQUEAK
                         ON RADIO.  HAVE FOUND ON 4 RADIOS THEREFORE HAVE NO MOV REC DATE.

                         ** CONTINUED ON NEXT PAGE **
```

| | | DRAWING DESCRIPTION | |
|---|---|---|---|
| THE GRIGOLEIT COMPANY | ID | DELCRO>F4716B/050728/ 858/081 | UM EA |
| 217-429-5411  FAX 217-429-8441 | FV | RETURN MATERIAL AUTHORIZATION | |
| CONFIDENTIAL/TRADE SECRET | STATUS | CONFORMANCE REVIEW | UM EA |
| COPYRIGHT 2005ISO9001/Q9001-2000 | PL44007 | ACT WRKPRD CONFORMANCE REVIEW | |
| RESP ENTITY/ACT/ORTINAU | AUTHORIZATION CUSCR1 RDELCROS12F47166 | DRAWING NUMBER | |
| INIT ENTITY/RES/LECATES | PROCESS DATE & TIME  11/11/05  7:49PM | CR609A | |

OVERFLOW PAGE FOR DRAWING    CR610A

11/17/05 FV/PJM    REC'D NOTIFICATION THAT GEORGINA RIVAS HAS CANCELLED PROBLEM CASE # 20050801-134539025. (DELDR0511170/PUR).

08/17/05   FV/DAP/CWR

```
SUMMARY TOTALS OF RETURNED PARTS
PACKING LIST QTY        _____143
RECEIVED QTY            _____143
AUDIT QTY               _____143
CONFORMING QTY          _____0
NON-CONFORMING QTY      _____143
ADJUSTMENT FACTOR       _____100
QTY TO RESHIP           _____0
HOURS TO PROCESS        _____3
```

08/17/05 FV/DAP/CWR  471601CR23, (1) CTN, (143) PCS (PER HAND COUNT), REC'D FROM DELPHI, DUE TO "STAIN, STRIPPED". INCLUDED WITH SHIPMENT, GRG MOVREC DATED 6/07/05, CTN#2.
   QCL 100% INSPECTION FOUND ALL PARTS TO HAVE CONDITIONS THAT WOULD NOT MEET CONTROL PLAN 47161A AND/OR OUR D4716E STD. STAINS WERE FOUND ON THE TRIM RING OF MANY OF THESE PARTS (68 PCS) THAT COULD NOT BE REMOVED (SEE QCL/471601CR23).

08/09/05   FV/SDL   REC'D FROM DELPHI 143 PCS. 471601.

08/02/05 FV/PJM   ISSUED CR610A TO RETURN 143 PIECES OF 28008325, OUR 471601 FOR KNOB DAMAGE, STRIPPED, STAINED.

08/02/05 FV/PJM   FAXED DWG CR610A WITH FV/SLSRSP TO GEORGINA RIVAS.

08/01/05 FV/PJM   REC'D PROB. CASE #20050801-134539025 (DELDR050801B) FROM DELPHI PART 28008325, OUR 471601. PROBLEM DESC: KNOB DAMAGE (STRIPPED, STAIN). NCMNF#38388 LINE PULL REJECT. TOTAL CHECKED 900: TOTAL NON-CONFORMING 3. MOV REC DATE. 6/7/05.

********************************************************************************

08/09/05  QCL/DAP/CWR  471601CR23, (1) CTN, (143) PCS (PER PACKING LIST), REC'D FROM DELPHI THIS DATE, DUE TO "STAIN, STRIPPED". ALSO, REC'D GRG MOVREC DATED 6/07/05, CTN#2.
(INFORMATION BELOW TAKEN FROM GRG CTN LABEL).

| QTY  | GRG MOVREC | CASE# | SHIP DATE |
|------|------------|-------|-----------|
| 1014 | 06/07/05   | 2     | 06/14/05  |

08/01/05 QCL/PJM   ITEM CONTROL PLAN 471601 HAS NOT TEXT.

08/01/05 QCL/PJM   47161A PROCESS CONTROL PLAN FOR 471601.

** CONTINUED ON NEXT PAGE **

