**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 18, 2007, he filed the **Response of MJ Celco in Support of Claim No. 12183, which is Subject to an Objection Raised in Debtors' Fifteenth Omnibus Objection**. This filing was sent by operation of the Court's electronic filing system to all parties registered to receive electronic service as of the date hereof.

In addition, the following parties were served via overnight Federal Express on June 18, 2007:

Honorable Robert D. Drain
U.S. Bankruptcy Court for the Southern
District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Finally, the following party was served via messenger delivery on June 18, 2007:

Delphi Corporation
c/o Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Respectfully submitted,

By: /s/ Robert D. Nachman
ROBERT D. NACHMAN
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
Telephone: (312) 346-1300

431510.1 044420-36708