GREENBERG TRAURIG, LLP
Attorneys for Jacobson Mfg., LLC
Allen G. Kadish (AGK/8655)
200 Park Avenue
New York, New York 10166
212-801-9200

David W. Baddley
77 W. Wacker Drive, Suite 2500
Chicago, IL 60601
312-456-5205

Hearing Date: June 26, 2007 at 10:00 a.m.
Obj. Deadline: June 19, 2007 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Case No. 05-44481 (RDD)
                                                   :    Chapter 11 Case
DELPHI CORPORATION, et al.,                        :    (Jointly Administered)
                                                   :
                                                   :
                                                   :
                        Debtors.                   :
---------------------------------------------------------------x

## JACOBSON MFG., LLC'S RESPONSE TO DEBTORS' FIFTEENTH OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION

Jacobson Mfg., LLC ("Jacobson") hereby responds to the *Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(b) and Fed.R.Bankr.P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation* dated May 22, 2007, as it applies to Jacobson (the "Claim Objection"), and in support, states as follows:

**Background**

1.  On or about July 31, 2006, Jacobson filed a proof of claim against Delphi Corporation in Case No. 05-44481 in the unsecured amount of $114,342.92, identified as Claim No. 14240 (the "Proof of Claim"). The Proof of Claim arises from fastners and related equipment pieces that were purchased by, and delivered to, the Debtors prior to the Petition Date.

2.  Jacobson also made a reclamation demand against the goods delivered to the Debtors within the reclamation period in the amount of $35,182.70 (the "Reclamation Claim"). On or about February 21, 2006, Jacobson and the Debtors agreed to a reconciled amount of the Reclamation Claim in the amount of $22,226.09 (the "Reconciled Reclamation Claim").

3.  In the Claim Objection, the Debtors contend (i) that the total amount of Jacobson's claim is only $95,486.27, (ii) that Jacobson's claim is against Delphi Automotive Systems, LLC, rather than Delphi Corporation, and (iii) that Jacobson's claim against Delphi Automotive Systems, LLC should be divided (a) $22,226.09 as a priority claim (based on the Reconciled Reclamation Claim) and $73,260.18 as a non-priority unsecured claim.

**Jacobson's Response To The Claim Objection**

4.  After reviewing its records, Jacobson agrees with the Debtors that its claims are against Delphi Automotive Systems, LLC in Case No. 05-44640. Therefore, Jacobson does not oppose the portion of the Claim Objection that seeks to substitute the Debtor in the Proof of Claim from Delphi Corporation to Delphi Automotive Systems, LLC, <u>provided</u> that such claim against Delphi Automotive Systems, LLC shall be deemed timely filed and subject to no further objection based upon being against the improper debtor.

5.  Jacobson also agrees, after reviewing its records, that the amount asserted in the Proof of Claim should be reduced, but only by $7,791.00 based on certain credits asserted by the

CHI 56713791v2 6/18/2007

Debtors. Accordingly, Jacobson's pre-petition claim against Delphi Automotive Systems LLC is $106,551.92. Copies of the invoices supporting Jacobson's claim of $106,551.92 are attached hereto as **Composite Exhibit A**. Jacobson opposes the Debtors' position in the Claim Objection that its claim against Delphi Automotive Systems, LLC is only $95,486.27.

6.   Any reply to this Response should be mailed to: (i) Allen G. Kadish, Greenberg Traurig, LLP, 200 Park Avenue, New York, New York 10166, and (ii) David W. Baddley, Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 2500, Chicago, IL 60601.

7.   In accordance with the Claim Objection Procedures Order (as defined in the Claim Objection), Jacobson understands that the hearing on the Claim Objection is automatically continued from the June 26, 2007 hearing date, and will be rescheduled in accordance with the Claim Objection Procedures Order following notice to Jacobson and its counsel.

WHEREFORE, Jacobson Mfg., LLC respectfully requests entry of an Order (A) denying the Debtors' Claim Objection, (B) granting Jacobson an allowed claim against Delphi Automotive Systems, LLC as follows: (i) $22,226.09 as a priority claim (based on Jacobson's reclamation rights) and $84,325.83 as a non-priority unsecured claim, and (C) granting such other relief as may be appropriate under the circumstances.

CHI 56713791v2 6/18/2007

Dated: June 18, 2007

Respectfully submitted,

GREENBERG TRAURIG, LLP
Attorneys for Jacobson Mfg., LLC

By: _____
Allen G. Kadish (AGK/8655)
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

David W. Baddley
77 W. Wacker Drive, Suite 2500
Chicago, IL 60601
Tel: (312) 456-5205
Fax: (312) 899-0391

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Federal Express, overnight delivery, on June 18, 2007 upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098 (Attn: General Counsel), and (ii) Skadden, Arps, Slate, Leagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, Randall G. Reese and Joseph N. Wharton).

_____
Allen G. Kadish

CHI 56713791v2 6/18/2007