**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192662 | 09-28-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192662 | 09-27-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS    (RD(
200 GEORGESVILLE ROAD
COLUMBUS,    701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | 16640461 | FF.308DIAX1.039 SPLDBL END RIVET | 550064672 | 9 | 10,800 | 0.056360 | 608.69 |
| Contract No : 100223   Position No : | | 10 | | | | | |
| Schedule No : 111149 | | | | | | | |

Delivery : BOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 192662

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    608.69

PAY THIS AMOUNT    608.69
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH 44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO: 2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192716 | 09-29-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192716 | 09-28-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084

SHIP TO:
DELPHI INTERIOR SYSTEMS    (RD(
200 GEORGESVILLE ROAD
COLUMBUS,    701
OH 43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | 16640461 | FF.308DIAX1.039 SPLDBL END RIVET | 550064672 | 8 | 9,600 | 0.056360 | 541.06 |

Contract No : 100223    Position No : 10
Schedule No : 111149

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 192716

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    541.06

PAY THIS AMOUNT    541.06
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192753 | 09-30-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192753 | 09-29-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS   (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                 701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | 16640461 | FF.308DIAX1.039 SPLDBL END RIVET | 550064672 | 9 | 10,800 | 0.056360 | 608.69 |

Contract No : 100223     Position No : 10
Schedule No : 111149

Delivery : BOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 192753

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    608.69

PAY THIS AMOUNT    608.69
IN U.S. FUNDS

FORM NO. 7175 REV. G

JACOBSON MFG., LLC
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192793 | 09-30-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192793 | 09-30-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS        (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                       701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | 16640461 | FF.308DIAX1.039 SPLDBL END RIVET | 550064672 | 9 | 10,800 | 0.056360 | 608.69 |
| Contract No : 100223  Position No : 10 | | | | | | | |
| Schedule No : 111149 | | | | | | | |

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
**Please state** with your payment   : MEI/ 192793

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    608.69

PAY THIS AMOUNT   608.69
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192827 | 10-04-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192827 | 10-03-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS    (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                  701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | 16640461 | FF.308DIAX1.039 SPLDBL END RIVET | 550064672 | 9 | 10,800 | 0.056360 | 608.69 |
| Contract No : 100223   Position No : | | 10 | | | | | |
| Schedule No : 111149 | | | | | | | |

Delivery : ROB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 192827

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL   608.69

PAY THIS AMOUNT   608.69
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH 44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

**PAYABLE IN U.S. FUNDS**

PLEASE MAIL REMITTANCE TO: 2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192902 | 10-05-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192902 | 10-04-2005 | CONQ | 126087 | 91 |

**SOLD TO:**
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084

**SHIP TO:**
DELPHI INTERIOR SYSTEMS    (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                  701
OH 43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | 16640461 | FF.308DIAX1.039 SPLDBL END RIVET | 550064672 | 9 | 10,800 | 0.056360 | 608.69 |

Contract No : 100223    Position No : 10
Schedule No : 111149

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
**Please state** with your payment    : MEI/ 192902

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    608.69

PAY THIS AMOUNT    608.69
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192934 | 10-06-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192934 | 10-05-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS    (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                   701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | 16640461 | FF.308DIAX1.039 SPLDBL END RIVET | 550064672 | 8 | 9,600 | 0.056360 | 541.06 |
| Contract No : 100223   Position No : 10 | | | | | | | |
| Schedule No : 111149 | | | | | | | |
| 82192-Z3TC | 16887911 | FF.315 DIAx1.33 WAFHD SHLD RIVET | 550064672 | 1 | 1,000 | 0.134630 | 134.63 |
| Contract No : 100223   Position No : 100 | | | | | | | |
| Schedule No : 111144 | | | | | | | |

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
**Please state** with your payment    : MEI/ 192934

SUB TOTAL    675.69

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

PAY THIS AMOUNT    675.69
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192967 | 10-07-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192967 | 10-06-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS    (RD(
200 GEORGESVILLE ROAD
COLUMBUS,    701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | 16640461 | FF.308DIAX1.039 SPLDBL END RIVET | 550064672 | 9 | 10,800 | 0.056360 | 608.69 |
| Contract No: 100223    Position No: 10 | | | | | | | |
| Schedule No: 111149 | | | | | | | |
| 82195-Z3TC | 16887914 | FF.252 Dia.x.457 WAFER HD RIVET | 550064672 | 1 | 3,600 | 0.047420 | 170.71 |
| Contract No: 100223    Position No: 130 | | | | | | | |
| Schedule No: 111146 | | | | | | | |

Delivery  : FOB MEDINA
Payment   : Net2nd 2nd prox.
Please state with your payment    : MEI/ 192967

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    779.40

PAY THIS AMOUNT    779.40
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 193005 | 10-10-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 193005 | 10-07-2005 | CONQ | 126087 | 91 |

**SOLD TO:**
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

**SHIP TO:**
DELPHI INTERIOR SYSTEMS    (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                    701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | 16640461 | FF.308DIAX1.039 SPLDBL END RIVET | 550064672 | 9 | 10,800 | 0.056360 | 608.69 |
| Contract No: 100223  Position No: 10 | | | | | | | |
| Schedule No: 111149 | | | | | | | |
| 82194-Z3TC | 16887913 | FF.256 x 1.587 WH SHLDR RIVET | 550064672 | 1 | 1,000 | 0.118530 | 118.53 |
| Contract No: 100223  Position No: 120 | | | | | | | |
| Schedule No: 111145 | | | | | | | |

