**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718548 | 09-29-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 718548 | 09-28-2005 | PJXI | 126170 | 91 |

**SOLD TO:**
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX   78523

**SHIP TO:**
DELPHI RIMIR 36972 LOS INDIOS V
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,                        540
IN    46241

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | 16867972 | FFM12-1.75 X 18 X 12 X 26.0 | 550068898 | 39 | 19,500 | 0.137930 | 2,689.64 |

Contract No : 700001     Position No : 30
Schedule No : 109378

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718548

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL          2,689.64

PAY THIS AMOUNT    2,689.64
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718552 | 09-30-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 718552 | 09-30-2005 | PJXI | 126170 | 91 |

**SOLD TO:**
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

**SHIP TO:**
DELPHI RIMIR 36972 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,                540
IN   46241

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | 16867972 | FFM12-1.75 X 18 X 12 X 26.0 | 550068898 | 19 | 9,500 | 0.137930 | 1,310.34 |
| Contract No : 700001    Position No : | | 30 | | | | | |
| Schedule No : 109378 | | | | | | | |

Delivery : FOB MEDINA
Payment : Net2nd 2nd prox.
Please state with your payment    : MEI/ 718552

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL   1,310.34

PAY THIS AMOUNT   1,310.34
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

# Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718555 | 10-04-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 718555 | 10-03-2005 | BNAF | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

SHIP TO:
DELPHI DASAMSA 36701 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,                (541)
IN   46241
MEXICO

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 82198-69H36 | 16872266 | FF.236 diaX.323 wafer hd rivet | 550068899 | 1 | 4,000 | 0.030190 | 120.76 |
| Contract No : 700002   Position No : | | 10 | | | | | |
| Schedule No : 109377 | | | | | | | |

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718555

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL        120.76

PAY THIS AMOUNT  120.76
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718558 | 10-05-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 718558 | 10-04-2005 | PJXI | 126170 | 91 |

**SOLD TO:**
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

**SHIP TO:**
DELPHI RIMIR 36972 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,                540
IN   46241

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | 16867972 | FFM12-1.75 X 18 X 12 X 26.0 | 550068898 | 35 | 17,500 | 0.137930 | 2,413.78 |
| Contract No : 700001   Position No : | | 30 | | | | | |
| Schedule No : 109378 | | | | | | | |

Delivery : FOB MEDINA
Payment : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718558

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    2,413.78

PAY THIS AMOUNT   2,413.78
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718559 | 10-06-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 718559 | 10-05-2005 | PJXI | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

SHIP TO:
DELPHI RIMIR 36972 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN  46241                             540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | 16867972 | FFM12-1.75 X 18 X 12 X 26.0 | 550068898 | 9 | 4,500 | 0.137930 | 620.69 |
| Contract No : 700001   Position No : | | 30 | | | | | |
| Schedule No : 109378 | | | | | | | |

Delivery : FOB MEDINA
Payment : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718559

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    620.69

PAY THIS AMOUNT    620.69
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718560 | 10-06-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 718560 | 10-05-2005 | BNAF | 126170 | 91 |

**SOLD TO:**
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

**SHIP TO:**
DELPHI DASAMSA 36701 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,          (541)
IN  46241
MEXICO

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 82198-69H36 | 16872266 | FF.236 diaX.323 wafer hd rivet | 550068899 | 1 | 4,000 | 0.030190 | 120.76 |

Contract No : 700002    Position No : 10
Schedule No : 109377

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718560

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL      120.76

PAY THIS AMOUNT    120.76
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718562 | 10-07-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 718562 | 10-06-2005 | PJXI | 126170 | 91 |

**SOLD TO:**
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

**SHIP TO:**
DELPHI RIMIR 36972 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN  46241                                    540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | 16867972 | FFM12-1.75 X 18 X 12 X 26.0 | 550068898 | 6 | 3,000 | 0.137930 | 413.79 |

Contract No : 700001    Position No : 30
Schedule No : 109378

Delivery : FOB MEDINA
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718562

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    413.79

PAY THIS AMOUNT    413.79
IN U.S. FUNDS

FORM NO. 7175 REV. G

JACOBSON MFG, LLC
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718502 | 08-30-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 08-29-2005 | PJXI | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX   78523

SHIP TO:
DELPHI RIMIR 36972 LOS INDIOS  
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN   46241                              540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | | FFM12-1.75 X 18 X 12 X 26.0 | | 0 | 10,000 | 0.137930 | 1,379.30 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718502

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL         1,379.30

PAY THIS AMOUNT   1,379.30
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718503 | 08-30-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 08-29-2005 | BNAF | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

SHIP TO:
DELPHI DASAMSA 36701 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,                     (541)
IN   46241
MEXICO

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 82198-69H36 | | FF.236 diaX.323 wafer hd rivet | | 0 | 8,000 | 0.030190 | 241.52 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 718503

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL                241.52

PAY THIS AMOUNT          241.52
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718510 | 09-02-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-01-2005 | BNAF | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX   78523

SHIP TO:
DELPHI RIMIR 36972 LOS INDIOS \
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN   46241                              540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | | FFM12-1.75 X 18 X 12 X 26.0 | | 0 | 2,500 | 0.137930 | 344.83 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment   : MEI/ 718510**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL   344.83

PAY THIS AMOUNT   344.83
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718515 | 09-08-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-07-2005 | PJXI | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

SHIP TO:
DELPHI RIMIR 36972 LOS INDIOS \
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN  46241                     540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | | FFM12-1.75 X 18 X 12 X 26.0 | | 0 | 11,500 | 0.137930 | 1,586.20 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 718515

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    1,586.20

PAY THIS AMOUNT    1,586.20
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718519 | 09-13-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-12-2005 | PJXI | 126170 | 91 |

**SOLD TO:**
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX   78523

**SHIP TO:**
DELPHI RIMIR 36972 LOS INDIOS \
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN   46241                                 540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | | FFM12-1.75 X 18 X 12 X 26.0 | | 0 | 9,000 | 0.137930 | 1,241.37 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718519

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL                1,241.37

PAY THIS AMOUNT          1,241.37
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718520 | 09-13-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-12-2005 | BNAF | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

SHIP TO:
DELPHI DASAMSA 36701 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,                (541)
IN    46241
MEXICO

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 82198-69H36 | | FF.236 diaX.323 wafer hd rivet | | 0 | 8,000 | 0.030190 | 241.52 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 718520

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL        241.52

PAY THIS AMOUNT  241.52
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718524 | 09-15-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-14-2005 | PJXI | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX   78523

SHIP TO:
DELPHI RIMIR 36972 LOS INDIOS I
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN   46241                         540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | | FFM12-1.75 X 18 X 12 X 26.0 | | 0 | 8,000 | 0.137930 | 1,103.44 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state** with your payment   : MEI/ 718524

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    1,103.44

PAY THIS AMOUNT    1,103.44
IN U.S. FUNDS

FORM NO. 7175 REV. G