**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
| --- | --- |
| MEI / 718531 | 09-21-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
| --- | --- | --- | --- | --- |
| 0 | 09-20-2005 | PJXI | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

SHIP TO:
DELPHI RIMIR 36972 LOS INDIOS I
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN  46241                    540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9206595P4 | | FFM12-1.75 X 18 X 12 X 26.0 | | 0 | 7,500 | 0.137930 | 1,034.48 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718531

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL        1,034.48

PAY THIS AMOUNT  1,034.48
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718532 | 09-21-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-20-2005 | BNAF | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

SHIP TO:
DELPHI DASAMSA 36701 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,                   (541)
IN  46241
MEXICO

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 82198-69H36 | | FF.236 diaX.323 wafer hd rivet | | 0 | 4,000 | 0.030190 | 120.76 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state** with your payment    : MEI/ 718532

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    120.76

PAY THIS AMOUNT    120.76
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718535 | 09-22-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-21-2005 | PJXI | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX   78523

SHIP TO:
DELPHI RIMIR 36972 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN   46241
540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | | FFM12-1.75 X 18 X 12 X 26.0 | | 0 | 8,000 | 0.137930 | 1,103.44 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718535

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL   1,103.44

PAY THIS AMOUNT   1,103.44
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718542 | 09-27-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-26-2005 | PJXI | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX  78523

SHIP TO:
DELPHI RIMIR 36972 LOS INDIOS I
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN  46241                             540

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9206595P4 | | FFM12-1.75 X 18 X 12 X 26.0 | | 0 | 8,500 | 0.137930 | 1,172.41 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment  : MEI/ 718542

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    1,172.41

PAY THIS AMOUNT    1,172.41
IN U.S. FUNDS

FORM NO. 7175 REV. G

JACOBSON MFG., LLC
941-955 Lake Road
Medina, OH 44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO: 2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718543 | 09-27-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-26-2005 | BNAF | 126170 | 91 |

SOLD TO:
DELPHI RIMIR, S.A. DE C.V.
P.O. BOX 5897
BROWNSVILLE, TX 78523

SHIP TO:
DELPHI DASAMSA 36701 LOS INDIOS
C/O AIR ROAD EXPRESS
3150 CHIEF LANE
INDIANAPOLIS,
IN 46241
MEXICO
(541)

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 82198-69H36 | | FF.236 diaX.323 wafer hd rivet | | 0 | 8,000 | 0.030190 | 241.52 |

Delivery : FOB Shipping Point
Payment : Net2nd 2nd prox.
Please state with your payment : MEI/ 718543

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    241.52

PAY THIS AMOUNT    241.52
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718438 | 08-03-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 08-02-2005 | UPSN | 126165 | 91 |

SOLD TO:
DELPHI PACKARD ELECTRIC SYSTS.
ATTN: PATRICIA TAKACS
P.O. BOX 431, STATION 96B
WARREN, OH  44486

SHIP TO:
DELPHI P 60842 EL PASO TX PLT.
C/O MWXD CINCINNATI
6380 CENTRE PARK DRIVE
WEST CHESTER, OH  45069

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8605023Z3F | | FFM8-1.25 X 13 X 7.5 CL. 9 HEX | | 0 | 3,100 | 0.019100 | 59.21 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state** with your payment   : MEI/ 718438

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    59.21

PAY THIS AMOUNT    59.21
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH 44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO: 2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718479 | 08-17-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 08-16-2005 | | 126165 | 91 |

SOLD TO:
DELPHI PACKARD ELECTRIC SYSTS.
ATTN: PATRICIA TAKACS
P.O. BOX 431, STATION 96B
WARREN, OH 44486

SHIP TO:
DELPHI PACKARD RBE VII PLANT 3:
C/O DHL
REFUGIO RODRIGUEZ/ADAN GARCIA
34 SPUR DRIVE          621
EL PASO, TX 79906

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |
| 9103490POC | | FFm6-1.0 hex flg pt/nut | | 0 | 4,000 | 0.125000 | 500.00 |
| | | | PEDP5670054 | | | | |

Delivery : FOB Shipping Point
Payment : Net2nd 2nd prox.
**Please state with your payment : MEI/ 718479**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL     500.00

PAY THIS AMOUNT     500.00
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718499 | 08-29-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 08-26-2005 | | 126165 | 91 |

**SOLD TO:**
DELPHI PACKARD ELECTRIC SYSTS.
ATTN:  PATRICIA TAKACS
P.O. BOX  431, STATION  96B

WARREN, OH  44486

**SHIP TO:**
DELPHI P 60842 EL PASO TX PLT.
C/O MWXD CINCINNATI
6380 CENTRE PARK DRIVE
WEST CHESTER, OH  45069

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8605023Z3F | | FFM8-1.25 X 13 X 7.5 CL. 9 HEX | | 0 | 2,700 | 0.019100 | 51.57 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state** with your payment    : MEI/  718499

