**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

**PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

### PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /    718514 | 09-07-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-06-2005 | | 126090 | 91 |

**SOLD TO:**

**DELPHI AUTOMOTIVE SYSTEMS**

**PLANT 13**
**NORTH RIVER ROAD, N.E.**
**WARREN, OH  44483**

**SHIP TO:**

**DELPHI P PLT#15 #60015**
**1265 N RIVER RD**
**WARREN,**
**OH  44483**

610

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 18175-00M07 | | FF.138DIAX2.252 OAL KNURL PIN | | 0 | 40,000 | 0.052800 | 2,112.00 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment    : MEI/  718514**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR
DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10
DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN
ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

| SUB TOTAL | 2,112.00 |
|---|---|
| PAY THIS AMOUNT IN U.S. FUNDS | 2,112.00 |

FORM NO. 7175 REV. G

## Original INVOICE

JACOBSON MFG., LLC
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

**PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674**

### PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /   718517 | 09-13-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-12-2005 | CONQ | 126090 | 91 |

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS

PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH  44483

**SHIP TO**

DELPHI P PLT#15 #60015
1265 N RIVER RD
WARREN,                           610
OH  44483

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8606002Z3F | | FFM10-1.5x17x8 HEX | | 0 | 34,200 | 0.055200 | 1,887.84 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment    : MEI/  718517**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR
DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10
DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN
ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

| SUB TOTAL | 1,887.84 |
|---|---|
| PAY THIS AMOUNT IN U.S. FUNDS | 1,887.84 |

JACOBSON MFG, LLC
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

# Original INVOICE

**PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674**

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /   718521 | 09-13-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-12-2005 | | 126090 | 91 |

S O L D T O:

**DELPHI AUTOMOTIVE SYSTEMS**

**PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH  44483**

S H I P T O:

**DELPHI P PLT#15 #60015
1265 N RIVER RD
WARREN,
OH  44483**

610

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 18175-00M07 | | FF.138DIAX2.252 OAL KNURL PIN | | 0 | 40,000 | 0.052800 | 2,112.00 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment   : MEI/  718521**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

SUB TOTAL          2,112.00

PAY THIS AMOUNT          2,112.00
IN U.S. FUNDS

**JACOBSON MFG. CO.**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

**PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

### PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /   718528 | 09-21-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-20-2005 | | 126090 | 91 |

**SOLD TO:**
DELPHI AUTOMOTIVE SYSTEMS

PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH   44483

**SHIP TO:**
DELPHI P DISTRIBUTION CTR #600(
655 N RIVER RD
ATTN: DOCK DC
WARREN,                                      010
OH   44483

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8606002Z2C | | FFM10-1.5x17x8 HEX | | 0 | 1,900 | 0.055200 | 104.88 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment    : MEI/  718528**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

| SUB TOTAL | 104.88 |
|---|---|
| PAY THIS AMOUNT IN U.S. FUNDS | 104.88 |

**JACOBSON MFG. LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

**PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /   718533 | 09-21-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-20-2005 | | 126090 | 91 |

**SOLD TO:**

DELPHI AUTOMOTIVE SYSTEMS

PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH  44483

**SHIP TO:**

DELPHI P PLT#15 #60015
1265 N RIVER RD
WARREN,
OH  44483

610

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8606002Z3F | | FFM10-1.5x17x8 HEX | | 0 | 34,200 | 0.055200 | 1,887.84 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment    : MEI/  718533**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

| SUB TOTAL | 1,887.84 |
|---|---|
| PAY THIS AMOUNT IN U.S. FUNDS | 1,887.84 |

JACOBSON MFG, LLC
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

**PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

### PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /   718534 | 09-21-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-20-2005 | CONQ | 126090 | 91 |

SOLD TO:
**DELPHI AUTOMOTIVE SYSTEMS**

**PLANT 13**
**NORTH RIVER ROAD, N.E.**
**WARREN, OH  44483**

SHIP TO:
**DELPHI P PLT#15 #60015**
**1265 N RIVER RD**
**WARREN,**
**OH  44483**

610

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 18175-00M07 | | FF.138DIAX2.252 OAL KNURL PIN | | 0 | 40,000 | 0.052800 | 2,112.00 |
| 18185-40M11 | | FF.138DIAX3.161 RNDHD KNURLEDPIN | | 0 | 40,500 | 0.149000 | 6,034.50 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment   : MEI/  718534**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR
DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10
DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN
ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

| SUB TOTAL | 8,146.50 |
|---|---|
| PAY THIS AMOUNT IN U.S. FUNDS | 8,146.50 |

**JACOBSON MFG, LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

**PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

### PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /   718539 | 09-27-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-26-2005 | | 126090 | 91 |

**SOLD TO:**
DELPHI AUTOMOTIVE SYSTEMS

PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH  44483

**SHIP TO:**
DELPHI P DISTRIBUTION CTR #600(
655 N RIVER RD
ATTN: DOCK DC
WARREN,                                       010
OH  44483

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8606002Z2C | | FFM10-1.5x17x8 HEX | | 0 | 950 | 0.055200 | 52.44 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment    : MEI/  718539**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

| SUB TOTAL | 52.44 |
|---|---|
| PAY THIS AMOUNT IN U.S. FUNDS | 52.44 |

**Original INVOICE**

**JACOBSON**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /   718540 | 09-27-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-26-2005 | CONQ | 126090 | 91 |

