941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192280 | 09-15-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-14-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS   (RD
200 GEORGESVILLE ROAD
COLUMBUS,                 701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 10,800 | 0.056360 | 608.69 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state** with your payment  : MEI/ 192280

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL  608.69

PAY THIS AMOUNT IN U.S. FUNDS  608.69

FORM NO. 7175 REV. G

JACOBSON MFG
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192316 | 09-16-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-15-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI   48084

SHIP TO:
DELPHI INTERIOR SYSTEMS   (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                   701
OH   43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 9,600 | 0.056360 | 541.06 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment   : MEI/ 192316

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL         541.06

PAY THIS AMOUNT   541.06
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG, LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192459 | 09-21-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-20-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS   (RD
200 GEORGESVILLE ROAD
COLUMBUS,                701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 28,800 | 0.056360 | 1,623.17 |
| 82193-Z3TC | | FF.232dia x.348 WAFHD SHLD RIVET | | 0 | 6,000 | 0.090090 | 540.54 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 192459

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL  2,163.71

PAY THIS AMOUNT  2,163.71
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192541 | 09-22-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-21-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI   48084

SHIP TO:
DELPHI INTERIOR SYSTEMS   (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                701
OH   43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 24,000 | 0.056360 | 1,352.64 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 192541

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL     1,352.64

PAY THIS AMOUNT    1,352.64
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG. LLC**
941-955 Lake Road
Medina, OH 44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO: 2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192545 | 09-23-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-22-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084

SHIP TO:
DELPHI INTERIOR SYSTEMS (RD
200 GEORGESVILLE ROAD
COLUMBUS, 701
OH 43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 10,800 | 0.056360 | 608.69 |
| 82197-Z3TC | | FF.468DIA X.309 WAFHD SHLD RIVET | | 0 | 1,800 | 0.159130 | 286.43 |

Delivery : FOB Shipping Point
Payment : Net2nd 2nd prox.
Please state with your payment : MEI/ 192545

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL  895.12

PAY THIS AMOUNT  895.12
IN U.S. FUNDS

FORM NO. 7175 REV. G

JACOBSON MFG CO
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

PAYABLE IN U.S. FUNDS

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192578 | 09-26-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-23-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS   (RD
200 GEORGESVILLE ROAD
COLUMBUS,                701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 10,800 | 0.056360 | 608.69 |
| 82192-Z3TC | | FF.315 DIAx1.33 WAFHD SHLD RIVET | | 0 | 1,000 | 0.134630 | 134.63 |
| 82195-Z3TC | | FF.252 Dia.x.457 WAFER HD RIVET | | 0 | 3,600 | 0.047420 | 170.71 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment   : MEI/ 192578**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FORM NO. 7175 REV. G

SUB TOTAL   914.03

PAY THIS AMOUNT   914.03
IN U.S. FUNDS

JACOBSON MFG, LLC
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

**Original INVOICE**

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192623 | 09-27-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-26-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS  (RD
200 GEORGESVILLE ROAD
COLUMBUS,                    701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 10,800 | 0.056360 | 608.69 |
| 82194-Z3TC | | FF.256 x 1.587 WH SHLDR RIVET | | 0 | 1,000 | 0.118530 | 118.53 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state** with your payment    : MEI/ 192623

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL  727.22

PAY THIS AMOUNT  727.22
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192031 | 09-08-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-07-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS   (RD(
200 GEORGESVILLE ROAD
COLUMBUS,                         701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 9,600 | 0.056360 | 541.06 |
| 82194-Z3TC | | FF.256 x 1.587 WH SHLDR RIVET | | 0 | 1,000 | 0.118530 | 118.53 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state** with your payment    : MEI/  192031

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    659.59

PAY THIS AMOUNT    659.59
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
                            CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192069 | 09-09-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-08-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS   (RD
200 GEORGESVILLE ROAD
COLUMBUS,                 701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 9,600 | 0.056360 | 541.06 |
| 82195-Z3TC | | FF.252 Dia.x.457 WAFER HD RIVET | | 0 | 3,600 | 0.047420 | 170.71 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state** with your payment   : MEI/ 192069

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL            711.77

PAY THIS AMOUNT      711.77
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH   44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:   2354 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192089 | 09-09-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-08-2005 | FDEP | 126087 | 91 |

**SOLD TO:**
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI   48084

**SHIP TO:**
DELPHI INTERIOR SYSTEMS   (RD
200 GEORGESVILLE ROAD
COLUMBUS,                701
OH   43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-Z3LD | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 1,200 | 0.416667 | 500.00 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
**Please state with your payment    : MEI/ 192089**

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    500.00

PAY THIS AMOUNT    500.00
IN U.S. FUNDS

FORM NO. 7175 REV. G

**JACOBSON MFG., LLC**
941-955 Lake Road
Medina, OH  44256-2496
330-725-8853 Tel
330-723-4510 Fax

## Original INVOICE

PLEASE MAIL REMITTANCE TO:  2354 PAYSPHERE CIRCLE
                              CHICAGO, IL 60674

**PAYABLE IN U.S. FUNDS**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| MEI / 192148 | 09-12-2005 |

| SHIPPER NO. | DATE SHIPPED | SHIPPED VIA | CUST. NO. | SLS |
|---|---|---|---|---|
| 0 | 09-09-2005 | CONQ | 126087 | 91 |

SOLD TO:
DELPHI INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY, MI  48084

SHIP TO:
DELPHI INTERIOR SYSTEMS    (RD
200 GEORGESVILLE ROAD
COLUMBUS,                   701
OH  43228-2020

Our Supplier Number: 113026785

| PART NO. | CUSTOMER PART NUMBER | DESCRIPTION | CUSTOMER ORDER NO. | NO. OF CARTONS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| X82100-ZNM12 | | FF.308DIAX1.039 SPLDBL END RIVET | | 0 | 10,800 | 0.056360 | 608.69 |

Delivery : FOB Shipping Point
Payment  : Net2nd 2nd prox.
Please state with your payment    : MEI/ 192148

WE WILL REPLACE ALL DEFECTIVE MATERIAL, BUT SELLER WILL NOT ALLOW ANY CLAIMS FOR LABOR OR DAMAGES RESULTING FROM USE OF SAID MATERIAL. ALL CLAIMS MUST BE MADE IN WRITING WITHIN 10 DAYS FROM RECEIPT OF GOODS.

THIS IS TO CERTIFY THAT THE MERCHANDISE LISTED IN THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SUB TOTAL    608.69

PAY THIS AMOUNT    608.69
IN U.S. FUNDS

FORM NO. 7175 REV. G