Counsel for Nu-Tech Plastics Engineering
SCHWARTZ LAW FIRM, P.C.
Jay A. Schwartz (P45268)
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

**INDEX OF EXHIBITS FOR
CLAIMANT'S SUPPLEMENTAL RESPONSE
CLAIM NO. 1279 (NU-TECH PLASTICS ENGINEERING, INC.)**

Affidavit of Trenia Patrick
    Exhibit 1 - General Motors Purchase Order 8C934
    Exhibit 2 - General Motors Purchase Order 9C941
    Exhibit 3 - Delphi Line Item Detail 8/17/98
    Exhibit 4 - Purchase Order General Terms and Conditions
    Exhibit 5 - Nu-Tech Bid 3/5/98
    Exhibit 6 - Minority Program Projections for Nu-Tech
    Exhibit 7 - Delphi Line Item Detail 5/3/99
    Exhibit 8 - Sample Written Termination Notice
    Exhibit 9 - Consignment Contract AES59090
    Exhibit 10 - Consignment Contract AES61826
    Exhibit 11 - Sample Spot Buy Contract
    Exhibit 12 - Sample Strike Protection Offer

Declaration of John G. Cooper
    Exhibit 1 - 1/21/98 Letter from Nu-Tech to Donald Robinson of Delphi
    Exhibit 2 - 12/15/98 Nu-Tech Staff Meeting Minutes
    Exhibit 3 - Accounts Payable Payment History Reports
    Exhibit 4 - Summary of Losses

1

Declaration of Gary Leeman-
    Exhibit 1 - Tax returns for Nu-Tech for the years1996 through 1998
    Exhibit 2 - Nu-Tech's Statement of Revenue Expenses and Retained Earnings for 1997 and 1998
    Exhibit 3 - Nu-Tech's 1998 Monthly Sales by Product
    Exhibit 4 - Nu-Tech's 1998 Statement of Income
    Exhibit 5 - Nu-Tech's 1998 Balance Sheet
    Exhibit 6 - Nu-Tech's 1999 Balance Sheet
    Exhibit 7 - Nu-Tech's 1998 Cost of Sales
    Exhibit 8 - Nu-Tech's Summary of Lease Payments
    Exhibit 9 - CSM data
    Exhibit 10 - Summary prepared based upon CSM data
    Exhibit 11 - Calculations of lost sales
    Exhibit 12 - Schedules based upon information provided demonstrating damages to Nu-Tech
    Exhibit 13 - Closing Statement Regarding Purchase of Assets of Nu-Tech Plastics Engineering, Inc. by Rapid Product Technologies, LLC.

Exhibit A - Michigan court case Complaint in Nu-Tech Plastics Engineering vs Delphi
Exhibit B - Delphi's Second Amended Answer to Complaint in Michigan Court case
Exhibit C - Transcript of Motion Hearing of March 24, 2005, Michigan Court Case
Exhibit D - April 7, 2005 Order denying Delphi's motion to dismiss, Michigan court case
Exhibit E - Order from Michigan Court of Appeals denying leave to appeal from 4/7/05 order
Exhibit F - Asset Purchase Agreement between Nu-Tech and Rapid Product Technologies
Exhibit G - Acknowledgment and Assignment between Nu-Tech and Rapid Product Technologies
Exhibit H - Troubled Supplier Update
Exhibit I - *Thomas v Costa* opinion
Exhibit J - *Metal One America v Center Man'f* opinion
Exhibit K - Nu-Tech's discovery requests to Delphi and correspondence regarding same
Exhibit L - September 18, 1998 Letter from Kenneth Szyczak to John Mailey
Exhibit M - September 8, 1998 Letter from Harold Kutner to John Mailey