| Contract Line Item Page: | of 2 | | Issue Date: | 17-Aug-1998 |
|---|---|---|---|---|

**Standard Blanket Contract Number:** N580000B  **Amendment Number:** 000
**Part Number:** 000000025160694

# LINE ITEM DETAIL



*GM Corporation*

| This Line Item is effective from | 01-Aug-1998 | through | 31-Jul-1999 |
|---|---|---|---|

**Part Description:** RESERVOIR-F/PMP FUEL
**Amendment Reason:** New Contract Line Item

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC, MI 48439
'TED STATES

**Buyer Name:**
Turner, Trenia
**Buyer Code:** CFF
**Phone:** 810-257-8305
**Fax:** 810-257-8016

**Hazardous Material Indicator:**   N

**Terms and Conditions**
\*\*\*\*\*\*\*\*\*\*



PLAINTIFF'S EXHIBIT 9

Contract Line Item Page: 2 of                                                                      Issue Date:   17-Aug-1998

Standard Blanket Contract Number:   N58L    B                    Amendment Number:   000
                                                                 Part Number:   000000025160694

| This Period effective from | 01-Aug-1998 | through | 31-Jul-1999 |

**Freight Terms:**        Collect
**Payment Terms:**        25th Prox
**Delivery Terms:**       FREE ON BOARD - USA
**Delivery DUNS:**        00932543663
**Ship From DUNS:**       00932543663
**Daily Capacity:**       14,000
**Hours Per Day:**        16
**Price Type:**           Expendable

**Price Composition:**

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in   *USD*

**Base Price:**                                                                                                      1.860000


...al Price:                                                                                                         1.860000
...OM:    EACH

**Receiving Plants and Plant Percentage**
As scheduled                                                                    100%


**Terms & Conditions**
Right to Audit
C4