Contract Line Item Page:   1                                  Issue Date:   03-May-1999
Standard Blanket Contract Number:   N580000B          Amendment Number:   001
                                                       Part Number:   000000025160694

# LINE ITEM DETAIL



**Delphi Automotive Systems LLC**

DELPHI
Automotive Systems

| This Line Item is effective from | 01-Aug-1998 | through | 31-Dec-2000 |

**Part Description:**   RESERVOIR-F/PMP FUEL
**Amendment Reason:**   Expiration Date Extended

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC, MI 48439
UNITED STATES

**Buyer Name:**
Arens, Lynn
**Buyer Code:**   CFF
**Phone:**   810-257-8305
**Fax:**   810-257-8016

**Drawing Date:**   11-22-94
**Hazardous Material Indicator:**   N

**Terms and Conditions**
**********

| This Period effective from | 03-May-1999 | through | 31-Dec-2000 |

**Freight Terms:**   Collect
**Payment Terms:**   (M32) MNS-2, On average, payment shall be made on the second day of the second month following Buyers receipt date of goods or services.
**Delivery Terms:**   FREE ON BOARD-USA/CANADA/MEXICO
**Delivery DUNS:**   00932543663
**Ship From DUNS:**   00932543663
**Daily Capacity:**   14,000
**Hours Per Day:**   16
**Price Type:**   Expendable



PLAINTIFF'S EXHIBIT 15