## General Motors Corporation

**PURCHASE ORDER:** AES59090
PAGE 1

**GENERAL MOTORS CORP.**
WORLDWIDE PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI
48501-1360

**SHIP TO:**
DELPHI - FLINT EAST
RECEIVING AREA 411
2926 DAVISON ROAD
FLINT MI
48556
US

**INVOICE TO:**
DELPHI-E IS ON PAY ON RECEIPT.
FORWARD ANY "WORK COMPLETED"
INVOICE "PAPERWORK" TO YOUR
DELPHI CONTACT FOR "RECEIPT
ENTRY" FOR PAYMENT PROCESS.
US

**TO:**
VENDOR NUMBER 93-254-3663
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC MI
48439
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**ORDER DATE:** 12/01/97
**ALTERATION ISSUE DATE**
**ALTERATION EFFECTIVE DATE**
**SHIP VIA:** CALL (800) 436-6668
**PHONE:** 810-257-8047
**PURCHASING AGENT:** D PARR
**Buyer:** AW

This order is not binding until accepted. Acceptance should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** 25TH PROX.
**F.O.B.:** FOB  DESTINATION UNLESS OTHERWISE INDICATED

ISSUE P.O. FOR CONSIGNMENT #226979 PER E. KREJCI

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PRG00902 001 | | | | 12/20/97 F | 0.00% | | CONSIGNMENT | EA |

SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY
SELLER, SHALL BE YEAR 2000 COMPLIANT AND COMPATIBLE,
AND SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE
PROCESSING (INCLUDING, BUT NOT LIMITED TO
CALCULATING, MANAGING, MANIPULATING, COMPARING
AND SEQUENCING) OF DATE AND DATE-RELATED DATA, FOR
THE YEARS 2000 AND BEYOND. AT BUYER'S REQUEST,
SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE
WITH THE FOREGOING. (Y2)

SHIP MOLD TO NUTECH ENG. PT. #25160694
DD #410190 SER. #026567 IMP. 5-8
SHIPPER #226979
WHO ORDERED: 3263/78923/EUEU00008

TERMS AND CONDITIONS MAY 1986 APPLY, OF WHICH
SUPPLIER HAS RECEIVED A COPY.

USER DEBORAH A PARR

003865    000001    ORIGINAL

PLAINTIFF'S EXHIBIT 9
ALL-STATE LEGAL®