# PURCHASE ORDER: AES61826

**General Motors Corporation**

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI
48501-1360

**SHIP TO:**
DELPHI - FLINT EAST
RECEIVING AREA 411
2926 DAVISON ROAD
FLINT MI
48556
US

**INVOICE TO:**
DELPHI-E IS ON PAY ON RECEIPT.
FORWARD ANY "WORK COMPLETED
INVOICE" PAPERWORK TO YOUR
DELPHI CONTACT FOR "RECEIPT
ENTRY FOR PAYMENT" PROCESS.
US

**VENDOR NUMBER** 93-254-3663
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC MI
48439
US

| ORDER DATE | 01/08/98 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | CALL (800) 436-6668 |
| PHONE | 810-257-8047 |
| Buyer | AW D PARR |
| PURCHASING AGENT | |

Sequence: 003939  001

| ITEM | QUANTITY ORDERED | UNIT MEAS | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | US EA | PRG00924 001 | | | FOB | 226992 | 01/30/98 B | 0.00% | CONSIGNMENT | |

**PAYMENT TERMS:** 25TH PROX.

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

ISSUE P.O. FOR MOLD #2516O694, CONS# 226992

SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY
SELLER, SHALL BE YEAR 2000 COMPLIANT AND COMPATIBLE,
AND SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE
PROCESSING (INCLUDING, BUT NOT LIMITED TO
CALCULATING, MANAGING, MANIPULATING, COMPARING
AND SEQUENCING) OF DATE AND DATE-RELATED DATA, FOR
THE YEARS 2000 AND BEYOND. AT BUYER'S REQUEST,
SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE
WITH THE FOREGOING. (Y2)

SHIP MOLD TO NUTECH PT. #2516O694,
SER. #026523, IMP. 1-4
SHIPPER #226992  DD#410190
WHO ORDERED: 3263/78923/HILDERBRA
DEBORAH A PARR

TERMS AND CONDITIONS MAY 1986 APPLY, OF WHICH
SUPPLIER HAS RECEIVED A COPY.

DESTINATION UNLESS OTHERWISE INDICATED

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORIGINAL    LAST PAGE

PLAINTIFF'S EXHIBIT 3