Contract Header Page:    1 of 1

# CONTRACT HEADER



*Delphi Automotive Systems LLC*

## SUPPLIER NAME AND ADDRESS INFORMATION:

**DUNS Number:**    00932543663
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC,MI 48439
UNITED STATES

**Mailing Address Information:**
8018 EMBURY
GRAND BLANC,MI 48439
UNITED STATES

| Contract Header Number: | N5800 |
|---|---|

This contract sets forth the exclusive terms and conditions under which seller shall sell and buyer shall purchase the goods or services described in the line item detail of this contract for the period(s) specified therein. Terms and conditions proposed by seller which are different from or in addition to the provisions of this contract are unacceptable to buyer, are expressly rejected by buyer, and shall not become a part of this contract. Any modification of this contract shall be made only in accordance with the provisions of paragraph 31 of the contract terms and conditions.



PLAINTIFF'S EXHIBIT 14

030047-000496

| | | | |
|---|---|---|---|
| Contract Line Item Page: | 1 of 2 | | Issue Date: 03-Nov-1999 |
| Standard Spot Buy Contract Number: | N580000D | Amendment Number: | 002 |
| | | Part Number: | 000000025180510 |

# DELPHI
## Automotive Systems

# LINE ITEM DETAIL for SPOT BUY

*Delphi Automotive Systems LLC*

| This Line Item is effective from | 22-Apr-1999 | through | 22-Apr-2000 |
|---|---|---|---|

**Part Description:** RESERVOIR-F/PMP FUEL
**Amendment Reason:** <none>

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC, MI 48439
UNITED STATES

**Buyer Name:**
Arens, Lynn
**Buyer Code:** CFF
**Phone:** 810-257-8305
**Fax:** 810-257-8016

**Hazardous Material Indicator:** N

**Line Item Notes:**
You will receivw a Material Forecast Document from Delphi Production Control & Logistics. This document authorizes you to procure material and manufacture a thirty (30) day requirement of each part number. We will use the parts at a rate of 1400 pcs per day. The planned ship schedule is:
July 99-14,000 pcs
Aug 99-14,000 pcs
Sept 99-28,000 pcs
An authorization to ship material will supplied to you as required. Direct any questions or deviations to Lynn Arens at (810) 257-8305.

11-3-99 Amendment created to allow for reprint of purchase order.

**Terms and Conditions:**
**********

**Freight Terms:** Collect
**Payment Terms:** (M32) MNS-2, On average, payment shall be made on the second day of the second month following Buyers receipt date of goods or services.
**Delivery Terms:** FREE ON BOARD (FOB) - USA/CANADA/MEXICO
**Delivery DUNS:** 00932543663
**Ship From DUNS:** 00932543663

030047-000497

| Contract Line Item Page: | 2 of 2 | | Issue Date: | 03-Nov-1999 |
|---|---|---|---|---|
| **Standard Spot Buy Contract Number:** | N580000D | **Amendment Number:** | 002 | |
| | | **Part Number:** | 000000025180510 | |

**Price Composition:**

The Total Price is composed of Base Price plus any applicable taxes.

All Prices are expressed in    *USD*

| | |
|---|---:|
| Quantity: | 56,000 |
| Base Price: | 2.120000 |

| | | |
|---|---|---:|
| Total Price: | | 2.120000 |
| UOM: | EACH | |

**Receiving Plants**
Delphi-E - El Paso

**Terms & Conditions:**
\*\*\*\*\*\*\*\*\*\*

030047-000498

Contract Attachment Page:    1 of 1

# CONTRACT ATTACHMENT

**DELPHI**
Automotive Systems

Delphi Automotive Systems LLC

Contract Header Number:    N5800

**Contract Terms & Conditions:**
Short Description                    Detailed Description

030047-000499