# DELPHI
Energy & Engine Management Systems

TO: John Mailey Nuttick
FROM: Lynn Arens
SUBJECT: Strike Protection Tool Build

DATE: 12-19-98
FAX#: 603-2499
# PAGES:

Please accept this memo as your authorization to proceed with the following tooling required for potential strike protection. Formal PO to follow.

1049836.03  spool   $22,500.00
1049/319    cap     $16,950.00
1048 9720   plug    $19,900.00

RECEIVED
DEC 18 1998

Lynn Arens
A. Berger
12-19-98

LYNN ARENS
DELPHI ENERGY & ENGINE MGT. SYSTEMS
810-257-8305
810-257-8016 FAX


PLAINTIFF'S EXHIBIT 12