I apologize for the untimely collection of this information, but
I hope we can get back on track.

As you can see by the attached financial statement,
Delphi requested one of the tools back in September, 1998.
Revenue in August, 1998 was $463,363 and in September, 1998
$248,422 about one-half. As a result we started losing revenue
in August of 1998.

The previous months of June & July, 1998, GM Delphi was
on strike.

The cost associated with this project is a machine
rate for a 500 ton machine of $78.40 per hour. Based on
a 45 second cycle with 4 parts:

| | |
|---|---:|
| 1 Machine 22 hrs x 320 pcs/hr = | 7,040 |
| 1 Machine 16.56 hrs x 320 pcs/hr = | 5,299 |
| Total pcs/day | 12,339 |
| | |
| 22 hrs x 78.40 = | 1,724.80 |
| 16.56 hrs x 78.40 = | 1,298.30 |
| Machine Cost/Day | 3,023.10 |

| | | |
|---|---:|---|
| Machine Cost/Mth = | 65,510.58 | (Based on 21.67 days per month) |
| | | |
| May 1998 Invoice | 459,011.00 | |
| Cost | 65,510.58 | |
| Net Profit | 393,500.42 | |

Net Losses based on Net Profits for May, 1998

| | | |
|---|---:|---|
| Net Losses/Day | 18,158.76 | |
| Net Losses/Year | 4,721,278.73 | (Based on 260 day/yr) |

| Date | Amount |
|---|---:|
| 9/1/98 - 12/31/98 | 1,573,820.10 |
| 1/1/99 - 12/31/99 | 4,721,278.73 |
| 1/1/00 - 12/31/00 | 4,721,278.73 |
| Net Lost Revenue | 11,016,377.56 |

Second Tool removed from Nutech - 12/31/98

3/30/00                                                                                          lossesdlphixls.xls