## MOTECH PLASTICS/ENGINEERING, INC.
## STATEMENT OF REVENUES, EXPENSES AND RETAINED EARNINGS-INCOME TAX BASIS
## FOR THE PERIOD OF TWELVE MOTNHS ENDING DECEMBER 31, 1998 AND 1997

|  | 1998 | 1997 |
|---|---:|---:|
| **SALES** | | |
| SALES - TOOLING | $ 1,558,925.78 | $ 484,011.70 |
| SALES - DIVISION 2 PURCHASING | 9,524,376.66 | 9,952,627.53 |
| SALES - MISCELLANEOUS | 1,229.07 | 27,750.00 |
| SALES - DELPHI | 4,839,410.52 | 946,554.75 |
| SALES - CHRYSLER | 47,171.05 | 30,228.33 |
| SALES - JOHNSON CONTROLS | 334,314.00 | 13,590.55 |
| SALES - GT PRODUCTS | 649,624.57 | 0.00 |
| SALES - BRISKIN MANUFACTURING CO. | 16,066.26 | 0.00 |
| SALES - GM SPO | 368,201.10 | 0.00 |
| SALES - POWERTRAIN | 123,935.09 | 0.00 |
| SALES - OXFORD SUSPENSION LIMITED | 15,276.78 | 0.00 |
| SALES - REACOM | 106,321.20 | 0.00 |
| TOTAL SALES | $ 17,584,852.08 | $ 11,454,762.86 |
| | | |
| **COST OF GOODS SOLD** | | |
| COST OF GOODS SOLD - TOOLING | $ 1,738,073.05 | $ 516,313.41 |
| COST OF GOODS SOLD - DIVISION 2 PURCHASING | 9,380,649.27 | 9,649,112.82 |
| COST OF GOODS SOLD - MISCELLANEOUS | 0.00 | 14,100.00 |
| RESEARCH & DEVELOPMENT | 1,000.00 | 1,137.50 |
| COST OF GOODS SOLD - DELPHI | 2,249,564.95 | 639,204.18 |
| COST OF GOODS SOLD - CHRYSLER | 35,997.25 | 23,944.85 |
| COST OF GOODS SOLD - JOHNSON CONTROLS | 275,359.71 | 803.74 |
| COST OF GOODS SOLD - GT PRODUCTS | 395,616.12 | 72.00 |
| COST OF GOODS SOLD - BRISKIN MANUFACTURING CO. | 9,430.76 | 0.00 |
| COST OF GOODS SOLD - GM SPO | 156,821.31 | 0.00 |
| COST OF GOODS SOLD - POWERTRAIN | 59,852.12 | 0.00 |
| COST OF GOODS SOLD - OXFORD SUSPENSION LIMITED | 9,407.98 | 0.00 |
| COST OF GOODS SOLD - REACOM | 66,443.85 | 0.00 |
| RESTOCKING FEE | 0.00 | 135.50 |
| FREIGHT & DELIVERY | 43,525.86 | 8,082.44 |
| ENGINEERING | 263.36 | 6,059.63 |
| EQUIPMENT MAINTENANCE | 75,975.89 | 8,749.12 |
| SUPPLIES - SHOP | 92,974.03 | 45,437.94 |
| SUPPLIES - QUALITY CONTROL | 13,602.96 | 2,704.04 |
| INVENTORY OVERHEAD ADJUSTMENT | (2,201,563.86) | (263,448.89) |
| TOTAL COST OF GOODS SOLD | $ 12,402,994.61 | $ 10,652,408.28 |
| GROSS PROFIT | $ 5,181,857.47 | $ 802,354.58 |

THE ATTACHED LETTER IS AN INTEGRAL PART OF THE FINANCIAL STATEMENT.
DAIG & DAIG, P.C.    CERTIFIED PUBLIC ACCOUNTANTS    FLINT, MICHIGAN