NuTech Plastics Engineering, Inc.
by Product
For the Periods Ending

4/22/99  10:57 AM

| | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | | | | | | | | | | | | |
| Tooling | 80,000 | 4,150 | 31,301 | 53,740 | 7,194 | 354,460 | 733,417 | 243,603 | 61,500 | 7,653 | 14,600 | 11,400 | 1,562,924 |
| Division 2 Purchasing | 756,143 | 490,627 | 437,519 | 507,626 | 543,764 | 1,351,365 | 1,950,457 | 363,933 | 196,700 | 145,817 | 1,043,078 | 1,137,047 | 9,524,377 |
| Miscellaneous Sales | 600 | - | 6 | - | - | - | - | 623 | - | - | - | - | 1,229 |
| Research & Development | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Delphi | | | | | | | | | | | | | |
| CH Reservoir | 46,607 | 46,366 | 53,814 | 58,003 | 56,909 | 19,619 | - | 77,976 | 60,466 | 62,654 | 60,739 | 56,053 | 599,241 |
| CK Reservoir | 13,798 | 14,626 | 15,345 | 13,407 | 13,407 | 2,438 | 1,219 | 2,571 | 2,432 | 1,828 | 476 | 1,733 | 82,734 |
| F Reservoir | - | - | - | - | - | - | 546 | - | 546 | - | 1,092 | - | 2,311 |
| S-10 Reservoir | - | - | - | 127 | - | - | - | - | - | - | - | - | 1,975 |
| S-325 Reservoir | - | - | - | 504 | 977 | - | 494 | - | - | - | - | - | 504 |
| S-330 Reservoir | - | - | - | 504 | - | - | - | - | - | - | - | - | 4,726 |
| Cap (with post) | - | - | - | - | 1,575 | - | - | 3,150 | - | - | - | - | - |
| Body Valve | - | - | - | - | - | - | - | - | - | - | - | - | 3,783,317 |
| F/PMP Reservoir | 346,444 | 423,708 | 481,442 | 489,180 | 459,011 | 157,691 | 26,583 | 463,363 | 248,422 | 223,312 | 187,323 | 316,839 | 3,783,317 |
| Arm | 33,963 | 24,800 | 28,350 | 27,675 | 27,338 | 15,263 | 2,925 | 38,192 | 32,063 | 33,413 | 38,138 | 23,288 | 315,104 |
| Impeller | - | - | - | 2,775 | - | - | 7,400 | - | - | - | - | - | 10,175 |
| Connector | - | - | - | - | - | - | 11,780 | - | (4,940) | - | - | - | 6,840 |
| Bullit | - | - | - | - | - | - | - | - | - | 1,521 | 529 | 463 | 3,514 |
| Other | - | - | - | - | - | - | 19,421 | - | - | - | - | - | 29,421 |
| Total Delphi Sales | 429,810 | 509,500 | 579,451 | 592,176 | 559,216 | 195,610 | 139,467 | 585,252 | 338,999 | 322,728 | 283,797 | 298,410 | 4,833,411 |
| Chrysler | | | | | | | | | | | | | |
| B-Post | 2,983 | 3,225 | 9,454 | 3,382 | 3,709 | 2,539 | 3,225 | 2,251 | 3,657 | 4,862 | 3,371 | 3,537 | 47,171 |
| Sound Shield | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Chrysler Sales | 2,983 | 3,225 | 9,454 | 3,382 | 3,709 | 2,539 | 3,225 | 2,251 | 3,657 | 4,862 | 3,371 | 3,537 | 47,171 |
| Johnson Controls | | | | | | | | | | | | | |
| Chrysler Battery Box | 3,750 | - | 529 | - | 4,800 | 23,751 | 9,069 | 18,264 | 29,886 | 21,377 | 35,816 | 24,697 | 171,940 |
| Motorcraft Battery Box | 3,750 | - | 529 | - | 5,500 | 13,750 | 5,604 | 6,641 | 19,924 | 19,924 | 42,753 | 43,799 | 162,374 |
| Total Johnson Controls Sales | 7,500 | - | 1,058 | - | 10,300 | 37,501 | 14,673 | 24,905 | 49,810 | 41,300 | 78,569 | 68,496 | 334,314 |
| GT Products | | | | | | | | | | | | | |
| 19605 Clip | - | - | - | - | 32 | - | 78 | 533 | - | - | 79 | - | 722 |
| 19478 Cap | 1,739 | 3,498 | 1,422 | 2,045 | 2,065 | 1,097 | 1,956 | 2,934 | 1,739 | 2,608 | 3,153 | - | 24,251 |
| 19588 Cap | - | - | 75 | - | - | - | 150 | 878 | - | - | 625 | - | 1,728 |
| 19477 Upper Body | - | 1,370 | 1,779 | 3,834 | 2,431 | 4,485 | 1,169 | 9,303 | 3,740 | 4,301 | 7,293 | - | 39,707 |
| 19491 CRVR Body | 19,835 | 46,259 | 65,805 | 48,216 | 49,077 | 50,693 | 60,029 | 60,393 | 6,541 | 54,821 | 49,565 | 43,296 | 583,520 |
| 13691 CPR Sleeve | 20 | - | 72 | - | - | - | 340 | 1,272 | 36 | - | - | - | 1,700 |
