## NuTech Plastics Engineering, Inc.

### Balance Sheet

4/22/99  10:57 AM

| | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| CURRENT ASSETS: | | | | | | | | | | | | |
| Cash | 189,661 | 610,810 | 520,290 | 786,684 | 18,928 | 176,020 | 73,562 | (129,276) | 205,183 | 4,185 | 295,522 | 94,323 |
| Accounts Receivable | 2,908,276 | 2,159,021 | 2,001,912 | 2,150,778 | 1,686,675 | 3,045,656 | 4,878,656 | 3,748,669 | 2,784,245 | 2,257,227 | 2,379,482 | 3,158,265 |
| Inventory | 379,868 | 395,603 | 365,523 | 366,409 | 219,655 | 387,414 | 467,030 | 378,911 | 271,049 | 348,296 | 293,437 | 350,558 |
| Prepaid Expenses | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets | 88,829 | 89,114 | 80,948 | 73,432 | 96,396 | 29,660 | 29,667 | 23,785 | 31,403 | 32,939 | 33,192 | 31,833 |
| TOTAL CURRENT ASSETS | 3,565,634 | 3,254,548 | 2,968,673 | 3,377,303 | 2,021,655 | 3,638,751 | 5,448,914 | 4,022,089 | 3,291,880 | 2,642,647 | 3,001,633 | 3,634,980 |
| | | | | | | | | | | | | |
| FIXED ASSETS: | | | | | | | | | | | | |
| Office Equipment | 45,706 | 46,013 | 64,069 | 65,134 | 65,134 | 65,134 | 65,134 | 67,077 | 68,624 | 69,354 | 70,701 | 70,701 |
| Plant Equipment | 487,556 | 493,096 | 593,326 | 594,744 | 691,239 | 760,645 | 761,330 | 768,110 | 769,595 | 769,595 | 769,595 | 794,595 |
| Leasehold Improvements | 752,647 | 756,325 | 756,325 | 788,824 | 804,503 | 804,503 | 804,503 | 830,726 | 841,009 | 841,009 | 841,009 | 841,009 |
| Vehicles | - | - | - | - | - | - | - | - | - | - | 15,513 | 59,250 |
| COST OF FIXED ASSETS | 1,285,910 | 1,295,434 | 1,413,720 | 1,448,702 | 1,560,876 | 1,630,282 | 1,630,967 | 1,665,913 | 1,679,228 | 1,679,958 | 1,696,817 | 1,765,554 |
| Accumulated Depreciation | (127,117) | (141,325) | (155,534) | (169,743) | (183,951) | (198,160) | (212,368) | (226,577) | (240,786) | (254,994) | (269,203) | (294,679) |
| BOOK VALUE OF FIXED ASSETS | 1,158,793 | 1,154,108 | 1,258,186 | 1,278,960 | 1,376,925 | 1,432,123 | 1,418,599 | 1,439,336 | 1,438,442 | 1,424,963 | 1,427,615 | 1,470,875 |
| | | | | | | | | | | | | |
| OTHER ASSETS | | | | | | | | | | | | |
| Net Organization Costs | 14,987 | 14,604 | 14,220 | 13,837 | 13,453 | 13,070 | 12,686 | 12,303 | 11,919 | 11,535 | 11,152 | 10,768 |
| **TOTAL ASSETS** | 4,740,415 | 4,423,260 | 4,241,080 | 4,670,099 | 3,412,033 | 5,083,943 | 6,880,199 | 5,473,728 | 4,742,241 | 4,079,145 | 4,440,399 | 5,116,623 |
| | | | | | | | | | | | | |
| **LIABILITIES** | | | | | | | | | | | | |
| CURRENT LIABILITIES: | | | | | | | | | | | | |
| Accounts Payable | 3,801,300 | 3,216,310 | 2,850,777 | 2,899,022 | 1,718,308 | 3,197,154 | 4,828,339 | 3,275,172 | 2,888,732 | 2,256,300 | 2,872,209 | 3,554,104 |
| Payroll Taxes Payable | 4,148 | 6,636 | 8,246 | 1,778 | 4,608 | 5,610 | 2,103 | 1,677 | 866 | 4,782 | 18,083 | 18,350 |
| Other Accruals | 246,793 | 340,723 | 366,050 | 523,460 | 416,860 | 632,110 | 756,877 | 683,277 | 402,011 | 346,411 | 110,611 | 65,020 |
| Line of Credit | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 525,000 |
| TOTAL CURRENT LIABILITIES | 4,377,241 | 3,888,669 | 3,550,073 | 3,749,261 | 2,464,776 | 4,159,874 | 5,912,319 | 4,285,127 | 3,616,609 | 2,932,492 | 3,325,902 | 4,162,474 |
| | | | | | | | | | | | | |
| OTHER LIABILITIES: | | | | | | | | | | | | |
| Loan Payable Shareholders | 1,168,137 | 1,182,558 | 1,196,979 | 1,211,401 | 1,225,822 | 1,240,244 | 1,254,665 | 1,269,087 | 1,283,508 | 1,297,930 | 1,312,351 | 1,326,772 |
| | | | | | | | | | | | | |
| **EQUITY** | | | | | | | | | | | | |
| Capital Stock | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| Retained Earnings | (904,963) | (747,967) | (605,973) | (390,562) | (378,564) | (416,173) | (386,784) | (180,485) | (257,876) | (251,275) | (297,853) | (472,622) |
| Total Equity | (804,963) | (647,967) | (505,973) | (290,562) | (278,564) | (316,173) | (286,784) | (80,485) | (157,876) | (151,275) | (197,853) | (372,622) |
| **TOTAL LIABILITIES & EQUITY** | 4,740,415 | 4,423,260 | 4,241,080 | 4,670,099 | 3,412,033 | 5,083,943 | 6,880,199 | 5,473,728 | 4,742,241 | 4,079,145 | 4,440,399 | 5,116,623 |

NuTech Plastics Engineering, Inc.

