*** BALANCE SHEET (Year 1 by month) ***
As of the Month Ending: 6/21/99

| Assets | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | | | | |
| Cash | $910,107 | $340,617 | $692,296 | ($262,759) | ($857,876) | ($3,556,451) | ($3,932,792) | ($4,279,488) | ($4,615,149) | ($4,964,862) | ($5,274,383) | ($5,568,085) |
| Investments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounts Receivable | $2,000,117 | $1,587,077 | $1,721,213 | $1,717,200 | $1,285,900 | $487,800 | $517,350 | $529,500 | $586,500 | $677,250 | $782,250 | $902,250 |
| Notes Receivable | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Inventory | $340,279 | $351,015 | $386,799 | $309,432 | $255,317 | $244,386 | $252,617 | $266,646 | $266,662 | $308,483 | $320,213 | $332,066 |
| Other Current Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Current Assets | $3,250,503 | $2,278,709 | $2,800,308 | $1,763,873 | $683,341 | ($2,824,265) | ($3,162,825) | ($3,483,342) | ($3,741,987) | ($3,979,129) | ($4,171,920) | ($4,333,769) |
| **Plant & Equipment** | | | | | | | | | | | | |
| Land | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Buildings | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Building/Leasehold Improvements | $841,009 | $841,009 | $841,009 | $1,391,009 | $1,791,009 | $1,791,009 | $1,791,009 | $1,791,009 | $1,791,009 | $1,791,009 | $1,791,009 | $1,791,009 |
| Machinery & Equipment | $794,595 | $794,595 | $794,595 | $1,794,595 | $1,794,595 | $3,794,595 | $3,794,595 | $3,794,595 | $3,794,595 | $3,794,595 | $3,794,595 | $3,794,595 |
| Office Equipment | $70,701 | $70,701 | $70,701 | $70,701 | $70,701 | $320,701 | $320,701 | $320,701 | $320,701 | $320,701 | $320,701 | $320,701 |
| Automobiles | $59,250 | $59,250 | $59,250 | $59,250 | $59,250 | $59,250 | $59,250 | $59,250 | $59,250 | $59,250 | $59,250 | $59,250 |
| Accumulated Depreciation | ($311,133) | ($327,587) | ($344,041) | ($373,412) | ($406,116) | ($459,654) | ($513,192) | ($566,730) | ($620,268) | ($673,806) | ($727,344) | ($780,682) |
| Total Net Plant & Equipment | $1,454,422 | $1,437,968 | $1,421,514 | $2,942,143 | $3,309,439 | $5,505,901 | $5,452,363 | $5,398,825 | $5,345,287 | $5,291,749 | $5,238,211 | $5,184,673 |
| Other Assets | $10,768 | $10,768 | $10,768 | $10,768 | $10,768 | $10,768 | $10,768 | $10,768 | $10,768 | $10,768 | $10,768 | $10,768 |
| **Total Assets** | $4,715,693 | $3,727,445 | $4,232,590 | $4,716,784 | $4,003,548 | $2,692,404 | $2,300,306 | $1,926,251 | $1,614,068 | $1,323,388 | $1,077,059 | $861,672 |
| **Liabilities & Owners' Equity** | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| Short Term Debt | $525,000 | $525,000 | $525,000 | $525,000 | $525,000 | $525,000 | $525,000 | $525,000 | $525,000 | $525,000 | $525,000 | $525,000 |
| Accounts Payable | $3,464,550 | $2,790,754 | $3,605,923 | $3,710,966 | $3,335,567 | $777,578 | $780,861 | $798,147 | $856,938 | $916,145 | $991,155 | $1,067,355 |
| Other Payables | $24,350 | $30,350 | $30,350 | $30,350 | $30,350 | $30,350 | $30,350 | $30,350 | $30,350 | $30,350 | $30,350 | $30,350 |
| Accrued Liabilities | $65,020 | $65,020 | $65,020 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Current Liabilities | $4,078,920 | $3,411,124 | $4,226,293 | $4,266,316 | $3,890,917 | $1,332,926 | $1,336,211 | $1,353,497 | $1,412,288 | $1,471,495 | $1,546,505 | $1,622,705 |
| Long Term Debt | $1,326,772 | $1,326,772 | $1,326,772 | $2,126,772 | $2,126,772 | $3,718,772 | $3,694,772 | $3,670,772 | $3,646,772 | $3,622,772 | $3,598,772 | $3,574,772 |
| Total Liabilities | $5,405,692 | $4,737,896 | $5,553,065 | $6,393,088 | $6,017,689 | $5,051,698 | $5,030,983 | $5,024,269 | $5,059,060 | $5,094,267 | $5,145,277 | $5,197,477 |
| **Owners/Stockholder Equity** | | | | | | | | | | | | |
| Common Stock | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 |
| Retained Earnings | ($789,999) | ($1,110,451) | ($1,420,475) | ($1,776,304) | ($2,114,141) | ($2,459,294) | ($2,830,677) | ($3,198,018) | ($3,544,992) | ($3,870,879) | ($4,168,218) | ($4,435,805) |
| Dividends Payable | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Owners' Equity | ($689,999) | ($1,010,451) | ($1,320,475) | ($1,676,304) | ($2,014,141) | ($2,359,294) | ($2,730,677) | ($3,098,018) | ($3,444,992) | ($3,770,879) | ($4,068,218) | ($4,335,805) |
| **Total Liabilities & Equity** | $4,715,693 | $3,727,445 | $4,232,590 | $4,716,784 | $4,003,548 | $2,692,404 | $2,300,306 | $1,926,251 | $1,614,068 | $1,323,388 | $1,077,059 | $861,672 |

