NuTech Plastics Engineering, Inc.
Cost of Sales by Product
For the Periods Ending

4/22/99 10:57 AM

| | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Tooling | 61,500 | 1,700 | 20,750 | 62,288 | 64,371 | 257,112 | 776,181 | 152,592 | 82,099 | 44,100 | 28,463 | 125,417 | 1,726,073 |
| Division 2 Purchasing | 725,381 | 476,698 | 476,795 | 592,349 | 525,457 | 1,867,928 | 1,963,665 | 353,635 | 151,432 | 141,012 | 1,007,536 | 1,098,709 | 9,380,649 |
| Miscellaneous Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Research & Development | - | - | 1,000 | - | - | - | - | - | - | - | - | - | 1,000 |
| **Delphi** | | | | | | | | | | | | | |
| CH Reservoir | 28,711 | 28,563 | 33,151 | 31,375 | 30,783 | 10,613 | - | 42,179 | 32,707 | 33,891 | 32,855 | 30,339 | 335,168 |
| CK Reservoir | 9,561 | 10,926 | 11,837 | 10,016 | 10,016 | 1,921 | 911 | 1,921 | 1,821 | 1,366 | 356 | 1,295 | 61,846 |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| S-10 Reservoir | - | - | - | 95 | - | - | 408 | - | 408 | - | 816 | - | 1,727 |
| S-325 Reservoir | - | - | - | 177 | 730 | - | 369 | - | - | - | - | - | 1,476 |
| S-330 Reservoir | - | - | - | 376 | - | - | - | - | - | - | - | - | 376 |
| Cap (with post) | - | - | - | - | 756 | - | - | 1,512 | - | - | - | - | 2,268 |
| Body Valve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F/PMP Reservoir | 148,339 | 181,266 | 206,316 | 209,818 | 196,367 | 67,122 | 36,562 | 198,461 | 106,633 | 95,779 | 80,546 | 91,546 | 1,618,754 |
| Arm | 15,088 | 15,615 | 17,850 | 17,425 | 17,213 | 9,953 | 1,275 | 24,047 | 20,188 | 21,038 | 24,013 | 14,663 | 198,399 |
| Impeller | - | - | - | 1,598 | - | - | 3,008 | - | - | - | - | - | 4,515 |
| Connector | - | - | - | - | - | - | 7,750 | - | (3,250) | - | - | - | 4,500 |
| Bullit | - | - | - | - | - | - | - | - | - | 332 | 724 | 284 | 1,539 |
| Other | - | - | - | - | - | - | 18,558 | - | - | - | - | - | 18,998 |
| **Total Delphi Cost of Sales** | 201,699 | 236,370 | 269,154 | 270,988 | 255,864 | 89,545 | 69,280 | 268,119 | 158,507 | 153,505 | 138,910 | 138,126 | 2,249,665 |
| **Chrysler** | | | | | | | | | | | | | |
| B-Post | 2,371 | 2,558 | 6,358 | 2,687 | 2,942 | 2,505 | 2,558 | 1,310 | 2,933 | 3,619 | 2,503 | 3,853 | 35,997 |
| Sound Shield | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Chrysler Cost of Sales** | 2,371 | 2,558 | 6,358 | 2,687 | 2,942 | 2,505 | 2,558 | 1,310 | 2,933 | 3,619 | 2,503 | 3,853 | 35,997 |
| **Johnson Controls** | | | | | | | | | | | | | |
| Chrysler Battery Box | 1 | - | 578 | - | 3 | 12,550 | 10,837 | 15,745 | 25,764 | 18,429 | 30,877 | 21,291 | 136,075 |
| Motorcraft Battery Box | 3 | - | 1,569 | - | 4 | 7,867 | 7,962 | 5,725 | 17,176 | 17,176 | 36,858 | 37,931 | 132,273 |
| **Total Johnson Controls Cost of Sal** | 4 | - | 2,147 | - | 7 | 20,417 | 18,799 | 21,470 | 42,941 | 35,605 | 67,734 | 59,223 | 268,347 |
| **GT Products** | | | | | | | | | | | | | |
| 19605 Clip | - | 25 | - | - | 19 | - | 56 | 313 | - | - | 38 | - | 451 |
| 19478 Cap | 1,123 | 2,191 | 952 | 1,292 | 1,292 | 690 | 1,224 | 1,325 | 1,088 | 1,632 | 1,972 | - | 15,272 |
| 19588 Csp | - | - | 45 | - | - | - | 90 | 525 | - | - | 375 | - | 1,035 |
| 19477 Upper Body | - | 848 | 1,130 | 2,370 | 1,503 | 3,774 | 723 | 5,751 | 2,312 | 2,659 | 4,905 | - | 24,973 |
| 19491 ORVR Body | 18,435 | 28,571 | 40,660 | 29,792 | 30,324 | 28,952 | 41,420 | 37,316 | (684) | 40,052 | 30,628 | 26,752 | 353,217 |
| 19591 OPR Sleeve | 12 | 1 | 45 | - | - | - | 156 | 795 | 60 | - | - | - | 1,064 |
