NuTech Plastics Engineering, Inc.
Lease Payments by Due Date

| Due Date | Bldgs. | Equip. | Equip. | Equip. | Equip. | Equip. | Equip. | Equip. | Equip. | Equip. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $75,927.50 | 17,955.62 | 1,820.66 | | | | | | | | $ 95,703.78 |
| 2 | | 1,086.87 | | | | | | | | | 1,086.87 |
| 3 | | | | | | | | | | | - |
| 4 | | | | | | | | | | | - |
| 5 | | | | | | | | | | | - |
| 6 | | | | | | | | | | | - |
| 7 | | 2,417.61 | | | | | | | | | 2,417.61 |
| 8 | | | | | | | | | | | - |
| 9 | | | | | | | | | | | - |
| 10 | | 16,064.39 | | | | | | | | | 16,064.39 |
| 11 | | | | | | | | | | | - |
| 12 | | | | | | | | | | | - |
| 13 | | | | | | | | | | | - |
| 14 | | | | | | | | | | | - |
| 15 | | 4,475.37 | 14,629.05 | 5,964.12 | 2,767.93 | 5,386.39 | 10,484.21 | 8,149.96 | 3,912.57 | 19,121.14 | 2,392.94 | 77,283.68 |
| 16 | | | | | | | | | | | - |
| 17 | | | | | | | | | | | - |
| 18 | | | | | | | | | | | - |
| 19 | | | | | | | | | | | - |
| 20 | | | | | | | | | | | - |
| 21 | | | | | | | | | | | - |
| 22 | | | | | | | | | | | - |
| 23 | | | | | | | | | | | - |
| 24 | | | | | | | | | | | - |
| 25 | | | | | | | | | | | - |
| 26 | | | | | | | | | | | - |
| 27 | | | | | | | | | | | - |
| 28 | | | | | | | | | | | - |
| 29 | | | | | | | | | | | - |
| 30 | | | | | | | | | | | - |
| 31 | | | | | | | | | | | - |
| Total | $75,927.50 | | | | | | | | | | $192,556.33 |

Buildings $ 75,927.50
Equipment $116,628.83
Total $192,556.33

Prep'd by BBK 9/15/99

Leases Summary

Nu-Tech Plastics Engineering, Inc.
Summary of Rent Property Leases

| Property Address | Date of Lease | Landlord | Tenant | Initial Term | Renewal Options | Square Ft Office | Square Ft Mfg | Square Ft Total | Rate per Square Ft Office | Rate per Square Ft Mfg | Escalator | Annual Rent Office | Annual Rent Mfg | Annual Rent Total | Monthly Rent due 1st | Passthroughs R/E Tax | Passthroughs Insurance | Passthroughs CAM | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8098 Embury Road, Suite C, Grand Blanc Township, MI | 1-24-96 | John G. Cooper | Nu-Tech Plastics | 5 yrs | 2 @ 5 yrs | 2,000 | 7,000 | 9,000 | $ 14 | $ 10 | None | $ 28,000 | $ 70,000 | $ 98,000 | $ 8,166.67 | Tenant | Tenant | Tenant | $ - |
| 8014 Embury Road, Grand Blanc Township, MI | 3-26-97 | John G. Cooper | Nu-Tech Plastics | 10 yrs | 2 @ 10 yrs | - | 15,875 | 15,875 | $ - | $ 10 | 10 yr 3-10 = $10 plus CPI, not less than $10.50 | $ - | 158,750 | $ 158,750 | $13,229.17 | Tenant | Tenant | Tenant | $ - |
| 4098 Baldwin Road, Building A, Holly MI | 7-1-97 | Au Design, LC | Nu-Tech Plastics | 3 yrs | TBD 90 days prior to expir | - | 10,000 (estimated) | 10,000 | $ - | $ 15.25 | None | $ - | 152,460 | $ 152,460 | $12,705.00 | Tenant | Tenant | Tenant | $ 5,000 |
| 4098 Baldwin Road, Building B, Holly MI | 1-1-98 | Au Design, LC | Nu-Tech Plastics | 5 yrs | TBD 90 days prior to expir | - | 10,000 (estimated) | 10,000 | $ - | $ 11.99 | None | $ - | 119,929 | $ 119,929 | $ 9,993.33 | Tenant | Tenant | Tenant | $ 10,000 |
| G - 4137 Lennon Road, Swartz Creek MI | 9-1-98 | John G. Cooper | Nu-Tech Plastics | 7 yrs | 1 @ 5 yrs | 4,000 G2 Rooms | 34,000 | 38,000 | not spec'd | not spec'd | None | not spec'd | not spec'd | $ 382,000 | $31,833.33 | Tenant | Tenant | Tenant | $ 31,833 |
| Total |  |  |  |  |  | 6,000 | 76,875 | 82,875 |  |  |  |  |  | $ 911,139 | $75,927.50 |  |  |  | $ 46,833 |

Divided by total square ft: $ 82,875
Rate per total square foot: $ 10.99

Annual Rent if Base Rate =
| | | |
|---|---|---|
| $ | 2.00 | $ 165,750 |
| $ | 3.00 | $ 248,625 |
| Market Rate | 4.00 | $ 331,500 |
| | 5.00 | $ 414,375 |

Savings/Yr (assume same taxes, ins, CAM)
$ 745,380
$ 662,505
$ 579,630
$ 496,755