## CLOSING STATEMENT
### REGARDING PURCHASE OF ASSETS OF NU-TECH PLASTICS ENGINEERING, INC. BY RAPID PRODUCT TECHNOLOGIES, LLC

I. **PURCHASE PRICE**

   A. Business assets, fixtures, equipment, goodwill, name and covenant not to compete, etc.

                                                                                    $825,000.00
                                                                                  (Paid Dec. 1, 1999)

**PLUS**

   B. Inventory                                                                       $390,774.70

**Total Purchase Price Before Credits:**                            $ 1,215,774.70

II. **CREDITS** (to be finally determined as of Closing)

| | | | |
|---|---|---|---|
| A. | Buyer: | Accts. Rec. | $125,836.35 |
| | | Other Adjustments | $825,000.00 Paid Dec.1, 1999 |
| | | Total Credits to Buyer: | $950,836.35 |
| B. | Seller: | Adjustments | $ -0- |
| | | Total Credits to Seller: | $ -0- |

III. **BALANCE OF PURCHASE PRICE TO BE PAID AT CLOSING:**      $264,938.35

Acknowledged and Agreed:

Seller:                                                   Buyer:

NU-TECH PLASTICS ENGINEERING, INC.      RAPID PRODUCT TECHNOLOGIES LLC

By: _[signature]_ 1-11-00                          By: _[signature]_
Its: V. Pres                                        Manu Bhatia, CEO
                                                        and
                                                        By: _[signature]_
                                                        Miguel Linares, President
                                                        01/11/00

Leeman
EXHIBIT NO. 5
T.J.B. 5/16/05