| United States Bankruptcy Court<br>Southern District of New York (Manhattan) | | Request for<br>Administrative Expense |
|---|---|---|
| **Name of Debtor**<br><br>Delphi Corporation | **Case Number**<br><br>05-44481 | |
| **Name of Creditor** (The person or other entity to whom the debtor owes money or property):<br><br>Sun Microsystems, Inc. | ❑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| **Name and address where notices should be sent:**<br><br>Lawrence M. Schwab, Esq.<br>Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Telephone number: (650) 857-9500 | ❑ Check box if you have never received any notices from the bankruptcy court in this case<br><br>❑ Check box if the address differs from the address on the envelope sent to you by the court. | **This space is for Court Use Only** |

1. **Basis for Administrative Expense**
   - ❑ Goods sold
   - ❑ Services performed
   - ❑ Money loaned
   - ❑ Personal injury/wrongful death
   - ❑ Taxes
   - X Other ___See Attachment 1___

| 2. **Date debt was incurred:** See Attachment 1 | 3. **If court judgment, date obtained:** |
|---|---|

4. **Total Amount of Administrative Expense:** $ ___114,168.03___

5. **CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this request.

6. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is for Court Use Only

| Date<br><br>April 16, 2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>Patrick M. Costello, Attorney-in-fact |
|---|---|

**Attachment 1 to Request for Administrative Expense
of Sun Microsystems, Inc.**

**Debtor:**      **Delphi Corporation**                                    **Case Number: 05-44481**
**Creditor:**    **Sun Microsystems, Inc.**

**Amount of Administrative Expense: $114,168.03**

**Statement of Claim**

Delphi Corporation, aka Delphi Automotive Systems Corporation (the "Debtor") is liable to
Sun Microsystems, Inc. (the "Creditor"), in the amount of not less than $114,168.03 for amounts due
and payable under the terms of five Support Agreements between Creditor and Debtor, Contracts
No.NK20185059, NK20207149, NK20213916, NK20202584, and NK20190952 (collectively, the
"Service Contracts"). Copies of the outstanding invoices and Service Contracts are attached hereto as
Exhibit A. A summary of the amount of administrative expense is set forth below.

| Contract # | Term End Date | Total Contract Balance | Invoice # | Service Period | Invoice Amount | Post-petition | Post-petition (Unbilled) |
|---|---|---|---|---|---|---|---|
| NK20185059 | 7/31/06 | $17,498.60 | 10799968 | 8/1/05-7/31/06 | $17,498.60 | $14,238.59 | $0.00 |
| NK20207149 | 6/30/07 | $19,854.72 | 10794449 | 7/1/05-6/30/06 | $9,927.36 | $7,234.73 | $9,927.36 |
| NK20213916 | 9/30/07 | $5,596.24 | 10814010 | 10/1/05-4/30/06 | $5,596.24 | $5,411.46 | $0.00 |
| NK20202584 | 5/31/06 | $3,119.95 | 10792752 | 6/1/05-5/31/06 | $3,119.95 | $2,017.28 | $0.00 |
| NK20190952 | 9/30/06 | $76,811.71 | 10816630 | 10/1/05-9/30/06 | $76,811.71 | $75,338.61 | $0.00 |
|  |  | $122,881.22 |  |  |  | $104,240.67 | $9,927.36 |

Creditor reserves the right to amend and/or supplement this Request for Administrative
Expense in any manner to state additional amounts which may be determined to be due under the
Service Contracts. To the extent that the services and consideration have been provided to affiliates of
the Debtor jointly administered with the Debtor, this Request for Administrative Expense shall be
deemed a Request for Administrative Expense in such affiliate's case.

This Request for Administrative Expense is being filed for the purpose of notifying the Debtor
of Creditor's request for allowance of administrative expenses and to comply with the requirements of
any applicable bar date for requests for administrative expenses. Creditor reserves the right to
supplement this Request with additional documents and evidence at the time it requests a hearing on
allowance and payment of its administrative request.

