

# PAYMENT SCHEDULE

Contract No : NK20213916
Date : 12/04/04
Page : 1 of 1

Customer Name : DELPHI AUTOMOTIVE SYSTEMS CORP
Period : 10/01/04 - 09/30/07
Invoicing Timing : ANNUAL IN ADVANCE

| Site Number | Site Name | | |
|---|---|---|---|
| 10/01/04 - 09/30/05 | | 9,593.56 | USD |
| NS0581805 | DELPHI AUTOMOTIVE SYSTEMS CORP | 9,593.56 | USD |
| 10/01/05 - 04/30/06 | | 5,596.24 | USD |
| NS0581805 | DELPHI AUTOMOTIVE SYSTEMS CORP | 5,596.24 | USD |

Sun microsystems

Enterprise Services
500 Eldorado Blvd.
Broomfield, CO 80021
1-800-USA-4SUN
Federal ID 94-2805249

REMIT TO: Sun Microsystems, Inc.
C/O Bank of America
12120 Collection Center Drive
CHICAGO IL 60693-1212

| INVOICE NO. | PAGE |
|---|---|
| 10792752 | 1 of 1 |
| INVOICE DATE | |
| 24-JUN-05 | |

BILL TO ID NO. 171617-10182890

DELPHI AUTOMOTIVE SYSTEMS CORP
ACCOUNTS PAYABLE
PO BOX 9005
BLDG MS 9A241
KOKOMO IN 46904

DIRECT BILLING INQUIRIES TO: STEPHEN GARCIA 303-272-6780

DIRECT SERVICE/CONTRACT INQUIRIES TO: 1-800-USA-4SUN

| CONTRACT NUMBER | PURCHASE ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|
| NK20202584 | 450110454 | NET 30 | 24-JUL-05 |

| ITEM | CLIN | SVC LEVEL | DESCRIPTION | INV FROM DT | INV TO DT | QUANTITY | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | MKT PART # | | | | | | |
| | | | SITE LOCATION: 171617-10182941<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>ONE CALL<br>701 CONGRESSIONAL BLVD<br>CARMEL IN 46032 | | | | | | |
| 1 | | SGLD | A26# Sun Spectrum II Gold<br>921H221E | 01-JUN-2005 | 31-MAY-2006 | 1.00 | N | 3119.95 | 3119.95 |
| | | | | | | | | SUBTOTAL: | 3119.95 |
| | | | | | | | | TOTAL TAX: | .00 |
| | | | | | | | | GRAND TOTAL: | 3119.95 |

Sun microsystems

****************************************************************
* PLEASE PROVIDE COMPLETE INVOICE NUMBER ON YOUR REMITTANCE TO *
* ENSURE ACCURATE APPLICATION OF YOUR PAYMENT. THANK YOU *
****************************************************************

DELPHI

Delphi Electronics and Safety

Page 1 of

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

PO Number
4501110454
Version
06/21/2005 15:18:50

Date Issued
06/21/2005

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

Delivery Date: 05/31/2006

SUN MICROSYSTEMS INC
1000 TOWN CTR STE 1700
SOUTHFIELD MI 48075-1233

Vendor No: 1012823
DUNS No: 147551386

**Payment Terms:** ZMN2 **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FCA-Freight Forwarder's Dock

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10168813 00010<br>SERVICE - HARDWARE SUPPORT<br>SUN GOLD SUPPORT FOR SERIAL NO. 921H221E<br>PER QUOTE NUMBER 1336747/1 DATED APR-06-2005<br>REQUESTER: GENA MASSEY (765)947-5482 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>MASSEY/5482 |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 05/31/2006 | 1.000 | 3,119.95 | 1 | PU | 3,119.95 |
| Net Line Item Value | | | | USD | 3,119.95 |

**Total net value** USD 3,119.95

Notes:

Purchasing Contact: Rivard, Gregory R
Phone: 248-813-1449
Fax: 248-813-1744

Contact Address:
Delphi Headquarters IT
5820 Delphi Dr.,
TROY MI 48098

Date and Time Printed: 06/21/2005 15:18:50

DELPHI

Delphi Electronics and Safety

Page 2 of

SUN MICROSYSTEMS INC
1000 TOWN CTR STE 1700
SOUTHFIELD MI 48075-1233

**Purchase Order**

PO Number
4501l0454

Version
06/21/2005 15:18:50

Date Issued
06/21/2005

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

Notes Continued:

THIS ORDER REPLACES PO EKS58915.

REFERENCE QUOTE 1336747/1 FOR ITEM PRICES AND SERVICE LEVEL DESCRIPTIONS ONLY

DELPHI'S MASTER AGREEMENT FOR THIS ORDER IS AR 72857.

TERMS AND CONDITIONS ON FILE AT DELPHI AND SUN APPLY TO THIS ORDER

DELPHI RESTATES ITS RIGHT TO TERMINATE THIS SERVICE CONTRACT WITH 30 DAYS WRITTEN NOTICE. PLEASE CONFIRM THIS RIGHT WITH MICHAEL SERR, DELPHI SERVICES ACCOUNT MANAGER.

