BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Patrick M. Costell, Esq. (Calif. Bar No.117205)
Gaye N. Heck, Esq. (Calif. Bar No.170804)

-and –

OCHS & GOLDBERG, LLP
60 East 42nd Street, Suite 1545
New York, New York 10165
Martin P. Ochs, Esq. (MO1203)

Counsels for SUN MICROSYSTEMS, INC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :   **Chapter 11**
                                                             :
**DELPHI CORPORATION, et al.;**                              :   **Case No. 05-44481**
                                                             :
**Debtors.**                                                 :   **(Jointly Administered)**
                                                             :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Catherine Lee, declare that I am over the age of eighteen years and not a party to or interested in the within action. I am an employee of Bialson, Bergen & Schwab, and my business address is 2600 El Camino Real, Suite 300, Palo Alto, California 94306.

On June 18, 2007, I served via overnight delivery the following:

- SUN MICROSYSTEMS, INC.'S RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION

1

W:\S0454\094\pld\COS-responsetoobj.wpd

to parties addressed as follows.

>Delphi Coporation
>5725 Delphi Drive
>Troy, Michigan 48098
>Attn: General Counsel
>
>Counsel to the Debtors
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive, Suite 2100
>Chicago, Illinois 60606
>Attn: John Butler, Jr., John Lyons, and Joseph Wharton

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on June 18, 2007 at Palo Alto, California.

_____
Catherine Lee

2

W:\S0454\094\pld\COS-responsetoobj.wpd