UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, <u>et</u> <u>al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Jay A. Schwartz, a member in good standing of the bar in the State of Michigan, and, if applicable, the bar of the U.S. District Court for the Southern District of Michigan, having requested admission, ***pro hac vice***, to represent Nu-Tech Plastics Engineering, a creditor in the above referenced case.

**ORDERED,**

that Jay A. Schwartz, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, South District of New York, provided that the filing fee has been paid.

Date: June 19, 2007
    New York, New York         /s/Robert D. Drain_____
                                UNITED STATES BANKRUPTCY JUDGE