**EXHIBIT A**

INVOICE REPRINT                                    Customer Copy



**ACORN** Distributors, Inc.
*Solutions for the Janitorial & Foodservice Industries*

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

Invoice #
872427-00

Sold To: DO NOT USE/DELPHI PNT 20
BILLING ONLY ACCOUNT
2900 S. SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 1

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDI201 | 09/20/05 | FREEISSUE 8/05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/20/05 | | 2 | |

Special Instructions: AUGUST 2005 FREE ISSUE
Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 10 | CS | 20KC01000 | TOWELS HRT SCOTT 1M MEGA /12RL | 471076 | | 36.88 | CS | 368.80 | N |
| | 2 | 10 | CS | 20KC07827 | T.T. JRT 2PLY (6RL/2000/CS | 164789 | FI | 22.90 | CS | 229.00 | N |
| | 3 | 4 | PL | 20BUT4006520 | IRONSTONE SEALER/FINISH 5GA/PL | 471071 | FI | 62.57 | PL | 250.28 | N |
| | 4 | | | NOTE | FOR DELIVERY TCKT 863670-00 | | | | | | |
| | 5 | 12 | CS | 20KC01000 | TOWELS HRT SCOTT 1M MEGA /12RL | 471076 | | 36.88 | CS | 442.56 | N |
| | 6 | 12 | CS | 20KC07827 | T.T. JRT 2PLY (6RL/2000/CS | 164789 | FI | 22.90 | CS | 274.80 | N |
| | 7 | 6 | CS | 20GJ756502 | 5000ML MULTIGREN HAND SOAP (2) | 471076 | FI | 36.09 | CS | 216.54 | N |
| | 8 | 6 | CS | 20GJ752002 | 5000ML PK ANTIBACKTRL SOAP (2) | 471075 | FI | 25.07 | CS | 150.42 | N |
| | 9 | 4 | CS | 20HOSPECHG10 | TOILET SEAT COVERS 2 | 076547 | FI | 12.84 | CS | 51.36 | N |
| | 10 | 1 | PL | 20BUT4036520 | SUNDANCE FLOOR CLEANER 5GA/PL | 156913 | FI | 25.67 | PL | 25.67 | N |
| | 11 | | | NOTE | FOR DELIVERY TCKT 765425-00 | | | | | | |
| | 12 | 12 | CS | 20KC07827 | T.T. JRT 2PLY (6RL/2000/CS | 164789 | FI | 22.90 | CS | 274.80 | N |
| | 13 | 12 | CS | 20KC01000 | TOWELS HRT SCOTT 1M MEGA /12RL | 471076 | | 36.88 | CS | 442.56 | N |
| | 14 | 1 | PL | 20BUT4006520 | IRONSTONE SEALER/FINISH 5GA/PL | 471071 | FI | 66.01 | PL | 66.01 | N |
| | 15 | 1 | PL | 20BUT4293050 | CROWBAR FLOOR STRIPPER 5GA/PL | 471072 | FI | 58.96 | PL | 58.96 | N |
| | 16 | 4 | CS | 20HOSPECHG10 | TOILET SEAT COVERS 2 | 076547 | FI | 12.84 | CS | 51.36 | N |
| | 17 | 4 | CS | 20GJ756502 | 5000ML MULTIGREN HAND SOAP (2) | 471076 | FI | 36.09 | CS | 144.36 | N |
| | 18 | 4 | CS | 20GJ752002 | 5000ML PK ANTIBACKTRL SOAP (2) | 471075 | FI | 25.07 | CS | 100.28 | N |
| | 19 | | | NOTE | FOR DELIVERY TCKT 867446-00 | | | | | | |

Invoice Total: 3,147.76

Pieces: 103

\*\*\* END of INVOICE \*\*\*

| Customer | | Invoice | Date | Amount | AMOUNT $ | TAX ID: 10187021300 OS |
|---|---|---|---|---|---|---|
| KDI201 | DO NOT USE/DELPHI PNT 20 | 872427-00 | 09/20/05 | 3,147.76 | ENCLOSED | |

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

INVOICE REPRINT

Customer Copy



**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

DUPLICATE

Invoice #
873925-00

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 2

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/29/05 | FREEISSUE 9/05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/29/05 | | 2 | |

Special Instructions: FREE ISSUE REMAINING ITEMS PLANT 11

Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | | Unit Price | UM | Extension | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 23 | 3 | CS | 11KC07410 | TOLIET SEAT COVERS | 076547 | FI | 30.81 | CS | 92.43 | N |
| | 24 | 4 | CS | 11KC07827 | T.T. JRT 2PLY 6RL/2M' | 169789 | | 27.08 | CS | 108.32 | N |
| | 25 | 8 | RL | 11KC33222 | KIMTEX ROLL BLUE SHOP TOWEL /6 | 131216 | | 5.39 | RL | 43.12 | N |
| | 26 | 15 | CS | 11KC33560 | KIMTEX SHOP TOWEL 12 | 062586 | | 26.88 | CS | 403.20 | N |
| | 27 | 18 | BX | 11KC34133 | KIMWIPES 12X12 WHITE 15BX/CS | 065872 | | 1.56 | BX | 28.08 | N |
| | 28 | 51 | BX | 11KC34790 | TERI WIPER 4PLY (10/125/CS) | 201582 | | 3.69 | BX | 188.19 | N |
| | 29 | 94 | EA | 11KC36506 | KLEENGUARD SHOP APRON | 019955 | | 1.53 | EA | 143.82 | N |
| | 30 | 88 | EA | 11KC58504 | COVERALL X-LARGE (24EA/CS) | 019956 | | 4.90 | EA | 431.20 | N |
| | 31 | 35 | EA | 11LAGCS1 | SPONGE CELLULOSE (48EA/CS) | 072398 | | .37 | EA | 12.95 | N |
| | 32 | 6 | GL | 11N1128WSO | NILIUM ORIG CONCENTR | | | 18.49 | GL | 110.94 | N |
| | 33 | 2 | EA | 11RM3546G | ROUND CONTAINER LT G | 162408 | | 23.99 | EA | 47.98 | N |
| | 34 | 7 | EA | 11RM6362 | 125 60" TAPER HANDLE | 083659 | | 2.11 | EA | 14.77 | N |
| | 35 | 1 | EA | 11RM7570B | MOP BUCKET 35 QT BROW | 071398 | | 27.20 | EA | 27.20 | N |
| | 36 | 1 | EA | 11RMA41306 | MOP WEB FOOT FIN. 1" | 705147 | FI | 8.44 | EA | 8.44 | N |
| | 37 | 3 | EA | 11RMF156 | MOP 16 OZ 5" BAND WHITE /EA | 071730 | | 2.69 | EA | 8.07 | N |
| | 38 | 21 | EA | 11RMJ153 | MOP HEAD DUST 24X5 | 071701 | | 9.11 | EA | 191.31 | N |
| | 39 | 6 | EA | 11RMJ155 | MOP DUST HEAD 36X5 Y | 154291 | | 12.39 | EA | 74.34 | N |
| | 40 | 5 | EA | 11RMM116 | HANDLE DUST SNAPON 6 | 044760 | | 8.48 | EA | 42.40 | N |
| | 41 | 1 | EA | 11RMM253 | 5X24 DUST MOP FRAME | 154294 | | 3.00 | EA | 3.00 | N |
| | 42 | 4 | EA | 11RMU130 | WEDGE DUST MOP HEAD | 074188 | | 4.32 | EA | 17.28 | N |
| | 43 | 25 | EA | 11RMV158 | MOP 24 OZ WHT 5" BAND 12/CS | 020590 | | 3.20 | EA | 80.00 | N |
| | 44 | 8 | EA | 11RMV159 | 32 OZ MOP HEAD WHITE 5" BAND | 123142 | | 4.13 | EA | 33.04 | N |

