**EXHIBIT B**

**Electronic Solutions Inc.**
**Aged Receivables**
As of Dec 2, 2005

| Customer | Invoice/CM # | Date | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | 41606 | 8/31/05 | | | | 4,279.68 | 4,279.68 |
| DELPHI AUTOMOTIVE SYSTEMS | 41616 | 9/6/05 | | | 21,398.40 | | 21,398.40 |
| DELPHI AUTOMOTIVE SYSTEMS | 41620 | 9/8/05 | | | 3,850.00 | | 3,850.00 |
| DELPHI AUTOMOTIVE SYSTEMS | 41628 | 9/12/05 | | | 275.00 | | 275.00 |
| DELPHI AUTOMOTIVE SYSTEMS | 41635 | 9/14/05 | | | 36,377.28 | | 36,377.28 |
| DELPHI AUTOMOTIVE SYSTEMS | 41646 | 9/21/05 | | | 4,279.68 | | 4,279.68 |
| DELPHI AUTOMOTIVE SYSTEMS | 41661 | 9/26/05 | | | 8,916.00 | | 8,915.00 |
| DELPHI AUTOMOTIVE SYSTEMS | 41662 | 9/27/05 | | | 11,064.00 | | 11,064.00 |
| DELPHI AUTOMOTIVE SYSTEMS | 41689 | 10/4/05 | | | 11,064.00 | | 11,064.00 |
| DELPHI AUTOMOTIVE SYSTEMS | | | | | 97,224.36 | 4,279.68 | 101,504.04 |

Page: 1

12/8/2005 at 3:13 PM

**Electronic Solutions Inc.**
**1590 Page Industrial Blvd.**
**Saint Louis, MO   63132**

**Voice:** 314-423-5400
**Fax:** 314-423-9449

**URL:** www.electronicsinc.com
**E-mail:** sales@electronicsinc.com

# Invoice

*Invoice Date:* Aug 31, 2005
*Invoice Number:* 41606

**Sold To:**
DAS300
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN   46904-900

**Ship to:**
Air Express International
10601 A seymour Ave.
Franklin Park
IL-60131 60131

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DAS300 | 550069377 | Net 60 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|  | Central Transport | 8/31/05 | 10/30/05 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 192.00 | ASS-DELPHI 28016 | DELPHI Moon Roof Bracket Assembly<br><br>2 BINS @ 96 PCS EACH<br><br>CENTRAL TRANSPORT PRO#<br>631-248839-3 | | 22.290 | 4,279.68 |

Check No:

Subtotal   4,279.68
Sales Tax
Freight, insurance and handling
Total Invoice Amount   4,279.68
Payment Received
**TOTAL**   4,279.68

*Electronic Solutions Inc.*
*1590 Page Industrial Blvd.*
*Saint Louis, MO    63132*

**Voice:**    314-423-5400
**Fax:**    314-423-9449

URL:    www.electronicsinc.com
E-mail:    sales@electronicsinc.com

# Invoice

*Invoice Date:*    Sep 6, 2005
*Invoice Number:*    41616

**Sold To:**
DAS300
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN    46904-900

**Ship to:**
Air Express International
10601 A seymour Ave.
Franklin Park
IL-60131 60131

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| DAS300 | 550069377 | Net 60 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | CENTRAL TRANSPORT | 9/6/05 | 11/5/05 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 960.00 | ASS-DELPHI 28016 | DELPHI Moon Roof Bracket Assembly<br><br>10 BINS @ 96 PCS EACH<br><br>CENTRAL TRANSPORT PRO# 631-248840-1 |  | 22.290 | 21,398.40 |

Check No:

| | |
|---|---|
| Subtotal | 21,398.40 |
| Sales Tax | |
| Freight, insurance and handling | |
| Total Invoice Amount | 21,398.40 |
| Payment Received | |
| **TOTAL** | 21,398.40 |

**Electronic Solutions Inc.**
**1590 Page Industrial Blvd.**
**Saint Louis, MO   63132**

**Voice:**  314-423-5400
**Fax:**    314-423-9449

URL:    www.electronicsinc.com
E-mail: sales@electronicsinc.com

# Invoice

**Invoice Date:** Sep 8, 2005
**Invoice Number:** 41620

**Sold To:**
DAS300
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN   46904-900

**Ship to:**
Delphi D
1101 North Center Road
Plant 43, Dock 43
Flint, MI   48556
Attn: Deborah M

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DAS300 | 450117882 | Net 60 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
|  | NLM | 9/8/05 | 11/7/05 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 280.00 | ASS-28016376C | Motor housing assembly | 94.00 | 13.750 | 3,850.00 |

Check No:

Subtotal                         3,850.00
Sales Tax
Freight, insurance and handling
Total Invoice Amount             3,850.00
Payment Received
**TOTAL**                        3,850.00

Electronic Solutions Inc.
1590 Page Industrial Blvd.
Saint Louis, MO   63132
USA

# Invoice

Voice:   314-423-5400
Fax:     314-423-9449

**Invoice Date:** Sep 12, 2005
**Invoice Number:** 41628

URL:    www.electronicsinc.com
E-mail: sales@electronicsinc.com

**Sold To:**
DAS300
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN   46904-900

**Ship to:**
Delphi D
1101 North Center Road
Plant 43, Dock 43
Flint, MI   48556
Attn: Deborah M

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DAS300 | 450117882 | Net 60 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | NLM | 9/12/05 | 11/11/05 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 20.00 | ASS-28016376C | Casting for 28016376 | 94.00 | 13.750 | 275.00 |
| | | PTA # 2335682 | | | |

Check No:

Subtotal: 275.00
Sales Tax:
Freight, insurance and handling:
Total Invoice Amount: 275.00
Payment Received:
**TOTAL** 275.00

