UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                   :

In re:                              :       Chapter 11
                                   :

DELPHI CORPORATION, et al.,      :       Case No. 05-44481 (RDD)
                                   :

                    Debtors.    :       (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, Rosalia Romero, do hereby certify hereby under penalty of perjury that on June

19, 2007, I caused the following pleading:

**Response of Liquidity Solutions, Inc., as Assignee, to Debtors' Fifteenth
Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R.
Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims
Not Reflected on Debtors' Books and Records, (C) Untimely Claims and
Untimely Tax Claims, and (D) Claims Subject to Modification, Tax Claims
Subject to Modification, and Modified Claims Asserting Reclamation**

to be served via Federal Express overnight delivery on the following persons:  (i) the debtors in

the above-captioned cases (the "Debtors"), Delphi Corporation, Attn:  General Counsel, 5725

Delphi Drive, Troy, Michigan  48908; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher

& Flom LLP, Attn:  John Wm. Butler, Jr., Esq., John K. Lyons, Esq. and Joseph N. Wharton,

Esq., 333 West Wacker Drive, Suite 2100, Chicago, Illinois  60606; and (iii) Honorable Robert

D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern

District of New York, One Bowling Green, Room 610, New York, New York  10004.

Dated: Hackensack, New Jersey
       June 19, 2007

                               Rosalia Romero