# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-44481 (RDD) |
| | ) | |
| DELPHI CORP. | ) | **RESPONSE OF NATIONAL** |
| | ) | **PAPER AND PACKAGING, INC.** |
| DEBTORS. | ) | **(LONG ACRE MASTER FUND LTD.)** |
| | ) | **TO DEBTORS' 15TH OMNIBUS** |
| | ) | **OBJECTIONS TO CLAIMS** |
| | ) | |

Now comes National Paper and Packaging ("NPP") and in response to Debtors objection to claims states as follows:

1. NPP filed a claim known as Claim No. 16312 on September 13, 2006 in Case No. 05-44640.

2. NPP also filed a reclamation claim which by agreement of the parties was given a priority status in the amount of $3,802.95.

3. NPP is owed, as a result of goods sold to the Debtor, the amount of $186,028.49 as reflected on the invoices attached hereto and incorporated herein and has a unsecured claim in this amount.

WHEREFORE, National Paper and Packaging, Inc. pray that its claim be allowed as set forth above.

Respectfully submitted:

/s/Thomas C. Pavlik.
THOMAS C. PAVLIK (#0017305)
Novak, Robenalt & Pavlik, LLP
Skylight Office Tower #270
1660 West Second Street
Cleveland, Ohio  44113
(216) 781-8700
Attorney for National Paper & Packaging, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2007 the foregoing was sent via DHL Express Mail to:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John William Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.

/s/Thomas C. Pavlik, Esq.
Attorney for National Paper & Packaging, Inc.