James R. Oswald (BBO # 3356)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th floor
Providence, RI 02903
401-274-7200
401-751-0604 (fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) <br> ) |
| DELPHI CORPORATION, et al., | ) Case No. 05-44481 <br> ) (RDD) Chapter 11 <br> ) |
| Debtors. | ) <br> ) (Jointly Administered) <br> ) |

**FRY'S METALS, INC., A COOKSON COMPANY'S RESPONSE TO DEBTORS'
FIFTEENTH OMNIBUS CLAIMS OBJECTION**

NOW COMES Fry's Metals Inc., a Cookson Company ("Fry's"), by and through its attorneys, Adler Pollock & Sheehan P.C., and files its response in opposition to the Debtor's Fifteenth Omnibus Claims Objection to Fry's Proof of Claim No. 15679 and No. 15681 and in further support thereof, respectfully offers as follows:

1.      On October 8 and 14, 2005, Debtors filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). Debtor is operating its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On October 7, 2005, the day before Debtors filed the bankruptcy petition, Fry's received a payment from Debtors of approximately $167,000. Debtor asked Fry's to use this payment as pre-payment for shipments that Fry's was to make to Debtors the following week.

This type of pre-payment arrangement was the usual course of business between Fry's and the Debtors at this point in time.

3. Debtors then made another approximately $167,000 post-petition payment to Fry's, which was a duplicative payment.

4. Fry's deposited the post-petition duplicative payment in its pre-petition account which it had for Debtors. This duplicative payment remained in Debtors' pre-petition account for several months.

5. In the first half of 2006, Debtors informed Fry's that it would reduce the amount of its payments for post-petition shipments by the amount of the duplicative payment that Fry's had in its account. These reductions in payment occurred in the first half of 2006.

7. Fry's applied the amount of the duplicative payment, which it had been holding in its pre-petition account for Debtors, to the post-petition invoices which Delphi intentionally underpaid, with the expectation that Fry's would apply the duplicative payment to the underpaid invoices.

8. The issue of the duplicative payment is fully resolved because the full amount of the duplicative payment was credited to post-petition shipments. Thus, the duplicative payment does not affect the amount due and owing from Debtors for the pre-petition payment of goods and the amounts set forth in the Proofs of Claim are due and owing. Claim Number 15679 and 15681 account for approximately $70,512 of the amount due and owing.

9. All documentation showing shipments to Debtors, Debtors payments to Fry's and Fry's credit thereof have been previously submitted to Debtors and are incorporated by reference.

WHEREFORE, Fry's respectfully requests that Debtors' objection to Fry's claims be withdrawn.

Dated: June 15, 2007

ADLER POLLOCK & SHEEHAN P.C.

_/s/ James R. Oswald_

James R. Oswald (BBO # 3356)
One Citizens Plaza, 8th floor
Providence, RI 02903
401-274-7200
401-751-0604 (fax)
joswald@apslaw.com

Attorney for Fry's Metals Inc., a Cookson Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2007, I caused a true and accurate copy of the within to be served by Regular U.S Mail upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 110
New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention:    General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attention:    John Wm. Butler, Jr.
              John K. Lyons
              Joseph N. Wharton

_/s/ Valerie Howitt_

3