Michael A. Isaacs, CSBN 99782
Diana L. Donabedian, CSBN 191384
LUCE, FORWARD,
HAMILTON & SCRIPPS, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone: 415.356.4600
Fax: 415.356.3895
E-mail:  misaacs@luce.com
E-mail:  ddonabedian@luce.com

Attorneys for The Brix Group Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et. al.,

    Debtors

Case No. 05-44481 (RDD)

Chapter 11

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Nelly M. Quintanilla, declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

On the date of execution hereof, at my place of business, I served true and correct copies of the following:

**RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION**

on the parties listed below:

☒ **BY FEDERAL EXPRESS**: By placing a true copy in an envelope addressed as shown to the parties below, sealing the envelope and placing it for collection by Federal Express with instructions for delivery on the next business day.

Parties Served

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Skadden, Arps, Slate, Meagher & Florn LLP<br>Attn: John Wm. Butler<br>John K. Lyons<br>Joseph N. Wharton<br>333 West Wacker Drive, Suite 1200<br>Chicago, IL 60606 |

Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Florn LLP
Four Times Square
New York, NY 10036

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 15, 2007, in San Francisco, California.

_____
Nelly M. Quintanilla

301009089.1