```
                                                    DRAWING DESCRIPTION
|THE GRIGOLEIT COMPANY               |ID      |DELCRO>F4716B/050801/143/100     UM EA |
|217-429-5411  FAX 217-429-8441      |FV      |RETURN MATERIAL AUTHORIZATION          |
|CONFIDENTIAL/TRADE SECRET           |STATUS  |CONFORMANCE REVIEW               UM EA |
|COPYRIGHT 2005 ISO9001/Q9001-2000   |PL44007 |ACT WRKPRD CONFORMANCE REVIEW          |
|                                    |        |                                       |
|RESP ENTITY/ACT/ORTINAU             |AUTHORIZATION CUSCR1 RDELCROS05F4716B|DRAWING NUMBER |
|INIT ENTITY/RES/LECATES             |PROCESS DATE & TIME   11/22/05  3:53PM|CR610A         |
```

EG0111 PG# NO CTL 2

OVERFLOW PAGE FOR DRAWING    CR612A
REVIEWED BY ORIGINATING PRODUCTION SITE AS APPROPRIATE AND QCL WILL SEND
REPRESENTATIVE SAMPLES TO ENG FOR REVIEW AS APPROPRIATE.

ANY ENTITY MAKING A DETERMINATION CONCERNING CUSPRD CONFORMANCE REVIEW
SHALL MAKE A SUMMARY STATEMENT OF THE DETERMINATION IN THE FV OF THE
APPROPRIATE CR PRJOET.

*****************************************************************

FV/CR612A

09/16/05   FV/DAP/CWR
SUMMARY TOTALS OF RETURNED PARTS
PACKING LIST QTY        -----24967
RECEIVED QTY            -----25428
AUDIT QTY               -----25423
CONFORMING QTY          ---* 20952      * 3047 PCS + 17905 PCS (FROM BELOW)
NON-CONFORMING QTY      -----4476
ADJUSTMENT FACTOR       -----.018
QTY TO RESHIP           -----3047       > TO BE RETURNED TO GRG INVENTORY.
HOURS TO PROCESS        -----48

09/16/05   QCL/DAP/CWR   471601CR24, (30) CTNS, (24967) PCS (PER PACKING
LIST AND/OR NON CONFORMING MAT. NOTIFICATION FORM), REC'D FROM DELPHI
8/22, 8/25, 8/29 AND 8/30/05 DUE TO, "BURR IN THE AREA OF THE TAB".
QCL 100% INSPECTION FOUND A TOTAL OF (25428) PCS WERE RETURNED, PER HAND
COUNT.  (3047) PCS ARE GOOD SHIPPABLE PARTS, WITH (22381) PCS THAT HAVE
VERY SLIGHT, BUT MULTIPLE CONDITIONS ON THE MICROBRITE TRIM RING.  THESE
NONCONFORMING PARTS DO NOT MEET CONTROL PLAN 47161A AND/OR OUR D4716E STD.
QCL BELIEVES THE MAJORITY (80% = 17905 PCS) OF THESE NONCONFORMING PARTS
DID NOT LEAVE GRG IN THIS CONDITION AND LIKELY CAN BE ATTRIBUTED TO
HANDLING BY THE CUSTOMER.  THE CONFORMING/NONCONFORMING QUANTITY ABOVE
HAS BEEN ADJUSTED TO REFLECT THE FOLLOWING:

    22381 PCS - TOTAL FOUND TO BE NONCONFORMING
  - 17905 PCS - 80% CONFORMING WHEN SHIPPED FROM GRG, CUST. RESPONSIBLITY
    ------
     4476 PCS - 20% NONCONFORMING, GRG RESPONSIBILITY

THE BASIS FOR THIS ADJUSTMENT BEING THE RESULTS OF GRG S3605 PERFORMED
ON 471601, 6/24/05 THRU 6/29/05, (28) CTNS, (28135) PCS, WITH .6% SORTED
OUT AND S3605 PERFORMED 8/09/05 THRU 8/11/05, (19) CTNS, (17266) PCS,
WITH 1.6% SORTED OUT (SEE PRD/471601CR16 AND PRD/471601CR22).

   * NOTE - CAV#2 OR CAV#4 WAS MARKED ON ALL CTNS RETURNED BY THE CUSTOMER,
            WITH ONLY A SMALL PERCENTAGE (APPROX. 15%) FOUND TO BE CAV#1
            OR #3 DURING THE INSPECTION PROCESS.

08/30/05   FV/SDL   REC'D FROM DELPHI 2550 PCS 471601.
                    ** CONTINUED ON NEXT PAGE **

| THE GRIGOLEIT COMPANY | | DRAWING DESCRIPTION | |
|---|---|---|---|
| 217-429-5411   FAX 217-429-8441 | ID | DELCRO/F4716B/050808/24967/018 UM EA | |
| CONFIDENTIAL/TRADE SECRET | FV | CUS PRODUCT CONFORMANCE REVIEW | |
| COPYRIGHT 2005 ISO9001/Q9001-2000 | STATUS | CONFORMANCE REVIEW | UM EA |
| | PL44007 | ACT WRKPRO CONFORMANCE REVIEW | |
| RESP ENTITY/ACT/ORTINAU | AUTHORIZATION CUSCRO ROELCROS15F4716B | DRAWING NUMBER | |
| INIT ENTITY/RES/LECATES | PROCESS DATE & TIME 11/11/05 7:49PM | CR612A | |

EG0100 PG# NO CTL  3

OVERFLOW PAGE FOR DRAWING    CR612A

OVERFLOW PAGE FOR DRAWING   CR618A
REVIEWED BY ORIGINATING PRODUCTION SITE AS APPROPRIATE AND QCL WILL SEND
REPRESENTATIVE SAMPLES TO ENG FOR REVIEW AS APPROPRIATE.

ANY ENTITY MAKING A DETERMINATION CONCERNING CUSPRD CONFORMANCE REVIEW
SHALL MAKE A SUMMARY STATEMENT OF THE DETERMINATION IN THE FV OF THE
APPROPRIATE CR PRJDET.

******************************************************************************
FV/CR618A

10/13/05   FV/DAP/CWR

SUMMARY TOTALS OF RETURNED PARTS
PACKING LIST QTY        _____5145
RECEIVED QTY            _____4869
AUDIT QTY               _____4869
CONFORMING QTY          _____4843
NON-CONFORMING QTY      _____26
ADJUSTMENT FACTOR       _____001
QTY TO RESHIP           _____4660     * QCL RETAINED (183) PCS.
HOURS TO PROCESS        _____12

10/13/05  FV/DAP/CWR   457205CR2, (7) CTNS, (5145) PCS (PER PACKING LIST),
REC'D FROM DELPHI ON 10/06/05 DUE TO, "LIGHT LEAKS".
   QCL 100% INSPECTION FOUND A TOTAL OF (4869) PCS WERE RETURNED, PER
HAND COUNT.  (4843) PCS ARE GOOD SHIPPABLE PARTS, WITH (26) NONCONFORMING
PCS THAT WOULD NOT MEET CONTROL PLAN 45721A AND/OR OUR D4572E STD, DUE TO
A LIGHT LEAK(S).
   (183) PCS HAD A SCUFF/SCRATCH CONDITION ON TOP OF THE KNOB, BUT CHECKED
WITHIN RANGE OF OUR D4572G STD "OK/ACCEPTABLE/SCUFF CONDITION" (QCL
RETAINED).


10/06/05 FV/MDE   CR618A   RECEIVED FROM DELPHI 5145 PCS. OF PART# 09367050.
OUR PART# 457205.

09/28/05 FV/PJM   GAVE JOSE ELISEO RMA # CR618A TO RETURN 5,145 PCS OF
09367050, OUR 457205.

09/27/05 FV/PJM   REC'D EMAIL FROM JOSE ELISEO REQUESTING RMA# TO RETURN
5,145 PCS OF PART 09367050, OUR 457205, FOR LIGHT LEAKS.

09/13/05 FV/PJM   REC'D (5) SAMPLES OF 457205 (DELDR050913A).  TO QCL.

09/07/05 FV/PJM   FAXED DWG CR618A FV/SLSRSP TO JOSE ELISEO.

09/07/05 FV/PJM   REC'D A SECOND EMAIL FROM JOSE ELISEO WITH PICTURES
OF KNOB WITH A LIGHT LEAK AND A PHOTO OF A LABEL WITH MOV REC DATE
8-8-05.  JOSE REQUESTED RMA FOR 8 CARTONS WITH THIS MOV REC DATE.
                      ** CONTINUED ON NEXT PAGE **