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 193005

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

SUB TOTAL    727.22

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

PAY THIS AMOUNT    727.22
IN U.S. FUNDS

FORM NO. 7175 REV. G

JACOBSON MFG., LLC
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718553 | 10-04-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 718553 | 10-03-2005 | CONQ | 126090 | 91 |

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS

PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH  44483

SHIP TO:
DELPHI P PLT#15 #60015
1265 N RIVER RD
WARREN,
OH  44483

610

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 18175-00M07 | 12160710 | FF.138DIAX2.252 OAL KNURL PIN | PEDP467004 | 16 | 40,000 | 0.052800 | 2,112.00 |
| Contract No : 700100   Position No : 130 | | | | | | | |
| Schedule No : 110935 | | | | | | | |
| 18185-40M11 | 15336610 | FF.138DIAX3.161 RNDHD KNURLEDPIN | PEDP467004 | 27 | 40,500 | 0.149000 | 6,034.50 |
| Contract No : 700100   Position No : 140 | | | | | | | |
| Schedule No : 110934 | | | | | | | |

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
**Please state with your payment   : MEI/ 718553**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL     8,146.50

PAY THIS AMOUNT     8,146.50
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
                             CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718556 | 10-04-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 718556 | 10-03-2005 |  | 126090 | 91 |

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH  44483

SHIP TO:
DELPHI P PLT#15 #60015
1265 N RIVER RD
WARREN,
OH  44483

610

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8606002Z3F | 15492583 | FFM10-1.5x17x8 HEX | PEDP467004 | 36 | 34,200 | 0.055200 | 1,887.84 |

Contract No : 700100     Position No : 110
Schedule No : 110448

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718556

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL                 1,887.84

PAY THIS AMOUNT           1,887.84
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192663 | 09-28-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192663 | 09-27-2005 | PJXI | 126110 | 25 |

**SOLD TO:**
DELPHI CHASSIS DIV. - KETTERING-DIP
EAG DISBURSEMENT SERVICES
P.O. BOX  1550

FLINT, MI  48501-1550   U.S.A

**SHIP TO:**
DELPHI CHASSIS KETTERING (H3010
PLANT #17 WOODMAN DRIVE
4
KETTERING, OH            580
OH 45420

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8400940S | 22175778 | FF1 X 1 3/8 X 1 5/64 | 0550000289 | 1 | 2,000 | 0.141900 | 283.80 |
| Contract No : 100445  Position No : | | 30 | | | | | |
| Schedule No : 111152 | | | | | | | |
| 8505530S | 22178265 | FFM30.2 X 41.2 X 27 | 0550000289 | 2 | 7,055 | 0.209230 | 1,476.12 |
| Contract No : 100445  Position No : | | 50 | | | | | |
| Schedule No : 111150 | | | | | | | |
| 8505980S | 22186390 | FF1 1/4 X 1 21/32 X 3/4 | 0550000289 | 1 | 16,246 | 0.179340 | 2,913.56 |
| Contract No : 100445  Position No : | | 60 | | | | | |
| Schedule No : 111151 | | | | | | | |

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 192663

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    4,673.48

PAY THIS AMOUNT    4,673.48
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /  192736 | 09-29-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192736 | 09-28-2005 | PJXI | 126110 | 25 |

**SOLD TO:**
DELPHI CHASSIS DIV. - KETTERING-DIP
EAG DISBURSEMENT SERVICES
P.O.  BOX  1550
FLINT, MI  48501-1550    U.S.A

**SHIP TO:**
DELPHI CHASSIS KETTERING (H301(
PLANT #17 WOODMAN DRIVE
4
KETTERING, OH                    580
OH 45420

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8505530S | 22178265 | FFM30.2 X 41.2 X 27 | 0550000289 | 2 | 10,040 | 0.209230 | 2,100.67 |
| Contract No : 100445  Position No : | | 50 | | | | | |
| Schedule No : 111150 | | | | | | | |
| 0505980S | 22186390 | FF1 1/4 X 1 21/32 X 3/4 | 0550000289 | 1 | 7,944 | 0.179340 | 1,424.68 |
| Contract No : 100445  Position No : | | 60 | | | | | |
| Schedule No : 111151 | | | | | | | |

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 192736

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    3,525.35

PAY THIS AMOUNT    3,525.35
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH 44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO: 2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192903 | 10-05-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 192903 | 10-04-2005 | PJXI | 126110 | 25 |

**SOLD TO:**
DELPHI CHASSIS DIV. - KETTERING-DIP
EAG DISBURSEMENT SERVICES
P.O. BOX 1550
FLINT, MI 48501-1550   U.S.A

**SHIP TO:**
DELPHI CHASSIS KETTERING (H301(
PLANT #17 WOODMAN DRIVE
4
KETTERING, OH              580
OH 45420

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8505530S | 22178265 | FFM30.2 X 41.2 X 27 | 0550000289 | 2 | 10,000 | 0.209230 | 2,092.30 |
| Contract No : 100445  Position No : | | 50 | | | | | |
| Schedule No : 111150 | | | | | | | |
| 8505980S | 22186390 | FF1 1/4 X 1 21/32 X 3/4 | 0550000289 | 1 | 7,810 | 0.179340 | 1,400.65 |
| Contract No : 100445  Position No : | | 60 | | | | | |
| Schedule No : 111151 | | | | | | | |

Delivery : FOB MEDINA
Payment : Net2nd 2nd prox.
Please state with your payment : MEI/ 192903

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL         3,492.95

PAY THIS AMOUNT   3,492.95
IN U.S. FUNDS

FORM NO. 7175 REV. G