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    51.57

PAY THIS AMOUNT    51.57
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192065 | 09-08-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-07-2005 | PJXI | 126110 | 25 |

SOLD TO:
DELPHI CHASSIS DIV. - KETTERING-DIP
EAG DISBURSEMENT SERVICES
P.O. BOX 1550
FLINT, MI  48501-1550    U.S.A

SHIP TO:
DELPHI CHASSIS KETTERING (H301(
PLANT #17 WOODMAN DRIVE
4
KETTERING, OH                580
OH 45420

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8400940S | | FF1 X 1 3/8 X 1 5/64 | | 0 | 7,031 | 0.141900 | 997.70 |
| 8505530S | | FFM30.2 X 41.2 X 27 | | 0 | 14,289 | 0.209230 | 2,989.69 |
| 8505800S | | FFM30.25x41.7x24.5 EYE RING | | 0 | 24,000 | 0.238140 | 5,715.36 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 192065

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    9,702.75

PAY THIS AMOUNT    9,702.75
IN U.S. FUNDS

FORM NO. 7175 REV. G

JACOBSON MFG.
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192188 | 09-13-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-12-2005 | PJXI | 126110 | 25 |

SOLD TO:
DELPHI CHASSIS DIV. - KETTERING-DIP
EAG DISBURSEMENT SERVICES
P.O. BOX 1550

FLINT, MI  48501-1550    U.S.A

SHIP TO:
DELPHI CHASSIS KETTERING (H301(
PLANT #17 WOODMAN DRIVE
4
KETTERING, OH                580
OH 45420

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8505530S | | FFM30.2 X 41.2 X 27 | | 0 | 7,745 | 0.209230 | 1,620.49 |
| 8505800S | | FFM30.25x41.7x24.5 EYE RING | | 0 | 6,000 | 0.238140 | 1,428.84 |
| 8505980S | | FF1 1/4 X 1 21/32 X 3/4 | | 0 | 7,942 | 0.179340 | 1,424.32 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 192188

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    4,473.65

PAY THIS AMOUNT   4,473.65
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192516 | 09-22-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-21-2005 | PJXI | 126110 | 25 |

SOLD TO:
DELPHI CHASSIS DIV. - KETTERING-DIP
EAG DISBURSEMENT SERVICES
P.O. BOX 1550
FLINT, MI 48501-1550  U.S.A

SHIP TO:
DELPHI CHASSIS KETTERING (H301(
PLANT #17 WOODMAN DRIVE
4
KETTERING, OH                580
OH 45420

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8505800S | | FFM30.25x41.7x24.5 EYE RING | | 0 | 18,000 | 0.238140 | 4,286.52 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 192516

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL     4,286.52

PAY THIS AMOUNT     4,286.52
IN U.S. FUNDS

FORM NO. 7175 REV. G

JACOBSON MFG.
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192624 | 09-27-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-26-2005 | PJXI | 126110 | 25 |

SOLD TO:
DELPHI CHASSIS DIV. - KETTERING-DIP
EAG DISBURSEMENT SERVICES
P.O. BOX 1550
FLINT, MI  48501-1550   U.S.A

SHIP TO:
DELPHI CHASSIS KETTERING (H3010
PLANT #17 WOODMAN DRIVE
4
KETTERING, OH           580
OH 45420

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8505800S | | FFM30.25x41.7x24.5 EYE RING | | 0 | 6,000 | 0.238140 | 1,428.84 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state** with your payment   : MEI/ 192624

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL       1,428.84

PAY THIS AMOUNT   1,428.84
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718512 | 09-07-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-06-2005 | | 126090 | 91 |

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH  44483

SHIP TO:
DELPHI P DISTRIBUTION CTR #600(
655 N RIVER RD
ATTN: DOCK DC
WARREN,
OH  44483                           010

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8606002Z2C | | FFM10-1.5x17x8 HEX | | 0 | 1,900 | 0.055200 | 104.88 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 718512

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL     104.88

PAY THIS AMOUNT     104.88
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH 44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO: 2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718513 | 09-07-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-06-2005 | CONQ | 126090 | 91 |

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH 44483

SHIP TO:
DELPHI P PLT#15 #60015
1265 N RIVER RD
WARREN,
OH 44483

610

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8606002Z3F | | FFM10-1.5x17x8 HEX | | 0 | 34,200 | 0.055200 | 1,887.84 |

Delivery : FOB Shipping Point
Payment : Net2nd 2nd prox.
Please state with your payment : MEI/ 718513

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL 1,887.84

PAY THIS AMOUNT 1,887.84
IN U.S. FUNDS

FORM NO. 7175 REV. G