S
O   T
L   O
D

**DELPHI AUTOMOTIVE SYSTEMS**

**PLANT 13
NORTH RIVER ROAD, N.E.
WARREN, OH  44483**

S
H   T
I   O
P

**DELPHI P PLT#15 #60015
1265 N RIVER RD
WARREN,
OH  44483**

610

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 18175-00M07 | | FF.138DIAX2.252 OAL KNURL PIN | | 0 | 40,000 | 0.052800 | 2,112.00 |
| 18185-40M11 | | FF.138DIAX3.161 RNDHD KNURLEDPIN | | 0 | 40,500 | 0.149000 | 6,034.50 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment   : MEI/  718540**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL                8,146.50

PAY THIS AMOUNT          8,146.50
IN U.S. FUNDS

FORM NO. 7175 REV. G

**Original INVOICE**

**JACOBSON**
941-955 Lake Road
Medina, OH    44256-2496
330-725-8853 Tel
330-723-4510 Fax

**PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 718544 | 09-27-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-26-2005 | | 126090 | 91 |

SOLD TO:

**DELPHI AUTOMOTIVE SYSTEMS**

**PLANT 13**
**NORTH RIVER ROAD, N.E.**
**WARREN, OH  44483**

SHIP TO:

**DELPHI P PLT#15 #60015**
**1265 N RIVER RD**
**WARREN,**
**OH  44483**

**610**

Our Supplier Number: 143630924

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8606002Z3F | | FFM10-1.5x17x8 HEX | | 0 | 34,200 | 0.055200 | 1,887.84 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment   : MEI/ 718544**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

SUB TOTAL         1,887.84

PAY THIS AMOUNT    1,887.84
IN U.S. FUNDS

**JACOBSON MFG, LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

# Original INVOICE

**PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674**

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /    191906 | 09-02-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-01-2005 | CONQ | 126087 | 91 |

S
O  T
L  O
D

**DELPHI INTERIOR SYSTEMS**

**1401 CROOKS ROAD**

**TROY, MI  48084**

S
H  T
I  O
P

**DELPHI INTERIOR SYSTEMS        (RD**
**200 GEORGESVILLE ROAD**
**COLUMBUS,                        701**
**OH  43228-2020**

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 10,800 | 0.056360 | 608.69 |

Delivery : FOB Shipping Point
Payment   : Net2nd 2nd prox.
**Please state with your payment   : MEI/  191906**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

| SUB TOTAL | 608.69 |
|---|---|
| PAY THIS AMOUNT IN U.S. FUNDS | 608.69 |

JACOBSON MFG.
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

**PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /    191941 | 09-06-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-02-2005 | CONQ | 126087 | 91 |

SOLD TO:
**DELPHI INTERIOR SYSTEMS**

**1401 CROOKS ROAD**

**TROY, MI   48084**

SHIP TO:
**DELPHI INTERIOR SYSTEMS      (RD**
**200 GEORGESVILLE ROAD**
**COLUMBUS,                                   701**
**OH   43228-2020**

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 18,000 | 0.056360 | 1,014.48 |
| 82192-Z3TC | | FF.315 DIAx1.33 WAFHD SHLD RIVET | | 0 | 1,000 | 0.134630 | 134.63 |

Delivery : FOB Shipping Point
Payment   : Net2nd 2nd prox.
**Please state with your payment    : MEI/  191941**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR
DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10
DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN
ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

SUB TOTAL    1,149.11

PAY THIS AMOUNT    1,149.11
IN U.S. FUNDS

**JACOBSON MFG. d1C**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:   **2354 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /   191994 | 09-07-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-06-2005 | CONQ | 126087 | 91 |

S
O   T
L   O
D

**DELPHI INTERIOR SYSTEMS**

**1401 CROOKS ROAD**

**TROY, MI  48084**

S
H   T
I   O
P

**DELPHI INTERIOR SYSTEMS      (RD**
**200 GEORGESVILLE ROAD**
**COLUMBUS,                            701**
**OH  43228-2020**

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 9,600 | 0.056360 | 541.06 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment    : MEI/ 191994**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR
DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10
DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN
ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

SUB TOTAL          541.06

PAY THIS AMOUNT      541.06
IN U.S. FUNDS

**JACOBSON MFG LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /   192187 | 09-13-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-12-2005 | CONQ | 126087 | 91 |

SOLD TO

**DELPHI INTERIOR SYSTEMS**

**1401 CROOKS ROAD**

**TROY, MI   48084**

SHIP TO

**DELPHI INTERIOR SYSTEMS        (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                              701
OH   43228-2020**

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 10,800 | 0.056360 | 608.69 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment    : MEI/  192187**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL       608.69

PAY THIS AMOUNT   608.69
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON**
941-955 Lake Road
Medina, OH    44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI  /  192228 | 09-14-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-13-2005 | UPSN | 126087 | 91 |

SOLD TO:

**DELPHI INTERIOR SYSTEMS**

**1401 CROOKS ROAD**

**TROY, MI    48084**

SHIP TO:

**DELPHI INTERIOR SYSTEMS**    (RD(
**200 GEORGESVILLE ROAD**
**COLUMBUS,**                    701
**OH    43228-2020**

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | **FF**.308DIAX1.039 SPLDBL END RIVET | | 0 | 2,400 | 0.056360 | 135.26 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment    : MEI/  192228**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL      135.26

PAY THIS AMOUNT      135.26
IN U.S. FUNDS

FORM NO. 7175 REV. G