| 19492 CRVR Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 19680 Upper Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total GT Products | 31,591 | 51,093 | 69,152 | 54,111 | 53,604 | 56,263 | 73,523 | 75,311 | 12,116 | 71,730 | 60,715 | 43,296 | 913,805 |
| Briskin Manufacturing | | | | | | | | | | | | | |
| 16691 F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | 16,065 |
| 7718 Ck Reservoir | - | 2,931 | 2,993 | 5,786 | 4,356 | - | - | - | - | - | - | - | 16,066 |
| Total Briskin Manufacturing | - | 2,931 | 2,993 | 5,786 | 4,356 | - | - | - | - | - | - | - | |
| GMSPO | | | | | | | | | | | | | |
| 15553636 Grille | - | - | - | 61,378 | - | - | - | - | - | 62,500 | - | - | 123,773 |
| 15553639 Grille | - | - | - | 61,199 | - | - | - | - | - | - | - | - | 61,199 |
| 15554910 Grille | - | - | - | 62,460 | - | - | - | - | - | - | - | - | 62,460 |
| 15554911 Grille | - | - | - | 60,529 | - | - | - | - | - | 60,175 | - | - | 120,764 |
| Total GMSPO | - | - | - | 245,527 | - | - | - | - | - | 122,675 | - | - | 368,201 |
| Powertrain | | | | | | | | | | | | | |
| 24206035 Piston | - | - | - | - | 462 | 1,050 | 126 | 1,302 | 11,575 | 12,449 | 12,940 | 10,756 | 50,661 |
| 8683038 Piston | - | - | - | - | 561 | 980 | 472 | 2,831 | 18,816 | 17,606 | 16,169 | 15,851 | 73,274 |
| Total Powertrain | - | - | - | - | 1,013 | 2,030 | 598 | 4,133 | 30,391 | 30,055 | 29,109 | 26,607 | 123,935 |
| Oxford Suspension Limited | | | | | | | | | | | | | |
| 5022 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 6,426 | - | 3 | 6,429 |
| 5075 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 141 | (141) | - | - |
| 5034 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 2,733 | 2,879 | 3,236 | 8,848 |
| 5079 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5172 Liner-Special | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5173 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5113 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 9,300 | 2,739 | 3,239 | 15,277 |
| Total Oxford Suspension Limited | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stant | | | | | | | | | | | | | |
| Backing Plate | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lower Housing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Stant | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rescom | | | | | | | | | | | | | |
| 24000083 Head Cover Rear | - | - | - | - | - | - | 2,900 | - | - | - | - | - | 2,900 |
| 24000088 Nut Cover | - | - | - | - | - | - | 800 | - | - | - | - | - | 800 |
| 24000090 Spacer | - | - | - | - | - | - | - | 14 | - | - | - | - | 14 |
| 24000091 Spacer | - | - | - | - | - | - | - | 17 | - | 3,050 | - | - | 3,067 |
| 24000092 Seal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 24000093 Seal | - | - | - | - | - | 2,000 | 14,280 | 12,200 | (600) | 14,960 | - | 8,600 | 51,440 |
| 10483863 Intermediate Cover | - | - | - | - | - | - | - | 5,265 | 24,235 | - | 11,700 | 7,800 | 49,000 |
| 10483864 Final Cover | - | - | - | - | - | 2,000 | 21,945 | 36,466 | (600) | 29,710 | - | 15,800 | 106,321 |
| Total Rescom | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Buckley Manufacturing | | | | | | | | | | | | | |
| CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Buckley Manufacturing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Sales | 1,288,834 | 1,061,028 | 1,131,734 | 1,562,250 | 1,183,676 | 2,403,378 | 2,961,390 | 1,336,417 | 652,104 | 785,527 | 1,520,979 | 1,608,134 | 17,894,853 |