Income Statement

For the Periods Ending

4/23/99  10:57 AM

| | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | | | | | | |
| Production | 471,893 | 556,349 | 562,208 | 900,984 | 632,698 | 296,951 | 251,535 | 728,348 | 434,406 | 632,060 | 463,301 | 459,588 | 6,500,321 |
| Tooling | 80,200 | 4,150 | 81,301 | 53,740 | 7,194 | 254,462 | 739,417 | 243,613 | 61,000 | 7,650 | 14,600 | 11,600 | 1,558,926 |
| Division II Purchasing | 736,143 | 490,527 | 487,519 | 607,526 | 543,784 | 1,851,965 | 1,960,437 | 363,833 | 156,700 | 145,817 | 1,043,078 | 1,137,047 | 9,524,377 |
| Miscellaneous Sales | 600 | - | 6 | - | - | - | - | 623 | - | - | - | - | 1,229 |
| Research & Development | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gross Sales | 1,288,836 | 1,061,026 | 1,231,034 | 1,562,250 | 1,183,676 | 2,403,378 | 2,951,390 | 1,336,417 | 652,106 | 785,527 | 1,520,979 | 1,608,234 | 17,584,852 |
| | | | | | | | | | | | | | |
| **COST OF SALES** | | | | | | | | | | | | | |
| Production | 223,644 | 272,040 | 322,189 | 432,768 | 295,426 | 148,765 | 147,850 | 363,501 | 221,633 | 308,805 | 262,783 | 252,077 | 3,251,481 |
| Tooling | 62,500 | 2,700 | 80,750 | 62,288 | 64,871 | 257,112 | 775,181 | 152,592 | 82,099 | 44,100 | 28,463 | 125,417 | 1,738,073 |
| Division II Purchasing | 720,381 | 476,698 | 476,795 | 592,349 | 525,457 | 1,867,928 | 1,968,668 | 353,635 | 151,432 | 141,012 | 1,007,586 | 1,098,709 | 9,380,649 |
| Miscellaneous Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Research & Development | - | - | 1,000 | - | - | - | - | - | - | - | - | - | 1,000 |
| Total Cost of Sales | 1,006,525 | 751,438 | 880,734 | 1,087,404 | 885,754 | 2,273,806 | 2,891,699 | 869,728 | 455,164 | 493,917 | 1,298,832 | 1,476,203 | 14,371,203 |
| | | | | | | | | | | | | | |
| **GROSS PROFIT** | 282,311 | 309,588 | 350,300 | 474,845 | 297,922 | 129,573 | 59,691 | 466,689 | 196,942 | 291,610 | 222,147 | 132,032 | 3,213,649 |
| | | | | | | | | | | | | | |
| **OPERATING EXPENSES:** | | | | | | | | | | | | | |
| Advertising & Promotion | - | - | - | - | 143 | - | - | - | - | - | - | - | 143 |
| Uncollectible Accounts | - | - | - | 91 | - | - | - | 9,401 | - | 18,104 | 79 | 476 | 28,152 |
| Contract Services | 5,527 | 2,900 | 3,119 | 5,112 | 7,593 | 5,294 | 5,666 | 5,871 | 6,909 | 8,836 | 7,324 | 9,492 | 73,643 |
| Depreciation | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 25,860 | 186,374 |
| Maintenance | 4,761 | 2,605 | 5,377 | 1,649 | 66,719 | 16,748 | 37,643 | 17,243 | 13,791 | 25,309 | 22,554 | 33,361 | 247,760 |
| Engineering | - | - | - | - | - | 263 | - | - | - | - | - | - | 263 |
| Equipment Rent | 68,677 | 61,663 | 61,663 | 61,663 | 61,663 | 61,663 | 95,749 | 100,898 | 99,884 | 100,589 | 100,278 | 104,764 | 979,151 |
| Freight & Delivery | 993 | 1,727 | 5,878 | 8,789 | 1,321 | 10,011 | 3,167 | 2,729 | 3,793 | 2,638 | 1,199 | 1,282 | 43,526 |
| Insurance: | | | | | | | | | | | | | |
| Health | 4,958 | 8,250 | 8,911 | 12,059 | 10,347 | 10,550 | 10,024 | 9,314 | 11,400 | 14,541 | 13,250 | 14,067 | 127,681 |
| Liability | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Worker's Compensation | - | - | - | - | 16,185 | 2,099 | - | 60 | 95 | - | 157 | 434 | 19,030 |
| Other | - | - | 791 | 5,601 | 1,268 | 1,591 | 886 | 1,772 | 1,269 | 968 | 968 | 1,255 | 16,369 |
| Interest | 18,085 | 17,653 | 16,949 | 17,491 | 16,859 | 17,220 | 17,491 | 17,220 | 17,130 | 16,606 | 17,480 | 17,730 | 207,913 |
| Miscellaneous | 721 | 835 | 3,615 | 1,734 | 905 | 444 | 608 | 2,500 | 848 | 486 | 1,572 | 5,098 | 19,367 |
| Office Expense | 1,768 | 2,046 | 1,271 | 1,045 | 346 | 1,707 | 2,155 | 2,253 | 1,541 | 3,182 | 1,669 | 1,677 | 20,660 |
| Payroll: | | | | | | | | | | | | | |
| Wages | 90,367 | 104,036 | 107,830 | 109,843 | 136,656 | 111,706 | 133,979 | 123,335 | 117,658 | 154,450 | 138,240 | 178,488 | 1,506,587 |
| Taxes | 7,781 | 10,978 | 10,591 | 10,216 | 12,286 | 9,310 | 11,164 | 10,624 | 10,203 | 12,892 | 13,303 | 10,960 | 130,308 |
| Professional Fees | 3,582 | 5,717 | 2,335 | 8,092 | 2,726 | 3,148 | 280 | 4,504 | 6,779 | 3,335 | 1,620 | 2,519 | 44,636 |
| Building Rent | 44,094 | 44,094 | 44,094 | 44,094 | 44,094 | 44,094 | 44,094 | 44,094 | 75,927 | 75,927 | 75,927 | 75,927 | 656,455 |
| Supplies | 13,735 | 15,736 | 18,311 | 9,653 | 11,477 | 13,753 | 19,003 | 12,493 | 26,063 | 15,416 | 10,575 | 9,216 | 175,450 |
| Taxes | 9,793 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 16,071 | 99,864 |
| Telephone | 1,483 | 1,647 | 2,384 | 2,410 | 2,689 | 3,232 | 2,409 | 3,099 | 2,807 | 3,422 | 3,179 | 2,307 | 31,068 |
| Travel & Entertainment | 3,919 | 5,658 | 10,872 | 3,288 | 4,809 | 3,069 | 3,128 | 3,550 | 2,806 | 5,177 | 6,168 | 6,903 | 59,347 |
| Utilities | 17,696 | 17,390 | 5,507 | 20,602 | 19,464 | 14,183 | 10,817 | 15,512 | 16,719 | 23,751 | 17,532 | 23,612 | 202,784 |
| Vehicle Expense | 3,537 | 1,851 | 1,145 | 3,553 | 6,781 | 2,314 | 3,194 | 4,314 | 2,988 | 7,730 | 3,882 | 2,571 | 43,859 |
| Overhead Assigned | (132,306) | (171,708) | (120,971) | (87,186) | (158,239) | (184,868) | (391,322) | (150,315) | (162,385) | (228,588) | (189,040) | (224,636) | (2,201,564) |
| TOTAL OPERATING EXPENSES | 183,763 | 155,077 | 211,684 | 261,789 | 288,083 | 169,522 | 32,125 | 262,463 | 278,214 | 286,764 | 269,907 | 319,434 | 2,718,826 |
| OPERATING INCOME (LOSS) | 98,548 | 154,511 | 138,616 | 213,056 | 9,839 | (39,950) | 27,565 | 204,226 | (81,272) | 4,845 | (47,760) | (187,402) | 494,823 |
| OTHER INCOME | 1,570 | 2,485 | 3,377 | 2,355 | 2,160 | 2,340 | 1,823 | 2,073 | 3,882 | 1,755 | 1,182 | 12,633 | 37,636 |
| NET INCOME (LOSS) | 100,117 | 156,996 | 141,994 | 215,411 | 11,999 | (37,609) | 29,389 | 206,299 | (77,391) | 6,600 | (46,578) | (174,769) | 532,458 |