*** INCOME STATEMENT (Year 1 by month) ***

6/21/99

| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Year 1 | % of Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | | |
| Delphi | $139,600 | $70,900 | $67,800 | $48,500 | $50,700 | $55,000 | $60,000 | $60,000 | $112,000 | $166,000 | $224,000 | $264,000 | $1,318,500 | 28.55% |
| Johnson Controls | $51,300 | $61,400 | $73,100 | $58,700 | $69,700 | $65,000 | $65,000 | $65,000 | $68,000 | $73,000 | $78,000 | $78,000 | $806,200 | 17.45% |
| Stant | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $15,000 | $35,000 | 0.76% |
| GM Metal Fab | $46,600 | $0 | $0 | $46,600 | $96,900 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $643,500 | 18.26% |
| GT Products | $40,000 | $58,300 | $100,700 | $46,700 | $27,300 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $64,000 | $78,000 | $665,000 | 14.40% |
| Oxford | $3,200 | $3,200 | $1,800 | $1,800 | $2,800 | $2,800 | $3,000 | $4,000 | $6,000 | $6,000 | $6,000 | $6,000 | $46,600 | 1.01% |
| Textron | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 | 0.54% |
| Other | $58,600 | $97,700 | $83,500 | $43,200 | $58,200 | $72,000 | $67,000 | $72,000 | $75,000 | $77,000 | $79,000 | $96,000 | $879,200 | 19.03% |
| **Total Sales** | $292,700 | $291,500 | $326,900 | $245,500 | $305,600 | $344,800 | $345,000 | $361,000 | $421,000 | $482,000 | $561,000 | $642,000 | $4,619,000 | 100.00% |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| Material | $134,500 | $134,800 | $152,500 | $114,300 | $142,000 | $159,600 | $159,800 | $166,800 | $194,800 | $222,700 | $258,400 | $294,400 | $2,134,600 | 46.21% |
| Labor | $43,870 | $43,680 | $49,100 | $36,845 | $45,880 | $51,820 | $51,800 | $54,200 | $63,150 | $72,350 | $84,150 | $96,300 | $693,145 | 15.01% |
| Total Variable COGS | $178,370 | $178,480 | $201,600 | $151,145 | $187,880 | $211,420 | $211,600 | $221,000 | $257,950 | $295,050 | $342,550 | $390,700 | $2,827,745 | 61.22% |
| % of Total Sales | 60.94% | 61.23% | 61.67% | 61.57% | 61.48% | 61.32% | 61.33% | 61.22% | 61.27% | 61.21% | 61.06% | 60.86% | 61.22% | |
| Total Fixed Cost of Goods & Services | $298,403 | $299,935 | $301,552 | $303,259 | $305,061 | $306,964 | $308,974 | $311,098 | $313,342 | $315,713 | $318,220 | $320,870 | $3,703,391 | 80.18% |
| Total Cost of Goods Sold | $476,773 | $478,415 | $503,152 | $454,404 | $492,941 | $518,384 | $520,574 | $532,098 | $571,292 | $610,763 | $660,770 | $711,570 | $6,531,136 | 141.40% |
| Gross Profit | ($184,073) | ($186,915) | ($176,252) | ($208,904) | ($187,341) | ($173,584) | ($175,574) | ($171,098) | ($150,292) | ($128,763) | ($99,770) | ($69,570) | ($1,912,136) | -41.40% |
| % of Total Sales | -62.89% | -64.12% | -53.92% | -85.09% | -61.30% | -50.34% | -50.89% | -47.40% | -35.70% | -26.71% | -17.78% | -10.84% | -41.40% | |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Sales & Marketing | $35,050 | $35,066 | $35,082 | $35,098 | $35,115 | $35,132 | $35,149 | $35,166 | $35,183 | $35,201 | $35,219 | $35,237 | $421,698 | 9.13% |
| Research & Development | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| G & A (without Depreciation) | $62,800 | $62,849 | $62,898 | $62,947 | $62,996 | $63,045 | $63,094 | $63,144 | $63,196 | $63,248 | $63,300 | $63,352 | $756,869 | 16.39% |
| Depreciation | $16,454 | $16,454 | $16,454 | $29,371 | $32,704 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $486,203 | 10.53% |
| Total Operating Expenses | $114,304 | $114,369 | $114,434 | $127,416 | $130,815 | $151,715 | $151,781 | $151,848 | $151,917 | $151,987 | $152,057 | $152,127 | $1,664,770 | 36.04% |
| % of Total Sales | 39.05% | 39.23% | 35.01% | 51.90% | 42.81% | 44.00% | 43.99% | 42.06% | 36.08% | 31.53% | 27.10% | 23.70% | 36.04% | |
| Income From Operations | ($298,377) | ($301,284) | ($290,686) | ($336,320) | ($318,156) | ($325,299) | ($327,355) | ($322,946) | ($302,209) | ($280,750) | ($251,827) | ($221,697) | ($3,576,906) | -77.44% |
| % of Total Sales | -101.94% | -103.36% | -88.92% | -136.99% | -104.11% | -94.34% | -94.89% | -89.46% | -71.78% | -58.25% | -44.89% | -34.53% | -77.44% | |
| Interest Income | $1,000 | $991 | $982 | $973 | $964 | $956 | $948 | $940 | $932 | $924 | $916 | $908 | $11,434 | 0.25% |
| Interest Expense | $20,000 | $20,159 | $20,320 | $20,482 | $20,645 | $20,810 | $44,976 | $45,335 | $45,697 | $46,061 | $46,428 | $46,798 | $397,711 | 8.61% |
| Income before Taxes | ($317,377) | ($320,452) | ($310,024) | ($355,829) | ($337,837) | ($345,153) | ($371,383) | ($367,341) | ($346,974) | ($325,887) | ($297,339) | ($267,587) | ($3,963,183) | -85.80% |
| Taxes on Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Net Income After Taxes | ($317,377) | ($320,452) | ($310,024) | ($355,829) | ($337,837) | ($345,153) | ($371,383) | ($367,341) | ($346,974) | ($325,887) | ($297,339) | ($267,587) | ($3,963,183) | -85.80% |
| % of Total Sales | -108.43% | -109.93% | -94.84% | -144.94% | -110.55% | -100.10% | -107.65% | -101.76% | -82.42% | -67.61% | -53.00% | -41.68% | -85.80% | |