| 19492 ORVR Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 19680 Upper Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total GT Products** | 19,570 | 31,636 | 42,832 | 33,454 | 33,138 | 33,406 | 43,663 | 46,536 | 2,776 | 44,343 | 37,921 | 26,752 | 395,616 |
| **Briskin Manufacturing** | | | | | | | | | | | | | |
| 16651 F Reservoir | - | 1,486 | 1,698 | 3,396 | 2,850 | - | - | - | - | - | - | - | 9,431 |
| 7718 CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Briskin Manufacturing** | - | 1,486 | 1,698 | 3,396 | 2,850 | - | - | - | - | - | - | - | 9,431 |
| **GMSPO** | | | | | | | | | | | | | |
| 15553636 Grille | - | - | - | 30,479 | - | - | - | - | - | 17,852 | - | - | 48,330 |
| 15553639 Grille | - | - | - | 30,421 | - | - | - | - | - | - | - | - | 30,421 |
| 15554910 Grille | - | - | - | 31,338 | - | - | - | - | - | - | - | - | 31,338 |
| 15554911 Grille | - | - | - | 29,978 | - | - | - | - | - | 16,664 | 90 | - | 46,732 |
| | - | - | - | - | - | - | - | - | - | 34,516 | 90 | - | 156,821 |
| **Total GMSPO** | - | - | - | 122,216 | - | - | - | - | - | - | - | - | - |
| **Powertrain** | | | | | | | | | | | | | |
| 24206025 Piston | - | - | - | - | 285 | 648 | 78 | 670 | 6,614 | 7,373 | 7,567 | 6,149 | 29,384 |
| 8653088 Piston | - | - | - | - | 339 | 604 | 291 | 763 | 7,775 | 7,275 | 6,766 | 6,655 | 30,468 |
| **Total Powertrain** | - | - | - | - | 624 | 1,252 | 369 | 1,433 | 14,389 | 14,648 | 14,333 | 12,804 | 59,852 |
| **Oxford Suspension Limited** | | | | | | | | | | | | | |
| 5022 Liner-Interleaf | - | - | - | 16 | - | - | - | - | - | - | - | - | 16 |
| 5075 Liner-Tip Insert | - | - | - | - | - | - | 6 | - | - | 3,876 | 2 | 2 | 3,886 |
| 5111 Liner-Interleaf | - | - | - | 15 | - | - | - | - | - | - | - | - | 15 |
| 5034 Liner-Interleaf | - | - | - | - | - | - | - | 1 | - | 87 | (87) | 0 | 1 |
| 5070 Liner-Tip Insert | - | - | - | - | - | 30 | - | - | 0 | 1,687 | 1,777 | 1,998 | 5,492 |
| 5172 Liner-Special | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5173 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5113 Liner-Interleaf | - | - | - | 30 | - | - | 30 | 6 | 1 | 0 | 5,650 | 1,692 | 1,999 | 9,408 |
| **Total Oxford Suspension Limited** | | | | | | | | | | | | | |
| **Stant** | | | | | | | | | | | | | |
| Backing Plate | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lower Housing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Stant** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Reacom** | | | | | | | | | | | | | |
| 24000083 Head Cover Rear | - | - | - | - | - | - | 0 | - | - | - | - | - | 0 |
| 24000088 Nut Cover | - | - | - | - | - | - | - | 259 | - | - | - | - | 259 |
| 24000090 Spacer | - | - | - | - | - | - | - | 260 | - | 0 | - | - | 260 |
| 24000091 Spacer | - | - | - | - | - | - | - | - | - | 240 | - | - | 240 |
| 24000092 Seal | - | - | - | - | - | - | - | - | - | 240 | - | - | 240 |
| 24000093 Seal | - | - | - | - | - | 1,310 | 9,746 | 7,991 | (393) | 9,799 | - | 5,240 | 33,693 |
| 10483863 Intermediate Cove | - | - | - | - | - | - | 3,429 | 16,612 | - | 7,620 | - | 5,080 | 31,751 |
| 10483864 Final Cover | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Reacom** | - | - | - | - | - | 1,310 | 13,175 | 24,122 | 87 | 17,419 | - | 10,320 | 66,444 |
| **Buckley Manufacturing** | | | | | | | | | | | | | |
| CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Buckley Manufacturing** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 1,006,525 | 751,478 | 820,754 | 1,087,464 | 885,754 | 2,273,806 | 2,891,299 | 869,729 | 455,164 | 493,917 | 1,298,832 | 1,476,203 | 14,171,203 |
| | 282,711 | 309,585 | 350,300 | 474,845 | 297,922 | 128,673 | 99,891 | 468,635 | 196,942 | 251,518 | 222,147 | 132,529 | 3,213,649 |