Exhibit A

| INVOICE NO. | PAGE | INVOICE DATE |
|---|---|---|
| 10799968 | 1 of 1 | 04-AUG-05 |

**BILL TO ID NO.** 1711617-629367

DELPHI AUTOMOTIVE SYSTEMS CORP
ACCOUNTS PAYABLE
PO BOX 92700
ROCHESTER                NY 14692-8800

**REMIT TO:**
Sun Microsystems, Inc.
C/o Bank of America
12120 Collection Center Drive
CHICAGO                IL 60693-1212

**DIRECT BILLING INQUIRIES TO:**
**DIRECT SERVICE CONTRACT INQUIRIES TO:**
STEPHEN GARCIA
303-272-6780
1-800-USA-4SUN

| PURCHASE ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|
| DNS07197 | NET 30 | 03-SEP-05 |

**CONTRACT NUMBER** NK20185059

| ITEM | CLIN | SVC LEVEL | MKT PART # | DESCRIPTION | INV FROM DT | INV TO DT | QUANTITY | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SITE LOCATION: 171617-771801 DELPHI AUTOMOTIVE SYSTEMS CORP 5725 DELPHI DR WC 483.400.101 TROY   MI 48098-2815 | | | | | | | |
| 1 | | SGLD | A40-WSPF4-86GB1# 0333MM209B HN33155719 | Sun Spectrum II Gold | 01-AUG-2005 | 31-JUL-2006 | 1.00 | N | 9865.37 | 9865.37 |
| 2 | | SGLD | N32-XUB2-9S-204AVo# HN33155678 HN33155725 | Sun Spectrum II Go | 01-AUG-2005 | 31-JUL-2006 | 3.00 | N | 2544.41 | 7633.23 |

| | | |
|---|---|---|
| SUBTOTAL: | | 17498.60 |
| TOTAL TAX: | | .00 |
| GRAND TOTAL: | | 17498.60 |

************************************************
*  PLEASE PROVIDE COMPLETE INVOICE NUMBER ON YOUR REMITTANCE TO   *
*  ENSURE ACCURATE APPLICATION OF YOUR PAYMENT. THANK YOU   *
************************************************

FORM DE-174 (12-98)

September 22, 2003

DEAN OSBORN
DELPHI AUTOMOTIVE SYSTEMS CORP
5725 DELPHI AUTOMOTIVE
TROY, MI 48098

Dear DEAN OSBORN,

Thank you for choosing Sun Microsystems, Inc. ("Sun") for your maintenance needs.

This letter confirms your maintenance contract with Sun and will provide you with valuable information to make your maintenance requests as easy as possible.

When placing a service call, please provide the following:
1.    Contract Number: NK20185059
2.    Serial Number of System
3.    Company Name
4.    Phone Number
5.    Point of Contact (POC)

If you should require service, please call 1–800–USA–4SUN (1–800–872–4786). When placing a support call, please reference your SunSpectrum(sm) Support Agreement Contract Number NK20185059.

Sun will be providing a new version of our Welcome Kit that contains useful information on how to utilize your support services. If you should ever require an additional copy of the Welcome Kit, please send a request indicating your need for an additional kit and specifying the type of support contract you have. Requests may be sent via email to Contractverification@sun.com or by calling 1–800–USA–4SUN, prompt 5. If you require further information, please call me. My number can be found on the first page of your Support Agreement attached.

Sincerely,

MICHAEL SERR
Sales Representative

| | |
|---|---|
| SMI Agreement Number | : |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20185059 |
| Quote Number | :NK20185059 |
| Date | :September 22 2003 |
| Page | :1 of 4 |

**Support Agreement**

**Between**

**Enterprise Services**

**And**

**Sun Microsystems, Inc. ("Sun")**

**DELPHI AUTOMOTIVE SYSTEMS CORP**

**5725 DELPHI AUTOMOTIVE**

**TROY, MI 48098**

**"Customer"**

This is a Schedule as referenced in either the Sun Microsystems, Inc. ("SMI") Master Terms of Service or in the Sun Customer Support Program Agreement. This document also may function as a Confirmation as referenced in the SMI Customer Agreement. Customer agrees to the General Terms and accompanying Exhibits. Customer acknowledges that it has agreed to, signed, and returned to Sun, prior to receiving services from Sun, one of: (i) SMI Master Terms of Service, (2) Sun Customer Support Program Agreement, or (3) SMI Customer Agreement or General Terms and accompanying Exhibits and that such applied Sun sales agreement applies to the provision of all services to the customer by Sun. Further, Sun will deliver the services identified to the customer in accordance with the applicable Sun services program module, Sun Service Listing, or Statement of Work. Customer agrees that the Sun Service Listing or Statement of Work which (i) Customer is purchasing, as identified in this Schedule, and (ii) is available to the Customer to read and print out from Sun's Service List found at http://www.sun.com/service/servicelist/index.html, is incorporated by reference as part of Customer's applicable Sun sales agreement. The terms in a Sun Service Listing or Statement of Work govern and control over any terms in a quote, purchase order, or this Schedule.