THIS ORDER REQUIRES AN INVOICE FOR PAYMENT PROCESSING.
PLEASE SUBMIT YOUR FINAL INVOICE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
PO BOX 9005
KOKOMO, IN 46904-9005

**********SALES AND USE TAX EXEMPTION***********
DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO ALL SHIPPED TO LOCATIONS WITHIN THE STATES LISTED BELOW.

DELPHI AUTOMOTIVE SYSTEMS, LLC ("DELPHI") HOLDS DIRECT PAY AUTHORITY WITH THESE STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES DELPHI WILL REMIT DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE PERSONAL PROPERTY AND SERVICES.

THEREFORE, EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR THOSE STATES NOT IDENTIFIED BELOW.

FOR THOSE STATES NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.

LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX LICENSE NUMBERS FOR THE ELEVEN (11) STATES, OR DELPHI LOCATIONS WITHIN A STATE, WHERE DELPHI HOLDS DIRECT PAY AUTHORITY.

| | | | |
|---|---|---|---|
| ALABAMA | 805 | NEW JERSEY | 383-431-131/000 |
| GEORGIA | 300-45870-8 | NEW YORK | DP-3487 |
| INDIANA | 1018702130011 | OHIO | 98-002667 |

COPY



DELPHI

Delphi Electronics and Safety

Page 3 of

SUN MICROSYSTEMS INC
1000 TOWN CTR STE 1700
SOUTHFIELD MI 48075-1233

**Purchase Order**

PO Number
4501130454
Version
06/21/2005 15:18:50

Date Issued
06/21/2005

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

Notes Continued:

KANSAS 98-0003A TEXAS 1-38-3431131-1
MICHIGAN 38-3431131 WISC. WDP-99-01-010037
MISSISSIPPI 4375

ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
DELPHI DISBUSEMENTS-CUSTOMER CENTER

ORIGINAL

Sun microsystems
We make the net work.

# Renewal Quotation For Enterprise Services

Quote Number: 1336747/1
Source Contract: NK20202584
Date: May-01-2005
Valid Until: Jun-30-2005



DELPHI AUTOMOTIVE SYSTEMS CORP

Attention: GENA MASSEY
Office: (765)451-0309
Email: gena.l.massey@delphi.com

Duration/Period: Jun-01-2005 to May-31-2006
Billing Frequency: ANNUAL IN ADVANCE
Master Agreement Number: AR-72857

Enclosed is your Sun Microsystems, Inc. quotation. To obtain the advantages of Sun Microsystems, Inc., Enterprise Services world-class support, please send your purchase order to the address below. Purchase orders must be made out to SSI. Thank you.

PLEASE READ THE FOLLOWING:
THIS SUN QUOTATION AND ANY ORDER YOU SUBMIT FOR PRODUCTS OR SERVICES IS SUBJECT TO: (1) THE TERMS OF ANY EXISTING SALES AGREEMENT YOU HAVE WITH SUN GOVERNING THAT PRODUCT OR SERVICE, OR IF NONE, BY SUN'S SALES TERMS FOUND AT http://www.sun.com/sales/salesterms, THE GENERAL TERMS OF WHICH ARE EITHER ATTACHED OR ON THE REVERSE SIDE HEREOF, AND (2) APPLICABLE SUN SERVICE LISTINGS AND STATEMENTS OF WORK FOUND AT http://www.sun.com/service/servicelist [(1) AND (2) COLLECTIVELY BEING CALLED "SUN SALES TERMS."]

ALL ORDERS MUST REFERENCE EITHER YOUR SALES AGREEMENT NUMBER OR THIS SALES QUOTATION AND BE IN CONFORMANCE WTIH SUN SALES TERMS. ORDERS ARE SUBJECT TO ACCEPTANCE BY SUN EITHER THROUGH ISSUANCE OF AN ORDER ACKNOWLEDGEMENT OR DELIVERY OF THE PRODUCTS OR SERVICES. THIS QUOTATION REMAINS FIRM FOR THE PERIOD LISTED ABOVE, EXCEPT THAT SUN MAY MODIFY THIS SALES QUOTATION IF THERE IS A TYPOGRAPHICAL ERROR OR THE AVAILABILITY OF PRODUCTS, SERVICES, OR CREDIT CHANGE.

| Recurring Charges | | |
|---|---|---|
| Total Hardware | 3,119.95 | USD |
| Total Software | 0.00 | USD |
| **Total Quote Value** | 3,119.95 | USD |

Sun Microsystems, Inc.
SSI
35 Battery Street
Floor 2
San Francisco, CA
4111

ALL QUOTATIONS ARE CONTINGENT UPON CUSTOMER'S COMPLIANCE WITH APPLICABLE EXPORT/IMPORT REGULATIONS. THIS SALES QUOTATION REMAINS FIRM FOR THE PERIOD LISTED HEREIN, EXCEPT THAT SUN MAY MODIFY THIS SALES QUOTATION: (1) IN THE CASE OF TYPOGRAPHICAL ERROR HEREIN, (2) SHOULD THE AVAILABILITY OF THE PRODUCTS OR SERVICES ORDERED CHANGE, OR (3) SHOULD THERE BE A CHANGE IN YOUR CREDIT STATUS WITH SUN. ANY MODIFICATION, ADDITION, OR WAIVER OF ANY OF THE SUN SALES TERMS OR OF THE CONTENT OF THIS SALES QUOTATION WILL BE VALID ONLY IF STATED IN A WRITING, OR ELECTRONIC EQUIVALENT THEREOF, SIGNED BY AN AUTHORIZED REPRESENTATIVE OF SUN. SUN EQUIPMENT, OR PARTS OR COMPONENTS OF SUN EQUIPMENT, MAY BE NEW OR USED. REGARDLESS, SUN WARRANTY TERMS APPLY. FOR GSA CUSTOMERS ONLY: THIS QUOTATION IS BASED ON THE GSA SCHEDULE GS-35F-0702J IN EFFECT THROUGH AUGUST 31, 2005.