--- CONTINUED ON NEXT PAGE ---

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

INVOICE REPRINT

Customer Copy



# ACORN Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

**DUPLICATE**

Invoice #
873925-00

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 1

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/29/05 | FREEISSUE 9/05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/29/05 | | z | |

Special Instructions: FREE ISSUE REMAINING ITEMS PLANT 11          Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 5 | EA | 11ACSB404 | BROOM #32 WHSE BLND 12/C | WHSE | | 4.65 | EA | 23.25 | N |
| | 2 | 8 | EA | 11ACSB410A | BROOM SUPER ANGLE 12EA/CS | 076479 | | 3.66 | EA | 29.28 | N |
| | 3 | 4 | EA | 11ACSB6318 | BROOM GARAGE 18" | 075192 | | 5.25 | EA | 21.00 | N |
| | 4 | 13 | EA | 11AR22320 | AERSOL DISINF & DEOD SPRY(12) | | | 3.69 | EA | 47.97 | N |
| | 5 | 3 | RL | 11CANT411100 | 3"MASKING TAPE 72MMX | 133781 | | 4.28 | RL | 12.84 | N |
| | 6 | 13 | CS | 11CBCRB45H+ | LINER SLIM JIM 30X45 | 019881 | | 14.73 | CS | 191.49 | N |
| | 7 | 8 | CS | 11CBCRTGG46X | LINER 40X46 1.5MIL B | 019880 | | 18.28 | CS | 146.24 | N |
| | 8 | 3 | EA | 11CP36284H | HANDLE BRASS,14" SQUEGIE 10/CS | 083047 | | 4.12 | EA | 12.36 | N |
| | 9 | 2 | EA | 11CP40502 | SCRUB BRUSH STIFF 20" (1EA) | 076576 | | 2.96 | EA | 5.92 | N |
| | 10 | 27 | EA | 11DRAC94892 | RAID FLYING INSECT SPRAY (6EA) | 047742 | | 5.71 | EA | 154.17 | N |
| | 11 | 1 | PL | 11FF465226 | NOVA-X FLOOR FINISH 5 GAL/PL | 705143 | FI | 58.90 | PL | 58.90 | N |
| | 12 | 2 | CS | 11FF968512 | BLUE LITE DISINF. 12 | 705142 | FI | 30.68 | CS | 61.36 | N |
| | 13 | 9 | GL | 11GJ094504 | ORANGE HD CLEANER W/PUM(4/1GL) | 062531 | | 9.84 | GL | 88.56 | N |
| | 14 | 7 | TB | 11GJ629804 | FAST WIPES 4/130CT/B | 467988 | | 11.40 | TB | 79.80 | N |
| | 15 | 4 | CS | 11GJ756502 | 500ML MULTI GRN HAND SOAP | 471076 | FI | 36.08 | CS | 144.32 | N |
| | 16 | 6 | EA | 11GJ9034 | 800ML DISPENSER WHITE | 700610 | | 8.21 | EA | 49.26 | N |
| | 17 | 1 | PK | 11GMT11703 | STEEL WOOL PAD #0 12/CS | 060205 | | 2.44 | PK | 2.44 | N |
| | 18 | 9 | PK | 11GR731570 | *PIN CLOTHES WOOD 24/18 CT | 074445 | | 1.27 | PK | 11.43 | N |
| | 19 | 263 | EA | 11HOSPECVU5 | TAMPAX TAMPONS VENDING /500 CS | C | | .09 | EA | 23.67 | N |
| | 20 | 1 | EA | 11IP414 | 14 QT GALVANIZED PAIL | 062084 | | 7.60 | EA | 7.60 | N |
| | 21 | 1 | EA | 11IP99 | HANDLE 63"SPG CLIP 12/CS | 470957 | | 11.54 | EA | 11.54 | N |
| | 22 | 1 | CS | 11KC01890 | **KLEENEX M-FLD TOWEL | 200010 | | 21.87 | CS | 21.87 | N |

--- CONTINUED ON NEXT PAGE ---

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

INVOICE REPRINT                                                                 Customer Copy



**ACORN** Distributors, Inc.
Solutions for the janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

Invoice #
873925-00

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 3

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/29/05 | FREEISSUE 9/05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/29/05 | | 2 | |

Special Instructions: FREE ISSUE REMAINING ITEMS PLANT 11       Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|
| | 45 | 25 | PK | 11SO58MD | CUP CD 5 OZ PAPER (25/100) | 705406 | 2.28 | PK | 57.00 | N |
| | 46 | 24 | EA | 11TO110504 | TRIGR SPRYER GRN/WHT (1EA) | 014566 | .50 | EA | 12.00 | N |
| | 47 | 18 | EA | 11TO280100 | BOWL MOP DELUXE(SWAB)100EA/CS | 073137 | .54 | EA | 9.72 | N |
| | 48 | | | NOTE | FOR PLANT CLOSING | | | | | |

Invoice Total:    3,394.07

Pieces: 864                                                                                                                        *** END of INVOICE ***

| Customer | | Invoice | Date | Amount | AMOUNT $ | TAX ID: 10187021300 OS |
|---|---|---|---|---|---|---|
| KDG111 | DO NOT USE/DELPHI PNT 11 | 873925-00 | 09/29/05 | 3,394.07 | ENCLOSED | |

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.