*Electronic Solutions Inc.*
*1590 Page Industrial Blvd.*
*Saint Louis, MO  63132*

**Voice:**  314-423-5400
**Fax:**  314-423-9449

URL:  www.electronicsinc.com
E-mail:  sales@electronicsinc.com

# Invoice

**Invoice Date:** Sep 14, 2005
**Invoice Number:** 41635

**Sold To:**
DAS300
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN  46904-900

**Ship to:**
Air Express International
10601 A seymour Ave.
Franklin Park
IL-60131 60131

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DAS300 | 550069377 | Net 60 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|  | CENTRAL TRANSPORT | 9/14/05 | 11/13/05 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 1,632.00 | ASS-DELPHI 28016 | DELPHI Moon Roof Bracket Assembly<br><br>17 BINS @ 96 PCS EACH<br><br>CENTRAL TRANSPORT PRO# 631-248841-9 | | 22.290 | 36,377.28 |

Check No:

| | |
|---|---|
| Subtotal | 36,377.28 |
| Sales Tax | |
| Freight, insurance and handling | |
| Total Invoice Amount | 36,377.28 |
| Payment Received | |
| **TOTAL** | 36,377.28 |

**Electronic Solutions Inc.**
1590 Page Industrial Blvd.
Saint Louis, MO  63132

Voice:  314-423-5400
Fax:    314-423-9449

URL:    www.electronicsinc.com
E-mail: sales@electronicsinc.com

# Invoice

**Invoice Date:** Sep 21, 2005
**Invoice Number:** 41646

**Sold To:**
DAS300
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN  46904-900

**Ship to:**
Air Express International
10601 A seymour Ave.
Franklin Park
IL-60131 60131

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DAS300 | 550069371 | Net 60 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|  | UPS Ground | 9/21/05 | 11/20/05 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 192.00 | ASS-DELPHI 28016 | DELPHI Moon Roof Bracket Assembly<br><br>2 BINS @ 96 PCS EACH |  | 22.290 | 4,279.68 |

Check No:

Subtotal                4,279.68
Sales Tax
Freight, insurance and handling
Total Invoice Amount    4,279.68
Payment Received
**TOTAL**               4,279.68

*Electronic Solutions Inc.*
*1590 Page Industrial Blvd.*
*Saint Louis, MO  63132*

# Invoice

**Voice:**  314-423-5400
**Fax:**  314-423-9449

**Invoice Date:** Sep 26, 2005
**Invoice Number:** 41661

**URL:** www.electronicsinc.com
**E-mail:** sales@electronicsinc.com

**Sold To:**
DAS300
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN  46904-900

**Ship to:**
Air Express International
10601 A seymour Ave.
Franklin Park
IL-60131 60131

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DAS300 | 550069371 | Net 60 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|  | CENTRAL TRANSPORT | 9/26/05 | 11/25/05 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 400.00 | ASS-DELPHI 28016 | DELPHI Moon Roof Bracket Assembly<br><br>10 SKIDS @ 40 EACH | | 22.290 | 8,916.00 |

Check No:

| | |
|---|---|
| Subtotal | 8,916.00 |
| Sales Tax | |
| Freight, insurance and handling | |
| Total Invoice Amount | 8,916.00 |
| Payment Received | |
| **TOTAL** | 8,916.00 |

*Electronic Solutions Inc.*
*1590 Page Industrial Blvd.*
*Saint Louis, MO   63132*

**Voice:**   314-423-5400
**Fax:**   314-423-9449

URL:   www.electronicsinc.com
E-mail:   sales@electronicsinc.com

# Invoice

*Invoice Date:*   Sep 27, 2005
*Invoice Number:*   41662

**Sold To:**
DAS300
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN   46904-900

*Ship to:*
Air Express International
10601 A Seymour Ave.
Franklin Park
IL-60131 60131

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DAS300 | 550069377 | Net 60 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CENTRAL TRANSPORT | 9/27/05 | 11/26/05 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 480.00 | ASS-DELPHI 28016 | DELPHI Moon Roof Bracket Assembly | | 22.290 | 10,699.20 |
| 480.00 | | new cost difference | | 0.760 | 364.80 |
| | | SKID 1 OF 12 | | | |
| | | 40 PCS / SKID | | | |
| | | 480 PCS TOTAL | | | |

Check No:

| | |
|---|---|
| Subtotal | 11,064.00 |
| Sales Tax | |
| Freight, insurance and handling | |
| Total Invoice Amount | 11,064.00 |
| Payment Received | |
| **TOTAL** | 11,064.00 |

**Electronic Solutions Inc.**
**1590 Page Industrial Blvd.**
**Saint Louis, MO 63132**

**Voice:** 314-423-5400
**Fax:** 314-423-9449

**URL:** www.electronicsinc.com
**E-mail:** sales@electronicsinc.com

# Invoice

**Invoice Date:** Oct 4, 2005
**Invoice Number:** 41689

**Sold To:**
DAS300
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN   46904-900

**Ship to:**
Air Express International
10601 A seymour Ave.
Franklin Park
IL-60131 60131

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| DAS300 | | Net 60 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | CENTRAL TRANSPORT | 10/4/05 | 12/3/05 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 480.00 | ASS-DELPHI 28016 | DELPHI Moon Roof Bracket Assembly | | 22.290 | 10,699.20 |
| 480.00 | | NEW COST ADDER | | 0.760 | 364.80 |
| | | 5 BINS @ 96 PCS EACH | | | |
| | | CENTRAL TRANSPORT | | | |
| | | PRO # 631-248846-8 | | | |

Check No:

Subtotal         11,064.00
Sales Tax
Freight, insurance and handling
Total Invoice Amount   11,064.00
Payment Received
**TOTAL**        11,064.00