```
                                              DRAWING DESCRIPTION
|THE GRIGOLEIT COMPANY              |ID      |DELCRO/F45728/050907/5145/001  UM EA |
|217-429-5411   FAX 217-429-8441    |FV      |CUS PRODUCT CONFORMANCE REVIEW       |
|CONFIDENTIAL/TRADE SECRET          |STATUS  |CONFORMANCE REVIEW             UM EA |
|COPYRIGHT 2005 ISO9001/Q9001-2000  |PL44007 |ACT WRKPRD CONFORMANCE REVIEW        |
|                                   |        |                                     |
|RESP ENTITY/ACT/ORTINAU            |AUTHORIZATION CUSCRO RDELCROS08F45728|DRAWING NUMBER|
|INIT ENTITY/RES/LECATES            |PROCESS DATE & TIME  11/22/05  3:53PM|CR618A        |
```

                                                          EG0111 PG# NO CTL 2

OVERFLOW PAGE FOR DRAWING    CR619A

```
************************************************************************************
FV/CR619A

10/28/05  FV/DAP/CWR  471601CR28, (1) PC, REC'D FROM SHIPPING 9/19/05.
RETURNED FROM DELPHI DUE TO, "PLASTIC RESIDUAL ON KNOB (NCMNF#41719).
GRG MOVREC 8/09/05, CTN#2, RETURNED WITH SAMPLE.
  QCL INSPECTION FOUND A VERY THIN SLIVER OF BLACK MATERIAL CRIMPED
BETWEEN THE TRIM RING AND KNOB, THAT BECAME TRAPPED DURING THE ASSEMBLY
PROCESS.  THE BLACK MATERIAL COULD NOT BE REMOVED WITHOUT DISASSEMBLING
THE RING AND IT WAS POSITIONED ACROSS THE TOP OF THE KNOB SUCH THAT
INSPECTION WOULD HAVE MADE IT DIFFICULT TO SORT OUT.  ALTHOUGH THIS PART
DOES NOT MEET OUR CONTROL PLAN, QCL CONSIDERS IT AN ANOMALY THAT WILL
LIKELY NOT OCCUR AGAIN.


09/19/05  FV/SDL   RECEIVED FROM DELPHI 1 PCS. 471601.

09/09/05 FV/PJM   SENT EMAIL ADVISING NELLY TO USE CR619A AS RMA# TO
RETURN 1 PC OF 28008325, OUR 471601.

>>>09/09/05 FV/PJM   COPIED BELOW ENTRY FROM DELDR050908C/PUR:
09/08/05  PUR/MOE  DELDR050908C

FROM:    NELLY.V.ANDARZA
TO:      GRIGRESSLS@AOL.COM
SUBJECT: RMA # REQUEST
DATE:    THU, 8 SEP 2005 12:02:48 -0500

GOOD AFTERNOON PAULA:

PLEASE SEND ME AN RMA # FOR:

PART #     28008325
DESCRIPTION: KNOB
QTY:       1 PIECE
PROBLEM: KNOB DEFECTIVE (PLASTIC RESIDUAL ON KNOB) BURR.
MOVE RECORD DATE: 8/10/05
NCMNF #   41723
PART #     28008325

WE CAN'T KEEP THE MATERIAL AT OUR PLANT FOR MORE THAN 24 HOURS.
PLEASE BE ADVISED THAT IF I DON'T RECEIVE AN RMA # BY TOMORROW, WE WILL
HAVE TO ISSUE A PC FOR CUSTOMER SATISFACTION.