**NuTech Plastics Engineering, Inc.**
by Product
For the Periods Ending

4/22/98 10:07 AM

| | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| Tooling | 50,200 | 4,160 | 51,201 | 53,740 | 7,194 | 254,462 | 798,417 | 543,612 | 61,000 | 7,680 | 14,600 | 11,600 | 1,551,926 |
| Division 2 Purchasing | 736,143 | 490,527 | 487,919 | 627,929 | 543,794 | 1,951,945 | 1,965,417 | 363,533 | 156,700 | 146,317 | 1,043,276 | 1,127,047 | 9,524,377 |
| Miscellaneous Sales | 600 | - | - | - | - | - | - | 623 | - | - | - | - | 1,225 |
| Research & Development | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Delphi | | | | | | | | | | | | | |
| CH Reservoir | 46,607 | 36,366 | 53,814 | 48,003 | 56,909 | 15,410 | - | 77,976 | 60,466 | 62,654 | 60,739 | 56,088 | 598,241 |
| CK Reservoir | 12,798 | 14,826 | 18,946 | 13,407 | 13,407 | 2,428 | 1,219 | 2,671 | 2,438 | 1,928 | 476 | 1,733 | 82,784 |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| P-10 Reservoir | - | - | - | 127 | - | - | 546 | - | 548 | - | 1,092 | - | 2,311 |
| B-325 Reservoir | - | - | - | 504 | 977 | - | 494 | - | - | - | - | - | 1,976 |
| S-330 Reservoir | - | - | - | 504 | - | - | - | - | - | - | - | - | 504 |
| Cap (with post) | - | - | - | - | 1,573 | - | - | 3,150 | - | - | - | - | 4,728 |
| Body Valve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F/MP Reservoir | 346,444 | 423,709 | 481,442 | 498,180 | 469,011 | 197,491 | 86,883 | 469,363 | 269,432 | 239,312 | 187,823 | 316,839 | 3,782,817 |
| Arm | 23,963 | 24,800 | 25,350 | 27,675 | 27,338 | 19,960 | 3,025 | 39,132 | 72,063 | 33,412 | 38,138 | 23,298 | 919,104 |
| Impeller | - | - | - | 3,775 | - | - | 7,450 | - | - | - | - | - | 10,175 |
| Connector | - | - | - | - | - | - | 11,780 | - | (4,840) | - | - | - | 6,940 |
| Bullit | - | - | - | - | - | - | - | - | - | 1,521 | 529 | 463 | 2,514 |
| Other | - | - | - | - | - | - | 25,421 | - | - | - | - | - | 25,421 |
| **Total Delphi Sales** | 429,810 | 499,600 | 579,491 | 592,176 | 559,114 | 195,410 | 139,497 | 585,262 | 393,993 | 223,729 | 288,797 | 399,410 | 4,830,411 |
| **Chrysler** | | | | | | | | | | | | | |
| B-Post | 2,989 | 3,226 | 3,664 | 3,282 | 1,795 | 3,539 | 3,226 | 2,281 | 3,697 | 4,562 | 3,371 | 3,559 | 47,171 |
| Sound Shield | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Chrysler Sales** | 2,989 | 3,226 | 3,664 | 3,282 | 1,795 | 3,539 | 3,226 | 2,281 | 3,697 | 4,562 | 3,371 | 3,559 | 47,171 |
| **Johnson Controls** | | | | | | | | | | | | | |
| Chrysler Battery Box | 5,780 | - | 529 | - | 4,800 | 22,753 | 9,069 | 18,264 | 29,986 | 31,377 | 28,916 | 24,697 | 171,945 |
| Motorsoft Battery Box | 3,750 | - | 529 | - | 6,800 | 13,750 | 9,604 | 8,641 | 19,934 | 18,834 | 43,763 | 42,998 | 162,274 |
| **Total Johnson Controls Sales** | 9,600 | - | 1,088 | - | 10,360 | 37,803 | 14,671 | 24,905 | 19,910 | 41,300 | 78,560 | 58,606 | 334,214 |
| **GT Products** | | | | | | | | | | | | | |
| 18608 Clip | - | - | - | - | 33 | - | 78 | 613 | - | - | 78 | - | 732 |
| 19478 Cap | 1,729 | 3,185 | 1,433 | 2,068 | 2,068 | 1,687 | 1,956 | 2,834 | 1,739 | 2,608 | 3,152 | - | 24,331 |
| 19583 Cap | - | - | 75 | - | - | - | 150 | 878 | - | - | 626 | - | 1,728 |
| 19477 Upper Body | - | 1,270 | 1,773 | 2,834 | 2,431 | 4,446 | 1,169 | 8,823 | 3,740 | 4,301 | 7,290 | - | 19,707 |
| 15401 GNVR Body | 20,538 | 56,239 | 40,806 | 48,318 | 49,077 | 50,493 | 67,354 | 60,303 | 6,841 | 34,821 | 49,869 | 43,296 | 561,826 |
| 19550 GRR Sleeve | 20 | - | 71 | - | - | - | 105 | 1,171 | 96 | - | - | - | 1,705 |
| 19492 GNVR Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 15693 Upper Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total GT Products** | 21,594 | 61,993 | 63,152 | 61,111 | 53,604 | 56,268 | 70,628 | 75,312 | 12,216 | 71,730 | 60,918 | 43,296 | 648,608 |
| **Briskin Manufacturing** | | | | | | | | | | | | | |
| 18861 F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7713 CH Reservoir | - | 1,531 | 2,893 | 9,786 | 4,896 | - | - | - | - | - | - | - | 19,106 |
| **Total Briskin Manufacturing** | - | 1,531 | 2,893 | 9,786 | 4,896 | - | - | - | - | - | - | - | 19,106 |
| **GMPPD** | | | | | | | | | | | | | |
| 15553626 Grille | - | - | - | 61,298 | - | - | - | - | - | 52,500 | - | - | 121,778 |
| 15553633 Grille | - | - | - | 61,130 | - | - | - | - | - | - | - | - | 61,195 |
| 15554860 Grille | - | - | - | 62,495 | - | - | - | - | - | - | - | - | 62,660 |
| 15564911 Grille | - | - | - | 60,599 | - | - | - | - | - | 40,178 | - | - | 120,764 |
| **Total GMPPD** | - | - | - | 245,927 | - | - | - | - | - | 122,678 | - | - | 366,201 |
| **Powertrain** | | | | | | | | | | | | | |
| 24206035 Piston | - | - | - | - | 482 | 1,060 | 108 | 1,302 | 11,970 | 11,449 | 12,940 | 10,706 | 50,661 |
| 9633088 Piston | - | - | - | - | 951 | 980 | 172 | 2,931 | 18,316 | 17,606 | 16,168 | 15,851 | 73,276 |
| **Total Powertrain** | - | - | - | - | 1,012 | 2,020 | 598 | 4,222 | 30,291 | 20,098 | 29,109 | 26,607 | 123,229 |
| **Oxford Suspension Limited** | | | | | | | | | | | | | |
| 5011 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 6,426 | - | 7 | 6,433 |
| 5075 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5014 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 141 | (145) | - | - |
| 5075 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | 2,733 | 2,873 | 3,228 | 8,848 |
| 5172 Liner-Special | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5172 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Oxford Suspension Limited** | - | - | - | - | - | - | - | - | - | 9,300 | 2,728 | 3,239 | 15,277 |
| **Stant** | | | | | | | | | | | | | |
| Backing Plate | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lower Housing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Stant** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rexcom** | | | | | | | | | | | | | |
| 24000083 Head Cover Rear | - | - | - | - | - | - | 2,000 | - | - | - | - | - | 2,000 |
| 24000088 Nut Cover | - | - | - | - | - | - | 800 | - | - | - | - | - | 800 |
| 24000050 Spacer | - | - | - | - | - | - | - | 14 | - | - | - | - | 14 |
| 24000091 Spacer | - | - | - | - | - | - | - | 17 | - | 3,050 | - | - | 3,067 |
| 24000092 Seal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 24000093 Seal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 10493863 Intermediate Cove | - | - | - | - | - | 3,000 | 14,885 | 12,200 | (400) | 14,960 | - | 8,000 | 51,440 |
| 10493564 Final Cover | - | - | - | - | - | - | 6,260 | 24,235 | - | 11,700 | - | 7,900 | 49,000 |
| **Total Rexcom** | - | - | - | - | - | 3,000 | 22,945 | 36,466 | (400) | 29,710 | - | 15,900 | 106,321 |
| **Buckley Manufacturing** | | | | | | | | | | | | | |
| CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Buckley Manufacturing** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Sales** | 1,298,336 | 1,061,026 | 1,231,514 | 1,562,250 | 1,183,476 | 2,403,375 | 2,951,380 | 1,236,417 | 652,306 | 786,527 | 1,530,979 | 1,408,234 | 17,554,952 |

NuTech Plastics Engineering, Inc.
Cost of Sales by Product
For the Periods Ending