*** CASH FLOWS (STATEMENT of CHANGES in FINANCIAL POSITION: Year 1 by month) ***

6/21/99

| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Year 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sources of Cash:** | | | | | | | | | | | | | |
| *Operations during the year:* | | | | | | | | | | | | | |
| Net Income After Taxes | ($317,377) | ($320,452) | ($310,024) | ($355,629) | ($337,837) | ($345,153) | ($371,383) | ($367,341) | ($346,974) | ($325,887) | ($297,339) | ($267,587) | ($3,963,183) |
| Add items not decreasing cash | | | | | | | | | | | | | |
| Depreciation | $16,454 | $16,454 | $16,454 | $29,371 | $32,704 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $486,203 |
| Increase in Accounts Payable | ($57,720) | ($673,796) | $815,169 | $105,043 | ($375,399) | ($2,557,991) | $3,285 | $17,286 | $58,791 | $59,207 | $75,010 | $76,200 | ($2,454,915) |
| Increase in Other Payables | $6,000 | $6,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $12,000 |
| Increase in Accrued Liabilities | $0 | $0 | $0 | ($65,020) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($65,020) |
| Deduct items not increasing cash | | | | | | | | | | | | | |
| Increase in Accounts Receivable | ($1,158,148) | ($413,040) | $134,136 | ($4,013) | ($431,300) | ($798,100) | $29,550 | $12,150 | $57,000 | $90,750 | $105,000 | $120,000 | ($2,256,015) |
| Increase in Inventory | ($10,279) | $10,736 | $35,784 | ($77,367) | ($54,115) | ($10,931) | $8,231 | $14,029 | $20,016 | $21,821 | $11,730 | $11,853 | ($18,492) |
| Cash from Operations | $815,784 | ($569,490) | $351,679 | ($205,055) | ($195,117) | ($2,040,575) | ($352,341) | ($322,696) | ($311,661) | ($325,713) | ($285,521) | ($269,702) | ($3,710,408) |
| *Financing & Other:* | | | | | | | | | | | | | |
| Sale of Stock | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from Short Term Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from Long Term Loans | $0 | $0 | $0 | $800,000 | $400,000 | $1,600,000 | $0 | $0 | $0 | $0 | $0 | $0 | $2,400,000 |
| Sale of Investments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Collection of Notes Receivable | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Reduction of Other Current Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Reduction of Other Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Cash from Operations & Financing | $815,784 | ($569,490) | $351,679 | $594,945 | ($195,117) | ($440,575) | ($352,341) | ($322,696) | ($311,661) | ($325,713) | ($285,521) | ($269,702) | ($1,310,408) |
| **Applications of Cash:** | | | | | | | | | | | | | |
| Payment of Dividends | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Purchases of Fixed Assets | $0 | $0 | $0 | $1,550,000 | $400,000 | $2,250,000 | $0 | $0 | $0 | $0 | $0 | $0 | $4,200,000 |
| Repayment of Short Term Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Repayment of Long Term Loans | $0 | $0 | $0 | $0 | $0 | $8,000 | $24,000 | $24,000 | $24,000 | $24,000 | $24,000 | $24,000 | $152,000 |
| Purchase of Investments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Increase in Notes Receivable | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Increase in Other Current Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Increase in Other Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Increase/(Decrease) in Cash | $815,784 | ($569,490) | $351,679 | ($955,055) | ($595,117) | ($2,698,575) | ($376,341) | ($346,696) | ($335,661) | ($349,713) | ($309,521) | ($293,702) | ($5,662,408) |
| **Change in Cash Balance** | | | | | | | | | | | | | |
| Ending Cash Balance | $910,107 | $340,617 | $692,296 | ($262,759) | ($857,876) | ($3,556,451) | ($3,932,792) | ($4,279,488) | ($4,615,149) | ($4,964,862) | ($5,274,383) | ($5,568,085) | ($5,568,085) |
| Beginning Cash Balance | $94,323 | $910,107 | $340,617 | $692,296 | ($262,759) | ($857,876) | ($3,556,451) | ($3,932,792) | ($4,279,488) | ($4,615,149) | ($4,964,862) | ($5,274,383) | $94,323 |
| Increase/(Decrease) in Cash | $815,784 | ($569,490) | $351,679 | ($955,055) | ($595,117) | ($2,698,575) | ($376,341) | ($346,696) | ($335,661) | ($349,713) | ($309,521) | ($293,702) | ($5,662,408) |

**\*\*\* BALANCE SHEET (Years 1 - 5) \*\*\***
As of the Year Ending: 6/21/99

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| *Current Assets* | | | | | |
| Cash | ($5,568,085) | ($2,921,746) | ($3,069,791) | ($2,208,630) | ($1,296,755) |
| Investments | $0 | $0 | $0 | $0 | $0 |
| Accounts Receivable | $902,250 | $1,941,164 | $1,950,644 | $1,980,370 | $2,000,219 |
| Notes Receivable | $0 | $0 | $0 | $0 | $0 |
| Inventory | $332,066 | $308,362 | $448,300 | $452,779 | $457,311 |
| Other Current Assets | $0 | $0 | $0 | $0 | $0 |
| Total Current Assets | ($4,333,769) | ($672,220) | ($660,847) | $224,519 | $1,158,775 |
| *Plant & Equipment* | | | | | |
| Land | $0 | $0 | $0 | $0 | $0 |
| Buildings | $0 | $0 | $0 | $0 | $0 |
| Building/Leasehold Improvements | $1,791,009 | $1,791,009 | $1,791,009 | $1,791,009 | $1,791,009 |
| Machinery & Equipment | $3,794,595 | $3,794,595 | $8,794,595 | $8,794,595 | $8,794,595 |
| Office Equipment | $320,701 | $320,701 | $320,701 | $320,701 | $320,701 |
| Automobiles | $59,250 | $59,250 | $59,250 | $59,250 | $59,250 |
| Accumulated Depreciation | ($780,882) | ($1,423,333) | ($2,565,784) | ($3,708,235) | ($4,850,686) |
| Total Net Plant & Equipment | $5,184,673 | $4,542,222 | $8,399,771 | $7,257,320 | $6,114,869 |
| Other Assets | $10,768 | $10,768 | $10,768 | $10,768 | $10,768 |
| **Total Assets** | $861,672 | $3,880,770 | $7,749,692 | $7,492,607 | $7,284,412 |
| **Liabilities & Owners' Equity** | | | | | |
| *Current Liabilities* | | | | | |
| Short Term Debt | $525,000 | $525,000 | $525,000 | $525,000 | $525,000 |
| Accounts Payable | $1,067,355 | $991,162 | $1,440,965 | $1,455,363 | $1,469,930 |
| Other Payables | $30,350 | $30,350 | $30,350 | $30,350 | $30,350 |
| Accrued Liabilities | $0 | $0 | $0 | $0 | $0 |
| Total Current Liabilities | $1,622,705 | $1,546,512 | $1,996,315 | $2,010,713 | $2,025,280 |
| Long Term Debt | $3,574,772 | $3,082,772 | $5,590,772 | $4,348,772 | $3,106,772 |
| Total Liabilities | $5,197,477 | $4,629,284 | $7,587,087 | $6,359,485 | $5,132,052 |
| *Owner/Stockholder Equity* | | | | | |
| Common Stock | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 |
| Retained Earnings | ($4,435,805) | ($848,514) | $62,605 | $1,033,122 | $2,052,360 |
| Dividends Payable | $0 | $0 | $0 | $0 | $0 |
| Total Owners' Equity | ($4,335,805) | ($748,514) | $162,605 | $1,133,122 | $2,152,360 |
| **Total Liabilities & Equity** | $861,672 | $3,880,770 | $7,749,692 | $7,492,607 | $7,284,412 |