Please review the attached pages. If they are acceptable to you, please issue a purchase order for them referencing your contract and quote numbers, and the date of the quote (all of which are listed in the top, right-hand corner of this page). If Sun provides service for products listed on a Schedule before Customer provides a purchase order to Sun, Customer agrees to pay Sun for such service at the prices set forth in the Sun quote and to be bound by the terms and conditions of the applicable Sun sales agreement and exhibits referenced in the above paragraph.

**THE FOLLOWING APPLIES TO QUOTATIONS: Please read carefully all of the terms of this sales quotation, including: (1) Sun's terms of sale accompanying this quotation, (unless you already have signed current, applicable terms of sale with Sun providing for purchase from the Sun Service List) and (2) the applicable Sun Service Listing(s) or statement(s) of work which can be found at http://www.sun.com/service/servicelist/index.html. This quotation, Sun's terms of sale, and the applicable Sun Service Listing(s) and statements of work are collectively referred to as "Sun Sales Terms." Sun's offer refers in this**

Sun Microsystems, Inc.
Enterprise Services
500 Eldorado Boulevard
Broomfield, CO 80021

Sales Representative:
MICHAEL SERR

Contract Administrator:
CHRIS EHMANN



Sun microsystems

| SMI Agreement Number | : |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20185059 |
| Quote Number | :NK20185059 |
| Date | :September 22 2003 |
| Page | :2 of 4 |

sales quotation is expressly conditioned upon your acceptance of these Sun Sales Terms.

Your placement of an order with Sun confirms your acceptance of the Sun Sales Terms, which will constitute the entire agreement between you and Sun with respect to the sale or license of Sun products and the sale of services identified herein. Sun hereby rejects and will not be bound by any additional or inconsistent terms which you may submit in a purchase order or other purchase documentation.

THE FOLLOWING ALSO APPLIES TO QUOTATIONS: All quotations are contingent upon customer's compliance with applicable export/import regulations. This sales quotation remains firm for the period listed herein, except that Sun may modify this sales quotation: (1) in the case of typographical error herein, (2) should the availability of the products or services ordered change, or (3) should there be a change in your credit status with Sun. Any modification, addition, or waiver of any of the Sun Sales Terms or of the content of this sales quotation will be valid only if stated in a writing, or electronic equivalent thereof, signed by an authorized representative of Sun. For GSA customers only: This quotation is based on the GSA schedule GS-35F-4547G in effect through March 31, 2003. This quotation supersedes all previous quotations.

EFFECTIVE PERIOD:08/01/03 – 07/31/06

| | |
| --- | --- |
| System Support: | 45,496.37 |
| Software Items: | 0.00 |
| **Contract Total:** | **45,496.37** |
| (Excluding Applicable State/Local Taxes) | |

Sales Representative:
MICHAEL SERR

Contract Administrator:
CHRIS EHMANN

Sun Microsystems, Inc.
Enterprise Services
500 Eldorado Boulevard
Broomfield, CO 80021



**Sun microsystems**

| | |
|---|---|
| SMI Agreement Number | : |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20185059 |
| Quote Number | :NK20185059 |
| Date | :September 22 2003 |
| Page | :3 of 4 |

**Support Agreement**
**Sun Spectrum**
**Service Options & Discounts**

FEATURES:

SPECTRUM II GOLD
(SGLD)

OPTIONS:

SPECTRUM II GOLD

| | |
|---|---|
| CANCEL ONSITE SUPPORT FOR SOFTWARE | 0% |
| 4 HOUR RESPONSE TIME (STANDARD) | 0% |
| 7X24X365 TELEPHONE SUPPORT (STANDARD) | 0% |
| PTAS WITH SEMI-ANNUAL ONSITE REVIEW(STD) | 0% |
| ONSITE TECHNICIAN (STANDARD) | 0% |
| GOLD 7x24x365 ON-SITE TIME UPLIFT | 20% |

DISCOUNTS:

| | |
|---|---|
| NEW WARRANTY UPLIFT | 40% |
| PRE-PAID DISCOUNT (NEW) | 3% |
| MULTI-YEAR DISCOUNT (NEW) | 8% |
| VOLUME DISCOUNT (NEW) | 10% |

Sales Representative:
MICHAEL SERR

Contract Administrator:
CHRIS EHMANN

Sun Microsystems, Inc.
Enterprise Services
500 Eldorado Boulevard
Broomfield, CO 80021