# Renewal Quotation For Enterprise Services

Quote Number: 1336747/1
Source Contract: NK20202584
Date: May-01-2005
Valid Until: Jun-30-2005



Comments:

Please fax PO to 415-962-5956
Please make your PO out to our billing and collections agent:

SSI
735 Battery St
San Francisco, CA 94111

NET 30 TERMS MUST BE ON PO

Thank You,
Som Puangladda
Sun Microsystems
Tel: 415-901-4184
Fax: 415-962-5956

ORIGINAL

Sun Microsystems, Inc.
SSI
735 Battery Street
Floor 2
San Francisco, CA
94111

ALL QUOTATIONS ARE CONTINGENT UPON CUSTOMER'S COMPLIANCE WITH APPLICABLE EXPORT/IMPORT REGULATIONS. THIS SALES QUOTATION REMAINS FIRM FOR THE PERIOD LISTED HEREIN, EXCEPT THAT SUN MAY MODIFY THIS SALES QUOTATION: (1) IN THE CASE OF TYPOGRAPHICAL ERROR HEREIN, (2) SHOULD THE AVAILABILITY OF THE PRODUCTS OR SERVICES ORDERED CHANGE, OR (3) SHOULD THERE BE A CHANGE IN YOUR CREDIT STATUS WITH SUN. ANY MODIFICATION, ADDITION, OR WAIVER OF ANY OF THE SUN SALES TERMS OR OF THE CONTENT OF THIS SALES QUOTATION WILL BE VALID ONLY IF STATED IN A WRITING, OR ELECTRONIC EQUIVALENT THEREOF, SIGNED BY AN AUTHORIZED REPRESENTATIVE OF SUN. SUN EQUIPMENT, OR PARTS OR COMPONENTS OF SUN EQUIPMENT, MAY BE NEW OR USED. REGARDLESS, SUN WARRANTY TERMS APPLY. FOR GSA CUSTOMERS ONLY: THIS QUOTATION IS BASED ON THE GSA SCHEDULE GS-35F-0702J IN EFFECT THROUGH AUGUST 31, 2005.




| | |
|---|---|
| **Quote Number:** | **1336747/1** |
| Source Contract | NK20202584 |
| Date: | May-01-2005 |
| Valid Until: | Jun-30-2005 |



# Renewal Quotation For Enterprise Services

DELPHI AUTOMOTIVE SYSTEMS CORP

**Attention:** GENA MASSEY
Office: (765)451-0309
Email: gena.l.massey@delphi.com

Duration/Period: Jun-01-2005 to May-31-2006
Billing Frequency: ANNUAL IN ADVANCE
Master Agreement Number: AR-72857

| Coverage Hours and Response Times | Gold (SGLD) |
|---|---|
| Standard phone coverage hours | 7x24 |
| Standard on-site coverage hours | 8am-8pm, Mon-Fri |
| Response times - Urgent (phone/on-site) | Live transfer/4 hr |
| Response times - Serious (phone/on-site) | 2 hr/Next day |
| Response times - Not Critical (phone/on-site) | Live Transfer/Cust. Convenience |
| Parts Replacement | On-Site Technician |
| 7x24 hour on-site coverage | Option (+ 20%) |
| 7x24 hour phone coverage | included |
| 2 hours on-site response | Option (+ 30%) |
| Replacement hardware parts overnight | not available |
| 5x24 hour on-site coverage | Option (+ 10%) |
| 7x12 hour on-site coverage | Option (+ 10%) |
| Sun VIP | Included |
| Time to Repair | not available |

ALL QUOTATIONS ARE CONTINGENT UPON CUSTOMER'S COMPLIANCE WITH APPLICABLE EXPORT/IMPORT REGULATIONS. THIS SALES QUOTATION REMAINS FIRM FOR THE PERIOD LISTED HEREIN, EXCEPT THAT SUN MAY MODIFY THIS SALES QUOTATION: (1) IN THE CASE OF TYPOGRAPHICAL ERROR HEREIN, (2) SHOULD THE AVAILABILITY OF THE PRODUCTS OR SERVICES ORDERED CHANGE, OR (3) SHOULD THERE BE A CHANGE IN YOUR CREDIT STATUS WITH SUN. ANY MODIFICATION, ADDITION, OR WAIVER OF ANY OF THE SUN SALES TERMS OR OF THE CONTENT OF THIS SALES QUOTATION WILL BE VALID ONLY IF STATED IN A WRITING, OR ELECTRONIC EQUIVALENT THEREOF, SIGNED BY AN AUTHORIZED REPRESENTATIVE OF SUN. SUN EQUIPMENT, OR PARTS OR COMPONENTS OF SUN EQUIPMENT, MAY BE NEW OR USED. REGARDLESS, SUN WARRANTY TERMS APPLY. FOR GSA CUSTOMERS ONLY: THIS QUOTATION IS BASED ON THE GSA SCHEDULE GS-35F-0702J IN EFFECT THROUGH AUGUST 31, 2005.