**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

Invoice #: 872434-00

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 1

| Customer | Invoice Date | P.O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/20/05 | FREEISSUE 8-05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/20/05 | | 2 | |

Special Instructions: AUGUST 2005
Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | CS | 11KC01000 | TOWEL HRT SCOTT 1M /12/1M | 471076 | | 36.88 | CS | 36.88 | N |
| | 2 | 12 | EA | 11RMV159 | 32 OZ MOP HEAD WHITE 5" BAND | 123142 | | 4.13 | EA | 49.56 | N |
| | 3 | 3 | EA | 11CP4505603 | BRUSH GARAGE 36" LT-\ | 028911 | | 19.31 | EA | 57.93 | N |
| | 4 | 3 | EA | 11CP4505303 | FLR BRUSH 18"TAMP ME | 072345 | | 7.86 | EA | 23.58 | N |
| | 5 | 1 | CS | 11FF968512 | BLUE LITE DISINF. 12 | 705142 | FI | 30.68 | CS | 30.68 | N |
| | 6 | 1 | CS | 11CLOX02490 | ULTRA CLOROX BLEACH 6/96OZ | 471081 | | 11.26 | CS | 11.26 | N |
| | 7 | 1 | CS | 11WCPINESOLV | PINESOLVE DISINFECT 6GA/CS | | | 34.48 | CS | 34.48 | N |
| | 8 | | | NOTE | FOR DELIVERY TCKT 864415-00 | | | | | | |
| | 9 | 5 | CS | 11KC01000 | TOWEL HRT SCOTT 1M /12/1M | 471076 | | 36.88 | CS | 184.40 | N |
| | 10 | 5 | CS | 11KC07202 | T.T. 1PLY JRT 6RL/40 | 164789 | FI | 22.89 | CS | 114.45 | N |
| | 11 | 3 | CS | 11GJ756502 | 500ML MULTI GRN HAND SOAP | 471076 | FI | 36.08 | CS | 108.24 | N |
| | 12 | 3 | CS | 11GJ752002 | 500ML PINK ANTIBACTERIAL SOAP | 471075 | FI | 25.07 | CS | 75.21 | N |
| | 13 | 2 | CS | 11FF968512 | BLUE LITE DISINF. 12 | 705142 | FI | 30.68 | CS | 61.36 | N |
| | 14 | 1 | CS | 11CLOX02490 | ULTRA CLOROX BLEACH 6/96OZ | 471081 | | 11.26 | CS | 11.26 | N |
| | 15 | 12 | QT | 11BUT4305320 | BATHMAT RTU DISF 12EA/CS | 471079 | FI | 1.52 | QT | 18.24 | N |
| | 16 | 4 | EA | 11WCLIMEFIF4 | NAM#1 DELIMER (4EAGA/CS) | 073374 | FI | 4.37 | EA | 17.48 | N |
| | 17 | | | NOTE | FOR DELIVERY TCKT 867447-00 | | | | | | |
| | 18 | 6 | CS | 11KC07202 | T.T. 1PLY JRT 6RL/40 | 164789 | FI | 22.89 | CS | 137.34 | N |
| | 19 | 6 | CS | 11KC01000 | TOWEL HRT SCOTT 1M /12/1M | 471076 | | 36.88 | CS | 221.28 | N |
| | 20 | 2 | CS | 11CLOX02490 | ULTRA CLOROX BLEACH 6/96OZ | 471081 | | 11.26 | CS | 22.52 | N |
| | 21 | 24 | QT | 11BUT4305320 | BATHMAT RTU DISF 12EA/CS | 471079 | FI | 1.52 | QT | 36.48 | N |
| | 22 | 8 | EA | 11WCLIMEFIF4 | NAM#1 DELIMER (4EAGA/CS) | 073374 | FI | 4.37 | EA | 34.96 | N |
| | 23 | | | NOTE | FOR DELIVERY TCKT 869622-00 | | | | | | |

--- CONTINUED ON NEXT PAGE ---

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.



**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

Invoice #
872434-00

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 2

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/20/05 | FREEISSUE 8-05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/20/05 | | 2 | |

Special Instructions: AUGUST 2005

Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | 6 | CS | 11KC07202 | T.T. 1PLY JRT 6RL/40 | 164789 | FI | 22.89 | CS | 137.34 | N |
| | 25 | 6 | CS | 11KC01000 | TOWEL HRT SCOTT 1M /12/1M | 471076 | | 36.88 | CS | 221.28 | N |
| | 26 | 2 | CS | 11GJ756502 | 500ML MULTI GRN HAND SOAP | 471076 | FI | 36.08 | CS | 72.16 | N |
| | 27 | 2 | CS | 11GJ752002 | 500ML PINK ANTIBACTERIAL SOAP | 471075 | FI | 25.07 | CS | 50.14 | N |
| | 28 | 4 | EA | 11WCLIMEFIF4 | NAM#1 DELIMER (4EAGA/CS) | 073374 | FI | 4.37 | EA | 17.48 | N |
| | 29 | 12 | QT | 11BUT4305320 | BATHMAT RTU DISF 12EA/CS | 471079 | FI | 1.52 | QT | 18.24 | N |
| | 30 | | | NOTE | FOR DELIVERY TCKT 871531-00 | | | | | | |

Invoice Total: 1,804.23

Pieces: 135

*** END of INVOICE ***

| Customer | | Invoice | Date | Amount | AMOUNT $ | TAX ID: 10187021300 OS |
|---|---|---|---|---|---|---|
| KDG111 | DO NOT USE/DELPHI PNT 11 | 872434-00 | 09/20/05 | 1,804.23 | ENCLOSED | |

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

INVOICE REPRINT                                                  Customer Copy


**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

Invoice #
871801-00

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 1

| Customer | Invoice Date | P.O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/15/05 | 08/05 CONSIGN | NET 30 DAYS | BILL MEMO | CUSTOMER | KD | 09/15/05 |  | 2 |  |