THANK YOU:

NELLY ANDARZA
LINE PULL SUPERVISOR
                         ** CONTINUED ON NEXT PAGE **
```

```
                                              DRAWING DESCRIPTION
|THE GRIGOLEIT COMPANY              |ID      |P4716C>47161A/PLASTIC RES BURR UM EA |
|217-429-5411   FAX 217-429-8441    |FV      |CUS PRODUCT CONFORMANCE REVIEW       |
|CONFIDENTIAL/TRADE SECRET          |STATUS  |COMPLETE AUDIT              UM EA    |
|COPYRIGHT 2007 ISO9001/Q9001-2000  |PL83009 |CUSPRO CR/ COMPLETE AUDIT            |
|                                   |        |                                     |
|RESP ENTITY/RES/LECATES            |AUTHORIZATION CUSCRO RDELCROG04E471691|DRAWING NUMBER|
|INIT ENTITY/RES/LECATES            |PROCESS DATE & TIME   6/11/07 12:56PM|CR619A  |

                                                                    EG0111 PG# NO CTL 2
```

OVERFLOW PAGE FOR DRAWING   CR620A

"YYMMDD" SHALL BE DATE OF CUSTOMER NOTIFICATION. "CUSPKL" SHALL BE
CUSTOMER PACKING LIST QUANTITY. "LAA" IS LINE ACCUMULATION ADJUSTMENT
FACTOR AND SHALL BE FINAL AUDIT NON-CONFORMING QUANTITY DIVIDED BY
"CUSPKL" QTY WITH DECIMAL POINT IMPLIED BETWEEN FIRST AND SECOND POSITION,
I.E., 1.15 WILL BE 115, .73 WILL BE 073. QCL SHALL MAINTAIN CUSPKL AND
LAA AND SHALL MAINTAIN SAME FIELDS ON "F00008" ON CUMULATIVE BASIS.
PRCCTL FOR LINE ACCUMULATIONS AT 83009 WILL BE F00008 WITH IT BEING
AUDITED AGAINST F(FAMILY)8 OR F00008 IF NOT FAMILY SPECIFIC.

LINE ACCUMULATION PROCESSING SHALL BE THROUGH REVIEW OF INDIVIDUAL
ITEMS OR THROUGH SAMPLING AS DETERMINED APPROPRIATE BY QCLMGR.
INSTRUCTIONS FOR SUCH PROCESSING SHALL BE ESTABLISHED THROUGH CR PROJECT
DETAIL. NO ITEM NUMBER CR IS ESTABLISHED FOR LINE ACCUMULATIONS.

UPON COMPLETION OF LINE ACCUMULATION PROCESSING, SAMPLES SHOULD BE
REVIEWED BY ORIGINATING PRODUCTION SITE AS APPROPRIATE AND QCL WILL SEND
REPRESENTATIVE SAMPLES TO ENG FOR REVIEW AS APPROPRIATE.

ANY ENTITY MAKING A DETERMINATION CONCERNING CUSPRD CONFORMANCE REVIEW
SHALL MAKE A SUMMARY STATEMENT OF THE DETERMINATION IN THE FV OF THE
APPROPRIATE CR PRJDET.

*************************************************************************
FV/CR620A

10/12/05  FV/DAP/CWR
SUMMARY TOTALS OF RETURNED PARTS
PACKING LIST QTY        _____1700
RECEIVED QTY            _____1765
AUDIT QTY               _____1765
CONFORMING QTY          _____1030    * 295 PCS + 735 (FROM BELOW)
NON-CONFORMING QTY      _____735
ADJUSTMENT FACTOR       _____043
QTY TO RESHIP           _____295
HOURS TO PROCESS        _____7

10/12/05  QCL/DAP/CWR  47160ICR29, (2) CTNS, (1700) PCS (PER PACKING
LIST) REC'D FROM DELPHI 9/19/05, DUE TO "SCRATCHES AND DAMAGE".
   QCL 100% INSPECTION FOUND A TOTAL OF (1765) PCS WERE RETURNED, PER HAND
COUNT. (295) PCS ARE GOOD SHIPPABLE PARTS, WITH (1470) PCS THAT HAVE
VERY SLIGHT, BUT MULTIPLE CONDITIONS ON THE MICROBRITE TRIM RING. THESE
NONCONFORMING PARTS DO NOT MEET CONTROL PLAN 47161A AND/OR OUR D4716E
STD (REF. 47160ICR29).
   QCL BELIEVES APPROX. (50% - 735 PCS) OF THESE NONCONFORMING PARTS DID
NOT LEAVE GRG IN THIS CONDITION AND LIKELY CAN BE ATTRIBUTED TO HANDLING
BY THE CUSTOMER. THE CONFORMING/NONCONFORMING QUANTITY ABOVE HAS BEEN
ADJUSTED TO REFLECT THIS.

                        ** CONTINUED ON NEXT PAGE **

| THE GRIGOLEIT COMPANY              |        | DRAWING DESCRIPTION |
|---|---|---|
| 217-429-5411  FAX 217-429-8441     | ID     | DELCRO/F4716B/050909/1700/043  UM EA |
| CONFIDENTIAL/TRADE SECRET          | FV     | CUS PRODUCT CONFORMANCE REVIEW |
| COPYRIGHT 2005 ISO9001/Q9001-2000  | STATUS | CONFORMANCE REVIEW  UM EA |
|                                    | PL44007| ACT WRKPRO CONFORMANCE REVIEW |
| RESP ENTITY/ACT/ORTI:AU  | AUTHORIZATION CUSCRO RDELCROS07F4716B | DRAWING NUMBER |
| INIT ENTITY/RES/LECATES  | PROCESS DATE & TIME 11/11/05 7:49PM | CR620A |

                                                        EG0100 PG/ NO CTL 2

OVERFLOW PAGE FOR DRAWING   CR620A

OVERFLOW PAGE FOR DRAWING   CR621A