4/21/99  10:57 AM

| | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Tooling | 82,900 | 2,000 | 90,780 | 62,288 | 64,871 | 259,113 | 779,181 | 192,892 | 52,069 | 44,100 | 35,463 | 125,417 | 1,719,073 |
| Division 2 Purchasing | 720,381 | 476,438 | 474,786 | 582,348 | 526,467 | 1,867,929 | 1,068,669 | 953,039 | 181,432 | 141,012 | 1,007,886 | 1,098,709 | 9,386,849 |
| Miscellaneous Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Research & Development | - | - | 1,000 | - | - | - | - | - | - | - | - | - | 1,000 |
| **Delphi** | | | | | | | | | | | | | |
| CN Reservoir | 28,711 | 38,683 | 33,161 | 31,375 | 20,783 | 10,813 | - | 42,179 | 32,707 | 33,691 | 31,885 | 30,339 | 335,168 |
| CK Reservoir | 9,861 | 10,926 | 11,937 | 10,016 | 10,016 | 1,821 | 311 | 1,321 | 1,821 | 1,366 | 356 | 1,298 | 61,846 |
| P Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F-10 Reservoir | - | - | - | 98 | - | - | 408 | - | 408 | - | 816 | - | 1,727 |
| F-32S Reservoir | - | - | - | 577 | 730 | - | 269 | - | - | - | - | - | 1,476 |
| F-33G Reservoir | - | - | - | 376 | - | - | - | - | - | - | - | - | 376 |
| Cap (with post) | - | - | - | - | 796 | - | - | 1,612 | - | - | - | - | 2,368 |
| Body Valve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F/36P Reservoir | 148,350 | 181,266 | 206,316 | 309,818 | 196,967 | 67,122 | 38,562 | 158,481 | 208,633 | 95,779 | 90,546 | 41,546 | 1,618,764 |
| Arm | 15,398 | 15,615 | 17,850 | 17,425 | 17,213 | 3,955 | 1,279 | 24,047 | 20,188 | 21,538 | 24,013 | 14,663 | 188,309 |
| Impeller | - | - | - | 1,808 | - | - | 2,008 | - | - | - | - | - | 4,816 |
| Connector | - | - | - | - | - | - | 7,780 | - | (3,280) | - | - | - | 6,855 |
| Bullit | - | - | - | - | - | - | - | - | - | 932 | 324 | 284 | 1,539 |
| Other | - | - | - | - | - | - | 16,399 | - | - | - | - | - | 18,399 |
| **Total Delphi Cost of Sales** | 202,899 | 236,370 | 269,154 | 270,988 | 257,996 | 99,543 | 69,260 | 288,119 | 188,807 | 182,006 | 198,910 | 139,126 | 2,209,549 |
| **Chrysler** | | | | | | | | | | | | | |
| B-Post | 1,271 | 2,550 | 6,388 | 2,693 | 2,942 | 2,808 | 2,558 | 1,810 | 2,993 | 3,619 | 2,503 | 2,953 | 35,097 |
| Sound Shield | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Chrysler Cost of Sales** | 1,271 | 2,550 | 6,388 | 2,693 | 2,942 | 2,808 | 2,558 | 1,810 | 2,993 | 3,619 | 2,503 | 2,953 | 35,097 |
| **Johnson Controls** | | | | | | | | | | | | | |
| Chrysler Battery Box | 1 | - | 578 | - | 3 | 12,660 | 10,837 | 16,748 | 25,764 | 18,429 | 30,877 | 31,191 | 136,075 |
| Motorcraft Battery Box | 3 | - | 1,569 | - | 4 | 7,867 | 7,943 | 8,726 | 17,176 | 17,176 | 38,898 | 27,931 | 122,372 |
| **Total Johnson Controls Cost of Sal** | 4 | - | 2,147 | - | 7 | 20,427 | 18,799 | 21,470 | 42,941 | 35,605 | 69,794 | 59,123 | 268,347 |
| **GT Products** | | | | | | | | | | | | | |
| 13605 Clip | - | 28 | - | - | 18 | - | 84 | 315 | - | - | 38 | - | 481 |
| 19475 Cap | 1,123 | 3,181 | 982 | 1,292 | 1,292 | 680 | 1,304 | 1,856 | 1,095 | 1,432 | 1,972 | - | 15,271 |
| 19883 Cap | - | - | 45 | - | - | - | 80 | 826 | - | - | 375 | - | 1,025 |
| 19477 Upper Body | - | 840 | 1,130 | 2,270 | 1,503 | 2,174 | 723 | 2,761 | 5,312 | 2,693 | 4,508 | - | 24,578 |
| 19481 OPTR Body | 18,426 | 28,571 | 40,060 | 29,792 | 30,324 | 29,952 | 41,420 | 27,216 | (484) | 40,082 | 50,828 | 26,792 | 352,217 |
| 19931 OPR Sleeve | 10 | 1 | 15 | - | - | - | 100 | 750 | 60 | - | - | - | 1,501 |
| 19492 OKVE Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 19600 Upper Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total GT Products** | 19,570 | 31,620 | 42,532 | 33,454 | 33,138 | 33,408 | 43,803 | 46,826 | 5,778 | 44,342 | 57,621 | 26,792 | 595,016 |