\*\*\* INCOME STATEMENT (Years 1 - 5) \*\*\*  6/21/99

| | Year 1 | % of Total Sales | Year 2 | % of Total Sales | Year 3 | % of Total Sales | Year 4 | % of Total Sales | Year 5 | % of Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|
| *Sales* | | | | | | | | | | |
| Delphi | $1,318,500 | 28.55% | $10,034,000 | 63.73% | $10,134,000 | 63.72% | $10,235,000 | 63.72% | $10,337,000 | 63.71% |
| Johnson Controls | $806,200 | 17.45% | $1,080,000 | 6.86% | $1,091,000 | 6.86% | $1,102,000 | 6.86% | $1,113,000 | 6.86% |
| Stant | $35,000 | 0.76% | $760,000 | 4.83% | $768,000 | 4.83% | $776,000 | 4.83% | $784,000 | 4.83% |
| GM Metal Fab | $843,500 | 18.26% | $1,206,000 | 7.66% | $1,218,000 | 7.66% | $1,230,000 | 7.66% | $1,242,000 | 7.66% |
| GT Products | $665,000 | 14.40% | $1,244,000 | 7.90% | $1,256,000 | 7.90% | $1,269,000 | 7.90% | $1,282,000 | 7.90% |
| Oxford | $46,600 | 1.01% | $72,000 | 0.46% | $73,000 | 0.46% | $74,000 | 0.46% | $75,000 | 0.46% |
| Textron | $25,000 | 0.54% | $188,000 | 1.19% | $190,000 | 1.19% | $192,000 | 1.19% | $194,000 | 1.20% |
| Other | $879,200 | 19.03% | $1,161,000 | 7.37% | $1,173,000 | 7.38% | $1,185,000 | 7.38% | $1,197,000 | 7.38% |
| Total Sales | $4,619,000 | 100.00% | $15,745,000 | 100.00% | $15,903,000 | 100.00% | $16,063,000 | 100.00% | $16,224,000 | 100.00% |
| *Cost of Goods Sold* | | | | | | | | | | |
| Material | $2,134,600 | 46.21% | $3,245,000 | 20.61% | $5,971,000 | 37.55% | $6,031,000 | 37.55% | $6,091,000 | 37.54% |
| Labor | $693,145 | 15.01% | $1,054,000 | 6.69% | $1,939,000 | 12.19% | $1,958,000 | 12.19% | $1,978,000 | 12.19% |
| Total Variable COGS | $2,827,745 | 61.22% | $4,299,000 | 27.30% | $7,910,000 | 49.74% | $7,989,000 | 49.74% | $8,069,000 | 49.73% |
| Total Fixed Cost of Goods & Services | $3,703,391 | 80.18% | $3,740,425 | 23.76% | $3,777,829 | 23.76% | $3,815,607 | 23.75% | $3,853,763 | 23.75% |
| Total Cost of Goods Sold | $6,531,136 | 141.40% | $8,039,425 | 51.06% | $11,687,829 | 73.49% | $11,804,607 | 73.49% | $11,922,763 | 73.49% |
| Gross Profit | ($1,912,136) | -41.40% | $7,705,575 | 48.94% | $4,215,171 | 26.51% | $4,258,393 | 26.51% | $4,301,237 | 26.51% |
| *Operating Expenses* | | | | | | | | | | |
| Sales & Marketing | $421,698 | 9.13% | $425,915 | 2.71% | $430,174 | 2.70% | $434,476 | 2.70% | $438,821 | 2.70% |
| Research & Development | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| G & A (without Depreciation) | $756,869 | 16.39% | $764,438 | 4.86% | $772,082 | 4.85% | $779,803 | 4.85% | $787,601 | 4.85% |
| Depreciation | $486,203 | 10.53% | $642,451 | 4.08% | $1,142,451 | 7.18% | $1,142,451 | 7.11% | $1,142,451 | 7.04% |
| Total Operating Expenses | $1,664,770 | 36.04% | $1,832,804 | 11.64% | $2,344,707 | 14.74% | $2,356,730 | 14.67% | $2,368,873 | 14.60% |
| Income From Operations | ($3,576,906) | -77.44% | $5,872,771 | 37.30% | $1,870,464 | 11.76% | $1,901,663 | 11.84% | $1,932,364 | 11.91% |
| Interest Income | $11,434 | 0.25% | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Interest Expense | $397,711 | 8.61% | $437,482 | 2.78% | $489,980 | 3.08% | $431,182 | 2.68% | $388,064 | 2.39% |
| Income before Taxes | ($3,963,183) | -85.80% | $5,435,289 | 34.52% | $1,380,484 | 8.68% | $1,470,481 | 9.15% | $1,544,300 | 9.52% |
| Taxes on Income | $0 | 0.00% | $1,847,998 | 11.74% | $469,365 | 2.95% | $499,964 | 3.11% | $525,062 | 3.24% |
| Net Income After Taxes | ($3,963,183) | -85.80% | $3,587,291 | 22.78% | $911,119 | 5.73% | $970,517 | 6.04% | $1,019,238 | 6.28% |

**\*\*\* CASH FLOWS (STATEMENT of CHANGES in FINANCIAL POSITION: Years 1 - 5) \*\*\***

6/21/99

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| *Sources of Cash:* | | | | | |
| *Operations during the year:* | | | | | |
| Net Income After Taxes | ($3,963,183) | $3,587,291 | $911,119 | $970,517 | $1,019,238 |
| Add items not decreasing cash | | | | | |
| Depreciation | $486,203 | $642,451 | $1,142,451 | $1,142,451 | $1,142,451 |
| Increase in Accounts Payable | ($2,454,915) | ($76,193) | $449,803 | $14,398 | $14,567 |
| Increase in Other Payables | $12,000 | $0 | $0 | $0 | $0 |
| Increase in Accrued Liabilities | ($65,020) | $0 | $0 | $0 | $0 |
| *Deduct items not increasing cash* | | | | | |
| Increase in Accounts Receivable | ($2,256,015) | $1,038,914 | $19,480 | $19,726 | $19,849 |
| Increase in Inventory | ($18,492) | ($23,704) | $139,938 | $4,479 | $4,532 |
| Cash from Operations | ($3,710,408) | $3,138,339 | $2,343,955 | $2,103,161 | $2,151,875 |
| *Financing & Other:* | | | | | |
| Sale of Stock | $0 | $0 | $0 | $0 | $0 |
| Proceeds from Short Term Loans | $0 | $0 | $0 | $0 | $0 |
| Proceeds from Long Term Loans | $2,400,000 | $0 | $3,750,000 | $0 | $0 |
| Sale of Investments | $0 | $0 | $0 | $0 | $0 |
| Collection of Notes Receivable | $0 | $0 | $0 | $0 | $0 |
| Reduction of Other Current Assets | $0 | $0 | $0 | $0 | $0 |
| Reduction of Other Assets | $0 | $0 | $0 | $0 | $0 |
| Cash from Operations & Financing | ($1,310,408) | $3,138,339 | $6,093,955 | $2,103,161 | $2,151,875 |
| *Applications of Cash:* | | | | | |
| Payment of Dividends | $0 | $0 | $0 | $0 | $0 |
| Purchases of Fixed Assets | $4,200,000 | $0 | $5,000,000 | $0 | $0 |
| Repayment of Short Term Loans | $0 | $0 | $0 | $0 | $0 |
| Repayment of Long Term Loans | $152,000 | $492,000 | $1,242,000 | $1,242,000 | $1,242,000 |
| Purchase of Investments | $0 | $0 | $0 | $0 | $0 |
| Increase in Notes Receivable | $0 | $0 | $0 | $0 | $0 |
| Increase in Other Current Assets | $0 | $0 | $0 | $0 | $0 |
| Increase in Other Assets | $0 | $0 | $0 | $0 | $0 |
| Increase/(Decrease) in Cash | ($5,662,408) | $2,646,339 | ($148,045) | $861,161 | $909,875 |
| *Change in Cash Balance* | | | | | |
| Ending Cash Balance | ($5,568,085) | ($2,921,746) | ($3,069,791) | ($2,208,630) | ($1,298,755) |
| Beginning Cash Balance | $94,323 | ($5,568,085) | ($2,921,746) | ($3,069,791) | ($2,208,630) |
| Increase/(Decrease) in Cash | ($5,662,408) | $2,646,339 | ($148,045) | $861,161 | $909,875 |