Sun microsystems

| | |
|---|---|
| SMI Agreement Number | : |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20185059 |
| Quote Number | :NK20185059 |
| Date | :September 22 2003 |
| Page | :4 of 4 |

**Support Agreement**
**Sun Spectrum**
**Billing Information**

PURCHASE ORDER:    DWS07197

CREDIT CARD:    NUMBER:    TYPE:

BILLING PERIOD:    ANNUAL IN ADVANCE    08/01/03    07/31/06

BILLING ADDRESS:    DELPHI AUTOMOTIVE SYSTEMS CORP
PO BOX 92700
ROCHESTER, NY  14692-8800

PRODUCT SCHEDULE:    AS ATTACHED

SPECIAL NOTE:

Sales Representative:    Contract Administrator:
MICHAEL SERR    CHRIS EHMANN

Sun Microsystems, Inc.
Enterprise Services
500 Eldorado Boulevard
Broomfield, CO  80021



PAYMENT SCHEDULE

Contract No : NK20185059
Date : 09/22/03
Page : 1 of 1

| Customer Name | DELPHI AUTOMOTIVE SYSTEMS CORP | | |
|---|---|---|---|
| Period | 08/01/03 - 07/31/06 | | |
| Invoicing Timing | ANNUAL IN ADVANCE | | |

| Site Number | Site Name | | |
|---|---|---|---|
| 08/01/03 - 07/31/04 | DELPHI AUTOMOTIVE SYSTEMS CORP | 10,499.17 | USD |
| NS0345689 | | 10,499.17 | USD |
| 08/01/04 - 07/31/05 | DELPHI AUTOMOTIVE SYSTEMS CORP | 17,498.60 | USD |
| NS0345689 | | 17,498.60 | USD |
| 08/01/05 - 07/31/06 | DELPHI AUTOMOTIVE SYSTEMS CORP | 17,498.60 | USD |
| NS0345689 | | 17,498.60 | USD |

**Sun microsystems**

Enterprise Service
500 Eldorado Blvd
Broomfield, CO 80021
1-800-USA-4SUN
Fax 510 574-8854

BILL TO ID NO.   171617-10190871

DELPHI AUTOMOTIVE SYSTEMS CORP
JOE KOKOSZKA
M/C 480-403-235
PO BOX 4330
TROY                     MI 48099-4330

| INVOICE NO. | PAGE |
|---|---|
| 10794449 | 1 OF 1 |
| | INVOICE DATE |
| | 08-JUL-05 |

**REMIT TO:**

Sun Microsystems, Inc.
C/O Bank of America
12120 Collection Center Drive
CHICAGO                  IL 60693-1212

**DIRECT BILLING INQUIRIES TO:**

STEPHEN GARCIA
303-272-6780

**DIRECT SERVICE/CONTRACT INQUIRIES TO:**

1-800-USA-4SUN

| CONTRACT NUMBER | PURCHASE ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|
| NK20207149 | DWSD9008 | NET 30 | 07-AUG-05 |

| ITEM | CLIN | SVC LEVEL | MKT PART # / DESCRIPTION | INV FROM DT | INV TO DT | QUANTITY | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | SGLD | SITE LOCATION: 171617-773780<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>5725 DELPHI AUTOMOTIVE<br>TROY                MI 48098<br>A40-4P1200-8GB# Sun Spectrum II Gold<br>0426MM22A9 | 01-JUL-2005 | 30-JUN-2006 | 1.00 | N | 9927.36 | 9927.36 |

**** THANK YOU FOR YOUR PAYMENT ****
* PLEASE PROVIDE COMPLETE INVOICE NUMBER ON YOUR REMITTANCE TO  *
* ENSURE ACCURATE APPLICATION OF YOUR PAYMENT. THANK YOU        *
******************************************************************

| | |
|---|---|
| SUBTOTAL: | 9927.36 |
| TOTAL TAX: | .00 |
| GRAND TOTAL: | 9927.36 |

August 26 2004


GREGORY RIVARD
DELPHI AUTOMOTIVE SYSTEMS CORP
1450 W LONG LAKE RDD
TROY, MI  48098

Dear GREGORY RIVARD,

Thank you for choosing Sun Microsystems, Inc. ("Sun") for your maintenance needs.

This letter confirms your maintenance contract with Sun and will provide you with valuable
information to make your maintenance requests as easy as possible.