Sun Microsystems, Inc.
SSI
735 Battery Street
Floor 2
San Francisco, CA
94111

ORIGINAL




# Renewal Quotation For Enterprise Services

## Detailed Product Schedule

Quote Number: 1336747/1
Source Contract: NK20202584
Date: May-01-2005
Valid Until: Jun-30-2005



DELPHI AUTOMOTIVE SYSTEMS CORP

**Attention:** GENA MASSEY
Office: (765)451-0309
Email: gena.l.massey@delphi.com

Duration/Period: Jun-01-2005 to May-31-2006
Billing Frequency: ANNUAL IN ADVANCE
Master Agreement Number: AR-72857

### Recurring Charges

**Hardware**

| # | Qty | Product number Description Line Notes | LOS | Serial No. Asset No. Host ID Host Name | Location Sales Order No | List price/ Month/ Piece | Uplifts / Discounts | % | Line Start Date | Line End Date | | Total Net Price USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | A26 6250 SERVER FAMILY | SGLD | 921H221E | 1154061 | 311.00 | COMPETITIVE NEGOTIATED DISCOUNT | 5 | Jun-01-2005 | May-31-2006 | Year 1 | 3,119.95 |
| | | | | | | | VOLUME DISCOUNT | 13 | | | | |
| | | | | | | | **Total Hardware** | | | | Year 1 | 3,119.95 |

**Software**

| # | Qty (ship/ chrg) | Product number Description Line Notes | LOS | S/W Version Host ID Host Name | Location Sales Order No. | List price/ Month/ Piece | Uplifts / Discounts | % | Line Start Date | Line End Date | | Total Net Price USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 / 0 | SOL-1M Solaris Multilingual 1Y ESD | SGLD | | | 0.00 | | | | | Year 1 | 0.00 |
| | | | | | | | **Total Software** | | | | Year 1 | 0.00 |

| Recurring Charges | Totals in USD | |
|---|---|---|
| Total Hardware | Year 1 | 3,119.95 |
| Total Software | Year 1 | 0.00 |
| **Total Quote Value** | Year 1 | 3,119.95 |

ALL QUOTATIONS ARE CONTINGENT UPON CUSTOMER'S COMPLIANCE WITH APPLICABLE EXPORT/IMPORT REGULATIONS. THIS SALES QUOTATION REMAINS FIRM FOR THE PERIOD LISTED HEREIN, EXCEPT THAT SUN MAY MODIFY THIS SALES QUOTATION: (1) IN THE CASE OF TYPOGRAPHICAL ERROR HEREIN, (2) SHOULD THE AVAILABILITY OF THE PRODUCTS OR SERVICES ORDERED CHANGE, OR (3) SHOULD THERE BE A CHANGE IN YOUR CREDIT STATUS WITH SUN. ANY MODIFICATION, ADDITION, OR WAIVER OF ANY OF THE SUN SALES TERMS OR OF THE CONTENT OF THIS SALES QUOTATION WILL BE VALID ONLY IF STATED IN A WRITING, OR ELECTRONIC EQUIVALENT THEREOF, SIGNED BY AN AUTHORIZED REPRESENTATIVE OF SUN. SUN EQUIPMENT, OR PARTS OR COMPONENTS OF SUN EQUIPMENT, MAY BE NEW OR USED. REGARDLESS, SUN WARRANTY TERMS APPLY. FOR GSA CUSTOMERS ONLY: THIS QUOTATION IS BASED ON THE GSA SCHEDULE GS-35F-0702J IN EFFECT THROUGH AUGUST 31, 2005.

Sun Microsystems, Inc.
SSI
735 Battery Street
Floor 2
San Francisco, CA
94111

ORIGINAL

Sun microsystems
We make the net work.

Quote Number: 1336747/1
Source Contract: NK20202584
Date: May-01-2005
Valid Until: Jun-30-2005



# Renewal Quotation For Enterprise Services

## Contact Details

Dear Customer Please review the list of contacts provided and send any amendments to the address provided

### Quote Customer Address

**Billing Contact Address**

DELPHI AUTOMOTIVE SYSTEMS CORP NS0595378
PO BOX 9005
BLDG MS 9A241
KOKOMO
IN US 46904

| Contact ID | Contact Name | Phone | Fax | Email |
|---|---|---|---|---|
| NP01030068 | ACCOUNTS PAYABLE | 999 999-9999 | | |

### Quote Contact Address

DELPHI AUTOMOTIVE SYSTEMS CORP NS0381882
1450 W LONG LAKE RDD
TROY
MI US 48098

| Contact ID | Contact Name | Phone | Fax | Email | Contact Type (Priority) |
|---|---|---|---|---|---|
| NP01030065 | GREGORY RIVARD | 248 267-5529 | | gregory.r.rivard@delphi.com | CO(1) |