Special Instructions: CONSIGNED USAGE AUGUST 2005

Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description |  | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 1 | EA | 11AR22320 | AERSOL DIISNF & DEOD SPRY(12) |  | 2.81 | EA | 2.81 | N |
|  | 2 | -16 | RL | 11CANT009448 | GRAY DUCT TAPE 2"X60YD 24RL/CS | 044323 | 3.00 | RL | 48.00- | N |
|  | 3 | 1 | RL | 11CANT012224 | TAPE MASKING 1"X60YD | 133315 | .69 | RL | .69 | N |
|  | 4 | 4 | CS | 11CBCRB45H+ | LINER SLIM JIM 30X45 | 019881 | 14.73 | CS | 58.92 | N |
|  | 5 | 4 | CS | 11CBCRTGG50X | LINER 46X50 1.5MIL BLACK | 085110 | 18.00 | CS | 72.00 | N |
|  | 6 | -1 | EA | 11CP36284H | HANDLE BRASS,14" SQUEGIE 10/CS | 083047 | 4.12 | EA | 4.12- | N |
|  | 7 | 3 | EA | 11CP4505303 | FLR BRUSH 18"TAMP ME | 072345 | 7.86 | EA | 23.58 | N |
|  | 8 | 1 | EA | 11CP4505603 | BRUSH GARAGE 36" LT-A | 028911 | 19.31 | EA | 19.31 | N |
|  | 9 | 1 | EA | 11CP45268 | HANDLE WOOD METAL TI | 075700 | 3.28 | EA | 3.28 | N |
|  | 10 | 100 | EA | 11CTSHOPTOWE | TOWEL,SHOP HWT 18X18 | 064663 | .14 | EA | 14.00 | N |
|  | 11 | 3 | EA | 11DRAC94892 | RAID FLYING INSECT SPRAY (6EA) | 047742 | 5.71 | EA | 17.13 | N |
|  | 12 | -53 | TB | 11GJ629804 | FAST WIPES 4/130CT/B | 467988 | 11.40 | TB | 604.20- | N |
|  | 13 | -3 | EA | 11GJ9142 | 800ML MOISTURE HAND CLNER (12) | 072430 | 3.96 | EA | 11.88- | N |
|  | 14 | -16 | PK | 11GMT11703 | STEEL WOOL PAD #0 12/CS | 060205 | 2.44 | PK | 39.04- | N |
|  | 15 | -5 | EA | 11GRN5333 | BROOM #32 WAREHOUSE | 075049 | 4.13 | EA | 20.65- | N |
|  | 16 | -7 | RL | 11KC33222 | KIMTEX ROLL BLUE SHOP TOWEL /6 | 131216 | 5.39 | RL | 37.73- | N |
|  | 17 | -5 | CS | 11KC33560 | KIMTEX SHOP TOWEL 12 | 062586 | 26.88 | CS | 134.40- | N |
|  | 18 | -2 | BX | 11KC34133 | KIMWIPES 12X12 WHITE 15BX/CS | 065872 | 1.56 | BX | 3.12- | N |
|  | 19 | 28 | BX | 11KC34790 | TERI WIPER 4PLY (10/125/CS) | 201582 | 3.69 | BX | 103.32 | N |
|  | 20 | -54 | EA | 11KC36506 | KLEENGUARD SHOP APRON | 019955 | 1.53 | EA | 82.62- | N |
|  | 21 | 2 | RL | 11PACW17 | ALUM FOIL 18"X1000' ROLL | 473743 | 22.67 | RL | 45.34 | N |
|  | 22 | -6 | EA | 11RM2963G | BRT. BUCKET 10QTRND | 063722 | 4.04 | EA | 24.24- | N |

... CONTINUED ON NEXT PAGE ...

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

INVOICE REPRINT

Customer Copy



**ACORN** Distributors, Inc.
*Solutions for the Janitorial & Foodservice Industries*

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

Invoice #
871801-00

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 2

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/15/05 | 08/05 CONSIGN | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/15/05 | | 2 | |

Special Instructions: CONSIGNED USAGE AUGUST 2005   Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|
| | 23 | -7 | EA | 11RM6362 | 125 60" TAPER HANDLE | 083659 | 2.11 | EA | 14.77- | N |
| | 24 | -2 | EA | 11RMJ153 | MOP HEAD DUST 24X5 | 071701 | 9.11 | EA | 18.22- | N |
| | 25 | -1 | EA | 11RMJ157 | MOP DUST HEAD 48X5 Y | 154292 | 14.95 | EA | 14.95- | N |
| | 26 | -1 | EA | 11RMU130 | WEDGE DUST MOP HEAD | 074188 | 4.32 | EA | 4.32- | N |
| | 27 | -9 | EA | 11RMV159 | 32 OZ MOP HEAD WHITE 5" BAND | 123142 | 3.76 | EA | 33.84- | N |
| | 28 | -1 | PK | 11SO58MD | CUP CD 5 OZ PAPER (25/100) | 705406 | 2.28 | PK | 2.28- | N |
| | 29 | 2 | EA | 11TO280100 | BOWL MOP DELUXE(SWAB)100EA/CS | 073137 | .54 | EA | 1.08 | N |
| | 30 | -2 | EA | 11WCAIRESSC1 | AIR ESSENCE CINNAMON(12EAQT/CS | 469719 | 2.03 | EA | 4.06- | N |
| | 31 | 10 | EA | 11WCFASTBA12 | FAST BALL DEG/CLNR (12EAQT/CS) | 464008 | 1.53 | EA | 15.30 | N |
| | 32 | -1 | EA | 11WHT99 | HANDLE 63" SPRING CLIP(12EA/CS | 470957 | 8.31 | EA | 8.31- | N |
| | 33 | 3 | EA | 11TO280148 | DUST PAN METAL 16" BLACK 1EA | 088342 | 5.58 | EA | 16.74 | N |

Invoice Total:   717.25-

Pieces: 29-   Total Weight: 28.200 LBS   Total Cube: .460   *** CREDIT - Do NOT Pay ***

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS

**INVOICE REPRINT**                                           Customer Copy



**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

| Invoice # |
|---|
| 873925-00 |

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 1

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/29/05 | FREEISSUE 9/05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/29/05 | | 2 | |