```
********************************************************************************
FV/CR621A

10/11/05  FV/DAP/CWR  471601CR30, (4) PCS, REC'D FROM SHIPPING 9/26/05,
PARTS RETURNED FROM DELPHI DUE TO, "KNOB DEFECTIVE".
  QCL INSPECTION FOUND THAT THESE RETURNED SAMPLES HAD NOT BEEN RAN
THROUGH THE ASSEMBLY PROCESS AND THAT THE MICROBRITE TRIM RING WAS SITTING
LOOSE ON TOP OF THE KNOB BODY.  THESE PARTS DO NOT MEET CONTROL PLAN
47161A, ITEM E "CHECK THAT TRIM RING IS CRIMPED IN 4 PLACES".
  IN ADDITION, WITH THESE (4) PCS HAVING BEEN PRODUCED 8/16/05 THRU
8/26/05 THEY WERE MANUFACTURED WITH A NEW REQUIREMENT UNDER CONTROL PLAN
47161A THAT REQUIRES "ALL PARTS TO BE GAGED 100% WITH G4716B".  QCL FIRMLY
BELIEVES THAT PROPER GAGING OF ALL 471601 ASSEMBLIES SHOULD ELIMINATE
THIS CONDITION.


09/26/05  FV/SDL  REC'D FROM DELPHI 4 PCS. 471601.

09/16/05  FV/PJM  SENT EMAIL ADVISING NELLY TO USE RMA# CR621A AS AUTH.
TO RETURN 4 PCS OF 28008325, OUR 471601, NCMNF# 43361.

09/16/05  FV/PJM  REC'D EMAIL ON 9/15/05 FROM NELLY ANDARZA REQUESTING
RMA # TO RETURN 4 PCS OF PART 28008325, OUR 417601, NCMNF# 43361.

PROBLEM: KNOB DEFECTIVE   MOVE RECORD DATE: 8/18/05.

********************************************************************************
09/26/05  QCL/DAP/CWR  471601CR30, (4) PCS ( PER PACKING LIST), REC'D
FROM SHIPPING THIS DATE, PARTS RETURNED FROM DELPHI DUE TO, "KNOB
DEFECTIVE".  PARTS RETURNED STAPLED TO MOVREC'S, PER THE FOLLOWING:
                 2 PCS  - GRG MOVREC 8/18/05 CTN#4
                 1 PC   - GRG MOVREC 8/19/05 CTN#3
                 1 PC   - GRG MOVREC 8/26/05 CTN#1


09/16/05  QCL/PJM  471601 ITEM CONTROL PLAN HAS NO TEXT.

09/16/05  QCL/PJM  47161A PROCESS CONTROL PLAN FOR 471601;


                                                08/09/05  DAP/CWR

A.  CTNASY  Q4716C, L14.8" X W12.8" X H08.4", 1014 PCS., 14 LBS.

LAYER PACK INSTRUCTIONS:   (COMPLETE KNOB ASSY)