| **Britkin Manufacturing** | | | | | | | | | | | | | |
| 19651 P Reservoir | - | 1,496 | 1,695 | 3,396 | 2,850 | - | - | - | - | - | - | - | 9,431 |
| 7718 CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Britkin Manufacturing** | - | 1,496 | 1,695 | 3,398 | 2,850 | - | - | - | - | - | - | - | 9,431 |
| **GMPPO** | | | | | | | | | | | | | |
| 15553636 Grille | - | - | - | 10,479 | - | - | - | - | - | 17,852 | - | - | 48,330 |
| 15553639 Grille | - | - | - | 30,421 | - | - | - | - | - | - | - | - | 30,421 |
| 15554050 Grille | - | - | - | 31,358 | - | - | - | - | - | - | - | - | 31,358 |
| 15542911 Grille | - | - | - | 25,978 | - | - | - | - | - | 14,664 | 30 | - | 48,752 |
| **Total GMPPO** | - | - | - | 111,236 | - | - | - | - | - | 34,516 | 30 | - | 188,821 |
| **Powertrain** | | | | | | | | | | | | | |
| 24208028 Piston | - | - | - | - | 288 | 748 | 78 | 870 | 4,614 | 7,272 | 7,587 | 8,149 | 25,384 |
| 8683288 Piston | - | - | - | - | 359 | 604 | 251 | 709 | 7,778 | 7,375 | 8,766 | 8,488 | 30,484 |
| **Total Powertrain** | - | - | - | - | 624 | 1,352 | 265 | 1,433 | 14,389 | 14,648 | 14,353 | 12,604 | 55,868 |
| **Oxford Suspension Limited** | | | | | | | | | | | | | |
| 5031 Liner-Interleaf | - | - | - | 16 | - | - | - | - | - | - | - | - | 16 |
| 5075 Liner-Tip Insert | - | - | - | - | - | - | 6 | - | - | 3,876 | 2 | 1 | 3,886 |
| 6111 Liner-Interleaf | - | - | - | 15 | - | - | - | - | - | - | - | - | 15 |
| 5034 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5070 Liner-Tip Insert | - | - | - | - | - | - | 1 | - | 87 | (87) | 0 | - | - |
| 5172 Liner-Special | - | - | - | - | 10 | - | - | - | 1,887 | 1,777 | 1,998 | 5,432 | - |
| 5173 Liner-Interleaf | - | - | - | - | - | - | - | 0 | - | - | - | - | - |
| 6111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Oxford Suspension Limited** | - | - | - | 30 | 10 | - | 8 | 1 | 0 | 5,850 | 1,692 | 1,999 | 9,408 |
| **Stant** | | | | | | | | | | | | | |
| Backing Plate | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lower Housing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Stant** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Reatox** | | | | | | | | | | | | | |
| 24000563 Head Cover Rear | - | - | - | - | - | 0 | - | - | - | - | - | - | 0 |
| 24000066 Nut Cover | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 24000090 Spacer | - | - | - | - | - | - | - | 250 | - | - | - | - | 389 |
| 24000001 Spacer | - | - | - | - | - | - | - | 260 | - | 0 | - | - | 160 |
| 24000090 Seal | - | - | - | - | - | - | - | - | 240 | - | - | - | 240 |
| 24000093 Seal | - | - | - | - | - | - | - | - | 240 | - | - | - | 240 |
| 10483863 Intermediate Cove | - | - | - | - | - | 1,310 | 9,746 | 7,991 | (3925) | 9,799 | - | 5,240 | 39,693 |
| 10483866 Final Cover | - | - | - | - | - | - | 3,429 | 15,622 | - | 7,420 | - | 5,080 | 31,751 |
| **Total Reatox** | - | - | - | - | - | 1,310 | 13,175 | 24,123 | 87 | 17,419 | - | 10,320 | 66,444 |
| **Buckley Manufacturing** | | | | | | | | | | | | | |
| CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| P Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Buckley Manufacturing** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 1,026,938 | 761,438 | 890,734 | 1,087,404 | 888,754 | 2,275,906 | 2,591,699 | 869,728 | 499,164 | 493,917 | 1,396,930 | 1,476,203 | 14,975,209 |
| | 185,311 | 309,986 | 380,200 | 476,848 | 295,922 | 125,973 | 58,691 | 466,690 | 196,941 | 291,610 | 222,147 | 192,082 | 3,213,840 |