**\*\*\* RATIO ANALYSIS (Years 1 - 5) \*\*\***                                                                              6/21/99

| Ratios | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|
| Current Ratio | -2.67 | -0.43 | -0.33 | 0.11 | 0.57 | Current Assets / Current Liabilities |
| Quick Ratio (Acid Test) | -2.88 | -0.63 | -0.56 | -0.11 | 0.35 | Quick Assets (Cash + Receivables) / Current Liabilities |
| Return on Total Assets | -459.94% | 92.44% | 11.76% | 12.95% | 13.99% | Net Income After Taxes / Total Assets (at year end) |
| Total Assets Turnover | 5.36 | 4.06 | 2.05 | 2.14 | 2.23 | Total Sales / Total Assets (at year end) |
| Total Debt to Total Assets | 6.03 | 1.19 | 0.98 | 0.85 | 0.70 | Total Liabilities / Total Assets |
| Gross Profit Margin | -41.40% | 48.94% | 26.51% | 26.51% | 26.51% | Gross Profit (Net Sales) / Total Sales |
| Operating Profit Margin | -77.44% | 37.30% | 11.76% | 11.84% | 11.91% | Income From Operations (Before Interest & Taxes) / Total Sales |
| Net Profit Margin | -85.80% | 22.78% | 5.73% | 6.04% | 6.28% | Net Income After Taxes / Total Sales |
| Return on Sales | 207.26% | 46.55% | 21.62% | 22.79% | 23.70% | Net Income After Taxes / Gross Profit (Net Sales) |
| Return on Owners' Equity | 91.41% | -479.26% | 560.33% | 85.65% | 47.35% | Net Income After Taxes / Total Owners' Equity (at year end) |
| Total Debt to Owners' Equity | -1.20 | -6.18 | 46.66 | 5.61 | 2.38 | Total Liabilities / Total Owners' Equity |

**\*\*\* BREAK-EVEN ANALYSIS (Year 1 by month) \*\*\***

| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Year 1 | % of Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $292,700 | $291,500 | $326,900 | $245,500 | $305,600 | $344,800 | $345,000 | $361,000 | $421,000 | $482,000 | $561,000 | $642,000 | $4,619,000 | |
| **Fixed Costs** | | | | | | | | | | | | | | |
| Fixed Cost of Goods & Services | $298,403 | $299,935 | $301,552 | $303,259 | $305,061 | $306,964 | $308,974 | $311,098 | $313,342 | $315,713 | $318,220 | $320,870 | $3,703,391 | 80.18% |
| Sales & Marketing (w/o Commissions) | $35,050 | $35,066 | $35,082 | $35,098 | $35,115 | $35,132 | $35,149 | $35,166 | $35,183 | $35,201 | $35,219 | $35,237 | $421,698 | 9.13% |
| Research & Development | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| G & A (without Depreciation) | $62,800 | $62,849 | $62,898 | $62,947 | $62,996 | $63,045 | $63,094 | $63,144 | $63,196 | $63,248 | $63,300 | $63,352 | $756,869 | 16.39% |
| Depreciation | $16,454 | $16,454 | $16,454 | $29,371 | $32,704 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $486,203 | 10.53% |
| Less Reclassified Fixed Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| **Total Fixed Costs** | $412,707 | $414,304 | $415,986 | $430,675 | $435,876 | $458,679 | $460,755 | $462,946 | $465,259 | $467,700 | $470,277 | $472,997 | $5,368,161 | 116.22% |
| **Variable Costs** | | | | | | | | | | | | | | |
| Material and Labor | $178,370 | $178,480 | $201,600 | $151,145 | $187,880 | $211,420 | $211,600 | $221,000 | $257,950 | $295,050 | $342,550 | $390,700 | $2,827,745 | 61.22% |
| Commissions | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Plus Reclassified Fixed Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| **Total Variable Costs** | $178,370 | $178,480 | $201,600 | $151,145 | $187,880 | $211,420 | $211,600 | $221,000 | $257,950 | $295,050 | $342,550 | $390,700 | $2,827,745 | 61.22% |
| **Income from Operations** | ($298,377) | ($301,284) | ($290,686) | ($336,320) | ($318,156) | ($325,299) | ($327,355) | ($322,946) | ($302,209) | ($280,750) | ($251,827) | ($221,697) | ($3,576,906) | -77.44% |
| Interest Income(Expense) - "Fixed" | ($19,000) | ($19,168) | ($19,338) | ($19,509) | ($19,681) | ($19,854) | ($44,028) | ($44,395) | ($44,765) | ($45,137) | ($45,512) | ($45,890) | ($386,277) | -8.36% |
| Income Taxes - "Variable" | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| **Net Income After Taxes** | ($317,377) | ($320,452) | ($310,024) | ($355,829) | ($337,837) | ($345,153) | ($371,383) | ($367,341) | ($346,974) | ($325,887) | ($297,339) | ($267,587) | ($3,963,183) | -85.80% |
| **Income from Operations Analysis** | | | | | | | | | | | | | | |
| Contribution Margin | 39.06% | 38.77% | 38.33% | 38.43% | 38.52% | 38.68% | 38.67% | 38.78% | 38.73% | 38.79% | 38.94% | 39.14% | 38.78% | |
| Break-Even Sales Volume | $1,056,585 | $1,068,569 | $1,085,262 | $1,120,563 | $1,131,530 | $1,185,729 | $1,191,608 | $1,193,739 | $1,201,313 | $1,205,838 | $1,207,715 | $1,208,373 | $13,842,549 | 299.69% |
| Sales Volume Above Break-Even | ($763,885) | ($777,069) | ($758,362) | ($875,063) | ($825,930) | ($840,929) | ($846,608) | ($832,739) | ($780,313) | ($723,838) | ($646,715) | ($566,373) | ($9,223,549) | ###### |
| **Net Income After Taxes Analysis** | | | | | | | | | | | | | | |
| Contribution Margin | 39.06% | 38.77% | 38.33% | 38.43% | 38.52% | 38.68% | 38.67% | 38.78% | 38.73% | 38.79% | 38.94% | 39.14% | 38.78% | |
| Break-Even Sales Volume | $1,007,942 | $1,019,131 | $1,034,830 | $1,069,803 | $1,080,438 | $1,134,404 | $1,077,742 | $1,079,264 | $1,085,728 | $1,089,464 | $1,090,836 | $1,091,137 | $12,846,480 | 278.12% |
| Sales Volume Above Break-Even | ($715,242) | ($727,631) | ($707,930) | ($824,303) | ($774,838) | ($789,604) | ($732,742) | ($718,264) | ($664,728) | ($607,464) | ($529,836) | ($449,137) | ($8,227,480) | ###### |