When placing a service call, please provide the following:
1.    Contract Number: NK20207149
2.    Serial Number of System
3.    Company Name
4.    Phone Number
5.    Point of Contact (POC)

If you should require service, please call 1-800-USA-4SUN (1-800-872-4786).  When placing a
support call, please reference your SunSpectrum(sm) Support Agreement Contract Number
NK20207149.

Sun will be providing a new version of our Welcome Kit that contains useful information on how
to utilize your support services.  If you should ever require an additional copy of the Welcome Kit,
please send a request indicating your need for an additional kit and specifying the type of support
contract you have.  Requests may be sent via email to Contractverification@sun.com or by calling
1-800-USA-4SUN, prompt 5.  If you require further information, please call me.  My number can
be found on the first page of your Support Agreement attached.

Sincerely,


MICHAEL SERR
Sales Representative

SMI Agreement Number :AR-72857
Service or Purchasing Exhibit No. : :
Agreement Number :NK20207149
Contract Number :NK20207149
Quote Number :
Date :August 26 2004
Page :1 of 4

**Support Agreement**
**Between**
**Sun Services**
**Sun Microsystems, Inc. ("Sun")**
**And**
**DELPHI AUTOMOTIVE SYSTEMS CORP**
**1450 W LONG LAKE RDD**
**TROY, MI 48098**
**"Customer"**

This is a Schedule as referenced in either the Sun Microsystems, Inc. ("SMI") Master Terms of Service or the Sun Customer Support Program Agreement. This document also may function as a Confirmation as referenced in the SMI Customer Agreement. Customer acknowledges that it has agreed to, signed, and returned to Sun prior to receiving services from Sun, one of: (1) SMI Master Terms of Service; (2) Sun Customer Support Program Agreement, or (3) SMI Customer Agreement or General Terms and accompanying Exhibits and that this Schedule applies to the provision of all services to the customer by Sun. Further, Sun will (deliver the services ordered by the customer in accordance with the applicable Sun services program module, Sun Service Listing, or Statement of Work. Customer agrees that the Sun Service Listing or Statement of Work, which (i) Customer is purchasing, is identified in this Schedule, and (ii) is available to the Customer to read and print out from Sun's Service Listing found at http://www.sun.com/service/servicelist/index.html, is incorporated by reference as part of Customer's applicable Sun sales agreement. The terms of a Sun Service Listing or Statement of Work govern and control over any terms in a quote, purchase order, or this Schedule.

Please review the attached pages. If they are acceptable to you, please issue a purchase order to them (reference your contract and quote numbers, and the date of the quote (all of which are listed in the top, right-hand corner of this page). If Sun provides service for a particular listing on an exception basis, Customer provides a purchase order to Sun, Customer agrees to pay Sun for such service at the price set forth in the Schedule and as described by the terms and conditions of the applicable Sun sales agreement and exhibits referenced in the above paragraph.

**THE FOLLOWING APPLIES TO QUOTATIONS:  Please read carefully all of the terms of this sales quotation including: (1) Sun's terms of sale accompanying this quotation, (unless you already have signed current, applicable terms of sale with Sun) providing for purchase from the Sun Service List) and (2) the applicable Sun Service Listing(s) or statement(s) of work which can be found at http://www.sun.com/service/servicelist/index.html. This quotation,**

Sales Representative:
MICHAEL SERR
Tel: 781-442-0946
Email: bob.gibson@east.sun.com

Service Implementation Specialist:
KENT TURNER

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO 80021



Sun Microsystems

SMI Agreement Number          :AR-72857
Service or Purchasing Exhibit No.  :
Agreement Number              :NK20207149
Contract Number               :NK20207149
Quote Number                  :August 26 2004
Date                          :
Page                          :2 of 4

Sun's terms of sale, and the applicable Sun Service Listing(s) and statements of work are collectively referred to as "Sun Sales Terms." Sun's offer in this sales quotation is expressly conditioned upon your acceptance of these Sun Sales Terms.

Your placement of an order with Sun confirms your acceptance of the Sun Sales Terms, which will constitute the entire agreement between you and Sun with respect to the sale or license of Sun products and the sale of services identified herein. Sun hereby rejects and will not be bound by any additional or inconsistent terms which you may submit in a purchase order or other purchase documentation.