### Quote Contact Address

DELPHI AUTOMOTIVE SYSTEMS CORP NS0468929
1697 N TOUBY PIKE
KOKOMO
IN US 46901

ORIGINAL

Sun Microsystems, Inc.
SSI
735 Battery Street
Floor 2
San Francisco, CA
94111

ALL QUOTATIONS ARE CONTINGENT UPON CUSTOMER'S COMPLIANCE WITH APPLICABLE EXPORT/IMPORT REGULATIONS. THIS SALES QUOTATION REMAINS FIRM FOR THE PERIOD LISTED HEREIN, EXCEPT THAT SUN MAY MODIFY THIS SALES QUOTATION: (1) IN THE CASE OF TYPOGRAPHICAL ERROR HEREIN, (2) SHOULD THE AVAILABILITY OF THE PRODUCTS OR SERVICES ORDERED CHANGE, OR (3) SHOULD THERE BE A CHANGE IN YOUR CREDIT STATUS WITH SUN. ANY MODIFICATION, ADDITION, OR WAIVER OF ANY OF THE SUN SALES TERMS OR OF THE CONTENT OF THIS SALES QUOTATION WILL BE VALID ONLY IF STATED IN A WRITING, OR ELECTRONIC EQUIVALENT THEREOF, SIGNED BY AN AUTHORIZED REPRESENTATIVE OF SUN. SUN EQUIPMENT, OR PARTS OR COMPONENTS OF SUN EQUIPMENT, MAY BE NEW OR USED. REGARDLESS, SUN WARRANTY TERMS APPLY. FOR GSA CUSTOMERS ONLY: THIS QUOTATION IS BASED ON THE GSA SCHEDULE GS-35F-0702J IN EFFECT THROUGH AUGUST 31, 2005.



Sun microsystems
We make the net work.

Quote Number: 1336747/I
Source Contract: NK20202584
Date: May-01-2005
Valid Until: Jun-30-2005



# Renewal Quotation For Enterprise Services

## Contact Details

| Contact ID | Contact Name | Phone | Fax | Email | Contact Type (Priority) |
|---|---|---|---|---|---|
| NP01030171 | JOHN MANSUR | 765 451-0364 | | john.m.mansur@delphi.com | SA(1), SW(1) |

**Quote Contact Address**
DELPHI AUTOMOTIVE SYSTEMS CORP NS0595379
1151 EAST LINCOLN RD
KOKOMO
IN US 46904

| Contact ID | Contact Name | Phone | Fax | Email | Contact Type (Priority) |
|---|---|---|---|---|---|
| NP01030168 | GENA MASSEY | 765 451-0309 | | gena.massey@delphi.com | SW(4) |

**Quote Contact Address**
DELPHI AUTOMOTIVE SYSTEMS CORP NS0595380
1427 W 86TH ST ST 123
INDIANAPOLIS
IN US 46260

| Contact ID | Contact Name | Phone | Fax | Email | Contact Type (Priority) |
|---|---|---|---|---|---|
| NP01030173 | TOM HOLT | 317 908-1591 | | jwh@paxintheway.com | SW(3) |

**KEY:**
CO:Contract Contact, SA:Sword All Contact, SW:Software Contact

ORIGINAL

Sun Microsystems, Inc.
SSI
735 Battery Street
Floor 2
San Francisco, CA
94111

ALL QUOTATIONS ARE CONTINGENT UPON CUSTOMER'S COMPLIANCE WITH APPLICABLE EXPORT/IMPORT REGULATIONS. THIS SALES QUOTATION REMAINS FIRM FOR THE PERIOD LISTED HEREIN, EXCEPT THAT SUN MAY MODIFY THIS SALES QUOTATION: (1) IN THE CASE OF TYPOGRAPHICAL ERROR HEREIN, (2) SHOULD THE AVAILABILITY OF THE PRODUCTS OR SERVICES ORDERED CHANGE, OR (3) SHOULD THERE BE A CHANGE IN YOUR CREDIT STATUS WITH SUN. ANY MODIFICATION, ADDITION, OR WAIVER OF ANY OF THE SUN SALES TERMS OR OF THE CONTENT OF THIS SALES QUOTATION WILL BE VALID ONLY IF STATED IN A WRITING, OR ELECTRONIC EQUIVALENT THEREOF, SIGNED BY AN AUTHORIZED REPRESENTATIVE OF SUN. SUN EQUIPMENT, OR PARTS OR COMPONENTS OF SUN EQUIPMENT, MAY BE NEW OR USED. REGARDLESS, SUN WARRANTY TERMS APPLY. FOR GSA CUSTOMERS ONLY: THIS QUOTATION IS BASED ON THE GSA SCHEDULE GS-35F-0702J IN EFFECT THROUGH AUGUST 31, 2005.

Sun microsystems
We make the net work

# Renewal Quotation For Enterprise Services

Quote Number: 1336747/1
Source Contract: NK20202584
Date: May-01-2005
Valid Until: Jun-30-2005



## Contract Information Request Form

Dear customer: Please complete each applicable section and return the form to the contact listed at the bottom of the page.