Special Instructions: FREE ISSUE REMAINING ITEMS PLANT 11     Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 5 | EA | 11ACSB404 | BROOM #32 WHSE BLND 12/C | WHSE | 4.65 | EA | 23.25 | N |
| | 2 | 8 | EA | 11ACSB410A | BROOM SUPER ANGLE 12EA/CS | 076479 | 3.66 | EA | 29.28 | N |
| | 3 | 4 | EA | 11ACSB6318 | BROOM GARAGE 18" | 075192 | 5.25 | EA | 21.00 | N |
| | 4 | 13 | EA | 11AR22320 | AERSOL DISINF & DEOD SPRY(12) | | 3.69 | EA | 47.97 | N |
| | 5 | 3 | RL | 11CANT411100 | 3"MASKING TAPE 72MMX | 133781 | 4.28 | RL | 12.84 | N |
| | 6 | 13 | CS | 11CBCRB45H+ | LINER SLIM JIM 30X45 | 019881 | 14.73 | CS | 191.49 | N |
| | 7 | 8 | CS | 11CBCRTGG46X | LINER 40X46 1.5MIL B | 019880 | 18.28 | CS | 146.24 | N |
| | 8 | 3 | EA | 11CP36284H | HANDLE BRASS,14" SQUEGIE 10/CS | 083047 | 4.12 | EA | 12.36 | N |
| | 9 | 2 | EA | 11CP40502 | SCRUB BRUSH STIFF 20" (3EA) | 076576 | 2.96 | EA | 5.92 | N |
| | 10 | 27 | EA | 11DRAC94892 | RAID FLYING INSECT SPRAY (6EA) | 047742 | 5.71 | EA | 154.17 | N |
| | 11 | 1 | PL | 11FF465226 | NOVA-X FLOOR FINISH 5 GAL/PL | 705143 FI | 58.90 | PL | 58.90 | N |
| | 12 | 2 | CS | 11FF968512 | BLUE LITE DISINF. 12 | 705142 FI | 30.68 | CS | 61.36 | N |
| | 13 | 9 | GL | 11GJ094504 | ORANGE HD CLEANER W/PUM(4/1GL) | 062531 | 9.84 | GL | 88.56 | N |
| | 14 | 7 | TB | 11GJ629804 | FAST WIPES 4/130CT/B | 467988 | 11.40 | TB | 79.80 | N |
| | 15 | 4 | CS | 11GJ756502 | 500ML MULTI GRN HAND SOAP | 471076 FI | 36.08 | CS | 144.32 | N |
| | 16 | 6 | EA | 11GJ9034 | 800ML DISPENSER WHITE | 700610 | 8.21 | EA | 49.26 | N |
| | 17 | 1 | PK | 11GMT11703 | STEEL WOOL PAD #0 12/CS | 060205 | 2.44 | PK | 2.44 | N |
| | 18 | 9 | PK | 11GR731570 | *PIN CLOTHES WOOD 24/18 CT | 074445 | 1.27 | PK | 11.43 | N |
| | 19 | 263 | EA | 11HOSPECVU5 | TAMPAX TAMPONS VENDING /500 CS | C | .09 | EA | 23.67 | N |
| | 20 | 1 | EA | 11IP414 | 14 QT GALVANIZED PAIL | 062084 | 7.60 | EA | 7.60 | N |
| | 21 | 1 | EA | 11IP99 | HANDLE 63"SPG CLIP 12/CS | 470957 | 11.54 | EA | 11.54 | N |
| | 22 | 1 | CS | 11KC01890 | **KLEENEX M-FLD TOWEL | 200010 | 21.87 | CS | 21.87 | N |

--- CONTINUED ON NEXT PAGE ---

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

**INVOICE REPRINT**  Customer Copy

 **ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

| Invoice # |
|---|
| 873925-00 |

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 2

| Customer | Invoice Date | P.O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/29/05 | FREEISSUE 9/05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/29/05 | | 2 | |

Special Instructions: FREE ISSUE REMAINING ITEMS PLANT 11          Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 23 | 3 | CS | 11KC07410 | TOILET SEAT COVERS | 076547 | FI | 30.81 | CS | 92.43 | N |
| | 24 | 4 | CS | 11KC07827 | T.T. JRT 2PLY 6RL/2M' | 169789 | | 27.08 | CS | 108.32 | N |
| | 25 | 8 | RL | 11KC33222 | KIMTEX ROLL BLUE SHOP TOWEL /6 | 131216 | | 5.39 | RL | 43.12 | N |
| | 26 | 15 | CS | 11KC33560 | KIMTEX SHOP TOWEL 12 | 062586 | | 26.88 | CS | 403.20 | N |
| | 27 | 18 | BX | 11KC34133 | KIMWIPES 12X12 WHITE 15BX/CS | 065872 | | 1.56 | BX | 28.08 | N |
| | 28 | 51 | BX | 11KC34790 | TERI WIPER 4PLY (10/125/CS) | 201582 | | 3.69 | BX | 188.19 | N |
| | 29 | 94 | EA | 11KC36506 | KLEENGUARD SHOP APRON | 019955 | | 1.53 | EA | 143.82 | N |
| | 30 | 88 | EA | 11KC58504 | COVERALL X-LARGE (24EA/CS) | 019956 | | 4.90 | EA | 431.20 | N |
| | 31 | 35 | EA | 11LAGCS1 | SPONGE CELLULOSE (48EA/CS) | 072398 | | .37 | EA | 12.95 | N |
| | 32 | 6 | GL | 11NI128WSO | NILIUM ORIG CONCENTR | | | 18.49 | GL | 110.94 | N |
| | 33 | 2 | EA | 11RM3546G | ROUND CONTAINER LT G | 162408 | | 23.99 | EA | 47.98 | N |
| | 34 | 7 | EA | 11RM6362 | 125 60" TAPER HANDLE | 083659 | | 2.11 | EA | 14.77 | N |
| | 35 | 1 | EA | 11RM7570B | MOP BUCKET 35 QT BROW | 071398 | | 27.20 | EA | 27.20 | N |
| | 36 | 1 | EA | 11RMA41306 | MOP WEB FOOT FIN. 1" | 705147 | FI | 8.44 | EA | 8.44 | N |
| | 37 | 3 | EA | 11RMF156 | MOP 16 OZ 5" BAND WHITE /EA | 071730 | | 2.69 | EA | 8.07 | N |
| | 38 | 21 | EA | 11RMJ153 | MOP HEAD DUST 24X5 | 071701 | | 9.11 | EA | 191.31 | N |
| | 39 | 6 | EA | 11RMJ155 | MOP DUST HEAD 36X5 Y | 154291 | | 12.39 | EA | 74.34 | N |
| | 40 | 5 | EA | 11RMM116 | HANDLE DUST SNAPON 6 | 044760 | | 8.48 | EA | 42.40 | N |
| | 41 | 1 | EA | 11RMM253 | 5X24 DUST MOP FRAME | 154294 | | 3.00 | EA | 3.00 | N |
| | 42 | 4 | EA | 11RMU130 | WEDGE DUST MOP HEAD | 074188 | | 4.32 | EA | 17.28 | N |
| | 43 | 25 | EA | 11RMV158 | MOP 24 OZ WHT 5" BAND 12/CS | 020590 | | 3.20 | EA | 80.00 | N |
| | 44 | 8 | EA | 11RMV159 | 32 OZ MOP HEAD WHITE 5" BAND | 123142 | | 4.13 | EA | 33.04 | N |