   (1)      OEIS490EDP         LABEL
   (1)      P219133            L14.8 X W12.8 X H08.4 CTN.
                   ** CONTINUED ON NEXT PAGE **
```

| | | DRAWING DESCRIPTION | |
|---|---|---|---|
| THE GRIGOLEIT COMPANY | ID | P4716C>47161A/KNB DEFECTIVE | UM EA |
| 217-429-5411  FAX 217-429-8441 | FV | CUS PRODUCT CONFORMANCE REVIEW | |
| CONFIDENTIAL/TRADE SECRET | STATUS | COMPLETE AUDIT | UM EA |
| COPYRIGHT 2007 ISO9001/Q9001-2000 | PL83009 | CUSPRD CR/ COMPLETE AUDIT | |
| RESP ENTITY/RES/LECATES | AUTHORIZATION CUSCRO RDELGROG05F4716B | DRAWING NUMBER | |
| INIT ENTITY/RES/LECATES | PROCESS DATE & TIME  6/11/07 12:56PM | CR621A | |

EG0111 PG# NO CTL 2

OVERFLOW PAGE FOR DRAWING    CR622A

CUSTOMER PACKING LIST QUANTITY. "LAA" IS LINE ACCUMULATION ADJUSTMENT
FACTOR AND SHALL BE FINAL AUDIT NON-CONFORMING QUANTITY DIVIDED BY
"CUSPKL" QTY WITH DECIMAL POINT IMPLIED BETWEEN FIRST AND SECOND POSITION,
I.E., 1.15 WILL BE 115, .73 WILL BE 073.  QCL SHALL MAINTAIN CUSPKL AND
LAA AND SHALL MAINTAIN SAME FIELDS ON "F0000B" ON CUMULATIVE BASIS.
PRCCTL FOR LINE ACCUMULATIONS AT 83009 WILL BE F0000B WITH IT BEING
AUDITED AGAINST F(FAMILY)B OR F0000B IF NOT FAMILY SPECIFIC.

LINE ACCUMULATION PROCESSING SHALL BE THROUGH REVIEW OF INDIVIDUAL
ITEMS OR THROUGH SAMPLING AS DETERMINED APPROPRIATE BY QCLMGR.
INSTRUCTIONS FOR SUCH PROCESSING SHALL BE ESTABLISHED THROUGH CR PROJECT
DETAIL.  NO ITEM NUMBER CR IS ESTABLISHED FOR LINE ACCUMULATIONS.

UPON COMPLETION OF LINE ACCUMULATION PROCESSING, SAMPLES SHOULD BE
REVIEWED BY ORIGINATING PRODUCTION SITE AS APPROPRIATE AND QCL WILL SEND
REPRESENTATIVE SAMPLES TO ENG FOR REVIEW AS APPROPRIATE.

ANY ENTITY MAKING A DETERMINATION CONCERNING CUSPRO CONFORMANCE REVIEW
SHALL MAKE A SUMMARY STATEMENT OF THE DETERMINATION IN THE FV OF THE
APPROPRIATE CR PROJECT.

*****************************************************************************
FV/CR622A

10/24/05  FV/DAP/CWR
SUMMARY TOTALS OF RETURNED PARTS
PACKING LIST QTY        _____850
RECEIVED QTY            _____856
AUDIT QTY               _____856
CONFORMING QTY          _____244       * 92 PCS + 152 PCS (FROM BELOW)
NON-CONFORMING QTY      _____612
ADJUSTMENT FACTOR       _____071
QTY TO RESHIP           _____92
HOURS TO PROCESS        _____4

10/24/05  FV/DAP/CWR   471601CR31, (1) CTN, (850) PCS (PER PACKING
LIST) REC'D FROM DELPHI 10/05/05, DUE TO "BURR AND SCRATCHES".
   QCL 100% INSPECTION FOUND A TOTAL OF (856) PCS WERE RETURNED, PER HAND
COUNT.  (92) PCS ARE GOOD SHIPPABLE PARTS, WITH (764) PCS THAT WOULD NOT
MEET CONTROL PLAN 47161A AND/OR OUR D4716E STD (REF. 471601CR31).
   QCL BELIEVES APPROX. (20% = 152 PCS) OF THESE NONCONFORMING PARTS WERE
CONFORMING WHEN SHIPPED AND LIKELY CAN BE ATTRIBUTED TO HANDLING BY THE
CUSTOMER DUE TO MULTIPLE SCRATCHES, NICKS AND/OR DAMAGE.  THE CONFORMING/
NONCONFORMING QUANTITY ABOVE HAS BEEN ADJUSTED TO REFLECT THIS.


09/26/05  FV/SDL   REC'D FROM DELPHI 850 PCS. 471601.

09/16/05  FV/PJM   SENT EMAIL ADVISING NELLY TO USE RMA# CR622A AS AUTH.
                        ** CONTINUED ON NEXT PAGE **

| | | DRAWING DESCRIPTION | |
|---|---|---|---|
| THE GRIGOLEIT COMPANY | ID | DELCRO/F47168/050916/850/071 | UM EA |
| 217-429-5411  FAX 217-429-8441 | FV | CUS PRODUCT CONFORMANCE REVIEW | |
| CONFIDENTIAL/TRADE SECRET | STATUS | CONFORMANCE REVIEW | UM EA |
| COPYRIGHT 2005ISO9001/Q9001-2000 | PL44007 | ACT WRKPRO CONFORMANCE REVIEW | |
| RESP ENTITY/ACT/ORTINAU | AUTHORIZATION CUSCRO RDELCROS07F47158 | DRAWING NUMBER | |
| INIT ENTITY/RES/LECATES | PROCESS DATE & TIME  11/11/05  7:49PM | CR622A | |

EG0100 PG# NO CTL 2


OVERFLOW PAGE FOR DRAWING    CR622A

OVERFLOW PAGE FOR DRAWING    CR623A
REVIEWED BY ORIGINATING PRODUCTION SITE AS APPROPRIATE AND QCL WILL SEND
REPRESENTATIVE SAMPLES TO ENG FOR REVIEW AS APPROPRIATE.

ANY ENTITY MAKING A DETERMINATION CONCERNING CUSPRD CONFORMANCE REVIEW
SHALL MAKE A SUMMARY STATEMENT OF THE DETERMINATION IN THE FV OF THE
APPROPRIATE CR PRJDET.

*********************************************************************
FV/CR623A

02/09/06  FV/SDL  NO CLAIM WAS FILED WITH UPS.  UPS WAS CONTACTED AND
ASKED TO SEND AN AGENT OUT TO INVESTIGATE.  UPS REQUIRED ADDITIONAL
INFORMATION CONCERNING QTY AND PRICE, ETC. BEFORE AN AGENT WOULD BE SENT
OUT.  RESOURCES WAS WAITING FOR INF FROM QCL.  RESOURCES ERRORED IN NOT
PURSUING FURTHER WITH UPS.

01/18/06  FV/DAP/CWR  471601CR32, (1) CTN, (858) PCS (PER WEIGH COUNT),
REC'D FROM DELPHI 10/04/05.  NO ORIGINAL PAPERWORK WAS RECIEVED.

   > BILL OF LADING/PACKING LIST# ON CTN LABEL: 87032953/2849750

NOTE 1 - QCL HAS DETERMINED THESE PARTS WERE LIKELY SHIPPED AGAINST
         CR623A.

NOTE 2 - PARTS NOT REC'D IN DELPHI PACKAGING.  LABEL AND CARDBOARD FROM
         ORIGINAL PACKAGING WAS TAPED TO THIS CTN AFTER BEING DESTROYED/