NuTech Plastics Engineering, Inc.

Balance Sheet

6/18/99  1:20 PM

| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| CURRENT ASSETS: | | | | | | | | | | | | |
| Cash | 791,507 | 32,456 | 202,620 | 121,618 | 265,545 | - | - | - | - | - | - | - |
| Accounts Receivable | 2,053,368 | 1,629,265 | 1,672,856 | 1,804,799 | 1,143,592 | - | - | - | - | - | - | - |
| Inventory | 336,418 | 359,342 | 447,595 | 395,946 | 430,303 | - | - | - | - | - | - | - |
| Unbilled Tooling | - | - | - | - | 475,250 | - | - | - | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets | 31,837 | 38,095 | 38,324 | 38,919 | 39,150 | - | - | - | - | - | - | - |
| TOTAL CURRENT ASSETS | 3,213,131 | 2,059,159 | 2,361,395 | 2,361,282 | 2,353,840 | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| FIXED ASSETS: | | | | | | | | | | | | |
| Office Equipment | 71,243 | 71,293 | 74,230 | 76,143 | 76,143 | - | - | - | - | - | - | - |
| Plant Equipment | 794,595 | 794,595 | 797,031 | 811,467 | 801,887 | - | - | - | - | - | - | - |
| Leasehold Improvements | 841,009 | 841,009 | 841,009 | 841,775 | 841,775 | - | - | - | - | - | - | - |
| Vehicles | 59,250 | 59,250 | 59,250 | 59,250 | 59,250 | - | - | - | - | - | - | - |
| COST OF FIXED ASSETS | 1,766,097 | 1,766,147 | 1,771,519 | 1,788,635 | 1,779,054 | - | - | - | - | - | - | - |
| Accumulated Depreciation | (315,763) | (333,687) | (351,611) | (369,535) | (387,459) | - | - | - | - | - | - | - |
| BOOK VALUE OF FIXED ASSETS | 1,450,334 | 1,432,460 | 1,419,908 | 1,419,100 | 1,391,596 | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| OTHER ASSETS | | | | | | | | | | | | |
| Net Organization Costs | 10,385 | 10,001 | 9,618 | 9,234 | 8,850 | - | - | - | - | - | - | - |
| TOTAL ASSETS | 4,673,850 | 3,501,620 | 3,790,921 | 3,789,616 | 3,754,286 | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| **LIABILITIES** | | | | | | | | | | | | |
| CURRENT LIABILITIES: | | | | | | | | | | | | |
| Accounts Payable | 3,511,780 | 2,824,040 | 3,524,831 | 4,084,888 | 4,431,742 | - | - | - | - | - | - | - |
| Payroll Taxes Payable | 24,135 | 28,474 | 31,131 | 29,771 | 31,037 | - | - | - | - | - | - | - |
| Other Accruals | 75,020 | 85,020 | 30,000 | 40,000 | 50,000 | - | - | - | - | - | - | - |
| Line of Credit | 525,000 | 525,000 | 525,000 | 525,000 | 525,000 | - | - | - | - | - | - | - |
| TOTAL CURRENT LIABILITIES | 4,135,934 | 3,462,534 | 4,110,962 | 4,679,659 | 5,037,779 | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| OTHER LIABILITIES: | | | | | | | | | | | | |
| Loan Payable Shareholders | 1,343,357 | 1,359,942 | 1,376,526 | 1,393,111 | 1,409,696 | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| **EQUITY** | | | | | | | | | | | | |
| Capital Stock | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | - | - | - | - | - | - | - |
| Retained Earnings | (905,441) | (1,420,855) | (1,796,567) | (2,383,152) | (2,793,188) | | | | | | | |
| Total Equity | (805,441) | (1,320,855) | (1,696,567) | (2,283,152) | (2,693,188) | - | - | - | - | - | - | - |
| TOTAL LIABILITIES & EQUITY | 4,673,850 | 3,501,620 | 3,790,921 | 3,789,616 | 3,754,286 | | | | | | | |