6/21/99

*** GROSS PROFIT ANALYSIS BY CUSTOMER/PRODUCT/SERVICE (Year 1 by month) ***

| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Year 1 | % of Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Delphi** | | | | | | | | | | | | | | |
| Sales | $139,600 | $70,900 | $67,800 | $48,500 | $50,700 | $55,000 | $60,000 | $60,000 | $112,000 | $166,000 | $224,000 | $264,000 | $1,318,500 | |
| Material | $62,800 | $31,900 | $30,500 | $21,800 | $22,600 | $24,800 | $27,000 | $27,000 | $50,400 | $74,700 | $100,800 | $118,800 | $593,300 | 45.00% |
| Labor | $20,900 | $10,600 | $10,200 | $7,300 | $7,600 | $8,300 | $9,000 | $9,000 | $16,800 | $24,900 | $33,600 | $39,600 | $197,800 | 15.00% |
| Fixed Cost of Goods & Services | $142,300 | $72,900 | $62,500 | $59,900 | $50,600 | $49,000 | $53,700 | $51,700 | $83,300 | $108,700 | $127,100 | $131,900 | $993,600 | 75.36% |
| Gross Profit | ($86,400) | ($44,500) | ($35,400) | ($40,500) | ($30,300) | ($27,100) | ($29,700) | ($27,700) | ($38,500) | ($42,300) | ($37,700) | ($26,300) | ($466,200) | -35.36% |
| % of Sales | -61.89% | -62.76% | -52.21% | -83.51% | -59.76% | -49.27% | -49.50% | -46.17% | -34.38% | -25.48% | -16.74% | -9.96% | -35.36% | |
| **Johnson Controls** | | | | | | | | | | | | | | |
| Sales | $51,300 | $61,400 | $73,100 | $58,700 | $69,700 | $65,000 | $65,000 | $65,000 | $68,000 | $73,000 | $78,000 | $78,000 | $806,200 | |
| Material | $26,700 | $31,900 | $38,000 | $30,500 | $36,200 | $33,800 | $33,800 | $33,800 | $35,400 | $38,000 | $40,600 | $40,600 | $419,300 | 52.01% |
| Labor | $7,700 | $9,200 | $11,000 | $8,800 | $10,500 | $9,800 | $9,800 | $9,800 | $10,200 | $11,000 | $11,700 | $11,700 | $121,200 | 15.03% |
| Fixed Cost of Goods & Services | $52,300 | $63,200 | $67,400 | $72,500 | $69,600 | $57,900 | $58,200 | $56,000 | $50,600 | $47,800 | $44,200 | $39,000 | $678,700 | 84.19% |
| Gross Profit | ($35,400) | ($42,900) | ($43,300) | ($53,100) | ($46,600) | ($36,500) | ($36,800) | ($34,600) | ($28,200) | ($23,800) | ($18,500) | ($13,300) | ($413,000) | -51.23% |
| % of Sales | -69.01% | -69.87% | -59.23% | -90.46% | -66.86% | -56.15% | -56.62% | -53.23% | -41.47% | -32.60% | -23.72% | -17.05% | -51.23% | |
| **Stant** | | | | | | | | | | | | | | |
| Sales | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $15,000 | $35,000 | |
| Material | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,000 | $2,000 | $2,000 | $2,000 | $7,000 | $15,000 | 42.86% |
| Labor | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $750 | $750 | $750 | $750 | $2,250 | $5,250 | 15.00% |
| Fixed Cost of Goods & Services | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,300 | $3,700 | $3,300 | $2,800 | $7,500 | $21,600 | 61.71% |
| Gross Profit | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($2,050) | ($1,450) | ($1,050) | ($550) | ($1,750) | ($6,850) | -19.57% |
| % of Sales | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | -41.00% | -29.00% | -21.00% | -11.00% | -11.67% | -19.57% | |
| **GM Metal Fab** | | | | | | | | | | | | | | |
| Sales | $40,000 | $58,300 | $100,700 | $46,600 | $96,900 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $843,500 | |
| Material | $18,000 | $26,000 | $45,000 | $21,000 | $44,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $380,000 | 45.05% |
| Labor | $6,000 | $8,745 | $15,105 | $6,990 | $14,535 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $126,525 | 15.00% |
| Fixed Cost of Goods & Services | $40,800 | $60,000 | $92,900 | $57,600 | $96,700 | $89,000 | $89,600 | $86,200 | $74,400 | $65,500 | $56,700 | $50,000 | $665,700 | 78.92% |
| Gross Profit | ($24,800) | ($36,445) | ($52,305) | ($38,990) | ($58,335) | ($49,000) | ($49,600) | ($46,200) | ($34,400) | ($25,500) | ($16,700) | ($10,000) | ($328,725) | -38.97% |
| % of Sales | -62.00% | -62.51% | -51.94% | -83.67% | -60.20% | -49.00% | -49.60% | -46.20% | -34.40% | -25.50% | -16.70% | -10.00% | -38.97% | |
| **GT Products** | | | | | | | | | | | | | | |
| Sales | $40,000 | $58,300 | $100,700 | $46,700 | $27,300 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $64,000 | $78,000 | $665,000 | |
| Material | $18,000 | $26,000 | $45,000 | $21,000 | $12,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $29,000 | $35,000 | $301,000 | 45.26% |
| Labor | $6,000 | $8,745 | $15,105 | $7,005 | $4,095 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $9,600 | $11,700 | $99,750 | 15.00% |
| Fixed Cost of Goods & Services | $40,800 | $60,000 | $92,900 | $57,700 | $27,200 | $44,500 | $44,800 | $43,100 | $37,200 | $32,700 | $36,300 | $39,000 | $556,200 | 83.64% |
| Gross Profit | ($24,800) | ($36,445) | ($52,305) | ($39,005) | ($15,995) | ($25,000) | ($25,300) | ($23,600) | ($17,700) | ($13,200) | ($10,900) | ($7,700) | ($291,950) | -43.90% |
| % of Sales | -62.00% | -62.51% | -51.94% | -83.52% | -58.59% | -50.00% | -50.60% | -47.20% | -35.40% | -26.40% | -17.03% | -9.87% | -43.90% | |
| **Oxford** | | | | | | | | | | | | | | |
| Sales | $3,200 | $3,200 | $1,600 | $1,800 | $2,800 | $2,800 | $3,000 | $4,000 | $6,000 | $6,000 | $6,000 | $6,000 | $46,600 | |
| Material | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $2,000 | $3,000 | $3,000 | $3,000 | $3,000 | $21,000 | 45.06% |
| Labor | $480 | $480 | $270 | $270 | $420 | $420 | $450 | $600 | $900 | $900 | $900 | $900 | $6,990 | 15.00% |
| Fixed Cost of Goods & Services | $3,300 | $3,300 | $1,700 | $2,200 | $2,800 | $2,500 | $2,700 | $3,500 | $4,500 | $3,900 | $3,400 | $3,000 | $36,800 | 78.97% |
| Gross Profit | ($1,580) | ($1,580) | ($1,170) | ($1,670) | ($1,420) | ($1,120) | ($1,150) | ($2,100) | ($2,400) | ($1,800) | ($1,300) | ($900) | ($18,190) | -39.03% |
| % of Sales | -49.38% | -49.38% | -65.00% | -92.78% | -50.71% | -40.00% | -38.33% | -52.50% | -40.00% | -30.00% | -21.67% | -15.00% | -39.03% | |
| **Textron** | | | | | | | | | | | | | | |
| Sales | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 | |
| Material | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $10,000 | 40.00% |
| Labor | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $750 | $750 | $750 | $750 | $750 | $3,750 | 15.00% |
| Fixed Cost of Goods & Services | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,300 | $3,700 | $3,300 | $2,800 | $2,500 | $16,600 | 66.40% |
| Gross Profit | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($2,050) | ($1,450) | ($1,050) | ($550) | ($250) | ($5,350) | -21.40% |
| % of Sales | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | -41.00% | -29.00% | -21.00% | -11.00% | -5.00% | -21.40% | |
| **Other** | | | | | | | | | | | | | | |
| Sales | $58,600 | $97,700 | $83,500 | $43,200 | $58,200 | $72,000 | $67,000 | $72,000 | $75,000 | $77,000 | $79,000 | $96,000 | $879,200 | |
| Material | $26,000 | $44,000 | $38,000 | $19,000 | $26,000 | $32,000 | $30,000 | $32,000 | $34,000 | $35,000 | $36,000 | $43,000 | $395,000 | 44.93% |
| Labor | $8,790 | $14,655 | $12,525 | $6,480 | $8,730 | $10,800 | $10,050 | $10,800 | $11,250 | $11,550 | $11,850 | $14,400 | $131,880 | 15.00% |
| Fixed Cost of Goods & Services | $59,700 | $100,500 | $77,000 | $53,400 | $58,100 | $64,100 | $60,000 | $62,000 | $55,800 | $50,500 | $44,800 | $48,000 | $733,900 | 83.47% |
| Gross Profit | ($35,890) | ($61,455) | ($44,025) | ($35,680) | ($34,630) | ($34,900) | ($33,050) | ($32,800) | ($26,050) | ($20,050) | ($13,650) | ($9,400) | ($381,580) | -43.40% |
| % of Sales | -61.25% | -62.90% | -52.72% | -82.59% | -59.50% | -48.47% | -49.33% | -45.56% | -34.73% | -26.04% | -17.28% | -9.79% | -43.40% | |