THE FOLLOWING ALSO APPLIES TO QUOTATIONS: All quotations are contingent upon customer's compliance with applicable export/import regulations. This sales quotation remains firm for the period listed hereof, except that Sun may modify this sales quotation: (1) in the case of typographical error herein, (2) should the availability of the products or services product change, or (3) should there be a change in your credit status with Sun. Any modification, addition, or waiver of any of the Sun Sales Terms or of the content of this sales quotation will be valid only if stated in a writing, or electronic equivalent thereof, signed by an authorized representative of Sun. For GSA customers only. This quotation is based on the GSA schedule GS-35F-0702J in effect through August 22, 2004. This quotation supersedes all previous quotations.

EFFECTIVE PERIOD:07/01/04 - 06/30/07

System Support                    25,578.72
Software Items                         0.00
Contract Total                    25,578.72
(Excluding Applicable State/Local Taxes)

Sales Representative:
MICHAEL SERR
Tel: 781-442-0946
Email: bob.gibson@east.sun.com

Service Implementation Specialist:
KENT TURNER

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO  80021



| | |
|---|---|
| SMI Agreement Number | :AR-72857 |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20207149 |
| Quote Number | :NK20207149 |
| Date | :August 26 2004 |
| Page | :3 of 4 |

**Support Agreement**
**Sun Spectrum**
**Service Options & Discounts**

FEATURES:
SPECTRUM II GOLD (SGLD)
CANCEL ONSITE SUPPORT FOR SOFTWARE          0%
4-HOUR RESPONSE TIME (STANDARD)             0%
7X24X365 TELEPHONE SUPPORT (STANDARD)       0%
PT 2.5 WITH 2 SEMI-ANNUAL ONSITE REVIEW(S)(D) 0%
ON-SITE TECHNICIAN (STANDARD)               0%

OPTIONS:
SPECTRUM II GOLD
NEW WARRANTY UPLIFT                         40%

DISCOUNTS:

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO  80021

Sales Representative:
MICHAEL SERR
Tel: 781-442-0946
Email: bob.gboue@east.sun.com

Service Implementation Specialist:
KENT TURNER



<span style="display:none"></span>

**Sun microsystems**

| | |
|---|---|
| SMI Agreement Number | :AR-72857 |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20207149 |
| Quote Number | :NK20207149 |
| Date | :August 26 2004 |
| Page | :4 of 4 |

**Support Agreement**
**Sun Spectrum**
**Billing Information**

PURCHASE ORDER: DWS09088

CREDIT CARD: TYPE: NUMBER:

BILLING PERIOD: ANNUAL IN ADVANCE        07/01/04        06/30/07

BILLING ADDRESS: DELPHI AUTOMOTIVE SYSTEMS CORP
M/C 480-403-285
PO BOX 4330
TROY, MI 48099-4330

PRODUCT SCHEDULE: AS ATTACHED

SPECIAL NOTE:

Sales Representative:
MICHAEL SERR
Tel: 781-442-0946
Email: bob.gibson@east.sun.com

Service Implementation Specialist:
KENT TURNER

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO 80021



# PAYMENT SCHEDULE

Contract No : NK20207149
Date : 08/26/04
Page : 1 of 1

Customer Name: DELPHI AUTOMOTIVE SYSTEMS CORP
Period: 07/01/04 - 06/30/0
Invoicing Timing: INVOICE IN ADVANCE

| Site Number | Site Name | | Amount | |
|---|---|---|---|---|
| NS0346236 | DELPHI AUTOMOTIVE SYSTEMS CORP | 07/01/04 - 06/30/05 | 5,724.00 | USD |
| | | | 5,724.00 | USD |
| NS0346236 | DELPHI AUTOMOTIVE SYSTEMS CORP | 07/01/05 - 06/30/06 | 9,927.36 | USD |
| | | | 9,927.36 | USD |
| NS0346236 | DELPHI AUTOMOTIVE SYSTEMS CORP | 07/01/06 - 06/30/07 | 9,927.36 | USD |
| | | | 9,927.36 | USD |

# Sun Microsystems

| INVOICE NO. | PAGE |
|---|---|
| 10814010 | 1 of 1 |

| | INVOICE DATE |
|---|---|
| | 03-OCT-05 |

**REMIT TO:**
Sun Microsystems, Inc.
C/O Bank of America
12120 Collection Center Drive
CHICAGO            IL 60693-1212

**BILL TO ID NO.:** 1711617-10182890

DELPHI AUTOMOTIVE SYSTEMS CORP
ACCOUNTS PAYABLE
PO BOX 9005
BLDG MS 9A241
KOKOMO            IN 46904

STEPHEN GARCIA
303-272-6780
1-800-USA-4SUN

DIRECT BILLING INQUIRIES TO:
DIRECT SERVICE CONTRACT INQUIRIES TO:

| PURCHASE ORDER NUMBER | INVOICE DUE DATE | TERMS |
|---|---|---|
| EKS5937B | 02-NOV-05 | NET 30 |

**CONTRACT NUMBER:** NK20213916

| ITEM | CLIN | SVC LEVEL | MKT PART # | DESCRIPTION | QUANTITY | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | | SGLD | X6079A# Sun Spectrum II Gold 00410055906 | SITE LOCATION: 171617-1339969 DELPHI AUTOMOTIVE SYSTEMS CORP 5725 DELPHI DR TROY   MI 48098 | 1.00 | N | 5596.24 | 5596.24 |
| | | | | INV FROM DT: 01-OCT-2005 | | | | |
| | | | | INV TO DT: 30-APR-2006 | | | | |

|  | |
|---|---|
| SUBTOTAL: | 5596.24 |
| TOTAL TAX: | .00 |
| GRAND TOTAL: | 5596.24 |

```
************************************
* PLEASE PROVIDE COMPLETE INVOICE NUMBER ON YOUR REMITTANCE TO *
* ENSURE ACCURATE APPLICATION OF YOUR PAYMENT. THANK YOU        *
************************************
```

FORM DEF 1/24/02:00

December 4 2004


GREGORY RIVARD
DELPHI AUTOMOTIVE SYSTEMS CORP
5725 DELPHI DR
TROY, MI 48098

Dear GREGORY RIVARD,

Thank you for choosing Sun Microsystems, Inc. ("Sun") for your maintenance needs.

This letter confirms your maintenance contract with Sun and will provide you with valuable
information to make your maintenance requests as easy as possible.

When placing a service calls please provide the following:
1.    Contract Number: NK20213916
2.    Serial Number of System
3.    Company Name
4.    Phone Number
5.    Point of Contact (POC)

If you should require service, please call 1-800-USA-4SUN (1-800-872-4786). When placing a
support call, please reference your SunSpectrum(sm) Support Agreement Contract Number
NK20213916.

Sun will be providing a new version of our Welcome Kit that contains useful information on how
to utilize your support services. If you should ever require an additional copy of the Welcome Kit,
please send a request indicating your need for an additional kit and specifying the type of support
contract you have. Requests may be sent via email to Contractverification@sun.com or by calling
1-800-USA-4SUN, prompt 5. If you require further information, please call me. My number can
be found on the first page of your Support Agreement attached.


Sincerely,


MICHAEL SERR
Sales Representative

SMI Agreement Number : AR-72857
Service or Purchasing Exhibit No. :
Agreement Number :
Contract Number : NK20213916
Quote Number : NK20213916
Date : December 4 2004
Page : 1 of 4

## Support Agreement
### Between
### Sun Services
### And
### Sun Microsystems, Inc. ("Sun")
### DELPHI AUTOMOTIVE SYSTEMS CORP
5725 DELPHI DR
TROY, MI 48098
"Customer"

This is a Schedule as referenced in either the Sun Microsystems, Inc. ("SMI") Master Terms of Service or the Sun Customer Support Program Agreement. This document also may function as a Confirmation as referenced in the SMI Customer Agreement or General Terms and accompanying Exhibits. Customer acknowledges that it has agreed to, signed, and returned to Sun, prior to receiving services from Sun; (1) the SMI Master Terms of Service; (2) Sun Customer Support Program Agreement, or (3) SMI Customer Agreement or General Terms and accompanying Exhibits that shall apply. Each Sun sales agreement applies to the provision of all services to the customer by Sun. Further, Sun will deliver the services ordered by the Customer, in accordance with the applicable Sun services program module, Sun Service Listing, or Statement of Work. Customer agrees that the Sun Service Listing or Statement of Work which ("Customer is purchasing") as identified in this Schedule, and (ii) is available to the Customer to read and print out from Sun's Service List (found at http://www.sun.com/service/serviceslist/index.html), is incorporated by reference as part of Customer's applicable Sun sales agreement. The terms in a Sun Service Listing or Statement of Work govern and control over any terms in a quote, purchase order, or this Schedule.

Please review the attached pages. If they are acceptable to you, please issue a purchase order for them referencing your contract and quote numbers, and the date of the quote (all of which are listed in the top, right-hand corner of this page). If Sun provides service for products listed on a Schedule, for Customer provides a purchase order to Sun, Customer agrees to pay Sun for such service at the price set forth in the Sun quote and to be bound by the terms and conditions of the applicable Sun sales agreement and exhibits referenced in the above paragraph.