**Purchase Order Number (if applicable):**

**Tax ID Number:**

Contract Address
Billing Address
Equipment Site Address

Contract Address
Billing Address
Equipment Site Address

Contract Address
Billing Address
Equipment Site Address

Contract Address
Billing Address
Equipment Site Address

Contract Address
Billing Address
Equipment Site Address

Commercial Contact
Software Distribution Contact
Hardware Contact
Educational Contact
Project Contact
Name, Address:

Phone:
Fax:
Email:

Commercial Contact
Software Distribution Contact
Hardware Contact
Educational Contact
Project Contact
Name, Address:

Phone:
Fax:
Email:

Commercial Contact
Software Distribution Contact
Hardware Contact
Educational Contact
Project Contact
Name, Address:

Phone:
Fax:
Email:

Commercial Contact
Software Distribution Contact
Hardware Contact
Educational Contact
Project Contact
Name, Address:

Phone:
Fax:
Email:

Commercial Contact
Software Distribution Contact
Hardware Contact
Educational Contact
Project Contact
Name, Address:

Phone:
Fax:
Email:

Sun Microsystems, Inc.
SSI
735 Battery Street
Floor 2
San Francisco, CA
94111

ALL QUOTATIONS ARE CONTINGENT UPON CUSTOMER'S COMPLIANCE WITH APPLICABLE EXPORT/IMPORT REGULATIONS. THIS SALES QUOTATION REMAINS FIRM FOR THE PERIOD LISTED HEREIN, EXCEPT THAT SUN MAY MODIFY THIS SALES QUOTATION: (1) IN THE CASE OF TYPOGRAPHICAL ERROR HEREIN, (2) SHOULD THE AVAILABILITY OF THE PRODUCTS OR SERVICES QUOTATION CHANGE, OR (3) SHOULD THERE BE A CHANGE IN YOUR CREDIT STATUS WITH SUN. ANY MODIFICATION, ADDITION, OR WAIVER OF ANY OF THE SUN SALES TERMS OR OF THE CONTENT OF THIS SALES QUOTATION WILL BE VALID ONLY IF STATED IN A WRITING, OR ELECTRONIC EQUIVALENT THEREOF, SIGNED BY AN AUTHORIZED REPRESENTATIVE OF SUN. SUN EQUIPMENT, OR PARTS OR COMPONENTS OF SUN EQUIPMENT, MAY BE NEW OR USED. REGARDLESS, SUN WARRANTY TERMS APPLY. FOR GSA CUSTOMERS ONLY: THIS QUOTATION IS BASED ON THE GSA SCHEDULE GS-35F-0702J IN EFFECT THROUGH AUGUST 31, 2005.

Sun microsystems
Enterprise Services
500 Eldorado Blvd.
Broomfield, CO 80021
1-800-USA-4SUN
Federal ID #94-2805249

REMIT TO:
Sun Microsystems, Inc.
C/O Bank of America
12120 Collection Center Drive
CHICAGO IL 60693-1212

| INVOICE NO. | PAGE |
|---|---|
| 10816630 | 1 of 2 |
| INVOICE DATE | |
| 03-OCT-05 | |

BILL TO ID NO. 319888-10160182

DELPHI CORPORATION
ACCOUNTS PAYABLE
PO BOX 4330
480-413-200
TROY MI 48099-4330

DIRECT BILLING INQUIRIES TO: STEPHEN GARCIA 303-272-6780

DIRECT SERVICE/CONTRACT INQUIRIES TO: 1-800-USA-4SUN

| CONTRACT NUMBER | PURCHASE ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|
| NK20190952 | DWS07711 | NET 30 | 02-NOV-05 |

| ITEM | CLIN | SVC LEVEL | DESCRIPTION | INV FROM DT | INV TO DT | QUANTITY | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | MKT PART # | | | | | | |
| | | | SITE LOCATION: 319888-1310219<br>DELPHI CORPORATION<br>WORLD HEADQUARTERS<br>5725 DELPHI DR<br>TROY MI 48098-2815 | | | | | | |
| 1 | | SGLD | CPUBD-484-1200# Sun Spectrum II Gold<br>0338HH34F3-CPUBD1 0338HH34F3-CPUBD2 0338HH34F3-CPUBD3 | 01-OCT-2005 | 30-SEP-2006 | 3.00 | N | 5559.54 | 16678.62 |
| 2 | | SGLD | F6800# Sun Spectrum II Gold<br>0338HH34F3 | 01-OCT-2005 | 30-SEP-2006 | 1.00 | N | 33719.81 | 33719.81 |
| 3 | | SGLD | N32-XUB2-9S-204AV2# Sun Spectrum II Go<br>HN33521437 HN33634364 HN33735020<br>HN33735264 HN33735287 HN33735316<br>HN33836304 | 01-OCT-2005 | 30-SEP-2006 | 7.00 | N | 2175.47 | 15228.29 |
| 4 | | SGLD | SG-MT2-H2D1T1# Sun Spectrum II Gold<br>0338HH34F3-H2D | 01-OCT-2005 | 30-SEP-2006 | 1.00 | N | 747.13 | 747.13 |
| 5 | | SGLD | X7057A# Sun Spectrum II Gold<br>0338MM2182 0338MM2184 | 01-OCT-2005 | 30-SEP-2006 | 2.00 | N | 5218.93 | 10437.86 |