--- CONTINUED ON NEXT PAGE ---

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

INVOICE REPRINT                                                        Customer Copy

 **ACORN** Distributors, Inc.
*Solutions for the Janitorial & Foodservice Industries*

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

| Invoice # |
|---|
| 873925-00 |

Sold To: DO NOT USE/DELPHI PNT 11
BILLING ONLY ACCOUNT
2911 SCATTERFIELD
ANDERSON, IN 46013

Ship To: SAME

Page: 3

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KDG111 | 09/29/05 | FREEISSUE 9/05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 09/29/05 | | 2 | |

Special Instructions: FREE ISSUE REMAINING ITEMS PLANT 11        Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | Unit Price | UM | Extension | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 45 | 25 | PK | 11SO58MD | CUP CD 5 OZ PAPER (25/100) | 705406 | 2.28 | PK | 57.00 | N |
| | 46 | 24 | EA | 11TO110504 | TRIGR SPRYER GRN/WHT (1EA) | 014566 | .50 | EA | 12.00 | N |
| | 47 | 18 | EA | 11TO280100 | BOWL MOP DELUXE(SWAB)100EA/CS | 073137 | .54 | EA | 9.72 | N |
| | 48 | | | NOTE | FOR PLANT CLOSING | | | | | |

Invoice Total:    3,394.07

Pieces: 864                                                           *** END of INVOICE ***

| Customer | | Invoice | Date | Amount | AMOUNT $ | TAX ID: 10187021300 OS |
|---|---|---|---|---|---|---|
| KDG111 | DO NOT USE/DELPHI PNT 11 | 873925-00 | 09/29/05 | 3,394.07 | ENCLOSED | |

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

05-44481-rdd    Doc 8307-1    Filed 06/19/07    Entered 06/19/07 10:50:57    Exhibit A Pg 13 of 19

INVOICE REPRINT                                      Customer Copy


**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

Invoice #
863698-00

Sold To: DELPHI E PLANT 39
8750 HAGUE RD.
INDIANAPOLIS, IN 46256

Ship To: DELPHI
C/O UNIVERSAL TOOL & ENGI
7601 E. 88TH STREET BLDG3
INDIANAPOLIS, IN 46256
JOYCE LEARNED

Page: 1

| Customer | Invoice Date | P.O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KG8751 | 07/22/05 | JGB00345 | NET 30 DAYS | OUR TRUCK | CUSTOMER | K0 | 07/22/05 | 401 | 12 | IC |

Special Instructions:                                 Shipping Instructions: BLDG #3 SKID WRAP ALL ORDERS

| HM | Line | Quantity | UM | Item Number | Item Description | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 3 | CS | KC04460 | T.T. 2PLY 4.5X4.4 /80RL/605SH | 29.65 | CS | 88.95 | N |
| | 2 | 1 | CS | WCCRYCLR4 | (A)CRYSTAL GLASS CLEANER 4GL/C | 17.42 | CS | 17.42 | N |
| | 3 | 6 | CS | CBCRB58M | LINER BLK 55GAL 36X58 (10/20) | 21.60 | CS | 129.60 | N |
| | 4 | 1 | CS | IBSV3860N14 | LINER NAT 38X60 14MIC /8RL/25 | 19.91 | CS | 19.91 | N |
| | 5 | 10 | CS | GP20204 | TOWEL MULTIFOLD BLEACH 4M/CS | 21.95 | CS | 219.50 | N |
| | 6 | 10 | CS | GP29815 | **WIPER SHURWIPE LTWT /1875 | 42.05 | CS | 420.50 | N |
| | 7 | 1 | CS | WCPOLYORTHO | TOILET BOWL CLEANER 12QT/CS | 20.50 | CS | 20.50 | N |
| | 8 | 1 | CS | REC04675 | LYSOL DISINF SPRY FRESH 12/CS | 69.50 | CS | 69.50 | N |
| | 9 | 1 | CS | FF968512 | BLUE LITE DISINF. 12/32oz/CS | 36.73 | CS | 36.73 | N |
| | 10 | 1 | CS | REC74297 | MOP N'GLOW FLOOR SHINE 6/64OZ | 63.00 | CS | 63.00 | N |

Sub-Total: 1,085.61

Fuel Surcharge: 5.00                                  Additional Charges: 5.00

Invoice Total: 1,090.61

Pieces: 35    Total Weight: 812.350 LBS    Total Cube: 75.740    *** END of INVOICE ***

| Customer | Invoice | Date | Amount | AMOUNT $ TAX ID: 10187021300 OS |
|---|---|---|---|---|
| KG8751   DELPHI E PLANT 39 | 863698-00 | 07/22/05 | 1,090.61 | ENCLOSED _____ |

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

**INVOICE REPRINT**                                        Customer Copy


**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

                                    Remit and Make Check Payable To
                                    ACORN DISTRIBUTORS, INC
                                    AR@ACORNDISTRIBUTORS.COM
                                    1271 RELIABLE PARKWAY
                                    CHICAGO, IL 60686-0012

DUPLICATE

| Invoice # |
|---|
| 865125-00 |

Sold To: DELPHI E PLANT 39
8750 HAGUE RD.
INDIANAPOLIS, IN 46256

Ship To: DELPHI E
ALLISON BUILDING
7601 E. 88TH PLACE
INDIANAPOLIS, I 46256
3RD BUILDING ON LEFT

Page: 1

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KG8751 | 08/01/05 | CREDIT 863698 | NET 30 DAYS | PURF# 6749 | CUSTOMER | K0 | 08/01/05 | | 2 | IC |

**Special Instructions:** CMMMM CHANGED-NOT RIGHT-NEEDS HVY LINER    **Shipping Instructions:** BLDG #3 SKID WRAP ALL ORDERS

| ITM | Line | Quantity | UM | Item Number | Item Description | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | -1 | CS | REC74297 | >MOP N'GLOW FLOOR SHINE 6/64OZ | 63.00 | CS | 63.00- | N |
| 2 | 2 | -1 | CS | REC04675 | LYSOL DISINF SPRY FRESH 12/CS | 69.50 | CS | 69.50- | N |
| 3 | 3 | -5 | CS | CBCRB58M | LINER BLK 55GAL 36X58 (10/20) | 21.60 | CS | 108.00- | N |