         DAMAGED IN TRANSIT (PRESUMABLY BY CARRIER), SEE PICS.
            UPON OPENING PARTS WERE FOUND SCATTERED THROUGHOUT AND WITH
         WHAT APPEARS TO BE PACKAGING MATERIAL FROM THE ORIGINAL CTN.

NOTE 3 - MANY PARTS ARE BENT, BROKEN OR CRUSHED AND QCL FEELS THERE'S
         LITTLE TO BE GAINED BY GOING THROUGH THESE INDIVIDUALLY.
   > QCL HAS STORED PARTS AT LOCATION N22/E16

09/27/05 FV/PJM  SENT EMAIL TO NELLY ANDARZA ADVISING HER TO USE RMA#
CR623A TO RETURN 1,000 PCS OF PART 28008325, OUR 471601.

09/27/05 FV/PJM  REC'D EMAIL FROM NELLY ANDARZA REQUESTING RMA # TO
RETURN 1,000 PCS OF PART 28008325, OUR 471601.  PROBLEM: KNOB DEFECTIVE,
SCRATCHES AND DAMAGE.  MOVE RECORD DATE: 8/31/05.  NCMNF# 44875.
(DELDR050927F/PUR)
*********************************************************************
WRK/CR623A

01/18/06  WRK/JAW/MDE  DID WE FILE A CLAIM WITH UPS FOR THE DAMAGED
CARTON?  (REF 10/27/05 QCL ENTRY).
*********************************************************************
>>>>>>>>10/27/05  PUR/MDE  COPIED THE FILE BELOW FROM DELDR050927F/WRK:
                  ** CONTINUED ON NEXT PAGE **

| THE GRIGOLEIT COMPANY              |        | DRAWING DESCRIPTION                    |
|------------------------------------|--------|----------------------------------------|
|                                    | ID     | P4716C/47161A/SCRATCHES,DAMAGE  UM EA  |
| 217-429-5411  FAX 217-429-8441     | FV     | CUS PRODUCT CONFORMANCE REVIEW         |
| CONFIDENTIAL/TRADE SECRET          | STATUS | CONFORMANCE REVIEW              UM EA  |
| COPYRIGHT 2007 ISO9001/Q9001-2000  | PL44007| ACT WRKPRD CONFORMANCE REVIEW          |
| RESP ENTITY/ACT/ORTINAU            | AUTHORIZATION CUSCRO-SDELCR0507F47168 | DRAWING NUMBER |
| INIT ENTITY/SLS/WINICK             | PROCESS DATE & TIME  6/11/07  2:11PM  | CR623A         |

EG0111 PG# NO CTL  2

OVERFLOW PAGE FOR DRAWING CR624A
"YYMMDD" SHALL BE DATE OF CUSTOMER NOTIFICATION. "CUSPKL" SHALL BE
CUSTOMER PACKING LIST QUANTITY. "LAA" IS LINE ACCUMULATION ADJUSTMENT
FACTOR AND SHALL BE FINAL AUDIT NON-CONFORMING QUANTITY DIVIDED BY
"CUSPKL" QTY WITH DECIMAL POINT IMPLIED BETWEEN FIRST AND SECOND POSITION,
I.E., 1.15 WILL BE 115, .73 WILL BE 073. QCL SHALL MAINTAIN CUSPKL AND
LAA AND SHALL MAINTAIN SAME FIELDS ON "F0000B" ON CUMULATIVE BASIS.
PRCCTL FOR LINE ACCUMULATIONS AT 83009 WILL BE F0000B WITH IT BEING
AUDITED AGAINST F(FAMILY)B OR F0000B IF NOT FAMILY SPECIFIC.

LINE ACCUMULATION PROCESSING SHALL BE THROUGH REVIEW OF INDIVIDUAL
ITEMS OR THROUGH SAMPLING AS DETERMINED APPROPRIATE BY QCLMGR.
INSTRUCTIONS FOR SUCH PROCESSING SHALL BE ESTABLISHED THROUGH CR PROJECT
DETAIL. NO ITEM NUMBER CR IS ESTABLISHED FOR LINE ACCUMULATIONS.

UPON COMPLETION OF LINE ACCUMULATION PROCESSING, SAMPLES SHOULD BE
REVIEWED BY ORIGINATING PRODUCTION SITE AS APPROPRIATE AND QCL WILL SEND
REPRESENTATIVE SAMPLES TO ENG FOR REVIEW AS APPROPRIATE.

ANY ENTITY MAKING A DETERMINATION CONCERNING CUSPRD CONFORMANCE REVIEW
SHALL MAKE A SUMMARY STATEMENT OF THE DETERMINATION IN THE FV OF THE
APPROPRIATE CR PRJDET.

*********************************************************************

FV/CR624A

10/25/05  FV/DAP/CWR

SUMMARY TOTALS OF RETURNED PARTS
PACKING LIST QTY        ------858
RECEIVED QTY            ------837
AUDIT QTY               ------837
CONFORMING QTY          ------248      * 98 PCS + 150 PCS (FROM BELOW)
NON-CONFORMING QTY      ------589
ADJUSTMENT FACTOR       ------070
QTY TO RESHIP           ------98
HOURS TO PROCESS        ------4

10/25/05  FV/DAP/CWR  471601CR33, (1) CTN, (858) PCS (PER PACKING
LIST) REC'D FROM DELPHI 10/05/05, DUE TO "BURR ON KNOB".
   QCL 100% INSPECTION FOUND A TOTAL OF (837) PCS WERE RETURNED, PER HAND
COUNT.  (98) PCS ARE GOOD SHIPPABLE PARTS, WITH (739) PCS THAT WOULD NOT
MEET CONTROL PLAN 47161A AND/OR OUR D4716E STD (REF. 471601CR33).
   QCL BELIEVES APPROX. (20% - 150 PCS) OF THESE NONCONFORMING PARTS WERE
CONFORMING WHEN SHIPPED AND LIKELY CAN BE ATTRIBUTED TO HANDLING BY THE
CUSTOMER DUE TO MULTIPLE SCRATCHES, NICKS AND/OR DAMAGE.  THE CONFORMING/
NONCONFORMING QUANTITY ABOVE HAS BEEN ADJUSTED TO REFLECT THIS.


10/05/05  FV/MOE  CR624A  RECEIVED FROM DELPHI 858 PCS. OF 471601.
                    ** CONTINUED ON NEXT PAGE **

| | | DRAWING DESCRIPTION |
|---|---|---|
| THE GRIGOLEIT COMPANY | ID | DELCR0/F47168/050927/858/070  UM EA |
| 217-429-5411  FAX 217-429-8441 | FV | CUS PRODUCT CONFORMANCE REVIEW |
| CONFIDENTIAL/TRADE SECRET | STATUS | CONFORMANCE REVIEW  UM EA |
| COPYRIGHT 2005 ISO9001/Q9001-2000 | PL44007 | ACT WRKPRD CONFORMANCE REVIEW |
| RESP ENTITY/ACT/ORTINAU | AUTHORIZATION CUSCR0 RDELCR0S07F47168 | DRAWING NUMBER |
| INIT ENTITY/RES/LECATES | PROCESS DATE & TIME  11/11/05 7:49PM | CR624A |

PL                                                          EG0190 PG# NO CTL 2