NuTech Plastics Engineering, Inc.

Income Statement

For the Periods Ending

6/18/99  1:20 PM

| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | | | | | | |
| Production | 311,459 | 234,633 | 385,122 | 314,459 | 308,505 | | | | | | | | 1,554,178 |
| Tooling | 51,806 | 158,257 | 33,320 | 18,700 | (4,800) | | | | | | | | 257,283 |
| Division II Purchasing | 140,033 | 128,910 | 663,038 | 612,057 | 152,927 | | | | | | | | 1,696,966 |
| Miscellaneous Sales | - | - | 6,477 | 23,269 | 1,013 | | | | | | | | 30,758 |
| Research & Development | - | - | - | - | - | | | | | | | | - |
| Gross Sales | 503,299 | 521,801 | 1,087,957 | 968,484 | 457,645 | - | - | - | - | - | - | - | 3,539,185 |
| | | | | | | | | | | | | | |
| **COST OF SALES** | | | | | | | | | | | | | |
| Production | 195,860 | 102,315 | 207,231 | 210,041 | 216,127 | | | | | | | | 931,573 |
| Tooling | 117,515 | 240,558 | 94,450 | 128,331 | 27,115 | | | | | | | | 607,970 |
| Division II Purchasing | 134,647 | 123,146 | 639,929 | 590,278 | 147,046 | | | | | | | | 1,635,046 |
| Miscellaneous Sales | - | - | - | - | - | | | | | | | | - |
| Research & Development | - | - | - | - | - | | | | | | | | - |
| Total Cost of Sales | 448,022 | 466,019 | 941,610 | 928,651 | 390,288 | - | - | - | - | - | - | - | 3,174,589 |
| | | | | | | | | | | | | | |
| GROSS PROFIT | 55,277 | 55,782 | 146,347 | 39,833 | 67,357 | - | - | - | - | - | - | - | 364,595 |
| | | | | | | | | | | | | | |
| **OPERATING EXPENSES:** | | | | | | | | | | | | | |
| Advertising & Promotion | - | - | - | - | 120 | | | | | | | | 120 |
| Uncollectible Accounts | - | - | - | - | 375 | | | | | | | | 375 |
| Contract Services | 9,950 | 26,722 | 18,113 | 24,496 | 7,965 | | | | | | | | 87,246 |
| Depreciation | 18,308 | 18,308 | 18,308 | 18,308 | 18,308 | | | | | | | | 91,538 |
| Maintenance | 19,576 | 14,599 | 20,675 | 18,745 | 35,075 | | | | | | | | 108,670 |
| Engineering | - | - | - | - | - | | | | | | | | - |
| Equipment Rent | 100,564 | 100,564 | 100,564 | 116,629 | 116,629 | | | | | | | | 534,951 |
| Freight & Delivery | 1,246 | 9,199 | 18,318 | 7,100 | 5,605 | | | | | | | | 41,469 |
| Insurance: | | | | | | | | | | | | | - |
| Health | 12,685 | 13,213 | 12,672 | 17,097 | 11,479 | | | | | | | | 67,146 |
| Liability | - | - | - | - | - | | | | | | | | - |
| Worker's Compensation | 157 | - | - | 6,565 | 1,645 | | | | | | | | 3,367 |
| General | - | - | - | - | 2,116 | | | | | | | | 2,116 |
| Interest | 20,766 | 20,361 | 21,778 | 16,634 | 20,702 | | | | | | | | 100,241 |
| Miscellaneous | 1,324 | 2,012 | 1,663 | 5,468 | 1,890 | | | | | | | | 12,358 |
| Office Expense | 967 | 1,492 | 3,335 | 3,520 | 2,855 | | | | | | | | 12,168 |
| Payroll: | | | | | | | | | | | | | - |
| Wages | 191,442 | 147,467 | 163,731 | 213,705 | 173,658 | | | | | | | | 890,004 |
| Taxes | 20,623 | 16,272 | 16,170 | 19,117 | 16,090 | | | | | | | | 88,272 |
| Professional Fees | 905 | 1,865 | 1,895 | 3,158 | 420 | | | | | | | | 8,243 |
| Building Rent | 75,927 | 75,927 | 75,927 | 75,927 | 75,927 | | | | | | | | 379,634 |
| Supplies | 22,402 | 12,466 | 5,351 | 15,720 | 10,206 | | | | | | | | 66,145 |
| Taxes | 13,975 | 10,000 | 10,000 | 10,000 | 10,000 | | | | | | | | 53,975 |
| Telephone | 624 | 3,388 | 2,427 | 1,290 | 4,403 | | | | | | | | 12,131 |
| Travel & Entertainment | 4,280 | 2,605 | 6,517 | 5,654 | 2,269 | | | | | | | | 21,325 |
| Utilities | 22,390 | 16,781 | 25,873 | 24,072 | 23,414 | | | | | | | | 112,530 |
| Vehicle Expense | 8,840 | 3,106 | 3,656 | 6,441 | 5,477 | | | | | | | | 27,559 |
| Overhead Assigned | (58,043) | 76,090 | (3,862) | 17,650 | (69,234) | | | | | | | | (37,400) |
| TOTAL OPERATING EXPENSES | 488,908 | 572,436 | 523,111 | 627,335 | 477,392 | - | - | - | - | - | - | - | 2,689,182 |
| OPERATING INCOME (LOSS) | (433,631) | (516,654) | (376,764) | (587,502) | (410,036) | - | - | - | - | - | - | - | (2,324,587) |
| OTHER INCOME | 4,307 | 1,240 | 1,052 | 916 | - | | | | | | | | 7,516 |
| NET INCOME (LOSS) | (429,324) | (515,414) | (375,712) | (586,586) | (410,036) | - | - | - | - | - | - | - | (2,317,071) |