*** BUDGET (Year 1 by month) ***  6/21/99

| Sales | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Year 1 | % of Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delphi | $139,600 | $70,900 | $67,800 | $48,500 | $50,700 | $55,000 | $60,000 | $80,000 | $112,000 | $166,000 | $224,000 | $264,000 | $1,318,500 | 28.55% |
| Johnson Controls | $51,300 | $61,400 | $73,100 | $58,700 | $69,700 | $65,000 | $65,000 | $65,000 | $68,000 | $73,000 | $78,000 | $78,000 | $806,200 | 17.45% |
| Stant | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $15,000 | $35,000 | 0.76% |
| GM Metal Fab | $0 | $0 | $100,700 | $46,600 | $96,900 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $843,500 | 18.26% |
| GT Products | $40,000 | $58,300 | $100,700 | $46,700 | $27,300 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $64,000 | $78,000 | $665,000 | 14.40% |
| Oxford | $3,200 | $3,200 | $1,800 | $1,800 | $2,800 | $2,800 | $3,000 | $4,000 | $6,000 | $6,000 | $6,000 | $6,000 | $46,600 | 1.01% |
| Textron | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 | 0.54% |
| Other | $58,600 | $97,700 | $83,500 | $43,200 | $58,200 | $72,000 | $67,000 | $72,000 | $75,000 | $77,000 | $79,000 | $96,000 | $879,200 | 19.03% |
| **Total Sales** | $292,700 | $291,500 | $326,900 | $245,500 | $305,600 | $344,800 | $345,000 | $361,000 | $421,000 | $482,000 | $561,000 | $642,000 | $4,619,000 | 100.00% |
| *Cost of Goods Sold* | | | | | | | | | | | | | | |
| Material | $134,500 | $134,800 | $152,500 | $114,300 | $142,000 | $159,600 | $159,800 | $166,800 | $194,800 | $222,700 | $258,400 | $294,400 | $2,134,600 | 46.21% |
| Labor | $43,870 | $43,680 | $49,100 | $36,845 | $45,880 | $51,820 | $51,800 | $54,200 | $63,150 | $72,350 | $84,150 | $96,300 | $693,145 | 15.01% |
| Total Variable COGS | $178,370 | $178,480 | $201,600 | $151,145 | $187,880 | $211,420 | $211,600 | $221,000 | $257,950 | $295,050 | $342,550 | $390,700 | $2,827,745 | 61.22% |
| % of Total Sales | 60.94% | 61.23% | 61.67% | 61.57% | 61.48% | 61.32% | 61.33% | 61.22% | 61.27% | 61.21% | 61.06% | 60.86% | 61.22% | |
| *Fixed Cost of Goods & Services* | | | | | | | | | | | | | | |
| Production Management Salaries | $70,000 | $70,058 | $70,116 | $70,174 | $70,232 | $70,290 | $70,348 | $70,406 | $70,464 | $70,522 | $70,581 | $70,640 | $843,831 | 18.27% |
| Production Facility Expense | $75,927 | $75,927 | $75,927 | $75,927 | $75,927 | $75,927 | $75,927 | $75,927 | $75,927 | $75,927 | $75,927 | $75,927 | $911,124 | 19.73% |
| Production Equipment Rental | $101,476 | $101,476 | $101,476 | $101,476 | $101,476 | $101,476 | $101,476 | $101,476 | $101,476 | $101,476 | $101,476 | $101,476 | $1,217,712 | 26.36% |
| Small Tools / Supplies | $15,000 | $15,037 | $15,074 | $15,111 | $15,148 | $15,185 | $15,222 | $15,260 | $15,298 | $15,336 | $15,374 | $15,412 | $182,457 | 3.95% |
| Packaging Supplies | $12,000 | $12,010 | $12,020 | $12,030 | $12,040 | $12,050 | $12,060 | $12,070 | $12,080 | $12,090 | $12,100 | $12,110 | $144,660 | 3.13% |
| Other Production Expenses | $24,000 | $25,427 | $26,939 | $28,541 | $30,238 | $32,036 | $33,941 | $35,959 | $38,097 | $40,362 | $42,762 | $45,305 | $403,607 | 8.74% |
| Total Fixed Cost of Goods & Services | $298,403 | $299,935 | $301,552 | $303,259 | $305,061 | $306,964 | $308,974 | $311,098 | $313,342 | $315,713 | $318,220 | $320,870 | $3,703,391 | 80.18% |
| % of Total Sales | 101.95% | 102.89% | 92.25% | 123.53% | 99.82% | 89.03% | 89.56% | 86.18% | 74.43% | 65.50% | 56.72% | 49.98% | 80.18% | |
| Total Cost of Goods Sold | $476,773 | $478,415 | $503,152 | $454,404 | $492,941 | $518,384 | $520,574 | $532,098 | $571,292 | $610,763 | $660,770 | $711,570 | $6,531,136 | 141.40% |
| Gross Profit | ($184,073) | ($186,915) | ($176,252) | ($208,904) | ($187,341) | ($173,584) | ($175,574) | ($171,098) | ($150,292) | ($128,763) | ($99,770) | ($69,570) | ($1,912,136) | -41.40% |
| % of Total Sales | -62.89% | -64.12% | -53.92% | -85.09% | -61.30% | -50.34% | -50.89% | -47.40% | -35.70% | -26.71% | -17.78% | -10.84% | -41.40% | |
| *Operating Expenses* | | | | | | | | | | | | | | |
| *Sales & Marketing* | | | | | | | | | | | | | | |
| Advertising | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Commissions | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Entertainment | $3,500 | $3,509 | $3,518 | $3,527 | $3,536 | $3,545 | $3,554 | $3,563 | $3,572 | $3,581 | $3,590 | $3,599 | $42,594 | 0.92% |
| Literature | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Vehicles | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $60,000 | 1.30% |
| Salaries | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $300,000 | 6.49% |
| Trade Shows | $50 | $53 | $56 | $59 | $63 | $67 | $71 | $75 | $79 | $84 | $89 | $94 | $840 | 0.02% |
| Travel | $1,500 | $1,504 | $1,508 | $1,512 | $1,516 | $1,520 | $1,524 | $1,528 | $1,532 | $1,536 | $1,540 | $1,544 | $18,264 | 0.40% |
| Total Sales & Marketing Costs | $35,050 | $35,066 | $35,082 | $35,098 | $35,115 | $35,132 | $35,149 | $35,166 | $35,183 | $35,201 | $35,219 | $35,237 | $421,698 | 9.13% |
| % of Total Sales | 11.97% | 12.03% | 10.73% | 14.30% | 11.49% | 10.19% | 10.19% | 9.74% | 8.36% | 7.30% | 6.28% | 5.49% | 9.13% | |
| *Research & Development* | | | | | | | | | | | | | | |
| Consulting | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Equipment (Expensed Purchases) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| R & D Materials | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| R & D Salaries | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Total R & D Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| % of Total Sales | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | |

6/21/99

| General & Administrative | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounting | $1,000 | $1,002 | $1,004 | $1,006 | $1,008 | $1,010 | $1,012 | $1,014 | $1,017 | $1,020 | $1,023 | $1,026 | $12,142 | 0.26% |
| Admin Salaries | $37,500 | $37,531 | $37,562 | $37,593 | $37,624 | $37,655 | $37,686 | $37,717 | $37,748 | $37,779 | $37,810 | $37,841 | $452,046 | 9.79% |
| Bad Debts | $2,000 | $2,002 | $2,004 | $2,006 | $2,008 | $2,010 | $2,012 | $2,014 | $2,016 | $2,018 | $2,020 | $2,022 | $24,132 | 0.52% |
| Depreciation | $16,454 | $16,454 | $16,454 | $29,371 | $32,704 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $53,538 | $486,203 | 10.53% |
| Equipment Rental/Small Purchases | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $3,600 | 0.08% |
| Insurance | $3,000 | $3,002 | $3,004 | $3,005 | $3,008 | $3,010 | $3,012 | $3,014 | $3,017 | $3,020 | $3,023 | $3,026 | $36,142 | 0.78% |
| Legal Fees | $4,000 | $4,003 | $4,006 | $4,009 | $4,012 | $4,015 | $4,018 | $4,021 | $4,024 | $4,027 | $4,030 | $4,033 | $48,198 | 1.04% |
| Licenses and Permits | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Office Expenses | $2,000 | $2,002 | $2,004 | $2,006 | $2,008 | $2,010 | $2,012 | $2,014 | $2,016 | $2,018 | $2,020 | $2,022 | $24,132 | 0.52% |
| Office Rental | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Taxes (non-Income Taxes) | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 | 2.60% |
| Telephone | $3,000 | $3,007 | $3,014 | $3,021 | $3,028 | $3,035 | $3,042 | $3,050 | $3,058 | $3,066 | $3,074 | $3,082 | $36,477 | 0.79% |
| Utilities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Total G & A Costs | $79,254 | $79,303 | $79,352 | $92,318 | $95,700 | $116,583 | $116,632 | $116,682 | $116,734 | $116,786 | $116,838 | $116,890 | $1,243,072 | 26.91% |
| % of Total Sales | 27.08% | 27.21% | 24.27% | 37.60% | 31.32% | 33.81% | 33.81% | 32.32% | 27.73% | 24.23% | 20.83% | 18.21% | 26.91% | |
| Total Operating Expenses | $114,304 | $114,369 | $114,434 | $127,416 | $130,815 | $151,715 | $151,761 | $151,848 | $151,917 | $151,987 | $152,057 | $152,127 | $1,664,770 | 36.04% |
| % of Total Sales | 39.05% | 39.23% | 35.01% | 51.90% | 42.81% | 44.00% | 43.99% | 42.06% | 36.08% | 31.53% | 27.10% | 23.70% | 36.04% | |
| Income From Operations | ($298,377) | ($301,284) | ($290,686) | ($336,320) | ($318,156) | ($325,299) | ($327,355) | ($322,946) | ($302,206) | ($280,750) | ($251,827) | ($221,697) | ($3,576,906) | -77.44% |
| % of Total Sales | -101.94% | -103.36% | -88.92% | -136.99% | -104.11% | -94.34% | -94.89% | -89.46% | -71.78% | -58.25% | -44.89% | -34.53% | -77.44% | |
| Interest Income | $1,000 | $991 | $982 | $973 | $964 | $956 | $948 | $940 | $932 | $924 | $916 | $908 | $11,434 | 0.25% |
| Interest Expense | $20,000 | $20,159 | $20,320 | $20,482 | $20,645 | $20,810 | $44,976 | $45,335 | $45,697 | $46,061 | $46,428 | $46,798 | $397,711 | 8.61% |
| Income before Taxes | ($317,377) | ($320,452) | ($310,024) | ($355,829) | ($337,837) | ($345,153) | ($371,383) | ($367,341) | ($346,974) | ($325,887) | ($297,339) | ($267,587) | ($3,963,183) | -85.80% |
| Taxes on Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Net Income After Taxes | ($317,377) | ($320,452) | ($310,024) | ($355,829) | ($337,837) | ($345,153) | ($371,383) | ($367,341) | ($346,974) | ($325,887) | ($297,339) | ($267,587) | ($3,963,183) | -85.80% |
| % of Total Sales | -108.43% | -109.93% | -94.84% | -144.94% | -110.55% | -100.10% | -107.65% | -101.76% | -82.42% | -67.61% | -53.00% | -41.68% | -85.80% | |