**THE FOLLOWING APPLIES TO QUOTATIONS: Please read carefully all of the terms of this sales quotation, including: (1) Sun's terms of sale accompanying this quotation, (unless you already have signed current, applicable terms of sale with Sun providing for purchase from the Sun Service List) and (2) the applicable Sun Service Listing(s) or statement(s) of work which can be found at http://www.sun.com/service/serviceslist/index.html. This quotation,**

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO 80021

Sales Representative:
MICHAEL SERR

Service Implementation Specialist:
EDWARD GEORGE



**Sun microsystems**

| | |
|---|---|
| SMI Agreement Number | :AR-72857 |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20213916 |
| Quote Number | :NK20213916 |
| Date | :December 4 2004 |
| Page | :2 of 4 |

Sun, terms of sale and the applicable Sun Service Listing(s) and statements of work are collectively referred to as "Sun Sales Terms." Sun's offer in this sales quotation is expressly conditioned upon your acceptance of these Sun Sales Terms.

Your placement of an order with Sun confirms your acceptance of the Sun Sales Terms, which will constitute the entire agreement between you and Sun with respect to the sale or license of Sun products and the sale of services identified herein. Sun hereby rejects and will not be bound by any additional or inconsistent terms which you may submit in a purchase order or other purchase documentation.

THE FOLLOWING ALSO APPLIES TO QUOTATIONS: All quotations are contingent upon customer's compliance with applicable export/import regulations. This sales quotation remains firm for the period listed herein, except that Sun may modify this sales quotation: (1) in the case of typographical error herein, (2) should the availability of the products or services ordered change, or (3) should there be a change in your credit status with Sun. Any modification, addition, or waiver of any of the Sun Sales Terms or of the content of this sales quotation will be valid only if stated in a writing, or electronic equivalent thereof, signed by an authorized representative of Sun. For GSA customers only: this quotation is based on the GSA schedule GS-35F-0702J in effect through August 22, 2004. This quotation supersedes all previous quotations.

EFFECTIVE PERIOD:10/01/04 - 09/30/07

| | |
|---|---|
| System Support | 15,189.80 |
| Software Terms | 0.00 |
| Contract Total | 15,189.80 |

(Excluding Applicable State/Local Taxes)

Service Implementation Specialist:
EDWARD GEORGE

Sales Representative:
MICHAEL SERR

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO  80021



SMI Agreement Number          :AR-72857
Service or Purchasing Exhibit No.    :
Agreement Number              :
Contract Number               :NK20213916
Quote Number                  :NK20213916
Date                          :December 4 2004
Page                          :3 of 4

**Support Agreement**
**Sun Spectrum**
**Service Options & Discounts**

FEATURES:
SPECTRUM II GOLD
[SGLD]
8:00-8:00 M-F ONSITE RESPONSE (STANDARD)          0%
4 HOUR RESPONSE TIME (STANDARD)                   0%
7X24X365 TELEPHONE SUPPORT (STANDARD)             0%
PT & SW WITH SEMI-ANNUAL ONSITE REVIEW (STD)      0%
ONSITE TECHNICIAN (STANDARD)                      0%

OPTIONS:

DISCOUNTS:
VOLUME DISCOUNT (NEW)                             12%
MULTI YEAR DISCOUNT (NEW)                         8%
PRE-PAID DISCOUNT (NEW)                           3%
CUSTOMER SPECIAL DISCOUNT

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO  80021

Sales Representative:
MICHAEL SERR

Service Implementation Specialist:
EDWARD GEORGE



**Sun microsystems**

SMI Agreement Number : AR-72857
Service or Purchasing Exhibit No. :
Agreement Number :
Contract Number : NK20213916
Quote Number : NK20213916
Date : December 4 2004
Page : 4 of 4

**Support Agreement**
**Sun Spectrum**
**Billing Information**

10/01/04    09/30/07

PURCHASE ORDER:    EKS59378

CREDIT CARD:    NUMBER:

BILLING PERIOD:    TYPE    ANNUAL IN ADVANCE

BILLING ADDRESS:    DELPHI AUTOMOTIVE SYSTEMS CORP
PO BOX 9005
BLDG MS 9A241
KOKOMO, IN 46904

PRODUCT SCHEDULE:    AS ATTACHED

SPECIAL NOTE:

Sales Representative:    Service Implementation Specialist:
MICHAEL SERR    EDWARD GEORGE

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO 80021