Sun microsystems
Enterprise Services
500 Eldorado Blvd
Broomfield, CO 80021
1-800-USA-4SUN
Federal ID #94-2805249

REMIT TO: Sun Microsystems, Inc.
C/O Bank of America
12120 Collection Center Drive
CHICAGO IL 60693-1212

| INVOICE NO | PAGE |
|---|---|
| 10816630 | 2 of 2 |
| | INVOICE DATE |
| | 03-OCT-05 |

BILL TO ID NO. 319888-10160182

DELPHI CORPORATION
ACCOUNTS PAYABLE
PO BOX 4330
480-413-200
TROY MI 48099-4330

DIRECT BILLING INQUIRIES TO: STEPHEN GARCIA 303-272-6780

DIRECT SERVICE/CONTRACT INQUIRIES TO: 1-800-USA-4SUN

| CONTRACT NUMBER | PURCHASE ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|
| NK20190952 | DWS07711 | NET 30 | 02-NOV-05 |

| ITEM | CLIN | SVC LEVEL | DESCRIPTION | QUANTITY | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | | | MKT PART # INV FROM DT INV TO DT | | | | |
| | | | | | | SUBTOTAL: | 76811.71 |
| | | | | | | TOTAL TAX: | .00 |
| | | | | | | GRAND TOTAL: | 76811.71 |

*********************************************************
* PLEASE PROVIDE COMPLETE INVOICE NUMBER ON YOUR REMITTANCE TO *
* ENSURE ACCURATE APPLICATION OF YOUR PAYMENT. THANK YOU *
*********************************************************

FORM DB-174 (12-02) DDC-FORM (QBSP):T:1-1:INV-ESB

December 16 2004

JOE KOKOSZKA
DELPHI CORPORATION
WORLD HEADQUARTERS
5725 DELPHI DR
TROY, MI 48098-2815

Subject: Renewal Contract Acknowledgement

Dear JOE KOKOSZKA,

We want to thank you for contracting with Sun Microsystems, Inc. ("Sun"). Your purchase order has completed our administrative process.

During the contract term, if you should require service, please call 1-800-USA-4SUN (1-800-872-4786). When placing a support call, please reference your SunSpectrum(sm) Support Agreement Contract Number NK20190952.

For Java Enterprise Systems (JES) orders please go to the following website for additional information: http://www.sun.com/service/solutions/sunjavasystem/jes-welcome.html

For Java Desktop Systems (JDS) support is accessed through a dedicated service phone number and not through Sun's usual support phone numbers. Please go to the following website for additional information about your JDS support and access instructions.
http://www.sun.com/service/sunjavasystem/jdsserviceguide.html

If you should have any questions, please contact me. My number can be found on the first page of your Support Agreement.

We look forward to a continued business relationship utilizing our SunSpectrum Support features to complement your business needs.

Sincerely,

INTERNAL REP
Sales Representative

Sun microsystems

| | |
|---|---|
| SMI Agreement Number | :AR72857 |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20190952 |
| Quote Number | :NK20190952 |
| Date | :December 16 2004 |
| Page | :1 of 4 |

**Support Agreement**
**Between**
**Sun Services**
**Sun Microsystems, Inc. ("Sun")**
**And**
**DELPHI CORPORATION**
**WORLD HEADQUARTERS**
**5725 DELPHI DR**
**TROY, MI 48098-2815**
**"Customer"**

This is a Schedule as referenced in either the Sun Microsystems, Inc. ("SMI") Master Terms of Service or in the Sun Customer Support Program Agreement. This document also may function as a Confirmation as referenced in the SMI Customer Agreement or General Terms and accompanying Exhibits. Customer acknowledges that it has agreed to, signed, and returned to Sun, prior to receiving services from Sun, one of: (1) SMI Master Terms of Service, (2) Sun Customer Support Program Agreement, or (3) SMI Customer Agreement or General Terms and accompanying Exhibits and that such signed Sun sales agreement applies to the provision of all services to the customer by Sun. Further, Sun will deliver the services ordered by the customer in accordance with the applicable Sun services program module, Sun Service Listing, or Statement of Work. Customer agrees that the Sun Service Listing or Statement of Work which: (i) Customer is purchasing, as identified in this Schedule, and (ii) is available to the Customer to read and print out from Sun's Service List found at http://www.sun.com/service/servicelist/index.html, is incorporated by reference as part of Customer's applicable Sun sales agreement. The terms in a Sun Service Listing or Statement of Work govern and control over any terms in a quote, purchase order, or this Schedule.

Please review the attached pages. If they are acceptable to you, please issue a purchase order for them referencing your contract and quote numbers, and the date of the quote (all of which are listed in the top, right-hand corner of this page). If Sun provides service for products listed on a Schedule before Customer provides a purchase order to Sun, Customer agrees to pay Sun for such service at the price set forth in the Sun quote and to be bound by the terms and conditions of the applicable Sun sales agreement and exhibits referenced in the above paragraph.