                                                        Invoice Total:   240.50-

Pieces: 7-                                              *** CREDIT - Do NOT Pay ***

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

**INVOICE REPRINT**

Customer Copy



**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

Invoice #
867295-00

Sold To: DELPHI E PLANT 39
8750 HAGUE RD.
INDIANAPOLIS, IN 46256

Ship To: DELPHI E
8750 HAGUE RD.
INDIANAPOLIS, IN 46256

LISA SCHERER                             Page: 1

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|----------|--------------|--------------|-------|----------|-----|-----|-----------|-------|------|-------|
| KG875I   | 08/16/05     | JGB00345     | NET 30 DAYS | WHEELS | CUSTOMER | K0 | 08/16/05 |  | 2 | 1C |

Special Instructions: 333                          Shipping Instructions: BLDG #3 SKID WRAP ALL ORDERS

| HM | Line | Quantity | UM | Item Number | Item Description | | Unit Price | UM | Extension | T |
|----|------|----------|----|-----|------|---|------------|----|-----------|---|
| 1  | 1    | 1        | CS | CBCRB58X | LINER BLK 60GAL 38X58 (10/10)  .8 MIL | | 18.52 | CS | 18.52 | N |

Freight:             15.00

Sub-Total:           18.52
Additional Charges:  15.00
Invoice Total:       33.52

Pieces: 1      Total Weight: 19.600 LBS      Total Cube: .700      *** END of INVOICE ***

| Customer | | Invoice | Date | Amount | AMOUNT $ TAX ID: 101870213000 OS |
|----------|--|---------|------|--------|----------------------------------|
| KG875I   DELPHI E PLANT 39 | | 867295-00 | 08/16/05 | 33.52 | ENCLOSED |

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS

INVOICE REPRINT

Customer Copy



**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

| Invoice # |
|---|
| 869246-00 |

Sold To: DELPHI E PLANT 39
8750 HAGUE RD,
INDIANAPOLIS, IN 46256

Ship To: DELPHI
C/O UNIVERSAL TOOL & ENGI
7601 E. 88TH STREET BLDG3
INDIANAPOLIS, IN 46256
JOYCE LEARNED

Page: 1

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KG875I | 08/31/05 | MBO#JGB00345 | NET 30 DAYS | OUR TRUCK | CUSTOMER | K0 | 08/31/05 | 878 | 12 | 1C |

Special Instructions:              Shipping Instructions: BLDG #3 SKID WRAP ALL ORDERS

| HM | Line | Quantity | UM | Item Number | Item Description | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | CS | KC04460 | T.T. 2PLY 4.5X4.4 /80RL605SH | 29.65 | CS | 59.30 | N |
|  | 2 | 3 | BX | TRXLMD100 | LATEX MEDICAL PWD MEDIUM GLOVE | 3.30 | BX | 9.90 | N |
|  | 3 | 6 | CS | CBCRB58X | LINER BLK 60GAL 38X58 (10/10)    .8 MIL | 18.52 | CS | 111.12 | N |
|  | 4 | 2 | CS | CBS386014N | LINER NAT 38X58 HVWT 8/25/CS | 22.75 | CS | 45.50 | N |
|  | 5 | 0 (0 CS) | CS | FF968512 | BLUE LITE DISINF. 12/32oz/CS (B/O:1 CS) | 36.73 | CS | .00 | N |

Sub-Total: 225.82

Fuel Surcharge:   5.00                    Additional Charges:   5.00

Invoice Total:   230.82

Pieces: 13    Total Weight: 234.000 LBS    Total Cube: 16.572    *** END of INVOICE ***

| Customer | | Invoice | Date | Amount | AMOUNT $   TAX ID: 10187021300 OS |
|---|---|---|---|---|---|
| KG875I | DELPHI E PLANT 39 | 869246-00 | 08/31/05 | 230.82 | ENCLOSED |

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

## PAID RECEIVABLES — Invoice History

CUSTOMER NUMBER: KE020I
CUSTOMER NAME: DELPHI PLANT 20
LAST PAYMENT: 03/06/06
OPEN ORDERS: .00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 |
|---|---|---|---|---|
| 5655.41 | 3683.92 | 1496.78 | .00 | 842.44 |

| CUSTOMER PURCHASE ORDER NUMBER | SEQ | INVOICE NUMBER | INVOICE DATE | TR CODE | AMOUNT | BALANCE | DAYS |
|---|---|---|---|---|---|---|---|
| CONSIGN 10/05 | 1 | 880044-00 | 11/09/05 | DI10 | 3135.32 | | |
| CHK #900534689 | 2 | 880044-00 | 01/27/06 | CP01 | 2351.13- | | |
| CHK #KEY-OFF | 3 | 880044-00 | 01/31/06 | CP01 | 784.19- | .00 | 83 |
| CONSIGNED11-05 | 4 | 883236-00 | 12/01/05 | DI02 | 2836.69 | | |
| CHK #900531761 | 5 | 883236-00 | 01/10/06 | CP01 | 2836.69- | .00 | 40 |

thru 99/99/99

| | | |
|---|---|---|
| Current invoices | Date range | Hard copy |
| All invoices | Begin at | New customer |
| Find invoice | Look up | exit |

Enter SEQ#/INVOICE#/OPTION:

INVOICE REPRINT                                                                 Customer Copy



**ACORN** Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

DUPLICATE

Invoice #: 880044-00

Sold To: DELPHI PLANT 20
BILLING ACCOUNT
2620 E 38TH STREET
ANDERSON, IN 46013

Ship To: SAME

Page: 1

| Customer | Invoice Date | P.O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KE0201 | 11/09/05 | CONSIGN 10/05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 11/09/05 | | 1 | |