```
OVERFLOW PAGE FOR DRAWING   CR627A
IF CR000A NUMBER MATCHES, GIVE TO QCL AND MAKE ENTRY ON CR000A DRAWING
IN FV FILE THE DATE RECEIVED AND USING CUSTOMER'S PACKING LIST WHAT
CUSTOMER STATES THEY RETURNED.

CHANGE PLANNER ON CR000A ITEM NUMBER TO 85007 AND FV TO CUSCRO.
*************************************************************************
FV/CR627A


10/26/05   FV/DAP/CWR


   SUMMARY TOTALS OF RETURNED PARTS
   PACKING LIST QTY       _____858
   RECEIVED QTY           _____861
   AUDIT QTY              _____861
   CONFORMING QTY         _____263       * 188 PCS + 75 PCS (FROM BELOW)
   NON-CONFORMING QTY     _____598
   ADJUSTMENT FACTOR      _____.070
   QTY TO RESHIP          _____188
   HOURS TO PROCESS       _____4


10/26/05   FV/DAP/CWR   471601CR34, (1) CTN, (858) PCS (PER PACKING
LIST) REC'D FROM DELPHI 10/10/05, DUE TO "BURR ON KNB-SCRATCHES-RING-DIM".
   QCL 100% INSPECTION FOUND A TOTAL OF (861) PCS WERE RETURNED, PER HAND
COUNT.  (188) PCS ARE GOOD SHIPPABLE PARTS, WITH (673) PCS THAT WOULD NOT
MEET CONTROL PLAN 47161A AND/OR OUR D4716E STD (REF. 471601CR34).
   QCL BELIEVES APPROX. (11% - 75 PCS) OF THESE NONCONFORMING PARTS WERE
CONFORMING WHEN SHIPPED AND LIKELY CAN BE ATTRIBUTED TO HANDLING BY THE
CUSTOMER DUE TO MULTIPLE SCRATCHES, NICKS AND/OR DAMAGE.  THE CONFORMING/
NONCONFORMING QUANTITY ABOVE HAS BEEN ADJUSTED TO REFLECT THIS.


10/10/05   FV/MDE   RECEIVED 858 PCS OF PART #471601 FROM DELPHI.

10/04/05   FV/PJM   SENT EMAIL TO NELLY ANDARZA ADVISING HER TO USE
CR627A AS AUTHORIZATION TO RETURN THE 858 PCS OF 471601.

10/03/05   FV/PJM   REC'D EMAIL FROM NELLY ANDARZA REQUESTING RMA# TO
RETURN 858 PCS OF 28008325, OUR 471601, FOR BURR ON KNOB, SCRATCHES,
DAMAGES, AND RING DIM.  MOV REC DATE 9-13-05.  NCMNF# 46373.
(DELDR0510038)
*************************************************************************
>>>>>>>10/05/05   PUR/MDE   COPIED THE FILE BELOW FROM DELDR0510038/WRK;

10/04/05   WRK/MDE   DELDR0510038

FROM:  GRIGRESSLS
TO:    NELLY.V.ANDARZA@DELPHI.COM
SUBJ:  RE: RMA # REQUEST
DATE:  TUE, 04 OCT 2005 09:07:05 -0400
                       ** CONTINUED ON NEXT PAGE **
```

|                                   |          | DRAWING DESCRIPTION                      |       |
|-----------------------------------|----------|------------------------------------------|-------|
| THE GRIGOLEIT COMPANY             | ID       | DELCRO/F47168/051003/858/070             | UM EA |
| 217-429-5411  FAX 217-429-8441    | FV       | CUSPRO RETURN MATERIAL                   |       |
| CONFIDENTIAL/TRADE SECRET         | STATUS   | CONFORMANCE REVIEW                       | UM EA |
| COPYRIGHT 2005 ISO9001/Q9001-2000 | PL44007  | ACT WRKPRO CONFORMANCE REVIEW            |       |
| RESP ENTITY/ACT/ORTINAU           | AUTHORIZATION RECORD RDELCR0505F47168   | DRAWING NUMBER |
| INIT ENTITY/RES/LECATES           | PROCESS DATE & TIME  11/11/05  7:50PM   | CR627A |