**NuTech Plastics Engineering, Inc.**

by Product

For the Periods Ending

6/18/99  1:20 PM

| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| Tooling | 51,806 | 158,257 | 33,320 | 18,700 | (4,800) | | | | | | | | 257,283 |
| Division 2 Purchasing | 140,033 | 128,910 | 663,038 | 612,057 | 152,927 | | | | | | | | 1,696,966 |
| Miscellaneous Sales | - | - | 6,477 | 23,269 | 1,013 | | | | | | | | 30,758 |
| Research & Development | | - | - | - | - | | | | | | | | - |
| Delphi | 155,247 | 43,386 | 64,964 | 51,396 | 50,372 | | | | | | | | 365,364 |
| Chrysler | 22,867 | 31,636 | 36,067 | 4,527 | 3,269 | | | | | | | | 98,367 |
| Johnson Controls | 51,562 | 61,432 | 84,676 | 63,715 | 71,394 | | | | | | | | 332,779 |
| GT Products | 23,542 | 56,323 | 96,482 | 34,267 | 40,174 | | | | | | | | 250,789 |
| Briskin Manufacturing | - | - | - | - | | | | | | | | | - |
| GMSPO | - | - | 60,203 | 33,096 | - | | | | | | | | 93,299 |
| Powertrain | 31,302 | 33,782 | 34,325 | 35,708 | 32,792 | | | | | | | | 167,908 |
| Oxford Suspension Limited | 3,240 | 3,240 | 1,620 | 2,010 | 2,754 | | | | | | | | 12,864 |
| Stant | - | - | 2,024 | 60 | - | | | | | | | | 2,084 |
| Reacom | 23,700 | 1,400 | 4,760 | 41,680 | 22,920 | | | | | | | | 94,460 |
| Buckley Manufacturing | - | 3,434 | - | - | - | | | | | | | | 3,434 |
| Metal Fabricating  Division | - | - | - | 48,000 | 34,830 | | | | | | | | 132,830 |
| **Total Sales** | 503,299 | 521,801 | 1,087,957 | 968,484 | 457,645 | - | - | - | | - | | - | 3,539,185 |

NuTech Plastics Engineering, Inc.

Cost of Sales by Product

For the Periods Ending

6/18/99  1.20 PM

| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Tooling | 117,515 | 240,558 | 94,450 | 128,331 | 27,115 | | | | | | | | 607,970 |
| Division 2 Purchasing | 134,647 | 123,146 | 639,929 | 590,278 | 147,046 | | | | | | | | 1,635,046 |
| Miscellaneous Sales | - | - | - | - | - | | | | | | | | - |
| Research & Development | - | | | - | - | | | | | | | | - |
| Delphi | 101,838 | 23,008 | 38,477 | 30,928 | 31,623 | | | | | | | | 225,874 |
| Chrysler | 9,034 | 11,871 | 13,434 | 14,560 | 13,562 | | | | | | | | 62,460 |
| Johnson Controls | 44,452 | 52,960 | 72,999 | 54,928 | 61,548 | | | | | | | | 286,888 |
| GT Products | 9,770 | 35,011 | 60,044 | 21,130 | 24,927 | | | | | | | | 150,881 |
| Briskin Manufacturing | - | - | - | - | - | | | | | | | | - |
| GMSPO | - | (42,126) | 1,389 | 14,041 | - | | | | | | | | (26,697) |
| Powertrain | 12,980 | 16,079 | 16,456 | 17,217 | 15,676 | | | | | | | | 78,408 |
| Oxford Suspension Limited | 2,001 | 2,000 | 1,000 | 1,237 | 1,700 | | | | | | | | 7,939 |
| Stant | 305 | 150 | 410 | 796 | - | | | | | | | | 1,661 |
| Rescom | 15,480 | 889 | 3,023 | 25,346 | 14,366 | | | | | | | | 59,103 |
| Buckley Manufacturing | - | 2,473 | - | - | - | | | | | | | | 2,473 |
| Metal Fabricating Division | - | - | - | 29,857 | 52,726 | | | | | | | | 82,583 |
| | 448,022 | 466,019 | 941,610 | 928,651 | 390,288 | - | - | - | - | - | - | - | 3,174,589 |
| | 55,277 | 55,782 | 146,347 | 39,833 | 67,357 | - | - | - | - | - | - | - | 364,595 |