**THE FOLLOWING APPLIES TO QUOTATIONS: Please read carefully all of the terms of this sales quotation, including: (1) Sun's terms of sale accompanying this quotation, (unless you already have signed current, applicable terms of sale with Sun providing for purchase from the Sun Service List) and**

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO 80021

Sales Representative:
INTERNAL REP

Service Implementation Specialist:
BRANDON CHASE




| | |
|---|---|
| SMI Agreement Number | :AR72857 |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20190952 |
| Quote Number | :NK20190952 |
| Date | :December 16 2004 |
| Page | :2 of 4 |

(2) the applicable Sun Service Listing(s) or statement(s) of work which can be found at http://www.sun.com/service/servicelist/index.html. This quotation, Sun's terms of sale, and the applicable Sun Service Listing(s) and statements of work are collectively referred to as "Sun Sales Terms." Sun's offer in this sales quotation is expressly conditioned upon your acceptance of these Sun Sales Terms.

Your placement of an order with Sun confirms your acceptance of the Sun Sales Terms, which will constitute the entire agreement between you and Sun with respect to the sale or license of Sun products and the sale of services identified herein. Sun hereby rejects and will not be bound by any additional or inconsistent terms which you may submit in a purchase order or other purchase documentation.

THE FOLLOWING ALSO APPLIES TO QUOTATIONS: All quotations are contingent upon customer's compliance with applicable export/import regulations. This sales quotation remains firm for the period listed herein, except that Sun may modify this sales quotation: (1) in the case of typographical error herein, (2) should the availability of the products or services ordered change, or (3) should there be a change in your credit status with Sun. Any modification, addition, or waiver of any of the Sun Sales Terms or of the content of this sales quotation will be valid only if stated in a writing, or electronic equivalent thereof, signed by an authorized representative of Sun. For GSA customers only: This quotation is based on the GSA schedule GS-35F-0702J in effect through August 22, 2004. This quotation supersedes all previous quotations.

EFFECTIVE PERIOD:10/01/05 - 09/30/06

| | | |
|---|---|---|
| | System Support: | 76,811.71 |
| | Software Items: | 0.00 |
| (Excluding Applicable State/Local Taxes) | **Contract Total:** | **76,811.71** |

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO 80021

Sales Representative:
INTERNAL REP

Service Implementation Specialist:
BRANDON CHASE



| | |
|---|---|
| SMI Agreement Number | :AR72857 |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20190952 |
| Quote Number | :NK20190952 |
| Date | :December 16 2004 |
| Page | :3 of 4 |

## Support Agreement
## Sun Spectrum
## Service Options & Discounts

| | | |
|---|---|---|
| FEATURES: | SPECTRUM II GOLD | |
| | [SGLD] | |
| | CANCEL ONSITE SUPPORT FOR SOFTWARE | |
| | 4 HOUR RESPONSE TIME (STANDARD) | 0% |
| | 7X24X365 TELEPHONE SUPPORT (STANDARD) | 0% |
| | PTAS WITH SEMI-ANNUAL ONSITE REVIEW(STD) | 0% |
| | ONSITE TECHNICIAN (STANDARD) | 0% |
| OPTIONS: | GOLD II 7X24X365 ON-SITE H/W UPLIFT | 0% |
| DISCOUNTS: | COMPETITIVE/NEGOTIATED DISCOUNT | 20% |
| | VOLUME DISCOUNT (NEW) | 5% |
| | MULTI YEAR DISCOUNT (NEW) | 10% |
| | PRE-PAID DISCOUNT (NEW) | 8% |

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO 80021

Sales Representative:
INTERNAL REP

Service Implementation Specialist:
BRANDON CHASE



Sun microsystems

| | |
|---|---|
| SMI Agreement Number | :AR72857 |
| Service or Purchasing Exhibit No. | : |
| Agreement Number | : |
| Contract Number | :NK20190952 |
| Quote Number | :NK20190952 |
| Date | :December 16 2004 |
| Page | :4 of 4 |

**Support Agreement**
**Sun Spectrum**
**Billing Information**

PURCHASE ORDER: DWS07711 10/01/03 09/30/06

CREDIT CARD: NUMBER: TYPE:

BILLING PERIOD: ANNUAL IN ADVANCE

BILLING ADDRESS: DELPHI CORPORATION
PO BOX 4330
480-413-200
TROY, MI 48099-4330

PRODUCT SCHEDULE: AS ATTACHED

SPECIAL NOTE:

Sun Microsystems, Inc.
Sun Services
500 Eldorado Boulevard
Broomfield, CO 80021

Sales Representative:
INTERNAL REP

Service Implementation Specialist:
BRANDON CHASE



# PAYMENT SCHEDULE

Contract No : NK20190952
Date : 12/16/04
Page : 1 of 1

Customer Name DELPHI CORPORATION
Period 10/01/05 - 09/30/06
Invoicing Timing ANNUAL IN ADVANCE

| Site Number | Site Name | | |
|---|---|---|---|
| 10/01/05 - 09/30/06 | | 76,811.71 | USD |
| N60567949 | DELPHI CORPORATION | 76,811.71 | USD |