*Special Instructions:* CONSIGNED USAGE OCTOBER 2005     *Shipping Instructions:*

| HM | Line | Quantity | UM | Item Number | Item Description | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 5 | EA | 20ACSB410A | BROOM SUPER ANGLE 12/EA | 076479 | 3.42 | EA | 17.10 | N |
| | 2 | 2 | QT | 20BUT4309320 | GLISTEN RTU GLS/SURF 12/CS | 077563 | 1.70 | QT | 3.40 | N |
| | 3 | 5 | EA | 20CANT012224 | TAPE MASKING 1"X60YD (36RL/CS | 133315 | .59 | EA | 2.95 | N |
| | 4 | 3 | EA | 20CP4505303 | FLOOR BRUSH 18" TAMPO MED (1) | 072345 | 7.86 | EA | 23.58 | N |
| | 5 | 2 | EA | 20CP45268 | HANDLE WOOD METAL TI | 075700 | 3.28 | EA | 6.56 | N |
| | 6 | 39 | BK | 20GJ629804 | FAST WIPES 4/130CT/BSKT/CS | 467988 | 11.40 | BK | 444.60 | N |
| | 7 | 2 | EA | 20GRAIN6Y750 | OILER 8oz PLST 6"TELESCOPIER | 060160 | 5.94 | EA | 11.88 | N |
| | 8 | 87 | PK | 20KC34133 | KIMWIPES 12X12WHT /15/140 | 065872 | 1.56 | PK | 135.72 | N |
| | 9 | 65 | EA | 20KC36506 | KLEENGUARD SHOP APRON (20EA/C) | 019955 | 1.53 | EA | 99.45 | N |
| | 10 | 27 | EA | 20KC58503 | COVERALL LARGE GRAY (24EA) | 700621 | 5.00 | EA | 135.00 | N |
| | 11 | 24 | EA | 20KC58504 | COVERALL X-LARGE (24EA/CS) | 700620 | 5.00 | EA | 120.00 | N |
| | 12 | 23 | EA | 20KC58505 | COVERALL XXLARGE GRAY (24EA) | 700622 | 4.90 | EA | 112.70 | N |
| | 13 | 150 | EA | 20PAC606245 | FOIL PAN 1/3 SIZE 1/4D (150EA) | 706346 | .25 | EA | 37.50 | N |
| | 14 | 9 | CS | 20RM5013G | TUFFMADE LINER 56GAL GRAY | 700619 | 53.24 | CS | 479.16 | N |
| | 15 | 40 | EA | 20RMV158 | MOP 24OZ WHT 5"BAND | 020590 | 3.20 | EA | 128.00 | N |
| | 16 | 4 | EA | 20RMV159 | MOP WHT 32ozCOTTON 5"BAND | 123142 | 4.12 | EA | 16.48 | N |
| | 17 | 1000 | EA | 20SO378W | HOT CUP 8oz WHITE (1M/CS) | 062286 | .04 | EA | 40.00 | N |
| | 18 | 16 | EA | 20TO110504 | TRIGGER SPRAYER GREEN/WHT 1EA | 014566 | .50 | EA | 8.00 | N |
| | 19 | 1 | EA | 20TO120125 | BOTTLE 32 OZ FOR TRIG SPRY(1) | 158816 | .43 | EA | .43 | N |
| | 20 | 9 | EA | 20WCLIMELIF4 | NAM#1 DELIMER (4EAGA/CS) | 700608 | 4.51 | EA | 40.59 | N |
| | 21 | 2 | EA | 20WCPOLYORTH | POLYORTHO BOWL CLEANER (12QTCS | 471080 | 1.38 | EA | 2.76 | N |
| | 23 | 2 | CS | 20KC33241 | KIMTEX BLUE ROLL WIPER /1RL717 | 077563 | 27.44 | CS | 54.88 | N |

--- CONTINUED ON NEXT PAGE ---

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.

**INVOICE REPRINT**

Customer Copy



# ACORN Distributors, Inc.
Solutions for the Janitorial & Foodservice Industries

Remit and Make Check Payable To
ACORN DISTRIBUTORS, INC
AR@ACORNDISTRIBUTORS.COM
1271 RELIABLE PARKWAY
CHICAGO, IL 60686-0012

**DUPLICATE**

Invoice #
880044-00

Sold To: DELPHI PLANT 20
BILLING ACCOUNT
2620 E 38TH STREET
ANDERSON, IN 46013

Ship To: SAME

Page: 2

| Customer | Invoice Date | P. O. Number | Terms | Ship Via | FOB | SID | Ship Date | Truck | Stop | Route |
|---|---|---|---|---|---|---|---|---|---|---|
| KE0201 | 11/09/05 | CONSIGN 10/05 | NET 30 DAYS | BILL MEMO | CUSTOMER | K0 | 11/09/05 | | 1 | |

Special Instructions: CONSIGNED USAGE OCTOBER 2005    Shipping Instructions:

| HM | Line | Quantity | UM | Item Number | Item Description | | Unit Price | UM | Extension | T |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | 195 | BX | 20KC41412 | WYPALL WIPER BLUE 10/100BX | | 4.54 | BX | 885.30 | N |
| | 25 | 6 | EA | 20IP414 | 14 QT GALVANIZED PAIL 6EA/CS | 062084 | 8.54 | EA | 51.24 | N |
| | 26 | 4 | CS | 20RM5004G | TUFFMADE LINER 22 GAL | 019861 | 46.75 | CS | 187.00 | N |
| | 27 | 1 | EA | 20TO280148 | DUST PAN METAL 16" BLACK (1) | 083342 | 5.58 | EA | 5.58 | N |
| | 28 | 1 | RL | 20TWAY1075 | SASH CORD #8 1/4" 100'/HANK | 075064 | 15.08 | RL | 15.08 | N |
| | 29 | 46 | EA | 20WCFASTBALL | FAST BALL DEG/CLNR (12EAQT/CS) | 464008 | 1.53 | EA | 70.38 | N |

Invoice Total:    3,135.32

10/1 - 10/4/05 → 784.19

2351.13

Pd. ✓
9 00534689

Pieces: 1770                                *** END of INVOICE ***

| Customer | | Invoice | Date | Amount | AMOUNT $ TAX ID: 10187021300 |
|---|---|---|---|---|---|
| KE0201 | DELPHI PLANT 20 | 880044-00 | 11/09/05 | 3,135.32 | ENCLOSED |

All claims must be made within 5 days. Title to the above described merchandise remains with seller until payment in full is received. In the event that it becomes necessary to place this account with an attorney for collection, the buyer agrees to pay in addition to the principle amount thereof with interest and other lawful charges, all costs and expenses of collection including a reasonable attorney's fee of 30%. A SERVICE CHARGE of 1.5% per month will be added to past due invoices. A 20% HANDLING CHARGE WILL BE APPLIED TO ALL RETURNS. NO RETURNS ON SPECIAL ORDERS.